QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

02198.51855/4662590.1

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc. ("SEA"), and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung") submit the appended declaration of Joby Martin in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 759), to establish that the following are sealable:

- The confidential, unredacted version of Apple's Rule 37(b)(2) Motion re Samsung's Violation of January 27, 2012 Damages Discovery Order ("Apple's Rule 37(b)(2) Motion");

- The confidential, unredacted version of the Declaration of Erik Olson In Support of Apple's Rule 37(b)(2) Motion ("Olson Declaration");

- The confidential, unredacted version of the Declaration of Eric Roberts In Support of Apple's Rule 37(b)(2) Motion ("Roberts Declaration");

- Exhibits 6, 9, 10 and 15 –19 to the Olson Declaration; and

- Exhibits A–F to the Roberts Declaration.

## DECLARATION OF JOBY MARTIN

I, Joby Martin, do hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung. I submit this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 759). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibit 6 to the Olson Declaration is a letter sent to counsel for Samsung by counsel for Apple. This document contains confidential business information about Samsung's financial reports, design strategy, consumer surveys, and technical documents, and has been designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY. This information that could be used to Samsung's detriment if not filed under seal.

3. Exhibit 9 to the Olson Declaration consists of excerpts from the deposition transcript of Tim Sheppard, a Samsung witness. This document contains sensitive information

02198.51855/4662590.1

-2-                                          Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1   about the manner in which Samsung maintains its financial records, as well as Samsung's

2   accounting practices.  This information could be used to Samsung's detriment if not filed under

3   seal, and Samsung has accordingly designated Mr. Sheppard's transcript as HIGHLY

4   CONFIDENTIAL — ATTORNEYS' EYES ONLY.

5         4.      Exhibit 10 to the Olson Declaration is a letter sent by Apple's counsel to Samsung's

6   counsel, discussing internal financial reports prepared by STA, SEC and SEA.  This document

7   contains sensitive information about the manner in which Samsung maintains its financial records,

8   as well as Samsung's accounting practices.  This information could be used to Samsung's

9   detriment if not filed under seal, and the letter has accordingly been designated as HIGHLY

10  CONFIDENTIAL — ATTORNEYS' EYES ONLY.

11        5.      Exhibit 15 to the Olson Declaration is a letter sent by Apple's counsel to Samsung's

12  counsel discussing internal financial reports prepared by STA, SEC and SEA.  This document

13  contains sensitive information about Samsung's finances and system of accounting, and discusses

14  the contents of documents produced by Samsung in this action that have been designated

15  HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This information could be used to

16  Samsung's detriment if not filed under seal.

17        6.      Exhibit 16 to the Olson Declaration is a letter sent by Apple's counsel to Samsung's

18  counsel, discussing internal financial reports prepared by STA, SEC and SEA.  This document

19  contains sensitive information about the manner in which Samsung maintains its financial records,

20  as well as Samsung's accounting practices.  This information could be used to Samsung's

21  detriment if not filed under seal, and the letter has accordingly been designated as HIGHLY

22  CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This information could be used to

23  Samsung's detriment if not filed under seal.

24        7.      Exhibit 17 to the Olson Declaration is a letter sent by Apple's counsel to Samsung's

25  counsel.  This document contains sensitive commercial information about Samsung's sales, costs

26  of goods sold, manufacturing costs, and other financial data, as reflected in documents produced

27

28

02198.51855/4662590.1

-3-         Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1  by Samsung and designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This

2  information could be used to Samsung's detriment if not filed under seal.

3       8.    Exhibit 18 to the Olson Declaration is a letter sent by Apple's counsel to Samsung's

4  counsel.  This document discusses the contents of sensitive financial documents produced by

5  Samsung in this litigation and designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES

6  ONLY.  This information could be used to Samsung's detriment if not filed under seal.

7       9.    Exhibit 19 to the Olson Declaration is Order No. 14, issued by the U.S.

8  International Trade Commission on February 14, 2012.  The document is marked CONTAINS

9  CONFIDENTIAL BUSINESS INFORMATION.  This document contains sensitive information

10  concerning Samsung's products, operating systems and source code.  This information could be

11  used to Samsung's detriment if not filed under seal.

12       10.    The confidential Olson Declaration summarizes, describes and/or directly cites to

13  the confidential exhibits discussed in paragraphs 2 through 9 above.  Therefore, the Declaration

14  should remain under seal for the same reasons articulated above.

15       11.    Exhibit A to the Roberts Declaration is a document produced by Samsung in this

16  litigation, beginning at Bates number SAMNDCA00323946.  This document contains sensitive

17  financial information concerning Samsung's sales, expenses and profits for the accused products,

18  and has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This

19  information could be used to Samsung's detriment if not filed under seal.

20       12.    Exhibit B to the Roberts Declaration is a document produced by Samsung in this

21  litigation, beginning at Bates number SAMNDCA00325495.  This document contains sensitive

22  financial information concerning Samsung's sales, expenses and profits for the accused products,

23  and has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This

24  information could be used to Samsung's detriment if not filed under seal.

25       13.    Exhibit C to the Roberts Declaration is a financial report produced by Samsung in

26  this litigation, beginning at Bates number SAMNDCA00322209.  This document contains

27  sensitive financial information concerning assets, inventories, income, equity, and cash flows, and

28

02198.51855/4662590.1

-4-         Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1   has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.  This

2   information could be used to Samsung's detriment if not filed under seal.

3            14.     Exhibit D to the Roberts Declaration is a monthly closing report produced by

4   Samsung, beginning at Bates number S-ITC-500036295.  This document contains sensitive

5   financial information concerning Samsung's sales, expenses and profits, and has been designated

6   CONFIDENTIAL BUSINESS INFORMATION — SUBJECT TO PROTECTIVE ORDER.  This

7   information could be used to Samsung's detriment if not filed under seal.

8            15.     Exhibit E to the Roberts Declaration is a copy of STA's expense general ledger

9   accounts, beginning at Bates number S-ITC-500000702-726.  This document contains sensitive

10  financial information concerning the budget and expenses of various divisions of STA, and has

11  been designated CONFIDENTIAL BUSINESS INFORMATION — SUBJECT TO

12  PROTECTIVE ORDER.  This information could be used to Samsung's detriment if not filed under

13  seal.

14           16.     Exhibit F to the Roberts Declaration is a copy of STA's Global Consolidation

15  Packaging System report, beginning at Bates number mber S-ITC-500021629.  This document

16  contains sensitive financial information concerning Samsung's assets, cash flows, securities and

17  taxes, and has been designated  CONFIDENTIAL BUSINESS INFORMATION — SUBJECT

18  TO PROTECTIVE ORDER.  This information could be used to Samsung's detriment if not filed

19  under seal.

20           17.     The confidential Roberts Declaration summarizes, describes and/or directly cites to

21  the confidential exhibits discussed in paragraphs 11 through 16 above.  Therefore, the Declaration

22  should remain under seal for the same reasons articulated above.

23           18.     Apple's Rule 37(b)(2) Motion summarizes, describes and/or directly cites to the

24  confidential Olson Declaration, the confidential Roberts Declaration, and the confidential exhibits

25  discussed in paragraphs 2 through 9 and 11 through 16 above.  Therefore, the Motion should

26  remain under seal for the same reasons articulated above.

27

28

02198.51855/4662590.1

-5-                                      Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1        19.      The requested relief is necessary and narrowly tailored to protect this confidential

2  information.  The exhibits described above do not contain significant relevant, non-confidential

3  material.

4

5       I declare under penalty of perjury under the laws of the United States of America that the

6  forgoing is true and correct to the best of my knowledge.

7       Executed this 21th day of March, 2012, in San Francisco, California.

8

9

10                             */s/  Joby Martin*
                                 Joby Martin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/4662590.1

-6-               Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

<u>/s/ Victoria Maroulis</u>

02198.51855/4662590.1

MARTIN DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL