UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Apple, Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 759). Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

establishes that information contained in the below documents has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- The confidential, unredacted version of Apple's Rule 37(b)(2) Motion re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order ("Apple's Rule 37(b)(2) Motion");
- The confidential, unredacted version of the Declaration of Erik Olson In Support of Apple's Rule 37(b)(2) Motion ("Olson Declaration");
- The confidential, unredacted version of the Declaration of Eric Roberts In Support of Apple's Rule 37(b)(2) Motion ("Roberts Declaration");
- Exhibits 6, 9, 10 and 15 –19 to the Olson Declaration; and
- Exhibits A–F to the Roberts Declaration.

**IT IS SO ORDERED.**

DATED:   March _____, 2012

_____
Hon. Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**