| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO APPLE'S EFFORTS TO OBTAIN DESIGN PATENTS RELATED TO THE PATENTS-IN-SUIT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

BARTLETT DECL. ISO OPP. TO SAMSUNG'S MTC PRODUCTION OF DESIGN PATENT DOCS
CASE NO. 11-CV-01846 LHK (PSG)
sf-3122421

1    I, JASON R. BARTLETT, declare as follows:

2    1.   I am a partner at the law firm of Morrison & Foerster LLP, counsel for Apple Inc.
3    ("Apple").  I am licensed to practice law in the State of California.  I have personal knowledge of
4    the matters stated herein or understand them to be true from members of my litigation team.  I
5    make this declaration in support of Apple's Opposition to Samsung's Motion to Compel.

6    2.   In response to Samsung's requests for production asking for documents "relating
7    to" Apple's patents-in-suit, Apple produced well over 3,000 patents and published applications
8    that are in the family trees of or cited as prior art to the patents-in-suit, including foreign
9    counterparts, as well as thousands of non-patent prior art references, despite the significant
10   burden of production and the fact that this material is publicly available.  Five foreign patents
11   related to the patents-in-suit had to be special ordered, and Apple expects to receive and produce
12   them by the end of the month.  I understand from my team that there are at least 4,000 prior art
13   references for the '381 patent alone.  Production of this material required coordination between
14   Apple's outside counsel responsible for this litigation, Apple's outside counsel responsible for
15   prosecution of the patents-in-suit, and outside vendors who could handle pulling the massive
16   volume of data being produced.

17   3.   Attached as **Exhibit 1** is a true and correct copy of a form declaration for a utility
18   or design patent application, acquired from the USPTO website at
19   http://www.uspto.gov/web/offices/pac/mpep/mpep_e8r7_0600.pdf.  This is also available online
20   at http://www.uspto.gov/web/offices/pac/mpep/documents/0600_602.htm#sect602.

21   4.   Attached as **Exhibit 2** is a true and correct copy of an excerpt from the transcript
22   of the June 17, 2011 hearing before this Court regarding Samsung's expedited discovery motion.

23   I declare under penalty of perjury that the foregoing is true and correct. Executed this
24   21st day of March, 2012 at San Francisco, California.

25

26                                              */s/ Jason R. Bartlett*
                                                Jason R. Bartlett
27

28

BARTLETT DECL. ISO OPP. TO SAMSUNG'S MTC PRODUCTION OF DESIGN PATENT DOCS
CASE NO. 11-CV-01846 LHK (PSG)
sf-3122421

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: March 21, 2012                    */s/ Michael A. Jacobs*
                                         Michael A. Jacobs