Exhibit 2

1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5     APPLE, INC.,                ) C-11-01846-LHK
                                  )
6              PLAINTIFF,         ) JUNE 17, 2011
                                  )
7                  V.             )
                                  )
8     SAMSUNG ELECTRONICS         ) PAGES 1 - 39
      COMPANY LIMITED, ET         )
9     AL.,                        )
                                  )
10             DEFENDANTS.        )
      _____    )
11

12

13            THE PROCEEDINGS WERE HELD BEFORE

14          THE HONORABLE UNITED STATES DISTRICT

15                  JUDGE LUCY H. KOH

16    A P P E A R A N C E S:

17

18

19    FOR THE PLAINTIFF:  MORRISON & FOERSTER
                          BY:  HAROLD J. MCELHINNY
20                             MICHAEL A. JACOBS
                               GRANT L. KIM
21                        425 MARKET STREET
                          SAN FRANCISCO, CALIFORNIA 94105
22

23         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

25    OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074

                                                         1

1    A P P E A R A N C E S: (CONT'D)

2

3    FOR THE DEFENDANTS: QUINN, EMANUEL, URQUHART &
                         SULLIVAN
4                        BY:  CHARLES K. VERHOEVEN
                              MICHAEL T. ZELLER
5                             ERIK C. OLSON
                              KEVIN P.B. JOHNSON
6                             VICTORIA F. MAROULIS
                         865 SOUTH FIGUEROA STREET
7                        10TH FLOOR
                         LOS ANGELES, CALIFORNIA 90017

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        2

```
 1    SAN JOSE, CALIFORNIA                    JUNE 17, 2011
 2                    P R O C E E D I N G S
 3
 4              (WHEREUPON, COURT CONVENED AND THE
 5    FOLLOWING PROCEEDINGS WERE HELD:)
14:27:50   6              THE CLERK:  CALLING CASE NUMBER
14:27:56   7    C-11-1846-LHK, APPLE VERSUS SAMSUNG ELECTRONICS
14:27:59   8    COMPANY LIMITED, ET AL.
14:28:18   9              MR. MCELHINNY:  GOOD AFTERNOON, YOUR
14:28:21  10    HONOR.  HAROLD MCELHINNY, MICHAEL JACOBS, AND GRANT
14:28:22  11    KIM FOR THE PLAINTIFFS APPLE.
14:28:25  12              THE COURT:  GOOD AFTERNOON.
14:28:29  13              MR. VERHOEVEN:  GOOD AFTERNOON, YOUR
14:28:30  14    HONOR.  CHARLES VERHOEVEN FOR QUINN EMANUEL ON
14:28:33  15    BEHALF OF THE SAMSUNG DEFENDANTS AND WITH ME IS MY
14:28:37  16    PARTNER KEVIN JOHNSON, MIKE ZELLER, VICKIE
14:28:48  17    MAROULIS.
14:28:48  18              THE COURT:  GOOD AFTERNOON.  PLEASE SIT
14:28:49  19    OR STAND, WHICHEVER IS MOST COMFORTABLE.
14:28:52  20              I HAVE QUESTIONS FOR ALL SIDES TODAY.
14:28:58  21              I'LL START FIRST WITH MR. VERHOEVEN.
14:29:01  22    WHEN WE HAD THE HEARING ON APPLE'S MOTION YOU HAD
14:29:03  23    SPECIFIED SOME EXPEDITED DISCOVERY THAT SAMSUNG
14:29:06  24    WOULD NEED, WHICH I THOUGHT WAS VERY REASONABLE,
14:29:09  25    BUT IT DOESN'T APPEAR THAT YOU'RE REQUESTING THAT
```

3

14:59:32 1   WITH THESE FUTURE PRODUCTS, NOT CURRENT PRODUCTS,

14:59:37 2   FUTURE PRODUCTS OF SAMSUNG ARE GOING TO HURT THEIR

14:59:40 3   CASE BECAUSE THEY'RE GOING TO BE A LOT DIFFERENT

14:59:42 4   AND THAT'S GOING TO BE THE SUBJECT OF THEIR

14:59:43 5   MARKETING CAMPAIGN IN THE FALL.

14:59:45 6           AND THAT'S GOING TO BE VERY CRITICAL TO

14:59:47 7   ANY PRELIMINARY INJUNCTION MOTION, BOTH ON THE

14:59:49 8   MERITS, ARE THESE THINGS GOING TO CONFUSE THE

14:59:52 9   CONSUMER?  AND ALSO AS TO IRREPARABLE HARM AND

14:59:55 10  BALANCE OF HARM.

14:59:56 11          IF THEY'RE -- IF THEIR FOCUS IN THE

14:59:59 12  MARKETPLACE, YOU KNOW, THESE PHONES, THEY HAVE A

15:00:01 13  SHELF LIFE, THEY'RE LIKE CABBAGE, YOU HAVE A SHELF

15:00:04 14  LIKE OF SIX MONTHS TO A YEAR MAX.

15:00:07 15          THE NOTION THAT THEY'RE GOING TO BE

15:00:10 16  IRREPARABLY HARMED BECAUSE OF THE IPHONE 3 WHICH

15:00:14 17  SELLS FOR 59 BUCKS AND IS GOING TO A COMPLETELY

15:00:17 18  DIFFERENT MARKET SEGMENT THAN THE 4G TURBO CHARGED

15:00:26 19  VERY EXPENSIVE IPHONES IS LUDICROUS.

15:00:28 20          THE ONLY WAY THEY'RE GOING TO BE ABLE TO

15:00:30 21  SHOW ANY SORT OF HARM IS BY COMPARING THEIR

15:00:32 22  CURRENTLY ON-THE-MARKET PRODUCTS TO THE CURRENTLY

15:00:35 23  ON-THE-MARKET PRODUCTS IN THE FALL THAT SAMSUNG

15:00:37 24  HAS.

15:00:38 25          SO THAT'S WHY WE NEED -- IF YOU, IF YOU

32

1

2

3

4                    CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23            /S/
              _____
24            IRENE RODRIGUEZ, CSR, CRR
              CERTIFICATE NUMBER 8074
25
              DATED:  JUNE 20, 2011

                                                    39