|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | SAN JOSE DIVISION | |
| 11 | | |
| 12 | APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| 13 | Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO APPLE'S EFFORTS TO OBTAIN DESIGN PATENTS RELATED TO THE PATENTS-IN-SUIT** |
| 14 | v. | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

1   Defendants seek an order directing Apple to complete its production of all documents
2   called for in Samsung's Requests for Production Nos. 81, 82, 97, 98, and 362.  Having considered
3   the arguments of the parties and the papers submitted, Samsung's Motion to Compel is DENIED.

**IT IS SO ORDERED.**

Dated:  April _____, 2012.

————————————————————
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER DENYING SAMSUNG'S MTC PRODUCTION OF DOCUMENTS RELATING TO DESIGN PATENTS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3122483