HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGMENT OF *CORRECTED* REPLY BRIEF IN SUPPORT OF RULE 37(B)(2) MOTION RE SAMSUNG'S VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER** |

1  PLEASE TAKE NOTICE that an unredacted version of Apple's *Corrected* Reply Brief in
2  Support of Its Rule 37(b)(2) Motion Re Samsung's Violation of January 27, 2012 Damages
3  Discovery Order will be lodged with the Court on March 22, 2012.  A change was made to the
4  original Reply Brief at page 15, line 12, thus necessitating the filing of a Corrected Reply Brief.
5  Apple's original Reply Brief in Support of Rule 37(b)(2) Motion Re Samsung's Violation of
6  January 27, 2012 Damages Discovery Order was submitted under seal on March 20, 2012 as part
7  of Docket Number 822.  A redacted version of Apple's *Corrected* Reply Brief was filed on
8  March 21, 2012 as Docket Number 828.

Dated: March 22, 2012            MORRISON & FOERSTER LLP

                                 By:  */s/ Michael A. Jacobs*
                                      Michael A. Jacobs

                                      Attorneys for Plaintiff
                                      APPLE INC.

sf-3123351