| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGMENT OF *CORRECTED* EXHIBIT I TO THE REPLY DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S RULE 37(B)(2) MOTION RE SAMSUNG'S VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER** |

PLEASE TAKE NOTICE that *Corrected* Exhibit I to the Reply Declaration of Erik J. Olson in Support of Apple's Rule 37(b)(2) Motion Re Samsung's Violation of January 27, 2012 Damages Discovery Order is lodged with the Court.  This exhibit is an excerpt of a confidential deposition transcript and was inadvertently attached as an exhibit to the [Public Redacted Version] of the Reply Declaration of Erik J. Olson in Support of Apple's Rule 37(b)(2) Motion Re Samsung's Violation of January 27, 2012 Damages Discovery Order filed by Apple on March 20, 2012 as Docket No. 822-7.

Dated: March 22, 2012                                    MORRISON & FOERSTER LLP


By:  */s/ Michael A. Jacobs*
          Michael A. Jacobs

          Attorneys for Plaintiff
          APPLE INC.