| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **APPLE'S NOTICE OF LODGMENT OF *CORRECTED* EXHIBIT A TO THE REPLY DECLARATION OF ERIC R. ROBERTS IN SUPPORT OF APPLE'S MOTION TO ENFORCE JANUARY 27, 2012 ORDER AS TO FINANCIAL DOCUMENTS** |

1  PLEASE TAKE NOTICE that a *Corrected* Exhibit A to the Reply Declaration of Eric R. Roberts in Support of Apple's Motion to Enforce January 27, 2012 Order as to Financial Documents will be lodged with the Court on March 22, 2012.  This exhibit is a certified translation of excerpts from Samsung's document production.  An incomplete copy was inadvertently attached as Exhibit A to the Reply Declaration of Eric R. Roberts in Support of Apple's Motion to Enforce January 27, 2012 Order as to Financial Documents, which was submitted under seal by Apple on March 20, 2012 as part of Docket Number 822.

Dated: March 22, 2012                    MORRISON & FOERSTER LLP

                                         By:  */s/ Michael A. Jacobs*
                                              Michael A. Jacobs

                                              Attorneys for Plaintiff
                                              APPLE INC.

sf-3123348