# EXHIBIT A

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | QUINN EMANUEL URQUHART & |
| hmcelhinny@mofo.com | SULLIVAN, LLP |
| MICHAEL A. JACOBS (CA SBN 111664) | Charles K. Verhoeven (Cal. Bar No. |
| mjacobs@mofo.com | 170151) |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 50 California Street, 22nd Floor |
| jtaylor@mofo.com | San Francisco, California 94111 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (415) 875-6600 |
| atucher@mofo.com | Facsimile: (415) 875-6700 |
| RICHARD S.J. HUNG (CA SBN 197425) | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| rhung@mofo.com | Victoria F. Maroulis (Cal. Bar No. 202603) |
| JASON R. BARTLETT (CA SBN 214530) | 555 Twin Dolphin Drive 5th Floor |
| jasonbartlett@mofo.com | Redwood Shores, California 94065 |
| MORRISON & FOERSTER LLP | Telephone: (650) 801-5000 |
| 425 Market Street | Facsimile: (650) 801-5100 |
| San Francisco, California  94105-2482 | Michael T. Zeller (Cal. Bar No. 196417) |
| Telephone:  (415) 268-7000 | 865 S. Figueroa St., 10th Floor |
| Facsimile:  (415) 268-7522 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| Attorneys for Plaintiff and | Facsimile: (213) 443-3100 |
| Counterclaim-Defendant APPLE INC. | |
| | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE FOR THE ACCUSED DEVICES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action ("Action") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on April 15, 2011;

WHEREAS, through Requests for Production propounded on Samsung and other discovery mechanisms, Apple sought production of the source code for the accused products (*see*, *e.g*., Apple RFP Nos. 224, 228, and 232);

WHEREAS, on December 8, 2011, Apple filed a motion to compel seeking an order directing Samsung to produce its source code for the accused products, including its source code relating to certain specified accused functions (*see* Apple's 12/8/11 [Proposed] Order Granting Apple's Mot. Compel Production of Docs. & Things at 2-3);

WHEREAS, on December 22, 2011, the Court issued an order requiring Samsung to produce "the source code and technical documents requested by Apple's motion" by December 31, 2011 (12/22/11 Order at 2);

WHEREAS, on December 31, 2011, Samsung Electronics Co., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") produced source code for each of the Samsung accused products in this lawsuit;

WHEREAS, on January 11, 2012, Apple filed a Motion to Compel seeking documents sufficient to show the version histories, updates, and changes made to the source code affecting accused functionalities;

WHEREAS, on January 27, 2012, the Court issued an order permitting Samsung to either produce the additional source code information or negotiate a stipulation that its production is representative of the functionality of the accused products;

WHEREAS the parties met and conferred regarding the production of such source code or an entry of a stipulation regarding modifications to the accused functionalities;

WHEREAS, the Parties have determined that it is in their mutual interest to memorialize their resolution of this outstanding dispute.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. This Stipulation and the information it contains shall be used only in the instant Action, shall not be binding on any party for any other purposes or in any other administrative or judicial proceeding, and shall not be used for any other purposes, including as evidence, in any such other proceeding.

2. Nothing in this Stipulation shall be construed as an admission that any of Samsung's products infringe any claim element of any claim of the patents at issue in this Investigation.

3. Nothing in this Stipulation shall be construed as an admission of validity or enforceability of any claim of any of the patents at issue in this Action.

4. This Stipulation is limited to Samsung products imported and sold in the United States before March 15, 2011.

5. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 6,493,002, 7,844,915, and 7,812,828, (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused of infringing these patents is representative of the source code for all versions of that product released to date.

6. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 7,469,381, (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused of infringing this patent is representative of the source code for all versions of that product released in the United States before approximately August 12, 2011.  The version of source code produced on January 23, 2012 is representative of versions of that product released after approximately August 12, 2011.

7. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 7,853,891, (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused

of infringing this patent is representative of the source code for all versions of that product released in the United States before approximately December 23, 2011.  The version of source code produced on March 10, 2012 is representative of versions of that product released after approximately December 23, 2011.

8. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 7,864,163 (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused of infringing this patent is representative of the source code for all versions of that product released in the United States before approximately December 23, 2011.  The version of source code produced on March 12, 2012 is representative of versions of that product released after approximately December 23, 2011.

9. This stipulation is without prejudice to Samsung's right to modify its source code and products at a later time, including the development of design-arounds to the patents in dispute, and does not constitute a stipulation that the December 31, 2011 code is representative of such later-developed source code and products.

10. This stipulation is without prejudice to Apple's right to seek any remedy or relief with regard to any disputes over Samsung's production of source code in accordance with the December 22, 2011 Order that are not addressed in this Stipulation.

Dated: March ___, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|

By:_____
   HAROLD J. MCELHINNY
   MICHAEL A. JACOBS
   JENNIFER LEE TAYLOR
   ALISON M. TUCHER
   RICHARD S.J. HUNG
   JASON R. BARTLETT

Attorneys for Plaintiff
APPLE INC.

By:_____
   CHARLES K. VERHOEVEN
   KEVIN P.B. JOHNSON
   VICTORIA F. MAROULIS
   EDWARD DEFRANCO
   MICHAEL T. ZELLER

Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

1
2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4   Dated: _____, 2012        By: _____
5                                              The Honorable Lucy H. Koh
                                               United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28