1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                         UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S RULE 37(B)(2) MOTION BASED ON SAMSUNG'S ALLEGED VIOLATION OF THE COURT'S DECEMBER 22, 2011 ORDER REGARDING SOURCE CODE**<br><br>Date: April 24, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Todd Briggs, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition To Apple's Rule 37(B)(2) Motion Based On Samsung's Alleged Violation Of The Court's December 22, 2011 Order Regarding Source Code. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Contrary to the statements in paragraph 2 of Marc Pernick's declaration supporting Apple's motion, I am informed and believe that Samsung has offered to make source code available on several occasions. On October 7, 2011, in its Patent Local Rule 3-4 disclosure, Samsung represented that it would make available for inspection source code relating to Apple's infringement. On December 14, Samsung reiterated to Apple that this source code was available for review. Then again, on December 31, 2011, in accordance with the Court's December 22, 2011 Order, Samsung made additional source code available for inspection. Since its Rule 3-4 disclosures, Samsung has offered to make additional source code available on November 15, 17, and 21 and December 2 and 6. Samsung also produced for inspection source code relating to design-arounds on January 23 and March 10 and 12.

3. By December 31, I am informed and believe that Samsung made source code available for inspection to Apple. That source code, which included the full source code for each of the products at issue and the source code for the accused functionalities, amounted to approximately 829 gigabytes. Based on an estimate of 60 pages per megabyte (MB) and 1024 MBs in a gigabyte (GB), I am informed and believe that the 829 GB of code is roughly 50,933,760 pages of source code.

4. Despite the purported urgency of Apple's request, Apple did not inspect the source code when it was produced; instead, counsel for Apple said that they were not prepared to do so and waited to review the code at a later date.

5. This set of source code included the release-version of the accused products—the version that is most relevant to Apple's claims, which allege infringement and damages by the accused products as of the date of release.

6. Shortly after the Court issued its January 27 Order, Samsung began meeting and conferring with Apple regarding a stipulation identifying the source code that the parties could use as representative of the accused products in order to streamline issues relating to the infringement analysis. The meet and confer process continued throughout February and early March.

7. On March 9, without warning to Samsung, Apple filed its Motion for Sanctions. At that time, the parties were still actively negotiating the stipulation, and following Apple's Motion, counsel for Samsung contacted counsel for Apple regarding the stipulation. Attached hereto as **Exhibit 1** is a true and correct copy of an e-mail from Todd M. Briggs to Marc J. Pernick dated March 15, 2012, transmitting the most recent proposed stipulation.

8. Apple suggested the parties add a provision to the stipulation that Samsung admits it violated the Court's December 22, 2011 Order, and that Samsung agree to the preclusion of Samsung's source code. Attached hereto as **Exhibit 2** is a true and correct copy of a letter sent from Marc J. Pernick to Todd M. Briggs dated March 16, 2012, setting forth Apple's demands with regard to the proposed stipulation.

9. Since Samsung produced its design-around source code on March 10 and 12, I am informed and believe that no one from Apple has printed any part of the code.

10. Since the close of discovery on March 8, 2012, I am informed and believe that Apple has produced 204,246 pages of documents, including over 1,000 pages on the day Samsung's expert reports were due.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Redwood Shores, California, on March 23, 2012.

*/s/ Todd Briggs*
Todd Briggs

-3-    Case No. 11-cv-01846-LHK
BRIGGS DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO MOTION FOR SANCTIONS

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Todd Briggs has concurred in this filing.

                                                  */s/ Victoria Maroulis*