| | |
|---|---|
| **From:** | Todd Briggs |
| **Sent:** | Thursday, March 15, 2012 11:55 AM |
| **To:** | Pernick, Marc J.; Rachel Herrick Kassabian |
| **Cc:** | AppleMoFo; Samsung v. Apple; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com; Mazza, Mia; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | RE: Apple v. Samsung: Correspondence re: Production of Source Code by Samsung |
| **Attachments:** | 4655502_1_Samsung Source Code Stipulaton.DOC |

Marc,

We have been working on the source code stipulation and have attached a new draft for your review. If you would like to discuss or have any questions, please feel free to give me a call.

Thanks, Todd

---

**From:** Pernick, Marc J. [mailto:MPernick@mofo.com]
**Sent:** Sunday, February 26, 2012 9:47 PM
**To:** Rachel Herrick Kassabian
**Cc:** AppleMoFo; Samsung v. Apple; calvin.walden@wilmerhale.com; peter.kolovos@wilmerhale.com; Mazza, Mia; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Apple v. Samsung: Correspondence re: Production of Source Code by Samsung


<<2012--2-26 Pernick to Kassabian re Stipulaton on Source Code.pdf>> <<2012-02-26 Pernick to Kassabian re Stipulation on Source Code.pdf>>

Hi Rachel,

Attached please find correspondence regarding Samsung's production of source code in response to the Court's December 22, 2011 Order, as well as a draft stipulation for your review.



Regards,
Marc Pernick

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650.813.5718
mpernick@mofo.com




---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another

1

party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

# EXHIBIT 1

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | QUINN EMANUEL URQUHART & |
| hmcelhinny@mofo.com | SULLIVAN, LLP |
| MICHAEL A. JACOBS (CA SBN 111664) | Charles K. Verhoeven (Cal. Bar No. 170151) |
| mjacobs@mofo.com | 50 California Street, 22nd Floor |
| JENNIFER LEE TAYLOR (CA SBN 161368) | San Francisco, California 94111 |
| jtaylor@mofo.com | Telephone: (415) 875-6600 |
| ALISON M. TUCHER (CA SBN 171363) | Facsimile: (415) 875-6700 |
| atucher@mofo.com | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| RICHARD S.J. HUNG (CA SBN 197425) | Victoria F. Maroulis (Cal. Bar No. 202603) |
| rhung@mofo.com | 555 Twin Dolphin Drive 5th Floor |
| JASON R. BARTLETT (CA SBN 214530) | Redwood Shores, California 94065 |
| jasonbartlett@mofo.com | Telephone: (650) 801-5000 |
| MORRISON & FOERSTER LLP | Facsimile: (650) 801-5100 |
| 425 Market Street | Michael T. Zeller (Cal. Bar No. 196417) |
| San Francisco, California 94105-2482 | 865 S. Figueroa St., 10th Floor |
| Telephone: (415) 268-7000 | Los Angeles, California 90017 |
| Facsimile: (415) 268-7522 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE FOR THE ACCUSED DEVICES** |

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action ("Action") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on April 15, 2011;

WHEREAS, through Requests for Production propounded on Samsung and other discovery mechanisms, Apple sought production of the source code for the accused products (*see*, *e.g.*, Apple RFP Nos. 224, 228, and 232);

WHEREAS, on December 8, 2011, Apple filed a motion to compel seeking an order directing Samsung to produce its source code for the accused products, including its source code relating to certain specified accused functions (*see* Apple's 12/8/11 [Proposed] Order Granting Apple's Mot. Compel Production of Docs. & Things at 2-3);

WHEREAS, on December 22, 2011, the Court issued an order requiring Samsung to produce "the source code and technical documents requested by Apple's motion" by December 31, 2011 (12/22/11 Order at 2);

WHEREAS, on December 31, 2011, Samsung Electronics Co., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC ("Samsung") produced source code for each of the Samsung accused products in this lawsuit;

WHEREAS, on January 11, 2012, Apple filed a Motion to Compel seeking documents sufficient to show the version histories, updates, and changes made to the source code affecting accused functionalities;

WHEREAS, on January 27, 2012, the Court issued an order permitting Samsung to either produce the additional source code information or negotiate a stipulation that its production is representative of the functionality of the accused products;

WHEREAS the parties met and conferred regarding the production of such source code or an entry of a stipulation regarding modifications to the accused functionalities;

WHEREAS, the Parties have determined that it is in their mutual interest to memorialize their resolution of this outstanding dispute.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. This Stipulation and the information it contains shall be used only in the instant Action, shall not be binding on any party for any other purposes or in any other administrative or judicial proceeding, and shall not be used for any other purposes, including as evidence, in any such other proceeding.

2. Nothing in this Stipulation shall be construed as an admission that any of Samsung's products infringe any claim element of any claim of the patents at issue in this Investigation.

3. Nothing in this Stipulation shall be construed as an admission of validity or enforceability of any claim of any of the patents at issue in this Action.

4. This Stipulation is limited to Samsung products imported and sold in the United States before March 15, 2011.

5. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 6,493,002, 7,844,915, and 7,812,828, (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused of infringing these patents is representative of the source code for all versions of that product released to date.

6. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 7,469,381, (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused of infringing this patent is representative of the source code for all versions of that product released in the United States before approximately August 12, 2011. The version of source code produced on January 23, 2012 is representative of versions of that product released after approximately August 12, 2011.

7. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 7,853,891, (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused

of infringing this patent is representative of the source code for all versions of that product released in the United States before approximately December 23, 2011.  The version of source code produced on March 10, 2012 is representative of versions of that product released after approximately December 23, 2011.

8. For purposes of this lawsuit for assessing infringement of U.S. Patent Nos. 7,864,163 (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 relating to the functionalities accused of infringing this patent is representative of the source code for all versions of that product released in the United States before approximately December 23, 2011.  The version of source code produced on March 12, 2012 is representative of versions of that product released after approximately December 23, 2011.

9. This stipulation is without prejudice to Samsung's right to modify its source code and products at a later time, including the development of design-arounds to the patents in dispute, and does not constitute a stipulation that the December 31, 2011 code is representative of such later-developed source code and products.

10. This stipulation is without prejudice to Apple's right to seek any remedy or relief with regard to any disputes over Samsung's production of source code in accordance with the December 22, 2011 Order that are not addressed in this Stipulation.

Dated:  March ___, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:_____<br>　HAROLD J. MCELHINNY<br>　MICHAEL A. JACOBS<br>　JENNIFER LEE TAYLOR<br>　ALISON M. TUCHER<br>　RICHARD S.J. HUNG<br>　JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By:_____<br>　CHARLES K. VERHOEVEN<br>　KEVIN P.B. JOHNSON<br>　VICTORIA F. MAROULIS<br>　EDWARD DEFRANCO<br>　MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012        By: _____
                                                     The Honorable Lucy H. Koh
                                                     United States District Court Judge