UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S RULE 37(B)(2) MOTION BASED ON SAMSUNG'S ALLEGED VIOLATION OF THE COURT'S DECEMBER 22, 2011 ORDER REGARDING SOURCE CODE** |

On March 9, 2012, Plaintiff Apple Inc. ("Apple") filed a Rule 37(b)(2) Motion Based on Samsung's Alleged Violation of the Court's December 22, 2011 Order Regarding Source Code (Docket No. 795). Samsung filed its Opposition to this motion on March 23, 2012.

Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby DENIES Apple's Rule 37(b)(2) Motion Based on Samsung's Alleged Violation of the Court's December 22, 2011 Order Regarding Source Code.

**IT IS SO ORDERED.**

DATED: _____

                                                                       _____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge