| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Motion to File Under Seal (Dkt. No. 819) ("Samsung's MtS"). I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Samsung's Reply in Support of its Motion for a Protective Order ("Samsung's Reply"), the Declaration of Rachel Herrick Kassabian in Support of Samsung's Reply ("Kassabian Declaration"), and Exhibits K, P, Q, R, and S to the Kassabian Declaration contain Apple-confidential information. (*See* Samsung's MtS at 1.) Specifically:

- Exhibit K to the Kassabian Declaration contains discussions of manufacturing details, strategies for detecting and resolving problems, and confidential details of design and development practices. A proposed redacted version is attached as Exhibit 1.
- Exhibit P to the Kassabian Declaration contains discussions between a very senior individual at Apple and a very senior individual at Samsung regarding possible resolution of issues between the parties. The details of the communication, the identities of those communicating, and the contact information for those communicating are all confidential. This exhibit should be sealed in its entirety.
- Exhibit Q to the Kassabian Declaration consists of deposition excerpts detailing confidential licensing discussions, and should be sealed in its entirety.
- Exhibits R and S to the Kassabian Declaration consist of forwarded articles and Internet links for discussion with commentary by the most senior Apple executives. Exhibit R further includes design proposals and development details. The identities and contact information of those communicating, as well as the commentary they chose to include with the forwarded articles and links, are confidential. Proposed redacted versions are attached as Exhibits 2 3, respectively.

- Samsung's Reply and the Kassabian Declaration should be sealed to the extent they refer to the sealed portions of the above exhibits.

3. Apple does not maintain a claim of confidentiality on Exhibit L to the Kassabian Declaration.

4. It is Apple's policy not to disclose or describe its confidential design and product development information, licensing details, executive strategy, or other business practices to third parties. The information that should be sealed as described above is confidential to Apple. It is indicative of the way that Apple manages its business affairs, designs its products and conducts product development. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 27th day of March, 2012, at Washington, DC.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated:  March 27, 2012              */s/ Richard S.J. Hung*
                                                Richard S.J. Hung