# EXHIBIT 2

Subject: Fwd: Microsoft touts 'thumb-as-stylus' interface progress
Date: Thu, 07 Apr 2005 14:24:43 -0700

Message-ID: <1a3fc1892525c146bea7c17d2ba90090@apple.com>

Begin forwarded message:



ess

>
>
> EE Times: Latest News
> Microsoft touts 'thumb-as-

Highly Confidential - Attorneys' Eyes Only

APLNDC00019963

# stylus' interface progress

>
>
>
> Nicolas Mokhoff
> (04/05/2005 8:09 AM EDT)
> URL: http://www.eetimes.com/showArticle.jhtml?articleID=160500234
>
>
>
> MANHASSET, N.Y. — Microsoft Research scientists, in cooperation with University of Maryland researchers, have designed two interfaces to support easier use of PDAs and cellphones.
>
> The interfaces allow users to operate the devices using a thumb on one hand. The interfaces target screens from 2 to 5 inches, measured diagonally, with resolutions ranging from 176 x 220 to 800 x 600 pixels.
>
> The researchers detailed the two different interface approaches in a technical paper delivered at this week's Conference on Human Factors in Computing Systems in Portland, Ore.
>
> The AppLens interface uses a tabular fish-eye approach to provide integrated access to and notification for nine applications. The second, called LaunchTile, uses pure zooming within a landscape of 36 applications to accomplish the same goals.
>
> In their paper, the researchers detailed thumb-as-stylus designs that allow users to operate hand-held devices using only one hand. Although existing stylus-based gesture systems do not preclude the use of the thumb, no systems have been specifically designed to be operated using the thumb, according to the researchers.
>
> Microsoft Research is making a big splash at the 2005 ACM SIGCHI Conference with more than 30 researchers from the company's Beijing, Cambridge, U.K. and Redmond, Wash., labs delivering 22 papers, or 10 percent of the papers accepted. Microsoft's focus is information visualization, and the papers are the result of collaboration with more than 16 universities and several corporations.
>

Highly Confidential -
Attorneys' Eyes Only

> "Information visualization is a hot topic today because computer system and graphics capabilities have reached a point where the visual representation of information can come to life," said George Robertson, senior researcher at Microsoft Research.
>
>
> Microsoft Research employs more than 700 engineers at six labs in Redmond, Cambridge and Beijing along with labs in California and Bangalore, India.
>
> The 23rd annual CHI conference is sponsored by the Association for Computing Machinery's Special Interest Group on Computer-Human Interactions.

------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC00019965

Message-ID: <60466FDC-B3C9-4CA0-8B19-0C0CF999D952@apple.com>

http://mobile-review.com/review/samsung-e910-serene-en.shtml

------ end message ------

Highly Confidential - Attorneys' Eyes Only                                                                    APLNDC0001207655

Subject: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-E910_Bang_&_Olufsen_=93fas?= =?WINDOWS-1252?Q?hionphone=94?=
Date: Wed, 05 Oct 2005 17:41:16 -0700

Message-ID: <FB029112-1A5B-425D-A3D3-C5E97D83154A@apple.com>

Begin forwarded message:

e"

Samsung's SGH-E910 Bang & Olufsen "fashionphone"

Highly Confidential - Attorneys' Eyes Only
APLNDC0001256893

Posted Oct 5, 2005, 6:10 PM ET by Ryan Block
Related entries: Cellphones
Don't you just dig the intense irony that the fruits of Samsung's and Bang & Olufsen's getting together on a fashionphone rendered quite possibly the most busted looking piece of consumer electronics in recent memory? Mean, c'mon, it is B&O, it's not like we were expecting design to counter The Toy in White or anything, but still, you you bust out a Samsung SGH-E910, we have a feeling you're going to seriously get made fun of even by your metro bros. Especially when they find out the thing only has a two hour talk time, and VGA camera—though it does try to make up for that with a 2.1-inch QVGA display and Bluetooth.
Read

[Thanks, Yianni]







------ end message ------

Highly Confidential - Attorneys' Eyes Only                                                     APLNDC0001256894