# EXHIBIT 3

Subject: Samsung Galaxy
Date: Wed, 24 Mar 2010 19:13:55 +0000

████████████████

Message-ID: <3C4F5B4A-654F-4759-9900-EF9FC2E9CCAE@apple.com>

████████████████

█

Samsung's stunning i9000 Galaxy S live in photos and video Live Photo Gallery

------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC00010880