# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: March 27, 2012     Time in Court: [10:31 to 11:58; 1:00 to 2:29 (2 hours and 56 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Christine Bedard/Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Harold McElhinny, Allison Tucher, Richard Hung and Erik Olson
Defendant Attorney(s) present: Kevin Johnson, John Quinn, Rachel Kassabian, Victoria Maroulis, Joby Martin and Ken Korea

**PROCEEDINGS:**
**1.) Plaintiff's Motion for Sanctions (Doc. 715)**
**2.) Plaintiff's Motion to Compel (Doc. 736)**
**3.) Plaintiff's Motion for Attorneys' Fees (Doc. 741)**
**4.) Defendant's Motion for a Protective Order (Doc. 754)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///