# EXHIBIT A



7293088

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

United States Patent and Trademark Office

*April 25, 2011*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:**

        **APPLICATION NUMBER:** *29/328,018*
        **FILING DATE:** *November 18, 2008*
        **PATENT NUMBER:** *D618677*
        **ISSUE DATE:** *June 29, 2010*



Certified by

*David J. Kappos*

**Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office**

APLPROS0000011597

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

## Application Number: 29328018          Document Date: 11/18/2008

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- ## Design Drawing

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://es/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: February 8, 2006

1

APLPROS0000011598

PTO/SB/18 (08-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DESIGN
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | 2607.0590002(P4984USD1)/TGD/AKS |
|---|---|
| First Named Inventor | Bartley K. ANDRE |
| Title | Electronic Device |
| Express Mail Label No. | |

**ADDRESS TO:**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

*DESIGN V. UTILITY:* A *"design patent"* protects an article's ornamental appearance (e.g., the way an article looks) (35 U.S.C. 171), while a *"utility patent"* protects the way an article is used and works (35 U.S.C. 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information, see MPEP 1502.01.

## APPLICATION ELEMENTS
*See MPEP 1500 concerning design patent application contents.*

1. [ ] Fee Transmittal Form *(e.g., PTO/SB/17)*

2. [ ] Applicant claims small entity status.
   See 37 CFR 1.27.

3. [X] Specification            *[Total Pages* 4 *]*
   *(preferred arrangement set forth below, MPEP 1503.01)*
   - Preamble
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Description of the figure(s) of the drawings
   - Feature description
   - Claim (only one (1) claim permitted, MPEP 1503.03)

4. [X] Drawing(s) (37 CFR 1.152) *[Total Sheets* 8 *]*

5. Oath or Declaration         *[Total Pages* 8 *]*
   a. [ ] Newly executed (original or copy)
   b. [X] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 16 completed)*
      *DELETION OF INVENTOR(S)*
      i. [ ] Signed statement attached deleting
         inventor(s) named in the prior application,
         see 37 CFR 1.63(d)(2) and 1.33(b)

6. [X] Application Data Sheet. See 37 CFR 1.76

## ACCOMPANYING APPLICATION PARTS

7. [ ] Assignment Papers (cover sheet & document(s))

8. [ ] 37 CFR 3.73(b) Statement      [ ] Power of
      *(when there is an assignee)*           Attorney

9. [ ] English Translation Document *(if applicable)*

10. [X] Information Disclosure Statement (IDS)
      PTO/SB/08 or PTO-1449
      [ ] Copies of foreign patent documents,
          publications, & other information

11. [ ] Preliminary Amendment

12. [ ] Return Receipt Postcard (MPEP 503)
      *(Should be specifically itemized)*

13. [ ] Certified Copy of Priority Document(s)
      *(if foreign priority is claimed)*

14. [ ] Request for Expedited Examination of a Design Application
      (37 CFR 1.155) (NOTE: Use "Mail Stop Expedited Design")

15. [X] Other: Authorization under 37 CFR 1.136(a)(3)

## 16. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation   [X] Divisional   [ ] Continuation-in-part (CIP) of prior application No.: 29/282,834

Prior application information: Examiner Angela J. Lee _____ Art Unit: 2911

## 17. CORRESPONDENCE ADDRESS

[ ] The address associated with Customer Number:   63975   OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | *[signature]* | Date November 18, 2008 |
|---|---|---|
| Name (Print/Type) | Tracy-Gene G. Durkin | Registration No. 32,831 (Attorney/Agent) |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902,086

## APPLICATION DATA SHEET

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Bartley |
| **Middle Name:** | K. |
| **Family Name:** | ANDRE |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 333 Pope Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94025 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 2:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | NZ |
| **Given Name:** | Daniel |
| **Middle Name:** | J. |
| **Family Name:** | COSTER |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 756 Church Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 3:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | IT |
| **Given Name:** | Daniele |
| **Family Name:** | DE IULIIS |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 50 Digby Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 4:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Richard |
| **Middle Name:** | P. |
| **Family Name:** | HOWARTH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 3928 17th Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |

**Postal Code of Mailing Address:**    94114
**Country of Mailing Address:**    US
**Phone:**
**Fax:**
**E-mail:**

<u>Inventor 5</u>:

**Applicant Authority Type:**    Inventor
**Citizenship:**    GB
**Given Name:**    Jonathan
**Middle Name:**    P.
**Family Name:**    IVE
**City of Residence:**    San Francisco
**State of Residence:**    CA
**Country of Residence:**    US
**Address-1 of Mailing Address:**    196 Twin Peaks Blvd.
**Address-2 of Mailing Address:**
**City of Mailing Address:**    San Francisco
**State of Mailing Address:**    CA
**Postal Code of Mailing Address:**    94114
**Country of Mailing Address:**    US
**Phone:**
**Fax:**
**E-mail:**

<u>Inventor 6</u>:

**Applicant Authority Type:**    Inventor
**Citizenship:**    US
**Given Name:**    Steve
**Family Name:**    JOBS
**City of Residence:**    Palo Alto
**State of Residence:**    CA
**Country of Residence:**    US
**Address-1 of Mailing Address:**    2101 Waverley Street
**Address-2 of Mailing Address:**
**City of Mailing Address:**    Palo Alto
**State of Mailing Address:**    CA

APLPROS0000011602

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94301 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 7:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Duncan |
| **Middle Name:** | Robert |
| **Family Name:** | KERR |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 73 Miguel Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 8:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | JP |
| **Given Name:** | Shin |
| **Family Name:** | NISHIBORI |
| **City of Residence:** | Portola Valley |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 28 Aliso Way |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Portola Valley |
| **State of Mailing Address:** | CA |

APLPROS0000011603

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94208 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 9:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Matthew |
| **Middle Name:** | Dean |
| **Family Name:** | ROHRBACH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 29 Ora Way |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 10:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Douglas |
| **Middle Name:** | B. |
| **Family Name:** | SATZGER |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 225 Arden Road |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |

APLPROS0000011604

State of Mailing Address:              CA
Postal Code of Mailing Address:        94025
Country of Mailing Address:            US
Phone:
Fax:
E-mail:

Inventor 11:

Applicant Authority Type:              Inventor (Deceased)
Citizenship:                           US
Given Name:                            Calvin
Middle Name:                           Q.
Family Name:                           SEID
City of Residence:                     Palo Alto
State of Residence:                    CA
Country of Residence:                  US
Address-1 of Mailing Address:          1043 High Street
Address-2 of Mailing Address:
City of Mailing Address:               Palo Alto
State of Mailing Address:              CA
Postal Code of Mailing Address:        94301
Country of Mailing Address:            US
Phone:
Fax:
E-mail:

Inventor 12:

Applicant Authority Type:              Inventor
Citizenship:                           AU
Given Name:                            Christopher
Middle Name:                           J.
Family Name:                           STRINGER
City of Residence:                     Woodside
State of Residence:                    CA
Country of Residence:                  US
Address-1 of Mailing Address:          20100 Skyline Boulevard
Address-2 of Mailing Address:

| | |
|---|---|
| **City of Mailing Address:** | Woodside |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94062 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 13:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | CA |
| **Given Name:** | Eugene |
| **Middle Name:** | Antony |
| **Family Name:** | WHANG |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | #1-400 Dolores Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 14:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | DE |
| **Given Name:** | Rico |
| **Family Name:** | ZORKENDORFER |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 327 Lombard Street |
| **Address-2 of Mailing Address:** | |

| | |
|---|---|
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94133 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

*Correspondence Information:*
**Customer Number:**               63975               *63975*

*Application Information:*
**Title of Invention:**     Electronic Device
**Application Type:**        regular, design
**Attorney Docket Number:** 2607.0590002(P4984USD1)/TGD/AKS

Botanic Information:

Publication Information:
**Suggested Figure for Publication -**
**Suggested Classification -**
**Suggested Technology Center -**
**Total Number of Drawing Sheets - 8**

*Representative Information:*

practitioner(s) at Customer Number:

        63975          *63975*

as our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

*Domestic Priority Information:*

This is a Divisional of US application number 29/282,834, filed 2007-07-30.

US application number 29/282,834, filed 2007-07-30 is a Continuation of US application number

29/270,888, filed 2007-01-05, now U.S. Patent D558,758.

*Foreign Priority Information:*

*Assignee Information:*

<u>Assignee 1</u>:

| | |
|---|---|
| **Organization Name:** | Apple Inc. |
| **Address-1 of Mailing Address:** | 1 Infinite Loop |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: November 18, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902151_1.DOC

APLPROS0000011608

Attorney Docket No.
2607.0590002/P4984USD1

# SPECIFICATION

[0001]     This application is a divisional application of U.S. Design Patent

Application No. 29/282,834, filed July 30, 2007 (pending), which is a

continuation application of U.S. Design Patent Application No. 29/270,888,

[0002]     filed January 5, 2007 (now U.S. Patent No. Des. 558,758), the disclosures of

which are all hereby incorporated in their entirety by reference thereto.

          This is an application for a new, original, and ornamental design for an

[0003]     ELECTRONIC DEVICE, of which the following is a specification, reference

being had to the accompanying drawings, forming a part thereof.

[0004]     Figure 1 is a front perspective view of an electronic device in

[0005]     accordance with the present invention;

[0006]     Figure 2 is a rear perspective view thereof;

[0007]     Figure 3 is a front view thereof;

[0008]     Figure 4 is a rear view thereof;

[0009]     Figure 5 is a top view thereof;

[0010]     Figure 6 is bottom view thereof;

[0011]     Figure 7 is a left side view thereof;

          Figure 8 is a right side view thereof;

[0012]     Figure 9 is a front perspective view of an electronic device in

[0013]     accordance with the present invention;

[0014]     Figure 10 is a rear perspective view thereof;

[0015]     Figure 11 is a front view thereof;

[0016]     Figure 12 is a rear view thereof;

[0017]     Figure 13 is a top view thereof;

- 1 -

APLPROS0000011609

Attorney Docket No.
2607.0590002/P4984USD1

[0018]         Figure 14 is bottom view thereof;

[0019]         Figure 15 is a left side view thereof; and

               Figure 16 is a right side view thereof.

[0020]         Figure 17 is a front perspective view of an electronic device in

accordance with the present invention;

[0021]         Figure 18 is a rear perspective view thereof;

[0022]         Figure 19 is a front view thereof;

[0023]         Figure 20 is a rear view thereof;

[0024]         Figure 21 is a top view thereof;

[0025]         Figure 22 is bottom view thereof;

[0026]         Figure 23 is a left side view thereof;

[0027]         Figure 24 is a right side view thereof;

[0028]         Figure 25 is a front perspective view of an electronic device in

accordance with the present invention;

[0029]         Figure 26 is a rear perspective view thereof;

[0030]         Figure 27 is a front view thereof;

[0031]         Figure 28 is a rear view thereof;

[0032]         Figure 29 is a top view thereof;

[0033]         Figure 30 is bottom view thereof;

[0034]         Figure 31 is a left side view thereof; and

[0035]         Figure 32 is a right side view thereof.

[0036]         The features shown in broken lines in the various Figures are for

illustrating environmental structure and form no part of the claimed design.

The dot dash lines in Figures 9 & 11 represent an indeterminate length.

[0037]         The surfaces of the electronic device are illustrated with color

- 2 -

APLPROS0000011610

Attorney Docket No.
2607.0590002/P4984USD1

designations. The grid pattern indicates the color black, the dashed line

pattern indicates metal.  By way of example, the metallic portions may be

selected from steel, aluminum, anodized aluminum, chrome, nickel, and/or

the like.

[0038]         More generally, the invention pertains to an ornamental design for an

article of manufacture.  The article is not limited to the scale shown herein. As

indicated in the title, the article of manufacture  to which the ornamental

design has been applied is an electronic device, media player (e.g., music,

video and/or game player), media storage device, a personal digital assistant,

a communication device (e.g., cellular phone), a novelty item or toy.

APLPROS0000011611

Attorney Docket No.
2607.0590002/P4984USD1

WE CLAIM:

The ornamental design of an electronic device, as shown and described.

895429_1.DOC

- 4 -

APLPROS0000011612

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To be assigned* |
| ANDRE *et al.* | Art Unit: *To be assigned* |
| Appl. No.: *To be assigned* (*Divisional of Appl. No. 29/282,834; Filed July 30, 2007*) | Examiner: *To be assigned* |
| Filed: *Herewith* | Atty. Docket:  2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time.   The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: <u>November 18, 2008</u>

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902150_1.DOC

APLPROS0000011613

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 1 of 8
NEW SHEET



*FIG. 1*



*FIG. 2*

APLPROS0000011614

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 2 of 8
NEW SHEET



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

APLPROS0000011615

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 3 of 8
NEW SHEET



**FIG. 9**



**FIG. 10**

APLPROS0000011616

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 4 of 8
NEW SHEET



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15

FIG. 16

APLPROS0000011617

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 5 of 8
NEW SHEET



*FIG. 17*



*FIG. 18*

APLPROS0000011618

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 6 of 8
NEW SHEET



FIG. 19

FIG. 20

FIG. 21

FIG. 22

FIG. 23

FIG. 24

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 7 of 8
NEW SHEET





**FIG. 25**



**FIG. 26**

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 8 of 8
NEW SHEET



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31

FIG. 32

APLPROS0000011621

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)    1.  ☐  is attached hereto.

2.  ☒  was filed on January 5, 2007 as
        U.S. Application No. 29/270,888.

3.  ☐  was filed on _____ as
        PCT International Application No. _____
        and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

|  |  |  | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |

APLPROS0000011622

**Direct Correspondence To:**          **Customer Number: 062464**

**Direct Telephone Calls To:**          Michael J. Ferrazano at telephone number (408) 255-8001

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | | |
|---|---|---|
| Typewritten Full Name of First Inventor: | Bartley K. Andre | Citizenship: ____U.S.____ |
| **Inventor's signature:** | | Date of Signature: |
| Residence:        (City) | Menlo Park | (State/Country)        CA/U.S. |
| Address: | 655 Fourteenth Ave., Menlo Park, CA 94025 | |

| | | |
|---|---|---|
| Typewritten Full Name of Second Inventor: | Daniel J. Coster | Citizenship: ____New Zealand____ |
| **Inventor's signature:** | | Date of Signature: _03·27·06_ |
| Residence:        (City) | San Francisco | (State/Country)        CA/U.S. |
| Address: | 471 14th Street, San Francisco, CA 94103 | |

| | | |
|---|---|---|
| Typewritten Full Name of Third Inventor: | Daniele De Iuliis | Citizenship: ____IT____ |
| **Inventor's signature:** | | Date of Signature: _03 22 07_ |
| Residence:        (City) | San Francisco | (State/Country)        CA/U.S. |
| Address: | 50 Digby Street, San Francisco, CA 94131 | |

| | | |
|---|---|---|
| Typewritten Full Name of Fourth Inventor: | Richard P. Howarth | Citizenship: ____Great Britain____ |
| **Inventor's signature:** | | Date of Signature: _3·27·0_ |
| Residence:        (City) | San Francisco | (State/Country)        CA/U.S. |
| Address: | 3928 17th Street, San Francisco, CA 94114 | |

APLPROS0000011623

Typewritten Full Name of
Fifth Inventor:                    Jonathan P. Ive                Citizenship:              Great Britain

Inventor's signature:                                           Date of Signature:    3-30-07

Residence:        (City)           San Francisco                (State/Country)          CA/U.S.

Address:                    196 Twin Peaks Blvd., San Francisco, CA 94114

Typewritten Full Name of
Sixth Inventor:                    Steve Jobs                    Citizenship:              U.S.

Inventor's signature:                                           Date of Signature:

Residence:        (City)           Palo Alto                    (State/Country)          CA/U.S.

Address:                    2101 Waverley Street, Palo Alto, CA 94301

Typewritten Full Name of
Seventh Inventor:                  Duncan Robert Kerr            Citizenship:              Great Britain

Inventor's signature:                                           Date of Signature:    3-29-7

Residence:        (City)           San Francisco                (State/Country)          CA/U.S.

Address:                    2600 18th Street, #15, San Francisco, CA 94110

Typewritten Full Name of
Eighth Inventor:                   Shin Nishibori               Citizenship:              Japan

Inventor's signature:                                           Date of Signature:    2-27-07

Residence:        (City)           San Francisco                (State/Country)          CA/U.S.

Address:                    248 Amber Drive, San Francisco, CA 94131

Typewritten Full Name of
Ninth Inventor:                    Matthew Dean Rohrbach        Citizenship:              U.S.

Inventor's signature:                                           Date of Signature:    03.27.07

Residence:        (City)           San Francisco                (State/Country)          CA/U.S.

Address:                    29 Ora Way, San Francisco, CA 94131

Typewritten Full Name of
Tenth Inventor:                    Douglas B. Satzger           Citizenship:              U.S.

Inventor's signature:                                           Date of Signature:    03.28.07

Residence:        (City)           Menlo Park                   (State/Country)          CA/U.S.

Address:                    225 Arden Road, Menlo Park, CA 94025

APLPROS0000011624

Typewritten Full Name of
Eleventh Inventor:                Calvin Q. Seid            Citizenship:            U.S.

Inventor's signature:                                       Date of Signature: 2-28-07

Residence:        (City)          Palo Alto                 (State/Country)        CA/U.S.

Address:                  1043 High Street, Palo Alto, CA 94301

Typewritten Full Name of
Twelfth Inventor:             Christopher J. Stringer       Citizenship:            Australia

Inventor's signature:                                       Date of Signature: 2-27-07

Residence:        (City)          Portola Valley            (State/Country)        CA/U.S.

Address:                  320 Cervantes Road, Portola Valley, CA 94028

Typewritten Full Name of
Thirteenth Inventor:          Eugene Antony Whang           Citizenship:            Canada

Inventor's signature:                                       Date of Signature: 3.27.07

Residence:        (City)          San Francisco             (State/Country)        CA/U.S.

Address:                  #1-400 Dolores Street, San Francisco, CA 94114

Typewritten Full Name of
Fourteenth Inventor:          Rico Zorkendorfer             Citizenship:            Germany

Inventor's signature:                                       Date of Signature: 02.27.07

Residence:        (City)          San Francisco             (State/Country)        CA/U.S.

Address:                  327 Lombard Street, San Francisco, CA 94133

APLPROS0000011625