1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | Date: April 10, 2012<br>Time: 3:00 p.m.<br>Courtroom: 5, 4th Floor<br>Honorable Paul S. Grewal |

02198.51855/4678881.1

Case No. 11-cv-01846-LHK
SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF IN SUPPORT OF MOTION TO
COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE
DECEMBER 22, 2011 COURT ORDER

I, Diane C. Hutnyan, declare:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this supplemental declaration in support of Samsung's Motion to Compel Production of Documents Relating to Apple's Efforts to Obtain Design Patents Related to the Patents-In-Suit.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of a March 15, 2012 email from counsel for Apple to counsel for Samsung, regarding the cross use of production documents between this action and the 796 Investigation and to the cross production of deposition transcripts from this action, into the 796 Investigation.

3. Attached hereto as **Exhibit B** is a true and correct copy of the stipulation between Apple and Samsung, permitting cross-use of documents and deposition transcripts between the 796 Investigation and Apple's second lawsuit against Samsung in the Northern District of California (Civil Action No. 12-CV-00630-LHK) and between this action and Apple's second lawsuit against Samsung in the Northern District of California (Civil Action No. 12-CV-00630-LHK).

4. Attached hereto as **Exhibit C** is a true and correct copy a March 26, 2012 email from counsel for Apple to counsel for Samsung regarding Samsung's ability to attach 796 Investigation transcripts to this brief.

5. Attached hereto as **Exhibit D** is a true and correct copy a March 25, 2012 email from counsel for Apple to counsel for Samsung regarding Samsung's ability to attach 796 Investigation transcripts to this brief.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Protective Order in the Matter of Certain Electronic Digital Media Devices and Components Thereof, Inv. No. 337-

02198.51855/4678881.1

-2- Case No. 11-cv-01846-LHK

SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER

1 TA-796 ("the 796 Investigation") currently pending before the United States International Trade

2 Commission.

3       7.      Attached hereto as **Exhibit F** is Samsung's Appendix showing many of the

4 commonalities between the design patents and products at issue in this action and in the ITC 796

5 Investigation.

6       8.      On a Discovery Meeting Committee teleconference on March 26, 2012, in response

7 to Samsung's suggestion that Apple's 796 counsel review the Protective Order in this action,

8 Apple's 796 counsel stated that she was not interested in what was in the Protective Order and

9 would not read it.

10       I declare under penalty of perjury under the laws of the United States that the foregoing is

11 true and correct.

12       Executed in Los Angeles, California, on March 28, 2012.

                                                             */s/ Diane C. Hutnyan*
                                                            Diane C. Hutnyan

02198.51855/4678881.1

-3-      Case No. 11-cv-01846-LHK
SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Diane C. Hutnyan has concurred in this filing.

/s/ Victoria Maroulis

02198.51855/4678881.1

-4-    Case No. 11-cv-01846-LHK
SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE DECEMBER 22, 2011 COURT ORDER