# EXHIBIT A

**Brad Goldberg**

| | |
|---|---|
| **From:** | Yohannan, Kristin L. [KYohannan@mofo.com] |
| **Sent:** | Thursday, March 15, 2012 8:27 PM |
| **To:** | Alex Lasher; Eric Huang; Reginald.Lucas@usitc.gov |
| **Cc:** | Apple-Samsung-796-Service; Samsung ITC; S&JSamsung796@steptoe.com |
| **Subject:** | 796 Investigation: Discovery Correspondence - Cross Use |

Counsel -

As you know, the parties have already agreed upon cross use of production documents between the Northern California action, the 796 Investigation, and the 794 Investigation.  Apple has considered Samsung's proposal for cross use of Northern California action deposition transcripts in the 796 Investigation and Apple agrees to Samsung's proposal.  To be clear, our acceptance of Samsung's proposal is for the 796 Investigation only and does not apply to the use of 796 Investigation transcripts in any other proceeding. This is a one way agreement.

Best regards,
Kristin

**Kristin L. Yohannan**
**Morrison & Foerster LLP**
**2000 Pennsylvania Ave. N.W.**
**Washington, D.C.  20006-1888**
**Direct Dial: 202.887.1527**
**Fax: 202.887.0763**
**kyohannan@mofo.com**

-----------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------