# EXHIBIT D

# Brad Goldberg

| | |
|---|---|
| **From:** | Yohannan, Kristin L. [KYohannan@mofo.com] |
| **Sent:** | Sunday, March 25, 2012 5:32 PM |
| **To:** | Diane Hutnyan; Alex Lasher; Eric Huang; Reginald.Lucas@usitc.gov |
| **Cc:** | Apple-Samsung-796-Service; S&JSamsung796@steptoe.com; Samsung ITC |
| **Subject:** | RE: 796 Investigation: DCM Agenda |

Counsel -

Apple does not object to Samsung's showing Judge Grewal certain 796 deposition transcripts provided:

1) Samsung disclose to Apple the transcripts it wishes to show Judge Grewal at least 24 hours in advance of showing them to Judge Grewal; and
2) Samsung files any transcripts for *in camera* review by Judge Grewal so that they are not available to the public.

If Samsung agrees, in writing, to these conditions, Apple will agree to the disclosure of 796 deposition transcripts to Judge Grewal under the above conditions.

Best regards,
Kristin

---

**From:** Diane Hutnyan [mailto:dianehutnyan@quinnemanuel.com]
**Sent:** Thursday, March 22, 2012 3:19 PM
**To:** Yohannan, Kristin L.; Alex Lasher; Eric Huang; Reginald.Lucas@usitc.gov
**Cc:** Apple-Samsung-796-Service; S&JSamsung796@steptoe.com; Samsung ITC
**Subject:** RE: 796 Investigation: DCM Agenda

Counsel:

Additional Samsung agenda item:

Samsung's request to Judge Pender for limited relief from the protective order to show 796 deposition transcripts to Judge Grewal to rebut Apple's claim that it has complied with Judge Grewal's order to "produc[e] transcripts of prior deposition testimony of Apple witnesses in cases bearing a technological nexus with [the Northern District] case"

**From:** Yohannan, Kristin L. [mailto:KYohannan@mofo.com]
**Sent:** Thursday, March 22, 2012 6:56 AM
**To:** Alex Lasher; Eric Huang; Reginald.Lucas@usitc.gov
**Cc:** Apple-Samsung-796-Service; Samsung ITC; S&JSamsung796@steptoe.com
**Subject:** RE: 796 Investigation: DCM Agenda

Counsel -

Additional Apple agenda items:

1