# **EXHIBIT F**

**APPENDIX**

| Proceeding and Patents | ITC 796 | | N.D. Cal. 11-cv-1846-LHK | |
|---|---|---|---|---|
| | **D'757** | **D'678** | **D'677** | **D'087** |
| **Title** | "ELECTRONIC DEVICE" | "ELECTRONIC DEVICE" | "ELECTRONIC DEVICE" | "ELECTRONIC DEVICE" |
| **Claim** | "the ornamental design for an electronic device" | "The ornamental design of an electronic device" | "The ornamental design of an electronic device" | "The ornamental design of an electronic device" |
| **Inventors** | Bartley Andre<br>Daniel Coster<br>Daniele De Iuliis<br>Richard Howarth<br>Jonathan Ive<br>Steve Jobs<br>Duncan Kerr<br>Shin Nishibori<br>Matthew Rohrbach<br>Douglas Satzger<br>Calvin Seid<br>Christopher Stringer<br>Eugene Whang<br>Rico Zorkendorfer | Bartley Andre<br>Daniel Coster<br>Daniele De Iuliis<br>Richard Howarth<br>Jonathan Ive<br>Steve Jobs<br>Duncan Kerr<br>Shin Nishibori<br>Matthew Rohrbach<br>Douglas Satzger<br>Calvin Seid<br>Christopher Stringer<br>Eugene Whang<br>Rico Zorkendorfer | Bartley Andre<br>Daniel Coster<br>Daniele De Iuliis<br>Richard Howarth<br>Jonathan Ive<br>Steve Jobs<br>Duncan Kerr<br>Shin Nishibori<br>Matthew Rohrbach<br>Douglas Satzger<br>Calvin Seid<br>Christopher Stringer<br>Eugene Whang<br>Rico Zorkendorfer | Bartley Andre<br>Daniel Coster<br>Daniele De Iuliis<br>Richard Howarth<br>Jonathan Ive<br>Steve Jobs<br>Duncan Kerr<br>Shin Nishibori<br>Matthew Rohrbach<br>Douglas Satzger<br>Calvin Seid<br>Christopher Stringer<br>Eugene Whang<br>Rico Zorkendorfer |
| **Disclosed Prior Art Includes** | U.S. PATENT<br>D289,873 (Gemmell et al.)<br><br>D337,569 (Kando)<br><br>D456,023 (Andre et al.)<br><br>D489,731 (Huang)<br><br>D498,754 (Blythe)<br><br>D499,423 (Bahroocha et al.)<br><br>D502,173 (Jung et al.)<br><br>D504,889 (Andre et al.) [**ASSERTED IN THIS ACTION**]<br><br>D505,950 (Summit et al.)<br><br>D507,003 (Pai et al.) | U.S. PATENT<br>D289,873 (Gemmell et al.)<br><br>D337,569 (Kando)<br><br>D456,023 (Andre et al.)<br><br>D489,731 (Huang)<br><br>D498,754 (Blythe)<br><br>D499,423 (Bahroocha et al.)<br><br>D502,173 (Jung et al.)<br><br>D504,889 (Andre et al.) [**ASSERTED IN THIS ACTION**]<br><br>D505,950 (Summit et al.)<br><br>D507,003 (Pai et al.) | U.S. PATENT<br>D289,873 (Gemmell et al.)<br><br>D337,569 (Kando)<br><br>D456,023 (Andre et al.)<br><br>D489,731 (Huang)<br><br>D498,754 (Blythe)<br><br>D499,423 (Bahroocha et al.)<br><br>D502,173 (Jung et al.)<br><br>D504,889 (Andre et al.) [**ASSERTED IN THIS ACTION**]<br><br>D505,950 (Summit et al.)<br><br>D507,003 (Pai et al.) | U.S. PATENT<br>D289,873 (Gemmell et al.)<br><br>D337,569 (Kando)<br><br>D456,023 (Andre et al.)<br><br>D489,731 (Huang)<br><br>D498,754 (Blythe)<br><br>D499,423 (Bahroocha et al.)<br><br>D502,173 (Jung et al.)<br><br>D504,889 (Andre et al.) [**ASSERTED IN THIS ACTION**]<br><br>D505,950 (Summit et al.)<br><br>D507,003 (Pai et al.) |

|  | | | | |
|---|---|---|---|---|
|  | D514,121 (Johnson) | D514,121 (Johnson) | D514,121 (Johnson) | D514,121 (Johnson) |
|  | D514,590 (Naruki) | D514,590 (Naruki) | D514,590 (Naruki) | D514,590 (Naruki) |
|  | D519,523 (Chiu et al.) | D519,523 (Chiu et al.) | D519,523 (Chiu et al.) | D519,523 (Chiu et al.) |
|  | D520,020 (Senda et al.) | D520,020 (Senda et al.) | D520,020 (Senda et al.) | D520,020 (Senda et al.) |
|  | D528,542 (Luminosu et al.) | D528,542 (Luminosu et al.) | D528,542 (Luminosu et al.) | D528,542 (Luminosu et al.) |
|  | D528,561 (Ka-Wei et al.) | D528,561 (Ka-Wei et al.) | D528,561 (Ka-Wei et al.) | D528,561 (Ka-Wei et al.) |
|  | D529,045 (Shin) | D529,045 (Shin) | D529,045 (Shin) | D529,045 (Shin) |
|  | D532,791 (Kim) | D532,791 (Kim) | D532,791 (Kim) | D532,791 (Kim) |
|  | D534,143 (Lheem) | D534,143 (Lheem) | D534,143 (Lheem) | D534,143 (Lheem) |
|  | D535,281 (Yang) | D535,281 (Yang) | D535,281 (Yang) | D535,281 (Yang) |
|  | D536,691 (Park) | D536,691 (Park) | D536,691 (Park) | D536,691 (Park) |
|  | D538,822 (Andre et al.) | D538,822 (Andre et al.) | D538,822 (Andre et al.) | D538,822 (Andre et al.) |
|  | D541,298 (Andre et al.) | D541,298 (Andre et al.) | D541,298 (Andre et al.) | D541,298 (Andre et al.) |
|  | D541,299 (Andre et al.) | D541,299 (Andre et al.) | D541,299 (Andre et al.) | D541,299 (Andre et al.) |
|  | D546,313 (Lheem) | D546,313 (Lheem) | D546,313 (Lheem) | D546,313 (Lheem) |
|  | D548,747 (Andre et al.) | D548,747 (Andre et al.) | D548,747 (Andre et al.) | D548,747 (Andre et al.) |
|  | <u>FOREIGN PATENT</u><br>KR 30-0452432 | <u>FOREIGN PATENT</u><br>KR 30-0452432<br>KR 30-0394921<br>KR 30-0422221<br><br>JP D1159881<br>JP D1250487<br>JP 2004 290256<br><br>EM 000569157-0005 | <u>FOREIGN PATENT</u><br>KR 30-0452432<br>KR 30-0394921<br>KR 30-0422221<br><br>JP D1159881<br>JP D1250487<br>JP 2004 290256<br><br>EM 000569157-0005 | <u>FOREIGN PATENT</u><br>KR 30-0452432<br>KR 30-0394921<br>KR 30-0422221<br><br>JP D1159881<br>JP D1250487<br><br>EM 000569157-0005 |
|  | <u>OTHER PUB'NS</u><br>Samsung F700<br><br>Philips S900 | <u>OTHER PUB'NS</u><br>Samsung F700<br><br>Philips S900 | <u>OTHER PUB'NS</u><br>Samsung F700<br><br>Philips S900 | <u>OTHER PUB'NS</u><br>Samsung F700<br><br>Philips S900 |

|  | | | | |
|---|---|---|---|---|
|  | LG KE850 Prada<br><br>Apple iPhone<br><br>Tinnos PDA<br><br>Meizu M8 | LG KE850 Prada<br><br>Apple iPhone<br><br>Tinnos PDA<br><br>Meizu M8 | LG KE850 Prada<br><br>Apple iPhone<br><br>Tinnos PDA<br><br>Meizu M8 | LG KE850 Prada<br><br>Apple iPhone<br><br>Tinnos PDA<br><br>Meizu M8 |
| **Accused Products** | <u>Samsung:</u><br>Fascinate<br>Transform<br>Infuse 4G<br>Galaxy S 4G | <u>Samsung:</u><br>Fascinate<br>Transform<br>Infuse 4G<br>Galaxy S 4G | <u>Samsung:</u><br>Fascinate<br>Transform<br>Infuse 4G<br>Galaxy S 4G | <u>Samsung:</u><br>Fascinate<br>Transform<br>Infuse 4G<br>Galaxy S 4G |