**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

9                         UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12 | APPLE INC.,                                    ) Case No.: C 11-1846 LHK (PSG)
                                                    )
13 |                Plaintiff,                      ) **ORDER GRANTING REQUEST TO**
                v.                                  ) **CHANGE TIME**
14 |                                                )
   | SAMSUNG ELECTRONICS CO., LTD, a                )
15 | Korean corporation; SAMSUNG                    )
   | ELECTRONICS AMERICA, INC., a New York          )
16 | corporation; and SAMSUNG                       )
   | TELECOMMUNICATIONS AMERICA, LLC,               )
17 | a Delaware limited liability company,          )
                                                    )
18 |                Defendants.                     )

19       Before the court is a request by the parties for three discovery motions currently scheduled

20 for hearing on April 3 and April 10, 2012 to be heard together at a specially-set hearing on April 9,

21 2012. The April 9 hearing date would accommodate the scheduling needs of counsel who are

22 committed to argue the various motions.

23       This request causes the court to reflect on past discovery motions in this case and the oral

24 arguments that have taken place. The court is struck by the absence – in more than 22 motion

25 hearings thus far – of argument presented by counsel other than senior-level partners. Despite the

26 court's appreciation for the skill and attention paid to each of these past arguments, the court

27
28

1

Case No.: C 11-1846 LHK (PSG)
ORDER

cannot help but note the absence of opportunity afforded to each side's less experienced trial attorneys. Just as there is value in lead counsel's presence during a meet and confer session, there is value in at least an occasional opportunity for a less experienced lawyer to gain experience arguing in open court. Therefore, with respect to the pending request, the court will grant the specially-set hearing of April 9, 2012, so long as each party agrees to present at least one associate for oral argument on at least one of the three motions to be heard. If either party does not wish to accept this offer, the court will hear argument on the motions as presently scheduled. The parties shall inform the court of their decision no later than tomorrow at 4:00 p.m. by contacting the courtroom deputy to the undersigned.

Dated:  3/29/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-1846 LHK (PSG)
ORDER