QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO COMPEL**<br><br>Date: April 24, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

I, Joby Martin, declare:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition to Apple's Motion to Compel ("Samsung's Opposition"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. Apple served its Third Set of Requests for Production on and Fourth Sets of Requests for Production ("RFPs") on August 3, 2011 and September 9, 2011, respectively. These sets included RFPs 151-154, 185 and 186. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Apple's Third Set of RFPs.

3. The Samsung patents-in-suit are essential to the UMTS standard only, and relate to just three of the hundreds of specifications that comprise the UMTS standard. Attached hereto as Exhibit 2 is a chart of standards promulgated by ETSI and 3GPP. This chart shows that there are 248 individual specifications within just Series 25 of the WCDMA technology that is a part of the UMTS standard. The patents in suit relate to just three of those specifications.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter sent by Apple's counsel to Samsung's counsel on January 13, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of a February 16, 2012 letter sent by Samsung's counsel to Apple's counsel. In this letter, Samsung insists on several limitations on Apple's requests for documents from prior litigation, and agrees to produce business plans, strategy documents, financial projections and licensing plans that are applicable to patents that have been declared essential to the UMTS specifications identified in Apple's answers and counterclaims (25.212, 25.213, 25.214, and 25.322).

6. Attached hereto as Exhibit 5 is a true and correct copy of Apple's February 28, 2012 response to Samsung's February 16, 2012 letter.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email sent by Samsung's counsel to Apple's counsel on March 28, 2012, wherein Samsung agreed to produce

1  documents from prior litigation relating to the determination of FRAND royalties and the
2  propriety of injunctive relief for patents that are declared essential to the UMTS standard.
3        8.    Attached hereto as Exhibit 7 is a true and correct copy of Apple's response to
4  Samsung's offer, whereby Apple agrees to withdraw its motion provided that Samsung complete
5  its production by April 5, 2012.
6        9.    Samsung cannot stipulate to completing its production by that date, due to the fact
7  that documents from prior litigation are in the possession of the attorneys who represented
8  Samsung in these prior cases, as well as the need to either secure third-party consent to this
9  production or prepare redacted versions of every document containing third-party CBI.
10       10.   Attached hereto as Exhibit 8 is a true and correct copy of an email sent by
11 Samsung's counsel to Apple's counsel wherein Samsung's counsel agrees to produce the
12 documents described above by April 23, 2012.

15 I declare under penalty of perjury under the laws of the United States that the foregoing is
16 true and correct.
17 Executed in San Francisco, California, on March 29, 2012.

*/s/ Joby Martin*
Joby Martin

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

/s/ Victoria Maroulis