1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO COMPEL** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On March 15, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion to Compel (Docket No. 815).    Samsung filed its Opposition to this motion on March 29, 2012.

Having considered the arguments of the parties and the papers submitted, the Court hereby DENIES Apple's Motion to Compel as moot with respect to Apple's requests for documents from other Samsung litigations in which Samsung took any position regarding the determination of a FRAND royalty or the propriety of injunctive relief for the infringement of IPR claimed to be essential to the UMTS standard.    The Court further DENIES as moot Apple's request for documents concerning Samsung's plans and strategies for developing, marketing or licensing of

02198.5185

1  IPR that is claimed to be essential to the UMTS standard.   Finally, the Court finds that Apple has

2  failed to show good cause to support its request for documents from other Samsung litigations in

3  which Samsung took any position regarding the licensing of patents and other IPR claimed to be

4  essential to the UMTS standard, and therefore DENIES Apple's Motion to Compel as to those

5  documents.

6

7

8         **IT IS SO ORDERED.**

9

10  DATED:   _____

11

12

13                                    _____

    HONORABLE PAUL S. GREWAL

14  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28