1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |        Plaintiff, | **SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |   vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 |        Defendants. |

25

26

27

28

02198.51855/4685408.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S MOTION TO FILE DOCUMENTS UNDER SEAL**

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:

5    1.  The confidential, unredacted version of Samsung's Opposition to Apple's Motion
6        for Partial Summary Judgment.
7    2.  The confidential, undedacted version of the Declaration of David Hecht in Support
8        of Samsung's Opposition.
9    3.  Exhibits H, J1-J11, K1-K3, L, M, P1-P2, and S1-S2 to the Declaration of David
10       Hecht in Support of Samsung's Opposition.

11    Samsung has established good cause to permit filing items 1-3 under seal through the
12  Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under
13  Seal, filed herewith.   In short, the above documents discuss, refer to, or comprise confidential
14  licensing information that Samsung has designated as HIGHLY CONFIDENTIAL –
15  ATTORNEY'S EYES ONLY under the protective order.

16    Item 4 contains materials that Apple has designated as confidential under the protective
17  order. Samsung expects that pursuant to Civil Local Rule 79-5(d), Apple will file a declaration
18  establishing good cause to permit the sealing of these materials.

19    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
20  for in camera review and served on all parties.   A proposed redacted version of items 1-2 above
21  are attached as Exhibits 1 and 2 to this motion.

1  DATED: April 2, 2012                QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP
3
4                                      By  */s/ Victoria Maroulis*
5                                         Charles K. Verhoeven
                                          Kevin P.B. Johnson
6                                         Victoria F. Maroulis
                                          Michael T. Zeller
7                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
8                                         INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28