1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21        Plaintiff, | **DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22        vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26        Defendant. | |

27

28

02198.51855/4687018.1

Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information contained in Samsung's Opposition to Apple's Motion for Partial Summary Judgment, the Declaration of David Hecht ("Hecht Declaration"), and Exhibits H, J1-J11, K1-K3, L, M, P1-P2, and S1-S2 to the Hecht Declaration.

3. Exhibit H to the Hecht Declaration is a presentation made by Samsung to Apple, and contains information about licensing proposals that Samsung made to Apple. This document, which Samsung has designated "Confidential Business Information – Subject to Protective Order" in the 337-ITC-796 action between Samsung and Apple, contains information that is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

4. Exhibits J1-J11 to the Hecht Declaration are letters between Apple and Samsung discussing licensing to Samsung's patents. These documents, which Samsung has designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" contain information that is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5. Exhibits K1-K3 to the Hecht Declaration are license agreements between Samsung and Intel. These documents, which Samsung has designated "Confidential Business Information – Subject to Protective Order" in the 337-ITC-794 action between Samsung and Apple, contains

02198.51855/4687018.1

Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

information that is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

6. Exhibit M is a declaration and attachments from Carl D. Herbert, an employee of Intel. It contains confidential third-party sales information relating to Intel's sales to Apple. This document, which Samsung has designated "Confidential Business Information – Subject to Protective Order" in the 337-ITC-794 action between Samsung and Apple, contains information that is confidential and proprietary to Intel, and could be used to its disadvantage by competitors if it were not filed under seal.

7. Exhibit P2 is an excerpt from the deposition of Gert van Lieshout. It contains confidential information related to Samsung's internal intellectual property policies. This deposition was designated by Samsung as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," contains information that is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

8. The confidential, unredacted version of the Hecht Declaration discusses and references the information contained in the documents described in paragraphs 3-7 above, and should therefore be sealed for the same reasons.

9. The confidential, unredacted version of Samsung's Opposition to Apple's Motion for Partial Summary Judgment discusses and references the information contained in paragraphs 3-7 above, and should also therefore be sealed for the same reasons.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on April 2, 2012.

/s/ *Bill Trac*_____

Bill Trac

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Bill Trac.

      /s/ *Victoria Maroulis*

02198.51855/4687018.1

-3-    Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC_IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL