QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DAVID L. HECHT IN SUPPORT OF DEFENDANT SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     May 10, 2012<br>Time:    1:30 p.m.<br>Place:   **Courtroom 4, 5th Floor**<br>Judge:   Hon. Lucy H. Koh |

I, David L. Hecht, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the "Technologies" webpage of the European Telecommunications Standards Institute ("ETSI") website, available at http://etsi.org/WebSite/Technologies/Technologies.aspx, visited on March 30, 2012.

3. Attached hereto as **Exhibit B1** is a true and correct copy of the ETSI IPR Policy approved by the ETSI General Assembly on November 18-19, 1997. This copy of the policy was produced by Samsung with Bates Numbers S-ITC-003356882-6887.

4. Attached hereto as **Exhibit B2** is a true and correct copy of the ETSI IPR Policy dated April 8, 2009. This copy of the policy was produced by Samsung with Bates Numbers S-794-ITC-005517403-7413.

5. Attached hereto as **Exhibit C1** is a true and correct copy of the ETSI Guide on IPRs approved by the ETSI Board in September 2004. This copy of the guide was produced by Samsung with Bates Numbers S-794-ITC-005285649-5672.

6. Attached hereto as **Exhibit C2** is a true and correct copy of the ETSI Guide on IPRs endorsed by ETSI Board #60 on January 25, 2007. This copy of the guide was produced by Samsung with Bates Numbers S-ITC-003356833-6855.

7. Attached hereto as **Exhibit D** is a true and correct copy of the ETSI IPR Policy FAQs on the ETSI website, available at http://etsi.org/WebSite/AboutETSI/IPRsInETSI/IPR_Policy_FAQ.aspx. This copy of the FAQs was produced by Samsung with Bates Numbers S-794-ITC-005517414-7416.

8. Attached hereto as **Exhibit E** is a true and correct copy of a declaration issued by Samsung to ETSI and dated December 14, 1998. This copy of this declaration was produced by Samsung with Bates Number S-794-ITC-005517182.

1    9.    Attached hereto as **Exhibit F1** is a true and correct copy of an IPR Information
2 Statement and Licensing Declaration, issued by Samsung to ETSI and dated September 29, 2003.
3 This copy of this statement was produced by Samsung with Bates Numbers S-794-ITC-
4 005517283-7304.

5    10.   Attached hereto as **Exhibit F2** is a true and correct copy of an IPR Information
6 Statement and Licensing Declaration, issued by Samsung to ETSI and dated May 16, 2006.  This
7 copy of this statement was produced by Samsung with Bates Numbers S-794-ITC-
8 005517211-7727.

9    11.   Attached hereto as **Exhibit F3** is a true and correct copy of an IPR Information
10 Statement and Licensing Declaration, issued by Samsung to ETSI and dated August 7, 2007.  This
11 copy of this statement was produced by Samsung with Bates Numbers S-794-ITC-
12 005517177-7181.

13   12.   Attached hereto as **Exhibit F4** is a true and correct copy of an IPR Information
14 Statement and Licensing Declaration, issued by Samsung to ETSI and dated July 24, 2008.  This
15 copy of this statement was produced by Samsung with Bates Numbers S-794-ITC-
16 005517228-7232.

17   13.   Attached hereto as **Exhibit G** is a true and correct copy of relevant pages of
18 Apple's Responses to Samsung's Fourth and Fifth Sets of Requests for Admissions, served by
19 Apple on March 10, 2012.

20   14.   Attached hereto as **Exhibit H** is a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23   15.   Attached hereto as **Exhibit I** is a true and correct copy of Samsung's Complaint for
24 Patent Infringement against Apple (Case No. 5:11-cv-02079-LHK), filed on April 27, 2011.

25   16.   Attached hereto as **Exhibit J1** is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
26 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
27 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
28 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1  17.   Attached hereto as **Exhibit J2** is ███████████████
2  ████████████████████████████████████████████
3  ████████████████████████████████
4  ███████████████
5  18.   Attached hereto as **Exhibit J3** is ███████████████
6  ████████████████████████████████████████
7  ███████████████████████
8  19.   Attached hereto as **Exhibit J4** is ███████████████
9  ████████████████████████████████████████████
10 ██████████████████████
11 20.   Attached hereto as **Exhibit J5** is ███████████████
12 ████████████████████████████████████████
13 ██████████████████████████████
14 21.   Attached hereto as **Exhibit J6** is ███████████████
15 ████████████████████████████████████████████
16 ██████████████████████████████████████
17 22.   Attached hereto as **Exhibit J7** ███████████████████
18 ████████████████████████████████████████
19 ██████████████████████████
20 23.   Attached hereto as **Exhibit J8** is a ███████████████
21 ████████████████████████████████████████
22 ██████████████████████████
23 24.   Attached hereto as **Exhibit J9** is ███████████████
24 ████████████████████████████████████████████
25 ██████████████████████████
26 25.   Attached hereto as **Exhibit J10** is ███████████████
27 ████████████████████████████████████████████
28 ██████████████████████

1    26.    Attached hereto as **Exhibit J11** is ████████████████████
2    ████████████████████████████████████████████████████████████████
3    ████████████████████████████████████

4    27.    Attached hereto as **Exhibit K1** is ████████████████████
5    ████████████████████████████████████████████████████████████████
6    ████████████████████████████████████████

7    28.    Attached hereto as **Exhibit K2** is ████████████████████
8    ████████████████████████████████████████████████████████████████
9    ████████████████████████████████████████████████████████████████

10   29.    Attached hereto as **Exhibit K3** is ████████████████████
11   ████████████████████████████████████████████████████████████████
12   ████████████████████████████████████████

13   30.    Attached hereto as **Exhibit L** is a true and correct copy of relevant pages of Apple's
14   Objections and Responses to Samsung's Fourth Set of Interrogatories, served by Apple on March
15   10, 2012.

16   31.    Attached hereto as **Exhibit M** is ████████████████████
17   ████████████████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████████████████
19   ████████████████████████████

20   32.    Attached hereto as **Exhibit N** is a true and correct copy of a publication entitled "Is
21   the Patent Ambush Prerequisite Met? Assessing the Extent of Ex Ante IPR Disclosure within
22   Standard Setting" by Anne Layne-Farrar, published August 18, 2011.  An electronic copy of this
23   publication is also available online at http://ssrn.com/abstract=1912198.

24   33.    Attached hereto as **Exhibit O1** is a true and correct copy of an IPR Information
25   Statement and Licensing Declaration, issued by Apple to ETSI and dated July 19, 2007.  This
26   copy of this statement was produced by Samsung with Bates Numbers S-ITC-003126935-6941.

27   34.    Attached hereto as **Exhibit O2** is a true and correct copy of an IPR Information
28   Statement and Licensing Declaration, issued by Apple to ETSI and dated November 11, 2011.

1  This copy of this statement was produced by Samsung with Bates Numbers S-ITC-
2  003126942-6968.
3         35.     Attached hereto as **Exhibit P1** is a true and correct copy of relevant pages of Boris
4  Teksler's February 24, 2012 deposition transcript.
5         36.     Attached hereto as **Exhibit P1** is a true and correct copy of relevant pages of Gert
6  Jan Van Lieshout's November 4, 2011 deposition transcript.  Mr. Van Lieshout is a Samsung
7  employee.
8         37.     Attached hereto as **Exhibit Q1** is a true and correct copy of U.S. Patent No.
9  6,928,604.
10        38.     Attached hereto as **Exhibit Q2** is a true and correct copy of U.S. Patent No.
11 7,200,792.
12        39.     Attached hereto as **Exhibit Q3** is a true and correct copy of U.S. Patent No.
13 7,362,867.
14        40.     Attached hereto as **Exhibit Q4** is a true and correct copy of U.S. Patent No.
15 7,386,001.
16        41.     Attached hereto as **Exhibit Q5** is a true and correct copy of U.S. Patent No.
17 7,675,941.
18        42.     Attached hereto as **Exhibit Q6** is a true and correct copy of U.S. Patent No.
19 7,447,516.
20        43.     Attached hereto as **Exhibit Q7** is a true and correct copy of U.S. Patent No.
21 7,050,410.
22        44.     Attached hereto as **Exhibit R** is a true and correct copy of the European
23 Commission's decision on Case No COMP/M.6381 – Google/Motorola Mobility.  The decision is
24 available at
25 http://ec.europa.eu/competition/mergers/cases/decisions/m6381_20120213_20310_2277480_EN.p
26 df.
27
28

45. Attached hereto as **Exhibit S1** is a true and correct copy of a letter from Peter J. Kolovos of Wilmer Hale to Rachel Herrick Kassabian and Diane Hutnyan of Quinn Emanuel, dated March 6, 2012.

46. Attached hereto as **Exhibit S2** is a true and correct copy of a letter from Jason Barlett of Morrison and Foerster to Diane Hutnyan of Quinn Emanuel, dated March 14, 2012.

1
2   I declare under penalty of perjury that the foregoing is true and correct. Executed in New
3   York, New York on April 2, 2012.
4
5
6                                              /s/ David L. Hecht
7                                              David L. Hecht
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **GENERAL ORDER ATTESTATION**

    I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from David L. Hecht.

                                                           */s/ Victoria Maroulis*