# EXHIBIT A

Case 5:11-cv-01846-LHK   Document 847-4   Filed 04/02/12   Page 2 of 2



Site Map  Contact Us

ETSI Standards Search

You are here: Technologies

**Technologies**

- ETSI technology leaflets at a glance
- E-Brochures
- ETSI White Papers
- Aeronautical
- » Broadband Wireless Access
- » Broadcast
- DECT
- » Digital Mobile Radio
- EMC
- Emergency
- Environmental Aspects
- » Fixed-line Access
- Grid and cloud computing
- » Human Factors
- » Intelligent Transport
- M2M
- Maritime
- Media Content Distribution
- » Medical
- » Mobile
- Next Generation Networks
- OSA
- OSS
- Powerline
- » Protocol Specification
- » Quality of Service
- Quantum Key Distribution
- » Radio
- » Regulation & Legislation
- » Safety
- » Satellite
- » Security
- SmartGrids
- » Smart Cards
- » Testing
- TETRA

Print page
Bookmark page
Email to colleague

## Technologies



The technologies section of our website gives information on the technologies standardized by ETSI or touched by our standardization.

The 'Overview' provides a basic description of the technology and its applications.  More technical details and the relationship of ETSI work with this technology are given under 'Our Role and Activities'.  Finally non-exhaustive lists of ETSI standards relating to the technology are available.

The boxes down the right-hand side provide links leading to further information either within the ETSI website or external sites and to ETSI technical committees working in the area.

© ETSI 2011      Privacy   Terms of use   Accessibility   Text Size A   A   A