# EXHIBIT F1

 EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 1 of 1

## IPR INFORMATION STATEMENT AND LICENSING DECLARATION

**IPR Holder/Organisation**

Legal Name: **Samsung Electronics Corporation**

**Signatory**

Name: Kyong-Joon, Chun

Position: Executive Vice President

Department: **Telecommunication R&D Centre**

Address: **Suwon P.O.BOX 105**

**416 Maetan-3dong, Paldal-gu, Suwon-si Gyeonggi-do, Korea 442-742**

Tel.: **82-31-279-5041**

Fax: **82-31-279-6974**

E-mail: **xhpark@samsung.com**

**IPR information statement**

In accordance with the ETSI IPR Policy, Article 4.1, I hereby inform ETSI that,

with reference to ETSI Standard No. **ETSI TS 100. xxx, ETSI TS 25.xxx, ETSI TS34. xxx  (see the exact numbers of ETSI Standards No in ANNEX 2)**

it is my belief that the IPRs listed in Annex 2 are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in Annex 2 and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licenses under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**

_2003. 0P. 1P_

**Signature:**

_Kyong J. Chun_

(Signed for and on behalf of the SIGNAT

S-794-ITC-005517283

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 1 of 21



| Project | Company | Patent title | Country of registration | ETSI Standard No. (e.g. TS XXX XXX V0.0.0) | Application No. | Patent No. | Countries applicable |
|---|---|---|---|---|---|---|---|
| GSM /3GPP | Samsung Electronics | VERFAHREN ZUR QUELLENGESTEUERTEN KANALDECODIERUNG DURCH ERWEITERUNG DES VITERBI-ALGORITHMUS | Germany | ETSI TS 100 573 V8.7.0 | DE 4224214.2 | DE 42 24 214 | DE |
| GSM /3GPP | Samsung Electronics | PROCEDE DE DECODAGE DE CANAUX AVEC COMMANDE A LA SOURCE PAR ELARGISSEMENT DE L'ALGORITHME DE VITERBI ET UTILISATION DE CE PROCEDE | France | ETSI TS 100 573 V8.7.0 | 93 09049 | FR 2694647 | FR |
| GSM /3GPP | Samsung Electronics | METHOD FOR SOURCE-CONTROLLED CHANNEL DECODING BY EXPANDING THE VITERBI ALGORITHM | U.S.A | ETSI TS 100 573 V8.7.0 | 08/095708 | US 5,511,081 | US |
| GSM /3GPP | Samsung Electronics | VERFAHREN ZUM VERALLGEMEINERN DES VITERBI-ALGORITHMUS UND EINRICHTUNGEN ZUR DURCHFUEHRUNG DES VERFAHRENS | Germany | ETSI TS 100 573 V8.7.0 ETSI TS 100 908 V8.9.0 ETSI TS 100 910 V8.9.0 | DE 3910739.6 | DE 3910739 | DE |
| GSM /3GPP | Samsung Electronics | METHOD FOR GENERALIZING THE VITERBI ALGORITHM AND DEVICES FOR EXECUTING THE METHOD | U.S.A. | ETSI TS 100 573 V8.7.0 ETSI TS 100 908 V8.9.0 ETSI TS 100 910 V8.9.0 | 07/504357 | US 5181209 | US |
| GSM, /3GPP | Samsung Electronics | METHOD FOR GENERALIZING THE VITERBI ALGORITHM AND DEVICES FOR EXECUTING THE METHOD | France | ETSI TS 100 573 V8.7.0 ETSI TS 100 908 V8.9.0 ETSI TS 100 910 8.9.0 | 90106375.0 | FR EP 0 391 354 | FR |

S-794-ITC-005517284



EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 2 of 21

| | | | | | | |
|---|---|---|---|---|---|---|
| GSM /3GPP | Samsung Electronics | METHOD FOR GENERALIZING THE VITERBI ALGORITHM AND DEVICES FOR EXECUTING THE METHOD | England | ETSI TS 100 573 V8.7.0 ETSI TS 100 908 V8.9.0 ETSI TS 100 910 8.9.0 | 90106375.0 | GB EP 0 391 354 | GB |
| GSM /3GPP | Samsung Electronics | METHOD FOR GENERALIZING THE VITERBI ALGORITHM AND DEVICES FOR EXECUTING THE METHOD | Sweden | ETSI TS 100 573 V8.7.0 ETSI TS 100 908 V8.9.0 ETSI TS 100 910 8.9.0 | 90106375.0 | SE EP 0 391 354 | SE |
| GSM /3GPP | Samsung Electronics | METHOD AND APPARATUS FOR CORRECTING BITTER ALGORITHM | Japan | ETSI TS 100 573 V8.7.0 ETSI TS 100 908 V8.9.0 ETSI TS 100 910 8.9.0 | 02-089006 | JP 2 533 219 | JP |
| GSM /3GPP | Samsung Electronics | METHOD AND ITS DEVICE DEMODULATING GAUSSIAN FILTERED MINIMUM SHIFT KEYING | KR | ETSI TS 100 959 V8.4.0 GSM 05.04 V8.4.0 | 1990-0022760 | KR 1995-0003666 | KR |
| GSM /3GPP | Samsung Electronics | METHOD AND APPARATUS FOR DEMODULATING A GMSK SIGNAL | US | ETSI TS 100 959 V8.4.0 GSM 05.04 V8.4.0 | 723278 | US 5144256 | US |
| GSM /3GPP | Samsung Electronics | GMSK SIGNAL DEMODULATION METHOD AND ITS DEVICE | JP | ETSI TS 100 959 V8.4.0 GSM 05.04 V8.4.0 | **1991000127959** | JP 6021982 | JP |

# EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 3 of 21

| Project | Company | Patent Title | Country of Registration | ETSI Standard No | Application No | Patent No | Countries applicable |
|---|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | | TS 25.212 | 5420 | | MX |
| 3GPP | Samsung Electronics | tstd transmitter for limiting transmission power of antenna and controlling method thereof for base station in mobile communication | | TS 25.211 | 36375 | | IN |
| 3GPP | Samsung Electronics | apparatus and method for generating sync word and transmitting and receiving the sync word in w-cdma communication system | | TS 25.213 | 36675 | | AU |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | | TS 25.212 | 141743 | | IL |
| 3GPP | Samsung Electronics | method and apparatus for assigning a common packet channel in a cdma communication system | | TS 25.331 TS 25.430 TS 25.211 | 148656 | | IL |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | | TS 25.212 | 206056 | 6154652 | US |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | | TS 25.211 | 253976 | | US |
| 3GPP | Samsung Electronics | channel encoding device and method for communication system | | TS 25.212 | 294658 | 6437714 | US |
| 3GPP | Samsung Electronics | tstd transmitter for limiting transmission power of antenna and controlling method thereof for base station in mobile communication | | TS 25.211 | 365797 | 6529496 | US |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | | TS 25.211 | 386062 | | US |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | | TS 25.211 | 475684 | | US |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | | TS 25.211 | 543792 | | US |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | | TS 25.212 | 613068 | | US |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | | TS 25.331 TS 25.430 TS 25.211 | 726147 | | US |
| 3GPP | Samsung Electronics | method and apparatus for controlling a demultiplexer and a multiplexer used for rate | | TS 25.212 | 801453.1 | | CN |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

S-794-ITC-005517286

**ETSI**

# EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 4 of 21

| | | matching in a mobile communication system | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 2282431 | 2282431 | CA |
| 3GPP | Samsung Electronics | channel encoding/decoding APPARATUS AND METHOD FOR COMMUNICATION SYSTEM | TS 25.212 | 2292568 | | CA |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | TS 25.211 | 2306509 | | CA |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | 2368027 | | CA |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 2392886 | | CA |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 2397428 | | CA |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 20023165 | 20023165.0 | DE |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 29924415.6 | 29924415.6 | DE |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 87120221 | 120384 | TW |
| 3GPP | Samsung Electronics | METHOD AND APPARATUS FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 98811857.2 | | CN |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 98959257.1 | | EP |
| 3GPP | Samsung Electronics | METHOD AND DEVICE FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 99120704 | 2173500 | RU |
| 3GPP | Samsung Electronics | METHOD AND APPARATUS FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 99800097.3 | | CN |
| 3GPP | Samsung Electronics | method and device for channel encoding/decoding FOR COMMUNICATION SYSTEM | TS 25.212 | 99800575.4 | | CN |
| 3GPP | Samsung Electronics | tstd transmitter for limiting transmission power of antenna and controlling method thereof for base station in mobile communication | TS 25.211 | 99801239.4 | ZL99801239.4 | CN |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 99815196.3 | | CN |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 99905352.3 | | EP |

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 5 of 21

| | | | | | |
|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 99962545.2 | EP |
| 3GPP | Samsung Electronics | tstd transmitter for limiting transmission power of antenna and controlling method thereof for base station in mobile communication | TS 25.211 | 2000108452 | RU |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | TS 25.211 | 2000111515 | RU |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 2000114179 | RU |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 2001106655 | RU |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 2001117856 | RU |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 2002110279 | RU |
| 3GPP | Samsung Electronics | method and device for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 2002113927 | RU |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 2002300503 | AU |
| 3GPP | Samsung Electronics | device and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 0006167-0 | BR |
| 3GPP | Samsung Electronics | device and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 0006859-4 | BR |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 0006890-0 | BR |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | 0006898-5 | BR |
| 3GPP | Samsung Electronics | device and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 0006919-1 | BR |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | 0009376.9 | BR |
| 3GPP | Samsung Electronics | device and method for gated transmission in cdma communication system | TS 25.214 | 0011054-0 | BR |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 0016008-3 | BR |
| 3GPP | Samsung Electronics | device and method for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | 006151-4 | BR |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16

S-794-ITC-005517288

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 6 of 21

| | | | | | |
|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | method and device for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 00800886.8 | CN |
| 3GPP | Samsung Electronics | method and apparatus for channel coding and multiplexing in cdma communication system | TS 25.212 | 00801160.5 | CN |
| 3GPP | Samsung Electronics | device and method for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | 00801168.0 | CN |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 00801429.9 | CN |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | 00805575.0 | CN |
| 3GPP | Samsung Electronics | method and device for gated transmission in a cdma communication system | TS 25.214 | 00806189.0 | CN |
| 3GPP | Samsung Electronics | cell searchapparatus and method in cdma mobile communication system | TS 25.214 | 00806632.9 | CN |
| 3GPP | Samsung Electronics | device and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 00818399.6 | CN |
| 3GPP | Samsung Electronics | method and apparatus for gated transmission in cdma communication system | TS 25.214 | 00818719.3 | CN |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in a cdma communication system | TS 25.214 | 00921136.8 | EP |
| 3GPP | Samsung Electronics | cell searchapparatus and method in cdma mobile communication system | TS 25.214 | 00921160.8 | EP |
| 3GPP | Samsung Electronics | apparatus and method for synchronizing channels in a w-cdma communication system | TS 25.214 | 00925712.2 | EP |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 00927908.4 | EP |
| 3GPP | Samsung Electronics | apparatus and method for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | 00935677.5 | EP |
| 3GPP | Samsung Electronics | apparatus and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 00935686.6 | EP |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 00940975.6 | EP |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | 00942496.1 | EP |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 00942500.0 | EP |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 00944447.2 | EP |

# EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | |
|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | device and method for gated transmission in a cdma communication system | TS 25.214 | 009713-6 | BR |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331, TS 25.430, TS 25.211 | 00981895.6 | EP |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302, TS 25.305, TS 25.321, TS 25.331, TS 25.214 | 01800233.1 | CN |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel In a CDMA Communication System | TS 25.433, TS 25.302 | 01800858.5 | CN |
| 3GPP | Samsung Electronics | device and method for assigning a common packet channel in a cdma communication system | TS 25.331, TS 25.922, TS 25.433 | 01807152.X | CN |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302, TS 25.305, TS 25.321, TS 25.331, TS 25.214 | 01908412.8 | EP |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel In a CDMA Communication System | TS 25.433, TS 25.302 | 01922112.6 | EP |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 0202405-7 | SE |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 0210215 | FR |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR ADAPTIVE CHANNEL ENCODING | TS 25.212 | 02147194.4 | CN |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 02151853.X | CN |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 0218506.4 | GB |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302, TS 25.305, TS 25.321, TS 25.331, TS 25.214 | 03003595.0 | EP |

S-794-ITC-005517290

**ETSI**

## EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | EP |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302 TS 25.303 TS 25.321 TS 25.331 TS 25.214 | 03003596.8 | | EP |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 03007405.8 | | CN |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 03107664.5 | | DE |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 10236913.5 | | US |
| 3GPP | Samsung Electronics | ADAPTIVE CHANNEL ENCODING METHOD AND DEVICE | TS 25.212 | 126250 | 6289486 | IL |
| 3GPP | Samsung Electronics | device and method for cancelling code interference in cdma communication system | TS 25.213 | 134887 | | IL |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 135,676 | | IL |
| 3GPP | Samsung Electronics | apparatus and method for turbo interleaving | TS 25.212 | 140661 | | IL |
| 3GPP | Samsung Electronics | method and device for channel coding and multiplexing in cdma communication system | TS 25.212 | 141461 | | IL |
| 3GPP | Samsung Electronics | method and apparatus for generating scrambling code in umts mobile communication system | TS 25.213 | 141787 | | IL |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 141800 | | IL |
| 3GPP | Samsung Electronics | method and apparatus for gated transmission in a cdma communication system | TS 25.214 | 145548 | | IL |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 15095/99 | 739527 | AU |
| 3GPP | Samsung Electronics | METHOD FOR CONNECTING MOBILE STATIONS TO BASE STATION IN RADIO COMMUNICATION SYSTEM | TS 25.214 | 152,562 | 6,188,910 | US |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.212 | 16956/00 | 738762 | AU |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 1865/2001 | 2001/1865 | ZA |
| 3GPP | Samsung Electronics | interleaving/deintrleaving device and method for communication system | TS 25.211 | 18946/2000 | | AU |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 18958/00 | | AU |

S-794-ITC-005517291

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | |
|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 19000/01 | | AU |
| 3GPP | Samsung Electronics | channel encoding device and method for communication system | TS 25.212 | 2,291,696 | | CA |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 2,306,367 | | CA |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 2,337,918 | | CA |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302 TS 25.303 TS 25.321 TS 25.331 TS 25.214 | 2,370,670 | | CA |
| 3GPP | Samsung Electronics | interleaving/deintereaving device and method for communication system | TS 25.212 | 2000/00230 | | IN |
| 3GPP | Samsung Electronics | apparatus and method of puncturing for turbo encoder in mobile communication system | TS 25.211 | 2000/00282 | | IN |
| 3GPP | Samsung Electronics | apparatus and method of channel coding for rate matching | TS 25.212 | 2000102349 | | RU |
| 3GPP | Samsung Electronics | apparatus and method for cancelling code interference in cdma communication system | TS 25.213 | 2000105882 | | RU |
| 3GPP | Samsung Electronics | METHOD FOR CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | 2000108450 | 2190929 | RU |
| 3GPP | Samsung Electronics | METHOD AND APPARATUS FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 2000109978 | 2190296 | RU |
| 3GPP | Samsung Electronics | AFC DEVICE AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | 2000111554 | | RU |
| 3GPP | Samsung Electronics | interleaving/deintereaving device and method for communication system | TS 25.212 | 2000121962 | | RU |
| 3GPP | Samsung Electronics | method and device of puncturing for turbo encoder in mobile communication system | TS 25.211 | 2000122734 | 2185025 | RU |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 2001/00083 | | IN |
| 3GPP | Samsung Electronics | method and apparatus for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | 2001/00104 | | IN |
| 3GPP | Samsung Electronics | apparatus and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 2001/00122 | | IN |
| 3GPP | Samsung Electronics | device and method for channel coding and multiplexing in cdma communication | TS 25.212 | 2001/00221 | | IN |

S-794-ITC-005517292

# EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 10 of 21

| | | system | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 2001/00258 | | IN |
| 3GPP | Samsung Electronics | method and device for generating scrambling code in umts mobile communication system | TS 25.213 | 2001/00264 | | IN |
| 3GPP | Samsung Electronics | method and apparatus for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 2001/00268 | | IN |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 2001/00503/DEL | | IN |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | 2001/00849/Del | | IN |
| 3GPP | Samsung Electronics | device and method for gated transmission in a cdma communication system | TS 25.214 | 2001/00851/Del | | IN |
| 3GPP | Samsung Electronics | method and device for gated transmission in cdma communication system | TS 25.214 | 2001/01014 | | IN |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 2001/1530 | 2001/1530 | ZA |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | 2001/1908 | 2001/1908 | ZA |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 2001/1935 | 2001/1935 | ZA |
| 3GPP | Samsung Electronics | device and apparatus for turbo interleaving | TS 25.212 | 2001101916 | | RU |
| 3GPP | Samsung Electronics | method and device for channel coding and multiplexing in cdma communication system | TS 25.212 | 2001105192 | | RU |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 2001106625 | | RU |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | 2001106659 | 2185031 | RU |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in a cdma communication system | TS 25.214 | 2001127670 | | RU |
| 3GPP | Samsung Electronics | method and device for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 2002/00501 | | IN |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 2002/5150 | | ZA |

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | Title | | | | | |
|---|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 20021460 | | | FI |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in units mobile communication system | TS 25.213 | 20023092.1 | 20023092.1 | | DE |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 20023169.3 | 20023169.3 | | DE |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 20023175.8 | | | DE |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 20023176.6 | 20023176.6 | | DE |
| 3GPP | Samsung Electronics | channel encoding/decoding APPARATUS AND METHOD FOR COMMUNICATION SYSTEM | TS 25.212 | 209114 | | | US |
| 3GPP | Samsung Electronics | METHOD AND DEVICE FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 2134/Cal/98 | | | IN |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 218,158 | | | US |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 2291109 | | | CA |
| 3GPP | Samsung Electronics | ADAPTIVE CHANNEL ENCODING METHOD AND DEVICE | TS 25.212 | 2295791 | | | CA |
| 3GPP | Samsung Electronics | device and method for cancelling code interference in cdma communication system | TS 25.213 | 2302340 | | | CA |
| 3GPP | Samsung Electronics | AFC DEVICE AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | 2308621 | 2308621 | | CA |
| 3GPP | Samsung Electronics | apparatus and method for synchronizing channels in a w-cdma communication system | TS 25.214 | 2334898 | | | CA |
| 3GPP | Samsung Electronics | apparatus and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 2337917 | | | CA |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | 235010/2002 | | | JP |
| 3GPP | Samsung Electronics | cell searchapparatus and method in cdma mobile communication system | TS 25.214 | 2371205 | | | CA |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in a cdma communication system | TS 25.214 | 2371958 | | | CA |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel in a CDMA Communication System | TS 25.433 TS 25.302 | 2372557 | | | CA |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 25510/99 | 730798 | | AU |

S-794-ITC-005517294

| | Company | Title | TS | App. No. | Patent No. | Country |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | METHOD FOR CONNECTING MOBILE STATIONS TO BASE STATION IN A RADIO COMMUNICATION SYSTEM | TS 25.214 | 260172/1998 | | JP |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 282851 | | US |
| 3GPP | Samsung Electronics | apparatus and method for turbo encoding/decoding for processing frame data according to qos | TS 25.212 | 292/CAL/99 | | IN |
| 3GPP | Samsung Electronics | channel encoding/decoding APPARATUS AND METHOD FOR COMMUNICATION SYSTEM | TS 25.212 | 294659 | | US |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 29924421 | 29924421.0 | DE |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | 3008940.3 | | EP |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 30568/99 | 722598 | AU |
| 3GPP | Samsung Electronics | channel coding device and method for rate matching | TS 25.212 | 326891 | 6397367 | US |
| 3GPP | Samsung Electronics | channel encoding/decoding APPARATUS AND METHOD FOR COMMUNICATION SYSTEM | TS 25.212 | 33459/99 | 733641 | AU |
| 3GPP | Samsung Electronics | channel encoding device and method for communication system | TS 25.212 | 33460/99 | 735889 | AU |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 345277/1998 | 3043729 | JP |
| 3GPP | Samsung Electronics | device and method for cancelling code interference in cdma communication system | TS 25.213 | 348701 | 6459693 | US |
| 3GPP | Samsung Electronics | device and method for channel encoding/decoding FOR COMMUNICATION SYSTEM | TS 25.212 | 356/Cal/99 | | IN |
| 3GPP | Samsung Electronics | method and device for channel encoding for communication system | TS 25.212 | 357/Cal/99 | | IN |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.922 TS 25.433 | 36147/01 | | AU |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302 TS 25.303 TS 25.321 TS 25.331 TS 25.214 | 36155/01 | | AU |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | 36827/00 | | AU |

S-794-ITC-005517295

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | 369,626 | 6,487,693 | US |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 378,371 | 6,374,386 | US |
| 3GPP | Samsung Electronics | AFC DEVICE AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | 389287 | 6356599 | US |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in a cdma communication system | TS 25.214 | 41484/00 | | AU |
| 3GPP | Samsung Electronics | cell searchapparatus and method in cdma mobile communication system | TS 25.214 | 41505/00 | | AU |
| 3GPP | Samsung Electronics | apparatus and method for synchronizing channels in a w-cdma communication system | TS 25.214 | 44360/00 | | AU |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 46213/00 | 752231 | AU |
| 3GPP | Samsung Electronics | method and device for cancelling code interference in cdma communication system | TS 25.213 | 46562/99 | 729216 | AU |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.212 | 468568 | | US |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.211 | 472453 | 6493815 | US |
| 3GPP | Samsung Electronics | puncturing device and method for turbo encoder in mobile communication system | TS 25.211 | 475,559 | | US |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel In a CDMA Communication System | TS 25.433 TS 25.302 | 48892/01 | | AU |
| 3GPP | Samsung Electronics | method and apparatus for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 500465/2001 | | JP |
| 3GPP | Samsung Electronics | method and device for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | 500475/2001 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 500182/2001 | | JP |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 508111/2001 | | JP |
| 3GPP | Samsung Electronics | method and device for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 509176/2001 | | JP |
| 3GPP | Samsung Electronics | method and apparatus for generating scrambling code in umts mobile communication system | TS 25.213 | 509194/2001 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in cdma communication system | TS 25.214 | 51109/00 | | AU |
| 3GPP | Samsung Electronics | apparatus and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 51114/00 | | AU |

S-794-ITC-005517296

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

ETSI

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | method and device of channel coding for rate matching | TS 25.212 | 527/Cal/99 | | IN |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 53086/99 | 731794 | AU |
| 3GPP | Samsung Electronics | device and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | 540940/2001 | | JP |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | 542395/1999 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in a cdma communication system | TS 25.214 | 547886 | | US |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 549213/1999 | 3343574 | JP |
| 3GPP | Samsung Electronics | apparatus and method for channel encoding/decoding FOR COMMUNICATION SYSTEM | TS 25.212 | 552818/1999 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for channel encoding for communication system | TS 25.212 | 552819/1999 | | JP |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | TS 25.211 | 55314/99 | 746080 | AU |
| 3GPP | Samsung Electronics | AFC DEVICE AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | 55322/99 | 731874 | AU |
| 3GPP | Samsung Electronics | channel coding device and method for rate matching | TS 25.212 | 5540562000 | 3415120 | JP |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 55754/00 | | AU |
| 3GPP | Samsung Electronics | cell search apparatus and method in cdma mobile communication system | TS 25.214 | 558237 | | US |
| 3GPP | Samsung Electronics | method and apparatus for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.922 TS 25.433 | 560555/2001 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302 TS 25.303 TS 25.321 TS 25.331 TS 25.214 | 560556/2001 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for synchronizing channels in a w-cdma communication system | TS 25.214 | 562381 | | US |
| 3GPP | Samsung Electronics | CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | 564304/2000 | | JP |

S-794-ITC-005517297

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 15 of 21

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in units mobile communication system | TS 25.213 | 57108/00 | | AU |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | 57112/00 | 751376 | AU |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | 575,084 | | US |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel In a CDMA Communication System | TS 25.433 / TS 25.302 | 575013/2001 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in cdma communication system | TS 25.214 | 584046 | | US |
| 3GPP | Samsung Electronics | apparatus and method for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | 584051 | | US |
| 3GPP | Samsung Electronics | apparatus and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | 584278 | | US |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 58544/00 | | AU |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.212 | 590308/2000 | | JP |
| 3GPP | Samsung Electronics | interleaving/deintrleaving device and method for communication system | TS 25.211 | 591739/2000 | | JP |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 592947/2000 | | JP |
| 3GPP | Samsung Electronics | method and apparatus of puncturing for turbo encoder in mobile communication system | TS 25.211 | 592976/2000 | 3359911 | JP |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | 603,062 | | US |
| 3GPP | Samsung Electronics | method and device for cancelling code interference in cdma communication system | TS 25.213 | 604/Cal/99 | | IN |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | 610135/2000 | | JP |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 611014 | | US |
| 3GPP | Samsung Electronics | method and device for gated transmission in a cdma communication system | TS 25.214 | 611414/2000 | | JP |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in units mobile communication | TS 25.213 | 611518 | | US |
| 3GPP | Samsung Electronics | cell searchapparatus and method in cdma mobile communication system | TS 25.214 | 614570/2000 | | JP |
| 3GPP | Samsung Electronics | method and device for synchronizing channels in a w-cdma communication system | TS 25.214 | 616143/2000 | | JP |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. –33 (0) 4 93 65 47 16

S-794-ITC-005517298

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | method and device for turbo interleaving | TS 25.212 | 619112/2000 | 3359912 | JP |
| 3GPP | Samsung Electronics | CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | 693/Cal/99 | | IN |
| 3GPP | Samsung Electronics | METHOD AND APPARATUS FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 720/Cal/99 | | IN |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.922 TS 25.433 | 784914 | | US |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302 TS 25.303 TS 25.321 TS 25.331 TS 25.214 | 788,980 | | US |
| 3GPP | Samsung Electronics | device and method for synchronizing channels in a w-cdma communication system | TS 25.214 | 800713.6 | | CN |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | 801336.5 | | CN |
| 3GPP | Samsung Electronics | device and method for generating scrambling code in umts mobile communication system | TS 25.213 | 801819.7 | | CN |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel In a CDMA Communication System | TS 25.433 TS 25.302 | 832237 | | US |
| 3GPP | Samsung Electronics | METHOD FOR CONNECTING MOBILE STATIONS TO BASE STATION IN RADIO COMMUNICATION SYSTEM | TS 25.214 | 98120390.6 | | CN |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | 9815424-9 | | BR |
| 3GPP | Samsung Electronics | METHOD FOR CONNECTING MOBILE STATIONS TO BASE STATION IN RADIO COMMUNICATION SYSTEM | TS 25.214 | 98198914 | 2329556 | GB |
| 3GPP | Samsung Electronics | METHOD AND DEVICE FOR ADAPTIVE CHANNEL ENCODING | TS 25.212 | 9880735.2.8 | | CN |
| 3GPP | Samsung Electronics | device and method for turbo encoding/decoding for processing frame data according to qos | TS 25.212 | 99 912 135.3 | | BR |
| 3GPP | Samsung Electronics | channel encoding device and method for communication system | TS 25.212 | 99 914 797.8 | | EP |
| 3GPP | Samsung Electronics | tstd transmitter for limiting transmission power of antenna and controlling method thereof for base station in mobile communication | TS 25.211 | 99 935 155.4 | | EP |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | TS 25.211 | 99 941 830.4 | | EP |

S-794-ITC-005517299

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | apparatus and method for cancelling code interference in cdma communication system | TS 25.213 | 990103290 | | AR |
| 3GPP | Samsung Electronics | interleaving/deintereaving device and method for communication system | TS 25.212 | 9907844-9 | | BR |
| 3GPP | Samsung Electronics | device and method of puncturingfor turbo encoder in mobile communication system | TS 25.211 | 9908388-4 | | BR |
| 3GPP | Samsung Electronics | method and device for turbo encoding/decoding for processing frame data according to qos | TS 25.212 | 99125204 | | RU |
| 3GPP | Samsung Electronics | method and apparatus for channel encoding for communication system | TS 25.212 | 99126707 | 2184419 | RU |
| 3GPP | Samsung Electronics | method and apparatus for channel encoding/decoding FOR COMMUNICATION SYSTEM | TS 25.212 | 99127341 | | RU |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | 9916593-7 | | BR |
| 3GPP | Samsung Electronics | apparatus and method for turbo encoding/decoding for processing frame data according to qos | TS 25.212 | 99800417 | | CN |
| 3GPP | Samsung Electronics | device and method for channel encoding for communication system | TS 25.212 | 99800556.8 | | CN |
| 3GPP | Samsung Electronics | method and apparatus of channel coding for rate matching | TS 25.212 | 99800817.6 | | CN |
| 3GPP | Samsung Electronics | method and apparatus for cancelling code interference in cdma communication system | TS 25.213 | 99801088.X | | CN |
| 3GPP | Samsung Electronics | METHOD FOR CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | 99801298.X | | CN |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | 99801406.0 | | CN |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | TS 25.211 | 99801499.0 | | CN |
| 3GPP | Samsung Electronics | AFC APPARATUS AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | 99801510.5 | | CN |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.212 | 99803175.5 | | CN |
| 3GPP | Samsung Electronics | puncturing device and method for turbo encoder in mobile communication system | TS 25.211 | 99803456.8 | | CN |
| 3GPP | Samsung Electronics | interleaving/deintrleaving device and method for communication system | TS 25.211 | 99815036.3 | | CN |
| 3GPP | Samsung Electronics | turbo encoding/decoding device and method for processing frame data according to qos | TS 25.212 | 99912135.3 | | EP |
| 3GPP | Samsung Electronics | channel encoding/decoding APPARATUS AND METHOD FOR COMMUNICATION SYSTEM | TS 25.212 | 99914796.0 | | EP |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | channel coding device and method for rate matching | TS 25.212 | 99925431.1 | | EP |
| 3GPP | Samsung Electronics | device and method for cancelling code interference in cdma communication system | TS 25.213 | 99929929.0 | | EP |
| 3GPP | Samsung Electronics | CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | 99935167.9 | | EP |
| 3GPP | Samsung Electronics | AFC DEVICE AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | 99941839.5 | | EP |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.211 | 99962527.0 | | EP |
| 3GPP | Samsung Electronics | puncturing device and method for turbo encoder in mobile communication system | TS 25.211 | 99962552.8 | | EP |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | MI 2002A001821 | | IT |
| 3GPP | Samsung Electronics | METHOD FOR CONNECTING MOBILE STATIONS TO BASE STATION IN RADIO COMMUNICATION SYSTEM | TS 25.214 | P19970036265 | | KR |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR ADAPTIVE CHANNEL ENCODING | TS 25.212 | P19970036265 | | KR |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR PERFORMING HANDOFF IN MOBILE COMMUNICATION SYSTEM | TS 25.212 | P19970065962 | | KR |
| 3GPP | Samsung Electronics | METHOD AND APPARATUS FOR PROVIDING TIME SWITCHED TRANSMISSION DIVERSITY IN MOBILE COMMUNICATION SYSTEM | TS 25.211 | P19980005526 | | KR |
| 3GPP | Samsung Electronics | a method and an apparatus for turbo encoding/decoding for processing frame data according to … | TS 25.212 | P19980011380 | | KR |
| 3GPP | Samsung Electronics | method and device for channel encoding for communication system | TS 25.212 | P19980013956 | | KR |
| 3GPP | Samsung Electronics | method and apparatus for channel encoding/decoding FOR COMMUNICATION SYSTEM | TS 25.212 | P19980013957 | | KR |
| 3GPP | Samsung Electronics | Complementary data communication method and apparatus for code division multiple access communication method | TS 25.214 | P19980017818 | | KR |
| 3GPP | Samsung Electronics | channel coding device and method for rate matching | TS 25.212 | P19980020990 | | KR |
| 3GPP | Samsung Electronics | device and method for cancelling code interference in cdma communication system | TS 25.213 | P19980027736 | P0318959 | KR |
| 3GPP | Samsung Electronics | APPARATUS AND METHOD FOR CALIBRATING MEMENT-OF-INERTIA AND CENT-OF-GRAVITY | TS 25.214 | P19980030895 | P0274087 | KR |
| 3GPP | Samsung Electronics | tstd transmitter for limiting transmission power of antenna and controlling method thereof for base station in mobile communication | TS 25.211 | P19980031569 | P0326314 | KR |

S-794-ITC-005517301

EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | CHANNEL ENCODING/DECODING IN COMMUNICATION SYSTEM | TS 25.212 | P19980032471 | P0338663 | KR |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | P19980034186 | | EP |
| 3GPP | Samsung Electronics | DEVICE AND METHOD FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | P19980034186 | | KR |
| 3GPP | Samsung Electronics | PN SEQUENCE IDENTIFYING DEVICE IN CDMA COMMUNICATION SYSTEM | TS 25.211 | P19980035797 | | KR |
| 3GPP | Samsung Electronics | AFC DEVICE AND METHOD OF CONTROLLING RECEPTION FREQUENCY IN A DUAL-MODE TERMINAL | TS 34.108 | P19980036023 | P0274089 | KR |
| 3GPP | Samsung Electronics | interface canceling method and apparatus for wireless communication system | TS 34.108 | P19980057866 | P0306283 | KR |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.212 | P19980057959 | P0346170 | KR |
| 3GPP | Samsung Electronics | interleaving/deinterleaving device and method for communication system | TS 25.211 | P19980059068 | P0350459 | KR |
| 3GPP | Samsung Electronics | an iterative decoder and an iterative decoding method for a communication system | TS 25.211 | P19980062709 | P0321978 | KR |
| 3GPP | Samsung Electronics | puncturing device and method for turbo encoder in mobile communication system | TS 25.211 | P19980062725 | P0315708 | KR |
| 3GPP | Samsung Electronics | 2-dimensional interleaving apparatus and method | TS 25.211 | P19990011799 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in a cdma communication system | TS 25.214 | P19990013610 | | KR |
| 3GPP | Samsung Electronics | channel encoding device and method for communication system | TS 25.212 | P19990013869 | P0318911 | KR |
| 3GPP | Samsung Electronics | cell searchapparatus and method in cdma mobile communication system | TS 25.214 | P19990014777 | P0290678 | KR |
| 3GPP | Samsung Electronics | apparatus and method for synchronizing channels in a w-cdma communication system | TS 25.214 | P19990015332 | | KR |
| 3GPP | Samsung Electronics | turbo interleaving apparatus and method | TS 25.212 | P19990018560 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for generating sync word and transmitting and receiving the sync word in w-cdma communication system | TS 25.213 | P19990019644 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for gated transmission in cdma communication system | TS 25.214 | P19990019647 | | KR |

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

# EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | apparatus and method for implementing handoff in mobile communication system with short sync channel | TS 25.214 | P1999001968 1 | P0350466 | KR |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | P1999002622 1 | | KR |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | P1999002697 8 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | P1999002727 9 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | P1999002740 7 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.430 TS 25.211 | P1999005363 0 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.922 TS 25.433 | P2000000833 7 | | EP |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.331 TS 25.922 TS 25.433 | P2000000833 7 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for assigning a common packet channel in a cdma communication system | TS 25.302 TS 25.303 TS 25.321 TS 25.331 TS 25.214 | P2000000922 6 | | KR |
| 3GPP | Samsung Electronics | Method For Measuring Confusion Rate Of a Common Packet Channel in a CDMA Communication System | TS 25.433 TS 25.302 | P2000001875 2 | | KR |
| 3GPP | Samsung Electronics | Method of transmitting/receiving information about orthogonal variable spreading factor codes assigned to user data in a high speed data packet access communication system | TS 25.213 | P2001004858 0 | | KR |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | P346341 | | PL |
| 3GPP | Samsung Electronics | apparatus and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | P346622 | | PL |
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | P346646 | | PL |
| 3GPP | Samsung Electronics | device and method of channel coding for rate matching | TS 25.212 | PI9906479-0 | | BR |
| 3GPP | Samsung Electronics | device and method for cancelling code interference in cdma communication system | TS 25.213 | PI9906577-0 | | BR |

# EUROPEAN TELECOMMUNICATION STANDARDS INSTITUTE

page 21 of 21

| | | | | | |
|---|---|---|---|---|---|
| 3GPP | Samsung Electronics | rate matching device and method for a data communication system | TS 25.212 | W002001004 46 | ID |
| 3GPP | Samsung Electronics | apparatus and method for generating scrambling code in umts mobile communication system | TS 25.213 | W002001004 77 | ID |
| 3GPP | Samsung Electronics | device and method for controlling a demultiplexer and a multiplexer used for rate matching in a mobile communication system | TS 25.212 | W020010046 0 | ID |
| 3GPP | Samsung Electronics | METHOD AND DEVICE FOR INSERTING PREVIOUSLY KNOWN BITS IN INPUT STAGE OF CHANNEL ENCODER | TS 25.212 | W-2000 0737 | ID |
| 3GPP | Samsung Electronics | apparatus and method for channel coding and multiplexing in cdma communication system | TS 25.212 | WO00200100 363 | ID |
| 3GPP | Samsung Electronics | apparatus and method for cancelling code interference in cdma communication system | TS 25.213 | WO20000423 | ID |

**Place, Date:**

2003. 09. 19

**Signature:**

Kyong J. Chun

(Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director General - Karl Heinz Rosenbrock

ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 95 65 47 16

S-794-ITC-005517304