# EXHIBIT F4



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 1 of 5 (version 5)

## IPR information statement and licensing declaration

### IPR Holder/Organisation

Legal Name: SAMSUNG ELECTRONICS CO., LTD.

### Signatory

Name:        Seung Gun, Park

Position:    Vice President

Department:  Telecommunication R&D Center

Address:     Dong Suwon P.O.BOX 105, 416, Maetan-3Dong, Yeongtong-Gu,

             Suwon-City, Gyeonggi-Do, Korea 442-600

Tel.:        82-31-279-5067            Fax:  82-31-279-4560

E-mail:      jh1.jung@samsung.com

### IPR information statement

In accordance with the ETSI IPR Policy, Clause 4.1, I hereby inform ETSI that,
  with reference to the technical proposal identified as   3GPP
and/or
  in relation to Work Item No.
and/or
  with reference to ETSI Standard No.   TS 25.212, TS 25.309, TS 25.321, TS 25.331

it is my belief that the IPRs listed in the attached IPR information statement annex are, or are likely to become, Essential IPRs in relation to that Standard.

### IPR licensing declaration

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in the attached *IPR information statement annex* and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

This undertaking is made subject to the condition that those who seek licences agree to reciprocate the same in respect of the STANDARD in accordance with Clause 6.1 of the ETSI IPR Policy (delete this paragraph if this condition is not required).

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**                                **Signature:**

24 Jul 2008                                     S. G.
(Place, Date)                                   (Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

S-794-ITC-005517228

European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 2 of 5 (version 5)



## IPR information statement annex

| Project or Standard name | ETSI Standard, Technical Specification or Work Item | | | Patent Proprietor | Application No. | Patent No. | Patent Subject/Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family* | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Work Item or Standard No. | Section | Version (V.X.X.X) | | | | | | Patent/Application No. | Country Applicable |
| UMTS | 3GPP TS 25.212 | 4.2.3.2 | V.3.2.0 | Samsung Electronics Corporation | 1998-0059068 | 0350459 | INTERLEAVING/DEINTRLEAVING DEVICE AND METHOD FOR COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 6,493,815 | UNITED STATES |
| | | | | | | | | | 2353878 | CANADA |
| | | | | | | | | | ZL99815036.3 | CHINA |
| | | | | | | | | | 3814146 | JAPAN |
| | | | | | | | | | 761546 | AUSTRALIA |
| UMTS | 3GPP TS 25.331 | 10.3.6.2 1 | V.3.8.0 | Samsung Electronics Corporation | 1999-34014 | 0429545 | METHOD FOR COMMUNICATING SCRAMBLING CODE ID IN MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 762032 | AUSTRALIA |
| | | | | | | | | | 2346845 | CANADA |
| | | | | | | | | | ZL00801691.7 | CHINA |
| | | | | | | | | | 142489 | ISRAEL |
| | | | | | | | | | 207743 | INDIA |
| | | | | | | | | | 392981 | JAPAN |
| | | | | | | | | | 2214695 | RUSSIAN FEDERATION |
| | | | | | | | | | 7,221,695 | UNITED STATES |
| | | | | | | | | | 2001/2906 | SOUTH AFRICA |
| UMTS | 3GPP TS 25.309 | 11.1.1 | V.6.2.0 | Samsung Electronics Corporation | 2003-0000466 | | METHOD FOR DETERMINING DATA RATE USER EQUIPMENT SUPPORTING EUDCH SERVICE | KOREA (REPUBLIC OF) | zl200410028203.8 | CHINA |
| | 3GPP TS 25.321 | 9.2.5.3.2 | V.6.2.0 | | | | | | 7,209,749 | UNITED STATES |
| | | | | | | | | | 4038483 | JAPAN |

S-794-ITC-005517229



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 3 of 5 (version 5)

| | | | | | | | | Country | Patent/Application Number |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0064742 | 0827147 | TRANSCEIVER APPARATUS AND METHOD FOR EFFICIENT HIGH-SPEED DATA RETRANSMISSION AND DECODING IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | AUSTRALIA 2002301552 |
| | | | | | | | | | UNITED KINGDOM 2381719 |
| | | | | | | | | | CANADA 2408875 |
| | | | | | | | | | CHINA ZL 02151899.8 |
| | | | | | | | | | FRANCE 0213110 |
| | | | | | | | | | SWEDEN 523495 |
| | | | | | | | | | JAPAN 3566273 |
| | | | | | | | | | UNITED STATES 7,027,782 |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-34488 | 0689551 | APPARATUS AND METHOD FOR TRANSMITTING AND RECEIVING DATA IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | CHINA ZL02127246.8 |
| | | | | | | | | | UNITED KINGDOM0 2378368 |
| | | | | | | | | | UNITED KINGDOM1 2393086 |
| | | | | | | | | | UNITED KINGDOM2 2404313 |
| | | | | | | | | | JAPAN 3753677 |
| | | | | | | | | | UNITED STATES 7,093,178 |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0044842 | 0539864 | APPARATUS AND METHOD FOR RETRANSMITTING HIGH-SPEED DATA IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | AUSTRALIA 2002300260 |
| | | | | | | | | | UNITED KINGDOM 2380374 |
| | | | | | | | | | CHINA ZL02148206.3 |
| | | | | | | | | | SWEDEN 524830 |
| | | | | | | | | | UNITED STATES 7,283,509 |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0064114 | 0526525 | TRANSMISSION/RECEIVING APPARATUS AND METHOD FOR PACKET RETRANSMISSION IN A MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | AUSTRALIA 2002301480 |
| | | | | | | | | | CANADA 2408452 |
| | | | | | | | | | CHINA 02160221.2 |
| | | | | | | | | | GERMANY 10248446 |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 4 of 5 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0063519 | 0464325 | KOREA (REPUBLIC OF) | Transmitting/receiving apparatus and method for packet retransmission in a mobile communication system | 2382010 / UNITED KINGDOM<br>273,096 / UNITED STATES<br>2002301470 / AUSTRALIA<br>2408131 / CANADA<br>02151562.X / CHINA<br>200510126992.3 / CHINA<br>10248018 / GERMANY<br>20021829 / FINLAND<br>0212735 / FRANCE<br>2381718 / UNITED KINGDOM<br>2396787 / UNITED KINDOM<br>MI2002A002167 / ITALY<br>3865680 / JAPAN<br>4064385 / JAPAN<br>271,277 / UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0067694 | 0474682 | KOREA (REPUBLIC OF) | Transmitting/receiving apparatus and method for packet retransmission in a mobile communication system | 2002301670 / AUSTRALIA<br>2410107 / CANADA<br>02154261.5 / CHINA<br>200510055804.2 / CHINA<br>10250867.4 / GERMANY<br>20021932 / FILAND<br>0213688 / FRANCE<br>2382284 / UNITED KINDOM<br>0325480.2 / UNITED KINDOM<br>MI2002A002326 / ITALY<br>3926248 / JAPAN |

S-794-ITC-005517231



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 5 of 5 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-0041405 | 0450968 | Apparatus and method for transmitting and receiving data in a CDMA mobile communication system | KOREA (REPUBLIC OF) | 7,362,733 | UNITED STATES |
| | | | | | | | | | 02128224.2 | CHINA |
| | | | | | | | | | 10228809.7 | GERMANY |
| | | | | | | | | | 0208008 | fFRANCE |
| | | | | | | | | | 2378870 | GERMANY |
| | | | | | | | | | 3701263 | JAPAN |
| | | | | | | | | | 183,824 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-083064 | 0584426 | INTERLEAVING APPARATUS AND METHOD FOR SYMBOL MAPPING IN AN HSDPA MIBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | ZL02159600.X | CHINA |
| | | | | | | | | | 200510116299.8 | CHINA |
| | | | | | | | | | 02028629.0 | European Patent Office |
| | | | | | | | | | 3748550 | JAPAN |
| | | | | | | | | | 7,200,792 | UNITED STATES |
| UMTS | 3GPP TS 25.212 | 4.5 | V.6.0.0 | Samsung Electronics Corporation | 2001-066887 | 0744347 | APPARATUS AND METHOD FOR TRANSMITTING/RECEIVING DATA IN A CDMA MOBILE COMMUNICATION SYSTEM | KOREA (REPUBLIC OF) | 7,280,606 | UNITED STATES |
| | | | | | | | | | 851,275 | UNITED STATES |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

S-794-ITC-005517232