# EXHIBIT J1
# FILED UNDER SEAL