# EXHIBIT J3
# FILED UNDER SEAL