# EXHIBIT J4
# FILED UNDER SEAL