# EXHIBIT J5
# FILED UNDER SEAL