# EXHIBIT J6
# FILED UNDER SEAL