# EXHIBIT J7
# FILED UNDER SEAL