# EXHIBIT J8
# FILED UNDER SEAL