# EXHIBIT J9
# FILED UNDER SEAL