# EXHIBIT J10
# FILED UNDER SEAL