# EXHIBIT J11
# FILED UNDER SEAL