# EXHIBIT K2
# FILED UNDER SEAL