# EXHIBIT K3
# FILED UNDER SEAL