# EXHIBIT O1



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 1 of 7 (version 5)

### IPR information statement and licensing declaration

**IPR Holder/Organisation**

Legal Name: Apple Inc.

**Signatory**

Name:    Richard J. Lutton, Jr.

Position:    Chief Patent Counsel

Department: Legal

Address:    1 Infinite Loop, MS 3-Pat

Cupertino, CA 95014-2084

Tel.:    408-974-9453        Fax:    408-974-5436

E-mail:    rlutton@apple.com

REÇU le 2 5 JUIL. 2007 Rép: _____

**IPR information statement**

In accordance with the ETSI IPR Policy, Clause 4.1, I hereby inform ETSI that,

with reference to ETSI Standards No.   101 349, 102 221, 123 060, 123 228, 124 008, 126 234, 126 244, 126 346, and 133 310

it is my belief that the IPRs listed in the attached IPR information statement annex are, or are likely to become, Essential IPRs in relation to that Standard.

**IPR licensing declaration**

The SIGNATORY has notified ETSI that it is the proprietor of the IPRs listed in the attached *IPR information statement annex* and has informed ETSI that it believes that the IPRs may be considered ESSENTIAL to the Standards listed above.

The SIGNATORY and/or its AFFILIATES hereby declare that they are prepared to grant irrevocable licences under the IPRs on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy, in respect of the STANDARD, to the extent that the IPRs remain ESSENTIAL.

This undertaking is made subject to the condition that those who seek licences agree to reciprocate same in respect of the STANDARD in accordance with Clause 6.1 of the ETSI IPR Policy.

The construction, validity and performance of this DECLARATION shall be governed by the laws of France.

**Place, Date:**

California, USA, July 19, 2007
(Place, Date)

**Signature:**

_____
(Signed for and on behalf of the SIGNATORY)

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - FRANCE
Fax. +33 (0) 4 93 65 47 16

S-ITC-003126935



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 2 of 7 (version 5)

## IPR information statement annex

| ETSI Standard, Technical Specification or Work Item | | | | Patent Proprietor | Application No. | Patent No. | Patent Subject/ Title | Country of registration | OPTIONAL INFORMATION: Other Patents/Applications No. in same family* | |
|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | | | | | | Patent/Application No. | Country Applicable |
| 3GPP, UMTS, GSM, GPRS | ETSI TS 123 060 | 5.4, 6.5, 6.8, 9.1, 12.6, 14.3, 14.5, and 16.1 | V5.7.0 | Apple, Inc. | | 5,410,543 | Method for connecting a mobile computer to a computer network by using an address server | US | | |
| 3GPP, UMTS, GSM | ETSI TS 133 310 | 2 [5], 5.2, 6.1, 6.3, and 7.1 | V7.1.0 | Apple, Inc. | | 5,410,691 | Method and apparatus for providing a network configuration database | US | | |
| 3GPP, UMTS, GSM | ETSI TS 126 346 | 7.3 and 8.1 | V6.8.0 | Apple, Inc. | | 5,561,670 | Method and apparatus for operating a multicast system on an unreliable network | US | | |
| 3GPP, UMTS, GSM | ETSI TS 123 228 | 2 [12], 4.2.4, 5.11, and 5.3 | V7.7.0 | Apple, Inc. | | 5,572,582 | Method and apparatus for establishing communication between two teleconferencing endpoints | US | | |
| 3GPP, UMTS, GSM | ETSI TS 133 310 | 2 [5], 5.2, 6.1, 6.3, and 7.1 | V7.1.0 | Apple, Inc. | | 5,664,170 | Flexible distributed network database containing configuration information for a | US | | |



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 3 of 7 (version 5)

| | | | | | | | network divided into domains | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GSM, GPRS, GERAN | ETSI TS 101 349 | 3.1, 7.1, 7.2 8.1, 8.7, and 9.3 | V8.27.0 | Apple, Inc. | | 5,835,721 | Method and system for data transmission over a network link between computers with the ability to withstand temporary interruptions | US | | |
| 3GPP, UMTS GSM, GPRS, GERAN | ETSI TS 124 008 | 2 [16] and 4.1 | V7.7.0 | Apple, Inc. | | 5,835,721 | Method and system for data transmission over a network link between computers with the ability to withstand temporary interruptions | US | | |
| 3GPP, UMTS, GSM | ETSI TS 123 228 | 2 [12], 4.2, and 5.11 | V7.7.0 | Apple, Inc. | | 5,854,898 | System for automatically adding additional data stream to existing media connection between two end points upon exchange of notifying and confirmation messages therebetween | US | | |
| 3GPP, UMTS, GSM | ETSI TS 126 346 | 2 [14], 4.4, 7.3, 8.1, and 8.3 | V6.8.0 | Apple, Inc. | | 5,894,480 | Method and apparatus for operating a multicast system on an unreliable network | US | | |

S-ITC-003126937



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 4 of 7 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 6,744,763 | Method and apparatus for media data transmission | US | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 6,744,763 | Method and apparatus for media data transmission | US | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 6,829,648 | Method and apparatus for preparing media data for transmission | US | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 6,829,648 | Method and apparatus for preparing media data for transmission | US | |
| 3GPP, UMTS, GSM | ETSI TS 102 221 | 1, 6.3, and 7 | V7.8.0 | Apple, Inc. | | 5,802,550 | Processor having an adaptable mode of interfacing with a peripheral storage device | US | |
| 3GPP, UMTS, GSM | ETSI TS 123 228 | 2 [12], 4.2.4, 5.11, and 5.3 | V7.7.0 | Apple, Inc. | | 0811283 | Identifying application capabilities for teleconference communications | EP | |
| 3GPP, UMTS, GSM | ETSI TS 123 228 | 2 [12], 4.2.4, 5.11, and 5.3 | V7.7.0 | Apple, Inc. | | 69634950 | Identifizierung von anwendungsfah igkeiten für telekonferenzv erbindungen | DE | |

S-ITC-003126938



European Telecommunication Standards Institute
IPR information statement and licensing declaration forms
Page 5 of 7 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 1062782 | Method and apparatus for media data transmission | EP | | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 1062782 | Method and apparatus for media data transmission | EP | | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 1051008 | Method and apparatus for media data transmission | EP | | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 1051008 | Method and apparatus for media data transmission | EP | | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 69933281 | Verfahren und Vorrichtung zur Mediendatenübertragung | DE | | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 69933281 | Verfahren und Vorrichtung zur Mediendatenübertragung | DE | | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 69925254 | Verfahren und Vorrichtung zur Mediendatenübertragung | DE | | |

S-ITC-00312693



European Telecommunication Standards Institute
**IPR information statement and licensing declaration forms**
Page 6 of 7 (version 5)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 69925254 | Verfahren und Vorrichtung zur Mediendatenübertragung | DE | | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 1166142 | Method and apparatus for media data transmission | CN | | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 1166142 | Method and apparatus for media data transmission | CN | | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 1166143 | Method and apparatus for media data transmission | CN | | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 1166143 | Method and apparatus for media data transmission | CN | | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 0758248 | Method and apparatus for media data transmission | AU | | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 0758248 | Method and apparatus for media data transmission | AU | | |

S-ITC-003126940



**European Telecommunication Standards Institute**
**IPR information statement and licensing declaration forms**
Page 7 of 7 (version 5)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 0758220 | Method and apparatus for media data transmission | AU | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 0758220 | Method and apparatus for media data transmission | AU | |
| 3GPP, UMTS, GSM | ETSI TS 126 234 | 5.2 | V6.10.0 | Apple, Inc. | | 0755830 | Method and apparatus for media data transmission | AU | |
| 3GPP, UMTS, GSM | ETSI TS 126 244 | 5.4 and 7.1 | V6.6.0 | Apple, Inc. | | 0755830 | Method and apparatus for media data transmission | AU | |

*Patent family information is provided voluntarily. The completeness and accuracy of any patent family information that is provided cannot be guaranteed.

| Place, Date: | Signature: |
|---|---|
| California, USA, July 19, 2007 | |
| (Place, Date) | (Signed for and on behalf of the SIGNATORY) |

Please return this form duly signed to: ETSI Director-General
ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16