# EXHIBIT O2



ETSI Rules of Procedure, 26 November 2008

# IPR INFORMATION STATEMENT AND LICENSING DECLARATION

## IPR HOLDER / ORGANISATION ("Declarant")

Legal Name:     Apple Inc.

## CONTACT DETAILS FOR LICENSING INFORMATION:

| | |
|---|---|
| Name and Title: | Bruce H. Watrous, Jr., Vice President and Chief IP Counsel |
| Department: | Legal |
| Address: | 1 Infinite Loop, MS 36-2PAT |
| | Cupertino, California 95014 |

| | | | |
|---|---|---|---|
| Telephone: | 408-974-0015 | Fax: | |
| Email: | bjwatrous@apple.com | URL: | www.apple.com |

## IPR INFORMATION STATEMENT

In accordance with Clause 4.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby informs ETSI that it is the Declarant's and/or its AFFILIATES' present belief that the IPR(s) disclosed in the attached *IPR Information Statement Annex* may be or may become ESSENTIAL in relation to at least the ETSI Work Item(s), STANDARD(S) and/or TECHNICAL SPECIFICATION(S) identified in the attached *IPR Information Statement Annex*.

The Declarant and/or its AFFILIATES *(check one box only)*:

☒     are the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

☐     are not the proprietor of the IPR(s) disclosed in the attached *IPR Information Statement Annex*.

## IPR LICENSING DECLARATION

In accordance with Clause 6.1 of the ETSI IPR Policy the Declarant and/or its AFFILIATES hereby irrevocably declares the following *(check one box only, and subordinate box, where applicable)*:

☒     To the extent that the IPR(s) disclosed in the attached *IPR Information Statement Annex* are or become, and remain ESSENTIAL in respect of the ETSI Work Item, STANDARD and/or TECHNICAL SPECIFICATION identified in the attached *IPR Information Statement Annex*, the Declarant and/or its AFFILIATES are prepared to grant irrevocable licences under this/these IPR(s) on terms and conditions which are in accordance with Clause 6.1 of the ETSI IPR Policy.

    ☒     This irrevocable undertaking is made subject to the condition that those who seek licences agree to reciprocate **(check box if applicable)**.

☐     The Declarant and/or its AFFILIATES are not prepared to make the above IPR Licensing Declaration (reasons may be explained in writing in the attached *IPR Licensing Declaration Annex*).

The construction, validity and performance of this IPR information statement and licensing declaration shall be governed by the laws of France.

Terms in ALL CAPS on this form have the meaning provided in Clause 15 of the ETSI IPR Policy.

## SIGNATURE

By signing this IPR Information Statement and Licensing Declaration form, you represent that you have the authority to bind the Declarant and/or its AFFILIATES to the representations and commitments provided in this form.

| | |
|---|---|
| Name of authorized person: | Bruce H. Watrous, Jr. |
| Title of authorized person: | Vice President and Chief IP Counsel |
| Place, Date: | Cupertino, California, November 11, 2011 |
| Signature: | |

*Please return this form duly signed to: ETSI Director-General*
*ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex - France / Fax. +33 (0) 4 93 65 47 16*

S-ITC-003126942

APPLE INC. – November 11, 2011
Page 3 (version 6)

ETSI Rules of Procedure, 26 November 2008

## IPR Information Statement Annex



| STANDARD, TECHNICAL SPECIFICATION or ETSI Work Item | | | | | | | | | FURTHER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project or Standard name | Work Item or Standard No. | Illustrative Specific part of the standard (e.g. Section) | Version (V.X.X.X) | Proprietor | Application No. | Publication No. | Patent/Application Title | Country of registration | Other members of this PATENT FAMILY, if any * | | | |
| | | | | | | | | | Application No. | Publication No. | Country of registration | |
| 3GPP, LTE, UMTS, GSM, GPRS | 3GPP TS 23.060 | 5.4, 6.5, 6.8, 9.1, 12.6, 14.3, 14.5, 16.1 | V.10.4.0 | Apple Inc. | | 5,410,543 | Method for connecting a mobile computer network by using an address server | US | | | | |
| 3GPP, LTE, UMTS, GSM | 3GPP TS 33.310 | 5.2, 6.1, 6.3, and 7.1 | V.10.3.0 | Apple Inc. | | 5,410,691 | Method and apparatus for providing a network configuration database | US | | | | |
| 3GPP, LTE, UMTS, GSM | 3GPP TS 23.402 | | V.10.4.0 | Apple Inc. | | 5,410,691 | Method and apparatus for providing a network configuration database | US | | | | |
| 3GPP, LTE | 3GPP TS 29.414 | 6.2.3.1.7 and 7.4.9 | V.10.0.2 | Apple Inc. | | 5,444,709 | Protocol for transporting real time data | US | 19940077289 D 1994US10441 | 7728994 (A) WO 9509504 (A2) | AU PCT | |
| 3GPP, LTE | 3GPP TS 26.234 | | V.10.1.0 | Apple Inc. | | 5,444,709 | Protocol for transporting real time data | US | 19940077289 D 1994US10441 | 7728994 (A) WO 9509504 (A2) | AU PCT | |

APPLE INC. – November 11, 2011
Page 4 (version 6)



| | | | | | Patent No. | Title | Country | Application/Priority Nos. | Publication Nos. | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, GSM | 3GPP TS 26.346 | 7.3 and 8.1 | V10.0.0 | Apple Inc. | 5,561,670 | Method and apparatus for operating a multicast system on an unreliable network | US | 1995O024788 D<br>19950919098<br>1995US05806 | 2478895 (A)<br>0759252 (A1)<br>WO 9531875 (A1) | AU<br>EP<br>PCT |
| 3GPP, UMTS, LTE | 3GPP TS 23.228 | 4.2.4, 5.3, and 5.11 | V.11.1.0 | Apple Inc. | 5,572,582 | Method and apparatus for establishing communication between two teleconferencing endpoints | US | 19960053551 D<br>19966034950 T<br>19960910325<br>20050012593<br>20070009590<br>20070009591<br>20070009592<br>20090000330<br>1996US02459 | 5355196 (A)<br>69634950 (T2)<br>0811283 (A1)<br>1585284 (A2)<br>1816786 (A2)<br>1816787 (A2)<br>1816788 (A2)<br>2045960 (A2)<br>WO 9628587 (A1) | AU<br>DE<br>EP<br>EP<br>EP<br>EP<br>EP<br>EP<br>PCT |
| 3GPP, UMTS, GSM | 3GPP TS 33.310 | 5.2, 6.1, 6.3, and 7.1 | V.10.3.0 | Apple Inc. | 5,664,170 | Flexible distributed network database containing configuration information for a network divided into domains | US | | | |
| 3GPP, LTE | 3GPP TS 36.211 | 5, 6, and 7 | V.10.2.0 | Apple Inc. | 5,680,388 | Method and arrangement for dynamic allocation of multiple carrier-wave channels for multiple access by frequency division multiplexing | US | 19936030964 T<br>19940900333<br>1920003384<br>19920003384 D<br>1993SE00941 | 69330964 (T2)<br>0676105 (A1)<br>470038 (B)<br>9203384 (A)<br>WO 9411961 (A1) | DE<br>EP<br>SE<br>SE<br>PCT |
| 3GPP, UMTS, GSM | 3GPP TS 31.101 | 4 | V.10.0.1 | Apple Inc. | 5,802,550 | Processor having an adaptable mode of interfacing with a peripheral storage device | US | | | |



| | ETSI TS 102 221 | | V.9.2.0 | Apple Inc. | 5,802,550 | Processor having an adaptable mode of interfacing with a peripheral storage device | US | | |
|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, GSM | | | | | | | | | |
| 3GPP, LTE, GSM, GPRS, GERAN | 3GPP TS 04.60 | 3.1, 7.1, 7.2 8.1, 8.7, and 9.3 | V.8.27.0 | Apple Inc. | 5,835,721 | Method and system for data transmission over a network link between computers with the ability to withstand temporary interruptions | US | | |
| 3GPP, LTE, GSM, GPRS, GERAN | 3GPP TS 24.008 | 4.1 | V.10.3.0 | Apple Inc. | 5,835,721 | Method and system for data transmission over a network link between computers with the ability to withstand temporary interruptions | US | | |
| 3GPP, LTE, GSM, GPRS, GERAN | 3GPP TS 36.311 | 5.3.7 | V.10.2.0 | Apple Inc. | 5,835,721 | Method and system for data transmission over a network link between computers with the ability to withstand temporary interruptions | US | | |



| | | | | | | |
|---|---|---|---|---|---|---|
| 3GPP, LTE, GSM, GPRS, GERAN | 3GPP TS 36.304 | 5.2.3 | V 10.2.0 | Apple Inc. | 5,835,721 | Method and system for data transmission over a network link between computers with the ability to withstand temporary interruptions | US |
| 3GPP, LTE, UMTS, GSM | 3GPP TS 23.228 | 4.2 and 5.11 | V.11.1.0 | Apple Inc. | 5,854,898 | System for automatically adding additional data stream to existing media connection between two end points upon exchange of notifying and confirmation messages therebetween | US |
| 3GPP, UMTS | 3GPP TS 26.346 | 4.4, 7.3, 8.1, and 8.3 | V.10.0.0 | Apple Inc. | 5,894,480 | Method and apparatus for operating a multicast system on an unreliable network | US |

S-ITC-003126946



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 26.244 | 5.4.4 | V.10.1.0 | Apple Inc. | 6,714,984 | Method and apparatus for media data transmission | US | | |

| Application/Filing No. | Publication No. | Country |
|---|---|---|
| 19990022327 | 755830 (B2) | AU |
| 19990023224 | 758220 (B2) | AU |
| 19990022327 D | 2232799 (A) | AU |
| 19990022328 D | 2232699 (A) | AU |
| 19990023224 D | 2322499 (A) | AU |
| 19992316852 | 2316852 (A1) | CA |
| 19992318963 | 2316963 (A1) | CA |
| 19992325828 | 2325828 (A1) | CN |
| 19998002946 | 1290444 (A) | CN |
| 19998002948 | 1290445 (A) | CN |
| 20001029014 | 1308437 (A) | DE |
| 19996025254 T | 69925254 (T2) | DE |
| 19996033281 T | 6933281 (T2) | DE |
| 19986036570 T | 69936570 (T2) | EP |
| 19990902314 | 1048156 (A2) | EP |
| 20000116315 | 1051008 (A2) | EP |
| 19990903130 | 1062782 (A2) | EP |
| 20070011072 | 1819127 (A2) | EP |
| 20070011073 | 1819128 (A2) | EP |
| 20070011074 | 1819129 (A2) | EP |
| 20010105883 | 1035277 (A1) | HK |
| 20010105886 | 1035278 (A1) | HK |
| 20000540645 T | 2003526227 (A) | JP |
| 20000540646 T | 2002510165 (A) | JP |
| 20090120315 | 2009225458 (A) | JP |
| 20090137610 | 2009246991 (A) | JP |
| 1999US00953 | WO 9937056 (A2) | PCT |
| 1999US00954 | WO 9937057 (A2) | PCT |
| 1999US00955 | WO 9937072 (A2) | PCT |

APPLE INC. – November 11, 2011
Page 8 (version 6)



| 3GPP, LTE | 3GPP TS 26.244 | 5.4.4 | V.10.1.0 | Apple Inc. | 6,717,952 | Method and apparatus for media data transmission | US | Application | Publication | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 19990022327 | 755830 (B2) | AU |
| | | | | | | | | 19990023224 | 758220 (B2) | AU |
| | | | | | | | | 19990022327 D | 2232799 (A) | AU |
| | | | | | | | | 19990023228 D | 2232899 (A) | AU |
| | | | | | | | | 19990023224 D | 2322499 (A) | AU |
| | | | | | | | | 19992318852 | 2316852 (A1) | CA |
| | | | | | | | | 19992318963 | 2318963 (A1) | CA |
| | | | | | | | | 19992325828 | 2325828 (A1) | CA |
| | | | | | | | | 19998002946 | 1290444 (A) | CN |
| | | | | | | | | 19998002948 | 1290445 (A) | CN |
| | | | | | | | | 20001029014 | 1308437 (A) | CN |
| | | | | | | | | 19996025254 T | 69925254 (T2) | DE |
| | | | | | | | | 19996033281 T | 69933281 (T2) | DE |
| | | | | | | | | 19996036570 T | 69936570 (T2) | DE |
| | | | | | | | | 19990902314 | 1048156 (A2) | EP |
| | | | | | | | | 20000116315 | 1051008 (A2) | EP |
| | | | | | | | | 19990903130 | 1062782 (A2) | EP |
| | | | | | | | | 20070011072 | 1819127 (A2) | EP |
| | | | | | | | | 20070011073 | 1819128 (A2) | EP |
| | | | | | | | | 20070011074 | 1819129 (A2) | EP |
| | | | | | | | | 20010105883 | 1035277 (A1) | HK |
| | | | | | | | | 20010105886 | 1035278 (A1) | HK |
| | | | | | | | | 20000540645 T | 2003526227 (A) | JP |
| | | | | | | | | 20000540646 T | 2002510165 (A) | JP |
| | | | | | | | | 20090120315 | 2009225458 (A) | JP |
| | | | | | | | | 20090137610 | 2009246891 (A) | JP |
| | | | | | | | | 1999US00953 | WO 9937056 (A2) | PCT |
| | | | | | | | | 1999US00954 | WO 9937057 (A2) | PCT |
| | | | | | | | | 1999US00955 | WO 9937072 (A2) | PCT |

APPLE INC. – November 11, 2011
Page 9 (version 6)



ETSI

| Standard | Document | Clause | Version | Owner | Patent | Title | Country |
|---|---|---|---|---|---|---|---|
| 3GPP, LTE, UMTS, GSM | 3GPP TS 26.244 | 5.4 and 7.1 | V.10.1.0 | Apple Inc. | 6,744,763 | Method and apparatus for media data transmission | US |

| Application Number | Publication Number | Country |
|---|---|---|
| 19990022327 | 755830 (B2) | AU |
| 19990023224 | 758220 (B2) | AU |
| 19990022327 D | 2232799 (A) | AU |
| 19990022328 D | 2232699 (A) | AU |
| 19990023224 D | 2322499 (A) | AU |
| 19992318852 | 2316852 (A1) | CA |
| 19992318963 | 2318963 (A1) | CA |
| 19992325828 | 2325828 (A1) | CA |
| 19998002946 | 1290444 (A) | CN |
| 19998002948 | 1290445 (A) | CN |
| 20001029014 | 1308437 (A) | CN |
| 19996025254 T | 69925254 (T2) | DE |
| 19996033281 T | 69933281 (T2) | DE |
| 19996036570 T | 69936570 (T2) | DE |
| 19990902314 | 1048156 (A2) | EP |
| 20000116315 | 1051008 (A2) | EP |
| 19990903130 | 1062782 (A2) | EP |
| 20070011072 | 1819127 (A2) | EP |
| 20070011073 | 1819128 (A2) | EP |
| 20070011074 | 1819129 (A2) | EP |
| 20010105883 | 1035277 (A1) | EP |
| 20010105886 | 1035278 (A1) | EP |
| 20000540645 T | 2003526227 (A) | HK |
| 20000540646 T | 2002510165 (A) | HK |
| 20090120315 | 2009225458 (A) | JP |
| 20090137610 | 2009246991 (A) | JP |
| 1999US00953 | WO 9937056 (A2) | JP |
| 1999US00954 | WO 9937057 (A2) | PCT |
| 1999US00955 | WO 9937072 (A2) | PCT |

S-ITC-003126949

APPLE INC. – November 11, 2011
Page 10 (version 6)



| | | | | | | | | Application No. | Publication No. | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| ETSI | 3GPP, LTE, UMTS, GSM | 3GPP TS 26.234 | 5.2 | V.10.1.0 | Apple Inc. | 6,744,763 | Method and apparatus for media data transmission | US | 19990022327 | 755830 (B2) | AU |
| | | | | | | | | | 19990023224 | 758220 (B2) | AU |
| | | | | | | | | | 19990022327 D | 2232799 (A) | AU |
| | | | | | | | | | 19990022328 D | 2232899 (A) | AU |
| | | | | | | | | | 19990023224 D | 2322499 (A) | AU |
| | | | | | | | | | 19992316852 | 2316852 (A1) | CA |
| | | | | | | | | | 19992316963 | 2318963 (A1) | CA |
| | | | | | | | | | 19992325828 | 2325828 (A1) | CN |
| | | | | | | | | | 19998002946 | 1290444 (A) | CN |
| | | | | | | | | | 19998002948 | 1290445 (A) | CN |
| | | | | | | | | | 20001029014 | 1308437 (A) | CN |
| | | | | | | | | | 19996025254 T | 69925254 (T2) | DE |
| | | | | | | | | | 19998033281 T | 6993281 (T2) | DE |
| | | | | | | | | | 19998036570 T | 69936570 (T2) | DE |
| | | | | | | | | | 19990902314 | 1048156 (A2) | EP |
| | | | | | | | | | 20000116315 | 1051008 (A2) | EP |
| | | | | | | | | | 19990903130 | 1062782 (A2) | EP |
| | | | | | | | | | 20070011072 | 1819127 (A2) | EP |
| | | | | | | | | | 20070011073 | 1819128 (A2) | EP |
| | | | | | | | | | 20070011074 | 1819129 (A2) | EP |
| | | | | | | | | | 20010105883 | 1035277 (A1) | HK |
| | | | | | | | | | 20010105886 | 1035278 (A1) | HK |
| | | | | | | | | | 20000540645 T | 2003526227 (A) | JP |
| | | | | | | | | | 20000540646 T | 2002510165 (A) | JP |
| | | | | | | | | | 20090120315 | 2009225458 (A) | JP |
| | | | | | | | | | 20090137610 | 2009246991 (A) | JP |
| | | | | | | | | | 1999US00953 | WO 9937056 (A2) | PCT |
| | | | | | | | | | 1999US00954 | WO 9937057 (A2) | PCT |
| | | | | | | | | | 1999US00955 | WO 9937072 (A2) | PCT |

APPLE INC. – November 11, 2011
Page 11 (version 6)



| | | | | | | | | | Application No. | Publication No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ETSI | 3GPP, LTE, UMTS, GSM | 3GPP TS 26.244 | 5.4 and 7.1 | V.10.1.0 | Apple Inc. | 6,829,648 | Method and apparatus for preparing media data for transmission | US | 19990022327 | 755830 (B2) | AU |
| | | | | | | | | | 19990023224 | 758220 (B2) | AU |
| | | | | | | | | | 19990022327 D | 2232799 (A) | AU |
| | | | | | | | | | 19990022328 D | 2232899 (A) | AU |
| | | | | | | | | | 19990023224 D | 2322499 (A) | AU |
| | | | | | | | | | 19992316852 | 2318852 (A1) | CA |
| | | | | | | | | | 19992316863 | 2318863 (A1) | CA |
| | | | | | | | | | 19992325828 | 2325828 (A1) | CN |
| | | | | | | | | | 19998002946 | 1290444 (A) | CN |
| | | | | | | | | | 19998002948 | 1290445 (A) | CN |
| | | | | | | | | | 20001029014 | 1308437 (A) | CN |
| | | | | | | | | | 19996025254 T | 69925254 (T2) | DE |
| | | | | | | | | | 19996033281 T | 69933281 (T2) | DE |
| | | | | | | | | | 19996036570 T | 69936570 (T2) | DE |
| | | | | | | | | | 19990902314 | 1048156 (A2) | EP |
| | | | | | | | | | 20000116315 | 1051008 (A2) | EP |
| | | | | | | | | | 19990903130 | 1062782 (A2) | EP |
| | | | | | | | | | 20070011072 | 1819127 (A2) | EP |
| | | | | | | | | | 20070011073 | 1819128 (A2) | EP |
| | | | | | | | | | 20070011074 | 1819129 (A2) | EP |
| | | | | | | | | | 20101105883 | 1035277 (A1) | HK |
| | | | | | | | | | 20101105886 | 1035278 (A1) | HK |
| | | | | | | | | | 20000540645 T | 2003526227 (A) | JP |
| | | | | | | | | | 20000540646 T | 2002510165 (A) | JP |
| | | | | | | | | | 20090120315 | 2009225458 (A) | JP |
| | | | | | | | | | 20090137610 | 2009246991 (A) | JP |
| | | | | | | | | | 1999US00953 | WO 9937056 (A2) | PCT |
| | | | | | | | | | 1999US00954 | WO 9937057 (A2) | PCT |
| | | | | | | | | | 1999US00955 | WO 9937072 (A2) | PCT |

APPLE INC. – November 11, 2011
Page 12 (version 6)



| Standard | TS | Release | Version | Owner | Patent No. | Title | Country | Application Numbers | Patents |
|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE, UMTS, GSM | 3GPP TS 26.234 | 5.2 | V.10.1.0 | Apple Inc. | 6,829,648 | Method and apparatus for preparing media data for transmission | US | 19990022327<br>19990023224<br>19990022327 D<br>19990022328 D<br>19990023224 D<br>19992318852<br>19992318963<br>19992325828<br>19998002946<br>19998002948<br>20001029014<br>19996025254 T<br>19996033281 T<br>19996036570 T<br>19990902314<br>20000116315<br>19990903130<br>20070011072<br>20070011073<br>20070011074<br>20010105883<br>20010105886<br>20000540645 T<br>20000540646 T<br>20090120315<br>20090137610<br>1999US00953<br>1999US00954<br>1999US00955 | 755830 (B2) AU<br>758220 (B2) AU<br>2232799 (A) AU<br>2232899 (A) AU<br>2322499 (A) AU<br>2316852 (A1) CA<br>2318963 (A1) CA<br>2325828 (A1) CA<br>1290444 (A) CN<br>1290445 (A) CN<br>1308437 (A) CN<br>69925254 (T2) DE<br>69933281 (T2) DE<br>69936570 (T2) DE<br>1048156 (A2) EP<br>1051008 (A2) EP<br>1062782 (A2) EP<br>1819127 (A2) EP<br>1819128 (A2) EP<br>1819129 (A2) EP<br>1035277 (A1) HK<br>1035278 (A1) HK<br>2003352227 (A) JP<br>2002510165 (A) JP<br>2009225458 (A) JP<br>2009246991 (A) JP<br>WO 9937056 (A2) PCT<br>WO 9937057 (A2) PCT<br>WO 9937072 (A2) PCT |
| 3GPP, LTE | 3GPP TS 26.244 | 5.4 and 7.1 | V.10.1.0 | Apple Inc. | 7,281,212 | Object selection using hit test tracks | US | 19924225872<br>19920009556 | 4225872 (A1) DE<br>2683648 (A1) FR |

S-ITC-003126952



| Standard | TS | | Version | Owner | Patent No. | Title | Country |
|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 26.244 | 5.4 and 7.1 | V.10.1.0 | Apple Inc. | 7,366,788 | Method and apparatus for preparing media data for transmission | US |
| 3GPP, LTE | 3GPP TS 36.211 | 6.3.4 | V.10.2.0 | Apple Inc. | 7,602,837 | Beamforming for non-collaborative, space division multiple access systems | US |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2 | V.10.2.0 | Apple Inc. | 7,602,837 | Beamforming for non-collaborative, space division multiple access systems | US |

Patent family for 7,366,788:

| Application No. | Publication No. | Country |
|---|---|---|
| 19990022327 | 755830 (B2) | AU |
| 19990023224 | 758220 (B2) | AU |
| 19990022327 | 2232799 (A) | AU |
| 19990022328 D | 2232899 (A) | AU |
| 19990023224 D | 2322499 (A) | AU |
| 19992316852 | 2316852 (A1) | CA |
| 19992318963 | 2318963 (A1) | CA |
| 19992325828 | 2325828 (A1) | CA |
| 19998002946 | 1290444 (A) | CN |
| 19998002948 | 1290445 (A) | CN |
| 20001029014 | 1308437 (A) | CN |
| 19996025254 T | 69925254 (T2) | DE |
| 19996033281 T | 69933281 (T2) | DE |
| 19998036570 T | 69936570 (T2) | DE |
| 19990902314 | 1048156 (A2) | EP |
| 20000116315 | 1051008 (A2) | EP |
| 19990903130 | 1062782 (A2) | EP |
| 20070011072 | 1819127 (A2) | EP |
| 20070011073 | 1819128 (A2) | EP |
| 20070011074 | 1819129 (A2) | EP |
| 20010105883 | 1035277 (A1) | HK |
| 20010105886 | 1035278 (A1) | HK |
| 20000540645 T | 2003526227 (A) | JP |
| 20000540646 T | 2002510165 (A) | JP |
| 20090120315 | 2009225458 (A) | JP |
| 20090137610 | 2009246991 (A) | JP |
| 1999US00953 | WO 9937056 (A2) | PCT |
| 1999US00954 | WO 9937057 (A2) | PCT |
| 1999US00955 | WO 9937072 (A2) | PCT |

APPLE INC. – November 11, 2011
Page 14 (version 6)



| | | | | | | | Title | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.201 | | V.10.2.0 | Apple Inc. | | 7,602,837 | Beamforming for non-collaborative, space division multiple access systems | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.304 | | V.10.2.0 | Apple Inc. | | 7,627,325 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.902 | | V.9.3.0 | Apple Inc. | | 7,627,325 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.201 | | V.10.0.0 | Apple Inc. | | 7,627,325 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | | 7,627,325 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.300 | | V.10.2.0 | Apple Inc. | | 7,627,325 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |



| 3GPP | 3GPP TS 23.401 | 4.7.3 | V 10.4.0 | Apple Inc. | | 7,693,128 | Managing packets for transmission in a communication system | US |
|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | | 7,702,029 | MIMO precoding enabling spatial multiplexing, power allocation and adaptive modulation and coding | US |
| 3GPP, LTE | 3GPP TS 36.212 | | V.10.2.0 | Apple Inc. | | 7,702,029 | MIMO precoding enabling spatial multiplexing, power allocation and adaptive modulation and coding | US |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2 | V.10.2.0 | Apple Inc. | | 7,702,029 | MIMO precoding enabling spatial multiplexing, power allocation and adaptive modulation and coding | US |


ETSI

| Standard | TS | Section | Version | Assignee | Patent No. | Title | Country | Applications | Publications |
|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 26.244 | 5.4.4 | V.10.1.0 | Apple Inc. | 7,747,765 | Method and apparatus for media data transmission | US | 19990022327<br>19990023224<br>19990022327 D<br>19990022328 D<br>19990023224 D<br>19992316852<br>19923218963<br>19992325828<br>19998002946<br>19998002948<br>20001029014<br>19996025254 T<br>19996033281 T<br>19998036570 T<br>19990902314<br>20000116315<br>19990903130<br>20070011072<br>20070011073<br>20070011074<br>20010105883<br>20010105886<br>20000540645 T<br>20000540646 T<br>20090120315<br>20090137610<br>1999US00953<br>1999US00954<br>1999US00955 | 755830 (B2) AU<br>758220 (B2) AU<br>2232799 (A) AU<br>2232899 (A) AU<br>2322499 (A) AU<br>2316852 (A1) CA<br>2316963 (A1) CA<br>2325828 (A1) CA<br>1290444 (A) CN<br>1290445 (A) CN<br>1308437 (A) CN<br>69925254 (T2) DE<br>69933281 (T2) DE<br>69936570 (T2) DE<br>1048156 (A2) EP<br>1051008 (A2) EP<br>1062782 (A2) EP<br>1819127 (A2) EP<br>1819128 (A2) EP<br>1819129 (A2) EP<br>1035277 (A1) HK<br>1035278 (A1) HK<br>2003526227 (A) JP<br>2002510165 (A) JP<br>2009225458 (A) JP<br>2009246991 (A) JP<br>WO 9937056 (A2) PCT<br>WO 9937057 (A2) PCT<br>WO 9937072 (A2) PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 6.6 and 6.11 | V.10.2.0 | Apple Inc. | 7,787,431 | Methods and apparatus for multi-carrier communications with variable channel bandwidth | US | 20058012992<br>20050779966<br>2005US14828 | 1998171 (A) CN<br>1745571 (A2) EP<br>WO 2005112566 (A2) PCT |

S-ITC-003126956

APPLE INC. – November 11, 2011
Page 17 (version 6)



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.211 | 5.5.3 | V.10.2.0 | Apple Inc. | 7,808,886 | Pilot signal in an FDMA communication system | US | 20060850332 / 20080551277 T / 20087017593 / 2006US62389 | 1960035 (A2) / 2009524348 (A) / 20080089602 (A) / WO 2007117328 (A2) | EP JP KR PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 5 and 6 | V.10.2.0 | Apple Inc. | 7,809,074 | Generalized reference signaling scheme for multi-user, multiple-input, multiple-output (MU-MIMO) using arbitrarily precoded reference signals | US | 20088008840 / 2008US54355 | 101636929 (A) / WO 2008115650 (A1) | CN PCT |
| 3GPP, LTE | 3GPP TS 36.212 | 5.5.3 | V.10.2.0 | Apple Inc. | 7,881,721 | Channel sounding techniques for a wireless communication system | US | 20088016424 / 20080746649 / 2008US61265 | 101682392 (A) / 2145402 (A1) / WO 2008137323 (A1) | CN EP PCT |
| 3GPP, LTE | 3GPP TS 36.331 | 6.3.2 | V.10.2.0 | Apple Inc. | 7,881,721 | Channel sounding techniques for a wireless communication system | US | 20088016424 / 20080746649 / 2008US61265 | 101682392 (A) / 2145402 (A1) / WO 2008137323 (A1) | CN EP PCT |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2 | V.10.2.0 | Apple Inc. | 7,978,623 | Channel rank updates in multiple-input multiple-output communication systems | US | | | |





| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.211 | 5 and 6 | V.10.2.0 | Apple Inc. | 11/529,311 | 2008-0080632 | Method and device for operating a precoded MIMO system | US | | | EP PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 6 | V.10.2.0 | Apple Inc. | 11/540,784 | 2008-0080439 | Cell identifier encoding and decoding methods and apparatus | US | 20070800118 2007US75952 | 2074719 (A2) WO 2008042507 (A2) | |
| 3GPP, LTE | 3GPP TS 36.211 | 5, 6, and 7 | V.10.2.0 | Apple Inc. | 11/589,874 | 2008-0101494 | System and method for generating MIMO signals | US | | | |
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | 11/620,203 | 2008-0165875 | Multi-user MIMO-SDMA for finite rate feedback systems | US | | | |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2 | V.10.2.0 | Apple Inc. | 11/620,203 | 2008-0165875 | Multi-user MIMO-SDMA for finite rate feedback systems | US | | | |
| 3GPP, LTE | 3GPP TS 36.212 | 5.3.3.1 | V.10.2.0 | Apple Inc. | 11/725,422 | 2008-0233964 | Uplink control channel allocation | US | 20088007575 20080743498 2008US54352 | 101627656 (A) 2130394 (A1) WO 2008115649 (A1) | CN EP PCT |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.212 | 5.3.3 | V.10.2.0 | Apple Inc. | 11/725,423 | 2008-0233992 | Resource allocation in a communication system | US | 20088008937<br>20080730594<br>20090554619 T<br>20097020506<br>2008US54823 | 101637056 (A) CN<br>2137994 (A1) EP<br>2010523021 (A) JP<br>20100014715 (A) KR<br>WO 2008115660 (A1) PCT |
| 3GPP, LTE | 3GPP TS 36.213 | 5.1 | V.10.2.0 | Apple Inc. | 11/725,423 | 2008-0233992 | Resource allocation in a communication system | US | 20088008937<br>20080730594<br>20090554619 T<br>20097020506<br>2008US54823 | 101637056 (A) CN<br>2137994 (A1) EP<br>2010523021 (A) JP<br>20100014715 (A) KR<br>WO 2008115660 (A1) PCT |
| 3GPP, LTE | 3GPP TS 36.321 | 5.4 and 5.10 | V.10.2.0 | Apple Inc. | 11/725,423 | 2008-0233992 | Resource allocation in a communication system | US | 20088008937<br>20080730594<br>20090554619 T<br>20097020506<br>2008US54823 | 101637056 (A) CN<br>2137994 (A1) EP<br>2010523021 (A) JP<br>20100014715 (A) KR<br>WO 2008115660 (A1) PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 5 | V.10.2.0 | Apple Inc. | 11/742,204 | 2008-0267057 | System and method for resource block-specific control signaling | US | 2008US61704 | WO 2008137370 (A1) PCT |
| 3GPP, LTE | 3GPP TS 36.212 | 5.3.3 | V.10.2.0 | Apple Inc. | 11/742,204 | 2008-0267057 | System and method for resource block-specific control signaling | US | 2008US61704 | WO 2008137370 (A1) PCT |
| 3GPP, LTE | 3GPP TS 36.213 | | V.10.2.0 | Apple Inc. | 11/742,204 | 2008-0267057 | System and method for resource block-specific control signaling | US | 2008US61704 | WO 2008137370 (A1) PCT |

APPLE INC. – November 11, 2011
Page 20 (version 6)



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.211 | 6.2 and 6.8 | V.10.2.0 | Apple Inc. | 11/766,888 | 2008-0318579 | Techniques for resource block mapping in a wireless communication system | US | 2008US86666 | WO 2009002714 (A1) | PCT |
| 3GPP, LTE | 3GPP TS 36.212 | 5.3.3 | V.10.2.0 | Apple Inc. | 11/766,888 | 2008-0318579 | Techniques for resource block mapping in a wireless communication system | US | 2008US86666 | WO 2009002714 (A1) | PCT |
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | 12/014,530 | 2009-0181690 | Dynamic allocation of resources in a wireless system | US | | | |
| 3GPP, LTE | 3GPP TS 36.212 | | V.10.2.0 | Apple Inc. | 12/014,530 | 2009-0181690 | Dynamic allocation of resources in a wireless system | US | | | |
| 3GPP, LTE | 3GPP TS 36.213 | | V.10.2.0 | Apple Inc. | 12/014,530 | 2009-0181690 | Dynamic allocation of resources in a wireless system | US | | | |
| 3GPP, LTE | 3GPP TS 36.321 | | V.10.2.0 | Apple Inc. | 12/014,530 | 2009-0181690 | Dynamic allocation of resources in a wireless system | US | | | |



S-ITC-003126960



| Standard | TS | Section | Version | Assignee | Application No. | Publication No. | Title | Country | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.331 | | V.10.2.0 | Apple Inc. | 12/014,530 | 2009-0181690 | Dynamic allocation of resources in a wireless system | US | | |
| 3GPP, LTE | 3GPP TS 36.212 | 5.3.3 | V.10.2.0 | Apple Inc. | 12/052,621 | 2009-0238121 | Techniques for reducing communication errors in a wireless communication system | US | | |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2.1 | V.10.2.0 | Apple Inc. | 12/052,621 | 2009-0238121 | Techniques for reducing communication errors in a wireless communication system | US | | |
| 3GPP, LTE | 3GPP TS 36.321 | | V.10.2.0 | Apple Inc. | 12/052,621 | 2009-0238121 | Techniques for reducing communication errors in a wireless communication system | US | | |
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | 12/057,514 | 2009-0245148 | Techniques for channel sounding in a wireless system | US | | |
| 3GPP, LTE | 3GPP TS 36.213 | | V.10.2.0 | Apple Inc. | 12/057,514 | 2009-0245148 | Techniques for channel sounding in a wireless system | US | | |



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | 12/150,485 | 2009-0268875 | Apparatus and methods for transmission and reception of data in multi-antenna systems | US |
| 3GPP, LTE | 3GPP TS 36.212 | | V.10.2.0 | Apple Inc. | 12/150,485 | 2009-0268875 | Apparatus and methods for transmission and reception of data in multi-antenna systems | US |
| 3GPP, LTE | 3GPP TS 36.306 | 4.3.5.1 | V.10.2.0 | Apple Inc. | 12/156,544 | 2009-0296609 | Adaptive operational full-duplex and half-duplex FDD modes in wireless networks | US |
| 3GPP, LTE | 3GPP TS 36.331 | 6.3.6 | V.10.2.0 | Apple Inc. | 12/156,544 | 2009-0296609 | Adaptive operational full-duplex and half-duplex FDD modes in wireless networks | US |
| 3GPP, UMTS, LTE | 3GPP TS 22.220 | | V.11.2.0 | Apple Inc. | 12/157,371 | 2009-0305671 | Network access control methods and apparatus | US |
| 3GPP, UMTS, LTE | 3GPP TS 25.467 | | V.10.2.0 | Apple Inc. | 12/157,371 | 2009-0305671 | Network access control methods and apparatus | US |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, LTE | 3GPP TS 33.320 | | V.11.2.0 | Apple Inc. | 12/157,371 | 2009-0305671 | Network access control methods and apparatus | US | | | |
| 3GPP, LTE | 3GPP TS 36.211 | 6.10 | V.10.2.0 | Apple Inc. | 12/263,998 | 2010-0110901 | Techniques for radio link recovery detection in a wireless communication system | US | 20090829547 2009US61445 | 2353318 (A2) WO 2010062503 (A2) | EP PCT |
| 3GPP, LTE | 3GPP TS 36.213 | 4.2 | V.10.2.0 | Apple Inc. | 12/263,998 | 2010-0110901 | Techniques for radio link recovery detection in a wireless communication system | US | 20090829547 2009US61445 | 2353318 (A2) WO 2010062503 (A2) | EP PCT |
| 3GPP, LTE | 3GPP TS 36.133 | 7.6 and 8 | V.10.3.0 | Apple Inc. | 12/263,998 | 2010-0110901 | Techniques for radio link recovery detection in a wireless communication system | US | 20090829547 2009US61445 | 2353318 (A2) WO 2010062503 (A2) | EP PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 6.8 | V.10.2.0 | Apple Inc. | 12/264,173 | 2010-0115358 | Method for efficient control signaling of two codeword to one codeword transmission | US | | | |
| 3GPP, LTE | 3GPP TS 36.212 | 5.3.3 | V.10.2.0 | Apple Inc. | 12/264,173 | 2010-0115358 | Method for efficient control signaling of two codeword to one codeword transmission | US | | | |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.213 | 8.6 | V.10.2.0 | Apple Inc. | 12/264,173 | 2010-0115358 | Method for efficient control signaling of two codeword to one codeword transmission | US | | | |
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | 12/368,947 | 2010-0202368 | Apparatus and methods for transmission of emergency call data over wireless networks | US | 2010US23680 | WO 2010093646 (A1) | PCT |
| 3GPP, LTE | 3GPP TS 36.212 | | V.10.2.0 | Apple Inc. | 12/368,947 | 2010-0202368 | Apparatus and methods for transmission of emergency call data over wireless networks | US | 2010US23680 | WO 2010093646 (A1) | PCT |
| 3GPP, LTE | 3GPP TS 36.321 | | V.10.2.0 | Apple Inc. | 12/368,947 | 2010-0202368 | Apparatus and methods for transmission of emergency call data over wireless networks | US | 2010US23680 | WO 2010093646 (A1) | PCT |
| 3GPP, UMTS, LTE | 3GPP TS 22.220 | | V.11.2.0 | Apple Inc. | 12/399,588 | 2010-0227611 | Methods and apparatus for providing selective access to wireless network resources using detailed information | US | | | |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, LTE | 3GPP TS 25.467 | . | V.10.2.0 | Apple Inc. | 12/399,588 | 2010-0227611 | Methods and apparatus for providing selective access to wireless network resources using detailed information | US | | | |
| 3GPP, LTE | 3GPP TS 36.211 | 6.3, 6.4, and 6.8 | V.10.2.0 | Apple Inc. | 12/409,398 | 2010-0240400 | Optimizing paging mechanisms and publication of dynamic paging mechanisms | US | 20100157318 2010US28185 | 2234447 (A2) WO 2010111194 (A1) | EP PCT |
| 3GPP, LTE | 3GPP TS 36.212 | 4.2 and 5.3.3 | V.10.2.0 | Apple Inc. | 12/409,398 | 2010-0240400 | Optimizing paging mechanisms and publication of dynamic paging mechanisms | US | 20100157318 2010US28185 | 2234447 (A2) WO 2010111194 (A1) | EP PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 6.3.4 | V.10.2.0 | Apple Inc. | 12/419,701 | 2009-0190688 | Beamforming for non-collaborative, space division multiple access systems | US | | | |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2 | V.10.2.0 | Apple Inc. | 12/419,701 | 2009-0190688 | Beamforming for non-collaborative, space division multiple access systems | US | | | |
| 3GPP, LTE | 3GPP TS 36.201 | | V.10.0.0 | Apple Inc. | 12/419,701 | 2009-0190688 | Beamforming for non-collaborative, space division multiple access systems | US | | | |

S-ITC-003126965

APPLE INC. – November 11, 2011
Page 26 (version 6)



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, UMTS, LTE | 3GPP TS 22.220 | V.11.2.0 | Apple Inc. | 12/431,588 | 2010-0273468 | Methods and apparatus for configuration of femtocells in a wireless network | US | 2010US32614 | WO 2010126904 (A1) | PCT |
| 3GPP, UMTS, LTE | 3GPP TS 25.467 | V.10.2.0 | Apple Inc. | 12/431,588 | 2010-0273468 | Methods and apparatus for configuration of femtocells in a wireless network | US | 2010US32614 | WO 2010126904 (A1) | PCT |
| 3GPP, UMTS, LTE | 3GPP TS 22.220 | V.11.2.0 | Apple Inc | 12/496,550 | 2011-0002314 | Methods and apparatus for optimization of femtocell network management | US | 2010US40804 | WO 2011003008 (A2) | PCT |
| 3GPP, UMTS, LTE | 3GPP TS 25.467 | V.10.2.0 | Apple Inc | 12/496,550 | 2011-0002314 | Methods and apparatus for optimization of femtocell network management | US | 2010US40804 | WO 2011003008 (A2) | PCT |
| 3GPP, LTE | 3GPP TS 36.212 | V.10.2.0 | Apple Inc | 12/569,586 | 2011-0075611 | Methods and apparatus for error correction for coordinated wireless base stations | US | | | |
| 3GPP, LTE | 3GPP TS 36.213 | V.10.2.0 | Apple Inc | 12/569,586 | 2011-0075611 | Methods and apparatus for error correction for coordinated wireless base stations | US | | | |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.304 | | V.10.2.0 | Apple Inc. | 12/591,171 | 2010-0061278 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.902 | | V.9.3.0 | Apple Inc. | 12/591,171 | 2010-0061278 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.201 | | V.10.0.0 | Apple Inc. | 12/591,171 | 2010-0061278 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.211 | | V.10.2.0 | Apple Inc. | 12/591,171 | 2010-0061278 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.300 | | V.10.2.0 | Apple Inc. | 12/591,171 | 2010-0061278 | System and method for controlling a wireless device | US | 20078015466 20070758332 20090507864 T 2007US63773 | 101554036 (A) 2016748 (A2) 2009535918 (A) WO 2007127532 (A2) | CN EP JP PCT |
| 3GPP, LTE | 3GPP TS 36.211 | 6.3, 6.4, and 6.8 | V.10.2.0 | Apple Inc. | 12/610,145 | 2011-0105155 | Methods and apparatus for optimizing paging mechanisms using device context information | US | 2010US54299 | WO 2011053649 (A2) | PCT |

APPLE INC. – November 11, 2011
Page 28 (version 6)

| | 3GPP TS | Clause | Owner | Application | Publication | Title | Country | 2010US54299 | WO 2011053649 (A2) | PCT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3GPP, LTE | 3GPP TS 36.212 | 4.2 and 5.3.3 | Apple Inc. | 12/610,145 | 2011-0105155 | Methods and apparatus for optimizing paging mechanisms using device context information | US | 2010US54299 | WO 2011053649 (A2) | |
| 3GPP, LTE | 3GPP TS 36.211 | 6.3.4 | Apple Inc | 12/762,013 | 2010-0202553* | MIMO precoding enabling spatial multiplexing, power allocation and adaptive modulation and coding | US | | | |
| 3GPP, LTE | 3GPP TS 36.213 | 7.2 | Apple Inc | 12/762,013 | 2010-0202533 | MIMO precoding enabling spatial multiplexing, power allocation and modulation and coding | US | | | |
| 3GPP, LTE | 3GPP TS 36.211 | 5.5.1 | Apple Inc | 12/806,944 | 2010-0322226 | Pilot signal in an FDMA communication system | US | 20060850332 20080551277 T 20087017593 2006US62389 | 1980035 (A2) 2009524348 (A) 20080089602 (A) WO 2007117328 (A2) | EP JP KR PCT |

* Information on other members of a PATENT FAMILY is provided voluntarily (Clause 4.3 of the ETSI IPR Policy).

Please return this form together with the "IPR Information Statement and Licensing Declaration form" to:
ETSI Director-General - ETSI - 650, route des Lucioles - F-06921 Sophia Antipolis Cedex – France / Fax. +33 (0) 4 93 65 47 16

S-ITC-003126968