# EXHIBIT P1
# FILED UNDER SEAL