# EXHIBIT P2
# FILED UNDER SEAL