# EXHIBIT S1
# FILED UNDER SEAL