# EXHIBIT S2
# FILED UNDER SEAL