# EXHIBIT 1

## CURRICULUM VITAE of Karl Heinz ROSENBROCK

10 June 1941: Born in D 29320 Hermannsburg, Germany.

04/1976: MSc in Electrical Engineering (Diplom-Ingenieur) at the Technical University of Braunschweig

1967-69: Training at the Regional Directorate of the Deutsche Bundespost (DBP = German Federal Post Office) in Braunschweig

1969-72: Deputy Head of Section at the FTZ (Telecommunications Centre of the DBP) responsible for international telephone switching, active in standardization

1972-80: Head of (the same) Section at the FTZ; International Switching and Signalling; active in standardization work in ITU and CEPT; Chairman of CCITT WG XI/1 (Interworking of CCITT Signalling Systems)

1980-88: Project Manager at the Ministry of Post and Telecommunications (BMPT) in Bonn, responsible for the digitalization of the telephone network of the DBP and for the introduction of ISDN (Integrated Services Digital Network) in Germany

1988-89: Head of Division at FTZ in Darmstadt. Technique, Planning, Operation of the telephone network and ISDN

1990: Head of Standardization Department at BMPT in Bonn

11/1990 – 06/2006: Director and later Director-General of ETSI, the European Telecommunications Standards Institute; during this period among others:
- o Participation in most of the meetings of the ETSI Special Committee on IPRs (IPRC)
- o Participation in consultation meetings between the European Commission and ETSI representatives prior to the establishment of the ETSI IPR Policy
- o Chair of the ETSI UMTS Globalization Group (13 meetings in 1998) for the preparation of the Third Generation Partnership Project (3GPP)
- o Chair and alternating Vice-Chair of the Project Co-ordination Group (PCG) of 3GPP until 2006
- o Receipt of the 2001 IEEE Award in International Communication in New York on 29.04.2002: "For leadership in Pan-European and International Standardization that has created innovative modes of communication that have resulted in technical agreements that serve the global community."
- o Chair of the ETSI GA ad hoc group on IPR Implementation to review the operation of the IPR Policy (six meetings in 2003). The 30 Recommendations of the report of this group led to the creation of the "ETSI Guide on IPRs"
- o Chair of the ETSI ad hoc group on IPR (two meetings in 2005)

Confidential Business Information,
Subject to Protective Order                                                S-ITC-003390516

07/2006: Retirement as "Life-long Honorary Director-General of ETSI"

From 10/2006: Active as Consulting Partner for Hillebrand & Partners, Consulting
Engineers, now: Hillebrand Consulting Engineers GmbH, in D 53229 Bonn,
Germany; during this period until November 2011:
o Participation in most of ETSI's General Assembly meetings
o Participation in most of the meetings of the ETSI IPR Special Committee

**Confidential Business Information,
Subject to Protective Order**

S-ITC-003390517