UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1    Before the Court is Apple's Motion for Partial Summary Judgment, requesting summary
2 judgment as to Apple's FRAND, licensing, and exhaustion related defenses and counterclaims.
3 Having considered the papers submitted and the oral arguments of all parties, the Court DENIES
4 Apple's motion.

5    **IT IS SO ORDERED**

6    Dated:

       Hon. Lucy H. Koh
7      United States District Court Judge