1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,         CASE NO. 11-cv-01846-LHK

13              Plaintiff,                          **[PROPOSED] ORDER GRANTING**
                                                    **SAMSUNG'S ADMINISTRATIVE**
14          vs.                                     **MOTION TO FILE DOCUMENTS**
                                                    **UNDER SEAL**
15   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
16   ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
18
                Defendant.
19

20

21

22

23

24

25

26

27

28

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") move for an order to seal the following documents:

1.  The confidential, unredacted version of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.

2.  The confidential, undedacted version of the Declaration of David Hecht in Support of Samsung's Opposition.

3.  Exhibits H, J1-J11, K1-K3, M, P1-P2, and S1-S2 to the Declaration of David Hecht in Support of Samsung's Opposition.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Administrative Motion to File Under Seal.

**IT IS SO ORDERED.**

Dated:                                             By: _____
                                                          Honorable Lucy H. Koh
                                                          United States District Court Judge