1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |     Plaintiff, |
20 |     vs. | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
24 |     Defendants. |

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139.

On April 2, 2012, I served true copies of the documents described as

1. Samsung's Opposition to Apple's Motion for Partial Summary Judgment
2. Declaration of David Hecht in Support of Defendant Samsung's Opposition to Apple's Motion for Partial Summary Judgment, and exhibits thereto;
3. Declaration of Karl Heinz Rosenbrock in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment, and exhibits thereto;

by e-mailing the login and password to an FTP site containing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

HAROLD J. MCELHINNY
HMcElhinny@mofo.com

MICHAEL A. JACOBS
MJacobs@mofo.com

JENNIFER LEE TAYLOR
JLeeTaylor@mofo.com

RICHARD S.J. HUNG
rhung@mofo.com

JASON R. BARTLETT
JasonBartlett@mofo.com

DEOK KEUN MATTHEW AHN
dahn@mofo.com

GRANT L. KIM
gkim@mofo.com

ALISON M. TUCHER
atucher@mofo.com

STEPHEN E. TAYLOR
staylor@tcolaw.com

STEPHEN MCG. BUNDY
sbundy@tcolaw.com

JOSHUA R. BENSON
jbenson@tcolaw.com

WILLIAM F. LEE
william.lee@wilmerhale.com

MARK D. SELWYN, ESQ.
mark.selwyn@wilmerhale.com

DAVID B. BASSETT
david.bassett@wilmerhale.com

MICHAEL J. BETTINGER
mike.bettinger@klgates.com

ROBERT DONALD CULTICE
robert.cultice@wilmerhale.com

| | |
|---|---|
| MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| ERIK J. OLSON<br>ejolson@mofo.com | ESTHER KIM<br>ekim@mofo.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | |

Executed on April 2, 2012, at Redwood Shores, California.

_/s/ Bill Trac_ _

1
2                        **GENERAL ORDER ATTESTATION**

3     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the

4  foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I

5  hereby attest that Bill Trac has concurred in this filing.

6
7  DATE: April 2, 2012                                         /s/ Victoria Maroulis

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/4687163.1

-3-                                    Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**