1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

   *Attorneys for Plaintiff and
   Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY IN SUPPORT OF APPLE'S MOTION TO COMPEL** |

1  WHEREAS, on March 15, 2012, Apple Inc. ("Apple") filed a Motion to Compel Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") to produce (i) documents relating to positions Samsung has taken in other litigations regarding the licensing of patents and other intellectual property rights ("IPR") claimed to be essential to the UMTS standard, the determination of a fair, reasonable and non-discriminatory ("FRAND") royalty, and the propriety of injunctive relief for the infringement of IPR claimed to be essential to the UMTS standard; and (ii) documents concerning Samsung's plans for the development, marketing or licensing of IPR that is claimed to be essential to the UMTS standard.

WHEREAS, on March 29, 2012, Samsung filed an Opposition to Apple's Motion to Compel;

WHEREAS, pursuant to Civ. L.R. 7-3(c), the reply in support of Apple's Motion to Compel is currently due to be filed on or before April 5, 2012;

WHEREAS, on March 28, 2012, Samsung made a proposal to Apple in an effort to resolve the matters raised in Apple's Motion to Compel, to which Apple responded on that same date;

WHEREAS, since March 28, 2012, the Parties have continued to exchange proposals in an effort to resolve the matters raised in Apple's motion, including exchanging language for a proposed joint stipulation to resolve these issues on March 30, April 3, and April 4, 2012;

WHEREAS, the Parties are continuing to meet and confer regarding a joint stipulation to resolve this discovery dispute without the Court's intervention, but require additional time to continue their negotiations to see whether a resolution can be reached;

WHEREAS, the new deadline jointly proposed by the Parties (April 10, 2012) for Apple to file its reply in support of Apple's Motion to Compel would still allow the Court thirteen (13) days before the April 24, 2012 hearing in which to consider all papers on the Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. The filing date for the reply in support of Apple's Motion to Compel will be extended to and including April 10, 2012;

2. No other dates or deadlines shall be modified by this stipulation and order; and

3. This extension of time is without prejudice to either Apple or Samsung, and shall not be construed or otherwise used in any way to support a contention of delay, untimeliness, or lack of harm to Apple or Samsung arising from the acts alleged in this action or this motion.

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY IN SUPPORT OF APPLE'S MOTION TO COMPEL
CASE NO. 11-CV-01846-LHK (PSG)

2

Dated: April 5, 2012					Dated: April 5, 2012


/s/ Mark D. Selwyn					/s/ Victoria Maroulis
William F. Lee						Charles K. Verhoeven
WILMER CUTLER PICKERING				QUINN EMANUEL URQUHART
  HALE AND DORR LLP					  & SULLIVAN LLP
60 State Street						50 California Street, 22nd Floor
Boston, Massachusetts  02109				San Francisco, California  94111
Telephone:  (617) 526-6000				Telephone:  (415) 875-6600
Facsimile:  (617) 526-5000

							Victoria Maroulis
Mark D. Selwyn						Rachel Herrick Kassabian
WILMER CUTLER PICKERING				QUINN EMANUEL URQUHART
  HALE AND DORR LLP					  & SULLIVAN LLP
950 Page Mill Road					555 Twin Dolphin Drive, 5th Floor
Palo Alto, California  94304				Redwood Shores, California  94065
Telephone:  (650) 858-6000				Telephone:  (650) 801-5066
Facsimile:  (650) 858-6100

Harold J. McElhinny					Diane C. Hutnyan
Michael A. Jacobs					QUINN EMANUEL URQUHART
Richard S.J. Hung					  & SULLIVAN LLP
MORRISON & FOERSTER LLP				865 S. Figueroa St., 10th Floor
425 Market Street					Los Angeles, California  90017
San Francisco, California  94105			Telephone:  (213) 443-3000
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
							*Counsel for Samsung Electronics Co., Ltd.,*
							*Samsung Electronics America, Inc., and*
*Counsel for Plaintiff and Counterclaim-*		*Samsung Telecommunications America, LLC*
*Defendant Apple Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2012		By: _____
							The Honorable Paul S. Grewal
							United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: April 5, 2012                     */s/ Mark. D Selwyn*
                                          Mark D. Selwyn