| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY IN SUPPORT OF APPLE'S MOTION TO COMPEL** |

WHEREAS, on March 15, 2012, Apple Inc. ("Apple") filed a Motion to Compel Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") to produce (i) documents relating to positions Samsung has taken in other litigations regarding the licensing of patents and other intellectual property rights ("IPR") claimed to be essential to the UMTS standard, the determination of a fair, reasonable and non-discriminatory ("FRAND") royalty, and the propriety of injunctive relief for the infringement of IPR claimed to be essential to the UMTS standard; and (ii) documents concerning Samsung's plans for the development, marketing or licensing of IPR that is claimed to be essential to the UMTS standard.

WHEREAS, on March 29, 2012, Samsung filed an Opposition to Apple's Motion to Compel;

WHEREAS, pursuant to Civ. L.R. 7-3(c), the reply in support of Apple's Motion to Compel is currently due to be filed on or before April 5, 2012;

WHEREAS, on March 28, 2012, Samsung made a proposal to Apple in an effort to resolve the matters raised in Apple's Motion to Compel, to which Apple responded on that same date;

WHEREAS, since March 28, 2012, the Parties have continued to exchange proposals in an effort to resolve the matters raised in Apple's motion, including exchanging language for a proposed joint stipulation to resolve these issues on March 30, April 3, and April 4, 2012;

WHEREAS, the Parties are continuing to meet and confer regarding a joint stipulation to resolve this discovery dispute without the Court's intervention, but require additional time to continue their negotiations to see whether a resolution can be reached;

WHEREAS, the new deadline jointly proposed by the Parties (April 10, 2012) for Apple to file its reply in support of Apple's Motion to Compel would still allow the Court thirteen (13) days before the April 24, 2012 hearing in which to consider all papers on the Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1.     The filing date for the reply in support of Apple's Motion to Compel will be extended to and including April 10, 2012;

2.     No other dates or deadlines shall be modified by this stipulation and order; and

3.     This extension of time is without prejudice to either Apple or Samsung, and shall not be construed or otherwise used in any way to support a contention of delay, untimeliness, or lack of harm to Apple or Samsung arising from the acts alleged in this action or this motion.

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY IN SUPPORT OF APPLE'S MOTION TO COMPEL
CASE NO. 11-CV-01846-LHK (PSG)

2

Dated: April 5, 2012

/s/ Mark D. Selwyn
William F. Lee
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Harold J. McElhinny
Michael A. Jacobs
Richard S.J. Hung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Plaintiff and Counterclaim-Defendant Apple Inc.*

Dated: April 5, 2012

/s/ Victoria Maroulis
Charles K. Verhoeven
QUINN EMANUEL URQUHART
   & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600

Victoria Maroulis
Rachel Herrick Kassabian
QUINN EMANUEL URQUHART
   & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5066

Diane C. Hutnyan
QUINN EMANUEL URQUHART
   & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

*Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Cr tkr18, 2012

By: _____
The Honorable Paul S. Grewal
United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY IN SUPPORT OF APPLE'S MOTION TO COMPEL
CASE NO. 11-CV-01846-LHK (PSG)

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: April 5, 2012                    */s/ Mark. D Selwyn*
                                        Mark D. Selwyn