1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                     UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21              Plaintiff, | **SAMSUNG'S NOTICE OF *IN CAMERA* LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S MOTION TO COMPEL PRODUCTION OF MATERIALS FROM RELATED PROCEEDINGS AND TO ENFORCE THE DECEMBER 22, 2011 COURT ORDER; AND REQUEST FOR ORDER PLACING MATERIALS IN THE RECORD** |
| 22        vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26              Defendant. | |

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") is hereby lodging an *in camera* submission with the Court consisting of the February 15, 2012 deposition of Christopher Stringer and the February 9, 2012 deposition of Douglas Satzger, conducted in a related proceeding involving Samsung and Apple, Inc. ("Apple") before the International Trade Commission captioned In re Certain Electronic Digital Media Devices And Components Thereof, Inv. No. 337-TA-796 (the "796 Investigation"). Samsung also lodges the exhibits to these depositions. Apple has previously consented to *in camera* submission of deposition transcripts from the 796 Investigation. *See* Dkt. 839-5.

Samsung maintains its objection to the adjudication of its motion without including any portion of the relevant 796 Investigation deposition transcripts in the record, because it believes an understanding of the content and significance of the relevant testimony will likely assist the Court in its consideration of Samsung's motion. Further, as stated in Samsung's Reply Memorandum In Support of Samsung's Motion to Compel Production of Materials From Related Proceedings and to Enforce the December 22, 2011 Court Order, Dkt. 839, *in camera* submission of these deposition transcripts is insufficient for a number of reasons, not the least of which is that it fails to establish a proper record so that these documents may be reviewed by the District or Circuit Courts as part of their consideration of this or related motions, or of an appeal. However, because the *only* use that Apple will permit Samsung with respect to submission of the content of these transcripts to this Court is a direct *in camera* submission, Samsung offers a narrowly tailored *in camera* submission of certain transcripts and exhibits, and requests that the Court enter an order placing these transcripts in the Court record.

1  DATED: April 6, 2011                    Respectfully submitted,

2                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4

5                                            By/s/ *Victoria Maroulis*
                                              Charles K. Verhoeven
6                                             Kevin P.B. Johnson
                                              Victoria F. Maroulis
7                                             Michael T. Zeller
                                              Attorneys for SAMSUNG ELECTRONICS CO.,
8                                             LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC. and SAMSUNG
9                                             TELECOMMUNICATIONS AMERICA, LLC

-2-                                                         Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE OF IN CAMERA LODGING OF MATERIALS IN SUPPORT OF SAMSUNG'S MOTION
TO COMPEL PRODUCTION AND TO ENFORCE THE DECEMBER 22, 2011 COURT
ORDER: AND REQUEST FOR ORDER PLACING MATERIALS IN RECORD