QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SAMSUNG'S SUPPLEMENTAL RESPONSE TO APPLE'S CORRECTED REPLY IN SUPPORT OF RULE 37(b)(2) MOTION RE: SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date:   April 9, 2012<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby request leave of Court to file a Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion Re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order ("Supplemental Response").

On March 20, 2012, Apple filed a Reply Brief in Support of Rule 37(b)(2) Motion Re Samsung's Violation of January 27, 2012 Damages Discovery Order ("Reply") (Dkt. Nos. 822, 828).  The Reply contains numerous mischaracterizations and distortions of the deposition testimony of Samsung witnesses Jaehwang Sim and Timothy Sheppard concerning the content of Samsung's financial spreadsheets and the process by which those documents were created and verified.  Furthermore, Apple's Reply makes the serious—and baseless—accusation that Samsung is somehow manipulating its financial data to obscure its profits, notwithstanding case law holding that the profits of a non-party foreign subsidiary are not recoverable and therefore irrelevant.  Finally, recent discovery-related developments in this case further undercut Apple's claims of prejudice.  Unless the Court grants Samsung leave to file its Supplemental Response, Samsung will not have the opportunity to brief the Court on the issues raised for the first time in Apple's Reply before the hearing on April 9, 2012.  Granting leave will ensure that the Court is presented with a full record that fairly reflects Samsung's efforts to meet its discovery obligations.

For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung leave to file a Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion Re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order.

1  DATED: April 7, 2012             Respectfully submitted,
2
3                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP
4                                     By:   */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
5                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
6                                          Michael T. Zeller
7
                                           Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
8                                          SAMSUNG ELECTRONICS AMERICA, INC. and
                                           SAMSUNG TELECOMMUNICATIONS AMERICA,
9                                          LLC