UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST TO FILE SUPPLEMENTAL RESPONSE TO APPLE'S CORRECTED REPLY IN SUPPORT OF RULE 37(b)(2) MOTION RE: SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER** |

On March 20, 2012, Plaintiff Apple Inc. ("Apple") filed a Reply Brief in Support of its Motion for Rule 37(b)(2) Sanctions Re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order (Dkt. Nos. 822, 828).

Samsung has filed an Administrative Request to file a Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion Re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order.   Having considered the arguments of the parties and the papers submitted, and having found good cause therefor, the Court hereby GRANTs Samsung's Administrative Request to file a Supplemental Response to Apple's Corrected Reply in Support of

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST
TO FILE SUPPLEMENTAL RESPONSE

Rule 37(b)(2) Motion Re Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE REQUEST
TO FILE SUPPLEMENTAL RESPONSE