QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:　April 9, 2012<br>Time:　10:00 a.m.<br>Place:　Courtroom 5, 4th Floor<br>Judge:　Hon. Paul S. Grewal |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following:

1. The confidential, unredacted version of Samsung's Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion re: Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order ("Samsung's Supplemental Response to Apple's Motion for Sanctions");

2. Exhibits A, B, C, I, J, and K to the Declaration of Christopher E. Price in Support of Samsung's Supplemental Response to Apple's Motion for Sanctions; and

3. The Declaration of Beomjoon Kim in Support of Samsung's Supplemental Response to Apple's Motion for Sanctions.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Joby Martin in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith. In short, the above documents discuss, refer to, or comprise excerpts of documents that Samsung has designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order. Additionally, the Declaration of Beomjoon Kim in Support of Samsung's Supplemental Response to Apple's Motion for Sanctions contains highly sensitive information regarding the reporting structure and organization of Samsung and Samsung's database of confidential financial information.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties. A proposed redacted version of Samsung's Supplemental Response to Apple's Motion for Sanctions has been filed concurrently with this motion.

1  DATED: April 7, 2012                QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP
3
4                                      By  */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
5                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
6                                          Michael T. Zeller
7
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
8                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
9                                          TELECOMMUNICATIONS AMERICA, LLC