1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9

10  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
12  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

13

14  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
15  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

16

17                  UNITED STATES DISTRICT COURT

18       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19  APPLE INC., a California corporation,          ASE NO. 11-cv-01846-LHK (PSG)

20                  Plaintiff,                     **DECLARATION OF CHRISTOPHER E.**
                                                   **PRICE IN SUPPORT OF SAMSUNG'S**
21          vs.                                    **SUPPLEMENTAL RESPONSE TO**
                                                   **APPLE'S CORRECTED REPLY IN**
22  SAMSUNG ELECTRONICS CO., LTD., a              **SUPPORT OF RULE 37(b)(2) MOTION**
    Korean business entity; SAMSUNG              **RE: SAMSUNG'S ALLEGED VIOLATION**
23  ELECTRONICS AMERICA, INC., a New             **OF JANUARY 27, 2012 DAMAGES**
    York corporation; SAMSUNG                     **DISCOVERY ORDER**
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25                                                Date:   April 9, 2012
                    Defendants.                   Time:   10:00 a.m.
26                                                Place:  Courtroom 5, 4th Floor
                                                  Judge:   Hon. Paul S. Grewal
27

28

### DECLARATION OF CHRISTOPHER E. PRICE

I, Christopher E. Price, declare as follows:

1.      I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion re: Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2.      Attached as Exhibit A is a true and correct copy of relevant excerpts of the March 30, 2012 deposition transcript of Timothy Sheppard, as a Rule 30(b)(6) witness on behalf of SEA and STA on particular financial topics.

3.      Attached as Exhibit B is a true and correct copy of relevant excerpts of the March 31, 2012 deposition transcript of Jaehwang Sim, a Rule 30(b)(6) witness on behalf of SEC on particular financial topics.

4.      Attached as Exhibit C is a true and correct copy of the Expert Report of Terry Musika, dated March 22, 2012.

5.      Attached as Exhibit D is a true and correct copy of the product specifications for the Galaxy S II (AT&T edition).

6.      Attached as Exhibit E is a true and correct copy of the product specifications for the Galaxy S II (T-Mobile edition).

7.      Attached as Exhibit F is a true and correct copy of the product specifications for the Galaxy S II Epic 4G Touch.

8.      Attached as Exhibit G is a true and correct copy of the product specifications for the Galaxy S II Skyrocket.

9.      Attached as Exhibit H are true and correct copies of printouts from the websites of AT&T and Sprint showing the prices at which the Galaxy S II, Galaxy S II Epic 4G Touch and Galaxy S II Skyrocket are sold as of the date of this filing.

10.      Attached as Exhibit I is a true and correct copy of relevant excerpts of the March 10, 2012 deposition transcript of Jaehwang Sim, a Rule 30(b)6) witness on behalf of SEC on particular financial topics.

11.      Attached as Exhibit J is a true and correct copy of relevant excerpts of the February 29, 2012 deposition transcript of Timothy Sheppard, as a Rule 30(b)(6) witness on behalf of SEA and STA on particular financial topics.

12.      Attached as Exhibit K is a true and correct copy of a document Samsung produced in this action, Bates numbered SAMNDCA00372946.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2012, at Los Angeles, California.

_____

Christopher E. Price

02198.51855/4686389.1

-2-                                   Case No. 11-cv-01846-LHK (PSG)
                     DECLARATION OF CHRISTOPHER E. PRICE