# EXHIBIT D

NEWS | ABOUT SAMSUNG | LOGIN

PRODUCTS          BUSINESS          APPS          SAMSUNG          SUPPORT          MY ACCOUNT

Home > Cell Phones > Specifications >

Samsung Galaxy S™ II, available at AT&T

SGH-I777    ★★★★★  515 REVIEWS

Tweet  196

SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

Print This

| Carrier | |
|---|---|
| Type | AT&T |

| Form Factor | |
|---|---|
| Form Factor | Bar, Touchscreen |

| Size | |
|---|---|
| Product Dimensions (inches) | 4.96" x 2.60" x .35" |
| Weight (ounces) | 4.3 |

| Color | |
|---|---|
| Color | Black |

| Battery | |
|---|---|
| Battery, Standby | Up to 400 Hrs* |
| Battery, Talk Time (hours) | Up to 8 Hrs Talk* |

| Network | |
|---|---|
| Frequencies and Data Type | GSM Quadband:850/900/1800/1900MHz UMTS Triband:850/1900/2100MHz |
| Data Speed | GPRS/EDGE/HSPA+ |
| SAR value - Head (W/kg) | SAR Value: Head 0.36 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.90 W/kg |

| Platform | |
|---|---|
| Platform | Android 2.3.6, Gingerbread |

| CPU | |
|---|---|
| Processor Speed, Type | 1.2 GHz, Dual Core (Samsung Exnyos C210) |

| Display | |
|---|---|
| Main Display Resolution | 480x800 Pixel |
| Main Display Size | 4.3" |

| | |
|---|---|
| **Main Display Technology** | Super AMOLED Plus |
| **Touch Screen** | Yes |

## User Interface

| | |
|---|---|
| **Features** | Widgets; TouchWiz; Social Hub; Smart Unlock; Accelerometer |

## Camera

| | |
|---|---|
| **Camera Resolution** | 8.0 MP |
| **Front-facing Camera Resolution** | 2.0 MP |
| **Digital Optical Zoom** | 4x |
| **Features** | Auto Focus; Shot Modes, ISO, Shooting Mode, SceneMode, White Balance; Smile Shot; Camcorder; DivX®; HD Recording; HD Playback; TVOut; Online Image Uploading |

## Audio

| | |
|---|---|
| **Features** | Music Player; Compatible Music Files, 3GP, AAC, MP4, M4A, MP3, OGG, WAV, WMA; Audio, Streaming; Ringtones, Polyphonic 40levels; MP3/Music Tones |

## Video

| | |
|---|---|
| **Features** | Video Player; Compatible Video Files, 3GP, AAC, AAC+, AMRNB,AVI,eAAC+,H.263, H.264, MP4,MPEG4, QCIF, WMV; Video, Streaming |

## Fun and Entertainment

| | |
|---|---|
| **Features** | Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Samsung Media Hub |

## Business & Office

| | |
|---|---|
| **Features** | Microsoft® OfficeCompatible; vCard/vCalendar; Voice Memo |

## Messaging Options

| | |
|---|---|
| **Features** | Email; Corporate Email; Picture Messaging; Text Messaging; Instant Messaging; Threaded/ChatStyle; Video Messaging; Swype™; Predictive Text (XT9®) |

## Connectivity

| | |
|---|---|
| **Features** | Bluetooth®; Bluetooth® Profiles, A2DP, AVRCP, HFP, OPP, PBAP; WiFi; WiFi- Hotspot; HTML Browser; Flash®; Java™; GPS |

## Memory

| | |
|---|---|
| **Internal Memory** | 16GB/1024MB RAM (4GLPDDR*2) |
| **External Memory/microSD™ Capacity** | microSD™ Card |

## Calling Functions

| | |
|---|---|
| **Features** | Speakerphone; Voice Recognition; Voicemail; Speech-to-text; Text-to-speech; Etiquette/Gesture Mode; Picture Caller ID; Multitasking; Hearing Aid Compatible (HAC); TTY; Airline Mode |

## Who We Are

About Samsung
Careers
Sustainability
News
Investor Relations

## What We Make

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

## How can we help you?

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Search

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English

+1 2.8k

Copyright © 1995-2012 SAMSUNG All rights reserved.

