# EXHIBIT E

Home > Cell Phones > Specifications >

Tweet 272

SHOP

# Samsung Galaxy S™ II, available at T-Mobile (Titanium)

SGH-T989    ★★★★★ 583 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

Print This

## Carrier

| | |
|---|---|
| Type | T-Mobile |

## Form Factor

| | |
|---|---|
| Form Factor | Touchscreen |

## Size

| | |
|---|---|
| Product Dimensions (inches) | 5.11" x 2.71" x .37" |
| Weight (ounces) | 4.77 |

## Color

| | |
|---|---|
| Color | Titanium |

## Battery

| | |
|---|---|
| Battery, Standby | Up to 167 Hrs* |
| Battery, Talk Time (hours) | Up to 7 Hrs* |
| Battery Type and Size | 1850 mAh |

## Network

| | |
|---|---|
| SAR value - Head (W/kg) | SAR Value: Head 0.35 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.99 W/kg |

## Platform

| | |
|---|---|
| Platform | Android 2.3.5, Gingerbread |

## CPU

| | |
|---|---|
| Processor Speed, Type | 1.5 GHz, Dual Core (Qualcomm Snapdragon S3) |

## Display

| | |
|---|---|
| Main Display Resolution | 480x800 pixels |
| Main Display Size | 4.52" |
| Main Display | |

| Technology | Super AMOLED™ Plus |
| --- | --- |
| Touch Screen | Yes |

## Camera

| Camera Resolution | 8MP |
| --- | --- |
| Front-facing Camera Resolution | 2MP |

## Connectivity

| Features | Bluetooth® |
| --- | --- |

## Memory

| Internal Memory | 16GB |
| --- | --- |
| External Memory/microSD™ Capacity | MicroSD™ Card |



Who We Are
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

What We Make
- TV + Video
  - TVs
  - Blu-ray & DVD Players
  - Home Theater Systems
- Mobile
  - Cell Phones
  - Tablets
  - Cell Phone Accessories
  - Laptops
  - Chromebook
  - Media Players
- Photo
  - Cameras
  - Camcorders
  - SD Cards
- Computing
  - Laptops
  - All-in-One PCs
  - Tablet PCs
  - Chromebook
  - Monitors
  - Printers
  - Memory & Storage
- Home Appliances
  - Washers & Dryers
  - Refrigerators
  - Microwaves
  - Dishwashers
  - Ranges
  - LED Lighting

How can we help you?
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English    2.8k

Copyright © 1995-2012 SAMSUNG All rights reserved.