# EXHIBIT F

NEWS | ABOUT SAMSUNG | LOGIN

PRODUCTS    BUSINESS    APPS    SAMSUNG    SUPPORT    MY ACCOUNT

Home > Cell Phones > Specifications >

Tweet 216

SHOP

## Samsung Galaxy S™ II, Epic™ 4G Touch (Black)

SPH-D710   ★★★★★ 743 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

Print This

| Carrier | |
|---|---|
| Type | Sprint |

| Form Factor | |
|---|---|
| Form Factor | Bar, Touchscreen |

| Size | |
|---|---|
| Product Dimensions (inches) | 5.11" x 2.74" x .38" |
| Weight (ounces) | 4.6 |

| Color | |
|---|---|
| Color | Vortex Black |

| Battery | |
|---|---|
| Battery, Standby | 10.5 Days |
| Battery, Talk Time (hours) | up to 8.7 hours** |
| Battery Type and Size | 3.7 Volt, Lithium Ion, 1800mAh |

| Network | |
|---|---|
| Frequencies and Data Type | 1900/800 mHz CDMA, 2.5 Ghz WiMAX |
| SAR value - Head (W/kg) | SAR Value: Head 0.4 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.54 W/kg |

| Platform | |
|---|---|
| Platform | Android 2.3.4, Gingerbread |

| CPU | |
|---|---|
| Processor Speed, Type | 1.2 GHz, Dual Core (Samsung Exnyos C210) |

| Display | |
|---|---|
| Main Display Resolution | 800x480 Pixel |

| | |
|---|---|
| **Main Display Size** | 4.52" |
| **Main Display Technology** | Super AMOLED Plus |

## User Interface

| | |
|---|---|
| **Features** | Widgets, TouchWiz 3.0, Social Hub, Accelerometer, Supported Languages: Spanish |

## Camera

| | |
|---|---|
| **Camera Resolution** | 8.0 MP |
| **Front-facing Camera Resolution** | 2.0 MP |
| **Digital Optical Zoom** | 4x |
| **Features** | Auto Focus, Shot Modes: Action, Beauty, Cartoon, Panorama, Single, Smile, Geo-tagging, Editing Modes, Camcorder, DivX®, HD Recording, HD Playback (only via adaptor optional accessory), Video Share, TV-Out (only via adaptor optional accessory), Online Image Uploading (Picasa) |

## Audio

| | |
|---|---|
| **Features** | Music Player; Compatible Music Files: AAC, AMR, AWB, M4A, MID, MP3, OGG; Audio, Streaming; Ringtones, Polyphonic: 40-levels; MP3/Music Tones |

## Video

| | |
|---|---|
| **Features** | Video Player; Compatible Video Files: H.264, H.263, MP4; Video, Streaming |

## Fun and Entertainment

| | |
|---|---|
| **Features** | Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Samsung Media Hub |

## Business & Office

| | |
|---|---|
| **Features** | Microsoft® Office Compatible: Polaris; vCard/vCalendar; Smart Search |

## Messaging Options

| | |
|---|---|
| **Features** | Email, Corporate Email, Picture Messaging, Text Messaging, Instant Messaging, Threaded/ChatStyle Messages, Video Messaging, Swype™, Predictive Text (T9®/XT9®) |

## Connectivity

| | |
|---|---|
| **Features** | Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, HFP 1.5, HSP, MAP, OPP, PBAP; WiFi®; WiFi® Hotspot; WiMAX; HTML Browser, WAP, Flash®, Java™, GPS |

## Memory

| | |
|---|---|
| **Internal Memory** | 16GB |
| **External Memory/microSD™ Capacity** | 32GB |

## Calling Functions

| | |
|---|---|
| **Features** | Speakerphone, Voice Recognition, Voicemail, Visual Voicemail, Speechtotext, Text-to-speech, Etiquette/Gesture Mode, MusicID, Picture Caller ID, Multitasking, Push to Talk, Call Restrictions, Hearing Aid Compatible (HAC): T3, TTY, Airline Mode |

Who We Are

About Samsung
Careers
Sustainability
News
Investor Relations

What We Make

TV + Video
TVs
Blu-ray & DVD Players
Home Theater Systems

Mobile
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

Photo
Cameras
Camcorders
SD Cards

Computing
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

Home Appliances
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

How can we help you ?

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Search

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English

+1 2.8k

Copyright © 1995-2012 SAMSUNG All rights reserved.

