# EXHIBIT G

NEWS | ABOUT SAMSUNG | LOGIN

PRODUCTS   BUSINESS   APPS   SAMSUNG   SUPPORT   MY ACCOUNT

Home > Cell Phones > Specifications >

## Samsung Galaxy S™ II Skyrocket™ (Black) Android Smartphone

SGH-I727    ★★★★★   172 REVIEWS

Tweet  102    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖨 Print This

| Carrier | |
|---|---|
| Type | AT&T |

| Size | |
|---|---|
| Product Dimensions (inches) | 5.15" x 2.75" x 0.37" |
| Weight (ounces) | 4.66 |

| Color | |
|---|---|
| Color | Black |

| Network | |
|---|---|
| SAR value - Head (W/kg) | SAR Value: Head 0.30 W/kg |
| SAR value - Body Worn (W/kg) | SAR Value: Body 0.85 W/kg |

| Platform | |
|---|---|
| Platform | Android 2.3.5, Gingerbread |

| CPU | |
|---|---|
| Processor Speed, Type | 1.5 GHz dual-core processor |

| Display | |
|---|---|
| Main Display Resolution | 800x480 pixels |
| Main Display Size | 4.5" |
| Main Display Technology | Super AMOLED™ Plus |

| Camera | |
|---|---|
| Camera Resolution | 8 MP |
| Front-facing Camera Resolution | 2 MP |
| Digital Optical Zoom | 4x |

| Memory | |
|---|---|

| Internal Memory | 16GB |
|---|---|
| External Memory/microSD™ Capacity | microSD™ card |



**Who We Are**
About Samsung
Careers
Sustainability
News
Investor Relations

**What We Make**

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

**How can we help you ?**
Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Follow Us:

Business  |  Apps  |  Privacy  |  Legal  |  Sitemap  |  RSS  |  USA / English   +1 2.8k   Copyright © 1995-2012 SAMSUNG All rights reserved.