# EXHIBIT H



Personal | Business | About AT&T | Find a Store | Language

Log In | Register CA | Change

Shop | myAT&T | Support

Wireless | Bundles | Digital TV | Internet | Home Phone | U-verse | Special Offers | Shopping Help

My Shopping Cart

# Samsung Galaxy S (TM) II

Back to device list | Print Summary

Color: **Black**

| | |
|---|---|
| No Commitment Pricing | $449.99 |
| 2-yr Contract Price | $99.99 |
| Total Due at Time of Shipping | $99.99 |

*You Save $350.00*

2-yr voice agreement with qualifying monthly data plan required.

Learn about early termination fees

Qty. 1 Add to Cart

**FREE SHIPPING**
**WITH ONLINE PURCHASE**

SHARE

Like Confirm

You like **Samsung Galaxy S™ II**. · Admin Page · Insights · **Error**
You and 3,038 others like this.3038 likes. Sign Up to see what your friends like. · Admin Page · Insights · **Error**

DETAILS | COMPATIBLE ACCESSORIES | CUSTOMER REVIEWS |

## The Samsung Galaxy S (TM) II has:

**4G HSPA+**
Do more, see more, and enjoy more on what is already the nation's fastest mobile broadband network.

**BRILLIANT MEDIA**
Record HD 1080p videos and watch in cinema-like quality on HDTV.

**COLORFUL DISPLAY**
Large 4.3" Super AMOLED(TM) Plus touchscreen in slim design.

**MULTITASKING**
Dual-core 1.2 GHz processor for super-fast multitasking.

## Additional Details

### Camera

| | |
|---|---|
| Rear-facing Camera | ✓ |
| Resolution | 8MP Autofocus with Power LED flash |
| Zoom | 4X |
| Live video capture and playback | HD 1080p @ 30fps |
| Front-facing Camera | 2 MP |

### Music

| | |
|---|---|
| Music player | ✓ |
| Supported music formats | AAC, AMR-NB, AMR-WB, iMelody, MIDI-0, MIDI-1, SP MIDI, MP3, MIDI 2.0, WAV, WMA |
| Customizable equalizer | ✓ |
| Create music playlists | ✓ |

### Video & Web

| | |
|---|---|
| Web browser | Android, HTML w/Flash |

### Applications/Media

| | |
|---|---|
| Ringtones | ✓ |
| Ringback Tones - have your friends hear your favorite song or funny phrase when they call you | ✓ |
| Cool Tools | Kies Air, Media Hub, Social Hub , Amazon Kindle, qik Video Chat**, mSpot Movies, City ID |
| Games - puzzle, sports, action, card, racing and more | Words with Friends |
| Preloaded Apps from AT&T | AT&T Navigator®, AT&T Family Map, AT&T U-verse® Live TV**, YPmobile, AT&T Address Book, AT&T Code Scanner, myAT&T. Separate subscription may be required. |

### Current AT&T Customers

Upgrade | Add A Line

### Related Package

Samsung Galaxy S (TM) II Package
**$99.99**

This package includes:
- Samsung Galaxy S (TM) II
- Case
- Screen Protector
- Choice of Plan - starting at $39.99 per month
- Choice of smartphone service - starting at $15 per month

View package details

### Related Package

Samsung Galaxy Tab (TM) 8.9 and Samsung Galaxy S (TM) II Package
**$479.99**

This package includes:
- Samsung Galaxy Tab (TM) 8.9
- Samsung Galaxy S (TM) II
- Choice of Plan - starting at $39.99 per month
- Choice of smartphone service - starting at $20 per month

View package details

## Messaging

| | |
|---|---|
| Text Messaging | Insert pictures, video clips and sound clips easily |
| Instant Messaging (IM) | Google Talk (TM) |

## Email

| | |
|---|---|
| Mobile Email | POP3/IMAP, Microsoft® Exchange ActiveSync®, Gmail(TM) |

## Productivity

| | |
|---|---|
| Calendar | ✔ |
| Alarm clock, Call waiting, Caller ID | ✔ |
| Personal Organizer | ✔ |
| Address book | ✔ |
| Conference calling | ✔ |
| Call Forwarding | ✔ |
| Multitasking | Use voice and data simultaneously |

## Extras

| | |
|---|---|
| 3G | high-speed data and voice |
| World phone | Tri-band |
| BLUETOOTH® wireless connectivity | ✔ |
| USB connectivity - transfer data through a USB cable | ✔ |
| Hands-free speakerphone | ✔ |
| Voice dialing and voice commands | ✔ |
| TTY/TTD Compatible | ✔ |
| Hearing Aid (HAC) rating | H3 |
| Enhanced Audio | earSmart™ Advanced Voice processor improves call clarity & sound quality |

### Similar Devices



Samsung Galaxy Note (TM) - Carbon Blue
$299.99
View Details

Samsung Infuse (TM) 4G
$0.01
View Details

Apple iPhone 4S - 16 GB
$199.99
View Details

Samsung Galaxy S(TM) II
$99.99
View Details

### Popular Devices

Samsung Galaxy Note (TM) - Carbon Blue
$299.99
View Details

Samsung Infuse (TM) 4G
$0.01
View Details

Apple iPhone 4S - 16 GB
$199.99
View Details

Samsung Galaxy S(TM) II
$99.99
View Details

## Technical Specifications

### Battery

| | |
|---|---|
| Capacity | 3.7 Volt, Li-Ion, 1650 mAh |
| Talk time | Up to 8 hours |
| Standby time | Up to 16 days |

### Dimensions

| | |
|---|---|
| Weight | 4.13 ounces |
| Size (inches) | 4.96 x 2.60 x 0.35 |

### Memory

| | |
|---|---|
| Internal memory storage | Up to 16 GB |
| Expandable memory storage | Up to 32 GB |
| Memory format | microSD™ |

### Wireless Technology

| | |
|---|---|
| GSM/GPRS | 850/900/1800/1900 MHz |
| 3G | UMTS/HSDPA (850/1900/2100 MHz) |
| EDGE high speed data network | ✔ |
| BLUETOOTH® technology | 3.0 |
| FOTA capable - upgrade Firmware Over the Air | ✔ |
| 4G* | HSPA+ with enhanced backhaul |

### Operating System

| | |
|---|---|
| Android™ | ✔ |

### Display

| | |
|---|---|
| Resolution (pixels) | WVGA (480 x 800) |
| Display size | 4.3 inches |
| Colors | 16 million |

### Keyboard

| | |
|---|---|
| Touchscreen | ✔ |
| QWERTY | ✔ |
| Predictive text for fast typing | ✔ |
| Backlit Keys | ✔ |

▲ Back to top

Item SKU: 65323(Samsung Galaxy S(TM) II)
*4G speeds delivered by HSPA+ with enhanced backhaul. Not available everywhere. Deployment ongoing. Compatible device and data plan required. Learn more at att.com/network.

\*\*Video chat only available over a Wi-Fi connection.

\*\*\*AT&T U-verse Live TV requires mobile broadband service. Service not available in all areas. Programming subject to blackout restrictions. Download and watch capability available for select content requires Wi-Fi connection and is available for viewing for limited time periods.

Other Monthly Charges | Plan Terms | Online Pricing
Returns Policy & Early Termination Fee | Additional Messaging & Data Charges
Shipping Information

2 3 4 5 ... 7

†Not redeemable for cash.

Service provided by AT&T Mobility.

---

Wireless Legal Site | Wireless Customer Agreement | Cell Phone Records Security

 AT&T on the Web     att.com
Shop, Service, Support.     att.net
E-mail - News - Weather & More

Privacy Policy | Careers | Contact Us | Terms of Use | Site Map | Accessibility | Wireless Emergency Alerts | Advertising Choices | Broadband Information

©2012 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. AT&T 36USC220506

    



Get live help placing your order. Chat Now | My Shopping Cart

# Samsung Galaxy S (TM) II Skyrocket (TM)

Back to device list | Print Summary

Color: **Black**

| | |
|---|---|
| No Commitment Pricing | $549.99 |
| 2-yr Contract Price | $199.99 |
| Total Due at Time of Shipping | $199.99 |

*You Save $350.00*

2-yr voice agreement with qualifying monthly data plan required.

Learn about early termination fees

Qty. 1 Add to Cart

**FREE SHIPPING**
**WITH ONLINE PURCHASE**

SHARE

Like Confirm

You like **Samsung Galaxy S™ II Skyrocket™**. · Admin Page · Insights · **Error**
You and 2,847 others like this.2847 likes. Sign Up to see what your friends like. · Admin Page · Insights · **Error**

DETAILS | COMPATIBLE ACCESSORIES | CUSTOMER REVIEWS |

## The Samsung Galaxy S (TM) II Skyrocket (TM) has:

**SUPER AMOLED(TM) PLUS**
4.5" display for a deeper, richer color experience and improved battery life.

**ANDROID(TM) OS**
Android Gingerbread OS for easy personalization and access to the web.

**4G LTE SPEEDS**
10x faster download speeds than 3G for lightning fast Web access

**1.5 GHz DUAL-CORE**
Dual-core means 2x the power for ultra smooth game play and video playback.

## Additional Details

### Camera

| | |
|---|---|
| Rear-facing Camera | ✔ |
| Resolution | 8MP autofocus with LED Flash |
| Live video capture and playback | HD 1080p video capture |
| Front-facing Camera | 2 MP |

### Music

| | |
|---|---|
| Music player | ✔ |
| Supported music formats | MP3, AAC, AMR, MIDI, WAV, WMA |
| Subscription music services | MOG |
| Streaming radio | MOG Music |
| Create music playlists | ✔ |
| External music play controls | Via lock screen |

### Messaging

### Video & Web

| | |
|---|---|
| Web browser | Android Webkit |

### Applications/Media

| | |
|---|---|
| Ringtones | MP3 |
| Cool Tools | Facebook®, Twitter, Google Latitude(TM), Google Maps(TM), Samsung Media Hub, qik LITE**, Quickoffice®, YouTube(TM) |
| Games | Need for Speed(TM) Shift |
| Visual Voicemail | ✔ |
| Preloaded Apps from AT&T | AT&T Navigator®, AT&T FamilyMap, AT&T U-verse Live TV***, YPmobile, AT&T Code Scanner, myAT&T. Separate subscription may be required. |

### Productivity

### Current AT&T Customers

Upgrade | Add A Line

### Related Package

Samsung Galaxy Tab 8.9 and Galaxy S (TM) II Skyrocket (TM) Package
**$479.99**

This package includes:

- Samsung Galaxy Tab (TM) 8.9
- Galaxy S (TM) II Skyrocket (TM)
- Choice of Plan - starting at $39.99 per month
- Choice of smartphone service - starting at $20 per month

View package details

### Similar Devices

Samsung Galaxy Note (TM) - Carbon Blue
**$299.99**
View Details

Samsung Infuse (TM) 4G
**$0.01**
View Details

Apple iPhone 4S - 16 GB
**$199.99**
View Details

Samsung Galaxy S(TM) II
**$99.99**

| | | | |
|---|---|---|---|
| Text Messaging | Insert pictures, video clips and sound clips easily | Alarm clock, Call waiting, Caller ID, Calendar, Personal Organizer | ✔ |
| Instant Messaging (IM) | Google Talk (TM) | Address book | ✔ |
| | | Conference calling | ✔ |
| **Email** | | Call Forwarding | ✔ |
| Mobile Email: | Gmail(TM), POP3/IMAP4, Microsoft® Exchange ActiveSync® | Multitasking | Use voice and data simultaneously |

### Extras

| | |
|---|---|
| World phone | ✔ |
| BLUETOOTH® wireless connectivity | ✔ |
| USB connectivity | ✔ |
| Hands-free speakerphone | ✔ |
| Voice dialing and voice commands | ✔ |
| TTY/TTD Compatible | ✔ |
| Enhanced Audio | earSmart™ Advanced Voice processor improves call clarity & sound quality |
| Ready2Go | Offers easy online setup and personalization of your new smartphone. See Quickstart Guide included in box for details. |

## Technical Specifications

### Battery
| | |
|---|---|
| Capacity | 1850 mAh |
| Talk time | Up to 7 hours |
| Standby time | Up to 10.4 days |

### Dimensions
| | |
|---|---|
| Weight | 4.65 Ounces |
| Size (inches) | 5.15 x 2.75 x 0.37 |

### Memory
| | |
|---|---|
| Internal memory storage | Up to 16 GB |
| Expandable memory storage | Up to 32 GB |
| Memory format | microSD™ |

### Wireless Technology
| | |
|---|---|
| GSM/GPRS/EDGE | 850/900/1800/1900 MHz |
| 3G - UMTS/HSPA+ | 850/1900/2100 MHz |
| EDGE high speed data network | ✔ |
| BLUETOOTH® technology | 3.0 |
| FOTA capable - upgrade Firmware Over the Air | ✔ |
| 4G LTE | Band 4 and 17 |
| 4G LTE speeds | 4G speeds delivered by HSPA+ (with enhanced backhaul) or LTE, where available |

### Operating System
| | |
|---|---|
| Android™ | ✔ |

### Display
| | |
|---|---|
| Display size | 4.5 inches |
| Resolution (pixels) | 480 x 800 |

### Keyboard
| | |
|---|---|
| Touchscreen | ✔ |
| Predictive text for fast typing | ✔ |
| Backlit Keys | ✔ |

▲ Back to top

### Popular Devices



Samsung Galaxy Note (TM) - Carbon Blue
$299.99
View Details

Samsung Infuse (TM) 4G
$0.01
View Details

Apple iPhone 4S - 16 GB
$199.99
View Details

Samsung Galaxy S(TM) II
$99.99
View Details

View Details

Item SKU: 65319(Samsung Galaxy S (TM) II Skyrocket (TM) - Black)
*Limited 4G LTE availability in select markets. Deployment ongoing. 4G LTE device and data plan required. Claim compares 4G LTE download speeds to industry

**average 3G download speeds. LTE is a trademark of ETSI. Learn more about 4G LTE at att.com/network.**

**\*\*Video chat only available over a Wi-Fi connection.**

**\*\*\*AT&T U-verse Live TV requires mobile broadband service. Service not available in all areas. Programming subject to blackout restrictions. Download and watch capability available for select content requires Wi-Fi connection and is available for viewing for limited time periods.**

Samsung, Galaxy S and Skyrocket are all trademarks of Samsung Electronics Co., Ltd.

Microsoft and ActiveSync are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

| [Other Monthly Charges](#) | [Plan Terms](#) | [Online Pricing](#) |
| [Returns Policy & Early Termination Fee](#) | [Additional Messaging & Data Charges](#) |
| [Shipping Information](#) |

†Not redeemable for cash.

Service provided by AT&T Mobility.

[Wireless Legal Site](#) | [Wireless Customer Agreement](#) | [Cell Phone Records Security](#)

 AT&T on the Web

 att.com
Shop, Service, Support.

 att.net
E-mail - News - Weather & More

[Privacy Policy](#) | [Careers](#) | [Contact Us](#) | [Terms of Use](#) | [Site Map](#) | [Accessibility](#) | [Wireless Emergency Alerts](#) | [Advertising Choices](#) | [Broadband Information](#)

©2012 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. AT&T 36USC220506

    

Personal | Business

Discover Sprint | Find a store | Shopping Cart

**Sprint**

My Sprint | Shop | Digital Lounge | Community | Support

Chat | Sign in/Register

📱 Order by phone 1-866-866-7509

[Get my saved cart](#)

See all devices ▸ Samsung Galaxy S™ II, Epic™ 4G Touch

| You're shopping for a new device and plan | 94111 ▾ | *I already have Sprint and want to..* |
|---|---|---|
| | | Upgrade my device    Add a device |

**1. Devices** ▸ 2. Plans ▸ 3. Services ▸ 4. Accessories

**1.**    To continue, click the **Add to cart** button to add    or    check out our other devices.

---

**Highlights** | Key features | Ratings & reviews | Gallery & videos | Support



Color: Black
360 view | Gallery | Video

### Specs

**Bluetooth profiles**
Bluetooth 3.0

**Memory**
1GB Ram 16GB ROM up to 32GB micro SD card

**Battery information**
1800 mAh

**Dimensions**
2.7" x 5.1" x 0.38"

**Display**
4.52" full touchscreen-super AMOLED plus

**Operating system**

**4G SPEEDS**

**Why it rocks:** The legendary entertainment abilities of the Samsung Epic 4G are now available in a super-thin design. Loaded with a crisp oversized screen, dual cameras, a speedy processor and optional mobile hotspot – the only thing the Epic 4G Touch is slim on is size.

**Who will love it:** The speed demon and multimedia master will love this perfect, portable entertainment powerhouse. Immerse your eyes in the rich color display, browse the web at lightning-fast 4G speeds and snap bright photos on the go. Connect and share your HD content to your TV or computer or get face time with loved ones via video chat.

➡ Important plan and 4G coverage info

### Key features

      
   

### Reviews (578)

    
BuzzAboutWireless    CNET
★★★★★    ★★★★☆
   See video

---

**Samsung Galaxy S™ II, Epic™ 4G Touch**

| Color: | Black |
|---|---|
| Regular price | $499.99 |
| 2-yr Agreement Instant Savings | - $300.00 |
| Your price: | $199.99 |
| Quantity | 1 |

**Add to cart** | See all devices

Free shipping for new lines of service and upgrades. You'll get it in 2-5 business days.

For a limited time, we're waiving the $36 activation fee - only for customers who order a new line of service online.

### You might also like...
If you like this device, these devices offer similar features.

HTC EVO™ 3D

Samsung Galaxy S™ ll, Epic™ 4G Touch

Android 2.3

**Processor**
1.2 GHz Dual core, Exynos, 1200 MHz processor

**Talk time**
8.7 hours

**Weight**
4.6 oz

**What's in the box**
- 1800 mAh Lithium Ion (Li-Ion) Battery
- AC Phone Charger
- Data cable

 " Got this phone less than a week ago and already returned it. i work in a casino and get very little reception there with this phone. Cant make phone calls and can never get connected to internet. 4g 3g keeps shutting down. my 4 yr old htc hero always got a connectionand never did i have problems making calls. this phone sounded good. maybe i got the bad phone but i could not take it any longer. guess its apple time. "

SKINNY5766 

 " I'm a firefighter and was concerned about how the phone would hold up. After the first week it has performed flawlessly and is durable. Battery life seems to be dependant on how much you play with it. Normal usage will last all day. I really like the features and the availability of apps. "

JSTechnical 

**Share**



**Coverage for this device**

You're seeing 3G coverage below. See our coverage tool for 4G maps of your area.



San Francisco, CA 94111
See coverage

**Video (1)**



Sprint Services video: Overview

 $99.99

 HTC EVO™ 4G
$99.99

 Motorola PHOTON™ 4G
$99.99

Your Agreement with us

Site Map   Order by Phone 1-866-866-7509   Email sign up   About us   Contact us   En Espanol   Website, Use & Network Terms   Privacy policy   Copyright notices    Ad Choices

© 2012 Sprint.com All rights reserved.