1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 19 | Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S** |
| 20 | vs. | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Date: April 9, 2012<br>Time: 10:00 a.m. |
| 23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 24 | Defendants. | |

25
26
27
28

I, Joby Martin, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information contained in Samsung's Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion re: Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order, as well as the Declaration of Christopher E. Price and exhibits thereto ("Price Declaration"), and the Declaration of Beomjoon Kim ("Kim Declaration").

3. Exhibit A to the Price Declaration consists of excerpts from the March 30, 2012 deposition transcript of Timothy Sheppard, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains highly sensitive commercial information concerning the contents of spreadsheets drawn from Samsung's accounting databases, and Samsung's supplier and subsidiary relationships. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

4. Exhibit B to the Price Declaration consists of excerpts from the March 31, 2012 deposition transcript of Jaehwang Sim, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains highly sensitive commercial information concerning the preparation of spreadsheets drawn from Samsung's accounting databases. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5. Exhibit C to the Price Declaration is a copy of the Expert Report of Terry Musika, dated March 22, 2012, which contains highly sensitive commercial information concerning Samsung's and Apple's sales, revenues, costs, and profits, as well as confidential licenses with third parties.

6. Exhibit I to the Price Declaration consists of excerpts from the March 10, 2012 deposition transcript of Jaehwang Sim, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains highly sensitive commercial information concerning the organization and reporting structures of Samsung's finance and accounting departments, the contents of spreadsheets drawn from Samsung's accounting databases, and Samsung's supplier and subsidiary relationships. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

7. Exhibit J to the Price Declaration consists of excerpts from the March 30, 2012 deposition transcript of Timothy Sheppard, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains highly sensitive commercial information concerning the contents of spreadsheets drawn from Samsung's accounting databases, and Samsung's supplier and subsidiary relationships. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

8. Exhibit K to the Price Declaration is a true and correct copy of a document produced by Samsung in this action beginning at Bates number SAMNDCA00372946 and designated HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains highly sensitive financial data drawn from Samsung's confidential and proprietary accounting database, and could be used to its disadvantage by competitors if it were not filed under seal.

9. The confidential, unredacted version of the Kim Declaration discusses and references highly sensitive confidential information relating to Samsung's storage and management of its financial data.

10. The confidential, unredacted version of Samsung's Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion re: Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order discusses and references the information contained in the documents described in paragraphs 3-8, and should therefore be sealed for the same reasons discussed above.

1
2    I declare under penalty of perjury that the foregoing is true and correct.  Executed in San
3 Francisco, California on April 6, 2012.
4
5                                           */s/ Joby Martin*
                                            Joby Martin
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Joby Martin.

                                                                        */s/ Victoria Maroulis*

02198.51855/4649457.1

-5-   Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL