UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Supplemental Response to Apple's Corrected Reply in Support of Rule 37(b)(2) Motion re: Samsung's Alleged Violation of January 27, 2012 Damages Discovery Order .

    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that the below documents contain information that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

1      Accordingly, for good cause shown, the Court ORDERS that the following documents
2  shall be filed under seal:
3      1. The confidential, unredacted version of Samsung's Supplemental Response to
4         Apple's Corrected Reply in Support of Rule 37(b)(2) Motion re: Samsung's Alleged
5         Violation of January 27, 2012 Damages Discovery Order ("Samsung's
6         Supplemental Response to Apple's Motion for Sanctions");
7      2. Exhibits A, B, C, I , J, and K to the Declaration of Christopher E. Price in Support
8         of Samsung's Supplemental Response to Apple's Motion for Sanctions;
9      3. The confidential, unredacted version of the Declaration of Beomjoon Kim in
10        Support of Samsung's Supplemental Response to Apple's Motion for Sanctions.

12     **IT IS SO ORDERED.**

14  DATED:    April ___, 2012

17                                                      Honorable Paul S. Grewal
                                                        United States Magistrate Judge