| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526–6000 |
| atucher@mofo.com | Facsimile: (617) 526–5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105–2482 | 950 Page Mill Road |
| Telephone: (415) 268–7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268–7522 | Telephone: (650) 858–6000 |
| | Facsimile: (650) 858–6100 |

Attorneys for Plaintiff and
Counterclaim–Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11–cv–01846–LHK (PSG) |
| Plaintiff, | **APPLE'S OPPOSITION TO SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUR-REPLY TO APPLE'S REPLY IN SUPPORT OF RULE 37(b)(2) MOTION RE SAMSUNG'S VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | Date:  April 9, 2012<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

1  Samsung offers no explanation for waiting 18 days after Apple filed its reply, during a
2  holiday weekend less than two days before the hearing,[1] to seek leave to submit a 10-page sur-
3  reply. Samsung gave no notice to Apple of its filing, and it did not confer with Apple before
4  filing it as required by Civil Local Rule 7-11. The Court should deny the requested leave.

5  Samsung inappropriately invokes Civil Local Rule 7-3(d) as a basis for its Administrative
6  Request. Rule 7-3(d) allows a party to file, "within 7 days after the reply is filed, an Objection to
7  Reply Evidence, which may not exceed 5 pages of text, stating its objections to any new
8  evidence, which may not include further argument on the motion." Samsung's proposed sur-
9  reply violates all of these requirements.

10  Samsung also violates Civil Local Rule 7-11, the other Rule invoked in its Administrative
11  Request. Local Rule 7-11 provides that any request for administrative relief "must be
12  accompanied . . . by either a stipulation under Civil L.R. 7-12 or by a declaration that explains
13  why a stipulation could not be obtained." Samsung's Administrative Request is not accompanied
14  by either a stipulation or a declaration, for good reason—Samsung did not even inform Apple of
15  its intended filing, much less seek Apple's consent to its being filed.

16  For the foregoing reasons, Apple requests that the Court deny Samsung's Administrative
17  Request for leave to file a sur-reply to Apple's reply in support of its Rule 37(b)(2) Motion
18  scheduled for hearing this Monday at 10:00 a.m.

19  Dated: April 7, 2012                    MORRISON & FOERSTER LLP

21                                          By:   */s/ Michael A. Jacobs*
                                                   Michael A. Jacobs

22                                                Attorneys for Plaintiff
23                                                APPLE INC.

---

[1] The declaration of Mr. Kim that is attached to the response was signed on March 30 in Korea, more than a week ago. It could have been, but was not, provided to Apple prior to Mr. Sheppard's deposition in the U.S. on March 30 or Mr. Sim's deposition in Korea on March 31.