UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUR-REPLY** |

Pursuant to Northern District of California Local Rule 7-11, Samsung has submitted an administrative request for leave to file a sur-reply to Apple's reply in support of its Rule 37(b)(2) Motion re Samsung's Violation of January 27, 2012 Damages Discovery Order.  (Dkt. No. 856.)

Having considered the arguments of the parties and the papers submitted, the Court hereby DENIES the requested leave.

**IT IS SO ORDERED.**

Dated: April ___, 2012

By: _____
Honorable Paul S. Grewal, U.S.M.J.