HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERICA TIERNEY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1      I, Erica Tierney, do hereby declare as follows:

2          1.      I am an attorney for Apple Inc. ("Apple").  I submit this declaration in support of

3   Samsung's Administrative Motion to File Documents Under Seal.  I have personal knowledge of

4   the matters set forth below.  If called as a witness I could and would testify competently as

5   follows.

6          2.      Samsung's Opposition to Apple's Motion for Partial Summary Judgment and

7   exhibits L, P1 and S2 to the Declaration of David Hecht ("Hecht Declaration") contain

8   information that Apple treats as confidential in the ordinary course of its business and/or that is

9   confidential third party information.  Specifically:

10             A.      Exhibit L to the Hecht Declaration is an excerpt from Apple's Objections

11                     and Responses to Samsung's Fourth Set of Interrogatories.  These

12                     responses contain confidential sales and manufacturing details relating to

13                     Apple's products, the components in Apple's products, and Intel's sales to

14                     Apple, and could be used to Apple's disadvantage by competitors if it were

15                     not filed under seal.  Apple's supply chain information is carefully

16                     maintained as a business secret that is not disclosed or leaked to any person

17                     outside of Apple.  A proposed redacted version is attached as Exhibit 1 to

18                     the Declaration of Mark D. Selwyn In Support of Samsung's

19                     Administrative Motion to File Documents Under Seal.

20             B.      Exhibit P1 to the Hecht Declaration is an excerpt from the deposition of

21                     Boris Teksler.  It contains confidential information related to Apple's

22                     internal licensing and intellectual property policies.  This deposition was

23                     designated by Apple as "HIGHLY CONFIDENTIAL – ATTORNEYS'

24                     EYES ONLY," contains information that is confidential and proprietary to

25                     Apple, and could be used to its disadvantage by competitors if it were not

26                     filed under seal.   A proposed redacted version is attached hereto as Exhibit

27                     1.

28

1          C.      Exhibit S2 to the Hecht Declaration is a letter from Jason Bartlett to Diane

2                Hutnyan dated March 14, 2012.  It contains non-public information relating

3                to the involvement of Apple employees with product development and

4                Apple's internal employee reporting structure, and a reference to an

5                internal Apple code name for its products.  Apple's internal code names

6                reveal information that Apple uses to maintain confidentiality with respect

7                to its entire design and development process and could be used to its

8                disadvantage by competitors if it were not filed under seal.  A proposed

9                redacted version is attached hereto as Exhibit 2.

10          D.      The confidential, unredacted version of Samsung's Opposition to Apple's

11                Motion for Partial Summary Judgment discusses and references the

12                information contained in paragraphs A-B above, and also contains a

13                reference to licensing discussions between Apple and Samsung, and should

14                therefore be sealed for the same reasons.

15      3.      Apple does not maintain a claim of confidentiality on Exhibit S1 to the Hecht

16  Declaration.

17      4.      It is Apple's policy not to disclose or describe its confidential design and product

18  development information, or internal licensing and intellectual property policies.  The information

19  that is described above is confidential to Apple.  It is indicative of the way that Apple manages its

20  business affairs, designs its products, and conducts product development.  Apple's licensing and

21  intellectual property policies are carefully maintained as business secrets that are not disclosed or

22  leaked to any person outside of Apple.  Apple is well known worldwide for its corporate culture

23  of carefully maintaining the confidentiality of its business information.  If disclosed, the

24  information in the materials describe above could be used by Apple's competitors to Apple's

25  disadvantage.

26      5.      The relief requested in this motion is necessary and is narrowly tailored to protect

27  confidential information, focusing only on specific exhibits and specific portions of the briefs at

28  issue.

1        I declare under the penalty of perjury under the laws of the United States of America that

2    the forgoing is true and correct to the best of my knowledge and that this Declaration was

3    executed this 9th day of April, 2012, at Cupertino, California.

4

5    Dated:  April 9, 2012                                    By: _____

                                                      Erica Tierney

1

**ATTESTATION OF E-FILED SIGNATURE**

2    I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this

3   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Erica Tierney has

4   concurred in this filing.

5   Dated:  April 09, 2012                    By:  _____

                                                            */s/ Mark. D Selwyn*
6                                                           Mark. D Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 9, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn