HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, do hereby declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. ("Apple"). I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Samsung's Opposition to Apple's Motion for Partial Summary Judgment and exhibits L and M to the Declaration of David Hecht ("Hecht Declaration") contain information that Samsung or third parties have designated confidential. Specifically:

   A. Exhibit L to the Hecht Declaration is an excerpt from Apple's Objections and Responses to Samsung's Fourth Set of Interrogatories. These responses contain information about the license agreements between Samsung and Intel and between Samsung and Qualcomm, which is based in part on documents Samsung has designated as "Confidential Business Information – Subject to Protective Order" in the 337-ITC-794 action between Samsung and Apple. A proposed redacted version is attached hereto as Exhibit 1.

   B. Exhibit M is a declaration and attachments from Carl D. Herbert, an employee of Intel. Exhibit M was filed non-publicly in Korea. Carl Herbert's declaration was marked Intel Confidential by Intel, and contains confidential sales information relating to the components in Apple's products and Intel's sales to Apple.

   C. The confidential, unredacted version of Samsung's Opposition to Apple's Motion for Partial Summary Judgment discusses and references the information contained in paragraphs A-B above, and should therefore be sealed for the same reasons.

3. The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific exhibits and specific portions of the briefs at issue.

1   I declare under the penalty of perjury under the laws of the United States of America that
2   the forgoing is true and correct to the best of my knowledge and that this Declaration was
3   executed this 9th day of April, 2012, at Cupertino, California.
4
5   Dated: April 9, 2012                By: ___/s/ Mark. D Selwyn_____
                                              Mark. D Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 9, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn