# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 9, 2012                                   Time in Court: 3 hours and 13 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Erik Olson, Nathan Sabri and Allison Tucher
Defendant Attorney(s) present: Victoria Maroulis, Diane Hutnyan, Anthony Alden, Sara Jenkins, Curran Walker, and Joby Martin

### PROCEEDINGS:
1.) Plaintiff's Motion for Sanctions (Doc. 759)
2.) Defendant's Motions to Compel (Doc. 781 and 782)

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///