UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge

Plaintiff Attorneys: Harold McElhinny, William Lee, Allison Tucher, Joseph Mueller, and Brian Seeve
Defense Attorneys: Charles Verhoeven, Victoria Maroulis, Jason Briggs, and Eric Wall.

A case management conference was held on April 12, 2012. A further case management conference is set for May 2, 2012 at 2:00 p.m. In their April 25, 2012 Joint Case Management Statement, the parties shall narrow their respective cases for trial.

MEET AND CONFER: Charles Verhoeven and Harold McElhinny agreed to meet and confer in person on April 13, 2012, to discuss how the parties intend to narrow the case for trial.

STATUS REPORT: The parties shall file a report by April 16, 2012. The report shall include the following information: (1) what dispositive motion each party intends on filing; (2) what Daubert motions each party intends on filing; (3) what motions in limine each party intends on filing; (4) how each party intends to narrow the issues in anticipation for trial; and (5) what specific claims and defenses each party will assert at trial.

TRIAL: Each side shall be limited to 25 hours to present both its affirmative and defensive cases. Trial days are from 9:00 a.m. to noon, and from 1:00 p.m. to 4:30 p.m., Monday, Tuesday, and Friday.

DISPOSITIVE MOTIONS: Each party is limited to one 25 page summary judgment motion. If Apple decides to withdraw its currently pending motion for summary judgment in light of the Court's limitation on dispositive motions, Apple shall do so by Monday, April 16, 2012.

ADR: The parties have agreed to participate in an ADR program with a 90-day deadline. By Monday, April 16, 2012, the parties shall file a report with the following information: (1) whether the parties agree to a Magistrate Judge Settlement Conference with Judge Spero, or another third party neutral upon which the parties are able to agree; (2) whether the CEOs of the respective companies should be ordered to be present at the settlement conference, and if not, why not; and (3) an explanation of the decision making chain within each company and the appropriate decision maker(s) from each company who should be present at the conference.

Case No.: 11-CV-01846-LHK
CASE MANAGEMENT ORDER

The following case schedule remains as set:

**Case Schedule through Trial.**

| Parties Serve Rebuttal Expert Reports | 4/16/2012 |
|---|---|
| Close Expert Discovery | 4/27/2012 |
| Last Day to File Dispositive Motions and Daubert Motions | 5/17/2012 |
| Hearing on Dispositive Motions and Daubert Motions | 6/21/2012 at 1:30 P.M. |
| Final Pretrial Conference, including Hearing on Motions in Limine and Jury Instructions | 7/18/2012 at 2 P.M. |
| Jury Trial (13 court days) | 7/30/2012 at 9 A.M. |

**IT IS SO ORDERED.**

Dated: April 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge