UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1hr53min

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE        DATE: 4/12/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                        CASE #: 11-01846LHK

CASE TITLE:   APPLE, INC.   VS.   SAMSUNG ELECTRONICS CO., LTD., ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. McELHINNY, ALISON M. TUCHER | CHARLES VERHOEVEN, TODD BRIGGS, |
| NATHANIEL B. SABRI, WILLIAM F. LEE | ERIC WALL |
| JOSEPH MUELLER, BRIAN SEEVE | VICTORIA F. MAROULIS |

**TODAY'S PROCEEDINGS**

{ } CLAIMS CONSTRUCTION HEARING   { } PRE-TRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {x}     { }     1. TO DISMISS AMENDED COUNTERCLAIMS
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

*[ ] BRIEFS TO BE FILED AS FOLLOWS:*

{ } Cont'd to         @         For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: THE MATTER IS ARGUED AND TAKEN UNDER SUBMISSION. A WRITTEN ORDER WILL ISSUE.