UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | ORDER REFERRING PARTIES TO |
| v. ) | ADR; GRANTING REQUEST TO |
| ) | EXTEND TIME TO FILE |
| SAMSUNG ELECTRONICS CO., LTD., A ) | CONFERENCE STATEMENT |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties have indicated that they are willing to participate in a Magistrate Judge Settlement Conference ("MJSC"). ECF No. 873. Therefore, the parties are hereby referred to an MJSC with Magistrate Judge Joseph Spero with a 90-day deadline. As the parties have indicated in their joint statement, the chief executive officer and general counsel of Apple and the chief executive officer and general counsel of Samsung shall appear and participate at the MJSC.

The parties' request to file their Joint Case Management Conference Statement on April 30, 2012 is GRANTED.

**IT IS SO ORDERED.**

Dated: April 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REFERRING PARTIES TO ADR; GRANTING REQUEST TO EXTEND TIME TO FILE STATEMENT