| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S RULE 37(b)(2) MOTION RE SAMSUNG'S VIOLATION OF  JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date:     April 9, 2012<br>Time:     10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

1    Pursuant to Civil Local Rules 7-3(d) and 7-11, Apple Inc. ("Apple") hereby requests leave
2 of Court to file the Supplemental Declaration of Erik Olson ("Supplemental Olson Declaration")
3 in support of Apple's Rule 37(b)(2) Motion Re Samsung's Violation of the Court's January 27,
4 2012 Damages Discovery Order (the "Motion"). A copy of the Supplemental Olson Declaration
5 that Apple seeks to file, and Exhibits A-C thereto, are appended to this Administrative Request.

6    On April 9, 2012, Apple's 37(b)(2) Motion was argued and submitted to the Court. After
7 the hearing three developments occurred that may aid the Court's consideration of the issues
8 involved in Apple's Motion. All three issues are outlined in the Olson Declaration. One is time-
9 sensitive. In accordance with the Court's suggestion during oral argument on the motion, Apple
10 has attempted to get Samsung to agree to postpone the deposition of Apple's damages expert until
11 the Court has had a chance to rule on the pending motion. The deposition is scheduled to occur
12 on April 26th, and Samsung has refused. (Olson Decl. ¶¶ 3-5.)

13   Apple sent a copy of the Supplemental Olson Declaration to counsel for Samsung and
14 requested that Samsung advise whether or not it opposes this Administrative Request. Samsung
15 responded that it does so oppose.

16   Accordingly, Apple respectfully requests permission to file the accompanying
17 Supplemental Olson Declaration.

19 Dated: April 20, 2012                     MORRISON & FOERSTER LLP

21                                           By:   */s/ Alison M. Tucher*
22                                                 ALISON M. TUCHER
                                                   Attorneys for Plaintiff
23                                                 APPLE INC.

ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL OLSON DECLARATION
CASE NO. 11-cv-01846-LHK (PSG)                                                                    1
sf-3135744