**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
tomwatson@quinnemanuel.com

April 19, 2012

**VIA ELECTRONIC MAIL**

Marc J. Pernick
Morrison & Forester LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

Re:     Apple v. Samsung, Case No. 11-cv-1846 LHK (PSG) (N.D. Cal.)

Dear Marc:

I write in response to your April 19, 2012 letter regarding the deposition of Terry Musika.

Samsung cannot agree to defer Mr. Musika's deposition. First, the Court did not instruct the parties to delay the deposition. If the Court believed it was prudent to delay any deposition pending a ruling, it would have so instructed. Moreover, your request presupposes there is merit to Apple's Rule 37(b)(2) motion. As you know, Samsung disagrees.

Separate and apart from these points, and in light of the schedule in this case, the timely deposition of Mr. Musika is a priority for Samsung. Therefore, delay is not acceptable.

Very truly yours,

Thomas R. Watson

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4714403.1