HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ERIK J. OLSON** |

1    In accordance with Civil L.R. 7-3(d) and 7-11, Apple Inc. ("Apple") has made an

2    Administrative Request for leave to file a Supplemental Declaration of Erik J. Olson in Support

3    of Apple's Rule 37(b)(2) Motion regarding Samsung's Violation of the Court's January 27, 2012

4    Damages Discovery Order.

5    Having considered the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN,

6    the Court hereby GRANTS Apple's Administrative Request.

7    **IT IS SO ORDERED.**

8

9

10

11   Dated: _____, 2012

12                                                          The Honorable Paul S. Grewal
                                                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMIN. REQUEST FOR LEAVE TO FILE SUPPLEMENTAL OLSON DECL.
CASE NO. 11-cv-01846-LHK (PSG)
sf-3135749

1