QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S RULE 37(b)(2) MOTION RE SAMSUNG'S ALLEGED VIOLATION OF JANUARY 27, 2012 DAMAGES DISCOVERY ORDER**<br><br>Date:　April 9, 2012<br>Time:　10:00 a.m.<br>Place:　Courtroom 5, 4th Floor<br>Judge:　Hon. Paul S. Grewal |

02198.51855/4717561.3

Case No. 11-cv-01846-LHK (PSG)
SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE
REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

Civil Local Rule 7-3(d) requires that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," unless a party meets certain exceptions not relevant here.  Apple filed its Rule 37(b)(2) motion on February 28, 2012. Samsung filed its opposition on March 13, 2012, and Apple filed its reply on March 20, 2012. The Court heard argument on Apple's motion two weeks ago, on April 9, 2012.  The record is now closed, as evidenced by the Court's denial of Samsung's request for leave to file a sur-reply to the very same motion. (Dkt. 863.)  Apple's request to file a supplemental declaration should likewise be denied as untimely.

What is more, contrary to Apple's assertions, its motion does not just seek to "make the Court aware" of certain post-hearing developments.  Rather, Apple seeks to delay the deposition of Apple's damages expert, Terry Musika, whose report lies at the heart of Apple's damages claim. Mr. Musika is currently scheduled to be deposed on April 26, 2012.  This was a date *offered and agreed to in writing* by Apple before it apparently decided on a new strategy of using its pending sanctions motion to delay the deposition. (*See* Anderson Declaration, Exh. A.)  Given the magnitude of the damages numbers Mr. Musika conjures, and his novel approach to arriving at those numbers, Samsung will be substantially prejudiced by any further delay in deposing Mr. Musika.  As Apple well knows, *Daubert* motions are due in less than a month, on May 17, 2012. (Dkt. 869 at 2.)  Samsung should be allowed to take Mr. Musika's deposition this week, on the date proposed by Apple eleven days ago, so that it has sufficient time to prepare a *Daubert* and/or summary adjudication motion.

Moreover, at the hearing on April 9, Apple argued that – if the Court ordered Samsung to produce additional documents – *both side's experts* should submit supplemental reports. (*See* Anderson Declaration, Exh. B, at 103:4-14.)  Yet now, Apple seeks to defer only its own damages expert's deposition, while the deposition of Samsung's rebuttal damages expert proceeds as planned.  This would give Apple an unfair tactical advantage in this crucial phase of the case by blocking Samsung from preparing a *Daubert* motion or other challenge, while allowing Apple to proceed with the discovery it needs for the same purpose.

1  For the foregoing reasons, Samsung respectfully requests that the Court deny Apple leave
2  to file a Supplemental Declaration in Support of its Rule 37(b)(2) Motion Re Samsung's Alleged
3  Violation of January 27, 2012 Damages Discovery Order.  If the Court does grant Apple leave,
4  Samsung respectfully requests leave to respond to Apple's unfounded allegations in a
5  supplemental declaration of its own.

DATED: April 22, 2012            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Victoria F. Maroulis*
      Charles K. Verhoeven
      Kevin P.B. Johnson
      Victoria F. Maroulis
      Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC

02198.51855/4717561.3

-2-         Case No. 11-cv-01846-LHK (PSG)
SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE
REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION