1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21        Plaintiff, | **DECLARATION OF CARL G. ANDERSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ERIK J. OLSON IN SUPPORT OF APPLE'S RULE 37(b)(2) MOTION** |
| 22        vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26        Defendants. | Date:  April 9, 2012<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 27 | |
| 28 | |

02198.51855/4717667.1

Case No. 11-cv-01846-LHK (PSG)
ANDERSON DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE
REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

I, Carl G. Anderson, declare as follows:

1. I am an attorney admitted to practice in the State of California and I am an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.  Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as Exhibit A is a true and correct copy of an April 11, 2012 letter from Thomas Watson to Mia Mazza.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the April 9, 2012 hearing in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2012, in San Francisco, California.

_____
Carl G. Anderson

02198.51855/4717667.1

-1-   Case No. 11-cv-01846-LHK (PSG)
ANDERSON DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION