# EXHIBIT A

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
tomwatson@quinnemanuel.com

April 11, 2012

VIA ELECTRONIC MAIL

Mia Mazza
Morrison & Forester LLP
425 Market Street
San Francisco, CA  94105-2482

Re:   Apple v. Samsung, Case No. 11-cv-1846 LHK (PSG) (N.D. Cal.)

Dear Mia:

I write on behalf of Samsung to accept certain deposition dates and locations for Apple's experts identified in your April 10, 2012 letter to Albert Bedecarre. I also write to offer dates and locations for several Samsung experts. I will write again soon to confirm additional Apple expert depositions and propose dates for Samsung's other experts as soon as I have more information.

A.    **Samsung Confirms the Following Expert Depositions Offered by Apple**

- Sanjay Sood:  April 20, 2012, in Los Angeles.

- Kent Van Liere:  April 26, 2012, in San Francisco.

- Henry Urbach:  April 19, 2012, in New York City.

- John Hauser:  April 27, 2012, in Boston.

- Peter Bressler:  April 23, 2012, in the 796 ITC action and April 24, 2012, in the

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4701493.1

Northern District of California action, both in Washington, D.C.

- Terry Musika:  April 26, 2012, in Washington, D.C.

- Susan Kare:  April 27, 2012, in San Francisco.

- Russell Winer:  April 27, 2012, in New York City.

- Alan Hedge:  April 23, 2012, for both the 796 ITC and the Northern District of California actions, in Washington, D.C.

**B.     Samsung Offers the Following Dates and Locations for its Experts**

- George Mantis:  April 25, 2012, in New York City.

- Gregory D. Abowd:  April 27, 2012, in Washington D.C.

- Itay Sherman:  April 19, 2012 in the 796 ITC Action and April 20, 2012 in the Northern District of California action, in Washington, D.C.

- Mark Lehto:  April 27, 2012, for both the 796 ITC and the Northern District of California actions, West Lafayette, IN.

- Michael Mazis:  April 27, 2012, in New York City.

- Nicholas Godici:  April 27, 2012, in Washington, D.C.

- R. Sukumar:  April 24, 2012, in Philadelphia, PA.

- Robert Anders:  April 24, 2012 in the 796 ITC Action and April 26, 2012 in the Northern District of California action, in Washington, D.C.

- Sam Lucente:  April 23, 2012, in San Francisco.

- Vincente E. O'Brien:  April 20, 2012, in San Francisco.

- Woodward Yang:  April 20, 2012, in Boston.

Very truly yours,

Thomas R. Watson