1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

10 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>[PROPOSED] ORDER ~~GRANTING~~ **DENYING ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF ERIK J. OLSON** |

In accordance with Civil L.R. 7-3(d) and 7-11, Apple Inc. ("Apple") has made an Administrative Request for leave to file a Supplemental Declaration of Erik J. Olson in Support of Apple's Rule 37(b)(2) Motion regarding Samsung's Violation of the Court's January 27, 2012 Damages Discovery Order.

Having considered the papers submitted, ~~and GOOD CAUSE HAVING BEEN SHOWN~~, the Court hereby ~~GRANTS~~ DENIES Apple's Administrative Request.

**IT IS SO ORDERED.**

Dated: __April 23__, 2012

The Honorable Paul S. Grewal
United States Magistrate Judge

[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING ADMIN. REQUEST FOR LEAVE TO FILE SUPPLEMENTAL OLSON DECL.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3135749                                                                                              1