[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**JOINT STATUS REPORT** |

1    Pursuant to the Court's Case Management Order (Dkt. No. 869) and instructions during the
2 April 12, 2012 Case Management Conference, the parties are continuing to discuss simplification
3 of the case for trial.

4    **Samsung's Report**:   On April 22, pursuant to the Court's instructions during the Case
5 Management Conference and its Case Management Order to streamline and simplify its offensive
6 case for trial, Samsung informed Apple that it will reduce its offensive case by at least three
7 patents, the specific identity of which Samsung will determine by April 30, 2012, following the
8 completion of the majority of expert depositions.   Samsung is continuing to evaluate its offensive
9 claims and hopes to further reduce those by April 30.

10    **Apple's Report**:   On April 23, Apple informed Samsung that it understands the time
11 limitation will necessarily restrict the size of the case Apple can present to the jury, and Apple
12 confirmed that by April 30 it will identify patents, patent claims, and/or non-patent assets that it
13 will dismiss without prejudice from this case in order to fit its presentation into the time allotted
14 for jury trial.

15    The parties will continue their meet and confer efforts on this issue over the next week.

| | |
|---|---|
| Dated: April 23, 2012 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California   94105-2482<br>Telephone:   (415) 268-7000<br>Facsimile:   (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   /s/ *Alison M. Tucher*<br><br>MORRISON & FOERSTER LLP<br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. |

| | |
|---|---|
| Dated: April 23, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>By:   /s/ *Victoria F. Maroulis*<br><br>Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |