1  Kfir Levy (SBN 235372)
   STEPTOE & JOHNSON LLP
2  1330 Connecticut Ave., N.W.
   Washington, D.C. 20036
3  Telephone: (202) 429-6472
   Facsimile: (202) 429-3902
4  Email: klevy@steptoe.com

5

6  *Attorneys for Defendants*
   SAMSUNG ELECTRONICS CO., LTD., et al.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE, INC.<br><br>          Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA,<br><br>          Defendants. | Case No. 11-CV-01846-LHK<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

DOC. # CC-264445 V.1

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Kfir Levy hereby appears in this matter on behalf of Defendants Samsung Electronics Co., Ltd., et al. and requests that all notices and/or papers filed or served in this matter be served on Defendant's counsel at the following address:

Kfir Levy (SBN 235372)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
Phone: (202) 429-6472
Facsimile:  (202) 429-3902
Email:  klevy@steptoe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Date:  April 24, 2012                                  Respectfully Submitted,


                                         /s/ Kfir Levy
                                    **STEPTOE & JOHNSON LLP**
                                    Kfir Levy (SBN 235372)
                                    1330 Connecticut Ave., N.W.
                                    Washington, D.C. 20036
                                    Phone: (202) 429-6472
                                    Facsimile:  (202) 429-3902
                                    Email:  klevy@steptoe.com