## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 24, 2012                    Time in Court: [10:10 to 11:01 (51 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc v. Samsung Electronics, Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Alison Tucher, Richard Hung and Marc Pernick
Defendant Attorney(s) present: Kevin Johnson

### PROCEEDINGS:
### Plaintiff's Rule 37(b)(2) Motion based on Samsung's Violation of the Court's 12/22/2011 Order Regarding Source Code (Doc. 795)

Counsel present oral arguments.
The Court takes matter under submission; written order after hearing to be issued.

///