| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK <br><br> **APPLE'S CONDITIONAL MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-2, Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636(b)(1)(A), Apple moves for relief from the April 12 nondispositive pretrial Order (1) Granting-in-Part Defendants' Motion to Compel Production of Certain Design Patents; (2) Granting-In-Part Defendants' Motion to Compel Production of Materials from Related Proceedings and to Enforce December 22, 2011 Court Order [Dkt. No. 867] ("April 12 Order").  Apple submits this conditional motion solely as a precautionary measure to avoid waiver of Apple's objections to the order pursuant to Rule 72(a).  This motion is based on the Administrative Motion for Clarification (filed simultaneously herewith at Docket No. 885) and supporting papers, incorporated herein by reference.

Apple respectfully requests that the Court grant relief from the portions of the April 12 Order addressed in the Administrative Motion, if the Administrative Motion is decided in whole or in part against Apple.

Dated: April 26, 2012                                MORRISON & FOERSTER LLP

                                                     By:   */s/ Alison M. Tucher*
                                                           ALISON M. TUCHER

                                                     Attorneys for Plaintiff
                                                     APPLE INC.