# Exhibit 1

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 25, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

This letter is to advise Samsung that Apple has completed its production of documents relating to its efforts to obtain design patents pursuant to and as limited by Part A of the Court's April 12, 2012, Order.

Specifically, Apple has produced all U.S. patent applications and file histories relating to the iPad 2 or the patents-in-suit, and all foreign patent applications and file histories relating to the iPad 2 or the patents-in-suit.

Please let us know if you have any questions.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   S. Calvin Walden
      Peter Kolovos

sf-3137937