# Exhibit 11

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL: (415) 875-6600  FAX: (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6309**

WRITER'S INTERNET ADDRESS
**amycandido@quinnemanuel.com**

April 24, 2012

VIA E-MAIL

Elizabeth Day
Feinberg Day Alberti & Thompson LLP
401 Florence St., Suite 200
Palo Alto, California 94301

Re:     Apple Inc. v. Samsung Electronics Co. et al.

Dear Elizabeth:

I write in response to your letter of April 20.

As Apple should be aware, HTC previously consented to Apple's disclosure of HTC's confidential business information ("CBI") to Samsung's counsel in connection with Apple's production of litigation materials from cases that have a technological nexus with Apple v. Samsung Electronics Co. et al., Case No. 11-cv-1846 LHK (N.D. Cal.), so long as any materials containing or referencing HTC's CBI are marked "Highly Confidential -- Attorneys' Eyes Only" under the Apple v. Samsung Protective Order (Dkt. 687).  Nevertheless, we hereby confirm that consent.

Please let me know if you have any further questions.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

2

Very truly yours,

*Amy H. Candido*

Amy H. Candido

CC: Lisa Kattan, OUII