# Exhibit 12

Intentionally Left Blank