# Exhibit 13

Intentionally Left Blank