Exhibit 19

| | |
|---|---|
| **From:** | Diane Hutnyan [dianehutnyan@quinnemanuel.com] |
| **Sent:** | Wednesday, April 25, 2012 4:56 PM |
| **To:** | Mazza, Mia |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | FW: Apple v. Samsung: Correspondence to Counsel for Motorola re April 12 Order |
| **Attachments:** | 2012-04-25 Ltr Mazza to Hutnyan re Motorola.pdf |

Mia, I do not do any work for Motorola or any of the other third-party entities at issue. As I informed you in one of yesterday's letters, you will need to contact *others* if you have questions about the scope of these consents.

Please contact Pete Chassman at Winston & Strawn regarding any questions about Motorola's consent.

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Wednesday, April 25, 2012 4:08 PM
**To:** Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung: Correspondence to Counsel for Motorola re April 12 Order


<<2012-04-25 Ltr Mazza to Hutnyan re Motorola.pdf>>

Hi Diane,

Attached please find correspondence sent to you in your capacity as Motorola's lawyer to clarify, if any clarification is needed, that the confidential information Apple seeks consent to produce to Samsung under the Court's April 12 Order is all Motorola confidential information contained in the court files in *Certain Mobile Devices And Related Software* (*Apple v. Motorola*), ITC Inv. No. 337-TA-750 and *Apple Inc. v. Motorola Inc. et al.*, No. 11-cv-08540 (D. Ill.) (formerly *Apple Inc. v. Motorola Inc. et al.*, No. 10-cv-00662 (W.D. Wis.)).

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------