Exhibit 22

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 22, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

This letter is to advise Samsung that Apple has completed its production of deposition transcripts pursuant to Part B.1 of the Court's April 12, 2012, Order. We will provide separate communication regarding Parts A and B.2.

Apple's production includes the transcripts of Apple employee depositions taken in the following cases:

- *Certain Portable Electronic Devices and Related Software* (*Apple v. HTC*), ITC Inv. No. 337-TA-797

- *Apple v. HTC, et al.*, CA. No. 10-167-GMS  (D. Del.)

- *Certain Electronic Devices with Multi-Touch Enabled Touchpad and Touchscreens* (*Elan Microelectronics Corp. v. Apple*), ITC Inv. No. 337-TA-714

- *Elan Microelectronics Corp. v. Apple, Inc.*, 09-cv-01531 (N.D. Cal.)

- *Nokia v. Apple*, 09-cv-00791 (D. Del.).

- *Certain Mobile Devices And Related Software* (*Apple v. Motorola*), ITC Inv. No. 337-TA-750

- *Apple Inc. v. Motorola Inc. et al.*, 10-cv-00661 (W.D. Wis.)

- *Apple Inc. v. Motorola Inc. et al.*, 11-cv-08540 (D. Ill.) (formerly *Apple Inc. v. Motorola Inc. et al.*, 10-cv-00662 (W.D. Wis.))

sf-3135973

**MORRISON | FOERSTER**

Diane Hutnyan
April 22, 2012
Page Two

- *Certain Personal Data and Mobile Communications Devices and Related Software* (*Apple v. HTC*), ITC Inv. No. 337-TA-710

- *Certain Electronic Devices, Including Mobile Phones, Portable Music Players, and Computers* (*Nokia v. Apple*), ITC Inv. No. 337-TA-701

- *Quantum Research Group (QRG) v. Apple*, No. 1:05-cv-03408-WMN (D. Md.)

Please let us know if you have any questions.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   S. Calvin Walden
      Peter Kolovos

sf-3135973

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 24, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

As we advised you on April 22, over the weekend Apple completed its production of deposition transcripts pursuant to Part B.1 of the Court's April 12, 2012, Order.

Attached to this letter is a list of Apple employees whose transcripts have now been produced (except for those transcripts post-dating the discovery cutoff or the witness's *Apple v. Samsung* Northern District of California deposition). Based on our review of the transcripts, we do not see any that warrant recalling a witness for deposition, but please let us know if Samsung requests to conduct any depositions of these Apple employees pursuant to the April 12 Order.

The April 12 Order requires that any depositions must be completed no later than May 10, 2012. Apple will need time to clear time on the schedules of the relevant witnesses and prepare them for deposition. Accordingly, please provide us with the names of any Apple employees Samsung requests to depose no later than 5 p.m. on Wednesday, April 25, 2012.

Sincerely,

/s/ Mia Mazza

Mia Mazza

Encl.

cc:   S. Calvin Walden
      Peter Kolovos

sf-3136478

Deposition Transcripts Produced by Apple
April 17-20, 2012

| Case | Witness | Date of Prior Depo |
|---|---|---|
| HTC ITC 710 | Adler, Darin | 11/2/2010 |
| HTC ITC 710 | Allen, Andrew | 11/2/2010 |
| HTC ITC 710 | Allen, Andrew | 11/30/2010 |
| Nokia ITC 701 | Allen, Andrew | 5/7/2010 |
| Nokia Delaware | Allen, Andy | 5/26/2011 |
| Nokia Delaware | Anderson, David | 5/24/2011 |
| HTC ITC 710 | Anderson, Eric | 12/3/2010 |
| HTC ITC 710 | Arrouye, Yan | 11/19/2010 |
| HTC ITC 710 | Batson, James | 11/19/2010 |
| Elan NDCA | Bauerly, Kristi | 8/23/2011 |
| Elan NDCA | Bollinger, Steve | 7/29/2011 |
| HTC ITC 710 | Bolton, Eugenie | 10/20/2010 |
| HTC ITC 710 | Bonnet, Olivier | 11/16/2010 |
| HTC ITC 710 | Bonnet, Olivier | 1/12/2011 |
| Nokia ITC 701 | Bonnet, Olivier | 4/29/2010 |
| Nokia ITC 701 | Bonnet, Olivier | 4/29/2010 |
| Nokia ITC 701 | Bonnet, Olivier | 6/29/2010 |
| Motorola Illinois | Bonura, Thomas | 8/26/2011 |
| Motorola Illinois | Bonura, Thomas | 12/15/2011 |
| HTC ITC 710 | Bonura, Thomas | 10/27/2010 |
| Nokia ITC 701 | Borios, Guillaume | 7/1/2010 |
| HTC ITC 710 | Boynton, Lee | 11/19/2010 |
| HTC ITC 710 | Boynton, Lee | 1/18/2011 |
| Nokia ITC 701 | Bright, Andrew | 6/29/2010 |
| QRG v. Apple | Bronstein, Chad | 9/27/2007 |
| Elan NDCA | Buckley, Mark | 9/21/2011 |
| Motorola Illinois | Buckley, Mark | 2/22/2012 |
| Motorola ITC 750 | Buckley, Mark | 7/8/2011 |
| Nokia Delaware | Buckley, Mark | 4/14/2011 |
| Motorola Illinois | Burch, Costen | 9/8/2011 |
| Nokia ITC 701 | Caballero, Ruben | 6/11/2010 |
| HTC ITC 710 | Capps, Stephen | 11/23/2010 |
| HTC ITC 710 | Casabona, Helen | 12/3/2010 |
| Nokia ITC 701 | Chen, Shaohai | 6/17/2010 |
| HTC ITC 710 | Chernikoff, Daniel | 10/29/2010 |
| Elan NDCA | Cinereski, Stephanie | 8/7/2011 |
| Nokia ITC 701 | Ciudad, Jean-Pierre | 6/15/2010 |
| Motorola Illinois | Cleron, Michael | 9/23/2011 |
| HTC ITC 710 | Cohn, Ted | 1/21/2011 |
| Motorola ITC 750 | Coutant, Deborah | 7/14/2011 |
| HTC ITC 710 | Cypher, Allen | 12/3/2010 |
| Elan NDCA | Della Bona, Mark | 5/25/2010 |
| Nokia Delaware | Devon, Mark | 5/11/2011 |
| Nokia Delaware | Dilts, Michael | 5/3/2011 |
| Nokia ITC 701 | Dimpflmaier, Ronald | 6/29/2010 |
| Nokia ITC 701 | Dimpflmaier, Ronald | 4/27/2010 |
| Elan NDCA | Dorfman, Jonathan | 6/12/2010 |
| QRG v. Apple | Elias, John | 10/19/2007 |
| HTC ITC 710 | Engber, Michael | 11/18/2010 |
| HTC ITC 710 | Engber, Michael | 1/20/2011 |

Deposition Transcripts Produced by Apple
April 17-20, 2012

| Case | Witness | Date of Prior Depo |
|---|---|---|
| Nokia ITC 701 | Fisher, Joseph | 5/14/2010 |
| Motorola Illinois | Fisher, Stephen | 8/25/2011 |
| HTC ITC 710 | Fisher, Stephen | 11/11/2010 |
| HTC ITC 710 | Freedman, Gordon | 10/21/2010 |
| HTC ITC 710 | Freedman, Gordon | 10/22/2010 |
| HTC ITC 710 | Garst, Blaine | 1/21/2011 |
| Motorola ITC 750 | Garst, Gerald | 7/29/2011 |
| Motorola Illinois | Goldsmith, Deborah | 7/19/2011 |
| Nokia Delaware | Goldsmith, Deborah | 4/6/2011 |
| HTC ITC 710 | Goldsmith, Deborah | 10/26/2010 |
| HTC ITC 710 | Goldsmith, Deborah | 1/21/2011 |
| HTC ITC 710 | Graffagnino, Peter | 11/4/2010 |
| HTC ITC 797 | Grunthaner, Martin | 2/28/2012 |
| Nokia ITC 701 | Guo, Haito Harry | 6/15/2010 |
| Nokia ITC 701 | Guo, Haito Harry | 8/19/2010 |
| Elan NDCA | Hamlin, Jay | 7/8/2011 |
| QRG v. Apple | Hamlin, Jay | 9/26/2007 |
| Nokia ITC 701 | Hill, Robert | 7/21/2010 |
| Motorola Illinois | Jain, Rajiv | 9/1/2011 |
| Elan NDCA | Jue, Eric | 9/9/2011 |
| HTC ITC 710 | Keenan, William | 11/17/2010 |
| HTC ITC 710 | Kledzik, Nick | 12/10/2010 |
| HTC ITC 710 | Knight, Holly | 10/8/2010 |
| HTC ITC 797 | Knight, Kurt | 3/6/2012 |
| Nokia ITC 701 | Kocienda, Ken | 6/3/2010 |
| Nokia ITC 701 | Kocienda, Ken | 6/22/2010 |
| QRG v. Apple | Krah, Christopher | 10/11/2007 |
| Nokia ITC 701 | Labidi, Cyril | 7/14/2010 |
| Nokia ITC 701 | Lancaster, Charles | 4/27/2010 |
| Nokia ITC 701 | Lancaster, Charles | 4/27/2010 |
| QRG v. Apple | Lancaster, Frederick Charles | 10/23/2007 |
| Nokia ITC 701 | Lemay, Stephen | 7/9/2010 |
| Nokia ITC 701 | Lindahl, Aram | 5/11/2010 |
| Nokia ITC 701 | Lindahl, Aram | 5/11/2010 |
| HTC ITC 710 | Louch, John | 10/27/2010 |
| QRG v. Apple | Low, Wing Kong | 9/26/2007 |
| HTC ITC 710 | Luciw, William | 2/9/2010 |
| HTC ITC 710 | Lutton, Richard | 11/16/2010 |
| Motorola Illinois | Lutton, Richard | 4/1/2011 |
| Motorola Illinois | Lynch, Bryan | 11/21/2011 |
| HTC ITC 710 | Lynch, John | 11/12/2010 |
| Nokia Delaware | Lynch, John Hetzler | 5/27/2011 |
| QRG v. Apple | Lyon, Benjamin | 9/28/2007 |
| HTC ITC 710 | Mann, Tim | 11/20/2010 |
| Motorola Illinois | Maresca, Peter | 1/19/2012 |
| Elan NDCA | Marriott, Greg | 7/26/2011 |
| Motorola Illinois | Matas, Mike | 2/15/2012 |
| Nokia Delaware | Matheny, John | 6/6/2011 |
| HTC ITC 710 | Matteson, Trey | 1/21/2011 |
| HTC ITC 710 | Maurer, Joseph | 11/16/2010 |

Deposition Transcripts Produced by Apple
April 17-20, 2012

| Case | Witness | Date of Prior Depo |
|---|---|---|
| Nokia Delaware | Menendez, Norberto | 5/13/2011 |
| Motorola Illinois | Miller, James | 12/13/2011 |
| HTC ITC 710 | Miller, James | 10/29/2010 |
| HTC ITC 710 | Miller, James | 2/17/2011 |
| Nokia Delaware | Milne, Steven | 6/10/2011 |
| Nokia ITC 701 | Mittleman, Adam | 4/29/2010 |
| Nokia ITC 701 | Mittleman, Adam | 4/29/2010 |
| Nokia ITC 701 | Mittleman, Adam | 6/17/2010 |
| HTC ITC 710 | Moeller, Christopher | 11/16/2010 |
| Nokia ITC 701 | Moore, Brad | 7/22/2010 |
| Nokia ITC 701 | Moore, Brad | 8/25/2010 |
| HTC ITC 710 | Nakano, Russell | 10/13/2010 |
| HTC ITC 710 | Nardi, Bonnie | 12/1/2010 |
| HTC ITC 710 | Nardi, Bonnie | 2/17/2011 |
| Motorola Illinois | Newberry, Robert | 9/7/2011 |
| Nokia ITC 701 | Nguyen, Peggy | 4/29/2010 |
| Nokia Delaware | Nichols, James | 5/24/2011 |
| HTC ITC 710 | Nichols, James | 11/10/2010 |
| HTC ITC 710 | Norum, Carl | 11/19/2010 |
| HTC ITC 710 | Norum, Michaelanne | 11/22/2010 |
| Nokia ITC 701 | Novick, Gregory | 4/28/2010 |
| Nokia ITC 701 | Novick, Gregory | 4/28/2010 |
| Nokia ITC 701 | Novick, Gregory | 6/30/2010 |
| Nokia ITC 701 | Ording, Bas | 5/27/2010 |
| HTC ITC 710 | Orton, Debra Lyn | 11/4/2010 |
| HTC ITC 710 | Ozer, Ali | 10/22/2010 |
| HTC ITC 710 | Ozer, Ali | 1/24/2011 |
| Nokia ITC 701 | Pantfoerder, Achim | 5/28/2010 |
| Nokia ITC 701 | Parivar, Nima | 6/24/2010 |
| HTC ITC 797 | Patel, Parin | 2/29/2012 |
| HTC ITC 710 | Paterson, Toby | 11/4/2010 |
| Nokia ITC 701 | Paterson, Toby | 7/1/2010 |
| Motorola Illinois | Peterson, John | 9/7/2011 |
| Nokia Delaware | Potrebic, Peter | 5/5/2011 |
| HTC ITC 710 | Prouse, Craig | 12/9/2010 |
| Elan NDCA | Rangel, Arthur | 8/31/2011 |
| Motorola ITC 750 | Reece, Russell | 6/21/2011 |
| Motorola Illinois | Rekieta, Paul | 9/8/2011 |
| HTC ITC 710 | Roskes, Dan | 10/28/2010 |
| Nokia ITC 701 | Roskes, Dan | 5/5/2010 |
| HTC ITC 710 | Salvaggio, Vito | 10/22/2010 |
| Nokia ITC 701 | Sanguinetti, Louis | 5/25/2010 |
| HTC ITC 710 | Saulpaugh, Thomas | 12/3/2010 |
| HTC ITC 710 | Sazegari, Ali | 11/16/2010 |
| Nokia Delaware | Schaeffer, Arnold | 6/8/2011 |
| Nokia ITC 701 | Schlub, Robert | 6/30/2010 |
| HTC ITC 710 | Serlet, Bertrand | 11/16/2010 |
| HTC ITC 710 | Serlet, Bertrand | 1/20/2011 |
| HTC ITC 710 | Shebanek, Michael | 12/8/2010 |
| Nokia Delaware | Shi, Jason | 3/11/2011 |

Highly Confidential - Attorneys' Eyes Only

Deposition Transcripts Produced by Apple
April 17-20, 2012

| Case | Witness | Date of Prior Depo |
|---|---|---|
| Nokia Delaware | Singer, David | 11/18/2010 |
| HTC ITC 710 | Szymanski, Steven | 11/5/2010 |
| Nokia ITC 701 | Tam, John | 6/23/2010 |
| Nokia ITC 701 | Tamchina, Phil | 6/15/2010 |
| HTC ITC 710 | Tchao, Michael | 11/8/2010 |
| Elan NDCA | Teksler, Boris | 8/23/2011 |
| Motorola Illinois | Teksler, Boris | 3/14/2012 |
| Nokia Delaware | Teksler, Boris | 5/26/2011 |
| HTC ITC 710 | Tevanian, Avadis | 11/12/2010 |
| Nokia Delaware | Thomas, Tito | 3/22/2011 |
| HTC ITC 710 | Trehus, Eric | 11/1/2010 |
| Nokia ITC 701 | Tupman, David | 6/9/2010 |
| Motorola Illinois | Ulrich, Robert | 8/24/2011 |
| Nokia Delaware | Ulrich, Robert | 4/19/2011 |
| Nokia ITC 701 | Waldon, Matthew | 6/17/2010 |
| Nokia ITC 701 | Webster, Steven | 6/22/2010 |
| Nokia ITC 701 | Webster, Steven | 6/23/2010 |
| Nokia Delaware | White, Christopher | 6/3/2011 |
| HTC ITC 710 | Workman, Helene | 10/28/2010 |
| HTC ITC 710 | Wright, David | 11/3/2010 |
| HTC ITC 710 | Wright, David | 2/22/2011 |
| HTC ITC 710 | Wysocki, Christopher | 10/12/2010 |
| HTC ITC 710 | Zamora, Enrique | 10/29/2010 |