| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF APRIL 12 ORDER** |

1   Apple seeks an order clarifying the Court's April 12 Order. Having considered the
2   arguments of the parties and the papers submitted, Apple's Motion for Clarification is
3   GRANTED.
4   The April 12 Order compelling production of unredacted court documents does not
5   require Apple to produce documents in violation of ITC protective orders or Local Rules. To the
6   extent ITC protective orders or Local Rules do not have an exception that allows for production
7   pursuant to a court order, Apple is relieved of any requirement to produce confidential documents
8   from court files in the applicable cases.
9   Moreover, the April 12 Order compelling additional depositions permits Samsung to take
10  only those depositions that are reasonably necessary to mitigate prejudice caused by Apple's late
11  production of transcripts pursuant to the Order.

**IT IS SO ORDERED.**

Dated: May _____, 2012.

HONORABLE PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION FOR CLARIFICATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3138429