UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL PORTIONS OF THE MARCH 27, 2012 HEARING TRANSCRIPT (DKT. 855) PURSUANT TO GENERAL ORDER NO. 59** |

Pursuant to General Order No. 59, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Seal portions of the Transcript of Proceedings Before the Honorable Paul S. Grewal, United States Magistrate Judge, dated March 27, 2012 (Dkt. 855) ("Transcript")

The portions of the Transcript listed below discuss or refer to documents or deposition transcripts designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

Accordingly, for good cause shown, the Court ORDERS that the following portions of the Transcript shall be filed under seal:

| Morning Session (Page:Lines) | Afternoon Session (Page:Lines) |
|---|---|
| 13:20-25<br>14:10-15, 18-25<br>15:5, 15-22<br>16:3-5, 15-17<br>17:16-20<br>18:1-9, 12-13, 17-19<br>22:16-17, 20<br>23:1<br>24:3<br>27:1-7<br>30:1-4, 9-12, 20-21<br>31:5-8, 10-12, 18, 20-21<br>32:6-8<br>33:3-6, 9-11, 15-21, 24-25<br>34:1-5, 8-11, 21-25<br>35: 1-2, 17-19, 22<br>36:3-6, 23-24<br>37:11-12, 14-17, 19-24<br>38:11-13, 22-23<br>39:18-25<br>40:1<br>41:17-20<br>42:2-4, 20-23<br>43:8, 14, 16-21, 23-25<br>44:1, 3-7, 10-12, 21-25<br>45:2-4, 12-14<br>46:2-4, 7-11, 18<br>47:8-10, 12-15, 22-23, 25<br>48:1, 11-13, 15-19<br>49:2-5, 8-12<br>51:6-9<br>52:1-4, 23-25<br>53:2-3, 4-10, 12-17, 23-25<br>54:1-2<br>55:6-10 | 63:8-12, 19-25<br>64:1-9, 12-16, 21-25<br>68:5-6, 8-9, 16-19, 22-25<br>69:3-8<br>70:10-25<br>71:1, 5-6, 21-24<br>72:6-12, 19-21<br>73:8-9, 12-13, 17-18<br>76:13-16<br>77:17-22<br>78:3-5<br>79:7-8<br>86:9-13<br>88:19-21<br>96:23-24<br>97:13-14, 25<br>98:1-2<br>104:5-7<br>121:24-25<br>122:1<br>140:2-5<br>142:3-5 |

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-                                  Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL PORTIONS OF HEARING TRANSCRIPT