# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

February 3, 2012

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:     *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Mia:

I write regarding Apple's deficient production of documents, including but not limited to deposition transcripts, expert reports and declarations, and claim construction briefs, from proceedings involving the patents-in-suit and related patents.

For example, Apple has asserted the '381, '129, and '915 patents against HTC in 337-TA-797, yet Apple has produced from this action only the deposition transcript of Scott Herz.  Apple has failed to produce, *inter alia*, any other deposition transcripts, any expert claim construction reports, and the claim construction briefs of either party.  Apple has also failed to produce *any* documents from its action against HTC in Delaware (*Apple, Inc. v. High Tech Computers*, 10-cv-00167).

These matters directly involve the patents-in-suit, but Apple has similarly failed to produce any documents from actions involving patents related to the patents-in-suit.

All of these materials should have produced months ago in response to Samsung's Request for Production No. 75:

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

**REQUEST FOR PRODUCTION NO. 75:**
All DOCUMENTS relating to any lawsuit, administrative proceeding, or other proceeding involving any of the APPLE ACCUSED PRODUCTS, APPLE IP, or patents related to the APPLE PATENTS-IN-SUIT, including, without limitation, any pleading, paper, motion, affidavit, declaration, report, decision, or order, for cases to include, without limitation, C11-80169 MISC JF (HRL) (N.D. Cal.), 337-TA-794 (ITC), 1:2010cv23580 (S.D. Fla.), 1:2010cv06385 (N.D. Ill.), 1:2010cv06381 (N.D. Ill.), 337-TA-745 (ITC), 1:2010cv00166 (D. Del.), 1:2010cv00167 (D. Del.), 337-TA-724 (ITC), 3:2010cv00249 (W.D. Wisc.), and 337-TA-701 (ITC).

Further, Apple's failure to produce deposition transcripts from these actions is in direct violation of the Court's Order to Apple to produce by January 15, 2012 "all responsive transcripts" of Apple witnesses bearing a "technological nexus" to the patents-in-suit.  (Dkt. 536 at 5).

Please produce immediately *all* relevant documents from Apple's other actions involving the patents-in-suit and any related patents.  If Apple has already produced any of these documents, please identify where they are by Bates number.  If Apple will not produce all of these documents by Sunday, February 5, please let us know why and propose some kind of reasonable, prompt and final resolution to the issue.  If we cannot reach agreement by Sunday, we will put this on our February 6 lead counsel meet-and-confer agenda.

Kind regards,

*/s/*

Diane C. Hutnyan

2