# EXHIBIT J

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

March 23, 2012

**VIA ELECTRONIC MAIL**

Jason Bartlett, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Jason,

Following on my letters of February 23 and March 3, I write to update Apple further on Samsung's efforts to obtain approval from certain third parties for Apple to produce materials from related actions that purportedly contain the confidential business information of those third parties.

Nokia consents to a limited disclosure of documents *Nokia v. Apple*, 09-cv-00791 (D. Del.), the subject matter of which bear a technological nexus to the instant litigation as it involves the '381 patent. Nokia's consent is predicated on the condition that all such documents are for use exclusively in the ongoing litigation between Samsung and Apple. Please see the attached email for details, which explicitly sets out the scope of Nokia's consent, including which documents are released.

In regard to these materials from related actions that contain the confidential business information of third parties, Apple represented on February 10 that "[o]nce Samsung obtains this consent, Apple will promptly produce such documents." Obviously, that was false, but we urge Apple again to produce all responsive documents without further delay.

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom  | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

Kind regards,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan


Enclosure