| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK (PSG) <br><br> **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hon. Lucy H. Koh |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Motion for Adverse Inference Jury Instructions due to Samsung's Spoliation of Evidence ("Motion");

2. The confidential, unredacted version of the Declaration of Esther Kim in Support of Apple's Motion ("Kim Declaration"); and

3. Exhibits 2 through 31, 34, and 35 to the Kim Declaration.

Items 1 through 3 contain materials that Samsung has designated as confidential under the protective order entered in this case. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration establishing good cause to permit the sealing of these materials. Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted. Proposed redacted versions of items 1–2 are attached as exhibits hereto.

Dated: May 1, 2012                                    MORRISON & FOERSTER LLP

                                                      By:   */s/ Harold J. McElhinny*
                                                            Harold J. McElhinny

                                                            Attorneys for Plaintiff
                                                            APPLE INC.