HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.      11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:      June 7, 2012<br>Time:      1:30 p.m.<br>Place:     Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

**REDACTED PUBLIC VERSION**

I, Esther Kim, declare as follows:

1.      I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California.  Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from other members of my litigation team.  I make this Declaration in support of Apple's Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

2.      Certain exhibits to this Declaration consist of Korean-language documents produced by Samsung in this action.  To the extent time has permitted, Apple has obtained certified translations of the documents and submits those translations herewith along with each Korean original.  For the remaining Korean-language documents, Apple has obtained non-certified translations and submits those herewith along with the Korean original.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a translation of the Republic of Korea's Fair Trade Commission ("KFTC") Press Release dated March 16, 2012, which was obtained from the official website of the KFTC, at the address: http://www.ftc.go.kr/news/ftc/reportView.jsp?report_data_no=4688&report_data_div_cd=&tribu_type_cd=&currpage=6&searchKey=&searchVal=&stdate=&enddate=  (last accessed on April 29, 2012).

4.      Under my supervision, contract attorneys for Morrison & Foerster reviewed the custodial documents Samsung produced for witnesses who were deposed by Apple—documents produced in this action, as well as documents produced in the matter of *Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796, pending in the International Trade Commission ("ITC action").  The contract attorneys tallied the number of emails within the custodial documents for each witness.

KIM DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-cv-01846-LHK (PSG)
sf-3139313

1

| Deponent | Date of deposition | No. of Emails | Total No. of Custodial Documents |
|---|---|---|---|
| ██████ | ██████████ | █ | █ |
| ██████ | ██████████ | █ | █ |
| ██████ | ██████████ | █ | █ |
| ████████ | ██████████ | █ | █ |
| ███ | ████████ | █ | █ |
| ███████ | ████████ | █ | █ |
| ██████ | ████████ | █ | █ |
| ██████ | ████████ | █ | █ |
| ████ | ████████ | █ | █ |
| ██████ | ██████████ | █ | █ |
| ███████ | ████████ | █ | █ |
| ██████ | ████████ | █ | █ |
| ██████ | ████████ | █ | █ |
| ██████ | ██████████ | █ | █ |

█ ████████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████

████████████████████████

6.      Attached hereto as **Exhibit 2** is a true and correct copy of the document produced by Samsung beginning with Bates number SAMNDCA00514571, ████████████

████████████████████████████████████

███████████████████████████████████

████████████████████████████████. A true and correct copy of a certified translation is included.

1    7.    Minhyouk Lee ████████████████████████████████

2    ████████████████████████████████████████████████████

3    ████████████████████████████████████████████████████

4    ████████████████████████████████████████

5    8.    Joon-Il Choi ████████████████████████████████

6    ████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ██████████████

11   9.    Attached hereto as **Exhibit 3** is a true and correct copy of the document produced

12   by Samsung beginning with Bates number SAMNDCA00513783, █████████████████

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15   ████████████████████████████████████████████ A true and

16   correct copy of a certified translation is included.

17   10.    Don-Joo Lee ████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   ██████████████████████

21   11.    Attached hereto as **Exhibit 4** is a true and correct copy of the document produced

22   by Samsung beginning with Bates number SAMNDCA00515899, ████████████████

23   ████████████████████████████████████████████████

24   ████████████████████████████████████████████████

25   ████████████████████████████████████████████

26   ████████████████████████ A true and correct copy of a translation is included.

27   12.    Attached hereto as **Exhibit 5** is a true and correct copy of the document produced

28   by Samsung beginning with Bates number SAMNDCA00509359, ████████████████

1

2

3

4          A true and correct copy of a translation is included.

5      13.    Ioi Lam

6

7      14.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1  ███████████████████████████████████████████████

2  ████████████████████████████████████████████████

3  █████████████████████████████████████████

4  ███████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ███████████████████████████████████████████████

7  ████████████████████████████████

8  ██████████████████████████████████████

9       15.    Samsung produced ████████████████████████

10  ████████████████

11       16.    Attached hereto as **Exhibit 6** is a true and correct copy of the document produced

12  by Samsung beginning with Bates number SAMNDCA00229449, ████████████

13  ███████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████

17       17.    Attached hereto as **Exhibit 7** is a true and correct copy of the document produced

18  by Samsung beginning with Bates number SAMNDCA00229399, ████████████

19  ██████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ███████████████████████████████████████████████ A

22  true and correct copy of a translation is included.

23       18.    Dong Hoon Chang ██████████████████████████

24  ████████████████████████████████████████████████

25  ██████████████████

26       19.    Attached hereto as **Exhibit 8** is a chart that lists 14 key documents ███████

27  ██████████████████████████████████████████

28  ████████████████████████████████████████████████

KIM DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-cv-01846-LHK (PSG)
sf-3139313

5

1  ████████████████████████████████████████████████████████

2  ██████████████████████████████████████████████████████████

3  █████████████████████████████████████████████████████

4  █████████████████████████████████████████████████████████

5  ███████████████████████████████

6      20.    Nara Cho█████████████████████████████████

7  ██████████████████████████████████████████████████████

8  ██████████████████████████████████████████████████████████

9  ██████████████████████████████████████████████████████████

10  ██████████████████████████████

11      21.    Wookyun Kho, Junho Park, Ahyoung Kim, Hyejung Lee, Oh Chae Kwon, and

12  Mincheol Shin████████████████████████████████████████████

13  ████████████████████████████████████████████████████████

14  ██████████████████████████████████████████████████████████

15  ██████████████████████████████████████████████████████████

16  ███████████████████████████████

17      22.    Samsung produced████████████████████████████████████

18  █████████████████████████████████████████████████████

19  ████████████████████████████████████

20      23.    Attached hereto as **Exhibit 9** is a true and correct copy of Samsung's Second

21  Supplemental and Amended Identification of Custodians, Litigation Hold Notices and Search

22  Terms, dated February 26, 2012, and Exhibits A, C, D, E, G, I, J, K, and S thereto.

23      24.    Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the

24  transcript of the deposition of Kyu Hyuk Lee taken on March 8, 2012.

25      25.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the

26  transcript of the deposition of Kyu Hyuk Lee taken on February 10, 2012, in the ITC action.

27      26.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the

28  transcript of the deposition of Joo Hyuk Kang on February 6, 2012, in the ITC action.

1      27.      Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the
2  transcript of the deposition of Kang Hyun Lee on February 3, 2012, in the ITC action.

3      28.      Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the
4  transcript of the deposition of Se-Hyun Cho on February 20, 2012, in the ITC action.

5      29.      Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the
6  transcript of the deposition of Seongho Won on March 12, 2012, in the ITC action.

7      30.      Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the
8  transcript of the deposition of Joon-Il Choi on March 20, 2012, in the ITC action.

9      31.      Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the
10  transcript of the deposition of Kyu Hyung Lee on March 15, 2012, in the ITC action.

11      32.      Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the
12  transcript of the deposition of Junho Park on January 14, 2012.

13      33.      Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the
14  transcript of the deposition of WooUp Kwon on April 11, 2012, in the ITC action.

15      34.      Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the
16  transcript of the deposition of Jaehwang Sim taken on March 31, 2012.

17      35.      Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the
18  transcript of the deposition of Corey Kerstetter taken on March 29, 2012.

19      36.      Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the
20  transcript of the deposition of Hyun Goo Woo taken on March 6, 2012.

21      37.      Attached hereto as **Exhibit 23** is a true and correct copy of Exhibit 5 to the
22  deposition of Michael Finnegan taken on March 1, 2012, in the ITC action.

23      38.      Attached hereto as **Exhibit 24** is a true and correct copy of the document produced
24  by Samsung beginning with Bates number S-ITC-003006124, which is the Samsung Mobile
25  Organizational Chart.  A true and correct copy of a certified translation is included.

26      39.      Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the
27  transcript of the deposition of Wookyun Kho taken on January 12, 2012.

28

40.     Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the transcript of the deposition of Junho Park taken on January 14, 2012.

41.     Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the transcript of the deposition of Ahyoung Kim taken on January 11, 2012.

42.     Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the deposition of Hyejung Lee taken on March 28, 2012.

43.     Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the transcript of the deposition of Oh Chae Kwon taken on March 30, 2012.

44.     Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the transcript of the deposition of Mincheol Shin taken on January 12, 2012.

45.     Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the deposition of Nara Cho taken on January 14, 2012.

46.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the hearing held on May 20, 2011, in *Fractus v. Samsung Electronics Co., Ltd*., No. 6:09-cv-203-LED, in the Eastern District of Texas.

47.     On July 11, 2011, Apple sent Samsung a letter to confirm that Samsung had steps to preserve evidence and fulfill its document preservation obligations.  Attached hereto as **Exhibit 33** is a true and correct copy of this letter.  The letter raised Samsung's prior difficulties with document preservation, *i.e.*, *Mosaid Techs., Inc. v. Samsung Elecs. Co.*, 348 F. Supp. 2d 332, 336,340 (D.N.J. 2004) (sanctioning Samsung and related entities for destroying relevant electronic mail after lawsuit filed); *Fractus, S.A. v. Samsung Elecs. Co.*, No. 09-cv-203 (E.D. Tex.) (trial transcript referring to Samsung's continued policy of deleting electronic mail every two weeks, even after lawsuit filed).

48.     Attached hereto as **Exhibit 34** is a true and correct copy of the document produced by Samsung beginning with Bates number SAMNDCA10247537, ███████████████████████

████████████████████████████████████ A true and correct copy of a translation is included.

1         49.    Attached hereto as **Exhibit 35** is a true and correct copy of the document produced

2    by Samsung beginning with Bates number SAMNDCA10247373, ███████████████

3    ████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████

5    █████████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████████████████████████████

8    ████████████████████████████████████    A true and correct

9    copy of a certified translation is included.

10        I declare under penalty of perjury that the foregoing is true and correct.  Executed

11   May 1, 2012, at San Francisco, California.

12                                             */s/ Esther Kim*

13                                            Esther Kim

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIM DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3139313

9

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file

3

this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Esther Kim has

4

concurred in this filing.

5

Dated:  May 1, 2012                                  */s/ Harold J. McElhinny*
                                                              Harold J. McElhinny

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28