Exhibit 32

Case 6:09-cv-00203-LED-JDL Document 1020 Filed 06/10/11 Page 1 of 123 PageID #: 30452
Case 5:11-cv-01846-LHK Document 895-4 Filed 05/01/12 Page 2 of 11

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION

 3  FRACTUS                                *    Civil Docket No.
                                           *    6:09-CV-203
 4  VS.                                    *    Tyler, Texas
                                           *
 5                                         *    May 20, 2011
    SAMSUNG ELECTRONICS, CO., LTD.,        *
 6  ET AL                                  *    8:30 A.M.

 7                    TRANSCRIPT OF JURY TRIAL
                BEFORE THE HONORABLE LEONARD DAVIS
 8                 UNITED STATES DISTRICT JUDGE

 9  APPEARANCES:

10  FOR THE PLAINTIFFS:      MR. MAX TRIBBLE, JR.
                             Susman Godfrey
11                           1000 Louisiana Street
                             Suite 5100
12                           Houston, TX    77002

13                           MR. MICHAEL HEIM
                             MR. LESLIE PAYNE
14                           Heim Payne & Chorush
                             600 Travis St., Suite 6710
15                           Houston, TX    77002

16                           MR. JUSTIN NELSON
                             MS. GENEVIEVE VOSE
17                           Susman Godfrey
                             1201 Third Avenue
18                           Suite 3800
                             Seattle, WA    98101

19

20  APPEARANCES CONTINUED ON NEXT PAGE:

21
    COURT REPORTERS:         MS. SUSAN SIMMONS, CSR
22                           MS. JUDITH WERLINGER, CSR
                             Official Court Reporter
23                           100 East Houston, Suite 125
                             Marshall, TX    75670
24                           903/935-3868

25  (Proceedings recorded by mechanical stenography,
    transcript produced on CAT system.)
```

```
 1  Was Samsung aware in 2006, while it was still doing
 2  business with Fractus, that Fractus was already building
 3  this nice jury story of infringement of the multilevel
 4  patent?
 5       A.   This is the first time that I'm hearing it.
 6       Q.   And that is a Samsung phone that's contained
 7  on Exhibit 172; is that correct?
 8       A.   Yes, it is.
 9       Q.   And at that time, Fractus and Samsung were
10  still doing business together?
11       A.   Yes.
12       Q.   And never told you that they were -- had it in
13  mind all along to sue us three years later?
14       A.   That's right.  We never heard anything like
15  that.
16            MR. BARTA:  Pass the witness.
17            THE COURT:  All right.  Cross-exam.
18                   CROSS-EXAMINATION
19  BY MR. NELSON:
20       Q.   Good afternoon, Mr. Kim -- or good morning
21  still.
22       A.   Yes.
23       Q.   You understand that once a lawsuit has been
24  filed, every party has an obligation to preserve
25  relevant documents, correct?
```

1   A.   Yes, I do.
2   Q.   Your e-mails continued to delete after 14 days
3 even after this lawsuit was filed and after we had given
4 notice about you personally to Samsung, correct?
5   A.   Well, system-wise. It is system-wise. The
6 system itself would -- is such way that it -- those were
7 deleted within 14 days, unless there's a request to
8 preserve these documents. And if these documents are
9 documents that are considered to be important, and those
10 would be preserved, though.
11           MR. NELSON: First of all, could you
12 please tell the witness, if he can answer my question
13 yes or no, we have very limited time, so I would
14 appreciate yes or no answers, if he can.
15   A.   Yes.
16   Q.   (By Mr. Nelson) The answer is: Yes, your
17 e-mails continued to be destroyed after 14 days even
18 after we let Samsung know about you personally, correct?
19   A.   No.
20           MR. NELSON: Could we bring up the
21 JungMin Ro deposition, Page 61, Line 22?
22   Q.   (By Mr. Nelson) This was a corporate testimony
23 from Samsung. She stated: For the custodians listed,
24 has the automatic deletion function in mySingle been
25 suspended?

```
 1              ANSWER:  No.
 2              Is that correct, or was she not telling the
 3  truth?
 4       A.   Yes.  That's the way she answered it.
 5       Q.   Thank you.
 6              It's also true, Mr. Kim, that when a Samsung
 7  employee changes computers, that computer is wiped
 8  clean, correct?
 9       A.   Well, yes.
10       Q.   Do you know --
11              MR. NELSON:  Well, let's bring up
12  Plaintiff's Exhibit 114, please.  And let's go -- on the
13  first page there.  Yeah.  Jae-Ki Jung.
14       Q.   (By Mr. Nelson) Mr. Kim, do you know Jae-Ki
15  Jung?
16       A.   I don't know this person very well.
17              MR. NELSON:  If we go to the following
18  page, please.  Next page.  Next page.  Blow up the date,
19  please.
20       Q.   (By Mr. Nelson) This is an offer and
21  acceptance of Fractus antennas, and it was accepted by
22  Mr. Jae-Ki Jung, correct?
23       A.   Yes, that's right.
24              MR. NELSON:  Next page, please.
25       Q.   (By Mr. Nelson) And at the bottom, it states
```

```
                                                                    1

 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
 2                          MARSHALL DIVISION

 3   FRACTUS                              *    Civil Docket No.
                                          *    6:09-CV-203
 4   VS.                                  *    Tyler, Texas
                                          *
 5                                        *    May 23, 2011
     SAMSUNG ELECTRONICS, CO., LTD.,      *
 6   ET AL                                *    8:55 A.M.

 7                    TRANSCRIPT OF JURY TRIAL
                BEFORE THE HONORABLE LEONARD DAVIS
 8                 UNITED STATES DISTRICT JUDGE

 9   APPEARANCES:

10   FOR THE PLAINTIFFS:      MR. MAX TRIBBLE, JR.
                              Susman Godfrey
11                            1000 Louisiana Street
                              Suite 5100
12                            Houston, TX   77002

13                            MR. MICHAEL HEIM
                              MR. LESLIE PAYNE
14                            Heim Payne & Chorush
                              600 Travis St., Suite 6710
15                            Houston, TX    77002

16                            MR. JUSTIN NELSON
                              MS. GENEVIEVE VOSE
17                            Susman Godfrey
                              1201 Third Avenue
18                            Suite 3800
                              Seattle, WA   98101
19

20   APPEARANCES CONTINUED ON NEXT PAGE:

21
     COURT REPORTERS:         MS. SUSAN SIMMONS, CSR
22                            MS. JUDITH WERLINGER, CSR
                              Official Court Reporter
23                            100 East Houston, Suite 125
                              Marshall, TX   75670
24                            903/935-3868

25   (Proceedings recorded by mechanical stenography,
     transcript produced on CAT system.)
```

Case 5:11-cv-01846-LHK   Document 895-4   Filed 05/01/12   Page 7 of 11
Case 6:09-cv-00203-LED-JDL   Document 1022   Filed 06/10/11   Page 2 of 156 PageID #: 30670

2

```
 1
 2   APPEARANCES CONTINUED:

 3   FOR THE PLAINTIFFS:        MS. VICTORIA COOK
                                Susman Godfrey
 4                              1901 Avenue of the Stars
                                Suite 950
 5                              Los Angeles, CA   90067

 6                              MR. T. JOHN WARD, JR.
                                Ward & Smith Law Firm
 7                              P.O. Box 1231
                                Longview, TX   75606
 8

 9
     FOR THE DEFENDANTS:        MR. MICHAEL BARTA
10   SAMSUNG                    MR. MICHAEL CALHOON
                                Baker Botts
11                              1299 Pennsylvania Ave NW
                                Washington, DC   20004
12
                                MR. NEIL SIROTA
13                              MR. ERIC FARAGI
                                MR. CHANG SIK KIM
14                              Baker Botts
                                30 Rockefeller Plaza
15                              44th Floor
                                New York, NY   10112
16
                                MR. MIKE JONES
17                              Potter Minton
                                110 North College
18                              Suite 500
                                Tyler, TX   75710
19
20
21
22
23
24
25
```

1  pulled the wool over their eyes.  We put a 2006 slide in
2  a 2005 deck.  Again, pretty poor job of manipulating
3  evidence, but it's an evaluation of the 1995 patent,
4  Fractus' 1995 patent.  There was never any report, any
5  feedback from Samsung of any complaints about our
6  patents at issue starting from the 1999 patent
7  application.
8              Go to Slide 4.
9              Again, here we are drawing polygons,
10 identifying our patent application to them.  That's in
11 evidence as Plaintiff's Exhibit 224.  You saw where we
12 stamped our patent number on the planar inverted-F
13 antenna.  That's a PIFA antenna.
14             Nothing from Samsung saying:  Wait a
15 minute, Fractus.  What are y'all doing?  Why are you
16 stamping this product this way?  Your patent doesn't
17 cover it.
18             Nothing.  They continued to buy our
19 products.  Not a word about:  Hey, your patents don't
20 cover this.  No confusion to them.  The only confusion
21 comes when it's time to own up and pay for using our
22 property.
23             And then the lawyers want to put a lot of
24 documents together from our files -- nothing from
25 Samsung's files, right?  It's easier to tell a story

Case 5:11-cv-01846-LHK   Document 895-4   Filed 05/01/12   Page 9 of 11
Case 6:09-cv-00203-LED-JDL   Document 1022   Filed 06/10/11   Page 144 of 156 PageID #: 30812

144

1  when you've got a clean slate.  When you delete your
2  e-mails every 14 days, you deep six reports, pretty easy
3  to get in here and spin a story to a jury.  If there's
4  any jury stories going on, I think it's coming from
5  Samsung's table, not from Fractus'.
6            Samsung on these defenses.  You know, we
7  had -- obviousness, until about 30 minutes ago, was in
8  the case.  That was -- that was what they were telling
9  us, that these patents were obvious.
10           It's kind of like nailing Jello to a wall
11 to get them to light on a story, because Mr. Barta just
12 said:  Give up on obviousness.  You got us cornered
13 there.  I'm not going to stand up in front of the jury,
14 and on one hand, say:  Well, Cohen has everything, and
15 on the other hand, tell them what's missing.
16           We finally pin them down, and what do
17 they do?  Cohen has everything.  Obviousness is the
18 easiest one to answer now.  They've conceded that these
19 patents were not obvious.  He wouldn't even make the
20 argument to you, not with a straight face.
21           So enablement and written description
22 have popped up.  These are, again, defenses that had no
23 air time during -- during the case at all.  No witness
24 testified about it.  You heard nothing from their
25 expert, Dr. Best, who would be one of ordinary skill in

 1  including Samsung, who has the largest market share, but
 2  they don't want to play by the rules.  No license from
 3  Samsung to any intellectual property covering any
 4  hardware on any cell phone device.  Think about that.
 5  Not one in evidence.  None.
 6              That's their position.  Take it.  Use it.
 7  Maybe a jury will stick you.  Maybe you'll have to pay
 8  down the road after some appeals.  That's their business
 9  model.
10              Because, you know, this afternoon when
11  y'all come back with a verdict, there's going to be a
12  phone call from Mr. Kim, and Mr. Kim's going to be
13  calling Korea.  They're going to be waking up, and he's
14  going to say:  You know what?  It worked.  Keep deleting
15  the e-mails.  Keep deep sixing the reports.  Don't
16  produce documents, because juries won't hold us
17  responsible.
18              Or it could be another phone call.  Time
19  to change the way we do business.  If we're going to
20  compete in the largest market in the world and sell our
21  cell phones and make money, we're going to have to
22  respect duly issued United States patents.
23              And you-all are going to get to make the
24  decision about which one of those phone calls gets made,
25  and we hope you make that right decision.

Case 5:11-cv-01846-LHK Document 895-4 Filed 05/01/12 Page 11 of 11
Case 6:09-cv-00203-LED-JDL Document 1022 Filed 06/10/11 Page 155 of 156 PageID #: 30823

155

```
 1                    THE COURT:  Thank you.  We're adjourned.
 2               (Court adjourned.)
 3                    *     *     *     *
 4
 5
 6                         CERTIFICATION
 7
 8               I HEREBY CERTIFY that the foregoing is a
 9    true and correct transcript from the stenographic notes
10    of the proceedings in the above-entitled matter to the
11    best of my ability.
12
13
14
15    /s/_____           _____
      SUSAN SIMMONS, CSR                           Date
16    Official Court Reporter
      State of Texas No.:  267
17    Expiration Date:  12/31/10
18
19
20    /s/_____                _____
      JUDITH WERLINGER, CSR                          Date
21    Deputy Official Court Reporter
      State of Texas No.:  731
22    Expiration Date:  12/31/10
23
24
25
```