UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE** |

1  Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37-4, Apple Inc. ("Apple")
2  seeks certain remedies based on Samsung Electronics Co., Ltd.'s, Samsung Electronics
3  America, Inc.'s, and Samsung Telecommunications America, LLC's (collectively, "Samsung")
4  spoliation of evidence.

5  Having considered the arguments of the parties and the papers submitted, and GOOD
6  CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Apple's Motion for Adverse Inference
7  Jury Instructions Due to Samsung's Spoliation of Evidence is GRANTED.

8  The Court issues the following findings and orders:

9  1. The Court finds that Samsung spoliated evidence.

10  2. The Court will instruct the jury that:

11  (a) Samsung had a duty to preserve relevant evidence, including emails;
12  Samsung failed to preserve large volumes of relevant emails and other
13  documents; Samsung acted in bad faith in failing to preserve the relevant
14  documents; and the jury may presume that the documents that Samsung failed
15  to preserve would have been favorable to Apple's case and unfavorable to
16  Samsung; and

17  (b) if the jury finds infringement of any Apple patent, trademark, or trade
18  dress, the jury may infer that the infringement was intentional, willful, and
19  without regard to Apple's rights.

21  **IT IS SO ORDERED.**

23  Dated: May ____, 2012

HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3139813