1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                   Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                  Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.

2  ("Apple") has moved for an order to seal the following documents:

3    1.    The confidential, unredacted version of Apple's Motion for Adverse Inference

4  Jury Instructions due to Samsung's Spoliation of Evidence ("Motion");

5    2.    The confidential, unredacted version of the Declaration of Esther Kim in Support

6  of Apple's Motion ("Kim Declaration"); and

7    3.    Exhibits 2 through 31, 34, and 35 to the Kim Declaration.

8    Having considered the arguments of the parties and the papers submitted, and GOOD

9  CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Motion to File Under

10  Seal.

11    **IT IS SO ORDERED.**

12  Dated:  May ___, 2012

13  _____
                                                    HONORABLE LUCY H. KOH
                                                    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28