# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: May 3, 2012                                            Time in Court: 18 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (12:13 to 12:31)

**TITLE: Apple, Inc v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Erik Olson, Alison Tucher and Richard Hung
Defendant Attorney(s) present: Victoria Maroulis, Kevin Johnson and Jon Steiger

### PROCEEDINGS
**(Telephonic)**
**Discovery Hearing**

Hearing held.
Counsel to update courtroom deputy no later than 9:00 a.m. on 5/4/12 as to whether dispute regarding expedited discovery resolved or to be addressed.

///