# EXHIBIT 1

**Fran Gipson**

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Friday, May 04, 2012 7:45 AM |
| **To:** | 'Tucher, Alison M.'; 'Mazza, Mia' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Apple/Samsung: proposed briefing and hearing schedule for the forhcoming motions before Judge Grewal |

We are filing an opposition in ITC today.  However, it is a different motion and asks for different remedies.  I note that yesterday, during the lead counsel meet and confer on case narrowing Apple represented that while Samsung's proposed schedule is too long, we will receive a counterproposal.  Your email from last night is not a counter proposal but a refusal to deviate in any way from Apple's prior position.

**From:** Tucher, Alison M. [mailto:ATucher@mofo.com]
**Sent:** Friday, May 04, 2012 6:56 AM
**To:** Victoria Maroulis; Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Re: Apple/Samsung: proposed briefing and hearing schedule for the forhcoming motions before Judge Grewal

Quick question, Victoria: Aren't you filing an opposition to a parallel spoliation motion in the ITC case today, and if so, why do you need additional time to prepare a defense to the ND Cal version of the motion?

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Friday, May 04, 2012 06:51 AM
**To:** Tucher, Alison M.; Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; 'WH Apple Samsung NDCal Service' <WHAppleSamsungNDCalService@wilmerhale.com>
**Subject:** RE: Apple/Samsung: proposed briefing and hearing schedule for the forhcoming motions before Judge Grewal

Alison,

As was explained to Apple before, Samsung needs additional time to address Apple's unfounded, but very serious, allegations of spoliation.  If Apple does not agree to an extension voluntarily, Samsung will move the Court for an extension.  Please advise by the end of the day today whether Apple will agree to a 10 day extension on Samsung's opposition to that motion until May 25.  If Apple does not, Samsung will move for an opposed enlargement of time.

While we do not agree with Apple's position on the timing of the expert motions, we believe both parties' expert motions have to be heard on the same date.  Therefore, please confirm that Apple will notice its motion for no earlier than June 21.

Thank you.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX

victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tucher, Alison M. [mailto:ATucher@mofo.com]
**Sent:** Thursday, May 03, 2012 11:49 PM
**To:** Tucher, Alison M.; Victoria Maroulis; Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** RE: Apple/Samsung: proposed briefing and hearing schedule for the forhcoming motions before Judge Grewal

With apologies, I am resending with a typo corrected. . .

**From:** Tucher, Alison M.
**Sent:** Thursday, May 03, 2012 11:45 PM
**To:** 'Victoria Maroulis'; Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** RE: Apple/Samsung: proposed briefing and hearing schedule for the forhcoming motions before Judge Grewal

Victoria:

Your proposed schedule will not work for Apple, since it jams up Judge Grewal in July and results in a ruling that (at best) comes on the eve of trial. We understood Judge Koh to have referred the pending motion to Judge Grewal already, but if he does not give us a hearing date we will re-notice it for the next available hearing date on his calendar after June 7, 2012. In any event, we believe your opposition to that motion is due on  May  15, per Local Rule 7-3(a).

As for the motions to strike that each of us intends to file, we told Judge Koh we would have them on file by May 17th, which results in a hearing date on or after June 21. We think that is the latest reasonable date for filing such motions.

Regards,

Alison

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Wednesday, May 02, 2012 6:19 PM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** Apple/Samsung: proposed briefing and hearing schedule for the forhcoming motions before Judge Grewal

Counsel,

Per Judge Koh's instructions, Apple's motion re alleged spoliation has been referred to Judge Grewal as were the parties' forthcoming motions to strike portions of each others' expert reports.  We propose the following briefing and hearing schedule for all three motions:

Opening briefs for Motions to Strike: June 12
Oppositions for Motion to Strike and Spoliation Motion: June 26
Replies: July 3
Hearing on all three motions:  Tuesday, July 10

As we indicated at the CMC today, Counsel for Samsung will be in trial in ITC late May through third week of June.  Further, Samsung intends to request additional time to adequately prepare its opposition to Apple's motion re alleged spoliation.  The above schedule addresses both of these issues.

Please advise whether you agree and we will prepare a stipulation.

Thank you.

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------


--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any

advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------