| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts  02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile:  (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| | |
| | Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Civil Action No. 11-CV-01846-LHK  **NOTICE OF TRANSLATIONS OF FOREIGN AUTHORITY** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

At the hearing on April 12, 2012, the Court requested translations of the French decisions on which the parties relied in their briefing related to Samsung's pending motion to dismiss. Attached herewith are certified translations of each French decision cited by Professor Molfessis, Apple's expert, in his declaration submitted to the Court as part of Apple's opposition to Samsung's motion to dismiss.  Select significant statutes, articles, and book excerpts are also included.

The table below indicates an Exhibit Number for each document as well as the footnotes citing the reference and the name of the reference.

| #   | FN.   | REFERENCE |
|-----|-------|-----------|
| 1.  | 2     | Civil Code, Art. 1108 |
| 2.  | 3     | Civil Code, Art. 6 |
| 3.  | 4     | Malinvaud, Fenouillet, Droit des obligations, Litec, $11^{\text{ème}}$ éd., p. 90, n° 112 |
| 4.  | 5     | Fabre-Magnan, Droit des obligations, I – Contrat et engagement unilatéral, Thémis, PUF, 2ème éd., p. 215 |
| 5.  | 6, 52 | Aubert, Notions et rôle de l'offre et de l'acceptation dans la formation du contrat, LGDJ, 1970, p. 282, n° 307 |
| 6.  | 7     | Cass. Req., 18 octobre 1909, DP, 1910.1.207 |
| 7.  | 7     | Cass. com., 25 juin 1991, Bull. Civ. IV, n° 234 |
| 8.  | 8     | TGI Seine, 24 février 1962, D. 1962, Somm. III |
| 9.  | 8, 41 | CA Nancy, $1^{\text{er}}$ mars 1950, JCP, 1950, II, 5892, note Hémard |
| 10. | 8     | CA Grenoble, 14 avril 1958, D. 1958, 414, note Rodière |
| 11. | 8     | Cass. Req., 7 mai 1935, S., 1935, 1, 206 |
| 12. | 9     | Cass. Req., $1^{\text{er}}$ décembre 1885, S., 1887, 1, 167 |
| 13. | 9     | Cass. civ. $1^{\text{ère}}$, 26 novembre 1962, D., 1963.61 |
| 14. | 9     | Cass. civ. $1^{\text{ère}}$, 26 novembre 1962, RTD Civ. 1963, p. 364, obs. G. Cornu |
| 15. | 10    | Bénabent, Les contrats spéciaux civils et commerciaux, Montchrestien, $7^{\text{e}}$ éd., p. 346, n° 506 |
| 16. | 11    | Terré, L'influence de la volonté individuelle sur les qualifications, LGDJ, 1955, préf. R. Le Balle, spéc. n°33, p. 35 |

| #   | FN.    | REFERENCE |
|-----|--------|-----------|
| 17. | 12     | Cass. civ. 1ère, 14 janvier 1987, D., 1988.80, note J. Schmidt |
| 18. | 13     | Cass. Req., 7 janvier 1925, GAJCiv., 11e éd., n°246 |
| 19. | 13     | Cass. com., 24 mars 1965, D., 1965, 474 |
| 20. | 13     | Cass. com., 24 mars 1965, RTDCiv., 1965, 821, obs. G. Cornu |
| 21. | 14, 15 | Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 91.15-578 |
| 22. | 14, 15 | Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 91.15-999 |
| 23. | 14, 15 | Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 91.19-653 |
| 24. | 14, 15 | Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 93-13.688 |
| 25. | 14, 15 | Cass. Ass. Plén., 1er décembre 1995, D. 1996, concl. Jéol, note L. Aynès |
| 26. | 16     | Schmidt-Szalewski, Pierre, *"Droit de la propriété industrielle,"* Litec, 4ème éd., n° 292 |
| 27. | 17     | CA Lyon, 5 février 2009, PIBD 895, III, 989 |
| 28. | 18     | Civil Code, Art. 1716 |
| 29. | 19     | CA Paris, 22 janvier 1991 |
| 30. | 19     | CA Versailles, 29 octobre 1999 |
| 31. | 19     | Cass. civ. 3ème, 3 octobre 1968, Bull. civ., III, n° 356 |
| 32. | 19     | Cass. civ. 3ème, 25 février 1971, Bull. civ. III, n° 135 |
| 33. | 19     | Cass. civ. 3ème, 6 janvier 1993, pourvoi n° 91-13858 |
| 34. | 20     | Cass. Req., 30 novembre 1891, D., 1893, I, 11 |
| 35. | 21     | Cass. civ.1ère, 30 Juin 2004, Bull. Civ. I, n° 190 |
| 36. | 22     | Cass. civ. 3ème, 15 mars 2000, Bull. civ. I, n° 55 |
| 37. | 24     | Le Tourneau, Krajeski, J.-Cl., Contrats-Distribution, Fasc. 200: Contrat « intuitu personae », spéc. n° 13s |
| 38. | 28     | Chartier, L'association, contrat, dans la jurisprudence récente de la *Cour de cassation*, Mel. Y. Guyon, 2005, p. 196 s. |
| 39. | 29     | Cass. civ. 1ère, 15 juillet 1999, Bull. Joly, § 261, note A. Couret |
| 40. | 29     | Cass. civ. 1ère, 6 mai 2010, Dr. sociétés, 2010, comm. 135, note Hovasse |
| 41. | 30     | Grua, J.-Cl. Civil, Art. 1235 à 1270, Fasc. 12: Substituts de la monnaie, n° 72 |
| 42. | 31     | Gaillard, L'interdiction de se contredire au détriment d'autrui comme principe général du droit du commerce international, Revue de l'arbitrage 1985, p. 241 |

| # | FN. | REFERENCE |
|---|---|---|
| 43. | 32 | Cass. Ass. Plén., 27 février 2009, D. 2009, 1245, note D. Houtcieff |
| 44. | 33 | Cass. civ. 2$^{ème}$, 9 septembre 2010, D. 2011, n° 145 note N. Dupont |
| 45. | 34 | Cass. com., 20 septembre 2011, JCP G, n°46, p. 2246, obs. Houtcieff |
| 46. | 34 | Cass. civ. 1$^{ère}$, 26 octobre 2011, pourvoi n° 10-17.708 |
| 47. | 36 | Cass. civ. 1$^{ère}$, 7 avril 1998, pourvoi n° 95-20361 |
| 48. | 37 | Cass. com., 28 février 1995 |
| 49. | 37 | Cass. com., 28 février 1995, RTD com. 1995, p. 85, obs. Mestre |
| 50. | 37 | Cass. com., 28 février 1995, D. 1995, somm. p. 64, obs. Ferrier |
| 51. | 38 | Cass. civ. 1$^{ère}$, 10 juillet 1979, Bull. Civ. I, n° 202 |
| 52. | 38 | Cass. civ. 1$^{ère}$, 27 juin 2000, Rev. societés 2001, p. 105, note D. Randoux |
| 53. | 38 | Cass. civ. 3$^{ème}$, 20 juin 2001, Rev. sociétés 2002, 321, note E. Alfandari |
| 54. | 40 | Aubert, Notions et rôle de l'offre et de l'acceptation dans la formation du contrat, LGDJ, 1970, p. 20, n° 13 |
| 55. | 42 | Fabre-Magnan, Droit des obligations, I – Contrat et engagement unilatéral, Thémis, PUF, 2$^{ème}$ éd., p. 263 |
| 56. | 47 | Cass. civ. 1$^{ère}$, 22 mai 2008 |
| 57. | 47 | Cass. civ. 1$^{ère}$, 22 mai 2008, p. 2447, note C. Goldie-Genicon |
| 58. | 48 | Cass. civ. 1$^{ère}$, 9 mars 1983, Bull. civ. I, n° 91 |
| 59. | 48 | Cass. civ. 1$^{ère}$, 7 juin 1989, Bull. civ. I, n° 233 |
| 60. | 54 | Joliet, Le contrat de licence de brevet en droit belge et français, RTD Com., 1982, p. 167 s., spec. p. 224 |
| 61. | 55 | Cass. com., 18 janvier 1971, Bull. civ. IV, n° 15 |
| 62. | 58 | Article 43 Convention de Luxembourg (original English) |
| 63. |  | Certificates of Translation |

| | |
|---|---|
| Dated:  May 7, 2012 | */s/ Mark D. Selwyn* <br> Mark D. Selwyn (SBN 244180) <br> (mark.selwyn@wilmerhale.com) <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:   (650) 858-6100 <br> <br> William F. Lee (admitted *pro hac vice*) <br> (william.lee@wilmerhale.com) <br> WILMER CUTLER PICKERING <br>    HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> Harold J. McElhinny (SBN 66781) <br> (HMcElhinny@mofo.com) <br> Michael A. Jacobs (SBN 111664) <br> (MJacobs@mofo.com) <br> Richard S.J. Hung (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105 <br> Telephone: ( 415) 268-7000 <br> Facsimile:  (415) 268-7522 <br> <br> Attorneys for Plaintiff and <br> Counterclaim-Defendant Apple Inc. |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 7, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

<u>/s/ Mark. D Selwyn</u>
Mark D. Selwyn