# Exhibit 1

Detail of a code article                                                                                                Page 1 of 1

## *Legifrance*<sup>.gouv.fr</sup>

French Republic    Public Service for Dissemination of the Law

# Civil Code

> Book III: Different manners of acquiring property
>> Title III: Contracts or contractual obligations in general
>>> Chapter II: Essential conditions for the validity of agreements

## Article 1108
Created by Law 1804-02-07 promulgated on February 17, 1804

Four requisites are essential for the validity of an agreement:

The consent of the party who binds himself;

His capacity to contract;

A definite object which forms the subject matter of the undertaking;

A lawful cause in the obligation.

Codified by:

   Law 1804-02-07