# Exhibit 2

Detail of a code article                                           Page 1 of 1

*Legifrance*<sup>.gouv.fr</sup>

French Republic    Public Service for Dissemination of the Law

# Civil Code

➢ Preliminary title: on publication, effects and enforcement of laws in general

**ARTICLE 6**
Created by Law 1803-03-05 promulgated on March 15, 1803

Statutes relating to public policy and morals may not be derogated from by private agreements.

Cited by:
  Circular of April 6, 2011 – art., see init.
  Decision of    , see init.