# Exhibit 4

THÉMIS

LAW

UNDER THE DIRECTION OF

CATHERINE LABRUSSE-RIOU
*Professor emerita at the University of Paris I*

*and*

DIDIER TRUCHET
*Professor at the University of Paris II*

_____

MURIEL FABRE-MAGNAN
*Professor at the University of Paris I – Pantheon – Sorbonne*

# *Law of Obligations*

## *1 – Contracts and unilateral agreements*

ILS
KJV
1539
.F33
2010x
v. 1
[Logo]

PRESSES UNIVERSITAIRES DE FRANCE
[University Presses of France]

ISBN 978-2-13-058224-3

Legal Filing – 1st edition: 2007, September

2nd edition update:  2010, September

© Presses Universitaires de France, 2007

6, avenue Reille, 75014, Paris

*Sub-title I*

## THE PRINCIPLE OF CONSENSUALISM

## 1 | Content of the Principle

The principle of consensualism means that, excepting express exception, a contract is formed by the mere exchange of consents (*solo consensu)* without any particular form being necessary.  In particular, the drafting of a written document, and *a fortiori*, the signing of a document are not conditions of formation of contracts.  Certainly, such formalities will sometimes be necessary for the proof of the contract, *ad probationem,* but not *ad validitatem,* i.e. for the validity of the contract, unless a particular text requires it.

As a rule, it is the agreement of the parties which gives rise to the obligation; if a judicial decision is needed to validate this agreement, sometimes a judicial contract is referred to, and the courts seem to vacillate between the classification of contract or that of judgment[1].

The principle of consensualism must be distinguished from that of contractual freedom, whose exercise it facilitates, however: it makes the concluding of contracts easier, with the risks that this entails.

---

[1] A. Benabent, *RDC* 2007/3, 759, under 1st Civ., Dec. 12, 2006, no. 04-11579, which arrives at the classification of contract to authorize the Paulian  action, and 1st Civ., Mar. 6, 2007, no. 06-12223, which arrives at the classification of judgment to authorize an appeal, both judgments concerning the  ordering of alimony corresponding to an agreement between the parties.