# Exhibit 8

**Commercial Law**
*DISTRICT COURT OF THE SEINE*, February 24, 1962. – **TRANSPORTATION CONTRACT**, CREATION, TRAVELERS, CERTAIN AND NON-EQUIVOCAL ACCEPTANCE, PUBLIC TRANSIT, BUS, TAKING OR POSSESSION OF THE VEHICLE.

When dealing with public transit where the price for the place is not paid prior to boarding the vehicles and where the service is undertaken on public roadways, without specially enclosed and furnished access premises, the stoppage of the vehicles constitutes a permanent offer, and, for the transport contract to be concluded, it is solely necessary for the traveler to demonstrate his acceptance in a certain and non-equivocal manner, which can result, for example, from any taking of possession whatsoever of the vehicle; with the transporter only being able to retract their offer and prevent the acceptance of the traveler by a formal and timely (1) refusal of access;

The bus ticket collector may only demonstrate this revocation of the offer, and thereby the refusal to admit a traveler, by placing the chain which blocks access from the platform prior to giving the departure signal (2);

The transporter is responsible for the accident that occurs to the traveler who having placed foot on the platform of the bus suffers a fall subsequent to a sudden start-up of the vehicle (3).

(TRIVIAUX SPOUSES VS. R.A.T.P.). – Of February 24, 1962 – District Court of the Seine, 4th Chamber – Messieurs Debenest acting as President – Martin, Secretary – Cassou, Alternate – Demont and Augendre, Attorneys.

NOTE – (1, 2 and 3) Comp. Grenoble, April 14, 1958 (D. 1958. 414, note of R. Rodière). – In the sense of the ruling analyzed here above, See Paris, June 24 1959 (D. 1959. 551; S. 1960. Section 4). – See also *Republic [Illegible]* and up-dated, See *Contrat de transport* [Transportation Contract], No. 437.