# Exhibit 28

Detail of a code article                                      Page 1 of 1

*Legifrance*·gouv.fr

French Republic        Public Service for Dissemination of the Law

## Civil Code

➢ Book III: Different manners of acquiring property
    Title VIII:  The leasing contract
        Chapter II: Leasing of things
            Section I: Rules common to the leasing of homes and rural property

### Article 1716
Created by Law 1804-03-07 promulgated on March 17, 1804

When there is a controversy as to the price of a verbal lease which is being carried out, and there is no receipt, the owner shall be believed upon his oath, unless the tenant prefers to apply for an appraisal by experts; in which case, the costs of the appraisement shall be charged to him, if the appraisal exceeds the price which he has declared.

Codified by:

    Law 1804-03-07