# Exhibit 63



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Civil Code, Art. 1108**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Civil Code, Art. 6**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Malinvaud, Fenouillet, Droit des obligations, Litec, 11ème éd., p. 90, n° 112**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Fabre-Magnan, Droit des obligations, I – Contrat et engagement unilatéral, Thémis, PUF, 2ème éd., p. 215**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Aubert, Notions et rôle de l'offre et de l'acceptation dans la formation du contrat, LGDJ, 1970, p. 282, n° 307**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. Req., 18 octobre 1909, DP, 1910.1.207**

Samuel Wu, Project Manager in this company, certifies that Naomi Norberg, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. com., 25 juin 1991, Bull. Civ. IV, n° 234**

Samuel Wu, Project Manager in this company, certifies that Jessica Crockett, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **TGI Seine, 24 février 1962, D. 1962, Somm. III**

Samuel Wu, Project Manager in this company, certifies that Mara Durighello, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **CA Nancy, 1er mars 1950, JCP, 1950, II, 5892, note Hémard**

Samuel Wu, Project Manager in this company, certifies that Mara Durighello, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **CA Grenoble, 14 avril 1958, D. 1958, 414, note Rodière**

Samuel Wu, Project Manager in this company, certifies that Jean Pierre Vandenbrande, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. Req., 7 mai 1935, S., 1935, 1, 206**

Samuel Wu, Project Manager in this company, certifies that Naomi Norberg, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Req., 1er décembre 1885, S., 1887, 1, 167**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 1ère, 26 novembre 1962, D., 1963.61**

Samuel Wu, Project Manager in this company, certifies that Leah Brumer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



**TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 1ère, 26 novembre 1962, RTD Civ. 1963, p. 364, obs. G. Cornu**

Samuel Wu, Project Manager in this company, certifies that Naomi Norberg, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Bénabent, Les contrats spéciaux civils et commerciaux, Montchrestien, 7e éd., p. 346, n° 506**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Terré, L'influence de la volonté individuelle sur les qualifications, LGDJ, 1955, préf. R. Le Balle, spéc. n°33, p. 35**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 14 janvier 1987, D., 1988.80, note J. Schmidt**

Samuel Wu, Project Manager in this company, certifies that Steven Gendell, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Req., 7 janvier 1925, GAJCiv., 11e éd., n°246**

Samuel Wu, Project Manager in this company, certifies that Beatrice Beer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. com., 24 mars 1965, D., 1965, 474**

Samuel Wu, Project Manager in this company, certifies that Jessica Crockett, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. com., 24 mars 1965, RTDCiv., 1965, 821, obs. G. Cornu**

Samuel Wu, Project Manager in this company, certifies that Jessica Crockett, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 91.15-578**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 91.15-999**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 91.19-653**

Samuel Wu, Project Manager in this company, certifies that Chris Scrogum, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. Ass. Plén., 1er décembre 1995, pourvoi n° 93-13.688**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Ass. Plén., 1er décembre 1995, D. 1996, concl. Jéol, note L. Aynès**

Samuel Wu, Project Manager in this company, certifies that Chris Scrogum, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Schmidt-Szalewski, Pierre, "Droit de la propriété industrielle," Litec, 4ème éd., n° 292**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **CA Lyon, 5 février 2009, PIBD 895, III, 989**

Samuel Wu, Project Manager in this company, certifies that Jessica Crockett, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Civil Code, Art. 1716**

Samuel Wu, Project Manager in this company, certifies that Leslie Matthews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **CA Paris, 22 janvier 1991**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **CA Versailles, 29 octobre 1999**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 3ème, 3 octobre 1968, Bull. civ., III, n° 356**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 3ème, 25 février 1971, Bull. civ. III, n° 135**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 3ème, 6 janvier 1993, pourvoi n° 91-13858**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



**TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. Req., 30 novembre 1891, D., 1893, I, 11**

Samuel Wu, Project Manager in this company, certifies that Naomi Norberg, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ.1ère, 30 Juin 2004, Bull. Civ. I, n° 190**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 3ème, 15 mars 2000, Bull. civ. I, n° 55**

Samuel Wu, Project Manager in this company, certifies that Ronald Masi, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Le Tourneau, Krajeski, J.-Cl., Contrats-Distribution, Fasc. 200: Contrat « intuitu personae », spéc. n° 13s**

Samuel Wu, Project Manager in this company, certifies that Steven Gendell, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Chartier, L'association, contrat, dans la jurisprudence récente de la Cour de cassation, Mel. Y. Guyon, 2005, p. 196 s.**

Samuel Wu, Project Manager in this company, certifies that Steven Gendell, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

---

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 15 juillet 1999, Bull. Joly, § 261, note A. Couret**

Samuel Wu, Project Manager in this company, certifies that Chris Scrogum, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 6 mai 2010, Dr. sociétés, 2010, comm. 135, note Hovasse**

Samuel Wu, Project Manager in this company, certifies that Leah Brumer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Grua, J.-Cl. Civil, Art. 1235 à 1270, Fasc. 12: Substituts de la monnaie, n° 72**

Samuel Wu, Project Manager in this company, certifies that Mara Durighello, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Gaillard, L'interdiction de se contredire au détriment d'autrui comme principe général du droit du commerce international, Revue de l'arbitrage 1985, p. 241**

Samuel Wu, Project Manager in this company, certifies that Mara Durighello, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. Ass. Plén., 27 février 2009, D. 2009, 1245, note D. Houtcieff**

Samuel Wu, Project Manager in this company, certifies that Ronald Masi, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



**TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 2ème, 9 septembre 2010, D. 2011, n° 145 note N. Dupont**

Samuel Wu, Project Manager in this company, certifies that Leah Brumer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. com., 20 septembre 2011, JCP G, n°46, p. 2246, obs. Houtcieff**

Samuel Wu, Project Manager in this company, certifies that Jessica Crockett, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 1ère, 26 octobre 2011, pourvoi n° 10-17.708**

Samuel Wu, Project Manager in this company, certifies that Beatrice Beer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 7 avril 1998, pourvoi n° 95-20361**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. com., 28 février 1995**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. com., 28 février 1995, RTD com. 1995, p. 85, obs. Mestre**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

# TRANSLATOR CERTIFICATION

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. com., 28 février 1995, D. 1995, somm. p. 64, obs. Ferrier**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 1ère, 10 juillet 1979, Bull. Civ. I, n° 202**

Samuel Wu, Project Manager in this company, certifies that Chris Scrogum, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 27 juin 2000, Rev. societés 2001, p. 105, note D. Randoux**

Samuel Wu, Project Manager in this company, certifies that Jessica Crockett, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 3ème, 20 juin 2001, Rev. sociétés 2002, 321, note E. Alfandari**

Samuel Wu, Project Manager in this company, certifies that Naomi Norberg, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Aubert, Notions et rôle de l'offre et de l'acceptation dans la formation du contrat, LGDJ, 1970, p. 20, n° 13**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Fabre-Magnan, c des obligations, I – Contrat et engagement unilatéral, Thémis, PUF, 2ème éd., p. 263**

Samuel Wu, Project Manager in this company, certifies that Leslie Mathews, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



**TRANSLATOR CERTIFICATION**

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 22 mai 2008**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 1ère, 22 mai 2008, p. 2447, note C. Goldie-Genicon**

Samuel Wu, Project Manager in this company, certifies that Kimberly Scherer, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu

Accurate Translation Services 24/7



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Cass. civ. 1ère, 9 mars 1983, Bull. civ I, n° 91**

Samuel Wu, Project Manager in this company, certifies that Steven Gendell, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

Samuel Wu, Project Manager in this company, certifies that , who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- **Cass. civ. 1ère, 7 juin 1989, Bull. civ. I, n° 233**

Samuel Wu, Project Manager in this company, certifies that Mara Durighello, who translated these documents, is fluent in French and standard North American English and qualified to translate.  Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu



# TRANSLATOR CERTIFICATION

450 7th Ave
6th Floor
New York, NY 10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: April 25, 2012

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:
- **Joliet, Le contrat de licence de brevet en droit belge et français, RTD Com., 1982, p. 167 s., spec. p. 224**

Samuel Wu, Project Manager in this company, certifies that Beatrice Beer, who translated these documents, is fluent in French and standard North American English and qualified to translate. Samuel Wu attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Samuel Wu