UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | MINUTE ORDER AND CASE |
| v. ) | MANAGEMENT ORDER |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., A ) | |
| Korean business entity; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Clerk:  Martha Parker Brown
Reporter:  Summer Fisher
Length of hearing:  31 minutes

Plaintiff Attorneys: Harold McElhinny, Allison Tucher, and Richard Hung
Defense Attorneys: Charles Verhoeven, Victoria Maroulis, and Kevin Johnson.

　　　　A case management conference was held on May 3, 2012.  A further case management conference is set for June 21, 2012 at 1:30 p.m.

TRIAL CLAIMS: By Monday, May 7, 2012, the parties shall file a statement identifying with specificity the claims they will assert at trial, e.g. specific patent claims. If the parties do not sufficiently narrow their cases, the Court may vacate the July 2012 trial date.

MOTIONS REFERRED TO JUDGE GREWAL: Apple's motion seeking an adverse inference jury instruction due to spoliation of evidence is referred to Magistrate Judge Grewal.  Additionally each side may file one motion to strike late disclosed discovery and theories.  The parties shall follow the local rules regarding a briefing schedule.  These motions are also referred to Magistrate Judge Grewal.

DAUBERT MOTIONS: Each side may file Daubert motions in one 25 page brief to be heard on June 21, 2012 at 1:30 p.m. during the dispositive motion hearing date.  The last day to file the opening brief shall be May 17, 2012.  The opposition brief shall be no more than 25 pages.  The reply brief shall be no more than 15 pages.

MOTIONS IN LIMINE: Each party may file up to 10 motions in limine, not to exceed 30 pages total.  Each party may file an opposition, not to exceed 30 pages.  No replies will be allowed.  The briefing schedule will follow the schedule set forth by the parties, and adopted by the Court, as set forth below.

DESIGN PATENT CLAIM CONSTRUCTION: The parties may brief the issue of design patent claim construction to be set for hearing at the Final Pretrial Conference on July 18, 2012.  The parties shall adhere to the following briefing schedule:
　　　　Opening Brief of 15 pages due by June 12, 2012
　　　　Responsive Brief of 15 pages due by June 26, 2012

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

Reply Brief of 5 pages due by July 3, 2012

The parties have proposed, and the Court adopts, additional pretrial deadlines, as set forth in the parties' joint case management statement. The pretrial schedule is set as follows:

| | |
|---|---|
| May 17, 2012 | Last Day to File Dispositive Motions |
| June 21, 2012 at 1:30 p.m. | Hearing on Dispositive Motions |
| June 29, 2012 | Last day to file Rule 26(a)(3) pretrial disclosures |
| July 3, 2012 | Last day to file joint pretrial statement and to exchange copies of all exhibits, summaries, charts, and diagrams to be used at trial other than solely for impeachment or rebuttal |
| July 3, 2012 | Last day to file motions *in limine* |
| July 8, 2012 | Last day to file oppositions to motions *in limine* |
| July 11, 2012 | Last day to file *voir dire* questions, proposed jury instructions, and proposed verdict forms |
| July 13, 2012 | Last day to file objections to the use of a deposition or admissibility of materials identified under Rule 26(a)(3) disclosures |
| July 16, 2012 | Last day to file excerpts of deposition testimony or other discovery to be offered at trial other than solely for impeachment or rebuttal |
| July 18, 2012 at 2:00 p.m. | Final Pretrial Conference |
| July 30, 2012 at 9:00 a.m. | Jury Trial |

**IT IS SO ORDERED.**

Dated: May 2, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER