1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

15  SAN JOSE DIVISION

17  APPLE INC., a California corporation,

18  Plaintiff,

19  v.

20  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

23  Defendants.

Case No.    11-cv-01846-LHK (PSG)

**APPLE'S STATUS UPDATE REGARDING COMPLIANCE WITH APRIL 12 ORDER**

APPLE'S STATUS UPDATE REGARDING COMPLIANCE WITH APRIL 12 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3142580

1    Mindful of the Court's recent comment that parties should bring production problems to
2 the court's attention "as soon as practicable" [Dkt. No. 898 at 6], Apple respectfully submits this
3 status update on its compliance with the April 12, 2012 Order [Dkt No. 867] pertaining to
4 production of court documents from other litigation.

5    On April 26, as discussed in Apple's Administrative Motion for Clarification [Dkt. No.
6 885], Apple filed a motion with the ITC seeking permission to produce documents that are
7 subject to ITC protective orders. On May 7, the Office of Unfair Import Investigations opposed
8 Apple's motion. A copy of the OUII's opposition is attached as Exhibit 1. The OUII "recognizes
9 that Apple is 'between a rock and a hard place'" (Exhibit 1 at 2) and agrees that the ITC directs
10 Apple not to produce documents that the April 12 Order directs Apple to produce (*Id.* at 4), but
11 concludes that Apple should not be permitted to produce the documents. (*Id.* at 5.)

12    The status of Apple's production of court documents pursuant to the April 12 Order is as
13 follows:

- *Nokia Corp. v. Apple Inc.*, 09-cv-791 (D.Del.): Complete.
- *Apple Inc. v. Motorola Inc.*, 10-cv-00661 (W.D. Wis.): Complete.
- *In re Certain Portable Elec. Devices*, 337-TA-797 (ITC) ("HTC ITC"): Complete.
- *Apple Inc. v. High Tech Computer Corp.*, 10-cv-00167 (D. Del.): Complete, except for four documents still awaiting approval from Google.
- *Elan Microelecs. Corp. v. Apple Inc.*, 09-cv-01531 (N.D. Cal.): Elan has approved production of 13 of the 23 docket entries previously in dispute. Counsel for Apple in that action is reviewing to confirm no additional consents are required prior to production. Elan has not yet decided whether it will oppose production of Elan confidential information in the 10 docket entries that remain in dispute.
- *In re Certain Electronic Devices with Multi-Touch Enabled Touchpads and Touchscreens*, 337-TA-714 (ITC) ("Elan ITC"): Counsel for Apple has received notification from Elan that it intends to oppose Apple's motion for permission to produce CBI from the ITC. In addition, nonparties Lucent and Synaptics have not responded to a request for consent. Counsel for Apple estimates that there are

approximately 100 documents, plus exhibits, that remain to be produced pending consent of Elan and these two nonparties.

- *Apple Inc. v. Motorola Inc.*, 10-cv-00662 (W.D. Wis.), transferred from N.D. Ill. ("Motorola Illinois"):  Motorola has withdrawn its objection to production of documents.  All documents from the Motorola Illinois case for which Apple has received permissions have already been produced.  Counsel for Apple estimates that there are 30-40 docket entries, plus related exhibits, that are still awaiting nonparty consents before they can be released.  The nonparties whose consent will be necessary to release all of these documents are AT&T, Synaptics, Broadcom, Microsoft, NYU, TED Conferences, Texas Instruments, Nokia Siemens Networks, and Ericsson.

- *In re Certain Mobile Devices and Related Software*, 337-TA-750 (ITC) ("Motorola ITC"):  Counsel for Apple estimates that there are 20-25 documents, plus related exhibits, that are still awaiting nonparty consents before they can be released.  The nonparties whose consent will be necessary to release all of these documents are Debbie Coutant, Thomas Cronan, and University of Delaware.

Dated: May 7, 2012           MORRISON & FOERSTER LLP


                             By:   */s/ Jason R. Bartlett*
                                   Jason R. Bartlett

                                   Attorneys for Plaintiff
                                   APPLE INC.