1  Counsel Information Appears on the Following Page

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., | Case No.   11-cv-01846-LHK (PSG) |
| 13           Plaintiff, | **OPPOSITION TO SAMSUNG'S MOTION TO ENLARGE TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS** |
| 14      v. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18           Defendant. | |

Apple's motion for adverse inference jury instructions cannot have come as a surprise to Samsung, and the hearing on it should not be delayed until the last possible moment:

- Samsung has known about Apple's concern over its automatic deleting of emails for months (*see* Kim Decl. ISO of Apple's Motion for Adverse Inference Jury Instructions, Ex. 33, Dkt. 895-5) and has already filed an opposition to a parallel motion that Apple filed in the ITC;

- Samsung's proposal disrupts the schedule for pre-trial filings that Judge Koh has set out, which requires the parties to file their proposed jury instructions on July 11, 2012, just *one day* after the hearing Samsung requests (Dkt 893); and

- Samsung's proposal is inconsistent with Judge Koh's direction that the parties "follow the local rules regarding a briefing schedule" on this motion (Dkt. 901, at 1).

Dated: May 7, 2012                    MORRISON & FOERSTER LLP

By:    */s/ Alison M. Tucher*
      Alison M. Tucher

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
APPLE INC.

OPPOSITION TO SAMSUNG'S MOTION TO ENLARGE TIME
11-cv-01846-LKH (PSG)
sf- 3141571

1