# Exhibit 1

# Exhibit 1

| Timekeeper | Position | Hours Billed |
|---|---|---|
| Michael Jacobs | Partner | 4.80 |
| Richard Hung | Partner | 16.70 |
| Jason Bartlett | Partner | 9.10 |
| Mia Mazza | Partner | 58.40 |
| Minn Chung | Of Counsel | 17.80 |
| Marcelo Guerra | Associate | 80.10 |
| Nathan Sabri | Associate | 8.50 |
| Esther Kim | Associate | 16.30 |
| Euborn Chiu | Associate | 4.20 |
| Rosemary Barajas | Paralegal | 15.80 |
|  |  |  |
|  | **Total Hours** | **231.7** |
|  |  |  |
|  | Total Attorney Hours (Total hours – Paralegal Hours) | 215.9 |
|  |  |  |
|  | **Total Fees Incurred** | **$116,669** |
|  |  |  |
|  | **One-Quarter Total Fees Incurred** | **$29,167** |
|  |  |  |
|  | Total Attorney Billing (Total cost-Paralegal Cost) | $113,650.70 |
|  |  |  |
|  | **Average Attorney Rate** (Total Attorney Hours/ Total Attorney Billing) | **$526** |
|  |  |  |
|  | **Median Partner Rate** | **$582.00** |
|  | **Median Associate Rate** | **$398.00** |

sf-3142854