QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HANKIL KANG PURSUANT TO CIVIL L.R. 79-5(d), TO SUPPORT THE SEALING OF PORTIONS OF APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE AND SUPPORTING EXHIBITS  [Dkt. 895]**<br><br>Judge:  Magistrate Judge Paul S. Grewal |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit the declaration of Hankil Kang in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 895), to establish that the following are sealable:

- Confidential Portions of Apple's Motion for Adverse Inference Jury Instructions ("Motion");
- Confidential Portions of the Declaration of Esther Kim in Support of Apple's Motion ("Kim Declaration"); and
- Exhibits 2 through 31, 34, and 35 to the Kim Declaration.

## DECLARATION OF HANKIL KANG

I, Hankil Kang, declare as follows:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal, filed by SEC, Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. It is Samsung's policy not to disclose or describe its confidential business affairs, practices, or structures. This information is confidential to Samsung. It is indicative of the way that Samsung manages its business and conducts business strategy, and thus it could be used by Samsung's competitors to Samsung's disadvantage.

3. Exhibit 2 to the Kim Declaration consists of a Korean-language Samsung document and what Apple has certified to be the accurate English translation of the document. This document contains confidential business information about the development and design of Samsung's products, Samsung's custodians, and Samsung's business organization and relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

1        4.    Exhibit 3 to the Kim Declaration consists of a Korean-language Samsung
2 document and what Apple has certified to be the accurate English translation of the document.
3 This document contains confidential business information about the development and design of
4 Samsung's products, Samsung's custodians, and Samsung's business organization and
5 relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
6 ONLY.  This document contains sensitive business information that could be used to Samsung's
7 detriment if not filed under seal.
8        5.    Exhibit 4 to the Kim Declaration consists of a Korean-language Samsung
9 document and what Apple has certified to be the accurate English translation of the document.
10 This document contains confidential business information about the development and design of
11 Samsung's products, Samsung's custodians, and Samsung's business organization and
12 relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
13 ONLY.  This document contains sensitive business information that could be used to Samsung's
14 detriment if not filed under seal.
15        6.    Exhibit 5 to the Kim Declaration consists of a Korean-language Samsung
16 document and what Apple has certified to be the accurate English translation of the document.
17 This document contains confidential business information about the development and design of
18 Samsung's products, Samsung's custodians, and Samsung's business organization and
19 relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
20 ONLY.  This document contains sensitive business information that could be used to Samsung's
21 detriment if not filed under seal.
22        7.    Exhibit 6 to the Kim Declaration consists of a Korean-language Samsung
23 document and what Apple has certified to be the accurate English translation of the document.
24 This document contains confidential business information about the development and design of
25 Samsung's products, Samsung's custodians, and Samsung's business organization and
26 relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
27 ONLY.  This document contains sensitive business information that could be used to Samsung's
28 detriment if not filed under seal.

1        8.      Exhibit 7 to the Kim Declaration consists of a Korean-language Samsung document and what Apple has certified to be the accurate English translation of the document. This document contains confidential business information about the development and design of Samsung's products, Samsung's custodians, and Samsung's business organization and relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

         9.      Exhibit 8 to the Kim Declaration consists of a table describing confidential Samsung documents that Apple claims were not produced from certain Samsung custodians. The table describes documents that have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and that contain confidential business information about the development and design of Samsung's products, Samsung's custodians, and Samsung's business organization and relationships. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

         10.     Exhibit 9 to the Kim Declaration consists of Samsung's Second Supplemental and Amended Identification of Custodians, Litigation Hold Notices and Search Terms, served on Apple February 26, 2012.  This document contains confidential business information about Samsung's custodians, Samsung's business organization, the development of Samsung's products, as well as the litigation hold notices Samsung distributed, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

         11.     Exhibit 10 to the Kim Declaration consists of excerpts from the March 8, 2012 deposition of Kyu Hyuk Lee.  The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices.  The transcript has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

12. Exhibit 11 to the Kim Declaration consists of excerpts from the February 10, 2012 deposition of Kyu Hyuk Lee, taken in the 337-TA-796 investigation before the International Trade Commission. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

13. Exhibit 12 to the Kim Declaration consists of excerpts from the February 8, 2012 deposition of Joohyuk Kang, taken in the 337-TA-796 investigation before the International Trade Commission. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

14. Exhibit 13 to the Kim Declaration consists of excerpts from the February 3, 2012 deposition of Kanghyun Lee, taken in the 337-TA-796 investigation before the International Trade Commission. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

15. Exhibit 14 to the Kim Declaration consists of excerpts from the February 20, 2012 deposition of Se-Hyun Cho, taken in the 337-TA-796 investigation before the International Trade Commission. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

1       16.    Exhibit 15 to the Kim Declaration consists of excerpts from the March 12, 2012 deposition of Seongho Won, taken in the 337-TA-796 investigation before the International Trade Commission. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices.  The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

      17.    Exhibit 16 to the Kim Declaration consists of excerpts from the March 20, 2012 deposition of Joon Il Choi, taken in the 337-TA-796 investigation before the International Trade Commission.  The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices.  The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

      18.    Exhibit 17 to the Kim Declaration consists of excerpts from the March 15, 2012 deposition of Kyu Hyung Lee, taken in the 337-TA-796 investigation before the International Trade Commission.  The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices.  The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

      19.    Exhibit 18 to the Kim Declaration consists of excerpts from the January 14, 2012 deposition of Junho Park. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices.  The transcript has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

20. Exhibit 19 to the Kim Declaration consists of excerpts from the April 11, 2012 deposition of Wooup Kwon, taken in the 337-TA-796 investigation before the International Trade Commission. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

21. Exhibit 20 to the Kim Declaration consists of excerpts from the March 31, 2012 deposition of Jaehwang Sim. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

22. Exhibit 21 to the Kim Declaration consists of excerpts from the March 29, 2012 deposition of Corey Kerstetter. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

23. Exhibit 22 to the Kim Declaration consists of excerpts from the March 6, 2012 deposition of Hyun Goo Woo. The transcript contains confidential business information about Samsung's business organization, Samsung's custodians, document retention practice, and Samsung's litigation hold notices. The transcript has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This document contains sensitive business information that could be used to Samsung's detriment if not filed under seal.

24. Exhibit 23 to the Kim Declaration consists of a document with Bates numbers S-ITC-000042671-42688. This document is a document retention policy promulgated by Samsung Electronics America. It contains confidential business information about Samsung's

1  business organization, Samsung's employees and custodians, and Samsung's policies, and has
2  been designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE
3  ORDER.  This document contains sensitive business information that could be used to Samsung's
4  detriment if not filed under seal.

5          25. Exhibit 24 to the Kim Declaration consists of a document with Bates
6  numbers S-ITC-003006124-3006247.  This document is a business organization chart for
7  Samsung Electronics Co., Ltd.  It contains confidential business information about Samsung's
8  business organization, reporting structures, custodians, practices, and policies, and has been
9  designated CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE
10 ORDER.  This document contains sensitive business information that could be used to Samsung's
11 detriment if not filed under seal.

12         26. Exhibit 25 to the Kim Declaration consists of excerpts from the January 12,
13 2012 deposition of Wookyun Koh.  The transcript contains confidential business information
14 about Samsung's business organization, Samsung's custodians, document retention practice, and
15 Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
16 ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
17 be used to Samsung's detriment if not filed under seal.

18         27. Exhibit 26 to the Kim Declaration consists of excerpts from the January 14,
19 2012 deposition of Junho Park.  The transcript contains confidential business information about
20 Samsung's business organization, Samsung's custodians, document retention practice, and
21 Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
22 ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
23 be used to Samsung's detriment if not filed under seal.

24         28. Exhibit 27 to the Kim Declaration consists of excerpts from the January 11,
25 2012 deposition of Ahyoung Kim.  The transcript contains confidential business information about
26 Samsung's business organization, Samsung's custodians, document retention practice, and
27 Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
28

1  ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
2  be used to Samsung's detriment if not filed under seal.

3        29.     Exhibit 28 to the Kim Declaration consists of excerpts from the March 28,
4  2012 deposition of HyeJung Lee.  The transcript contains confidential business information about
5  Samsung's business organization, Samsung's custodians, document retention practice, and
6  Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
7  ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
8  be used to Samsung's detriment if not filed under seal.

9        30.     Exhibit 29 to the Kim Declaration consists of excerpts from the March 30,
10 2012 deposition of Oh Chae Kwon.  The transcript contains confidential business information
11 about Samsung's business organization, Samsung's custodians, document retention practice, and
12 Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
13 ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
14 be used to Samsung's detriment if not filed under seal.

15       31.     Exhibit 30 to the Kim Declaration consists of excerpts from the March 2,
16 2012 deposition of MinCheol Schin.  The transcript contains confidential business information
17 about Samsung's business organization, Samsung's custodians, document retention practice, and
18 Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
19 ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
20 be used to Samsung's detriment if not filed under seal.

21       32.     Exhibit 31 to the Kim Declaration consists of excerpts from the January 14,
22 2012 deposition of Nara Cho.  The transcript contains confidential business information about
23 Samsung's business organization, Samsung's custodians, document retention practice, and
24 Samsung's source code.  The transcript has been designated HIGHLY CONFIDENTIAL –
25 ATTORNEYS' EYES ONLY.  This document contains sensitive business information that could
26 be used to Samsung's detriment if not filed under seal.

27       33.     Exhibit 34 to the Kim Declaration consists of a Korean-language Samsung
28 document and what Apple has certified to be the accurate English translation of the document.

1  This document contains confidential business information about the development and design of
2  Samsung's products, Samsung's custodians, and Samsung's business organization and
3  relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
4  ONLY.  This document contains sensitive business information that could be used to Samsung's
5  detriment if not filed under seal.

6        34.    Exhibit 35 to the Kim Declaration consists of a Korean-language Samsung
7  document and what Apple has certified to be the accurate English translation of the document.
8  This document contains confidential business information about the development and design of
9  Samsung's products, Samsung's custodians, and Samsung's business organization and
10 relationships, and has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
11 ONLY.  This document contains sensitive business information that could be used to Samsung's
12 detriment if not filed under seal.

13       35.    The confidential Kim Declaration summarizes, describes and/or directly
14 cites the confidential exhibits discussed in paragraphs 3 through 34 above.  Therefore, the un-
15 redacted declaration should remain under seal for the same reasons articulated above.

16       36.    Apple's Motion for Adverse Inference Jury Instructions summarizes,
17 describes, and/or cites to the confidential Kim Declaration and the confidential exhibits discussed
18 in paragraphs 3 through 34 above.  Therefore, the un-redacted Motion should remain under seal
19 for the same reasons articulated above.

20       37.    The requested relief is necessary and narrowly tailored to protect this
21 confidential information.  The exhibits described above do not contain significant relevant non-
22 confidential material.

23       I declare under penalty of perjury under the laws of the United States of America
24 that the foregoing is true and correct.

25       Executed May 9, 2012, at Seoul, Korea.

Hankil Kang

1 | **General Order 45 Attestation**

2 |     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3 | Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Hankil Kang has

4 | concurred in this filing.

5 |                                          /s/ *Victoria F. Maroulis*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28