[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S STATEMENT IDENTIFYING CLAIMS IT WILL ASSERT AT TRIAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On May 2, 2012, this Court issued a Minute Order directing each party to "file a statement identifying with specificity the claims they will assert at trial, e.g., specific patent claims." Apple filed its statement at 6:00 p.m. on May 7th.

Over five hours later, and just twenty minutes before midnight, Samsung filed an eleven page statement. Rather than comply with the Court's order, Samsung devoted eight of its eleven pages to a brief challenging the sufficiency of Apple's trial plan. This brief was neither authorized nor permitted by this Court's Order.

Apple therefore moves for leave to file the attached Reply Statement, in order to respond to several important misstatements in Samsung's brief.

Apple sought but was unable to obtain Samsung's consent to file the attached Reply Statement. (Decl. of Richard S.J. Hung in Support of Apple's Motion for Leave to File Response to Samsung's Statement Identifying Claims It Will Assert at Trial ("Hung Decl." ¶ 1.) Samsung stated that it would oppose Apple's motion for leave, and proposed as an alternative that the parties file a "joint submission." The purpose of Apple's proposed submission is to respond to the facts in Samsung's original, improperly filed "Statement." It makes no sense to condition Apple's filing of a response on allowing Samsung to file yet another brief. (Hung Decl. Ex. 1.)

| | |
|---|---|
| Dated: May 9, 2012 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>By:   */s/ Harold J. McElhinny*<br><br>MORRISON & FOERSTER LLP<br>Attorneys for Plaintiff and Counterclaim-Defendant<br>APPLE INC. |

APPLE'S MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S STATEMENT IDENTIFYING CLAIMS
CASE NO. 11-CV-01846-LHK
sf-3143830

2