| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com | WILLIAM F. LEE william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com | WILMER CUTLER PICKERING HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com | 60 State Street Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com | Telephone: (617) 526-6000 Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com | MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S STATEMENT** |

I, Richard S.J. Hung, declare as follows:

I am a partner at Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I make this declaration based on personal knowledge and could testify competently to the facts stated herein.

1. Today at 4:08 pm I sent an email message requesting Samsung's consent to Apple filing a short response to Samsung's Statement Identifying Claims it Will Assert at Trial. I requested that Samsung respond by 6:00 pm.

2. Samsung responded at 5:34 pm that it would oppose Apple's motion, and proposed as an alternative that the parties file a "joint submission." A true and correct copy of Samsung's response is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2012, at San Francisco, California.

*/s/ Richard S.J. Hung*
Richard S.J. Hung

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S. J. Hung has concurred in this filing.

Dated: May 9, 2012                                       */s/ Harold J. McElhinny*
                                                                      Harold J. McElhinny