# Exhibit 1

| | |
|---|---|
| **From:** | Michael T Zeller [michaelzeller@quinnemanuel.com] |
| **Sent:** | Wednesday, May 09, 2012 5:31 PM |
| **To:** | Hung, Richard S. J.; Kevin Johnson; Victoria Maroulis |
| **Cc:** | McElhinny, Harold J.; Jacobs, Michael A.; Tucher, Alison M.; Bartlett, Jason R.; AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service' |
| **Subject:** | RE: Apple v. Samsung (11-cv-1846) -- Motion for Leave to Submit Response to Samsung's Statement Identifying Claims It Will Assert at Trial |

Dear Richard, we propose that the parties file a joint submission of one page each in lieu of Apple's filing yet another unilateral submission. If you recall, we proposed jointly filing the CMC statement on April 30, which would have obviated the necessity of filing this additional paper with the Court. Yet, Apple unilaterally filed its own statement, over our objection. At this point, we do not believe it appropriate (or that the Court would appreciate) further filings by either party. Nevertheless, if Apple insists on a further filing, we believe that it should be a joint submission that would reduce the prospect of more serial filings with the Court and that would allow both parties to address any perceived issues. We look forward to hearing your response to our suggestion. If Apple insists on unilaterally filing its motion for leave, however, we request that Apple include this email with its motion.

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Wednesday, May 09, 2012 4:08 PM
**To:** Kevin Johnson; Victoria Maroulis
**Cc:** McElhinny, Harold J.; Jacobs, Michael A.; Tucher, Alison M.; Bartlett, Jason R.; AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung (11-cv-1846) -- Motion for Leave to Submit Response to Samsung's Statement Identifying Claims It Will Assert at Trial

Kevin & Vicki:

Please let us know by 6PM PDT whether Samsung will oppose a motion by Apple for leave to submit a short response to Samsung's Statement Identifying Claims It Will Assert at Trial.

Thanks -- Rich

_____

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com
www.mofo.com


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used,

and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------