UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S STATEMENT IDENTIFYING CLAIMS IT WILL ASSERT AT TRIAL** |

1  Having considered Apple's Motion for Leave to File Response to Samsung's Statement
2  Identifying Claims It Will Assert at Trial and for good cause show, Apple's motion for leave is
3  GRANTED.

**IT IS SO ORDERED.**

Dated: May ____, 2012

HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE RESPONSE TO SAMSUNG'S STATEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3144034