# Exhibit C

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Friday, May 04, 2012 12:27 AM |
| **To:** | Diane Hutnyan |
| **Cc:** | AppleMoFo; 'WH Apple Samsung NDCal Service'; Samsung v. Apple |
| **Subject:** | RE: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Case Narrowing and Identification of Deponents |

Hi Diane,

Judge Grewal's April 12 Order states that the taking of additional depositions "shall not serve as a basis for changing any of the deadlines set by Judge Koh," and I understand that at yesterday's CMC Judge Koh also ordered the parties to proceed under all currently scheduled dates.

As I stated in my April 30 letter, Apple will not make any employees available for deposition after the court-ordered deadline of May 10.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**

---

**From:** Brad Goldberg [mailto:BradGoldberg@quinnemanuel.com]
**Sent:** Thursday, May 03, 2012 4:45 PM
**To:** Mazza, Mia
**Cc:** AppleMoFo; 'WH Apple Samsung NDCal Service'; Samsung v. Apple; Diane Hutnyan
**Subject:** Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Case Narrowing and Identification of Deponents

Mia,

Please see the attached correspondence from Diane Hutnyan.

Regards,

**Brad Goldberg**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3248 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
BradGoldberg@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.