UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: C 11-1846 LHK (PSG) <br><br> **ORDER MOOTING MAY 3, 2012 DISCOVERY DISPUTE** <br><br> **(Re: Docket No. 897)** |

On May 3, 2012, the parties contacted chambers regarding a discovery dispute. The court heard arguments on May 3, 2012. The parties stated that they would inform the court no later than May 4, 2012, at 9:00 a.m., whether the parties had resolved the dispute. Samsung contacted the court on May 4, 2012, and represented that the parties had reached a resolution. The court therefore finds that the discovery dispute is moot.

**IT IS SO ORDERED.**

Dated: 5/9/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 11-1846 LHK (PSG)
**ORDER MOOTING MAY 3, 2012 DISCOVERY DISPUTE**