UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[PROPOSED] ORDER GRANTING/~~IP/RCTV~~ SAMSUNG'S MOTION TO ENLARGE TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS |

Pursuant to Civil Local Rule 6-1(b) and 6-3, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Enlarge Time for Briefing and Hearing on Apple Inc.'s ("Apple") Motion for Adverse Inference Jury Instructions.   (Dkt. 895.)

Having considered the parties' arguments and for good cause shown, the Court ORDERS the following briefing and hearing schedule:

1. Samsung's Opposition will be due on May 29, 2012;

2. Apple's Reply will be due on June 5, 2012; and

02198.5185

-1-     Case No. 11-cv-01846-LHK
~~[PROPOSED]~~ ORDER GRANTING SAMSUNG'S MOTION TO ENLARGE TIME FOR BRIEFING AND HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS

3.  the hearing will be held on ~~July 10, 2012.~~ Lwpg"48."4234"cv"32-22"c0 0

**IT IS SO ORDERED.**

DATED:   May _; __, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-                                Case No. 11-cv-01846-LHK
~~[PROPOSED]~~ ORDER GRANTING SAMSUNG'S MOTION TO ENLARGE TIME FOR BRIEFING AND
HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS