| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO SEAL PORTIONS OF HEARING TRANSCRIPT (DKT. NO. 855) PURSUANT TO GENERAL ORDER NO. 59** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | Date: June 5, 2012 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 5, 4th Floor |
| Defendants. | Judge: Hon. Paul S. Grewal |

1 | The Court having considered the supporting and opposing papers submitted in connection with Samsung's Motion to Seal Portions of Hearing Transcript (Dkt. No. 855) Pursuant to General Order No. 59, as well as the arguments made by counsel at the June 5, 2012 hearing, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Samsung's Motion to Seal Portions of Hearing Transcript (Dkt. No. 855) Pursuant to General Order No. 59 is **DENIED**.

Dated: _____

Honorable Paul S. Grewal

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO SEAL
CASE NO. 11-CV-01846-LHK
sd-589821

1