1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13
   Attorneys for SAMSUNG ELECTRONICS CO.,
14 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                       **UNITED STATES DISTRICT COURT**
17
                       **NORTHERN DISTRICT OF CALIFORNIA**
18                              **SAN JOSE DIVISION**

19

20 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
| --- | --- |
| Plaintiff, | **NOTICE OF TRANSLATIONS OF FOREIGN AUTHORITY** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

At the hearing on April 12, 2012, the Court permitted the parties to submit translations of the French decisions and authorities on which the parties relied in their briefing related to Samsung's pending Motion to Dismiss. Accordingly, Samsung hereby submits certified translations of each French decision and authority cited by Samsung's expert on French contract law, Professor Rémy Libchaber, in his two declarations submitted in support of Samsung's Motion to Dismiss and Reply Memorandum. Select significant statutes, articles, and book excerpts are also included.

The table below indicates the paragraph citing the reference, the exhibit number, and the name of the reference.

**Prof. Libchaber Declaration of November 22, 2011**

**in Support of Samsung's Motion to Dismiss**

| Libchaber Paragraph # | Exhibit # | Reference |
|---|---|---|
| 10, 111 | 1 | Fr. TERRÉ, Ph. SIMLER and Y. LEQUETTE, *Les obligations*, 10th ed., Dalloz 2009, No. 24, p. 31 |
| 10 | 2 | MALAURIE, L. AYNES and Ph. STOFFEL-MUNCK, *Les obligations*, 4th ed., Defrénois 2009, No. 455, p. 231 |
| 10, 111 | 3 | J. FLOUR, J.-L. AUBERT and E. SAVAUX, *Les obligations*. 1. *L'acte juridique*, 14th ed., Sirey 2010, No. 123, p. 102 |
| 12 | 4a-b | Com. 26 November 2003, *Bull. IV*, No. 186, p. 206, *D.* 2004.869, comment DUPRE-DALLEMAGNE |
| 12 | 5 | Civ. 3, 28 June 2006, *Bull. III*, No. 164, p. 136, *JCP* 2006.II.10130, comment DESHAYES |
| 15 | 6 | MALAURIE, AYNÈS and STOFFEL-MUNCK, *op. cit.*, No. 457, p. 233 |
| 15 | 3 | FLOUR, AUBERT and SAVAUX, *op. cit.*, No. 122, p. 101 |

| | | | |
|---|---|---|---|
| 1 | 15, 37 | 8 | TERRÉ, SIMLER and LEQUETTE, *op. cit.*, No. 91, p. 110 |
| 2 | 22 | 9 | Article 1101 of the French Civil Code (Official translation obtained from: **http://www.legifrance.gouv.fr/content/download/1950/13681/version/3/file/Code_22.pdf**) |
| 5 | 26 | 9 | Article 1134, §1 of the French Civil Code |
| 6 | 36 | 10 | Civ. 3, 14 January 1987, *D.* 1988,80, commentary J. Schmidt |
| 7 | 43, 45 | 11 | Fr. COLLART-DUTILLEUL and Ph. DELEBECQUE, *Contrats civils et commerciaux*, 9th ed., Dalloz 2011, No. 360, p. 332 |
| 9 | 43 | 12 | Reboul, J.-Cl. Brevets, Fasc. 4740; Licence de brevet. Formation du contrat. Conclusion du contrat, No. 67 |
| 11 | 43 | 13 | Ph. MALAURIE, L. AYNES and P.-Y. GAUTIER, *Les contrats spéciaux*, 4th ed., Defrénois 2009, No. 601, p. 331 |
| 13 | 44 | 9 | Article 1709, 1710, 1713 to 1779 of the French Civil Code |
| 14 | 46 | 14 | MALAURIE, AYNÈS and GAUTIER, *op. cit.*, No. 622, p. 342 |
| 15 | 46 | 15 | A. BÉNABENT, *Les contrats spéciaux, civils et commerciaux*, 9th ed., Montchrestien 2011, No. 519, p. 233 |
| 17 | 47 | 16 | COLLART-DUTILLEUL and DELEBECQUE, *op. cit.*, No. 734, p. 674 |
| 19 | 47 | 17 | MALAURIE, AYNÈS and GAUTIER, *op. cit.*, No. 766, p. 442 |
| 20 | 47 | 18 | BÉNABENT, *op. cit.*, No. 755, p. 355 |
| 21 | 48 | 19 | COLLART-DUTILLEUL and DELEBECQUE, *op. cit.*, No. 430, p. 379 |
| 23 | 48 | 20 | MALAURIE, AYNÈS et GAUTIER, *op. cit.*, No. 647, p. 353 |
| 24 | 48 | 21 | A. SÉRIAUX, *Contrats civils*, PUF 2001, No. 50, p. 143 |
| 25 | 48 | 22 | TERRÉ, SIMLER and LEQUETTE, *op. cit.*, No. 109, p. 123 |
| 26 | 48 | 23 | C. AUBERT DE VINCELLES, *Rép. civil*, V° Bail, No. 70, p. 15 |
| 27 | 49 | 24 | Civ. 3, 27 June 1973, *Bull. III,* No. 446, p.324 |

| | | |
|---|---|---|
| 49 | 25 | Civ. 3, 28 October 2009, *Bull.* III, No. 237 |
| 49 | 26 | Civ. 3, 28 May 1997, *Bull. III*, No. 116, p. 77 |
| 49 | 27 | Civ. 3, 20 May 1992, *Bull. III*, No. 152, p. 93 |
| 49 | 28 | Civ. 3, 7 April 1976, *Bull. III*, No. 138, p. 111 |
| 49 | 29 | Civ. 3, 23 January 1970, *Bull. III*, No. 63, p. 45 |
| 54 | 30 | Article L. 613-8 § 5 of the Intellectual Property Code |
| 55 | 9 | Article 1316-4 of the French Civil Code |
| 70 | 31 | MALAURIE, AYNÈS and STOFFEL-MUNCK, *op. cit.*, No. 465, p. 238 |
| 70 | 22 | TERRÉ, SIMLER et LEQUETTE, *op. cit.*, No. 108, p. 121 |
| 83 | 9 | Article 1101 of the French Civil Code |
| 91 | 32 | MALAURIE, AYNÈS and STOFFEL-MUNCK, *op. cit.*, No. 817, p. 429 |
| 92 | 33 | MALAURIE, AYNÈS et STOFFEL-MUNCK, *op. cit.*, No. 807, p. 422 |
| 92 | 34 | TERRÉ, SIMLER and LEQUETTE, *op. cit.*, No. 511, p. 529 |
| 92 | 35a-b | Civ.1, 8 December 1987, *Bull. I*, No. 343, p. 246, *D.* 1989 |
| 92 | 36 | Civ.1, 8 December 1987, *Bull. I*, No. 343, p. 246, *D.* 1989, Som. 233, obs. J.-L. AUBERT, *RTDciv* 1988.532 |
| 92 | 37 | Civ.1, 8 December 1987, *Bull. I*, No. 343, p. 246, *D.* 1989, Obs. J. MESTRE |
| 92 | 9 | Article 1121 of the French Civil Code |
| 94 | 38 | D. MARTIN, « La stipulation de contrat pour autrui », *D.* 1994.145 |
| 94 | 39 | MALAURIE, AYNÈS and STOFFEL-MUNCK, *op. cit.*, No. 816, p. 428 |
| 94 | 40 | D. MAZEAUD, commentary under Civ. 1, 22 May 2008, *RDC* 2008.1135 |

| | | |
|---|---|---|
| 96 | 9 | Article 1901 of the French Civil Code |
| 115 | 41 | TERRÉ, SIMLER et LEQUETTE, *op. cit.*, No. 185, p. 190 |
| 121 | 42 | LE TOURNEAU and D. KRAJESKI, *J.-Cl. Contrats-Distribution*, Fasc. 200: Contrat "intuitu personæ", N° 32 to 45 |
| 121 | 43 | MALAURIE, AYNÈS and STOFFEL-MUNCK, *op. cit.*, No. 420, p. 203 |
| 122 | 44 | LE TOURNEAU and KRAJESKI, *op. cit.*, N° 2 |
| 123 | 45 | LE TOURNEAU and KRAJESKI, *op. cit.*, N° 46 to 61 |
| 124 | 45 | LE TOURNEAU and KRAJESKI, *op. cit.*, N° 52 |
| 124 | 46 | J. SCHMIDT-SZALEWSKI and J.-L. PIERRE, *Droit de la propriété industrielle*, 4th ed., Litec 2007, No. 274, p. 110 |
| 124 | 47 | POLLAUD-DULIAN, La propriété industrielle, Economica 2010, No. 695, p. 366 |
| 124 | 48 | J.-J. BURST, *J.-Cl. Brevets*, Fasc. 4740: License de brevet. Effets du contrat de license. Fin du contrat de license, No. 132 |
| 129 | 49 | LE TOURNEAU and KRAJESKI, *op. cit.*, N° 16 |

**Prof. Libchaber Declaration of January 9, 2012**

**in Support of Samsung's Reply Memorandum**

| Libchaber Paragraph # | Exhibit # | Reference |
|---|---|---|
| 12, 22, 30 | 30 | Article L. 613-8 § 5 of the Intellectual Property Code |
| 22 | 50 | Fr. Terré, Ph. Simler and Y. Lequette, *Les obligations*, 10th ed., Dalloz 2009, No. 73, p. 85 |
| 25 | 12 | Reboul, J.-Cl. Brevets, Fasc. 4740; Licence de brevet. Formation du contrat. Conclusion du contrat, No. 40 |

| | | |
|---|---|---|
| 31 | 51 | J.-J. Burst, Breveté et licencié. Leurs rapports juridiques dans le contrat de license, Pref. D. Bastian, Litec 1970, No. 19, p. 20 |
| 32 | 12 | Reboul, J.-Cl. Brevets, Fasc. 4740; Licence de brevet. Formation du contrat. Conclusion du contrat, No. 67 |
| 32 | 52 | J. Schmidt-Szalewski and J.-L. Pierre, Droit de la propriété industrielle, 4th ed., Litec 2007, No. 273, p. 109 |
| 32 | 46 | Schmidt-Szalewski and Pierre, *op. cit.*, No. 274, p. 110 |
| 32 | 9 | Article 1708 of the French Civil Code |
| 33 | 47 | Pollaud-Dulian, La propriété industrielle, Economica, No. 694, p. 366 |
| 33 | 53 | J. Azema and J.-Chr. Galloux, Droit de la propriété industrielle, 6th ed., Dalloz 2006, No. 485[1], p. 298 |
| 34 | 54 | N. Binctin, Droit de la propriété intellectuelle, LGDJ 2010, No. 877, p. 549 |
| 39 | 55 | M. Planiol and G. Ripert, *Droit civil français*, ch. X, *Contrats civils*, LGDJ 1956, by Fr. Givord et A. Tunc, No. 470, p. 602 |
| 40 | 56 | P. A. Fenet, *Travaux préparatoires du Code civil*, Ch. 14, p. 312 |
| 40 | 57 | G. Baudry-Lacantinerie, *Précis de droit civil*, Ch. 3, 7th ed. 1900, No. 646, p.387[2] |
| 40 | 58 | A. Boistel, note under Pau, 22 March 1898, DP 1900.2.97 |
| 43 | 59 | Pollaud-Dulian, *cit. op.*, No. 701, p. 369 |
| 48 | 60 | Civ. 3, 22 February 1967, *Bull. III*, No 87, p. 83 |
| 48-49 | 61 | A. Laude, *La reconnaissance par le juge de l'existence d'un* |

---

[1] Incorrectly stated as No. 284
[2] Incorrectly stated as No. 658, p. 417.

|  |  |  |
|---|---|---|
|  |  | *contrat*, Pref. J. Mestre, PUAM 1992, No. 322, p. 204 |
|  |  | Laude, *cit. op.,* No. 331, p. 211 |
|  |  | Laude, *op. cit.*, No. 332, p. 212 |
|  |  | Laude, *op. cit.*, No. 338, p. 217 |
| 54 | 9 | Article 1134 of the French Civil Code |
|  | 62 | Certificates of Translation |

DATED: May 13, 2012

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   *Victoria F. Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC