QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.   I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California   94111-4788.

On May 14, 2012, I served true copies of the following document(s) described as

**NOTICE OF TRANSLATIONS OF FOREIGN AUTHORITY**

on the interested parties in this action as follows:

| | |
|---|---|
| Brian Larivee<br>Brian Seeve<br>James C. Burling<br>Timothy D. Syrett<br>Michael A. Diener<br>Michael Saji<br>Wilmer Cutler Pickering Hall and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Jeremy Winer<br>Samuel Calvin Walden<br>Robert J. Gunther , Jr<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Edward H. Rice<br>Marina N. Saito<br>Hopenfeld Singer Rice & Saito LLP<br>30 S. Wacker Drive, Suite 2200<br>Chicago, Il 60606 | Richard Goldenberg<br>Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109-1803 |
| Thomas G. Pasternak<br>DLA Piper US LLP<br>115 South La Salle Street, Suite 3100<br>Chicago, IL 60603 | Michael Thomas Zeller<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |

**BY MAIL:**   I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at San Francisco, California.   The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 14, 2012, at San Francisco, California.

*/s/ Marisela Reyes*
Marisela Reyes