1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,      CASE NO. 11-cv-01846-LHK

19            Plaintiff,                      **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS**
20       vs.                                  **UNDER SEAL**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
              Defendants.
25

26

27

28

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

   1. The confidential, unredacted version of Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order ("Samsung's Motion for Clarification");
   2. The confidential, unredacted version of the Declaration of Mark Tung In Support of Samsung's Motion for Clarification ("Tung Declaration"); and
   3. Exhibits 3 – 11 and 16 – 18 to the Tung Declaration.

Samsung has established good cause to permit filing these documents under seal through the Declaration of Joby Martin in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.   In short, the above documents discuss, refer to, or comprise interrogatory objections and responses that Samsung has designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY under the protective order.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.   A proposed redacted version of Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order has been filed concurrently with this motion.

DATED: May 15, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ *Victoria Maroulis*
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC