# EXHIBIT 12

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7467**

WRITER'S INTERNET ADDRESS
**ketanpatel@quinnemanuel.com**

May 6, 2012

<u>VIA E-MAIL</u>

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Re:   <u>Apple v. Samsung, Case No. 11-cv-01846 (LHK) (N.D. Cal.)</u>

Dear Mia:

    I write in response to your May 2, 2012 letter responding to my April 22, 2012 letter requesting an inspection of the Samsung products discussed by Dr. Balakrishnan in his opening expert report ("'381 Products").

    Given that expert discovery has already been completed and the upcoming summary judgment deadline of May 17, 2012, the chart containing the information (Android and application version numbers) that you have offered in your letter is wholly insufficient.  Federal Rule 26(a)(2)(B)(ii) requires that Apple disclose the facts or data considered by Dr. Balakrishnan in forming his opinion.  As he did not rely on your referenced chart to form the opinions offered in his opening report, this chart will not obviate Apple's duty to make the actual '381 Products available for inspection.

    Samsung originally requested the opportunity to inspect these products on April 22, 2012.  Apple has had two weeks to produce them and has failed to do so.  The chart that you offered to produce "during the second week of May" will be late in coming and an insufficient resolution to Samsung's request.  Please produce the specific '381 Products for inspection by May 9, 2012 or Samsung will be forced to file a motion to

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000 FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000 FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

strike portions of Dr. Balakrishnan's opening report for failure to discuss facts and data.

Regards,

/s/ Ketan V. Patel

Ketan V. Patel