# EXHIBIT 13

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

May 10, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (ketanpatel@quinnemanuel.com)

Ketan Patel
Quinn Emanuel
51 Madison Ave, 22nd Floor
New York, NY 10010

Re:    *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Ketan:

I write regarding your letter of May 6, 2012, in which you requested that we make available for inspection the Samsung products discussed by Dr. Balakrishnan in his opening expert report.  As you noted in your letter of April 22, Samsung made this request because it was purportedly interested in the "version of the Android code . . . installed on the devices . . . [and the] version of the Gallery, Contacts or ThinkFree Office software . . . installed on the devices."  In my letter of May 2, Apple offered to provide Samsung with the exact information requested.  Your suggestion now that that offer is somehow "insufficient" is perplexing.

Samsung obviously has access to its own products and its own source code, and can easily confirm the operation of those products.  During his deposition, Samsung's expert Dr. Johnson was even provided an opportunity to inspect a number of the products discussed in Dr. Balakrishnan's report, including the Galaxy Ace, the Galaxy S 4G, and the Galaxy S Showcase, and went so far as to read into the record the technical specifications and Android version information for those devices.  *See, e.g.*, Johnson Dep. Tr. at 195:6-197:1.

Please find below a table with the information you requested.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

Encl.

sf-3143532

MORRISON | FOERSTER

Ketan Patel
May 10, 2012
Page Two


cc:     S. Calvin Walden
        Peter Kolovos

sf-3143532

MORRISON | FOERSTER

Ketan Patel
May 10, 2012
Page Three

| Product Name | Android Version | ThinkFree Office Version |
|---|---|---|
| Captivate | 2.1-update1 | - |
| Continuum | 2.1-update1 | 2.0.0810.01 |
| Droid Charge | 2.2.1 | 2.0.110222 |
| Epic 4G | 2.2.1 | 2.0.1115.01 |
| Exhibit 4G | 2.3.3 | 2.0.110222 |
| Fascinate | 2.2.2 | 2.0.110222 |
| Galaxy Ace | 2.2.1 | 2.0.1115.01 |
| Galaxy Prevail | 2.2.2 | 2.0.110222 |
| Galaxy S (i9000) | 2.2.1 | 2.0.1011.01 |
| Galaxy S II (i9100) | 2.3.3 | - |
| Galaxy S II (AT&T) | 2.3.4 | - |
| Galaxy S II Epic 4G Touch | 2.3.4 | - |
| Galaxy S 4G | 2.2.1 | 2.0.110222 |
| Galaxy S Showcase (i500) | 2.1-update1 | 2.0.0810.01 |
| Galaxy Tab 7.0 | 2.3.5 | 2.0.110222 |
| Galaxy Tab 10.1 | 3.1 | - |
| Gem | 2.1-update1 | - |
| Gravity Smart | 2.2.2 | - |
| Indulge | 2.2.1 | 2.0.110222 |
| Infuse 4G | 2.2.1 | - |
| Intercept | 2.2.2 | 2.0.1115.01 |

sf-3143532

MORRISON | FOERSTER

Ketan Patel
May 10, 2012
Page Four

| Mesmerize | 2.1-update1 | 2.0.0810.01 |
| Nexus S | 2.3.1 | - |
| Nexus S 4G | 2.3.4 | - |
| Replenish | 2.2.2 | 2.0.110222 |
| Sidekick | 2.2.1 | 2.0.110222 |
| Vibrant | 2.1-update1 | - |

sf-3143532