# EXHIBIT 14

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 29, 2011

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail* (rachelkassabian@quinnemanuel.com)

Rachel Herrick Kassabian
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Rachel:

It has come to our attention that Samsung has incorporated a "blue glow" functionality into its products in an apparent attempt to design around certain Apple patents, including the '381 patent asserted in this action.

We have not found any documents regarding this "blue glow" functionality in Samsung's production thus far, although they are responsive to at least RFPs 20, 197, 198, and 199. Please be prepared during this Wednesday's meet-and-confer call to provide a date certain by which Samsung will substantially complete its production of documents discussing this functionality and other attempts by Samsung to design around Apple's patents.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Samuel Maselli
      S. Calvin Walden
      Peter Kolovos

sf-3076491