# EXHIBIT 15

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> Kevin P.B. Johnson (Cal. Bar No. 177129) <br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> 555 Twin Dolphin Drive 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Michael T. Zeller (Cal. Bar No. 196417) <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 <br><br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SOURCE CODE FOR THE ACCUSED DEVICES** |

1   WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action against
2   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3   Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the
4   Parties" and individually each a "Party") on April 15, 2011;

5   WHEREAS, through Requests for Production propounded on Samsung and other
6   discovery mechanisms, Apple sought production of the source code for the accused products (*see*,
7   *e.g.*, Apple RFP Nos. 224, 228, and 232);

8   WHEREAS, on December 8, 2011, Apple filed a motion to compel seeking an order
9   directing Samsung to produce its source code for the accused products, including its source code
10  relating to certain specified accused functions (*see* Apple's 12/8/11 [Proposed] Order Granting
11  Apple's Mot. Compel Production of Docs. & Things at 2-3);

12  WHEREAS, on December 22, 2011, the Court issued an order requiring Samsung to
13  produce "the source code and technical documents requested by Apple's motion" by
14  December 31, 2011 (12/22/11 Order at 2);

15  WHEREAS, Samsung produced only one version of source code for each accused product
16  by December 31, 2011;

17  WHEREAS, Apple contends that Samsung should be precluded from arguing that any
18  version of an accused product does not infringe any Apple patent-in-suit, unless the source code
19  for that version of the product either (i) was produced by December 31, 2011, or (ii) differs in no
20  material way from the source code for the version of the product that was produced by
21  December 31, 2011;

22  WHEREAS, although Samsung does not agree with Apple's contention, Samsung
23  represents that, for purposes of assessing infringement of all but one of the Apple patents-in-suit,
24  the version of the following accused products for which Samsung did produce source code by
25  December 31, 2011 is representative of all versions of that product:

26      (a) Captivate;
    (b) Continuum;
27      (c) Epic 4G;
    (d) Exhibit 4G;
28      (e) Fascinate;

(f) Galaxy Ace Showcase;
(g) Galaxy S 4G;
(h) Gravity Smart;
(i) Indulge;
(j) Intercept;
(k) Mesmerize;
(l) Nexus;
(m) Nexus S;
(n) Nexus S 4G;
(o) Replenish;
(p) Showcase Galaxy S;
(q) Sidekick;
(r) Transform;
(s) Vibrant;
(t) Galaxy Tab (AT&T, Sprint, TMobile and Verizon versions);
(u) ….
(v) …..
(w) …
(x) …...

WHEREAS, Samsung's representation does not apply to Apple's allegation that Samsung's accused products infringe U.S. Patent No. 7,469,381; and

WHEREAS, the Parties have determined that it is in their mutual interest to memorialize their partial resolution of this outstanding dispute regarding the consequences of Samsung's failure to produce all of the source code covered by the Court's December 22, 2011 Order by December 31, 2011.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. For purposes of assessing infringement of U.S. Patent Nos. 6,493,002, 7,853,891, 7,864,163, 7,844,915, 7,812,828, 7,663,607, and 7,920,129 (whether direct or indirect, and whether literal or by equivalents), the version of source code that Samsung produced by December 31, 2011 for the following products is representative of the source code for all versions of that product:

   a. Captivate;
   b. Continuum;
   c. Epic 4G;
   d. Exhibit 4G;
   e. Fascinate;
   f. Galaxy Ace Showcase;
   g. Galaxy S 4G;
   h. Gravity Smart;
   i. Indulge;

    j. Intercept;
    k. Mesmerize;
    l. Nexus;
    m. Nexus S;
    n. Nexus S 4G;
    o. Replenish;
    p. Showcase Galaxy S;
    q. Sidekick;
    r. Transform;
    s. Vibrant; and
    t. Galaxy Tab (AT&T, Sprint, TMobile and Verizon versions);
    u. …….
    v. …….
    w. …….
    x. …….

2. This stipulation is without prejudice to Apple's right to seek any remedy or relief with regard to any disputes over Samsung's production of source code in accordance with the December 22, 2011 Order that are not addressed in Section 1 of this Stipulation.

Dated: February ___, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:_____<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br><br>Attorneys for Plaintiff<br>APPLE INC. | By:_____<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012    By: _____
                                           The Honorable Lucy H. Koh
                                           United States District Court Judge