UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

　　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order.

　　Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that the below documents contain information that has been designated by Samsungas HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1     Accordingly, for good cause shown, the Court ORDERS that the following documents
2 shall be filed under seal:

    1. The confidential, unredacted version of Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order ("Samsung's Motion for Clarification");

    2. The confidential, unredacted version of the Declaration of Mark Tung In Support of Samsung's Motion for Clarification ("Tung Declaration"); and

    3. Exhibits 3 – 11 and 16 – 18 to the Tung Declaration.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL