1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

   Attorneys for Plaintiff and
   Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Counterclaim-Plaintiffs,<br><br>       v.<br><br>APPLE INC., a California corporation,<br><br>                Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") moves for an order to seal the following documents:
3       1.   Confidential portions of Apple's Notice of Motion and Motion for Summary
4       Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S.
5       Patent Numbers 7,456,893 and 7,577,460, filed herewith.
6       2.   Exhibits 4, 5, 7, 9, 10, 12-17, 22 and 26 to the Declaration of Mark D. Selwyn in
7       Support of Apple's Motion for Summary Judgment, filed herewith.
8   Items 1 and 2 of the above documents contain information that Samsung has designated
9   as confidential under the protective order.  Apple expects that pursuant to Civil Local Rule 79-
10  5(d), Samsung will file a declaration, and accompanying Proposed Order, attempting to establish
11  good cause to permit the sealing of these materials.
12  Items 1 and 2 of the above documents also contain information that is Apple-confidential
13  as set out in the Declaration of Erica Tierney in Support of Apple's Administrative Motion to
14  File Documents Under Seal ("Tierney Declaration"), filed herewith.  As described in the Tierney
15  Declaration, this motion requests relief that is necessary and narrowly tailored to protect only
16  that confidential information.  It is Apple's policy not to disclose or describe its confidential
17  design and product development information.  (Tierney Declaration ¶ 3.)   This information is
18  highly confidential to Apple.  (*Id.*)  The information described above could be used by Apple's
19  competitors to Apple's disadvantage if disclosed publicly.  (*Id.*)  The relief requested in this
20  motion is necessary and is narrowly tailored to protect confidential information, focusing only on
21  specific portions of the documents at issue.  (*Id.* ¶ 4.)
22  Items 1 and 2 of the above documents also contain information that is confidential to
23  Intel as set out in the Declaration of Mark D. Selwyn in Support of Apple's Administrative
24  Motion to File Documents Under Seal ("Selwyn Declaration"), filed herewith.  As described in
25  the Selwyn Declaration, this motion requests relief that is necessary and narrowly tailored to
26  protect only that confidential information.  (Selwyn Declaration ¶ 3.)
27
28

1    Pursuant to the Court's standing order regarding motions to file under seal, effective
2 December 1, 2011, attached is the proposed public redacted versions of Item 1 that Apple is
3 seeking to file under seal. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the
4 document at issue with the sealable portions highlighted.
5    Because Exhibits 4, 5 and 9 may also contain Samsung confidential information and were
6 marked "Highly Confidential" by Samsung, Apple is not lodging proposed public redacted
7 versions of those documents.  Apple will coordinate with Samsung to lodge the public redacted
8 versions concurrently with Samsung's declaration in support of this motion.
9    Pursuant to General Order No. 62, Apple's entire filing will be lodged with the Court for
10 *in camera* review and served on all parties.

| | |
|---|---|
| Dated: May 17, 2012 | /s/ Mark. D Selwyn<br>Mark D. Selwyn (SBN 244180)<br>(mark.selwyn@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:   (650) 858-6100<br><br>William F. Lee (admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Harold J. McElhinny (SBN 66781)<br>(HMcElhinny@mofo.com)<br>Michael A. Jacobs (SBN 111664)<br>(MJacobs@mofo.com)<br>Richard S.J. Hung (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone: ( 415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant Apple Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 17, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

          /s/ Mark. D Selwyn
          Mark D. Selwyn