1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
      HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
      HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

   Attorneys for Plaintiff and
   Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NUMBER 7,362,867 AND INVALIDITY OF U.S. PATENT NUMBERS 7,456,893 AND 7,577,460**<br><br>Date: June 21, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

I, Mark D. Selwyn, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for plaintiff and counterclaim-defendant Apple Inc. I submit this declaration in support of Apple's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,362,867 and Invalidity of U.S. Patent Nos. 7,456,893 and 7,577,460. I am familiar with and knowledgeable about the facts stated in this declaration and if called upon could and would testify competently as to the statements made herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 7,362,867.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 7,456,893.

4. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 7,577,460.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Richard D. Wesel, Ph.D. Regarding Infringement of U.S. Patent No. 7,362,867, served March 22, 2012.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Richard Wesel, taken April 23, 2012.

7. Attached hereto as **Exhibit 6** is a true and correct copy of 3GPP TS 25.213 v6.0.0.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Wayne Stark Regarding Non-Infringement of U.S. Patent No. 7,362,867, served April 16, 2012.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Wayne Stark, dated May 16, 2012.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. 7,577,460, 7,456,893, 7,698,711 and 7,079,871, served March 22, 2012.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the Expert Report of J. Paul Dourish, Ph.D Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,456,893, served March 22, 2012.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the Declaration of J. Paul Dourish, dated May 16, 2012.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Woodward Yang, taken May 9, 2012.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition of Jeong-Seok Oh, taken November 11, 2011.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Sang-Ryul Park, taken November 18, 2011.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of Samsung's Disclosure of Asserted Claims and Infringement Contentions [Patent L.R. 3-1, 3-2], Exhibit J, served September 7, 2011.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition of Woodward Yang, taken May 8, 2012.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the Report of R. Sukumar, entitled "Results from A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460, 893, 711, 871) and A Survey of World Clock Patented Feature Usage (Patented Feature 055)," served March 22, 2012.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of an April 28, 2006 Response to a January 28, 2006 Office Action from the file history of the '867 patent, produced in this action as APLNDC-WH-A 0000017904-17919.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a December 11, 2006 Response to an August 9, 2006 Office Action from the file history of the '867 patent, produced in this action as APLNDC-WH-A 0000017952-17968.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the September 13, 2007 Appeal Brief from the file history of the '867 patent, produced in this action as APLNDC-WH-A 0000018016-18050.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Samsung's Disclosure of Asserted Claims and Infringement Contentions [Patent L.R. 3-1, 3-2], Exhibit F, served September 7, 2011.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the Expert Report of Mani Srivastava, Ph.D Regarding Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460, served March 22, 2012.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the Declaration of Mani Srivastava, dated May 16, 2012.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the April 6, 2009 Notice of Allowability from the file history of the '460 patent, produced in this action as APLNDC-WH-A 0000014652-14655.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the November 14, 2002 Amendment in Response to Office Action from the file history of U.S. Patent No. 7,139,014 (the parent of the '460 patent), produced in this action as APLNDC-WH-A 0000014245-14254.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of the Rebuttal Expert Report of Mani Srivastava, Ph.D Regarding Non-Infringement of the Asserted Claim of U.S. Patent No. 7,577,460, served April 16, 2012.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 17, 2012            /s/ Mark D. Selwyn
                               Mark D. Selwyn

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 17, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark. D Selwyn
Mark D. Selwyn