# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

        Plaintiff,

      vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

        Defendants.


SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

        Counterclaim-Plaintiffs,

      v.

APPLE INC., a California corporation,

        Counterclaim-Defendant.

Civil Action No. 11-CV-01846-LHK

**DECLARATION OF J. PAUL DOURISH**

    I filed a report on March 22, 2012, titled "Expert Report of J. Paul Dourish Regarding Invalidity of the Asserted Claims of U.S. Patent Number 7,456,893." I affirm under penalties of perjury that all statements in that report are true and correct to the best of my knowledge and belief subject to the corrections or clarifications I made at my deposition, which took place on May 2, 2012.

Dated: May 16, 2012

_____
J. Paul Dourish