# EXHIBIT 23

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**DECLARATION OF MANI SRIVASTAVA** |

I filed a report on March 22, 2012, titled "Expert Report of Mani Srivastava, Ph.D. Regarding Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460." I also filed a report on April 16, 2012, titled "Rebuttal Expert Report of Mani Srivastava, Ph.D. Regarding Non-Infringement of the Asserted Claim of U.S. Patent No. 7,577,460." I affirm under penalties of perjury that all statements in those reports are true and correct to the best of my knowledge and belief subject to corrections or clarifications, if any, that I made at my deposition, which took place on April 25, 2012.

Dated: May 16, 2012

_____
Mani Srivastava