# EXHIBIT 25

#6/A
LB
11/15/02

PATENT APPLICATION
Attorney Docket No.: 678-430 (P8851)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANT(S):     Jae-Min KIM, et al.           GROUP ART UNIT: 2643

APPLICATION NO.: 09/540,830                    EXAMINER: Eng, George

FILING DATE:      March 31, 2000               DATED: November 7, 2002

FOR:  **PORTABLE COMPOSITE COMMUNICATION TERMINAL FOR
      TRANSMITTING/RECEIVING VOICE AND IMAGES, AND OPERATION
      METHOD AND COMMUNICATION SYSTEM THEREOF**

Assistant Commissioner for Patents
Washington, DC 20231

**RECEIVED**
NOV 1 4 2002
Technology Center 2600

### RESPONSE

Sir:

        In response to the Office Action of the United States Patent and Trademark Office

dated August 8, 2002, please consider the following amendments and remarks.

### AMENDMENTS

**IN THE CLAIMS:**

        Please cancel Claim 12, without prejudice.

        Please accept rewritten Claims 1, 16, 17, 19 and 20, as follows:

        1.    (Amended) A portable composite communication terminal for voice

communication and image transmission/reception, comprising:

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8 (a)

        I hereby certify that this correspondence is being deposited with the United States Postal Service
as first class mail, postpaid in an envelope, addressed to the: Assistant Commissioner of Patents,
Washington, DC 20231 on November 7, 2002.

Dated: November 7, 2002           Barbara Evers
                                  Barbara Evers



a camera unit that digitally captures an image of an object, constructs the image in a predetermined format, compresses the formatted image, and stores the compressed image in the camera memory under a predetermined camera control;

a portable phone unit having a controller that provides overall control to the portable composite communication terminal and selectively performs voice communication and image transmission/reception of at least one image included in an e-mail according to a selected transmission/reception mode among predetermined modes;

a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit; and

an interface between the portable phone unit and the display to display images and characters on the display under the control of the portable phone unit, the interface comprising:

an OSD controller that controls the display of characters and downloaded background images received from the portable phone unit at a specific position of a currently-displayed external images on the display in synchronization with one of an external color sync signal received from the camera unit. and an internal color sync signal; and

a selector that selectively outputs an external image signal received from the camera unit and an OSD image signal received from the OSD controller to be composed of one image on the display under the control of the OSD controller.

16.     (Amended) A communication system for transmission and reception of voice and images, comprising:

a portable composite communication terminal having a camera unit that digitally captures an image of an object, constructs the image in a predetermined format, compresses the formatted image, and stores the compressed image in the camera memory under a predetermined camera control, a portable phone unit that provides overall control to the portable composite communication terminal and selectively performs voice

-2-

APLNDC-WH-A 0000014246

communication and image transmission and reception according to a selected transmission mode among predetermined modes, a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit, and an interface between the portable phone unit and the display that displays images and characters on the display under the control of the portable phone unit, the interface comprising:

an OSD controller that controls the display of one of a downloaded background image and characters; and

a selector that selectively outputs an external image signal received from one of the camera unit and an OSD image signal received from the OSD controller under the control of the OSD controller;

a mobile communication network for transmission and reception of voice and images to and from the portable composite communication terminal; and

a server connected to the mobile communication network, for providing transmission and reception service of image data over the mobile communication network.

17.     (Amended) A method of operating a portable composite communication terminal, having one controller, said portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

setting a portable phone mode by turning on the portable composite communication terminal, regulating voltage supporting components of the portable phone mode, and performing a general portable phone function;

setting a camera mode upon user request for camera operation, said user request being input through a camera mode switch and processed by the controller, regulating voltage supporting components of the camera mode, and performing a camera function;

capturing the image of an object upon user request for a photograph in the camera mode; and

-3-

APLNDC-WH-A  0000014247

displaying a captured image stored in a camera memory of the portable composite
communication terminal on a display of the portable composite communication terminal
upon user request for displaying the image.

19.      (Amended) The method of claim 17, wherein a second power voltage is
supplied to a camera unit of portable composite communication terminal when the
camera mode is set.

20.      (Amended) A data transmitting method for a portable composite
communication terminal which functions as both a portable phone and a camera,
comprising the steps of:
        entering a first E-mail transmission sub-mode upon user request for E-mail
transmission while operating in a portable phone mode, the first e-mail transmission sub-
mode performing a portable phone function;
        entering a second E-mail transmission sub-mode upon user request for E-mail
transmission while operating in a display sub-mode, the second e-mail transmission sub-
mode displaying an image most recently captured in a camera mode;
        sequentially displaying other images stored in a memory through the use of scroll
keys;
        transmitting the address of the other party and a message received through a user
interface in the first E-mail transmission sub-mode; and
        transmitting the address of the other party and the message received through the
user interface and the image displayed on the display as an E-mail in the second E-mail
transmission sub-mode.

## REMARKS

Claims 1-20 are pending in the application. The Examiner has rejected Claim 9
under 35 U.S.C. §112, second paragraph, as being indefinite for failing to point out and
distinctly claim the subject matter which the applicant regards as the invention. The

-4-

APLNDC-WH-A 0000014248

Examiner has rejected Claims 17-19 under 35 U.S.C. §102(e) as being anticipated by Irube et al. (U.S. Patent 6,377,818). The Examiner has rejected Claims 1-12, 15 and 16 under 35 U.S.C. §103(a) as being unpatentable over Hsieh et al. (U.S. Patent 5,969,750) in view of Irube et al. The Examiner has rejected Claims 13 and 14 under 35 U.S.C. §103(a) as being unpatentable over Hsieh et al. in view of Irube et al., and further in view of Gerszberg et al. (U.S. Patent 6,044,403). The Examiner has rejected Claim 20 under 35 U.S.C. §103(a) as being unpatentable over Wagner et al. (U.S. Patent 6,169,911) in view of Suso et al. (U.S. Patent 6,069,648) and Dawson (U.S. Patent 6,252,588).

The Examiner rejected Claim 9 under 35 U.S.C. §112, second paragraph. The Examiner stated that the limitation "the portable phone controller" in line 2 lacks antecedent basis. Although not addressed by the Examiner, Claim 10 also has a similar recitation. Claim 1 has been amended to correct this form error, and not for purposes of patentability.

Claims 16 and 19 have also been amended to correct errors in form and have not been amended for purposes of patentability.

Turning now to the rejections of the claims, the Examiner rejects Claims 17-19 under 35 U.S.C. §102(e) as anticipated by Irube et al. Disclosed in Irube et al. is a communication terminal apparatus separated into a housing that is capable of video/voice communications, and a housing that is capable of only the voice communications. Amended Claim 17 of the present invention recites a "composite communication terminal which functions as both a portable phone and a camera", as opposed to the Irube et al. apparatus which is two separate apparatus. Several additional distinctions between the cited reference and amended Claim 17 of the present application are that Claim 17 recites "having one controller", "said user request being input through a camera mode switch and processed by the controller". Irube does not teach or disclose these elements. Based on the foregoing, withdrawal of the rejection of Claims 17-19 is respectfully requested.

The Examiner rejected independent Claims 1 and 16 under 35 U.S.C. §103(a) as being unpatentable over Hsieh et al. in view of Irube et al. Claims 1 and 16 have been amended, and as amended are distinguishable over the cited references. Particularly,

-5-

Claim 1 has been amended to include "a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit; and an interface between the portable phone unit and the display to display images and characters on the display under the control of the portable phone unit, the interface comprising an OSD controller that controls the display of characters and downloaded background images received from the portable phone unit at a specific position of a currently-displayed external images on the display in synchronization with one of an external color sync signal received from the camera unit and an internal color sync signal; and a selector that selectively outputs an external image signal received from the camera unit and an OSD image signal received from the OSD controller to be composed of one image on the display under the control of the OSD controller." Claim 16 has been amended to include "a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit, and an interface between the portable phone unit and the display that displays images and characters on the display under the control of the portable phone unit, the interface comprising: an OSD controller that controls the display of one of a downloaded background image and characters; and a selector that selectively outputs an external image signal received from one of the camera unit and an OSD image signal received from the OSD controller under the control of the OSD controller." Irube and Hseih et al., either alone or in combination, do not disclose the elements recited in these claims. Based on the foregoing, withdrawal of the rejection of Claims 1 and 16 is respectfully requested.

Finally, the Examiner rejects independent Claim 20 under 35 U.S.C. §103(a) as being unpatentable over Wagner et al. in view of Suso et al. and Dawson. Claim 20 relates generally to the e-mail transmission of data in a portable composite communication terminal. Wagner et al. teaches a graphical user interface for a portable telephone that provides electronic e-mail. Suso et al. teaches an information communication terminal device having a video camera. Finally, Dawson teaches a

-6-

APLNDC-WH-A 0000014250

method and apparatus for providing an audiovisual e-mail system for receiving and transmitting audiovisual e-mail messages. Claim 20 has been amended, and as amended is distinguishable over the cited references. Particularly, Claim 20 has been amended to include "displaying an image most recently captured in a camera mode" and "sequentially displaying other images stored in a memory through the use of scroll keys". Neither Wagner et al., Suso et al. nor Dawson, alone or in combination, teach or disclose these limitations. Based on the foregoing, withdrawal of the rejection of Claim 20 is respectfully requested.

Independent Claims 1, 16, 17 and 20 are believed to be in condition for allowance. Without conceding the patentability per se of dependent Claims 2-11, 13-15, 18 and 19, these are likewise believed to be allowable by virtue of their dependence on their respective amended independent claims. Accordingly, reconsideration and withdrawal of the rejections of dependent Claims 2-11, 13-15, 18 and 19 is respectfully requested.

Accordingly, all of the claims pending in the Application, namely, Claims 1-11 and 13-20, are believed to be in condition for allowance. Should the Examiner believe that a telephone conference or personal interview would facilitate resolution of any remaining matters, the Examiner may contact Applicants' attorney at the number given below.

Respectfully submitted,

Paul J. Farrell
Reg. No. 33,494
Attorney for Applicant

DILWORTH & BARRESE
333 Earle Ovington Blvd.
Uniondale, New York 11553
Tel:    (516) 228-8484
Fax:    (516) 228-8516

PJF/MJM

-7-

## Requirements as per C.F.R. § 1.121 (c)(1)(ii)

Rewritten claim(s) marked up to show all the changes relative to the previous version of claim(s):

1.      (Amended) A portable composite communication terminal for voice communication and image transmission/reception, comprising:

a camera unit that digitally captures an [the] image of an object, constructs the image in a predetermined format, compresses the formatted image, and stores the compressed image in the camera memory under a predetermined camera control;

a portable phone unit having a controller that provides overall control to the portable composite communication terminal and selectively performs voice communication and image transmission/reception of at least one image included in an e-mail according to a selected transmission mode among predetermined modes;

a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit; and

an interface between the portable phone unit and the display to display images and characters on the display under the control of the portable phone unit, the interface comprising:

an OSD controller that controls the display of characters and downloaded background images received from the portable phone unit at a specific position of a currently-displayed external images on the display in synchronization with one of an external color sync signal received from the camera unit and an internal color sync signal; and

a selector that selectively outputs an external image signal received from the camera unit and an OSD image signal received from the OSD controller to be composed of one image on the display under the control of the OSD controller.

16.     (Amended) A communication system for transmission and reception of voice and images, comprising:

-8-

a portable composite communication terminal having a camera unit that digitally captures an [the] image of an object, constructs the image in a predetermined format, compresses the formatted image, and stores the compressed image in the camera memory under a predetermined camera control, a portable phone unit that provides overall control to the portable composite communication terminal [mobile visible phone] and selectively performs voice communication and image transmission and reception according to a selected transmission mode among predetermined modes, a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit, and an interface between the portable phone unit and the display that displays images and characters on the display under the control of the portable phone unit, the interface comprising:

an OSD controller that controls the display of one of a downloaded background image and characters; and

a selector that selectively outputs an external image signal received from one of the camera unit and an OSD image signal received from the OSD controller under the control of the OSD controller;

a mobile communication network for transmission and reception of voice and images to and from the portable composite communication terminal; and

a server connected to the mobile communication network, for providing transmission and reception service of image data over the mobile communication network.

17.    (Amended) A method of operating a portable composite communication terminal, having one controller, said portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

setting a portable phone mode by turning on the portable composite communication terminal, regulating voltage supporting components of the portable phone mode, and performing a general portable phone function;

-9-

APLNDC-WH-A 0000014253

setting a camera mode upon user request for camera operation, <u>said user request being input through a camera mode switch and processed by the controller,</u> regulating voltage supporting components of the camera mode, and performing a camera function;

capturing the image of an object upon user request for a photograph in the camera mode; and

displaying a captured image stored in a camera memory of the portable composite communication terminal on a display of the portable composite communication terminal upon user request for displaying the image.

19.     (Amended) The method of claim 17, wherein a second power voltage is supplied to a camera unit of portable composite communication terminal when the <u>camera</u> [portable phone] mode is set.

20.     (Amended) A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image <u>most recently</u> captured in a camera mode;

<u>sequentially displaying other images stored in a memory through the use of scroll keys;</u>

transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

-10-

APLNDC-WH-A 0000014254