# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>Date:  June 21, 2012<br>Time:  1:30 p.m.<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

The Court, having considered the papers submitted by the parties and argument by counsel, HEREBY ORDERS that Apple Inc. is entitled to judgment under Federal Rule of Civil Procedure 56 as to the following Apple defenses and counterclaims:

1.  First Defense (Non-Infringement) as to U.S. Patent No. 7,362,867 ("'867 patent");

2.  Second Defense (Invalidity) as to U.S. Patent Nos. 7,456,893 ("'893 patent") and 7,577,460 ("'460 patent") under 35 U.S.C. § 112;

3.  Eleventh Counterclaim (Declaratory Judgment of Non-Infringement of the '867 Patent);

4.  Eighteenth Counterclaim (Declaratory Judgment of Invalidity of the '893 Patent) under 35 U.S.C. § 112; and

5.  Twentieth Counterclaim (Declaratory Judgment of Invalidity of the '460 Patent) under 35 U.S.C. § 112.

**IT IS SO ORDERED**

DATED: _____, 2012          _____
                                           Hon. Lucy H. Koh
                                           United States District Court Judge