1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16                      UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19              Plaintiff,                         **SAMSUNG'S ADMINISTRATIVE**
                                                   **MOTION TO FILE DOCUMENTS**
20        vs.                                      **UNDER SEAL**

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
24
                Defendants.
25

26

27

28

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung

2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to

4  seal:

5          1.  The confidential, unredacted version of Samsung's Motion To Exclude Opinions of

6              Certain of Apple's Experts;

7          2.  Exhibits 1 – 12, 18 -21, 23- 28, and 30 -34 to the Declaration of Joby Martin In

8              Support of Samsung's Motion To Exclude Opinions of Certain of Apple's Experts.

9          Samsung has established good cause to permit filing these documents under seal through

10  the appended Declaration of Joby Martin in Support of Samsung's Administrative Motion to File

11  Documents Under Seal.    In short, the above documents discuss, refer to, or comprise

12  interrogatory objections and responses that Apple has designated as HIGHLY CONFIDENTIAL

13  — ATTORNEYS' EYES ONLY under the protective order.    Samsung trusts that Apple will file

14  the necessary declaration validating these designations per Local Rule 79-5(d).

15          Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

16  for *in camera* review and served on all parties.    A proposed redacted version of Samsung's

17  Motion for Clarification Regarding the Court's May 4, 2012 Order has been filed concurrently

18  with this motion.

19

20  DATED: May 17, 2012                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
21

22

23                                         By   */s/ Victoria Maroulis*
                                              Charles K. Verhoeven
24                                            Kevin P.B. Johnson
                                              Victoria F. Maroulis
25                                            Michael T. Zeller
                                              Attorneys for SAMSUNG ELECTRONICS CO.,
26                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC., and SAMSUNG
27                                            TELECOMMUNICATIONS AMERICA, LLC

28

<u>DECLARATION OF JOBY MARTIN</u>

I, Joby Martin, declare:

1.      I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").    Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2.      The requested relief is necessary to protect the confidentiality of information contained in Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, as well as Exhibits 1 – 12, 15, 18 – 21, 23 – 28, and 30 – 34 of the Declaration of Joby Martin In Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Martin Declaration").

3.      Exhibit 1 to the Martin Declaration is a true and correct copy of Exhibit 41-S to the Supplemental Expert Report of Terry L. Musika, CPA, which Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.    In addition to Apple confidential information, this document contains highly sensitive commercial information concerning Samsung's operating margin, average selling prices, operating profits, and the methods by which Samsung calculates various financial metrics.    This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing that those portions of the report containing Apple confidential information are sealable.

4.      Exhibit 2 to the Martin Declaration consists of excerpts from the May 14, 2012 deposition transcript of Terry L. Musika, which Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.    In addition to Apple confidential information, this document contains highly sensitive information concerning Samsung's financial data, including sales of the accused products and smartphones generally, Samsung's costs, and profits.    This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.    Samsung trusts that Apple will file

1  the declaration required by Civ. L. R. 79-5(d) establishing that those portions of the report

2  containing Apple confidential information are sealable.

3       5.     Exhibit 3 to the Martin Declaration is a true and correct copy of is a true and

4  correct copy the Expert Report of Terry L. Musika, CPA, which Apple has designated as

5  HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   In addition to Apple confidential

6  information, this document also contains highly sensitive information concerning Samsung's

7  financial data, including sales of the accused products and smartphones generally, Samsung's

8  costs, and profits.   This information is confidential and proprietary to Samsung, and could be

9  used to its disadvantage by competitors if it were not filed under seal.   Samsung trusts that Apple

10  will file the declaration required by Civ. L. R. 79-5(d) establishing that those portions of the report

11  containing Apple confidential information are sealable.

12       6.     Exhibit 4 to the Martin Declaration is a true and correct copy of excerpts from a

13  document titled "iPhone Buyer Survey," produced by Apple in this litigation and bearing Bates

14  label APLNDC0000036266.   Apple has designated this document as HIGHLY

15  CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will file the

16  declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

17       7.     Exhibit 5 to the Martin Declaration is a true and correct copy of the Supplemental

18  Expert Report of Terry L. Musika, CPA, which Apple has designated as HIGHLY

19  CONFIDENTIAL — ATTORNEY'S EYES ONLY.   In addition to Apple confidential

20  information, this document contains highly sensitive commercial information concerning

21  Samsung's operating margin, average selling prices, operating profits, and the methods by which

22  Samsung calculates various financial metrics.   This information is confidential and proprietary to

23  Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

24  Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing that

25  those portions of the report containing Apple confidential information are sealable.

26       8.     Exhibit 6 to the Martin Declaration is a true and correct copy of Exhibit 32 to the

27  Expert Report of Terry L. Musika, CPA.   Apple has designated this document as HIGHLY

28

1  CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will file the

2  declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

3          9.        Exhibit 7 to the Martin Declaration is a true and correct copy of Exhibit 32S to the

4  Supplemental Expert Report of Terry L. Musika, CPA.   Apple has designated this document as

5  HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will

6  file the declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

7          10.       Exhibit 8 to the Martin Declaration is a true and correct copy of Apple Inc.'s

8  Corrected Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory

9  Nos. 4, 6, 7, 16, 17, and 18 to Apple Inc.   Apple has designated this document as HIGHLY

10  CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will file the

11  declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

12          11.       Exhibit 9 to the Martin Declaration is a true and correct copy of Samsung's

13  Supplemental Objections and Responses to Apple's Interrogatories to Defendants Relating to

14  Apple's Motion for a Preliminary Injunction – Set Two (Nos. 10-14), which Samsung has

15  designated HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   This document

16  contains sensitive commercial information concerning the design and development of the

17  Samsung accused products, software functionalities, as well as surveys and focus groups

18  conducted by Samsung.   This information is confidential and proprietary to Samsung, and could

19  be used to its disadvantage by competitors if it were not filed under seal.

20          12.       Exhibit 10 to the Martin Declaration is a true and correct copy of Exhibits 17-S

21  through 19-S to the Supplemental Expert Report of Terry L. Musika, CPA.   Apple has designated

22  this document as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts

23  that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing this document as

24  sealable.

25          13.       Exhibit 11 to the Martin Declaration is a true and correct copy the Expert Report of

26  John R. Hauser.   Apple has designated this document as CONFIDENTIAL – CONTAINS

27  MATERIAL DESIGNATED AS CONFIDENTIAL –PURSUANT TO A PROTECTIVE

28

1  ORDER.    Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d)

2  establishing this document as sealable.

3       14.    Exhibit 12 to the Martin Declaration is a true and correct copy of excerpts from the

4  April 27, 2012 deposition transcript of John Hauser.    Apple has designated this document as

5  HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.    Samsung trusts that Apple will

6  file the declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

7       15.    Exhibit 15 to the Martin Declaration is a true and correct copy of excerpts from a

8  document titled "Smartphone Market Study US," produced by Apple in this litigation and bearing

9  Bates label APLNDC0001434059.    Apple has designated this document as HIGHLY

10  CONFIDENTIAL — ATTORNEY'S EYES ONLY.    Samsung trusts that Apple will file the

11  declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

12       16.    Exhibit 18 to the Martin Declaration consists of a chart containing descriptions of

13  the technology claimed by the Apple patents in suit.    This document quotes from a number of

14  expert reports that Apple has designated CONFIDENTIAL – CONTAINS MATERIAL

15  DESIGNATED AS CONFIDENTIAL –PURSUANT TO A PROTECTIVE ORDER.    Samsung

16  trusts that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing this document

17  as sealable.

18       17.    Exhibit 19 to the Martin Declaration consists of excerpts from the rebuttal Expert

19  Report of Peter Rossi.    Apple has designated this document SUBJECT TO PROTECTIVE

20  ORDER – CONFIDENTIAL.    Samsung trusts that Apple will file the declaration required by

21  Civ. L. R. 79-5(d) establishing this document as sealable.

22       18.    Exhibit 20 to the Martin Declaration is a copy of the Expert Report of Henry

23  Urbach.    Apple has designated this document CONFIDENTIAL – CONTAINS MATERIAL

24  DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT

25  TO A PROTECTIVE ORDER.    Samsung trusts that Apple will file the declaration required by

26  Civ. L. R. 79-5(d) establishing this document as sealable.

27       19.    Exhibit 21 to the Martin Declaration consists of excerpts from the April 19, 2012

28  deposition transcript of Henry Urbach.    Apple has designated this document as HIGHLY

1    CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will file the

2    declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

3    20.    Exhibit 23 to the Martin Declaration is a copy of the Expert Report of Susan Kare.

4    Apple has designated this document as CONFIDENTIAL – CONTAINS MATERIAL

5    DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT

6    TO A PROTECTIVE ORDER.   In addition to Apple confidential information, this document

7    contains sensitive commercial information concerning the technical specifications of Samsung's

8    products, and numerous internal documents regarding the design and development of Samsung's

9    graphical user interface.   This information is confidential and proprietary to Samsung, and could

10   be used to its disadvantage by competitors if it were not filed under seal.   Samsung trusts that

11   Apple will file the declaration required by Civ. L. R. 79-5(d) establishing that those portions of the

12   report containing Apple confidential information are sealable.

13   21.    Exhibit 24 to the Martin Declaration consists of excerpts from the April 27, 2012

14   deposition transcript of Susan Kare.   Apple has designated this document as HIGHLY

15   CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Apple has designated this document as

16   HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will

17   file the declaration required by Civ. L. R. 79-5(d) establishing that those portions of the report

18   containing Apple confidential information are sealable.

19   22.    Exhibit 25 to the Martin Declaration consists of excerpts from the April 27, 2012

20   deposition transcript of Russell Winer.   Apple has designated this document as HIGHLY

21   CONFIDENTIAL — ATTORNEY'S EYES ONLY.   Samsung trusts that Apple will file the

22   declaration required by Civ. L. R. 79-5(d) establishing that those portions of the report containing

23   Apple confidential information are sealable.

24   23.    Exhibit 26 to the Martin Declaration is a copy of the Expert Report of Russell S.

25   Winer.   Apple has designated this document as CONFIDENTIAL – CONTAINS MATERIAL

26   DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT

27   TO A PROTECTIVE ORDER.   In addition to Apple confidential information, this document

28   contains sensitive commercial information concerning consumer surveys and market research

1   conducted by or on behalf of Samsung, internal documents concerning the design and

2   development of Samsung products, as well as Samsung's marketing strategies and expenditures.

3   This information is confidential and proprietary to Samsung, and could be used to its disadvantage

4   by competitors if it were not filed under seal.    Samsung trusts that Apple will file the declaration

5   required by Civ. L. R. 79-5(d) establishing that those portions of the report containing Apple

6   confidential information are sealable.

7        24.    Exhibit 27 to the Martin Declaration is a copy of the Expert Report of Sanjay Sood.

8   Apple has designated this document as CONFIDENTIAL – CONTAINS MATERIAL

9   DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT

10  TO A PROTECTIVE ORDER.

11       25.    Exhibit 28 to the Martin Declaration consists of excerpts from the April 20, 2012

12  deposition transcript of Sanjay Sood.    Apple has designated this document as HIGHLY

13  CONFIDENTIAL — ATTORNEY'S EYES ONLY.    Samsung trusts that Apple will file the

14  declaration required by Civ. L. R. 79-5(d) establishing that those portions of the report containing

15  Apple confidential information are sealable.

16       26.    Exhibit 30 to the Martin Declaration consists of excerpts from the May 2, 2012

17  deposition transcript of Michael Walker.    Apple has designated this document HIGHLY

18  CONFIDENTIAL — ATTORNEY'S EYES ONLY.    This document contains sensitive

19  commercial information concerning Samsung technology as it relates to 3GPP standards,

20  Samsung's internal strategy regarding participation in 3GPP and ETSI, Samsung's patent

21  prosecution strategies, and Samsung's positions on the licensing of standards-essential patents.

22  This information is confidential and proprietary to Samsung, and could be used to its disadvantage

23  by competitors if it were not filed under seal.    To the extent that this document contains Apple

24  confidential information, Samsung trusts that Apple will file the declaration required by Civ. L. R.

25  79-5(d) establishing this document as sealable.

26       27.    Exhibit 31 to the Martin Declaration is a copy of the Expert Report of Michael

27  Walker Regarding Samsung's Standard-Setting Conduct.    Apple has designated this document

28  HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.    This document contains sensitive

1    commercial information concerning Samsung technology as it relates to 3GPP standards,

2    Samsung's internal strategy regarding participation in 3GPP and ETSI, Samsung's patent

3    prosecution strategies, and Samsung's positions on the licensing of standards-essential patents.

4    This information is confidential and proprietary to Samsung, and could be used to its disadvantage

5    by competitors if it were not filed under seal.   To the extent that this document contains Apple

6    confidential information, Samsung trusts that Apple will file the declaration required by Civ. L. R.

7    79-5(d) establishing this document as sealable.

8        28.     Exhibit 32 to the Martin Declaration is a copy of the Expert Report of Richard L.

9    Donaldson, Esq.   Apple has designated this document CONTAINS APPLE AND SAMSUNG

10    ATTORNEYS' EYES ONLY INFORMATION.   In addition to Apple confidential information,

11    this document contains sensitive commercial information concerning Samsung's agreements with

12    Intel Corporation ("Intel"), which are subject to a nondisclosure agreement, and the respective

13    business practices of Samsung and Intel.   This information is confidential and proprietary to

14    Samsung, and would cause substantial harm to Samsung and its ongoing relationship with third

15    party Intel Corporation if not filed under seal.   To the extent that this document contains Apple

16    confidential information, Samsung trusts that Apple will file the declaration required by Civ. L. R.

17    79-5(d) establishing this document as sealable.

18        29.     Exhibit 33 to the Martin Declaration consists of a copy of the licensing agreement

19    between Samsung and Intel, produced by Samsung in the ITC 794 Investigation, bearing Bates

20    label S-794-ITC-000000040.   Samsung has designated this document as This document contains

21    sensitive commercial information concerning internal valuations of intellectual property belonging

22    to Samsung and Intel, specifications of numerous Samsung and Intel technologies, and the parties'

23    business practices with respect to licensed products. This agreement is subject to a non-disclosure

24    provision whereby both parties agree to keep the terms of the agreement confidential.

25    Accordingly, Samsung has designated this document as HIGHLY CONFIDENTIAL —

26    ATTORNEY'S EYES ONLY.   The information contained in this document is confidential and

27    proprietary to Samsung, and would cause substantial harm to Samsung and its ongoing

28    relationship with third party Intel if not filed under seal.

1        30.      Exhibit 34 to the Martin Declaration consists of excerpts from the May 2, 2012

2  deposition transcript of Richard Donaldson.   Apple has designated this document HIGHLY

3  CONFIDENTIAL — ATTORNEY'S EYES ONLY.   In addition to Apple confidential

4  information, this document contains sensitive commercial information concerning Samsung's

5  agreements with Intel, which are subject to a nondisclosure agreement, and the respective business

6  practices of Samsung and Intel.   This information is confidential and proprietary to Samsung, and

7  would cause substantial harm to Samsung and its ongoing relationship with third party Intel

8  Corporation if not filed under seal.   To the extent that this document contains Apple confidential

9  information, Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d)

10  establishing this document as sealable.

11        31.      The unredacted version of Samsung's Motion to Exclude Opinions of Certain of

12  Apple's Experts discusses, references, and cites to the confidential documents discussed in

13  paragraphs 2 to 29.   Thus, Samsung's Motion to Exclude Opinions of Certain of Apple's Experts

14  is sealable for all the reasons discussed above.

15

16        I declare under penalty of perjury that the foregoing is true and correct.   Executed in San

17  Francisco, California on May 17, 2012.

18

19                         */s/ Joby Martin*
                                 Joby Martin

20

21

22

23

24

25

26

27

28

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1

**GENERAL ORDER ATTESTATION**

2      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3 foregoing document.    I hereby attest pursuant to General Order 45.X.B. that concurrence in the

4 electronic filing of this document has been obtained from Joby Martin.

5

6                                                   */s/ Victoria Maroulis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK

SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL