QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS**<br><br>Date: June 21, 2012<br>Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

02198.51855/4758300.1

Case No. 11-cv-01846-LHK
DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE
OPINIONS OF CERTAIN OF APPLE'S EXPERTS

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion To Exclude Opinions of Certain of Apple's Experts. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

### TERRY MUSIKA

2. Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 41-S to the Supplemental Expert Report of Terry L. Musika, CPA.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the May 14, 2012 deposition transcript of Terry Musika.

4. Attached hereto as Exhibit 3 is a true and correct copy of is a true and correct copy the Expert Report of Terry L. Musika, CPA.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from a document titled "iPhone Buyer Survey," produced by Apple in this litigation and bearing Bates label APLNDC0000036266.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Supplemental Expert Report of Terry L. Musika, CPA.

7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 32 to the Expert Report of Terry L. Musika, C.P.A.

8. Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 32-S to the Supplemental Expert Report of Terry L. Musika, C.P.A.

9. Attached hereto as Exhibit 8 is a true and correct copy of Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, and 18 to Apple Inc.

1   10.   Attached hereto as Exhibit 9 is a true and correct copy of Samsung's Supplemental
2   Objections and Responses to Apple's Interrogatories to Defendants Relating to Apple's Motion
3   for a Preliminary Injunction – Set Two (Nos. 10-14).

4   11.   Attached hereto as Exhibit 10 is a true and correct copy of Exhibits 17-S through
5   19-S to the Supplemental Expert Report of Terry L. Musika, CPA.

6   **JOHN HAUSER**

7   12.   Attached hereto as Exhibit 11 is a true and correct copy the Expert Report of John
8   R. Hauser.

9   13.   Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the April
10  27, 2012 deposition transcript of John Hauser.

11  14.   Attached hereto as Exhibit 13 is a letter from Samsung's counsel to Apple's
12  counsel, dated April 20, 2012, requesting that Apple provide all notes, audio and/or video
13  recordings, or other information regarding the interviews described in the Hauser Report.

14  15.   Attached hereto Exhibit 14 is a true and correct copy of an email from Apple's
15  counsel to Samsung's counsel, dated April 21, 2012.  In this email, Apple's counsel states that the
16  documents requested in Samsung's April 20, 2012 letter do not exist.

17  16.   Attached hereto as Exhibit 15 is a true and correct copy of excerpts from a
18  document titled "Smartphone Market Study US," produced by Apple in this litigation and bearing
19  Bates label APLNDC-Y0000028850.

20  17.   Attached hereto as Exhibit 16 is a letter from Samsung's counsel to Apple's
21  counsel, dated April 8, 2012, requesting that Apple provide all documents or other information
22  regarding the pretests described in the Hauser Report from the files of Mr. Hauser, AMS, or other
23  sources.

24  18.   Attached hereto as Exhibit 17is a true and correct copy of an email from Apple's
25  counsel to Samsung's counsel, dated April 9, 2012.  In this email, Apple's counsel states that the
26  documents requested in Samsung's April 8, 2012 letter do not exist.

27
28

19. Attached hereto as Exhibit 18 is a chart demonstrating the disparities between the technology claimed in the Apple patents in suit, as described by Apple's technical experts, and the descriptions of these technologies in the surveys conducted by Dr. Hauser.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the rebuttal Expert Report of Peter Rossi.

### HENRY URBACH

21. Attached hereto as Exhibit 20 is a true and correct copy the Expert Report of Henry Urbach.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the April 19, 2012 deposition transcript of Henry Urbach.

23. Attached hereto as Exhibit 22 is a true and correct copy of an article written by Henry Urbach, titled "Gardens of Earthly Delight."  Apple produced a copy of this document to Samsung in this litigation, bearing Bates label APLNDC-Y0000151232.

### SUSAN KARE

24. Attached hereto as Exhibit 23 is a true and correct copy of the Expert Report of Susan Kare.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the April 27, 2012 deposition transcript of Susan Kare.

### RUSSELL WINER

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the April 27, 2012 deposition transcript of Russell Winer.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Expert Report of Russell S. Winer

### SANJAY SOOD

28. Attached hereto as Exhibit 27 is a true and correct copy of the Expert Report of Sanjay Sood.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the April 20, 2012 deposition transcript of Sanjay Sood.

30. Attached hereto as 29 is a letter from Apple's counsel to Samsung's counsel, dated April 24, 2012, in which Apple refuses to produce the written questionnaires which form the basis for Dr. Sood's survey-based opinions.

**MICHAEL WALKER**

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the May 2, 2012 deposition transcript of Michael Walker.

32. Attached hereto as Exhibit 31 is a true and correct copy of the Expert Report of Michael Walker Regarding Samsung's Standard-Setting Conduct.

**RICHARD DONALDSON**

33. Attached hereto as Exhibit 32 is a true and correct copy of the Expert Report of Richard L. Donaldson, Esq.

34. Attached hereto as Exhibit 33 is a true and correct copy of the licensing agreement between Samsung and Intel, produced by Samsung in the ITC 794 Investigation, bearing Bates label S-794-ITC-000000040.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the May 2, 2012 deposition transcript of Richard Donaldson.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 17th of May, 2012, in San Francisco, California.

_____/s/ Joby Martin_____
Joby Martin

02198.51855/4758300.1

-4-   Case No. 11-cv-01846-LHK
DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS