# EXHIBIT 13

**quinn emanuel**  trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000   FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
anthonyalden@quinnemanuel.com

April 20, 2012

**VIA ELECTRONIC MAIL**

Michael A. Jacobs
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   <u>Apple, Inc. v. Samsung Elecs. Co.</u>, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Michael:

I write regarding the Expert Report of John R. Hauser (the "Report").

In the Report, Professor Hauser states he "instructed AMS to conduct in-depth interviews with current Samsung smartphone and tablet owners." Report at ¶ 35. Samsung hereby requests that Apple immediately provide all notes, audio and/or video recordings, or other information regarding the in-depth interviews from the files of Professor Hauser, AMS, or other sources. If no records were made concerning the in-depth interviews – whether written, audio, video or otherwise – kindly confirm the same.

Best regards,

s/*Anthony P. Alden*

Anthony P. Alden

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543  | TEL (213) 443-3000   FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601  | TEL (212) 849-7000   FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788  | TEL (415) 875-6600   FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510  | TEL (312) 705-7400   FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400  | TEL (202) 538-8000   FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom  | TEL +44(0) 20 7653 2000   FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan  | TEL +81 3 5510 1711   FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany  | TEL +49(0) 621 43298 6000   FAX +49(0) 621 43298 6100