# EXHIBIT 14

**Joby Martin**

| | |
|---|---|
| **From:** | Mazza, Mia [MMazza@mofo.com] |
| **Sent:** | Saturday, April 21, 2012 12:16 PM |
| **To:** | Anthony Alden |
| **Cc:** | Michael Kim; AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | Re: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report |

Hi Anthony, thanks for the clarification.

We are informed that no such materials exist.

Regards,

MM


Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

---

**From**: Anthony Alden [mailto:anthonyalden@quinnemanuel.com]
**Sent**: Friday, April 20, 2012 09:06 PM
**To**: Mazza, Mia
**Cc**: Michael Kim <michaelkim@quinnemanuel.com>; AppleMoFo; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; WH Apple Samsung NDCal Service <WHAppleSamsungNDCalService@wilmerhale.com>
**Subject**: Re: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report

Mia: my letter of April 8, requested all materials concerning the pre-tests conducted by American Marketing Science, Inc. Today's letter requested all materials concerning the In Depth Interviews conducted by AMS. To the extent there are such materials, please produce them immediately. Otherwise, please confirm no such materials exist.

Thanks,

Anthony

On Apr 20, 2012, at 8:50 PM, "Mazza, Mia" <MMazza@mofo.com> wrote:

> In addition, to the extent the attached April 20 letter is a reiteration of Mr. Alden's April 8 letter on the same subject, Apple has already responded by confirming that no records of the kind requested in Mr. Alden's April 8 letter were made. See attached email.

MM

---

**From:** Mazza, Mia
**Sent:** Friday, April 20, 2012 8:45 PM
**To:** 'Michael Kim'
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** FW: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report

Michael:

We do not understand your attached letter.  It appears to request the same materials identified in your April 6 letter, which we provided to you on April 10.

Please clarify or withdraw your request.

Regards,


**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**

---

**From:** Michael Kim [mailto:michaelkim@quinnemanuel.com]
**Sent:** Friday, April 20, 2012 5:23 PM
**To:** Michael Kim; AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Cc:** Samsung v. Apple
**Subject:** RE: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report

Dear Mr. Jacobs,


Please see attached correspondence from Mr. Alden regarding Hauser report.


Regards,


**Michael Kim**
*Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6386 Direct
415.875.6600 Main Office Number

2

415.875.6700 FAX
michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Michael Kim
**Sent:** Tuesday, April 10, 2012 5:37 PM
**To:** AppleMoFo@mofo.com; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Cc:** Samsung v. Apple
**Subject:** RE: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report

Mr. Jacobs,

On April 6, 2012, Samsung wrote to Apple regarding the video files referenced in the Expert Report of John R. Hauser. *See* attached. Please advise immediately whether and/or when Apple intends to comply with the requests contained therein.

Thank You.

**Michael Kim**
*Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6386 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Michael Kim
**Sent:** Friday, April 06, 2012 8:18 PM
**To:** 'AppleMoFo@mofo.com'
**Cc:** Samsung v. Apple
**Subject:** Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report

Dear Mr. Jacobs,

Please see attached correspondence from Mr. Alden regarding Hauser report.

Regards,

**Michael Kim**
*Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6386 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

=============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to

4

anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

<2012-04-20 Letter to Jacobs re Hauser Report.pdf>

Messrs. Kim and Alden--

This is to confirm that no records of the kind requested in Mr. Alden's April 8 letter were made.

Regards,

MM

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

---

**From**: Michael Kim [mailto:michaelkim@quinnemanuel.com]
**Sent**: Sunday, April 08, 2012 11:25 PM
**To**: AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com'
<WHAppleSamsungNDCalService@wilmerhale.com>
**Cc**: Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>
**Subject**: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report


Dear Mr. Jacobs,


Please see attached correspondence from Mr. Alden regarding Hauser report.


Regards,


**Michael Kim**
*Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6386 Direct
415.875.6600 Main Office Number
415.875.6700 FAX

michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------