# EXHIBIT 17

## Joby Martin

| | |
|---|---|
| **From:** | Mazza, Mia [MMazza@mofo.com] |
| **Sent:** | Monday, April 09, 2012 7:57 AM |
| **To:** | Michael Kim; Anthony Alden |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | Re: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report |

Messrs. Kim and Alden--

This is to confirm that no records of the kind requested in Mr. Alden's April 8 letter were made.

Regards,

MM

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

---

**From**: Michael Kim [mailto:michaelkim@quinnemanuel.com]
**Sent**: Sunday, April 08, 2012 11:25 PM
**To**: AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com' <WHAppleSamsungNDCalService@wilmerhale.com>
**Cc**: Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>
**Subject**: Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re Hauser Report

Dear Mr. Jacobs,

Please see attached correspondence from Mr. Alden regarding Hauser report.

Regards,

**Michael Kim**
*Paralegal,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6386 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
michaelkim@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------