# EXHIBIT 22

Apple Design



EXHIBIT 3501
Deponent Urbach
Date 4/19/12   Rptr.
WWW.DEPOBOOK.COM



**Henry Urbach**, curator of architecture and design at the San Francisco Museum of Modern Art from 2006 to 2011. In 1990, master's degree in architecture at Columbia University; in 1995, master's degree in the history and theory of architecture at Princeton University. Has taught at various schools of architecture: University of California, Los Angeles; Rensselaer Polytechnic Institute; Parsons The New School for Design; University of Southern California. Founder and director of the Henry Urbach Architecture Gallery, New York, from 1997 to 2006.

APLNDC-Y0000151232

## Gardens of Earthly Delights



APLNDC-Y0000151233



Apple stores, among the most concise of contemporary interiors, sprung to life in 2001 as two pilot shops, one near Washington, DC, and another outside of Los Angeles, reproduced the Apple brand as immersive spatial experience. Wildly popular from the start, Apple stores have proliferated with some 320 outlets now operating around the globe.[1] These stores, which tend to open during the holiday season, account for a modest portion of Apple sales, yet their representational function cannot be overestimated. Apple stores bring Apple products to life by drawing people into a collective scene of individual discovery and delight. They are theaters of transcendence for our times.

**The first overseas Apple store opened in Tokyo's Ginza district in November 2003 and about two thousand people queued on opening day.** New stores and product launches produce similar effects worldwide: these spontaneous crowds, as controlled and art-directed as everything Apple does, are widely circulated in media with images that stun. Apple does not build forecourts to its stores, which usually have compressed entryways, driving crowds to occupy public space, whether an urban sidewalk or plaza or the parking lots and interior hallways of suburban shopping centers.

One Apple store denizen, following his first "overnighter," started the website ifoapplestore.com for people who camp in front of ("ifo") Apple stores; he claims to receive about two million hits per month. If the opening of a new Apple store is an occasion for mass celebration, even a festive tribal rite, the pre-opening period is sometimes staged as a kind of entr'acte. In anticipation of opening day, numerous stores—including those found at Paris Opéra and Manhattan's Upper West Side—wrap their facades with an image of pleated red curtains. Yet store openings and product launches, however well-managed by stanchions and staff, sometimes take an unexpected turn as people lose control, rush the line, and come to blows, occasionally leading, as happened when the iPad 2 was released in Beijing, to human injury and physical damage.

Mostly, however, Apple stores contain the anticipation they excite and offer a sense of serenity and order, a quiet hum, a soothing luminosity, and ready access to both the products they sell and the experience they promise. Supplementary programs—including theaters that function as learning centers and venues for live entertainment—recast the stores as hybrid spaces, substantially more complex than comparable chain stores. They are, in no particular order: places to check email, theaters, exhibit halls, classrooms, mediatheques, libraries, community centers, and places to buy things.

Apple stores are so magnetic and media-ready that they draw all manner of impromptu spectacle. The cast of the Disney Channel's

APLNDC-Y0000151234

"Lemonade Mouth" flash mobbed one store; their stunt, immediately circulated on YouTube, has inspired other exploits, include the invasion of the San Francisco store by flesh-eating zombies who came to feast and drip blood. And in another well-publicized case, Valentine's Day 2010 witnessed the Apple stores' first wedding. The ceremony was performed by a priest dressed as Steve Jobs, the couple read their vows from iPhones, and the groom told *Entertainment Weekly* that he "used to joke that the Apple Store is my church..."[2]

Quasi-religious in almost every respect, Apple stores are chapels for the Information Age. They reproduce something of the hush and reverence associated with traditional spaces of worship, offering a rarified atmosphere for individuals to commune with the gods of advanced technology. Individual dreams, hopes, and fantasies—a yearning for *bildung*, for self-actualization and betterment—come to life here, as in spaces of worship, alongside others doing pretty much the same thing.

In this regard, Apple stores honor and reenact the company's original vow, its founding tenet to make personal computing useful, enjoyable, and accessible to all. They represent Apple's unambiguous commitment to design excellence in the service of commercial success. Though we may now look askance at Apple's early beige boxes, those clunky units carried in embryonic form the DNA that would evolve into the streamlined fetish objects we now covet. Over and over again, and especially since Jonathan Ive joined the company in 1992, Apple has continually refined its boxes—products and stores alike—to remove from personal computing whatever might make it alienating, frustrating, or unpleasant. Polished and alluring, Apple's boxes hold forth the promise of a smooth, fast, interconnected, elegant, and fully realized modern life.

Jonathan Ive is reputed to have no involvement at all with the design of Apple stores; they are the work of Bohlin Cywinski Jackson, an architectural firm with several offices in Pennsylvania, Seattle, and San Francisco. Yet there is no doubt that the Ive-designed products and architect-designed stores, along with the company's graphic identity and other forms of visual representation, are completely integrated. Thus conceived, Apple has grown from a brand or company into something much more culturally significant, a kind of paradigm, even a world: paradise found, a garden of earthly delights.

APLNDC-Y0000151235

### All About Eve, 1.0

Apple stores are gardens of technology quietly abuzz with life both physical and virtual, bathed in light so ethereal it appears heaven-sent. They articulate a contemporary sublime in both the usual sense of the word—something special, refined, and otherworldly—while offering an updated form of the sublime as introduced by Edmund Burke, an experience of pleasure that attends to overcoming fear. Apple stores display increasingly advanced devices made to look simple. The products and stores—staffed by people dressed in sneakers, blue jeans, and matching blue t-shirts—remain friendly as they give access to something approaching infinite knowledge.

Apple's association with the Garden of Eden and the Fall began . . . in the beginning. As with many myths of foundation, the birth of Apple emanates from a pair—not twins, as with Romulus and Remus—but two men both named Steve. (Tempting, isn't it, to write St. Eve?) The lair from which this power couple built its empire was, famously, a garage, which is as close as one can get to a non-space—a space of unlimited potential—in suburban America. Apple's timely genesis in 1976, the year of America's Bicentennial, conjoined the company to what may well have been the pinnacle of American global hegemony. From this down-to-earth tryout hall in the town of Cupertino (where the company still maintains its headquarters at 1 Infinite Loop), the first product was born: the Apple 1, priced rather devilishly at $666.66.

Very soon the first Apple logo was penned by Ronald Wayne, a flowery illustration that might have doubled as a poster for Godspell. It was quickly out-of-date, drawing as it did on the romanticism of a counterculture fading before disco, yuppies, and all that was about to come. Here, in this foundational image, we see Sir Isaac Newton seated beneath a tree, an apple dangling precipitously above his head. Around the borders of this picture, a single phrase: "NEWTON – – – 'A MIND FOREVER VOYAGING THROUGH STRANGE SEAS OF THOUGHT – – – ALONE'."

The quest for individual transcendence—along with a still inchoate desire to connect with like-minded others far away—inspired Apple's version of personal computing from the get-go. More importantly, Apple discovered in its name—and thereafter in its identity, emblem, and products—a way to shift and reshift signification while staying true to its, um, core identity. The apple of Adam and Eve could—and soon did—become the apple of Newton; it was only a matter of time before it would transubstantiate to the Macintosh apple and finally to Mac, as in Everyman, gathering for itself meanings at once mythological, scientific, nutritious, aesthetic, populist, and quasi-divine.

APLNDC-Y0000151236

### All About Eve, 2.0

In late 1977, as the Apple II was launched, a new logo designed by Rob Janoff made its appearance, an image that, with few adjustments, has become a global icon almost without equal. This particular apple, neither flattened nor fully dimensional, was slightly detached from its stem and had a big bite missing. Rendered in horizontal bands of color, it encapsulated Apple's then-innovative capacity to reproduce color on computer screens. An Apple executive during the eighties, Jean-Louis Gassée had this to say: "One of the deep mysteries to me is our logo, the symbol of lust and knowledge, bitten into, all crossed with the colors of the rainbow in the wrong order. You couldn't dream of a more appropriate logo: lust, knowledge, hope, and anarchy."[3]

The mixed-up rainbow lasted more than two decades, including the first six years of Ive's tenure. Then, in 1998, soon after Jobs returned to Apple, the stripes vanished and monochrome took hold, recasting Apple's apple as abstract and somehow more pure, almost beyond representation. Other small adjustments were made as the emblem, now designed by Landon & Associates, became symmetrical and more uniform in shape. The bite, of course, remained. And, in the same year Apple's logo lost its stripes, the company released its first colored products.

A panoply of divine and earthly references infused early Apple advertising. Older ads (you can visit the gallery on macmothership.com) focused on ease of use, the integration of computers into domestic life, and the promise of "simplicity"; the apple was presented, alongside these claims, as a fruit, basic and good for you. A 1979 ad, however, shamelessly returned Apple's apple to the Garden of Eden in full bloom. "What in the Name of Adam" invited contestants to propose "the most original use of an Apple since Adam"[4] ([sic] *pace* Eve). Grand prize: a trip to Hawaii, "the closest we could come to paradise." For second-prize winners, something akin to Noah's Ark was promised: two individuals from each of eight categories (graphics, business, education, etc.) would enjoy the opportunity to choose among Apple's many peripherals, demonstrating the company's reach across diverse market categories and taste cultures.

### All About Eve, 3.0

Until 2001, products, corporate identity, advertising, and packaging defined Apple's visual culture. With the launch of Apple stores, however, the company reached for architectural space and its capacity to deliver experience. Welcome to the Genius Bar! Discover new games! Learn Filemaker Pro! With so many opportunities to learn and know more, the stores may be seen to afford endless reenact-

APLNDC-Y0000151237

ments of the scene of original sin, the moment Eve accedes to temptation and reaches for wisdom held in the forbidden fruit.

Dangling knowledge before our very eyes, Apple stores also—let's try this, anyway—invite us to play the part of Eve Harrington, the ambitious understudy who will do anything to get what she wants. The missing bite, the promise of satisfaction delivered, just missed, forever deferred: Apple stores provoke, in this regard, a lust for more, a stage for ambition to unfold, a place to update oneself. This lift to knowledge is exhilarating, even mind-blowing, and borders on the miraculous.

### Theaters of Transcendence

Specific visual, material, and spatial codes give form and character to this theater of transcendence, setting the stage for participation and uplift. Visual information is highly simplified, pared down to essential, integrated elements. As with related forms of contemporary Minimalism, Apple stores' apparent simplicity is not easy to produce, requiring, as it does, the suppression of building systems, electrical cords, disarray, and whatever else might distract from the ensemble's constructed elegance. Things dematerialize; they work without the appearance of work—like Apple products

APLNDC-Y0000151238



themselves—in environments that the designers have called "static-free."⁵ Few signs betray that these gardens of techno-delight exist in the material world, things must resist gravity, get plugged in, be regularly maintained, and so on. All vanishes as solid melts to air before ascending to the Cloud (more on that later), securing Apple's otherworldliness as empirical fact.

Metropolitan Apple stores command prestigious sites, drawing on their visibility and cachet. No other consumer chain so consistently plants its flag in blue-chip real estate. **In Paris, one shop sits beneath the pyramids of the Louvre while another faces the Opéra.** In New York, the midtown Manhattan store adds an urban landmark to Grand Army Plaza, joining an ensemble formed by the Plaza Hotel, Bergdorf Goodman, the Pierre, and Central Park. And so on.

Apple's commitment to topnotch urban property provokes the stores' relentlessly vertical organization. They are diffused among multiple levels, something that is rare and gutsy among single-brand retail environments. Compressed in plan, expressive in section, these cathedral-like Apple stores articulate ascent and its counterpart as something ineffable. In Ginza, for example, elevator doors are made of glass (low in iron for maximum transparency) and completely frameless. In midtown Manhattan, a monumental, light-filled (and, at night, glowing) cube draws people underground by glass elevator or spiral glass stairs, a portal to another place. During construction, the glass box of the midtown store was covered in black fabric; it was as if the Qa'aba, Islam's holiest site, had spawned a twin and you'd be crazy, or at least an infidel, not to make Haj as soon as possible.

### Between Ground and Cloud

Apple's freestanding stores are often finished in bead-blasted stainless steel, understated expression for interiors that offer a kinder, gentler Minimalism than that associated with many luxury brands. Inside, an overall spareness, along with white walls and cool gray sandstone floors, reiterate this design language to produce, typically enough, a backdrop for the objects on view. All of this would be straightforward, albeit handsomely done, were it not for the Apple stores' signature feat of derring-do: cantilevered glass staircases, straight or spiral, and glass bridges, the work of structural designers Eckersley O'Callaghan. These elements, typically illuminated by large skylights, give a sense of occasion, even grandeur, as they grant glory to what would otherwise be pretty mundane. As they draw upon the work of Light and Space artists such as James Turrell and Robert Irwin,

APLNDC-Y0000151239

*Apple Design*

Apple's luminous passageways reiterate a centuries-old association of light and reason (atop an age-old link between light and the divine) to strike an accord between the stubborn pull of gravity and the glide of information, ethereal and ecstatic in equal measure.

Apple stores' visual cool is counterbalanced by warmer elements that invite approach to the (hardly) forbidden fruit. Sturdy wooden furniture, black Aalto stools, balls for kids to sit on, and generously scaled Parsons tables provide a sense of comfort and familiarity (as do staff outfitted in blue t-shirts and blue jeans). The extra-thick tabletops, faced in maple veneer, conceal wiring below; each table's wares are invisibly joined to the ground by a single coil of black power cord. In their scale and overall organization, Apple's tables evoke those of a library reading room or dining hall, even a refectory, with monastic undertones underscored by accompanying maple benches.

By comparison with most retail environments, Apple stores offer ample opportunities for collective experience framing the quest for individual transendence as a social, perhaps networked project. The theatricality of the stairs, the communal tables, theater seating: each recapitulates a traditional form of being among and like others. Yet another element, the genius bar, restages counter-top service while suggesting—with its own space-age emblem and genial high priests—a warm welcome to outer space.

More Me

Alongside others in the computer industry, Apple has made the rapid and continuous exchange of data vital to the social order. Yet Apple distinguishes its vision of personal computing by continually emphasizing an "I"—a self—and a self that keeps getting better and better and better. The iPod and, more recently, iPhone and iPad, collapse into a single word a philosophy of self that conjoins the individual to the tool he or she uses. Is it coincidence that the first i-application (iTunes) and the first i-product (iPod) were launched in the same year as the first Apple stores? These are, after all, the spaces through which this strategy, this scene, this self take hold.

As Apple stores retell an age-old story of temptation and transformation, they beckon us to reach for knowledge ... challenging us to do it again and again as we seek ever-more potent Apples to satisfy this temptation, to feed this lust for self—that is, a self that transcends worldly constraints to ascend, to immerse, to float: "A MIND FOREVER VOYAGING THROUGH STRANGE SEAS

APLNDC-Y0000151240



OF THOUGHT..." This fantastic voyage leads, as it must, to the clouds, now called iCloud, where a seemingly infinite cache of personal data can be stored and shared among personal devices. This is Heaven as divined by Jobs: "automatic and effortless."[6] The logo for the iCloud is astonishing: the lovechild of a cloud and an apple, flat on the bottom and curvaceous on top, poised between heaven and earth, more like a protean thought bubble than anything we might find in the sky, and not nebulous at all.

1   The following websites have been consulted: apple.com, ifoapplestore.com, macmothership.com, edibleapple.com, theapplemuseum.com, nytimes.com, cnn.com, cnet.com, businessweek.com, bcj.com. Periodicals include: Time, PC World, the New York Times, and LA Weekly. With thanks to Daryl McCurdy for her helpful research.
2   Margaret Lyons, "PopWatch: Couple marries in Apple store, quotes Steve Jobs in their ceremony," Entertainment Weekly (website), February 18, 2010, http://popwatch.ew.com/2010/02/18/couple-marries-in-apple-store-quotes-steve-jobs-in-their-ceremony (verified July 22, 2011).
3   Jean-Louis Gassé, quoted in "The Evolution and History of the Apple Logo," Edible Apple (website), April 20, 2009, www.edibleapple.com/the-evolution-and-history-of-the-apple-logo (verified July 22, 2011).
4   "1979 Apple II 'Adam' Ad" in "Apple Advertising and Brochure Gallery," The Mac Mothership (website), http://www.macmothership.com/gallery/MiscAds/AdamAd.JPG (verified July 22, 2011).
5   "Apple Store, Regent Street" (project description), Bohlin Cywinski Jackson (company website), http://www.bcj.com/public/projects/project/55.html (verified July 22, 2011).
6   "iCloud," Apple Inc. (website), apple.com/icloud (verified July 22, 2011).

APLNDC-Y0000151241