02198.5185

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Exclude Opinions of Certain of Apple's Experts.

   For good cause shown, the Court ORDERS that, pursuant to *Fed. R. Evid.* 403 and 702, the testimony of the expert witnesses designated by Apple shall be excluded in their entirety: Terry L. Musika, Henry Urbach, Susan Kare, Russell Winer, Dr. Sanjay Sood, Dr. John Hauser, and Michael Walker.

For good cause shown, the Court FURTHER ORDERS that, pursuant to *Fed. R. Evid.* 403 and 702, the testimony of expert witness Richard L. Donaldson that certain sales of chipsets to Apple are authorized under the terms of a licensing agreement between Samsung and Intel, as amended shall be excluded in its entirety.

In the alternative, the Court ORDERS that, pursuant to Fed. R. Evid. 104, evidentiary hearings will be held concerning the admissibility of the following experts' testimony in Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, California, as set forth below:

| *Name* | *Date* | *Time* |
|---|---|---|
| Terry L. Musika | | |
| Henry Urbach | | |
| Susan Kare | | |
| Russell Winer | | |
| Dr. Sanjay Sood | | |
| Dr. John Hauser | | |
| Michael Walker | | |
| Richard L. Donaldson | | |

**IT IS SO ORDERED.**

DATED: _____, 2012

Honorable Lucy Koh
United States District Court Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL