1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
10 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 | Los Angeles, California 90017
Telephone: (213) 443-3000
12 | Facsimile: (213) 443-3100

13 | Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14 | AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/4649774.1

Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 55 California Street, San Francisco, California.

On May 15, 2012, I served true copies of the documents described as

1. Samsung's Motion to Exclude Opinions of Certain of Apple's Experts; and
2. The Declaration of Joby Martin In Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts, and exhibits thereto.

by emailing a link to the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | DAVID B. BASSETT<br>david.bassett@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com<br>GRANT L. KIM<br>gkim@mofo.com | MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com |
| | ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | |
| | MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | |
| | ANDREW MONACH |

| | |
|---|---|
| amonach@mofo.com | brian.larivee@wilmerhale.com |
| ERIK J. OLSON<br>ejolson@mofo.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | |
| BRIAN LARIVEE | |

Executed on May 17, 2012, at San Francisco, California.

                                         ___/s/ Joby Martin_____
                                         JOBY MARTIN