1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19              Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS** |
| 20       vs. | **UNDER SEAL** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24              Defendants. | |

02198.51855/4758930.1

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following:

1. The confidential, unredacted version of Samsung's Motion for Summary Judgment ("the Motion");
2. The confidential, unredacted version of the Declaration of Brett Arnold in Support of the Motion;
3. Exhibits 1-3, 14-18, 21, 27, 37-53, 55-61, 63-69, and 71-80 to the Declaration of Brett Arnold in Support of the Motion;
4. The confidential, unredacted version of the Declaration of Andries van Dam in Support of the Motion;
5. Exhibits 2, 3 and 4 to the Declaration of Andries van Dam in Support of the Motion;
6. The confidential, unredacted version of the Declaration of Clifton Forlines in Support of the Motion;
7. The confidential, unredacted version of the Declaration of Brian von Herzen in Support of the Motion;
8. Exhibits 9, 10, 16, and 18-20 to the Declaration of Brian von Herzen in Support of the Motion;
9. The confidential, unredacted version of the Declaration of Stephen Gray in Support of the Motion;
10. Exhibits 3, 6-15, and 17 to the Declaration of Stephen Gray in Support of the Motion.

In short, the above documents discuss, refer to, or comprise excerpts of documents that Samsung or Apple have designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order. Samsung has established good cause to permit filing these documents under seal through the Declaration of Bill Trac in Support of Samsung's

1  Administrative Motion to File Documents Under Seal, filed herewith.   Samsung further expects
2  Apple to file a declaration under Local Rule 79-5(d) establishing good cause for filing documents
3  it has marked confidential.
4       Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
5  for *in camera* review and served on all parties.   A proposed redacted version of Samsung's
6  Motion for Summary Judgment has been filed concurrently with this motion.
7  DATED: May 17, 2012                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
8
9
10                                     By   */s/ Victoria Maroulis*
                                            Charles K. Verhoeven
11                                          Kevin P.B. Johnson
                                            Victoria F. Maroulis
12                                          Michael T. Zeller
13
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
14                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
15                                          TELECOMMUNICATIONS AMERICA, LLC