1
2
3
4
5
6
7
8
9
10
11
12
13
14   LTD., SAMSUNG ELECTRONICS AMERICA,
     INC. and SAMSUNG
15   TELECOMMUNICATIONS AMERICA, LLC
16
                UNITED STATES DISTRICT COURT
17
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18
19
     APPLE INC., a California corporation,    | CASE NO. 11-cv-01846-LHK
20
                 Plaintiff,                   | **[PROPOSED] ORDER GRANTING**
21                                            | **SAMSUNG'S MOTION FOR SUMMARY**
              vs.                             | **JUDGMENT**
22
     SAMSUNG ELECTRONICS CO., LTD., a
23   Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
24   York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA,
25   LLC, a Delaware limited liability company,

26              Defendant.

27
28

02198.51855/4765762.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT

1    THE COURT, having considered Samsung's Motion for Summary Judgment (the
2 "Motion"), the papers submitted by the parties and argument by counsel, HEREBY ORDERS that
3 Samsung is entitled to judgment under Federal Rule of Civil Procedure 56 as to the following:
4    1.   Samsung's Second Affirmative Defense (Patent Non-Infringement), as to
5 U.S. Patent 7,844,915, claim 8.
6    2.   Samsung's Third Affirmative Defense (Patent Invalidity), as to U.S. Patents
7 D618,677 (Invalid as Obvious); D593,087 (Invalid as Obvious); D504,889 (Invalid as Obvious);
8 D604,305 (Anticipated and Invalid as Obvious); D617,334 (Anticipated, Invalid as Obvious, and
9 Invalid Due to the On-Sale Bar); 7,864,163, claim 50 (Anticipated); 7,469,381, claim 19
10 (Anticipated); and 7,663,607, claim 8 (Anticipated and Invalid as Obvious).
11    3.   Samsung's Fifth Affirmative Defense (Functionality), as to Apple's asserted
12 trade dresses.
13    4.   Apple's claims for damages under its Twenty-Eighth and Twenty-Ninth
14 Counterclaims (Sherman Act and Unfair Competition Law).

**IT IS SO ORDERED.**

DATED: _____    _____
                                    HON. LUCY H. KOH