UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Exclude Opinions of Certain of Apple's Experts.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   Apple has filed the supporting declarations to provide evidence of the same.   The declarations establishes that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Samsung's Motion for Summary Judgment ("the Motion");
2. The confidential, unredacted version of the Declaration of Brett Arnold in Support of the Motion;
3. Exhibits 1-3, 14-18, 21, 27, 37-53, 55-61, 63-69, and 71-80 to the Declaration of Brett Arnold in Support of the Motion;
4. The confidential, unredacted version of the Declaration of Andries van Dam in Support of the Motion;
5. Exhibits 2, 3 and 4 to the Declaration of Andries van Dam in Support of the Motion;
6. The confidential, unredacted version of the Declaration of Clifton Forlines in Support of the Motion;
7. The confidential, unredacted version of the Declaration of Brian von Herzen in Support of the Motion;
8. Exhibits 9, 10, 16, and 18-20 to the Declaration of Brian von Herzen in Support of the Motion;
9. The confidential, unredacted version of the Declaration of Stephen Gray in Support of the Motion;
10. Exhibits 3, 6-15, and 17 to the Declaration of Stephen Gray in Support of the Motion.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge