# EXHIBIT 2

**EXHIBIT 2 – LIST OF MATERIALS CONSIDERED**

| Description |
| --- |
| U.S. Patent No. 7,849,915 (Exhibit A) |
| Prosecution History of U.S. Patent No. 7,849,915 |
| Stephen Ferg, "Event-Driven Programming: Introduction, Tutorial, History" (Feb. 8, 2006) *available at* http://eventdrivenpgm.sourceforge.net/event_driven_programming.pdf |
| "What Is an Object?" The Java Tutorials (Oracle), Learning the Java Language, Object-Oriented Programming Concepts, *available at* http://docs.oracle.com/javase/tutorial/java/concepts/object.html |
| John Vardalas, *From DATAR To The FP-6000 Computer: Technological Change In A Canadian Industrial Context*, IEEE Annals of the History of Computing, Vol. 16, No. 2, 1994. (Exhibit B) |
| Benj Edwards, *The computer mouse turns 40*, Macworld.com, *available at* http://www.macworld.com/article/1137400/mouse40.html. |
| "Sketchpad: A Man-Machine Graphical Communication System," Technical Report No. 574, University of Cambridge, UCAM-CL-TR-574, *available at* http://www.cl.cam.ac.uk/techreports/UCAM-CL-TR-574.pdf |
| Johnson, E.A. (1965), "Touch Display - A novel input/output device for computers," *Electronics Letters* 1 (8). (Exhibit C) |
| Johnson, E.A. (1967). "Touch Displays: A Programmed Man-Machine Interface," *Ergonomics* 10 (2). (Exhibit D) |
| U.S. Patent App. 2007/0252821 ("Hollemans") (Exhibit E) |
| Dean Harris Rubine, "The Automatic Recognition of Gestures," CMU–CS–91–202 (December, 1991). (Exhibit F) |
| Alan Kay, The Early History of Smalltalk, ACM SIGPLAN Notices, Vol. 28, No. 3 (March 1993) at *available at* http://www.smalltalk.org/downloads/papers/SmalltalkHistoryHOPL.pdf |
| K. Perlin and D. Fox, "Pad: A Multiscale Approach to the Computer Interface," Courant Institute of Mathematical Sciences, NYU (1993) *available at* http://mrl.nyu.edu/~perlin/pad-siggraph.pdf |
| Japanese Patent Publication No. 2000-163031A ("Yasuhiro") (Exhibits G1 and G2) SAMNDCA00359127-359156; SAMNDCA00359049-359126 |
| U.S. Pat. No. 7,138,983 (Exhibit H) |
| Animation: From Cartoons to the User Interface, Bay-Wei Chang and David Ungar, UIST (1993) (Exhibit I) |
| Henry, T.R., Hudson, S.E. and Newell, G.L., Integrating gesture and snapping into a user interface toolkit, Proc, UIST (1990), New York: ACM Press. (Exhibit J) |
| U.S. Patent No. 6,677,965 (Exhibit K) |
| Dietz, P.; Leigh, D. (2001). "DiamondTouch: A Multi-User Touch Technology". Proceedings of the 14th annual ACM symposium on User interface software and technology. f. UIST: Orlando, FL. pp. 219–226, available at http://www.merl.com/papers/docs/TR2003-125.pdf |
| UbiTable: Impromptu Face-to-Face Collaboration on Horizontal Interactive Surfaces," *Fifth International Conference on Ubiquitous Computing*, UbiComp: Seattle, WA, available at www.merl.com/papers/docs/TR2003-49.pdf |
| Sanders, T., "Touch-screen gamers ex-static at NextFest", V3.co.uk (May 17, 2004), available at http://www.v3.co.uk/v3-uk/news/1968199/touch-screen-gamers-static-nextfest. |
| Wigdor, D., Shen, C., Forlines, C., Balakrishnan, R., Table-centric interactive spaces for real-time collaboration: solutions, evaluation, and application scenarios (July 2006), available at |

| |
|---|
| http://www.dgp.toronto.edu/~ravin/papers/collabtech2006_tabletopinteraction.pdf |
| Alan Esenther, Cliff Forlines, Kathy Ryall, Sam Shipman. *DiamondTouch SDK: Support for Multi-User, Multi-Touch Applications* (ACM CSCW 2002), reprinted as MERL Technical Report No. TR2002-48 ("TR2002-48").   (Exhibit L) |
| Video demonstration of Mandelbrot Application, *available at* http://www.youtube.com/watch?v=JKWe9U5PHmQ. |
| Tse, et al., "Enabling Interaction with Single User Applications through Speech and Gestures on a Multi-User Tabletop," AVI '06 (May 23-26, 2006), Venezia, Italy, first published in December 2005 as MERL Technical Report No. TR2005-130 ("TR2005-130").  (Exhibit M) |
| Video demonstration of Gesture-Speech Interface to Google Earth, *available at* http://video.google.com/videoplay?docid=6420668728353654549 (Tse Video) |
| Deposition Transcript of Edward Tse (March 8, 2012) (Exhibit N) |
| Clifton Forlines and Chia Shen, *DTLens: Multi-user Tabletop Spatial Data Exploration* (UIST Oct. 23-27 2005) ("DTLens Paper") (Exhibit O) |
| Video demonstration of DTLens Application, *available at* http://video.google.com/videoplay?docid=-388651346883829414#docid=3206199989161784297 |
| Video demonstration of the DTMouse Application, *available at* http://www.youtube.com/watch?v=t35HXAjNW6s, |
| Chris Forlines, C., Esenther, A., Shen, C., Wigdor, D., and Ryall, K.  *Multi-user, Multi-display Interaction with a Single-user, Single-display Geospatial Application*.  UIST '06 (ACM Oct. 15-18 2006)  printed in original at pp. 273-276, reprinted as Mitsubishi Electronic Research Laboratories ("MERL") Technical Report No. TR2006-083 in October 2006 ("*MERL-TR2006-083*") (Exhibit P) |
| P.H. Dietz and Leigh, D. *DiamondTouch: a multi-user touch technology*. Proc ACM UIST,  (ACM 2001)  printed in original at pp. 219-226, reprinted as MERL Technical Report No. TR2003-125.  ("*MERL-TR2003-125*") (Exhibit Q) |
| Mark S. Hancock, Frederic D. Vernier, Daniel Wigdor, Sheelagh Carpendale, Chia Shen. Rotation and Translation Mechanisms for Tabletop Interaction, printed as MERL Technical Report No. TR2005-118 ("*MERL-TR2005-118*") (Exhibit R) |
| Alan Esenther and Kent Wittenburg,  *Multi-User Multi-Touch Games on DiamondTouch with the DTFlash Toolkit* (MERL 2005), printed as MERL Technical Report No. TR2005-105 ("*MERL-TR2005-105*") (Exhibit S) |
| MERL hard drive production, including the DiamondTouch system, native libraries, executables, and configuration files for same, as part of the DiamondTouch SDK.  ("*MERL-Drive*"). |
| Oscar de Bruijn, et al., *An Interactive Coffee Table for Opportunistic Browsing*, *available at MERLDrive*/pdh/papers/chi2003/OB_CoffeeTable.pdf, ("*MERL-CoffeeTable paper*") (Exhibit T) |
| DiamondTouch II 88cm Engineering Prototype ("*DiamondTouch Device"*). |
| MERL Mandelbrot source code, found at *MERL-Drive*/diamondtouch/people/forlines/src/com/merl ("*MERL-MandelbrotSource*"). |
| Deposition Transcript of Clifton Forlines (March 8, 2012) (Exhibit U) |
| Jun Rekimoto, *SmartSkin: An Infrastructure for Freehand Manipulation on Interactive Surfaces,* Conference on Human factors in computing systems, April 2002 ("*SmartSkin*").(Exhibit V) |
| Video demonstration of Han's Multitouch System, *available at* http://www.ted.com/talks/jeff_han_demos_his_breakthrough_touchscreen.html |

| |
|---|
| Jefferson Y. Han. 2006. *Multi-touch interaction wall*. In ACM SIGGRAPH 2006 Emerging technologies (SIGGRAPH '06). ACM, New York, NY, USA, Article 25. (Exhibit W) |
| Jefferson Y. Han. 2005. *Low-cost multi-touch sensing through frustrated total internal reflection*. In Proceedings of the 18th annual ACM symposium on User interface software and technology (UIST '05). ACM, New York, NY, USA, 115-118. ("*Han Low-cost multi-touch*") (Exhibit X) |
| Jefferson Han Photoboard application source code, HAN00253 – HAN00270. |
| Deposition Transcript of Jefferson Han (March 8, 2012) (Exhibit Y) |
| Deposition Transcript of Herz (October 14, 2011) (Exhibit Z1) |
| Deposition Transcript of Platzer (October 18, 2011) (Exhibit Z2) |
| U.S. Patent No. 7,864,163 (Exhibit AA) |
| IT Law Wiki Definition of "Portable Electronic Device," *available at* http://itlaw.wikia.com/wiki/Wireless_portable_electronic_device. |
| U.S. Patent Application 2002/0030699 (Exhibit BB) ("Van Ee Application") |
| HTML Specification § 2.2, *available at* http://www.w3.org/TR/html4/intro/intro.html#h-2.2. |
| XML Specification Revision 5 §1.1, *available at* http://www.w3.org/TR/REC-xml/#sec-intro. |
| U.S. Patent Application No. 2004/0107403 (Exhibit CC) ("Tetzchner Application") |
| U.S. Patent No. 7,327,349 (Exhibit DD) ("Robbins Patent") |
| U.S. Patent Application No. 2005/0195221 (Exhibit EE) ("Berger Application") |
| Prosecution History of U.S. Patent No. 7,864,163 |
| APLNDC-X0000002313 (Exhibit FF) |
| APLNDC 0001200374 (Exhibit GG) |
| APLNDC 00016628 (Exhibit HH) |
| APLNDC 0001200348 |
| APLNDC 0001200354 |
| APLNDC 0001200361 |
| APLNDC 00019634 |
| APLNDC 00019636 |
| APLNDC 00019638 |
| APLNDC-X0000004557 |
| World Patent Application 02/093542 |
| World Patent Application 2005/106684 |
| Apple Inc.'s PLR 4-2 Preliminary Claim Constructions |
| Samsung's PLR 4-2 Preliminary Claim Constructions |
| Bederson, et al.: Applens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices (Exhibit II) |
| U.S. Patent No. 6,211,856 (Exhibit JJ) ("Choi Patent") |

| |
|---|
| U.S. Patent No. 7,933,632 (Exhibit KK) ("Flynt Patent") |
| U.S. Provisional Application 60/718,187 (Exhibit LL) ("Flynt Provisional") |
| U.S. Patent No. 7,289,102 (Exhibit MM) ("Hinckley Patent") |
| U.S. Patent No. 7,138,983 (Exhibit NN) ("Wakai Patent") |
| Declaration of Benjamin Bederson and exhibits thereto (filed Aug. 22, 2011; Dkt No. 165) |
| Deposition Transcript of Benjamin Bederson (September 17, 2011) |
| Declaration of Andries Van Dam and exhibits thereto (filed Aug. 22, 2011; Dkt No. 168) |
| Deposition Transcript of Andries Van Dam (September 14, 2011) |
| Compaq iPaq h1900 series model 1950 PocketPC running LaunchTile (*personally used*) |
| Sony VGN-U750P touch-screen device running XNav (*personally used*) |
| Deposition Transcript of Chris Blumenberg (October 14, 2011)  (Exhibit OO) |
| Deposition Transcript of Greg Christie (October 18, 2011)  (Exhibit PP) |
| Deposition Transcript of Bas Ording (August 9, 2011) |
| Deposition Transcript of Chaudhri Imran (October 14, 2011) |
| Deposition Transcript of Stephen Lemay (October 14, 2011) |
| Deposition Transcript of Andre Boule (October 26, 2011) |
| Deposition Transcript of Marcel Van Os (October 26, 2011) |
| Deposition Transcript of Scott Forstall (October 27, 2011) |
| Deposition Transcript of Richard Williamson (October 28, 2011) |