# EXHIBIT 16

*Microsoft*

OVER **10,000** ENTRIES

# Microsoft Computer Dictionary

## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Control Number: 2002019714

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

**inverted list** *n.* A method for creating alternative locators for sets of information. For example, in a file containing data about cars, records 3, 7, 19, 24, and 32 might contain the value "Red" in the field COLOR. An inverted list (or index) on the field COLOR would contain a record for "Red" followed by the locator numbers 3, 7, 19, 24, and 32. *See also* field, record. *Compare* linked list.

**inverted-list database** *n.* A database similar to a relational database but with several differences that make it much more difficult for the database management system to ensure data consistency, integrity, and security than with a relational system. The rows (records or tuples) of an inverted-list table are ordered in a specific physical sequence, independent of any orderings that may be imposed by means of indexes. The total database can also be ordered, with specified logical merge criteria being imposed between tables. Any number of search keys, either simple or composite, can be defined. Unlike the keys of a relational system, these search keys are arbitrary fields or combinations of fields. No integrity or uniqueness constraints are enforced; neither the indexes nor the tables are transparent to the user. *Compare* relational database.

**inverted structure** *n.* A file structure in which record keys are stored and manipulated separately from the records themselves.

**inverter** *n.* **1.** A logic circuit that inverts (reverses) the signal input to it—for example, inverting a high input to a low output. **2.** A device that converts direct current (DC) to alternating current (AC).

**invoke** *vb.* To call or activate; used in reference to commands and subroutines.

**I/O** *n.* *See* input/output.

**I/O-bound** *adj. See* input/output-bound.

**I/O controller** *n. See* input/output controller.

**I/O device** *n. See* input/output device.

**ion-deposition printer** *n.* A page printer in which the image is formed in electrostatic charges on a drum that picks up toner and transfers it to the paper, as in a laser, LED, or LCD printer, but the drum is charged using a beam of ions rather than light. These printers, used mainly in high-volume data-processing environments, typically operate at speeds from 30 to 90 pages per minute. In ion-deposition printers, toner is typically fused to paper by a method that is fast and does not require heat but leaves the paper a little glossy, making it unsuitable for business correspondence. In addition, ion-deposition printers tend to produce thick, slightly fuzzy characters; the technology is also more expensive than that of a laser printer. *See also* electrophotographic printers, nonimpact printer, page printer. *Compare* laser printer, LCD printer, LED printer.

**I/O port** *n. See* port[1] (definition 1).

**I/O processor** *n. See* input/output processor.

**IO.SYS** *n.* One of two hidden system files installed on an MS-DOS startup disk. IO.SYS in IBM releases of MS-DOS (called IBMBIO.COM) contains device drivers for peripherals such as the display, keyboard, floppy disk drive, hard disk drive, serial port, and real-time clock. *See also* MSDOS.SYS.

**IP** *n.* Acronym for Internet Protocol. The protocol within TCP/IP that governs the breakup of data messages into packets, the routing of the packets from sender to destination network and station, and the reassembly of the packets into the original data messages at the destination. IP runs at the internetwork layer in the TCP/IP model—equivalent to the network layer in the ISO/OSI reference model. *See also* ISO/OSI reference model, TCP/IP. *Compare* TCP.

**IP address** *n.* Short for Internet Protocol address. A 32-bit (4-byte) binary number that uniquely identifies a host (computer) connected to the Internet to other Internet hosts, for the purposes of communication through the transfer of packets. An IP address is expressed in "dotted quad" format, consisting of the decimal values of its 4 bytes, separated with periods; for example, 127.0.0.1. The first 1, 2, or 3 bytes of the IP address identify the network the host is connected to; the remaining bits identify the host itself. The 32 bits of all 4 bytes together can signify almost $2^{32}$, or roughly 4 billion, hosts. (A few small ranges within that set of numbers are not used.) *Also called:* Internet Protocol number, IP number. *See also* host, IANA, ICANN, InterNIC, IP, IP address classes, packet (definition 2). *Compare* domain name.

**IP address classes** *n.* Short for Internet Protocol address classes. The classes into which IP addresses were divided to accommodate different network sizes. Each class is associated with a range of possible IP addresses and is limited to a specific number of networks per class and hosts per network. See the table. *See also* Class A IP address, Class B IP address, Class C IP address, IP address.