1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13
   Attorneys for SAMSUNG ELECTRONICS CO.,
14 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16                    UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19
   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK
20
                      Plaintiff,                  **DECLARATION OF BENJAMIN B.**
21                                                **BEDERSON**
              vs.
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                    Defendant.

27

28

1

## DECLARATION OF BENJAMIN B. BEDERSON

2      I, Benjamin B. Bederson, declare:

3      1.      I have personal knowledge of the facts set forth herein, and am competent to testify

4 to the same.

5      2.      I am currently a Professor in the Computer Science Department and the Institute of

6 Advanced Computer Studies at the University of Maryland, College Park.  From June 2000 to

7 September 2006, I was the Director of the Human-Computer Interaction Lab (HCIL) at the

8 University of Maryland.  Before coming to the University of Maryland in 1998, I was an Assistant

9 Professor in the Computer Science Department at the University of New Mexico, where my

10 research included work on user interfaces.  I have Doctorate and Master's degrees in computer

11 science from New York University.

12      3.      While at the HCIL, I created several pieces of software that implemented different

13 user interfaces that allowed humans to interact with mobile devices such as Personal Digital

14 Assistants (PDAs) and cell phones, including those with touch-sensitive screens.

15      4.      While I was the director of the Human-Computer Interaction Lab, I led the team

16 that created the software known as LaunchTile.  I worked on this project along with Amy Karlson,

17 Aaron Clamage, and John SanGiovanni.  The majority of the code for LaunchTile was written by

18 Amy Karlson and Aaron Clamage.

19      5.      The LaunchTile project was an attempt to design a one-handed solution for mobile

20 interaction that would be useful on a stylus-free touch screen mobile device.

21      6.      We came up with the LaunchTile concept and began writing code for LaunchTile

22 no later than mid-2004.  I know this to be the case because we submitted a paper on the

23 LaunchTile project for entry in the April 2005 ACM Conference on Human Factors in Computing

24 Systems (the "CHI Conference"), which was accepted and published.  I recall that papers for the

25 April 2005 CHI Conference were due to be submitted in September 2004.  I further recall that we

26 were actively working on the LaunchTile paper during mid-2004, and that we had already begun

27 coding before we began to draft this paper.  I further recall that we had a working prototype of the

28

1   LaunchTile system operative before we submitted the paper – that is, we had a working prototype

2   at least as early as September 2004.

3         7.     Attached as Exhibit A is a true and correct copy of the paper we published as part

4   of the CHI Conference.  A September 11, 2004 draft of that paper is attached as Exhibit B.  We

5   submitted a draft by the September 13, 2004 deadline, which was identical to or substantially

6   similar to our September 11, 2004 draft.  Our paper was accepted for publication in December

7   2004, as shown by correspondence with CHI Conference personnel, attached as Exhibit C.  At the

8   time we submitted our paper to the CHI Conference, I was not aware of any legally binding

9   confidentiality or nondisclosure agreement that restricted the CHI Conference staff with respect to

10  our submission.  I further understood that our submission would be reviewed by peers and

11  evaluated for possible inclusion in the conference.  As part of that review process, I was not aware

12  of any legally binding confidentiality or nondisclosure agreement that restricted these reviewers

13  with respect to our submission.  As shown in Exhibit C, a number of reviewers did in fact read and

14  comment on our submission.

15        8.     During the CHI Conference we presented our paper and discussed our research

16  freely with conference participants.  A video demonstration of LaunchTile, which we included in

17  our presentation at the CHI Conference, is attached as Exhibit D.  A set of PowerPoint slides that

18  we displayed during our presentation at the CHI Conference is attached as Exhibit E.  Attached as

19  Exhibit F is an executable version of LaunchTile, which is identical or substantially similar to the

20  version of LaunchTile that we demonstrated in our video and discussed in our paper and

21  presentation at the CHI Conference.

22        9.     The LaunchTile program runs on a portable electronic device such as the Compaq

23  ipaq line of handheld devices.  Such a device can include a touch screen display, one or more

24  processors, and memory.  The LaunchTile program was stored in the memory and configured to

25  be executed by the one or more processors of the portable electronic device.

26        10.    The LaunchTile Program included instructions for displaying an interactive

27  information space called the "zoomspace," consisting of 36 Application "tiles" at the outermost

28

1  level of zoom ("World" view).  At the World view, this zoomspace is divided into 9 areas of 4

2  tiles each, each of which we refer to as a "Zone."



World View

10   11.   The purpose of LaunchTile is to permit a user to navigate through a group of

11  embedded electronic elements (Application tiles) contained in the single interactive zoomspace.

12  Accessing the embedded tiles within the zoomspace is accomplished by using a combination of

13  zooming and panning techniques to transition from the World view (outermost level of the

14  zoomspace) to an enlarged Zone view, and from Zone view to an Application view.



Zone View



Application View

24   12.   Throughout the navigation process, animation and consistent visual metaphors are

25  used to reinforce to the user that it is a unitary information space that is being traversed and

26  viewed.  For instance, a large, blue onscreen button ("Blue") within the region of interest is

27  displayed prominently at each of the World, Zone, and Application view levels.

28

1    13.    When running on a portable electronic device, LaunchTile consists of a single

2    object oriented data structure.  The data structure is hierarchical in nature, allowing the embedded

3    elements within the zoomspace to be rendered in further detail as the zoomspace itself is displayed

4    at increasing levels of "zoom."  The single hierarchical data structure underlying LaunchTile

5    contains both the content supplied to the embedded elements, as well as the information dictating

6    how these elements are to be arranged in the information space for a given zoom level (*i.e.*, the

7    zoomspace "structure").  To display the zoomspace to the user, the LaunchTile Program contains

8    instructions for creating this single, hierarchical object oriented data structure that is then

9    translated into the visual representation displayed to the user.  This is similar to the process that

10    occurs when a typical web browser application interprets and transforms the elements of a

11    standard HTML document into what is known as a data object model that can then be visually

12    presented to the user as a single, unified web page.

13    14.    In our prototype implementation, the individual tiles in LaunchTile were typically

14    represented by one or more image files (.png files).  To render a tile, the LaunchTile program

15    executed instructions for selecting the appropriate image depending on the level of zoom.

16    Therefore, while the zoomspace did consist of a collection of embedded tiles that were distinct

17    areas of interest (and various groupings of embedded tiles that were larger areas of interest), those

18    embedded tiles were always part of one unified zooomspace that was dependent on a single

19    object-oriented data structure for its content during the rendering process.[1]

20    15.    This design is further evident from the manner in which we intended the tiles to be

21    depicted within the zoomspace.  At World view, rather than merely displaying symbolic or iconic

22    images, each tile was designed to support at least some "live" data derived from the Application

23    level of the hierarchy.  For instance, as the videos and images of our prototype suggest, the Email

24

---

25    [1]  As I explain further below, the design of LaunchTile is hierarchical.  Thus, each Application
26    tile within the zoomspace can be thought of as an individual structured region within the larger
      region that is the World.  A Zone, which is a 4x4 collection of Application tiles, can be thought of
27    as its own structured region of content.  And, any combination of contiguous Zones can be thought
      of as their own structured region of content.

28

Case No. 11-cv-01846-LHK
                                            DECLARATION OF BENJAMIN B. BEDERSON

1    tile at the World view was intended to display more than merely an image of an envelope, it was

2    intended to also display the number of unread messages derived from the Email application itself.

3        16.    From the World view in LaunchTile, the user can select a particular Zone for

4    viewing.   LaunchTile contains instructions for detecting the user input, instructions for

5    determining the Zone corresponding to the location of the user input, and instructions for

6    displaying an animated panning and zooming operation, wherein the zoomspace is enlarged and

7    translated so that the four tiles associated with the selected Zone fill the touch-screen display.

8        17.    As the user is "zoomed" into the selected Zone, LaunchTile does execute

9    instructions for rendering each of the tiles in the selected Zone in further detail, but at the

10   conclusion of the zooming step, it is still fundamentally the same hierarchical object oriented data

11   structure that is visually displayed to the user.  The four tiles that happen to be displayed in Zone

12   view are the same embedded Application tiles (albeit rendered in further detail) that were present

13   at World view.

14       18.    This technique, of dynamically rendering content within an information space, is a

15   topic I have described in written publications since the mid-1990s.  For instance, Exhibit G is a

16   publication titled *Pad++: A Zooming Graphical Interface for Exploring Alternate Interface*

17   *Physics*, which I authored for the 1994 ACM Symposium on User Interface Software and

18   Technology ("UIST Symposium").  In Exhibit G, I describe a method of "semantic zooming"

19   aimed at "provid[ing] effective access to a large structure of information on a much smaller

20   display."  Exhibit G at 2.  As I described in Exhibit G:

21         It is natural to see the details of an object when zoomed in and viewing it up
           close.  When zoomed out, however, instead of simply seeing a scaled down
22         version of the object, it is potentially more effective to see a different
           representation of it. . . .  There are two ways to describe this type of object.  The
23         first is to have different objects, each of which is visible at different, non-
           overlapping, zooms. . . .  *The second, and preferred method, is to describe a*
24         *procedural object that renders itself differently depending on its viewing size*.

25   Exhibit G at 2 (emphasis added).  LaunchTile exemplifies this second, "preferred" method, of

26   "semantic zooming" that I have previously described.

27       19.    From the Zone view in LaunchTile, the user can select a particular Application tile.

28   Upon this user input, LaunchTile executes instructions for causing an animation to occur where

the zoomspace is once again enlarged and translated such that the embedded Application tile fills the display of the touch-screen device.  Again, while the LaunchTile program contains instructions for rendering the embedded tile in further detail, the user is ultimately presented with a more detailed visual representation of the same underlying data structure that is used throughout the entire navigation process.

20.     At the CHI Conference in April 2005, in Portland Oregon, which was open to the public, I freely discussed my LaunchTile work with conference attendees without any confidentiality or nondisclosure agreements.

21.     During our presentation at the CHI Conference, members of my team presented the paper that we had authored on LaunchTile, using PowerPoint slides and a video that demonstrated the LaunchTile software. The paper, the PowerPoint slides, and the video are attached hereto as Exhibits A, D, and E.

22.     In May 2005, HCIL hosted a symposium ("HCIL Symposium") where members of my team again presented our work, which included LaunchTile and its user interface features. This HCIL Symposium was open to the public and I freely discussed my work with symposium attendees without any confidentiality or nondisclosure agreements.

23.     During the HCIL Symposium, members of my team presented the same paper that had been presented at the CHI Conference, including a public viewing of the same video used in our presentation at the 2005 CHI Conference.  A set of PowerPoint slides that my team used for this HCIL Symposium presentation are attached as Exhibit H.  In addition, I spent the afternoon session of the HCIL Symposium performing live demonstrations of a mobile touch-screen device running LaunchTile.

24.     Attached hereto as Exhibit I is a photograph of several members of the University of Maryland Human-Computer Interaction Lab at the May 2005 HCIL Symposium.   This photograph memorializes our demonstration of the LaunchTile project at the conference in several ways:  (a) our poster displaying the LaunchTile project can be seen in the upper right-hand corner; visible on the poster is an attribution to both myself and "Amy Karlson," as well as the words "[Des]igns for One-Handed";  (b) Amy Karlson, the primary coder for the LaunchTile project, is

standing on the far right, with her name tag visible; (c) Amy Karlson is holding a mobile touch-screen device that ran LaunchTile in her hand; (d)  several other gentlemen in the picture are wearing HCIL Symposium T-shirts and HCIL Symposium name-tags.

25.    No later than March 31, 2005, my team placed a video on a public website, http://www.cs.umd.edu/hcil/mobile/, demonstrating the use of LaunchTile.  The video illustrates LaunchTile running on a Compaq ipaq device.  This device includes a touch-screen display and responded to movements of a finger on that touch-screen display, as shown in the video.  This video is attached as Exhibit J.  This video was available at the URL http://www.cs.umd.edu/hcil/mobile/launchtile.mov.  I have reviewed web server logs for this website; according to these logs, this video was accessible to the public no later than May 2005. Relevant log information is contained in Exhibit K.

Case No. 11-cv-01846-LHK
DECLARATION OF BENJAMIN B. BEDERSON

1        I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed on May 17th, 2012, in <u>College Park, MD</u>.

3

4

5                                                   _____

6                                                   Benjamin B. Bederson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28