# EXHIBIT E



# AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices



**Amy Karlson, Ben Bederson**
Computer Science Department
Human-Computer Interaction Lab (HCIL)
University of Maryland



**John SanGiovanni**
Microsoft Research
Microsoft Corporation





# Why One-Handed Interaction?



□ One hand occupied



□ Unstable environment

□ Attention divided among tasks





□ Two handed use unnatural

# Input and Interaction on Existing Devices

- ## Smartphones

  - Input:          Hardware Buttons
  - Interaction:    One-handed
                    Keypad-mapped functions
                    Directional navigation



- ## Personal Digital Assistants (PDAs)

  - Input:          Touch Sensitive Display
                    Hardware Buttons
  - Interaction:    Two-handed
                    Small software targets
                    Directional navigation





# Design Goal

- ## Scalable User Interface (ScUI)

  - ### Single design & interaction architecture

  - ### Multiple resolutions & aspect ratios

  - ### University of Maryland's PocketPiccolo.NET toolkit for Zoomable User Interfaces (ZUIs)



**iMate Smartphone II**



**HP iPAQ PocketPC**



# One Application, Two Designs

## AppLens: Fisheye+Pan

- 9 Application Tiles
- Fisheye Zoom
- Command-Based Gestures





## LaunchTile: Zoom+Pan

- 36 Application Tiles
- Pure Zoom
- Direct Manipulation Gestures



# Related Work

■ **Gestures using Position & Orientation**

  ❑ General Purpose  [Reikimoto 1996] [Hinkley 2000]

  ❑ Text Entry        [Sazawal 2002 ] [Widgdor 2003]

■ **Gestures with Stylus**

  ❑ App Specific       [Buyukkokten 2000] [Baudisch 2004]

  ❑ Text Entry         [Perlin 1998] [Wobbrock 2003]

■ **Thumb-Based Hardware**





**Jackito PDA**          **Apple iPod**



# AppLens Visual Design

- ## Generalized tabular fisheye
  - ### Motivated by DateLens calendar

- ## Three (fisheye) zoom levels







**Notification**          **Context**          **Full**



# AppLens Interaction Design

■ **Input cursor**

   

■ **Command gestures**

❑ Issued anywhere

❑ Access distant widgets

❑ Don't interfere with tap

 

**AppLens Video**

Interactive prototype based on images

We thank Francois Guibmretière for suggesting the arc-based design    Reference study

# LaunchTile Visual Design

- ## Three (pure) zoom levels





**World**                 **Zone**                 **Application**

- ## "Blue"

- ## Navigation Landmarks 

# LaunchTile Visual Design

- ## Three (pure) zoom levels



**World**



**Zone**



**Application**

- ## "Blue"

- ## Navigation Landmarks 

# LaunchTile Visual Design

- ## Three (pure) zoom levels

 

**World**          **Zone**          **Application**

- ## "Blue"
- ## Navigation Landmarks





# LaunchTile Visual Design

- ## Three (pure) zoom levels



**World**          **Zone**          **Application**

- ## "Blue" 

- ## Navigation Landmarks 



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**



# LaunchTile Interaction Design

## ■ Thumb-sized, keypad-mapped targets



**World**                    **Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**                              **Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**                    **Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**                    **Zone**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**



**Zone**          **Application**



# LaunchTile Interaction Design

- # Thumb-sized, keypad-mapped targets





**World**                  **Zone**                  **Application**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**



**Zone**          **Application**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**World**



**Zone**        **Application**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**World**



**Zone**



**Application**

■ **Direct Manipulation Drag Gestures**

❑ Zoomspace

❑ Application content

❑ Toolglass

**LaunchTile Video**

Interactive prototype based on images

Reference study



# AppLens Command Gesture Study

- Gestures learnable with minimal training?

- Participants
  - 20 (12 Male, 8 Female)
  - 12 advanced computer users
  - 6 regular PDA users

- Time
  - Training:       5-15 minutes
  - Tasks:          15-30 minutes

Gesture Study

# Methods

- ## Tasks
  - ❑ Gesture
  - ❑ Navigation

- ## Environment
  - ❑ Hierarchical
  - ❑ Tabular
  - ❑ Zoomable

- ## Measures
  - ➢ Correctness and Speed
  - ➢ Correctness and Efficiency





Gesture Study



# Results

- ## Gesture Tasks


|  | | % Correct | Speed (sec) |
|---|---|---|---|
| ▫ Directional | | **93%** | **1.2** |
| ▫ Activate / Cancel | | **87%** | **2.7** |
| ▫ Backward / Forward | | **67%** | **3.6** |

- ## Navigation Tasks
  - ▫ 95% correct
  - ▫ +2.4 gestures per task
  - ▫ Most of the problems from one third of users

- ## Subjective Reactions on 9-Point Scale
  - ▫ All between 5.9 - 6.75  (9 was best)

Gesture Study

Case 5:11-cv-01846-LHK    Document 163-5    Filed 08/22/11    Page 28 of 35



# Discussion

- ## Errors from **recall** or **execution**?
  - ☐ Logs indicate both



- ## Navigation better than Action Gestures
  - ☐ Spatial mapping helps learnability
  - ☐ Abstract mappings require more effort
  - ☐ Similar mappings can be confusing

Gesture Study

# Formative Study Comparing Designs

- **Goals:**
  - Usability issues
  - Comparative preferences

- **Participants:**
  - 10 (8 Male, 2 Female)
  - All advanced computer users
  - 4 regular PDA users

- **Time:**
  - 45 minutes: 15 per interface, 15 discussion

Comparative Study



# Method

- ## Software:





- ## Tasks:

  - ❑ Exercised navigation & interaction features

- ## Measures:

  - ❑ Subjective reactions
  - ❑ Comparative preferences

Comparative Study



# Results: AppLens

■ Likes

- ❑ Easy to learn
- ❑ Effective to navigate
- ❑ Comfortable
- ❑ Fisheye valuable
- ❑ Simultaneous access to apps

■ Usability Issues

- ❑ Gestures were hardest part



Comparative Study



# Results: LaunchTile

- ## Likes
  - ☐ Effective to navigate
  - ☐ Comfortable
  - ☐ "Blue"
  - ☐ Access to many apps



- ## Dislikes
  - ☐ Too many apps
  - ☐ Disorienting

- ## Usability Issues
  - ☐ Multi-modal "Blue"
  - ☐ Panning in Zone view

Comparative Study



# Results: AppLens vs. LaunchTile

- ## With minimal training, AppLens preferred
  - ### Easier to use
  - ### Faster application access
  - ### Better at-a-glance value
  - ### For own PDA use

Comparative Study



# Discussion

- **AppLens beats LaunchTile?**
  - Not necessarily
  - AppLens was simpler, shallower, fewer apps
    - Easier to learn and manage under time constraints
    - Performance unaffected by device limitations

- **General Observations**
  - Tapping used more than gestures
  - Utility of notification tiles

Comparative Study



# Conclusion

- **Promising Interfaces:**
  - One-handed
  - Notification-based
  - Tappable

- **Unknown:**
  - Scalable interfaces

- **Potential Challenge:**
  - Gesture-based interfaces