# EXHIBIT H



# AppLens and LaunchTile: Two Designs for One-Handed Thumb Use on Small Devices



**Amy Karlson, Ben Bederson**
Computer Science Department
Human-Computer Interaction Lab (HCIL)
University of Maryland



**John SanGiovanni**
Microsoft Research
Microsoft Corporation



Case 5:11-cv-01846-LHK   Document 163-8   Filed 08/22/11   Page 3 of 26



# Why One-Handed Interaction?

□ One hand occupied





□ Unstable environment

□ Attention divided among tasks





□ Two handed use unnatural

# Input and Interaction on Existing Devices

HCIL

■ **Smartphones**

❑ Input:          Hardware Buttons

❑ Interaction:   One-handed
                 Keypad-mapped functions
                 Directional navigation



■ **Personal Digital Assistants (PDAs)**

❑ Input:          Touch Sensitive Display
                 Hardware Buttons

❑ Interaction:   Two-handed
                 Small software targets
                 Directional navigation





# Design Goal

- ## Scalable User Interface (ScUI)

  - ### Single design & interaction architecture

  - ### Multiple resolutions & aspect ratios

  - ### University of Maryland's PocketPiccolo.NET toolkit for Zoomable User Interfaces (ZUIs)



**iMate Smartphone II**



**HP iPAQ PocketPC**



# One Application, Two Designs

## AppLens: Fisheye+Pan

- 9 Application Tiles

- Fisheye Zoom

- Command-Based Gestures





## LaunchTile: Zoom+Pan

- 36 Application Tiles

- Pure Zoom

- Direct Manipulation Gestures

# AppLens Visual Design

- ## Generalized tabular fisheye
  - ### Motivated by DateLens calendar

- ## Three fisheye zoom levels







**Overview**          **Context / Fisheye**          **Detail**



# AppLens Interaction Design

- ## Input cursor

   

- ## Command gestures

  - ### Issued anywhere

  - ### Access distant widgets

  - ### Don't interfere with tap

 

**AppLens Video**

Interactive prototype based on images

We thank François Guimbretière for suggesting the arc-based design



# Formative Study Results: AppLens

- # Likes

  - ## Easy to learn

  - ## Effective to navigate

  - ## Comfortable

  - ## Fisheye view valuable

  - ## Simultaneous access to apps

- # Usability Issues

  - ## Gestures were hardest part

**AppLens Fisheye View**

# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**



**Context / Zone**



**Detail**

# LaunchTile Visual Design

■ **Three pure zoom levels**



**Overview**



**Context / Zone**



**Detail**

# LaunchTile Visual Design

- ## Three pure zoom levels





**Overview**          **Context / Zone**          **Detail**



# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**    **Context / Zone**    **Detail**

- ## Animated zooming to transition between views

# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**



**Context / Zone**



**Detail**

- ## Animated zooming to transition between views
- ## Visual landmarks

# LaunchTile Visual Design

- ## Three pure zoom levels



**Overview**



**Context / Zone**



**Detail**

- ## Animated zooming to transition between views
- ## Visual landmarks



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**Overview**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**Overview**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**Overview**                    **Context / Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**Overview**                    **Context / Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**Overview**                    **Context / Zone**



# LaunchTile Interaction Design

- ## Thumb-sized, keypad-mapped targets



**Overview**                    **Context / Zone**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**





**Overview**          **Context / Zone**          **Detail**



# LaunchTile Interaction Design

■ **Thumb-sized, keypad-mapped targets**



**Overview**



**Context / Zone**



**Detail**

■ **Direct Manipulation Drag Gestures**

  ❏ Zoomspace
  ❏ Application content
  ❏ Toolglass

**LaunchTile Video**

Interactive prototype based on images

# Formative Study Results: LaunchTile

- **Likes**
  - ❑ Effective to navigate
  - ❑ Comfortable
  - ❑ Blue dot
  - ❑ Access to many apps

- **Dislikes**
  - ❑ Too many apps
  - ❑ Disorienting

- **Usability Issues**
  - ❑ Multi-modal "Blue"
  - ❑ Panning in Zone view



**LaunchTile Context / Zone View**



# Results: AppLens vs. LaunchTile

- # With minimal training, AppLens preferred
  - ## Easier to use
  - ## Faster application access
  - ## Better at-a-glance value

- # But…
  - ## Simpler design, fewer apps

- # For both designs, users liked
  - ## Tap over gestures
  - ## Application summaries





# Lessons Learned

- **Promising Interfaces:**
  - One-handed
  - Notification-based
  - Tappable

- **Cross-Device Implementation:**
  - Different sizes and aspect ratios
  - Different input features

- **Potential Challenge:**
  - Gesture-based interfaces