# EXHIBIT 3

```
                            DTFlash_README.txt
Rename any old C:\Inetpub\wwwroot\DTFlash\ directory to DTFlash_orig (for backup).
Then just copy the DTFlash directory from this distribution into
C:\Inetpub\wwwroot\.

*****
Then just browse to http://localhost/DTFlash/index.htm. (You're hitting the page
through the webserver, NOT through the filesystem, so don't open the browser in
C:\Inetpub\wwwroot\DTFlash. -- that will work fine, too, but each page will give you
a security warning or two that you'll have to click "OK" for).
*****

-------------------

If putting this on a new machine...

What if there's no C:\Inetpub\wwwroot directory?

DTFlash web demos typically run through the webserver on the local computer. (You
don't have to, but you may get lots of security warnings otherwise.) Use "Control
Panel > Add or Remove Programs > Add/Remove Windows Components" to turn on
Microsoft's IIS webserver. IIS comes with Windows XP. It creates C:\Inetpub\wwwroot\
and serves web pages from there, by default. So copy the DTFlash directory to
C:\Inetpub\wwwroot\ and browse (with Internet Explorer) to
http://localhost/DTFlash/index.htm.
One other thing: IIS security settings will give annoying warnings about the DT
ActiveX control used in these web pages. To turn these off:
Internet Explorer > Tools menu > Internet Options... > Security tab > Trusted Sites
> Sites... > uncheck "Require server verification (https:)" > enter
"http://localhost/DTFlash" in "Add this Web site" and click "Add" then "OK"  (only
one "OK"). Not done, yet! Still under Trusted Sites, click "Custom Level.." and
under "ActiveX controls and plug-ins" change all of the items to "Enable". Then
click "OK", "OK".
```

MERL00000001-1