1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                          CASE NO. 11-cv-01846-LHK
20            Plaintiff,
                                          **MANUAL FILING NOTIFICATION FOR**
21       vs.                              **EXHIBIT 4 TO THE DECLARATION OF**
                                          **ADAM BOGUE**
22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
             Defendant.
26

27

28

                                                     Case No. 11-cv-01846-LHK
          MANUAL FILING NOTIFICATION FOR EXHIBIT 4 TO THE DECLARATION OF ADAM BOGUE

# MANUAL FILING NOTIFICATION

Regarding:     EXHIBIT 4 TO THE DECLARATION OF ADAM BOGUE

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____          Voluminous Document (PDF file size larger than efiling system allowances)

_____          Unable to Scan Documents

_____          Physical Object (description):  _____

__X__          Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____          Item Under Seal

_____          Conformance with th eJudicial Conference Privacy Policy (General Order 53)

_____          Other (description):  _____

DATED: May 17, 2012                    Respectfully submitted,

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By     /s/
                                             Victoria F. Maroulis
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC. and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC