1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16                    UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:   June 26, 2012<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:  Hon. Paul S. Grewal |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung |
| 2 | Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications |
| 3 | America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to |
| 4 | seal the following: |
| 5 |     1. The confidential, unredacted version of Samsung's Motion to Strike Expert |
| 6 |        Testimony Based on Undisclosed Facts and Theories ("Samsung's Motion to |
| 7 |        Strike"); |
| 8 |     2. Exhibits E, H, K, L, M, O, R, T, U, V, and X attached to the Declaration of James |
| 9 |        J. Ward in Support of Samsung's Motion to Strike; and |
| 10 |     3. The confidential, unredacted version of the Declaration of Christopher E. Price in |
| 11 |        Support of Samsung's Motion to Strike, and Exhibits B-GG thereto. |
| 12 | Samsung has established good cause to permit filing these documents under seal through |
| 13 | the Declaration of James J. Ward in Support of Samsung's Administrative Motion to File |
| 14 | Documents Under Seal, filed herewith. In short, the above documents discuss, refer to, or |
| 15 | comprise excerpts of documents that Apple has designated as HIGHLY CONFIDENTIAL – |
| 16 | ATTORNEY'S EYES ONLY under the protective order; Samsung trusts that Apple will file the |
| 17 | necessary declaration validating these designations per Local Rule 79-5(d). |
| 18 | Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court |
| 19 | for in camera review and served on all parties. A proposed redacted version of Samsung's |
| 20 | Motion to Strike has been filed concurrently with this motion. |

| | |
|---|---|
| DATED: May 17, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By  /s/ *Victoria Maroulis*<br>Charles K. Verhoeven<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Michael T. Zeller<br>Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |