UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the below documents contain information that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Samsung's Motion to Strike");
2. Exhibits E, H, K, L, M, O, R, T, U, V, and X attached to the Declaration of James J. Ward in Support of Samsung's Motion to Strike; and
3. The confidential, unredacted version of the Declaration of Christopher E. Price in Support of Samsung's Motion to Strike, and Exhibits B-GG thereto.

1
2      **IT IS SO ORDERED.**
3
4   DATED:    May ___, 2011
5
6
                                          _____
7                                         Honorable Paul S. Grewal
                                          United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    -2-                    Case No. 11-cv-01846-LHK
              [PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
                                                  TO FILE DOCUMENTS UNDER SEAL