1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21             Plaintiff, | **DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES** |
| 22       vs. | |
| 23 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 26             Defendants. | |

Case No. 11-cv-01846-LHK (PSG)
HUTNYAN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I submit this declaration in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. I, along with other attorneys representing Samsung, attended a March 14, 2012 meet and confer session with Apple's counsel, set to address various pending discovery disputes. One of the disputes that the parties discussed at the meeting was Apple's failure to produce the documents underlying two charts produced by Apple that purported to summarize Apple's capacity to manufacture iPhones and iPads. Samsung had questioned Mark Buckley, an Apple Rule 30(b)(6) witness, on the issue of Apple's manufacturing capacity and on the two charts, listed as Exhibits 15 and 16 from Mr. Buckley's February 23, 2012 deposition.

3. At the March 14, 2012 meeting, Samsung's counsel again requested that Apple produce the documents underlying Exhibits 15 and 16 from Mr. Buckley's deposition, but Apple's counsel refused to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2012, at Los Angeles, California.

*/s/ Diane C. Hutnyan*
Diane C. Hutnyan