1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                   UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                                    CASE NO. 11-cv-01846-LHK
20        Plaintiff,

                                                    **MANUAL FILING NOTIFICATION FOR
21        vs.                                        EXHIBIT A TO DECLARATION OF
                                                     JAMES WARD IN SUPPORT OF
22 SAMSUNG ELECTRONICS CO., LTD., a                  SAMSUNG'S MOTION TO STRIKE
   Korean business entity; SAMSUNG                   EXPERT TESTIMONY BASED ON
23 ELECTRONICS AMERICA, INC., a New                  UNDISCLOSED FACTS AND THEORIES**
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
          Defendant.
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT A TO DECLARATION OF JAMES WARD IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

__X__    Voluminous Document (PDF file size larger than efiling system allowances)
_____   Unable to Scan Documents
_____   Physical Object (description):
_____   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
_____   Item Under Seal
_____   Conformance with the Judicial Conference Privacy Policy (General Order 53)
_____   Other (description): _____

1  DATED: May 17, 2012                    Respectfully submitted,

2                                         QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
3

4

5                                         By    /s/ *Victoria F. Maroulis*
                                             Victoria F. Maroulis
6                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                             LTD., SAMSUNG ELECTRONICS AMERICA,
7                                            INC. and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                                Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT A TO DECLARATION OF JAMES WARD
IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES