# EXHIBIT C

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                      UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | |
20 | vs. | |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **SAMSUNG ELECTRONICS CO. LTD.'S FIRST SET OF INTERROGATORIES TO APPLE INC.** |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | Defendants. | |

1  PATENTED PRODUCT was first sold in the United States, and whether each PATENTED
2  PRODUCT was marked pursuant to 35 U.S.C § 287 or otherwise, how each product was marked
3  including the location and manner of the marking, the individuals or entities that marked each
4  product, and any interruptions to or other changes in the practice of marking the PATENTED
5  PRODUCT since it was first marked.
6
7  **INTERROGATORY NO. 5:**
8       Separately for each of the APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS and
9  APPLE TRADEMARKS, IDENTIFY every product manufactured, used, sold, offered for sale, or
10 imported into the United States since 2005 that YOU believe uses or may use any protected
11 design, trademark, trade dress, or invention of the APPLE PATENTS-IN-SUIT, APPLE TRADE
12 DRESS, and APPLE TRADEMARKS and the date(s) on which you believe that use occurred.
13 The products shall be identified by product name, product manufacturer, telecommunications
14 carrier (if applicable), date of product announcement, date of product release, and appearance of
15 product – including front, back, and side images.
16
17 **INTERROGATORY NO. 6:**
18       Separately for each of the APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS, and
19 APPLE TRADEMARKS, IDENTIFY any and all persons to whom YOU have ever licensed or
20 offered to license, or persons who have requested to license, or to whom YOU have granted or
21 offered to grant any other rights under the patent, trade dress, or trademark, including the status of
22 those requests and offers, whether continuing, successful, or terminated, and identify (by Bates
23 number) all DOCUMENTS RELATED to any such license, offer, request, or other grant of rights.
24
25 **INTERROGATORY NO. 7**:
26       Separately for each of the APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS and
27 APPLE TRADEMARKS state all facts supporting any contention by APPLE that Samsung has
28 willfully infringed, diluted, or falsely designated the origin of its products for each patent, trade

1    Describe in detail the factual basis for every claim, affirmative defense and every
2 counterclaim APPLE has asserted or will assert in this lawsuit.

3

4 **INTERROGATORY NO. 15**:

5    IDENTIFY each person working for or on behalf of Apple who has ever analyzed use of
6 any APPLE PATENTS-IN-SUIT, APPLE TRADE DRESS or APPLE TRADEMARKS by
7 someone other than YOU, and the subject matter of their analysis.

8

9 **INTERROGATORY NO. 16**:

10   IDENTIFY all facts RELATING TO studies, including formal or informal analysis,
11 investigation, surveys, focus groups, consumer research, or other information or reports that relate
12 to, support, or refute YOUR claims in this action, including, for each such study, when it was
13 commissioned, conducted, and completed, by whom it was conducted, and its conclusions.

14

15 **INTERROGATORY NO. 17**:

16   Describe all instances known to YOU of confusion, including mistake, or deception
17 RELATING TO any of the APPLE TRADE DRESS or APPLE TRADEMARKS. For each
18 instance described, your response should include when and how you became aware of the
19 instance, when the instance occurred, all persons with knowledge of such instance, the source of
20 their knowledge, the circumstances reflecting the confusion, the IDENTITY of the SAMSUNG
21 ACCUSED PRODUCT allegedly giving rise to the confusion, the IDENTITY of all confused
22 persons, and the IDENTITY of all DOCUMENTS and things supporting or refuting your response
23 to this Interrogatory.

24

25 **INTERROGATORY NO. 18**:

26   IDENTIFY all facts supporting your contentions regarding the fame, distinctiveness,
27 secondary meaning, and/or strength of the APPLE TRADE DRESS and APPLE TRADEMARKS.

28

DATED: August 3, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Victoria F. Maroulis
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2011, I caused **SAMSUNG ELECTRONICS CO. LTD.'S FIRST SET OF INTERROGATORIES TO APPLE INC.** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on August 3, 2011.


                                          /s/ Mark Tung