# EXHIBIT P

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**EXPERT REPORT OF RAVIN BALAKRISHNAN, PH.D. REGARDING INFRINGEMENT OF U.S. PATENT NO. 7,469,381** |

**\*\*CONFIDENTIAL – CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO A PROTECTIVE ORDER\*\***

of Bas Ording, the named inventor of the '381 patent, as well as certain exhibits marked during that deposition.  In addition, I reviewed portions of the deposition transcripts of Wookyun Koh and Seung Yun Lee, as well as certain exhibits marked during those depositions.

16.   I have also reviewed Samsung's responses to Apple Interrogatories Nos. 2 (regarding Samsung's non-infringement contentions), 16 (regarding Samsung's design-around contentions), and 79 (regarding Samsung's basis for any contention that Apple does not practice Apple's patents).

17.   I have examined the following Samsung products: the Captivate; Continuum; Droid Charge; Epic 4G; Exhibit 4G; Fascinate; Galaxy Ace; Galaxy Prevail; Galaxy S (i9000); Galaxy S 4G; Galaxy S II (including its i9100, AT&T, and Epic 4G Touch variants); Galaxy S Showcase (i500); Galaxy Tab 7.0; Galaxy Tab 10.1[1]; Gem; Gravity Smart; Indulge; Infuse 4G; Intercept; Mesmerize; Nexus S; Nexus S 4G; Replenish; Sidekick; and Vibrant.

18.   In addition, I have reviewed technical specifications for the aforementioned devices from Samsung's website.  These portions of Samsung's website, which generally identify information such as the type of display on the device, the version of the Android platform on the device, and a device's memory capacity, were printed and labeled with the following Bates numbers: APLNDC-Y0000066729 – 66827; and APLNDC-Y0000066830 – 66909.  I have also reviewed portions of the user manuals for these devices.  The manuals were printed and labeled with the following Bates numbers: APLNDC-Y0000056289 – 56566; APLNDC-Y0000056784 – 66728.

19.   I have also reviewed portions of the publicly available Android source code and related documentation available at the Android developers website located at the following URL: http://developer.android.com/index.html, as well as portions of the Samsung proprietary source code that were produced by Samsung in this litigation prior to the close of fact discovery on March 8, 2012.  I have been informed that although Apple requested a production of all of the Samsung source code for all of the Samsung products accused of infringement and that Samsung

---

[1] References to the "Galaxy Tab 10.1" include both the wifi and LTE variants.

**AA.    Supplementation**

267.    I reserve the right to supplement this report with new information and/or documents that may be discovered or produced in this case, or to address any new claim constructions offered by Samsung or ordered by the Court.

268.    In connection with my anticipated testimony in this action, I may use as exhibits various documents produced in this case that refer or relate to the matters discussed in this report.  In addition, I may have demonstrative exhibits prepared to assist in the presentation of my testimony and opinions as set forth or cited in my report.

Dated:  March 22, 2012                                          _____
                                                                                    RAVIN BALAKRISHNAN