QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF CLIFTON FORLINES, PH.D.** |

## DECLARATION OF CLIFTON FORLINES

I, Clifton Forlines, declare:

1. I have personal knowledge of the facts set forth herein, and am competent to testify to the same.

2. I am currently a Senior Software Engineer at Draper Laboratory working in the Human-Centered Engineering Group. My responsibilities include conducting contextual inquiries with end-users, designing and implementing user interfaces, building rapid prototypes of desktop and mobile systems, and leading a software development team.

3. I was previously a Research Scientist at the Mitsubishi Electric Research Laboratories ("MERL"), where I was part of the team that developed the DiamondTouch Table.

4. I obtained a B.A. in Industrial Design from College of Fine Arts, Carnegie Mellon University in 1999. In 2001, I obtained a M.S. in Human-Computer Interaction and M.F.A. in Entertainment Technology from School of Computer Science, Carnegie Mellon University. In 2009, I obtained a Ph.D. in Computer Science from Department of Computer Science, University of Toronto.

5. "Tablecloth" refers to the Tablecloth application running on the MERL DiamondTouch table. Tablecloth makes use of a software toolkit called DTFlash that runs on the MERL DiamondTouch table.

6. On or around March 20, 2012, I reviewed the source code for Tablecloth. Tablecloth is a very simple demo application ▓▓▓▓▓▓▓▓▓▓ On or around March 22, 2012, I also had a telephone conversation with Andries van Dam regarding my review and analysis of the Tablecloth source code.

7. Based on my review of the Tablecloth source code, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

8. I also confirmed in the source code that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

1. ████████████████████████████████████████████s
2. ████████████████████████████████████████████d
3. ████████████████████████████████████████████e
4. ████████████████████████████████████████████l
5. ████████████████████████████████████████████y
6. ████████████████████████████████████████████d
7. ██████████████████████████████████████.

8.    9.     After the user has scrolled beyond the edge of the second instance of image, if the
9. user then lifts her finger from the screen, the Tablecloth application scrolls the image back to the
10. initial position. The source code that provides this functionality ████████████████ d
11. ████████████████████████████████.

12.    10.    I have reviewed the video files attached as Exhibits 4 and 5 to Declaration of Adam
13. Bogue. The video files show the operation of the Tablecloth application consistent with the
14. source code of Tablecloth.

15.    11.    The foregoing is based on my personal knowledge of the facts as set forth above, to
16. the best of my knowledge and recollection. I am competent to testify to the same, and if so called
17. to testify, I would testify to the same.

18.

19. I declare under penalty of perjury that the foregoing is true and correct.
20. Executed in Tysons Corner, Virginia on May 17, 2012

21.
22. *[signature]*
23. Clifton Forlines