HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,
2    Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions
3    thereof:
4      1. The confidential, unredacted version of Apple's Motion to Strike Portions of Samsung's
5         Expert Reports ("Motion");
6      2. The confidential, unredacted version of Apple's [Proposed] Order to Strike Portions of
7         Samsung's Expert Reports ("Proposed Order"); and
8      3. Exhibits to the Declaration of Marc J. Pernick in Support of Apple's Motion to Strike
9         Portions of Samsung's Expert Reports ("Pernick Decl.") that have been designated
10        confidential.
11   Exhibits 2, 12, 13, 18, 19, 27, 31, 34, and 35 contain information that is highly
12   confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative
13   Motion to File Documents Under Seal ("Wheeler Declaration"), filed herewith under seal. It is
14   Apple's policy not to disclose or describe to third parties its confidential design, trade secrets, or
15   product development. (Wheeler Declaration ¶ 4.) The Apple-confidential material in Exhibits 2,
16   12, 13, 18, 19, 27, 31, 34, and 35 to the Pernick Declaration relates to such trade secret
17   information, as detailed in the Wheeler Declaration. (*Id*. ¶ 2.) This information is highly
18   confidential to Apple. (*Id.* ¶¶ 2-3.) The information described above could be used by Apple's
19   competitors to Apple's disadvantage if disclosed publicly. (*Id.* ¶ 3) The relief requested in this
20   motion is necessary and is narrowly tailored to protect confidential information, focusing only on
21   specific portions of the documents at issue. (*Id.* ¶ 5.)
22   Exhibits 21-24 contain information that is highly confidential as set out in the
23   Declaration of Erica Tierney in Support of Apple's Administrative Motion to File Documents
24   Under Seal ("Tierney Declaration"), filed herewith under seal. It is Apple's policy not to disclose
25   or describe to third parties its confidential design, trade secrets, or product development. (Tierney
26   Declaration ¶ 3.) The Apple-confidential material in Exhibits 23-24 to the Pernick Declaration
27   relates to such trade secret information, as detailed in the Tierney Declaration. (*Id.* ¶ 2.) This
28   information is highly confidential to Apple. (*Id.* ¶ 3.) The information described above could be

used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶ 4.)

Exhibits 2-13, 16-31, 34-35, and 38 contain materials that Samsung has designated as confidential under the protective order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.[1]

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: May 17, 2012                    MORRISON & FOERSTER LLP

By:   */s/ Alison M. Tucher*
              ALISON M. TUCHER

Attorneys for Plaintiff
APPLE INC.

---

[1] By respecting the process, and moving to seal Samsung's expert reports based on Samsung's current designations, Apple does not waive any challenge to those designations under the Protective Order.