# Exhibit 32

| | |
|---|---|
| **From:** | Victoria Maroulis <victoriamaroulis@quinnemanuel.com> |
| **Sent:** | Tuesday, April 24, 2012 4:12 PM |
| **To:** | Mazza, Mia |
| **Cc:** | AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung: Correspondence regarding Deposition of Michael Wagner |

Counsel,

We checked on Mr. Wagner's availability and he is, unfortunately, in trial on a different matter the entire week of May 7. However, he is prepare to be deposed on Saturday, May 12, Sunday, May 13, or Monday, May 14. If Apple does not wish to depose him on any of those dates, we will proceed with the deposition on April 27. However, to the extent Mr. Musika elects to submit a supplemental report on May 7, Mr. Wagner will provide his own supplemental report, so it would benefit both parties to hold Mr. Wagner's deposition after the supplementation.

Please advise at your earliest convenience which of the three May dates work for Apple.

Thank you.

Victoria Maroulis
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Tuesday, April 24, 2012 2:23 PM
**To:** Victoria Maroulis
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Apple v. Samsung: Correspondence regarding Deposition of Michael Wagner

<<2012-04-24 Ltr Mazza to Maroulis re Wagner Depo.pdf>>

Hi Victoria,

Attached please find correspondence regarding the deposition of Michael Wagner.

1

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**


----------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------