# Exhibit 33

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 24, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (victoriamaroulis@quinnemanuel.com)

Victoria Maroulis
Quinn Emanuel
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065

Re:    *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Victoria:

We will take Mr. Wagner's deposition on Saturday, May 12 in our Palo Alto office.

Mr. Musika will be available on May 14.  We are working to determine if he can be available in California on that date.

The Court's April 23 Order does not permit Mr. Wagner to file a supplemental report. Samsung has neither sought nor received Court permission to file a supplemental report.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:    S. Calvin Walden
       Peter Kolovos

sf-3137529