1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal portions of the following
3  documents:
4     1. The confidential, unredacted version of Apple's Motion to Strike Portions of
5        Samsung's Expert Reports ("Motion");
6     2. The confidential, unredacted version of the [Proposed] Order to Strike Portions of
7        Samsung's Expert Reports;
8     3. Exhibits 2, 12, 13, 18, 19, 27, 31, 34, and 35 to the Declaration of Marc J. Pernick
9        in Support of Apple's Motion to Strike Portions of Samsung's Expert Reports
10       ("Pernick Decl."), which contain information that Apple treats as confidential in
11       the ordinary course of its business as detailed in the Declaration of Cyndi Wheeler;
12    4. Exhibits 21-24 to the Pernick Decl., which contain information that Apple treats as
13       confidential in the ordinary course of its business as detailed in the Declaration of
14       Erica Tierney.
15 Having considered the arguments and the papers submitted, and GOOD CAUSE
16 HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
17 Under Seal. The above-referenced documents shall be filed under seal.
18 **IT IS SO ORDERED.**
19 Dated: _____, 2012    By: _____
20                                                   Honorable Paul S. Grewal
                                                  United States Magistrate Judge
21
22
23
24
25
26
27
28