HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S MOTION TO EXCLUDE TESTIMONY OF SAMSUNG'S EXPERTS** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Motion to Exclude Testimony of Samsung's Experts;

2. Exhibits to the Declaration of Jason R. Bartlett in Support of Apple's Motion to Exclude Testimony of Samsung's Experts ("Bartlett Declaration") that have been designated confidential as set forth below; and

3. The confidential, unredacted version of the Declaration of Russell S. Winer in Support of Apple's Motion to Exclude Testimony of Apple's Experts, and Exhibit 1 to the Winer Declaration.

Exhibits 1, 22-23, 25, and 26 to the Bartlett Declaration and Paragraphs 25, 26, and 28 of the Winer Declaration contain information that is highly confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal re Apple's Motion to Exclude Testimony of Samsung's Experts ("Wheeler Decl."), filed herewith under seal.  It is Apple's policy not to disclose or describe to third parties its confidential design, trade secrets, or product development. (Wheeler Decl. ¶ 5.)  The Apple-confidential material in Exhibits 1, 22-23, 25, and 26 to the Bartlett Declaration relate to such trade secret information, as detailed in the Wheeler Declaration. (*Id*. ¶ 2.)  This information is highly confidential to Apple. (*Id.*)  The information described above could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*)  The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶¶ 2-6.)

Exhibits 3, 4, 8, 11, 13, 15, 16, 24, and 27 to the Bartlett Declaration, and the entire Winer Declaration including Exhibit 1, contain materials and refer to information that Samsung has designated as confidential under the protective order entered in this case.  Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

The unredacted versions of Exhibits 1, 9, and 10 to the Bartlett Declaration contain materials that Samsung has designated as confidential under the protective order entered in this case. Samsung has provided Apple with specific instructions as to which portions of these documents should be submitted under seal and which may be filed publicly. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Exhibits 17 through 23 to the Bartlett Declaration contain damages- and survey-related expert materials, which the parties have stipulated should be submitted to the Court under seal and not placed on the public record. (Wheeler Decl. ¶ 2.)

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: May 17, 2012                    MORRISON & FOERSTER LLP

                                       By:      /s/ *Alison M. Tucher*
                                                ALISON M. TUCHER

                                       Attorneys for Plaintiff
                                       APPLE INC.