| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON BARTLETT IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF SAMSUNG'S EXPERTS** |

1    I, Jason Bartlett, declare as follows:

2    I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this declaration in support of Apple's Motion to Exclude Testimony of Samsung's Experts. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

**Itay Sherman**

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Corrected Expert Report of Itay Sherman, dated March 23, 2012.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit A to the Corrected Expert Report of Itay Sherman (Exhibit 1).

3. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the transcript of the April 20, 2012, deposition of Itay Sherman.

4. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of the transcript of the September 15, 2011, deposition of Itay Sherman.

5. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the Expert Report of Peter Bressler, dated March 22, 2012.

6. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Peter Bressler, dated April 16, 2012.

7. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of the Expert Report of Robert Anders, dated April 16, 2012.

8. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of the transcript of the April 26, 2012, deposition of Robert Anders.

**Samuel Lucente**

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Sam Lucente, dated March 23, 2012.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Corrected Rebuttal Expert Report of Sam Lucente, dated April 17, 2012.

11. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt of the transcript of the May 9, 2012, deposition of Samuel Lucente.

**Mark Lehto**

12. Attached hereto as **Exhibit 12** is a true and correct copy of the Expert Report of Mark Lehto, dated March 22, 2012.

13. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of the transcript of the April 28, 2012 deposition of Mark Lehto.

**Nicholas Godici**

14. Attached hereto as **Exhibit 14** is a true and correct copy of the Expert Report of Nicholas Godici, dated March 22, 2012.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the May 7, 2012, deposition of Nicholas Godici.

16. Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt of the transcript of the September 9, 2011, deposition of Nicholas Godici.

**George Mantis**

17. Attached hereto as **Exhibit 17** is a true and correct copy of the Expert Report of George Mantis, dated March 22, 2012.

18. Attached hereto as **Exhibit 18** is a true and correct copy of the Rebuttal Expert Report of Stephen Van Liere, dated April 16, 2012.

**Michael Mazis**

19. Attached hereto as **Exhibit 19** is a true and correct copy of the Expert Report of Michael Mazis, dated March 22, 2012.

**Michael Kamins**

20. Attached hereto as **Exhibit 20** is a true and correct copy of the Rebuttal Expert Report of Michael Kamins, dated April 16, 2012.

1  21.  Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt of the
2  transcript of the May 7, 2012 deposition of Michael Kamins.

**Michael Wagner**

22.  Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of, and certain schedules from, the Corrected Expert Report of Michael Wagner, dated April 20, 2012.

23.  Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt of the transcript of the May 12, 2012 deposition of Michael Wagner.

24.  Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt of the transcript of the February 22, 2012, deposition of Timothy Benner.

25.  Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the iPhone Buyer Survey, Apple Market Research & Analysis, dated FY10-Q4, with production numbers APLNDC-Y0000027256-340.

26.  Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of the iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, dated August 2010, with production numbers APLNDC-Y0000023361-427.

27.  Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the J.D. Power and Associates: 2011 Wireless Smartphone Satisfaction Study(SM) – Management Report, dated March 2011, with production numbers SAMNDCA10246338-445.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May, 2012, at San Francisco, California.

*/s/ Jason R. Bartlett*
Jason R. Bartlett