Exhibit 2

# EXHIBIT A

CV - Itay Sherman

Mr. Itay Sherman has over 20 years of experience in creation and development of telecommunication products and standards.

Mr. sherman has been the Chief Technology Officer of modu (2007-2010), Pioneer in modular handset concept.

Before joining the founding team of modu, he held multiple lead positions at Texas-Instruments (NSDQ: TXN) in the creation, standardization and development of TI Cable, WLAN, BT & DTV technology (1999-2007). Prior to leaving TI, Mr. Sherman served as the CTO for the worldwide Mobile Connectivity Solutions group, and as a member of the TI Israel management team.

Mr. Sherman also served as director of marketing at Libit (1998-1999), a pioneer in cable modem technology which was acquired by TI in 1999.

Mr. Sherman has been manager of an elite R&D group in the IDF (1995-1998).

Mr. Sherman holds M.Sc in Bio Medical Engineering and B.Sc. in electrical engineering from Tel-Aviv University both with honors.

Mr. Sherman is currently heading it's own consulting company (Itay Sherman Consulting LTD. 2011-) Providing consulting services to multiple industry leading companies in Israel & US and is the CEO of DoubleTouch a technology startup that developed a low cost multi touch solution for mobile and consumer devices (2010-).

Mr. Sherman has extensive experience in IP creation with over 15 accepted patents and over 60 pending submissions to date.


Attached the list of all US granted patents

| # | Patent | Title |
|---|---|---|
| 1 | 8,091,772 | Automated appliance registration |
| 2 | 8,069,282 | SD switch box in a cellular handset |
| 3 | 8,045,922 | Apparatus for and method of bluetooth and wireless local area network coexistence using a single antenna in a collocated device |
| 4 | 8,032,259 | Bi-directional power control |
| 5 | 7,970,433 | SD switch box in a cellular handset |
| 6 | 7,966,355 | Interface for extending functionality of memory cards |
| 7 | 7,962,183 | Apparatus for and method of managing peak current consumption of multiple subsystems in a mobile handset |
| 8 | 7,929,912 | Apparatus for and method of Bluetooth and WiMAX coexistence in a mobile handset |
| 9 | 7,899,946 | Audio and USB multiplexing |
| 10 | 7,863,856 | Bi-directional battery charging for coupled electronic devices |
| 11 | 7,812,640 | Bridge design for SD and MMC data buses |
| 12 | 7,795,842 | Adjustable cut-off voltage for mobile device battery |
| 13 | 7,792,498 | Apparatus for and method of automatic radio link establishment |
| 14 | 7,574,549 | Bridge design for SD and MMC multiplexing |
| 15 | 7,564,826 | Apparatus for and method of synchronization and beaconing in a WLAN mesh network |
| 16 | 7,552,245 | Communication card with three operational states |
| 17 | 7,346,026 | 4X design for wireless local area network throughput enhancement |

Some of the these patents have also been submitted and granted internationally

Attached a list of all public US patent submissions

1. 20110314268 SD SWITCH BOX IN A CELLULAR HANDSET
2. 20110314068 INTERFACE FOR EXTENDING FUNCTIONALITY OF MEMORY CARDS
3. 20110193819 IMPLEMENTATION OF MULTI-TOUCH GESTURES USING A RESISTIVE TOUCH DISPLAY
4. 20110103607 LUMINESCENT HEADPHONES WITHOUT BATTERY PACKS
5. 20110102348 DUAL WIRELESS COMMUNICATOR AND HUMAN INTERFACE DEVICE
6. 20110014951 SD SWITCHBOX IN A CELLULAR HANDSET
7. 20100210308 WIRELESS COMMUNICATOR JACKET WITH MULTIPLE OPERATIONAL STAGES
8. 20100120468 FOLDABLE MOBILE PHONE
9. 20100093401 MODULAR WIRELESS COMMUNICATOR
10. 20100062805 NOTEBOOK COMPUTER AND CELL PHONE ASSEMBLY
11. 20100056210 LOW RADIATION WIRELESS COMMUNICATOR
12. 20090318197 PHONE LOCATOR
13. 20090289662 BRIDGE DESIGN FOR SD AND MMC DATA BUSES
14. 20090267749 ULTRASONIC VIBRATOR
15. 20090254690 COMMUNICATION CARD WITH STANDALONE AND MASTER OPERATIONAL STATES
16. 20090252117 MODULAR CELL PHONE FOR FIXED MOBILE CONVERGENCE
17. 20090239470 Modular cell phone for laptop computers
18. 20090207097 APPLICATION DISPLAY SWITCH
19. 20090199025 BI-DIRECTIONAL POWER CONTROL
20. 20090182908 Audio and USB multiplexing
21. 20090179668 BRIDGE DESIGN FOR SD AND MMC MULTIPLEXING
22. 20090179612 Bi-directional battery charging for coupled electronic devices
23. 20090137206 APPARATUS FOR AND METHOD OF BLUETOOTH AND WIRELESS LOCAL AREA NETWORK COEXISTENCE USING A SINGLE ANTENNA IN A COLLOCATED DEVICE
24. 20090135030 Uniquely identifiable keys for electronic keyboards
25. 20090133067 Multi-media enhancement channel
26. 20090083060 AUTOMATED COMPUTER ELECTRONICS DEVICE REPORTING
27. 20090083000 AUTOMATED APPLIANCE DIAGNOSTICS AND REPORTING
28. 20090078760 AUTOMATED APPLIANCE REGISTRATION
29. 20090049343 Method and system for remote diagnostics
30. 20090049203 Communication layer switching device
31. 20090045779 Adjustable cut-off voltage for mobile device battery
32. 20090041221 CALL SHUFFLING
33. 20090017879 SYSTEM AND METHOD FOR REDUCING POWER CONSUMPTION IN A WIRELESS DEVICE
34. 20080307315 ADAPTIVE USER INTERFACE FOR MULTI-SOURCE SYSTEMS
35. 20080307142 Communication card with three operational states
36. 20080305833 SD switch box in a cellular handset
37. 20080288845 Range Extension and Noise Mitigation For Wireless Communication Links Utilizing a CRC Based Single and Multiple Bit Error Correction Mechanism

38 20080243279 Small removable audio player that attaches to a host media player
39 20080235441 Reducing power dissipation for solid state disks
40 20080195797 Interface for extending functionality of memory cards
41 20080181155 APPARATUS FOR AND METHOD OF DETECTING WIRELESS LOCAL AREA NETWORK SIGNALS USING A LOW POWER RECEIVER
42 20080181154 APPARATUS FOR AND METHOD OF LOW POWER WIRELESS LOCAL AREA NETWORK INDEPENDENT BASIC SERVICE SET MODE OPERATION
43 20080171561 APPARATUS FOR AND METHOD OF RADIO LINK ESTABLISHMENT BETWEEN TWO COMMUNICATION DEVICES
44 20080161071 APPARATUS FOR AND METHOD OF MANAGING PEAK CURRENT CONSUMPTION OF MULTIPLE SUBSYSTEMS IN A MOBILE HANDSET
45 20080160928 APPARATUS FOR AND METHOD OF AUTOMATIC RADIO LINK ESTABLISHMENT
46 20080144707 TRANSMITTER BUILT-IN PRODUCTION LINE TESTING UTILIZING DIGITAL GAIN CALIBRATION
47 20070232358 APPARATUS FOR AND METHOD OF BLUETOOTH AND WIMAX COEXISTENCE IN A MOBILE HANDSET
48 20070223365 APPARATUS FOR AND METHOD OF MINIMIZING BACKOFF FOR ORTHOGONAL FREQUENCY DIVISION MULTIPLEXING TRANSMISSION
49 20070066314 System and method for wireless communication systems coexistence
50 20070014269 APPARATUS FOR AND METHOD OF SYNCHRONIZATION AND BEACONING IN A WLAN MESH NETWORK
51 20060292987 Method of wireless local area network and Bluetooth network coexistence in a collocated device

52 20060292986 Coexistent bluetooth and wireless local area networks in a multimode terminal and method thereof

53 20060239223 Method and system for bluetooth and wireless local area network coexistence

54 20050174978 Guard codes for S-CDMA systems

55 20050022247 Set-top box including a single tuner for video and data over cable

56 20050021864 4X design for wireless local area network throughput enhancement

57 20040158649 System, method and apparatuses for hybrid coax-wireless multimedia networks using 802.11 technology


In addition to the above public patent submissions, there are additional 3 submissions that are not public yet.

The submissions relate to implementation of core elements and UICC in LTE cellular network