UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S MOTION TO EXCLUDE TESTIMONY OF SAMSUNG'S EXPERTS** |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal portions of the following
3  documents:

4    1. The confidential, unredacted version of Apple's Motion to Exclude Testimony of
5       Samsung's Experts;

6    2. Exhibits 1, 17-23, 25, and 26 to the Declaration of Jason R. Bartlett in Support of
7       Apple's Motion to Exclude Testimony of Samsung's Experts ("Bartlett
8       Declaration"); and

9    3. The confidential, unredacted version of the Declaration of Russell S. Winer in
10      Support of Apple's Motion to Exclude Testimony of Apple's Experts.

11  Having considered the arguments and the papers submitted, and GOOD CAUSE
12  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
13  Under Seal. The above-referenced documents shall be filed under seal.

14  **IT IS SO ORDERED.**

15  Dated: _____, 2012       By: _____
16                                                Honorable Paul S. Grewal
                                                United States Magistrate Judge