# EXHIBIT 1

# Brian Von Herzen, Ph.D.

## Expertise

- FPGA Architecture and Applications
- Network Hardware Architecture
- Video & Audio Compression
- ASIC Design
- Software Engineering
- Signal Processing
- D/A & A/D Converters
- Image Processing/Computer Graphics
- PCI Express Architecture
- PLD Technology
- Video Codec Design
- Hardware Engineering
- 6G and 10G networking

## Professional Summary

From:   1993        Rapid Prototypes, Inc.
To:     Present     Carson City, NV
        Position:   CEO

Rapid Prototypes provides turnkey electronic product design services, including commercial product specifications and fully functional engineering product prototypes frequently using programmable logic devices.  Rapid Prototypes are experts in the electronic engineering technologies to minimize time to market for new electronic products in networking, consumer electronics and other commercial products. They also develop the world's fastest commercial FPGA applications.  Clients have included:

- Xilinx, Inc.—Representation at OIF, NPF, IEEE and RapidIO—Chairman of the Interoperability Working Group of the Optical Internetworking Forum, 2003-2007 responsible for industry demonstration of 10Gb networking interfaces
- Woods Hole Oceanographic Institution
- The Climate Foundation
- Bright Energy Storage Technologies, LLP
- Guzik Technical Enterprises
- Alpha Touch, Inc.
- DRC Computers
- Walt Disney Feature Animation
- Syntax Brillian
- Proview
- Amtran

- Vizio
- Taiwan Kolin Co. Ltd.
- Polaroid
- TPV Technology Ltd.
- Top Victory Electronics
- Envision Peripherals
- International Reliance Corp
- Sakura Networks, Inc.
- Silicon Informatics, Inc.
- Silicon Valley Expert Witness Group
- Andes Networks
- Data Transit
- Core Capital
- Gerson Lehrman Group
- Impossible Pictures, Ltd.
- Hoffman and Zur
- Keyeye
- Magnalynx
- Mercury Computer
- Nvidia
- Specific Magic
- Hi/fn
- ViaSat
- Quicksilver
- Zebra Imaging
- Rockwell International Corporation
- California Institute of Technology
- Microsoft Corporation
- Intel
- Synaptics, Inc.
- General Dynamics Corporation
- AMCC/3Ware
- Interval Research Corporation
- Enact Products, Inc.
- MediaLink Technologies

Design achievements include:
- Sparse Chevron™ patent pending pin configuration for Xilinx Virtex-4.
- Demonstration of 10Gb/s optical and copper serial links between Xilinx and Altera FPGA's and ASSP/ASIC devices including AMCC, Vitesse, NEC, Intel, Broadcom, PMC etc.
- SDRAM IP Cores for Xilinx FPGA's, a high performance SDRAM controller for the Xilinx Virtex family of FPGA's.
- A FastRAM development board designed for high memory

**Resume of Brian Von Herzen, Ph.D.**

Page 2

- bandwidth
- Developed a high-speed FPGA application, a fully parallel cross-correlator. (http://www.fpga.com/papers/corr256.pdf)
- Architected, designed, developed, tested and demonstrated a 2K x 2K, 144 Hz real-time composition graphics engine. Created a 1-GHz analog video output daughter card.
- Designed and developed a 60-Hz vector quantization video codec ASIC using FPGA rapid product prototyping techniques.
- Architected and built a reconfigurable computing machine using a two-dimensional toroidal array of 32 FPGA and static memory devices for Interval Research Corporation. (http://www.fpga.com/papers/stereovis.pdf)
- Built a 10-GIPS depth-from-stereo video processor using the reconfigurable computing machine.

From: 1992        Synaptics, Inc.
To:   1993        San Jose, CA
      Position:   Applications Research Manager
                  Research in video compression.  Achievements include:
- Developed digital neural networks using FPGA's.
- Commercial applications of image processing.
- Analyzed VLSI CCD devices for MPEG motion compensation.

From: 1988        Caltech Submillimeter Observatory
To:   1992        Hilo, HI
      Position:   Design Project Manager
- Obtained NSF grant for VLSI correlator development.
- Produced a 250 MHz micropipelined cross-correlator in 1.2 $\mu$m CMOS.
- Designed and developed a 2 GHz digital spectrometer using correlators.
- Created a 2 GHz GaAs A/D converter.

From: 1986        Pixar, Inc.
To:   1988        San Rafael, CA
      Position:   Systems Analyst
                  Developed an image processing architecture for the Pixar Image Computer

**Resume of Brian Von Herzen, Ph.D.**

Page 3

| | | |
|---|---|---|
| From: | 1982 | Dolby Laboratories |
| To: | 1986 | San Francisco, CA |
| | Position: | Research and Development Engineer |
| | | Developed a digital audio compression and decompression system. |
| From: | 1980 | Hewlett-Packard Laboratories |
| To: | 1981 | Palo Alto, CA |
| | Position: | Research & Development Engineer |
| | | Developed an electron-beam annealing process for MOSFET devices. |

## Litigation Support

| | | |
|---|---|---|
| Date: | 2011 | DLA Piper |
| | Case | Freescale v. Zoran |
| | Project: | Dr. Von Herzen was retained as an expert witness in this case, plans to provide written expert reports, depositions and testimony in this ITC case. |
| | Status: | Open |
| Date: | 2010 | Weil, Gotchal, Manges |
| | Case | Elan vs. Apple |
| | Project: | Dr. Von Herzen was retained as an expert witness in this case, provided written expert reports, was deposed, and prepared to testify in this Federal case in San Francisco. |
| | Status: | Closed |
| Date: | 2009 | Winston and Straun |
| | Case | Opti vs. AMD et al. |
| | Project: | Dr. Von Herzen was retained as an expert witness in this case, provided written expert reports, depositions, and prepared to testify before the case settled. |
| | Status: | Closed |
| Date: | 2009 | Ropes and Gray. |
| | Case | Realtime Data vs. PACKETEER, INC., BLUE COAT SYSTEMS, INC., CITRIX SYSTEMS, INC., EXPAND NETWORKS, INC., F5 NETWORKS, INC., 7-ELEVEN, INC., ABM INDUSTRIES, INC., ABM JANITORIAL SERVICES –    SOUTH CENTRAL, INC., AVERITT EXPRESS, INC., BUILD-A-BEAR WORKSHOP, INC.,  DHL EXPRESS (USA), INC., INTERSTATE BATTERY SYSTEM OF AMERICA, INC., AND O'REILLY AUTOMOTIVE, INC. |
| | Project: | Dr. Von Herzen was retained as an expert witness in this case, |

**Resume of Brian Von Herzen, Ph.D.**

Page 4

|        |          |                                                                                                                                                                                                          |
|--------|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        |          | provided written expert reports, was deposed, plans to testify and be cross examined in this Federal case in the East District of Texas. |
|        | Status:  | Open |
| Date:  | 2008     | O'Melveny and Myers, Ropes and Gray, Sidley Austin, etc. |
|        | Case     | Funai vs. TPV, Polaroid, Proview, Amtran, Syntax Brillian |
|        | Project: | Dr. Von Herzen was retained as an expert witness in this case, provided written expert reports, was deposed, testified and was cross examined in this ITC case before Judge Carl C. Charneski. |
|        | Status:  | Closed |
| Date:  | 2006     | Weil, Gotshal & Manges LLP |
|        | Case     | Apple Computer v. Burst |
|        | Project: | Dr. Von Herzen has been retained as an expert witness in this case. |
|        | Status:  | Closed |
| Date:  | 2004     | Sidley Austin |
|        | Case     | Burst v. Microsoft |
|        | Project: | Dr. Von Herzen testified and was deposed with regard to streaming video technology. |
|        | Status:  | Closed |
| Date:  | 2002     | United States District Court, Fresno, CA |
|        | Case     | LectroLarm v. Pelco |
|        | Project: | Court appointed Master. Provided written expert report and technical advice to the court on a video technology patent. Testified and was cross-examined on expert report and related topics. |
|        | Status:  | Closed |
| Date:  | 2002     | Alschuler, Crossman, Stein & Kahan, Arbitration, New York, NY nVidia v. Microsoft |
|        | Project: | Dr. Von Herzen developed several expert reports and was deposed with regard to ASIC technology and graphics processors. |
|        | Status:  | Closed |
| Date:  | 2001     | Fish and Richardson |
|        | Case     | Intel v. Broadcom |
|        | Project: | Dr. Von Herzen was retained as the primary expert witness, was deposed, testified and cross-examined at both Markman hearings and at jury trial in Federal District Court in Wilmington, DE. The case involved MPEG2 technology, video compression and encoders, integrated circuit design, computer graphics and video. |
|        | Status:  | Closed |
| Date:  | 1997-98  | Gray Cary Ware & Freidenrich LLP |

**Resume of Brian Von Herzen, Ph.D.**

Page 5

| | Case Project: | Mentor Graphics vs. Quickturn– ITC Case, Washington, DC This case was an ITC patent case regarding electronic device emulators.  Dr. Von Herzen provided written direct testimony, was deposed as an expert and testified before the ITC judge Paul Luckern in this case. |
|---|---|---|
| | Status: | Closed |

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 7,608,931 | 2009 | Interconnect array formed at least in part with repeated application of an interconnect pattern |
| 7,567,702 | 2009 | Data processing system and method |
| 7,501,341 | 2009 | Interconnect array formed at least in part with repeated application of an interconnect pattern |
| 7,312,773 | 2007 | Illuminated Wearable Ornament |
| 7,066,023 | 2006 | Distributed sensor array for fluid contaminant monitoring |
| 6,456,737 | 2002 | Data processing system and method |
| 6,353,334 | 2002 | Circuit for converting a logic signal on an output node to a pair of low-voltage differential signals |
| 6,348,775 | 2002 | Drive wave form synchronization for induction motors |
| 6,222,885 | 2001 | Video codec semiconductor chip |
| 6,215,898 | 2001 | Data processing system and method |
| 5,924,115 | 1999 | Hierarchical memory architecture for a programmable integrated circuit having an interconnect structure connected in a tree configuration |
| 5,451,890 | 1995 | Gallium arsenide source follower FET logic family with diodes for preventing leakage currents |

Eight additional patents pending.

## Publications

Von Herzen, Brian, "Signal Processing at 250 MHz using High-Performance FPGA's" *IEEE Transactions on VLSI*, Volume: 6 Issue 2, June 1998, Page(s): 238-246

Woodfill, John and Brian Von Herzen, "Real-Time Stereo Vision on the PARTS Reconfigurable Computer," *IEEE FPGA's for Custom Computing Machines*, April 1997, Napa, CA (FCCM97).

Von Herzen, Brian, "VLSI Partitioning of a 2 GHz Digital Spectrometer," *IEEE Journal of Solid-State Circuits*, Volume 25, Number 5, May 1991.

**Resume of Brian Von Herzen, Ph.D.**

Von Herzen, Brian, Alan Barr and Harold Zatz, "Geometric Collisions for Time-Dependent Parametric Surfaces," *Computer Graphics*, Vol. 21, No. 3 August, 1990.

Von Herzen, Brian and Alan Barr, "Accurate Triangulations of Deformed, Intersecting Parametric Surfaces," *Computer Graphics*, Vol. 21, No. 3, 1987.

Barr, Alan, Brian Von Herzen and Ronen Barzel, "Computational Techniques for the Self-Assembly of Large Space Structures," *Eighth Princeton Conference on Space Manufacturing*, Princeton, NJ, May 1987.

Kajiya, Jim and Brian Von Herzen, "Ray Tracing Volume Densities," *Computer Graphics*, Vol. 18, No. 3, July 1984.

Von Herzen, Brian, Ted Kamins and Cliff Drowley, "A Technique for Profiling a Laser Beam and its Application to the Recrystallization of Polysilicon Films," *Journal of the Electrochemical Society*, Vol. 128, No. 12, December 1981.

Kamins, Ted and Brian Von Herzen, "MOSFET's in Electron-Beam Recrystallized Polysilicon," *IEEE Electron Device Letters*, Vol. EDL-2, No. 12, December 1981.

## Education

| Year | College/University | Degree |
|------|--------------------|--------|
| 1988 | Caltech, Pasadena, CA | Ph.D., Computer Graphics & VLSI  Hertz Foundation Fellowship |
| 1984 | Caltech, Pasadena, CA | M.S.., Computer Graphics & VLSI  Hertz Foundation Fellowship |
| 1980 | Princeton University | AB, Physics, Magna Cum Laude |

## Professional Associations and Achievements

- Member, IEEE
- Member, Optical Internetworking Forum (OIF, Chair, Interoperability Working Grp.)
- Member, Professional And Technical Consultants Association (PATCA)
- Member, AOPA Pilots Association, PPMEL, SES, IFR
- Languages: Russian & French
- Ross Freeman Nomination for outstanding technical achievement, Xilinx, 2000
- Ross Freeman Award for outstanding technical achievement, Xilinx 2006