# EXHIBIT 4



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 06, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY OF THE
PATENT AND TRADEMARK OFFICE A JAPAN PATENT NUMBER
JP D12411638.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N.  WILLIAMS
Certifying Officer

SAMNDCA00402580

（19）【発行国】日本国特許庁（ＪＰ）
（45）【発行日】平成１７年６月６日（２００５．６．６）
（12）【公報種別】意匠公報（Ｓ）
（11）【登録番号】意匠登録第１２４１６３８号（Ｄ１２４１６３８）
（24）【登録日】平成１７年４月１５日（２００５．４．１５）
（54）【意匠に係る物品】カメラ付き携帯電話機
【部分意匠】
（52）【意匠分類】Ｈ３－３０
（51）【国際意匠分類（参考）】１４－０３
【Ｄターム】ＨＣＡＢＡ００、ＨＣＡＢＢ０３、ＨＣＡＢＣ００、ＨＣＡＣＡ０６、ＨＣＡＣＣ０２、ＨＣＡＣ
Ｄ０１、ＨＣＡＣＥ０１
（21）【出願番号】意願２００４－３１５１２（Ｄ２００４－３１５１２）
（22）【出願日】平成１６年１０月１８日（２００４．１０．１８）
（72）【創作者】
【氏名】小山　啓一
【住所又は居所】大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
（73）【意匠権者】
【識別番号】０００００５０４９
【氏名又は名称】シャープ株式会社
【氏名又は名称原語表記】ＳＨＡＲＰ　ＫＡＢＵＳＨＩＫＩ　ＫＡＩＳＨＡ
【住所又は居所】大阪府大阪市阿倍野区長池町２２番２２号
【住所又は居所原語表記】２２－２２，Ｎａｇａｉｋｅ－ｃｈｏ，Ａｂｅｎｏ－ｋｕ，Ｏｓａｋａ－ｓｈｉ，Ｏ
ｓａｋａ　５４５－８５２２　ＪＡＰＡＮ
（74）【代理人】
【識別番号】１００１０３２９６
【弁理士】
【氏名又は名称】小池　隆彌
（74）【代理人】
【識別番号】１０００８８２８１
【弁理士】
【氏名又は名称】田畑　昌男
【審査官】橘　崇生
（56）【参考文献】意登１１５４７２０　意登１１７３８０２　意登１２２１１４２　意登１２２１１４５
（55）【意匠の説明】明調子で表した部分が、部分意匠として意匠登録を受けようとする部分である。
【図面】
【開蓋斜視図】

SAMNDCA00402581

(2)                                    意匠登録１２４１６３８



【斜視図】



【正面図】

SAMNDCA00402582

(3)                                   意匠登録１２４１６３８



【背面図】



【平面図】



【底面図】

SAMNDCA00402583

(4)
意匠登録１２４１６３８



【右側面図】



【左側面図】



【内部機構を省略したＡ－Ａ端面図】

SAMNDCA00402584

(5)                                    意匠登録１２４１６３８



【開蓋正面図】



【開蓋背面図】

SAMNDCA00402585

(6)                                        意匠登録１２４１６３８



【開蓋平面図】



【開蓋底面図】



【開蓋右側面図】

SAMNDCA00402586

(7)                                           意匠登録１２４１６３８



【開蓋左側面図】



【内部機構を省略したＢ－Ｂ端面図】

SAMNDCA00402587

(8)

意匠登録１２４１６３８



SAMNDCA00402588

CERTIFICATION OF TRANSLATION

I, Shunsuke Obinata, hereby certify that I am well versed in both Japanese and English languages, that I have over 25 years of experience in translating Japanese technical documents into English, and vice versa, and that the following translation of the document "***D12411638***" from Japanese to English is accurate and complete to the best of my knowledge and ability.

May 10, 2012

Shunsuke Obinata



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

February 06, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY OF THE PATENT AND TRADEMARK OFFICE A JAPAN PATENT NUMBER JP D12411638.

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

(19) [Issuing country]               Japanese Patent Office
(45) [Issue Date]                    June 6, 2005
(12) [Gazette]                       Design Gazette (S)
(11) [Registration number]      Design registration 1241638 (D1241638)
(24) [Registration date]         April 15, 2005
(54) [Article related to design]    Portable telephone with camera
[Partial Design]
(52) [Design classification]      H3-30
(51) [International design classification (reference)]    14-03
[D term]                      HCABA00, HCABB03, HCABC00, HCACA06,
                               HCACC02, HCACD01, HCACE01
(21) [Application number]       Design application 2004-31512 (D2004-31512)
(22) [Filing date]                 October 18, 2004
(72) [Creator]
[Name]       Koyama, Keiichi
[Address or residence]          Sharp Corporation
                               2-22 Nagaike-cho, Abeno-ku. Osaka-shi, Osaka-fu
(73) [Owner of design right]
[ID number]                   000005049
[Name or title]               Sharp Corporation
[Name or title in original notation] SHARP KABUSHIKI KAISHA
[Address or residence]          2-22 Nagaike-cho, Abeno-ku. Osaka-shi, Osaka-fu
[Address or residence in original notation]
                               2-22, Nagaike-cho, Abeno-ku. Osaka-shi, Osaka
                               545-8522 JAPAN
(74) [Agent]
[ID number]                   100103296
[Patent agent]
[Name or title]               Koike, Takaya
(74) [Agent]
[ID number]                   100088281
[Patent agent]
[Name or title]               Tabata, Masao
[Examiner]                    Tachibana, Takao
(56) [References]
Design registration 1154720, Design registration 1173802, Design registration 1221142, Design registration 1221145
(55) [Description of the design]
The part represented in bright tone is the part for which design registration is requested as a partial design.
[Drawings]
[Perspective view of an open lid]

SAMNDCA00402591

(2)                          Design Registration 1241638



[Perspective view]



[Frontal view]

SAMNDCA00402592

(3)                              Design Registration 1241638



[Rear view]



[Planar view]



[Bottom view]

SAMNDCA00402593

(4)                    Design Registration 1241638



[Right-side view]



[Left-side view]



[A-A edge view with internal mechanism omitted]

(5)                    Design Registration 1241638



[Frontal view with lid open]



[Rear view with lid open]

(6)                         Design Registration 1241638



[Planar view with lid open]



[Bottom view with lid open]



[Right-side view with lid open]

(7)                          Design Registration 1241638



[Left-side view with cover open]



[B-B edge view with internal mechanism omitted]

SAMNDCA00402597

(8)                    Design Registration 1241638



SAMNDCA00402598