# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3

 4     _____
                                      )
 5     APPLE INC., a California       )
       corporation,                   )
 6                                     )
                 Plaintiff,           )
 7                                     )No. 11-cv-01846-LHK
          vs.                         )
 8                                     )
       SAMSUNG ELECTRONICS CO.,       )
 9     LTD., a Korean business        )
       entity; SAMSUNG ELECTRONICS    )
10     AMERICA, INC., a New York      )
       corporation; SAMSUNG           )
11     TELECOMMUNICATIONS AMERICA,    )
       LLC, a Delaware limited        )
12     liability company,             )
                                      )
13               Defendants.          )
       _____)
14
15
16          VIDEOTAPED DEPOSITION OF OWEN KWON
17               Los Angeles, California
18            Wednesday, February 29, 2012
19
20

       Reported by:
21     Melissa M. Villagran, RPR, CLR
       CSR No. 12543
22

       Job No. 137092
23

       PAGES 1 - 73
24
25
```

Page 1

1      Q   And if there are any other documents that

2   you believe or come to your mind during the course

3   of the deposition that you believe would assist you,

4   would you just point them out to me at that time?

5      A   I will.                                    11:17AM

6      Q   And your attorney may state objections to

7   my questions.  Do you understand that you still have

8   to answer my questions unless your attorney

9   specifically instructs you not to answer?

10     A   I do.                                       11:17AM

11     Q   And when I ask a question, please give your

12  attorney enough time to object if he or she chooses

13  to do so.

14     A   I will.

15     Q   Is there any reason why you can't give your   11:17AM

16  most accurate and truthful testimony today?

17     A   No.

18     Q   And you understand that, when you answer a

19  question, if you're not entirely sure, I'm still

20  entitled to your best estimate.                    11:17AM

21     A   I understand.

22     Q   Are you represented by counsel today, sir?

23     A   What does it mean?

24     Q   Do you have a lawyer representing you in

25  this deposition?                                   11:18AM

Page 10

1          A    Yes.

2          Q    And who is your attorney representing you?

3          A    Her name is Soo Ah Hong.

4          Q    And where are you currently employed?

5          A    I'm hired by iRiver, Inc., which is U.S.          11:18AM

6     division of iRiver, Limited.

7          Q    How long have you been employed at iRiver,

8     Inc.?

9          A    For the past four years.

10         Q    And what is your position there?               11:18AM

11         A    My current position is general manager of

12    business development.

13         Q    And in what year did you assume that

14    position?

15         A    I was promoted about three years ago.          11:18AM

16         Q    And what position did you previously hold

17    at iRiver?

18         A    I was senior manager of business

19    development.

20         Q    In what year did you become senior manager    11:18AM

21    of business development?

22         A    When I was hired in 2007.

23         Q    And could you tell me what other companies

24    you worked for previously.

25         A    I've worked for iRiver America before I        11:19AM

Page 11

1    come to iRiver, Inc., and before iRiver America, I

2    used to work for two different Korean companies in

3    Seoul, Korea.

4        Q    And when did you begin working at iRiver

5    America?                                              11:19AM

6        A    I started in 2005.

7        Q    And what was your position at iRiver

8    America?

9        A    I was supply chain manager.

10       Q    And what is the relationship between iRiver   11:19AM

11   America and iRiver, Inc.?

12       A    iRiver America was the previous company

13   that had distributorship of iRiver-branded products

14   in U.S. market, and they stopped their business in

15   2007.                                                 11:19AM

16       Q    And so you began working at iRiver America

17   in which year?

18       A    In 2005.

19       Q    And then you transitioned from iRiver

20   America to iRiver, Inc.?                              11:19AM

21       A    It happened in 2007.

22       Q    If you could open your binder to the first

23   tab and take a moment to review the document.

24            Have you seen this document before?

25       A    Yes, I have.                                 11:20AM

                                            Page 12

1       Q    And you understand this is a subpoena to

2    testify in a civil action?

3       A    I do.

4       Q    And you understand that you are appearing

5    at this deposition at the request of Samsung in          11:20AM

6    relation to the case named on the first page?

7       A    I do.

8       Q    Have you reviewed the deposition topics in

9    Attachment A of this document?

10      A    I have.                                           11:20AM

11      Q    And if you could just turn to Tab 2 in your

12   materials.  Or actually just to go back for a

13   second.

14           MR. GOLDBERG:  If we could mark the

15   previous document in Tab 1 as Exhibit 1.                 11:21AM

16           (Exhibit 1 was marked for

17           identification by the deposition

18           officer and is attached hereto.)

19           MR. GOLDBERG:  And then if we could turn to

20   Tab 2 and mark this as Exhibit 2.                        11:21AM

21           (Exhibit 2 was marked for

22           identification by the deposition

23           officer and is attached hereto.)

24   BY MR. GOLDBERG:

25      Q    And sir, have you seen this document           11:21AM

Page 13

1    brand and Reigncom.

2         Q    Was anyone else from iRiver involved in the

3    design of the U10?

4         A    Not that I know of.

5         Q    If we turn the page and look at Figure 1 of         11:43AM

6    the design patent, could you tell me what angle of

7    the U10 this displays whereas depicted in this

8    image.

9         A    This is about 45-degree away from the

10   center of the front.                                          11:44AM

11        Q    And if we turn the page to Figure 2, does

12   this image show the design of the U10 from the

13   front?

14        A    Yes.

15        Q    And if you look now at Figure 3, does this        11:44AM

16   image show the design of the iRiver U10 from the

17   back?

18        A    Yes.

19        Q    And if we turn the page to Figure 4, does

20   this design show -- or does this image show the              11:44AM

21   design of the iRiver U10 from the side with the

22   earphone jack?

23        A    Yes.

24        Q    And if we turn the page to look at

25   Figure 5, does the image in this figure show the             11:44AM

                                                        Page 31

1    design of the iRiver U10 from the side with the

2    volume control buttons on it?

3         A   Yes.  Actually, this isn't the volume.

4    This is the power and the screen orientation button.

5         Q   So Figure 5 shows the iRiver U10 from the        11:45AM

6    side with the power button and the screen toggle

7    orientation button?

8         A   Yes.

9         Q   If we look now at Figure 6, does this image

10   show the iRiver U10 from the side containing the        11:45AM

11   volume control buttons?

12        A   That's right.

13        Q   And if you look at Figure 7, does this show

14   the bottom of the iRiver U10, or does this image

15   show the bottom of the iRiver U10 with the USB port?   11:45AM

16        A   Yes.

17        Q   And if you look at Figure 8, could you

18   describe the depiction of the device in Figure 8.

19        A   Yes.  This is again another front view of

20   the device from 45 degrees angle.                      11:46AM

21        Q   When was the iRiver U10 first offered for

22   sale in the United States?

23        A   2005.

24        Q   Are you aware of a month in 2005 when the

25   iRiver U10 was first on sale?                          11:46AM

Page 32

1      A    I believe iRiver started to well the U10

2   device from 4th quarter of 2005.

3      Q    And when was the iRiver U10 first disclosed

4   to the public in the United States?

5      A    It was 4th quarter of 2005, but we made the      11:46AM

6   public official announcement during the CES show in

7   2006, which is around starting week of January in

8   2006.

9      Q    So it's your testimony that the iRiver U10

10  was first announced in January of 2006?                   11:47AM

11     A    Yes.

12     Q    But it's your testimony that it was on sale

13  earlier than that in 2005?

14     A    Yes.

15     Q    And when was the Clix first offered for          11:47AM

16  sale in the United States?

17     A    I believe it was -- it started from the 1st

18  quarter of 2006.

19     Q    And when was the Clix first disclosed to

20  the public in the United States?                          11:47AM

21     A    At the same time.  1st quarter of 2006.

22     Q    And you testified that the iRiver U10 was

23  disclosed at a CES show; is that correct?

24     A    No.  We didn't make an announcement of

25  Clix.  In 2006, January, we made an announcement of       11:48AM

Page 33

1    U10, which is the same device.

2         Q    And so you announced 6 the U10 device at

3    the CES show, correct?

4         A    Yes.

5         Q    And that show was in January of 2006?          11:48AM

6         A    Yes.

7         Q    And what is the CES show?

8         A    Consumer Electronics Show, which is being

9    held every year in Las Vegas every first or second

10   week of every year.                                      11:48AM

11        Q    Is this a convention?

12        A    Yes, it is.

13        Q    And who attends this convention?

14        A    Lots of different companies that is

15   involved in consumer electronics including computers     11:48AM

16   and softwares.

17        Q    Do consumers attend this convention?

18        A    Yes.

19        Q    And representatives from different

20   businesses in the technology industry attended as        11:48AM

21   well; is that correct?

22        A    Yes, that's correct.

23        Q    We could turn now to Tab 4.

24             MR. GOLDBERG:  If we could mark this as

25   Exhibit 6 -- Exhibit 7, rather.                          11:49AM

                                                      Page 34