# EXHIBIT 9

Highly Confidential - Attorneys' Eyes Only

```
                                                          Page 1
1              RICARDO VILAS BOAS
2       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
3   IN THE UNITED STATES INTERNATIONAL TRADE COMMISSION
4                    WASHINGTON D.C
5
6                         Investigation No. 337-TA-796
7   In the Matter of Certain
8   Electronic Digital Media
9   Devices and Components Thereof
10       - - - - - - - - - - - - - - - - - - - - - - -
11
12            DEPOSITION OF RICARDO VILAS BOAS
13                  Friday 16 March 2012
14                     At:  2:00 pm
15
16
17
18
19
20
21
22
23
24
25
```

1           RICARDO VILAS BOAS

2  from that date alone.  Because Samsung has waited so

3  long to notice this deposition, Samsung can't comply

4  with Judge Pender's ground rule within the discovery

5  period.  Fifteen business days from service of Mr.

6  Vilas' deposition notice on Apple and Mr. Lucas is

7  April 3, 2012.  Therefore, Mr. Vilas Boas' deposition,

8  if adequate notice had been given, in compliance with

9  Judge Pender's ground rules, would be out of time.

10  Therefore, while Apple is represented at this

11  deposition there has been no adequate time on behalf

12  of Apple to prepare for this deposition.  No attorney

13  familiar with the case was available at such short

14  notice to attend, and that is to the clear prejudice

15  of Apple.  Apple therefore objects to this deposition

16  taking place at all and reserves its rights

17  accordingly.

18          MR. ZELLER:  I am sure, as you are aware, Samsung

19  disagrees with that, and also believes any objection

20  at this point has now been waived to the notice.  Also

21  I will note that this is the first time that it has

22  been stated by Apple that there was unavailability by

23  its counsel for this deposition and, in fact,

24  previously it was quite clear from the written

25  correspondence that Apple in fact did have people

Highly Confidential - Attorneys' Eyes Only

Page 7

1        RICARDO VILAS BOAS

2   available for this, but I am not going to obviously

3   use up the witness' time at this juncture, since I

4   think both parties have made their positions clear on

5   this.

6        MR. OWENS:  I would just like to confirm that by

7   attendance Apple does not waive its objection to this

8   deposition taking place.

9        MR. ZELLER:  Good afternoon.

10            A    Good afternoon.

11            Q    If you can please tell us your full name

12  for the record.

13            A    My full name, Ricardo Vilas Boas.

14            Q    Where do you currently reside?

15            A    I reside in Queen's Park, London.

16            Q    How long have you lived here in London?

17            A    Approximately four years.

18            Q    Are you currently employed?

19            A    No, I am freelancing at the moment.

20            Q    And you are freelancing as what?

21            A    As an industrial designer.

22            Q    Have you worked previously in the area

23  of industrial design?

24            A    Yes, I have.

25            Q    Maybe if we can start with your

Highly Confidential - Attorneys' Eyes Only

Page 8

1        RICARDO VILAS BOAS

2   educational background.  If you can please tell me

3   briefly what your educational background is?

4        A   I took a BA, kind of four year degree,

5   in Portugal in product design.  Then I did some work

6   as an industrial designer in Portugal.  In 2008 I

7   moved to London and started my Masters degree in

8   industrial design with Central St Martins, which I

9   finished in 2010.  After that I had other work for Tom

10  Dixon as an industrial designer as well.

11       Q   You mentioned that you received a BA

12  degree in industrial design?

13       A   Yes.

14       Q   What year was that?

15       A   I finished in 2004.

16       Q   What institution or school did you

17  obtain that from?

18       A   It is ESAD, which is Escola Superior De

19  Arte E Design.  It is normally known by ESAD, and it

20  is located in Matosinhos, which is in the region of

21  Porto.

22       Q   I think you said that you got a degree

23  there in 2004?

24       A   Yes.

25       Q   When did you start?

Highly Confidential - Attorneys' Eyes Only

Page 9

1                RICARDO VILAS BOAS
2         A    I started in -- sorry, I think because I
3    had -- I started in 1999 or 2000, because I did a year
4    of architecture as well before, and then decided to
5    change.  I can't recall the exact starting date.  I
6    think it was 99.
7         Q    Then you mentioned that you started
8    working on your Masters in 2008?
9         A    Yes.
10        Q    And that was a Masters in industrial
11   design that you obtained?
12        A    Yes.
13        Q    And then please tell us, generally
14   speaking, what did you do between the time you
15   obtained your BA and the time you started working on
16   your Masters?
17        A    I worked for a consultancy in Portugal
18   for six months.  After that I worked as an industrial
19   and interior designer.  After that I worked for a
20   Portugese motorbike company, helping to develop a
21   motorbike that is now on the market, and components.
22             I started kind of a small workshop company
23   of furniture design with a friend, doing bespoke
24   furniture for family and friends.  After that I
25   started my -- I decided to move to London and started

Highly Confidential - Attorneys' Eyes Only

Page 10

1                RICARDO VILAS BOAS

2    my MA.

3         Q    I think you mentioned that there was one

4    organization or company you worked for that was Dixon?

5         A    Tom Dixon, yes.  I finished my

6    internship, December 2011.  It is lighting, it does

7    lights and interior design, furniture design.

8         Q    Were you doing design work for that

9    company?

10        A    Yes.

11        Q    Let's please mark as Exhibit 1 a two

12   page document bearing Bates numbers SAMNDCA00326381

13   through 382.

14             (Exhibit 1 marked for identification)

15             If you can please take a look at Exhibit 1

16   and let us know if this is something that you have

17   seen before.

18        A    Yes, it is.

19        Q    What do you recognize Exhibit 1 as?

20        A    These are two boards from a competition

21   about a mobile phone that I designed in 2004.

22        Q    You mentioned from a competition.  What

23   competition are you referring to?

24        A    Yes, it was while I was doing my BA, the

25   school entered with other schools of design in

Highly Confidential - Attorneys' Eyes Only

Page 11

1        RICARDO VILAS BOAS

2   Portugal entered a Nokia competition.  The brief was

3   the fourth generation mobile phone, so what would the

4   mobile phone of the future be.

5           Q   This was a company that was sponsored by

6   Nokia in some way?

7           A   Yes.

8           Q   What was your understanding in that

9   regard?

10          A   Sorry?

11          Q   Was it your understanding that it was

12  sponsored by Nokia?

13          A   Yes, it was sponsored by Nokia, yes.

14          Q   If I understood you correctly, Exhibit 1

15  are the boards that you submitted in connection with

16  that competition?

17          A   Yes, they are.

18          Q   In what year did you actually enter

19  these boards in the Nokia design contest or

20  competition?

21          A   2004, beginning of 2004.

22          Q   And then was there some kind of award or

23  recognition that you received in the competition?

24          A   Yes, I placed second place.

25          Q   And then focusing your attention on

Page 12

1           RICARDO VILAS BOAS

2   these boards that are marked as Exhibit 1, were these

3   made publicly available in some way back in that time

4   period?

5           A    They were published on a website on the

6   internet, yes.

7           Q    Who was it that sponsored or ran that

8   website?

9           A    I believe it was Nokia, so it was as far

10  as I can recall, it had a link on Nokia Portugal

11  website that would take you to this website or you

12  could access it just by browsing the web and

13  searching.

14          Q    And then were the images that are shown

15  here in Exhibit 1 actually displayed on that Nokia

16  website?

17          A    Yes, the website had -- so the people

18  that got the prize of first, second, third position,

19  plus a few other designs that they chose to display on

20  the websites with the names, so I believe you could

21  click on the names and access -- after you click on

22  the names you could see the boards each person applied

23  to the competition.

24          Q    Did you yourself actually see the boards

25  that we have marked as Exhibit 1 on the Nokia website

Highly Confidential - Attorneys' Eyes Only

Page 13

1           RICARDO VILAS BOAS

2   back in the 2004 timeframe?

3       A   Yes, I did.

4       Q   And where were you when you accessed the

5   Nokia website back in that time period, 2004?

6       A   In 2004, I was in Portugal.

7       Q   And then were there times subsequent to

8   2004 as well when you accessed the Nokia website, and

9   I am saying you personally, and saw these boards that

10  we have marked as Exhibit 1 displayed on the Nokia

11  website?

12      MR. OWENS:  Objection, leading question.

13      MR. ZELLER:  You can go ahead.

14      A   I remember showing it to a colleague of

15  mine in 2010, a colleague from the Masters degree, I

16  remember showing the entries of the website.

17      Q   Where were you located in 2010 when you

18  accessed the website?

19      A   At my house in London.

20      Q   Were there time periods between first in

21  2004 and then as recently as 2010 where you saw the

22  website as well with your boards?

23      A   I can't completely recall I am afraid.

24      Q   What I would like to do is ask you about

25  some of the features or aspects of the electronic

Highly Confidential - Attorneys' Eyes Only

Page 14

1        RICARDO VILAS BOAS
2   device design that you came up with back in 2004.  Was
3   the overall shape of that device rectangular?
4            A    Yes.
5       MR. OWENS:  Objection, leading.
6       MR. ZELLER:  What shape would you describe it as?
7            A    Yes, it was rectangular with rounded
8   edges, simple design.
9            Q    Do these boards show what the profile of
10  the design was?
11           A    Yes, on the second page you can see on
12  the bottom right corner there is profile view of the
13  mobile phone, and a front view as well.
14           Q    How would you describe that profile
15  shape?
16           A    It is a thin profile with flat surface
17  front and back.
18           Q    With respect to this design that you had
19  created and was published back in 2004, were there any
20  physical buttons or keys on the front surface?
21           A    No, there were not.
22           Q    Was the display screen there on the
23  front of the device symmetrically placed?
24           A    Yes.
25           Q    Focusing your attention on the front

Page 15

1            RICARDO VILAS BOAS

2  surface of the electronic device design that you came

3  up with back in 2004, and was published in 2004, was

4  that a flat, continuous and smooth surface?

5           A   Yes.

6           Q   Was it a surface that was there on the

7  front that was covered by clear glass that ran from

8  edge to edge?

9           A   Yes, it was for touch screens, so it had

10 to have a glass cover.

11          Q   Are there particular images shown here

12 in Exhibit 1 that reflect the fact that the front face

13 of the device was entirely flat?

14          A   I think on the second page, again the

15 side view, you can see that there is no curvature or

16 anything, so it is quite flat.  I think that is the

17 best point to explain.

18          Q   And in that side profile image that you

19 have been referring to on the second page, that was

20 something that was made available through that

21 website, the Nokia website back in 2004?

22          A   Yes, these exact two boards were shown,

23 were displayed on the website.

24          Q   Maybe I should try it this way.  Was one

25 of the colors that you had envisioned for your design

Highly Confidential - Attorneys' Eyes Only

Page 16

1          RICARDO VILAS BOAS

2    back in that time period of 2004 black?

3         MR. OWENS:  Objection, leading.

4             A    The idea was that the mobile phone would

5    come in a black color, so that would be when you

6    turned off the mobile phone out of the box would be in

7    a black color, and then you could customize it to have

8    different colors, so it would emit different colors if

9    you wished to, but the main color of the display would

10   be black.

11            Q    What was the color of this electronic

12   device design that you came up with as its default

13   color?

14            A    Black.

15            Q    And when this electronic device was

16   turned off, was it black and reflective in appearance?

17        MR. OWENS:  Objection, leading.

18            A    Yes, it was.

19            Q    Directing your attention to Exhibit 1,

20   there appear in these images to be different

21   configurations of buttons on the front surface?

22            A    They are not exactly buttons, as it had

23   no physical buttons, so it is just -- so everything

24   was touch screen and you could customize it so the

25   image would look as you would like it to look.

Highly Confidential - Attorneys' Eyes Only

Page 17

1           RICARDO VILAS BOAS
2      Q   So the buttons reflected here in Exhibit
3   1 were touch screen buttons?
4      A   Touch screen, yes, not physical buttons.
5      Q   Was there any kind of relationship
6   between the fact that the interface was to be through
7   a touch screen display and the fact that it didn't
8   have any physical keys on the front face?
9      A   I mean, for you to -- for better
10  interaction between the user and the touch screen, I
11  decided to go for simple design, quite flat surface,
12  so everything is easy to access.  Plus at that time,
13  as you can see here, I envisioned that you would be
14  able to see movies or films, things like that.  So
15  that would need again a very simple design so you
16  could see a movie as a full screen.  Also the fact
17  that if you used any kind of buttons it would limit
18  the ability to customize the mobile phone.
19     Q   When you have been using this word
20  "customize the mobile phone", are you talking about
21  customizing it through the display screen as the
22  interface?
23     A   Yes.
24     MR. OWENS:  Objection, leading.
25     Q   You have also used in your answers the

Highly Confidential - Attorneys' Eyes Only

Page 18

1          RICARDO VILAS BOAS

2    phrase "simple design"?

3          A    Yes.

4          Q    Was there some kind of advantage from

5    your perspective or some kind of relationship between

6    having a simple design and then having a display

7    screen re the interface for the phone?

8          MR. OWENS:  Objection, compound.

9          MR. ZELLER:  You can answer.

10         A    Eventually I lost -- is it possible to

11   repeat the question?

12         Q    I will just rephrase the question.  That

13   is quite all right.  Just so it is clear, from time to

14   time attorneys may object to the question but you

15   should still unless you are being instructed not to

16   answer, still go ahead and answer.

17              Was there any kind of relationship between

18   having this simple design that you are mentioning and

19   the fact that the interface for the phone was through

20   a display screen?

21         A    I am not sure what you are asking but

22   ...

23         Q    Did you see any kind of advantage in

24   having what you are referring to as a simple type

25   design and in having the display screen?

Highly Confidential - Attorneys' Eyes Only

Page 19

1              RICARDO VILAS BOAS

2         MR. OWENS:  Objection, compound.

3         MR. ZELLER:  I think I got interrupted there.

4   What I am trying to find out, so the record is clear,

5   this objection went over my question.

6              What I am trying to find out is were there

7   any advantages to having a simple design, from your

8   perspective, in relationship to having the display

9   screen as the principal interface?

10        A    I mean, kind of yes, it would, it is,

11  you know, it is easier for the interaction itself, so

12  the more buttons you have, you are cluttering the

13  design.  So making it simple will inevitably lead to

14  easier interface and an easier way to physically

15  interact with the design or with the mobile phone.  So

16  that is why I chose the very simple design, neutral,

17  so people would interact with it.

18        Q    Were there any kind of physical elements

19  at all on the front surface of your design?

20        A    There are just a microphone and then ear

21  phone slots, but besides that there is a Nokia logo,

22  but that is not -- it is printed beneath the glass so

23  there is no physical -- how can I say -- the Nokia

24  logo, there is no physical relevance to it because it

25  is just a print behind.  Besides the microphone and

Highly Confidential - Attorneys' Eyes Only

Page 20

1        RICARDO VILAS BOAS

2   the ear phone, there is no physical aspect, any other

3   physical, relevant thing on the front of the mobile

4   phone or the display.

5        Q   To make sure I understand, the Nokia

6   name or logo there on the front, shown here on your

7   design, was a virtual logo?

8        A   Yes.

9        Q   That is actually on the display screen?

10       A   Yes, that was the idea, you know,

11  something that would be emitted.

12       Q   Also, if I understood you correctly

13  then, the only physical elements on the front surface

14  were the microphone and speaker holes?

15       A   Yes.

16       Q   Did your design back from the 2004 time

17  period have a bezel?

18       A   Yes.  Again, on the side view, you can

19  see that it is rounded, so it is bezeled.  You can see

20  it on the top that it is slightly bezeled.  It is

21  symmetrical all the way.

22       Q   Symmetrical?

23       A   Throughout the site of the object.

24     MR. ZELLER:  That is all I have for you.  Thank

25  you.  Why don't we take a minute and switch sides, if




SAMNDCA00326381



SAMNDCA00326382