# EXHIBIT 13



APLNDC-X0000006115



APLNDC-X0000006116



APLNDC-X0000006117

Case 5:11-cv-01846-LHK   Document 943-6   Filed 05/18/12   Page 5 of 16



APLNDC-X0000006118



APLNDC-X0000006119





APLNDC-X0000006122



APLNDC-X0000006123



APLNDC-X0000006124





APLNDC-X0000006126



APLNDC-X0000006127



APLNDC-X0000006128



APLNDC-X0000006129