# EXHIBIT 16



7293088

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

*April 25, 2011*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *29/328,018*
**FILING DATE:** *November 18, 2008*
**PATENT NUMBER:** *D618677*
**ISSUE DATE:** *June 29, 2010*

Certified by

*David J. Kappos*

**Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office**

APLPROS0000011597

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

## Application Number: 29328018          Document Date: 11/18/2008

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Design Drawing

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://es/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: February 8, 2006

1

APLPROS0000011598

PTO/SB/18 (08-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DESIGN PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | 2607.0590002(P4984USD1)/TGD/AKS |
| First Named Inventor | Bartley K. ANDRE |
| Title | Electronic Device |
| Express Mail Label No. | |

**ADDRESS TO:**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

*DESIGN V. UTILITY: A "design patent" protects an article's ornamental appearance (e.g., the way an article looks) (35 U.S.C. 171), while a "utility patent" protects the way an article is used and works (35 U.S.C. 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides in both its ornamental appearance and its utility. For more information, see MPEP 1502.01.*

## APPLICATION ELEMENTS
*See MPEP 1500 concerning design patent application contents.*

1. [ ] Fee Transmittal Form *(e.g., PTO/SB/17)*

2. [ ] Applicant claims small entity status. See 37 CFR 1.27.

3. [X] Specification          [Total Pages 4 ]
   *(preferred arrangement set forth below, MPEP 1503.01)*
   - Preamble
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Description of the figure(s) of the drawings
   - Feature description
   - Claim (only one (1) claim permitted, MPEP 1503.03)

4. [X] Drawing(s) (37 CFR 1.152) [Total Sheets 8 ]

5. Oath or Declaration          [Total Pages 8 ]
   a. [ ] Newly executed (original or copy)
   b. [X] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 16 completed)*
      *DELETION OF INVENTOR(S)*
      i. [ ] Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b)

6. [X] Application Data Sheet. See 37 CFR 1.76

## ACCOMPANYING APPLICATION PARTS

7. [ ] Assignment Papers (cover sheet & document(s))

8. [ ] 37 CFR 3.73(b) Statement   [ ] Power of Attorney
   *(when there is an assignee)*

9. [ ] English Translation Document *(if applicable)*

10. [X] Information Disclosure Statement (IDS) PTO/SB/08 or PTO-1449
    [ ] Copies of foreign patent documents, publications, & other information

11. [ ] Preliminary Amendment

12. [ ] Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*

13. [ ] Certified Copy of Priority Document(s) *(if foreign priority is claimed)*

14. [ ] Request for Expedited Examination of a Design Application (37 CFR 1.155) (NOTE: Use "Mail Stop Expedited Design")

15. [X] Other: Authorization under 37 CFR 1.136(a)(3)

## 16. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation   [X] Divisional   [ ] Continuation-in-part (CIP) of prior application No.: 29/282,834

Prior application information: Examiner Angela J. Lee          Art Unit 2911

## 17. CORRESPONDENCE ADDRESS

| | | | |
|---|---|---|---|
| [ ] The address associated with Customer Number: | **63975** | OR | [ ] Correspondence address below |

| | | | | |
|---|---|---|---|---|
| Name | | | | |
| Address | | | | |
| City | | State | | Zip Code |
| Country | | Telephone | | Email |

| | | |
|---|---|---|
| Signature | *Tracy* | Date November 18, 2008 |
| Name (Print/Type) Tracy-Gene G. Durkin | | Registration No. 32,831 (Attorney/Agent) |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902,086

| APPLICATION DATA SHEET |
|---|

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Bartley |
| **Middle Name:** | K. |
| **Family Name:** | ANDRE |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 333 Pope Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94025 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 2:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | NZ |
| **Given Name:** | Daniel |
| **Middle Name:** | J. |
| **Family Name:** | COSTER |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 756 Church Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |

APLPROS0000011600

**Postal Code of Mailing Address:**          94114
**Country of Mailing Address:**          US
**Phone:**
**Fax:**
**E-mail:**

Inventor 3:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | IT |
| **Given Name:** | Daniele |
| **Family Name:** | DE IULIIS |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 50 Digby Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 4:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Richard |
| **Middle Name:** | P. |
| **Family Name:** | HOWARTH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 3928 17th Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

<u>Inventor 5</u>:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Jonathan |
| **Middle Name:** | P. |
| **Family Name:** | IVE |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 196 Twin Peaks Blvd. |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

<u>Inventor 6</u>:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Steve |
| **Family Name:** | JOBS |
| **City of Residence:** | Palo Alto |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 2101 Waverley Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Palo Alto |
| **State of Mailing Address:** | CA |

APLPROS0000011602

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94301 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 7:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Duncan |
| **Middle Name:** | Robert |
| **Family Name:** | KERR |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 73 Miguel Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 8:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | JP |
| **Given Name:** | Shin |
| **Family Name:** | NISHIBORI |
| **City of Residence:** | Portola Valley |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 28 Aliso Way |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Portola Valley |
| **State of Mailing Address:** | CA |

APLPROS0000011603

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94208 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 9:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Matthew |
| **Middle Name:** | Dean |
| **Family Name:** | ROHRBACH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 29 Ora Way |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 10:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Douglas |
| **Middle Name:** | B. |
| **Family Name:** | SATZGER |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 225 Arden Road |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |

| | |
|---|---|
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94025 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 11:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor (Deceased) |
| **Citizenship:** | US |
| **Given Name:** | Calvin |
| **Middle Name:** | Q. |
| **Family Name:** | SEID |
| **City of Residence:** | Palo Alto |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 1043 High Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Palo Alto |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94301 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 12:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | AU |
| **Given Name:** | Christopher |
| **Middle Name:** | J. |
| **Family Name:** | STRINGER |
| **City of Residence:** | Woodside |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 20100 Skyline Boulevard |
| **Address-2 of Mailing Address:** | |

APLPROS0000011605

| | |
|---|---|
| **City of Mailing Address:** | Woodside |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94062 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 13:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | CA |
| **Given Name:** | Eugene |
| **Middle Name:** | Antony |
| **Family Name:** | WHANG |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | #1-400 Dolores Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 14:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | DE |
| **Given Name:** | Rico |
| **Family Name:** | ZORKENDORFER |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 327 Lombard Street |
| **Address-2 of Mailing Address:** | |

APLPROS0000011606

| | |
|---|---|
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94133 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

*Correspondence Information:*
**Customer Number:**                    63975              *63975*

*Application Information:*
**Title of Invention:**     Electronic Device
**Application Type:**       regular, design
**Attorney Docket Number:** 2607.0590002(P4984USD1)/TGD/AKS

Botanic Information:

Publication Information:
**Suggested Figure for Publication -**
**Suggested Classification -**
**Suggested Technology Center -**
**Total Number of Drawing Sheets - 8**

*Representative Information:*

practitioner(s) at Customer Number:


    63975          *63975*


as our attorney(s) or agent(s) to prosecute the application identified above, and to transact all
business in the United States Patent and Trademark Office connected therewith.

*Domestic Priority Information:*

This is a Divisional of US application number 29/282,834, filed 2007-07-30.

US application number 29/282,834, filed 2007-07-30 is a Continuation of US application number

APLPROS0000011607

29/270,888, filed 2007-01-05, now U.S. Patent D558,758.

**Foreign Priority Information:**

**Assignee Information:**

Assignee 1:

| | |
|---|---|
| **Organization Name:** | Apple Inc. |
| **Address-1 of Mailing Address:** | 1 Infinite Loop |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: November 18, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902151_1.DOC

APLPROS0000011608

Attorney Docket No.
2607.0590002/P4984USD1

# SPECIFICATION

[0001]     This application is a divisional application of U.S. Design Patent

Application No. 29/282,834, filed July 30, 2007 (pending), which is a

continuation application of U.S. Design Patent Application No. 29/270,888,

[0002]     filed January 5, 2007 (now U.S. Patent No. Des. 558,758), the disclosures of

which are all hereby incorporated in their entirety by reference thereto.

This is an application for a new, original, and ornamental design for an

[0003]    ELECTRONIC DEVICE, of which the following is a specification, reference

being had to the accompanying drawings, forming a part thereof.

[0004]     Figure 1 is a front perspective view of an electronic device in

[0005]    accordance with the present invention;

[0006]     Figure 2 is a rear perspective view thereof;

[0007]     Figure 3 is a front view thereof;

[0008]     Figure 4 is a rear view thereof;

[0009]     Figure 5 is a top view thereof;

[0010]     Figure 6 is bottom view thereof;

[0011]     Figure 7 is a left side view thereof;

Figure 8 is a right side view thereof;

[0012]     Figure 9 is a front perspective view of an electronic device in

[0013]    accordance with the present invention;

[0014]     Figure 10 is a rear perspective view thereof;

[0015]     Figure 11 is a front view thereof;

[0016]     Figure 12 is a rear view thereof;

[0017]     Figure 13 is a top view thereof;

APLPROS0000011609

Attorney Docket No.
2607.0590002/P4984USD1

[0018]        Figure 14 is bottom view thereof;

[0019]        Figure 15 is a left side view thereof; and

              Figure 16 is a right side view thereof.

[0020]        Figure 17 is a front perspective view of an electronic device in

accordance with the present invention;

[0021]        Figure 18 is a rear perspective view thereof;

[0022]        Figure 19 is a front view thereof;

[0023]        Figure 20 is a rear view thereof;

[0024]        Figure 21 is a top view thereof;

[0025]        Figure 22 is bottom view thereof;

[0026]        Figure 23 is a left side view thereof;

[0027]        Figure 24 is a right side view thereof;

[0028]        Figure 25 is a front perspective view of an electronic device in

accordance with the present invention;

[0029]        Figure 26 is a rear perspective view thereof;

[0030]        Figure 27 is a front view thereof;

[0031]        Figure 28 is a rear view thereof;

[0032]        Figure 29 is a top view thereof;

[0033]        Figure 30 is bottom view thereof;

[0034]        Figure 31 is a left side view thereof; and

[0035]        Figure 32 is a right side view thereof.

[0036]        The features shown in broken lines in the various Figures are for

illustrating environmental structure and form no part of the claimed design.

The dot dash lines in Figures 9 & 11 represent an indeterminate length.

[0037]        The surfaces of the electronic device are illustrated with color

APLPROS0000011610

Attorney Docket No.
2607.0590002/P4984USD1

designations. The grid pattern indicates the color black, the dashed line
pattern indicates metal.  By way of example, the metallic portions may be
selected from steel, aluminum, anodized aluminum, chrome, nickel, and/or
the like.

[0038]          More generally, the invention pertains to an ornamental design for an
article of manufacture.  The article is not limited to the scale shown herein. As
indicated in the title, the article of manufacture  to which the ornamental
design has been applied is an electronic device, media player (e.g., music,
video and/or game player), media storage device, a personal digital assistant,
a communication device (e.g., cellular phone), a novelty item or toy.

APLPROS0000011611

Attorney Docket No.
2607.0590002/P4984USD1

WE CLAIM:

The ornamental design of an electronic device, as shown and described.

895429_1.DOC

- 4 -

APLPROS0000011612

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To be assigned* |
| ANDRE *et al.* | Art Unit: *To be assigned* |
| Appl. No.: *To be assigned*<br>(*Divisional of Appl. No. 29/282,834;*<br>*Filed July 30, 2007*) | Examiner: *To be assigned* |
| Filed: **Herewith** | Atty. Docket: 2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## Authorization to Treat a Reply as Incorporating an
## Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time.  The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: <u>November 18, 2008</u>

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902150_1.DOC

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 1 of 8
NEW SHEET



*FIG. 1*



*FIG. 2*

**APLPROS0000011614**

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 2 of 8
NEW SHEET



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 3 of 8
NEW SHEET



*FIG. 9*



*FIG. 10*

APLPROS0000011616

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 4 of 8
NEW SHEET



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15

FIG. 16

APLPROS0000011617

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 5 of 8
NEW SHEET



*FIG. 17*



*FIG. 18*

APLPROS0000011618

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 6 of 8
NEW SHEET



FIG. 19

FIG. 20

FIG. 21

FIG. 22

FIG. 23

FIG. 24

APLPROS0000011619

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 7 of 8
NEW SHEET



**FIG. 25**



**FIG. 26**

APLPROS0000011620

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 8 of 8
NEW SHEET



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31

FIG. 32

APLPROS0000011621

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1.   ☐   is attached hereto.

2.   ☒   was filed on January 5, 2007as
U.S. Application No. 29/270,888.

3.   ☐   was filed on _____ as
PCT International Application No. _____
and was amended on _____ .

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

| | | | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |

APLPROS0000011622

**Direct Correspondence To:**          **Customer Number: 062464**

**Direct Telephone Calls To:**          Michael J. Ferrazano at telephone number (408) 255-8001

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| | | |
|---|---|---|
| Typewritten Full Name of First Inventor: | Bartley K. Andre | Citizenship: U.S. |
| **Inventor's signature:** | | Date of Signature: |
| Residence: (City) | Menlo Park | (State/Country) CA/U.S. |
| Address: | 655 Fourteenth Ave., Menlo Park, CA 94025 | |

| | | |
|---|---|---|
| Typewritten Full Name of Second Inventor: | Daniel J. Coster | Citizenship: New Zealand |
| **Inventor's signature:** | | Date of Signature: 03·27·06 |
| Residence: (City) | San Francisco | (State/Country) CA/U.S. |
| Address: | 471 14th Street, San Francisco, CA 94103 | |

| | | |
|---|---|---|
| Typewritten Full Name of Third Inventor: | Daniele De Iuliis | Citizenship: IT |
| **Inventor's signature:** | | Date of Signature: 03 22 07 |
| Residence: (City) | San Francisco | (State/Country) CA/U.S. |
| Address: | 50 Digby Street, San Francisco, CA 94131 | |

| | | |
|---|---|---|
| Typewritten Full Name of Fourth Inventor: | Richard P. Howarth | Citizenship: Great Britain |
| **Inventor's signature:** | | Date of Signature: 3·27·0 |
| Residence: (City) | San Francisco | (State/Country) CA/U.S. |
| Address: | 3928 17th Street, San Francisco, CA 94114 | |

APLPROS0000011623

Typewritten Full Name of
Fifth Inventor:                     Jonathan P. Ive                   Citizenship:            Great Britain

Inventor's signature:                                                Date of Signature:      3-30-07

Residence:        (City)           San Francisco                    (State/Country)         CA/U.S.

Address:                  196 Twin Peaks Blvd., San Francisco, CA 94114

Typewritten Full Name of
Sixth Inventor:                     Steve Jobs                       Citizenship:            U.S.

Inventor's signature:                                                Date of Signature:

Residence:        (City)           Palo Alto                        (State/Country)         CA/U.S.

Address:                  2101 Waverley Street, Palo Alto, CA 94301

Typewritten Full Name of
Seventh Inventor:                   Duncan Robert Kerr               Citizenship:            Great Britain

Inventor's signature:               Kerr                             Date of Signature:      3·29·7

Residence:        (City)           San Francisco                    (State/Country)         CA/U.S.

Address:                  2600 18th Street, #15, San Francisco, CA 94110

Typewritten Full Name of
Eighth Inventor:                    Shin Nishibori                   Citizenship:            Japan

Inventor's signature:                                                Date of Signature:      2-27-07

Residence:        (City)           San Francisco                    (State/Country)         CA/U.S.

Address:                  248 Amber Drive, San Francisco, CA 94131

Typewritten Full Name of
Ninth Inventor:                     Matthew Dean Rohrbach            Citizenship:            U.S.

Inventor's signature:                                                Date of Signature:      03·27·07

Residence:        (City)           San Francisco                    (State/Country)         CA/U.S.

Address:                  29 Ora Way, San Francisco, CA 94131

Typewritten Full Name of
Tenth Inventor:                     Douglas B. Satzger               Citizenship:            U.S.

Inventor's signature:                                                Date of Signature:      03·28·07

Residence:        (City)           Menlo Park                        (State/Country)         CA/U.S.

Address:                  225 Arden Road, Menlo Park, CA 94025

APLPROS0000011624

Typewritten Full Name of
Eleventh Inventor: _____Calvin Q. Seid_____    Citizenship: _____U.S._____

Inventor's signature: _____    Date of Signature: 2-28-07

Residence:    (City) _____Palo Alto_____    (State/Country) _____CA/U.S._____

Address: _____1043 High Street, Palo Alto, CA 94301_____

Typewritten Full Name of
Twelfth Inventor: _____Christopher J. Stringer_____    Citizenship: _____Australia_____

Inventor's signature: _____    Date of Signature: 2-27-07

Residence:    (City) _____Portola Valley_____    (State/Country) _____CA/U.S._____

Address: _____320 Cervantes Road, Portola Valley, CA 94028_____

Typewritten Full Name of
Thirteenth Inventor: _____Eugene Antony Whang_____    Citizenship: _____Canada_____

Inventor's signature: _____    Date of Signature: 3·27·07

Residence:    (City) _____San Francisco_____    (State/Country) _____CA/U.S._____

Address: _____#1-400 Dolores Street, San Francisco, CA 94114_____

Typewritten Full Name of
Fourteenth Inventor: _____Rico Zorkendorfer_____    Citizenship: _____Germany_____

Inventor's signature: _____    Date of Signature: 02·27·07

Residence:    (City) _____San Francisco_____    (State/Country) _____CA/U.S._____

Address: _____327 Lombard Street, San Francisco, CA 94133_____

APLPROS0000011625

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1.   ☐   is attached hereto.

2.   ☒   was filed on January 5, 2007as
U.S. Application No. 29/270,888.

3.   ☐   was filed on _____ as
PCT International Application No. _____
and was amended on _____ .

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

|  |  |  | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ (Application No.) | _____ (Country) | _____ (Filing Date) | ☐ | ☐ |
| _____ (Application No.) | _____ (Country) | _____ (Filing Date) | ☐ | ☐ |

APL1D562B/P4984US2                    Page 1

APLPROS0000011626

**Direct Correspondence To:**   **Customer Number: 062464**

**Direct Telephone Calls To:**   Michael J. Ferrazano at telephone number (408) 255-8001

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
First Inventor:                    Bartley K. Andre                    Citizenship:              U.S.

**Inventor's signature:**                                    Date of Signature:

Residence:        (City)        Menlo Park                    (State/Country)        CA/U.S.

Address:                    655 Fourteenth Ave., Menlo Park, CA 94025

Typewritten Full Name of
Second Inventor:                    Daniel J. Coster                    Citizenship:              New Zealand

**Inventor's signature:**                                    Date of Signature:

Residence:        (City)        San Francisco                    (State/Country)        CA/U.S.

Address:                    471 14th Street, San Francisco, CA 94103

Typewritten Full Name of
Third Inventor:                    Daniele De Iuliis                    Citizenship:              IT

**Inventor's signature:**                                    Date of Signature:

Residence:        (City)        San Francisco                    (State/Country)        CA/U.S.

Address:                    50 Digby Street, San Francisco, CA 94131

Typewritten Full Name of
Fourth Inventor:                    Richard P. Howarth                    Citizenship:              Great Britain

**Inventor's signature:**                                    Date of Signature:

Residence:        (City)        San Francisco                    (State/Country)        CA/U.S.

Address:                    3928 17th Street, San Francisco, CA 94114

APLPROS0000011627

Typewritten Full Name of
Fifth Inventor:                    Jonathan P. Ive                Citizenship:          Great Britain

Inventor's signature: _____    Date of Signature: _____

Residence:      (City)        San Francisco              (State/Country)        CA/U.S.

Address:                196 Twin Peaks Blvd., San Francisco, CA 94114

Typewritten Full Name of
Sixth Inventor:                   Steve Jobs                   Citizenship:          U.S.

Inventor's signature: _____    Date of Signature: 3/13/07

Residence:      (City)        Palo Alto                  (State/Country)        CA/U.S.

Address:                2101 Waverley Street, Palo Alto, CA 94301

Typewritten Full Name of
Seventh Inventor:                 Duncan Robert Kerr         Citizenship:          Great Britain

Inventor's signature: _____    Date of Signature: _____

Residence:      (City)        San Francisco              (State/Country)        CA/U.S.

Address:                2600 18th Street, #15, San Francisco, CA 94110

Typewritten Full Name of
Eighth Inventor:                  Shin Nishibori             Citizenship:          Japan

Inventor's signature: _____    Date of Signature: _____

Residence:      (City)        San Francisco              (State/Country)        CA/U.S.

Address:                248 Amber Drive, San Francisco, CA 94131

Typewritten Full Name of
Ninth Inventor:                   Matthew Dean Rohrbach      Citizenship:          U.S.

Inventor's signature: _____    Date of Signature: _____

Residence:      (City)        San Francisco              (State/Country)        CA/U.S.

Address:                29 Ora Way, San Francisco, CA 94131

Typewritten Full Name of
Tenth Inventor:                   Douglas B. Satzger         Citizenship:          U.S.

Inventor's signature: _____    Date of Signature: _____

Residence:      (City)        Menlo Park                 (State/Country)        CA/U.S.

Address:                225 Arden Road, Menlo Park, CA 94025

APLPROS0000011628

Typewritten Full Name of
Eleventh Inventor:          Calvin Q. Seid          Citizenship:          U.S.

Inventor's signature:                      Date of Signature:

Residence:    (City)       Palo Alto       (State/Country)      CA/U.S.

Address:          1043 High Street, Palo Alto, CA 94301

Typewritten Full Name of
Twelfth Inventor:        Christopher J. Stringer     Citizenship:       Australia

Inventor's signature:                      Date of Signature:

Residence:    (City)       Portola Valley      (State/Country)      CA/U.S.

Address:          320 Cervantes Road, Portola Valley, CA 94028

Typewritten Full Name of
Thirteenth Inventor:      Eugene Antony Whang     Citizenship:       Canada

Inventor's signature:                      Date of Signature:

Residence:    (City)       San Francisco      (State/Country)      CA/U.S.

Address:          #1-400 Dolores Street, San Francisco, CA 94114

Typewritten Full Name of
Fourteenth Inventor:      Rico Zorkendorfer     Citizenship:       Germany

Inventor's signature:                      Date of Signature:

Residence:    (City)       San Francisco      (State/Country)      CA/U.S.

Address:          327 Lombard Street, San Francisco, CA 94133

APLPROS0000011629

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |

Filed as Large Entity

## Design    Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Design application filing | 1012 | 1 | 220 | 220 |
| Design Search Fee | 1112 | 1 | 100 | 100 |
| Design Examination | 1312 | 1 | 140 | 140 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

APLPROS0000011630

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **460** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4306140 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |
| **Receipt Date:** | 18-NOV-2008 |
| **Filing Date:** | |
| **Time Stamp:** | 10:30:21 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $460 |
| RAM confirmation Number | 6685 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLPROS0000011632

| 1 | Miscellaneous Incoming Letter | 26070590002cvrltr.pdf | 69202<br>f407bb6b28115073c5608c3d93f054254ab33ef6 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|
| **Information:** |

| 2 | Transmittal of New Application | 26070590002apptrans.pdf | 69460<br>c3ea09e3b9de98a894c120de501660b88d3de77e | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|
| **Information:** |

| 3 | Authorization for Extension of Time all replies | 26070590002eotauth.pdf | 29738<br>c9cf6deaa364d3c3672f5785718dd4777dcba3c8 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|
| **Information:** |

| 4 | Application Data Sheet | 26070590002ads.pdf | 262746<br>315d8674975e67a6189287f27c0fd8b6cb762b69 | no | 9 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|
| **Information:** |
| This is not an USPTO supplied ADS fillable form |

| 5 | | 26090590002specdrw.pdf | 422494<br>21f1063aa369e5284db6af0badcf8fc8429a68f9 | yes | 12 |
|---|---|---|---|---|---|

| | **Multipart  Description/PDF files in .zip description** | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | | **End** |
| | Specification | | 1 | | 3 |
| | Claims | | 4 | | 4 |
| | Drawings-only black and white line drawings | | 5 | | 12 |

| **Warnings:** |
|---|
| **Information:** |

| 6 | Oath or Declaration filed | 26070590002dec.pdf | 248535<br>a8108e2029bec3d5073998df9b0e74be43d82898b | no | 8 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|
| **Information:** |

| 7 | Information Disclosure Statement (IDS) Filed (SB/08) | 26070590002ids.pdf | 343355<br>a6251d9571661637db22ab77990d8e197f55018c | no | 8 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|
| **Information:** |

APLPROS0000011633

This is not an USPTO supplied IDS fillable form

| 8 | Fee Worksheet (PTO-06) | fee-info.pdf | 32952<br><br>66210ab8ea8ff41970c8a42be18822da0caff727 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 1478482 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000011634

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| | | Complete If Known |
|---|---|---|
| Application Number | | To be assigned |
| Filing Date | | Herewith |
| First Named Inventor | | ANDRE *et al.* |
| Art Unit | | To be assigned |
| Examiner Name | | To be assigned |
| Attorney Docket Number | | 2607.0590002(P4984USD1) |

| Sheet | 1 | of | 3 |
|---|---|---|---|

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D289,873 | 05-19-1987 | Gemmell *et al.* | |
| | US2 | D337,569 | 07-20-1993 | Kando | |
| | US3 | D456,023 | 04-23-2002 | Andre *et al.* | |
| | US4 | D489,731 | 05-11-2004 | Huang | |
| | US5 | D498,754 | 11-23-2004 | Blyth | |
| | US6 | D499,423 | 12-07-2004 | Bahroocha *et al.* | |
| | US7 | D502,173 | 02-22-2005 | Jung *et al.* | |
| | US8 | D504,889 | 05-10-2005 | Andre *et al.* | |
| | US9 | D505,950 | 06-07-2005 | Summit *et al.* | |
| | US10 | 2005/0130715 | 06-16-2005 | Fujisawa | |
| | US11 | D507,003 | 07-05-2005 | Pai *et al.* | |
| | US12 | D514,121 | 01-31-2006 | Johnson | |
| | US13 | D514,590 | 02-07-2006 | Naruki | |
| | US14 | D519,523 | 04-25-2006 | Chiu *et al.* | |
| | US15 | D520,020 | 05-02-2006 | Senda *et al.* | |
| | US16 | D528,542 | 09-19-2006 | Luminosu *et al.* | |
| | US17 | D528,561 | 09-19-2006 | Ka-Wei *et al.* | |
| | US18 | D529,045 | 09-26-2006 | Shin | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Kind Code[5] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | FP1 | KR 30-0452432 | 06-14-2007 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | | Date Considered | |
|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1]Applicant's unique citation designation number (optional).  [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902104_1.DOC

Rev. 11-03-03 svb

APLPROS0000011635

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | Complete If Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | To be assigned |
| | | | | Filing Date | Herewith |
| | | | | First Named Inventor | ANDRE *et al.* |
| | | | | Art Unit | To be assigned |
| | | | | Examiner Name | To be assigned |
| Sheet | 2 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1) |

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US19 | D532,791 | 11-28-2006 | Kim | |
| | US20 | 2006/0281501 | 12-14-2006 | Zuo *et al.* | |
| | US21 | D534,143 | 12-26-2006 | Lheem | |
| | US22 | D535,281 | 01-16-2007 | Yang | |
| | US23 | D536,691 | 02-13-2007 | Park | |
| | US24 | D538,822 | 03-20-2007 | Andre *et al.* | |
| | US25 | 2007/0082718 | 04-12-2007 | Yoon *et al.* | |
| | US26 | D541,298 | 04-24-2007 | Andre *et al.* | |
| | US27 | D541,299 | 04-24-2007 | Andre *et al.* | |
| | US28 | D546,313 | 07-10-2007 | Lheem | |
| | US29 | D548,747 | 08-14-2007 | Andre *et al.* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Kind Code[6] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1]Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6]Applicant is to place a check mark here if English language Transaction is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

APLPROS0000011636

PTO/SB/08b (08-03)
Approved for use through 06/30/2006.  OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | Complete If Known | |
|---|---|---|---|
| Substitute for form 1449B/PTO | | *Application Number* | To be assigned |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | *Filing Date* | Herewith |
| | | *First Named Inventor* | ANDRE *et al.* |
| | | *Art Unit* | To be assigned |
| (Use as many sheets as necessary) | | *Examiner Name* | To be assigned |
| Sheet | 3 | of | 3 | *Attorney Docket Number* | 2607.0590002(P4984USD1) |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-071. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL3 | LG KE850 Prada, announced January 2007, [onlinel, [retrieved on 02-20-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07]. Retrieved from Internet ,<URL:http://www.mobilewhack.com> | |
| | NPL6 | Meizu M8, posted January, 29, 2007, [online], [retrieved on 09-13-07]. Retrieved from Internet ,<URL:http://www.engadget.com> | |
| | NPL7 | U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed 09-04-2007. | |
| | NPL8 | U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed 09-05-2007. | |
| | NPL9 | U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed 06-06-2008. | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional).  [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902104_1.DOC                                                                                    Rev. 11-03-03 svb



**Sterne Kessler**
**Goldstein Fox**
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Peter A. Jackman | Lori A. Gordon | Daniel J. Nevrivy | Aaron S. Lukas |
| Jorge A. Goldstein | Brian J. Del Buono | Laura A. Vogel | Lori M. Brandes | Gaurav Asthana |
| David K.S. Cornwell | Mark Fox Evens | Shannon A. Carroll | Jeffrey K. Mills* | Stephanie L. Elmer |
| Robert W. Esmond | Vincent L. Capuano | Anbar F. Khal | Mita Mukherjee* | Robert E. Bakin |
| Tracy-Gene G. Durkin | Elizabeth J. Haanes | Michelle K. Holoubek | Scott M. Woodhouse* | Salvador M. Bezos |
| Michele A. Cimbala | Michael D. Specht | Marsha A. Rose | Christian A. Camarce* | Yasser Mourtada |
| Michael B. Ray | Kevin W. McCabe | Scott A. Schaller | Richard D. Coller III* | |
| Robert E. Sokohl | Glenn J. Perry | Lei Zhou | Keisha Hylton-Rodic | |
| Eric K. Steffe | Theodore A. Wood | W. Blake Coblentz | Bonnie Nannenga-Combs | Of Counsel |
| Michael Q. Lee | Edward W. Yee | James J. Pohl | Alyssa K. Sandrowitz* | Edward J. Kessler |
| John M. Covert | Grant E. Reed | John T. Haran | Jonathan M. Strang* | Kenneth C. Bass III |
| Robert C. Millonig | Jason D. Eisenberg | Mark W. Rygiel | Jason P. Weerakoon* | Marvin C. Guthrie |
| Donald J. Featherstone | Tracy L. Muller | Michael R. Malek* | | Christopher P. Wrist |
| Timothy J. Shea, Jr | Jon E. Wright | Carla Ji-Eun Kim | Registered Patent Agents• | David C. Isaacson |
| Michael V. Messinger | LuAnne M. DeSantis | Doyle A. Siever* | Karen R. Markowicz | |
| Judith U. Kim | Helene C. Carlson | Ulrike Winkler Jenks | Matthew J. Dowd | *Admitted only in Maryland |
| Jeffrey T. Helvey | Cynthia M. Bouchez | Paul A. Calvo | Peter A. Socarras | * Admitted only in Virginia |
| Eldora L. Ellison | Timothy A. Doyle | C. Matthew Rozier* | Danielle L. Letting | •Practice Limited to |
| Donald R. Banowit | Gaby L. Longsworth | Randall K. Baldwin | Steven C. Oppenheimer | Federal Agencies |

November 18, 2008

WRITER'S DIRECT NUMBER:
(202) 772-8660
INTERNET ADDRESS:
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Re:     U.S. Design Patent Application
        (*Divisional of Appl. No. 29/282,834; Filed July 30, 2007*)
        Appl. No. *To be assigned*; Filed: November 14, 2008
        For:     **Electronic Device**
        Inventors: ANDRE *et al.*
        Our Ref: 2607.0590002(P4984USD1)/TGD/AKS

Sir:

        The following documents are transmitted herewith for appropriate action by the U.S.
Patent and Trademark Office:

1.      Design Patent Application Transmittal Form (PTO/SB/18);

2.      Online Credit Card Payment Authorization for $460.00 to cover basic
        filing, search, and examination fees;

3.      Authorization to Treat a Reply as Incorporating an Extension of Time
        Under 37 C.F.R. § 1.136(a)(3);

4.      U.S. Design Patent Application entitled:

        **Electronic Device**

        and naming as inventors:

        Bartley K. ANDRE
        Daniel J. COSTER
        Daniele DE IULIIS
        Richard P. HOWARTH
        Jonathan P. IVE
        Steve JOBS

APLPROS0000011638

Commissioner for Patents
November 18, 2008
Page 2

        Duncan Robert KERR
        Shin NISHIBORI
        Matthew Dean ROHRBACH
        Douglas B. SATZGER
        Calvin Q. SEID
        Christopher J. STRINGER
        Eugene Antony WHANG
        Rico ZORKENDORFER

the application consisting of:

a.      an Application Data Sheet (37 C.F.R. § 1.76);

b.      4 pages of textual specification including one claim;

c.      8 sheets of formal drawings comprising Figures 1-32; and

d.      A copy of the executed Declaration, as filed in U.S. Appl. No. 29/282,834;

5.      An Information Disclosure Statement (IDS);

6.      IDS Forms (3 pages) citing documents US1-US29, FP1 and NPL1-NPL9.

The above-listed documents are filed electronically through EFS-Web.

    Fee payment is provided through online credit card payment. The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

                      Respectfully submitted,

                      STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                      Tracy-Gene G. Durkin
                      Attorney for Applicants
                      Registration No. 32,831

TGD/AKS:dbj
Enclosures

902171_1.DOC

APLPROS0000011639

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To be assigned* |
| ANDRE *et al.* | Art Unit: *To be assigned* |
| Appl. No.: *To be assigned* (*Divisional of U.S. Appl. No. 29/282,834; Filed: July 30, 2007*) | Examiner: *To be assigned* |
| Filed: *Herewith* | Atty. Docket: 2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98.

Where the publication date of a listed document does not provide a month of publication, the year of publication of the listed document is sufficiently earlier than the effective U.S. filing date and any foreign priority date so that the month of publication is not in issue. Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned. However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

- 2 -                                                    ANDRE *et al.*
                                                  Appl. No. To be assigned

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent application does not exist. The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.   Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒ 2.   Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114. No statement or fee is required.

☐ 3.   Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLPROS0000011641

- 3 -

ANDRE <em>et al.</em><br>Appl. No. To be assigned

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.   Attached is our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.   Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more than three months after the U.S. filing date and after the mailing date of a Final Rejection or Notice of Allowance, but on or before payment of the Issue Fee.  Enclosed find our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLPROS0000011642

- 4 -                                                   ANDRE *et al.*
                                                  Appl. No. To be assigned

Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.   The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application.  Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38.

☐ 6.   A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

☒ 7.   In accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent application publications cited on the attached IDS Forms are submitted.  Further, NPL7-NPL9 are believed to be stored on the Image File Wrapper System.  Thus, copies of these documents are not attached.  MPEP 1406; 1287 O.G. 163 (Oct. 19, 2004).

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLPROS0000011643

- 5 -                                                    ANDRE *et al.*
                                                  Appl. No. To be assigned

☒ 8.  Copies of the documents FP1 and NPL1-NPL6 were cited by or submitted to the

Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No.

29/282,834, filed July 30, 2007, which is relied upon for an earlier filing date

under 35 U.S.C. § 120.  Thus, copies of these documents are not attached.  37

C.F.R. § 1.98(d).

☒ 9.  It is expected that the examiner will review the prosecution and cited art in the

parent application nos. 29/282,834, filed July 30, 2007 and 29/270,888, filed

January 5, 2007 in accordance with MPEP 2001.06(b), and indicate in the next

communication from the office that the art cited in the earlier prosecution history

has been reviewed in connection with the present application.

It is respectfully requested that the Examiner initial and return a copy of the

enclosed IDS Forms, and indicate in the official file wrapper of this patent application

that the documents have been considered.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee

deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:    November 18, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902143_1.DOC

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLPROS0000011644

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | 2913 | 460 | 2607.0590002(P4984USD1)/T | 1 | 1 |

**CONFIRMATION NO. 7091**

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**FILING RECEIPT**

*OC000000033350123*

Date Mailed: 11/28/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Bartley K. ANDRE, Menlo Park, CA;
Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;
Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Steve Jobs, Palo Alto, CA;
Duncan Robert Kerr, San Francisco, CA;
Shin Nishibori, Portola Valley, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, Menlo Park, CA;
Calvin Q. Seid, Palo Alto, CA, Deceased;
Christopher J. Stringer, Woodside, CA;
Eugene Anthony Whang, San Francisco, CA;
Rico Zorkendorfer, San Francisco, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a DIV of 29/282,834 07/30/2007 PAT D,581,922
which is a CON of 29/270,888 01/05/2007 PAT D,558,758

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 11/26/2008

page 1 of 3

APLPROS0000011645

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 29/328,018**

**Projected Publication Date:**  None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

       Electronic Device

**Preliminary Class**

       D14

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

APLPROS0000011646

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.


This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.


The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLPROS0000011647



首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道

爱摄会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 [    ] 搜索

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29   作者：   来源：海龙资讯

第1页：纯白演艺

**最新文章 New**
- 神舟疾速X700独显 承运 W280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50- CV04仅9688元!
- 炎夏送消凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**最热文章 TOP!**
- 和512M容量MP3说再见! LG彩屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价! 30G容量仅售2580
- MP4变PSP! JXD683 游戏 MP4仅售750元
- 告别�008看世界杯! 彩 屏MP3、MP4导购
- 不用破炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**
- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货

对于LG的新品DMB MP3——FM35，我们以前早有报道：DMB战火愈演愈烈 LG新推 FM35、MP3+DMB LG FM35，而今天要给大家展示的是韩国网站pmpinside和minivian为FM35 拍摄的精美图片，很凑巧的是这两个网站拍摄的分别是一黑一白两款机器，倒是更加充分 的展示FM35的魅力所在。





APLPROS0000011648



APLPROS0000011649



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页





**相关文章:**

- 我是双芯的! DEC C150 512MB仅售399元( 2006-06-29)
- 天籁之音 OPPO X17K 256M仅售499元( 2006-06-29)
- 明基卖促忙! 买DA102送精美挂链一条( 2006-06-29)
- 学生机杀手 三星C1 256M容量小降60元( 2006-06-29)
- 炎夏送消凉 理光巧克力冰淇淋版上市( 2006-06-29)
- 宏基高端商务机 TM8204 惊爆降价中( 2006-06-29)
- 神舟疾速X700独显 承运W280A降1000( 2006-06-29)
- S3000高配版也便宜 NEC白色本11988( 2006-06-29)
- IBM T60售价35000元 送429元电子鱼( 2006-06-29)
- 宏基高端系列Aspire 5672跌破12000( 2006-06-29)

用户名:                    ☑匿名 🔒 申请新用户

密　码:

内　容:

发表    清除

查看最新评论

网站合作、内容监督、商务咨询电话:010-82660133

海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为

网站经营许可证编号:*京ICP证050702号



APLPROS0000011650



| 百页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道 |

爱摄会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 | 搜索

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间： 2006-06-29　作者：　来源： 海龙资讯

第2页：嫩绿心情

最新文章 New
• 神舟疾速X700独显 承运
  W280A降1000
• IBM T60售价35000元 送
  429元电子鱼
• 大降500元 三星R50-
  CV04售9688元！
• 炎夏送清凉 观光巧克力
  冰淇淋新上市
• S3000高配版也便宜 NEC
  白色本11988
• 学生机杀手 三星C1
  256M容量小降60元

不同寻常60PP
➡ 和512M容量MP3说再见！
  1G彩屏MP3导购
➡ 炎热挡不住 夏日狂降笔
  记本分享篇
➡ iPod video疯狂降价！
  30G容量仅售2580
➡ MP4变PSP！JXD683 游戏
  MP4仅售750元
➡ 告别熬夜看世界杯！彩
  屏MP3、MP4导购
➡ 不用锻炼臂力 家用长焦
  防抖相机选购

-- 论坛热贴 --
• 教你如何刻录极品CD音
  乐碟
• DIY牛人自制MM机箱 男
  士至爱
• K8 超频完整教学
• 笔记本维你也分三六九
  等
• DELL30英寸LCD 3007WFP
• 939 Opteron明年继续出
  货





海龙图BS
海龙论坛欢迎您！

APLPROS0000011651





APLPROS0000011652



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页

**Kodak 柯达 V570**　RETINA双镜头技术　23毫米超广角　5倍光学变焦　¥2599元　加399元即送柯达3系相片打印机

**相关文章**
- 我是双芯的！DEC C150 512MB仅399元（2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
- 明基爱促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本11988（2006-06-29）
- IBM T60售价35000元 送429电子鱼（2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（2006-06-29）

**顾房讯**
用户名：　☑匿名  申请新用户
密　码：
内　容：

发表　清除
查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：京ICP证050702号

APLPROS0000011653



| 首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DIY专区 | MP3/MP4 | 笔记本 | 硬件频道 |
| 爱混会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 | 搜索 |

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29　作者：　来源：海龙资讯

第3页：黑色基调



**最新文章 New**

- 神舟疾速X700独显 承运 ￥280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04售9688元!
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**网友文章**

- 和512M容量MP3说再见! LG彩屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价! 30G容量仅售2580
- MP4变PSP! JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯! 彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**

- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



APLPROS0000011654







APLPROS0000011655



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页

**Kodak 柯达 V570**

RETINA双镜头技术
23毫米超广角
5倍光学变焦

加 399元 即送
柯达3系粗片打印机

¥2598元

**相关文章：**

- 我是双芯的！DEC C150 512MB仅399元（2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
- 明基身促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏透清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承送W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本11988（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（2006-06-29）

用户名：
☑匿名 ⚟⚟ 申请新用户
密　码：
内　容：



发 表　　清 除

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

APLPROS0000011656



首页 · 行情促销 · 新闻中心 · 报价中心 · 评测中心 · 攻/DV · MP3/MP4 · 笔记本 · 硬件频道
实拍会 · 歌友会 · 论坛 · 海龙电子地图 · 网上投诉 · 海龙维修中心 · 海龙采风    搜索

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间： 2006-06-29  作者：  来源：海龙资讯

第4页：多彩屏幕





**热销文章 New**

* 神舟疾速X700独显 承运 ￥2800降1000
* IBM T60特价35000元 送 429元电子鱼
* 大降500元 三星R50- CV04售9688元！
* 炎夏送清凉 理光巧克力 冰淇淋版上市
* S3000高配版也便宜 NEC 白色本11988
* 学生机杀手 三星C1 256M容量小降60元

**本周人气TOP1**

➡ 和512M容量MP3说再见！ 1G彩屏MP3导购
➡ 炎热挡不住 夏日狂降笔 记本分享篇
➡ iPod video疯狂降价！ 30G容量仅售2580
➡ MP4变PSP！JXD683 游戏 MP4仅售750元
➡ 告别熬夜看世界杯！彩 屏MP3、MP4导购
➡ 不用锻炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**

* 教你如何刻录极品CD音 乐碟
* DIY牛人自制MM机箱 男 士至强
* K8 超频完整教学
* 笔记本维修也分三六九 等
* DELL30英寸LCD 3007WFP
* 939 Opteron明年继续出 货



APLPROS0000011657

Case 5:11-cv-01846-LHK   Document 948   Filed 05/18/12   Page 63 of 121





责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



**相关文章**
- 我是双芯的！DEC C150 512MB仅399元（2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）

用户名：　　　　　　　☑匿名 & 申请新用户

密　码：

APLPROS0000011658

Case 5:11-cv-01846-LHK  Document 943-7  Filed 05/18/12  Page 64 of 121

- 明基忽促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本11988（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（2006-06-29）

内 容：

发 表    消 除

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号



APLPROS0000011659

【黑白猜 LG新颖DMB MP3 FM35精美图赏】-海龙资讯                    Page 1 of 3



| 首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道 |

| 爱淘会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 |  搜索 |

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29  作者：  来源：海龙资讯

第5页：八方展示一





**最新文章** New
- 神舟疾速X700独显 承运W280A降1000
- IBM T60售价35000元 送429元电子鱼
- 大降500元 三星R50-CV04售9688元!
- 炎夏送清凉 理光巧克力冰淇淋版上市
- S3000高配版也便宜 NEC白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**最热门文章**
⇨ 和512M容量MP3说再见! LG彩屏MP3导购
⇨ 炎热挡不住 夏日狂降笔记本分享篇
⇨ iPod video疯狂降价! 30G容量仅售2580
⇨ MP4变PSP! JXD683 游戏MP4仅世750元
⇨ 告别熬夜看世界杯! 彩屏MP3、MP4导购
⇨ 不用锻炼臂力 享用长焦防抖相机选购

**--论坛热贴--**
- 教你如何刻录极品CD音乐碟
- DIY牛人自制MM机箱 男士至爱
- K8 超频完整教学
- 笔记本维修也分三六九等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出货


海龙论坛欢迎您!

APLPROS0000011660

Case 5:11-cv-01846-LHK Document 843-7 Filed 05/18/12 Page 66 of 121 Page 2 of 3





APLPROS0000011661

Case 5:11-cv-01846-LHK   Document 943-7   Filed 05/18/12   Page 67 of 121



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



**Kodak 柯达 V570**　RETINA双镜头技术　23毫米超广角　5倍光学变焦　加 399元 即送 柯达3系相片打印机 ￥2599元

相关文章：

- 我是双芯的！DEC C150 512MB仅399元（2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
- 明基骨促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承认W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白本11988（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（2006-06-29）

评论

用户名：　☑黑名 申请新用户

密　码：

内　容：

发表　　消除

查看最新评论



网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

APLPROS0000011662



# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29  作者：  来源：海龙资讯

第6页:万用天线 ·





**最新文章 New**

- 神舟疾速X700独显 承运 W280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04惊9688元!
- 炎夏送清凉 �144光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**本周双周TOP6**

- 和512M容量MP3说再见! LG影屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价! 30G容量仅售2580
- MP4变PSP! JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯! 影 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**

- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



海龙BBS
海龙论坛欢迎您!

APLPROS0000011663





责任编辑: 高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



Kodak 柯达  V570    RETINA双镜头技术  23毫米超广角  5倍光学变焦  加399元 即送  柯达3张相片打印机  ¥2599元

相关文章:
• 我是双芯的! DEC C150 512MB仅售399元( 2006-06-29)
• 天籁之音 OPPO X17K 256M仅售499元( 2006-06-29)
• 明星器促忙! 买DA102送精美挂链一条( 2006-06-29)
• 学生机杀手 三星C1 256M容量小降60元( 2006-06-29)
• 炎夏送清凉 理光巧克力冰淇淋版上市( 2006-06-29)
• 宏基高端商务机 TM8204 惊爆降价中( 2006-06-29)
• 神舟疾速X700独显 承运W280A降1000( 2006-06-29)
• S3000高配版也便宜 NEC白色本11988( 2006-06-29)

用户名:        ☑匿名 🔒 申请新用户
密  码:
内  容:

发 表    清 除

APLPROS0000011664

- IBM T60售价35000元 送429元电子鱼（ 2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（ 2006-06-29）

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号



APLPROS0000011665

NPL22



APLPROS0000011666

# 新潮电子

## 领导数码时尚新生活

# eFashion Magazine

国际刊号·ISSN 1007-077X　国内刊号·CN50-1077/TN

主管·科学技术部　Authorities in charge·Ministry of Science and Technology of the People's Republic of China
主办·科学技术部西南信息中心　Sponsor·South West Information Center of MOST
合作·电脑报社　Cooperator·China PC Weekly
编辑出版·《新潮电子》杂志社　Publication·eFashion Magazines

Editor-in-Chief 总编　曾晓东 Zeng Xiaodong
Standing Deputy Editor-in-Chief 常务副总编　陈宗周 Chen Zongzhou
Executive Deputy Editor-in-Chief 执行副总编　谢东／谢宁畅 Xie Dong/Xie Ningchang
Operation Deputy Editor-in-Chief 业务副总编　车东林 David Che
Marketing Deputy Editor-in-Chief 营销副总编　张仪平 Zhang Yiping

编辑部 Editorial Department
Director [主任]　范再生 Jason Fan
Vice-Director [副主任]　陈旭 Phoebus Chen
Editor&Reporter [编辑·记者]　蒲爾／徐林／游宇 Paco Pu/Lynn Xu/Eric You
　赵宏伟／刘强／望坤 Rocky Zhao/Thomas Liu／Kevin Wang
　童延斌／叶蕾／孔床 Joy Dong/Cloris Ye/When K
Tel [电话]　+86—23—63501706
Fax [传真]　+86—23—63513494
Homepage [网址]　http://www.efashion.cn
E-mail [电子邮箱]　efashion@cniti.com

设计制作部 Designing Department
Director [主任]　郑亚佳 Coco Zheng
Art Editor [美术编辑]　程若谷／邱江／黄莘　Raymond/Bloods/Huang Xin

广告部 Advertising Department
Director [主任]　祝康 Kent Zhu
E-mail [电子邮箱]　adv@cniti.com
Tel [电话]　+86—23—63509118

发行部 Distribution Department
Director [主任]　杨苏 Yang Su
E-mail [电子邮箱]　pub@cniti.com
Tel [电话]　+86—23—63501710/63536932

市场部 Market Department
Director [主任]　白昆鹏 Kisan Bai
E-mail [电子邮箱]　market@cniti.com
Tel [电话]　+86—23—63521906

读者服务部 Reader Service Department
Homepage [网址]　http://reader.cniti.com
E-mail [电子邮箱]　reader@cniti.com
Tel [电话]　+86—23—63521711

Beijing Office 北京联络站
Tel [电话]　+86—10—82563520/82563521
Fax [传真]　+86—10—82563521—20
E-mail [电子邮箱]　bjoffice@cniti.com

Shenzhen Office 深圳联络站
张晓鹏 Zhang Xiaopeng
Tel [电话]　+86—755—83864778
Fax [传真]　+86—755—83864766
E-mail [电子邮箱]　szoffice@cniti.com

Shanghai Office 上海联络站
李岩 Li Yan
Tel [电话]　+86—21—54900725
Fax [传真]　+86—21—54900726
E-mail [电子邮箱]　shoffice@cniti.com

Guangzhou Office 广州联络站
张羡伟 Zhang Xianwei
Tel [电话]　+86—20—38299753
Fax [传真]　+86—20—38299234
E-mail [电子邮箱]　gzoffice@cniti.com

社址 中国重庆市胜利路132号
邮政编码 400013
邮局订阅代号 78-55
发行 重庆市新闻发行局
订阅 全国各地邮局
零售 全国各地报刊零售点
邮购 远望资讯读者服务中心
零售价 15 元
印制 重庆恭新印务有限公司
出版日期 2004年12月1日
广告经营许可证 渝工商广字002069号
本刊常年法律顾问 中豪律师事务所

本刊作者授权本刊发表声明：
本刊图文版权所有，未经允许不得任意转载或摘编。本
刊含远望资讯旗下所属媒体及未刊授权合作网站为作
者作品的指定使用单位。本刊根据著作权法者关规定，
向作者一次性支付稿酬。若自稿件刊发之日起两个月内
未收到稿酬，请与本刊联系。本刊向作发送的文章仅代
表作者个人观点，与本刊立场无关。作者投稿给本刊即
意味着同意以上约定，若有异议，请事先与本刊签定书
面协议。
承诺：
发现装订错误或缺页，请向远望资讯读者服
务部调换。



领导数码时尚新生活

# 新潮电子
## eFashion Magazine

2004-12



62

16 BESTBUY

18 e热讯 Hot News

### 视点 Viewpoint

20 "掌中影院"时代还有多远?

22 昙花一现 Or 前途无量?
由三星 V5400 硬盘手机看开去

26 通信行业大变脸
解读 2004 年国际通信展

29 视听盛宴
索尼影音新品立体出击

### 尖峰体验 Experience

48 以退为进 轻装上阵
柯尼卡美能达
DiMAGE A200 数码相机

52 领航者
索尼爱立信 P910c 手机

56 终结者和开拓者
品味两款最新 Pocket PC Phone

62 ALL IN WONDER!
索尼 VAIO VGN-U8C 迷你笔记本

66 手机非常 体验非常
西门子 M65 手机

70 专注与"花心"
摩托罗拉 MPx220 智能手机

86 没落贵族
palmOne TUNGSTEN T5掌上电脑

90 情人
奥林巴斯 µ -mini DIGITAL
VS 佳能 Digital IXUS i⁵

94 锋芒乍现
LG C910 手机

P40
冬日"表情"
卡西欧系列腕表





年终回顾之 见P116 专辑
戏说三十六计

在即将告别 2004 之际,我们并不希望以刻板而俗套的年终盘点来结束
这精彩纷呈的一年,数码《三十六计》的推出,是我们希望赋予过去的一年
左右逢源,即将具有全新的现代注释

尖峰体验

幕背光均匀，色彩过渡自然，没有生硬的色块。而文字的显示则显得特别精细，字体笔画圆润，让人丝毫感觉不到屏幕缩小对阅读带来的负面影响。

CPU方面，多普达818采用了英特尔XScale PXA270 416MHz CPU，具备了较强的运算能力，也为多媒体应用打下了坚实的基础。同样，运行SPB Benchmark，测试得到了1618分的总成绩，在同级别的Pocket PC中处于上游。看来，即便只是单纯作为PPC，818在目前的PPC市场上仍然可占有一席之地。

在关闭电话功能（即开启飞行模式），开启最大声音和最大背光，连续全屏播放有声视频的电池消耗测试中，使用多普达原配的3.7V 1200mAh电池得到了224分钟的成绩，在416MHz的频率下，能够有如此的表现，足以让用户对其续航能力放心。



藏身于自拍镜下的扬声器整体表现не

简单的软件配备并不影响818的性能发挥，信泰经典也许才是优雅女人和个性男士真正需要的，而818也正是个中高手。

多普达818在软件配置上并没有大手笔，软件以操作系统自带的为主，但随机附带的 SIM卡管理器 和 Windows Media Play 10，这种软件绝对算得上经典。此外，818在网络连接设置上还专门进行了强化，允许用户在设置菜单中对多种上网方式进行详细的置。如允许用户对GPRS级数进行设置，可以分别选择Class 8（4+1）或Class 10（3+2），还用户更多的自由空间。

此外，130万像素的摄像头并没有配备太多花哨的拍摄功能，而是仅仅提供了选择照片尺寸（最大1280×960）、拍摄模式（动态还是动态）、存盘格式（JPEG或BMP）等项目，让用户可以在简单设置后享受拍摄的乐趣。拍摄状态可以直接和相册互相切换，时浏览拍摄得到的照片，颇具人性化。

  

左　可选择GPRS级数的选项在应用中有实际的意义

中　拍摄设置选项简单明了

右　"连接"设置页面下，提供了级为丰富的设置项目，用户对于无线连接有了更多的自主权

## 总结

在多普达818这位开拓者面前，出现的是一条光明大道，毕竟打开了顶怠人类半边天的女性市场，就意味着PPC Phone在理论上多出了一倍的市场空间。何况，多普达818并非仅仅适用于女性用户，它也容易得到大多数男性用户的青睐，毕竟用"砖块"长时间通话只能是权宜之计。

APLPROS0000011669

Case 5:11-cv-01846-LHK   Document 343-7   Filed 05/18/12   Page 75 of 121



APLPROS0000011670

Case 5:11-cv-01846-LHK  Document 943-7  Filed 05/18/12  Page 76 of 121

# 新潮电子

## 领导 数 码 时 尚 新 生 活
## eFashion Magazine

国际刊号·ISSN 1007-077X  国内刊号·CN50-1077/TN

主管·科学技术部 **Authorities in charge**·Ministry of Science and Technology of the People's Republic of China
主办·科学技术部西南信息中心 **Sponsor**·South West Information Center of MOST
合作·电脑报社 **Cooperator**·China PC Weekly
编辑出版·《新潮电子》杂志社 **Publication**·eFashion Magazines

Editor-in-Chief 总编 ........................ 曾晓东 Zeng Xiaodong
Standing Deputy Editor-in-Chief 常务副总编 ....... 陈宗周 Chen Zongzhou
Executive Deputy Editor-in-Chief 执行副总编 ...... 谢东/谢宁倡 Xie Dong/Xie Ningchang
Operation Deputy Editor-in-Chief 业务副总编 ...... 车东林 David Che
Marketing Deputy Editor-in-Chief 营销副总编 ...... 张仪平 Zhang Yiping

编辑部 Editorial Department
Director [主任] ........................ 范再生/Jason Fan
Vice-Director [副主任] ................. 胥锐/陈旭 Light Xu/Phoebus Chen
Editor&Reporter [编辑·记者] ............ 蒲鹏/徐林 Paco Pu/Lynn Xu
                                        董廷斌/张海涛 Joy Dong/Tide Chang
                                        叶普/吴可佳 Cloris Ye/Woody Wu
                                        张晶/张翼/张燕 Jakin Zhang/Yale zhang/Nancy Zhang
                                        杨超/吴佳 Choy Yang/Wu Jia

Photograph Editor [摄影编辑] ............ 游宇/Eric You
Art Editor [美术编辑] .................. 程至谷/邱江/黄幸/陈静 Raymond/Bloods/Grant/Chen Jing

Tel [电话] ............................ +86-23-63501706
Fax [传真] ............................ +86-23-63513494
E-mail [电子邮箱] ..................... efashion@cniti.com

广告部 Advertising Department
Director [主任] ....................... 祝康 Kent Zhu
Tel [电话] ............................ +86-23-63509118
E-mail [电子邮箱] ..................... adv@cniti.com

Beijing Office 北京广告热线 ............ 胥锐 Light Xu
Tel [电话] ............................ +86-10-82563520/82563521
Fax [传真] ............................ +86-10-82563521-20
E-mail [电子邮箱] ..................... bjoffice@cniti.com

Shanghai Office 上海广告热线 ........... 李岩 Li Yan
Tel [电话] ............................ +86-21-54900725
Fax [传真] ............................ +86-21-54900726
E-mail [电子邮箱] ..................... shoffice@cniti.com

Guangzhou Office 广州广告热线 .......... 张宪伟 Zhang Xianwei
Tel [电话] ............................ +86-20-38299753
Fax [传真] ............................ +86-20-38299234
E-mail [电子邮箱] ..................... gzoffice@cniti.com

Shenzhen Office 深圳广告热线 ........... 张晓鹏 Zhang Xiaopeng
Tel [电话] ............................ +86-755-83864778
Fax [传真] ............................ +86-755-83864766
E-mail [电子邮箱] ..................... szoffice@cniti.com

营销部 Sales Department
Director [主任] ....................... 杨甦 Yang Su
Vice-Director [副主任] ................. 白昆鹏/牟燕红 Kisan Bai/Claudio Mu
E-mail [电子邮箱] ..................... pub@cniti.com
Tel [电话] ............................ +86-23-63501710/63536932

读者服务部 Reader Service Department
Homepage[网址] ........................ http://reader.cniti.com
E-mail [电子邮箱] ..................... reader@cniti.com
Tel [电话] ............................ +86-23-63521711

社址 中国重庆市胜利路132号
邮政编码 400013
邮局订阅代号 78-55
发行 重庆市报刊发行局
订阅 全国各地邮局
零售 全国各地报刊零售点
邮购 远纪资讯读者服务部
零售价 15元
印刷 重庆建新印务有限公司
出版日期 2005年6月1日
广告经营许可证 渝工商广字020569号
本刊常年法律顾问 中铭律师事务所

本刊作者授权本刊发表时声明：
本刊图文版权所有，未经允许不得任意转载或摘编。本刊会通过资讯刊登于所属媒体）及本刊授权会作网站为作者作品的指定使用单位。本刊根据著作权法有关规定，向作者一次性支付稿酬。需自投作品文之日起两个月内未收到结稿，即与本刊联系。本刊作者发表的文章仅代表作者个人观点，与本刊立场无关。作者授稿本刊即空体着同意以上约定，若有异议，请事先与本刊签订另题协议。

承诺：
发现装订错误或缺页，请将杂志寄回远纪资讯读者服务部调换。



# BIZ
## COLLECTING PEOPLE

BEST **eFashion** MAGAZINE

**6**

2005

领 导 数 码 时 尚 新 生 活

16: BESTBUY
18: e热讯 HotNews

视点 Viewpoint
20: 索尼全美达联手打造第二代 PSP

22: 叫醒你的耳朵
MUSIC PHONE 来袭
24: 两年后 Tablet PC 什么模样?
WinHEC 2005 剪影
26: 想变鳄鱼的蜥蜴
Windows Mobile 近态快报
28: 拥抱 iF，拥抱世界
独家专访 iF 全球执行总裁 Ralph Wiegmann
30: "洗牌"开始
专访 PalmSource 总裁兼首席执行官 David Nagel

44: aigo UH–P670 数码伴侣
惠普 Photosmart M22 数码相机
惠普 Photosmart M517 数码相机
45: 多普达 828 ＋智能手机
46: 诺基亚 N70 手机
诺基亚 N91 手机
诺基亚 N90 手机
48: 松下 LUMIX DMC–FX8 数码相机
49: 广博 ProCam F158 数码相机
拍得丽 SL–8 数码相机
50: 奥林巴斯 μ Digital 800 数码相机
佳能 PowerShot S2 IS 数码相机

新品 Show Fresh
32: NEC N750 手机
34: 三星 Digimax U–CA5 数码相机
35: 宾得 Optio S5z 数码相机
宾得 Optio S45 数码相机
宾得 Optio S55 数码相机
36: 明基 M315 手机
37: palmOne LifeDrive 移动管理器
38: 东芝 Libretto U100 笔记本电脑
39: 中兴 e3 手机
理光 Caplio GX8 数码相机
40: 三星 Digimax SL1 数码相机
41: 柯尼卡美能达 DiMAGE X60 数码相机
联想 P708 手机
42: 索尼 QUALIA 002 HDV 数码摄像机
惠普 Pavilion zv6000 笔记本电脑
43: 康佳 M939 手机

尖峰体验 Experience
51: 远观之乐
松下 LUMIX DMC–FZ5 数码相机
55: 像索混合器
卡西欧 EXILIM EX–P505 数码相机
58: 密友·良伴
诺基亚 6230i & 6020 手机的出色搭档
62: 倾城薄爱
富士 FinePix Z1 数码相机
66: "i" 影像传奇
联想 i950 拍照手机
70: 金属美人
宏 n50 掌上电脑
72: 向钱看，将会失去一切
尼康 D70s 数码相机
74: 轻薄有"礼"
三星 X50 笔记本电脑

APLPROS0000011672

## 换件男人装

### 多普达828+ 智能手机

多普达通信有限公司

哇，真酷！记得去年漂亮的秘书小姐在收到多普达818时不由的发出了一声惊叹。而当今天秘书小姐拆开其后继机型多普达828+包装时，我又听到了这句赞叹。不过，发出声音的是恰巧路过的一位身高1.80米的壮汉同事，而秘书小姐则用沉默表达了她的意见。是的，只有男人才会对这样一款有着刚硬线条，通身金属灰的强大通信工具产生浓厚兴趣。

定位于男性商务手机的多普达828+保留了多普达818小巧的特点。较小的2.8英寸（240×320）65536色TFT液晶屏在保证屏幕信息可读性的同时，有效地减少了机身体积（108.2mm×58mm×18.2mm，重150克）。强大的Windows Mobile 2003SE操作系统赋予了多普达828+稳定的性能和丰富的网络和多媒体功能，配合英特尔（Intel）XScale PXA272 416MHz处理器、128MB内存、SD卡插槽，130万像素CMOS摄像头以及GPRS、蓝牙、红外功能，多普达828+能够很好的完成网页浏览、拍照、音乐及影片播放任务。其实，多普达828+的配置和多普达818几乎相同，只是在换装的同时将内存容量增加到128MB。当你把这样一款外形庄重兼强烈科技感的智能手机握在宽大的手中时，一种世界尽在掌握的感觉油然而生，换件男人装的意义就在于此。





# lenovo 联想

2005年5月，联想圆满完成了对IBM全球个人电脑业务的并购。新新联想已成为世界第三大PC供应商，销售和服务网络遍及世界160个国家和地区。新联想将整合全球资源为中国客户奉献更高品质及创新技术的产品及服务。


**F690-256M**
- 彰显魅力的镜面设计
- 双色大屏幕OLED
- 旋转五向键，操作方便

**F360-128M**
- 专业音频沙手，音乐音响发烧
- 简约梅杆手型设计
- 兼容校园广播频段


**F660-256M**
- 7百万像素加相机
- 全国手机台合完美结合，点击进行时尚

**F680-256M**
- 双采屏摄影设计
- 双色大屏幕OLED


**F350-128M**
- 独立式MINI USB接口
- 多种流行颜色选择
- 支持家资同步歌曲

所有产品系列均可下载色

 

    

**超薄型 移动硬盘**  (40G/60G/80G)
- 装有专利坚三级动态保护技术，超强抗震
- 采用业界领先技术及联想独有ultrafast技术，加快存取速度
- 低电压却动技术，支持单USB口供电


**魔卡M型 3CARD** (128M/256M/512M)
- 创新"双向"接口存储技术，一卡通吃多种数码设备
- 兼备SD/MMC和USB接口，方便易用
- 在3C产品之间自由交换数据，共享资源


**V50C** 500万像素
- 国内第一款500万像素CMOS技术数码相机，照片清晰，变化均匀
- 10种特效拍照模式，简单易用，色彩鲜艳
- 小巧轻快，使于随身携带

 

联想（北京）有限公司  北京8688店面
热线电话www.lenovo.com 阳光技术式服务网络热线,010-82879700
联想期科技产品在广受您应您好评的同时,如有您仔细变动,恕不另行通知。如有机型的供应短缺,具体配置以当地经销商提供为标准如不另另行通知。产品图片仅供参考,请以销售实物为准。

2006年4月出版   总第472期   ISSN 1002-0802   定价12元



# 本年度必买新品

PMA & CeBIT展会新品报道

## 明显不同
MOTO 明

## 爱上冲浪板
NOKIA Internet Tablet 770

## 再见，花瓶
6款卡片DC横向评测

深度测试 SONY DSC-R1

## iPod外放设备大搜罗

## 新彩妆dopod 830

3 1549 40591

ISSN 1002-0802
04

APLPROS0000011674

总第172期   2006年4月出版   定价12元



# 科技迷的年度例汤

对于北京来说，3月中下雪，漫天大雪，可不是常有的事儿，至少在我记忆里是这样。雪势来得急，顿时阴云倾城，雪片密集得很，站不过1分钟就变成个大雪片。来得急去得也快，那片阴云移要从头顶移开之际，阳光穿透被洗刷洁净的空气直达大地，渐小的雪片在一片明朗中欢快的蹦着跳着，落到地面融为一体。一场"阳光雪"扫去阴霾，心情和雪后气温同步高涨起来。

汉诺威在这个季节下雪就不值得大惊小怪了。去年突如其来的一场中雪便把正在Cebit新闻中心的我们堵了个正着。今年倒是来了个开场白，Cebit开幕的头一天便飘起了雪花，像要给甚嚣尘上的科技热潮降温似的。可是由高科技元素炒热的新潮流岂是物理降温能起作用的！

看场内簇拥在千万像素拍照手机前的人群分明已经各个看红了眼，有了软硬件支持的HD-DVD和Blue Ray Disc的对台戏唱得更热闹，电视手机继续升温，诺基亚N92还在吊着观众的胃口，三星、LG则将同时推出DVB-H和DMB标准的产品。

德国人在今年夏天就能真正在手机上看世界杯了，巴伐利亚广播公司即将推出DVB-H标准的广播系统，回想去年体验过在诺基亚7710上看伊辛巴耶娃小规模破世界纪录的经历，随着系统的不断成熟，今年的32强争霸一定在手机上演绎得更精彩生动吧，到时候一定要去看看。

想看新产品的话，不用等待！继CES之后，PMA和Cebit两大展会又进入日程。新科技搭配我们煽风点火描述后馈出的年度例汤当然一如既往地给您奉上，翻开本期两大展会的报导，让新产品的诱惑力和你钱包的预期战斗力较量个高下吧。



主管 中华人民共和国信息产业部
主办 中国电子科技第三十研究所
出版 《通信技术》编辑部

社长 罗天文
副社长 陈秋元
Proprietor Luo Tianwen
Vice Proprietor Chen Qiuyuan

执行主编 张然
编辑部主任 王勇
编辑、记者 冯蕾 潘蓉 李丽
陈曦 王磊 王维

美术设计 杨爽昕 齐齐

印刷 利丰雅高印刷(深圳)有限公司
如有质量问题请与利丰雅高有限公司联系调换
电话:0755-26645100

社址 四川省成都市高新区创业路6号
电话 028-85134171

国际标准刊号 ISSN 1002-0802
国内统一刊号 CN 51-1167/TN

广告登记证号 5100004000857

广告总代理 MediaStar 锦绣年年广告
高级客户经理 赵洁莹
地址 北京市朝阳区工体北路4号院锦绣办公楼
Tel 电话 100027
Fax 传真 010-84513652/55
010-64686407

东区客户总监 杨帅峻
东区高级客户主任 孔璐璐
地址 上海江苏路369号兆丰世界大厦8楼A座
200050
Tel 电话 021-52400928 52400929
52370561 52370562
Fax 传真 021-52400370

发行 史卫东

版权声明 未经本刊书面许可，不得转载和使用本刊所发表的文字、图片。如发现有擅自转载和使用者，本刊将依据版权法之规定，追究其法律责任。

法律顾问 补永歉 张玉林

APLPROS0000011675





# 封面故事

30 影像盛宴
2006 PMA专题报道

40 同步数字生活
CeBIT2006新品秀

48 彩妆上阵
Dopod 830

50 明显不同
MOTOROLA 明

54 口袋里的互联网
NOKIA INTERNET
TABLET770

60 再见，花瓶
六款卡片数码相机

74 深度测试
SONY DSC-R1

104 我们是一家人
iPod周边站站







前沿瞭望

1 亮点推介/趋势发布

26 风云榜颁奖

特别策划

30 影像盛宴
2006 PMA专题报道

40 同步数字生活
CeBIT2006新品秀

抢鲜测试

48 彩妆上阵
Dopod 830

50 明显不同
MOTOROLA 明

54 口袋里的互联网
NOKIA INTERNET TABLET770

56 靓到底
BENQ SIEMENS S88

58 洞察力
ARCHOS GMINI 402 CAMCORDER

60 再见，花瓶
六款卡片数码相机

66 轻而易举
PANASONIC CF-R4

68 全能选手
ACER N300

72 闻乐起舞
NOKIA 3250

深度测试

74 全面透视
SONY DSC-R1

新品秀场

78 动感小跑车
LG-G263

79 不拘一格
HAIER A63







30
影像盛宴
2006 PMA专题报道

APLPROS0000011676

2005/2006风云手机年度评选



## 2005/2006 风云手机年度评选

**BEST BUY** 通信家

智能商务手机

**多普达838** 　　34.02%
国内第一款使用windows mobile5.0操作系列的
智能手机，也是国内第一次采用侧翻键盘，为商
务人士带来实用性。两个第一加上强大、全面的功
能，成为智能商务手机的魁首是当之无愧的。

**诺基亚N70** 11.91%
支持Symbian S60智能平台，能够提
供更多的第三方软件支持，使其商务
功能毫不逊色。加之强大的娱乐功能，
让繁忙人士也能商务娱乐两不误。

**多普达828+** 10.69%
采用windows mobile 2003版本，功能
虽不及838＋完美，但也称得上强大。
它的外形简洁，机身轻巧，是男女都
适合使用的PDA手机，一为其加分不少。

APLPROS0000011677

<u>Patent Reexamination Board of the State Intellectual Property Office of the PRC</u>

| | |
|---|---|
| Vantone New World Plaza, 8th Flr.<br><br>2, Fuchengmenwai Street, Beijing 100037, China | Issued on: Dec. 11, 2008 |

| Patent No.: 200730148767.X | PRB's Docket No.: W608508 |
|---|---|
| Title of the Invention:   DATA PROCESSING DEVICE | |
| Petitionee (patentee):   APPLE INC. | |
| Petitioner:   SHANGHAI LEON NETWORKS INFORMATION CO., LTD | |

Notification for Acceptance of Request for Invalidation


To the Patentee:

The petitioner filed a request for invalidation of the captioned patent on Nov. 21, 2008. After a formal examination, the request is found to be in conformity with the provisions of the Chinese Patent Law and the Implementing Regulations of the Chinese Patent Law, and thus is accepted. The patentee is requested to make observations on the request for invalidation within **one month** of receipt of this notification. Failing to respond within said time limit will not affect the Patent Reexamination Board's examination thereof. The observations shall be submitted in two copies, with the PRB's docket number and the patent number indicated.

Pursuant to Rule 68 of the Implementing Regulations of the Chinese Patent Law,

APLPROS0000011678

during the examination of the request for invalidation, the patentee of a patent for invention or utility model may amend the claims, but cannot enlarge the protection scope of the original patent. The patentee of the patent for invention or utility model cannot amend the description and the drawings. The patentee of a patent for industrial design cannot amend the drawings, photographs and the brief explanation of the design.

Pursuant to Rule 70 of the Implementing Regulations of the Chinese Patent Law, during the examination of the request for invalidation, the deadlines specified by the Patent Reexamination Board shall not be extended.

Pursuant to provisions of Rule 71 of the Implementation of the Chinese Patent Law, before the Patent Reexamination Board makes a decision on the request for invalidation, the petitioner for invalidation may withdraw such a request. Where the petitioner for invalidation withdraws his request before the Patent Reexamination Board makes the decision, the procedures for examining the request for invalidation shall be terminated.

According to provisions relate to presenting evidence in a foreign language of the Section 2.2.1 of Part IV Chapter 8 of the Guidelines, where the party concerned submits evidence in a foreign language, he shall also submit the Chinese translation thereof. If he fails to submit the Chinese translation within the limit for producing evidences, the foreign language evidence shall be deemed not to have been submitted. The party concerned shall submit the Chinese translation in written form. If he fails to submit the Chinese translation in written form, the said Chinese translation shall be deemed not to have been submitted. The party concerned may submit the Chinese translation only for part of foreign language evidence. Other parts of the foreign language evidence without

Chinese translation being submitted shall not be taken as evidence, unless the Chinese translation for the other parts are subsequently submitted at the request of the Patent Reexamination Board. If the opposite party has objection to the contents of the Chinese translation, he shall submit the Chinese translation for the disputed parts within a specified time limit. Failure to submit the Chinese translation shall be deemed as having no objection to the translation. Where there is a dispute in the Chinese translation, if the both parties have reached an agreement as to the translation, the agreed translation shall be used; if the both parties cannot reach an agreement as to the translation, the Patent Reexamination Board may entrust a translator to translate when necessary. Where the both parties have reached an agreement on the translator, the Patent Reexamination Board may entrust the translator as agreed on by the both partied to translate, for the full text, the part to be used, or the part in dispute. Where the both parties cannot reach an agreement on the translator, the Patent Reexamination Board may entrust ex officio a professional translation agency to translate. The both parties shall respectively bear 50% of the translation fee for the entrusted translation. The party refusing to pay the translation fee shall be deemed to acknowledge that the Chinese translation submitted by the other party is correct.

Annex:

☒ "Request for Invalidation" and a copy of the attachments as listed therein.

☐ The supplementary opinion and a copy of the attachments as listed therein submitted by the petitioner on _____

The Patent Reexamination Board

APLPROS0000011681

# 中华人民共和国国家知识产权局专利复审委员会



| 100037 |
| --- |
| 北京市阜成门外大街 2 号万通新世界广场 8 层 |
| 中国国际贸易促进委员会专利商标事务所 |
| 范莉 |

发文日期：
专利复审委员会
2008 -12- 11
发　文

| 专　利　号：200730148767.X | 案件编号：W608508 |
| --- | --- |
| 发明创造名称：数据处理装置 | |
| 专利权人：苹果公司 | |
| 无效宣告请求人：上海罗恩网络信息有限公司 | |

## 无 效 宣 告 请 求 受 理 通 知 书

专利权人：

　　2008 年 11 月 21 日无效宣告请求人对上栏所述专利权提出的无效宣告请求，经形式审查符合专利法及其实施细则和审查指南的有关规定，准予受理。请在收到本通知之日起壹个月内对该无效宣告请求陈述意见；期满未答复的，不影响专利复审委员会审理。意见陈述书请提交一式两份，并注明案件编码和专利号。

　　根据《中华人民共和国专利法实施细则》第六十八条的规定，在无效宣告请求的审查过程中，发明或者实用新型专利的专利权人可以修改其权利要求书，但是不得扩大原专利的保护范围。发明或者实用新型专利的专利权人不得修改专利说明书和附图，外观设计专利的专利权人不得修改图片、照片和简要说明。

　　根据《中华人民共和国专利法实施细则》第七十条的规定，在无效宣告请求审查程序中，专利复审委员会指定的期限不得延长。

　　根据《审查指南》第四部分第八章 2．2．1 节关于外文证据提交的规定，当事人提交外文证据的，应当提交中文译文，未在举证期限内提交中文译文的，该外文证据视为未提交。当事人应当以书面方式提交中文译文，未以书面方式提交中文译文的，该中文译文视为未提交。当事人可以仅提交外文证据的部分中文译文。该外文证据中没有提交中文译文的部分，不作为证据使用。但当事人应专利复审委员会的要求补充提交该外文证据其他部分的中文译文的除外。对方当事人对中文译文内容有异议的，应当在指定的期限内对有异议的部分提交中文译文。没有提交中文译文的，视为无异议。对中文译文出现异议时，双方当事

APLPROS0000011682

人就异议部分达成一致意见的，以双方最终认可的中文译文为准。双方当事人未能就异议部分达成一致意见的，必要时，专利复审委员会可以委托翻译。双方当事人就委托翻译达成协议的，专利复审委员会可以委托双方当事人认可的翻译单位进行全文、所使用部分或者有异议部分的翻译。双方当事人就委托翻译达不成协议的，专利复审委员会可以自行委托专业翻译单位进行翻译。委托翻译所需翻译费用由双方当事人各承担 50％；拒绝支付翻译费用的，视为其承认对方当事人提交的中文译文正确。

随本通知书将下列文件转送专利权人：

☒《专利权无效宣告请求书》及其附件清单中所列附件副本。

☐无效宣告请求人于＿＿年＿＿月＿＿日提交的补充意见及其附件清单中所列附件副本。

☐

审查员：万琦

APLPROS0000011683

# 专 利 权 无 效 宣 告 请 求 书

请按照本表背面"填表注意事项"正确填写本表各栏

| ① 无 谐 效 求 宣 人 告 | 姓名或名称 （代 表） | 上海罗恩网络信息有限公司 | | 国籍或所 在地国家 | 中国 |
|---|---|---|---|---|---|
| | 邮政 编码 | 地址 上海市漕溪路二五０号Ｂ１七０四室 | | 联系人姓名 电话 | |

| ② 专 机 利 代 理 构 | 名称 | 广州华进联合专利商标代理有限公司 | | 专利代理机构 代 码 | 44224 |
|---|---|---|---|---|---|
| | 邮政 编码 510095 | 地址 广州市先烈中路69号东山广场9楼918—920室 | | | |
| | 代理人姓名 曾旻辉 赵磊 | 专利代理人 4422405754.2 工作证号 4422408759.7 | | 电话 020-87323188-806 | |

③ 
　　根据《中华人民共和国专利法》第四十五条及《中华人民共和国专利法实施细则》第六十四条规定对下述专利权提出无效宣告请求：

专利号 200730148767.x 　　　　　　授权公告日 2008.07.16

专利权人（代表） 苹果公司

发明创造名称 数据处理装置

④ 　　　无效宣告请求的理由、范围及所依据的证据

| 理　　由 | 范　　围 | 依据的证据 |
|---|---|---|
| 专利法第 23 条第　　款 实施细则第　　条第　　款 | 权利要求 | 证据 1 |
| 专利法第 23 条第　　款 实施细则第　　条第　　款 | 权利要求 | 证据 2 |
| 专利法第 23 条第　　款 实施细则第　　条第　　款 | 权利要求 | 证据 3 |
| 专利法第 23 条第　　款 实施细则第　　条第　款 | 权利要求 | 证据 4 |
| 专利法第　　条第　　款 实施细则第 13 条第 1　款 | 权利要求 | 证据 5 |
| 专利法第　　条第　　款 实施细则第 13 条第 1　款 | 权利要求 | 证据 6 |

⑤结合证据对无效宣告请求理由的具体意见陈述

　　　　　请参见附页（共6页）

10601　　2002.1

APLPROS0000011684

打印ID798212    Pg 4

# 专 利 权 无 效 宣 告 请 求 书

| ⑥    附件清单 | | |
|---|---|---|
| 文件名称 | 份数及页数 | |
| ☒附件1：2008 沪闵证字第 3236 号公证书复印件 | 2 份，每份 6 页 | |
| ☒附件2：2004 年第 12 新潮电子封面、出版信息页、第 60 页 | 2 份，每份 3 页 | |
| ☒附件3：2005 年 6 月 1 日总第 119 期新潮电子封面、出版信息页、第 45 页 | 2 份，每份 3 页 | |
| ☒附件4：2006 年 4 月总第 172 期通信技术封面、出版信息页、第 26 页 | 2 份，每份 3 页 | |
| ☒附件5：专利号为 200730148751.9、名称为"声音或图像的记录或复制设备"的中国外观设计专利图片或照片复印件 | 2 份，每份 3 页 | |
| ☒附件6：专利号为 200730148719.0、名称为"移动式通讯装置"的中国外观设计专利图片或照片复印件 | 2 份，每份 3 页 | |
| ☐附件7 | 份，每份 页 | |
| ☐附件8 | 份，每份 页 | |
| ☐附件9 | 份，每份 页 | |
| ☐附件10 | 份，每份 页 | |
| ⑦无效宣告请求人或专利代理机构签章<br><br>广州华进联合专利商标代理有限公司<br>业务专用章<br>2008 年 11 月 12 日 | ⑧专利复审委员会处理意见<br><br><br>年    月    日 | |

注意事项：

1. 根据专利法实施细则第六十六条的规定，无效宣告请求人可以在提出无效宣告请求之日起 1 个月内增加理由或者补充证据。逾期增加理由或者补充证据的，专利复审委员会可以不予考虑。

2. 根据《审查指南》第四部分第一章 14 节关于外文证据翻译的规定，当事人提交外文证据的，应当在提交该外文证据的同时提交所使用部分的中文译文。当事人未在提交外文证据的同时提交中文译文的，应当主动补正。在专利复审委员会书面通知指定期限内仍未补交的，该外文证据视为未提交。对方当事人对译文具体内容有异议的，应当对有异议的部分提交中文译文。必要时，可以委托双方当事人认可的单位进行全文、所使用部分或者有异议部分的翻译。双方当事人对委托翻译达不成协议的，专利复审委员会可以委托专业翻译单位进行全文、所使用部分或者有异议部分的翻译。委托翻译所需费用由双方当事人各承担 50%；拒绝支付翻译费用的，视为其承认对方提交的译文正确。

3. 根据专利法实施细则第九十七条的规定，无效宣告请求人应当自提出请求之日起壹个月内，缴纳无效宣告请求费。期满未缴纳或者未缴足的，视为未提出无效宣告请求。

10601    2002.1

APLPROS0000011685

专利号：200730148767.x    名称：数据处理装置    无效宣告请求书正文                     共 6 页

国家知识产权局专利复审委员会：

请求人上海罗恩网络信息有限公司基于现有技术，认为专利号为200730148767.x、名称为"数据处理装置"的外观设计专利不符合专利法的有关规定，现依据《中华人民共和国专利法》第二十三条、第四十五条以及《专利法实施细则》第六十四条之规定，向贵委员会提请宣告该专利权无效。

《中华人民共和国专利法》第二十三条规定："授予专利权的外观设计，应当同申请日以前在国内外出版物上公开发表过或者国内公开使用过的外观设计不相同和不相近似，并不得与他人在先取得的合法权利相冲突。"

《中华人民共和国专利法实施细则》第十三条第一款规定："同样的发明创造只能被授予一项专利。"

下列证据证明在本案专利申请日之前已经有相近似的外观设计在国外公开出版物上公开发表过，以及证明该本案专利不符合专利法实施细则第十三条第一款的规定。

具体证据如下：

证据 1、（2008）沪闵证字第 3236 号公证书复印件；

证据 2、2004 年第 12 期新潮电子封面、出版信息页、第 60 页；

证据 3、2005 年 6 月 1 日总第 119 期新潮电子封面、出版信息页、第 45 页；

证据 4、2006 年 4 月总第 172 期通信技术封面、出版信息页、第 26 页；

1

APLPROS0000011686

证据5、专利号为 200730148751.9、名称为"声音或图像的记录或复制设备"的中国外观设计专利图片或照片复印件；

证据6、专利号为 200730148719.0、名称为"移动式通讯装置"的中国外观设计专利图片或照片复印件。

一、本案专利明显不符合专利法第二十三条的规定。

证据1中是 2006 年 6 月 29 日网页公开的 LG 公司生产的一款 DMB MP3 播放器 FM35。其公开日期早于本案专利的申请日期，也早于本案专利的优先权日期。证据 1 中公开的该款 FM35 播放器产品可以用来播放 MP3、WMA、OGG 等传统音频格式文件，支持 AVI 和 ASF 格式文件，此外增加了 DMB 技术的支持，可以通过这款播放器来收看 DMB 节目和广播等内容，通过连接电脑下载图片和文本等文件。首先，证据 1 公开的产品是播放器，具有下载和处理图片或文本数据的功能，因此，证据 1 公开的产品和本案专利产品的部分用途相同，属于相近类别的产品；其次，将证据 1 公开的产品与本案专利的六视图比较，二者的主视图均为一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方形，该长方形下方设有圆形按键；后视图也为一个竖置的长方形；左视图和右视图均为则分别是竖置的上下两侧弧形过渡的长方形。作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽然本案专利主视图中长方形上方为长条形框，证据 1 中主视图中为音乐符号，但是其本身尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以产生显著影响。可

2

APLPROS0000011687

专利号：200730148767.x    名称：数据处理装置    无效宣告请求书正文    共6页

见，本案专利与其申请日以前公开的证据 1 中的产品外观设计相近似。

证据 2 是 2004 年 12 月 1 日出版的第 12 期新潮电子杂志，该杂志出版日期早于本案专利申请时间，也早于本案申请的优先权日期。证据 2 中公开了一种多普达 818 智能手机图片。首先，证据 2 中公开的产品为智能手机，通常具有数据处理的功能，因此，证据 2 中公开的产品与本案专利的产品的部分用途相同，属于相近类别的产品；其次，证据 2 中公开的多普达 818 智能手机的主视图同样是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方形，该长方形上方设有条形框，下方设有按键。作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽然本案专利与证据 2 中产品的条形框以及按键形状不同，但是其本身尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以产生显著影响。可见，本案专利与其申请日以前公开的证据 2 中的产品外观设计相近似。

证据 3 是 2005 年 6 月 1 日出版的总第 119 期的新潮电子杂志，该杂志的出版日期早于本案专利申请时间，也早于本案申请的优先权日期。证据 3 中公开了一种多普达 828+智能手机图片。首先，证据 3 中公开的产品为智能手机，通常具有数据处理的功能，因此，证据 3 中公开的产品与本案专利的产品的部分用途相同，属于相近类别的产品；其次，证据 3 中公开的产品主视图同样是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方

3

APLPROS0000011688

专利号：200730148767.x   名称：数据处理装置   无效宣告请求书正文                共 6 页

形，该长方形上方设有条形框，下方设有按键。作为使用时容易看到
的部位，主视图对整体视觉效果的影响较大，虽然本案专利与证据 3
中产品的按键形状不同，但是作为相近类别产品的惯常设计，其本身
尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以
产生显著影响。可见，本案专利与其申请日以前公开的证据 3 中的产
品外观设计相近似。

证据 4 是 2006 年 4 月出版的总第 172 期通信技术杂志，该杂志
出版日期早于本案专利申请时间，也早于本案申请的优先权日期。证
据 4 中同样公开了一种多普达 828+智能手机图片。首先，证据 4 中
公开的产品为智能手机，通常具有数据处理的功能，因此，证据 4 中
公开的产品与本案专利的产品的部分用途相同，属于相近类别的产
品；其次，证据 4 中公开的多普达 828+智能手机的主视图同样是一
个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内
设有一个竖置的长方形，该长方形上方设有条形框，下方设有按键。
作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽
然本案专利与证据 4 中产品的条形框以及按键形状不同，但是作为手
机产品的惯常设计，其本身尺寸较小，属于局部的细微变化，二者的
区别对整体视觉效果不足以产生显著影响。可见，本案专利与其申请
日以前公开的证据 4 中的产品外观设计相近似。

上述证据充分证明在本案专利的申请日之前，在数据处理产品设
计中，产品是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设
有边框，边框内设有一个竖置的长方形，该长方形上方设有条形框，

4

APLPROS0000011689

专利号：200730148767.x    名称：数据处理装置    无效宣告请求书正文                共6页

下方设有按键的设计，均为行业中的惯常设计，并且已经有相近似的外观设计在国内出版物上公开发表过，因此本案专利明显不符合专利法第二十三条的规定。

二、本案专利不符合专利法实施细则第十三条第一款的规定。

按照审查指南的相关规定，同样的外观设计是指两项外观设计相同或者相近似，外观设计相同是指被比设计与在先设计是同一类别的产品的外观设计，并且被比设计的全部外观设计要素与在先设计的相应要素相同，其中外观设计的要素是指形状、图案以及色彩。同一类别的产品是指用途完全相同的产品。所谓相近类别的产品是指用途接近的产品。只有对于相同或者相近类别的产品，才可能存在外观设计相近似的情况。应当注意的是，当产品具有多种用途时，如果其中部分用途相同，而其他用途不同，则二者应属于相近类别的产品。

证据5是专利号为200730148751.9、名称为"声音或图像的记录或复制设备"的中国外观设计专利，其申请日期为2007年6月29日，与本案专利相同。首先，证据5的产品是声音或图像的记录或复制设备，通常也具有下载处理声音和图片数据的功能，因此，证据5公开的产品和本案专利产品的部分用途相同，属于相近类别的产品；其次，证据5中公开的主视图与本案专利完全一样，虽然二者后视图或左右视图中存在细微差异，但是主视图作为使用时容易看到的部位，其对整体视觉效果的影响较大，因此本案专利和证据5的外观设计整体视觉效果上不存在显著区别，两者属于相近似的外观设计。

5

APLPROS0000011690

专利号：200730148767.x    名称：数据处理装置    无效宣告请求书正文                  共 6 页

　　证据 6 是专利号为 200730148719.0、名称为 "移动式通讯装置" 的中国外观设计专利，其申请日期为 2007 年 6 月 29 日，与本案专利相同。首先，证据 6 的产品是移动式通讯装置，通常也具有数据下载和处理的功能，因此，证据 6 的产品和本案专利产品的部分用途相同，属于相近类别的产品；其次，证据 6 中公开的主视图与本案专利完全一样，虽然二者后视图或左右视图中存在细微差异，但是主视图作为使用时容易看到的部位，其对整体视觉效果的影响较大，因此本案专利和证据 6 的外观设计整体视觉效果上不存在显著区别，两者属于相近似的外观设计。

　　上述证据充分证明本案专利与证据 5 和证据 6 分别是同样的外观设计，不符合专利法实施细则第十三条第一款的规定。

　　综上所述，上述证据证明在本案专利申请日前已经有相近似的外观设计在国内公开出版物上公开过，因此本案专利明显不符合专利法第二十三条的规定，同时本案专利也不符合专利法实施细则第十三条第一款的规定，特请求贵委员会完全无效该专利权。

　　　　　　　　　　　请求人：上海罗恩网络信息有限公司

　　　　　　　　　　　代理人：广州华进联合专利商标代理有限公司

　　　　　　　　　　　日期：2008 年 11 月 12 日

6

APLPROS0000011691

Re: Chinese Design Patent No. 200730148767.X
Your Ref: APL1D562C.CN.15C;
Our Ref: LIW080037

# Request for Declaring Invalidation

Patent Reexamination Board:

The petitioner  "Shanghai Leon Networks In formation Co. Ltd", on the basis of the prior art, considers that the Chinese design patent No. 200730148767.X, of which the title is "DATA PROCESSING DEVICE", does not comply with corresponding provisions of the Chinese Patent Law. According to Art.23 and Art.45 of the Chinese Patent Law and Rule.64 of the Implementing Regulations of the Chinese Patent Law, the petitioner filed the request for declaring invalidation against the above mentioned design patent.

Under Art.23 of the Chinese Patent Law, "any design for which patent right may be granted must not be identical with and similar to any design which, before the date of filing, has been publicly disclosed in publications in the country or abroad or has been publicly used in the country, and must not be in conflict with any prior right of any other person".

Under Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law, "for any identical invention-creation, only one patent right shall be granted".

The following evidences are provided to prove that there are similar designs which have been publicly disclosed in publications before the date of filing of the present patent, so that the above mentioned patent for design does not comply with Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law.

The evidences are as follows:

Evidence 1: A copy of the notarial deed with a serial number of (2008) 3236 issued by Shanghai Minhang notarial office.

Evidence 2: The cover, publication information page and page 60 of the magazine "eFashion Magazine", the 12th issue of 2004.

Evidence 3: The cover, publication information page and page 45 of the magazine "eFashion Magazine", the 119th issue in total with a publish date of June 1, 2005.

Evidence 4: The cover, publication information page and page 26 of the magazine "Communication Technology" published on April. 2006 and the 172th issue in total.

Evidence 5: The copy of the drawings or photos of the Chinese patent for

APLPROS0000011692

Re: Chinese Design Patent No. 200730148767.X
Your Ref: APL1D562C.CN.15C;
Our Ref: L1W080037

design No. 200730148751.9 with a title "EQUIPMENT FOR RECORDING OR REPRODUCTION OF SOUNDS OR PICTURES".

Evidence 6: The copy of the drawings or photos of the Chinese patent for design No. 200730148719.0 with a title "MOBILE COMMUNICATION DEVICE".

1. The present patent obviously does not comply with the provisions of Art.23 of the Chinese Patent Law.

Evidence 1 shows a DMB MP3 player FM35 produced by LG Company and disclosed at web pages on June. 29, 2006 that is prior to the filling date and the priority date of the present patent. Said MP3 player is not only adapted for playing the conventional audio information, such as MP3, WMA, OGG etc and supporting AVI and ASF files, but also is available for receiving DMB programs and broadcast etc. for watching and for downloading pictures and texts by connecting to a computer. Firstly, the product of Evidence 1 pertains to a player, which usually has the functions of playing music and downloading pictures and texts. Thus the product disclosed by evidence 1 partly shares the same function with the product of the present patent and they belong to the similar class of the International Classification for Industrial Designs. Secondly, by comparing the player disclosed by evidence 1 with the six views of the present patent, it can be seen that the front views of the both two products are upright rectangles with four arc shaped corners. A frame is disposed on the four sides with an upright rectangle formed within the frame and a round button provided under the rectangle. The rear view shows an upright rectangle and the left and right side views also show an upright rectangle with arc shaped upside and downside portions. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. A strip-shaped frame is located above the inner rectangle in the front view of the present patent, and a music sign is located above the rectangle in the front view of evidence 1, but the difference between the strip-shaped frame and the music sign is not sufficient enough to make prominent influence to the whole visual effect due to its small size which can be considered as slight local changes. Thus, the designs of the present patent and the product of the evidence 1 disclosed before the filling date of the present patent are similar to each other.

Evidence 2 is the magazine "eFashion Magazine", the 12th issue of 2004, published on Dec. 1, 2004 that is prior to the filling date and the priority date of the present patent. Evidence 2 discloses a picture of a Dopod 818 intelligent mobile telephone. Firstly, evidence 2 discloses an intelligent mobile telephone usually has the function of data processing and thus belongs to the similar class with the product of the present patent. Secondly, it can be seen that the front view of the Dopod 818 intelligent mobile telephone disclosed in evidence 2 is an upright rectangle with arc shaped four corners. A frame is disposed on the

2

APLPROS0000011693

Re: Chinese Design Patent No. 200730148767.X
Your Ref: APL1D562C.CN.15C;
Our Ref: LIW080037

four sides with an upright inner rectangle formed within the frame. A strip-shaped frame is provided above the inner rectangle and a button is provided under the inner rectangle. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. The present patent and the product disclosed in evidence 2 are different in the location of the strip-shaped frame and the shape of the button, but the difference between them is not sufficient enough to make prominent influence to the whole visual effect due to its small size which can be considered as slight local changes. Thus, the designs of the present patent and the product of the evidence 2 disclosed before the filing date of the present patent are similar to each other.

Evidence 3 is the magazine "eFashion Magazine", the 119th issue in total, published on Jun. 1, 2005 that is prior to the filing date and the priority date of the present patent. Evidence 3 discloses a picture of a Dopod 828+ intelligent mobile telephone. Firstly, evidence 3 discloses an intelligent mobile telephone which has the function of data processing and thus belongs to the similar class with the product of the present patent. Secondly, it can be seen that the front view of the Dopod 828+ intelligent mobile telephone disclosed in evidence 3 is an upright rectangle with arc shaped four corners. A frame is disposed on the four sides with an inner upright rectangle formed within the frame. A strip-shaped frame is provided above the inner rectangle and a button is provided under the inner rectangle. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. The present patent and the product disclosed in evidence 3 are different in the shape of the button, but the difference between them, which can be considered as slight local changes and the conventional design for a mobile telephone, is not sufficient enough to make prominent influence to the whole visual effect. Thus, the designs of the present patent and the product disclosed by evidence 3 disclosed before the filing date of the present patent are similar to each other.

Evidence 4 is the magazine "Communication Technology", the 172[th] issue in total, published on April. 2006 that is prior to the filing date and the priority date of the present patent. Evidence 4 discloses a picture of a Dopod 828+ intelligent mobile telephone. Firstly, evidence 4 discloses an intelligent mobile telephone which has the function of data processing and thus belongs to the similar class with the product of the present patent. Secondly, it can be seen that the front view of the Dopod 828+ intelligent mobile telephone disclosed in evidence 4 is an upright rectangle with arc shaped four corners. A frame is disposed on the four sides with an upright inner rectangle formed within the frame. A strip-shaped frame is provided above the inner rectangle and a button is provided under the inner rectangle. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. The present patent and the product disclosed in evidence 4 are different in the location of the strip-shaped frame and the shape of the button, but the

APLPROS0000011694

Re: Chinese Design Patent No. 200730148767.X
Your Ref: APL1D562C.CN.15C;
Our Ref: L1W080037

difference between them, which can be considered as slight local changes, is not sufficient enough to make prominent influence to the whole visual effect. Thus, the designs of the present patent and the product disclosed by evidence 4 disclosed before the filing date of the present patent are similar to each other.

According to the above-mentioned evidences 1-4, it involves the conventional design in the field to design a data processing device as an upright rectangle with arc shaped four corners wherein a frame is disposed on the four sides with an upright inner rectangle formed within the frame with a strip-shaped frame, where the mouthpiece and the handset locates, provided above the inner rectangle and button/buttons provided under the inner rectangle. In addition, similar designs have been publicly disclosed in publications in china. Therefore, the present patent obviously does not comply with Art.23 of the Chinese Patent Law.

2. The present patent does not comply with the provisions of Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law.

According to corresponding regulations of the Guidelines for Examination, two identical or similar deigns can be considered as the same design, identity of designs means that the design being examined and the prior design are designs for the same class of products, and all the design features of the design being examined and the corresponding design features of the prior design are identical, wherein design features mean the three features of shape, pattern and color of a design. The products of the same class refer to the products that have completely the same use. Products of approximate classes refer to products that have the similar use. Similarity of designs exists only among products that belong to the same class or approximate classes. It should be noted that for products having multiple uses, if some of the uses are the same and some are not, they are regarded as products of approximate classes.

Evidence 5 shows a Chinese patent for design No. 200730148751.9 with a title "EQUIPMENT FOR RECORDING OR REPRODUCTION OF SOUNDS OR PICTURES", which has the same filing date of Jun. 29, 2007 as the present patent. Firstly, the present patent pertains to a mobile communication device which usually has the functions of playing music and downloading pictures and texts. Some of the uses of the product disclosed by evidence 5 and the present patent are identical, and thus the two products are regarded as products of approximate classes. Secondly, the front view disclosed in evidence 5 and that of the present patent are completely identical. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect despite the slight differences between the rear views or left side views and right side views of the two products. Therefore, the products of evidence 5 and the present patent do not have prominent differences in the whole visual effect and

4

APLPROS0000011695

Re: Chinese Design Patent No. 200730148767.X
Your Ref: APL1D562C.CN.15C;
Our Ref: LIW080037

possess the similarity.

Evidence 6 shows a Chinese patent for design No. 200730148719.0 with a title "MOBILE COMMUNICATION DEVICE", which has the same filling date of Jun. 29, 2007 as the present patent. Firstly, the product of Evidence 6 pertains to a mobile communication device which usually has the function of data download and data processing. Some of the uses of the product disclosed by evidence 6 and the present patent are identical, and thus the two products are regarded as products of approximate classes. Secondly, the front view disclosed in evidence 6 and that of the present patent are completely identical. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect despite the slight differences between the rear views or left side views and right side views of the two products. Therefore, the products of evidence 6 and the present patent do not have prominent differences in the whole visual effect and posses the similarity.

According to the above-mentioned evidences 5-6, the present patent and evidences 5-6 are identical designs, thereby failing to comply with Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law.

To sum up, the above-mentioned evidences prove that there are similar designs which have been publicly disclosed in publications in china before the date of filing of the present patent, so that the present patent obviously does not comply with Art.23 of the Chinese Patent Law and Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law. The petitioner therefore requests the Board to declare the above mentioned patent for design completely invalid.

Petitioner: Shanghai Leon Networks In formation Co. Ltd

Patent Attorney: Advance China I.P. Law Office

Zeng Minhui    Zhao Lei

Nov. 12, 2008

APLPROS0000011696

Patent Reexamination Board of the State Intellectual Property Office of the PRC

| Vantone New World Plaza, 8th Flr.<br><br>2, Fuchengmenwai Street, Beijing 100037, China | Issued on: Dec.<br><br>12, 2008 |
| --- | --- |

| Patent No.: 200730148751.9 | PRB's Docket No.: W608510 |
| --- | --- |
| Title of the Invention: | EQUIPMENT FOR RECORDING OR REPRODUCTION OF SOUNDS OR PICTURES |
| Petitionee (patentee): | APPLE INC. |
| Petitioner: | SHANGHAI LEON NETWORKS INFORMATION CO., LTD |

Notification for Acceptance of Request for Invalidation

To the Patentee:

The petitioner filed a request for invalidation of the captioned patent on Nov. 21, 2008. After a formal examination, the request is found to be in conformity with the provisions of the Chinese Patent Law and the Implementing Regulations of the Chinese Patent Law, and thus is accepted. The patentee is requested to make observations on the request for invalidation within **one month** of receipt of this notification. Failing to respond within said time limit will not affect the Patent Reexamination Board's examination thereof. The observations shall be submitted in two copies, with the PRB's docket number and the patent number indicated.

Pursuant to Rule 68 of the Implementing Regulations of the Chinese Patent Law,

APLPROS0000011697

during the examination of the request for invalidation, the patentee of a patent for invention or utility model may amend the claims, but cannot enlarge the protection scope of the original patent. The patentee of the patent for invention or utility model cannot amend the description and the drawings. The patentee of a patent for industrial design cannot amend the drawings, photographs and the brief explanation of the design.

Pursuant to Rule 70 of the Implementing Regulations of the Chinese Patent Law, during the examination of the request for invalidation, the deadlines specified by the Patent Reexamination Board shall not be extended.

Pursuant to provisions of Rule 71 of the Implementation of the Chinese Patent Law, before the Patent Reexamination Board makes a decision on the request for invalidation, the petitioner for invalidation may withdraw such a request. Where the petitioner for invalidation withdraws his request before the Patent Reexamination Board makes the decision, the procedures for examining the request for invalidation shall be terminated.

According to provisions relate to presenting evidence in a foreign language of the Section 2.2.1 of Part IV Chapter 8 of the Guidelines, where the party concerned submits evidence in a foreign language, he shall also submit the Chinese translation thereof. If he fails to submit the Chinese translation within the limit for producing evidences, the foreign language evidence shall be deemed not to have been submitted. The party concerned shall submit the Chinese translation in written form. If he fails to submit the Chinese translation in written form, the said Chinese translation shall be deemed not to have been submitted. The party concerned may submit the Chinese translation only for part of foreign language evidence. Other parts of the foreign language evidence without

Chinese translation being submitted shall not be taken as evidence, unless the Chinese translation for the other parts are subsequently submitted at the request of the Patent Reexamination Board. If the opposite party has objection to the contents of the Chinese translation, he shall submit the Chinese translation for the disputed parts within a specified time limit. Failure to submit the Chinese translation shall be deemed as having no objection to the translation. Where there is a dispute in the Chinese translation, if the both parties have reached an agreement as to the translation, the agreed translation shall be used; if the both parties cannot reach an agreement as to the translation, the Patent Reexamination Board may entrust a translator to translate when necessary. Where the both parties have reached an agreement on the translator, the Patent Reexamination Board may entrust the translator as agreed on by the both partied to translate, for the full text, the part to be used, or the part in dispute. Where the both parties cannot reach an agreement on the translator, the Patent Reexamination Board may entrust ex officio a professional translation agency to translate. The both parties shall respectively bear 50% of the translation fee for the entrusted translation. The party refusing to pay the translation fee shall be deemed to acknowledge that the Chinese translation submitted by the other party is correct.

Annex:

☒ "Request for Invalidation" and a copy of the attachments as listed therein.

APLPROS0000011699

☐ The supplementary opinion and a copy of the attachments as listed therein submitted by the petitioner on _____

The Patent Reexamination Board

APLPROS0000011700

# 中华人民共和国国家知识产权局专利复审委员会

| 100037<br>北京市阜成门外大街 2 号万通新世界广场 8 层<br>中国国际贸易促进委员会专利商标事务所<br>范莉 | 发文日期：<br> |
|---|---|

| 专 利 号：200730148751.9 | 案件编号：W608510 |
|---|---|
| 发明创造名称：声音或图像的记录或复制设备 | |
| 专利权人：苹果公司 | |
| 无效宣告请求人：上海罗恩网络信息有限公司 | |

## 无 效 宣 告 请 求 受 理 通 知 书

专利权人：

　　2008 年 11 月 21 日无效宣告请求人对上栏所述专利权提出的无效宣告请求，经形式审查符合专利法及其实施细则和审查指南的有关规定，准予受理。请在收到本通知之日起壹个月内对该无效宣告请求陈述意见；期满未答复的，不影响专利复审委员会审理。意见陈述书请提交一式两份，并注明案件编号和专利号。

　　根据《中华人民共和国专利法实施细则》第六十八条的规定，在无效宣告请求的审查过程中，发明或者实用新型专利的专利权人可以修改其权利要求书，但是不得扩大原专利的保护范围。发明或者实用新型专利的专利权人不得修改专利说明书和附图，外观设计专利的专利权人不得修改图片、照片和简要说明。

　　根据《中华人民共和国专利法实施细则》第七十条的规定，在无效宣告请求审查程序中，专利复审委员会指定的期限不得延长。

　　根据《审查指南》第四部分第八章 2．2．1 节关于外文证据提交的规定，当事人提交外文证据的，应当提交中文译文，未在举证期限内提交中文译文的，该外文证据视为未提交。当事人应当以书面方式提交中文译文，未以书面方式提交中文译文的，该中文译文视为未提交。当事人可以仅提交外文证据的部分中文译文。该外文证据中没有提交中文译文的部分，不作为证据使用。但当事人应专利复审委员会的要求补充提交该外文证据其他部分的中文译文的除外。对方当事人对中文译文内容有异议的，应当在指定的期限内对有异议的部分提交中文译文。没有提交中文译文的，视为无异议。对中文译文出现异议时，双方当事

APLPROS0000011701

人就异议部分达成一致意见的，以双方最终认可的中文译文为准。双方当事人未能就异议部分达成一致意见的，必要时，专利复审委员会可以委托翻译。双方当事人就委托翻译达成协议的，专利复审委员会可以委托双方当事人认可的翻译单位进行全文、所使用部分或者有异议部分的翻译。双方当事人就委托翻译达不成协议的，专利复审委员会可以自行委托专业翻译单位进行翻译。委托翻译所需翻译费用由双方当事人各承担 50%；拒绝支付翻译费用的，视为其承认对方当事人提交的中文译文正确。

随本通知书将下列文件转送专利权人：

☒《专利权无效宣告请求书》及其附件清单中所列附件副本。

☐无效宣告请求人于　　年　　月　　日提交的补充意见及其附件清单中所列附件副本。

☐



审查员：万琦

回函请直寄：100088 北京海淀区蓟门桥西土城路 6 号　国家知识产权局专利复审委员会
20603　　2006.7

APLPROS0000011702

# 专 利 权 无 效 宣 告 请 求 书

请按照本表背面"填表注意事项"正确填写本表各栏

<table>
<tr><td rowspan="3">① 无 效 宣 告 请 求 人</td><td>姓名或名称<br>（代 表）</td><td colspan="2">上海罗恩网络信息有限公司</td><td>国籍或所<br>在地国家</td><td>中国</td></tr>
<tr><td>邮政<br>编码</td><td>地址</td><td colspan="2">上海市漕溪路二五０号 B1 七０四室</td><td>联系人姓名<br>电话</td></tr>
<tr><td colspan="5"></td></tr>
<tr><td rowspan="4">② 专 利 代 理 机 构</td><td>名称</td><td colspan="3">广州华进联合专利商标代理有限公司</td><td>专利代理机构<br>代 码</td><td>44224</td></tr>
<tr><td>邮政<br>编码</td><td>510095</td><td>地址</td><td colspan="3">广州市先烈中路 69 号东山广场 9 楼 918—920 室</td></tr>
<tr><td rowspan="2">代理人姓名</td><td>曾旻辉</td><td>专利代理人</td><td colspan="3">4422405754.2</td></tr>
<tr><td>赵磊</td><td>工作证号</td><td>4422408759.7</td><td>电话</td><td>020-87323188-806</td></tr>
</table>

③

　　根据《中华人民共和国专利法》第四十五条及《中华人民共和国专利法实施细则》第六十四条规定对下述专利权提出无效宣告请求：

专利号 _200730148751.9_ 　　　　　　授权公告日 _2008.06.04_

专利权人（代表）　苹果公司

发明创造名称　声音或图像的记录或复制设备

| ④ | 无效宣告请求的理由、范围及所依据的证据 |
| --- | --- |

<table>
<tr><td>理　由</td><td>范　围</td><td>依据的证据</td></tr>
<tr><td>专利法第 23 条第　款<br>实施细则第　条第　款</td><td>权利要求</td><td>证据 1</td></tr>
<tr><td>专利法第 23 条第　款<br>实施细则第　条第　款</td><td>权利要求</td><td>证据 2</td></tr>
<tr><td>专利法第 23 条第　款<br>实施细则第　条第　款</td><td>权利要求</td><td>证据 3</td></tr>
<tr><td>专利法第 23 条第　款<br>实施细则第　条第　款</td><td>权利要求</td><td>证据 4</td></tr>
<tr><td>专利法第　条第　款<br>实施细则第 13 条第 1 款</td><td>权利要求</td><td>证据 5</td></tr>
<tr><td>专利法第　条第　款<br>实施细则第 13 条第 1 款</td><td>权利要求</td><td>证据 6</td></tr>
</table>

⑤结合证据对无效宣告请求理由的具体意见陈述

请参见附页（共 6 页）

10601　　2002.1

APLPROS0000011703

打印ID208214   Pg 4

# 专 利 权 无 效 宣 告 请 求 书

| ⑥　　附件清单 | |
|---|---|
| 文件名称 | 份数及页数 |
| ☒附件 1：2008 沪闵证字第 3236 号公证书复印件 | 2 份，每份 6 页 |
| ☒附件 2：2004 年第 12 期潮电子封面、出版信息页、第 60 页 | 2 份，每份 3 页 |
| ☒附件 3：2005 年 6 月 1 日总第 119 期新潮电子封面、出版信息页、第 45 页 | 2 份，每份 3 页 |
| ☒附件 4：2006 年 4 月总第 172 期通信技术封面、出版信息页、第 26 页 | 2 份，每份 3 页 |
| ☒附件 5：专利号为 200730148719.0、名称为 "移动式通讯装置" 的中国外观设计专利图片或照片复印件 | 2 份，每份 3 页 |
| ☒附件 6：专利号为 200730148767.x、名称为 "数据处理装置" 的中国外观设计专利图片或照片复印件 | 2 份，每份 3 页 |
| ☐附件 7 | 份，每份 页 |
| ☐附件 8 | 份，每份 页 |
| ☐附件 9 | 份，每份 页 |
| ☐附件 10 | 份，每份 页 |

| ⑦无效宣告请求人或专利代理机构签章 | ⑧专利复审委员会处理意见 |
|---|---|
| （盖章：广州市......联合专利商标代理有限公司）<br>2008 年 月 日 | 年　　月　　日 |

注意事项：

1. 根据专利法实施细则第六十六条的规定，无效宣告请求人可以在提出无效宣告请求之日起 1 个月内增加理由或者补充证据。逾期增加理由或者补充证据的，专利复审委员会可以不予考虑。

2. 根据《审查指南》第四部分第一章 14 节关于外文证据翻译的规定，当事人提交外文证据的，应当在提交该外文证据的同时提交所使用部分的中文译文。当事人未在提交外文证据的同时提交中文译文的，应当主动补正。在专利复审委员会书面通知指定期限内仍未补交的，该外文证据视为未提交。对方当事人对译文具体内容有异议的，应当对有异议的部分提交中文译文。必要时，可以委托双方当事人认可的单位进行全文、所使用部分或者有异议部分的翻译。双方当事人对委托翻译达不成协议的，专利复审委员会可以委托专业翻译单位进行全文、所使用部分或者有异议部分的翻译。委托翻译所需费由双方当事人各承担 50%；拒绝支付翻译费用的，视为其承认对方提交的译文正确。

3. 根据专利法实施细则第九十七条的规定，无效宣告请求人应当自提出请求之日起壹个月内，缴纳无效宣告请求费。期满未缴纳或者未缴足的，视为未提出无效宣告请求。

10601　2002.1

APLPROS0000011704

国家知识产权局专利复审委员会：

请求人上海罗恩网络信息有限公司基于现有技术，认为专利号为200730148751.9、名称为"声音或图像的记录或复制设备"的外观设计专利不符合专利法的有关规定，现依据《中华人民共和国专利法》第二十三条、第四十五条以及《专利法实施细则》第六十四条之规定，向贵委员会提请宣告该专利权无效。

《中华人民共和国专利法》第二十三条规定："授予专利权的外观设计，应当同申请日以前在国内外出版物上公开发表过或者国内公开使用过的外观设计不相同和不相近似，并不得与他人在先取得的合法权利相冲突。"

《中华人民共和国专利法实施细则》第十三条第一款规定："同样的发明创造只能被授予一项专利。"

下列证据证明在本案专利申请日之前已经有相近似的外观设计在国外公开出版物上公开发表过，以及证明该本案专利不符合专利法实施细则第十三条第一款的规定。

具体证据如下：

证据1、（2008）沪闵证字第3236号公证书复印件；

证据2、2004年第12期新潮电子封面、出版信息页、第60页；

证据3、2005年6月1日总第119期新潮电子封面、出版信息页、第45页；

证据4、2006年4月总第172期通信技术封面、出版信息页、第26页；

APLPROS0000011705

证据 5、专利号为 200730148719.0、名称为"移动式通讯装置"的中国外观设计专利图片或照片复印件；

证据 6、专利号为 200730148767.x、名称为"数据处理装置"的中国外观设计专利图片或照片复印件。


一、本案专利明显不符合专利法第二十三条的规定。

证据 1 中是 2006 年 6 月 29 日网页公开的 LG 公司生产的一款 DMB MP3 播放器 FM35 产品。其公开日期早于本案专利的申请日期，也早于本案专利的优先权日期。证据 1 中公开的该款 FM35 播放器产品可以用来播放 MP3、WMA、OGG 等传统音频格式文件，支持 AVI 和 ASF 格式文件，此外增加了 DMB 技术的支持，可以通过这款播放器来收看 DMB 节目和广播等内容，通过连接电脑下载图片和文本等文件。首先，证据 1 公开的产品是播放器，具有记录和复制声音或图像的功能，因此，证据 1 公开的产品和本案专利产品的用途相同，属于相同类别的产品；其次，将证据 1 公开的产品与本案专利的六视图比较，二者的主视图均为一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方形，该长方形下方设有圆形按键；后视图也为一个竖置的长方形；左视图和右视图均为则分别是竖置的上下两侧弧形过渡的长方形。作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽然本案专利主视图中长方形上方为长条形框，证据 1 中产品的主视图中为音乐符号，但是其本身尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以产生显著影

APLPROS0000011706

响。可见，本案专利与其申请日以前公开的证据 1 中的产品外观设计相近似。

证据 2 是 2004 年 12 月 1 日出版的第 12 期新潮电子杂志，该杂志出版日期早于本案专利申请时间，也早于本案申请的优先权日期。证据 2 中公开了一种多普达 818 智能手机图片。首先，证据 2 中公开的产品为智能手机，通常也具有记录或复制声音和图像的功能，因此，证据 2 中公开的产品与本案专利的产品的部分用途相同，属于相近类别的产品；其次，证据 2 中公开的多普达 818 智能手机的主视图同样是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方形，该长方形上方设有条形框，下方设有按键。作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽然本案专利与证据 2 中产品的条形框以及按键形状不同，但是其本身尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以产生显著影响。可见，本案专利与其申请日以前公开的证据 2 中的产品外观设计相近似。

证据 3 是 2005 年 6 月 1 日出版的总第 119 期的新潮电子杂志，该杂志的出版日期早于本案专利申请时间，也早于本案申请的优先权日期。证据 3 中公开了一种多普达 828+智能手机图片。首先，证据 3 中公开的产品为智能手机，通常也具有记录或复制声音和图像的功能，因此，证据 3 中公开的产品与本案专利的产品的部分用途相同，属于相近类别的产品；其次，证据 3 中公开的产品主视图同样是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设

APLPROS0000011707

有一个竖置的长方形，该长方形上方设有条形框，下方设有按键。作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽然本案专利与证据 3 中产品的按键形状不同，但是作为产品的惯常设计，其本身尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以产生显著影响。可见，本案专利与其申请日以前公开的证据 3 中的产品外观设计相近似。

证据 4 是 2006 年 4 月出版的总第 172 期通信技术杂志，该杂志出版日期早于本案专利申请时间，也早于本案申请的优先权日期。证据 4 中同样公开了一种多普达 828+智能手机图片。首先，证据 4 中公开的产品为智能手机，通常也具有记录或复制声音和图像的功能，因此，证据 4 中公开的产品与本案专利的产品的部分用途相同，属于相近类别的产品；其次，证据 4 中公开的多普达 828+智能手机的主视图同样是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方形，该长方形上方设有条形框，下方设有按键。作为使用时容易看到的部位，主视图对整体视觉效果的影响较大，虽然本案专利与证据 4 中产品的条形框以及按键形状不同，但是作为产品的惯常设计，其本身尺寸较小，属于局部的细微变化，二者的区别对整体视觉效果不足以产生显著影响。可见，本案专利与其申请日以前公开的证据 4 中的产品外观设计相近似。

上述证据充分证明在本案专利的申请日之前，在该类产品设计中，产品是一个竖置的四角为圆弧过渡的长方形，沿其四边分别设有边框，边框内设有一个竖置的长方形，该长方形上方设有条形框，下

APLPROS0000011708

方设有按键的设计，均为行业中的惯常设计，并且已经有相近似的外观设计在国内出版物上公开发表过，因此本案专利明显不符合专利法第二十三条的规定。

　　二、本案专利不符合专利法实施细则第十三条第一款的规定。

　　按照审查指南的相关规定，同样的外观设计是指两项外观设计相同或者相近似，外观设计相同是指被比设计与在先设计是同一类别的产品的外观设计，并且被比设计的全部外观设计要素与在先设计的相应要素相同，其中外观设计的要素是指形状、图案以及色彩。同一类别的产品是指用途完全相同的产品。所谓相近类别的产品是指用途接近的产品。只有对于相同或者相近类别的产品，才可能存在外观设计相近似的情况。应当注意的是，当产品具有多种用途时，如果其中部分用途相同，而其他用途不同，则二者应属于相近类别的产品。

　　证据 5 是专利号为 200730148719.0、名称为"移动式通讯装置"的中国外观设计专利，其申请日期为 2007 年 6 月 29 日，与本案专利相同。首先，证据 5 的产品是移动式通讯装置，通常也具有播放音乐和下载图片文本的功能，因此，证据 5 公开的产品和本案专利产品的部分用途相同，属于相近类别的产品；其次，证据 5 中公开的主视图与本案专利完全一样，虽然二者后视图或左右视图中存在细微差异，但是主视图作为使用时容易看到的部位，其对整体视觉效果的影响较大，因此本案专利和证据 5 的外观设计整体视觉效果上不存在显著区别，两者属于相近似的外观设计。

APLPROS0000011709

专利号：200730148751.9   名称：声音或图像的记录或复制设备   无效宣告请求书正文   共6页

　　证据6是专利号为200730148767.x、名称为"数据处理装置"的中国外观设计专利，其申请日期为2007年6月29日，与本案专利相同。首先，本案专利的产品是声音或图像的记录或复制设备，通常也具有声音或图像数据下载和处理的功能，因此，证据6的产品和本案专利产品的部分用途相同，属于相近类别的产品；其次，证据6中公开的主视图与本案专利完全一样，虽然二者后视图或左右视图中存在细微差异，但是主视图作为使用时容易看到的部位，其对整体视觉效果的影响较大，因此本案专利和证据6的外观设计整体视觉效果上不存在显著区别，两者属于相近似的外观设计。

　　上述证据充分证明本案专利与证据5和证据6分别是同样的外观设计，不符合专利法实施细则第十三条第一款的规定。

　　综上所述，上述证据证明在本案专利申请日前已经有相近似的外观设计在国内公开出版物上公开过，因此本案专利明显不符合专利法第二十三条的规定，同时本案专利也不符合专利法实施细则第十三条第一款的规定，特请求贵委员会完全无效该专利权。

　　　　　　　请求人：上海罗恩网络信息有限公司

　　　　　　　代理人：广州华进联合专利商标代理有限公司

　　　　　　　　　　　业务专用章

　　　　　　　　　　曾旻辉　赵磊

　　　　　　　日期：2008年11月12日

6

APLPROS0000011710

Chinese Design Patent No. 200730148751.9
Your Ref: APL1D562C.CN.6B
Our Ref: LIW080038

# Request for Declaring Invalidation

Patent Reexamination Board:

The petitioner "Shanghai Leon Networks In formation Co. Ltd", on the basis of the prior art, considers that the Chinese design patent No. 200730148751.9, of which the title is "EQUIPMENT FOR RECORDING OR REPRODUCTION OF SOUNDS OR PICTURES", does not comply with corresponding provisions of the Chinese Patent Law. According to Art.23 and Art.45 of the Chinese Patent Law and Rule.64 of the Implementing Regulations of the Chinese Patent Law, the petitioner filed the request for declaring invalidation against the above mentioned design patent.

Under Art.23 of the Chinese Patent Law, "any design for which patent right may be granted must not be identical with and similar to any design which, before the date of filing, has been publicly disclosed in publications in the country or abroad or has been publicly used in the country, and must not be in conflict with any prior right of any other person".

Under Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law, "for any identical invention-creation, only one patent right shall be granted".

The following evidences are provided to prove that there are similar designs which have been publicly disclosed in publications before the date of filing of the present patent, so that the above mentioned patent for design does not comply with Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law.

The evidences are as follows:

Evidence 1: A copy of the notarial deed with a serial number of (2008) 3236 issued by Shanghai Minhang notarial office.

Evidence 2: The cover, publication information page and page 60 of the magazine "eFashion Magazine", the 12th issue of 2004.

Evidence 3: The cover, publication information page and page 45 of the magazine "eFashion Magazine", the 119th issue in total with a publish date of June 1, 2005.

Evidence 4: The cover, publication information page and page 26 of the magazine "Communication Technology" published on April. 2006 and the 172th issue in total.

APLPROS0000011711

Chinese Design Patent No. 200730148751.9
Your Ref: APL1D562C.CN.6B
Our Ref: LIW080038

Evidence 5: The copy of the drawings or photos of the Chinese patent for design No. 200730148719.0 with a title "MOBILE COMMUNICATION DEVICE".

Evidence 6: The copy of the drawings or photos of the Chinese patent for design No. 200730148767.X with a title "DATA PROCESSING DEVICE".

1. The present patent obviously does not comply with the provisions of Art.23 of the Chinese Patent Law.

Evidence 1 shows a DMB MP3 player FM35 produced by LG Company and disclosed at web pages on June. 29, 2006 that is prior to the filling date and the priority date of the present patent. Said MP3 player is not only adapted for playing the conventional audio information, such as MP3, WMA, OGG etc and supporting AVI and ASF files, but also is available for receiving DMB programs and broadcast etc. for watching and for downloading pictures and texts by connecting to a computer. Firstly, the product of Evidence 1 pertains to a player, which usually has the functions of playing music and downloading pictures and texts. Thus the product disclosed by evidence 1 partly shares the same function with the product of the present patent and they belong to the similar class of the International Classification for Industrial Designs. Secondly, by comparing the player disclosed by evidence 1 with the six views of the present patent, it can be seen that the front views of the both two products are upright rectangles with four arc shaped corners. A frame is disposed on the four sides with an upright rectangle formed within the frame and a round button provided under the rectangle. The rear view shows an upright rectangle and the left and right side views also show an upright rectangle with arc shaped upside and downside portions. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. A strip-shaped frame is located above the inner rectangle in the front view of the present patent, and a music sign is located above the rectangle in the front view of evidence 1, but the difference between the strip-shaped frame and the music sign is not sufficient enough to make prominent influence to the whole visual effect due to its small size which can be considered as slight local changes. Thus, the designs of the present patent and the product of the evidence 1 disclosed before the filling date of the present patent are similar to each other.

Evidence 2 is the magazine "eFashion Magazine", the 12th issue of 2004, published on Dec. 1, 2004 that is prior to the filling date and the priority date of the present patent. Evidence 2 discloses a picture of a Dopod 818 intelligent mobile telephone. Firstly, evidence 2 discloses an intelligent mobile telephone usually has the function of recording or reproducing sound or pictures and thus belongs to the similar class with the product of the present patent. Secondly, it can be seen that the front view of the Dopod 818 intelligent mobile telephone disclosed in evidence 2 is an upright rectangle with arc shaped four corners. A

APLPROS0000011712

Chinese Design Patent No. 200730148751.9
Your Ref: APL1D562C.CN.6B
Our Ref: L1W080038

frame is disposed on the four sides with an upright inner rectangle formed within the frame. A strip-shaped frame is provided above the inner rectangle and a button is provided under the inner rectangle. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. The present patent and the product disclosed in evidence 2 are different in the location of the strip-shaped frame and the shape of the button, but the difference between them is not sufficient enough to make prominent influence to the whole visual effect due to its small size which can be considered as slight local changes. Thus, the designs of the present patent and the product of the evidence 2 disclosed before the filing date of the present patent are similar to each other.

Evidence 3 is the magazine "eFashion Magazine", the 119th issue in total, published on Jun. 1, 2005 that is prior to the filing date and the priority date of the present patent. Evidence 3 discloses a picture of a Dopod 828+ intelligent mobile telephone. Firstly, evidence 3 discloses an intelligent mobile telephone which has the function of recording or reproducing sound or pictures and thus belongs to the similar class with the product of the present patent. Secondly, it can be seen that the front view of the Dopod 828+ intelligent mobile telephone disclosed in evidence 3 is an upright rectangle with arc shaped four corners. A frame is disposed on the four sides with an inner upright rectangle formed within the frame. A strip-shaped frame is provided above the inner rectangle and a button is provided under the inner rectangle. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. The present patent and the product disclosed in evidence 3 are different in the shape of the button, but the difference between them, which can be considered as slight local changes and the conventional design for a product, is not sufficient enough to make prominent influence to the whole visual effect. Thus, the designs of the present patent and the product disclosed by evidence 3 disclosed before the filing date of the present patent are similar to each other.

Evidence 4 is the magazine "Communication Technology", the 172[th] issue in total, published on April. 2006 that is prior to the filing date and the priority date of the present patent. Evidence 4 discloses a picture of a Dopod 828+ intelligent mobile telephone. Firstly, evidence 4 discloses an intelligent mobile telephone which has the function of recording and reproducing sound and pictures and thus belongs to the similar class with the product of the present patent. Secondly, it can be seen that the front view of the Dopod 828+ intelligent mobile telephone disclosed in evidence 4 is an upright rectangle with arc shaped four corners. A frame is disposed on the four sides with an upright inner rectangle formed within the frame. A strip-shaped frame is provided above the inner rectangle and a button is provided under the inner rectangle. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect. The present patent and the product disclosed in

3

APLPROS0000011713

Chinese Design Patent No. 200730148751.9
Your Ref: APL1D562C.CN.6B
Our Ref: LIW080038

evidence 4 are different in the location of the strip-shaped frame and the shape of the button, but the difference between them, which can be considered as slight local changes, is not sufficient enough to make prominent influence to the whole visual effect. Thus, the designs of the present patent and the product disclosed by evidence 4 disclosed before the filling date of the present patent are similar to each other.

According to the above-mentioned evidences 1-4, it involves the conventional design in the field to design an equipment for recording or reproducing sound and pictures as an upright rectangle with arc shaped four corners wherein a frame is disposed on the four sides with an upright inner rectangle formed within the frame with a strip-shaped frame provided above the inner rectangle and button/buttons provided under the inner rectangle. In addition, similar designs have been publicly disclosed in publications in china. Therefore, the present patent obviously does not comply with Art.23 of the Chinese Patent Law.

2. The present patent does not comply with the provisions of Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law.

According to corresponding regulations of the Guidelines for Examination, two identical or similar deigns can be considered as the same design, identity of designs means that the design being examined and the prior design are designs for the same class of products, and all the design features of the design being examined and the corresponding design features of the prior design are identical, wherein design features mean the three features of shape, pattern and color of a design. The products of the same class refer to the products that have completely the same use. Products of approximate classes refer to products that have the similar use. Similarity of designs exists only among products that belong to the same class or approximate classes. It should be noted that for products having multiple uses, if some of the uses are the same and some are not, they are regarded as products of approximate classes.

Evidence 5 shows a Chinese patent for design No. 200730148719.0 with a title "MOBILE COMMUNICATION DEVICE", which has the same filing date of Jun. 29, 2007 as the present patent. Firstly, the product of Evidence 5 pertains to a mobile communication device which usually has the function of data download and playing music. Some of the uses of the product disclosed by evidence 5 and the present patent are identical, and thus the two products are regarded as products of approximate classes. Secondly, the front view disclosed in evidence 5 and that of the present patent are completely identical. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect despite the slight differences between the rear views or left side views and right side views of the two products. Therefore, the products of

APLPROS0000011714

Chinese Design Patent No. 200730148751.9
Your Ref: APL1D562C.CN.6B
Our Ref: LIW080038

evidence 5 and the present patent do not have prominent differences in the whole visual effect and posses the similarity.

Evidence 6 shows a Chinese patent for design No. 200730148767.x with a title "DATA PROCESSING DEVICE", which has the same filling date of Jun. 29, 2007 as the present patent. Firstly, the present patent pertains to an equipment for recording or reproducing sound and pictures which usually has the functions of playing music and downloading pictures and texts. Some of the uses of the product disclosed by evidence 6 and the present patent are identical, and thus the two products are regarded as products of approximate classes. Secondly, the front view disclosed in evidence 6 and that of the present patent are completely identical. The front view, which shows the parts easily seen in use, makes a greater influence on the whole visual effect despite the slight differences between the rear views or left side views and right side views of the two products. Therefore, the products of evidence 6 and the present patent do not have prominent differences in the whole visual effect and possess the similarity.

According to the above-mentioned evidences 5-6, the present patent and evidences 5-6 are identical designs, thereby failing to comply with Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law.

To sum up, the above-mentioned evidences prove that there are similar designs which have been publicly disclosed in publications in china before the date of filing of the present patent, so that the present patent obviously does not comply with Art.23 of the Chinese Patent Law and Rule.13 (1) of the Implementing Regulations of the Chinese Patent Law. The petitioner therefore requests the Board to declare the above mentioned patent for design completely invalid.

Petitioner: Shanghai Leon Networks In formation Co. Ltd

Patent Attorney: Advance China I.P. Law Office

Zeng Minhui    Zhao Lei

Nov. 12, 2008

APLPROS0000011715

## Patent Reexamination Board of the State Intellectual Property Office of the PRC

| | |
|---|---|
| Vantone New World Plaza, 8th Flr. 2, Fuchengmenwai Street, Beijing 100037, China | Issued        on:Dec. 11, 2008 |

| | |
|---|---|
| Patent No.: 200730148719.0 | PRB's Docket No.: W608509 |
| Title of the Invention:        MOBILE COMMUNICATION DEVICE | |
| Petitionee (patentee):        APPLE INC. | |
| Petitioner:        SHANGHAI LEON NETWORKS INFORMATION CO., LTD | |

Notification for Acceptance of Request for Invalidation

To the Patentee:

The petitioner filed a request for invalidation of the captioned patent on Nov. 21, 2008. After a formal examination, the request is found to be in conformity with the provisions of the Chinese Patent Law and the Implementing Regulations of the Chinese Patent Law, and thus is accepted. The patentee is requested to make observations on the request for invalidation within **one month** of receipt of this notification. Failing to respond within said time limit will not affect the Patent Reexamination Board's examination thereof. The observations shall be submitted in two copies, with the PRB's docket number and the patent number indicated.

Pursuant to Rule 68 of the Implementing Regulations of the Chinese Patent Law,