- 6 -                                              Andre *et al.*
                                           Appl. No. 29/328,018

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:    January 27, 2010

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1074088_1.doc

Atty. Dkt. No. 2607.0590002(P4984USC5)/TGD/AK

APLPROS0000011838

Equivalent of Form PTO/SB/08a (4-09)

| Substitute for form 1449/PTO **THIRD SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | *Complete if Known* | |
|---|---|---|
| | Application Number | 29/328,018 |
| | Filing Date | November 18, 2008 |
| | First Named Inventor | Bartley K. Andre |
| | Art Unit | 2911 |
| | Examiner Name | Angela J. Lee |
| Sheet \| 1 \| of \| 1 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP7 | JP 2004 290256 | 10-26-2005 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1074097_1.doc

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLPROS0000011839

FP7

# Document made available under the Patent Cooperation Treaty (PCT)

International application number:  PCT/JP2005/017797

International filing date:          28 September 2005 (28.09.2005)


Document type:        Certified copy of priority document

Document details:     Country/Office:  JP
                      Number:          2004-290256
                      Filing date:     01 October 2004 (01.10.2004)


Date of receipt at the International Bureau:    15 November 2005 (15.11.2005)


Remark:    Priority document submitted or transmitted to the International Bureau in
           compliance with Rule 17.1(a) or (b)



World Intellectual Property Organization (WIPO) - Geneva, Switzerland
Organisation Mondiale de la Propriété Intellectuelle (OMPI) - Genève, Suisse

APLPROS0000011840

# 日 本 国 特 許 庁
## JAPAN PATENT OFFICE

別紙添付の書類に記載されている事項は下記の出願書類に記載されている事項と同一であることを証明する。

This is to certify that the annexed is a true copy of the following application as filed with this Office.

出 願 年 月 日
Date of Application: 　２００４年１０月　１日

出 願 番 号
Application Number: 　特願２００４－２９０２５６

パリ条約による外国への出願
に用いる優先権の主張の基礎
となる出願の国コードと出願
番号
The country code and number
of your priority application,
to be used for filing abroad
under the Paris Convention, is 　ＪＰ２００４－２９０２５６

出 願 人
Applicant(s): 　シャープ株式会社

２００５年１０月２６日

特許庁長官
Commissioner,
Japan Patent Office




【書類名】　　　　　　特許願
【整理番号】　　　　　1041618
【提出日】　　　　　　平成16年10月　1日
【あて先】　　　　　　特許庁長官殿
【国際特許分類】　　　H04N　5/44
【発明者】
　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　【氏名】　　　　　大木　邦裕
【発明者】
　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　【氏名】　　　　　高田　英典
【発明者】
　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　【氏名】　　　　　小山　啓一
【発明者】
　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　【氏名】　　　　　福定　良佑
【特許出願人】
　　【識別番号】　　　000005049
　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号
　　【氏名又は名称】　シャープ株式会社
【代理人】
　　【識別番号】　　　100064746
　　【弁理士】
　　【氏名又は名称】　深見　久郎
【選任した代理人】
　　【識別番号】　　　100085132
　　【弁理士】
　　【氏名又は名称】　森田　俊雄
【選任した代理人】
　　【識別番号】　　　100083703
　　【弁理士】
　　【氏名又は名称】　仲村　義平
【選任した代理人】
　　【識別番号】　　　100096781
　　【弁理士】
　　【氏名又は名称】　堀井　豊
【選任した代理人】
　　【識別番号】　　　100098316
　　【弁理士】
　　【氏名又は名称】　野田　久登
【選任した代理人】
　　【識別番号】　　　100109162
　　【弁理士】
　　【氏名又は名称】　酒井　将行
【手数料の表示】
　　【予納台帳番号】　008693
　　【納付金額】　　　16,000円
【提出物件の目録】
　　【物件名】　　　　特許請求の範囲　1

APLPROS0000011842

【物件名】　　　　　明細書　　１
【物件名】　　　　　図面　　　１
【物件名】　　　　　要約書　　　１
【包括委任状番号】　　０２０８５００

APLPROS0000011843

【請求項１】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構とを備え、
　前記回転の中心は、前記第１および第２の筐体の重なり部分の中心とほぼ一致する、携帯情報端末。
【請求項２】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構とを備え、
　前記第２の筐体は、前記表示部の表示項目を取捨選択する、前記第１の筐体側に配置された操作キーを有する、携帯情報端末。
【請求項３】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的にスライドおよび回転するように前記第１および第２の筐体を連結する回転連結機構とを備えた、携帯情報端末。
【請求項４】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構と、
　前記第１および第２の筐体の少なくとも一方であって、表示部と反対側の面に設けられたストラップ部とを備えた携帯情報端末であって、
　前記ストラップ部は、操作者が前記携帯情報端末を握持する状態において操作者の手に係合し、
　前記携帯情報端末が載置面上に置かれた状態では前記ストラップ部は載置面と接触して前記携帯情報端末を支持する、携帯情報端末。
【請求項５】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構と、
　前記第２の筐体に設けられ、前記表示部の両側に設けられたステレオスピーカと、
　前記表示部での画像の表示状態に応じて前記ステレオスピーカからのステレオの再生状況を切換える制御部とを備えた、携帯情報端末。
【請求項６】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構と、
　前記第１および第２の筐体を重ね合わせた厚みとほぼ均しい厚みを有し、前記第２の筐体に収納される撮像部とを備えた、携帯情報端末。
【請求項７】
　第１の面と、その第１の面の反対側に位置する第２の面とを有する第１の筐体と、
　第３の面と、その第３の面の反対側に位置する第４の面とを有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、

APLPROS0000011844

　前記第５の筐体および第６の筐体のうち少なくとも一方の筐体を保持する第１の回転連結機構と、

　第１の筐体に対して第１の回転連結機構が相対的に回転するように前記第１の回転連結機構と前記第１の筐体とを連結する第２の回転連結機構とを備え、

　前記第１の回転連結機構は、前記第３の面および前記第４の面が前記第１の面に向かい合うことが可能なように前記第２の筐体を保持する、携帯情報端末。

【請求項８】

　前記第１および第２の筐体が一直線上に並んだ状態から前記第２の筐体は前記第１の方向および前記第１の方向と異なる第２の方向とに回転可能である、請求項１から７のいずれか１項に記載の携帯情報端末。

【請求項９】

　地上波デジタル放送を受信して表示部に表示することが可能である、請求項１から８のいずれか１項に記載の携帯情報端末。

APLPROS0000011845

【書類名　明細書】

【発明の名称】　携帯情報端末

【技術分野】

【０００１】

　この発明は、携帯情報端末に関し、特に映像を表示することが可能な携帯情報端末に関するものである。

【背景技術】

【０００２】

　従来、携帯情報端末は、たとえば特開２００４－５４４０９号公報（特許文献１）、特開２００３－１７４４９５号公報（特許文献２）、特開２００３－２４４３０３号公報（特許文献３）、実用新案登録第３０８８１５７号公報（特許文献４）に開示されている。

　　　【特許文献１】　特開２００４－５４４０９号公報

　　　【特許文献２】　特開２００３－１７４４９５号公報

　　　【特許文献３】　特開２００３－２４４３０３号公報

　　　【特許文献４】　実用新案登録第３０８８１５７号公報

【発明の開示】

【発明が解決しようとする課題】

【０００３】

　従来の技術では、表示部と本体を合わせた大きさが大きくなるという問題があった。

【０００４】

　また、従来の技術では、モバイルツールとして携帯情報端末を使用する場合に持ちにくく、使いやすさに問題があった。

【０００５】

　さらに、従来の携帯情報端末では、大きなカメラユニットを搭載することが困難であるという問題があった。

【０００６】

　そこで、この発明は上述のような問題点を解決するためになされたものである。

【０００７】

　この発明の１つの目的は、携帯情報端末において、保持性を高めつつ横長画面を視聴できるＬ形の状態で、その全体の大きさを小さくすることである。

【０００８】

　また、この発明の別の目的は、携帯情報端末において、モバイル環境で使用する「持つツール」としての使いやすさを高めることである。

【０００９】

　また、この発明の別の目的は、携帯情報端末において、大きなカメラユニット（高性能なレンズの部品）を搭載しつつ、スライド方式を実現させることが可能な携帯情報端末を提供することである。

【課題を解決するための手段】

【００１０】

　この発明の１つの局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第１および第２の筐体を連結する回転連結機構とを備える。回転の中心は、第１および第２の筐体の重なり部分の中心とほぼ一致する。

【００１１】

　このように構成された携帯情報端末では、回転の中心は第１および第２の筐体の重なり部分の中心とほぼ一致するため、回転の中心が重なり部分の中心と一致しない場合に比べて、Ｌ字形の状態で全体のサイズが小さくなる。これにより手の平からはみ出す表示部の面積が少なくなり、全体の大きさを小さくすることができる。また、使用時のスタイルも美しくなる。

【００１２】

この発明のさらに別の局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第１および第２の筐体を連結する回転連結機構とを備える。第２の筐体は、表示部の表示項目を取捨選択する、第１の筐体側に配置された操作キーを有する。

【００１３】

このように構成された携帯情報端末では、第１の筐体側には、表示部の表示項目を取捨選択する操作キーが配置されるため、操作者が第１の筐体を保持して第２の筐体に設けられた操作キーを親指で操作する場合に、親指に無理な力がかからず、自由度が高まることで、使いやすさを高めることができる。なおかつ、手が美しく見える。

【００１４】

この発明のさらに別の局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的にスライドおよび回転するように第１および第２の筐体を連結する回転連結機構とを備える。

【００１５】

このように構成された携帯情報端末では、スライドさせることが可能であるため、始めに上下方向のスライドをさせることで頻度の高い通話やメールのしやすい、従来より使い勝手に優れた縦長画面の形状を確保できる。その結果、使いやすさが向上する。

【００１６】

この発明の別の局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第１および第２の筐体を連結する回転連結機構と、第１および第２の筐体の少なくとも一方であって、表示部と反対側の面に設けられたストラップ部とを備える。ストラップ部は、操作者が携帯情報端末を握持する状態において操作者の手に係合し、携帯情報端末が載置面上に載置された状態ではストラップ部は載置面と接触して携帯情報端末を支持する。

【００１７】

このように構成された携帯情報端末では、ストラップ部を使用することで握る力が弱まり、疲労を軽減できる。また、手を広げても落下しにくいため、破損や損傷を防止することができる。その結果、モバイル環境で使用する「持つツール」としての使いやすさが向上する。

【００１８】

この発明の別の局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第１および第２の筐体を連結する回転連結機構と、第２の筐体に設けられ、表示部の両側に設けられたステレオスピーカと、表示部での画像の表示状態に応じてステレオスピーカからのステレオの再生状況を切換える再生部とを備える。

【００１９】

このように構成された携帯情報端末では、表示部での画像の表示状態に応じてステレオスピーカからのステレオ再生状況が制御部により切換えられるので、常に表示状態に応じた再生が可能となる。その結果、使い勝手が向上する携帯情報端末を提供することができる。

【００２０】

この発明のさらに別の局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第１および第２の筐体を連結する回転連結機構と、第１および第２の筐体を重ね合わせた厚みとほぼ均しい厚みを有し、第２の筐体に収納される撮像部とを備える。

【００２１】

APLPROS0000011847

　この…合わせた厚みとほぼ均しい厚みを有する撮像部が第２の筐体に収納されるため、大きなカメラレンズを搭載することが可能となる。その結果、撮像部のサイズの制約を受けずにレンズ構造を実現できる。

【００２２】

　この発明のさらに別の局面に従った携帯情報端末は、第１の面と、その第１の面の反対側に位置する第２の面とを有する第１の筐体と、第３の面と、その第３の面の反対側に位置する第４の面とを有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第２の筐体を保持する第１の回転連結機構と、第１の筐体に対して第１の回転連結機構が相対的に回転するように第１の回転連結機構と第１の筐体とを連結する第２の回転連結機構とを備える。第１の回転連結機構は、第３の面および第４の面が第１の面に向かい合うことが可能なように第２の筐体を保持する。

【００２３】

　このように構成された携帯情報端末では、第３の面および第４の面が第１の面に向かい合うことが可能なように第１の筐体を第１の回転機構が保持するため、第２の筐体のうち、第３の面および第４の面のいずれか保護が必要な面を第１の面に向かい合わせて収納することができる。その結果、使いやすさが向上した携帯情報端末を提供することができる。

【００２４】

　より好ましくは、第１および第２の筐体が一直線上に並んだ状態から第２の筐体は第１の方向および第１の方向と異なる第２の方向とに回転可能である。

【００２５】

　より好ましくは、地上波デジタル放送を受信して表示部が表示する。

【発明の効果】

【００２６】

　この発明に従えば、全体の大きさを小さくすることができる携帯情報端末を提供できる。

【００２７】

　この発明に従えば、使いやすさが向上した携帯情報端末を提供することができる。

【００２８】

　この発明に従えば、大きな撮像部を搭載することが可能な携帯情報端末を提供できる。

【発明を実施するための最良の形態】

【００２９】

　以下、この発明の実施の形態について、図面を参照して説明する。なお、以下の実施の形態では同一または相当する部分については、同一の参照符号を付し、その説明については繰返さない。

【００３０】

　（実施の形態１）

　図１は、この発明の実施の形態１に従った携帯情報端末の模式的な平面図である。図１を参照して、この発明の実施の形態１に従った携帯情報端末１０は、操作部１１を有する第１の筐体１と、表示部２１を有し、その一部分が第１の筐体１と重なり合う第２の筐体２と、第１の筐体１に対して第２の筐体２が相対的に回転するように第１および第２の筐体１，２を連結する回転連結機構３とを備える。回転の中心としての回転軸３１は、第１および第２の筐体１，２の重なり部分４の中心Ｃとほぼ一致する。

【００３１】

　第１の筐体１に回転連結機構３により第２の筐体２が取付けられる。第２の筐体２は回転軸３１を中心として回転することが可能であり、図１で示すように「Ｌ」字形、および一直線上に配列することが可能である。また、第２の筐体２のすべての領域が第１の筐体１を覆うことも可能である。

APLPROS0000011848

　第２の筐体２は表示部２１を有し、文字情報、画像情報などを表示することが可能である。表示部２１としては、液晶ディスプレイ、有機エレクトロルミネッセンスディスプレイなどを用いることが可能である。

【００３３】
　回転連結機構３は回転軸３１を有し、回転軸３１を中心として第１の筐体１に対して第２の筐体２が回転することが可能である。実施の形態１では、２つの筐体の重なる面積（図１中の斜線で示す面積）をできるだけ小さくしている。これにより、全体の大きさを小さくすることができる。

【００３４】
　図２は、従来の携帯情報端末の平面図である。従来の携帯情報端末１０は、回転の中心としての回転軸３１と、重なり部分４の中心Ｃとがずれている。これにより、全体が大きくなり、コンパクト化を図ることができない。

【００３５】
　図３は、この発明の実施の形態１に従った携帯情報端末の使用状態を示す斜視図である。図３を参照して、この発明の実施の形態１に従った携帯情報端末１０は、操作部１１を有する第１の筐体１と、表示部２１を有し、その一部分が第１の筐体１と重なり合う第２の筐体２と、第１の筐体１に対して第２の筐体２が相対的に回転するように第１および第２の筐体１、２を連結する回転連結機構３とを備える。第２の筐体２は、表示部２１の表示項目２１ａを取捨選択する、第１の筐体１側に配置された操作キー２４を有する。

【００３６】
　第１の筐体１は直方体形状であり、その隅部が丸められた形状とされる。第１の筐体１において、操作部１１は、テンキーなどから構成されるスイッチであり、その数に関しては特に制限されるものではない。また、操作部１１は、押圧スイッチではなく、表面弾性波を用いたタッチパネルにより構成されていてもよい。

【００３７】
　第２の筐体２は第１の筐体１に対してスライドおよび回転可能に、回転連結機構３により保持される。図３では、携帯情報端末１が「Ｌ」字形となるように第２の筐体２が位置決めされているが、これに限られるものではなく、第２の筐体２は第１の筐体１に対して回転することが可能である。第２の筐体２の中央部には、表示部２１が設けられる。表示部２１では、携帯情報端末１０が受信した情報および携帯情報端末１０に内蔵される情報などが液晶表示される。表示部２１は、図３では横長の画面であるが、これに限られるものではなく、表示部２１が正方形の画面であってもよい。また、表示部２１の隅部が丸められて楕円形の表示面を構成していてもよい。

【００３８】
　表示部２１には、複数の表示項目２１ａが表示される。表示項目２１ａの内容は特に制限されるものではないが、たとえば、メール機能、カメラ機能、履歴機能などを表わす表示項目が表示部２１で表示され、操作キー２４でそれらの表示項目のうちいずれかを選び、所定の表示項目２１ａを選択した後操作キー２４を押圧することでその表示内容を選択するような構成を採用してもよい。

【００３９】
　表示部２１の両側には、スピーカ部１６０が配置される。スピーカ部１６０は音声を再生する機能を有し、表示部２１で表示された画像に対応する音声を発する。なお、スピーカ部１６０は表示部２１の両側に存在するため、スピーカ部１６０にステレオ機能を持たせてもよい。また、省電力化のために、左右の一方のスピーカ部１６０のみを駆動させることも可能である。

【００４０】
　スピーカ部１６０には、スピーカ２２が設けられる。スピーカ２２は通話相手の声を使用者（操作者）に伝達するための機構であり、音声を伝達する役割を果たす。

【００４１】

APLPROS0000011849

スピ ー ビ 電話として携帯情報端末１０を用いる場合に操作者を撮影する機能を有する。カメラ２３は、図３で示す位置に限られず、スピーカ部１６０のとの部分にあってもよい。

【００４２】

第２の筐体２のうち、第１の筐体１に近い部分には、操作キー２４が設けられる。操作キー２４はたとえば十字キーとプッシュキーの組合せにより構成される。この場合、十字キーにより必要な表示項目２１ａを選択し、プッシュキーによりその機能を決定する。また、操作キー２４が十字スイッチにのみより構成されて、決定はスイッチ２６で行なうことも可能である。また操作キー２４は、スクロールスイッチ、トラックボールなどのさまざまなスイッチで構成することが可能である。操作者４０１の親指が操作キー２４を操作しやすいようにするために、操作キー２４は第１の筐体１に近い側に設けられる。図３では、操作者４０１は右手で操作キー２４を押圧することが可能であるが、第２の筐体２の回転方向を逆方向とすることで、操作キー２４が左側に位置し、操作者４０１は左手で操作キー２４を押圧することが可能となる。

【００４３】

図４は、この発明の実施の形態１に従った携帯情報端末の斜視図である。図４を参照して、携帯情報端末１０は、ほぼ直方体形状で、互いに重なり合うことが可能な第１および第２の筐体１、２と、第１の筐体１および第２の筐体２を連結し、かつ第１の筐体１に対して第２の筐体２を回転およびスライドさせることが可能な回転連結機構３を備える。第２の筐体２は長手方向に延在するような形状を有し、そのド端部には操作キー２４が配置され、その上端部にはスピーカ２２が配置される。操作キー２４の位置としては、図４で示す第２の筐体２の短辺のみに設けられるものではなく、長辺側に操作キー２４が設けられていてもよい。操作キー２４は、さらにスピーカ部１６０に配置されてもよい。

【００４４】

操作キー２４両側には、スイッチ２５、２６が設けられる。スイッチ２５、２６は、操作キー２４で選択した事項を選択するための機能を有する。また、これに限られず、スイッチ２５、２６は、特定の機能を選択するためのスイッチでもよい。たとえば、スイッチ２５を押圧すれば地上波デジタル放送を受信し、スイッチ２６を押圧するとメール機能が作動するようにしてもよい。

【００４５】

さらに、スイッチ２５、２６を多機能スイッチに置換えることも可能である。

【００４６】

図４で示すように、携帯情報端末１０では、アンテナが表面に現われていない。アンテナを有しないような携帯情報端末、たとえば電子手帳などとして携帯情報端末１を使用する場合には、アンテナは不要である。これに対して、外部との情報を電波によりやり取りする装置として携帯情報端末１０を使用する場合、たとえば携帯電話機、テレビの受信機として携帯情報端末１０を使用する場合には、アンテナが携帯情報端末１０に設けられる。この場合、アンテナは、第１の筐体１または第２の筐体２のいずれかに埋込まれることが可能である。さらに、外部に突出するようにアンテナが携帯情報端末１０に取付けられていてもよい。

【００４７】

図５は、スライドした第２の筐体を示す携帯情報端末の斜視図である。図５を参照して、第２の筐体２は第１の筐体１に対して矢印Ｌ１で示す方向にスライド可能である。第１の筐体１に対して第２の筐体２がスライドすれば、第１の筐体１の操作部１１が現われる。なお、スライドの態様に関しては特に限定されるものではなく、一度に図５で示す位置まで第２の筐体２がスライドしてもよい。またこれとは異なり、段階的に第２の筐体２が第１の筐体１に対してスライドしてもよい。また、スライドの方法としても、手動、電動などさまざまな方法を採用することが可能である。

【００４８】

回転連結機構３は第１の筐体１に対して第２の筐体２をスライド可能に保持する。また

APLPROS0000011850

一旦所定位置に配置されると、そこに第２の筐体２が回転連結機構
３が保持する。

【００４９】
　図６は、ある方向に９０°回転した第２の筐体を有する携帯情報端末の斜視図である。
図６を参照して、矢印Ｒ１で示す方向（第１の方向）に携帯情報端末１０の第２の筐体２
は回転することが可能である。このとき、回転により生じた重なり部分の中心は、回転軸
とほぼ一致する。第２の筐体２が回転すると表示部２１は横長の画面となり、テレビを受
信し、その内容を表示するのに好ましい形態となる。第２の筐体２が矢印Ｒ１で示す方向
に回転する際には、回転連結機構３が第２の筐体２の安定した回転を実現できる。回転に
より、第１の筐体１と第２の筐体２とが所定量重なり合い、携帯情報端末１０の全体の大
きさを小さくすることができる。

【００５０】
　図７は、図５で示す状態から逆方向に回転した第２の筐体を有する携帯情報端末の斜視
図である。図７を参照して、第２の筐体２は第１の筐体１に対して矢印Ｒ２で示す逆方向
に回転することも可能である。回転の態様としては特に制限されず、図６および図７で示
す位置で回転が止まるようにストッパ機能を設けてもよい。また、ストッパ機能を設けず
、第１の筐体１に対して第２の筐体２が無制限に回転するようにしてもよい。さらに、図
５で示すスライドした位置でのみ回転が可能なように回転連結機構３を構成してもよい。
これとは逆に、図４で示すように閉じた位置において第１の筐体１に対して第２の筐体２
が回転するように回転連結機構３を設けてもよい。

【００５１】
　図８は、回転連結機構を説明するために示す第１の筐体の斜視図である。図９は、回転
連結機構を説明するために示す第２の筐体の斜視図である。図８を参照して、第１の筐体
１は、底キャビネット１ａとトップキャビネット１ｂとにより構成される。底キャビネッ
ト１ａおよびトップキャビネット１ｂは互いにねじなどにより固定されており、底キャビ
ネット１ａおよびトップキャビネット１ｂの取囲まれた空間に、たとえばガラエポ基板が
配置され、その上にさまざまな半導体が搭載される。トップキャビネット１ｂには、フラ
ンジ３２が固定されており、フランジ３２から突出するように回転軸３１が設けられる。
回転軸３１は円筒形状であり、トップキャビネット１ｂから突出するように延びている。

【００５２】
　回転軸３１の先端がフランジ３３となっており、この部分で径が大きくなっている。回
転軸３１にはプレート部材３５が嵌め合わされており、プレート部材３５は第２の筐体
２に取付けられる。図８では、フランジ３２およびプレート部材３５は四角形、フランジ３
３は円形であるが、これに限られるものではなく、フランジ３２，３３およびプレート部
材３５は四角および円形のいずれであってもよい。また、六角形、三角形などの他の多角
形および楕円などの他の形状とすることも可能である。

【００５３】
　図９を参照して、第２の筐体２は、底キャビネット２ａおよびトップキャビネット２ｂ
を有する。底キャビネット２ａおよびトップキャビネット２ｂに取囲まれた空間には、液
晶基板が配置される。トップキャビネット２ｂ側に液晶表示装置を視認するための窓が設
けられる。底キャビネット２ａには、溝２８が一方向に延びるように形成され、図８で示
す回転軸３１を受入れる。

【００５４】
　図１０は、図８中のＸ－Ｘ線に沿った断面図であって、第１の筐体と第２の筐体とを組
合せた携帯情報端末の断面図である。図１０を参照して、第１の筐体１と第２の筐体２と
が回転連結機構３により連結されている。回転連結機構３は、回転軸３１と、回転軸３１
の両端に設けられたフランジ３２，３３と、フランジ３３に係合するプレート部材３５と
を有する。回転軸３１は中空形状であり、その中を配線７０が通過している。回転軸３１
の一方端に設けられたフランジ３２は第１の筐体１のトップキャビネット１ｂ内周面に固
着される。これにより、回転軸３１も第１の筐体１に固着される。

APLPROS0000011851

回転軸３１の先端部ではフランジ３３が回転軸３１の中心から遠ざかる方向に延びる。フランジ３３は、第２の筐体２の底キャビネット２ａに取付けられたプレート部材３５と向かい合う。プレート部材３５は溝２８の一部分を覆い、フランジ３３が溝２８から抜け落ちるのを防ぐ働きを有する。

【００５６】

図１１は、回転軸の斜視図である。図１１を参照して、回転軸３１は一定の外周径を有し、その両端部にフランジ３２、３３が取付けられる。なお、図１１では、回転軸３１は円柱形状であるが、これに限られるものではなく、角柱形状または楕円柱形状で中心軸としての回転軸３１を構成してもよい。

【００５７】

図１２は、別の局面に従った回転軸３１の斜視図である。図１２を参照して、回転軸３１が幅の細い平面３１ａを有していてもよい。平面３１ａでは、回転軸３１の直径が小さくなる。この部分が溝に係合した場合には、回転軸３１が回転せず、回転軸３１がスライドのみするように設定されていてもよい。

【００５８】

図１３は、溝の平面図である。図１４は、別の局面に従った溝の平面図である。図１３および図１４を参照して、溝２８の形は幅が変化するものでもよく（図１３）または、幅がほぼ一定のものでもよい（図１４）。

【００５９】

図１３では、幅の狭い部分において図１２の平面３１ａを噛み合せることでこの部分では回転軸３１の回転を防止する。溝２８のうち径が大きくなった部分では回転軸３１を回転させることが可能である。

【００６０】

なお、図１３および図１４では、溝２８は直線状に延びているが、これに限られるものではなく、溝２８は、回転軸３１のスライドを妨げない程度に蛇行していてもよい。

【００６１】

図１５および図１６は、携帯情報端末内の配線を示す図である。図１５を参照して、携帯情報端末１の第１の筐体１および第２の筐体２には、それぞれ端子７１、７２が配置されている。端子７１、７２間を配線７０が接続する。配線７０は端子７１、７２間で情報および電力のやり取りを行なう。図１５で示す状態では、第１の筐体１に対して第２の筐体２がスライドした状態である。この状態であっても、端子７１と端子７２とが配線７０により電気的に接続される。なお、第１の筐体１と第２の筐体２の間の電気信号のやり取りを行なう方法として、この実施の形態で示すように可撓性を有する配線（丸線）で２つの端子７１、７２を接続する方法だけでなく、たとえば、フレキシブルプリント回路（ＦＰＣ）を用いて端子７１、７２を接続してもよい。さらに、第１の筐体１および第２の筐体２の境界領域に金属レールを形成し、第１の筐体および第２の筐体が常にこの金属レールに接することで、金属レールを介して電気信号および電力のやり取りを行なってもよい。

【００６２】

図１６を参照して、第１の筐体１と第２の筐体２が重ね合わされた場合であっても、配線７０は端子７１、７２を接続する。このように、配線７０に遊び（余裕）を持たせていることで、第１の筐体１に対して第２の筐体２がスライドしても、第１の筐体１と第２の筐体２とを配線７０により電気的に接続される。

【００６３】

図１７は、携帯情報端末の分解斜視図である。図１７を参照して、携帯情報端末１０は、第１の筐体１、第２の筐体２および第１の筐体１と第２の筐体２とを接続する回転連結機構３とを備える。第１の筐体１には回転連結機構３を構成するロックプレート６が収納される。ロックプレート６は、貫通孔６１、貫通孔６１近傍に設けられた回転規制ピン６２およびロック機能を有するロックばね６３を有する。ロックプレート６上には、回転プ

APLPROS0000011852

レート５の上面中央に円弧状に切り欠いた形状とした円弧形状である回転規制溝５２と、回転プレート５の両側に、互いに並行に延びるように配置された１対のスライドレール５１と、回転プレート５の端部に切欠き状に設けられた凹部５３とを有する。

【００６４】

スライドレール５１には、底キャビネット２ａが嵌り合う。底キャビネット２ａの両端部に凸部２ｄが形成され、この部分でスライドレール５１が引掛かる。底キャビネット２ａにはロック解除ピン２ｃが設けられ、ロック解除ピン２ｃが凹部５３に嵌り合ってロックばね６３を押圧することでロックが解除される。

【００６５】

図１８から図２２は、回転連結機構の動作を説明するための図である。図１８を参照して、第１の筐体と第２の筐体が重ね合わされた状態では、ロックばね６３が回転プレート５の凹部５３に嵌り合っている。このため、回転プレート５は回転軸３１を中心として回転することができない。同様に、第２の筐体の底キャビネット２ａも回転軸３１を中心として回転することができない。これにより、第１の筐体に対して第２の筐体が回転できない状態が維持される。

【００６６】

図１９は、図１８中のＸＩＸ－ＸＩＸ線に沿った断面図である。図１９を参照して、回転プレート５の一部分にロックばね６３が係合している。これにより、回転プレート５は回転することができない。同様に、底キャビネット２ａも回転することができない。

【００６７】

図２０を参照して、底キャビネット２ａを矢印で示す方向にスライドさせると、ロック解除ピン２ｃがロックばね６３を押し下げる。これにより、ロックが解除される。

【００６８】

図２１は、図２０中のＸＸＩ－ＸＸＩ線に沿った断面図である。図２１を参照して、ロック解除ピン２ｃがロックばね６３を押し下げる。これにより、ロックばね６３と回転プレート５との間の係合が解除される。

【００６９】

図２２を参照して、ロックが解除されれば、回転プレート５は底キャビネット２ａとともに回転軸３１を中心として回転する。このとき回転規制ピン６２が回転規制溝５２に規制されることで、図２０で示す状態から９０°回転した位置で停止する。なお、この回転規制角度については特に限定されるものではなく、たとえば図２０で示す位置から１２０°回転した位置で回転が止まるように設定してもよい。

【００７０】

図２３から図２６は、別の局面に従った回転連結機構を示す図である。図２３を参照して、第１の筐体１には、溝１２が設けられている。溝１２は従形状であり、直線状に延びるスライド部分と、円弧状に延びる回転部分とにより構成される。溝１２には、第２の筐体に設けられる回転軸３１および回転規制ピン６２が嵌め合わせられる。回転規制ピン６２および回転軸３１は溝１２内をスライドして移動することが可能である。

【００７１】

図２４を参照して、溝１２内を回転規制ピン６２および回転軸３１を移動させることができる。これにより、第１の筐体１に対して第２の筐体２がスライドする。直線状の溝１２の端部で回転規制ピン６２が止まる。この図２４で示す位置がスライドの限界位置である。この位置からはさらにスライドすることができない。

【００７２】

図２５を参照して、回転軸３１を中心として第１の筐体１が第２の筐体２に対して回転することが可能である。この場合、回転中に回転規制ピン６２は溝１２内を移動し、溝１２の端部で止まる。図２５では、９０°回転した位置で第１の筐体１の回転が規制されるように溝１２が設けられている。

【００７３】

図２６に示すように、第１の筐体１を右回りに回転させることも可能である。この場合にも、回転規制ピン６２が溝１２の端部に引掛ることで回転が規制される。図２６では、図２４で示す位置から第１の筐体１が９０°回転した位置で停止している。

【００７４】

次に、携帯情報端末の内部の回路構成について説明する。図２７は、実施の形態１における携帯情報端末の電気回路部の一部を示す回路ブロック図である。図２７を参照して、この発明の実施の形態１に従った携帯情報端末１０の電気回路部は、地上波アナログ放送受信部と、地上波デジタル放送受信部と、携帯電話無線部とを有している。

【００７５】

地上波アナログ放送受信部では、アンテナ１０１で受信された信号はＶＨＦ／ＵＨＦチューナ回路１０２と映像ＩＦ（interface）／音声ＩＦ信号処理回路１０３とで処理された後、音声信号は、音声復調回路１０４で処理されてアンプ・音出力部１２１にて音声として出力され、映像信号はビデオクロマ同期信号処理回路１０５とフレームメモリ回路１０６とで処理されてＬＣＤ（Liquid Crystal Display）コントローラ１１８へ送られる。

【００７６】

地上波デジタル放送受信部では、アンテナ１０７で受信された信号は１ＳＥＧ（segment）チューナ回路１０８とＯＦＤＭ（Orthogonal Frequency Division Multiplexing）デジタル復調回路１０９とＴＳ（Transport Streams）多重分離処理回路１１０とで処理された後、映像信号は放送ブラウザ回路１１１と映像復号回路１１２とで並行して処理されてＬＣＤコントローラ１１８へ送られ、音声信号は放送ブラウザ回路１１１と音声復号回路１１３とで並行して処理されてＤＡ（Digital/analogue）コンバータ回路１２０へ送られる。

【００７７】

携帯電話無線部では、アンテナ１１４で受信された信号はＲＦ（Radio Frequency）処理回路１１５とBased band処理回路とを経由した後、アプリケーションプロセッサ１１７を経て、映像信号はＬＣＤコントローラ１１８へ送られ、音声信号はＤＡコンバータ回路１２０へ送られる。

【００７８】

ＬＣＤコントローラ１１８へ送られた映像信号はＬＣＤ回路１１９にて映像として出力される。また、ＤＡコンバータ回路１２０へ送られた音声信号はアンプ・音出力部１２１で音声として出力される。

【００７９】

検出部１５０は携帯情報端末１０の状態、すなわち第２の筐体２が第１の筐体１に対してどちら側に開いているかを検知する。検出部１５０は、他の携帯情報端末の動作を検出してもよい。この検出方法としては、ホール素子などの素子を用いるもの、第２の筐体２が第１の筐体１に対して回転すれば機械的な機構によりスイッチが入るものなどで構成してもよい。検出部１５０で得られた位置情報はＬＣＤコントローラ１１８および／またはアンプ・音出力部１２１へ送られる。

【００８０】

このように構成された、実施の形態１に従った携帯情報端末１０では、図１で示すように、回転の中心としての回転軸３１は、第１および第２の筐体１，２の重なり部分４の中心Ｃとほぼ一致するため、重なり中心Ｃと回転軸３１とが一致しない図２で示す従来品に比べて全体の大きさを小さくすることができる。すなわち、ＬＧの状態となったときに大きさが小さくなることにより、掌からはみ出す表示部２１の面積が少なくなり、使用時のスタイルが美しくなる。

【００８１】

また、第２の筐体２のうち、人が手で持つ部分に近い領域、すなわち第１の筐体１側には、表示部２１の表示項目２１ａを取捨選択するための操作キー２４が配置される。このような配置とすることで、第１の筐体１を握持した操作者４０１の親指が自然に操作キー

APLPROS0000011854

２４に触れることによって手が痛くなるのを防止できるので、操作がしやすくなり、なおかつ手が美しく見える。

【００８２】

さらに、回転連結機構３は第１の筐体に対して第２の筐体をスライドさせ、かつ回転させる。その構成は、具体的には図１７から図２６で示される。このような構造を採用することで、始めに上下方向に第１の筐体１および第２の筐体２がスライドする。これにより、頻度の高い通話やメールのしやすい、従来より使い慣れた縦長画面の形状を確保できる。その結果、携帯電話機として総合的に使い勝手が向上する。

【００８３】

（実施の形態２）

図２８は、この発明の実施の形態２に従った携帯情報端末の斜視図である。図２９は、図２８中の矢印ＸＸＩＸで示す方向から見た携帯情報端末の側面図である。図２８および図２９を参照して、この発明の実施の形態２に従った携帯情報端末１０では、背面側、すなわち第１の筐体１側にスタンドとしてのストラップ部３０１を設けている点で、実施の形態１に従った携帯情報端末１０と異なる。ストラップ部３０１は、図２８および図２９で示すように第１の筐体１から離れた開いた状態と、第１の筐体１に収納された閉じた状態とによって保持されることが可能である。図２９で示すように、ストラップ部３０１を開いた状態では、ストラップ部３０１が第１の筐体１を支持することにより、載置面３０２上に携帯情報端末１０を傾けて保持することが可能である。

【００８４】

図３０は、図２９中の矢印ＸＸＸで示す方向から見た携帯情報端末の背面図である。図３０を参照して、携帯情報端末１０の第１の筐体１には「Ｌ」型のストラップ部３０１が設けられる。ストラップ部３０１は図３０で斜線が付された領域である。ストラップ部３０１は直線状に延びており、この中にアンテナを収納してもよい。さらに、第１の筐体１とストラップ部３０１の双方にダイバシティアンテナを収納してもよい。

【００８５】

ストラップ部３０１で覆われない部分に背面用のカメラ２９が設けられる。なお、カメラ２９は設けなくてもよい。

【００８６】

さらに、ストラップ部３０１の形状については、図３０では、矩形のＬ字形としたが、これに限られるものではなく、ストラップ部３０１が湾曲した形状であってもよい。さらに「Ｔ」字形のストラップ部３０１を採用してもよい。

【００８７】

図３１は、実施の形態２に従った携帯情報端末の使用状態を示す斜視図である。図３１を参照して、携帯情報端末１０を操作者４０１が手で保持する場合には、操作者４０１の手にストラップ部３０１を係合させる。なお、図３１では、図２８から図３０で示す位置から第２の筐体２を９０°回転させた位置で保持している。なお、この保持位置に限られず、第１の筐体１に対して、第２の筐体２をさまざまな角度で保持した状態で止めてもよい。たとえば、図２８から図３０で示す位置から第２の筐体２を第１の筐体１に対して１８０°回転させ、縦長の画面を構成した状態で第２の筐体２を止めてもよい。すなわち、実施の形態２に従った携帯情報端末１０のストラップ部３０１は、図２８から図３０で示すように、本体を傾けて置くための背面部のスタンドとなるとともに、持つときは、ストラップの機能を果たし、保持性を高める。

【００８８】

携帯情報端末１０は、操作部を有する第１の筐体１と、表示部２１を有し、その一部分が第１の筐体１と重なり合う第２の筐体２と、第１の筐体１に対して第２の筐体２が相対的に回転するように第１および第２の筐体を連結する回転連結機構３と、第１および第２の筐体１，２の少なくとも一方であって、表示部２１と反対側の面に設けられたストラップ部３０１とを備える。ストラップ部３０１は、操作者４０１が携帯情報端末１０を握持する状態において操作者４０１の手に係合する。携帯情報端末１０が載置面３０２上に載

APLPROS0000011855

置された第２の筐体２は第１の筐体１側に突出してこの携帯情報端末１０を支持する。すなわち、ストラップ部３０１はこの実施の形態では第１の筐体１に設けたが、第２の筐体２にストラップ部３０１を設けてもよい。

【００８９】

このように構成された携帯情報端末では、従来のスタンドに、保持性を高めるためのストラップ機能を与えたため、このストラップ部３０１を使用して握る力が弱まる。その結果、疲労が低減できる。また、手を広げても携帯情報端末１０が落下し難いため、破損や傷つきを防止することができる。

【００９０】

（実施の形態３）

図３２は、この発明の実施の形態３に従った携帯情報端末の正面図である。図３３は、図３２中の矢印ＸＸＸＩＩＩで示す方向から見た携帯情報端末の平面図である。図３４は、図３２中の矢印ＸＸＸＩＶで示す方向から見た携帯情報端末の底面図である。図３５は、図３２中の矢印ＸＸＸＶで示す方向から見た携帯情報端末の側面図である。図３２から図３５を参照して、この発明の実施の形態３に従った携帯情報端末１０では、カメラ２３を構成するレンズの厚みが実施の形態１および２に比べて大きくなっている点で、実施の形態１および２に従った携帯情報端末１０と異なる。　一般的に、厚みが大きく、かつ開口径の大きなレンズを装着すれば、そのレンズにより詳細な画像を撮影することができる。この実施の形態３に従った携帯情報端末１０では、携帯情報端末１０の厚みとほぼ等しいレンズユニットによりカメラ２３を構成することで、撮像の性能を向上させている。

【００９１】

第２の筐体２側にカメラ２３が設けられるが、これに限られるものではなく、第１の筐体１側にレンズを有する２３が設けられてもよい。

【００９２】

さらに、カメラ２３は回転する機能を有していてもよく、背面側だけでなく、携帯情報端末１０の長手方向側の画像も撮影できるように回転してもよい。また、カメラ２３は光学ズーム機能を備えていてもよい。第２の筐体２のうち、第１の筐体１から最も遠い部分にカメラ２３が突出するように設けられている。カメラ２３は第２の筐体２とともに回転することが可能である。

【００９３】

図３６は、図３５中の矢印ＸＸＸＶＩで示す方向から見た携帯情報端末の背面図である。図３６を参照して、携帯情報端末１０において、第２の筐体２の長手方向に延びる中心線上にはカメラ２３が設けられる。カメラ２３は中心線上でなく、中心線からずれた位置に配置されていてもよい。第２の筐体２に対してスライド可能な第１の筐体１が設けられる。第１の筐体１には、スタンド部として機能するストラップ部３０１が配置され、第１の筐体１に収納可能に設けられる。第１の筐体１にカメラが設けられていてもよい。

【００９４】

図３７は、図３２中のＸＸＸＶＩＩ－ＸＸＸＶＩＩ線に沿った断面図である。図３７を参照して、携帯情報端末１０は、箱形状の第１の筐体１および第２の筐体２を有する。第１の筐体１の表面には、押しボタンにより構成される操作部１１（操作スイッチ）が配置される。第１の筐体１からは、回転軸３１および回転規制ピン６２が突出する。この回転規制ピン６２および回転軸３１が第２の筐体２に嚙み合う。カメラ２３は第１の筐体１と第２の筐体２とを重ね合わせた状態での携帯情報端末１０とほぼ等しい厚みを有する。回転連結機構３は回転軸３１および回転規制ピン６２を有する。なお、この回転連結機構３の構造に関しては、実施の形態１および２で示したさまざまな回転連結機構を採用してもよい。

【００９５】

さらに、ストラップ部３０１として、実施の形態２で示したように、操作者の手に係合するストラップ部を採用することも可能である。

【００９６】

APLPROS0000011856

Case 5:11-cv-01846-LHK Document 939 Filed 05/18/12 Page 20 of 121

　図３８、図３９は、図３８中の矢印ＸＸＸＩＸで示す方向から見た携帯情報端末の平面図である。図４０は、図３８中の矢印ＸＬで示す方向から見た携帯情報端末の側面図である。図３８から図４０を参照して、この発明の実施の形態３に従った携帯情報端末１０では、上端部側にカメラ２３が収納されている。カメラ２３は、背面側および正面側の両方の画像を撮影することができる。これにより、たとえば携帯情報端末１０をテレビ電話として用いる場合には、スピーカ部１６０のカメラ２３を用いて操作者を撮影する。この撮影した画像は相手側に送られるか、または表示部２１の一部分に表示されていてもよい。

【００９７】

　高精度の画像を撮影する場合には、背面側の大きなレンズにより構成されるカメラ２３を用いる。これにより、画素数の大きい、精度の高い画像を撮影することができる。

【００９８】

　図４１から図４５は、実施の形態３に従った携帯情報端末の操作方法を示す斜視図である。図４１を参照して、収納時には、携帯情報端末１０の第１の筐体１と第２の筐体２とが重ね合わせられている。このとき、携帯情報端末１０の電源はオフとされていてもよく、またオンとされていてもよい。オンとされる場合、表示部２１には、現在時刻、電源の入力状況などを表示してもよい。

【００９９】

　図４２を参照して、第１の筐体１に対して第２の筐体２をスライドさせることができる。これにより、操作部１１が露出する。このようにスライドさせた場合には、操作部１１が露出するため、操作部１１により情報を入力することが可能となる。なお、このようにスライドさせた場合には、通常携帯情報端末１０が使用されるので、このスライドとともに携帯情報端末１０のスイッチがオンとされてもよい。

【０１００】

　図４３を参照して、図４２で示す方向から第２の筐体２を左方向へ９０°回転させることが可能である。この回転の際には、操作部１１が第２の筐体２で覆われないようにする。第２の筐体２は、図４３では９０°回転した位置で止められるが、この位置で回転が規制されてもよく、この位置で回転が規制されなくてもよい。すなわち、図４３で示す方向からさらに下側に第２の筐体２が回転してもよい。また、回転に伴い、第２の筐体２の表示部２１に映し出される画像の向きを変えることが好ましい。

【０１０１】

　図４４を参照して、図４２で示す位置から右方向に９０°回転させることも可能である。この場合の回転角度も、９０°に制限されず、さらに多くの角度または少ない角度回転するように設定されていてもよい。

【０１０２】

　図４３および図４４で示す位置では、カメラ２３を用いて撮影することが可能である。このとき、撮影されるべき画像はファインダとしての表示部２１に映し出されることが好ましい。図４３と図４４で示す状態では、映像の天地（上下）が逆となる。そのため、撮影した画像は、図４３または図４４のどちらかを基準として、反転させて記憶してもよい。すなわち、図４３で示す状態で画像を撮影した後、この画像を図４４で示す状態で再生すると画像の上下が反転する。このような反転を防ぐために、何らかの電気的な処理を行ない、データの上下を逆転させてもよい。また、このような処理を行なわず、撮影したままのデータを記憶してもよい。

【０１０３】

　図４５を参照して、第１の筐体１と第２の筐体２が重なり合っている状態であっても、レンズ部としてのカメラ２３は外部の映像を撮影することが可能である。すなわち、カメラ２３は第１の筐体１で覆われることがない。

【０１０４】

　このように構成された、この発明の実施の形態３に従った携帯情報端末では携帯情報端末１０とほぼ同一の厚みのカメラ２３を配置する。すなわち、上下２層にまたがる大きな

レンズユニットをスライドさせる構造としている。これにより、レンズユニットの大きさに制約を受けずに、スライド構造を実現することが可能となる。

【０１０５】

（実施の形態４）

図４６は、この発明の実施の形態４に従った携帯情報端末の背面図である。図４を参照して、この発明の実施の形態４に従った携帯情報端末１０では、第１の筐体１に対して第２の筐体２がさまざまな角度に動く。このとき、背面側に設けられたカメラ２９で撮影した映像がさまざまに処理されて第２の筐体２で表示される。

【０１０６】

図４７は縦長の構図で撮影する場合の携帯情報端末の正面図である。図４７を参照して、縦長の構図で撮影する場合には、携帯情報端末１０の第１の筐体１および第２の筐体２は直線状に延びるように配置されるこのとき、表示部２１には、縦長の被写体が映し出される。なお、カメラ２９のシャッタボタンは、操作キー２４により構成されていてもよい。さらに、シャッタ専用のスイッチが操作部１１に設けられていてもよい。

【０１０７】

図４８は、横長の構図で撮影する場合の携帯情報端末を示す図である。図４８を参照して、横長の構図で被写体を撮影する場合には、図４７で示す方向からほぼ９０°携帯情報端末１０全体を回転させる。これにより、図４８で示すようにカメラは横長の被写体が表示部２１に映し出される。

【０１０８】

なお、図４８は、操作部１１に対して表示部２１が全面的に重なっている状態、すなわち、第２の筐体２をスライドさせて閉じ、本体を横にした場合を示している。図４７から図４８に示す状態に移行する場合には、撮影アングルの電子的な切換は不要である。すなわち、カメラで撮影した画像をそのまま表示部２１で表示することが可能である。したがって、操作者４０１は、縦長または横長の構図に合わせて図４７および図４８で示すように携帯情報端末１０を構え、操作キー２４を押すことで画像を撮影することができる。

【０１０９】

図４９は、この発明の実施の形態４に従った携帯情報端末の斜視図である。図４９を参照して、携帯情報端末１０にシャッタボタン２７を設けてもよい。図４８で示すように、横長のアングルで撮影する場合には、シャッタボタン２７に操作者４０１の人差し指が載るように配置されている。この場合、極めて自然な形でシャッタを押すことができ、操作性を向上させることができる。なお、シャッタボタン２７を設けずに、操作キー２４をシャッタボタンとしてもよい。さらに、他のキーをシャッタボタンとしてもよい。

【０１１０】

図５０および図５１は、折り曲げられた状態で画像を撮影する携帯情報端末の正面図である。図５０を参照して、携帯情報端末１０がＬ字形に折り曲げられている状態においても、画像を撮影することができる。この場合、第２の筐体２は図４７で示す状態から左側に折り曲げられている。このとき、図４７で示す状態から撮影アングルの電子的な切換が必要となる。すなわち、カメラ２９が配置される第１の筐体１は図５の上下方向に延びているのに対し、表示部２１が設けられる第２の筐体２は図５中の左右方向に延びている。その結果、図４７で示す状態から何らかの電子的な処理を施して映像を横長の画面に適合させる必要がある。

【０１１１】

この処理は、電子的な処理であり、図２７中の検出部１５０およびＬＣＤコントローラ１１８で行なわれる。具体的には、検出部１５０は、第２の筐体２が第１の筐体１に対してどちら側に回転した状態であるかを検出する。この回転情報がＬＣＤコントローラ１１８に送られる。ＬＣＤコントローラ１１８は、検出部１５０から送られたデータに基づき、第２の筐体２の回転角度を判断する。この回転角度に従って、ＬＣＤ１１９（表示部２１）で表示する画像の向きを適宜変更することができる。

APLPROS0000011858

　【０１１２】
　図５１を参照して、図４７で示す位置から第２の筐体２を右に９０°回転させた場合であっても、撮影アングルの電子的な切換が必要となる。この場合には、図５で示す処理とは逆の処理を行ない、横長の表示部２１に被写体を適合させる。すなわち、実施の形態４に従った携帯情報端末１０では、被写体の構図に応じ、握り換えることなく片手で容易に表示部２１の縦横のアングルを切換えることができる。それに連動して、本体の背面に設けられたカメラ２９の撮影アングルも電子的に切換えることが可能である。

　【０１１３】
　すなわち、実施の形態４に従った携帯情報端末１０は、第１の筐体１に対して第２の筐体２が相対的にスライドおよび回転するように第１および第２の筐体１、２を連結する回転連結機構３を備え、第２の筐体２の回転状態に応じて表示部２１で表示される画像の向きが切換えられる。

　【０１１４】
　図５２は、被写体を撮影して実況中継する携帯情報端末の正面図である。図５２を参照して、携帯情報端末１０の表示部２１には、２つの表示項目２１ｂ、２１ｃが示されている。表示項目２１ｂは、被写体または添付画像である。被写体は本体背面のカメラで撮影している映像である。添付画像は、本体に内蔵されている画像、または、通信相手から送られてきた、リアルタイムで撮影されたもの以外の画像である。

　【０１１５】
　これに対して、表示項目２１ｃは、通信相手側のリアルタイム画像である。たとえば、携帯情報端末１０をテレビ会議の端末として用いる場合には、通信相手の顔が表示項目２１ｃに表わされ、操作者４０１の顔が表示項目２１ｂで表わされる。操作者４０１の顔はカメラ２３により撮影される。図５２では、縦長の表示部２１を２つに分割して２つの表示項目２１ｂ、２１ｃを表示している。

　【０１１６】
　図５３は、折り曲げられた携帯情報端末の正面図である。図５３を参照して、第２の筐体２を折り曲げた場合には、表示部２１は横長形状となる。この場合には、例として、自分を撮影して相手方と対話する状態を示している。表示項目２１ｃには、通信相手側のリアルタイムの画像が表示される。これに対して、表示項目２１ｂでは、操作者４０１自らをカメラ２３で撮影したリアルタイムの画像が表示される。なお、図５３では、右側に自らの画像、左側に相手側の画像が表示されているが、これが逆転していても可能である。

　【０１１７】
　図５４は、折り曲げられた携帯情報端末の正面図である。図５４を参照して、図５３で示す方向から右側に１８０°第２の筐体２を第１の筐体１に対して回転させた場合には、表示項目２１ｂ、２１ｃも回転する。このような制御は、図２７中のＬＣＤコントローラ１１８で行なわれる。図２７で示す検出部１５０が、第１の筐体１に対する第２の筐体２の位置（回転位置）を検出する。図５４では、図５３で示す状態に比べて１８０°右へ回転したことを検出部１５０が検出する。検出したデータに基づいて、ＬＣＤコントローラ１１８に対して位置情報を送る。この位置情報に基づき、ＬＣＤコントローラ１１８は、ＬＣＤ１１９で表示される映像を反転させる。

　【０１１８】
　すなわち、この実施の形態においては、テレビ電話機能における縦横アングルの切換が可能となる。会話の流れに応じて、握り換えることなく片手で容易に縦横のアングルの切換ができる。それに連動して、画面の分割の並べ方も変えることもできる。

　【０１１９】
　（実施の形態５）
　図５５は、この発明の実施の形態５に従った携帯情報端末の正面図である。図５５を参照して、この発明の実施の形態５に従った携帯情報端末１０では、ステレオスピーカ１６１、１６２、１６３を採用している点で、実施の形態１から４で示す携帯情報端末と異なる。人間の聴覚能力には、音源の方向を判別する音像定位能力などがあり、これらを利用

すると演奏される音楽に応じた動画等を再生する
ことができる。このような方法として、ステレオスピーカ１６１、１６２、１６３を用い
ることができる。図５５では、ステレオスピーカ１６１が左スピーカＬであり、ステレオ
スピーカ１６２が右スピーカＲである。なお、ステレオスピーカ１６１、１６２がオンと
され、ステレオスピーカ１６３はオフとされるため、ステレオスピーカ１６３からは音声
が発せられることはない。

【０１２０】

しかしながら、ステレオスピーカ１６３から音声を発してもよい。操作キー２４は画面
の切換のためのキーとして採用することができる。この実施の形態では、１つの携帯情報
端末１０に３つのステレオスピーカ１６１、１６２、１６３が設けられている。

【０１２１】

図５６は、縦長の状態とされた、実施の形態５に従った携帯情報端末の正面図である。
図５６を参照して、携帯情報端末１０が縦長の状態とされた場合には、表示部２１で表示
される画像が縦長の画面に合わせて表示されるのと同時に、ステレオスピーカ１６１、１
６２、１６３の再生状況も切換えられる。このような切換は、操作キー２４を操作するこ
とで行なわれる。図５６で示す状態では、ステレオスピーカ１６１がオフとされ、ステレ
オスピーカ１６２が左スピーカＬとなり、ステレオスピーカ１６３が右スピーカＲとなる
。なお、この状態において、ステレオスピーカ１６１はオフとされるが、必ずしもオフに
される必要はなく、左スピーカとしてステレオスピーカ１６１が機能してもよい。

【０１２２】

図５７は、図５６で示す位置から第２の筐体をスライドさせた携帯情報端末の正面図で
ある。図５７を参照して、第２の筐体２をスライドさせると、第１の筐体１が現われて、
操作部１１が露出する。この場合には、表示部２１で表示される画像およびステレオスピ
ーカ１６１、１６２、１６３の再生状況（動作状況）に変更はない。

【０１２３】

図５８および図５９は、折り曲げられた携帯情報端末の正面図である。図５８を参照し
て、携帯情報端末１０の第２の筐体２が図５７で示す状態から９０°左へ回転させられる
と、表示部２１による表示が切換わるとともに、ステレオスピーカ１６１、１６２、１６
３の再生状況も切換わる。具体的には、ステレオスピーカ１６１が左スピーカＬとして作
用し、ステレオスピーカ１６２が右スピーカＲとして作用する。ステレオスピーカ１６３
はオフとされる。このような画像の切換は図２７のＬＣＤコントローラ１１８が行ない、
音声の切換は図２７のアンプ・音出力部１２１が行なう。

【０１２４】

具体的には、図５７で示す状態から図５８で示す状態へ第２の筐体２が回転すると、こ
の回転を検出部１５０が検出する。検出部１５０は回転に関する情報（第２の筐体２の位
置情報）をアンプ・音出力部１２１に送る。これによりアンプ・音出力部１２１が適切な
ステレオスピーカを選択し、このステレオスピーカに音声信号を供給する。

【０１２５】

図５９を参照して、図５７で示す方向から右方向に９０°第２の筐体２を回転させると
図５９で示すように、表示部２１が横長に配置される。このとき、ステレオスピーカ１６
１、１６２、１６３の動作が切換えられる。具体的には、ステレオスピーカ１６１が右ス
ピーカＲとなり、ステレオスピーカ１６２が左スピーカＬとなり、ステレオスピーカ１６
３がオフとされる。このときの表示部２１およびステレオスピーカ１６１、１６２、１６
３の切換は、図２７で示す検出部１５０が検出した位置情報に基づき、ＬＣＤコントロー
ラ１１８およびアンプ・音出力部１２１が行なう。

【０１２６】

次に、ステレオスピーカが２つの場合について説明する。

【０１２７】

図６０および６１は、この発明の実施の形態５に従った携帯情報端末の正面図である。
図６０を参照して、この発明の実施の形態５において、別の局面に従った携帯情報端末で

は、ステレオスピーカ１６１、１６３が上述の携帯情報端末
１０とは異なる。２つのステレオスピーカ１６１、１６３は対角線上に配置されており、
ステレオスピーカ１６１が左スピーカＬであり、ステレオスピーカ１６３が右スピーカＲ
である。

【０１２８】

図６１を参照して、縦長の画面とした場合には、表示部２１で表示される画像の向きが
変更される。この変更は、たとえば操作キー２４を押圧することで行なう。これに対して
、ステレオスピーカ１６１、１６３において、左スピーカＬと右スピーカＲとの位置関係
は変更されない。これは、ステレオスピーカ１６１、１６３が、表示部２１の対角線上に
位置することの効果による。すなわち、切換の回数を少なくすることができる。

【０１２９】

図６２は、第２の筐体が第１の筐体に対してスライドした携帯情報端末の正面図である
。図６２を参照して、図６１で示す方向から第２の筐体２をスライドさせると第１の筐体
１のうち、操作部１１が露出する。このときには、表示部２１での表示およびステレオス
ピーカ１６１、１６３での出力について切換は生じない。

【０１３０】

図６３および図６４は、折り曲げられた携帯情報端末の正面図である。図６３を参照し
て、図６２で示す位置から第２の筐体２を９０°左へ回転させると表示部２１で表示され
る画像の向きが切換わる。この切換は、図２７の検出部１５０およびＬＣＤコントローラ
１１８で行なう。しかしながら、ステレオスピーカ１６１、１６３における右スピーカＲ
および左スピーカＬの位置関係については変化がない。

【０１３１】

図６４を参照して、図６２で示す位置から第２の筐体２を９０°右側へ回転させると表
示部２１で表示される画像の向きが切換わる。これは、図２７中の検出部１５０およびＬ
ＥＤコントローラ１１８によって行なわれる。さらに、ステレオスピーカ１６１、１６３
における右スピーカおよび左スピーカの配置も切換わる。すなわち、ステレオスピーカ１
６１が右スピーカＲとなり、ステレオスピーカ１６３が左スピーカＬとなる。

【０１３２】

図６０から図６４で示す携帯情報端末１０では、図６２から図６４への切換時において
のみ、ステレオスピーカ１６１、１６３における右スピーカＲおよび左スピーカＬの関係
が切換わる。そのため、切換の回数を少なくでき、電気的回路による情報処理の負担を減
らすことができる。

【０１３３】

図６５は、実施の形態５における別の携帯情報端末の正面図である。図６５を参照して
、この携帯情報端末では、ステレオスピーカ１６１、１６２、１６３、１６４が４つ設け
られている点で、前述の携帯情報端末１０とは異なる。４つのステレオスピーカ１６１、
１６２、１６３、１６４のうち、ステレオスピーカ１６１が左スピーカＬであり、ステレ
オスピーカ１６２が右スピーカＲである。なお、ステレオスピーカ１６３、１６４はオフ
状態とされる。しかしながら、ステレオスピーカ１６３とステレオスピーカ１６４をオン
状態としてもよい。この場合には、ステレオスピーカ１６３が右スピーカＲとなり、ステ
レオスピーカ１６４が左スピーカＬとなる。

【０１３４】

図６６を参照して、図６５で示す位置から携帯情報端末１０を９０°回転させた場合に
は、表示部２１で表示される画像およびステレオスピーカ１６１、１６２、１６３、１６
４の再生状況が切換わる。この切換は、操作キー２４を操作することにより行なわれ
る。図６６では、ステレオスピーカ１６２が左スピーカＬとなり、ステレオスピーカ１６
３が右スピーカＲとなる。ステレオスピーカ１６１、１６４はオフとされる。このとき、
ステレオスピーカ１６１、１６４がオンとされてもよい。図６４を参照して、図６６で示
す位置から第２の筐体２をスライドさせると、第１の筐体１の操作部１１が露出する。こ
のようにスライドさせた場合であっても、表示部２１で表示される画像およびステレオス

【０１３５】

図６８を参照して、図６７で示す位置から第２の筐体２を第１の筐体１に対して９０°左へ回転させた場合には、表示部２１で表示される画像と、ステレオスピーカの出力が切換わる。このような切換は、検出部１５０が第２の筐体２の回転角度を検出し、それに基づきＬＣＤコントローラ１１８およびアンプ・音出力部１２１により行なわれる。図６８では、ステレオスピーカ１６１が左スピーカＬとなり、ステレオスピーカ１６２が右スピーカＲとなる。その他のステレオスピーカ１６３、１６４はオフとされる。なお、ステレオスピーカ１６３、１６４がオンとされ、ステレオスピーカ１６３が右スピーカＲ、ステレオスピーカ１６４が左スピーカＬとなってもよい。

【０１３６】

図６９を参照して、図６７で示す状態から９０°第２の筐体２を第１の筐体１に対して回転させれば、表示部２１で表示される画像の向きおよびステレオスピーカの再生状況が切換わる。具体的には、ステレオスピーカ１６３がオンとされ、左スピーカＬとなる。また、ステレオスピーカ１６４がオンとされ、右スピーカＲとなる。

【０１３７】

すなわち、実施の形態５に従った携帯情報端末１０は操作部１１を有する第１の筐体１と、表示部２１を有し、その一部分が第１の筐体１と重なり合う第２の筐体２と、第１の筐体１に対して第２の筐体２が相対回転するように第１および第２の筐体１、２を連結する回転連結機構３と、第２の筐体２に設けられ、表示部２１の両側に設けられたステレオスピーカ１６１から１６４と、表示部２１での画像の表示状態に応じてステレオスピーカ１６１から１６４の再生状況を切換える制御部としてのアンプ・音出力部１２１とを備える。

【０１３８】

このように構成された実施の形態５に従った携帯情報端末１０でも、実施の形態１に従った携帯情報端末と同様の効果がある。

【０１３９】

（実施の形態６）

図７０は、この発明の実施の形態６に従った携帯情報端末の斜視図である。図７０を参照して、この発明の実施の形態６に従った携帯情報端末１０では、ターンテーブル５００上に第２の筐体２が接続されている点で、実施の形態１から５に従った携帯情報端末と異なる。ターンテーブル５００は決定キー５１２近傍に存在する回転軸を中心として回転する。このターンテーブル５００上に第２の筐体２が取付けられる。第１の筐体１には両方向に回転可能なターンテーブル５００が配置される。

【０１４０】

なお、ターンテーブル５００の回転方向に関しては、両方向に回転するものに限られず、片方向にのみ回転してもよい。また、所定の角度で回転が止まるようにターンテーブル５００が構成されてもよい。ターンテーブル５００には、回転軸３１が設けられる。回転軸３１はターンテーブル５００に対して回転可能である。回転軸３１には第２の筐体２が取付けられる。第２の筐体２は第１の筐体１に対して開閉可能、すなわち、第１の筐体１に対して近づく方向と第１の筐体１から離れる方向とに回転軸３１を中心として回転することが可能である。

【０１４１】

図７０では、第２の筐体２が第１の筐体１から離れたいわゆる使用状態を示している。ターンテーブル５００上には、中心に決定キー５１２が配置され、その周囲に機能キー５１１が配置される。なおこのような配置に限られず、中心に機能キーを配置して、その周囲に決定キーを配置してもよい。回転軸３１の中央部には、決定キー２４ａとサーチキー２４ｂとにより構成される操作キー２４が配置される。また決定キー５１２の外周にはサーチキー５１４が配置される。第１の筐体１は操作部１１が配置される第１の面６０１と、第１の面６０１と反対側に位置する第２の面６０２とを有する。第１の面６０１にター

【０１４２】

　第２の筐体２は、表示部２１が設けられる第３の面６０３と、第３の面６０３と反対側に位置する第４の面６０４とを有する。図７０で示す位置から第２の筐体２を第１の筐体１に向かって回転させると第１の面６０１と第３の面６０３とが接触する。

【０１４３】

　図７１は、図７０中のＬＸＸＩ－ＬＸＸＩ線に沿った断面図である。図７１を参照して、携帯情報端末１０の第１の筐体１および第２の筐体２は中空構造となっている。第１の筐体１において第２の面６０２側にはカメラ２９が配置される。第１の面６０１にはターンテーブル５００が平板状に設けられる。ターンテーブル５００は、回転軸５０４を中心として回転する。ターンテーブル５００上には、別の回転軸５０１が配置される。回転軸５０１は回転軸３１と一体となる。回転軸３１は回転軸５０１を中心としてターンテーブル５００上で回転することが可能である。回転軸３１には第２の筐体２が取付けられているため、第２の筐体２がターンテーブル５００上で回転することが可能である。回転軸３１の延びる方向と直交する方向に延びるように別の回転軸５０３が設けられる。回転軸５０３は第２の筐体２の回転中心となる軸である。つまり、第２の筐体２は、互いに直交する２つの回転軸５０１および５０３を中心として２方向に回転することが可能である。図７１で示す状態において回転軸５０３を中心として第２の筐体２を回転させると第３の面６０３が第１の面６０１に接触する。これに対して、回転軸５０１を中心として第２の筐体２を第１の筐体１に対して回転させると、第４の面６０４が第１の面６０１に近づく。

【０１４４】

　つまり、第３の面６０３および第４の面６０４のいずれをも第１の面６０１に向かい合わせることができる。回転軸５０４は第１の筐体１に保持されており、ターンテーブル５００の回転の中心となる。なお、第１の筐体１とターンテーブル５００との間にスラストベアリングを設けて回転時の接触抵抗を低減させてもよい。

【０１４５】

　図７２は、図７０中の矢印ＬＸＸＩＩで示す方向から見た携帯情報端末の正面図である。図７２を参照して、ターンテーブル５００は円盤形状であり、その中心に決定キー５１２が配置され、決定キー５１２を取囲むようにサーチキー５１４が配置される。サーチキー５１４の周りには同心円上に５つの機能キー５１１が設けられる。各々の機能キー５１１は別々の作用を有し、たとえばある機能キー５１１を押圧すれば、メールの送受信が可能なようにされてもよい。

【０１４６】

　回転軸３１で収囲まれる領域には、決定キー２４ａとサーチキー２４ｂとにより構成される操作キー２４が配置される。なお、この実施の形態では、回転軸３１上に操作キー２４を配置しているが、操作キー２４の配置に関してはこれに限られるものではなく、第２の筐体２側に操作キー２４を配置してもよい。ターンテーブル５００が決定キー５１２を中心として回転すると、ターンテーブル５００に保持される第２の筐体２も決定キー５１２を中心として回転する。

【０１４７】

　また、回転軸３１を中心として第２の筐体２が回転することも可能である。第１の筐体１にはマイク５３１が設けられ、操作者の音声を受信することが可能である。

【０１４８】

　図７３は、図７０中の矢印ＬＸＸＩＩＩで示す方向から見た携帯情報端末の背面図である。図７３を参照して、携帯情報端末１０の背面側には、第２の面６０２と第４の面６０４とが設けられる。第２の面６０２にはカメラ２９が配置され、第２の面６０２側の映像を撮影することが可能である。第１の筐体１および第２の筐体２は共に対称形状となっており、回転連結機構３付近で湾曲する形状となっている。

【０１４９】

　図７４は、図７０中の矢印ＬＸＸＩＶで示す方向から見た携帯情報端末の平面図である

APLPROS0000011863

４の面６
０４が現れる。第２の筐体２は回転軸３１を挟み込むように位置しており、回転軸３１を
中心として回転可能となる。第１の筐体１のうち、第１の面６０１は第２の筐体２側に設
けられ、第２の面６０２は、第２の筐体２から遠い側に位置する。

【０１５０】
　図７５は、図７０中の矢印ＬＸＸＶで示す方向から見た携帯情報端末の底面図である。
図７５を参照して、携帯情報端末１０を下側から見ると、第１の筐体１から突出するよう
に回転軸３１が延びている。回転軸３１は第１の面６０１から突出するように延び、回転
軸３１に第２の筐体２が取付けられる。第２の筐体２は、回転軸３１に対して傾斜するよ
うに配置され、中央部に表示部２１が設けられる。表示部２１は第３の面６０３に配置さ
れる。

【０１５１】
　図７６は、図７０中の矢印ＬＸＸＶＩで示す方向から見た携帯情報端末の右側面図であ
る。図７６を参照して、携帯情報端末１０を側面から見ると、第１の面６０１、第２の面
６０２、第３の面６０３および第４の面６０４がほぼ平面であることがわかる。なお、第
１の面６０１、第２の面６０２、第３の面６０３および第４の面６０４は平面である必要
はなく、湾曲した曲面とされていてもよい。

【０１５２】
　図７７は、第１の筐体１に対して第２の筐体２を回転させた状態での携帯情報端末の斜
視図である。図７７を参照して、携帯情報端末１０では、第２の筐体２が第１の筐体１に
対して回転する。すなわち、図７０で示す位置に対して、図７７で示す位置では、第１の
筐体１と第２の筐体２とのなす角度が異なる。操作者の操作状態に応じて、第１の筐体１
と第２の筐体２とのなす角度を調整することにより、操作者が表示部２１に映し出された
画像を認識することが容易となる。また、カメラ２３を用いて操作者は撮影する場合にも
、第２の筐体２の角度を調整することが可能である。

【０１５３】
　図７８は、図７７中の矢印ＬＸＸＶＩＩＩで示す方向から見た携帯情報端末の側面図で
ある。図７８を参照して、携帯情報端末１０を側面から見ると、第１の筐体１に対して第
２の筐体２がより急な傾斜をなしていることがわかる。このような状態では、たとえば携
帯情報端末１０が受信したテレビの映像を表示部２１で表示し、この映像を操作者が視認
する場合がある。また、図７８で示す位置に限られず、第２の筐体２は第１の筐体１に対
して連続的に回転することが可能であるため、さまざまな角度で第２の筐体２を位置決め
することが可能となる。

【０１５４】
　図７９は、ターンテーブルが回転した状態での携帯情報端末の斜視図である。図７９を
参照して、ターンテーブル上に設けられた回転軸３１はターンテーブルを中心として回転
する。すなわち、図７７では、回転軸３１が第１の筐体１の上端部に位置していたのに対
し、図７９では、ターンテーブルごと回転軸３１が回転し、第１の筐体１の左側に回転軸
３１が位置している。これに伴い、回転軸３１に取付けられた第２の筐体２は第１の筐体
１の左側において保持される。図７９では、回転軸３１が第１の筐体１の左側に位置して
いるが、この位置に限られず、回転軸３１が第１の筐体１の右側に位置していてもよい。

【０１５５】
　携帯情報端末１０は、全体としてＬ字型となっており、表示部２１は横長の画面となる
。そのため、表示部２１で表示される映像も横長画面に合うように表示される。つまり、
図７７で示す位置から図７９で示す位置に第２の筐体２を回転させると、そこで表示され
る画像の表示方法も切換えられる。このような切換は、携帯情報端末１０内に設けられた
制御機構により行なわれる。ターンテーブルを回転させることで、第１の筐体１と第２の
筐体２との重なり面積を連続的に変化させることができる。すなわち、携帯情報端末１０
がＬ型となった状態（表示部２１が横を向いている状態）において、ターンテーブルを回
転させれば、第１の筐体１と第２の筐体２との重なり面積を連続的に変化させることが可

【０１５６】

　図８０は、図７９中の矢印ＬＸＸＸで示す方向から見た携帯情報端末の正面図である。図８０を参照して、第１の筐体１に対して第２の筐体２は直角方向に延びるように配置される。横長の表示部２１の両側にスピーカ部１６０が設けられ、このスピーカ部１６０がステレオスピーカを構成していてもよい。図８０で示す状態では、ターンテーブルと、その上に設けられる機能キーおよび決定キーならびにサーチキーが第２の筐体２で覆われる。このような状態となると、機能キーなどを押圧することがないので、誤動作を防止することができる。すなわち、誤動作の防止が必要な操作モードでは、図８０で示すようにターンテーブルを第２の筐体２で覆うことが好ましい。

【０１５７】

　図８１は、図８０中の矢印ＬＸＸＸＩ－ＬＸＸＸＩ線に沿った断面図である。図８１を参照して、第１の筐体１に設けられたターンテーブル５００は第２の筐体２の第４の面６０４で覆われる。これと同時に、ターンテーブル５００上の決定キー５１２およびサーチキー５１４も第２の筐体２で覆われる。第２の筐体２の回転を妨げないようにするために、操作部１１は第１の面６０１に埋込まれた形態とされている。図８１で示す状態では、第２の筐体２の表示部２１が外表面に現れており、操作者は表示部２１で表示される映像を認識することができる。

【０１５８】

　図８２は、図７９中の矢印ＬＸＸＸＩＩで示す方向から見た携帯情報端末の背面図である。図８２を参照して、背面側から見ると、携帯情報端末１０の第２の面６０２と第４の面６０４とが現れる。第２の面６０２にはカメラ２９が設けられる。第１の筐体１の上端部が第２の筐体２の長辺と一致している。これは、ターンテーブルを回転させたことによる効果である。

【０１５９】

　図８３は、図７９中の矢印ＬＸＸＸＩＩＩで示す方向から見た携帯情報端末の平面図である。図８３を参照して、携帯情報端末１０を上から見ると、第２の筐体２が横方向に長く延びている。第２の筐体２の第４の面６０４と第１の筐体１の第１の面６０１とが互いに向かい合っており、接触摺動するように配置されている。

【０１６０】

　図８４は、図７９中の矢印ＬＸＸＸＩＶで示す方向から見た携帯情報端末の右側面図である。図８４を参照して、携帯情報端末１０を右側面から見ると、第１の筐体１が縦長となって現れる。第１の筐体１に接触するように第２の筐体２が設けられており、第２の筐体２の短辺が右側面に現れる。

【０１６１】

　図８５は、図７９中の矢印ＬＸＸＸＶで示す方向から見た携帯情報端末の左右側面図である。図８５を参照して、左側面から見ると、携帯情報端末１の回転軸３１が現れる。携帯情報端末１においては、ターンテーブルを回転させることにより、第２の筐体２を保持する回転軸３１を第１の筐体１の上端部から中央部までのさまざまな位置に配置できる。これにより第２の筐体２の支持位置が異なるため、第１の筐体１に対して第２の筐体２の位置を相対的に変化させることが可能である。このような動作により、第１の筐体１と第２の筐体２とを操作者が保持しやすい位置に適宜変更することで、使い勝手のよい携帯情報端末となる。

【０１６２】

　図８６は、蓋を閉じた状態の携帯情報端末の斜視図である。図８６を参照して、蓋としての第２の筐体２を閉じることができる。図８６で示す状態では、第２の筐体２のうち第３の面６０３と第１の筐体１の第１の面６０１とが向かい合っている。なお、これに限らず第４の面６０４を第１の面６０１と向かい合わせることが可能である。図８６で示す状態では第４の面６０４が外表面側に位置し、第３の面６０３が内表面側に位置する。第３の面６０３には表示部が設けられており、この表示部もない表面側に位置するため表示

【０１６３】

　これとは逆に、第３の面６０３が外表面側に位置するように第２の筐体２を位置決めした場合には、蓋を閉じた状態であっても、操作者は第３の面６０３に設けられた表示部に表示された情報を認識することができる。そのため、表示部に何らかの情報、たとえば時刻情報などを表示することにより、蓋を閉じた状態であっても操作者は時間を認識することが可能となる。

【０１６４】

　図８７は、図８６中の矢印ＬＸＸＸＶＩＩで示す方向から見た携帯情報端末の正面図である。図８７を参照して、携帯情報端末１０において蓋としての第２の筐体２を閉じた場合には、第１の筐体１と第２の筐体２とが重なり合い、コンパクトな状態となる。これにより、携帯情報端末１０を操作者が収納しやすくなる。また、図８７で示す状態では第２の筐体２のうち表示部が設けられない第４の面６０４が外表面となるため表示部の破損を防止することができる。

【０１６５】

　図８７で示すように蓋を閉じた状態であっても、決定キー２４ａおよびサーチキー２４ｂにより構成される操作キー２４は外表面に露出している。蓋を閉じた状態において操作キー２４のいずれかを操作したとしても、携帯情報端末１０が何ら起動しないようにしてもよい。またこれとは異なり、操作キー２４を操作すると、携帯情報端末１０の何らかの機能が働くように構成してもよい。たとえば、蓋を閉じた状態であっても、操作キー２４を操作すればカメラ２９（図８８）において映像を撮影することが可能としてもよい。

【０１６６】

　図８８は、図８６中の矢印ＬＸＸＸＶＩＩＩで示す方向から見た携帯情報端末の背面図である。図８８を参照して、蓋を閉じた状態では、背面側から見ると携帯情報端末１０の第１の筐体１のみが現れる。これは、第２の筐体２と第１の筐体１との平面積がほぼ等しく、第１の筐体１の裏側に第２の筐体２が位置することによる。背面側では、第１の筐体１の第２の面６０２が露出しており、この第２の面６０２にカメラ２９が配置される。

【０１６７】

　図８９は、図８６中の矢印ＬＸＸＩＸで示す方向から見た携帯情報端末の平面図である。図８６を参照して、携帯情報端末１０を上側から見ると第１の筐体１、第２の筐体２およびこれらを連結する回転軸３１が現れる。第１の筐体１の第１の面６０１が第２の筐体２の第３の面６０３に密着している。第１の筐体１の第２の面６０２と第２の筐体２の第４の面６０４とが携帯情報端末１０の外表面を構成する。

【０１６８】

　図９０は、図８６中の矢印ＸＣで示す方向から見た携帯情報端末の底面図である。図９０を参照して、携帯情報端末１０を底面から見ると図８９と同様に、第１の筐体１の第１の面６０１と、第２の筐体２の第３の面６０３とが接触した状態が現れる。第１の筐体１と第２の筐体２との合計の厚みが携帯情報端末１０の厚みとなる。

【０１６９】

　図９１は図８６中の矢印ＸＣＩで示す方向から見た携帯情報端末の右側面図である。図９１を参照して、右側面図においては、携帯情報端末１０の第１の筐体１および第２の筐体２がそれぞれ長手方向に延びる。携帯情報端末１０が長手方向に延びる端部には回転軸３１が設けられる。回転軸３１を中心として第２の筐体２が第１の筐体１に対して回転可能であり、第２の筐体２が回転して第１の筐体１と重なった位置が図９で示す状態である。

【０１７０】

　図９２は第１の使用状態を示す携帯情報端末の斜視図である。図９２を参照して、第１の使用状態では、操作キー２４が携帯情報端末１０の左側に位置し、第２の筐体２が横長画面を構成する。この場合、操作者４０１の左手親指において操作キー２４を操作することが可能である。操作者４０１が左利きの場合にはこのような操作は特に有効である。横

APLPROS0000011866

長の表示部２１を有する携帯情報端末１０に設けられる操作部１
１を押圧することにより、操作部１１に設けられたメニューを選択してもよい。また、操
作キー２４を構成するサーチキー２４ｂおよび決定キー２４ａを押圧することにより、操
作部１１の表示項目を適宜選択してもよい。図９２で示す状態では、ターンテーブルに設
けられた決定キー５１２、サーチキー５１４および機能キー５１１は第２の筐体２で覆わ
れる。

【０１７１】

図９３は、第２の使用状態を示す携帯情報端末の斜視図である。図９３を参照して、第
２の使用状態では、携帯情報端末１０を構成する第１の筐体１および第２の筐体２が一直
線上に配置される。回転軸３１は第１の筐体１の上端部に位置する。これによりターンテ
ーブル５００上の決定キー５１２、サーチキー５１４および機能キー５１１が露出する。
操作者４０１はターンテーブル５００上の決定キー５１２、サーチキー５１４および機能
キー５１１を適宜押圧することが可能である。また、操作キー２４を構成する決定キー２
４ａおよびサーチキー２４ｂを押圧することも可能である。図９３で示す状態では、右手
および左手でそれぞれのキーを押圧することが可能である。

【０１７２】

図９４は第３の使用状態を示す携帯情報端末の斜視図である。図９４を参照して、図９
４では所定の面、たとえば机上に携帯情報端末１０を載置し、この状態で操作者４０１が
携帯情報端末１０のさまざまなキーを押圧することが可能である。たとえばテレビ中継を
携帯情報端末１０が受信してその映像を表示部２１で表示し、必要なときに操作者４０１
がキーを押圧する。テレビ画面を切換えるときに適当なサーチキーを押してもよい。

【０１７３】

この発明に従った実施の形態６に従った携帯情報端末は第１の面６０１と、その第１の
面６０１の反対側に位置する第２の面６０２とを有する第１の筐体１と、第３の面６０３
と、その第３の面６０３の反対側に位置する第４の面６０４とを有し、その一部が第１の
筐体１と重なり合う第２の筐体２と、第１の筐体１に対して第２の筐体２が相対的に回転
するように第１および第２の筐体１および２を連結する第１の回転連結機構としての回転
連結機構３と、第１の筐体１に対して回転連結機構３が相対的に回転するように回転連結
機構３と第１の筐体１とを連結する第２の連結機構としてのターンテーブル５００とを備
える。ターンテーブル５００は、第３の面６０３および第４の面６０４が第１の面６０１
に向かい合うことが可能なように第２の筐体２を保持する。

【０１７４】

このように構成された携帯情報端末１０では、回転可能なターンテーブル５００上に回
転軸３１が設けられ、第１の筐体１に対する第２の筐体２の位置を適宜変更することがで
きるので使い勝手のよい携帯情報端末を提供することができる。

【０１７５】

（実施の形態７）

実施の形態７では、ＡＶコンテンツ再生時に着信があったときのスピーカの切換につい
て説明する。表示部２１においてＡＶ（オーディオビジュアル）コンテンツの再生時に着
信があったとき（Ａ）ＡＶ音声の音量そのまま、（Ｂ）ＡＶ音声の音量を下げる、（Ｃ）
ＡＶ音声の音量を切る（ｏｆｆ）の３つの対応が考えられる。

【０１７６】

また着信があったことをＡＶコンテンツの視聴者に知らせるために（ｉ）表示部２１の
画面に着信画面を表示する、（ｉｉ）着信音を鳴らす、（ｉｉｉ）表示部２１の画面に着信画
面を表示しつつ着信音を鳴らす、の３つの対応が考えられる。

【０１７７】

また上記の（Ｂ）ＡＶ音声の音量を下げる、または（Ｃ）ＡＶ音声の音量を切る（ｏｆ
ｆ）の切換のタイミングとしては、（１）携帯情報端末１０を視聴者が耳に近づけたとき
に、それをセンサで感知して切換える、（２）着信があった時点で強制的に切換える、の
２つの対応が考えられる。

APLPROS0000011867

【０１７８】

よって、これらの任意の組合せが考えられる。具体的には、以下のとおりである。

【０１７９】

（Ａ）－（ｉ）、（Ａ）－（ｉｉ）、（Ａ）－（ｉｉｉ）、（Ｂ）－（ｉ）、（Ｂ）－（ｉｉ）、（Ｂ）－（ｉｉｉ）、（Ｃ）－（ｉ）、（Ｃ）－（ｉｉ）、（Ｃ）－（ｉｉｉ）、（Ｂ）－（ｉ）－（１）、（Ｂ）－（ｉ）－（２）、（Ｂ）－（ｉｉ）－（１）、（Ｂ）－（ｉｉ）－（２）、（Ｂ）－（ｉｉｉ）－（１）、（Ｂ）－（ｉｉｉ）－（２）、（Ｃ）－（ｉ）－（１）、（Ｃ）－（ｉ）－（２）、（Ｃ）－（ｉｉ）－（１）、（Ｃ）－（ｉｉ）－（２）、（Ｃ）－（ｉｉｉ）－（１）、（Ｃ）－（ｉｉｉ）－（２）の２１通りの組合せが考えられる。

【０１８０】

以上、この発明の実施の形態について説明したが、ここで示した実施の形態に関してはさまざまに変形することが可能である。まず、上述の携帯情報端末には、データを記憶するためのメモリカードなどの外部記憶媒体を第１の筐体１または第２の筐体２に取付けるためのスロットが配置されていてもよい。この場合、カメラで撮影した映像またはアンテナが受信した画像などをこの記録媒体に記憶させることができる。

【０１８１】

さらに、他の情報端末と接続するための端子（インターフェイス）が設けられていてもよい。さらに、実施の形態において、カメラと併用してフラッシュを設ける場合に、そのフラッシュは発光ダイオードであってもよく、またキセノンを用いたストロボであってもよい。

【０１８２】

さらに、表示部２１の長辺と短辺との比率（寸法比）は１６：９であってもよく、３：４であってもよい。また、表示部２１はタッチパネルであってもよく、このタッチパネルによりテレビの操作（チャンネル切換、音量、画面のコントラスト、画面の切換、画面音声の切換など）および／または電話の操作などが行なわれてもよい。また表面がたとえばサファイアガラスなどのような強化ガラスで覆われていてもよい。

【０１８３】

さらに、表示部２１は１画面表示だけでなく多画面表示（分割画面表示、たとえば２画面、３画面、４画面など）が可能であってもよい。多画面表示を行なう場合には、１の表示部２１でテレビ画面、電子番組ガイド（ＥＰＧ）画面、ゲーム画面、メール画面などを適宜組合せて多画面で表示することができる。これにより、テレビを見ながらメールを読んだり、メールを作成したり、メールを返信したり、番組予約をしたり、ゲームをすることができ、操作者が複数の情報を同時に処理することができる。

【０１８４】

また、携帯情報端末１０はテレビ番組の録画機能を有していてもよく、また非接触の電子決済機能や個人認証機能を有していてもよい。特に非接触の電子決済機能を用いる場合には、携帯情報端末１０を閉じた状態で電子決済に必要な複数の各種の情報（乗車区間、チケット情報、料金、バーコードなど）を表示部２１で確認できることが好ましいため、本実施の形態の携帯情報端末１０はこの用途に特に適している。また非接触の電子決済機能や個人認証機能を持たせる場合、携帯情報端末１０はＳＩＭ（Subscriber Identity Module）カードのようなＩＣ（Integrated Circuit）カードを装着可能に構成されていることが好ましい。

【０１８５】

なお、携帯情報端末はたとえば携帯電話機であるが、これに限定されるものではなく、携帯用情報端末（ＰＤＡ：personal data assistant）、ノート型パーソナルコンピュータ、通信可能なデジタルカメラなどであってもよい。また、携帯情報端末は通信機能を有することが好ましい。

【０１８６】

さらに、携帯電話機として用いる場合に、そのアンテナはダイバーシチアンテナだけでなく、１本のモノポールアンテナ、ヘリカルアンテナ、メアンダラインアンテナ、プレー

APLPROS0000011868

　【０１８７】
　今回開示された実施の形態はすべての点で例示であって制限的なものではないと考えられるべきである。本発明の範囲は上記した説明ではなくて特許請求の範囲によって示され、特許請求の範囲と均等の意味および範囲内でのすべての変更が含まれることが意図される。
【産業上の利用可能性】
　【０１８８】
　この発明は携帯情報端末の分野で用いることができる。
【図面の簡単な説明】
　【０１８９】
　【図１】　この発明の実施の形態１に従った携帯情報端末の模式的な平面図である。
　【図２】　従来の携帯情報端末の平面図である。
　【図３】　この発明の実施の形態１に従った携帯情報端末の使用状態を示す斜視図である。
　【図４】　この発明の実施の形態１に従った携帯情報端末の斜視図である。
　【図５】　スライドした第２の筐体を示す携帯情報端末の斜視図である。
　【図６】　ある方向に９０度回転した第２の筐体を有する携帯情報端末の斜視図である。
　【図７】　図５で示す方向から逆方向に回転した第２の筐体を有する携帯情報端末の斜視図である。
　【図８】　回転連結機構を説明するために示す第１の筐体の斜視図である。
　【図９】　回転連結機構を説明するために示す第２の筐体の斜視図である。
　【図１０】　図８中のＸ－Ｘ線に沿った断面図であって、第１の筐体と第２の筐体とを組合せた携帯情報端末の断面図である。
　【図１１】　回転軸の斜視図である。
　【図１２】　別の局面に従った回転軸の斜視図である。
　【図１３】　溝の平面図である。
　【図１４】　別の局面に従った溝の平面図である。
　【図１５】　携帯情報端末内の配線を示す図である。
　【図１６】　携帯情報端末内の配線を示す図である。
　【図１７】　携帯情報端末の分解斜視図である。
　【図１８】　回転連結機構の動作を説明するための図である。
　【図１９】　回転連結機構の動作を説明するための図であって、図８中のＸＩＸ－ＸＩＸ線に沿った断面図である。
　【図２０】　回転連結機構の動作を説明するための図である。
　【図２１】　回転連結機構の動作を説明するための図であって、図２０中のＸＸＩ－ＸＸＩ線に沿った断面図である。
　【図２２】　回転連結機構の動作を説明するための図である。
　【図２３】　別の局面に従った回転連結機構を示す図である。
　【図２４】　別の局面に従った回転連結機構を示す図である。
　【図２５】　別の局面に従った回転連結機構を示す図である。
　【図２６】　別の局面に従った回転連結機構を示す図である。
　【図２７】　実施の形態１における携帯情報端末の電気回路部の一部を示す回路ブロック図である。
　【図２８】　この発明の実施の形態２に従った携帯情報端末の斜視図である。
　【図２９】　図２８中の矢印ＸＸＩＸで示す方向から見た携帯情報端末の側面図である。
　【図３０】　図２９の矢印ＸＸＸで示す方向から見た携帯情報端末の背面図である。
　【図３１】　実施の形態２に従った携帯情報端末の使用状態を示す斜視図である。

APLPROS0000011869

【図３３】　図３２中の矢印ＸＸＸＩＩＩで示す方向から見た携帯情報端末の平面図である。

【図３４】　図３２中の矢印ＸＸＸＩＶで示す方向から見た携帯情報端末の底面図である。

【図３５】　図３２中の矢印ＸＸＸＶで示す方向から見た携帯情報端末の側面図である。

【図３６】　図３５中の矢印ＸＸＸＶＩで示す方向から見た携帯情報端末の背面図である。

【図３７】　図３２中の矢印ＸＸＸＶＩＩ－ＸＸＸＶＩＩ線に沿った断面図である。

【図３８】　操作部を閉じた状態での携帯情報端末の正面図である。

【図３９】　図３８中の矢印ＸＸＸＩＸで示す方向から見た携帯情報端末の平面図である。

【図４０】　図３８中の矢印ＸＬで示す方向から見た携帯情報端末の側面図である。

【図４１】　実施の形態３に従った携帯情報端末の操作方法を示す斜視図である。

【図４２】　実施の形態３に従った携帯情報端末の操作方法を示す斜視図である。

【図４３】　実施の形態３に従った携帯情報端末の操作方法を示す斜視図である。

【図４４】　実施の形態３に従った携帯情報端末の操作方法を示す斜視図である。

【図４５】　実施の形態３に従った携帯情報端末の操作方法を示す斜視図である。

【図４６】　この発明の実施の形態４に従った携帯情報端末の背面図である。

【図４７】　縦長の構図で撮影する場合の携帯情報端末の正面図である。

【図４８】　横長の構図で撮影する場合の携帯情報端末の図である。

【図４９】　この発明の実施の形態４に従った携帯情報端末の斜視図である。

【図５０】　折り曲げられた状態で画像を撮影する携帯情報端末の正面図である。

【図５１】　折り曲げられた状態で画像を撮影する携帯情報端末の正面図である。

【図５２】　被写体を撮影して実況中継する携帯情報端末の正面図である。

【図５３】　折り曲げられた携帯情報端末の正面図である。

【図５４】　折り曲げられた携帯情報端末の正面図である。

【図５５】　この発明の実施の形態５に従った携帯情報端末の正面図である。

【図５６】　縦長の状態とされた、実施の形態５に従った携帯情報端末の正面図である。

【図５７】　図５６で示す位置から第２の筐体をスライドさせた携帯情報端末の正面図である。

【図５８】　折り曲げられた携帯情報端末の正面図である。

【図５９】　折り曲げられた携帯情報端末の正面図である。

【図６０】　この発明の実施の形態５に従った携帯情報端末の正面図である。

【図６１】　折り曲げられた携帯情報端末の正面図である。

【図６２】　第２の筐体が第１の筐体に対してスライドした携帯情報端末の正面図である。

【図６３】　折り曲げられた携帯情報端末の正面図である。

【図６４】　折り曲げられた携帯情報端末の正面図である。

【図６５】　この発明の実施の形態５に従った携帯情報端末の正面図である。

【図６６】　この発明の実施の形態５に従った携帯情報端末の正面図である。

【図６７】　第２の筐体が第１の筐体に対してスライドした携帯情報端末の正面図である。

【図６８】　折り曲げられた携帯情報端末の正面図である。

【図６９】　折り曲げられた携帯情報端末の正面図である。

【図７０】　この発明の実施の形態６に従った携帯情報端末の斜視図である。

【図７１】　図７０中の矢印ＬＸＸＩ－ＬＸＸＩ線に沿った断面図である。

【図７２】　図７０中の矢印ＬＸＸＩＩで示す方向から見た携帯情報端末の正面図である

APLPROS0000011870

る。

【図７３】図７０中の矢印ＬＸＸＩＩＩで示す方向から見た携帯情報端末の背面図である。

【図７４】図７０中の矢印ＬＸＸＩＶで示す方向から見た携帯情報端末の平面図である。

【図７５】図７０中の矢印ＬＸＸＶで示す方向から見た携帯情報端末の底面図である。

【図７６】図７０中の矢印ＬＸＸＶＩで示す方向から見た携帯情報端末の側面図である。

【図７７】この発明の実施の形態６に従った携帯情報端末の斜視図である。

【図７８】図７７中の矢印ＬＸＸＶＩＩＩで示す方向から見た携帯情報端末の側面図である。

【図７９】折り曲げられた携帯情報端末の斜視図である。

【図８０】図７９中の矢印ＬＸＸＸで示す方向から見た携帯情報端末の正面図である。

【図８１】図８０中のＬＸＸＸＩ－ＬＸＸＸＩ線に沿った断面図である。

【図８２】図７９中の矢印ＬＸＸＸＩＩで示す方向から見た携帯情報端末の背面図である。

【図８３】図７９中の矢印ＬＸＸＸＩＩＩで示す方向から見た携帯情報端末の平面図である。

【図８４】図７９中の矢印ＬＸＸＸＩＶで示す方向から見た携帯情報端末の側面図である。

【図８５】図７９中の矢印ＬＸＸＸＶで示す方向から見た携帯情報端末の側面図である。

【図８６】第２の筐体を閉じた状態での携帯情報端末の斜視図である。

【図８７】図８６中の矢印ＬＸＸＸＶＩＩで示す方向から見た携帯情報端末の正面図である。

【図８８】図８６中の矢印ＬＸＸＸＶＩＩＩで示す方向から見た携帯情報端末の背面図である。

【図８９】図８６中の矢印ＬＸＸＸＩＸで示す方向から見た携帯情報端末の平面図である。

【図９０】図８６中の矢印ＸＣで示す方向から見た携帯情報端末の底面図である。

【図９１】図８６中の矢印ＸＣＩで示す方向から見た携帯情報端末の側面図である。

【図９２】第１の使用状態を示す携帯情報端末の斜視図である。

【図９３】第２の使用状態を示す携帯情報端末の斜視図である。

【図９４】第３の使用状態を示す携帯情報端末の斜視図である。

【符号の説明】

【０１９０】

１　第１の筐体、２　第２の筐体、３　回転連結機構、４　重なり部分、１０　携帯情報端末、１１　操作部、２１　表示部。

APLPROS0000011871

【書類名】図面
【図１】



【図２】





【図 4 】



APLPROS0000011873



【図 6 】



APLPROS0000011874



【図８】



APLPROS0000011875



【図10】



【図11】



APLPROS0000011876



【図１３】



【図１４】



【図１５】





APLPROS0000011878



APLPROS0000011879



【図１９】



【図２０】



APLPROS0000011880



【図２２】



【図２３】



APLPROS0000011881



【図 2 5】



APLPROS0000011882



10

1

12

31

3

62

2

APLPROS0000011883



APLPROS0000011884



【図２９】



【図３０】



APLPROS0000011885



APLPROS0000011886



【図３３】



【図３４】



APLPROS0000011887



APLPROS0000011888



APLPROS0000011889



【図38】





【図４０】



【図４１】



APLPROS0000011891



【図４３】



APLPROS0000011892



APLPROS0000011893

【図４５】









【図４９】



【図５０】





【図５２】



APLPROS0000011896



【図５４】



APLPROS0000011897



【図５６】





APLPROS0000011899



APLPROS0000011900



【図６０】



APLPROS0000011901



APLPROS0000011902



APLPROS0000011903



【図 6 4 】

【図 6 4 】



APLPROS0000011904







APLPROS0000011906







APLPROS0000011908



APLPROS0000011909



APLPROS0000011910













【図７９】



APLPROS0000011913



【図 8 1】



APLPROS0000011914



【図 8 3】



【図 8 4】





【図 8 6】



APLPROS0000011916



【図８８】



【図８９】



APLPROS0000011917



【図 9 1】



【図 9 2】







【要約】

【課題】　　保持性を高めつつ横長画面を視聴できるＬ型の状態において、その全体の大きさを小さくすることが可能な携帯情報端末を提供する。

【解決手段】　　携帯情報端末１０は、操作部１１を有する第１の筐体１と、表示部２１を有し、その一部分が第１の筐体１と重なり合う第２の筐体２と、第１の筐体１に対して第２の筐体２が相対的に回転するように第１および第２の筐体を連結する回転連結機構３とを備える。回転の中心は、第１および第２の筐体の重なり部分４の中心とほぼ一致する。

【選択図】　　　　　図１

APLPROS0000011920

００００５０４９
19900829
新 規 登 録


大 阪 府 大 阪 市 阿 倍 野 区 長 池 町 ２ ２ 番 ２ ２ 号
シ ャ ー プ 株 式 会 社

APLPROS0000011921

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 29328018 |
| **Filing Date:** | 18-Nov-2008 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Filer:** | Alyssa Kaye Sandrowitz/Cecilia Mateo |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |

Filed as Large Entity

## Design     Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Late filing fee for oath or declaration | 1051 | 1 | 130 | 130 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Statutory disclaimer | 1814 | 1 | 140 | 140 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **450** |

APLPROS0000011923

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6898387 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Alyssa Kaye Sandrowitz/Cecilia Mateo |
| **Filer Authorized By:** | Alyssa Kaye Sandrowitz |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |
| **Receipt Date:** | 28-JAN-2010 |
| **Filing Date:** | 18-NOV-2008 |
| **Time Stamp:** | 14:34:47 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $450 |
| RAM confirmation Number | 813 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLPROS0000011924

| 1 | | 2607_0590002_uspto_filings.pdf | 742313 | yes | 19 |
|---|---|---|---|---|---|
| | | | 9a092783310ea8f21f0x8671d893065bc9aa2c67 | | |

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| **Document Description** | | **Start** | **End** |
| Miscellaneous Incoming Letter | | 1 | 2 |
| Extension of Time | | 3 | 3 |
| Applicant Arguments/Remarks Made in an Amendment | | 4 | 11 |
| Terminal Disclaimer Filed | | 12 | 12 |
| Transmittal Letter | | 13 | 18 |
| Information Disclosure Statement (IDS) Filed (SB/08) | | 19 | 19 |

| Warnings: | |
|---|---|
| Information: | |

| 2 | Foreign Reference | JP2004290256AO.pdf | 5125348 | no | 82 |
|---|---|---|---|---|---|
| | | | 41d851ceac1a5868ab1a1c89d6ddfccfedcc1aae | | |

| Warnings: | |
|---|---|
| Information: | |

| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 33419 | no | 2 |
|---|---|---|---|---|---|
| | | | ef293eb7136221851542444a79ed2744b3d35ba80 | | |

| Warnings: | |
|---|---|
| Information: | |

| **Total Files Size (in bytes):** | 5901080 |
|---|---|

APLPROS0000011925

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000011926

PTO/SB/22 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARMENT OF COMMERCE
Under the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) **FY 2009** *(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)* | Docket Number (Optional) 2607.0590002(P4984USD1)/TGD/AKS |
|---|---|
| Application Number   29/328,018 | Filed  November 18, 2008 |

| For   Electronic Device |  |
|---|---|

| Art Unit   2911 | Examiner  Angela J. Lee |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee |  |
|---|---|---|---|---|
| [x] | One month (37 CFR 1.17(a)(1)) | $130 | $65 | $  $130.00 |
| [ ] | Two months (37 CFR 1.17(a)(2)) | $490 | $245 | $_____ |
| [ ] | Three months (37 CFR 1.17(a)(3)) | $1110 | $555 | $_____ |
| [ ] | Four months (37 CFR 1.17(a)(4)) | $1730 | $865 | $_____ |
| [ ] | Five months (37 CFR 1.17(a)(5)) | $2350 | $1175 | $_____ |

[ ] Applicant claims small entity status. See 37 CFR 1.27.

[ ] A check in the amount of the fee is enclosed.

[x] Payment by credit card. Form PTO-2038 is attached.

[ ] The Director has already been authorized to charge fees in this application to a Deposit Account.

[x] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number _____19-0036_____.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| I am the | [ ] | applicant/inventor. |
|---|---|---|
|  | [ ] | assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed (Form PTO/SB/96). |
|  | [x] | attorney or agent of record. Registration Number _____32,831_____ |
|  | [ ] | attorney or agent under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34 _____ |

| Signature | January 27, 2010 |
|---|---|
|  | Date |
| Tracy-Gene G. Durkin | (202) 371-2600 |
| Typed or printed name | Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

[x] Total of ___1___ forms are submitted.                                    1074353

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLPROS0000011927



| Robert Greene Sterne | Elizabeth J. Haanes | John T. Haran | Alyssa S. Sandrowitz | Yasser Mourtada |
| Jorge A. Goldstein | Michael D. Specht | Mark W. Rygiel | Jonathan M. Strang | Cynthia L. DeRenzo |
| David K.S. Cornwell | Kevin W. McCabe | Michael R. Malek | Ishan P. Weerakoon | Omar F. Amin |
| Robert W. Esmond | Glenn J. Perry | Carla Ji-Eun Kim | Chenghua Luo | R. Wilson Powers III |
| Tracy-Gene G. Durkin | Theodore R. Wood | Doyle A. Slever* | Salvador M. Bezos* | Erin C. Wong |
| Michele A. Cimbala | Gaby L. Longworth | Paul A. Calvo | Bruce B. Vance | Joseph E. Mutschelknaus |
| Michael B. Ray | Grant E. Reed | C. Matthew Rozier | Justin T. Sher | Kavon Nasabzadeh |
| Robert E. Sokohl | Tracy L. Muller | Randall K. Baldwin | Byron L. Pickard | Aaron S. Ward |
| Eric K. Steffe | Jon E. Wright | Lori M. Brandes | Kellie K. DiNapoli* | |
| Michael Q. Lee | LuAnne M. DeSantis | Deborah A. Sterling | Christopher B. Ferenc* | |
| John M. Covert | Helene C. Carlson | Jeremy M. Klass | Jeffrey R. Fougere* | Of Counsel |
| Robert C. Millonig | Cynthia M. Bouchez | Stephanie L. Elmer | William P. Ladd* | Edward J. Kessler |
| Donald J. Featherstone | Timothy A. Doyle | Jeffrey K. Mills | | Christopher P. Wrist |
| Timothy J. Shea, Jr. | Lori A. Gordon | Mita Mukherjee* | | David C. Isaacson |
| Michael W. Messinger | Shannon A. Carroll | Scott M. Woodhouse | Registered Patent Agents* | Jason D. Eisenberg |
| Judith U. Kim | Anbar F. Khal | Peter A. Socarras | Karen R. Markowicz | |
| Mark Fox Evens | Michelle K. Holoubek | Christian A. Camarce | Danielle L. Letting | *Admitted only in Maryland |
| Jeffrey T. Helvey | Marsha A. Rose | Richard D. Coller | Steven C. Oppenheimer | ^Admitted only in Virginia |
| Eldora L. Ellison | Scott A. Schaller | Patrick P. Hansen | Aaron S. Lukas | •Practice Limited to |
| Donald R. Banowit | Lei Zhou | Ross G. Hicks | Jonathan Tuminaro | Federal Agencies |
| Peter A. Jackman | W. Blake Coblentz | Keisha Hylton-Rodic | Gaurav Asthana | |
| Brian J. Del Buono | James J. Pohl | Bonnie Nannenga-Combs | | |

January 27, 2010

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents                                      *Art Unit 2911*
PO Box 1450
Alexandria, VA  22313-1450                          *Attn: Mail Stop Amendment*

Re:    U.S. Design Patent Application
       Application No. 29/328,018; Filing Date:  November 18, 2008
       For:    **Electronic Device**
       Inventors:  Andre *et al.*
       Our Ref:  2607.0590002(P4984USD1)/TGD/AKS

Sir:

Transmitted herewith for appropriate action are the following documents:

1.  Online Credit Card Payment Authorization in the amount of $450.00 to cover:

    $130.00 One-month extension of time fee;

    $180.00 Supplemental Information Disclosure Statement fee; and

    $140.00 Terminal Disclaimer fee;

2.  Petition for Extension of Time Under 37 C.F.R. § 1.136(a);

3.  Amendment and Reply Under 37 C.F.R. § 1.111;

4.  Terminal Disclaimer to Obviate a Double Patenting Rejection over Pending "Reference" Application;

5.  Third Supplemental Information Disclosure Statement;

6.  Form PTO/SB/08A (1 sheet) listing FP7 document; and

APLPROS0000011928

Commissioner for Patents
January 27, 2010
Page 2

      7.   A copy of cited document (FP7).

**The above-listed documents are filed electronically through EFS-Web.**

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

Fee payment is provided through online credit card payment. The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

                    Respectfully submitted,

                    STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                    Tracy-Gene G. Durkin
                    Attorney for Applicants
                    Registration No. 32,831

TGD/AKS/ctm
Enclosure(s)

1074130_1.doc

APLPROS0000011929

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.:  7091 |
| ANDRE *et al.* | Art Unit:  2911 |
| Appl. No.:  29/328,018 | Examiner:  LEE, Angela J |
| Filed:  November 18, 2008 | Atty. Docket:  2607.0590002(P4984USD1) |
| For:  **Electronic Device** | |

## Amendment and Reply Under 37 C.F.R. § 1.111

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

In reply to the Office Action dated October 2, 2009, Applicants submit the following Amendment and Remarks.

Amendments to the Specification begin on page 2 of this paper.

Amendments to the Drawings begin on page 3 of this paper.

Remarks begin on page 4 of this paper.

It is not believed that extensions of time or fees for net addition of claims are required beyond those that may otherwise be provided for in documents accompanying this paper.   However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R.  § 1.136(a), and any fees required therefor (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 19-0036.

APLPROS0000011930

- 2 -

ANDRE *et al.*
Appl. No. 29/328,018

## *Amendments to the Specification*

Please amend paragraphs **[0011]** and **[0012]** as follows:

[0011] The <u>claimed</u> surface[[s]] of the electronic device [[are]]<u>is</u> illustrated with <u>the</u> color designation[[s]] <u>for the color black</u>. ~~The grid pattern indicates the color black, the dashed line pattern indicates metal. By way of example, the metallic portions may be selected from steel, aluminum, anodized aluminum, chrome, nickel, and/or the like.~~

[0012] ~~More generally, the invention pertains to an ornamental design for an article of manufacture.~~  The ~~article~~ <u>electronic device</u> is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item or toy.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

APLPROS0000011931

- 3 -

ANDRE *et al.*
Appl. No. 29/328,018

## *Amendments to the Drawings*

Please replace Figures 1-8 with Figures 1-8 provided herewith on replacement sheets.  No new matter has been added to the replacement figures.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

APLPROS0000011932

- 4 -                                                           ANDRE *et al.*

Reply to Office Action of October 2, 2009                      Appl. No. 29/328,018

## *Remarks*

Reconsideration of this Application is respectfully requested. Applicants wish to thank the Examiner for her time and consideration during the interview conducted by Applicants' representatives on November 5, 2009. The substance of the interview is contained in the following remarks

The claimed design was rejected under the judicially created doctrine of obviousness-type double patenting over the design claimed in applicant's co-pending application no. 29/332,683. A terminal disclaimer is submitted herewith to overcome this rejection.

The claimed design has also been rejected under 35 U.S.C. §103(a) as being unpatentable over U.S. Patent No. 7,409,059 to Fujisawa (the '059 patent) in view of U.S. Patent Application Publication 2008/0004083 (the '083 publication). The Examiner alleges that the '059 patent is "strickingly similar to the left portion of the design shown in FIG. 7 of [the '059 patent]" and that it would have been obvious to "modify the elongated oval to have more rounded edges, as taught by the elongated oval in Figure 56 of [the '083 publication] and to modify the rectangular display to extend to the left and right side edges and to remove the inner border as demonstrated by Fig 56 of [the '083 publication]."

Applicants need not address whether such modifications to the design disclosed in the '059 patent are obvious for several reasons. First, the '083 publication is not a proper prior art reference. The present application is a divisional of Application No. 29/282,834, which is a continuation of Application No. 29/270,888, filed January 5,

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

APLPROS0000011933

- 5 -                                                     ANDRE *et al.*

2007. Thus, the present application has an effective filing date of January 5, 2007. *See*

MPEP §706.02(VI). Because the '083 publication is a national phase application of an

international application (WO 2006/038499) not published in English, the '083

publication does not have a 102(e) date. Therefore, the '083 publication is only available

as a 102(a)/102(b) reference as of its publication date of January 3, 2008, which is after

the effective filing date of the present application. *See* MPEP §706.02(f)(1). Thus, the

'083 publication is not a 102(a), 102(b), or 102(e) reference to the present application and

the rejection is improper.

Although the Applicants need not address the merits of the rejection, even if the

subject matter of '083 publication is prior art to the present application, Applicants assert

that the design disclosed in the '059 patent is not so similar to the claimed design that a

*prima facie* case of obviousness has been made. In determining patentability of a design,

it is the overall appearance, the visual effect of the design as a whole, which must be

taken into consideration. *In re Rosen*, 673 F.2d 388, 390 (C.C.P.A. 1982). See also *In re*

*Yardley*, 493 F.2d 1389, 1392-1393 (C.C.P.A. 1974) ("[the] basic consideration in

determining the patentability of designs over the prior art is similarity of appearance").

The prior art teachings must suggest the overall visual appearance of the claimed design,

not just components of the claimed design. *In re Rosen,* 673 F.2d at 390. "Therefore, in

order to support a holding of obviousness, a primary reference must be more than a

design concept; it must have an appearance substantially the same as the claimed

design." MPEP § 1504.3 (citing *In re Harvey*, 12 F.3d 1061 (Fed. Cir. 1993)).

While the design disclosed in the '059 patent has some similarities to the claimed

design, there is at least one major difference which creates an overall ornamental

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

APLPROS0000011934

Reply to Office Action of October 2, 2009

appearance that is quite different.  A distinctive feature of the mobile telephone design disclosed in the '059 patent is a display section 11 which has a display screen 12 which is visible from both the front and back of the housing 32.  *See* col. 5, lns. 1-5. As best seen in Figure 2 of the patent, screen 12 is inset in display area 11 of housing 32 such that the front face of housing 32 creates a stepped or framed appearance.  There is nothing in the '059 patent to suggest that there is anything on top of display 12 which would make it flush with the front face of housing 32 as in the claimed design. In fact, Figure 3 suggests that there is a bevel edge or frame around display 12 creating an uneven transition on the front face of housing 32 between the housing and the display screen 12 in contrast to the substantially smooth or flush transition of the display screen and the rest of the front face of the claimed design.

There is nothing in the disclosure of the '083 publication which addresses these deficiencies in the '059 patent, nor was it cited for that purpose.  The '083 publication does not disclose a front face that is substantially continuous, as claimed.  The '083 patent discloses multiple functional features such as switches, speakers and lenses which create a discontinuous surface.  There is nothing in the '083 publication to suggest that there is anything on top of display 21 which would make it flush in the transition with the front face as in the claimed design.  In fact, the embodiment of Figures 5 and 6, which only differs from the embodiment of Fig 56 in that speakers 161, 162 and 163 are employed, suggests that display 21 is also inset and that there is an uneven transition between display 21 and the remainder of the front face.  *See* paragraph [0218] of the '083 publication.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

APLPROS0000011935

- 7 -

ANDRE *et al.*
Appl. No. 29/328,018

Furthermore, the claimed design calls for the surface to be substantially completely transparent, while neither of the cited designs discloses a surface that is substantially completely transparent. Both designs disclose a display area, but it is clear from the disclosures that those areas make up only a portion of the front face of the device.

Because neither of the cited references discloses or suggests the overall visual impression of a substantially continuous transparent surface on an electronic device and the substantially smooth or flush transition between the display screen and the rest of the front face of the device, they cannot be said to render the claimed design obvious.

While not applied by the Examiner in the Office Action, Korean Design No. 30-0394921 (KR 30-0394921) does disclose an MP3 player having a design with a front surface that "features a very simple design made possible by eliminating any kind of shape or decoration on the entire front." *See* Exhibit A, translation of KR 30-0394921, page 2. Thus, there would be no reason to combine this Korean patent with the cited references, which each clearly disclose designs that have the kind of "shapes or decorations" which the Korean patent is trying to avoid.

Based on the above amendment and remarks, Applicants submit that the claimed design is not obvious.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

- 8 -

ANDRE *et al.*
Appl. No. 29/328,018

## *Conclusion*

All of the stated grounds of rejection have been properly traversed, accommodated, or rendered moot. Applicants therefore respectfully request that the Examiner reconsider all presently outstanding rejections and that they be withdrawn. Applicants believe that a full and complete reply has been made to the outstanding Office Action and, as such, the present application is in condition for allowance. If the Examiner believes, for any reason, that personal communication will expedite prosecution of this application, the Examiner is invited to telephone the undersigned at the number provided.

Prompt and favorable consideration of this Amendment and Reply is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: <u>January 27, 2010</u>

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1058616_3.DOC

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD

APLPROS0000011937

| Application Number | Application/Control No. | Applicant(s)/Patent under Reexamination |
| --- | --- | --- |
| | 29/328,018 | ANDRE ET AL. |
| | | |

| Document Code - DISQ | Internal Document – DO NOT MAIL |
| --- | --- |

| TERMINAL DISCLAIMER | ☐ APPROVED | ☒ DISAPPROVED |
| --- | --- | --- |
| Date Filed : 01/28/10 | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

Filing date for pending is incorrect it should be 2/23/09.

Angie Walker

U.S. Patent and Trademark Office

APLPROS0000011938

Similar to PTO/SB/25 (08-08)

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER PENDING "REFERENCE" APPLICATIONS | Docket Number  (Optional) 2607.0590002(P4984USD1)/ TGD/AKS |
|---|---|

In re Application of:  Andre et al.

Application No.: 29/328,018

Filed:   November 18, 2008

For:     ELECTRONIC DEVICE

The owner*, <u>Apple. Inc.</u>, of <u>100</u> percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending **reference** Application Number <u>29/332,683</u> , filed on <u>February 23, 2009</u> ,as such term is defined in 35 U.S.C. 154 and 173, and as the term of any patent granted on said **reference** applications may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** applications. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the **reference** applications are commonly owned.  This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of any patent granted on said **reference** applications, "as the term of any patent granted on said **reference** applications may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** applications," in the event that: any such patent: granted on the pending **reference** applications: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒   The undersigned is an attorney or agent of record. Reg. No.___<u>32,831</u>___.

| | |
|---|---|
| _(signature)_ | <u>February 26, 2010</u> |
| Signature | Date |

Tracy-Gene G. Durkin
Typed or printed Name

<u>(202) 772-8660</u>
Telephone Number

☐   Terminal disclaimer fee under 37 CFR 1.20(d) included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee (owner). Form PTO/SB/96 may be used for making this statement. See MPEP §324

1084526_1.DOC

APLPROS0000011939

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7096702 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Alyssa Kaye Sandrowitz/Dana Bennett Jackson |
| **Filer Authorized By:** | Alyssa Kaye Sandrowitz |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |
| **Receipt Date:** | 26-FEB-2010 |
| **Filing Date:** | 18-NOV-2008 |
| **Time Stamp:** | 15:12:46 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 26070590002filing.PDF | 357087 <br> 7620f71e1369c3a96b776f81101937abf6e5 0bdb | yes | 3 |

APLPROS0000011940

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Supplemental Response or Supplemental Amendment | 2 | 2 |
| Terminal Disclaimer Filed | 3 | 3 |

| Warnings: |
|---|

| Information: |
|---|

| Total Files Size (in bytes): | 357087 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000011941



Sterne Kessler
Goldstein Fox
ATTORNEYS AT LAW

February 26, 2010

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents                                    *Art Unit 2911*
PO Box 1450
Alexandria, VA  22313-1450                        *Attn: Mail Stop Amendment*

Re:  U.S. Design Patent Application
     Application No. 29/328,018; Filing Date:  November 18, 2008
     For:  **Electronic Device**
     Inventors:  Andre *et al.*
     Our Ref:  2607.0590002(P4984USD1)/TGD/AKS

Sir:

Transmitted herewith for appropriate action are the following documents:

1.  Supplemental Reply Under 37 C.F.R. § 1.111; and

2.  Terminal Disclaimer to Obviate a Double Patenting Rejection over Pending "Reference" Application.

The above-listed documents are filed electronically through EFS-Web.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

Fee payment is provided through online credit card payment.  The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/AKS:ctm
Enclosures                                                 1084531_1.doc

APLPROS0000011942

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    ANDRE *et al.*

Appl. No.: 29/328,018

Filed: November 18, 2008

For: **Electronic Device**

Confirmation No.: 7091

Art Unit: 2911

Examiner: Angela J. LEE

Atty. Docket: 2607.0590002(P4984USD1)

## Supplemental Reply Under 37 C.F.R. § 1.111

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

    Further to the Amendment and Reply filed on January 28, 2010, and further to the telephonic interview with Examiner Lee on February 24, 2010, Applicants submit herewith the following Supplemental Reply and a corrected Terminal Disclaimer that includes a corrected date.  Applicants filed a Terminal Disclaimer on January 28, 2010 that inadvertently cited an incorrect filing date of the patent application.  In the Terminal Disclaimer, U.S. Patent Application No. 29/332,683 was cited as being filed on February 23, 2008 when it should have read February 23, 2009.

    Enclosed herewith is a corrected Terminal Disclaimer.  Applicant respectfully requests that the corrected Terminal Disclaimer be considered and entered.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:  February 26, 2010

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1084527_1.DOC

APLPROS0000011943

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination | |
|---|---|---|---|
| | 29/328,018 | ANDRE ET AL. | |
| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** | | |

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| Date Filed : 02/26/10 | **This patent is subject to a Terminal Disclaimer** | |

| **Approved/Disapproved by:** |
|---|
| Angie Walker |

U.S. Patent and Trademark Office

APLPROS0000011944

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29328018 | ANDRE ET AL. |
| | **Examiner** | **Art Unit** |
| | ANGELA J LEE | 2911 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | **NON-CLAIMED** | | | |
| D14 | 341 | | | | 14 / 02 | | | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| D14 | 248 | 203.7 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| ☒ Claims renumbered in the same order as presented by applicant | | | | ☐ CPA | | ☒ T.D. | | ☐ R.1.47 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** | **Final** | **Original** |
| | | | | | | | | | | | | | | | |

| /ANGELA J LEE/ Examiner.Art Unit 2911                3/8/10 | ☒ Use images from artifact folder | **Total Claims Allowed:** |
|---|---|---|
| | ☒ Do not use images from artifact folder | 1 |
| (Assistant Examiner)                              (Date) | | |

| /CATHRON C BROOKS/ Supervisory Patent Examiner.Art Unit 2911 | 03/12/2010 | O.G. Print Claim(s) | O.G. Print Figure |
|---|---|---|---|
| (Primary Examiner)                               (Date) | | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.  20100308

APLPROS0000011945



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 63975 | 7590 | 03/15/2010 |
|---|---|---|

STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| LEE, ANGELA J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 03/15/2010

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1) | 7091 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $860 | $0 | $0 | $860 | 06/15/2010 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

APLPROS0000011946

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail**  **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax  (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

63975          7590          03/15/2010

STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1) | 7091 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $860 | $0 | $0 | $860 | 06/15/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LEE, ANGELA J | 2911 | D14-341000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLPROS0000011947



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1) | 7091 |

63975          7590          03/15/2010

STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| LEE, ANGELA J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 03/15/2010

### Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702.  Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

APLPROS0000011948

| ***Notice of Allowability*** ***For*** ***A Design Application*** | Application No. 29/328,018 | Applicant(s) ANDRE ET AL. | |
|---|---|---|---|
| | Examiner ANGELA J. LEE | Art Unit 2911 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *TD 3/6/10, remarks amendment 1/28/10*.

2. ☒ The claim is allowed.

3. ☒ Acceptable drawings:

    (a) ☐ The drawings filed on _____ are accepted by the Examiner.

    (b) ☒ Drawing Figures 1-8  filed on *18 November 2008* and drawing Figures  filed on _____ are accepted by the Examiner.

4. ☐ The claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f) is acknowledged.

    a) ☐ All   b) ☐ Some*c) ☐ None   of:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

    Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

| Attachment(s) | |
|---|---|
| 1. ☐ Notice of References Cited (PTO-892) | 6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ . |
| 2. ☐ Notice of Draftsperson's Pate65 nt Drawing Review (PTO-948) | 7. ☒ Examiner's Amendment/Comment |
| 3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Receipt Date 1/28/10 | 8. ☐ Examiner's Statement of Reasons for Allowance |
| 5. ☐ Notice of Informal Patent Application | 9. ☐ Other _____. |
| **NOTE:** *use SCORE and print only  FIGS. 1 - 8* | |

APLPROS0000011949

Application/Control Number: 29/328,018                                      Page 2
Art Unit: 2911

## EXAMINER'S COMMENT

Applicant has stated in the specification that the "electronic device is not limited to the scale shown herein." This statement is understood to mean that the drawings are not necessarily life-size representations of the invention, but the claimed design would include the same shape and proportions as shown in the drawings.

### *Drawings*

FIGS. 9  - 32 have been cancelled as being for a nonelected design.

### *Conclusion/Contact Information*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Angela J. Lee whose telephone number is 571-272-4453. The examiner can normally be reached on Monday to Friday from 8:30 am to 5:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Cathron Brooks, can be reached on 571-272-2633. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/A. J. L./
Examiner, Art Unit 2911

/Cathron C Brooks/
Supervisory Patent Examiner, Art Unit 2911

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29328018 | ANDRE ET AL. |
| | **Examiner** | **Art Unit** |
| | ANGELA J LEE | 2911 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341, 342, 343, 344, 345, 346, 347, 420, 426, 427, 432, 439, 440, 441, 448, 496, 125, 137, 129, 130, 138, 250, 389, 147, 218, 247, 248, 156 | 9/5/2007 | /AJL/ |
| D10 | 65, 104 | 9/6/2007 | /AJL/ |
| D13 | 168 | 9/6/2007 | /AJL/ |
| D18 | 6, 7 | 9/6/2007 | /AJL/ |
| D21 | 329, 686 | 9/10/2007 | /AJL/ |
| 455 | 90.3, 556.1, 556.2, 575.1, 575.3, 575.4 | 9/6/2007 | /AJL/ |
| 379 | 433.01, 433.04, 433.06, 433.07 | 9/10/2007 | /AJL/ |
| 361 | 814 | 9/10/2007 | /AJL/ |
| 341 | 22 | 9/10/2007 | /AJL/ |
| 345 | 169, 173 | 9/11/2007 | /AJL/ |
| D6 | 596, 601, 605 | 9/13/2007 | /AJL/ |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Design and utility search. Consulted Jeff Asch, Bridget Eland and Cathron Brooks | 9/4/2007 | /AJL/ |
| Inventor name search. | 9/13/2007 | /AJL/ |
| Assignee search. | 9/14/2007 | /AJL/ |
| NPL search - www.gsmarena.com | 2/8/08 | /AJL/ |
| Foreign search - OHIM 14-02 and 14-03 | 2/7/08 | /AJL/ |
| Backwards and forwards citation search | 2/8/08 | /AJL/ |
| Updated search. | 2/8/08 | /AJL/ |
| updated search | 5/1/09 | /AJL/ |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341, 138AA, 203.7, 248 | 3/8/10 | /AJL/ |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office                    Part of Paper No. : 20100308

**APLPROS0000011951**

Equivalent of Form PTO/SB/08a (4-09)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **THIRD SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 29/328,018 |
| | Filing Date | November 18, 2008 |
| | First Named Inventor | Bartley K. Andre |
| | Art Unit | 2911 |
| | Examiner Name | Angela J. Lee |
| Sheet    1    of    1 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /AL/ | FP7 | JP 2004 290256 | 10-26-2005 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1074097_1.doc

| Examiner Signature | /Angela Lee/ | Date Considered | 03/08/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLPROS0000011952

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

63978        7590        03/15/2010

STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1) | 7091 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $860 | $0 | $0 | $860 | 06/15/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| LEE, ANGELA J | 2911 | D14-341000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Sterne, Kessler, Goldstein & Fox PLLC

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Apple Inc.

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Cupertino, CA

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:

☒ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☒ Advance Order - # of Copies ___Three (3)___

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.

☒ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number ___19-0036___ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature ___[signature]___     Date ___May 24, 2010___

Typed or printed name ___Erin C. Wong___     Registration No. ___61,831___

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 29328018 |
| **Filing Date:** | 18-Nov-2008 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Filer:** | Erin Christine Wong/Nina Armah |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |

Filed as Large Entity

## Design      Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Design Appl issue fee | 1502 | 1 | 860 | 860 |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Printed copy of patent - no color | 8001 | 3 | 3 | 9 |
| **Total in USD ($)** | | | | **869** |

APLPROS0000011955

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7675325 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Erin Christine Wong/Nina Armah |
| **Filer Authorized By:** | Erin Christine Wong |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |
| **Receipt Date:** | 24-MAY-2010 |
| **Filing Date:** | 18-NOV-2008 |
| **Time Stamp:** | 17:38:47 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $869 |
| RAM confirmation Number | 4617 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLPROS0000011956

| 1 | | 29328018_issuefee.pdf | 284809 | yes | 2 |
| | | | 48dcaab851850038 8e4471ffc458dbb46c8 21100 | | |

| | | **Multipart  Description/PDF files in .zip description** | | | |
| | | **Document Description** | **Start** | **End** | |
| | | Miscellaneous Incoming Letter | 1 | 1 | |
| | | Issue Fee Payment (PTO-85B) | 2 | 2 | |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 31999 | no | 2 |
| | | | 97d249bed82e093480e6049d9a11a9b2c1 0524e1 | | |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 316808 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000011957



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr.
Michael V. Messinger
Judith U. Kim
Mark Fox Evens
Jeffrey T. Helvey
Eldora L. Ellison
Donald R. Banowit
H. Keeto Sabharwal
Peter A. Jackman

Elizabeth J. Haanes
Michael D. Specht
Kevin M. McCabe
Glenn J. Perry
Theodore A. Wood
Gaby L. Longsworth
Jon E. Wright
Lori A. Gordon
Grant E. Reed
Tracy L. Muller
Helene C. Carlson
Cynthia M. Bouchez
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
James J. Pohl
John T. Haran
Mark W. Rygiel
Michael R. Malek
Carla Ji-Eun Kim

Doyle A. Siever*
Paul A. Calvo
C. Matthew Rozier
Randall E. Baldwin
Lori M. Brandes
Deborah A. Sterling
Jeremy M. Klass
Stephanie L. Elmer
Scott M. Woodhouse
Jeremiah B. Frueauf
Christian A. Camarce
Richard D. Coller
Patrick P. Hansen
Ross G. Hicks
Keisha Hylton-Rodic
Robert W. Molitors
Bonnie Nannenga-Combs
Alyssa K. Sandrowitz
Julian P. Weerakkoon
Chenghua Luo
Salvador M. Bezos
Bruce B. Vance

Justin T. Sher
Byron L. Pickard
Marco M. Dessai
Richard B. Almon**
Christopher B. Ferenc
Jeffrey R. Ruggiero
Kristina M. Hellman
William R. Ladd*
Christine Kormas Norris*
Aaron S. Ward
Jonathan Tuminaro*

*Registered Patent Agents*
Karen R. Markowicz
Danielle L. Letting
Aaron S. Lukas
Yasser Mourtada
Cynthia L. DeRenzo
Omar F. Amin
R. Wilson Powers III
Erin C. Wong

Joseph E. Mutschelknaus
Kavon Nasabzadeh
Ramin O. Majoumdar
Olga A. Lukiescova
Asha Madipuram

*Of Counsel*
Edward J. Kessler
Christopher P. Wrist
Jason O. Eisenberg
Kenley H. Hoover
Daniel E. Yonan

*Admitted only in Maryland
**Admitted only in Virginia
*Practice Limited to Federal Agencies

May 24, 2010

*WRITER'S DIRECT NUMBER:*
(202) 772-8786
*INTERNET ADDRESS:*
EWONG@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Confirmation No. 7091*
*Mail Stop Issue Fee*

Re:   Allowed U.S. Design Patent Application
      Appl. No. 29/328,018; Filed:  November 18, 2008
      For:   **Electronic Device**
      Inventors:  ANDRE *et al.*
      Our Ref:  2607.0590002(P4984USD1)

Sir:

In response to the **Notice of Allowance and Fee(s) Due** dated March 15, 2010, the following documents are transmitted for appropriate action by the U.S. Patent and Trademark Office:

1.    Issue Fee Transmittal (Form PTOL-85);

2.    Online Credit Card Payment Authorization for $869.00 to cover:
      $860.00 - Issue Fee;
      $9.00 - Advance copies of patent.

*The above-listed documents are filed electronically through EFS-Web.*

Fee payment is provided through online credit card payment.  The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Erin C. Wong
Agent for Applicants
Registration No. 61,831

TGD/ECW/nka
Enclosure(s)

APLPROS0000011958