# EXHIBIT 17



IW 7306757

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**August 04, 2011**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

**APPLICATION NUMBER:** *29/282,833*
**FILING DATE:** *July 30, 2007*
**PATENT NUMBER:** *D593,087*
**ISSUE DATE:** *May 26, 2009*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**N. WILLIAMS**
**Certifying Officer**

## APPLICATION DATA SHEET

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | |
| **Given Name:** | Bartley |
| **Middle Name:** | K. |
| **Family Name:** | ANDRE |
| **City of Residence:** | |
| **State of Residence:** | |
| **Country of Residence:** | |
| **Address-1 of Mailing Address:** | |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | |
| **State of Mailing Address:** | |
| **Postal Code of Mailing Address:** | |
| **Country of Mailing Address:** | |
| **Phone:** | |
| **Fax:** | |
| **Email:** | |

Inventor 2:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | |
| **Given Name:** | Daniel |
| **Middle Name:** | J. |
| **Family Name:** | COSTER |
| **City of Residence:** | |
| **State of Residence:** | |
| **Country of Residence:** | |
| **Address-1 of Mailing Address:** | |
| **Address-2 of Mailing Address:** | |

**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**

Inventor 3:

**Applicant Authority Type:**                    Inventor
**Citizenship:**
**Given Name:**                                  Daniele
**Family Name:**                                 DE IULIIS
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**

Inventor 4:

**Applicant Authority Type:**                    Inventor
**Citizenship:**
**Given Name:**                                  Richard
**Middle Name:**                                 P.
**Family Name:**                                 HOWARTH
**City of Residence:**
**State of Residence:**

APLPROS0000010416

**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**

Inventor 5:

**Applicant Authority Type:**      Inventor
**Citizenship:**
**Given Name:**      Jonathan
**Middle Name:**      P.
**Family Name:**      IVE
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**

Inventor 6:

**Applicant Authority Type:**      Inventor
**Citizenship:**
**Given Name:**      Steve

APLPROS0000010417

**Middle Name:**
**Family Name:**                                JOBS
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**


Inventor 7:

**Applicant Authority Type:**                   Inventor
**Citizenship:**
**Given Name:**                                 Duncan
**Middle Name:**                                Robert
**Family Name:**                                KERR
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**


Inventor 8:

APLPROS0000010418

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | |
| **Given Name:** | Shin |
| **Family Name:** | NISHIBORI |
| **City of Residence:** | |
| **State of Residence:** | |
| **Country of Residence:** | |
| **Address-1 of Mailing Address:** | |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | |
| **State of Mailing Address:** | |
| **Postal Code of Mailing Address:** | |
| **Country of Mailing Address:** | |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 9:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | |
| **Given Name:** | Matthew |
| **Middle Name:** | Dean |
| **Family Name:** | ROHRBACH |
| **City of Residence:** | |
| **State of Residence:** | |
| **Country of Residence:** | |
| **Address-1 of Mailing Address:** | |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | |
| **State of Mailing Address:** | |
| **Postal Code of Mailing Address:** | |
| **Country of Mailing Address:** | |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

APLPROS0000010419

Inventor 10:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | |
| **Given Name:** | Douglas |
| **Middle Name:** | B. |
| **Family Name:** | SATZGER |
| **City of Residence:** | |
| **State of Residence:** | |
| **Country of Residence:** | |
| **Address-1 of Mailing Address:** | |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | |
| **State of Mailing Address:** | |
| **Postal Code of Mailing Address:** | |
| **Country of Mailing Address:** | |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 11:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | |
| **Given Name:** | Calvin |
| **Middle Name:** | Q. |
| **Family Name:** | SEID |
| **City of Residence:** | |
| **State of Residence:** | |
| **Country of Residence:** | |
| **Address-1 of Mailing Address:** | |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | |
| **State of Mailing Address:** | |
| **Postal Code of Mailing Address:** | |

**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**


Inventor 12:

**Applicant Authority Type:**                                    Inventor
**Citizenship:**
**Given Name:**                                                  Christopher
**Middle Name:**                                                 J.
**Family Name:**                                                 STRINGER
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**


Inventor 13:

**Applicant Authority Type:**                                    Inventor
**Citizenship:**
**Given Name:**                                                  Eugene
**Middle Name:**                                                 Antony
**Family Name:**                                                 WHANG
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**

**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**

Inventor 14:

**Applicant Authority Type:**                    Inventor
**Citizenship:**
**Given Name:**                                  Rico
**Family Name:**                                 ZORKENDORFER
**City of Residence:**
**State of Residence:**
**Country of Residence:**
**Address-1 of Mailing Address:**
**Address-2 of Mailing Address:**
**City of Mailing Address:**
**State of Mailing Address:**
**Postal Code of Mailing Address:**
**Country of Mailing Address:**
**Phone:**
**Fax:**
**E-mail:**

*Correspondence Information:*
**Customer Number:**                    63975              *63975*

*Application Information:*
**Title of Invention:**        Electronic Device
**Application Type:**          regular, design
**Attorney Docket Number:** 2607.0600001(P4984USC3)/TGD/BKB

Botanic Information:

Publication Information:
**Suggested Figure for Publication -**
**Suggested Classification -**
**Suggested Technology Center -**
**Total Number of Drawing Sheets - 2**

*Representative Information:*

practitioner(s) at Customer Number:

63975            *63975*

as my attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

*Domestic Priority Information:*
This is a Continuation of US application number 29/270,880, filed 2007-01-05.

*Foreign Priority Information:*

*Assignee Information:*

704003_1.DOC

APLPROS0000010423



**Sterne Kessler
Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr
Michael V. Messinger
Judith U. Kim
Jeffrey T. Helvey

Eldora L. Ellison
Donald R. Banowit
Peter A. Jackman
Brian J. Del Buono
Mark Fox Evens
Vincent L. Capuano
Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Edward W. Yee
Virgil Lee Beaston
Theodore A. Wood
Joseph S. Ostroff
Jason D. Eisenberg
Tracy L. Muller
Jon E. Wright
LuAnne M. DeSantis

Ann E. Summerfield
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Gaby L. Longsworth
Lori A. Gordon
Laura A. Vogel
Bryan S. Wade
Bashir M.S. Ali
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
Young Tang
Christopher J. Walsh

W. Blake Coblentz*
James J. Pohl
John T. Haran
Mark W. Rygiel
Michael R. Malek*
Carla Ji-Eun Kim
Doyle A. Siever*
Alexandra K. Pechhold
C. Matthew Rozier*
Robert A. Schwartzman
Bryan L. Skelton*
Ulrike Winkler

Registered Patent Agents•
Karen R. Markowicz
Matthew J. Dowd
Katrina Yujian Pei Quach
Julie A. Heider

Mita Mukherjee
Scott M. Woodhouse
Peter A. Socarras
Jeffrey K. Mills
Danielle L. Letting
Lori Brandes
Steven C. Oppenheimer
Aaron S. Lukas
Gaurav Asthana

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Marvin C. Guthrie

*Admitted only in Maryland
*Admitted only in Virginia
•Practice Limited to
  Federal Agencies

July 30, 2007

WRITER'S DIRECT NUMBER:
(202) 772-8660
INTERNET ADDRESS:
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Re:     U.S. Design Patent Application
        Appl. No. *To Be Assigned*; Filed:  *Herewith*
        *(Continuation of Appl. No. 29/270,880; Filed:  January 5, 2007)*
        For:     **Electronic Device**
        Inventors:     Andre *et al.*
        Our Ref:       2607.0600001/TGD/BKB
        Client Ref:    P4984USC3

Sir:

The following documents are transmitted herewith for appropriate action by the U.S. Patent and Trademark Office:

1.      Design Patent Application Transmittal Form (PTO/SB/18);

2.      Authorization to Treat a Reply as Incorporating An Extension of Time Under 37 C.F.R. § 1.136(a)(3); and

3.      U.S. Design Patent Application entitled:

**Electronic Device**

and naming as inventors:

Bartley K. ANDRE, Daniel J. COSTER, Daniele DE IULIIS, Richard P. HOWARTH, Jonathan P. IVE, Steve JOBS, Duncan Robert KERR, Shin NISHIBORI, Matthew Dean ROHRBACH, Douglas B. SATZGER, Calvin Q. SEID, Christopher J. STRINGER, Eugene Antony WHANG and Rico ZORKENDORFER

the application consisting of:

APLPROS0000010424

Commissioner for Patents
July 30, 2007
Page 2

      a.      an Application Data Sheet (37 C.F.R. § 1.76);

      b.      **3** pages of textual specification including one claim; and

      c.      **2** sheets of formal drawings comprising Figures **1 - 8.**

***The above-listed documents are filed electronically through EFS-Web.***

      This patent application is being submitted under 37 C.F.R. § 1.53(b) without Declaration and without filing fee.

                  Respectfully submitted,

                  STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                  Tracy-Gene G. Durkin
                  Attorney for Applicants
                  Registration No. 32,831

TGD/BKB:kim
Enclosures
703992_1.DOC

Sterne, Kessler, Goldstein & Fox P.L.L.C. : 1100 New York Avenue, NW : Washington, DC 20005 : 202.371.2600 f 202.371.2540 : www.skgf.com

APLPROS0000010425

PTO/SB/18 (05-07)
Approved for use through 05/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DESIGN
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | 2607.0600000(P4984USC3)TGD/BKB |
| First Named Inventor | Bartley K. ANDRE |
| Title | Electronic Device |
| Express Mail Label No. | |

*ADDRESS TO:*
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

*DESIGN V. UTILITY: A "design patent" protects an article's ornamental appearance (e.g., the way an article looks) (35 U.S.C. 171), while a "utility patent" protects the way an article is used and works (35 U.S.C. 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information, see MPEP 1502.01.*

## APPLICATION ELEMENTS
*See MPEP 1500 concerning design patent application contents.*

1. [ ] Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original, and a duplicate for fee processing)*

2. [ ] Applicant claims small entity status.
   See 37 CFR 1.27.

3. [X] Specification      [Total Pages 3]
   *(preferred arrangement set forth below, MPEP 1503.01)*
   - Preamble
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Description of the figure(s) of the drawings
   - Feature description
   - Claim (only one (1) claim permitted, MPEP 1503.03)

4. [X] Drawing(s) (37 CFR 1.152) [Total Sheets 2]

5. Oath or Declaration      [Total Pages _____]
   a. [ ] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 16 completed)*
      *DELETION OF INVENTOR(S)*
      i. [ ] Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b)

6. [X] Application Data Sheet. See 37 CFR 1.76

## ACCOMPANYING APPLICATION PARTS

7. [ ] Assignment Papers (cover sheet & document(s))

8. [ ] 37 CFR 3.73(b) Statement    [ ] Power of
   *(when there is an assignee)*         Attorney

9. [ ] English Translation Document (*if applicable*)

10. [ ] Information Disclosure Statement (IDS)
    PTO/SB/08 or PTO-1449
    [ ] Copies of foreign patent documents, publications, & other information

11. [ ] Preliminary Amendment

12. [ ] Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*

13. [ ] Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*

14. [ ] Request for Expedited Examination of a Design Application
    (37 CFR 1.155) (NOTE: Use "Mail Stop Expedited Design")

15. [X] Other: Authorization to Treat a Reply as Incorporating an Extension of time Under 37 C.F.R. § 1.136(a)(3)

**16. If a CONTINUING APPLICATION,** check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[X] Continuation    [ ] Divisional    [ ] Continuation-in-part (CIP) of prior application No.: 29/270,880

Prior application information: Examiner _____    Art Unit: _____

## 17. CORRESPONDENCE ADDRESS

[X] The address associated with Customer Number: 63975    OR    [ ] Correspondence address below

| Name | |
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | *[signature]* | Date 7/30/07 |
| Name (Print/Type) | Tracy-Gene G. Durkin | Registration No. (Attorney/Agent) 32,831 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

703999.1

APLPROS0000010426

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To be assigned* |
| *To be determined* | Art Unit: *To be assigned* |
| Appl. No.: Andre *et al.* | Examiner: *To be assigned* |
| Filed: *Herewith* | Atty. Docket: 2607.0600001(P4984USC3)/TGD/BKB |
| For: **Electronic Device** | |

## Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time. The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: July 30, 2007

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
703996_1.DOC

Attorney Docket No.
2607.0600001/P4984USC3

# SPECIFICATION

[0001]       This application is a continuation application of U.S. Design Patent

Application Serial No. 29/270,880, filed January 5, 2007, the disclosure of

which is incorporated herein in its entirety by reference thereto.

[0002]       This is an application for a new, original, and ornamental design for an

ELECTRONIC DEVICE, of which the following is a specification, reference

being had to the accompanying drawings, forming a part thereof.

[0003]       Figure 1 is a front perspective view of an electronic device in

accordance with the present invention;

[0004]       Figure 2 is a rear perspective view of the electronic device in Figure 1;

[0005]       Figure 3 is a front view thereof;

[0006]       Figure 4 is a rear view thereof;

[0007]       Figure 5 is a top view thereof;

[0008]       Figure 6 is bottom view thereof;

[0009]       Figure 7 is a left side view thereof; and

[0010]       Figure 8 is a right side view thereof.

[0011]       The features shown in broken lines in the various Figures are for

illustrating environmental structure and form no part of the claimed design.

[0012]       More generally, the invention pertains to an ornamental design for an

article of manufacture. The article of manufacture can vary widely. The

design can also be scaled to different sizes depending on the article of

manufacture. In one embodiment, as indicated above, the article of

manufacture is an electronic device. Examples of an electronic device are a

- 1 -

APLPROS0000010428

Attorney Docket No.
2607.0600001/P4984USC3

computer, a portable or hand-held electronic device, media player (e.g.,

music, video and/or game player), media storage device, a personal digital

assistant, a communication device (e.g., cellular phone), and/or the like.  In

another embodiment, the article of manufacture is a novelty item or toy.  The

inventors anticipate that the invention can be any part, portion, element, or

combination of elements of the depicted design.

APLPROS0000010429

Attorney Docket No.
2607.0600001/P4984USC3

WE CLAIM:

The ornamental design of an electronic device, substantially as shown and described.

703918_1.DOC

- 3 -

APLPROS0000010430



*FIG. 1*



*FIG. 2*

APLPROS0000010431



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

APLPROS0000010432

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2027986 |
| **Application Number:** | 29282833 |
| **International Application Number:** | |
| **Confirmation Number:** | 3463 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/KIM PERRY |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0600001/TGD/BKB |
| **Receipt Date:** | 30-JUL-2007 |
| **Filing Date:** | |
| **Time Stamp:** | 23:30:47 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 26070600001.pdf | 519845 <br> cd31ef96922927ac166a8647a1cf00a5f 5f2af48 | yes | 18 |

APLPROS0000010433

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 2 |
| Transmittal of New Application | 3 | 3 |
| Application Data Sheet | 4 | 12 |
| Authorization for Extension of Time all replies | 13 | 13 |
| Specification | 14 | 15 |
| Claims | 16 | 16 |
| Drawings | 17 | 18 |

| Warnings: | | |
|---|---|---|
| Information: | | |
| Total Files Size (in bytes): | | 519845 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010434

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

## Application Number: 29282833          Document Date: 07/30/2007

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Design Drawing

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://es/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: February 8, 2006

1

APLPROS0000010435



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 29/282,833 | 07/30/2007 | 2913 | 0.00 | 2607.0600001(P4984USC3)/T | 1 | 1 |

**CONFIRMATION NO. 3463**

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC20005

**FILING RECEIPT**

Date Mailed: 08/02/2007

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. **APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT,** and **TITLE OF INVENTION.** Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Bartley K. ANDRE, Residence Not Provided;
Daniel J. Coster, Residence Not Provided;
Daniele De Iuliis, Residence Not Provided;
Richard P. Howarth, Residence Not Provided;
Jonathan P. Ive, Residence Not Provided;
Steve Jobs, Residence Not Provided;
Duncan Robert Kerr, Residence Not Provided;
Shin Nishibori, Residence Not Provided;
Matthew Dean Rohrbach, Residence Not Provided;
Douglas B. Satzger, Residence Not Provided;
Calvin Q. Seid, Residence Not Provided;
Christopher J. Stringer, Residence Not Provided;
Eugene Antony Whang, Residence Not Provided;
Rico Zorkendorfer, Residence Not Provided;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CON of 29/270,880 01/05/2007

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 08/01/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US29/282,833**

APLPROS0000010436

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

Electronic Device

**Preliminary Class**

D14

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in

APLPROS0000010437

37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLPROS0000010438



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 29/282,833 | 07/30/2007 | Bartley K. ANDRE | 2607.0600001 (P4984USC3)/T |

CONFIRMATION NO. 3463

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

FORMALITIES
LETTER

Date Mailed: 08/02/2007

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

### Items Required To Avoid Abandonment:

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 200 to complete the basic filing fee for a non-small entity. If appropriate, applicant may make a written assertion of entitlement to small entity status and pay the small entity filing fee (37 CFR 1.27).*
- The oath or declaration is missing. *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: If a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee, or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this notice.

### SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is **$560** for a non-small entity

- **$200** Statutory basic filing fee.

APLPROS0000010439

- **$130** Surcharge.

- The application search fee has not been paid. Applicant must submit **$100** to complete the search fee.
- The application examination fee has not been paid. Applicant must submit **$130** to complete the examination fee for a non-small entity.

Replies should be mailed to:    Mail Stop Missing Parts

Commissioner for Patents

P.O. Box 1450

Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

---

*If you are not using EFS-Web to submit your reply, you must include a copy of this notice.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199
PART 3 - OFFICE COPY

APLPROS0000010440



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Donald R. Banowit | Ann E. Summerfield | Mark W. Rygiel | Jeffrey K. Mills |
| Jorge A. Goldstein | Peter A. Jackman | Helene C. Carlson | Michael R. Malek* | Danielle L. Letting |
| David K.S. Cornwell | Brian J. Del Buono | Cynthia M. Bouchez | Carla Ji-Eun Kim | Lori Brandes |
| Robert W. Esmond | Mark Fox Evens | Timothy A. Doyle | Doyle A. Siever* | Steven C. Oppenheimer |
| Tracy-Gene G. Durkin | Vincent L. Capuano | Gaby L. Longsworth | Ulrike Winkler Jenks | Aaron S. Lukas |
| Michele A. Cimbala | Elizabeth J. Haanes | Lori A. Gordon | Paul A. Calvo | Gaurav Asthana |
| Michael B. Ray | Michael D. Specht | Laura A. Vogel | Robert A. Schwartzman | |
| Robert E. Sokohl | Kevin W. McCabe | Bryan S. Wade | C. Matthew Rozier* | Of Counsel |
| Eric K. Steffe | Glenn J. Perry | Bashir M.S. Ali | Shameek Ghose | Edward J. Kessler |
| Michael Q. Lee | Edward W. Yee | Shannon A. Carroll | Randall K. Baldwin | Kenneth C. Bass III |
| John M. Covert | Grant E. Reed | Anbar F. Khal | | Marvin C. Guthrie |
| Robert C. Millonig | Virgil Lee Beaston | Michelle K. Holoubek | Registered Patent Agents• | Christopher P. Wrist |
| Donald J. Featherstone | Theodore A. Wood | Marsha A. Rose | Karen R. Markowicz | |
| Timothy I. Shea, Jr | Joseph S. Ostroff | Scott A. Schaller | Matthew J. Dowd | |
| Michael V. Messinger | Jason D. Eisenberg | Lei Zhou | Julie A. Heider | *Admitted only in Maryland |
| Judith U. Kim | Tracy L. Muller | W. Blake Coblentz | Mita Mukherjee | *Admitted only in Virginia |
| Jeffrey T. Helvey | Jon E. Wright | James J. Pohl | Scott M. Woodhouse | •Practice Limited to |
| Eldora L. Ellison | LuAnne M. DeSantis | John T. Haran | Peter A. Socarras | Federal Agencies |

August 16, 2007

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents                                    *Mail Stop Missing Parts*
PO Box 1450
Alexandria, VA  22313-1450

> Re:    U.S. Design Patent Application
>        Appl. No. 29/282,833; Filed:  July 30, 2007
>        For:    **Electronic Device**
>        Inventors:    ANDRE *et al.*
>        Our Ref:    2607.0600001(P4984USC3)/TGD/BKB

Sir:

In reply to the "Notice to File Missing Parts of Application--Filing Date Granted," dated August 2, 2007, Applicants transmit the following documents for appropriate action by the U.S. Patent and Trademark Office:

1.    Online Credit Card Payment Authorization for **$560.00** to cover:
      **$430.00** - new design application filing, search and examination fees; and
      **$130.00** - surcharge for late filing fee of Declaration; and

2.    A copy of two executed Declarations, as originally filed in U.S. Appl. No. 29/270,880 (8 pages).

***The above-listed documents are filed electronically through EFS-Web.***

Fee payment is provided through online credit card payment.  The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.  If extensions of time under 37 C.F.R. § 1.136 other than those otherwise provided for herewith are required to prevent abandonment of the present patent application, then such extensions of time are hereby petitioned, and any fees therefor are hereby authorized to be charged to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/BKB:kim
Enclosures

709910_1.DOC

Sterne, Kessler, Goldstein & Fox P.L.L.C. : 1100 New York Avenue, NW  :  Washington, DC 20005  :  202.371.2600 : 202.371.2540 : www.skgf.com

APLPROS0000010441

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)    1.  ☐  is attached hereto.

2.  ☒  was filed on _____<u>January 5, 2007</u>_____ as
       U.S. Application No. ____<u>29/270,880</u>____
       and was amended on _____.

3.  ☐  was filed on _____ as
       PCT International Application No. _____
       and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

|  |  |  | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) |  |  |
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) |  |  |

APLPROS0000010442

Direct Correspondence To:                **Customer Number:  062464**

Direct Telephone Calls To:               Michael J. Ferrazano at telephone number (650) 961-8300

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
First Inventor:                Bartley K. Andre          Citizenship:          U.S.

Inventor's signature:                                   Date of Signature:

Residence:       (City)       Menlo Park                (State/Country)       CA/U.S.

Address:                      655 Fourteenth Ave., Menlo Park, CA 94025

Typewritten Full Name of
Second Inventor:              Daniel J. Coster          Citizenship:          N.Z.

Inventor's signature:                                   Date of Signature:    03·27·07

Residence:       (City)       San Francisco             (State/Country)       CA/U.S.

Address:                      471 14th Street, San Francisco, CA 94103

Typewritten Full Name of
Third Inventor:               Daniele De Iuliis         Citizenship:          IT

Inventor's signature:                                   Date of Signature:    03·11·07

Residence:       (City)       San Francisco             (State/Country)       CA/U.S.

Address:                      50 Digby Street, San Francisco, CA 94131

Typewritten Full Name of
Fourth Inventor:              Richard P. Howarth        Citizenship:          GB

Inventor's signature:                                   Date of Signature:    3·27·07

Residence:       (City)       San Francisco             (State/Country)       CA/U.S.

Address:                      3928 17th Street, San Francisco, CA 94114

APLPROS0000010443

Typewritten Full Name of
Fifth Inventor: _____ Jonathan P. Ive _____    Citizenship: _____ UK _____

Inventor's signature: _____    Date of Signature: _____ 3-30·07 _____

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      196 Twin Peaks Blvd., San Francisco, CA 94114

Typewritten Full Name of
Sixth Inventor: _____ Steve Jobs _____    Citizenship: _____ U.S. _____

Inventor's signature: _____    Date of Signature: _____

Residence:      (City)      Palo Alto      (State/Country)      CA/U.S.

Address:      2101 Waverley Street, Palo Alto, CA 94301

Typewritten Full Name of
Seventh Inventor: _____ Duncan Robert Kerr _____    Citizenship: _____ GB _____

Inventor's signature: _____    Date of Signature: _____ 3·29·7 _____

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      2600 18th Street, #15, San Francisco, CA 94110

Typewritten Full Name of
Eighth Inventor: _____ Shin Nishibori _____    Citizenship: _____ JP _____

Inventor's signature: _____    Date of Signature: _____ 2-27-07 _____

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      248 Amber Drive, San Francisco, CA 94131

Typewritten Full Name of
Ninth Inventor: _____ Matthew Dean Rohrbach _____    Citizenship: _____ U.S. _____

Inventor's signature: _____    Date of Signature: _____ 03·27·07 _____

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      29 Ora Way, San Francisco, CA 94131

Typewritten Full Name of
Tenth Inventor: _____ Douglas B. Satzger _____    Citizenship: _____ U.S. _____

Inventor's signature: _____    Date of Signature: _____ 03·28·07 _____

Residence:      (City)      Menlo Park      (State/Country)      CA/U.S.

Address:      225 Arden Road, Menlo Park, CA 94025

APLPROS0000010444

Typewritten Full Name of
Eleventh Inventor:        Calvin Q. Seid       Citizenship:        U.S.

Inventor's signature:       Date of Signature: 2-28-07

Residence:    (City)    Palo Alto      (State/Country)     CA/U.S.

Address:      1043 High Street, Palo Alto, CA 94301

Typewritten Full Name of
Twelfth Inventor:       Christopher J. Stringer      Citizenship:       AU

Inventor's signature:       Date of Signature: 2-27-07

Residence:    (City)    Portola Valley      (State/Country)     CA/U.S.

Address:      320 Cervantes Road, Portola Valley, CA 94028

Typewritten Full Name of
Thirteenth Inventor:      Eugene Antony Whang      Citizenship:       CA

Inventor's signature:       Date of Signature: 03.22.07

Residence:    (City)    San Francisco      (State/Country)     CA/U.S.

Address:      #1-400 Dolores Street, San Francisco, CA 94114

Typewritten Full Name of
Fourteenth Inventor:      Rico Zorkendorfer      Citizenship:       DE

Inventor's signature:       Date of Signature: 2.27.07

Residence:    (City)    San Francisco      (State/Country)     CA/U.S.

Address:      327 Lombard Street, San Francisco, CA 94133

APLPROS0000010445

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1. ☐ is attached hereto.

2. ☒ was filed on _____ January 5, 2007 _____ as
U.S. Application No. ____ 29/270,880 _____
and was amended on _____.

3. ☐ was filed on _____ as
PCT International Application No. _____
and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

|  |  |  | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ (Application No.) | _____ (Country) | _____ (Filing Date) | ☐ | ☐ |
| _____ (Application No.) | _____ (Country) | _____ (Filing Date) | ☐ | ☐ |

APLPROS0000010446

Direct Correspondence To:          **Customer Number: 062464**

Direct Telephone Calls To:         Michael J. Ferrazano at telephone number (650) 961-8300

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
First Inventor:              Bartley K. Andre              Citizenship:         U.S.

Inventor's signature:       _____          Date of Signature:_____

Residence:     (City)       Menlo Park                    (State/Country)      CA/U.S.

Address:                    655 Fourteenth Ave., Menlo Park, CA 94025

Typewritten Full Name of
Second Inventor:            Daniel J. Coster              Citizenship:         N.Z.

Inventor's signature:       _____          Date of Signature:_____

Residence:     (City)       San Francisco                 (State/Country)      CA/U.S.

Address:                    471 14th Street, San Francisco, CA 94103

Typewritten Full Name of
Third Inventor:             Daniele De Iuliis             Citizenship:         IT

Inventor's signature:       _____          Date of Signature:_____

Residence:     (City)       San Francisco                 (State/Country)      CA/U.S.

Address:                    50 Digby Street, San Francisco, CA 94131

Typewritten Full Name of
Fourth Inventor:            Richard P. Howarth            Citizenship:         GB

Inventor's signature:       _____          Date of Signature:_____

Residence:     (City)       San Francisco                 (State/Country)      CA/U.S.

Address:                    3928 17th Street, San Francisco, CA 94114

APLPROS0000010447

Typewritten Full Name of
Fifth Inventor:      Jonathan P. Ive      Citizenship:      UK

Inventor's signature:      Date of Signature:

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      196 Twin Peaks Blvd., San Francisco, CA 94114

Typewritten Full Name of
Sixth Inventor:      Steve Jobs      Citizenship:      U.S.

Inventor's signature:      *[signature]*      Date of Signature: 3/13/07

Residence:      (City)      Palo Alto      (State/Country)      CA/U.S.

Address:      2101 Waverley Street, Palo Alto, CA 94301

Typewritten Full Name of
Seventh Inventor:      Duncan Robert Kerr      Citizenship:      GB

Inventor's signature:      Date of Signature:

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      2600 18th Street, #15, San Francisco, CA 94110

Typewritten Full Name of
Eighth Inventor:      Shin Nishibori      Citizenship:      JP

Inventor's signature:      Date of Signature:

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      248 Amber Drive, San Francisco, CA 94131

Typewritten Full Name of
Ninth Inventor:      Matthew Dean Rohrbach      Citizenship:      U.S.

Inventor's signature:      Date of Signature:

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      29 Ora Way, San Francisco, CA 94131

Typewritten Full Name of
Tenth Inventor:      Douglas B. Satzger      Citizenship:      U.S.

Inventor's signature:      Date of Signature:

Residence:      (City)      Menlo Park      (State/Country)      CA/U.S.

Address:      225 Arden Road, Menlo Park, CA 94025

APLPROS0000010448

Typewritten Full Name of
Eleventh Inventor:      Calvin Q. Seid      Citizenship:      U.S.

**Inventor's signature:**      _____      **Date of Signature:** _____

Residence:      (City)      Palo Alto      (State/Country)      CA/U.S.

Address:      1043 High Street, Palo Alto, CA 94301

Typewritten Full Name of
Twelfth Inventor:      Christopher J. Stringer      Citizenship:      AU

**Inventor's signature:**      _____      **Date of Signature:** _____

Residence:      (City)      Portola Valley      (State/Country)      CA/U.S.

Address:      320 Cervantes Road, Portola Valley, CA 94028

Typewritten Full Name of
Thirteenth Inventor:      Eugene Antony Whang      Citizenship:      CA

**Inventor's signature:**      _____      **Date of Signature:** _____

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      #1-400 Dolores Street, San Francisco, CA 94114

Typewritten Full Name of
Fourteenth Inventor:      Rico Zorkendorfer      Citizenship:      DE

**Inventor's signature:**      _____      **Date of Signature:** _____

Residence:      (City)      San Francisco      (State/Country)      CA/U.S.

Address:      327 Lombard Street, San Francisco, CA 94133

APLPROS0000010449

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 29282833 |
| **Filing Date:** | 30-Jul-2007 |
| **Title of Invention:** | Electronic Device |
| First Named Inventor/Applicant Name: | Bartley K. ANDRE |
| **Filer:** | Tracy-Gene G. Durkin/Kim Perry |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |

Filed as Large Entity

## Design    Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Design application filing | 1012 | 1 | 200 | 200 |
| Design Search Fee | 1112 | 1 | 100 | 100 |
| Design Examination | 1312 | 1 | 130 | 130 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Late filing fee for oath or declaration | 1051 | 1 | 130 | 130 |
| **Petition:** | | | | |

APLPROS0000010450

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **560** |

APLPROS0000010451

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2093962 |
| **Application Number:** | 29282833 |
| **International Application Number:** | |
| **Confirmation Number:** | 3463 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Kim Perry |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |
| **Receipt Date:** | 16-AUG-2007 |
| **Filing Date:** | 30-JUL-2007 |
| **Time Stamp:** | 20:42:40 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $560 |
| RAM confirmation Number | 11518 |
| Deposit Account | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLPROS0000010452

| 1 | | 26070600001.pdf | 611075 | yes | 9 |
| | | | 47104d654915a929810e88151728258c258b7e8c | | |

| Multipart  Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Applicant Response to Pre-Exam Formalities Notice | 1 | 1 |
| Oath or Declaration filed | 2 | 9 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8489 | no | 2 |
| | | | bc28758c89905102862a56df5f614c04cae10f87 | | |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 619564 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010453



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 29/282,833 | 07/30/2007 | 2913 | 560 | 2607.0600001(P4984USC3)/T | 1 | 1 |

**CONFIRMATION NO. 3463**

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC20005

**UPDATED FILING RECEIPT**

Date Mailed: 08/21/2007

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Bartley K. ANDRE, Menlo Park, CA;
Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;
Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Steve Jobs, Palo Alto, CA;
Duncan Robert Kerr, San Francisco, CA;
Shin Nishibori, San Francisco, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, Menlo Park, CA;
Calvin Q. Seid, Palo Alto, CA;
Christopher J. Stringer, Portola Valley, CA;
Eugene Antony Whang, San Francisco, CA;
Rico Zorkendorfer, San Francisco, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This application is a CON of 29/270,880 01/05/2007

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 08/01/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US29/282,833**

APLPROS0000010454

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

      Electronic Device

**Preliminary Class**

      D14

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in

APLPROS0000010455

37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## **NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLPROS0000010456



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr
Michael V. Messinger
Judith U. Kim
Jeffrey T. Helvey
Eldora L. Ellison

Donald R. Banowit
Peter A. Jackman
Brian J. Del Buono
Mark Fox Evens
Vincent L. Capuano
Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Glenn J. Perry
Edward W. Yee
Grant E. Reed
Virgil Lee Beaston
Theodore A. Wood
Joseph S. Ostroff
Jason D. Eisenberg
Tracy L. Muller
Jon E. Wright
LuAnne M. DeSantis

Ann E. Summerfield
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Gaby L. Longsworth
Lori A. Gordon
Laura A. Vogel
Bashir M.S. Ali
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
W. Blake Coblentz
James J. Pohl
John T. Haran
Mark W. Rygiel

Michael R. Malek*
Carla Ji-Eun Kim
Doyle A. Siever*
Ulrike Winkler Jenks
Paul A. Calvo
Robert A. Schwartzman
C. Matthew Rozier*
Shameek Ghose
Randall K. Baldwin
Daniel J. Nevrivy

Registered Patent Agents•
Karen R. Markowicz
Matthew J. Dowd
Mita Mukherjee
Scott M. Woodhouse
Peter A. Socarras
Jeffrey K. Mills

Danielle L. Letting
Lori Brandes
Steven C. Oppenheimer
Aaron S. Lukas
Gaurav Asthana
Robert E. Bakin
Salvador M. Bezos

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Marvin C. Guthrie
Christopher P. Wrist

*Admitted only in Maryland
*Admitted only in Virginia
•Practice Limited to
 Federal Agencies

October 23, 2007

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Mail Stop Amendment*

Re:     U.S. Design Patent Application
        Application No. 29/282,833; Filed:  July 30, 2007
        For:     **Electronic Device**
        Inventors:   ANDRE *et al.*
        Our Ref:     2607.0600001(P4984USC3)TGD/BKB

Sir:

Transmitted herewith for appropriate action are the following documents:

1.     Information Disclosure Statement;

2.     Form PTO/SB/08a (**2 sheets**) listing **30** cited documents (**US1-US29** and **FP1**);

3.     Form PTO/SB/08b (**1 sheet**) listing **8** cited documents (**NPL1-NPL8**); and

4.     A copy of the **6** cited documents (**NPL1-NPL6**).

***The above-listed documents are filed electronically through EFS-Web.***

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

APLPROS0000010457

Commissioner for Patents
October 23, 2007
Page 2

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/BKB:kim
Enclosures
736602_1.DOC

APLPROS0000010458

Quick phone searc



# Turn paper docs to PDFs

www.qipit.com

Nokia
Samsung
Motorola
Sony Ericsson
Alcatel
Panasonic
BenQ-Siemens
Siemens
BenQ
Philips
NEC
Sagem
LG
Sharp
Toshiba
Innostream
Pantech
VK Mobile
Palm
O2
HTC
i-mate
Qtek
BlackBerry
Haier
Bird
Eten
HP
XCute
Asus
Gigabyte
more

PHONE FINDER

Samsung F700

SAMSUNG 

Read opinions
Compare
Pictures

**VOTING RESULTS**

Design
[                    ] 6.5

Features
[                    ] 6.3

Performance
[                    ] 6.2

Votes: 106  Hits: 4606

[Vote!]

| GENERAL | Network | HSDPA / GSM 900 / GSM 1800 / GSM 1900 |
| | Announced | 2007, February |
| | Status | Coming Soon |
| SIZE | Dimensions | 104 x 50 x 16.4mm |
| | Weight | |
| DISPLAY | Type | TFT touchscreen, 256K colors |
| | Size | 240 x 440 pixels, 2.78 inches |
| | | - QWERTY Keyboard |
| RINGTONES | Type | Polyphonic, MP3 |
| | Customization | Download |
| | Vibration | Yes |
| MEMORY | Phonebook | Yes, Photocall |
| | Call records | 30 dialed, 30 received, 30 missed calls |
| | Card slot | microSD (TransFlash) |
| DATA | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No |
| | EDGE | No |
| | 3G | HSDPA, 7.2 Mbps |
| | WLAN | No |
| | Bluetooth | Yes |
| | Infrared port | No |
| | USB | Yes |
| FEATURES | Messaging | SMS, EMS, MMS, Email, Instant Messaging |
| | Browser | WAP 2.0/xHTML, HTML |
| | Games | Yes |
| | Colors | Black |
| | Camera | 5 MP, 2592x1944 pixels, autofocus, video; secondary videocall camera |
| | | - Java MIDP 2.0 |
| | | - H.264/H.263/MPEG4 player |
| | | - MP3/AAC/AAC+ player |
| | | - Organiser |
| | | - Document viewer |
| | | - Built-in handsfree |
| BATTERY | | Standard battery, Li-Ion |
| | Stand-by | |
| | Talk time | |

Disclaimer. We can not guarantee that the information on this page is 100% correct. Read more

[Read all opinions]  [Post your opinion]     Total user opinions: 18

Home    News    Forum    Reviews    Ringtones    Compare    Links    Glossary    Privacy policy

© 2000 - 2007 GSMArena.com. Terms of use.

Samsung F700 pictures, official photos

2 / 2



APLPROS0000010460

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.:  3463 |
| ANDRE *et al.* | Art Unit: 2916 |
| Appl. No.: 29/282,833 | Examiner:  Eland, Bridget L. |
| Filed: July 30, 2007 | Atty. Docket: 2607.0600001(P4984USC3) |
| For: **Electronic Device** | |

## Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the examination of this application, in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.56, 1.97 and 1.98.

Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned.  However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent

- 2 -                                                      ANDRE *et al.*
                                                    Appl. No. 29/282,833

application does not exist.  The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.    Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒ 2.    Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114.  No statement or fee is required.

☐ 3.    Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010462

- 3 -                                      ANDRE *et al.*
                                           Appl. No. 29/282,833

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.  Attached is our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.  Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more than three months after the U.S. filing date and after the mailing date of a Final Rejection or Notice of Allowance, but before payment of the Issue Fee. Enclosed find our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010463

- 4 -                                          ANDRE *et al.*
                                          Appl. No. 29/282,833

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.  The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application. Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38.

☐ 6.  A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010464

☒ 7.   Copies of documents **NPL1 - NPL6** are submitted.  However, in accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent application publications cited on the attached IDS Forms are submitted.

☒ 8.   Copies of the documents **FP1**, **NPL7** and **NPL8** were cited by or submitted to the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No.29/270,880, filed January 5, 2007, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached. 37 C.F.R. § 1.98(d).

☒ 9.   It is expected that the examiner will review the prosecution and cited art in the parent application no(s). 29/270,880; filed January 5, 2007 in accordance with MPEP 2001.06(b), and indicate in the next communication from the office that the art cited in the earlier prosecution history has been reviewed in connection with the present application.

It is respectfully requested that the Examiner initial and return a copy of the enclosed IDS Forms, and indicate in the official file wrapper of this patent application that the documents have been considered.

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010465

- 6 -                                              ANDRE *et al.*
                                              Appl. No. 29/282,833

The U.S. Patent and Trademark Office is hereby authorized to charge any fee

deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.


Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:  __October 23, 2007__

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

736605_1.DOC

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010466

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 29/282,833 |
| | | | | Filing Date | July 30, 2007 |
| | | | | First Named Inventor | ANDRE et al. |
| | | | | Art Unit | 2916 |
| | | | | Examiner Name | Eland, Bridget L. |
| Sheet | 1 | of | 3 | Attorney Docket Number | 2607.0600001(P4984USC3) |

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D289,873 | 05-19-1987 | Gemmell et al. | |
| | US2 | D337,569 | 07-20-1993 | Kando | |
| | US3 | D456,023 | 04-23-2002 | Andre et al. | |
| | US4 | D489,731 | 05-11-2004 | Huang | |
| | US5 | D498,754 | 11-23-2004 | Blyth | |
| | US6 | D499,423 | 12-07-2004 | Bahroocha et al. | |
| | US7 | D502,173 | 02-22-2005 | Jung et al. | |
| | US8 | D504,889 | 05-10-2005 | Andre et al. | |
| | US9 | D505,950 | 06-07-2005 | Summit et al. | |
| | US10 | 2005/0130715 | 06-16-2005 | Fujisawa | |
| | US11 | D507,003 | 07-05-2005 | Pai et al. | |
| | US12 | D514,121 | 01-31-2006 | Johnson | |
| | US13 | D514,590 | 02-07-2006 | Naruki | |
| | US14 | D519,523 | 04-25-2006 | Chiu et al. | |
| | US15 | D520,020 | 05-02-2006 | Senda et al. | |
| | US16 | D528,542 | 09-19-2006 | Luminosu et al. | |
| | US17 | D528,561 | 09-19-2006 | Ka-Wei et al. | |
| | US18 | D529,045 | 09-26-2006 | Shin | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[4] Kind Code[5] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | FP1 | KR 30-0452432 | 06-14-2007 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

736603_1.DOC

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Rev. 11-03-03 svb

APLPROS0000010467

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | Complete If Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 29/282,833 |
| | Filing Date | July 30, 2007 |
| | First Named Inventor | ANDRE et al. |
| | Art Unit | 2916 |
| | Examiner Name | Eland, Bridget L. |
| Sheet | 2 | of | 3 | Attorney Docket Number | 2607.0600001(P4984USC3) |

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US19 | D532,791 | 11-28-2006 | Kim | |
| | US20 | 2006/0281501 | 12-14-2006 | Zuo et al. | |
| | US21 | D534,143 | 12-26-2006 | Lheem | |
| | US22 | D535,281 | 01-16-2007 | Yang | |
| | US23 | D536,691 | 02-13-2007 | Park | |
| | US24 | D538,822 | 03-20-2007 | Andre et al. | |
| | US25 | 2007/0082718 | 04-12-2007 | Yoon et al. | |
| | US26 | D541,298 | 04-24-2007 | Andre et al. | |
| | US27 | D541,299 | 04-24-2007 | Andre et al. | |
| | US28 | D546,313 | 07-10-2007 | Lheem | |
| | US29 | D548,747 | 08-14-2007 | Andre et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Kind Code[5] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.
[3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

736603_1.DOC

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Rev. 11-03-03 svb

APLPROS0000010468

PTO/SB/08b (08-03)
Approved for use through 06/30/2006.  OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449B/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>(Use as many sheets as necessary) | *Application Number* | 29/282,833 |
| | *Filing Date* | July 30, 2007 |
| | *First Named Inventor* | ANDRE *et al.* |
| | *Art Unit* | 2916 |
| | *Examiner Name* | Eland, Bridget L. |
| Sheet __3__ of __3__ | *Attorney Docket Number* | 2607.0600001(P4984USC3) |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
|---|---|---|---|
| | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-071. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL3 | LG KE850 Prada, announced January 2007, [onlinel, [retrieved on 02-20-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07]. Retrieved from Internet ,<URL:http://www.mobilewhack.com> | |
| | NPL6 | Meizu M8, posted January, 29, 2007, [online], [retrieved on 09-13-07]. Retrieved from Internet ,<URL:http://www.engadget.com> | |
| | NPL7 | iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, October 2004. | |
| | NPL8 | "Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , October 26, 2004. | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

736603_1.DOC                                                                 Rev. 11-03-03 svb

APLPROS0000010469

# Philips S900

**PHILIPS**

Nokia
Samsung
Motorola
Sony Ericsson
Alcatel
Panasonic
BenQ-Siemens
Siemens
BenQ
Philips
NEC
Sagem
LG
Sharp
Toshiba
Innostream
Pantech
VK Mobile
Palm
O2
HTC
i-mate
Qtek
BlackBerry
Haier
Bird
Eten
HP
XCute
Asus
Gigabyte
more

PHONE FINDER




Read opinions
Compare
Pictures
Video (new!)
Manual

CHECK PRICE

Mobile Gadgets
Worldex

VOTING RESULTS

Design                                    8.2
Features                                  7.9
Performance                               7.9

Votes: 308  Hits: 99138

Vote!

| GENERAL | Network | GSM 900 / GSM 1800 / GSM 1900 |
|---|---|---|
|  | Announced | 2006, June |
|  | Status | Available |
| SIZE | Dimensions | 109 x 51 x 13 mm |
|  | Weight | 94 g |
| DISPLAY | Type | TFT touchscreen, 256K colors |
|  | Size | 176 x 220 pixels, 2.2 inches |
|  |  | - Screensavers and wallpapers |
| RINGTONES | Type | Polyphonic (64 channels), MP3 |
|  | Customization | Download, order now |
|  | Vibration | Yes |
| MEMORY | Phonebook | 1000 entries, Photocall |
|  | Call records | 30 received, dialed and missed calls |
|  | Card slot | miniSD, buy memory |
|  |  | - 10 MB shared memory |
| DATA | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
|  | HSCSD | No |
|  | EDGE | No |
|  | 3G | No |
|  | WLAN | No |
|  | Bluetooth | Yes |
|  | Infrared port | Yes |
|  | USB | Yes |
| FEATURES | Messaging | SMS, EMS, MMS, Email |
|  | Browser | WAP |
|  | Games | Yes |
|  | Colors | Silver |
|  | Camera | 2 MP, 1600x1200 pixels, video |
|  |  | - MP3/MPEG4 player |
|  |  | - T9 |
|  |  | - Organiser |
|  |  | - Calculator |
|  |  | - Currency converter |
|  |  | - Voice memo |
|  |  | - Built-in handsfree |
| BATTERY |  | Standard battery, Li-Ion |
|  | Stand-by | Up to 300 h |
|  | Talk time | Up to 4 h |

Disclaimer: We can not guarantee that the information on this page is 100% correct. Read more

## PHILIPS S900 - USER OPINIONS AND REVIEWS

dont buy this phone anyway.if u do so,u will do a serious mistake

2007-02-11 08:39:07          OVI                    Email

Hi I'm basir from Bangladesh. Anyway philips s900 camera is so week. I use it one month but can't open wap. so its so so. Basir From Bangladesh.

2007-02-03 21:32:05          BASIR                  Email

i'm usin this fon 4 more than a month now.it works fine.i'm loving it. but i cant find ne new softwares of this fon.can any1 pls tell me where can i find softwares/games for this fon. thnx rasifadnan@gmail.com

2006-12-21 11:34:05                                 Email

Philips S900 pictures, official photos



APLPROS0000010471

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2359755 |
| **Application Number:** | 29282833 |
| **International Application Number:** | |
| **Confirmation Number:** | 3463 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Brian Baxter |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |
| **Receipt Date:** | 23-OCT-2007 |
| **Filing Date:** | 30-JUL-2007 |
| **Time Stamp:** | 19:11:39 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 26070600001.pdf | 373036 <br> 0b8d35f9ccd2672f116c0af3c91a69b8d e1eece7 | yes | 11 |

APLPROS0000010472

| Multipart  Description/PDF files in .zip description | | | |
|---|---|---|---|
| Document Description | Start | End | |
| Information Disclosure Statement Letter | 1 | 2 | |
| Information Disclosure Statement (IDS) Filed | 3 | 11 | |

| Warnings: | | | | | | |
|---|---|---|---|---|---|---|
| Information: | | | | | | |
| 2 | | NPL1toNPL6.PDF | 2854925 | yes | 15 | |
| | | | 8bb1905218ca4bbe4959f783c823cf0afae77605 | | | |

| Multipart  Description/PDF files in .zip description | | | |
|---|---|---|---|
| Document Description | Start | End | |
| NPL Documents | 1 | 2 | |
| NPL Documents | 3 | 4 | |
| NPL Documents | 5 | 8 | |
| NPL Documents | 9 | 11 | |
| NPL Documents | 12 | 12 | |
| NPL Documents | 13 | 15 | |

| Warnings: | |
|---|---|
| Information: | |
| Total Files Size (in bytes): | 3227961 |

APLPROS0000010473

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010474

Recipes your whole family will love on ParentDish | Add to My AOL, MyYahoo, Google, Blog

 

**MOTOROKR™ S9**
Bluetooth stereo headpho
hellomoto.com/s9

· Ads by Google·        Lica M8            M8 AGG            M8 Motorway            BMW M8            M8 Greyl

# engadget

## Meizu's M8? Apple lawyers, start your engines

Posted Jan 29th 2007
7:35AM by Thomas Ricker
Filed under: Cellphones,
Portable Audio, Portable
Video

### BREAKING NEWS »

 Apple "Mum is no longer the word" press briefing in London next week

 Qualcomm ban on hold, US importing may return to normal

 Palm's Treo 500v gets official

 iUnlock released: the first free, open source iPhone SIM unlock software

 iPhone SIM unlock open source code, application released!

### FEATURED STORIES »

 Switched On: Fruit versus fowl

's.

The story behind iUnlock: the first free, open

**MOTOROKR™ S9**
Bluetooth stereo headphones
hellomoto.com/s9



The only iPhone review you need

latest cellphone and mobile news from

## engadget mobile

Motorola prepping new headset, RAZR 2 "Luxury Edition" for holidays

Alltel releases Motorola RAZR 2 V9m

Benchmark Helmets intros Bluetooth headsets for bikers

Samsung's SGH-P520 is the Armani Phone

Qualcomm ban on hold, US importing may return to normal





iPhone SIM unlock
software



HD
video:
iPhone
unlocked
on
camera
from
start to
finish

Tip us on news!



We're not sure if the
pics above are the
result of an engorged,
Chinese fanboy
fantasy or actual
product renderings of
Meizu's rumored M8.
We wouldn't be
surprised either way
what with China-
based Meizu's history
of uh, Apple *inspired*
design. Posted by a
senior discussion-
forum jockey on the
Meizu site, the M8 is
now said to measure

SECTIONS
Announcements

APLPROS0000010476



Tags: clone, iphone,
lawsuit, m8, meizu,
minione, rumor

Read
Permalink | Email
this | Comments
[63]



RELEVANT POSTS



APLPROS0000010477

# MOBILEWHACK

[Search field]   **Search**

○ Web     ○ This Site

| Slide Box Camera | Main | Sony Motorola SLVR Phone »

**Categories**

- AMOI
- ASUS
- ATI
- Accton
- Acer
- Add-ons
- Alltel
- Apple
- Archos
- Auto
- Avanquest
- AwoX
- Bellwave
- BenQ-Siemens
- BenQ
- BenQ
- Blackberry
- Boost Mobile
- BoxWave
- CSR
- Calypso Wireless
- Camcorders
- Canon
- Canon
- Cardo Systems
- Casio Hitachi
- Caso
- Caso
- Cell Phone
- Cell Wireless
- Cingular Wireless
- Cingular
- Cobra
- Computer Harddrives
- Cordless Phones
- Crazy Mobile
- Creative
- Curitel
- DXG
- DXG

## Tinnos PDA



The latest to come out of Korea is the Tinnos Windows Mobile 5.0 powered PDA with a 1.8" 30GB HDD. The PDA includes a 4.3" Wide(16:9) TFT color LCD display and operates on the Windows Mobile 5.0 OS. Very few details are available right now but as you can see the player sure look good with its minimized and comtempory design. The Tinnos PDA has a touch of class and wins brownie points for its clean and understated design.

The PDA has a built in 30 hard drive and includes support for formats like WMV9, DIVX, WMA and MP3 files. It can store up to 20 videos and 5000 music phones. The PDA has dimensions like 131 x 76x 22 mm (W x H x D) and has a continuous playback time of Approx. 4 hours (video) / 10 hours (audio). No word on pricing or availability.

Via Akibhara

OS Windows Mobile 5.0
Monitor 4.3" Wide(16:9) TFT color LCD display
Storage Built-in hard disk 30GB
Supported video file formats WMV9 (transcoding not required), DivX
Supported audio file formats WMA, MP3
Number of storable tracks Approx. 20 videos / 5,000 music tracks.
Continuous playback time Approx. 4 hours (video) / 10 hours (audio)
Number of storable photos Approx. 20,000
Operating temperature 41 to 104 F (5 to 40 C)
Humidity 30 to 90 %(no condensation)
Charge time Approx. 3 hours (using the AC adaptor)
USB port USB 2.0
Remote/ headphone jack 3.4mm jack/ stereo type, 16 ohm load impedance
Built-in battery Lithium-polymer rechargeable battery
Dimensions Approx. 131 x 76x 22 mm (W x H x D)
Weight Approx. 200g (body only)
Number of effective pixels Approx. 2,000,000 pixels (1600 x 1200)
Image pickup device 1/ 4" MOS
Shutter shooting distance 40 cm to infinity



Stumble It! | Posted by Paul on May 19, 2006 10:31 AM | Permalink | Comments (1) | TrackBacks (0) | Tags

Most Recent Stories by Category:

- Sling Media and Palm Expand Mobile TV Viewing Experience With introduction of SlingPlayer Mobile for Palm OS
- BlueBird BM300 T-DMB PDA
- Airis T620 and T610: GPS-PDA
- Symbol WT4000 Wrist-PDA
- Sharp RD-CMP2000R

APLPROS0000010478

Apple iPhone - Full phone specifications

Quick phone searc



## Apple iPhone

| Nokia |
| Samsung |
| Motorola |
| Sony Ericsson |
| LG |
| Alcatel |
| Panasonic |
| BenQ-Siemens |
| Siemens |
| BenQ |
| Philips |
| NEC |
| Sagem |
| Sharp |
| Toshiba |
| Pantech |
| VK Mobile |
| Palm |
| HTC |
| Qtek |
| i-mate |
| O2 |
| BlackBerry |
| Haier |
| Bird |
| Eten |
| HP |
| XCute |
| Asus |
| Gigabyte |
| Apple |
| more |
| PHONE FINDER |

Read opinions
Compare
Pictures

### VOTING RESULTS

Design ............... 8.2

Features ............. 7.8

Performance .......... 7.8

Votes: 7040  Hits: 319176

Vote!

| GENERAL | Network | GSM 850 / GSM 900 / GSM 1800 / GSM 1900 |
| | Announced | 2007, January |
| | Status | Coming Soon |
| SIZE | Dimensions | 115 x 61 x 11.6 mm |
| | Weight | 135 g |
| DISPLAY | Type | Touchscreen, 16M colors |
| | Size | 320 x 480 pixels, 3.5 inches |
| | | - Multi-touch input method<br>- Accelerometer sensor for auto-rotate<br>- Proximity sensor for auto turn-off |
| RINGTONES | Type | Polyphonic, MP3 |
| | Customization | Download |
| | Vibration | Yes |
| | | - 3.5 mm headset jack |
| MEMORY | Phonebook | Advanced, Photocall |
| | Call records | Yes |
| | Card slot | No |
| | | - 4/8 GB shared memory |
| DATA | GPRS | Yes |
| | HSCSD | No |
| | EDGE | Yes |
| | 3G | No |
| | WLAN | Wi-Fi 802.11b/g |
| | Bluetooth | Yes, v2.0 |
| | Infrared port | No |
| | USB | Yes, v2.0 |
| FEATURES | OS | Mac OS X v10.4.8 |
| | Messaging | SMS, MMS, Email, Instant Messaging |
| | Browser | HTML (Safari) |
| | Games | Yes |
| | Colors | Black |
| | Camera | 2 MP, 1600x1200 pixels, video |
| | | - Google Maps<br>- Widgets support<br>- iPod audio/video player<br>- PIM including calendar, to-do list<br>- Photo browser/editor<br>- Voice memo<br>- Integrated handsfree |
| BATTERY | | Standard battery, Li-Ion |
| | Stand-by | |
| | Talk time | Up to 5 h |

Disclaimer. We can not guarantee that the information on this page is 100% correct. Read more

APPLE iPHONE - USER OPINIONS AND REVIEWS

APLPROS0000010479

Apple iPhone pictures, official photos



http://www.gsmarena.com/apple_iphone-pictures-1827.php    3/12/2007 1:05:02 PM

APLPROS0000010480

Apple iPhone pictures, official photos

3/3



www.GSMArena.com

APLPROS0000010481

Quick phone searc



Parrot

**Bluetooth**

## LG KE850 Prada

LG

Nokia
Samsung
Motorola
Sony Ericsson
Alcatel
Panasonic
BenQ-Siemens
Siemens
BenQ
Philips
NEC
Sagem
LG
Sharp
Toshiba
Innostream
Pantech
VK Mobile
Palm
O2
HTC
i-mate
Qtek
BlackBerry
Haier
Bird
Eten
HP
XCute
Asus
Gigabyte
more

PHONE FINDER

Read opinions
Compare
Pictures

### VOTING RESULTS

Design                          8.2

Features                        7.5

Performance                     7.5

Votes: 869  Hits: 163872

Vote!

| GENERAL | Network | GSM 900 / GSM 1800 / GSM 1900 |
|---|---|---|
| | Announced | 2007, January |
| | Status | Coming Soon |
| SIZE | Dimensions | 98.8 x 54 x 12 mm |
| | Weight | 85 g |
| DISPLAY | Type | TFT touchscreen, 256K colors |
| | Size | 240 x 400 pixels, 3 inches |
| | | - Capacitive touchscreen |
| | | - Flash UI |
| | | - Downloadable wallpapers |
| RINGTONES | Type | Polyphonic (40 channels) |
| | Customization | Composer, Download |
| | Vibration | Yes |
| MEMORY | Phonebook | 1000 entries |
| | Call records | 40 dialed, 40 received, 40 missed calls |
| | Card slot | microSD (TransFlash), 256 MB card included |
| | | - 8 MB shared memory |
| DATA | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No |
| | EDGE | Yes |
| | 3G | No |
| | WLAN | No |
| | Bluetooth | Yes, v2.0 |
| | Infrared port | No |
| | USB | Yes, v2.0 |
| FEATURES | Messaging | SMS, EMS, MMS, Email |
| | Browser | WAP 2.0/xHTML |
| | Games | Yes |
| | Colors | Black |
| | Camera | 2 MP, 1600x1200 pixels, video(30fps), flash |
| | | - Java MIDP 2.0 |
| | | - MP3/ACC/WMA player |
| | | - FM radio |
| | | - Document viewer (.ppt, .doc, .xls, .pdf, .txt) |
| | | - T9 |
| | | - Organiser |
| | | - Voice memo |
| BATTERY | | Standard battery, Li-Ion 800 mAh |
| | Stand-by | Up to 300 h |
| | Talk time | Up to 3 h |

Disclaimer. We can not guarantee that the information on this page is 100% correct. Read more

### LG KE850 PRADA - USER OPINIONS AND REVIEWS

coooooooooooooooooooooooooooooool lg is like apple at the designs

2007-02-18 18:23:35                                    Email

APLPROS0000010483

HTC Touch pictures, official photos



APLPROS0000010484