Nokia
Samsung
Motorola
Sony Ericsson
LG
Alcatel
Panasonic
BenQ-Siemens
Siemens
BenQ
Philips
NEC
Sagem
Sharp
Toshiba
Pantech
VK Mobile
Palm
HTC
Qtek
i-mate
O2
BlackBerry
Haier
Bird
Eten
HP
XCute
Asus
Gigabyte
Apple
more

PHONE FINDER

# LG KE850 Prada

◉ LG

Read opinions
Compare
Pictures
Video (new!)

CHECK PRICE
Bargain Offers
WElectronics
Mobileshop.com (UK)
CTI Miami
Mobile Gadgets
B4Utele (UK)
Plemix
Cellswholesale
Popular Electronics
BuyMobilePhones(UK)
Samstores
Mobideal (UK)
Bombay Electronics

VOTING RESULTS

Design                                    8.4

Features                                  7.5

Performance                               7.6

Votes: 2435  Hits: 564587

Vote!

| | | |
|---|---|---|
| **GENERAL** | Network | GSM 900 / GSM 1800 / GSM 1900 |
| | Announced | 2007, January |
| | Status | Available |
| **SIZE** | Dimensions | 98.8 x 54 x 12 mm |
| | Weight | 85 g |
| **DISPLAY** | Type | TFT touchscreen, 256K colors |
| | Size | 240 x 400 pixels, 3 inches |
| | | - Capacitive touchscreen |
| | | - Flash UI |
| | | - Downloadable wallpapers |
| **RINGTONES** | Type | Polyphonic (40 channels), MP3 |
| | Customization | Composer, Download |
| | Vibration | Yes |
| **MEMORY** | Phonebook | 1000 entries |
| | Call records | 40 dialed, 40 received, 40 missed calls |
| | Card slot | microSD (TransFlash), 256 MB card included, buy memory |
| | | - 16 MB shared memory |
| **DATA** | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No |
| | EDGE | Yes |
| | 3G | No |
| | WLAN | No |
| | Bluetooth | Yes, v2.0 with A2DP |
| | Infrared port | No |
| | USB | Yes, v2.0 |
| **FEATURES** | Messaging | SMS, EMS, MMS, Email |
| | Browser | WAP 2.0/xHTML |
| | Games | Yes, order now |
| | Colors | Black |
| | Camera | 2 MP, 1600x1200 pixels, video(30fps), flash |
| | | - Java MIDP 2.0 |
| | | - MP3/ACC/WMA player |
| | | - FM radio |
| | | - Document viewer (.ppt, .doc, .xls, .pdf, .txt) |
| | | - Organiser |
| | | - Voice memo |
| | | - Built-in handsfree |
| **BATTERY** | | Standard battery, Li-Ion 800 mAh |
| | Stand-by | Up to 300 h |
| | Talk time | Up to 3 h |

Disclaimer. We can not guarantee that the information on this page is 100% correct. Read more

## LG KE850 PRADA - USER OPINIONS AND REVIEWS

does it come with prada pouch or other accessories? if not i seriously think its not worth the money at all. its so expensive here in Singapore, almost S$1300 or abt EU$645, without contract...hold man, it'll sure drop well below S$600 in a few mont...

2007-05-17 02:24:25                                    Email

Billy, the link for the invisible shield was posted by Alex earlier. It's a super tough sticky clear film, custom made for the Prada and other devices. Relatively OK to apply, as long as you use plenty of the spray provided. It comes with instruct...

2007-05-17 00:35:46                     Protex           Email

- 8 -

ANDRE *et al.*
Appl. No. 29/282,833

### *Amendments to the Drawings*

Please replace Figures 1 through Figure 8 with new Figures 1 through 96
enclosed herewith.

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010486

- 9 -

ANDRE *et al.*
Appl. No. 29/282,833

## Remarks

Upon entry of the foregoing amendment, one claim is pending in the application. Paragraphs [0009] and [0010] have been amended, paragraphs [0011] and [0012] have been renumbered to paragraphs [0099] and [0100], and new paragraphs [0011] through [0098] have been added. Figures 1 through 8 have been replaced with new Figures 1 through 96.   These changes are believed to introduce no new matter, and their entry is respectfully requested.

## Conclusion

Prompt and favorable consideration of this Preliminary Amendment is respectfully requested.   If the Examiner believes, for any reason, that personal communication will expedite prosecution of this application, the Examiner is invited to telephone the undersigned at the number provided.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:    November 30, 2007

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

753539_1.DOC

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010487

- 2 -

ANDRE *et al.*
Appl. No. 29/282,833

## *Amendments to the Specification*

Please amend paragraphs **[0009]** through **[0010],** as follows:

**[0009]**        Figure 7 is a left side view thereof; [and]

**[0010]**        Figure 8 is a right side view thereof;[.]


Please renumber paragraphs **[0011]** through **[0012]** as follows:

**[00~~11~~99]**        The features shown in broken lines in the various Figures are for illustrating environmental structure and form no part of the claimed design.

**[00~~12~~100]**        More generally, the invention pertains to an ornamental design for an article of manufacture.  The article of manufacture can vary widely.  The design can also be scaled to different sizes depending on the article of manufacture.  In one embodiment, as indicated above, the article of manufacture is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), and/or the like. In another embodiment, the article of manufacture is a novelty item or toy.  The inventors anticipate that the invention can be any part, portion, element, or combination of elements of the depicted design.


Please add new paragraphs **[0011]** through **[0098]** as follows:

**[0011]**        Figure 9 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

Atty. Dkt. No. 2607.0600001(P4984USC3)

- 3 -

ANDRE *et al.*
Appl. No. 29/282,833

[0012]     Figure 10 is a rear perspective view of the electronic device in Figure 9;

[0013]     Figure 11 is a front view thereof;

[0014]     Figure 12 is a rear view thereof;

[0015]     Figure 13 is a top view thereof;

[0016]     Figure 14 is bottom view thereof;

[0017]     Figure 15 is a left side view thereof;

[0018]     Figure 16 is a right side view thereof,

[0019]     Figure 17 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

[0020]     Figure 18 is a rear perspective view of the electronic device in Figure 17;

[0021]     Figure 19 is a front view thereof;

[0022]     Figure 20 is a rear view thereof;

[0023]     Figure 21 is a top view thereof;

[0024]     Figure 22 is bottom view thereof;

[0025]     Figure 23 is a left side view thereof;

[0026]     Figure 24 is a right side view thereof;

[0027]     Figure 25 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

[0028]     Figure 26 is a rear perspective view of the electronic device in Figure 25;

[0029]     Figure 27 is a front view thereof;

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010489

- 4 -

ANDRE *et al.*
Appl. No. 29/282,833

**[0030]**        Figure 28 is a rear view thereof;

**[0031]**        Figure 29 is a top view thereof;

**[0032]**        Figure 30 is bottom view thereof;

**[0033]**        Figure 31 is a left side view thereof;

**[0034]**        Figure 32 is a right side view thereof;

**[0035]**        Figure 33 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

**[0036]**        Figure 34 is a rear perspective view of the electronic device in Figure 33;

**[0037]**        Figure 35 is a front view thereof;

**[0038]**        Figure 36 is a rear view thereof;

**[0039]**        Figure 37 is a top view thereof;

**[0040]**        Figure 38 is bottom view thereof;

**[0041]**        Figure 39 is a left side view thereof;

**[0042]**        Figure 40 is a right side view thereof;

**[0043]**        Figure 41 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

**[0044]**        Figure 42 is a rear perspective view of the electronic device in Figure 41;

**[0045]**        Figure 43 is a front view thereof;

**[0046]**        Figure 44 is a rear view thereof;

**[0047]**        Figure 45 is a top view thereof;

**[0048]**        Figure 46 is bottom view thereof;

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010490

- 5 -

ANDRE *et al.*
Appl. No. 29/282,833

**[0049]**　　　　Figure 47 is a left side view thereof;

**[0050]**　　　　Figure 48 is a right side view thereof;

**[0051]**　　　　Figure 49 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

**[0052]**　　　　Figure 50 is a rear perspective view of the electronic device in Figure 49;

**[0053]**　　　　Figure 51 is a front view thereof;

**[0054]**　　　　Figure 52 is a rear view thereof;

**[0055]**　　　　Figure 53 is a top view thereof;

**[0056]**　　　　Figure 54 is bottom view thereof;

**[0057]**　　　　Figure 55 is a left side view thereof;

**[0058]**　　　　Figure 56 is a right side view thereof;

**[0059]**　　　　Figure 57 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

**[0060]**　　　　Figure 58 is a rear perspective view of the electronic device in Figure 57;

**[0061]**　　　　Figure 59 is a front view thereof;

**[0062]**　　　　Figure 60 is a rear view thereof;

**[0063]**　　　　Figure 61 is a top view thereof;

**[0064]**　　　　Figure 62 is bottom view thereof;

**[0065]**　　　　Figure 63 is a left side view thereof;

**[0066]**　　　　Figure 64 is a right side view thereof;

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010491

- 6 -

ANDRE *et al.*
Appl. No. 29/282,833

[0067]       Figure 65 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

[0068]       Figure 66 is a rear perspective view of the electronic device in Figure 65;

[0069]       Figure 67 is a front view thereof;

[0070]       Figure 68 is a rear view thereof;

[0071]       Figure 69 is a top view thereof;

[0072]       Figure 70 is bottom view thereof;

[0073]       Figure 71 is a left side view thereof;

[0074]       Figure 72 is a right side view thereof;

[0075]       Figure 73 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

[0076]       Figure 74 is a rear perspective view of the electronic device in Figure 73;

[0077]       Figure 75 is a front view thereof;

[0078]       Figure 76 is a rear view thereof;

[0079]       Figure 77 is a top view thereof;

[0080]       Figure 78 is bottom view thereof;

[0081]       Figure 79 is a left side view thereof;

[0082]       Figure 80 is a right side view thereof;

[0083]       Figure 81 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010492

- 7 -

ANDRE *et al.*
Appl. No. 29/282,833

[0084]        Figure 82 is a rear perspective view of the electronic device in Figure 81;

[0085]        Figure 83 is a front view thereof;

[0086]        Figure 84 is a rear view thereof;

[0087]        Figure 85 is a top view thereof;

[0088]        Figure 86 is bottom view thereof;

[0089]        Figure 87 is a left side view thereof;

[0090]        Figure 88 is a right side view thereof;

[0091]        Figure 89 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

[0092]        Figure 90 is a rear perspective view of the electronic device in Figure 89;

[0093]        Figure 91 is a front view thereof;

[0094]        Figure 92 is a rear view thereof;

[0095]        Figure 93 is a top view thereof;

[0096]        Figure 94 is bottom view thereof;

[0097]        Figure 95 is a left side view thereof; and

[0098]        Figure 96 is a right side view thereof.

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010493

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 3463 |
| ANDRE *et al.* | Art Unit: 2911 |
| Appl. No.: 29/282,833 | Examiner: Eland, Bridget L. |
| Filed: July 30, 2007 | Atty. Docket: 2607.0600001(P4984USC3) |
| For: **Electronic Device** | |

## Preliminary Amendment Under 37 C.F.R. § 1.115

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

In advance of prosecution, Applicant submits the following amendment and remarks. This Preliminary Amendment is provided in the following format:

(A) Each section begins on a separate sheet;

(B) Starting on a separate sheet, amendments to the specification by presenting replacement paragraphs marked up to show changes made;

(C) Starting on a separate sheet, the Remarks.

It is not believed that extensions of time or fees for net addition of claims are required beyond those that may otherwise be provided for in documents accompanying this paper. However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required therefor (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 19-0036.

APLPROS0000010494

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 3463 |
| ANDRE *et al.* | Art Unit: 2916 |
| Appl. No.: 29/282,833 | Examiner: Eland, Bridget L. |
| Filed: July 30, 2007 | Atty. Docket: 2607.00600001(P4984USC3) |
| For: **Electronic Device** | |

## Submission of Drawings

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Submitted herewith are twenty-four sheets of Replacement drawings with Figures **1 through 96**, replacing the originally submitted Figures 1 through 8 filed in the above-captioned application.  Identification of the drawings is provided in accordance with 37 C.F.R. § 1.84(c).  Acknowledgment of the receipt, approval, and entry of these drawings into this application is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:   November 30, 2007

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

753537_1.DOC

APLPROS0000010495



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michelle A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr
Michael V. Messinger
Judith U. Kim
Jeffrey T. Helvey
Eldora L. Ellison

Donald R. Banowit
Peter A. Jackman
Brian J. Del Buono
Mark Fox Evens
Vincent L. Capuano
Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Glenn J. Perry
Edward W. Yee
Grant E. Reed
Virgil Lee Beaston
Theodore A. Wood
Joseph S. Ostroff
Jason D. Eisenberg
Tracy L. Muller
Jon E. Wright
LuAnne M. DeSantis

Ann E. Summerfield
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Gaby L. Longsworth
Lori A. Gordon
Laura A. Vogel
Bashir M.S. Ali
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
W. Blake Coblentz
James J. Pohl
John T. Haran
Mark W. Rygiel

Michael R. Malek*
Carla Ji-Eun Kim
Doyle A. Siever*
Ulrike Winkler Jenks
Paul A. Calvo
Robert A. Schwartzman
C. Matthew Rozier*
Shameek Ghose
Randall K. Baldwin
Daniel J. Nevriny

Registered Patent Agents•
Karen R. Markowicz
Matthew J. Dowd
Mita Mukherjee
Scott M. Woodhouse
Peter A. Socarras
Jeffrey K. Mills

Danielle L. Letting
Lori Brandes
Steven C. Oppenheimer
Aaron S. Lukas
Gaurav Asthana
Robert E. Bakin
Salvador M. Bezos

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Marvin C. Guthrie
Christopher P. Wrist

*Admitted only in Maryland
* Admitted only in Virginia
•Practice Limited to
  Federal Agencies

November 30, 2007

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Art Unit 2916*
*Mail Stop Amendment*

Re:   U.S. Design Patent Application
      Application No. 29/282,833; Filed:  July 30, 2007
      For:   **Electronic Device**
      Inventor:   ANDRE *et al.*
      Our Ref:   2607.0600001(P4984USC3)

Sir:

Transmitted herewith for appropriate action are the following documents:

1. Preliminary Amendment Under 37 C.F.R. §1.115;

2. Submission of Drawings; and

3. Twenty-four (**24**) sheets of Replacement Drawings (Figs. **1-96**).

*The above-listed documents are filed electronically through EFS-Web.*

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/BKB:kim
Enclosures
753535_1.DOC

APLPROS0000010496

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2534321 |
| **Application Number:** | 29282833 |
| **International Application Number:** | |
| **Confirmation Number:** | 3463 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Brian Baxter |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |
| **Receipt Date:** | 30-NOV-2007 |
| **Filing Date:** | 30-JUL-2007 |
| **Time Stamp:** | 18:15:37 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 20670600001PrelimAmendD wgs.pdf | 739580<br>ee7355143ded065f4fc22179c4aaef39e 2c36f19 | yes | 35 |

APLPROS0000010497

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Preliminary Amendment | 2 | 10 |
| Drawings-only black and white line drawings | 11 | 35 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 739580 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010498

Replacement Sheet
Sheet 1 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



*FIG. 1*



*FIG. 2*

APLPROS0000010499

Replacement Sheet
Sheet 2 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

APLPROS0000010500

Replacement Sheet
Sheet 3 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



**FIG. 9**



**FIG. 10**

APLPROS0000010501

Replacement Sheet
Sheet 4 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15

FIG. 16

APLPROS0000010502

Replacement Sheet
Sheet 5 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



*FIG. 17*



*FIG. 18*

APLPROS0000010503

Replacement Sheet
Sheet 6 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 19

FIG. 20

FIG. 21

FIG. 22

FIG. 23

FIG. 24

APLPROS0000010504

Replacement Sheet
Sheet 7 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 25



FIG. 26

APLPROS0000010505

Replacement Sheet
Sheet 8 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31

FIG. 32

APLPROS0000010506

Replacement Sheet
Sheet 9 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.060000001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



*FIG. 33*



*FIG. 34*

APLPROS0000010507

Replacement Sheet
Sheet 10 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.060001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 35

FIG. 36

FIG. 37

FIG. 38

FIG. 39      FIG. 40

APLPROS0000010508

Replacement Sheet
Sheet 11 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



*FIG. 41*



*FIG. 42*

APLPROS0000010509

Replacement Sheet
Sheet 12 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 43

FIG. 44

FIG. 45

FIG. 46

FIG. 47

FIG. 48

APLPROS0000010510

Replacement Sheet
Sheet 13 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



*FIG. 49*



*FIG. 50*

APLPROS0000010511

Replacement Sheet
Sheet 14 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 51

FIG. 52

FIG. 53

FIG. 54

FIG. 55

FIG. 56

Replacement Sheet
Sheet 15 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



*FIG. 57*



*FIG. 58*

APLPROS0000010513

Replacement Sheet
Sheet 16 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 59

FIG. 60

FIG. 61

FIG. 62

FIG. 63

FIG. 64

APLPROS0000010514

Replacement Sheet
Sheet 17 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device




*FIG. 65*



*FIG. 66*

APLPROS0000010515

Replacement Sheet
Sheet 18 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 67

FIG. 68

FIG. 69

FIG. 70

FIG. 71

FIG. 72

APLPROS0000010516

Replacement Sheet
Sheet 19 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device




*FIG. 73*



*FIG. 74*

APLPROS0000010517

Replacement Sheet
Sheet 20 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 75

FIG. 76

FIG. 77

FIG. 78

FIG. 79    FIG. 80

APLPROS0000010518

Replacement Sheet
Sheet 21 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device




**FIG. 81**



**FIG. 82**

APLPROS0000010519

Replacement Sheet
Sheet 22 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 83

FIG. 84

FIG. 85

FIG. 86

FIG. 87

FIG. 88

APLPROS0000010520

Replacement Sheet
Sheet 23 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



**FIG. 89**



**FIG. 90**

APLPROS0000010521

Replacement Sheet
Sheet 24 of 24
Appl. No. 29/282,833; Filed: July 30, 2007
Dkt. No. 2607.0600001(P4984USC3); Group Unit: 2916
Tel. No. 202-371-2600
For: Electronic Device



FIG. 91

FIG. 92

FIG. 93

FIG. 94

FIG. 95

FIG. 96

APLPROS0000010522



**Sterne Kessler Goldstein Fox**

ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Donald R. Banowit | Ann E. Summerfield | Michael R. Malek* | Danielle L. Letting |
| Jorge A. Goldstein | Peter A. Jackman | Helene C. Carlson | Carla Ji-Eun Kim | Lori Brandes |
| David K.S. Cornwell | Brian J. Del Buono | Cynthia M. Bouchez | Doyle A. Siever* | Steven C. Oppenheimer |
| Robert W. Esmond | Mark Fox Evens | Timothy A. Doyle | Ulrike Winkler Jenks | Aaron S. Lukas |
| Tracy-Gene G. Durkin | Vincent L. Capuano | Gaby L. Longsworth | Paul A. Calvo | Gaurav Asthana |
| Michele A. Cimbala | Elizabeth J. Haanes | Lori A. Gordon | Robert A. Schwartzman | Robert E. Bakin |
| Michael B. Ray | Michael D. Specht | Laura A. Vogel | C. Matthew Rozier* | Salvador M. Bezos |
| Robert E. Sokohl | Kevin W. McCabe | Bashir M.S. Ali | Shameek Ghose | |
| Eric K. Steffe | Glenn J. Perry | Shannon A. Carroll | Randall K. Baldwin | Of Counsel |
| Michael Q. Lee | Edward W. Yee | Anbar F. Khal | Daniel J. Nevrivy | Edward J. Kessler |
| John M. Covert | Grant E. Reed | Michelle K. Holoubek | | Kenneth C. Bass III |
| Robert C. Millonig | Virgil Lee Beaston | Marsha A. Rose | Registered Patent Agents• | Marvin C. Guthrie |
| Donald J. Featherstone | Theodore A. Wood | Scott A. Schaller | Karen R. Markowicz | Christopher P. Wrist |
| Timothy J. Shea, Jr | Joseph S. Ostroff | Lei Zhou | Matthew J. Dowd | |
| Michael V. Messinger | Jason D. Eisenberg | W. Blake Coblentz | Mita Mukherjee | *Admitted only in Maryland |
| Judith U. Kim | Tracy L. Muller | James J. Pohl | Scott M. Woodhouse | + Admitted only in Virginia |
| Jeffrey T. Helvey | Jon E. Wright | John T. Haran | Peter A. Socarras | •Practice Limited to |
| Eldora L. Ellison | LuAnne M. DeSantis | Mark W. Rygiel | Jeffrey K. Mills | Federal Agencies |

February 28, 2008

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Mail Stop Amendment*

Re:     U.S. Design Patent Application
         Application No. 29/282,833; Filed:  July 30, 2007
         For:          **Electronic Device**
         Inventors:   ANDRE *et al.*
         Our Ref:     2607.0600001(P4984USC3)

Sir:

Transmitted herewith for appropriate action are the following documents:

1.      First Supplemental Information Disclosure Statement;

2.      Form PTO/SB/08a (**1** sheet) listing **13** cited documents (**US1-US12** and **FP2**);

3.      Form PTO/SB/08b (**2** sheets) listing **14** cited documents (**NPL9-NPL22**); and

4.      A copy of the **1** cited document (**FP2**).

*The above-listed documents are filed electronically through EFS-Web.*

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

APLPROS0000010523

Commissioner for Patents
February 28, 2008
Page 2

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/BKB:kim
Enclosures
785611_1.DOC

APLPROS0000010524

Equivalent of Form PTO/SB/08a (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 29/282,833 |
| | Filing Date | July 30, 2007 |
| | First Named Inventor | Bartley K. ANDRE |
| | Art Unit | 2916 |
| | Examiner Name | Eland, Bridget L. |
| Sheet   1   of   1 | Attorney Docket Number | 2607.0600001(P4984USC3) |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D424,535 | 05-09-2000 | Peltola | |
| | US2 | D519,116 | 04-18-2006 | Tanaka *et al.* | |
| | US3 | D548,732 | 08-14-2007 | Cebe *et al.* | |
| | US4 | D556,211 | 11-27-2007 | Howard | |
| | US5 | D557,238 | 12-11-2007 | Kim | |
| | US6 | D558,756 | 01-01-2008 | Andre *et al.* | |
| | US7 | D558,757 | 01-01-2008 | Andre et al. | |
| | US8 | D558,792 | 01-01-2008 | Chigira | |
| | US9 | D560,686 | 01-29-2008 | Kim | |
| | US10 | D561,153 | 02-05-2008 | Hong *et al.* | |
| | US11 | D561,204 | 02-05-2008 | Toh | |
| | US12 | 2008/0004085 | 01-03-2008 | Jung *et a.* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP2 | EM 000569157-0005 | 05-09-2006 | LG Electronics Inc. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

785599_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Equivalent of Form PTO/SB/08b (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/282,833 |
| | | | | Filing Date | July 30, 2007 |
| | | | | First Named Inventor | Bartley K. ANDRE |
| | | | | Art Unit | 2916 |
| Sheet | 1 | of | 2 | Examiner Name | Eland, Bridget L. |
| | | | | Attorney Docket Number | 2607.0600001(P4984USC3) |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL1 | U.S. Appl. No. 29/270,887, Andre *et al.*, Electronic Device, filed 01-08-2007. | |
| | NPL2 | U.S. Appl. No. 29/282,831, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL3 | U.S. Appl. No. 29/282,832, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL4 | U.S. Appl. No. 29/282,834, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL5 | U.S. Appl. No. 29/284,187, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| | NPL6 | U.S. Appl. No. 29/284,188, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| | NPL7 | U.S. Appl. No. 29/284,269, Andre *et al.*, Electronic Device, filed 09-04-2007. | |
| | NPL8 | U.S. Appl. No. 29/284,271, Andre *et al.*, Electronic Device, filed 09-04-2007. | |
| | NPL9 | U.S. Appl. No. 29/284,272, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL10 | U.S. Appl. No. 29/284,276, Andre *et al.*, Electronic Device, filed 09-05-2007. | |

786417_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLPROS0000010526

Equivalent of Form PTO/SB/08b (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | *Application Number* | 29/282,833 |
| | *Filing Date* | July 30, 2007 |
| | *First Named Inventor* | Bartley K. ANDRE |
| | *Art Unit* | 2916 |
| | *Examiner Name* | Eland, Bridget L. |
| Sheet | 2 | of | 2 | *Attorney Docket Number* | 2607.0600001(P4984USC3) |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
| | NPL11 | U.S. Appl. No. 29/284,288, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL12 | U.S. Appl. No. 29/284,308, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL13 | U.S. Appl. No. 29/284,310, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL14 | U.S. Appl. No. 29/284,312, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLPROS0000010527

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2924441 |
| **Application Number:** | 29282833 |
| **International Application Number:** | |
| **Confirmation Number:** | 3463 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Kim Perry |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |
| **Receipt Date:** | 28-FEB-2008 |
| **Filing Date:** | 30-JUL-2007 |
| **Time Stamp:** | 15:45:46 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 26070600001.pdf | 392278<br>044245375130513f4da7b83515e610a7672fa979 | yes | 11 |

APLPROS0000010528

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Information Disclosure Statement Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Filed | 3 | 11 |

**Warnings:**

**Information:**

| 2 | Foreign Reference | 26070600001_FP2.pdf | 120640<br><br>56afbbb5b9abbd322284f7437edbba5<br>8199ed93 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 512918 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010529



ES | DE | EN | FR

Contact    Site Map    Search

## RCD-ONLINE - Design consultation service - RCD information

| | |
|---|---|
| **Design number :** | 000569157-0005 |
| **Number of results :** | 1 of 1 |

### Design

| | |
|---|---|
| **Filing date:** | 01/08/2006 |
| **Registration date:** | 01/08/2006 |
| **Publication date (A1):** | 05/09/2006 |
| **Expiry date:** | 01/08/2011 |
| **Locarno class-subclass:** | 14.03 |
| **Verbal element:** | |
| **Status:** | Registered and fully published (A1) |
| **Language of filing:** | English |
| **Second language:** | French |

### Representation

0005.1



0005.2                          0005.3                          0005.4

                    

0005.5                          0005.6                          0005.7

APLPROS0000010530



---

## Indication of the product

| | |
|---|---|
| **Indication of the product:** | Mobile phones |

---

## Owner

| | |
|---|---|
| **Name of the owner:** | LG Electronics Inc. |
| **ID number:** | 144734 |
| **Natural or legal person:** | Legal entity |
| **Address:** | 20, Yoido-dong, Yongdungpo-gu |
| **Post code:** | 150-721 |
| **Town:** | Seoul |
| **Country:** | KOREA, REPUBLIC OF |
| **Correspondence address:** | LG Electronics Inc. 20, Yoido-dong, Yongdungpo-gu Seoul 150-721 REPÚBLICA DE COREA (LA) |
| **Telephone:** | |
| **Fax:** | |
| **E-mail:** | |

---

## Representative

| | |
|---|---|
| **Name of the representative:** | CABINET REGIMBEAU |
| **ID number:** | 10866 |
| **Natural or legal person:** | Legal entity |
| **Address:** | 20, rue de Chazelles |
| **Post code:** | 75847 |
| **Town:** | Paris Cédex 17 |
| **Country:** | FRANCE |
| **Correspondence address:** | CABINET REGIMBEAU 20, rue de Chazelles F-75847 Paris Cédex 17 FRANCIA |
| **Telephone:** | 00 33-144293500 |
| **Fax:** | 00 33-144293599 |
| **E-mail:** | paris@regimbeau.fr |

---

## Designer

No entry for design number: 000569157-0005

---

## Exhibition

No entry for design number: 000569157-0005

---

## Priority

| | |
|---|---|
| **Country:** | KOREA, REPUBLIC OF |
| **Date of application:** | 21/02/2006 |
| **Number of application:** | 30-2006-0006542 |

---

APLPROS0000010531

## Publication

| | |
|---|---|
| **Bulletin number:** | 2006/100 |
| **Date of publication:** | 05/09/2006 |
| **Part:** | A.1 |
| | |
| **Bulletin number:** | 2007/071 |
| **Date of publication:** | 08/05/2007 |
| **Part:** | A.3.2 |
| | |
| **Bulletin number:** | 2007/094 |
| **Date of publication:** | 03/07/2007 |
| **Part:** | B.2.2 |
| | |
| **Bulletin number:** | 2007/103 |
| **Date of publication:** | 31/07/2007 |
| **Part:** | B.2.2 |
| | |
| **Bulletin number:** | 2008/022 |
| **Date of publication:** | 01/02/2008 |
| **Part:** | B.2.2 |

## Renewals

No entry for design number: 000569157-0005

Printed on: 23/02/2008 08:36 PM

APLPROS0000010532

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 3463 |
| ANDRE *et al.* | Art Unit: 2916 |
| Appl. No.: 29/282,833 | Examiner: Eland, Bridget L. |
| Filed: July 30, 2007 | Atty. Docket: 2607.0600001(P4984USC3) |
| For: **Electronic Device** | |

## First Supplemental Information Disclosure Statement

***Mail Stop Amendment***

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the examination of this application, in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.56, 1.97 and 1.98.   The numbering on this First Supplemental Information Disclosure Statement is a continuation of the numbering in Applicants' Information Disclosure Statement filed on October 23, 2007 in connection with the above-captioned application.

Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned.  However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may

APLPROS0000010533

- 2 -                                                ANDRE *et al.*
                                              Appl. No. 29/282,833

not be prior art, and/or to prove that this information may not be enabling for the
teachings purportedly offered.

This statement should not be construed as a representation that a search has been
made, or that information more material to the examination of the present patent
application does not exist.  The Examiner is specifically requested not to rely solely on
the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.   Statement under 37 C.F.R. 1.704(d). Each item of information contained in this
        Information Disclosure Statement was first cited in a communication from a
        foreign patent office in a counterpart application and this communication was not
        received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty
        days prior to the filing of this information disclosure statement.

☒ 2.   Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being
        filed within three months of the date of filing of a national application other than
        a continued prosecution application (CPA), OR within three months of the date of
        entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international
        application, OR before the mailing date of a first Office Action on the merits OR
        before the mailing of a first Office Action after the filing of a request for
        continued examination under 37 C.F.R. § 1.114.  No statement or fee is required.

☐ 3.   Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being
        filed more than three months after the U.S. filing date AND after the mailing date

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010534

of the first Office Action on the merits, but before the mailing date of a Final

Rejection, or Notice of Allowance, or an action that otherwise closes prosecution

in the application.

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each
item of information contained in this Information Disclosure
Statement was first cited in any communication from a foreign
patent office in a counterpart foreign application not more than
three months prior to the filing of this Information Disclosure
Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item
of information in this Information Disclosure Statement was cited
in a communication from a foreign patent office in a counterpart
foreign application and, to my knowledge after making reasonable
inquiry, was known to any individual designated in 37 C.F.R.
§ 1.56(c) more than three months prior to the filing of this
Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.   Attached is our PTO-2038 Credit Card Payment Form in the
amount of $0.00 in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.   Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being
filed more than three months after the U.S. filing date and after the mailing date
of a Final Rejection or Notice of Allowance, but before payment of the Issue Fee.

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010535

- 4 -                                    ANDRE *et al.*
Appl. No. 29/282,833

Enclosed find our PTO-2038 Credit Card Payment Form in the amount of $0.00 in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

□ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

□ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

□ 5.   The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application.  Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38.

□ 6.   A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

Atty. Dkt. No. 2607.0600001(P4984USC3)

- 5 -                                                    ANDRE *et al.*
                                                    Appl. No. 29/282,833

☒ 7.   Copies of document **FP2** is submitted.  However, in accordance with 37 C.F.R. §
       1.98(a)(2), no copies of U.S. patents and patent application publications cited on
       the attached IDS Forms are submitted.  **NPL9-NPL22** are believed to be stored
       on the Image File Wrapper System.  Thus, a copy of these documents are not
       submitted.  MPEP 1406; 1287 O.G. 163 (Oct. 19, 2004).

☐ 8.   Copies of the documents were cited by or submitted to the Office in an IDS that
       complies with 37 C.F.R. § 1.98(a)-(c) in Application No._____, filed
       _____, which is relied upon for an earlier filing date under 35 U.S.C.
       § 120.  Thus, copies of these documents are not attached.  37 C.F.R. § 1.98(d).

☒ 9.   It is expected that the examiner will review the prosecution and cited art in the
       parent application no. 29/270,880; filed January 5, 2007 in accordance with
       MPEP 2001.06(b), and indicate in the next communication from the office that
       the art cited in the earlier prosecution history has been reviewed in connection
       with the present application.

       It is respectfully requested that the Examiner initial and return a copy of the
enclosed IDS Forms, and indicate in the official file wrapper of this patent application
that the documents have been considered.

Atty. Dkt. No. 2607.0600001(P4984USC3)

- 6 -                                                                ANDRE *et al.*
                                                                Appl. No. 29/282,833

The U.S. Patent and Trademark Office is hereby authorized to charge any fee

deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:    February 28, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

785598_1.DOC

Atty. Dkt. No. 2607.0600001(P4984USC3)

APLPROS0000010538



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/282,833 | 07/30/2007 | Bartley K. ANDRE | 2607.0600001(P4984USC3)/T | 3463 |

63975          7590          07/21/2008
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ELAND, BRIDGET L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2916 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/21/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLPROS0000010539

| **Office Action Summary** | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 29/282,833 | ANDRE ET AL. |
| | **Examiner** | **Art Unit** |
| | BRIDGET L. ELAND | 2916 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *1* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐ Responsive to communication(s) filed on _____ .

2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☐ Claim(s) _____ is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☒ Claim(s) *1* are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____ .

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date *10/23/2007 & 2/28/2008*.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

U.S. Patent and Trademark Office

PTOL-326 (Rev. 08-06)          **Office Action Summary**          Part of Paper No./Mail Date 20080609

APLPROS0000010540

Application/Control Number: 29/282,833                                    Page 2
Art Unit: 2916

# DETAILED OFFICE ACTION

In a telephone interview to allow for an oral election to the following restriction requirement on 5/27/2008, Tracy-Gene G. Durkin requested that a written restriction requirement be provided.

## RESTRICTION REQUIREMENT
This application discloses the following embodiments:

Embodiment 1: FIGS 1-8 drawn to a first electronic device with circular feature.

Embodiment 2: FIGS 9-16 drawn to a second electronic device with display feature.

Embodiment 3: FIGS 17-24 drawn to a third electronic device with oval feature.

Embodiment 4: FIGS 25-32 drawn to a fourth electronic device with display and circular features.

Embodiment 5: FIGS 33-40 drawn to a fifth electronic device with oval and circular features.

Embodiment 6: FIGS 41-48 drawn to a sixth electronic device with oval and display features.

Embodiment 7: FIGS 49-56 drawn to a first front panel with bevelled edge for an electronic device with ciruclar feature.

Embodiment 8: FIGS 57-64 drawn to a first front panel with bevelled edge for an electronic device with display feature.

Embodiment 9: FIGS 65-72 drawn to a first front panel with bevelled edge for an electronic device with oval feature.

Embodiment 10: FIGS 73-80 drawn to a first front panel with bevelled edge for an electronic device with display and circular features.

Embodiment 11: FIGS 81-88 drawn to a first front panel with bevelled edge for an electronic device with oval and circular features.

Embodiment 12: FIGS 89-96 drawn to a first front panel with bevelled edge for an electronic device with oval and display features.

Application/Control Number: 29/282,833                                    Page 3
Art Unit: 2916

The above embodiments divide into the following patentably distinct groups of designs:

    Group I: Embodiment 1, 4, and 5
    Group II: Embodiment 2, 4, and 6
    Group III: Embodiment 3, 5, and 6
    Group IV: Embodiment 7, 10, and 11
    Group V: Embodiment 8, 10, and 12
    Group VI: Embodiment 9, 11, and 12

The designs as grouped are distinct from each other since under the law a design patent covers only the invention disclosed as an entirety, and does not extend to patentably distinct segregable parts; the only way to protect such segregable parts is to apply for separate patents.  See *Ex parte Sanford*, 1914 CD 69; 204 OG 1346 (Comm'r Pat. 1914); and *Blumcraft of Pittsburgh v. Ladd*, 238 F. Supp. 648, 144 USPQ 562 (D.D.C. 1965).  It is further noted that patentably distinct combination/subcombination subject matter must be supported by separate claims, whereas only a single claim is permissible in a design patent application.  See *In re Rubinfield*, 270 F.2d 391, 123 USPQ 210 (CCPA 1959).

The change in scope, from a complete electronic device to a beveled front panel creates a patentably distinct design. Furthermore, the differences between them are considered major and patentably distinguishing, or are not shown to be obvious modifications of one another. Therefore, the change in appearance by reducing certain design features to broken lines creates patentably distinct designs.

Because the designs are distinct for the reason(s) given above, and have acquired separate status in the art, restriction for examination purposes as indicated is proper (35 U.S.C. 121).

Restriction is required under 35 U.S.C. 121 to one of the patentably distinct groups of designs.

A reply to this requirement must include an election of a single group for prosecution on the merits, even if this requirement is traversed, 37 CFR 1.143.  Any reply that does not include election of a single group will be held nonresponsive.  Applicant is also requested to direct cancellation of all drawing figures and the corresponding descriptions which are directed to nonelected groups.

Should applicant traverse this requirement on the grounds that the groups are not patentably distinct, applicant should present evidence or identify such evidence now of record showing the groups to be obvious variations of one another.  If the groups are determined not to be patentably distinct and they remain in this application, any rejection of one group over prior art will apply equally to all other groups.  See *Ex parte Appeal No.* 315-40, 152 USPQ 71 (Bd. App. 1965).  No argument asserting patentability based on the differences between the groups will be considered once the groups have been determined to comprise a single inventive concept.

APLPROS0000010542

Application/Control Number: 29/282,833                                    Page 4
Art Unit: 2916

In view of the above requirement, action on the merits is deferred pending compliance with the requirement in accordance with *Ex parte Heckman*, 135 USPQ 229 (P.O. Super. Exam. 1960).

A shortened statutory period of ONE MONTH or THIRTY DAYS, whichever is longer, from the mailing date of this letter is set for applicant to elect a single embodiment for prosecution on the merits.

The embodiments disclosed within the groups have overall appearances that are basically the same. Furthermore, the differences between them are considered minor and patentably indistinguishing, or are shown to be obvious in view of analogous prior art cited.  Therefore, they are considered by the examiner to be obvious variations of one another within the group. These embodiments thus comprise a single inventive concept and are grouped together.

The common embodiments are included in more than a single group as they are patentably indistinct from the other embodiment(s) in those groups and to give applicant the broadest possible choices in his or her election. If one of the groups with a common embodiment is elected in this application, then applicant is advised that the common embodiment should not be included in any continuing application to avoid a rejection on the ground of double patenting under 35 U.S.C. 171 in the new application.

## CONTACT INFORMATION
Any inquiry concerning this communication or earlier communications from the examiner should be directed to BRIDGET L. ELAND whose telephone number is (571)272-4675.  The examiner can normally be reached Monday - Friday from 7:30 AM to 4:30 PM EDT.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ian Simmons, can be reached on (571) 272-2658.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/Bridget L. Eland/
Examiner, Art Unit 2916

APLPROS0000010543

| *Notice of References Cited* | Application/Control No. 29/282,833 | Applicant(s)/Patent Under Reexamination ANDRE ET AL. | |
|---|---|---|---|
| | Examiner BRIDGET L. ELAND | Art Unit 2916 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-D420,354 S | 02-2000 | Morales, Domingo | D14/191 |
| * | B | US-2004/0166907 A1 | 08-2004 | Yajima, Takayuki | 455/575.3 |
| * | C | US-2004/0223004 A1 | 11-2004 | Lincke et al. | 345/649 |
| * | D | US-D536,962 S | 02-2007 | Tanner, Roger Geoffrey | D9/424 |
| * | E | US-D541,785 S | 05-2007 | Hwang et al. | D14/138 |
| * | F | US-D554,098 S | 10-2007 | Lee, Young Keun | D14/138 |
| * | G | US-7,303,424 B2 | 12-2007 | Tu et al. | 439/372 |
| * | H | US-D558,758 S | 01-2008 | Andre et al. | D14/341 |
| * | I | US-D560,683 S | 01-2008 | Lee, Johann | D14/496 |
| * | J | US-D558,460 S | 01-2008 | Yu et al. | D6/308 |
| * | K | US-D562,285 S | 02-2008 | Lim, Hwi Tae | D14/138 |
| * | L | US-D561,782 S | 02-2008 | Kim, Yong Seock | D14/496 |
| * | M | US-D563,929 S | 03-2008 | Park, Sang Min | D14/138 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Samsung F490, announced January 2008, [online], [retrieved on 01-18-08]. Retrieved from Internet ,<URL: http://www.gsmarena.com> |
| | V | LG KF700, announced February 2008, [online], [retrieved on 03-21-08]. Retrieved from Internet ,<URL: http://www.gsmarena.com> |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

APLPROS0000010544

| Notice of References Cited | Application/Control No.<br>29/282,833 | Applicant(s)/Patent Under Reexamination<br>ANDRE ET AL. | |
|---|---|---|---|
| | Examiner<br>BRIDGET L. ELAND | Art Unit<br>2916 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-D563,432 S | 03-2008 | Kim, Hyoung Won | D14/496 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

APLPROS0000010545

| **Search Notes**  | Application/Control No. 29282833 | Applicant(s)/Patent Under Reexamination ANDRE ET AL. |
|---|---|---|
| | Examiner BRIDGET L ELAND | Art Unit 2916 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 137, 138, 147, 191, 218, 247-248, 341-347, 496 | 6/27/2008 | BLE |
| D10 | 65, 78, 104 | 6/27/2008 | BLE |
| D13 | 168 | 6/27/2008 | BLE |
| D18 | 7 | 6/27/2008 | BLE |
| 455 | 556.1, 566, 575.1, 575.3 | 6/25/2008 | BLE |
| 345 | 169 | 6/25/2008 | BLE |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East database used: US-PGPUB, USPAT | 6/27/2008 | BLE |
| Checked forward and backward in East on select cited references | 6/4/2008 | BLE |
| Inventor name search on prior patents and current applications | 4/16/2008 | BLE |
| Consulted D14 Primary Examiner Jeffery Asch | 6/10/2008 | BLE |
| Internet Search: http://www.gsmarena.com/ | 6/27/2008 | BLE |
| WIPO Hauge Database: 14-03 | 6/27/2008 | BLE |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 138 | 6/25/2008 | BLE |

Part of Paper No. : 20080609

APLPROS0000010546

Equivalent of Form PTO/SB/08a (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
| --- | --- | --- |
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 29/282,833 |
| | Filing Date | July 30, 2007 |
| | First Named Inventor | Bartley K. ANDRE |
| | Art Unit | 2916 |
| | Examiner Name | Eland, Bridget L. |
| Sheet \| 1 \| of \| 1 | Attorney Docket Number | 2607.0600001(P4984USC3) |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- |
| | US1 | D424,535 | 05-09-2000 | Peltola | |
| | US2 | D519,116 | 04-18-2006 | Tanaka *et al.* | |
| | US3 | D548,732 | 08-14-2007 | Cebe *et al.* | |
| | US4 | D556,211 | 11-27-2007 | Howard | |
| | US5 | D557,238 | 12-11-2007 | Kim | |
| | US6 | D558,756 | 01-01-2008 | Andre *et al.* | |
| | US7 | D558,757 | 01-01-2008 | Andre et al. | |
| | US8 | D558,792 | 01-01-2008 | Chigira | |
| | US9 | D560,686 | 01-29-2008 | Kim | |
| | US10 | D561,153 | 02-05-2008 | Hong *et al.* | |
| | US11 | D561,204 | 02-05-2008 | Toh | |
| | US12 | 2008/0004085 | 01-03-2008 | Jung *et al.* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| --- | --- | --- | --- | --- | --- | --- |
| | FP2 | EM 000569157-0005 | 05-09-2006 | LG Electronics Inc. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

785599_1.DOC

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

Equivalent of Form PTO/SB/08b (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/282,833 |
| | | | | Filing Date | July 30, 2007 |
| | | | | First Named Inventor | Bartley K. ANDRE |
| | | | | Art Unit | 2916 |
| | | | | Examiner Name | Eland, Bridget L. |
| Sheet | 1 | of | 2 | Attorney Docket Number | 2607.0600001(P4984USC3) |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
|---|---|---|---|
| | NPL1 | U.S. Appl. No. 29/270,887, Andre *et al.*, Electronic Device, filed 01-08-2007. | |
| | NPL2 | U.S. Appl. No. 29/282,831, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL3 | U.S. Appl. No. 29/282,832, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL4 | U.S. Appl. No. 29/282,834, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL5 | U.S. Appl. No. 29/284,187, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| | NPL6 | U.S. Appl. No. 29/284,188, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| | NPL7 | U.S. Appl. No. 29/284,269, Andre *et al.*, Electronic Device, filed 09-04-2007. | |
| | NPL8 | U.S. Appl. No. 29/284,271, Andre *et al.*, Electronic Device, filed 09-04-2007. | |
| | NPL9 | U.S. Appl. No. 29/284,272, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL10 | U.S. Appl. No. 29/284,276, Andre *et al.*, Electronic Device, filed 09-05-2007. | |

786417_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010548

Equivalent of Form PTO/SB/08b (01-08)
Approved for use through 01/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | *Application Number* | 29/282,833 |
| | | | | *Filing Date* | July 30, 2007 |
| | | | | *First Named Inventor* | Bartley K. ANDRE |
| | | | | *Art Unit* | 2916 |
| | | | | *Examiner Name* | Eland, Bridget L. |
| Sheet | 2 | of | 2 | *Attorney Docket Number* | 2607.0600001(P4984USC3) |

| | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
| | NPL11 | U.S. Appl. No. 29/284,288, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL12 | U.S. Appl. No. 29/284,308, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL13 | U.S. Appl. No. 29/284,310, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL14 | U.S. Appl. No. 29/284,312, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Bridget L. Eland/ | Date Considered | 06/04/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010549



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 3463**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 29/282,833 | 07/30/2007 | D14 | 2916 | 2607.0600001(P4984USC8)/T |
| | RULE | | | |

**APPLICANTS**
  Bartley K. ANDRE, Menlo Park, CA;
  Daniel J. Coster, San Francisco, CA;
  Daniele De Iuliis, San Francisco, CA;
  Richard P. Howarth, San Francisco, CA;
  Jonathan P. Ive, San Francisco, CA;
  Steve Jobs, Palo Alto, CA;
  Duncan Robert Kerr, San Francisco, CA;
  Shin Nishibori, San Francisco, CA;
  Matthew Dean Rohrbach, San Francisco, CA;
  Douglas B. Satzger, Menlo Park, CA;
  Calvin Q. Seid, Palo Alto, CA;
  Christopher J. Stringer, Portola Valley, CA;
  Eugene Antony Whang, San Francisco, CA;
  Rico Zorkendorfer, San Francisco, CA;

** CONTINUING DATA ************************
    This application is a CON of 29/270,880 01/05/2007 PAT D,558,756

** FOREIGN APPLICATIONS ************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
    08/01/2007

| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | | | | |
| Verified and Acknowledged   /BRIDGET L ELAND/   Examiner's Signature | Initials | CA | 2 | 1 | 1 |

**ADDRESS**

STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

**TITLE**

Electronic Device

| FILING FEE RECEIVED 560 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

APLPROS0000010550

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 3463 |
| ANDRE *et al.* | Art Unit: 2916 |
| Appl. No.: 29/282,833 | Examiner: Eland, Bridget L. |
| Filed: July 30, 2007 | Atty. Docket: 2607.0600001(P4984USC3) |
| For: **Electronic Device** | |

## Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the examination of this application, in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.56, 1.97 and 1.98.

Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned. However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010551

- 2 -                                         ANDRE *et al.*
                                             Appl. No. 29/282,833

application does not exist. The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.   Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒ 2.   Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114. No statement or fee is required.

☐ 3.   Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.0600001(P4984USC3)

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010552

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.  Attached is our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.  Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more than three months after the U.S. filing date and after the mailing date of a Final Rejection or Notice of Allowance, but before payment of the Issue Fee. Enclosed find our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

Atty. Dkt. No. 2607.0600001(P4984USC3)

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010553

- 4 -                                      ANDRE *et al.*
                                         Appl. No. 29/282,833

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.  The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application.  Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38.

☐ 6.  A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

Atty. Dkt. No. 2607.0600001(P4984USC3)

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

- 5 -                                     ANDRE *et al.*
                                          Appl. No. 29/282,833

☒ 7.    Copies of documents **NPL1 - NPL6** are submitted.  However, in accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent application publications cited on the attached IDS Forms are submitted.

☒ 8.    Copies of the documents **FP1**, **NPL7** and **NPL8** were cited by or submitted to the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No.29/270,880, filed January 5, 2007, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached. 37 C.F.R. § 1.98(d).

☒ 9.    It is expected that the examiner will review the prosecution and cited art in the parent application no(s). 29/270,880; filed January 5, 2007 in accordance with MPEP 2001.06(b), and indicate in the next communication from the office that the art cited in the earlier prosecution history has been reviewed in connection with the present application.

        It is respectfully requested that the Examiner initial and return a copy of the enclosed IDS Forms, and indicate in the official file wrapper of this patent application that the documents have been considered.

Atty. Dkt. No. 2607.0600001(P4984USC3)

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /BLE/

APLPROS0000010555

- 6 -

ANDRE *et al.*
Appl. No. 29/282,833

The U.S. Patent and Trademark Office is hereby authorized to charge any fee

deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: ___October 23, 2007___

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

736605_1.DOC

Atty. Dkt. No. 2607.0600001(P4984USC3)

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010556