Case 5:11-cv-01846-LHK    Document 944-2    Filed 05/18/12    Page 1 of 72    29282833 - GAU: 2916

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | 29/282,833 |
| | | | | Filing Date | July 30, 2007 |
| | | | | First Named Inventor | ANDRE et al. |
| | | | | Art Unit | 2916 |
| | | | | Examiner Name | Eland, Bridget L. |
| Sheet | 1 | of | 3 | Attorney Docket Number | 2607.0600001(P4984USC3) |

| Examiner Initials* | Cite No.¹ | Document Number / Number-Kind Code² (if Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D289,873 | 05-19-1987 | Gemmell et al. | |
| | US2 | D337,569 | 07-20-1993 | Kando | |
| | US3 | D456,023 | 04-23-2002 | Andre et al. | |
| | US4 | D489,731 | 05-11-2004 | Huang | |
| | US5 | D498,754 | 11-23-2004 | Blyth | |
| | US6 | D499,423 | 12-07-2004 | Bahroocha et al. | |
| | US7 | D502,173 | 02-22-2005 | Jung et al. | |
| | US8 | D504,889 | 05-10-2005 | Andre et al. | |
| | US9 | D505,950 | 06-07-2005 | Summit et al. | |
| | US10 | 2005/0130715 | 06-16-2005 | Fujisawa | |
| | US11 | D507,003 | 07-05-2005 | Pai et al. | |
| | US12 | D514,121 | 01-31-2006 | Johnson | |
| | US13 | D514,590 | 02-07-2006 | Naruki | |
| | US14 | D519,523 | 04-25-2006 | Chiu et al. | |
| | US15 | D520,020 | 05-02-2006 | Senda et al. | |
| | US16 | D528,542 | 09-19-2006 | Luminosu et al. | |
| | US17 | D528,561 | 09-19-2006 | Ka-Wei et al. | |
| | US18 | D529,045 | 09-26-2006 | Shin | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code⁴ Kind Code⁵ (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
| | FP1 | KR 30-0452432 | 06-14-2007 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

736603_1.DOC

Rev. 11-03-03 svb

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010557

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete If Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 29/282,833 | | |
| | Filing Date | July 30, 2007 | | |
| | First Named Inventor | ANDRE et al. | | |
| | Art Unit | 2916 | | |
| | Examiner Name | Eland, Bridget L. | | |
| Sheet | 2 | of | 3 | Attorney Docket Number | 2607.0600001(P4984USC3) |

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US19 | D532,791 | 11-28-2006 | Kim | |
| | US20 | 2006/0281501 | 12-14-2006 | Zuo et al. | |
| | US21 | D534,143 | 12-26-2006 | Lheem | |
| | US22 | D535,281 | 01-16-2007 | Yang | |
| | US23 | D536,691 | 02-13-2007 | Park | |
| | US24 | D538,822 | 03-20-2007 | Andre et al. | |
| | US25 | 2007/0082718 | 04-12-2007 | Yoon et al. | |
| | US26 | D541,298 | 04-24-2007 | Andre et al. | |
| | US27 | D541,299 | 04-24-2007 | Andre et al. | |
| | US28 | D546,313 | 07-10-2007 | Lheem | |
| | US29 | D548,747 | 08-14-2007 | Andre et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Kind Code[5] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

736603_1.DOC

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Rev. 11-03-03 svb

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

APLPROS0000010558

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449B/PTO | | **Complete If Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | *Application Number* | 29/282,833 |
| | | *Filing Date* | July 30, 2007 |
| | | *First Named Inventor* | ANDRE *et al.* |
| | | *Art Unit* | 2916 |
| | | *Examiner Name* | Eland, Bridget L. |
| Sheet | 3 | of | 3 | *Attorney Docket Number* | 2607.0600001(P4984USC3) |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-071. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL3 | LG KE850 Prada, announced January 2007, [onlinel, [retrieved on 02-20-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07]. Retrieved from Internet ,<URL:http://www.mobilewhack.com> | |
| | NPL6 | Meizu M8, posted January, 29, 2007, [online], [retrieved on 09-13-07]. Retrieved from Internet ,<URL:http://www.engadget.com> | |
| | NPL7 | iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, October 2004. | |
| | NPL8 | "Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , October 26, 2004. | |
| | | | |
| | | | |

| Examiner Signature | /Bridget L. Eland/ | Date Considered | 06/04/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

736603_1.DOC                                                                                          Rev. 11-03-03 svb

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /BLE/

# Samsung F490 - Full phone specifications

## Samsung F490

**SAMSUNG**

Nokia
Samsung
Motorola
Sony Ericsson
LG
Apple
HTC
i-mate
O2
Eten
HP
Asus
Gigabyte
Qtek
Palm
BlackBerry
Sagem
Alcatel
Philips
Sharp
Toshiba
BenQ-Siemens
Siemens
BenQ
Panasonic
NEC
WND
Pantech
VK Mobile
Haier
Bird
more

PHONE FINDER



Read opinions
Compare
Pictures

### VOTING RESULTS

Design ▭▭▭▭▭ 8.1

Features ▭▭▭▭▭ 7.8

Performance ▭▭▭▭▭ 7.7

Votes: 526  Hits: 106267

[ Vote! ]

| GENERAL | 2G Network | GSM 900 / 1800 / 1900 |
|---|---|---|
|  | 3G Network | HSDPA 2100 |
|  | Announced | 2008, January |
|  | Status | Coming soon |
| SIZE | Dimensions | 115 x 53.5 x 11.8 mm |
|  | Weight | 102 g |
| DISPLAY | Type | TFT touchscreen, 256K colors |
|  | Size | 240 x 432 pixels, 3.2 inches |
| RINGTONES | Type | Polyphonic, MP3 |
|  | Customization | Download |
|  | Vibration | Yes |
| MEMORY | Phonebook | 1000 entries, Photocall |
|  | Call records | 30 dialed, 30 received, 30 missed calls |
|  | Card slot | microSD (TransFlash) |
|  |  | - 130 MB shared memory |
| DATA | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
|  | HSCSD | No |
|  | EDGE | Class 10, 236.8 kbps |
|  | 3G | HSDPA, 3.6 Mbps |
|  | WLAN | No |
|  | Bluetooth | Yes, v2.0 with A2DP |
|  | Infrared port | No |
|  | USB | Yes, v2.0 |
| FEATURES | Messaging | SMS, EMS, MMS, Email, Instant Messaging |
|  | Browser | WAP 2.0/xHTML, HTML (NetFront 3.4) |
|  | Games | Yes |
|  | Colors | Black |
|  | Camera | 5 MP, 2592 x 1944 pixels, video(QVGA 15fps), flash; secondary videocall camera |
|  |  | - Java MIDP 2.0 |
|  |  | - 3.5mm audio jack |
|  |  | - WMV/MPEG4/H.263/H.264 player (VGA@30fps) |
|  |  | - MP3/AAC/AAC+ player |
|  |  | - Organiser |
|  |  | - Google Search |
|  |  | - Built-in handsfree |
|  |  | - Multitasking |
| BATTERY |  | Standard battery |
|  | Stand-by | - |
|  | Talk time | - |

Disclaimer. We can not guarantee that the information on this page is 100% correct. Read more

### SAMSUNG F490 - USER OPINIONS AND REVIEWS

the phone is superb....there is no wlan connection why??????????????????????????

2008-01-18 12:01:00        sourav jain        Email

No FM,SHG- where is your mind,Hello, are you wake Up !!!I think it is to late ???

2008-01-18 07:32:57        Srinath        Email

looks slick... and i like the specs.. when is it out?

2008-01-18 00:41:00        moe        Email

Samsung F490 pictures, official photos



APLPROS0000010561

Samsung F490 pictures, official photos



- Nokia
- Samsung
- Motorola
- Sony Ericsson
- LG
- Apple
- HTC
- i-mate
- O2
- Eten
- HP
- Asus
- Gigabyte
- Qtek
- Palm
- BlackBerry
- Sagem
- Alcatel
- Philips
- Sharp
- Toshiba

http://www.gsmarena.com/samsung_f490-pictures-2203.php          /18/2008 6:36:58 PM

APLPROS0000010562

Quick phone searc



Call us at Australian No.: +61-390018601 or Toll Free at 1-800-094833

LG KF700



LG

| Nokia |
| Samsung |
| Motorola |
| Sony Ericsson |
| LG |
| Apple |
| HTC |
| i-mate |
| O2 |
| Eten |
| HP |
| Asus |
| Gigabyte |
| Qtek |
| Palm |
| BlackBerry |
| Sagem |
| Alcatel |
| Philips |
| Sharp |
| Toshiba |
| BenQ-Siemens |
| Siemens |
| BenQ |
| Panasonic |
| NEC |
| WND |
| Pantech |
| VK Mobile |
| Haier |
| Bird |
| more |
| PHONE FINDER |

MWC 2008: LG overview

Read opinions

Compare

Pictures

VOTING RESULTS

Design                    7.9

Features                  7.5

Performance               7.5

Votes: 201  Hits: 91128

Vote!

| GENERAL | 2G Network | GSM 900 / 1800 / 1900 |
| | 3G Network | HSDPA 2100 |
| | Announced | 2008, February |
| | Status | Coming soon |
| SIZE | Dimensions | 102 x 51 x 14.5 mm |
| | Weight | |
| DISPLAY | Type | TFT touchscreen, 256K colors |
| | Size | 240 x 480 pixels, 3 inches |
| | | Shortcut Dial |
| RINGTONES | Type | Polyphonic, MP3 |
| | Customization | Download |
| | Vibration | Yes |
| MEMORY | Phonebook | Yes, Photocall |
| | Call records | 40 dialed, 40 received, 40 missed calls |
| | Card slot | microSD (TransFlash) |
| DATA | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No |
| | EDGE | No |
| | 3G | HSDPA, 7.2 Mbps |
| | WLAN | No |
| | Bluetooth | Yes, v1.2 |
| | Infrared port | No |
| | USB | Yes |
| FEATURES | Messaging | SMS, EMS, MMS, Email |
| | Browser | WAP 2.0/xHTML, HTML |
| | Games | Yes |
| | Colors | Black |
| | Camera | 3.15 MP, 2048x1536 pixels, autofocus, image stabilizer video; secondary videocall camera |
| | | - Java MIDP 2.0 |
| | | - MP3/WMA/AAC/AAC+/MPEG4 player |
| | | - FM radio |
| | | - T9 |
| | | - Organiser |
| | | - Voice memo |
| | | - Built-in handsfree |
| BATTERY | | Standard battery, Li-Ion |
| | Stand-by | |
| | Talk time | |

Disclaimer. We can not guarantee that the information on this page is 100% correct. Read more

LG KF700 - USER OPINIONS AND REVIEWS

the phone looks pretty slick, but it as it`s disadvantages at some points i guess. i have loved and owned my nokia 8800 for some while now not because what the phone can do , but what the phone feels and looks

LG KF700 pictures, official photos



APLPROS0000010564



- Nokia
- Samsung
- Motorola
- Sony Ericsson
- LG
- Apple
- HTC
- i-mate
- O2
- Eten
- HP
- Asus
- Gigabyte
- Qtek
- Palm
- BlackBerry

APLPROS0000010565

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 3463 |
| ANDRE *et al.* | Art Unit: 2916 |
| Appl. No.: 29/282,833 | Examiner: Eland, Bridget L. |
| Filed: July 30, 2007 | Atty. Docket: 2607.0600001(P4984USC3)/TGD/AKS |
| For: **Electronic Device** | |

## Reply to Election Requirement and Amendment Under 37 C.F. R. § 1.115

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

In reply to the Office Action dated July 21, 2008, Applicants submit the following Election, Amendment and Remarks.  The Amendment is provided in the following format:

(A) Each section begins on a separate sheet;

(B) Starting on a separate sheet, amendments to the specification by presenting replacement paragraphs marked up to show changes made;

(C) Starting on a separate sheet, the Remarks.

It is believed that extensions of time are not required, beyond those that may otherwise be provided for in accompanying documents.  However, in the event that additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required therefor are hereby authorized to be charged to our Deposit Account No. 19-0036.

APLPROS0000010566

- 2 –

ANDRE *et al.*
Appl. No. 29/282,833

## *Election*

In reply to the Office Action dated July 21, 2008, requesting an election of one invention to prosecute in the above-referenced patent application, Applicants hereby provisionally elect to prosecute the invention of Embodiment 12.  This election is made with traverse, but without prejudice to or disclaimer of the other embodiments disclosed.

Applicants specifically traverse the groupings and submit that each embodiment is  patentably distinct from the other embodiments because of the changes in appearance created by reducing certain design features to broken lines, as pointed out by the Examiner at page 3 of the Office Action dated July 21, 2008.

Atty. Dkt. No. 2607.0600001(P4984USC3)/TGD

APLPROS0000010567

ANDRE *et al.*
Appl. No. 29/282,833

## *Amendments to the Specification*

Please amend paragraphs **[0009]** and  **[0010],** as follows:

**[0009]**        Figure 7 is a left side view thereof; <u>and</u>

**[0010]**        Figure 8 is a right side view thereof[[;]]<u>.</u>

Please delete paragraphs **[0011]** through **[0098]**.

Please renumber paragraphs **[0099]** and **[0100]** as follows:

[0099] <u>[0011]</u>The features shown in broken lines in the various Figures are for illustrating environmental structure and form no part of the claimed design.

[0100] <u>[0012]</u> ~~More generally, the invention pertains to an ornamental design for an article of manufacture.~~   The article <u>is not limited to the scale shown herein.</u> ~~of manufacture can vary widely.   The design can also be scaled to different sizes depending on the article of manufacture.   In one embodiment, as indicated above,~~ <u>As indicated in the title,</u> the article of manufacture <u>to which the ornamental design has been applied</u>  is an electronic device.   Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), <u>a novelty item, toy</u> and/or the like.   ~~In another embodiment, the article of manufacture is a novelty item or toy.   The inventors anticipate that the invention can be any part, portion, element, or combination of elements of the depicted design.~~

Atty. Dkt. No. 2607.0600001(P4984USC3)/TGD

APLPROS0000010568

PTO/SB/22 (01-08)
Approved for use through 05/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARMENT OF COMMERCE
Under the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) FY 2008 (Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).) | Docket Number (Optional) 2607.0600001(P4984USC3)/TGD/AKS |
|---|---|
| Application Number   29/282,833 | Filed  July 30, 2007 |

| For   Electronic Device |
|---|

| Art Unit   2916 | Examiner  Eland, Bridget L. |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee |  |
|---|---|---|---|---|
| [X] | One month (37 CFR 1.17(a)(1)) | $120 | $60 | $ __120.00__ |
| [ ] | Two months (37 CFR 1.17(a)(2)) | $460 | $230 | $_____ |
| [ ] | Three months (37 CFR 1.17(a)(3)) | $1050 | $525 | $_____ |
| [ ] | Four months (37 CFR 1.17(a)(4)) | $1640 | $820 | $_____ |
| [ ] | Five months (37 CFR 1.17(a)(5)) | $2230 | $1115 | $_____ |

[ ]  Applicant claims small entity status. See 37 CFR 1.27.

[ ]  A check in the amount of the fee is enclosed.

[X]  Payment by credit card. Form PTO-2038 is attached.

[ ]  The Director has already been authorized to charge fees in this application to a Deposit Account.

[X]  The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number _____19-0036_____. I have enclosed a duplicate copy of this sheet.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

[ ]  applicant/inventor.

[ ]  assignee of record of the entire interest. See 37 CFR 3.71.
    Statement under 37 CFR 3.73(b) is enclosed (Form PTO/SB/96).

[X]  attorney or agent of record. Registration Number _____32,831_____

[ ]  attorney or agent under 37 CFR 1.34.
    Registration number if acting under 37 CFR 1.34 _____

| _(signature)_ Signature | September 19, 2008 Date |
|---|---|
| Tracy-Gene G. Durkin Typed or printed name | (202) 371-2600 Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

[X]  Total of _____1_____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._

877,763

APLPROS0000010569

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3975054 |
| **Application Number:** | 29282833 |
| **International Application Number:** | |
| **Confirmation Number:** | 3463 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |
| **Receipt Date:** | 19-SEP-2008 |
| **Filing Date:** | 30-JUL-2007 |
| **Time Stamp:** | 17:13:58 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 120 |
| RAM confirmation Number | 2577 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLPROS0000010570

| 1 | Miscellaneous Incoming Letter | 26070600001cvrltr.pdf | 52741<br><br>36377f89cfa44e3538dc56939ce4e159d0847a9c | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Extension of Time | 26070600001peteot.pdf | 54417<br><br>cb26b1dc5857624c9b2d5aebc7243e040ccf3d0a | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | | 26070600001reply.pdf | 118197<br><br>6be9038231d647f907d4ba3f7a882a7aa0ba19dc | yes | 5 |
|---|---|---|---|---|---|

| | **Multipart  Description/PDF files in .zip description** | | | |
|---|---|---|---|---|
| | **Document Description** | **Start** | **End** | |
| | Response to Election / Restriction Filed | 1 | 2 | |
| | Specification | 3 | 4 | |
| | Applicant Arguments/Remarks Made in an Amendment | 5 | 5 | |

**Warnings:**

**Information:**

| 4 | Drawings-only black and white line drawings | 26070600001drw.pdf | 56510<br><br>412461280c6a3b6e3a16cbb85b45a2a82d8356dc | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Fee Worksheet (PTO-06) | fee-info.pdf | 30388<br><br>84ca5e8e85a9cce36ed8364ef49909245d5ae384 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 312253 |
|---|---|---|---|

APLPROS0000010571

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010572

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 29282833 |
| **Filing Date:** | 30-Jul-2007 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Attorney Docket Number:** | 2607.0600001(P4984USC3)/T |

Filed as Large Entity

## Design     Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 120 | 120 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **120** |

APLPROS0000010574

Inventors: Andre *et al.*
Appl. No. 29/282,833
Sheet 1 of 2
REPLACEMENT SHEET



**FIG. 1**



**FIG. 2**

APLPROS0000010575

Inventors: André *et al.*
Appl. No. 29/282,833
Sheet 2 of 2
REPLACEMENT SHEET



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

APLPROS0000010576

- 4 —

ANDRE *et al.*
Appl. No. 29/282,833

## *Amendments to the Drawings*

Please cancel Figures 1 through 88.  Figures 89 through 96 are renumbered as Figures 1 through 8 in the attached Submission of Drawings.

These changes are believed to introduce no new matter, and their entry is respectfully requested.

Atty. Dkt. No. 2607.0600001(P4984USC3)/TGD

APLPROS0000010577

- 5 —

ANDRE *et al.*
Appl. No. 29/282,833

## *Remarks*

Reconsideration of this Application is respectfully requested.

Figures 1 through 88 have been cancelled. Figures 89 through 96 have been renumbered as Figures 1 through 8. The specification has also been amended to reflect these drawing changes. These changes are believed to introduce no new matter, and their entry is respectfully requested.

## *Conclusion*

Applicants believe that a full and complete reply has been made to the outstanding Office Action and, as such, the present application is in condition for allowance. If the Examiner believes, for any reason, that personal communication will expedite prosecution of this application, the Examiner is invited to telephone the undersigned at the number provided.

Prompt and favorable consideration of this Amendment and Response is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:   September 19, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
859416_1.DOC

Atty. Dkt. No. 2607.0600001(P4984USC3)/TGD

APLPROS0000010578

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

    ANDRE *et al.*

Appl. No.: 29/282,833

Filed: July 30, 2007

For: **Electronic Device**

Confirmation No.: 3463

Art Unit: 2916

Examiner: Eland, Bridget L.

Atty. Docket: 2607.0600001(P4984USC3)

## Submission of Drawings

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

    Submitted herewith are two (2) sheets of Replacement drawings with Figures 1 through 8, corresponding to the original Figures 89 through 96 in the above-captioned application. Identification of the drawings is provided in accordance with 37 C.F.R. § 1.84(c). Acknowledgment of the receipt, approval, and entry of these drawings into this application is respectfully requested.

           Respectfully submitted,

           STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

           Tracy-Gene G. Durkin
           Attorney for Applicants
           Registration No. 32,831

Date:   September 19, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

868583_1.DOC

APLPROS0000010579



**Sterne Kessler**
**Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr
Michael V. Messinger
Judith U. Kim
Jeffrey T. Helvey
Eldora L. Ellison
Donald R. Banowit

Peter A. Jackman
Brian J. Del Buono
Mark Fox Evens
Vincent L. Capuano
Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Glenn J. Perry
Theodore A. Wood
Edward W. Yee
Grant E. Reed
Jason D. Eisenberg
Tracy L. Muller
Jon E. Wright
LuAnne M. DeSantis
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Gaby L. Longsworth

Lori A. Gordon
Laura A. Vogel
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
W. Blake Coblentz
James J. Pohl
John T. Haran
Mark W. Rygiel
Michael R. Malek*
Carla Ji-Eun Kim
Doyle A. Siever*
Ulrike Winkler Jenks
Paul A. Calvo
C. Matthew Rozier*
Randall K. Baldwin

Daniel J. Nevrivy
Lori M. Brandes
Jeffrey K. Mills*
Mita Mukherjee*
Scott M. Woodhouse*
Christian A. Camarce*
Richard D. Coller III*
Keisha Hylton-Rodic
Bonnie Nannenga-Combs
Alyssa A. Sandrowitz*
Jonathan M. Strang*
Ishan P. Weerakoon*

Registered Patent Agents•
Karen R. Markowicz
Matthew J. Dowd
Peter A. Socarras
Danielle L. Letting
Steven C. Oppenheimer

Aaron S. Lukas
Gaurav Asthana
Stephanie L. Elmer
Robert E. Bakin
Salvador M. Bezos
Yasser Mourtada

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Marvin C. Guthrie
Christopher P. Wrist
David C. Isaacson

*Admitted only in Maryland
•Admitted only in Virginia
•Practice Limited to
  Federal Agencies

September 19, 2008

WRITER'S DIRECT NUMBER:
(202) 772-8660
INTERNET ADDRESS:
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Art Unit 2916*

*Attn:  Mail Stop Amendment*

Re:    U.S. Design Patent Application
       Application No. 29/282,833; Filed:  July 30, 2007
       For:    **Electronic Device**
       Inventors:  Andre *et al.*
       Our Ref:  2607.0600001(P4984USC3)/TGD/AKS

Sir:

Transmitted herewith for appropriate action are the following documents:

1.  Online Credit Card Payment Authorization in the amount of $120.00 to cover the one month extension of time for a large entity;

2.  Petition for Extension of Time Under 37 C.F.R. § 1.136(a);

3.  Reply to Election Requirement and Amendment Under 37 C.F.R. § 1.115; and

4.  Submission of Drawings with two sheets of replacement drawings (Figs. 1-8) attached.

The above-listed documents are filed electronically through EFS-Web.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

Fee payment is provided through online credit card payment.  The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/AKS:dbj
Enclosures

877765_1.DOC

Sterne, Kessler, Goldstein & Fox P.L.L.C.  :  1100 New York Avenue, NW  :  Washington, DC 20005  :  202.371.2600  f 202.371.2540  :  www.skgf.com

APLPROS0000010580



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 29/282,833 | 07/30/2007 | Bartley K. ANDRE | 2607.0600001(P4984USC3)/T | 3463 |

63975        7590        11/28/2008
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
| --- |
| ELAND, BRIDGET L |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2916 | |

| MAIL DATE | DELIVERY MODE |
| --- | --- |
| 11/28/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLPROS0000010581

| **Office Action Summary** | Application No.<br>29/282,833 | Applicant(s)<br>ANDRE ET AL. | |
|---|---|---|---|
| | Examiner<br>BRIDGET L. ELAND | Art Unit<br>2916 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>9/19/2008</u>.

2a)☐ This action is **FINAL**.          2b)☐ This action is non-final.

3)☒ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☐ Claim(s) _____ is/are rejected.

7)☒ Claim(s) <u>1</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>19 September 2008</u> is/are:  a)☐ accepted or b)☒ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

APLPROS0000010582

# DETAILED OFFICE ACTION

This application is in condition for allowance except for the following formal matters:

The response and election filed on 9/19/2008 has been entered and the comments therein have been considered.

## RESTRICTION ELECTION

Embodiments 1-11 are withdrawn from further consideration by the examiner, 37 CFR 1.142(b), as being for nonelected designs.  Election was made with traverse in the reply filed on 9/19/2008 for Embodiment 12.

## EXAMINER'S COMMENTS TO ELECTION WITH TRAVERSE

Applicant's election with traverse of Embodiment 12 only in the reply filed on 09/19/2008 is acknowledged.  The traversal is on the ground that the groups should be further broken down to one embodiment per group because "the changes in appearance created by reducing certain features to broken lines" creates patentably distinct designs.

The traversal of the restriction requirement (normally used to argue that restriction is not necessary) was used herein to argue that the groups were not broken down enough. Applicant's position is that each individual embodiment should represent a separate Group.

The examiner, in framing a restriction requirement, must identify Embodiments and Groups. Embodiments define each individual design wherein any difference, no matter how small, is present. Groups are made up of patentably indistinct Embodiments. In reviewing the 12 Embodiments originally included herein, the examiner identified six Groups (i.e. six groupings of patentably indistinct designs). It remains the examiner's position that the differences in appearance between the Embodiments included within each of the six Groups are insufficient to define patentably distinct designs. Certainly if applicant had a patent on, for instance, the design of Embodiment 8 and someone else filed an application for the design of Embodiment 12; applicants would not consider the design of Embodiment 12 patentable over their Embodiment 8 Patent simply for adding, in full lines, the tiny capsule or oval-shaped feature. Since Embodiment 12 would not be considered patentable over Embodiment 8 in this scenario, it can not be said to be patentably distinct. This same analysis was applied to all of the embodiments when the groupings were made. Moreover, these features, for which patentable weight was not given, are found in the art and a designer skilled in the art would be charged with the knowledge thereof.

Therefore, applicants' argument that the restriction groupings are too encompassing, and should be further limited, is not found persuasive. For the purposes of defining the restriction, and setting forth what the examiner considers to be the patentably distinct

APLPROS0000010583

designs herein, the Groups set forth in the original Restriction Requirement of
07/21/2008 are being maintained.

The requirement is still deemed proper and is therefore made FINAL.

Applicants have limited the instant application to only Embodiment 12. While this is
acceptable, it is noted that because the Restriction Requirement is made final, any later
applications filed on embodiments 8-11 will each be considered to be a Continuation
rather than a Divisional and therefore rejections for Obviousness Double Patenting will
be applicable. If applicants do not wish to proceed in this way, either a complete Group
must be elected or applicants must take other timely appropriate action (37 CFR 1.144).

## OBJECTION TO DRAWING
As a result of the provisional election, FIGS 1-88 have been cancelled from the drawing
and FIGS. 89-96 have been respectively renumbered FIGS. 1-8. FIGS 1-8 as filed on
9/19/2008 now represent the subject matter claimed herein. (If applicants opt to elect an
entire Group from the examiner's restriction, then all of the figures elected must be
consecutively renumbered starting with Fig. 1.)

Correction of the drawing is required for poor line quality.

The present drawing set is objected to because the line quality is rough and jagged. The
lines are also blending together. Details of the design are lost when double lines blend
together into one thick black line and when lines are not high quality, clear, and crisp.
The quality of the drawings must be such that all details in the drawings are
reproducible in the printed patent. See MPEP § 1.84 (l).

A new, formal, and mutually consistent drawing wherein the lines are sharp and well
defined, is now required.

When preparing new drawings in compliance with the requirement therefor, care must
be exercised to avoid introduction of anything which could be construed to be new
matter prohibited by 35 U.S.C. 132 and 37 CFR 1.121.

Any amended replacement drawing sheet should include all of the figures appearing on
the immediate prior version of the sheet, even if only one figure is being amended. The
figure or figure number of an amended drawing should not be labeled as "amended." If
a drawing figure is to be canceled, the appropriate figure must be removed from the
replacement sheet, and where necessary, the remaining figures must be renumbered
and appropriate changes made to the brief description of the several views of the
drawings for consistency. Additional replacement sheets may be necessary to show the
renumbering of the remaining figures. If all the figures on a drawing sheet are canceled,
a replacement sheet is not required. A marked-up copy of the drawing sheet (labeled
as "Annotated Sheet") including an annotation showing that all the figures on that
drawing sheet have been canceled must be presented in the amendment or remarks
section that explains the change to the drawings. Each drawing sheet submitted after
the filing date of an application must be labeled in the top margin as either

Application/Control Number: 29/282,833                                    Page 4
Art Unit: 2916

"Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If the changes are
not accepted by the examiner, the applicant will be notified and informed of any required
corrective action in the next Office action.


## AMENDMENT TO SPECIFICATION
The amendment to the specification filed on 9/19/2008 has been received and entered.

### AMENDMENT TO FIGURE DESCRIPTION
As a result of the election, the amendment properly acts to cancel the figure
descriptions for FIGS 9-96.

### AMENDMENT TO BROKEN LINE STATEMENT
As a result of the election, the amendment also properly acts to renumber the broken
line statement appearing after the figure descriptions. However, additional changes are
required in the Objection to Specification section below.

### AMENDMENT TO SPECIAL DESCRIPTION
The amendment also acts to change the special description appearing after the broken
line statement. However, after further review additional changes are deemed necessary
and are required in the Objection to Specification section below.


## OBJECTION TO SPECIFICATION

### OBJECTION TO DOMESTIC INCORPORATION BY REFERENCE
The following must be added to the specification, at the end of the first paragraph, after
"thereto.":

--All of the material from the 29/270,880 application which is essential to the claimed
design is included herein. Any material in the 29/270,880 application which is not
present herein forms no part of the claimed design.--

### OBJECTION TO BROKEN LINE STATEMENT
In order to more clearly describe what is shown by the broken lines and as set forth by
the MPEP § 1503.02 subsection III, the original broken line description must be
cancelled and the following must be substituted therefor:

--The broken lines showing the remainder of the electronic device  are directed to
environment while the broken line circle in FIGS 1 and 3 is superimposed on a
continuous surface; the broken lines are for illustrative purposes only and  form no part
of the claimed design.--

APLPROS0000010585

Application/Control Number: 29/282,833                                    Page 5
Art Unit: 2916

OBJECTION TO SPECIAL DESCRIPTION
In a telephone conversation with the office of Tracy-Gene G. Durkin on 11/14/2008 it
was agreed that the special description must be cancelled and the following substituted
therefor:

--The article is not limited to the scale shown herein. As indicated in the title, the article
of manufacture to which the ornamental design has been applied is an electronic
device. Examples of an electronic device are a computer, a portable or hand-held
electronic device, media player (e.g., music, video and/or game player), media storage
device, a personal digital assistant, and/or a communication device (e.g., cellular
phone).--

CONCLUSION & CONTACT INFORMATION
The claimed design is patentable over the references cited. Prosecution on the merits is
closed in accordance with the practice under *Ex parte Quayle,* 1935 C.D. 11, 453 O.G.
213. If applicant's response to the requirements set forth above is incomplete or
includes new matter, the examiner may hold the response non compliant.

A shortened statutory period for reply to this action is set to expire TWO MONTHS from
the mailing date of this letter.

Any inquiry concerning this communication or earlier communications from the
examiner should be directed to BRIDGET L. ELAND whose telephone number is
(571)272-4675.  The examiner can normally be reached Monday - Friday from 7:30 AM
to 4:30 PM EDT.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Ian Simmons, can be reached on (571) 272-2658.  The fax phone number
for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent
Application Information Retrieval (PAIR) system.  Status information for published
applications may be obtained from either Private PAIR or Public PAIR.  Status
information for unpublished applications is available through Private PAIR only.  For
more information about the PAIR system, see http://pair-direct.uspto.gov. Should you
have questions on access to the Private PAIR system, contact the Electronic Business
Center (EBC) at 866-217-9197 (toll-free).

/B. L. E./
Examiner, Art Unit 2916

/Jeffrey D. Asch/
Primary Examiner, Art Unit 2916

APLPROS0000010586

| *Notice of References Cited* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/282,833 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | BRIDGET L. ELAND | 2916 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2004/0132499 | 07-2004 | Abe, Yasuhiro | 455/566 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | MOBIZ Apple iPhone Review, posted 04/30/2007, [online], [retrieved on 11-05-08]. Retrieved from Internet ,<URL: http://mobchina.blogspot.com/2007_04_01_archive.html> |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20081117

APLPROS0000010587

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29282833 | ANDRE ET AL. |
| | **Examiner** | **Art Unit** |
| | BRIDGET L ELAND | 2916 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 138R, 138AA, 138AB, 138AC, 138AD, 138C, 138G, 248 | 10/31/2008 | BLE |
| 455 | 556.1, 566, 575.1, 575.3 | 10/30/2008 | BLE |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| East database used: US-PGPUB, USPAT: Updated Search | 10/30/2008 | BLE |
| Consulted D14 Primary Examiner Jeffrey Asch | 11/17/2008 | BLE |
| Internet Search: Google search - images and iPhone G2 | 11/5/2008 | BLE |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 248 | 10/31/2008 | BLE |

| | |
|---|---|
| | |

APLPROS0000010588

# MOBIZ

Trends and Opportunities in Mobile and Internet Space in China and Rest of the World

MONDAY, APRIL 30, 2007

## Chinese Fake Super Brands

You have to give it to the chinese, they are the most rampant when comes to fake brands. Some would use the original brands and copy them exactly and others would copy the design and have their brands "renamed" but somehow you will get the idea of the new "renamed" brand.

Foreign companies have frequently complained of trademark violation and only recently USA has filed another official complaints to the WTO. China recently has also cracked down on fake brands by closing down business retailers in order to build a better positive image to outsiders. Check out some of the fake "renamed" brands below.




Read it on my **Mobile Phone**


www.flickr.com

What is this?

About Me

View my complete profil

View my profile on **Linked in**

APLPROS0000010589

benefits of rolling out their 3G service. Deployment of 3.5G technologies such as HSDPA and EV-DO Rev A (and B) are also gaining momentum. Networks are getting deployed and market is being seeded with some of the early handsets.

- In terms of applications, messaging accounts for lion-share of data revenues. However, other services such as Mobile Music, Mobile TV and video streaming, Mobile Games, IMS, LBS, Mobile advertising, and others have captured industry's imagination. Though not much talked about, enterprise applications are also being adopted widely esp. in North America as more workers become mobile and corporations seek efficiencies in their operations and supply-chain.
- China Mobile overtook Vodafone as the most valued telecom operator in the world which in turn was surpassed by AT&T though China Mobile is likely to get its title back within a few quarters.

Bookmark 

Posted by Alvin Foo at 11:58 AM    1 comments

## Review - Apple iPhone



APLPROS0000010590



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/282,833 | 07/30/2007 | Bartley K. ANDRE | 2607.0600001(P4984USC3)/T | 3463 |

63975          7590          01/27/2009
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| ELAND, BRIDGET L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2916 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 01/27/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLPROS0000010591

| **Interview Summary** | **Application No.** | **Applicant(s)** | |
|---|---|---|---|
| | 29/282,833 | ANDRE ET AL. | |
| | **Examiner** | **Art Unit** | |
| | BRIDGET L. ELAND | 2916 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _BRIDGET L. ELAND_.                    (3)_____.

(2) _Tracy-Gene G. Durkin_.                 (4)_____.

Date of Interview: _14 January 2009_.

Type:  a)☒ Telephonic    b)☐ Video Conference
       c)☐ Personal [copy given to:  1)☐ applicant    2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☒ No.
       If Yes, brief description: _____.

Claim(s) discussed: _single design claim_.

Identification of prior art discussed: _N/A_.

Agreement with respect to the claims f)☐ was reached.   g)☐ was not reached.   h)☒ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _The restriction requirement set forth in the office action dated 6/9/2008 was discussed. As a result of the discussion, the restriction requirement has been changed to include two groups; Group I including all the embodiments for the complete handset and Group II including all of the embodiments of the front portion. Counsel for applicant then elected Group II, drawn to the front face of the handset. This interview summary, which sets forth applicant's election of Group II, acts as a response to the outstanding office action. The new restriction requirement, along with any additional requirements, will be formally set forth in the examiner's forthcoming office action._

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

| /Jeffrey D. Asch/ | |
|---|---|
| Primary Examiner, Art Unit 2916 | |

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)                    **Interview Summary**                    Paper No. 20090121

APLPROS0000010592

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2  Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

## Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

APLPROS0000010593

.

APLPROS0000010594

**FP3**

- -

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１４年１２月３日（２００２．１２．３）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１１５９８８１号（Ｄ１１５９８８１）
（２４）【登録日】平成１４年１０月１１日（２００２．１０．１１）
（５４）【意匠に係る物品】音声記録再生機
【部分意匠】
【本意匠の意匠登録番号】意匠登録第１１５９６１８号（Ｄ１１５９６１８）
（５２）【意匠分類】Ｈ４－４０
（５１）【国際意匠分類（参考）】１４－０１
（２１）【出願番号】意願平１１－１４９
（２２）【出願日】平成１１年１月１日（１９９９．１．１）
（７２）【創作者】
【氏名】谷屋　聡
【住所又は居所】東京都渋谷区幡ヶ谷２丁目４３番２号　オリンパス光学工業株式会社内
（７３）【意匠権者】
【識別番号】０００００００３７６
【氏名又は名称】オリンパス光学工業株式会社
【住所又は居所】東京都渋谷区幡ヶ谷２丁目４３番２号
（７４）【代理人】
【識別番号】１０００７６２３３
【弁理士】
【氏名又は名称】伊藤　進
【審査官】山本　忠夫
（５６）【参考文献】ミニコンボＸＧ－Ｅ２０（電波新聞１０．４．２２Ｐ３１）．２頁、ＩＣ－Ｍ３
（５５）【意匠の説明】実線で表された部分が、部分意匠として意匠登録を受けようとする部分である。
【図面】
【正面図】

APLPROS0000010595

(2)                                    意匠登録１１５９８８１



【背面図】

【右側面図】

APLPROS0000010596

（3）                                    意匠登録１１５９８８１



【左側面図】



【平面図】

APLPROS0000010597

(4)                意匠登録１１５９８８１

【底面図】

【参考斜視図】

APLPROS0000010598

〈5〉 　　　　　　　意匠登録１１５９８８１



APLPROS0000010599

（19）【発行国】日本国特許庁（ＪＰ）
（45）【発行日】平成１７年９月１２日（２００５．９．１２）
（12）【公報種別】意匠公報（Ｓ）
（11）【登録番号】意匠登録第１２５０４８７号（Ｄ１２５０４８７）
（24）【登録日】平成１７年７月２９日（２００５．７．２９）
（54）【意匠に係る物品】ハードディスクレコーダー
（52）【意匠分類】Ｈ４－４０
（51）【国際意匠分類（参考）】１４－０１
（21）【出願番号】意願２００４－３５８５５（Ｄ２００４－３５８５５）
（22）【出願日】平成１６年１１月２５日（２００４．１１．２５）
（72）【創作者】
【氏名】谷口　敏之
【住所又は居所】東京都港区芝浦一丁目１番１号　　　　　　　　　　株式会社東芝　本社事務所内
（73）【意匠権者】
【識別番号】３９００１０３０８
【氏名又は名称】東芝デジタルメディアエンジニアリング株式会社
【住所又は居所】東京都青梅市新町３丁目３番地の１
（74）【代理人】
【識別番号】１０００８３１５０
【弁理士】
【氏名又は名称】樱木　信義
【審査官】外山　雅暁
（56）【参考文献】意登１１４２１２７　意登１１５８９５０　意登１１７６１７４　意登１２４９１２６
（55）【意匠に係る物品の説明】本物品は、内蔵されたハードディスクに音楽等を記録・再生できる携帯用音声再生機で、操作は表示部のタッチ式スイッチにて行う。
（55）【意匠の説明】左側面図は右側面図と対称につき省略する。各部の名称を示す参考図中、平行斜線を施した部分は透光性を有する。
【図面】
【斜視図】



APLPROS0000010600

(2)                                            意匠登録１２５０４８７

【正面図】



A

A

【右側面図】



【平面図】

APLPROS0000010601

(3)                                                意匠登録１２５０４８７



【背面図】



【底面図】



【内部機構を省略したＡ－Ａ拡大断面図】

APLPROS0000010602

(4)                           意匠登録１２５０４８７



【各部の名称を示す参考図】



電源スイッチ
ヘッドホン端子
表示部
入力端子部蓋

【通電状態の参考図】

APLPROS0000010603

(5)                     意匠登録１２５０４８７



APLPROS0000010604

FPS

등록디자인 30-0394921유사1

## (19)대한민국특허청(KR)
## (12) 등록디자인공보(S)

(52) 분류 H4-430

| | |
|---|---|
| (45) 공고일자 | 2005년12월08일 |
| (11) 등록번호 | 30-0394921유사1 |
| (24) 등록일자 | 2005년12월02일 |

(51) 국제분류     14-01
(21) 출원번호     30-2005-0015569
(22) 출원일자     2005년05월10일

(73) 디자인권자     주식회사 레인콤
                서울특별시 강남구 도곡1동 949-3 캠코양재타워 14층

(72) 창작자     양덕준
                서울 강남구 도곡동 91-5 도곡동 삼성래미안아파트 108-1304

(74) 대리인     특허법인정직과특허

담당심사관 박시득

※디자인보호법(법률 제7289호, 시행일 2005.7.1)에 의거 종전의 규정에 의한 의장은
이 법의 개정규정에 의한 디자인으로 봅니다.

## (54) 엠피쓰리 플레이어

디자인의 대상이 되는 물품

**엠피쓰리 플레이어**

디자인의 설명

1. 재질은 플라스틱 및 금속임.

2. 엠피쓰리형식의 음악파일을 자체 메모리에 저장하여 필요에 따라 재생시키는 음향재생기구로서, 라디오 기능과 녹음
기능 등이 부설된 것임.

3. 참고도1을 참조하여, 물품 전면을 덮는 판상의 부재는 투명 또는 색채등이 가미된 반투명의 재질로 구성되는 것이어서,
그 이면에 배설된 디스플레이부에 나타나는 내용을 확인할 수 있는 것이며, 동시에 그 자체로서 텍 스위치(Tack Switch)
기능을 갖는 것이어서, 선곡 및 플레이와 같은 조작을 할 수 있도록 된 것임.

디자인 창작 내용의 요점

APLPROS0000010605

등록디자인 30-0394921유사1

본원 엠피쓰리 플레이어 의장은, 전술한 바와 같이 조작스위치기능을 갖는 전면창에 대하여 일체의 모양이나 장식을 배제
함으로써 심플한 이미지를 형성하는 한편, 물품의 측면을 따라 기능키들을 적소에 배설하여 사용편의를 배려한 것으로서,
기능미와 조형미를 조화시켜 컴팩트한 외형으로 구현한 물품디자인을 의장 창작내용의 요점으로 함.

【 사시도 】



【 정면도 】

【 배면도 】

APLPROS0000010606

등록디자인 30-0394921유사1

【 좌측면도 】

【 우측면도 】

【 평면도 】

【 저면도 】

【 참고도 1 】
참고 사시도



APLPROS0000010607

# (19)대한민국특허청(KR)
# (12) 등록디자인공보(S)

(52) 분류 H4-430

(45) 공고일자     2006년08월11일
(11) 등록번호     30-0422221
(24) 등록일자     2006년08월07일

(51) 국제분류       14-01
(21) 출원번호       30-2005-0042672
(22) 출원일자       2005년12월16일

(73) 디자인권자       삼성전자주식회사
                     경기도 수원시 영통구 매탄동 416

(72) 창작자          윌리엄
                     미국 캘리포니아주 94107 샌프랜시스코 23가 1011번지 스위트 11
                     클라이브
                     영국 런던 세인트 죤스 레인 27 에스디이 3층
                     김병수
                     경기도 파주시 교하읍 월드메르디앙 2차아파트 218동 1003호

(74) 대리인          유미특허법인

담당심사관 박시득

---

## (54) 엠피쓰리 플레이어

디자인의 대상이 되는 물품

엠피쓰리 플레이어

디자인의 설명

1. 재질은 합성수지 및 금속재임.

디자인 창작 내용의 요점

"엠피쓰리 플레이어"의 형상과 모양의 결합을 디자인창작 내용의 요점으로 함.

- 1 -

APLPROS0000010608

등록디자인 30-0422221

【 사시도 】



【 정면도 】



APLPROS0000010609

등록디자인 30-0422221

【 배면도 】



【 좌측면도 】



- 3 -

APLPROS0000010610

등록디자인 30-0422221

【 우측면도 】



【 평면도 】

【 저면도 】

- 4 -

APLPROS0000010611

Equivalent of Form PTO/SB/08a (11-08)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 29/282,833 |
| | Filing Date | July 30, 2007 |
| | First Named Inventor | Bartley K. ANDRE |
| | Art Unit | 2916 |
| | Examiner Name | Eland, Bridget L. |
| Sheet  1  of  1 | Attorney Docket Number | 2607.0600001(P4984USC3) |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | | | | |
| | US2 | | | | |
| | US3 | | | | |
| | US4 | | | | |
| | US5 | | | | |
| | US6 | | | | |
| | US7 | | | | |
| | US8 | | | | |
| | US9 | | | | |
| | US10 | | | | |
| | US11 | | | | |
| | US12 | | | | |
| | US13 | | | | |
| | US14 | | | | |
| | US15 | | | | |
| | US16 | | | | |
| | US17 | | | | |
| | US18 | | | | |
| | US19 | | | | |
| | US20 | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP3 | JP D1159881 | 12-03-2002 | | | |
| | FP4 | JP D1250487 | 09-12-2005 | | | |
| | FP5 | KR 30-0394921 | 12-08-2005 | | | |
| | FP6 | KR 30-0422221 | 08-11-2006 | | | |
| | FP | | | | | |
| | FP | | | | | |
| | FP | | | | | |
| | FP | | | | | |
| | FP | | | | | |

934718_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLPROS0000010612

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 29/282,833 |
| | | | Filing Date | July 30, 2007 |
| | | | First Named Inventor | Bartley K. ANDRE |
| | | | Art Unit | 2916 |
| | | | Examiner Name | Eland, Bridget L. |
| Sheet | 1 | of | 2 | Attorney Docket Number | 2607.0600001(P4984USC3) |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL15 | Hilon LG DMB MP3 FM35, posted 06/26/2006, [online], [retrieved on 12-26-2008]. Retrieved from Internet, <URL:http://hilon.com.cn.autobak/a88100005549>, 18 pgs. | |
| | NPL16 | eFashion Magazine, 2004, vol. no. 12, pg. 60, China. | |
| | NPL17 | eFashion Magazine, June 1, 2005, vol. no. 119, pg. 45, China. | |
| | NPL18 | eFashion Magazine, April 2006, vol. no. 172, pg. 26, China. | |
| | NPL19 | Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pgs. | |
| | NPL20 | Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pgs. | |
| | NPL21 | Notification and Request for Invalidation of Chinese Patent ZL20073018719.0, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pgs. | |
| | NPL22 | U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed 04-07-2008. | |
| | NPL23 | U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed 04-18-2008. | |
| | NPL24 | U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed 06-05-2008. | |

934721_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 29/282,833 |
| | | | Filing Date | July 30, 2007 |
| | | | First Named Inventor | Bartley K. ANDRE |
| | | | Art Unit | 2916 |
| | | | Examiner Name | Eland, Bridget L. |
| Sheet | 2 | of 2 | Attorney Docket Number | 2607.0600001(P4984USC3) |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
|---|---|---|---|
| | NPL25 | U.S. Appl. No. 29/319,377, Andre *et al.*, Electronic Device, filed 06-06-2008. | |
| | NPL26 | U.S. Appl. No. 29/319,433, Andre *et al.*, Electronic Device, filed 06-09-2008. | |
| | NPL27 | U.S. Appl. No. 29/324,130, Andre *et al.*, Electronic Device, filed 09-05-2008. | |
| | NPL28 | U.S. Appl. No. 29/324,137, Andre *et al.*, Electronic Device, filed 09-06-2008. | |
| | NPL29 | U.S. Appl. No. 29/324,262, Andre *et al.*, Electronic Device, filed 09-09-2008. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

934721_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLPROS0000010614



| 首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道 |

摄像会　歌友会　　论坛　海龙电子地图　网上投诉　海龙媒体中心　海龙采风　　　　搜索

# 黑白猜　LG新颖DMB MP3 FM35精美图赏

时间：　2006-06-29　作者：　来源：　海龙资讯

第1页：纯白演艺

对于LG的新品DMB MP3——FM35，我们以前早有报道：DMB战火俞演俞烈 LG新推FM35、MP3+DMB LG FM35，而今天要给大家展示的是韩国网站pmpinside和minivian为FM35拍摄的精美图片，很凑巧的是这两个网站拍摄的分别是一黑一白两款机器，倒是更加充分的展示FM35的魅力所在。



## 最新文章 New
- 神舟疾速X700独显 承运 W280A降1000
- IBM T60砍价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04仅9688元！
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

## 采购文章 Buy
- 和512M容量MP3说再见！ 1G彩屏MP3导购
- 炎热抵挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价！ 30G容量仅售2580
- MP4变PSP！JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯！彩 屏MP3、MP4导购
- 不用赐炼臂力 家用长焦 防抖相机选购

## 论坛热贴
- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货





http://www.hilon.com.cn/autobak/a88100055479.htm

APLPROS0000010616



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



Kodak 柯达 V570　RETINA双镜头技术　23毫米超广角　5倍光学变焦　¥2599元　加399元即送 柯达3系相片打印机 ¥2599元

**相关文章**

· 我是双芯的！DEC C150 512MB仅399元（2006-06-29）
· 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
· 明基暑促忙！买DA102送精美挂链一条（2006-06-29）
· 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
· 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
· 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
· 神舟疾速X700独显 承运W280A降1000（2006-06-29）
· S3000高配版也便宜 NEC白色本11988（2006-06-29）
· IBM T60售价35000元 送429元电子书（2006-06-29）
· 宏基高端系列Aspire 5672跌破12000（2006-06-29）



用户名：　□匿名 　申请新用户
密码：
内容：

发表　　清除
查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号



APLPROS0000010617



HILON 海龙资讯

首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道
爱摄会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 [____] 搜索

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29 作者： 来源：海龙资讯

第2页：嫩绿心情



**最新文章 New**
- 神舟疾速X700独显 承运 W280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04售9688元！
- 炎夏送清凉 现光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**本周关注TOP10**
- 和512M容量MP3说再见！ 1G彩屏MP3导购
- 炎热热不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价！ 30G容量仅售2580
- MP4变PSP！JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯！ 彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**
- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



APLPROS0000010618

【黑白猜 LG新颖DMB MP3 FM35精美图赏】—海龙资讯





APLPROS0000010619

【黑白猜 LG新颖DMB MP3 FM35精美图赏】—海龙资讯



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页

Kodak 柯达 V570 　RETINA双镜头技术　加 399元 即送
23毫米超广角　柯达3系相片打印机
5倍光学变焦 ¥2599元

### 相关文章

- 我是双芯的! DEC C150 512MB仅399元( 2006-06-29)
- 天籁之音 OPPO X17K 256M仅售499元( 2006-06-29)
- 明基�star促忙! 买DA102送精美挂链一条( 2006-06-29)
- 学生机杀手 三星C1 256M容量小降60元( 2006-06-29)
- 炎夏送清凉 理光巧克力冰淇淋版上市( 2006-06-29)
- 宏基高端商务机 TM8204 惊爆降价中( 2006-06-29)
- 神舟疾速X700独显 承运W280A降1000( 2006-06-29)
- S3000高配版也便宜 NEC白色本I1988( 2006-06-29)
- IBM T60售价35000元 送429元电子鱼( 2006-06-29)
- 宏基高端系列Aspire 5672跌破12000( 2006-06-29)

### 顾您评论

用户名：
☑ 匿名  申请新用户
密　码：
内　容：

[ 发 表 ]　[ 清 除 ]
查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

APLPROS0000010620

Case E:11-cv-01846-LHK   Document 944-2   Filed 05/18/12   Page 65 of 72   Page 1 of 3



HILON 海龙资讯

百页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | 显示/MP4 | 笔记本 | 硬件频道
爱摄会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 [　　] 搜索

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29　作者：　来源：海龙资讯

第3页：黑色基调



**最新文章** New

- 神舟疾速X700独显 承运 W280A降1000
- IBM T60狂价35000元 送 429元电子鱼
- 大降500元 三星R50- CV04仅9888元！
- 炎夏送清凉 激光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**本月文章** 1000

- 和512M容量MP3说再见！ LG彩屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价！ 30G容量仅省2580
- MP4变PSP！JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯！彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**

- 教你如何刻录极品CD音 乐源
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



APLPROS0000010621

【黑白猜 LG新颖DMB MP3 FM35精美图赏】-海龙资讯







http://www.hilon.com.cn/autobak/a88100055479_3.htm

2008-12-26

APLPROS0000010622

【黑白猜 LG新颖DMB MP3 FM35精美图赏】 海龙资讯

责任编辑：高靖宇
第一页 1 2 3 4 5 6 7 8 9 最后页



**相关查询：**

- 我是双芯的！ DEC C150 512MB仅399元（2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
- 明基暑促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本11988（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（2006-06-29）



用户名： ☑匿名 & 申请新用户

密　码：

内　容：

[ 发 表 ]　[ 清 除 ]

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：★京ICP证050702号

APLPROS0000010623



# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间: 2006-06-29  作者:  来源:海龙资讯

第4页: 多彩屏幕





### 最新文章 New
- 神舟疾速X700独显 承运 W280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50- CV04售9688元!
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

### 本月关注
- 和512M容量MP3说再见! 1G彩屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价! 30G容量仅售2580
- MP4变PSP! JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯! 彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

### -- 论坛热贴 --
- 教你如何到淡极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



APLPROS0000010624

【黑白猜 LG新颖DMB MP3 FM55精美图赏】－海龙资讯





责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



APLPROS0000010625

- 明基忙促忙忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏碁高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本11988（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏碁高端系列Aspire 5672跌破12000（2006-06-29）

内　容：

发　表　　清　除

查看最新评论



网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

APLPROS0000010626



# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间: 2006-06-29  作者:  来源: 海龙资讯

第5页: 八方展示 一





最新文章 New
- 神舟疾速X700独显 承运 W280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50- CV04售9688元！
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

利用文章 Cool
- 和512M容量MP3说再见！ 1G彩屏MP3导购
- 炎热挡不住 复日狂降笔 记本分享篇
- iPod video疯狂降价！ 30G容量仅售2580
- MP4变PSP！JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯！彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

-- 论坛热贴 --
- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 930 Opteron明年继续出 货


海龙图BS
海龙论坛欢迎您!

APLPROS0000010627





APLPROS0000010628