Wi-fi," "M8 Wifi Unlocked GSM Cell Phone with 3.3-inch QVGA Dual Camera," "i9+++ Unlocked GSM Cell Phone with Camera MP3 Bluetooth 3.2-inch," "M9 wifi GPS Unlocked Cell Phone with 3.5-inch QVGA Screen, "Compass 3GS Unlocked GSM Cell Phone with Camera MP3 Bluetooth 3," "K599 Unlocked GSM Cell Phone with Camera MP3 Bluetooth Wi-Fi Ana," "W003 Unlocked GSM Cell Phone with Camera MP3 Bluetooth Wi-Fi HD," and "W001 Unlocked GSM Cell Phone with Camera MP3 Bluetooth Wi-Fi HD, "3G Dock for iPhone 3Gs 3G iPod Classic Nano Touch," "Data Dock for iPhone 3Gs 3G iPod Classic Nano Touch," "Bluetooth Slim Stereo Headset Handsfree Mini Headphone," "iPhone 3Gs FM Transmitter Hands-free Car Kit," "Blue LED Remote Control FM Transmitter," "Apple iPod Nano 3rd gen Blue LED Remote Control FM Transmitter," "Apple iPhone 3G 8GB Blue LED Remote Control FM Transmitter," "Apple iPod Classic 160GB Blue LED Remote Control FM Transmitter," "Bluetooth FM Transmitter Hands-free Car Kit For iPhone 3Gs," "iPod iPhone FM Transmitter with Remote Control (black)," "FM Transmitter with Aluminum Cover," "Universal Data Cable for iPod iPhone 3G HTC PSP GBA SP NDSL NDSi," "AV Cable for iPhone iPod Classic Nano Touch," "AV Cable with USB for iPhone iPod Classic Nano Touch," "AV Cable with USB for iPhone iPod Classic Nano Touch metal head," "iPod Touch 3rd Gen 32GB FM Transmitter(Black)," "3G Dock for iPhone 3Gs 3G iPod Classic Nano Touch," "Data Dock for iPhone 3Gs 3G iPod Classic Nano Touch," "USB Charger and Data Cable for iPhone 3GS iPhone3G iPod Classic Nano Touch," "FM Transmitter Hands-free Car Kit For iPhone 3Gs," "iPhone 3g 8GB FM Transmitter(Black)," "iPhone 3Gs Bluetooth FM Transmitter Hands-free Car Kit," "Aluminum cover FM Transmitter(Black)," "FM transmitter with Remote Control for iPod iPhone," "Blue LED FM Transmitter with Remote Control," "Portable Power station Battery for iPhone 3G/3GS 2000mAh," "iPhone 3g/3GS Portable Power station Battery," "Portable Power station Battery for iPhone