# EXHIBIT 22

(12) **United States Design Patent**  (10) Patent No.:  **US D500,037 S**
Ozolins et al.  (45) Date of Patent:  ✶✶ ✶**Dec. 21, 2004**

(54) **BEZEL-LESS FLAT PANEL DISPLAY**

(75) Inventors: **Helmars E. Ozolins**, Orient, NY (US); **Masamichi Udagawa**, New York, NY (US); **Alfonso Castagna**, Etobicoke (CA); **Christopher J. H. Stewart**, Toronto (CA); **Alexander Chong**, Thornhill (CA); **Sigrid G. Moeslinger**, New York, NY (US)

(73) Assignee: **Bloomberg LP**, New York, NY (US)

( ✶ ) Notice: This patent is subject to a terminal disclaimer.

(✶✶) Term: **14 Years**

(21) Appl. No.: **29/166,842**

(22) Filed: **Sep. 3, 2002**

(51) LOC (7) Cl. .................................................... **14-02**
(52) U.S. Cl. .................................................... **D14/375**
(58) Field of Search ............................... D14/371–376, D14/125–129; 248/917–924; 349/12, 1, 2, 11, 62; 345/104, 156, 168, 173, 901–905, 87, 1.1, 1.3; 348/180, 184, 325, 739, 383; 361/681; 340/815.52

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D278,820 S | 5/1985 | Woodhall |
| D305,646 S | 1/1990 | Kato et al. |
| D305,647 S | 1/1990 | Kato et al. |
| 5,076,524 A | 12/1991 | Reh et al. |
| 5,122,941 A | 6/1992 | Gross et al. |
| 5,224,861 A | 7/1993 | Glass et al. |
| D340,235 S | 10/1993 | Robak et al. |
| D363,476 S  ✶ | 10/1995 | Oyama et al. ............. D14/374 |
| 5,673,170 A | 9/1997 | Register |
| 5,687,939 A | 11/1997 | Moscovitch |
| D395,041 S | 6/1998 | Leveridge et al. |
| D395,298 S | 6/1998 | Rosen |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| JP | 3-291722 | 12/1991 |
| JP | 10-55165 | 2/1998 |
| JP | 11-271730 | 10/1999 |

OTHER PUBLICATIONS

SMARTGLAS Mounting Options, http://www.pixelvision.com/sgmount.htm, dated Sep. 8, 1998, pp. 1–4.
SMARTGLAS System Components, http://www.pixelvision.com/sgcomp.htm, dated Sep. 8, 1998, pp. 1–3.
Bloomberg LP, "The BLOOMBERG® Flat Panel," brochure, Copyright 2000, 4 pages.
NexTag, "Peerless Industries Peerless Jumbo 2000 Wall Mount—JMW2650/FOR 25–27 Inch Monitors/Adjustable Tilt Up to 30 Degrees/Black Fused Epoxy Finish—Compare Prices," Copyright 1999–2000, 5 pages.

*Primary Examiner*—Freda S. Nunn
(74) *Attorney, Agent, or Firm*—Brown Raysman Millstein Felder & Steiner

(57) **CLAIM**

We claim the ornamental design for a bezel-less flat panel display, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of our design for a bezel-less flat panel display.
FIG. **2** is a rear perspective view thereof.
FIG. **3** is an exploded front perspective view thereof.
FIG. **4** is a front elevation thereof.
FIG. **5** is a rear elevation thereof.
FIG. **6** is a right side view thereof. The left and right sides of our design are mirror images of each other.
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines are shown in the views for illustrative purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**US D500,037 S**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D404,026 S | 1/1999 | Hasegawa |
| 5,904,328 A | 5/1999 | Leveridge et al. |
| 5,918,841 A | 7/1999 | Sweere et al. |
| 5,949,643 A | 9/1999 | Batio |
| 6,015,120 A | 1/2000 | Sweere et al. |
| 6,019,332 A | 2/2000 | Sweere et al. |
| D422,575 S * | 4/2000 | Tikhonski et al. ......... D14/374 |
| D425,036 S | 5/2000 | Copus et al. |
| 6,061,104 A | 5/2000 | Evanicky et al. |
| 6,094,340 A | 7/2000 | Min |
| RE36,978 E | 12/2000 | Moscovitch |
| 6,189,842 B1 | 2/2001 | Bergeron Gull et al. |
| 6,212,068 B1 | 4/2001 | Rooyakkers et al. |
| 6,216,989 B1 | 4/2001 | Shioya et al. |
| 6,233,138 B1 | 5/2001 | Osgood |
| 6,265,986 B1 * | 7/2001 | Oka et al. .............. 340/815.52 |
| 6,276,655 B1 | 8/2001 | Byoun |
| 6,343,006 B1 | 1/2002 | Moscovitch et al. |
| D458,257 S | 6/2002 | Rosen et al. |
| D458,603 S | 6/2002 | Lee |
| D458,604 S | 6/2002 | Ma et al. |
| D458,927 S | 6/2002 | Wang et al. |
| 6,449,143 B2 | 9/2002 | Rooyakkers et al. |
| 6,575,419 B1 | 6/2003 | Masuda et al. |
| 2002/0011544 A1 | 1/2002 | Bosson |
| 2002/0020792 A1 | 2/2002 | Lee |
| 2002/0130981 A1 | 9/2002 | Ma et al. |
| 2002/0149906 A1 | 10/2002 | Ichimura |

* cited by examiner

## FIG. 1



## FIG. 2





FIG. 3

## FIG. 4



## FIG. 5



# FIG. 6



# FIG. 7



UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : Des. 500,037 S                                    Page 1 of 1
DATED           : December 21, 2004
INVENTOR(S)     : Helmars E. Ozolins et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Title page,</u>
Under Item [57], **ABSTRACT**, change "4 Drawing sheets" to read -- 5 Drawing sheets --.

<u>Drawings,</u>
After Fig. 7 of sheet 4, add Fig. 8:

**FIG. 8**



Signed and Sealed this

Twenty-ninth Day of March, 2005

*JON W. DUDAS*
*Director of the United States Patent and Trademark Office*