# EXHIBIT 25

# EXHIBIT 25

# AppleDesign

# AppleDesign: The Work of the Apple Industrial Design Group

By Paul Kunkel

Photographs: Rick English

Publisher: Graphis Inc., New York, NY

Design: B. Martin Pedersen

John Jeheber, Jenny Francis

Editor: Clare Hayden, Kirsten Keppel

Associate Editor: Peggy Chapman

(Opposite) Rear view of Spartacus: The Twentieth Anniversary Macintosh, designed by Jonathan Ive. Introduced: January, 1997.

ACKNOWLEDGEMENTS

When writing a work of non-fiction, there is an old saying: "The first time a story is told is truth. The second time is fiction." With an organization as large and mythical as Apple Computer, I sometimes wondered whether I was hearing fact or fantasy, only to discover that the more outlandish the story or more improbable the fact, the more likely it was to be true. In the course of my research, I interviewed dozens of individuals who played a part in the design of Apple's products. Unfortunately, I could not find everyone. Nor would everyone speak to me. Those who did revealed a world that remains hidden even to many professionals, describing in detail how great industrial designs are transformed into even greater products. Piecing this story together forced me to rely upon the recollection of a great many people, both inside and outside the firm, without whom this book could not have been written. To those I list below, I offer my thanks.

Firstly, to the current members of the Apple Industrial Design Group: especially its director Jonathan Ive; Daniele DeIuliis; Thomas Meyerhöffer; Chris Stringer; Jay Meschter; Bart Andre; Cal Seid; Marc van de Loo; Danny Coster; Richard Howarth and Doug Satzker; Ken Provost and Bob Bellicitti; Ron Moller; Jane Taylor, Barbara Thompson, Michelle Burns, and Ria Monroe for their encouragement and assistance.

Former members of the Apple Industrial Design Group: especially Bob Brunner, without whom this book could not have begun; Ray Riley; Gavin Ivester and Lawrence Lam; Susanne Pierce; Tim Parsey; Masamichi Udagawa; Larry Barbera; Jim Stewart, Mark Pruitt, Grant Ross, Jr.; Tom Jacobson; Mike Pizzuti and Rob Barnette.

To the early designers: Jerry Manock; Terry Oyama; Bill Dresselhaus and Ken Campbell, Clive Twyman, David Hodge, Rob Gemmell and Bill MacKenzie. Current and former Apple product designers, toolmakers, engineers and savants: Richard Jordan, Tom Bentley, Laszlo Zeidek, Burrell Smith, Ben Pang, Steve Balog, Bill Bull, Robert Elliman, John E. Johnston, Wil Oxford, Dexter Francis, Mike Milo, Betsy Diaz, Don Porter, John Tang, Julie McDonald, Pat Jackson, Wayman Lee, Mike Dhuey, Brian Berkeley, John Fitch, Jon Krakower, Harold Welch, Prabir Sarkhar and Steve Wozniak, who will always belong in a class by himself. Current and former Apple executives who shared their time, including: Satjiv Chalil, H.L. Cheung and Howard Lee; John Sculley, Jean-Louis Gassée, Michael Spindler and chairman and CEO, Dr. Gilbert Amelio; marketing managers Robert Kondrk, John Kelly, Dave Turnbull and Andrew Scoular; Kim Cooper and Kevin Saul at Apple Legal; Jim Oliver; Katie Cotton, Gabi Schindler and Tami Begasse in Corporate Public Relations; and photographers Pam Stanton, Beverley Harper and Daniel De Souza.

Thanks also go to Chee Pearlman at *ID* Magazine, who gave the project a gentle nudge early on; Hartmut Esslinger, for his generosity and trust; Stephen Peart; Tony Guido, Mike Nuttall, Bill Moggridge, Paul Bradley, Mark Biasotti, Chris Lowe, Jim Yurchenco, Naoto Fukasawa, Terry Christensen, Gerard Furbershaw, Jeff Smith, Dave Laituri, Gilbert Wong, Ken Wood, Brad Bissell, Doug Patton, Noland Vogt, Eric Chan, Rick Meadows, Jack Hokanson, Nick Butler, Giuliano Molineri, Mark Johnson, Peter Müller, Sue Booker, Jennette Schwarz, Herbert Pfeifer, Paul Montgomery, Tucker Viemeister, Tom Dair, the staff at the San Francisco Museum of Modern Art, the Museum of Modern Art, New York, the Cooper-Hewitt Museum of American Design, New York, Kristina Goodrich at the Industrial Designers Society of America, David Gresham, Ralph Caplan; Lex Lally, Rocky, plus sources who asked not to be mentioned by name. Final thanks go to Rick English and his staff at Rick English Pictures, whose vision not only brought the designs to life but inspired the project at every stage.

At Graphis, I would like to thank Martin Pedersen for his unflinching support, my editors Claire Hayden and Kirsten Keppell, John Jeheber, Jenny Francis, Jack Crager, and Peggy Chapman. The book could never have been finished without you.

**Trademark and Disclaimer Information.** Apple, the Apple logo, AppleShare, AppleTalk, EtherTalk, ImageWriter, LaserWriter, LocalTalk, Macintosh, Mac, and Multifinder are registered trademarks of Apple Computer, Inc. AppleColor, AppleDesign, Apple Desktop Bus, Apple SuperDrive, BookCover, Centris, ClassroomConnection, Duo, DuoDock, eMate, Finder, Lisa, GeoPort, Macintosh Quadra, MessagePad, Newton, Newton InterConnect, the Newton light bulb symbol, Performa, Pippin, PowerBook, PowerMac, QuickDraw, QuickTime, StyleWriter, System 7 and TrueType are trademarks of Apple Computer, Inc. Classic is a registered trademark licensed to Apple Computer, Inc. MacDraw, MacPaint and MacWrite are registered trademarks of Claris Corporation. IBM, PowerPC, ThinkPad, IBM-PC, PC-XT, OS/2 and ThinkPad are trademarks of the International Business Machines Corporation. NuBus is a trademark of Texas Instruments. Ethernet and Xerox are registered trademarks of Xerox Corporation. Adobe, PostScript and PageMaker are trademarks of Adobe Systems, Inc. Microsoft, MS-DOS, Windows and Windows 95 are registered trademarks of Microsoft Corporation. Pentium is a trademark of Intel Corporation. @Mark and @World are trademarks of Bandai America, Inc. Internet is a trademark of Digital Equipment Corporation. All other trademarks, protected names and service marks are the property of their respective owners. Code-names cited in this book are meant for internal non-official use only. Use of such code-names is for historical purposes only and is not meant to infringe upon any trademark or protected name. All attempts have been made to contact and obtain permission from photographers whose work appears in this book. Any photographer or rights-holder who believes that previously-protected photographic work has been used in this book without permission should contact the publisher. Apple Computer, Inc. does not warrant, guarantee, endorse, nor makes no representations concerning any fact, error, inclusion, omission, misstatement or opinion contained herein, nor make any representation concerning any third party, individual or firm.

Copyright © 1997 Paul Kunkel

**Library of Congress Cataloging in Publication Data**
Main Entry under title:
AppleDesign: The Work of the Apple Industrial Design Group
1. Design—United States—History—20th Century.
2. Apple Computer—Design.
I. Kunkel, Paul. II. Apple Computer, Inc.
97-71233
ISBN 1-888001-25-9
Copyright © 1997
10   9   8   7   6   5   4   3   2   1

Case 5:11-cv-01846-LHK   Document 944-10   Filed 05/18/12   Page 5 of 5




193 194

195



Twister Portable Computer Concepts. **193** Giraffe. **194** Tablet with a tilt-up display. **195** Showing the desktop 'Brain Box,' flat panel display and keyboard. *Industrial Design:* Apple Computer: Gavin Ivester; That (San Francisco, CA): Tony Guido and Sigmar Wilnauer. *Dates of Design:* April–June 1989.