# EXHIBIT 26

IW 7306757

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

July 28, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *29/201,636*
FILING DATE: *March 17, 2004*
PATENT NUMBER: *D504,889*
ISSUE DATE: *May 10, 2005*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**M. K. CARTER**
**Certifying Officer**

APLPROS0000010188

DESIGN PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

# Be It Known That We

**Bartley K. Andre**
**Daniel J. Coster**
**Daniele De Iuliis**
**Richard P. Howarth**
**Jonathan P. Ive**
**Steve Jobs**
**Duncan Robert Kerr**
**Shin Nishibori**
**Matthew Dean Rohrbach**
**Douglas B. Satzger**
**Calvin Q. Seid**
**Christopher J. Stringer**
**Eugene Anthony Whang**
**Rico Zorkendorfer**

have invented a new, original, and ornamental design for an

## ELECTRONIC DEVICE

of which the following is a specification, reference being made to the accompanying drawings forming a part thereof.

APLPROS0000010189

## DESCRIPTION OF THE DRAWINGS

5        FIG. 1A is a top perspective view of an electronic device in accordance with the

present design.  The electronic device may correspond to a computing device such as a

personal computer pad or tablet that incorporates a processor and monitor into a single

housing.  The monitor, which includes a display, may also include a touch screen. The

electronic device may also correspond to an input/output device such as a display device or

10      touch pad or screen.  The display device and touch screen may be integrated together.  The

input/output device may be coupled to a computing device.

        FIG. 1B is a bottom perspective view of an electronic device in accordance with the

present design.

        FIG. 2 is a top view of the electronic device shown in FIG. 1.

15      FIG. 3 is a bottom view of the electronic device shown in FIG. 1.

        FIG. 4 is a left side view of the electronic device shown in FIG. 1.

        FIG. 5 is a right side view of the electronic device shown in FIG. 1.

        FIG. 6 is an upper side view of the electronic device shown in FIG. 1.

        FIG. 7 is a lower side view of the electronic device shown in FIG. 1.

20      FIG. 8 is an exemplary diagram of the electronic device shown in FIG. 1 being

used by a user.

        Attached hereto is an appendix showing various photographs of an electronic

device in accordance with one embodiment.

25

APLPROS0000010190

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



CERTIFICATE OF EXPRESS MAILING
I hereby certify that this paper and the documents and/or fees referred to as attached therein are being deposited with the United States Postal Service on March 17, 2004 in an envelope as "Express Mail Post Office to Addressee" service under 37 CFR §1.10, Mailing Label Number EV333986607US, addressed to the Commissioner for Patents, Mail Stop Design P.O. Box 1450 Alexandria, VA  22313-1450.

Lauren Kimball

Attorney Docket No.:  APL1D297

First Named Inventor:  Andre



## TRANSMITTAL OF A DESIGN PATENT APPLICATION
### (37 CFR §1.53)

Mail Stop Design
Commissioner of Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

Transmitted herewith for filing is the design patent application entitled:

**ELECTRONIC DEVICE**

by inventor(s):  **Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Anthony Whang and Rico Zörkendörfer**

Enclosed are:

☒ A Specification totaling 3 pages.
☒ **Formal** drawings, totaling 4 pages.
☒ Appendix totaling 15 pages.
☒ (2) Combined Declaration and Power of Attorney.
☒ Associate Power of Attorney.
☐ Foreign          Language Declaration and Power of Attorney.
☐ A certified copy of priority application:          .
☒ Assignment(s) together with the Assignment Cover Sheet.
☐ Applicant is entitled to Small Entity Status under 37 C.F.R. §1.27.
☒ Our Check No. 21870 in the amount of $380.00 is enclosed to cover the $340.00 filing fee and the $40.00 Assignment Recordation Fee.
☒ The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 50-0388 (Order No. APL1D297).

**Correspondence address:**

☒        Please send correspondence to the following address:

<strong>Customer Number 022434</strong>

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

**Quin C. Hoellwarth**
Registration No. 45,738

P.O. Box 778
Berkeley, CA  94704-0778
(650) 961-8300

APLPROS0000010192

# <u>CLAIM</u>

We claim the ornamental design for an **ELECTRONIC DEVICE** substantially as shown and described.

5

APLPROS0000010193



FIG. 1A

FIG. 1B

APLPROS0000010194



**FIG. 2**



**FIG. 3**

APLPROS0000010195



**FIG. 4**

**FIG. 5**



**FIG. 6**



**FIG. 7**



APLPROS0000010196



**FIG. 8**

APLPROS0000010197

*PATENT*

## *IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*

| | |
|---|---|
| In re application of: Andre et al. | Attorney Docket No.: APL1D297 |
| Application No.: Unassigned | Examiner: Unassigned |
| Filed: Herewith | Group: Herewith |
| Title: ELECTRONIC DEVICE | |

## *ASSOCIATE POWER OF ATTORNEY*

Commissioner for Patents
Washington, DC  20231

Sir:

> The undersigned attorney of record in the subject patent application hereby grants an Associate Power of Attorney to add:

| | |
|---|---|
| Richard J. Lutton, Jr. | Reg. No. 39,756 |
| Mark Aaker | Reg. No. 32,667 |
| Richard Liu | Reg. No. 34,377 |
| Helene Plotka Workman | Reg. No. 35,981 |
| Edward W.Scott, IV | Reg. No. 36,000 |
| Brian Way | Reg. No. 47,171 |

to prosecute this application and to transact all business in the U. S. Patent and Trademark Office connected therewith.

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Reg. No. 45,738

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. <u>APL1D297/P3246</u>

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1. ☒        is attached hereto.

2. ☐   was filed on _____ as
U.S. Application Serial No. _____
and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

## Prior  Foreign  Application(s)

| | | | Priority Benefits Claimed? |
|---|---|---|---|
| _____ | _____ | _____ | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
| _____ | _____ | _____ | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
| _____ | _____ | _____ | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

## Prior  U.S.  Application(s)

| | | |
|---|---|---|
| _____ | _____ | _____ |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |
| _____ | _____ | _____ |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |

APLPROS0000010199

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Direct Correspondence To:       **Customer Number: 022434**
                                **BEYER WEAVER & THOMAS, LLP**
                                **P.O. BOX 778**
                                **BERKELEY, CA 94704-0778**

Direct Telephone Calls To:      **Quin C. Hoellwarth at telephone number (650) 961-8300**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
Sole or First Inventor:         Bartley K. ANDRE          Citizenship:          USA

**Inventor's signature:**                                **Date of Signature:** 03 17 04

Residence: (City)               Menlo Park               (State/Country)       CA/USA

Post Office Address:            655 Fourteenth Avenue, Menlo Park, CA  94025


Full Name of Second Joint
Inventor:                       Daniel J. COSTER          Citizenship:          New Zealand

**Inventor's signature:**                                **Date of Signature:** 03·12·0*

Residence: (City)               San Francisco            (State/Country)       CA/USA

Post Office Address:            471 14th Street, San Francisco, CA  94103


Full Name of Third Joint
Inventor:                       Daniele DE IULIIS         Citizenship:          Italy

**Inventor's signature:**                                **Date of Signature:** 3  12 04

Residence: (City)               San Francisco            (State/Country)       CA/USA

Post Office Address:            50 Digby Street, San Francisco, CA  94131

APLPROS0000010200

Full Name of Fourth Joint
Inventor:                    Richard P. HOWARTH                 Citizenship:              Great Britain

Inventor's signature:                                           Date of Signature:       3 . 12 . 04 .

Residence: (City           San Francisco                        (State/Country)          CA/USA

Post Office Address:        3928 17th Street, San Francisco, CA  94114


Full Name of Fifth Joint
Inventor:                    Jonathan P. IVE                    Citizenship:              Great Britain

Inventor's signature:                                           Date of Signature:       3   1 2    0 4

Residence: (City)          San Francisco                        (State/Country)          CA/USA

Post Office Address:        196 Twin Peaks Boulevard, San Francisco, CA  94114


Full Name of Sixth Joint
Inventor:                    Steve JOBS                         Citizenship:              USA

Inventor's signature:                                           Date of Signature:

Residence: (City)          Palo Alto                            State/Country)           CA/USA

Post Office Address:        2101 Waverley Street, Palo Alto, CA  94301


Full Name of Seventh Joint
Inventor:                    Shin NISHIBORI                     Citizenship:              Japan

Inventor's signature:                                           Date of Signature: 03/12/04

Residence: (City)          San Francisco                        (State/Country)          CA/USA

Post Office Address:        248 Amber Dr., San Francisco, CA  94131


Full Name of Eighth Joint
Inventor:                    Duncan Robert KERR                 Citizenship:              Great Britain

Inventor's signature:                                           Date of Signature:       3/12/4

Residence:       (City)    San Francisco                        (State/Country)          CA/USA

Post Office Address:        2600 18th Street, #15, San Francisco, CA  94110


Full Name of Ninth Joint
Inventor:                    Matthew Dean ROHRBACH              Citizenship:              USA

Inventor's signature:                                           Date of Signature:       03 . 12 . 04

Residence: (City)          San Francisco                        (State/Country)          CA/USA

Post Office Address:        1677 16th Avenue, San Francisco, CA  94122


APL1D297/P3246                          Page 3 of 4

APLPROS0000010201

Full Name of Tenth Joint
Inventor: _____ Douglas B. SATZGER _____     Citizenship: _____ USA _____

**Inventor's signature:** _____     **Date of Signature:** 304.04

Residence:      (City) _____ Menlo Park _____     (State/Country) _____ CA/USA _____

Post Office Address: _____ 225 Arden Road, Menlo Park, CA  94025 _____

APLPROS0000010202

Full Name of Eleventh Joint
Inventor:_____Calvin O. SEID_____

Inventor's signature:_____

Residence: (City)_____Palo Alto_____

Post Office Address:_____1043 High Street, Palo Alto, CA 94301_____

Citizenship:_____USA_____

Date of Signature: 3 - 12 · 04

(State/Country)_____CA/USA_____


Full Name of Twelfth Joint
Inventor:_____Christopher J. STRINGER_____

Inventor's signature:_____

Residence:      (City)      Portola Valley_____

Post Office Address:      320 Cervantes Road, Portola Valley, CA 94028_____

Citizenship:_____Australia_____

Date of Signature: 3/5/04

(State/Country)_____CA/USA_____


Full Name of Thirteenth Joint
Inventor:_____Eugene Anthony WHANG_____

Inventor's signature:_____

Residence:      (City)      San Francisco_____

Post Office Address:      #1-400 Dolores, San Francisco, CA 94114_____

Citizenship:_____Canada_____

Date of Signature: 3/12/04

(State/Country)_____CA/USA_____


Full Name of Fourteenth Joint
Inventor:_____Rico ZÖRKENDÖRFER_____

Inventor's signature:_____

Residence:      (City)      San Francisco_____

Post Office Address:      327 Lombard Street, San Francisco, CA 94133_____

Citizenship:_____German_____

Date of Signature: 3/12/04

(State/Country)_____CA/USA_____

APLPROS0000010203

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. <u>APL1D297/P3246</u>

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled: ELECTRONIC DEVICE, the specification of which,

(check one)        1. ☒  is attached hereto.

2. ☐  was filed on _____ as
U.S. Application Serial No. _____
and was amended on _____ .

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**Prior Foreign Application(s)**                                       Priority Benefits Claimed?

|  |  |  | __ Yes   __ No |
|---|---|---|---|
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
|  |  |  | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
|  |  |  | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**Prior U.S. Application(s)**

| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |

APLPROS0000010204

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Direct Correspondence To:          **Customer Number: 022434**
                                    BEYER WEAVER & THOMAS, LLP
                                    P.O. BOX 778
                                    BERKELEY, CA 94704-0778

Direct Telephone Calls To:          Quin C. Hoellwarth at telephone number (650) 961-8300

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
Sole or First Inventor:          Bartley K. Andre          Citizenship:          USA

**Inventor's signature:**          _____          **Date of Signature:** _____

Residence:     (City)          Menlo Park          (State/Country)          CA/USA

Post Office Address:          655 Fourteenth Avenue, Menlo Park, CA  94025


Full Name of Second Joint
Inventor:          Daniel J. Coster          Citizenship:          New Zealand

**Inventor's signature:**          _____          **Date of Signature:** _____

Residence:     (City)          San Francisco          (State/Country)          CA/USA

Post Office Address:          471 14th Street, San Francisco, CA  94103


Full Name of Third Joint
Inventor:          Daniele De Iuliis          Citizenship:          Italy

**Inventor's signature:**          _____          **Date of Signature:** _____

Residence:     (City)          San Francisco          (State/Country)          CA/USA

Post Office Address:          349 Prospect, San Francisco, CA  94110


Full Name of Fourth Joint
Inventor:          Richard P. Howarth          Citizenship:          Great Britain

**Inventor's signature:**          _____          **Date of Signature:** _____

Residence:     (City)          San Francisco          (State/Country)          CA/USA

Post Office Address:          3435 Army Street #213, San Francisco, CA  94110

APLPROS0000010205

Full Name of Fifth Joint
Inventor:                          Jonathan P. Ive                    Citizenship:              Great Britain

**Inventor's signature:**                                            Date of Signature:

Residence:        (City)          San Francisco                      (State/Country)          CA/USA

Post Office Address:              196 Twin Peaks Boulevard, San Francisco, CA  94114


Full Name of Sixth Joint
Inventor:                          Steve Jobs                         Citizenship:              USA

**Inventor's signature:**         *steve jobs*                        Date of Signature: March 8, 2004

Residence:        (City)          Palo Alto                          State/Country)           CA/USA

Post Office Address:              2101 Waverley Street, Palo Alto, CA  94301


Full Name of Seventh Joint
Inventor:                          Duncan Robert Kerr                 Citizenship:              Great Britain

**Inventor's signature:**                                            Date of Signature:

Residence:        (City)          San Francisco                      (State/Country)          CA/USA

Post Office Address:              114A Diamond Street, San Francisco, CA  94114


Full Name of Eighth Joint
Inventor:                          Matthew Dean Rohrbach              Citizenship:              USA

**Inventor's signature:**                                            Date of Signature:

Residence:        (City)          San Francisco                      (State/Country)          CA/USA

Post Office Address:              1677 16th Avenue, San Francisco, CA  94122


Full Name of Ninth Joint
Inventor:                          Douglas B. Satzger                 Citizenship:              USA

**Inventor's signature:**                                            Date of Signature:

Residence:        (City)          Menlo Park                         (State/Country)          CA/USA

Post Office Address:              225 Arden Road, Menlo Park, CA  94025


APL1D297/P3246                    Page 3 of 4

APLPROS0000010206

Full Name of Tenth Joint
Inventor:  Calvin Q. Seid     Citizenship:  USA

**Inventor's signature:**        **Date of Signature:**

Residence: (City) Palo Alto    (State/Country) CA/USA

Post Office Address: 1043 High Street, Palo Alto, CA 94301

Full Name of Eleventh Joint
Inventor:  Christopher J. Stringer   Citizenship:  Australia

**Inventor's signature:**        **Date of Signature:**

Residence: (City) Pacifica    (State/Country) CA/USA

Post Office Address: 243 Olympian Way, Pacifica, CA 94044

Full Name of Twelfth Joint
Inventor:  Eugene Anthony Whang   Citizenship:  Canada

**Inventor's signature:**        **Date of Signature:**

Residence: (City) San Francisco   (State/Country) CA/USA

Post Office Address: #1-400 Dolores, San Francisco, CA 94114

Full Name of Thirteenth Joint
Inventor:  Rico Zörkendörfer    Citizenship:  German

**Inventor's signature:**        **Date of Signature:**

Residence: (City) San Francisco   (State/Country) CA/USA

Post Office Address: 327 Lombard Street, San Francisco, CA 94133

APLPROS0000010207

This Page Is Inserted by IFW Operations
and is not a part of the Official Record

# BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of
the original documents submitted by the applicant.

Defects in the images may include (but are not limited to):

- BLACK BORDERS

- TEXT CUT OFF AT TOP, BOTTOM OR SIDES

- FADED TEXT

- ILLEGIBLE TEXT

- SKEWED/SLANTED IMAGES

- COLORED PHOTOS

- BLACK OR VERY BLACK AND WHITE DARK PHOTOS

- GRAY SCALE DOCUMENTS

# IMAGES ARE BEST AVAILABLE COPY.

## As rescanning documents *will not* correct images, please do not report the images to the Image Problem Mailbox.

APLPROS0000010208



APLPROS0000010209

APLPROS0000010210

APLPROS0000010211

APLPROS0000010212

APLPROS0000010213



APLPROS0000010214



APLPROS0000010215



APLPROS0000010216



APLPROS0000010217



APLPROS0000010218



APLPROS0000010219



APLPROS0000010220



APLPROS0000010221



APLPROS0000010222



APLPROS0000010223

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/22/2004 HVUONG1  00000016 29201636

01 FC:1002                    340.00 OP

PTO-1556
(5/87)

*U.S. Government Printing Office: 2001 — 481-697/59173

APLPROS0000010224

# ARTIFACT SHEET

Enter artifact number below.  Artifact number is application number + artifact type code (see list below) + sequential letter (A, B, C ...).  The first artifact folder for an artifact type receives the letter A, the second B, etc..  Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

29201636 ZA

Indicate quantity of a single type of artifact received but not scanned.  Create individual artifact folder/box and artifact number for each Artifact Type.

☐ CD(s) containing:
    computer program listing
    Doc Code: Computer
    ☐ Artifact Type Code: P

    pages of specification
    and/or sequence listing
    and/or table
    Doc Code: Artifact
    ☐ Artifact Type Code: S

    content unspecified or combined
    Doc Code: Artifact
    ☐ Artifact Type Code: U

☐ Stapled Set(s) Color Documents or B/W Photographs
    Doc Code: Artifact   Artifact Type Code: C

☐ Microfilm(s)
    Doc Code: Artifact   Artifact Type Code: F

☐ Video tape(s)
    Doc Code: Artifact   Artifact Type Code: V

☐ Model(s)
    Doc Code: Artifact   Artifact Type Code: M

☐ Bound Document(s)
    Doc Code: Artifact   Artifact Type Code: B

☐ Confidential Information Disclosure Statement or Other Documents marked Proprietary, Trade Secrets, Subject to Protective Order, Material Submitted under MPEP 724.02, etc.
    Doc Code: Artifact   Artifact Type Code X

☑ Other, description: _Black & White Drawings_ (16 pages)
    Doc Code: Artifact   Artifact Type Code: Z

APLPROS0000010225

# ELECTRONIC INFORMATION DISCLOSURE STATEMENT

Electronic Version v18

Stylesheet Version v18.0

| Title of Invention | ELECTRONIC DEVICE |
|---|---|

Application Number :     29/201636

Confirmation Number:     6966

First Named Applicant:     Bartley Andre

Attorney Docket Number:     APL1D297

Art Unit:     2911

Examiner:     Freda S. Nunn

Search string:     ( 4976435 or 5192082 or 5661632 or 5964661 or 6254477 or D183809 or D264969 or D349923 or D359306 or D362272 or D362461 or D378686 or D385299 or D386521 or D399526 or D402310 or D410028 or D412940 or D425558 or D430117 or D430169 or D437860 or D445787 or D448810 or D449606 or D491933 or D450713 or D452250 or D469109 or D472245 or D481036 or D481718 or D486823 or D487457 or D487742 or D489717 or D490420 or D491936 or D494164 ).pn

## US Patent Documents

**Note: Applicant is not required to submit a paper copy of cited US Patent Documents**

| init | Cite.No. | Patent No. | Date | Patentee | Kind | Class | Subclass |
|---|---|---|---|---|---|---|---|
| | 1 | 4976435 | 1990-12-11 | Shatford et al. | | | |
| | 2 | 5192082 | 1993-03-09 | Inoue et al. | | | |
| | 3 | 5661632 | 1997-08-26 | Register | | | |
| | 4 | 5964661 | 1999-10-12 | Dodge | | | |
| | 5 | 6254477 | 2001-07-03 | Sasaki | | | |
| | 6 | D183809 | 2003-12-16 | Lim | | | |
| | 7 | D264969 | 1982-06-15 | McGourty | | | |
| | 8 | D349923 | 1994-08-23 | Billings et al. | | | |
| | 9 | D359306 | 1995-06-13 | Lande et al. | | | |
| | 10 | D362272 | 1995-09-12 | Luong | | | |
| | 11 | D362461 | 1995-08-19 | Luong | | | |
| | 12 | D378686 | 1997-04-01 | Proctor et al. | | | |
| | 13 | D385299 | 1997-10-21 | Adams | | | |
| | 14 | D386521 | 1997-11-18 | Eisenbaum | | | |
| | 15 | D399526 | 1998-10-13 | Brady | | | |
| | 16 | D402310 | 1998-12-08 | Hendricks | | | |
| | 17 | D410028 | 1999-05-18 | Fyffe | | | |
| | 18 | D412940 | 1999-08-07 | Kato et al. | | | |
| | 19 | D425558 | 2000-05-23 | Tarpenning | | | |

| | 20 | D430117 | 2000-08-29 | Sachs et al. | | | |
| | 21 | D430169 | 2000-08-29 | Scibora | | | |
| | 22 | D437860 | 2001-02-20 | Suzuki | | | |
| | 23 | D445787 | 2001-07-31 | Francis | | | |
| | 24 | D448810 | 2001-10-02 | Goto | | | |
| | 25 | D449606 | 2001-10-23 | Lee et al. | | | |
| | 26 | D491933 | 2004-06-22 | Guo | | | |
| | 27 | D450713 | 2001-11-20 | Masamitsu et al. | | | |
| | 28 | D452250 | 2001-12-18 | Chan | | | |
| | 29 | D469109 | 2003-01-21 | Andre | | | |
| | 30 | D472245 | 2003-03-25 | Andre et al. | | | |
| | 31 | D481036 | 2003-10-21 | Wentt | | | |
| | 32 | D481718 | 2003-11-04 | Chiang et al. | | | |
| | 33 | D486823 | 2004-02-17 | Kuo | | | |
| | 34 | D487457 | 2004-03-09 | Liu | | | |
| | 35 | D487742 | 2004-03-23 | Huang et al. | | | |
| | 36 | D489717 | 2004-05-11 | Hsien | | | |
| | 37 | D490420 | 2004-05-25 | Solomon | | | |
| | 38 | D491936 | 2004-06-22 | Jao | | | |
| | 39 | D494164 | 2004-08-10 | Wu et al. | | | |

**Signature**

| Examiner Name | Date |
| --- | --- |
| | |

## TRANSMITTAL

Electronic Version v1.1

Stylesheet Version v1.1.0

| **Title of Invention** | ELECTRONIC DEVICE |
|---|---|

| | |
|---|---|
| Application Number : | 29/201636 |
| Date : | 2004-03-17 |
| First Named Applicant: | Andre Bartley K. |
| Confirmation Number: | 6966 |
| Attorney Docket Number: | APL1D297 |

I hereby certify that the use of this system is for OFFICIAL correspondence between patent applicants or their representatives and the USPTO. Fraudulent or other use besides the filing of official correspondence by authorized parties is strictly prohibited, and subject to a fine and/or imprisonment under applicable law.

I , the undersigned, certify that I have viewed a display of document(s) being electronically submitted to the United States Patent and Trademark Office, using either the USPTO provided style sheet or software, and that this is the document(s) I intend for initiation or further prosecution of a patent application noted in the submission. This document(s) will become part of the official electronic record at the USPTO.

| Submitted By: | Elec. Sign. | Sign. Capacity |
|---|---|---|
| Quin  C.  Hoellwarth<br>Registered Number: 45,738 | /qch/ | Agent |

APLPROS0000010228

| Documents being submitted: | Files |
|---|---|
| us-ids | APL1D297-usidst.xml |
| | us-ids.dtd |
| | us-ids.xsl |
| **Comments** | |

APLPROS0000010229

# ACKNOWLEDGEMENT RECEIPT

Electronic Version 1.1

Stylesheet Version v1.1.1

| **Title of Invention** | ELECTRONIC DEVICE |
|---|---|

Submision Type :  Information Disclosure Statement

Application Number:  29/201636

EFS ID:  68144

Server Response:

| Confirmation Code | Message |
|---|---|
| ISVR1 | Submission was successfully submitted - Even if Informational or Warning Messages appear below, please do not resubmit this application |
| ICON1 | 6966 |
| USPTOEFSNotEer | For assistance with e-filing a patent application, contact the Patent Electronic Business Center: Toll-Free Number:1(866) 217-9197 Website: http://www.uspto.gov/ebc/ |

First Named Applicant:  Bartley Andre

Attorney Docket Number:  APL1D297

Timestamp:  2004-09-08 18:11:48 EDT

From:  us

File Listing:

| Doc. Name | File Name | Size (Bytes) | Date Produced (yyyymmdd) |
|---|---|---|---|
| us-ids | APL1D297-usidst.xml | 6634 | 2004-09-08 |
| us-ids | us-ids.dtd | 7763 | 2004-09-08 |
| us-ids | us-ids.xsl | 12026 | 2004-09-08 |
| package-data | APL1D297-pkda.xml | 1708 | 2004-09-08 |
| package-data | package-data.dtd | 27025 | 2004-09-08 |
| package-data | us-package-data.xsl | 19263 | 2004-09-08 |
| | Total files size | 74419 | |

Message Digest:  d4fe3fa189b992b63698b2fd3f394d4894eb4c2b

Digital Certificate Holder Name:  cn=Quin C. Hoellwarth,ou=Registered Attorneys,ou=Patent and Trademark Office,ou=Department of Commerce,o=U.S. Government,c=US

APLPROS0000010230

**ViewSonic** 

BEST AVAILABLE COPY

**Tablet PC V1100**



Overview | Features | Specs | Accessories

**Your office, only lighter and more portable.**

The ViewSonic Tablet PC V1100 is a fully functional network-ready PC in a convenient tablet form factor featuring integrated WAN, LAN and Wi-Fi.  Compact and lightweight at only 3.4 pounds, this innovative device improves the efficiency of the mobile professional both in the office and on the road. With solid handwriting recognition capabilities and compatibility with Microsoft Office applications, this product instantly improves co-worker collaboration. The V1100 is the perfect PC to meet the expanding demands of the mobile professional: from office to airport. For an on-the-go PC that really performs, choose the ViewSonic Tablet PC V1100.

Now Available - Tablet PC V1100 Bundles. All the tools you need to stay on the go are included in this one bundle; Tablet PC V1100, Dock, Keyboard, Mouse and Stylus! **Learn More**.

 **AWARD WINNING**  ENLARGE IMAGE


pentium*III*
**More Info**

...........................................................................................................

**Features**

**ViewCare**sm **Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your ViewSonic Tablet PC, choose from Extended Warranty, Express Exchange, Extended Warranty with Express Exchange or Accidental Damage Insurance programs.
**Buy Now**



**The power of a fully functional PC in a lightweight tablet form factor**

- Enhanced productivity with Microsoft® Windows® XP Tablet PC edition software.
- Collaborate more effectively using Microsoft Office XP Pack.
- Organize and share handwritten notes and converted text using digital ink.
- Weighs about 3 pounds for ultimate mobility.

**Multiple connectivity features**

**Product Details**

- Overview
- **Features**
- **Specs**
- **Accessories**
- **Awards**

 **PDF Product Comparison Chart** (275 K)
 **PDF User Guide** ( 1.6 MB)
 **PDF Specsheet** (281 K)
 **Download Drivers/Utilities**

- **Press Release**
- **Awards**

 **Print This Page**
 **Email This Page**

APLPROS0000010231

- Includes built-in support for wireless, wired and dial-up networking.
- Optional dock adds one-touch access to common USB peripherals, local area networks, integrated CD-ROM and AC power adapter.

**Built for speed and efficiency**

- 866MHz Mobile Intel® Pentium® III Processor, 20.0GB hard drive; 256MB RAM provides the power to drive your PC.
- New bezel design features eight, one-touch access buttons.

**High resolution 10.4" XGA color display**

- Delivers bright, crisp images providing a rich multimedia experience.

**One-year limited warranty on parts and labor**

**FranklinCovey TabletPlanner Software**
Get advanced digital planning combined with the familiar look and feel of a FranklinCovey paper planner. A 30-day trial copy is preloaded on your V1100  system. To purchase a full version of the TabletPlanner software, **click here**.

**MindManager® 2002 for Tablet PC**
Ideal for brainstorming and planning, this application offers an effective way to capture, organize and communicate information, ideas and meeting notes. Software sold separately. For more information, **click here**. 

**Colligo Workgroup Edition Software**
Create secure, peer-to-peer collaborative networks on the fly whenever and wherever you need them using Colligo Workgroup Edition software and a wireless LAN (WLAN). Software sold separately. To buy at a discount, **click here**. 

**Alias SketchBook Pro™**
This compact, fast-loading software transforms your Tablet PC into a mobile, networked, digital sketchbook, allowing you to sketch, annotate, and present ideas quickly and easily. A 15-day trial is preloaded. To buy the full version, **Click here**. 

**powerOne™ Finance software**
Financial calculator software for your ViewSonic Tablet PC to deliver superior functionality and easily do what traditional financial calculators can't! **Click here** for more information. 

BEST AVAILABLE COPY

**Zinio™ Digital Magazine Subscriptions**
Get your favorite magazines, digitally, with
Zinio! You'll get the same content and look
& feel of print enhanced by special
interactive features right on your Tablet
PC. For more information, **click here**.



Overview | Features | Specs | Accessories

Specs

| | | |
|---|---|---|
| Processor | | 866MHz Ultra Low Voltage Mobile Intel® Pentium® III-M Processor |
| Operating System | | Microsoft Windows® XP Tablet PC Edition operating system |
| Memory | SDRAM | 256MB (expandable to 768MB) |
| Hard Disk Drive | | 20.0GB |
| Connectivity | | Built-in 802.11b Mini-PCI Wi-Fi ™ LAN, RJ-11 56Kbps V.90 modem Port, RJ-45 Fast Ethernet port |
| Graphics | | Intel embedded, AGP 4X Video |
| Video Resolution | Built-in LCD Display | 1024x768 in landscape mode 768x1024 in portrait mode |
| | External Display | 640x480 at 60Hz, 75Hz, 85Hz 800x600 at 60Hz, 75Hz, 85Hz 1024x768 at 60Hz, 75Hz, 85Hz |
| Display | | High Luminance XGA 10.4" TFT LCD display |
| Touch Panel | | Electromagnetic Digitizer |
| Expansion Slots | | One Type II PC Card, One Type II Compact Flash |
| Audio | | AC 97 Rev 2.1 Built-in microphone and two speakers |
| System Ports | | Firewire, two USB ports, microphone and audio-out jack, Mini VGA port, connector for dock |
| One-Touch Access Buttons | | Start menu, journal, input panel, rotation, security, power, escape, function, enter, 4-way cursor |
| Battery | | 4-cell Lithium Ion Battery Pack |
| AC Adapter | | 100-240VAC 50/60Hz; 12V DC Output Voltage; 4.16A Power Output |
| Dimensions | | 9.9" x 11.3" x 1.1"; 252.5mm x 288mm x 28.5mm |
| Weight | | 3.4 lbs. / 1.55 kgs. (including battery) |
| Additional Software | Web Browser & Applications | Microsoft Internet Explorer 6.0 |
| | Productivity Applications | Microsoft Outlook ® Express, Microsoft Office XP Pack |
| | Communication Applications | Microsoft NetMeeting®, Citrix® ICA® 8.0 |
| | Multimedia Applications | Microsoft Windows Media ™ Player |
| | Additional Applications | Adobe Acrobat, Microsoft Reader |
| Dock (Optional) | | Front accessible 24X CD-ROM, USB (3), Ethernet |

*Specifications and pricing subject to change without notice. Selection, offers and programs may
vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.*

Overview | Features | Specs | Accessories

Accessories

BEST AVAILABLE COPY

### Tablet PC V1100 Dock

Attractive, compact design saves desk space and includes an integrated CD-ROM drive. Expansion is easy with USB, VGA and Ethernet ports. And fast grab-and-go docking and undocking saves time.





---

### Tablet PC V1100 Extended Battery

Provides twice as much power as the standard battery.



---

### Tablet PC V1100 Battery Charger

Charge two batteries simultaneously. Works with both standard and extended batteries.





---

### Tablet PC Travel Stand

Use this adjustable portable stand to prop up your Tablet PC wherever you go!  Designed specifically for ViewSonic, this stand holds your Tablet, while providing plenty of room to plug in your power adaptor, keyboard and mouse. Folds flat for travel.





---

### Tablet PC V1100 Stylus with Built-In Eraser

Never get caught without a stylus - especially this new stylus with built-in eraser!





---

### Tablet PC V1100 AC Power Cord & Adapter

Charge your Tablet PC anywhere.

BEST AVAILABLE COPY





BEST AVAILABLE COPY

***Additional Memory, Flash and PC Card Drives***
ViewSonic has partnered with Kingston Technology to bring you reliable memory and digital media options. **Click here for more info or to order.**



***Tablet PC Portfolio Bag***

Transport your go-anywhere Tablet PC with ease and style.





***Tablet PC V1100 Rugged Carrying Case***

Protect your investment while on the go! This durable case keeps your Tablet PC safe and sound. Elastic hand straps on the back to make it easy to take the tablet along.  Shoulder strap also included. Case does not accommodate extended battery.





***Tablet PC V1100 Air/Car charger***

Recharge your Tablet PC while you travel--on the road or in the air.





***Tablet PC V1100 DVD/ CD-RW Drive***

This versatile drive enables you to burn files onto CDs and play DVDs on your Tablet PC.







### Tablet PC V1100 Hand Grip

Attractive protection for your investment. You'll get a snug fit and solid protection, for confident mobility.



### Tablet PC V1100 Battery

Keep a spare battery ready in your briefcase for increased mobility.





### powerOne(tm) Finance software

Financial calculator software for your ViewSonic Pocket PC that delivers superior functionality and does what traditional financial calculators can't! **Click here** for more information



Overview | Features | Specs | Accessories

back to top

BEST AVAILABLE COPY

APLPROS0000010236

United States-English

>> HP Home | >> Products & Services | >> Support & Drivers | >> Solutions | >> How to Buy

» Contact HP

Search: [                    ] >>

● Business product area ○ All of HP US



# HP Compaq Tablet PC tc1100
the ultramobile PC that adapts to the way you work

**HP recommends Microsoft®
Windows® XP Professional**

» **Tablet PC**

How to buy
» Buy online
» Contact a reseller
» HP Services
» Service and Support
» Buy online outside the
US

Related products
» Tablet PC options

News & Articles
» Press releases
» Customer stories

Documentation
» Whitepapers
» Warranty and Services

Solutions
» Tablet PC solutions
» Intelligent
manageability


» Check it out


» Compaq Tablet PC
watch it now
on Win2tv




**Starting at: $1,849.00\***

**Buy Online >>**

Product information
» Users guide
» Drivers
» Options & Accessories
» US quickspecs - html
» US quickspecs - pdf
Related links
» Solutions
» Developers
» Discontinued Models
» 3D product demo

**Overview**        » **Specifications**        » **Reseller Models**

### What's New

The next generation Tablet PC from HP, the HP Compaq Tablet PC tc1100, is loaded with new features for mobile professionals who are always on the run! Whether you're working in the office or on-site with a customer, the new tablet offers significant enhanced features.

Here are a few:

- Microsoft® Windows® XP Tablet PC Edition
- Greater performance from trusted Intel® Pentium® M and Celeron® processors (Ultra Low Voltage)
- Improved sparkle-free glass and 160 degree viewing angle on Pentium M based tablets
- Better graphics experience with 32 MB of dedicated memory
- Increased system memory up to a maximum of 2 GB
- Secure Digital slot for removable media allowing you to easily swap files between handhelds, notebooks, and cameras
- Battery-free digital pen that supports pressure sensitive applications for a better writing experience
- Integrated Intel® Pro Wireless 2100 Network Connection (802.11b) wireless LAN, great for corporate, home, and hotspot environments
- Integrated Bluetooth PAN
- Fast Infra-red (VFIR)
- An additional security lock slot to secure tablet in notebook mode

### Features

### Powerful Windows PC

Tablet PC is a full-function PC delivering performance and compatibility to build your competitive edge in a fast paced business environment.



- High performance from Intel, a world leader in processor technology, delivering fast access to local files and applications with large storage capacity.
- Utilize the power of the Tablet PC designed with Microsoft® Windows® XP Tablet PC Edition. It is 100% Windows® XP Professional compatible because it is Windows® XP

BEST AVAILABLE COPY

APLPROS0000010237

Professional with the added Tablet PC software features. Making it compatible with industry
standard software and hardware as well as legacy applications.
- Create as well as review and edit content and share it easily with available wireless choices
and wired access to e-mail and other network resources.
- The HP Compaq Tablet PC is backed by HP's world-class global services and solutions,
simplifying and supporting your IT, wherever you are. The HP Compaq Tablet PC tc1100
ultramobile utilizes the same MultiBay drives and power options and memory upgrades that
are common across the HP notebook core product line

### New definition of mobility and versatility

Innovative design offering exceptional mobility and versatility
for sharing business information supporting the way you work.



- Comfortable, lightweight design holds like a book and is
effortlessly portable allowing you to use while standing
or sitting.
- Grab and go convenience with no required
synchronization and a long battery life provide an easy
transition through different business environments.
- With no panel display between you and others, remove
barriers in the meeting room and realize improved
business etiquette. Easily share information with the
person nearby or communicate discreetly beyond the meeting room with integrated wireless
capabilities.

### Simplicity of pen and paper

Simplified computing with the added convenience of handwriting.



- Experience a new level of productivity with a PC that fits your natural
style of work – for input, you can handwrite or type or use voice
recognition.
- Outstanding handwriting recognition and on-screen writing capability
allows you to draw pictures or sketch, annotate documents, write and
store information as "digital ink" – it's just like paper, only better - and
you can share with others.
- You get more freedom of movement with an innovative mobile
keyboard that attaches or detaches depending on need.

To download the latest Adobe Acrobat Reader, please go to the <u>Adobe Website.</u>

**Printable version**

Privacy statement                Using this site means you accept its terms
                © 2004 Hewlett-Packard Development Company, L.P.

BEST AVAILABLE COPY



# VIA Technologies, Inc.

Quick Links

English | 繁體中文 | 简体中文 | 日本語 | Others

Audio | Chipsets | Processors | Communications | Networking
Multimedia | Optical Storage | VIA Mainboards | Total Connectivity | Solutions

— WELCOME TO THE WORLD OF **TOTAL CONNECTIVITY** –

Home
Company
Products
VIA Embedded
Total Connectivity
Technical Support
Press Room
Investor Relations
Careers
Contact Us
Site Map









## VIA Tablet PC Reference Design:
### The Digital Notepad

The VIA Tablet PC reference design is a compact, high performance mobile computer that bridges the gap between PC and notepad. Using an innovative 'digital ink' system and enhanced handwriting recognition, the VIA Tablet PC reference design combines the simplicity of writing with the power of a computer.



For the mobile executive or the connected household, the VIA Tablet PC reference design provides all the power to run common productivity applications anywhere and all the graphics performance to maximize the Internet experience. Moreover, with the wide and increasing adoption of WLAN connection technology, Internet browsing and e-mail are becoming more accessible.

Weighing less than today's laptops yet fully configured for PC operations and Internet applications, the VIA Tablet PC reference design gives you the freedom to complete a business presentation on the plane, to do your schoolwork on the bus, or view your latest electronic photographs anywhere in the home, and check e-mail with ease. The VIA Tablet PC reference design makes mobile computing and entertainment a reality!

* * * * * *

**The VIA Tablet PC reference design incorporates many of the VIA building block technologies that characterize the compact yet highly integrated specification of our platform solutions:**

### VIA Apollo 2002 mainboard
The VIA Apollo 2002 mainboard was designed by VIA for the very smallest form factor applications; not only is it more than 40% smaller than other mainboards on the market it is also double-sided, with mainboard elements intelligently arranged both above and below the surface to maximize space saving. This ultra compact yet highly integrated mainboard is feature-rich, providing graphics and audio support, advanced Ethernet networking, rich I/O integration and even a GPS tracking system, making it a flexible and cost-effective platform choice for system builders.

### VIA C3™ E-Series processor (EBGA)
At the heart of the VIA Tablet PC reference design is the acclaimed VIA C3™ EBGA processor with its ultra low power consumption and superior heat dissipation, enabling longer battery life and cool, quiet performance. This enables the design of smaller, quieter and more environmentally friendly PC you need for everyday applications.

### VIA ProSavage PN266T chipset
The VIA ProSavage PN2666 (known as 'Twister DDR') is an integrated mobile chipset with proven S3 Savage4™ 2D/3D graphics capabilities built in and optimized for performance in low power applications, making it ideally suited for portable Internet Appliance devices

## Features and Benefits



**Total Connectivity**
Home
Presentation

**Green Computing**
Home
Lead-free
Quiet computing
Power Efficiency

**MOMA Mobile Gaming Console**
Home
MOMA Images
VIA Press Release

**VIA Grace Platform**
Home
VIA Press Release

**VIA Glory Platform**
Home
VIA Press Release
S3G Press Release
FAQ

**Mini-ITX Mainboard**
Home
CES Videos
VIA Digital Brilliance
Showcase
Partner Products
Projects
- Car PCs
- Case Mods
FAQ
Press Release
White paper (pdf)
Images
Reviews

**VIA Infotainment Server**
Home
Press Release

**VIA Tablet PC Reference Design**
Home
Product Brochure
Press Release
Features & Benefits
Images

AVAILABLE COPY

**The simplicity of writing**

The Tablet PC reference design has an intuitive pen-driven interface utilizing the 'digital ink' concept, enabled by the portrait 10.4" electro-magnetic digitizer screen and the enhanced handwriting recognition software built into the dedicated version of Microsoft Windows XP installed.

**Portability, convenience**

Free from cables and keyboard, the VIA Tablet PC reference design provides a compact, easily portable device which is both stylish and ultimately practical. Moreover, the cool running of the VIA C3™ EBGA processor with its low power profile extends battery life and ensures a comfortable operating temperature.

**The power to connect**

The latest Wi-Fi (802.11b) wireless LAN connectivity is built into the VIA Tablet PC reference design, enabling Internet connections in more locations around the world, such as hotels and airports as well as almost anywhere in a connected household.

**Comprehensive communications technology**

The VIA Tablet PC reference design offers the communications capabilities of both the latest IEEE 1394 and USB standards built in to the mainboard, providing a wider choice of peripheral devices.

| ITEM | DESCRIPTION |
|------|-------------|
| Processor | VIA C3? EBGA or VIA Eden ESP Processor<br><br>• 128K L1 and 64K L2 cache |
| Core Logic | VIA Apollo Pro 266T: North Bridge VT8653, South Bridge VT8233A or VT8235 |
| Main Memory | • Onboard 128MB<br>• One 200-pin PC2100 memory socket<br>• DDR266 SDRAM support |
| LCD | 10.4? TFT Electro-magnetic Digitizer, brightness adjustable |
| Graphics | • Integrated AGP2X with 2D/3D Graphics Acceleration<br>• Motion Compensation for DVD playback<br>• Hardware rotation for portrait mode display |
| Storage (ATA) | ATA 33/66/100 2.5? HDD |
| Storage (Flash) | CFC socket optional |
| Audio System | VIA VT1612A AC?97 Codec<br><br>• Internal speaker and 2 internal microphones<br>• 2 Audio Jacks: Earphone-Out and Microphone-In<br>• Sound Blaster, Sound Blaster Pro Compatible<br>• Digital I/O compatible with consumer mode S/PDIF |
| Digital TV Out | VIA VT1621 Digital TV encoder<br><br>• Integrated Macro Vision 7.1<br>• High quality scaling and filtering<br>• S-Video or Composite video output<br>• Support NTSC/PAL TV |
| Ethernet (LAN) | VIA Tahoe VT6103 (Ethernet PHY)<br><br>• RJ-45 jack<br>• 10/100Mbps Ethernet MAC integrated in South Bridge |
| PCMCIA | • PCMCIA socket for wireless communication<br>• Smart card support |
| Infra red ports | • SIR and FIR IrDA port<br>• CIR for wireless keyboard |

BEST AVAILABLE COPY

BEST AVAILABLE COPY

BEST AVAILABLE COPY

| | |
|---|---|
| Other I/O Ports | VIA Fire II VT6306 IEEE 1394 host controller<br><br>• One IEEE 1394 port<br>• Two USB ports<br>• CRT Out (Mini-type) |
| Replicator I/O ports | VIA VT1211 LPC Super I/O controller<br><br>• 2 USB ports<br>• EPP/ECP parallel port<br>• 16C550 compatible serial port<br>• 2 PS/2 Keyboard/Mouse ports<br>• S/PDIF Out<br>• CRT Out<br>• TV Out (composite & S-video)<br>• Audio jacks: line-in, line-out, mic-in<br>• DC In |
| LEDs | • Power status<br>• Battery status |
| Other Optional Modules | • I/O Replicator<br>• Tablet PC stand |

## Images
*Download Images here*

| Product Reference Guide | | |
|---|---|---|
| **Marketing Information** | | |
| Images | High Res Low Res | High Res Low Res |
| **Press Information** | | |
| **Product Brochure** | Front / Back | |
| **Press Release** | VIA Announces Development of Tablet PC Reference Design ..." More | |

△TOP

**Legal | Website Administrator**
©2004 VIA Technologies, Inc. All rights reserved.

# ViewSonic

BEST AVAILABLE COPY

**ViewPad 1000**



Overview | **Features** | **Specs** | **Accessories**

The ViewPad 1000 is a network-ready PC in a tablet form factor featuring built-in WAN, LAN and WiFi™ wireless connectivity. The ViewPad 1000 is ideally suited for value-added resellers and system integrators selling mobile vertical market applications. This innovative device offers mobile access to information whether you're in the office or on the road. And with its built-in digital camera, you can capture, send and receive live images from anywhere. The 10.4" high-resolution touch screen allows easy navigation. And at just 4.3 pounds, you can bring your office with you.

**ViewPad™ products in the workplace**

See how businesses, just like yours are **using the ViewPad 1000**.



**Features**

**ViewCare**sm **Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your ViewSonic Tablet PC, choose from Extended Warranty, Express Exchange, Extended Warranty with Express Exchange or Accidental Damage Insurance programs.
**Buy Now**



**The power of a fully functional PC in a tablet form factor**

- Performance optimized for mainstream mobile computing use.
- Brings the ease of use of pen and paper to mobile computing.
- Weighs about 4 pounds.

**Multiple connectivity features**

- Includes built-in support for wireless, wired and dial-up networking.
- Includes wireless keyboard with integrated pointing device.

**Product Details**
- Overview
- Features
- Specs
- Accessories
- Awards


PDF Product Comparison Chart (507 K)


PDF Specsheet (107 K)


PDF User Guide ( 2.3 MB)


Download Drivers/Utilities

- Press Release
- Awards


Print This Page
Email This Page

APLPROS0000010242

- Optional ViewPad 1000 Dock adds one-touch access to common computer peripherals, local area networks, integrated CD-ROM and AC power adapter.

**Take color pictures or record videos on the go**

- The integrated camera enables you to add photos and video clips to presentations, documents and e-mail.

**High resolution 10.4" SVGA touch-screen display**

- Delivers bright, crisp images providing a rich multimedia experience.
- Includes Pivot® software, enabling you to view the screen in portrait or landscape modes.

**One-year limited warranty on parts and labor**

Overview | Features | Specs | Accessories

......................................................................................................

**Specs**

| | | |
|---|---|---|
| Processor | | 800MHz Intel®® Mobile Celeron™ |
| Operating System | | Microsoft Windows® XP Professional Operating System |
| Memory | SDRAM | 256MB (expandable to 512MB) |
| Hard Disk Drive | | 20.0GB |
| Connectivity | | Built-in 802.11b Mini-PCI Wi-Fi™ LAN, RJ-11 56Kbps V.90 modem port, RJ-45 Fast Ethernet port |
| Built-in Camera | | Digital CCD Camera (15fps streaming video and still photos) |
| Graphics | | SIS630 Graphics Controller, AGP 4X Video |
| Video Resolution | Built-in LCD Display | 800x600 in landscape mode 600x800 in portrait mode |
| | External Display | 640x480 at 60Hz, 75Hz, 85Hz 800x600 at 60Hz, 75Hz, 85Hz 1024x768 at 60Hz, 75Hz, 85Hz |
| Display | | High Luminance SVGA 10.4" TFT LCD Display |
| Touch Panel | | Resistive Touch Screen |
| Expansion Slots | | One Type II PC Card |
| Audio | | 18bit A / D stereo, 48KHz sampling rate, built-in microphone and two speakers |
| System Ports | | Two Universal Serial Bus (USB) ports, one microphone and one Audio Out jack, VGA port, infrared data wireless keyboard port, infrared data port, 16-pin connector for ViewPad Dock |
| One-Touch Access Buttons | | Power on, e-mail, Internet |
| Input device | | Wireless keyboard with integrated pointing device |
| Battery | | Rechargeable 5400 mAh Lithium Ion Battery Pack |
| AC Adapter | | 90 - 265V AC 50/60Hz; 16V DC Output Voltage; 2.0A 40W Power Output |
| Dimensions | | 12.2" x 8.9" x 1.4"; 310.5mm x 226.7mm x 36.2mm |

APLPROS0000010243

| Weight | | 4.3 lbs. / 1.95 kgs. |
|---|---|---|
| Additional Software | Web Browser & Applications | Microsoft Internet Explorer 5.5 |
| | Productivity Applications | Microsoft Outlook Express |
| | Communication Applications | Microsoft NetMeeting Citrix® ICA 6.0 |
| | Multimedia Applications | Microsoft Windows Media Player |
| | Additional Applications | Pivot® Software from Portrait Displays, Inc. handwriting recognition software, virtual keyboard, Adobe Acrobat® Reader® |

*Specifications and pricing subject to change without notice. Selection, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.*

Overview | Features | Specs | Accessories

**Accessories**

### ViewPad 1000 Dock
Along with its built-in CD-ROM, the ViewPad 1000 Dock provides convenient connectivity to your LAN, AC power, USB Keyboard, MiniMouse and other common peripherals.



### ViewPad 1000 Battery
Keep a spare handy for long trips without having to recharge.



### ViewPad 1000 Protective Handgrips
Handgrips for easy holding and for outer protection.



### Tablet PC AC Adapter and Power Cord
Charge your Tablet PC anywhere.



### ComboSaver™
Secure and protect LCDs, projectors, and more with this secure keyless combination lock and cable from Kensington.



### Auto / Airline Adapters
Charge your ViewPad while on the go.

BEST AVAILABLE COPY

ViewSonic has partnered with Lind to offer you the convenience of charging your ViewPad while on the road or in the air. **Click here for more details and to order.**



### Screen Protector (5-Pack)
Give your screen an added layer of protection from fingerprints and dust, and minimize scratches with a Screen Protector.



### ViewPad 1000 Stylus (3-Pack)
Keep one at home, one in your briefcase and one in the office



### Slim MicroSaver® Security Cable
Secure and protect LCDs, projectors, and more with this sleekly-designed, secure lock and cable from Kensington.



### ViewPad 1000 Case



### Additional Memory, Flash and PC Card Drives
ViewSonic has partnered with Kingston Technology to bring you reliable memory and digital media options. **Click here for more info or to order.**



### GoAmerica® Wireless Service
Access nationwide wireless service with your ViewPad for secure access to email, corporate data and the world wide web.



Overview | Features | Specs | Accessories

back to top

BEST AVAILABLE COPY

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of:  Andre et al. | Attorney Docket No.:  APL1D297/P3297 |
| Application No.:  29/201,636 | Examiner:  Freda S. Nunn |
| Filed:  March 17, 2004 | Group:  2911 |
| Title:  ELECTRONIC DEVICE | |

*(round stamp: OIPE  SEP 1 4 2004  PATENT & TRADEMARK OFFICE)*

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as first-class mail on September 8, 2004 in an envelope addressed to the Commissioner for Patents, P.O. Box 1450 Alexandria, VA 22313-1450.

Signed: _____ Agnes Spence

## INFORMATION DISCLOSURE STATEMENT
## 37 CFR §§1.56 AND 1.97(b)

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

The references listed in the attached PTO Form 1449, copies of which are attached, may be material to examination of the above-identified patent application.  Applicants submit these references in compliance with their duty of disclosure pursuant to 37 CFR §§1.56 and 1.97.  The Examiner is requested to make these references of official record in this application.

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that these references indeed constitute prior art.

This Information Disclosure Statement is: (i) filed within three (3) months of the filing date of the above-referenced application, (ii) believed to be filed before the mailing date of a first Office Action on the merits, or (iii) believed to be filed before the mailing of a first Office Action after the filing of a Request for Continued Examination under §1.114.  Accordingly, it is believed that no fees are due in connection with the filing of this Information Disclosure Statement.  However, if it is determined that any fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 500388 (Order No. APL1D297).

Respectfully submitted,
BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Registration No. 45,738

P.O. Box 778
Berkeley, CA  94704-0778

SEP 1 4 2004

| Form 1449 (Modified) | Atty Docket No. APL1D297 | Application No.: 29/201,636 |
|---|---|---|
| **Information Disclosure Statement By Applicant** | Applicant: Andre et al. | |
| (Use Several Sheets if Necessary) | Filing Date March 17, 2004 | Group 2913 |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | O | Andre et al., Patent Application No. 29/180,558 entitled "Electronic Device", filed March 17, 2004 |
| | P | "HP Compaq Tablet PC tc1100", downloaded August 27, 2004. |
| | Q | "Tablet PC V1100", downloaded August 27, 2004. |
| | | "ViewPad 1000", downloaded August 27, 2004. |

| Examiner | Date Considered |
|---|---|
| | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**Pg. 1 of 1**

APLPROS0000010247



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPL NO. | FILING OR 371 (c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET NO | DRAWINGS | TOT CLMS | IND CLMS |
|---|---|---|---|---|---|---|---|
| 29/180,558 | 04/25/2003 | 2900 | 460 | APL1D274/P3103 | 3 | 1 | 1 |

22434
BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

**CONFIRMATION NO. 1353**
**UPDATED FILING RECEIPT**

*OC000000010717622*

Date Mailed: 08/18/2003

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections, facsimile number 703-746-9195. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).

**Applicant(s)**

Bartley K. Andre, Menlo Park, CA;
Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;
Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Duncan Robert Kerr, San Francisco, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, San Carlos, CA;
Calvin Q. Seid, Palo Alto, CA;
Christopher J. Stringer, Pacifica, CA;
Eugene Anthony Whang, San Francisco, CA;

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 06/23/2003

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No



**Title**

Media device

**Preliminary Class**

D14

---

## LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLPROS0000010249

DESIGN PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Be It Known That We

Bartley K. Andre
Daniel J. Coster
Daniele De Iuliis
Richard P. Howarth
Jonathan P. Ive
Duncan Robert Kerr
Matthew Dean Rohrbach
Douglas B. Satzger
Calvin Q. Seid
Christopher J. Stringer
Eugene Anthony Whang

have invented a new, original, and ornamental design for a

## MEDIA DEVICE

of which the following is a specification, reference being made to the accompanying drawings forming a part thereof.

APLPROS0000010250

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a media device in accordance with the present
design.  The media device can, for example, be a media player or a media storage
device.

FIG. 2 is a front view for the media device.

FIG. 3 is a rear view for the media device.

FIG. 4 is a top view for the media device.

FIG. 5 is a bottom view for the media device.

FIG. 6 is a right side view for the media device.

FIG. 7 is a left side view for the media device.

## CLAIM

We claim the ornamental design for a **MEDIA DEVICE** substantially as
shown and described.

APL1D274/P3103                         Page 2

APLPROS0000010251



**FIG. 1**

APLPROS0000010252



**FIG. 2**



**FIG. 3**

APLPROS0000010253



**FIG. 4**



**FIG. 5**



**FIG. 6**                    **FIG. 7**

APLPROS0000010254

Day : Tuesday
Date: 9/14/2004

 **PALM INTRANET**

Time: 15:44:06

# Inventor Information for 29/201636

| Inventor Name | City | State/Country |
|---|---|---|
| ANDRE, BARTLEY K. | MENLO PARK | CALIFORNIA |
| COSTER, DANIEL J. | SAN FRANCISCO | CALIFORNIA |
| DE IULIIS, DANIELE | SAN FRANCISCO | CALIFORNIA |
| HOWARTH, RICHARD P. | SAN FRANCISCO | CALIFORNIA |
| IVE, JONATHAN P. | SAN FRANCISCO | CALIFORNIA |
| JOBS, STEVE | PALO ALTO | CALIFORNIA |
| NISHIBORI, SHIN | SAN FRANCISCO | CALIFORNIA |
| KERR, DUNCAN ROBERT | SAN FRANCISCO | CALIFORNIA |
| ROHRBACH, MATTHEW DEAN | SAN FRANCISCO | CALIFORNIA |
| SATZGER, DOUGLAS B. | MENLO PARK | CALIFORNIA |
| SEID, CALVIN Q. | PALO ALTO | CALIFORNIA |
| STRINGER, CHRISTOPHER J. | PORTOLA VALLEY | CALIFORNIA |
| WHANG, EUGENE ANTHONY | SAN FRANCISCO | CALIFORNIA |
| ZORKENDORFER, RICO | SAN FRANCISCO | CALIFORNIA |

| Appln Info | Contents | Petition Info | Atty/Agent Info | Continuity Data | Foreign Data |
|---|---|---|---|---|---|

**Search Another: Application#** [_____] Search    **or Patent#** [_____] Search

**PCT /** [____] / [____] Search    **or PG PUBS #** [_____] Search

**Attorney Docket #** [_____] Search

**Bar Code #** [_____] Search

To go back use Back button on your browser toolbar.

Back to PALM | ASSIGNMENT | OASIS | Home page

APLPROS0000010255



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

**CONFIRMATION NO. 6966**

Bib Data Sheet

| SERIAL NUMBER 29/201,636 | FILING DATE 03/17/2004 RULE | CLASS D14 | GROUP ART UNIT 2911 | ATTORNEY DOCKET NO. APL1D297 |
|---|---|---|---|---|

**APPLICANTS**

Bartley K. Andre, Menlo Park, CA;

Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Steve Jobs, Palo Alto, CA;
Shin Nishibori, San Francisco, CA;
Duncan Robert Kerr, San Francisco, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, Menlo Park, CA;
Calvin Q. Seid, Palo Alto, CA;
Christopher J. Stringer, Portola Valley, CA;
Eugene Anthony Whang, San Francisco, CA;
Rico Zorkendorfer, San Francisco, CA;

** CONTINUING DATA ***************************

** FOREIGN APPLICATIONS ***************************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 05/14/2004

| Foreign Priority claimed ☐ yes ☑ no 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance Verified and Acknowledged    Examiner's Signature    Initials | STATE OR COUNTRY CA | SHEETS DRAWING 4 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

ADDRESS
022434
BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY , CA
94704-0778

TITLE

APLPROS0000010256

Electronic device

| FILING FEE<br>RECEIVED<br>340 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

http://neo:8000/PrexServlet/PrexAction

9/14/04

APLPROS0000010257



### Search Notes

| | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

#### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341-346, 374,424 | 11/3/2004 | FSN |
| D19 | 26,59,60 | | |
| 345 | 104,156, | | |
| | 168,173 | | |
| 434 | 307R, | | |
| | 308,309, | | |
| | 317 | | |
| 178 | 18.03 | | |
| 349 | 12 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341-346 | 11/3/2004 | FSN |
| | | | |
| | | | |

#### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| EAST Search | 11/3/2004 | FSN |
| Name Search | 11/3/2004 | FSN |
| Computer Pubs. | 11/3/2004 | FSN |
| | | |
| | | |
| | | |
| | | |
| | | |

Part of Paper No.  0

APLPROS0000010258

| Issue Classification | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| D14 | 341 | | |

| INTERNATIONAL CLASSIFICATION | |
|---|---|
| | 14/02 |
| | / |
| | / |
| | / |
| | / |

| (Assistant Examiner) (Date) | | | |
|---|---|---|---|
| (Legal Instruments Examiner) (Date) | *Freda S. Nunn 11/3/04*<br>(Primary Examiner) (Date) | **Total Claims Allowed: 1** | |
| | | O.G. Print Claim(s) | O.G. Print Fig. |
| | | 1 | 1 |

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

Part of Paper No.  0

APLPROS0000010259

APPLICANTS COPY
29/201636

| Form 1449 (Modified) | Atty Docket No. APL1D297 Applicant: Andre et al. Filing Date March 17, 2004 | Application No.: 29/201,636 |
|---|---|---|
| **Information Disclosure Statement By Applicant** (Use Several Sheets if Necessary) | | Group 2913 |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| FSN | O | Andre et al., Patent Application No. 29/180,558 entitled "Electronic Device", filed March 17, 2004 |
| | P | "HP Compaq Tablet PC tc1100", downloaded August 27, 2004. |
| | Q | "Tablet PC V1100", downloaded August 27, 2004. |
| FSN | | "ViewPad 1000", downloaded August 27, 2004. |
| Examiner Freda S. Nunn | | Date Considered  11/3/04 |

Examiner: Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**Pg. 1 of 1**

APLPROS0000010260

| *Notice of References Cited* | Application/Control No. 29/201,636 | Applicant(s)/Patent Under Reexamination ANDRE ET AL. | |
|---|---|---|---|
| | Examiner Freda S. Nunn | Art Unit 2911 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-D345,346 | 03-1994 | Alfonso et al. | D14/341 |
| * | B | US-D396,452 | 07-1998 | Naruki, Masatomo | D14/424 |
| * | C | US-D451,505 | 12-2001 | Iseki et al. | D14/341 |
| * | D | US-D453,333 | 02-2002 | Chen, Yu-Bing | D14/374 |
| * | E | US-D458,252 | 06-2002 | Palm et al. | D14/343 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

APLPROS0000010261

APPLICANTS' COPY
29/201,636

① Renumber all
figures as indicated.



FIG. 1A 1



FIG. 1B 2

APLPROS0000010262



**FIG. 2̶3**



**FIG. 3̶4**

APLPROS0000010263



**FIG. 4** 5



**FIG. 5** 6



**FIG. 6** 7



**FIG. 7** 8

APLPROS0000010264



Reduce human figure to broken lines.

FIG. 8 9

APLPROS0000010265

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 29/201,636 | ANDRE ET AL. |
| | **Examiner** | **Art Unit** | |
| | Freda S. Nunn | 2911 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____.

2. ☒ The allowed claim(s) is/are *1*.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
         International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☒ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☒ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08),
    Paper No./Mail Date *0*
4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .
7. ☒ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☒ Other *sketches attached*.

APLPROS0000010266

Application/Control Number: 29/201,636                                    Page 2
Art Unit: 2911

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by *37 CFR 1.312.* To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Because the drawing is it's own best description, the description of FIG. 1 is deemed superfluous and has therefore been canceled. Also, for a definite disclosure and proper numbering, the figure descriptions have been (*37 C.F.R 1.153*) amended to read:

FIG. 1 is a top perspective view of an electronic device in accordance with the present design;
FIG. 2 is a bottom perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a right side view thereof;
FIG. 7 is an upper side view thereof;
FIG. 8 is a lower side view thereof;
FIG. 9 is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative purposes only and form no part of the claimed design.

Furthermore, the inclusion of the statement regarding the appendix is not proper for the specification of a Design Patent application. Therefore, said statement has been cancelled, 37 CFR 1.153.

The drawing disclosure is objectionable because FIGS. 1A-8 have not been properly numbered and, the human figure has not been reduced to broken lines. Therefore, to overcome the objection, the figures currently numbered as FIGS. 1A-8 must be renumbered as FIGS. 1-9. Also, because the human figure is only being shown for illustrative purposes, said figure must be reduced to broken lines. Note the attached sketches. Correction is required, 37 CFR 1.84.

When preparing new drawings in compliance with the requirement therefor, care must be exercised to avoid introduction of anything which could be construed to be new matter prohibited by 35 U.S.C. 132 and 37 CFR 1.121.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Freda S. Nunn, whose telephone number is (571) 272-2607.  The examiner can normally be reached on Monday – Thursday, and alternate Fridays from 7:00 am to 4:00 pm

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Alan Douglas, can be reached at (571) 272-2588.  The FAX phone number for this group is (703)-872-9306.

APLPROS0000010267

Application/Control Number: 29/201,636                              Page 3
Art Unit: 2911


        Information regarding the status of an application may be obtained from the Patent
Application Information Retrieval (PAIR) system.  Status information for published applications
may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished
applications is available through Private PAIR only.  For more information about the PAIR
system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private
PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Freda Selma Nunn
Primary Examiner
Art Unit 2911



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| 022434          7590          11/17/2004 | EXAMINER |
|---|---|
| BEYER WEAVER & THOMAS LLP | NUNN, FREDA S |

P.O. BOX 778
BERKELEY, CA 94704-0778

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 11/17/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $490 | $0 | $490 | 02/17/2005 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.

APLPROS0000010269

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**  **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax**  **(703) 746-4000**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

022434     7590     11/17/2004

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $490 | $0 | $490 | 02/17/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NUNN, FREDA S | 2911 | D14-341000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are enclosed:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____          Date _____

Typed or printed name _____          Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.          OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLPROS0000010270

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

022434      7590      11/17/2004

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

| EXAMINER |
|---|
| NUNN, FREDA S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 11/17/2004

### Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 3 of 3

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.

APLPROS0000010271

# DESIGN ALLOWANCE HOT LIST

Appl. No. _29/201636_          Prepared by _K. HARRIS_
Examiner-TC _NUN   2900_      Date _11/16  04_

## JACKET:

YES  NO    Primary Examiner box complete.
YES  NO    Locarno Classification supplied.

## PTO-892/1449:

YES  NO    Examiner's initials or cross-through lines supplied for each item cited by applicant.
YES  NO    Date(s) supplied/complete on all PTO-1449/892 sheets.  (Month and year required.)

## SPEC:

YES  NO    Brief Description of Drawings includes description of each figure in drawings.
YES  NO    Continuing data is mentioned in 1st paragraph. (Can be an insert.)

## TITLE:

YES  NO    Title matches claim.

Jul-03

APLPROS0000010272



# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: Andre et al. | Attorney Docket No.: APL1D297 |
| Application No.: 29/201,636 | Examiner: Nunn, Freda S. |
| Filed: March 17, 2004 | Group: 2911 |
| Title: ELECTRONIC DEVICE | |

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the U.S.
Postal Service with sufficient postage as first-class mail on February 11, 2005
in an envelope addressed to the Commissioner for Patents, P.O. Box 1450
Alexandria, VA 22313-1450.

Signed: _____
Agnes Spence

## SEPARATE LETTER TO THE OFFICIAL DRAFTSMAN REQUESTING ENTERING OF FORMAL DRAWINGS (MPEP 608.02(p))

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the objections made due to informalities in the original drawings (or to corrections approved by the Examiner), enclosed are substitute (formal) drawings for the above-identified patent application. If the Draftsman has any question concerning these drawings, he or she is respectfully requested to contact the undersigned.

Respectfully submitted,
BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Registration No. 45,738

P.O. Box 70250
Oakland, CA 94612-0250
650-961-8300

2 9,201,656



**FIG. 1**

BEST AVAILABLE COPY



**FIG. 2**

APLPROS0000010274

BEST AVAILABLE COPY



**FIG. 3**



**FIG. 4**

APLPROS0000010275

OIPE
FEB 1 5 2005
PATENT & TRADEMARK OFFICE

BEST AVAILABLE COPY



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

29, 201, 636

BEST AVAILABLE COPY



**FIG. 9**

APLPROS0000010277

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or <u>Fax</u>    (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

022434      7590      11/17/2004

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

02/16/2005 SSITHIB2 00000029 29201636

01 FC:1502          800.00 OP
02 FC:8001           36.00 OP

*(stamp: O I P E / FEB 1 5 2005 / PATENT & TRADEMARK OFFICE)*

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

Agnes Spence _____ (Depositor's name)

_Agnes Spence_ (Signature)

February 11, 2005 (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | ~~$890~~ $800 | $0 | ~~$890~~ $800 | 02/17/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NUNN, FREDA S | 2911 | D14-341000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Beyer Weaver & Thomas, LLP
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Apple Computer, Inc.

(B) RESIDENCE: (CITY and STATE or COUNTRY)

Cupertino, CA

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies ___12___

4b. Payment of Fee(s):
☒ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number ___500388___ (enclose an extra copy of this form). *any additional*

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _Q Hoellwarth_    Date _2/11/05_

Typed or printed name _Quin C. Hoellwarth_    Registration No. _45,738_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

APLPROS0000010278

# ARTIFACT SHEET

Enter artifact number below.  Artifact number is application number +
artifact type code (see list below) + sequential letter (A, B, C ...).  The first
artifact folder for an artifact type receives the letter A, the second B, etc..
Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

29,201,636 CA

Indicate quantity of a single type of artifact received but not scanned.  Create
individual artifact folder/box and artifact number for each Artifact Type.

☐    CD(s) containing:        ☐
      computer program listing
      Doc Code: Computer     Artifact Type Code: P
      pages of specification
      and/or sequence listing      ☐
      and/or table
      Doc Code: Artifact      Artifact Type Code: S
      content unspecified or combined   ☐
      Doc Code: Artifact      Artifact Type Code: U

**4**    Stapled Set(s) Color Documents or B/W Photographs
      Doc Code: Artifact    Artifact Type Code: C

☐    Microfilm(s)
      Doc Code: Artifact    Artifact Type Code: F

☐    Video tape(s)
      Doc Code: Artifact    Artifact Type Code: V

☐    Model(s)
      Doc Code: Artifact    Artifact Type Code: M

☐    Bound Document(s)
      Doc Code: Artifact    Artifact Type Code: B

☐    Confidential Information Disclosure Statement or Other Documents
      marked Proprietary, Trade Secrets, Subject to Protective Order,
      Material Submitted under MPEP 724.02, etc.
      Doc Code: Artifact    Artifact Type Code X

☐    Other, description: _____
      Doc Code: Artifact    Artifact Type Code: Z

March 8, 2004

APLPROS0000010279



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

| 22434     7590     05/06/2005 | EXAMINER |
|---|---|
| BEYER WEAVER & THOMAS LLP | NUNN, FREDA S |
| P.O. BOX 70250 | |

| OAKLAND, CA  94612-0250 | ART UNIT | PAPER NUMBER |
|---|---|---|
| | 2911 | |

DATE MAILED: 05/06/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

APLPROS0000010280

| *Supplemental* *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>the eIDS filed September 8, 2004</u>.

2. ☒ The allowed claim(s) is/are <u>1</u>.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date <u>September 8, 2004</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

Freda S. Nunn
Primary Examiner
Art Unit 2911

APLPROS0000010281

## ELECTRONIC INFORMATION DISCLOSURE STATEMENT

Electronic Version v18

Stylesheet Version v18.0

| Title of Invention | ELECTRONIC DEVICE |
|---|---|

Application Number :     29/201636

Confirmation Number:     6966

First Named Applicant:     Bartley Andre

Attorney Docket Number:     APL1D297

Art Unit:     2911

Examiner:     Freda S. Nunn

Search string:     ( 4976435 or 5192082 or 5661632 or 5964661 or 6254477 or D183809 or D264969 or D349923 or D359306 or D362272 or D362461 or D378686 or D385299 or D386521 or D399526 or D402310 or D410028 or D412940 or D425558 or D430117 or D430169 or D437860 or D445787 or D448810 or D449606 or D491933 or D450713 or D452250 or D469109 or D472245 or D481036 or D481718 or D486823 or D487457 or D487742 or D489717 or D490420 or D491936 or D494164 ).pn

## US Patent Documents

**Note: Applicant is not required to submit a paper copy of cited US Patent Documents**

| init | Cite.No. | Patent No. | Date | Patentee | Kind | Class | Subclass |
|---|---|---|---|---|---|---|---|
| FN | 1 | 4976435 | 1990-12-11 | Shatford et al. | | | |
| | 2 | 5192082 | 1993-03-09 | Inoue et al. | | | |
| | 3 | 5661632 | 1997-08-26 | Register | | | |
| | 4 | 5964661 | 1999-10-12 | Dodge | | | |
| | 5 | 6254477 | 2001-07-03 | Sasaki | | | |
| | 6 | D183809 | 2003-12-16 | Lim | | | |
| | 7 | D264969 | 1982-06-15 | McGourty | | | |
| | 8 | D349923 | 1994-08-23 | Billings et al. | | | |
| | 9 | D359306 | 1995-06-13 | Lande et al. | | | |
| | 10 | D362272 | 1995-09-12 | Luong | | | |
| | 11 | D362461 | 1995-08-19 | Luong | | | |
| | 12 | D378686 | 1997-04-01 | Proctor et al. | | | |
| | 13 | D385299 | 1997-10-21 | Adams | | | |
| | 14 | D386521 | 1997-11-18 | Eisenbaum | | | |
| | 15 | D399526 | 1998-10-13 | Brady | | | |
| | 16 | D402310 | 1998-12-08 | Hendricks | | | |
| | 17 | D410028 | 1999-05-18 | Fyffe | | | |
| | 18 | D412940 | 1999-08-07 | Kato et al. | | | |
| FN | 19 | D425558 | 2000-05-23 | Tarpenning | | | |

APLPROS0000010282

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FDN | 20 | D430117 | 2000-08-29 | Sachs et al. | | | | | | |
| | 21 | D430169 | 2000-08-29 | Scibora | | | | | | |
| | 22 | D437860 | 2001-02-20 | Suzuki | | | | | | |
| | 23 | D445787 | 2001-07-31 | Francis | | | | | | |
| | 24 | D448810 | 2001-10-02 | Goto | | | | | | |
| | 25 | D449606 | 2001-10-23 | Lee et al. | | | | | | |
| | 26 | D491933 | 2004-06-22 | Guo | | | | | | |
| | 27 | D450713 | 2001-11-20 | Masamitsu et al. | | | | | | |
| | 28 | D452250 | 2001-12-18 | Chan | | | | | | |
| | 29 | D469109 | 2003-01-21 | Andre | | | | | | |
| | 30 | D472245 | 2003-03-25 | Andre et al. | | | | | | |
| | 31 | D481036 | 2003-10-21 | Wentt | | | | | | |
| | 32 | D481718 | 2003-11-04 | Chiang et al. | | | | | | |
| | 33 | D486823 | 2004-02-17 | Kuo | | | | | | |
| | 34 | D487457 | 2004-03-09 | Liu | | | | | | |
| | 35 | D487742 | 2004-03-23 | Huang et al. | | | | | | |
| | 36 | D489717 | 2004-05-11 | Hsien | | | | | | |
| ✓ | 37 | D490420 | 2004-05-25 | Solomon | | | | | | |
| ✓ | 38 | D491936 | 2004-06-22 | Jao | | | | | | |
| FDN | 39 | D494164 | 2004-08-10 | Wu et al. | | | | | | |

## Signature

| Examiner Name | Date |
|---|---|
| Freda S. Nunn | 5/2/05 |

APLPROS0000010283



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Donald R. Banowit | Ann E. Summerfield | Michael R. Malek* | Danielle L. Letting |
| Jorge A. Goldstein | Peter A. Jackman | Helene C. Carlson | Carla Ji-Eun Kim | Lori Brandes |
| David K.S. Cornwell | Brian J. Del Buono | Cynthia M. Bouchez | Doyle A. Siever* | Steven C. Oppenheimer |
| Robert W. Esmond | Mark Fox Evens | Timothy A. Doyle | Ulrike Winkler Jenks | Aaron S. Lukas |
| Tracy-Gene G. Durkin | Vincent L. Capuano | Gaby L. Longsworth | Paul A. Calvo | Gaurav Asthana |
| Michele A. Cimbala | Elizabeth J. Haanes | Lori A. Gordon | Robert A. Schwartzman | Robert E. Bakin |
| Michael B. Ray | Michael D. Specht | Laura A. Vogel | C. Matthew Rozier* | Salvador M. Bezos |
| Robert E. Sokohl | Kevin W. McCabe | Bashir M.S. Ali | Shameek Ghose | |
| Eric K. Steffe | Glenn J. Perry | Shannon A. Carroll | Randall K. Baldwin | Of Counsel |
| Michael Q. Lee | Edward W. Yee | Anbar F. Khal | Daniel J. Nevrivy | Edward J. Kessler |
| John M. Covert | Grant E. Reed | Michelle K. Holoubek | | Kenneth C. Bass III |
| Robert C. Millonig | Virgil Lee Beaston | Marsha A. Rose | Registered Patent Agents• | Marvin C. Guthrie |
| Donald J. Featherstone | Theodore A. Wood | Scott A. Schaller | Karen R. Markowicz | Christopher P. Wrist |
| Timothy J. Shea, Jr | Joseph S. Ostroff | Lei Zhou | Matthew J. Dowd | |
| Michael V. Messinger | Jason D. Eisenberg | W. Blake Coblentz | Mita Mukherjee | *Admitted only in Maryland |
| Judith U. Kim | Tracy L. Muller | James J. Pohl | Scott M. Woodhouse | * Admitted only in Virginia |
| Jeffrey T. Helvey | Jon E. Wright | John T. Haran | Peter A. Socarras | •Practice Limited to |
| Eldora L. Ellison | LuAnne M. DeSantis | Mark W. Rygiel | Jeffrey K. Mills | Federal Agencies |

January 31, 2008

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Attn: Mail Stop Post Issue*

Re:     U.S. Design Patent Application
        Patent No. D503,532; Issued: April 5, 2005
        For:    Electronic Device Holder
        Inventors: ANDRE *et al.*
        Our Ref:  2607.1200000(P3244US1)/TGD

Sir:

Transmitted herewith for appropriate action are the following documents:

1.  Power of Attorney to Prosecute Applications Before the USPTO;

2.  Statement Under 37 C.F.R. § 3.73(b); and

3.  Change of Correspondence Address.

The above-listed documents are filed electronically through EFS-Web.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/AKS:ecw
Enclosures

775798_1.DOC

Sterne, Kessler, Goldstein & Fox P.L.L.C.  :  1100 New York Avenue, NW  :  Washington, DC 20005  :  202.371.2600  f 202.371.2540  : www.skgf.com

APLPROS0000010284

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2797705 |
| **Application Number:** | 29201636 |
| **International Application Number:** | |
| **Confirmation Number:** | 6966 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. Andre |
| **Customer Number:** | 22434 |
| **Filer:** | Tracy-Gene G. Durkin/Erin Wong |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | APL1D297 |
| **Receipt Date:** | 31-JAN-2008 |
| **Filing Date:** | 17-MAR-2004 |
| **Time Stamp:** | 18:27:19 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1200000.pdf | 201138<br>9490a7e6c729e15c7a075fb228370ac7d0e7c99e | yes | 4 |

APLPROS0000010285

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Power of Attorney | 2 | 2 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 3 | 3 |
| Change of Address | 4 | 4 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 201138 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010286

PTO/SB/123 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CHANGE OF CORRESPONDENCE ADDRESS *Patent* | | |
|---|---|---|
| Address to:<br>Mail Stop Post Issue<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **Patent Number** | D503,532 |
| | **Issue Date** | April 5, 2005 |
| | **Application Number** | 29/196,833 |
| | **Filing Date** | January 5, 2004 |
| | **First Named Inventor** | Bartley K. ANDRE |
| | **Attorney Docket Number** | 2607.1200000 |

Please change the Correspondence Address for the above-identified patent to:

[X] The address associated with Customer Number:   **63975**

*OR*

[ ] **Firm *or* Individual Name**

**Address**

| **City** | **State** | **ZIP** |
|---|---|---|

**Country**

| **Telephone** | **Email** |
|---|---|

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

This form will not affect any "fee address" provided for the above-identified patent. To change a "fee address" use the "Fee Address Indication Form" (PTO/SB/47).

I am the:

[ ] Patentee.

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

[X] Attorney or agent of record. Registration Number ___32,831___.

| Signature | *(signature)* |
|---|---|
| Typed or Printed Name | Tracy-Gene G. Durkin |

| Date | January 31, 2008 | Telephone | (202) 371-2600 |
|---|---|---|---|

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[✓] *Total of ___1___ forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLPROS0000010287

PTO/SB/96 (11-07)
Approved for use through 11/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

2607.1200000(P3244US1)/TGD

Applicant/Patent Owner: __ANDRE et al.__

Application No./Patent No.: __D503,532__   Filed/Issue Date: __April 5, 2005__

Entitled: __Electronic Device Holder__

__Apple Inc._____, a _____corporation_____
(Name of Assignee)                                (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:
1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest
   (The extent (by percentage) of its ownership interest is _____%)

in the patent application/patent identified above by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded
   in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy
   thereof is attached.
OR
B. [X] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: _____Andre et al._____   To: _____Apple Computer, Inc._____
      The document was recorded in the United States Patent and Trademark Office at
      Reel __014496__, Frame _____0262_____, or for which a copy thereof is attached.

   2. From: _____Apple Computer, Inc._____   To: _____Apple Inc._____
      The document was recorded in the United States Patent and Trademark Office at
      Reel __019000__, Frame _____0383_____, or for which a copy thereof is attached.

   3. From: _____   To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[X] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee
   was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.
   [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment
   Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP
   302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____          __1/31/08_____
Signature                                Date

__Tracy-Gene G. Durkin, Reg. No. 32,831__   __202-371-2600_____
Printed or Typed Name                     Telephone Number

__Patent Attorney__
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

APLPROS0000010288

PTO/SB/80 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[X] Practitioners associated with the Customer Number:    | 63975 |

**OR**

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|------|---------------------|------|---------------------|
|      |                     |      |                     |
|      |                     |      |                     |
|      |                     |      |                     |
|      |                     |      |                     |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[X] The address associated with Customer Number:    | 63975 |

**OR**

| Firm or Individual Name |   |
|-------------------------|---|
| Address |   |
| City |   | State |   | Zip |   |
| Country |   |
| Telephone |   | Email |   |

Assignee Name and Address:

Apple Inc.

1 Infinite Loop

Cupertino, CA 95014

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

### SIGNATURE of Assignee of Record

The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature |  | Date | May 14, 2007 |
| Name | Richard J. Lutton | Telephone | (408)974-9453 |
| Title | Assistant Secretary and Chief Patent Counsel |  |  |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Elizabeth J. Haanes | James J. Pohl | Keisha Hylton-Rodic | Jonathan Tuminaro |
| Jorge A. Goldstein | Michael D. Specht | John T. Haran | Bonnie Nannenga-Combs | Gaurav Asthana |
| David K.S. Cornwell | Kevin W. McCabe | Mark W. Rygiel | Alyssa K. Sandrowitz | Yasser Mourtada |
| Robert W. Esmond | Glenn J. Perry | Michael R. Malek | Jonathan M. Strang | Cynthia L. DeRenzo |
| Tracy-Gene G. Durkin | Theodore A. Wood | Carla Ji-Eun Kim | Ishan P. Weerakoon | Omar F. Amin |
| Michele A. Cimbala | Gaby L. Longsworth | Doyle A. Siever* | Chenghua Luo | R. Wilson Powers III |
| Michael B. Ray | Edward W. Yee | Ulrike Winkler Jenks | Salvador M. Bezos* | Erin C. Wong |
| Robert E. Sokohl | Grant E. Reed | Paul A. Calvo | Bruce B. Vance | Joseph E. Mutschelknaus |
| Eric K. Steffe | Tracy L. Muller | C. Matthew Rozier | Justin T. Sher | Kavon Nasabzadeh |
| Michael Q. Lee | Jon E. Wright | Randall K. Baldwin | Byron L. Pickard | Aaron S. Ward |
| John M. Covert | LuAnne M. DeSantis | Lori M. Brandes | Kellie R. DiNapoli* | |
| Robert C. Millonig | Helene C. Carlson | Deborah A. Sterling | Richard B. Almon** | *Of Counsel* |
| Donald J. Featherstone | Cynthia M. Bouchez | Jeremy M. Klass | Christopher B. Ferenc* | Edward J. Kessler |
| Timothy J. Shea, Jr. | Timothy A. Doyle | Stephanie L. Elmer | Jeffrey R. Fougere* | Kenneth C. Bass III |
| Michael V. Messinger | Lori A. Gordon | Jeffrey K. Mills | William P. Ladd* | Christopher P. Whist |
| Judith U. Kim | Shannon A. Carroll | Mita Mukherjee* | | David C. Isaacson |
| Mark Fox Evens | Anbar F. Khal | Scott M. Woodhouse* | *Registered Patent Agents*♦ | Jason D. Eisenberg |
| Jeffrey T. Helvey | Michelle K. Holoubek | Peter A. Socarras | Karen R. Markowicz | |
| Eldora L. Ellison | Marsha A. Rose | Christian A. Camarce | Danielle L. Letting | *Admitted only in Maryland |
| Donald R. Banowit | Scott A. Schaller | Richard D. Coller | Steven C. Oppenheimer | *Admitted only in Virginia |
| Peter A. Jackman | Lei Zhou | Patrick F. Hansen | Aaron S. Lukas | ♦Practice Limited to |
| Brian J. Del Buono | W. Blake Coblentz | Ross G. Hicks | | Federal Agencies |

August 5, 2009

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents          ***Attn: Mail Stop Post Issue***
PO Box 1450
Alexandria, VA 22313-1450

    Re:    U.S. Design Patent
             Patent No. D504,889; Issued: May 10, 2005
             For:    Electronic Device
             Inventors: ANDRE *et al.*
             Our Ref: 2607.1220000(P3297US1)/TGD

Sir:

      Transmitted herewith for appropriate action are the following documents:

1.  Power of Attorney to Prosecute Applications Before the USPTO;

2.  Statement Under 37 C.F.R. § 3.73(b); and

3.  Change of Correspondence Address.

The above-listed documents are filed electronically through EFS-Web.

      In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

      The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

                    Respectfully submitted,

                    STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                    Tracy-Gene G. Durkin
                    Attorney for Applicants
                    Registration No. 32,831

TGD/tts
Enclosures

APLPROS0000010290

PTO/SB/80 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[X] Practitioners associated with the Customer Number:   | 63975 |

**OR**

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|------|------|------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned _only_ to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[X] The address associated with Customer Number:   | 63975 |

**OR**

| Firm or Individual Name | |
|------|------|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address:

Apple Inc.

1 Infinite Loop

Cupertino, CA 95014

A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.

### SIGNATURE of Assignee of Record

The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | May 14, 2007 |
| Name | Richard J. Lutton | Telephone | (408)974-9453 |
| Title | Assistant Secretary and Chief Patent Counsel | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5833242 |
| **Application Number:** | 29201636 |
| **International Application Number:** | |
| **Confirmation Number:** | 6966 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. Andre |
| **Customer Number:** | 22434 |
| **Filer:** | Tracy-Gene G. Durkin/Terriel Spruill |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | APL1D297 |
| **Receipt Date:** | 05-AUG-2009 |
| **Filing Date:** | 17-MAR-2004 |
| **Time Stamp:** | 15:11:55 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 2607122POA.pdf | 235700<br>3bdaba81545f023504e9647cfc1ae9d358449f33 | yes | 4 |

APLPROS0000010292

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Power of Attorney | 2 | 2 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 3 | 3 |
| Change of Address | 4 | 4 |

| **Warnings:** | |
|---|---|
| **Information:** | |
| **Total Files Size (in bytes):** | 235700 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLPROS0000010293

PTO/SB/123 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CHANGE OF CORRESPONDENCE ADDRESS *Patent* | Patent Number | D504,889 |
|---|---|---|
| | Issue Date | May 10, 2005 |
| | Application Number | 29/201,636 |
| Address to: Mail Stop Post Issue Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Filing Date | March 17, 2004 |
| | First Named Inventor | Bartley K. ANDRE |
| | Attorney Docket Number | 2607.1220000(P3297US1)/TGD |

Please change the Correspondence Address for the above-identified patent to:

[X] The address associated with Customer Number: | **63975**

*OR*

| [X] Firm *or* Individual Name | |
|---|---|
| **Address** | |
| **City** | **State** | **ZIP** |
| **Country** | |
| **Telephone** | **Email** |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

This form will not affect any "fee address" provided for the above-identified patent. To change a "fee address" use the "Fee Address Indication Form" (PTO/SB/47).

I am the:

[ ] Patentee.

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
    Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

[X] Attorney or agent of record. Registration Number _____32,831_____.

| Signature | *Tracy Durkin (signature)* |
|---|---|
| Typed or Printed Name | Tracy-Gene G. Durkin |
| Date | August 5, 2009 | Telephone | (202) 371-2600 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of __1__ forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLPROS0000010294

PTO/SB/96 (06-09)
Approved for use through 06/30/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

2607.1220000(P3297US1)/TGD

Applicant/Patent Owner: __ANDRE et al.__

Application No./Patent No.: __D504,889__ Filed/Issue Date: __May 10, 2005__

Titled: __Electronic Device__

____Apple Inc.____ , a ____corporation____
(Name of Assignee)    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X]  the assignee of the entire right, title, and interest in;

2. [ ]  an assignee of less than the entire right, title, and interest in
        (The extent (by percentage) of its ownership interest is _____ %); or

3. [ ]  the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [ ]  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in
        the United States Patent and Trademark Office at Reel _____ , Frame _____ , or for which a
        copy therefore is attached.

**OR**

B. [X]  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: ____Andre et al.____    To: ____Apple Computer, Inc.____

      The document was recorded in the United States Patent and Trademark Office at

      Reel ____015120____ , Frame ____0170____ , or for which a copy thereof is attached.

   2. From: ____Andre et al.____    To: ____Apple Computer, Inc.____

      The document was recorded in the United States Patent and Trademark Office at

      Reel ____015809____ , Frame ____0070____ , or for which a copy thereof is attached.

   3. From: ____Apple Computer, Inc.____    To: ____Apple Inc.____

      The document was recorded in the United States Patent and Trademark Office at

      Reel ____019000____ , Frame ____0383____ , or for which a copy thereof is attached.

[ ]  Additional documents in the chain of title are listed on a supplemental sheet(s).

[X]  As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
     or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

     [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in
     accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____    ____August 5, 2009____
Signature                                 Date

____Tracy-Gene G. Durkin, Reg. No. 32,831____    ____Patent Attorney____
Printed or Typed Name                          Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time
you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S.
Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 |

**CONFIRMATION NO. 6966**

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**POA ACCEPTANCE LETTER**


*OC000000037277745*

Date Mailed: 08/07/2009

# NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/07/2009.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/dolipscomb/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

APLPROS0000010296



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 |

**CONFIRMATION NO. 6966**
**POWER OF ATTORNEY NOTICE**

22434
Weaver Austin Villeneuve & Sampson LLP
P.O. BOX 70250
OAKLAND, CA 94612-0250


*OC000000037277737*

Date Mailed: 08/07/2009

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/07/2009.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as
provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

/dolipscomb/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

APLPROS0000010297