# EXHIBIT 27



1869541

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 06, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY OF THE PATENT AND TRADEMARK OFFICE A JAPAN PATENT NUMBER JP D1178470.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１５年７月７日（２００３．７．７）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１１７８４７０号（Ｄ１１７８４７０）
（２４）【登録日】平成１５年５月１６日（２００３．５．１６）
（５４）【意匠に係る物品】映像表示機
（５２）【意匠分類】Ｈ４－３３２
（５１）【国際意匠分類（参考）】１４－０２
（２１）【出願番号】意願２００２－２４５６３（Ｄ２００２－２４５６３）
（２２）【出願日】平成１４年９月１０日（２００２．９．１０）
（７２）【創作者】
【氏名】長谷川　豊
【住所又は居所】東京都品川区北品川６丁目７番３５号　ソニー株式会社内
（７３）【意匠権者】
【識別番号】０００００２１８５
【氏名又は名称】ソニー株式会社
【住所又は居所】東京都品川区北品川６丁目７番３５号
【審査官】渡邊　久美
（５６）【参考文献】意登８４５１５６　意登８４５１５７　意登９９９８５０　意登１０１０５８９　意登１０４４３４５　意登１０４４３４５－２　意登１０９３４７９　実開昭６３－２６８６５　実開平４－７５３７１　実開平４－１１９４７８　実開平４－１２０９８１　商店建築、１２号、３６巻、（１９９１－１２－１）、１２７頁　日経デザイン、１７６号、（２００２－１－２４）、３８頁　ＢｅａｕＳｉｇｎ誕生（電波新聞８．９．５Ｐ９）、１頁　ＬＥＤＤＩＳＰＬＡＹアドサイン'９４総合カタログ（電波新聞Ｐ５１９９４，３，１７）、２頁　ＳＢＤ－２３Ｃ超高輝度３色カラーＬＥＤ電子ディスプレイ（電波新聞１９９３－１１－６，Ｐ３１）、１頁、ＳＢＤ－２３Ｃ　らくらくサイン（日刊工業新聞　Ｈ１１．９．１　Ｐ３９）、２頁　ピアディ　ＰＡＤ－２３　ＰＡＤ－２３Ｄ　（電波新聞　Ｈ１１．３．１　Ｐ２３）、１頁　ワイド画面　ピアデイ２０００（電波新聞　Ｈ１２．２．３　Ｐ１５）、２頁　順番待ち表示器ＪＱ－１０００型　（日刊工業新聞　Ｈ１１．５．１７　Ｐ８）、３頁、ＪＱ－１０００Ｗ　大韓民国意匠商標公報、２００１－３１、（２００２－３－９）、３０－０２８５５３１　その他、カタログあり。
（５５）【意匠に係る物品の説明】本願意匠に係る物品は、電子計算機等から無線にて受信した画像、映像及び文字データ等を透明である表示部に表示させることができるものである。また、透明部を示す参考正面図に示した通り、フレーム以外は全て透明であり、電源はフレーム型の蓄電池より供給されるものである。
（５５）【意匠の説明】透明部を示す参考正面図中、斜線を施した部分は透明である。
【図面】
【斜視図】

SAMNDCA00402405

(2)  意匠登録１１７８４７０



【透明部を示す参考正面図】



【正面図】

SAMNDCA00402406

(3)　　　　　　　　　　　　意匠登録１１７８４７０



【背面図】



【右側面図】

SAMNDCA00402407

(4)                                      意匠登録１１７８４７０

【平面図】

【左側面図】

SAMNDCA00402408

(5)  意匠登録１１７８４７０

【底面図】

SAMNDCA00402409

CERTIFICATION STATEMENT

I, Robert Ginns, of California, USA, hereby declare that I am a professional translator/editor experienced in translating Japanese technical documents into English, and certify that the foregoing is a true and accurate translation to the best of my knowledge and capability.

Document Name: JPD1178470

Translation Date: May 9, 2012

*Robert M. Ginns*

Translator's Signature                                              Date: May 9, 2012

<u>Robert Ginns</u>

SAMNDCA00402410



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 06, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY OF THE PATENT AND TRADEMARK OFFICE A JAPAN PATENT NUMBER JP D1178470.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

SAMNDCA00402411

| | |
|---|---|
| (19) [Publication Country] | Japan Patent Office (JP) |
| (45) [Publication Date] | July 7, 2003 |
| (12) [Gazette Classification] | Design Gazette (S) |
| (11) [Registration No.] | Design Registration No. 1178470 (D1178470) |
| (24) [Registration Date] | May 16, 2003 |
| (54) [Article to which the design is applied] | Video Display |
| (52) [Design Classification] | H5-332 |
| (51) [International Design Classification (Reference)] | 14-02 |
| (21) [Application No.] | Design 2002-24563 (D2002-24563) |
| (22) [Application Date] | September 10, 2002 |
| (72) [Creator] | |
| [Name] | Hasegawa, Yutaka |
| [Location or Residence] | c/o Sony Corp. |
| | 6-7-35 Kita Shinagawa Shinagawa-ku Tokyo |
| (73) [Owner of a registered design right] | |
| [Identification No.] | 000002185 |
| [Name or Title] | Sony, Corp. |
| [Location or Residence] | 6-7-35 Kita Shinagawa Shinagawa-ku Tokyo |
| [Examiner] | Watanabe, Kumi |

(56) [Reference Citations]
Design 845156, 845157, 999850, 1010589, 1044345, 1-44345-2, 1093479, S63-26865 (U), H4-75371 (U), H4-119478 (U), H4-120981 (U), Shotenkichiku No. 12, Vol. 36 (1991-12-1), p. 127, Nikkei Design , No. 176 (2002-1-24), p. 38  BeauSign Birthday (Electromagnetic Wave Newspaper September 5, 1997, p. 9), p, 1, LED DISPLAY Ad Sign, 94 complete catalog (Electromagnetic Wave Newspaper P5 March 17, 1994, p. 2, SBD-23C Ultra Luminance 3 color LED electronic display (Electromagnetoic Wave Newspaper November 6, 1993, P31), p. 1, SBD-23C , Easy Sign (Nikkan Kogyo Shimbun September 1, 1999, P39) p. 2 Piadi PAD-23 PAD-23D (Electromagnetic Newspaper March 1, 1999 P23), p. 1  wide screen piadi 2000 (Electromagnetic Newspaper February 3, 2000 P15) p. 2, waiting display JQ-1000 model (Nikkan Kogyo Shimbun May 17, 1999 P 18), p. 3 JQ-1000W Korea Design Gazette, 2001-31, (March 9, 2000), 30-0285531, other, catalog.

(55) [Explanation of article related to design]
 The article related to this application design can display on a display unit that is transparent images received wirelessly from electronic calculators and the like, movies, and text data. In addition, following the reference front view that display the transparent part, other than the frame, everything is transparent and the power supply is from a frame-type rechargeable battery.

| | |
|---|---|
| (55) [Explanation of design] | Within the reference front view that show the transparent part, the portion with the slanting line is transparent. |

[Drawings]
[Perspective View]

SAMNDCA00402412

(2)     Design Registration 1178470



[Reference front view showing transparent part]



[Front view]

SAMNDCA00402413

(3)                              Design Registration 1178470



[Back view]

[Right side view]

SAMNDCA00402414

(4)                           Design Registration 1178470

[Level view]

[Left view]

SAMNDCA00402415

(5)  Design Registration 1178470

[Base view]

SAMNDCA00402416