# EXHIBIT 28



1869815
THE UNITED STATES OF AMERICA
TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 30, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY OF

FOREIGN PATENT NUMBER KR30-0304213.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

SAMNDCA00402622

# (19) 대한민국특허청(KR)
# (12) 등록의장공보(S)

(52) 분류 H4 - 460

(45) 공고일자 2002년08월16일
(11) 등록번호 30 - 0304213
(24) 등록일자 2002년07월24일

(21) 출원번호 30 - 2001 - 0017890
(22) 출원일자 2001년06월29일

(73) 등록권자 주식회사 이트로닉스
인천 부평구 청천2동 177번지

(72) 창작자 용환석
서울특별시서초구방배동2877 - 41

(74) 대리인 이수웅

담당심사관 이경호

(54) 포터블 오디오

입체의장 도면

의장의 대상이 되는 물품
포터블 오디오

의장의 설명

1. 재질은 합성수지 및 금속재 임.

의장 창작 내용의 요점

'포터블 오디오'의 형상과 모양의 결합을 의장창작내용의 요점으로 함.

SAMNDCA00402623

사시도

정면도

배면도
정면도와 동일

SAMNDCA00402624

등록의장 30 - 0304213

좌측면도



우측면도



평면도



- 3 -

SAMNDCA00402625

등록의장 30 - 0304213

저면도

- 4 -

SAMNDCA00402626

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***KR300304213*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

May 8, 2012

Alex N. Jo, Translator



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 30, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY OF

FOREIGN PATENT NUMBER KR30-0304213.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

**(19) Korea Intellectual Property Office (KIPO) (KR)**
**(12) Official Gazette of Registered Industrial Designs (S)**

(52) Classification H4-460

(45) Publication Date: August 16, 2002
(11) Registration No.: 30-0304213
(24) Registration Date: July 24, 2002

(21) Application No.: 30-2001-0017890
(22) Application Date: June 29, 2001

(73)Design right holder Etronics Co., Ltd.
177 Chungcheon 2-dong, Bupyeong-gu, Incheon, Korea

(72) Inventors: Hwan Seok Yong
2877-41 Bangbae-dong, Seocho-gu, Seoul, Korea

(74) Agent: SooWoong Lee

**Examiner: Gyeong Ho Lee**

**(54) Portable Audio**

**Three-dimensional Drawing of the Design**

**Physical Target Object of the Design**
Portable phone

**Description of the Design**

1. It is made of synthetic resin and metals.

**Main Points of the Creative Design Contents**

The main point of the creative design contents is the combination of the appearance and shape of a 'portable audio'.

SAMNDCA00402629

Registered Design 30-0304213

**Perspective View**

**Frontal View**

**Rear View**
**Same as the Frontal View**

SAMNDCA00402630

Registered Design 30-0304213

**Left Lateral View**

**Right Lateral View**

**Plan View**

Registered Design 30-0304213

**[Bottom View]**

- 4 -

SAMNDCA00402632