# EXHIBIT 29

1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
2

3

4    APPLE, INC., a California        )
     corporation,                     )
5                                     )
               Plaintiff,             )
6                                     )
               vs.                    ) Case No.
7                                     ) 11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD.,   )
8    a Korean business entity;        )
     SAMSUNG ELECTRONICS AMERICA,     )
9    INC., a New York corporation;    )
     SAMSUNG TELECOMMUNICATIONS       )
10   AMERICA, LLC, a Delaware         )
     limited liability company,       )
11                                    )
               Defendants.            )
12

13

14

15        VIDEOTAPED DEPOSITION OF ROGER F. FIDLER

16          TAKEN ON BEHALF OF THE PLAINTIFF

17              SEPTEMBER 23, 2011

18

19

20
          (Starting time of the deposition:  9:32 a.m.)
21

22

23

24

25    Job Number: 41966

1              THE WITNESS:  Uh-huh.

2              MR. ZELLER:  If you understand the

3    question, you can try and answer it, but I -- I think

4    the question is objectionable is all I'm saying.

5         A.   The tablet PCs that were introduced by

6    Microsoft or encouraged by Microsoft and the

7    e-readers, none of them lived up to my original vision

8    of what a tablet should be, and so I believe I

9    accurately described in that caption for that photo

10   that in my view the iPad was the first device to

11   accurately represent the vision that I had been

12   talking about since 1981.

13        Q.   (By Ms. Taylor)  And can you tell me what

14   that vision was?

15        A.   To have an easy- --

16             MR. ZELLER:  This is asked and answered.

17        A.   An easy-to-use device that would be optimum

18   for reading newspapers, magazines, and books.

19             MS. TAYLOR:  All right.  I have no further

20   questions.

21                       EXAMINATION

22   QUESTIONS BY MR. ZELLER:

23        Q.   So I do have some questions for you.

24        A.   Okay.  Okay.

25        Q.   And is this a comfortable position for you?

1          A.   Sure.  Fine.

2          Q.   Or do I need to move?

3          A.   No.

4          Q.   Okay.  Fine.  Directing your attention to

5     Exhibit 266 --

6          A.   Uh-huh.

7          Q.   -- which is the presentation that you

8     created --

9          A.   Uh-huh.

10         Q.   -- and the slides that you created in 2010.

11         A.   Uh-huh.

12         Q.   First of all, are the dates that are

13    reflected in here a true and correct chronology of

14    events?

15         A.   Yes.

16         Q.   And you created this document, Exhibit

17    266 --

18         A.   Uh-huh.

19         Q.   -- prior to the time that you knew of any

20    dispute between Apple and Samsung?

21         A.   Yes.

22         Q.   Directing your attention to the second page

23    of this Exhibit 266.

24         A.   Uh-huh.

25         Q.   This is a -- a drawing, as you testified

1    about before?

2           A.    Yes, it's a drawing.

3           Q.    Pen-and-ink drawing that you created in

4    1981?

5           A.    Right.

6                 MS. TAYLOR:  Objection, leading.

7           A.    With paste-up of type taken from a -- a

8    page from the New York Times.

9           Q.    (By Mr. Zeller)  And if you could please

10   describe -- well, first of all, did the tablet that

11   you were drawing here --

12          A.    Did I just say New York Times?

13          Q.    Yes.

14          A.    Miami Herald.  Please correct me.  Miami

15   Herald.

16          Q.    Did the tablet that you drew back in

17   1981 --

18          A.    Uh-huh.

19          Q.    -- have any kind of buttons on it, any

20   physical buttons?

21          A.    No.

22          Q.    And was it your understanding or your

23   vision that the tablet depicted here --

24          A.    Uh-huh.

25          Q.    -- would be operated entirely by

1    touchscreen buttons?

2         A.    Yes, only by touch.

3         Q.    And was the tablet that you drew here a

4    continuous flat surface on the front?

5         A.    That was my assumption.

6         Q.    And that that continuous flat surface on

7    the front of the tablet ran from edge to edge?

8         A.    Yes.

9               MS. TAYLOR:  Objection, leading.

10        Q.    (By Mr. Zeller)  And this tablet as you

11   envisioned it in 1981 --

12        A.    Uh-huh.

13        Q.    -- did it have a thin form factor?

14              MS. TAYLOR:  Objection, vague.  Which

15   tablet?

16        A.    Well, I didn't draw anything to indicate

17   the thickness, but certainly envisioning something was

18   lightweight, easy to hold.  So I would assume thin.

19        Q.    (By Mr. Zeller)  With respect to the

20   various tablets that you --

21        A.    Uh-huh.

22        Q.    -- either drew --

23        A.    Uh-huh.

24        Q.    -- or that you did mock-ups of --

25        A.    Uh-huh.

1        Q.    -- at any time prior to 2004 did you have a

2   certain vision or expectation as to whether or not

3   those designs would be thin in profile or thick in

4   profile?

5             MS. TAYLOR:  Objection, vague and compound.

6        A.   So --

7        Q.   (By Mr. Zeller)  You can go ahead and

8   answer.

9        A.   Thin.

10       Q.   Was there -- was there a practical reason

11  for that?

12       A.   Convenience to -- for holding.

13       Q.   When you say convenience for holding, what

14  do you mean by that?

15       A.   Making it easy to hold, comfortable to

16  hold.

17       Q.   In the course of your work, have you done

18  any research on the thickness of the form factor for

19  tablets?

20       A.   In our laboratory, Knight-Ridder

21  Information Design Lab in the 1990s we created

22  different size thicknesses of devices.  Actually, no

23  complete prototypes, but just plastic blocks of

24  different thicknesses and then created the prototypes

25  that we have by adding different weights to see what

1    people felt comfortable with.

2          Q.   And did that research indicate to you that

3    there was a certain thickness of the tablet form

4    factor that bore on the comfort of the users?

5          A.   We found that the preference was anything

6    below a half-inch in thickness.

7          Q.   And when you say preference, why was it

8    according to the research --

9          A.   Uh-huh.

10         Q.   -- as you --

11         A.   Uh-huh.

12         Q.   -- understood it and the research that you

13   did --

14         A.   Uh-huh.

15         Q.   -- why was it that the respondents

16   preferred a form factor that was half-inch or less in

17   profile?

18         A.   By holding objects at different thickness,

19   they would tell us, you know, what felt the most

20   comfortable for them.  Certainly not a totally

21   scientific analysis, but by the responses we received

22   from people we brought in for focus groups it was

23   apparent that thinner was better.

24         Q.   And why was it better?

25         A.   Just felt more comfortable to them.

1           Q.   And you said that the basis for your --

2      your testimony on this --

3           A.   Uh-huh.

4           Q.   -- includes focus groups?

5           A.   Yes.  We brought in people to give us their

6      opinion.

7           Q.   Was there other kind of research that you

8      did or are you basing it on -- on the focus groups?

9           A.   Only on focus groups.

10          Q.   So returning then to Exhibit 266, the

11     second page that's entitled 1981.

12          A.   Uh-huh.

13          Q.   Did the drawing --

14          A.   Uh-huh.

15          Q.   -- that -- that you created of this -- this

16     1981 tablet --

17          A.   Uh-huh.

18          Q.   -- and that you created back in 1981 show

19     an overall rectangular shape?

20          A.   Yes.

21               MS. TAYLOR:  Wait.  Mischaracterizes his

22     testimony and it's vague.

23          Q.   (By Mr. Zeller)  And does the drawing that

24     you did of the 1981 tablet back in 1981 show four

25     evenly rounded corners?

1         A.   Yes.

2         Q.   Does the drawing that you created in 1981

3    that's depicted here on the second page of Exhibit 266

4    show a flat, clear surface covering the front of the

5    device?

6              MS. TAYLOR:  Objection.  The document

7    speaks for itself.

8         A.   It could be assumed from the -- from the

9    drawing that it has a clear surface.

10        Q.   (By Mr. Zeller)  And the device itself

11   setting aside the text --

12        A.   Uh-huh.

13        Q.   -- is substantially without ornamentation?

14        A.   Yes.

15        Q.   Does the 1981 drawing that you did of a

16   tablet show a thin rim surrounding the front surface?

17        A.   Yes.

18        Q.   If we could actually then look at your 1981

19   three-dimensional mock-up.

20        A.   Uh-huh.  It actually came after 1981,

21   but --

22        Q.   Right.  What we're calling the 1981 --

23        A.   Uh-huh.

24        Q.   -- three-dimensional mock-up.

25        A.   Uh-huh.

1        Q.   And to be clear, the -- what you have in

2   front of you, the physical three-dimensional

3   mock-up --

4        A.   Uh-huh.

5        Q.   -- the white one that's sometimes referred

6   to is an exact copy of a mock-up that was in fact

7   created in 1981?

8        A.   That's correct.

9        Q.   Now, does that 1981 mock-up show a

10   substantially flat back panel?

11        A.   Yes.

12        Q.   Does it show a thin form factor?

13        A.   Yes.

14             MS. TAYLOR:  Are you asking about the one

15   in front of him or the 1981 one?  I just want to be

16   sure.

17             MR. ZELLER:  I'm asking about the 1981 one.

18             THE WITNESS:  Uh-huh.

19             MR. ZELLER:  Which is identical to the one

20   he has in front of him as was just established.

21             MS. TAYLOR:  Although you asked him in the

22   present tense and he says he doesn't have it anymore,

23   so that's a little confusing.  The 1981 one no longer

24   exists.

25        Q.   (By Mr. Zeller)  I'll rephrase it.  Is it

1    the case that, and tell me if it is, that in 1981 --

2          A.    Uh-huh.

3          Q.    -- when you created the three-dimensional

4    mock-up --

5          A.    Uh-huh.

6          Q.    -- of a tablet --

7          A.    Yes.

8          Q.    -- that you envisioned, that it had a

9    substantially flat back?

10         A.    Yes.

11         Q.    Did it have a thin form factor?

12         A.    Yes.

13         Q.    And also, if you could hold up the -- the

14   three-dimensional mock-up, this so-called white tablet

15   or 1981 tablet --

16         A.    Uh-huh.

17         Q.    -- and you testified earlier about there

18   being buttons on it.  Do you recall that?

19         A.    That there are no buttons.

20         Q.    Well, even earlier in the day --

21         A.    Uh-huh.

22         Q.    -- you were asked questions about the

23   buttons that appear here?

24         A.    Oh, yes, okay.

25         Q.    And those, to be clear, are -- are shown

1    here as touchscreen buttons, not physical buttons?

2         A.   Yes.  They're touchscreen buttons, soft

3    buttons.

4         Q.   There's no physical buttons --

5         A.   No physical buttons.

6         Q.   -- on the 1981 mock-up?

7         A.   Correct.

8         Q.   And it was always the case --

9         A.   Yes.

10        Q.   -- that there was no physical buttons?  And

11   can you please turn to Exhibit 266?

12        A.   The article?

13        Q.   It's the presentation.

14        A.   Uh-huh.

15        Q.   Exhibit 266.

16        A.   Uh-huh.

17        Q.   And then if you can turn to the page that

18   is headed up 1988 --

19        A.   Uh-huh.  Yes.

20        Q.   -- which is the fourth page on the

21   document.  I think you testified earlier, these are --

22   these are also drawings?

23        A.   Yes.

24        Q.   And what's depicted here are -- on the

25   right-hand side are drawings that you did in or about

1    1988?

2         A.    Correct.

3         Q.    And did -- are they the same drawings that

4    you did back in 1981 that's depicted here on the

5    second page of Exhibit 266 or are those different

6    drawings?

7         A.    No, these are new drawings.

8         Q.    Including of the tablet form factor?

9              MS. TAYLOR:  Mischaracterizes.

10        A.    These drawings do not include the tablet.

11   These are just the pages that were put into the

12   tablet.

13        Q.    (By Mr. Zeller)  You'll see here that there

14   appears to be some kind of border around them.  What's

15   that depicting?

16        A.    That's just the -- the border of the paper.

17        Q.    So this is not actually showing a tablet?

18        A.    It is not.

19        Q.    Actually, let's talk about the article that

20   you did first.

21        A.    Which article?

22        Q.    I will give you an exhibit number in a

23   second.  So if you can please turn to Exhibit 248,

24   which is the "Portrait vs. Landscape:  Potential

25   users' preferences for screen orientation"?



EXHIBIT 266

# The Tablet Newspaper Vision
## 1981–2010

Roger Fidler

Program Director for Digital Publishing
Donald W. Reynolds Journalism Institute
at the Missouri School of Journalism in Columbia

FidlerR@RJIonline.org

1981 | Fidler's first mockup of a digital newspaper displayed on a tablet that he envisioned would be available in the first decade of the 21st century.



*The Changing Newspaper — Year 2000*, 1981 Report of The Changing Newspaper Committee, Associated Press Managing Editors Association



# 1981

Article by Fidler in the APME Special Report titled: *The Changing Newspaper — Year 2000*

## Excepts

"One solution for newspapers may be the development of portable, flat-screen displays. … given another 10 or 15 years, flat screens may have high-resolution displays and probably will be as ubiquitous as video tubes are today."

"As an added enhancement, these units could have tactile controls. If they did, front pages for all sections could be summary capsules. When readers wanted to read the whole story, they would simply press the capsule or tease headline and the complete story would instantly appear on the screen."







# 1988

Tablet newspaper mockup created by Fidler for the "Newspaper Design 2000 and Beyond" Montgomery Curtis Seminar at the American Press Institute.

## Excerpts

"The situation with [electronic] newspapers in the year 2000 [will not be] very different from that of automobiles in 1900. The horse and buggy was still the dominant mode of personal transportation... When automobiles were introduced in the late 1800s, they were seen as a novelty that only a few people would ever be able to afford. Yet within several decades they were dominant."






**1990** | First video to describe Fidler's vision. Produced in collaboration with RayChem.

**1991** | First functional prototype of a tablet newspaper. Produced by Fidler during a fellowship at Columbia University.








## 1992

**Below:** Tablet mockup demonstrated by Fidler at conferences in the United States, Asia, Australia and Europe.

## 1994

**Right:** Tablet mockup created for "The Tablet Newspaper" video produced at the Knight-Ridder Information Design Lab in Boulder.



**1997** | *Mediamorphosis: Understanding New Media* published by Pine Forge Press. Fidler includes scenario for 2010 that includes an iPad-like tablet.



## Excepts: Chapter 9 / Scenario for 2010

"As Deborah awakens, her body tells her the time should be about 7 a.m., but the digital clock next to her bed argues that it's precisely 4:17 a.m., Tuesday, September 21, 2010. ... There's no chance of falling back to sleep now, so she goes to the microkitchen to start the coffeemaker. Then she picks up her tablet and prepares to gather her morning newspapers.

"About a year ago, she finally decided to buy a tablet to use in her work. The tablet is about the size and shape of a standard printed magazine and weighs about a pound. She can attach a keyboard, but mostly she interacts by touching or writing on the screen.

"Tablets have been on the market for about a decade, but she didn't see their value until there was an extensive selection of material available for reading on tablets."

# 1999

Tablet newspaper mockup created by Fidler for the "Newspaper Design 2020" Montgomery Curtis Seminar at the American Press Institute.

## Excerpts

"Well before 2020, established newspaper companies will be competing in a life-or-death struggle with nontraditional publishers … for audiences and advertising dollars.

The majority of newspapers in the U.S. and many parts of the world may, in fact, no longer publish weekday editions on paper by 2020."



## AKRON CURRENT

*Serving the People of Ohio for 182 years*

Television advertising
**Doomed by decline of traditional stereotypes?**
Business

Endangered species
**Gates endows fund to protect last Orangutans**
World

**BLAISE CHAMPIONS TAX CUTS AS A SOLUTION TO THE STATE'S AILING ECONOMY**

### Governor proposes billions of dollars in state tax cuts

**By Barb Hipsman in Columbus**

The Blaise administration proposes to cut state taxes by more than $100 billion over the next ten years. This would be the largest tax relief package in the state's history. Governor Blaise made the surprise announcement last night at a gathering of business executives in Columbus. Most of the tax cuts would be in the form of investment credits and reduced corporate taxes, which she said will bring new jobs to Ohio.

Ohio Governor Greg Blaise outside the Capitol building yesterday, where he hopes to stimulate state's economy.

### Microsoft and AT&T agree to $9tn deal

**By Chelsea Clinton in New York**

Microsoft has entered a merger agreement with AT&T at $9.3 trillion, the largest ever in U.S. history. The merged company, which will be called Microsoft Communications Corporation, will be the richest company in the world. It will have a market capitalization of about $35 trillion, based on yesterday's closing share prices, and assets of more than $30 trillion. The merged company, which expects to achieve annual cost savings of at least $500 billion, will be lead by Microsoft Chairman Bill Gates.

### Russian debt talks make fast progress

**By Alexei Gorbachev in Moscow**

Russia and its commercial creditors yesterday achieved a potential breakthrough in talks aimed at restructuring trillions of dollars in debt, apparently spurred on by the prospect of presidential elections in Russia next year. U.S. will forgive all interest due on loans.

Real research from real analysts in real-time.

(Real smart!)

**mediadata**•com
*The Digital Media Research Network*

TUESDAY
October 26 2020
6:00AM Edition
A Microsoft Newspaper

- GENERAL NEWS
- BUSINESS
- ENTERTAINMENT
- PORTAGE
- SCI/TECH
- SPORTS

Visit
Golf Links

IN THIS SECTION
- NATION
- STATE/REGION
- VIEWPORTS
- WEATHER
- WORLD

1 OF 15

INDEXES
FUNCTIONS
PREFERENCES
CLOSE

**2000** | First complete, functional tablet newspaper prototype. Produced by Fidler at Kent State University.



◄ BACK ◄ NAVIGATOR ◄ NEXT ►

CRAIN'S CLEVELAND BUSINESS • MARCH 6-12, 2000   2

## Progressive takes rare turn in holding analysts meeting

INSURANCE

**Progressive's plunge**



Progressive will host its first analysts conference in about 10 years in New York March 22. Analysts have been critical of the company's tight-lipped management. The Mayfield-based auto insurance giant has experience two disappointing quarters and a steep decline in its stock price.

## Babcock Ch. 11 puts lawsuits in limbo

LEGAL

Company claims it was forced to file due to a "sharp increase" in monetary demands

Lawyers for asbestos claimants are concerned that the bankruptcy process could delay payments by Babcock & Wilcox for up to three years. Asbestos-related claims have dogged the Barberton company since the 1970s. Before its decision to file for Chapter 11 protection, it had earned a reputation for paying claims quickly.

MARKETING

## IMG reves up Grand Prix promotion

International Management Group has doubled its marketing budget for the Marconi Grand Prix of Cleveland. IMG estimates this year's race will have an economic impact to the city of $27 million. $2 million more than last year.

Calm your Web site anxiety >>> AT&T Small Business Hosting Services

### AT&T Web Hosting: $25/month

- Click here
- Order online now!   AT&T net.

---



# Crain's CLEVELAND BUSINESS

www.crainscleveland.com

VOL. 21, NO. 10

MARCH 6-12, 2000

Newspaper $1.50

LATE NEWS

**METROHEALTH CUTS 3.5% OF WORK FORCE**

**AKRON COLORANT FIRM BUYS COMPETITOR**

**LORAIN COUNTY TITLE SOLD TO VA. FIRM**

**GRACE HOSPITAL JOINS CLINIC HEALTH SYSTEM**

**PLAYHOUSE SQUARE BOOSTS REALTY EMPIRE**

**CEO PAY RISES 11% AT NATIONAL CITY**

INSIDE

BUSINESS & ARTS

Corporations get into the art game with extensive collections.

Contact us toll free at 1-888-909-9111 or service@crainscleveland.com

- TURN PAGE
- NAVIGATOR
- QUIT
- PREFERENCES
- SUBSCRIPTION
- HELP

## Stark seeks nod for Westlake plan

REAL ESTATE

Robert Stark is proposing to create an "old-fashioned Main Street" atmosphere in suburban Westlake. The $150-million, 86-acre urban development will include residential, commercial and retail properties.

TECHNOLOGY

## Micro device garners some macro deals

Hana Microdisplay Technologies Inc, a Twinsburg manufacturer of miniature liquid crystal displays, expects to be shipping "hundreds of thousands" of units and doubling its employment by summer. The company estimates sales will hit $3.7 million in 2000.



Hana chief operating officer John Eidmann holds one of the company's tiny liquid crystal display units and a silicon wafer used in producing the postage-stamp-size devices.

## Struggling CBiz tries executive shakeup

FINANCE

CEO steps down, several dismissed

Century Business Services Inc., the independence-based consolidation of accounting, consulting and business services firms, produced fourth-quarter results that were so far off the company's own forecasts that some analysts are reluctant to comment on the stock until they see several quarters of reliable results.



**2002** First functional prototype with video and audio created by Fidler for Los Angeles Times at Kent State University.

**SECTION TABS**
Tabs are hyperlinked to the front page of each section.

**VIDEO AND AUDIO**
Click on this image on the front page to watch a video news segment with narration.

**COMPLETE STORIES**
Click on a headline or keydeck shown on the front page or inside summary pages to read the complete story.

**TURN PAGE**
Click on the "Turn Page" arrows to go to the next or previous sequentially numbered page.

**BACK**
Click on the "Back" arrow to go to the previous page view.

**SUMMARY PAGES**
Each section begins with several summary pages. The number of summary pages in each section is shown on the menu bar.

**CONTENT PAGES**
Complete stories appear on each section's content pages.



DIGITAL NEWSBOOK
**Los Angeles Times**

INTRO | CHAPTER 1 | CHAPTER 2 | CHAPTER 3 | CHAPTER 4 | CHAPTER 5 | CHAPTER 6

View | Search | Contents | DIGITAL NEWSBOOK | Back | Close | Print

# ENRIQUE'S JOURNEY

This digital newsbook chronicles the journey of Enrique, right, who traveled alone from Honduras as a teenager in search of his mother. The Times originally published the story in a six-part series between September 29 and October 7, 2002. Sonia Nazario, the writer, found Enrique in Nuevo Laredo, Mexico, in May 2000.

BY SONIA NAZARIO, TIMES STAFF WRITER | TIMES PHOTOGRAPHS BY DON BARTLETTI

---

**2002** | First Newsbooks designed by Fidler for reading on tablet PCs and laptop computers.

**2003** | Downloaded from newspaper websites.



RockyMountainNews
DIGITAL NEWSBOOK

INTRO | CHAPTER 1 | CHAPTER 2 | CHAPTER 3 | CHAPTER 4 | CHAPTER 5 | CHAPTER 6

View | Search | Contents | DIGITAL NEWSBOOK | Back | Close | Print

# Dividing the waters

An ambitious suburb reaches into the heart of a small town, claiming a ditch that brought life to the Colorado plains

STORY BY TODD HARTMAN
PHOTOS BY MARC PISCOTTY

**2003** | Second complete functional Los Angeles Times prototype. Produced by Fidler at Kent State University.



**2004** | Prototype eMprint Edition for Columbia Missourian field test. Produced by Fidler at Missouri School of Journalism.



**2005-2007** | eMprint Missourian field test — weekly edition. Produced mostly by MU graduate students.

---

WEEKLY EMPRINT MISSOURIAN

## FRONT

MARCH 6, 2005



### Mental health agency faces more cuts

Governor Matt Blunt's budget proposal would eliminate $50 million from the department. »

### Proposed Medicaid cuts draw protest

State senators are considering a bill this week that may drastically reduce the program. This past Friday, nearly 200 people that rely on it descended on the Missouri capital. »

*Passion for piano*

Early-20th century player pianos captivate a former businessman and MU researcher, Tom Hutchinson. »



Fun never takes a break and worries take a long vacation at the Isle of Capri' Casino in Boonville, your tropical oasis of fun and excitement!

**THRILL** to over 900 hot slots and 28 table games

**DINE** at the sumptuous Calypso's Buffet or enjoy a thick steak at Farraddays' Bistro

**FREE LIVE** entertainment Friday and Saturday nights

**CLICK HERE** to take a virtual tour

100 Isle of Capri Blvd
I-70, Exit 103 • Boonville, MO
1-800-THE ISLE (or 1-800-843-4753)
Bet with your head, not over it.
Gambling problem? Call 1-888-BETS OFF.

www.isleofcapricasino.com
Isle of Capri Casinos, Inc. The Leader in Fun, Games and Responsible Play

---

March 6, 2005 — Columbia, Missouri

# MISSOURIAN
## WEEKLY EMPRINT EDITION

### Paying for Columbia's GROWTH

Columbia's population is swelling slowly but surely, and City Council committees, civic coalitions and consultant groups are all trying to figure out how the city should handle the expansion. »



PHOTO BY DIAMOND K. MISSOURIAN

**IN MUSE**



#### ABOUT FACES

"Fashioning Identities" at MU's Museum of Art and Archaeology chronicles portraiture through the ages. »

**IN FAITH**



#### FINDING A HOME THROUGH GOD

In nursing facilities, residents often cling to religion as a vital connection to life and friends. »

**IN PLAY**

#### FIRST IN THE FAMILY

MU wrestler Ben Askren leads the team in his sophomore season. His brother is on his way to Columbia, and his parents might not be far behind. »

2006–2010 | Digital editions of the Global Journalist magazine. Free to download at www.globaljournalist.org.









**2007** eMprint Missourian installed on the iRex iLiad, one of the first e-readers with an electronic paper display.

**2007-2010** | Digital Newsbooks produced at RJI for members of the Digital Publishing Alliance and sold online.





**2010** | Apple launches the iPad, the first utilitarian tablet to realize Fidler's original vision.

