# EXHIBIT 34

US00D604305S

# (12) United States Design Patent
## Anzures et al.

(10) Patent No.: **US D604,305 S**
(45) Date of Patent: ⁎⁎ ⁎Nov. 17, 2009

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventors: **Freddy Anzures**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/281,460**

(22) Filed: **Jun. 23, 2007**

(51) **LOC (9) Cl.** .................................................. **32-00**
(52) **U.S. Cl.** ................................................... **D14/486**
(58) Field of Classification Search .......... D14/485–95; D18/24–33; D19/6, 52; D20/11; D21/324–33; 715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D295,877 S | 5/1988 | Wells-Papanek et al. | |
| 5,214,756 A | 5/1993 | Franklin et al. | |
| 5,555,364 A | 9/1996 | Goldstein | |
| D390,548 S | 2/1998 | Maekawa et al. | |
| D392,266 S | 3/1998 | Snyder et al. | |
| D418,826 S | 1/2000 | Pavely et al. | |
| D420,993 S | 2/2000 | Decker | |
| D438,213 S | 2/2001 | Herget et al. | |
| D441,763 S | 5/2001 | Kahn et al. | |
| D445,428 S | 7/2001 | Pattenden | |
| D462,076 S | 8/2002 | Robbin et al. | |
| D472,244 S | 3/2003 | Wasko | |
| 6,731,316 B2 | 5/2004 | Herigstad et al. | |
| D507,577 S * | 7/2005 | Totten et al. | D14/486 |
| 6,983,424 B1 | 1/2006 | Dutta | |
| D540,340 S * | 4/2007 | Cummins | D14/486 |
| D544,875 S | 6/2007 | Wang et al. | |
| D548,239 S * | 8/2007 | Rimas-Ribikauskas et al. | D14/485 |
| D552,620 S * | 10/2007 | Sato et al. | D14/486 |
| D555,660 S * | 11/2007 | Noviello et al. | D14/485 |
| D559,261 S * | 1/2008 | Jung et al. | D14/486 |
| D564,530 S * | 3/2008 | Kim et al. | D14/486 |
| D565,586 S | 4/2008 | Shin et al. | |
| D565,588 S | 4/2008 | Sherry | |
| D567,171 S * | 4/2008 | Yu et al. | D13/110 |
| D568,900 S | 5/2008 | Seo et al. | |
| D569,383 S | 5/2008 | Jung et al. | |
| D574,009 S | 7/2008 | DelPonte | |
| D574,388 S * | 8/2008 | Armendariz et al. | D14/486 |
| D574,391 S * | 8/2008 | Kwag | D14/486 |
| D576,171 S | 9/2008 | Arrnendariz et al. | |
| D579,946 S | 11/2008 | Lee et al. | |
| D580,949 S | 11/2008 | Durarte | |
| D581,424 S | 11/2008 | Hong | |
| D585,075 S | 1/2009 | Flynt et al. | |
| D587,720 S * | 3/2009 | Noviello et al. | D14/485 |

FOREIGN PATENT DOCUMENTS

JP   D1235127   4/2005

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

(Continued)

*Primary Examiner*—Melanie H Tung
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described.

**DESCRIPTION**

The patent file contains at least one drawing executed in color. Copies of this patent with a color drawing will be provided by the Office upon request and payment of the necessary fee.

FIG. 1 is a front view of a graphical user interface for a display screen or portion thereof showing our new design; and,

FIG. 2 is a front view of a second embodiment thereof.

The broken line showing of a display screen in both views forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**
**(1 of 2 Drawing Sheet(s) Filed in Color)**



US D604,305 S

Page 2

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,695, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.
U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.
U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.
U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.
U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 8, 2008.
U.S. Appl. No. 29/302,063, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Jan. 9, 2008.
U.S. Appl. No. 29/302,217, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Jan. 11, 2008.
U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 16, 2008.
U.S. Appl. No. 29/304,584, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Mar. 4, 2008.
U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.
U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed May 6, 2008.
U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 20, 2008.
U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 8, 2008.
U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.
U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.
U.S. Appl. No. 29/321,374, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 15, 2008.
U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.
U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.
U.S. Appl. No. 29/324,196, Chaudhri at al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.
U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.
U.S. Appl. No. 29/326,396, Christie at al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.
U.S. Appl. No. 29/333,233 Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.
U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.
U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interfaces and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.
U.S. Appl. No. 29/335,282, Sepulveda et al., and Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.
"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

\* cited by examiner



**FIG. 1**



**FIG. 2**

**REPLACEMENT SHEET**
**Sheet 1 of 2**
**Appl. No. 29/281,460; Filed: June 23, 2007**
**Dkt. No. 2607.0100000(P5548US1); Group Unit: 2911**
**Tel. No. 202-371-2600**
**For: Graphical User Interfaces For A Display Screen or Portion Thereof** *(as amended)*



**FIG. 1**

**REPLACEMENT SHEET**
**Sheet 2 of 2**
**Appl. No. 29/281,460; Filed: June 23, 2007**
**Dkt. No. 2607.0100000(P5548US1); Group Unit: 2911**
**Tel. No. 202-371-2600**
**For: Graphical User Interfaces For A Display Screen or Portion Thereof** *(as amended)*



**FIG. 2**