# EXHIBIT 84



U 7302677
THE UNITED STATES OF AMERICA
TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 22, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,663,607*
ISSUE DATE: *February 16, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



US007663607B2

(12) **United States Patent**
**Hotelling et al.**

(10) **Patent No.: US 7,663,607 B2**
(45) **Date of Patent: Feb. 16, 2010**

(54) **MULTIPOINT TOUCHSCREEN**

(75) Inventors: **Steve Hotelling**, San Jose, CA (US); **Joshua A. Strickon**, San Jose, CA (US); **Brian Q. Huppi**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 754 days.

(21) Appl. No.: **10/840,862**

(22) Filed: **May 6, 2004**

(65) **Prior Publication Data**

US 2006/0097991 A1 May 11, 2006

(51) **Int. Cl.**
*G06F 3/041* (2006.01)

(52) **U.S. Cl.** .................... **345/173**; 345/174; 178/18.01

(58) **Field of Classification Search** ......... 345/173–179; 178/18.01–18.04

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,333,160 A 7/1967 Gorski
3,541,541 A 11/1970 Englebart
3,662,105 A 5/1972 Hurst et al. .................. 178/18
3,798,370 A 3/1974 Hurst .......................... 178/18
4,246,452 A 1/1981 Chandler ...................... 200/5
4,550,221 A 10/1985 Mabusth ...................... 178/18
4,672,364 A 6/1987 Lucas ...................... 340/365 P
4,672,558 A 6/1987 Beckes et al. .............. 364/518
4,692,809 A 9/1987 Beining et al. ............. 358/247
4,695,827 A 9/1987 Beining et al. .......... 340/365 P
4,733,222 A 3/1988 Evans ..................... 340/365 C
4,734,685 A 3/1988 Watanabe .................. 340/710
4,746,770 A 5/1988 McAvinney ................. 178/18
4,771,276 A 9/1988 Parks ........................ 340/712
4,788,384 A 11/1988 Bruere-Dawson et al. ..... 178/18
4,806,846 A 2/1989 Kerber ................ 324/60 CD
4,898,555 A 2/1990 Sampson .................... 445/22
4,914,624 A 4/1990 Dunthorn et al.
4,968,877 A 11/1990 McAvinney et al. ........ 250/221
5,003,519 A 3/1991 Noirjean ..................... 368/73
5,017,030 A 5/1991 Crews ....................... 400/485
5,178,477 A 1/1993 Gambaro .................... 400/489
5,189,403 A 2/1993 Franz et al. ................ 340/711
5,194,862 A 3/1993 Edwards ..................... 341/20
5,224,861 A 7/1993 Glass et al. .................. 434/35
5,241,308 A 8/1993 Young ........................ 341/34

(Continued)

FOREIGN PATENT DOCUMENTS

CA 1243096 10/1988 ................ 340/180

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/654,108, filed Sep. 2, 2003.

(Continued)

*Primary Examiner*—Richard Hjerpe
*Assistant Examiner*—Kimnhung Nguyen
(74) *Attorney, Agent, or Firm*—Morrison & Foerster LLP

(57) **ABSTRACT**

A touch panel having a transparent capacitive sensing medium configured to detect multiple touches or near touches that occur at the same time and at distinct locations in the plane of the touch panel and to produce distinct signals representative of the location of the touches on the plane of the touch panel for each of the multiple touches is disclosed.

**11 Claims, 14 Drawing Sheets**

U.S. PATENT DOCUMENTS

5,252,951 A 10/1993 Tannenbaum et al. ....... 345/156
5,281,966 A 1/1994 Walsh ........................ 341/22
5,305,017 A 4/1994 Gerpheide ................. 345/174
5,345,543 A 9/1994 Capps et al. ............... 395/137
5,376,948 A 12/1994 Roberts ..................... 345/173
5,398,310 A 3/1995 Tchao et al. ............... 395/144
5,442,742 A 8/1995 Greyson et al. ............ 395/146
5,463,388 A 10/1995 Boie et al. .................... 341/33
5,463,696 A 10/1995 Beernink et al. ........... 382/186
5,483,261 A 1/1996 Yasutake ................... 345/173
5,488,204 A 1/1996 Mead et al. .................. 178/18
5,495,077 A 2/1996 Miller et al. ................. 178/18
5,513,309 A 4/1996 Meier et al. ................ 395/155
5,523,775 A 6/1996 Capps ....................... 345/179
5,530,455 A 6/1996 Gillick et al. .............. 345/163
5,543,590 A 8/1996 Gillespie et al. ............. 178/18
5,543,591 A 8/1996 Gillespie et al. ............. 178/18
5,563,632 A 10/1996 Roberts ..................... 345/173
5,563,996 A 10/1996 Tchao ........................ 395/144
5,565,658 A 10/1996 Gerpheide et al. ........... 178/19
5,579,036 A 11/1996 Yates, IV ................... 345/173
5,581,681 A 12/1996 Tchao et al. ............... 395/804
5,583,946 A 12/1996 Gourdol .................... 382/187
5,589,856 A 12/1996 Stein et al.
5,590,219 A 12/1996 Gourdol .................... 382/202
5,592,566 A 1/1997 Pagallo et al. .............. 382/187
5,594,810 A 1/1997 Gourdol .................... 382/187
5,596,694 A 1/1997 Capps ....................... 395/152
5,612,719 A 3/1997 Beernink et al. ........... 345/173
5,631,805 A 5/1997 Bonsall ..................... 361/681
5,633,955 A 5/1997 Bozinovic et al. .......... 381/187
5,634,102 A 5/1997 Capps ....................... 395/334
5,636,101 A 6/1997 Bonsall et al. ............. 361/681
5,642,108 A 6/1997 Gopher et al. ............... 341/22
5,644,657 A 7/1997 Capps et al. ............... 382/229
5,666,113 A 9/1997 Logan ......................... 341/34
5,666,502 A 9/1997 Capps ....................... 345/352
5,666,552 A 9/1997 Grayson et al. ............ 395/802
5,675,361 A 10/1997 Santilli ...................... 345/168
5,677,710 A 10/1997 Thompson-Rohrlich .... 345/173
5,689,253 A 11/1997 Hargreaves et al. ........... 341/22
5,710,844 A 1/1998 Capps et al. ............... 382/317
5,729,250 A 3/1998 Bishop et al. .............. 345/175
5,730,165 A 3/1998 Philipp .......................... 137/1
5,736,976 A 4/1998 Cheung ..................... 345/168
5,741,990 A 4/1998 Davies ..................... 84/423 R
5,745,116 A 4/1998 Pisutha-Arnond .......... 345/358
5,745,716 A 4/1998 Tchao et al. ............... 395/350
5,746,818 A 5/1998 Yatake .................... 106/31.86
5,748,269 A 5/1998 Harris et al. .................. 349/58
5,764,222 A 6/1998 Shieh ........................ 345/173
5,767,457 A 6/1998 Gerpheide et al. ........... 178/18
5,767,842 A 6/1998 Korth ........................ 345/168
5,790,104 A 8/1998 Shieh ........................ 345/173
5,790,107 A 8/1998 Kasser et al. .............. 345/174
5,802,516 A 9/1998 Shwarts et al. ............... 707/6
5,808,567 A 9/1998 McCloud ..................... 341/20
5,809,267 A 9/1998 Moran et al. ............... 395/358
5,821,690 A 10/1998 Martens et al. ............ 313/506
5,821,930 A 10/1998 Hansen ...................... 345/340
5,823,782 A 10/1998 Marcus et al. ............. 434/156
5,825,351 A 10/1998 Tam
5,825,352 A 10/1998 Bisset et al. ............... 345/173
5,854,625 A 12/1998 Frisch et al. ............... 345/173
5,880,411 A 3/1999 Gillespie et al. ......... 178/18.01
5,898,434 A 4/1999 Small et al. ................ 345/348
5,920,309 A 7/1999 Bisset et al. ............... 345/173
5,923,319 A 7/1999 Bishop et al. .............. 345/175
5,933,134 A 8/1999 Shieh ........................ 345/173
5,942,733 A 8/1999 Allen et al.
5,943,044 A 8/1999 Martinelli et al. .......... 345/174
6,002,389 A 12/1999 Kasser ...................... 345/173
6,002,808 A 12/1999 Freeman .................... 382/288
6,020,881 A 2/2000 Naughton et al. .......... 345/327
6,031,524 A 2/2000 Kunert ...................... 345/173
6,037,882 A 3/2000 Levy ........................... 341/20
6,050,825 A 4/2000 Nichol et al. .............. 434/227
6,052,339 A 4/2000 Frenkel et al. ............. 368/230
6,061,177 A * 5/2000 Fujimoto .................... 359/443
6,072,494 A 6/2000 Nguyen ..................... 345/358
6,084,576 A 7/2000 Leu et al. .................. 345/168
6,107,997 A 8/2000 Ure ........................... 345/173
6,128,003 A 10/2000 Smith et al. ................ 345/157
6,131,299 A 10/2000 Raab et al. .................... 33/503
6,135,958 A 10/2000 Mikula-Curtis et al. ..... 600/443
6,144,380 A 11/2000 Shwarts et al. ............. 345/350
6,188,391 B1 2/2001 Seely et al.
6,198,515 B1 3/2001 Cole .......................... 348/836
6,208,329 B1 3/2001 Ballare ....................... 345/173
6,222,465 B1 4/2001 Kumar et al. ................. 341/20
6,239,790 B1 5/2001 Martinelli et al. .......... 345/174
6,243,071 B1 6/2001 Shwarts et al. ............. 345/146
6,246,862 B1 6/2001 Grivas et al. .................. 455/90
6,249,606 B1 6/2001 Kiraly et al. ............... 382/195
6,288,707 B1 9/2001 Philipp ...................... 345/168
6,289,326 B1 9/2001 LaFleur ..................... 705/702
6,292,178 B1 9/2001 Bernstein et al. ........... 345/173
6,323,846 B1 11/2001 Westerman et al.
6,337,678 B1 1/2002 Fish
6,347,290 B1 2/2002 Bartlett ...................... 702/150
6,377,009 B1 4/2002 Philipp ...................... 318/468
6,380,931 B1 4/2002 Gillespie et al. ........... 345/173
6,411,287 B1 6/2002 Scharff et al. .............. 345/177
6,414,671 B1 7/2002 Gillespie et al. ........... 345/157
6,421,234 B1 7/2002 Ricks et al. ................ 361/683
6,452,514 B1 9/2002 Philipp ........................ 341/33
6,457,355 B1 10/2002 Philipp ........................ 73/304
6,466,036 B1 10/2002 Philipp ...................... 324/678
6,515,669 B1 2/2003 Mohri ....................... 345/474
6,525,749 B1 2/2003 Moran et al. ............... 345/863
6,535,200 B2 3/2003 Philipp ...................... 345/168
6,543,684 B1 4/2003 White et al. ............... 234/379
6,543,947 B2 4/2003 Lee ........................... 400/489
6,570,557 B1 5/2003 Westerman et al.
6,593,916 B1 7/2003 Aroyan
6,610,936 B2 8/2003 Gillespie et al. ......... 178/18.01
6,624,833 B1 9/2003 Kumar et al. .............. 345/863
6,639,577 B2 10/2003 Eberhard ................... 345/102
6,650,319 B1 11/2003 Hurst et al.
6,658,994 B1 12/2003 McMillan .................... 99/468
6,670,894 B2 12/2003 Mehring ...................... 341/22
6,677,932 B1 1/2004 Westerman
6,677,934 B1 1/2004 Blanchard .................. 345/173
6,723,929 B2 4/2004 Kent
6,724,366 B2 4/2004 Crawford ................... 345/157
6,757,002 B1 6/2004 Oross et al. ................ 345/864
6,803,906 B1 10/2004 Morrison et al. ........... 345/173
6,842,672 B1 1/2005 Straub et al. ................. 701/3
6,856,259 B1 * 2/2005 Sharp ............................ 341/5
6,888,536 B2 * 5/2005 Westerman et al. ......... 345/173
6,900,795 B1 5/2005 Knight, III et al. ......... 345/173
6,927,761 B2 8/2005 Badaye et al. .............. 345/173
6,942,571 B1 9/2005 McAllister et al. ........... 463/20
6,965,375 B1 11/2005 Gettemy et al. ............ 345/173
6,972,401 B2 12/2005 Akitt et al. ................. 250/221
6,977,666 B1 12/2005 Hedrick ..................... 345/690
6,985,801 B1 1/2006 Straub et al. ................. 701/3
6,992,659 B2 1/2006 Gettemy .................... 345/173
7,030,860 B1 * 4/2006 Hsu et al. .................. 345/173
7,031,228 B2 4/2006 Born et al. .................... 368/69
2002/0015024 A1 * 2/2002 Westerman et al. ......... 345/173
2002/0118848 A1 8/2002 Karpenstein ............... 381/119
2003/0006974 A1 1/2003 Clough et al. .............. 345/179
2003/0076301 A1 4/2003 Tsuk et al. ................. 345/159

2003/0076303 A1 4/2003 Huppi ..................... 345/163
2003/0076306 A1 4/2003 Zadesky et al. ............ 345/173
2003/0095095 A1 5/2003 Pihlaja ..................... 345/156
2003/0095096 A1 5/2003 Robbin et al. .............. 345/156
2003/0098858 A1 5/2003 Perski et al. ............... 345/173
2003/0206202 A1 11/2003 Moriya ..................... 345/846
2003/0234768 A1 12/2003 Rekimoto et al. .......... 345/169
2003/0234770 A1* 12/2003 MacKey .................... 345/173
2004/0227736 A1* 11/2004 Kamrath et al. ............ 345/173
2004/0263484 A1 12/2004 Mantysalo et al. ......... 345/173
2005/0007349 A1* 1/2005 Vakil et al. ................. 345/173
2005/0012723 A1 1/2005 Pallakoff ................... 345/173
2005/0052425 A1 3/2005 Zadesky et al. ............ 345/173
2005/0083307 A1* 4/2005 Aufderheide et al. ....... 345/173
2005/0104867 A1 5/2005 Westerman et al. ......... 345/173
2005/0110768 A1 5/2005 Marriott et al. ............ 345/173
2005/0146511 A1* 7/2005 Hill et al. .................. 345/173
2006/0022955 A1 2/2006 Kennedy ................... 345/173
2006/0022956 A1 2/2006 Lengeling et al. .......... 345/173
2006/0026521 A1 2/2006 Hotelling et al. ........... 715/702
2006/0026535 A1 2/2006 Hotelling et al. ........... 715/863
2006/0026536 A1 2/2006 Hotelling et al. ........... 715/863
2006/0032680 A1 2/2006 Elias et al. ............... 178/18.06
2006/0033724 A1 2/2006 Chaudhri et al. ........... 345/173
2006/0053387 A1 3/2006 Ording ...................... 715/773
2006/0066582 A1 3/2006 Lyon et al. ................. 345/173
2006/0085757 A1 4/2006 Andre et al. ............... 715/771
2006/0097991 A1 5/2006 Hotelling et al. ........... 345/173
2006/0197753 A1 9/2006 Hotelling .................. 345/173

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 102 51 296 | 5/2004 |
| EP | 0 156 593 | 10/1985 |
| EP | 0 250 931 | 1/1988 |
| EP | 0 288 692 | 7/1993 |
| EP | 0 664 504 | 1/1995 |
| EP | 0 464 908 | 9/1996 |
| EP | 1 014 295 | 1/2002 |
| JP | 59-214941 | 12/1984 |
| JP | 60-211529 | 10/1985 |
| JP | 08-016307 | 1/1996 |
| JP | 2000-112642 | 4/2000 |
| JP | 2002-342033 | 11/2002 |
| JP | 2003-029899 | 1/2003 |
| WO | 97/18547 | 5/1997 |
| WO | 97/23738 | 7/1997 |
| WO | 98/14863 | 4/1998 |
| WO | WO-01/27868 A1 | 4/2001 |
| WO | 03/088176 | 10/2003 |
| WO | WO-2004/013833 A2 | 2/2004 |
| WO | WO-2004/013833 A3 | 2/2004 |
| WO | WO-2005/114369 A2 | 12/2005 |
| WO | WO-2005/114369 A3 | 12/2005 |
| WO | 2006/023569 | 3/2006 |

OTHER PUBLICATIONS

U.S. Appl. No. 10/789,676, filed Feb. 27, 2004.
U.S. Appl. No. 10/903,964, filed Jul. 30, 2004.
U.S. Appl. No. 11/015,978, filed Dec. 17, 2004.
U.S. Appl. No. 11/038,590, filed Jan. 18, 2005.
U.S. Appl. No. 11/048,264, filed Jan. 31, 2005.
"Touch Technologies Overview," 2001, 3M Touch Systems, Massachusetts.
"Touchscreen Technology Choices," http://www.elotouch.com/products/detech2.asp, downloaded Aug. 5, 2005.
Jun Rekimoto, "SmartSkin: An Infastructure for Freehand Manipulation on Interactive Surfaces," CHI 2002, Apr. 20-25, 2002, Minneapolis, Minnesota.
"Wacom Components—Technology," http://www.wacomcomponents.com/english/tech.asp., downloaded Oct. 10, 2004.
"Comparing Touch Technologies," http://www.touchscreens.com/intro-touchtypes.html, downloaded Oct. 10, 2004.
"GlidePoint®," http://www.cirque.com/technology/technology_gp.htm, downloaded Aug. 5, 2005.
"Captive Position Sensing," http://www.synaptics.com/technology/cps.cfm, downloaded Aug. 5, 2005.
"How do touchscreen monitors know where you're touching?," http://electronics.howstuffworks.com/question716.htm, downloaded Aug. 5, 2005.
"How Does a Touchscreen Work?," http://www.touchscreens.com/intro-anatomy.html, downloaded Aug. 5, 2005.
"4-Wire Resistive Touchscreens," http://www.touchscreens.com/intro-touchtypes-4resistive.html, downloaded Aug. 5, 2005.
"5-Wire Resistive Touchscreens," http://www.touchscreens.com/intro-touchtypes-resistive.html, downloaded Aug. 5, 2005.
"Capacitive Touchscreens," http://www.touchscreens.com/intro-touchtypes-capacitive.html, downloaded Aug. 5, 2005.
"PenTouch Capacitive Touchscreens," http://www.touchscreens.com/intro-touchtypes-pentouch.html, downloaded Aug. 5, 2005.
"Surface Acoustic Wave Touchscreens," http://www.touchscreens.com/intro-touchtypes-saw.html, downloaded Aug. 5, 2005.
"Near Field Imaging Touchscreens," http://www.touchscreens.com/intro-touchtypes-nfi.html, downloaded Aug. 5, 2005.
"Infrared Touchscreens," http://www.touchscreens.com/intro-touchtypes-infrared.html, downloaded Aug. 5, 2005.
"Watershed Algorithm," http://rsb.info.nih.gov/ij/plugins/watershed.html, downloaded Aug. 5, 2005.
U.S. Appl. No. 10/654,108, filed Sep. 2, 2003 entitled "Ambidextrous Mouse".
U.S. Appl. No. 10/789,676, filed Feb. 27, 2004 entitled "Shape Detecting Input Device".
"4-Wire Resistive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-4resistive.html generated Aug. 5, 2005.
"5-Wire Resistive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-resistive.html generated Aug. 5, 2005.
"A Brief Overview of Gesture Recognition" obtained from http://www.dai.ed.ac.uk/Cvonline/LOCA_COPIES/COHEN/gesture_overview.html, generated Apr. 20, 2004.
"Capacitive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-capacitive.html generated Aug. 5, 2005.
"Capacitive Position Sensing" obtained from http://www.synaptics.com/technology/cps.cfm generated Aug. 5, 2005.
"Comparing Touch Technologies" obtained from http://www.touchscreens.com/intro-touchtypes.html generated Oct. 10, 2004.
"Gesture Recognition" http://www.fingerworks.com/gesture_recognition.html.
"GlidePoinar®" obtained from http://www.cirque.com/technology/technology_gp.html generated Aug. 5, 2005.
"How do touchscreen monitors know where you're touching?" obtained from http://www.electronics.howstuffworks.com/question716.html generated Aug. 5, 2005.
"How does a touchscreen work?" obtained from http://www.touchscreens.com/intro-anatomy.html generated Aug. 5, 2005.
"iGesture Products for Everyone (learn in minutes) Product Overview" FingerWorks.com.
"Infrared Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-infrared.html generated Aug. 5, 2005.
"Mouse Emulation" FingerWorks obtained from http://www.fingerworks.com/gesture_guide_mouse.html generated Aug. 30, 2005.
"Mouse Gestures in Opera" obtained from http://www.opera.com/products/desktop/mouse/index.dml generated Aug. 30, 2005.
"Mouse Gestures," Optim oz, May 21, 2004.
"MultiTouch Overview" FingerWorks obtained from http://vvvvw.fingerworks.com/multoverview.html generated Aug. 30, 2005.
"Near Field Imaging Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-nfi.html generated Aug. 5, 2005.
"PenTouch Capacitive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-pentouch.html generated Aug. 5, 2005.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

"Surface Acoustic Wave Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-saw.html generated Aug. 5, 2005.
"Symbol Commander" obtained from http://www.sensiva.com/symbolcomander/, generated Aug. 30, 2005.
"Tips for Typing" FingerWorks http://www.fingerworks.com/mini_typing.html generated Aug. 30, 2005.
"Touch Technologies Overview" 2001, 3M Touch Systems, Massachusetts.
"Wacom Components—Technology" obtained from http://www.wacom-components.com/english/tech.asp generated on Oct. 10, 2004.
"Watershed Algorithm" http://rsb.info.nih.gov/ij/plugins/watershed.html generated Aug. 5, 2005.
"FingerWorks—Gesture Guide—Application Switching," obtained from http://www.fingerworks.com/gesture_guide_apps.html, generated on Aug. 27, 2004, 1-pg.
"FingerWorks—Gesture Guide—Editing," obtained from http://www.fingerworks.com/gesure_guide_editing.html, generated on Aug. 27, 2004, 1-pg.
"FingerWorks—Gesture Guide—File Operations," obtained from http://www.fingerworks.com/gesture_guide_files.html, generated on Aug. 27, 2004, 1-pg.
"FingerWorks—Gesture Guide—Text Manipulation," obtained from http://www.fingerworks.com/gesture_guide_text_manip.html, generated on Aug. 27, 2004, 2-pg.
"FingerWorks—Gesture Guide—Tips and Tricks," obtained from http://www.fingerworks.com/gesture_guide_tips.html, generated Aug. 27, 2004, 2-pgs.
"FingerWorks—Gesture Guide—Web," obtained from http://www.fingerworks.com/gesture_guide_web.html, generated on Aug. 27, 2004, 1-pg.
"FingerWorks—Guide to Hand Gestures for USB Touchpads," obtained from http://www.fingerworks.com/igesture_userguide.html, generated Aug. 27, 2004, 1-pg.
"FingerWorks—iGesture—Technical Details," obtained from http://www.fingerworks.com/igesture_tech.html, generated Aug. 27, 2004, 1-pg.
"FingerWorks—The Only Touchpads with Ergonomic Full-Hand Resting and Relaxation!" obtained from http://www.fingerworks.com/resting.html, Copyright 2001, 1-pg.
"FingerWorks—Tips for Typing on the Mini," obtained from http://www.fingerworks.com/mini_typing.html, generated on Aug. 27, 2004, 2-pgs.
"iGesture Pad—the MultiFinger USB TouchPad with Whole-Hand Gestures," obtained from http://www.fingerworks.com/igesture.html, generated Aug. 27, 2004, 2-pgs.
Bier, et al., "Toolglass and Magic Lenses: The see-through interface" In James Kijiya, editor, Computer Graphics (SIGGRAPH '93 Proceedings), vol. 27, pp. 73-80, Aug. 1993.
Douglas et al., *The Ergonomics of Computer Pointing Devices* (1997).
European Search Report received in EP 1 621 989 (@ *Beyer Weaver & Thomas, LLP*) dated Mar. 27, 2006.
EVB Elektronik "TSOP6238 IR Receiver Modules for Infrared Remote Control Systems" dated Jan. 2004 1-pg.
Fisher et al., "Repetitive Motion Disorders: The Design of Optimal Rate- Rest Profiles," Human Factors, 35(2):283-304 (Jun. 1993).
Fukumoto, et al., "ActiveClick: Tactile Feedback for Touch Panels," In CHI 2001 Summary, pp. 121-122, 2001.
Fukumoto and Yoshinobu Tonomura, "Body Coupled Fingering: Wireless Wearable Keyboard," *CHI 97*, pp. 147-154 (Mar. 1997).
Hardy, "Fingerworks" Mar. 7, 2002; BBC World On Line.
Hillier and Gerald J. Lieberman, *Introduction to Operations Research* (1986).
International Search Report dated Mar. 3, 2006 (PCT/US 05/03325; 119-0052WO).
Jacob et al., "Integrality and Separability of Input Devices," *ACM Transactions on Computer-Human Interaction*, 1:3-26 (Mar. 1994).
Kinkley et al., "Touch-Sensing Input Devices," in CHI '99 Proceedings, pp. 223-230, 1999.
Kionx "KXP84 Series Summary Data Sheet" copyright 2005,dated Oct. 21, 2005, 4-pgs.
Lee et al., "A Multi-Touch Three Dimensional Touch-Sensitive Tablet," in CHI '85 Proceedings, pp. 121-128, 2000.
Lee, "A Fast Multiple-Touch-Sensitive Input Device," Master's Thesis, University of Toronto (1984).
Matsushita et al., "HoloWall: Designing a Finger, Hand, Body and Object Sensitive Wall," In Proceedings of UIST '97, Oct. 1997.
Quantum Research Group "QT510 / QWheel™ Touch Slider IC" copyright 2004-2005, 14-pgs.
Quek, "Unencumbered Gestural Interaction," *IEEE Multimedia*, 3:36-47 (Winter 1996).
Radwin, "Activation Force and Travel Effects on Overexertion in Repetitive Key Tapping," *Human Factors*, 39(1):130-140 (Mar. 1997).
Rekimoto "SmartSkin: An Infrastructure for Freehand Manipulation on Interactive Surfaces" CHI 2002, Apr. 20-25, 2002.
Rekimoto et al., "ToolStone: Effective Use of the Physical Manipulation Vocabularies of Input Devices," In Proc. Of UIST 2000, 2000.
Rubine et al., "Programmable Finger-Tracking Instrument Controllers," *Computer Music Journal*, vol. 14, No. 1 (Spring 1990).
Rutledge et al., "Force-To-Motion Functions for Pointing," Human-Computer Interaction—INTERACT (1990).
Subatai Ahmad, "A Usable Real-Time 3D Hand Tracker," Proceedings of the 28th Asilomar Conference on Signals, Systems and Computers—Part 2 (of2), vol. 2 (Oct. 1994).
Texas Instruments "TSC2003 / I2C Touch Screen Controller" Data Sheet SBAS 162, dated Oct. 2001, 20-pgs.
Wellner, "The Digital Desk Calculators: Tangible Manipulation on a Desk Top Display" in ACM UIST '91 Proceedings, pp. 27-34, Nov. 1991.
Williams, "Applications for a Switched-Capacitor Instrumentation Building Block" Linear Technology Application Note 3, Jul. 1985, pp. 1-16.
Yamada et al., "A Switched-Capacitor Interface for Capacitive Pressure Sensors" IEEE Transactions on Instrumentation and Measurement, vol. 41, No. 1, Feb. 1992, pp. 81-86.
Yeh et al., "Switched Capacitor Interface Circuit for Capacitive Transducers" 1985 IEEE.
Zhai et al., "Dual Stream Input for Pointing and Scrolling," *Proceedings of CHI '97 Extended Abstracts* (1997).
Zimmerman et al., "Applying Electric Field Sensing to Human-Computer Interfaces," In CHI '85 Proceedings, pp. 280-287, 1995.
U.S. Appl. No. 10/774,053, filed Feb. 5, 2004.
U.S. Appl. No. 11/140,529, filed May 27, 2005 which is a Reissue of 6,570,557 listed above.
U.S. Appl. No. 11/381,313, filed May 2, 2006 entitled "Multipoint Touch Surface Controller".
U.S. Appl. No. 11/332,861, filed Jan. 13, 2006 which is a Reissue of 6,677,932 listed above.
U.S. Appl. No. 11/380,109, filed Apr. 25, 2006 entitled "Keystroke Tactility Arrangement on Smooth Touch Surface."
U.S. Appl. No. 11/428,501, filed Jul. 3, 2006 entitled "Capacitive Sensing Arrangement," which is a Continuation of US 2005/0104867 listed above.
U.S. Appl. No. 11/428,503, filed Jul. 3, 2006 entitled "Touch Surface" which is a Continuation of US 2005/0104867 listed above.
U.S. Appl. No. 11/428,506, filed Jul. 3, 2006 entitled "User Interface Gestures" which is a Continuation of US 2005/0104867 listed above.
U.S. Appl. No. 11/428,515, filed Jul. 3, 2006 entitled "User Interface Gestures" which is a Continuation of US 2005/0104867 listed above.
U.S. Appl. No. 11/428,522, filed Jul. 3, 2006 entitled "Identifying Contacts on a Touch Surface" which is a Continuation of US 2005/0104867 listed above.
U.S. Appl. No. 11/428,521, filed Jul. 3, 2006 entitled "Identifying Contacts on a Touch Surface" which is a Continuation of US 2005/0104867 listed above.
U.S. Appl. No. 11/426,078, filed Jun. 23, 2006 entitled "Electronic Device Having Display and Surrounding Touch Sensitive Bezel for User Interface and Control" which is a Continuation-In-Part of 2006/0197753 listed above.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

U.S. Appl. No. 11/278,080, filed Mar. 30, 2006 entitled "Force Imaging Input Device and System".
U.S. Appl. No. 11/382,402, filed May 9, 2006 entitled "Force and Location Sensitive Display" which is a Continuation of U.S. Appl. No. 11/278,080 listed above.
International Search Report received in corresponding PCT application No. PCT/US2006/008349 Oct. 6, 2006.
International search report for International Application No. PCT/US2005/014364 mailed Jan. 12, 2005.
U.S. Appl. No. 12/267,522, filed Nov. 7, 2008, by Hotelling et al.
U.S. Appl. No. 12/267,532, filed Nov. 7, 2008, by Hotelling et al.
U.S. Appl. No. 12/267,540, filed Nov. 7, 2008, by Hotelling et al.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 06/20/2011



Row projection signal
Column projection signal

FIG. 1A

FIG. 1B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011



U.S. Patent Feb. 16, 2010 Sheet 2 of 14 US 7,663,607 B2

30
$S_4$
$S_3$
$S_2$
$S_1$
$T_3$
$T_1$
$T_2$
$T_4$
38
36
34
42

FIG. 2

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003850



U.S. Patent Feb. 16, 2010 Sheet 3 of 14 US 7,663,607 B2

38
44
44
42A
44
44
42A
42

FIG. 3

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003851

45
46
RECEIVE MULTIPLE TOUCHES ON SURFACE OF TOUCH SCREEN
47
RECOGNIZE EACH OF THE MULTIPLE TOUCHES
48
REPORT TOUCH DATA BASED ON MULTIPLE TOUCHES

FIG. 4

50
72
70
76
74
66
56
66
60
62
64
68
58

FIG. 5

Copy provided by USPTO from the PIRS Image Database on 06/20/2011



U.S. Patent Feb. 16, 2010 Sheet 5 of 14 US 7,663,607 B2

100
102
108
104
110
116
110
116
110
110
110
104
112
106
110
102
SERIAL DATA BUS
106

FIG. 6A

FIG. 6B

130
142
140
134
136
138
132

FIG. 8A

FIG. 8B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003853

U.S. Patent Feb. 16, 2010 Sheet 6 of 14 US 7,663,607 B2

H
120
W
122
FIG. 7
124
126
126

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003854



U.S. Patent Feb. 16, 2010 Sheet 7 of 14 US 7,663,607 B2

150
156
158B
152B
152A
154
158A
170
190
181
192
180
182
174
192
176
177
178
172

FIG. 9

FIG. 10

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003855



U.S. Patent Feb. 16, 2010 Sheet 8 of 14 US 7,663,607 B2

200
206
204
206
204
202
208
204
204
208

FIG. 11A

FIG. 11B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003856

U.S. Patent Feb. 16, 2010 Sheet 9 of 14 US 7,663,607 B2

220
232
222
224
236
230
226
228
237
237

FIG. 12

IN
-
+
OUT

FIG. 13

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003857



U.S. Patent Feb. 16, 2010 Sheet 10 of 14 US 7,663,607 B2

260
272
DSP
HOST
274
270
A/D
268
264
MUX
V1
VN+1
266
CHANNEL (1)
CHANNEL (N+1)
262
262

FIG. 14

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003858



280
282
DRIVE SENSING POINTS
284
READ OUTPUT FROM SENSING POINTS
286
PRODUCE AND ANALYZE TOUCHSCREEN DATA
288
COMPARE CURRENT DATA TO PAST DATA
290
PERFORM ACTION BASED ON COMPARISON

FIG. 15

Copy provided by USPTO from the PIRS Image Database on 06/20/2011



U.S. Patent Feb. 16, 2010 Sheet 12 of 14 US 7,663,607 B2

300
302
RECEIVE RAW DATA
304
FILTER RAW DATA
306
GENERATE GRADIENT DATA
308
CALCULATE BOUNDARIES FOR TOUCH REGIONS
310
CALCULATE COORDINATES FOR EACH TOUCH REGION
312
PERFORM MULTIPOINT TRACKING

FIG. 16

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLPROS0000003860