# EXHIBIT 85

U 7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,844,915*
ISSUE DATE: *November 30, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

APLNDC00025380



US007844915B2

## (12) United States Patent
### Platzer et al.

(10) Patent No.: **US 7,844,915 B2**
(45) Date of Patent: **Nov. 30, 2010**

(54) **APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS**

(75) Inventors: **Andrew Platzer**, Santa Clara, CA (US); **Scott Herz**, Santa Clara, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 583 days.

(21) Appl. No.: **11/620,717**

(22) Filed: **Jan. 7, 2007**

(65) **Prior Publication Data**
US 2008/0168384 A1    Jul. 10, 2008

(51) Int. Cl.
G06F 3/00   (2006.01)
G06F 3/033  (2006.01)
G06F 3/041  (2006.01)
G06F 3/048  (2006.01)

(52) U.S. Cl. .................. **715/781**; 715/784; 715/800; 345/173

(58) Field of Classification Search .................. 715/764, 715/765, 784, 786, 788, 800, 864, 866, 973, 715/974; 345/156, 157, 169, 173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,534,893 A | 7/1996 | Hansen et al. | |
| 5,903,902 A | 5/1999 | Orr et al. | |
| 6,028,602 A | 2/2000 | Weidenfeller et al. | |
| 6,486,896 B1 | 11/2002 | Ubillos | |
| 6,677,965 B1 * | 1/2004 | Ullmann et al. | 715/786 |
| 6,741,996 B1 | 5/2004 | Brechner et al. | |
| 6,839,721 B2 | 1/2005 | Schwols | |
| 6,903,927 B2 | 6/2005 | Anlauff | |
| 6,957,392 B2 | 10/2005 | Simister et al. | |
| 6,958,749 B1 * | 10/2005 | Matsushita et al. | 345/175 |
| 7,009,626 B2 | 3/2006 | Anwar | |
| 7,088,374 B2 | 8/2006 | David et al. | |
| 7,117,453 B2 | 10/2006 | Drucker et al. | |
| 7,173,623 B2 | 2/2007 | Calkins et al. | |
| 7,337,412 B2 | 2/2008 | Guido et al. | |
| 7,346,850 B2 | 3/2008 | Swartz et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    1517228    3/2005

(Continued)

OTHER PUBLICATIONS

Toshiyuki Masui et al; "Elastic Graphical Interfaces for Precise Data Manipulation", 1995; ACM; pp. 143-144.*

(Continued)

Primary Examiner—Xiomara L. Bautista
(74) Attorney, Agent, or Firm—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

At least certain embodiments of the present disclosure include an environment with user interface software interacting with a software application. A method for operating through an application programming interface (API) in this environment includes transferring a set bounce call. The method further includes setting at least one of maximum and minimum bounce values. The set bounce call causes a bounce of a scrolled region in an opposite direction of a scroll based on a region past an edge of the scrolled region being visible in a display region at the end of the scroll.

**21 Claims, 37 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| Patent No. | Kind | Date | Inventor | Class |
|---|---|---|---|---|
| 7,561,159 | B2 | 7/2009 | Abel et al. | |
| 7,576,732 | B2 * | 8/2009 | Lii | 345/173 |
| 2001/0045949 | A1 | 11/2001 | Chithambaram et al. | |
| 2002/0194589 | A1 | 12/2002 | Cristofalo et al. | |
| 2003/0095096 | A1 | 5/2003 | Robbin et al. | |
| 2003/0122787 | A1 | 7/2003 | Zimmerman et al. | |
| 2003/0132959 | A1 | 7/2003 | Simister et al. | |
| 2003/0160832 | A1 | 8/2003 | Ridgley et al. | |
| 2003/0174149 | A1 | 9/2003 | Fujisaki et al. | |
| 2004/0021676 | A1 | 2/2004 | Chen et al. | |
| 2004/0021698 | A1 | 2/2004 | Baldwin et al. | |
| 2004/0100479 | A1 | 5/2004 | Nakano et al. | |
| 2004/0215643 | A1 | 10/2004 | Brechner et al. | |
| 2004/0222992 | A1 | 11/2004 | Calkins et al. | |
| 2004/0224638 | A1 | 11/2004 | Fadell et al. | |
| 2005/0057524 | A1 * | 3/2005 | Hill et al. | 345/173 |
| 2005/0088443 | A1 | 4/2005 | Blanco et al. | |
| 2005/0193015 | A1 | 9/2005 | Logston et al. | |
| 2006/0038796 | A1 * | 2/2006 | Hinckley et al. | 345/173 |
| 2006/0190833 | A1 | 8/2006 | SanGiovanni et al. | |
| 2006/0236263 | A1 * | 10/2006 | Bathiche et al. | 715/786 |
| 2007/0055967 | A1 | 3/2007 | Poff et al. | |
| 2007/0075965 | A1 | 4/2007 | Huppi et al. | |
| 2007/0174257 | A1 | 7/2007 | Howard | |
| 2007/0185876 | A1 | 8/2007 | Mendis et al. | |
| 2007/0252821 | A1 * | 11/2007 | Hollemans et al. | 345/173 |
| 2007/0288856 | A1 | 12/2007 | Butlin et al. | |
| 2008/0005703 | A1 * | 1/2008 | Radivojevic et al. | 715/863 |
| 2008/0016096 | A1 | 1/2008 | Wilding et al. | |
| 2008/0034029 | A1 | 2/2008 | Fang et al. | |
| 2008/0048978 | A1 * | 2/2008 | Trent et al. | 345/157 |
| 2008/0168395 | A1 * | 7/2008 | Ording et al. | 715/833 |
| 2008/0231610 | A1 * | 9/2008 | Hotelling et al. | 345/173 |
| 2009/0259969 | A1 * | 10/2009 | Pallakoff | 715/808 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 2 319 591 A | | 5/1998 |
| GB | 2319591 A * | | 5/1998 |
| WO | WO-2006/067711 | | 6/2006 |
| WO | WO 2008/085848 A1 * | | 7/2008 |
| WO | WO 2008/085877 A1 * | | 7/2008 |
| WO | WO-2008085848 | | 7/2008 |
| WO | WO-2008085877 | | 7/2008 |

### OTHER PUBLICATIONS

Office Action, U.S. Appl. No. 11/620,723, mailed Apr. 1, 2009, 8 pages.
Office Action, U.S. Appl. No. 11/620,709, mailed Apr. 1, 2009, 8 pages.
Office Action, U.S. Appl. No. 11/620,720, mailed Jun. 23, 2009, 17 pages.
Office Action, U.S. Appl. No. 11/620,720, mailed Dec. 23, 2008, 18 pages.
PCT International Search Report and Written Opinion for PCT International Appln. No. US2008/000058, mailed Jul. 31, 2008 (10 pages).
PCT International Search Report and Written Opinion for PCT International Appln. No. US2008/000089, mailed Apr. 6, 2008 (14 pages).
PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000103, mailed Jun. 3, 2008 (15 pages).
PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000069, mailed May 2, 2008 (16 pages).
PCT International Search Report and Written Opinion for PCT International Appln. No. PCT/US2008/000060, mailed Apr. 22, 2008 (12 pages).
Office Action, U.S. Appl. No. 11/620,723, mailed Jun. 8, 2010, 7 pages.
Office Action, U.S. Appl. No. 11/620,709, mailed Jun. 9, 2010, 7 pages.
Final Office Action, U.S. Appl. No. 11/620,709 mailed Nov. 13, 2009, 8 pages.
Final Office Action, U.S. Appl. No. 11/620,723, mailed Nov. 17, 2009., 10 pages.
Office Action, U.S. Appl. No. 11/620,720 mailed Nov. 18, 2009, 17 pages.

* cited by examiner



FIG. 1



200
TRANSFER A SET BOUNCE CELL
202
SET AT LEAST ONE OF MAXIMUM AND MINIMUM BOUNCE VALUES
204
CAUSE A SLIGHT BOUNCE OF A SCROLLED REGION IN AN OPPOSITE DIRECTION OF A SCROLL BASED ON A REGION PAST AN EDGE OF A CONTENT BEING VISIBLE IN A DISPLAY REGION AT THE END OF THE SCROLL
206

FIG. 2

300
TRANSFER A RUBBERBAND CALL TO CAUSE RUBBERBANDING A SCROLLED REGION DISPLAYED WITHIN A DISPLAY REGION
302
TRANSFER AN EDGE RUBBERBAND CALL TO SET DISPLACEMENT VALUES FOR AT LEAST ONE EDGE OF THE DISPLAY REGION
304

FIG. 3



**FIG. 4**



**FIG. 5A**



**FIG. 5B**



FIG. 5C



FIG. 6A



PORTABLE MULTIFUNCTION DEVICE 100
206
208
208
3500A
SPEAKER 111
OPTICAL SENSOR 164
PROXIMITY SENSOR 166
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones 3506-1
Re: Project Orion 3508-1
January 30, 2006 3510-1
3534
3512-1
Bruce Walker 3506-2
Lunch meeting today 3508-2
January 30, 2006 3510-2
3530
Kim Brook 3506-3
Draft agreement 3508-3
January 30, 2006 3510-3
3514
Bob Adams
Project Orion
January 29, 2006
3512-2
Darin Adler
fantasy football
January 29, 2006
Aaron Jones
Fwd: status report
January 29, 2006
3518
3520
3522
3524
3526
3510
MICROPHONE 113
HOME 204

FIG. 6B



FIG. 6C



PORTABLE MULTIFUNCTION DEVICE
100
206
SPEAKER 111
OPTICAL SENSOR 164
PROXIMITY SENSOR 166
3500A
208
208
402
Current Time 404
406
Mailboxes
3502
Inbox
6
3504
Aaron Jones 3506-1
Re: Project Orion 3508-1
January 30, 2006 3510-1
3534
3512-1
Bruce Walker 3506-2
Lunch meeting today 3508-2
January 30, 2006 3510-2
3530
Kim Brook 3506-3
Draft agreement 3508-3
January 30, 2006 3510-3
Bob Adams
Project Orion
January 29, 2006
3512-2
Darin Adler
fantasy football
January 29, 2006
Aaron Jones
Fwd: status report
January 29, 2006
3518
3520
3522
3524
3526
3510
MICROPHONE 113
HOME 204

FIG. 6D


700

```
┌─────────────────────────────────────┐
│  TRANSFER A DIRECTIONAL SCROLL CALL │
│  TO DETERMINE IF DIRECTIONAL        │
│  SCROLLING IS ENABLED               │
│               702                   │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│  TRANSFER A DIRECTIONAL SCROLL      │
│  ANGLE CALL TO SET A SCROLL ANGLE   │
│  FOR LOCKING THE SCROLLING IN AT    │
│  LEAST ONE OF A VERTICAL OR A       │
│  HORIZONTAL DIRECTION               │
│               704                   │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│  LOCK THE SCROLLING IN THE          │
│  HORIZONTAL DIRECTION IF A USER     │
│  INPUT FORMS AN ANGLE WITH A        │
│  HORIZONTAL DIRECTION THAT IS LESS  │
│  THAN OR EQUAL TO A FIRST SCROLL    │
│  ANGLE                              │
│               706                   │
└─────────────────────────────────────┘
                  │
                  ▼
┌─────────────────────────────────────┐
│  LOCK THE SCROLLING IN THE VERTICAL │
│  DIRECTION IF A USER INPUT FORMS AN │
│  ANGLE WITH A VERTICAL DIRECTION    │
│  THAT IS LESS THAN OR EQUAL TO A    │
│  SECOND SCROLL ANGLE                │
│               708                   │
└─────────────────────────────────────┘
```

**FIG. 7**



**FIG. 8**



FIG. 9



FIG. 10



1100
TRANSFER A SCROLL INDICATOR CALL TO DETERMINE WHETHER AT LEAST ONE SCROLL INDICATOR ATTACHES TO A SCROLL REGION OR A WINDOW EDGE
1102
OPTIONALLY ATTACH SCROLL INDICATORS TO A SCROLL REGION BASED ON THE SCROLL INDICATOR CALL
1104
OPTIONALLY ATTACH SCROLL INDICATORS TO A WINDOW EDGE BASED ON THE SCROLL INDICATOR CALL
1106

**FIG. 11**

1200
TRANSFER AN INADVERTENT USER INPUT CALL TO DETERMINE WHETHER THE USER INPUT WAS INADVERTENT
1202
IGNORE THE INADVERTENT USER INPUT BASED ON THE INADVERTENT USER INPUT CALL
1204

**FIG. 12**