

1300

TRANSFER A HANDLE GESTURE EVENT CALL
1302

TRANSFER A GESTURE CHANGE CALL IN
RESPONSE TO THE HANDLE GESTURE
EVENT CALL
1304

**FIG. 13**

1400

TRANSFER A SCALING TRANSFORM CALL
TO DETERMINE A SCALING TRANSFORM
FOR A VIEW ASSOCIATED WITH A USER
INPUT HAVING A PLURALITY OF INPUT POINTS
1402

TRANSFER A SCALING GESTURE START
CALL
1404

TRANSFER A SCALING GESTURE PROGRESS
CALL
1406

TRANSFER A SCALING GESTURE END
CALL
1408

**FIG. 14**

Case 5:11-cv-01846-LHK   Document 946-6   Filed 05/18/12   Page 2 of 18



**FIG. 15**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025398



FIG. 16B



FIG. 16A

APLNDC00025399



**FIG. 16C**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



FIG. 17

APLNDC00025401



**FIG. 18**

APLNDC00025402



1900



```
┌────────────────────────────────────┐
│      START AT LEAST TWO ANIMATIONS  │
│                 1902                │
└────────────────────────────────────┘
                  │
                  ▼
┌────────────────────────────────────┐
│      DETERMINE THE PROGRESS OF EACH │
│               ANIMATION             │
│                 1904                │
└────────────────────────────────────┘
                  │
                  ▼
┌────────────────────────────────────┐
│      UPDATE EACH OF AT LEAST TWO    │
│   ANIMATIONS BASED ON A SINGLE TIMER│
│                 1906                │
└────────────────────────────────────┘
```

# FIG. 19

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



2000

PROVIDE A SINGLE ANIMATION TIMER
2002

ANIMATE A PLURALITY OF ANIMATIONS
WITH THE SINGLE ANIMATION TIMER
2004

**FIG. 20**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025404

Case 5:11-cv-01846-LHK   Document 946-6   Filed 05/18/12   Page 9 of 18



**FIG. 21**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025405



**FIG. 22A**



**FIG. 22B**



2300

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS WITH A
LAYER BEING ASSOCIATED WITH A
VIEW AND OWNING THE VIEW
2302

REMOVE THE LAYER FROM THE DATA
STRUCTURE
2304

SWITCH OWNERSHIP OF THE VIEW
FROM THE LAYER TO THE VIEW
2306

**FIG. 23**

2400

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS WITH A
LAYER BEING ASSOCIATED WITH A
VIEW
2402

STORE THE DATA STRUCTURE IN MEMORY
2404

MAINTAIN A RETAINED COUNT OF THE
NUMBER OF REFERENCES TO THE VIEW
FROM OTHER OBJECTS
2406

DEALLOCATE THE VIEW FROM MEMORY
IF THE RETAINED COUNT IS ZERO
2408

**FIG. 24**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025407



## FIG. 25A



## FIG. 25B

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025408



2600

CONSTRUCT A DATA STRUCTURE HAVING
A HIERARCHY OF LAYERS ASSOCIATED
WITH THE USER INTERFACE OF THE
DEVICE
2402

DETERMINE WHETHER EACH LAYER OF THE
DATA STRUCTURE IS ASSOCIATED WITH
MEDIA OR NON-MEDIA CONTENT
2604

DETACH MEDIA CONTENT FROM THE DATA
STRUCTURE
2606

STORE MEDIA CONTENT IN A FIRST
MEMORY LOCATION
2608

STORE NON-MEDIA CONTENT IN A SECOND
MEMORY LOCATION
2610

COMPOSITE THE MEDIA AND NON-MEDIA
CONTENT FOR DISPLAY ON THE
DEVICE
2612

# FIG. 26

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025409



**FIG. 27**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025410

Case 5:11-cv-01846-LHK   Document 946-6   Filed 05/18/12   Page 15 of 18



**FIG. 28**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00002541



**FIG. 29**

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00025412

Case 5:11-cv-01846-LHK   Document 946-6   Filed 05/18/12   Page 17 of 18



## FIG. 30A



## FIG. 30B

APLNDC00025413

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

U.S. Patent

Nov. 30, 2010

Sheet 32 of 37

US 7,844,915 B2



FIG. 31

3100

APLNDC00025414