# EXHIBIT 86

U 7302677

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**June 28, 2011**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,864,163*
ISSUE DATE: *January 04, 2011*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

N.  WILLIAMS

**Certifying Officer**

APLNDC00027870



US007864163B2

(12) **United States Patent**
Ording et al.

(10) Patent No.: **US 7,864,163 B2**
(45) Date of Patent: **Jan. 4, 2011**

(54) **PORTABLE ELECTRONIC DEVICE, METHOD, AND GRAPHICAL USER INTERFACE FOR DISPLAYING STRUCTURED ELECTRONIC DOCUMENTS**

(75) Inventors: **Bas Ording**, San Francisco, CA (US); **Scott Forstall**, Mountain View, CA (US); **Greg Christie**, San Jose, CA (US); **Stephen O. Lemay**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US); **Richard Williamson**, Los Gatos, CA (US); **Chris Blumenberg**, San Francisco, CA (US); **Marcel Van Os**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 688 days.

(21) Appl. No.: **11/850,013**

(22) Filed: **Sep. 4, 2007**

(65) **Prior Publication Data**

US 2008/0094368 A1     Apr. 24, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/937,993, filed on Jun. 29, 2007, provisional application No. 60/946,715, filed on Jun. 27, 2007, provisional application No. 60/879,469, filed on Jan. 8, 2007, provisional application No. 60/879,253, filed on Jan. 7, 2007, provisional application No. 60/824,769, filed on Sep. 6, 2006.

(51) **Int. Cl.**
*G06F 3/041* (2006.01)
(52) **U.S. Cl.** ........................ 345/173; 715/234; 715/781

(58) **Field of Classification Search** ......... 345/173–178; 178/18.01–18.09, 18.11; 715/810, 828–831, 715/234, 781, 700
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,025,842 A     2/2000 Filetto et al. ................ 345/345

(Continued)

FOREIGN PATENT DOCUMENTS

EP          0476972 A2     3/1992

(Continued)

OTHER PUBLICATIONS

Milic-Fraying, N. et al., "Smartview: Enhanced Document Viewer for Mobile Devices," Microsoft Technical Report, Nov. 15, 2002, URL: ftp://ftp.research.microsoft.com/pub/tr/tr-2002-114.pdf, retrieved Dec. 17, 2007.

(Continued)

*Primary Examiner*—Stephen G Sherman
(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

A computer-implemented method, for use in conjunction with a portable electronic device with a touch screen display, comprises displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content, and detecting a first gesture at a location on the displayed portion of the structured electronic document. A first box in the plurality of boxes at the location of the first gesture is determined. The first box on the touch screen display is enlarged and substantially centered.

**61 Claims, 29 Drawing Sheets**



**US 7,864,163 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,073,036 | A | 6/2000 | Heikkinen et al. .......... 455/575 |
| 6,177,936 | B1 | 1/2001 | Cragun .......... 345/340 |
| 6,199,082 | B1 | 3/2001 | Ferrel et al. .......... 707/522 |
| 6,243,080 | B1 | 6/2001 | Molne .......... 345/173 |
| 6,262,732 | B1 | 7/2001 | Coleman et al. .......... 345/348 |
| 6,326,970 | B1 | 12/2001 | Mott et al. .......... 345/439 |
| 6,349,410 | B1 | 2/2002 | Lortz .......... 725/110 |
| 6,359,615 | B1 | 3/2002 | Singh .......... 345/173 |
| 6,411,283 | B1 | 6/2002 | Murphy .......... 345/173 |
| 6,466,198 | B1 | 10/2002 | Feinstein .......... 345/158 |
| 6,466,203 | B2 | 10/2002 | Van Ee .......... 345/173 |
| 6,489,975 | B1 | 12/2002 | Patil et al. .......... 345/781 |
| 6,570,583 | B1 | 5/2003 | Kung et al. .......... 345/661 |
| 6,613,100 | B2 | 9/2003 | Miller .......... 715/526 |
| 6,639,584 | B1 | 10/2003 | Li .......... 345/173 |
| 6,771,250 | B1 | 8/2004 | Oh .......... 345/156 |
| 6,928,461 | B2 | 8/2005 | Tuli .......... 709/203 |
| 7,054,965 | B2 | 5/2006 | Bell et al. .......... 710/72 |
| 7,075,512 | B1 | 7/2006 | Fabre et al. .......... 345/156 |
| 7,149,549 | B1 | 12/2006 | Ortiz et al. .......... 455/566 |
| 7,166,791 | B2 | 1/2007 | Robbin et al. .......... 84/477 |
| 7,346,855 | B2 | 3/2008 | Hellyar et al. .......... 715/784 |
| 7,461,353 | B2 | 12/2008 | Rohrabaugh et al. .......... 715/815 |
| 2002/0152283 | A1 | 10/2002 | Dutta et al. .......... 709/218 |
| 2003/0033331 | A1 | 2/2003 | Sena et al. .......... 707/513 |
| 2003/0095135 | A1 | 5/2003 | Kaasila et al. .......... 345/613 |
| 2003/0095155 | A1 | 5/2003 | Johnson .......... 345/864 |
| 2003/0164861 | A1 | 9/2003 | Barbanson et al. .......... 345/815 |
| 2003/0193524 | A1 | 10/2003 | Bates et al. .......... 345/786 |
| 2004/0103371 | A1 | 5/2004 | Chen et al. .......... 715/513 |
| 2004/0143796 | A1 | 7/2004 | Lerner et al. .......... 715/538 |
| 2004/0169674 | A1 | 9/2004 | Linjama .......... 345/702 |
| 2004/0201595 | A1 | 10/2004 | Manchester .......... 345/660 |
| 2005/0071364 | A1 | 3/2005 | Xie et al. .......... 707/102 |
| 2005/0071778 | A1 | 3/2005 | Tokkonen .......... 715/822 |
| 2005/0079896 | A1 | 4/2005 | Kokko et al. .......... 345/702 |
| 2005/0093826 | A1 | 5/2005 | Huh .......... 345/168 |
| 2005/0114788 | A1 | 5/2005 | Fabritius .......... 715/767 |
| 2005/0162283 | A1 | 7/2005 | Lamkin et al. .......... 725/43 |
| 2005/0177783 | A1 | 8/2005 | Agrawala et al. .......... 715/512 |
| 2005/0285880 | A1 | 12/2005 | Lai et al. .......... 345/660 |
| 2006/0026521 | A1 | 2/2006 | Hotelling et al. .......... 715/702 |
| 2006/0033761 | A1 | 2/2006 | Suen et al. .......... 345/660 |
| 2006/0064647 | A1 | 3/2006 | Tapuska et al. .......... 715/800 |
| 2006/0085743 | A1 | 4/2006 | Baudisch et al. .......... 715/526 |
| 2006/0097991 | A1 | 5/2006 | Hotelling et al. .......... 345/173 |
| 2006/0101354 | A1 | 5/2006 | Hashimoto et al. .......... 715/863 |
| 2006/0125799 | A1* | 6/2006 | Hillis et al. .......... 345/173 |
| 2006/0143574 | A1 | 6/2006 | Ito et al. .......... 715/800 |
| 2006/0146016 | A1 | 7/2006 | Chan et al. .......... 345/173 |
| 2006/0146038 | A1 | 7/2006 | Park et al. .......... 345/173 |
| 2006/0197753 | A1 | 9/2006 | Hotelling .......... 345/173 |
| 2006/0277588 | A1 | 12/2006 | Harrington et al. .......... 725/135 |
| 2006/0284852 | A1* | 12/2006 | Hofmeister et al. .......... 345/173 |
| 2007/0038612 | A1 | 2/2007 | Sull et al. .......... 707/3 |
| 2007/0152984 | A1 | 7/2007 | Ording et al. .......... 345/173 |
| 2007/0155434 | A1 | 7/2007 | Jobs et al. .......... 455/565 |
| 2007/0157228 | A1 | 7/2007 | Bayer et al. .......... 725/34 |
| 2007/0250768 | A1* | 10/2007 | Funakami et al. .......... 715/521 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 651 544 A2 | 5/1995 |
| EP | 0 701 220 A1 | 3/1996 |
| EP | 0880090 A2 | 11/1998 |
| EP | 0 990 202 A1 | 4/2000 |
| EP | 1 049 305 A1 | 11/2000 |
| EP | 1 517 228 A2 | 3/2005 |
| EP | 1 632 874 A2 | 3/2006 |
| EP | 1 752 880 A1 | 2/2007 |
| JP | 11 143604 | 5/1999 |
| JP | 2000181436 | 6/2000 |
| JP | 2005 267049 | 9/2005 |
| WO | WO 99/54807 A1 | 10/1999 |
| WO | WO 42/46903 A1 | 6/2002 |
| WO | WO 02/082418 A2 | 10/2002 |
| WO | WO 02/093542 A1 | 11/2002 |
| WO | WO 02093542 A1 * | 11/2002 |
| WO | WO 03/052626 A1 | 6/2003 |
| WO | WO 2004/021166 A1 | 3/2004 |
| WO | WO 2004/040481 A1 | 5/2004 |
| WO | WO 2005/036416 A2 | 4/2005 |
| WO | WO 2005/074268 A1 | 8/2005 |
| WO | WO 2005/106684 A1 | 11/2005 |
| WO | WO 2006/003591 A2 | 1/2006 |

## OTHER PUBLICATIONS

Holmquist, L., "The Zoom Browser Showing Simultaneous Detail and Overview in Large Documents," Human IT, 1998, URL : http://www.hb.se/bhs/ith/3-98/leh.htm, retrieved Dec. 17, 2007.

Khella, A. et al., "Pocket PhotoMesa: A Zoomable Image Browser for PDAs," Proceedings of the 3rd International Conference on Mobile and Ubiquitous Multimedia, Oct. 29, 2004, pp. 19-24, URL: http://delivery.acm.org/10.1145/1060000/1052384/p19-khella.pdf?key1=1052384&key2=2419989911&co11=GUIDE&d1=GUIDE&CFID=47073625&CFTOKEN=65767142, retrieved Dec. 17, 2007.

Invitation to Pay Additional Fees for International Application PCT/US2007/077644, dated Jan. 23, 2008.

Cooper, A., "The Inmates Are Running the Asylum," Sams Publishing, 1999, pp. 138-147.

European Search Report dated Jan. 26, 2010, received in European Application No. 09171787.6-2212, which corresponds to U.S. Appl. No. 11/850,013.

Versiontracker, "Photogather—7.2.6. Hi-res Image Viewer & Editor for Palm," printed Jun. 12, 2006, 5 pages, http://www.versiontracker.com/dyn/moreinfo/palm/4624.

Office Action dated Sep. 28, 2009, received in Australian Patent Application No. 2009100760, which corresponds to U.S. Appl. No. 11/850,013.

Agarwal, A., "iTunesInlineVideo," Digital Inspiration—The Tech Guide, 27 pages, http://labnol.blogspot.com/2006_09_17_labnol_archive.html.

Ahmad I. et al., "Content-Based Image Retrieval on Mobile Devices," Proc. Of SPIE-IS&T Electronic Imaging, vol. 5684, 2005, 10 pages.

Alam, H. et al., "Web Document Manipulation for Small Screen Devices: A Review," 4 pages, http://www.csc.liv.ac.uk/~wda2003/Papers/Section_II/Paper_8.pdf, 2003.

Apparao, V. et al., "Level 1 Document Object Model Specification," W3C Working Draft Jul. 20, 1998, 3 pages, http://www.w3.org/TR/WD-DOM/.

Bos, B. et al., "3 Conformance: Requirements and Recommendations," Cascading Style Sheets, level 2 CSS2 Specification, W3C Recommendation, May 12, 1998, 6 pages, http://www.w3.org/TR/CSS21/conform.html#doctree.

Chen, L. et al., "DRESS: A Slicing Tree Based Web Representation for Various Display Sizes," Microsoft Researach, Technical Report MSR-TR-2002-126, Nov. 16, 2002, 9 pages.

Eyemodule, "Turn Your Handspring™ Handheld into a Digital Camera," User's Manual, www.eyemodule.com, 9 pages, 2000.

Fling, B., "Designing for Mobile, Bringing Design Down to Size," Copyright© 2006 Blue Flavor.

Hart, K., "Rewriting the Web for Mobile Phones," washingtonpost.com, Jul. 26, 2006, 2 pages, http://www.washingtonpost.com/wp-dyn/content/article/2006/07/25/AR2006072501517__pf.html.

Hinckley et al., "Input/Output Devices and Interaction Techniques," Microsoft Research, 79 pages, 2003.

Laakko, T. et al., "Adapting Web Content to Mobile User Agents," IEEE Internet Computing, vol. 9, Issue 2, Mar./Apr. 2005, 8 pages.

Opera Software, "Download the Opera Mobile™ Browser," 5 pages, http://www.opera.com/products/mobile/products/, 2006.

APLNDC00027872

**US 7,864,163 B2**

Page 3

Opera Software, "Opera 7.60 for Series 60 Mobile," http://jp.opera.com/support/tutorials/s60/760/O760manual.pdf, 2009.

Palme, J. et al., "MIME Encapsulation of Aggregate Documents, such as HTML," The Internet Society, 1999, 24 pages.

Raman, B. et al., "Application-specific Workload Shaping in Multimedia-enabled Personal Mobile Devices," CODES + ISSS' 06, Oct. 22-25, 2006, Seoul, Korea, Copyright 2006 ACM, 6 pages.

Robie, J., "What is the Document Object Model?" Texcel Research, 5 pages, http://www.w3.orgTR-DOM/introduction.html, 2006.

Rohrer, T., "Metaphors We Compute by: Bringing Magic into Interface Design," http://www.uoregon.edu/-uophil/metaphor/gui4web.htm, printed Jun. 13, 2006, 7 pages.

Roto, V. et al. "Minimap—A Web Page Visualization Method for Mobile Phones," CHI 2006, Nokia Research Center, Apr. 22-27, 2006, 10 pages.

Salmre, I., "Chapter 2, Characteristics of Mobile Applications," Salme_02.fm, pp. 19-36, Dec. 20, 2004.

Schreiner, T., "High DPI in IE: Tip & Mystery Solved," Tony Schreiner's Weblog, May 2004, 2 pages, http://blogs.msdn.com/tonyschr/archive/2004/05/05/126305.aspx.

Stampfli, T., "Exploring Full-Screen Mode in Flash Player 9," Jan. 5, 2007, http://web.archive.org/web20070105231635/http://www.adobe.com/devnet/flashplayer/articles/full$_{13}$screen_mode.html.

Stanek, W. et al., "Chapter 9, Video and Animation Plug-Ins," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet edu.pk/taimoor/books/1-57521-198-X/index.htm.

Stanek, W. et al., "Chapter 22, Adding Multimedia to Your Web Site," Web Publishing Professional Reference Edition, copyright 1997 by Sams.net Publishing, http://www.ssuet.edu.pk/taimoor/books/1-57521-198-X/index.htm.

Surfin'Safari, "XUL," 7 pages, Oct. 2003, http://weblogs.mozillazine.org/hyatt/archives/2003_10.html.

w3 schools.com, "Multimedia Video Formats," www.w3sschools.com/media/media_videoformats.asp?output=print, 2006.

w3schools.com, "Playing QuickTime Movies," http://www.w3schools.com/media/media_quicktime.asp?output=print, 2006.

w3schools.com, "Playing Videos On The Web," www.w3schools.com/media/media_browservideos.asp?out=print, 2006.

Wave Technologies, "Certified Internet Webmaster Foundations Study Guide," Wave Technologies Internation, Inc., a Thomson Learning company, copyright 1988-2000.

Warabino, T. et al., "Video Transcoding Proxy for 3Gwireless Mobile Internet Access," IEEE Communications Magazine, vol. 38, Issue 10, Oct. 2000, 6 pages.

weblogs, "Chapter 1: Downloading and Building WebCore," WebCore documentation, 2 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter1.html, 2006.

weblogs, "Chapter 2: An Overview of WebCore," WebCore documentation, 3 pages, http://weblogs.mozillazine.org/hyatt/WebCore/chapter2.html, 2006.

webmasterworld.com, "Page Zooming with IE," webmasterworld.com, Jul. 2004, 7 pages, http://www.webmasterworld.com/forum83/4179.htm.

Wikipedia, "Comparison of Layout Engines," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/Comparison_of_loyout_engines, 2005.

Wikipedia, "KDE," Wikipedia, the free encyclopedia, 9 pages, http://en.wikipedia.org/wiki/KDE, 2004.

Wikipedia, "KHTML," Wikipedia, the free encyclopedia, 3 pages, http://en.wikipedia.org/wiki/KDHTML, 2004.

Wikipedia, "List of Layout Engines," 1 page, http://en.wikipedia.org/wiki/List_of_layout_engines, 2005.

Wobbrock, J. et al., "WebThumb: Interaction Techniques for Small-Screen Browsers," Human Computer Interaction Institute and School of Design, Carnegie Mellon University, {jrock, forlizzi, scott.hudson, bam}@cs.cmu.edu, Oct. 27-30, 2002, 4 pages.

Yin, X. et al., "Using Link Analysis to Improve Layout on Mobile Devices," WWW2004, May 17-22, 2004, 7 pages, http://www.iw3c2.org/WWW2004/docs/1p338.pdf.

Xiao, X. et al., "Slicing*-Tree Based Web Page Transformation for Small Displays," CIKM'05, Oct. 31-Nov. 5, 2005, Bremen, Germany, 2 pages.

Xie, X. et al., "Efficient Browsing of Web Search Results on Mobile Devices Based on Block Importance Model," Microsoft Research Asia, mgx03@ mails.tsinghua.edu.cn, 10 pages, 2005.

Zhiwei et al., "Zoom Selector: A Pen-based Interaction Technique for Small Target Selection," Transactions of the Information Processing Society of Japan, Aug. 2004, vol. 45, No. 8, pp. 2087-2097, Int'l Process. Soc. Japan, ISSN 0387-5806.

International Search Report and Written Opinion for International Application No. PCT/US2007/088893, mailed Jul. 11, 2008.

Designing Interfaces.com, "Animated Transition," http://designinginterfaces.com/Animated_Transition, printed Oct. 16, 2006, 2 pages.

Alejandre, S., "Graphing Linear Equations," http://mathforum.org/alejandre/palm/times.palm.html, printed Jun. 12, 2006, 3 pages.

Baudisch, P., "Collapse-to-Zoom: Viewing Web Pages on Small Screen Devices by Interactively Removing Irrelevant Content," Oct. 24-27, 2004, 4 pages.

Bitstream®, "ThunderHawk Pocket PC Edition for End Users," http://www.bitstream.com/wireless/products/pocketpc/faq_using.html, printed Jun. 12, 2006, 4 pages.

Buyukkokten, O. et al., "Power Browser: Efficient Web Browsing for PDAs," Digital Libraries Lab (InfoLab), Stanford University, Stanford, CA, 8 pages, 2002.

Chen, H. et al, "A Novel Navigation and Transmission Technique for Mobile Handheld Devices," 8 pages, 2002.

Chen, Y., "Detecting Web Pages Structure for Adaptive Viewing on Small Form Factor Devices," Microsoft Research, i-yuchen@microsoft.com, May 20-24, 2003, 9 pages.

Coolsmartphone, "Orange SPV C600 Review," http://www.coolsmartphone.com/article569.html, Apr. 14, 2006, 58 pages.

Getgreg, "Jeff Han's Multiple Touch Point Display, the Stuff Dreams are Made of," http://www.theyshouldofdthat.com/2006/08/jeff_hanns_multiple_touch_poin.html>, Aug. 16, 2006, 2 pages.

Han, J., "Jeff's Jeff Han: Unveiling the Genius of Multi-touch Interface Design," Ted Ideas Worth Spreading, http://www.ted.com/inhttp://www.ted.com/index.php/talks/view/id/65>, Aug. 6, 2006, 1 page.

Karlson et al., "AppLens and Launch Tile: Two Designs for One-handed Thumb Use on Small Devices," http://heil.cs.umd.edu/trs/2004-37.html, printed Jun. 12, 2006, 11 pages.

Landragin, F., "The Role of Gesture in Multimodal Referring Actions," Proceedings of the Fourth IEEE International Conference on Multimodal Interfaces, http://ieeexplore.iee.org/ie15/8346i/26309/01166988pdf?arnumber=116i6988>, 2002, 6 pages.I.

Lie, H., "Cascading Style Sheets," http://people.opera.com/howcome/2006/phd/css.pdf, 2005, pp. 243-247.

Milic-Frayling, N. et al., "Smartview: Flexible Viewing of Web Page Contents," The Eleventh International World Wide Web Conference, http://www2002.org/CDROM/poster/172/>, May 11, 2002, 4 pages.

Opera Software, "Opera for Mobile, The Full Web Anytime, Anywhere," www.opera.com/mobile, Jan. 2006, 7 pages.

Opera Software, "Opera for S60 Tutorial," http://www.opera.com/support/tutorials/260/, Apr. 5, 2006, 5 pages.

Opera—Press Releases Database, "The New Opera Browser for Series 60 Features Zoom and Password Manager," Nov. 14, 2005, 3 pages.

Opera Software, "Opera for Windows Mobile Smartphone 2003 Tutorial," http://www.opera.com/support/tutorials/winmobile, Apr. 5, 2005, 4 pages.

Opera Software, "Opera 8.5 Beta 2 for Windows Mobile, Pocket PC," http://www.opera.com/products/mobile/products/winmobileppc, Apr. 5, 2006, 2 pages.

Opera, "Opera 8.5 for S60 Phones-Get the Full Internet Experience on Your Mobile Phone," http://www.symbian-freak.com/news/1105/opera.htm, Apr. 5, 2006, 3 pages.

International Search Report and Written Opinion for International Application No. PCT/US2007/077644, mailed May 30, 2008.

International Search Report and Written Opinion dated Jun. 30, 2008, received in International Application PCT/US2007/088879 which corresponds to U.S. Appl. No. 11/620,647.

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027873

**US 7,864,163 B2**
Page 4

Office Action dated Nov. 17, 2009, received in U.S. Appl. No. 11/620,647.

Office Action dated Jun. 24, 2010, received in U.S. Appl. No. 11/620,647.

Examiner's Report dated Mar. 24, 2010, received in Australian Patent Application No. 2007292383, which corresponds to U.S. Appl. No. 11/850,013, 2 pages.

Office Action dated Jun. 7, 2010, received in German Patent Application No. 11 2007 002 107.1-53, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Jun. 21, 2010, received in European Application No. 07 814 690.9-2212, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 13, 2010, received in Chinese Patent Application No. 20078004122.6, which corresponds to U.S. Appl. No. 11/850,013.

Office Action dated Oct. 19, 2010, received in European Application No. 07 814 690.9, which corresponds to U.S. Appl. No. 11/850,013.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027874



Memory
102
Portable Multifunction Device
100
Operating System
126
Communication Module
128
Contact/Motion Module
130
Graphics Module
132
Text Input Module
134
GPS Module
135
Applications
136
Contacts Module
137
Telephone Module
138
Video Conference Module
139
E-mail Client Module
140
Instant Messaging Module
141
Blogging Module
142
Camera Module
143
Image Management Module
144
Video Player Module
145
Music Player Module
146
Browsing Module
147
Applications (continued)
136
Calendar Module
148
Widget Modules
149
Weather Widget
149-1
Stocks Widget
149-2
Calculator Widget
149-3
Alarm Clock Widget
149-4
Dictionary Widget
149-5
User-Created Widget(s)
149-6
Widget Creator Module
150
Search Module
151
Power System
162
External Port
124
RF Circuitry
108
Speaker
111
Audio Circuitry
110
Microphone
113
Proximity Sensor
166
Accelerometer(s)
168
118
103
104
Controller
122
Processor(s)
120
Peripherals Interface
I/O Subsystem
158
106
Display Controller
156
Optical sensor(s) Controller
Other Input Controller(s)
160
Touch-Sensitive Display System
112
Optical Sensor(s)
164
Other Input Control Devices
116

Figure 1A



Memory 102
Operating System 126
Communication Module 128
Contact/Motion Module 130
Graphics Module 132
Text Input Module 134
GPS Module 135
Applications 136
Contacts Module 137
Telephone Module 138
Video Conference Module 139
E-mail Client Module 140
Instant Messaging Module 141
Blogging Module 142
Camera Module 143
Image Management Module 144
Video and Music Player Module 152
Notes Module 153
Map Module 154
Browsing Module 147
Portable Multifunction Device 100
Applications (continued) 136
Calendar Module 148
Widget Modules 149
Weather Widget(s) 149-1
Stocks Widget 149-2
Calculator Widget 149-3
Alarm Clock Widget 149-4
Dictionary Widget 149-5
User-Created Widget(s) 149-6
Widget Creator Module 150
Search Module 151
Power System 162
External Port 124
RF Circuitry 108
Speaker 111
Audio Circuitry 110
Microphone 113
Proximity Sensor 166
Accelerometer(s) 168
104
122
Controller
Peripherals Interface
118
120
Processor(s)
103
I/O Subsystem 158
106
Display Controller
Optical sensor(s) Controller
Other Input Controller(s) 160
156
Touch-Sensitive Display System 112
Optical Sensor(s) 164
Other Input Control Devices 116

Figure 1B



Figure 2



**Figure 3**

APLNDC00027878



**Figure 4A**

APLNDC00027879



**Figure 4B**

APLNDC00027880



**Figure 5A**

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027881

U.S. Patent          Jan. 4, 2011          Sheet 8 of 29          US 7,864,163 B2



Figure 5B

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027882

U.S. Patent          Jan. 4, 2011          Sheet 9 of 29          US 7,864,163 B2



Figure 5C

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027883



Figure 5D

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027884



Figure 5E

APLNDC00027885