U.S. Patent · Jan. 4, 2011 · Sheet 12 of 29 · US 7,864,163 B2



Figure 5F

APLNDC00027886

U.S. Patent          Jan. 4, 2011          Sheet 13 of 29          US 7,864,163 B2



Figure 5G

U.S. Patent   Jan. 4, 2011   Sheet 14 of 29   US 7,864,163 B2



Figure 5H

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027888



Figure 5I



Figure 5J



Figure 5K



Figure 5L

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027892



Figure 5M

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027893



6000
6002
Determine borders, margins, and/or paddings for a plurality of boxes that are specified in a structured electronic document (e.g., a web page) (e.g., an HTML or XML document).
6004
Adjust the borders, margins, and/or paddings for the plurality of boxes for display on a touch screen display of a portable electronic device.
6006
Display, on the touch screen display of the portable electronic device, at least a portion of the structured electronic document comprising the plurality of boxes of content.
Scale the document width to fit within the touch screen display width independent of the document length.
6008
6010
Detect a first gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) at a location on the displayed portion of the structured electronic document.
6012
Determine a first box in the plurality of boxes at the location of the first gesture.
In a render tree associated with the structured electronic document, traverse down the render tree to determine a first node that corresponds to the detected location of the first gesture.
6014
Traverse up the render tree from the first node to a closest parent node that contains a logical grouping of content.
6016
Identify content corresponding to the closest parent node as the first box.
6018
6020
Enlarge and substantially center the first box on the touch screen display.
Simultaneously zoom and translate the first box.
6022
Expand the first box so that its width is substantially the same as the width of the touch screen display.
6024
A

Figure 6A



A
6026
Resize text in the enlarged first box or in the structured electronic document to meet or exceed a predetermined minimum text size on the touch screen display.
Determine a scale factor.
6028
Divide the predetermined minimum text size by the scaling factor to determine a minimum text size.
6030
If a text size is less than the determined minimum text size, increase the text size to at least the determined minimum text size.
6032
6034
Detect a second gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on the enlarged first box.
6036
In response to detecting the second gesture, reduce in size the displayed portion of the structured electronic document.
Return the first box to its size prior to being enlarged.
6038
6040
While the first box is enlarged, detect a third gesture (e.g., a finger or stylus gesture) (e.g., a tap gesture) on a second box other than the first box.
6042
In response to detecting the third gesture, substantially center the second box on the touch screen display.
B

**Figure 6B**



Figure 6C



Figure 7A



**Figure 7B**



Figure 7C

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027899



Figure 7D

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027900



Figure 7E

Copy provided by USPTO from the PIRS Image Database on 06/20/2011

APLNDC00027901

U.S. Patent   Jan. 4, 2011   Sheet 28 of 29   US 7,864,163 B2



Figure 7F