UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO.       : 7,864,163 B2
APPLICATION NO.  : 11/850013
DATED            : January 4, 2011
INVENTOR(S)      : Ording et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 2, column 25, line 66, between the words "enlarged," and "a second" insert --detecting--, and at the end of the line, delete "is detected".

Claim 2, column 26, line 1, between the words "gesture," and "the structured" insert --translated--.

Claim 2, column 26, line 2, delete "is translated".

Claim 50, column 29, line 34, between the words "enlarged," and "a second" insert --detecting--.

Claim 50, column 29, line 35, delete "is detected".

Claim 50, column 29, line 38, between the words "gesture," and "the structured" insert --translating--, and at the end of the line delete "is translated".

Claim 52, column 30, line 8, between the words "enlarged" and "a second" insert --detecting--.

Claim 52, column 30, line 9, delete "is detected".

Claim 52, column 30, line 10, between the words "gesture," and "the structured" insert --translating--.

Claim 52, column 30, line 11, delete "is translated".

Claim 53, column 30, line 35, between the words "icon," and "a window" insert --enlarging--.

Claim 53, column 30, line 37, delete "is enlarged".

Signed and Sealed this
Fifteenth Day of March, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**  Page 2 of 2
**U.S. Pat. No. 7,864,163 B2**

Claim 59, column 31, line 9, between the words "icon," and "a window" insert --enlarging--.

Claim 59, column 31, line 11 delete "is enlarged".

Copy provided by USPTO from the PIRS Image Database on 06/20/2011
APLNDC00027921