1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                          UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,              | CASE NO. 11-cv-01846-LHK
19 |         Plaintiff,                                 |
20 |         vs.                                        | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24
   |         Defendants.
25

26
27
28

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On May 18, 2012, I served true copies of the documents described as

1. Samsung's Motion for Summary Judgment; and
2. The Declaration of Brett Arnold In Support of Samsung's Motion for Summary Judgment, and Exhibits 1-86 thereto.
3. The Declaration of Benjamin Bederson In Support of Samsung's Motion for Summary Judgment, and Exhibits A - J thereto.
4. The Declaration of Adam Bogue In Support of Samsung's Motion for Summary Judgment, and Exhibits 1- 5 thereto.
5. The Declaration of Stephen Gray In Support of Samsung's Motion for Summary Judgment, and Exhibits 1-17 thereto.
6. The Declaration of Andries Van Dam In Support of Samsung's Motion for Summary Judgment, and Exhibits 1-4 thereto.
7. The Declaration of Brian Von Herzen In Support of Samsung's Motion for Summary Judgment, and Exhibits 1-20 thereto

by emailing a link to an FTP site containing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | RICHARD S.J. HUNG<br>rhung@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | JASON R. BARTLETT<br>JasonBartlett@mofo.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | DEOK KEUN MATTHEW AHN<br>dahn@mofo.com |

| | |
|---|---|
| GRANT L. KIM<br>gkim@mofo.com | VICTOR F. SOUTO<br>vic.souto@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | EMILY R. WHELAN<br>emily.whelan@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | JAMES C. BURLING<br>james.burling@wilmerhale.com |
| STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com | ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com |
| JOSHUA R. BENSON<br>jbenson@tcolaw.com | PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com |
| WILLIAM F. LEE<br>william.lee@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| DAVID B. BASSETT<br>david.bassett@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | |
| ERIK J. OLSON<br>ejolson@mofo.com | |

Executed on May 18, 2012, at San Francisco, California.

                                     __/s/ Bill Trac_____
                                     Bill Trac