1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] PRELIMINARY INJUNCTION** |

1    Before the Court is Plaintiff Apple Inc.'s Motion Pursuant to Rule 62(c) for Entry of

2    Preliminary Injunction Without Further Hearing ("Rule 62(c) Motion").  Apple has demonstrated

3    that it is likely to succeed on the merits of its claim that Defendants Samsung Electronics Co.,

4    Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, Inc.

5    (collectively "Samsung") infringe Apple's D504,889 patent, including by making, using, offering

6    to sell, or selling within the United States, or importing into the United States, the Galaxy Tab

7    10.1 tablet computer; that Apple suffers irreparable harm from Samsung's ongoing infringement;

8    and that the balance of equities and public interest favor the protection of Apple, whose

9    intellectual property was targeted by Samsung in its efforts to gain market share in the mobile

10   device market.

11   Accordingly, having considered the papers submitted, and good cause having been shown,

12   IT IS HEREBY ORDERED:

13   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

14   Telecommunications America, Inc., its officers, directors, partners, agents, servants, employees,

15   attorneys, subsidiaries, and those acting in concert with any of them, are enjoined from infringing

16   Apple's D504,889 patent, including by making, using, offering to sell, or selling within the

17   United States, or importing into the United States, Samsung's Galaxy Tab 10.1 tablet computer,

18   or any product that is no more than colorably different from Samsung's Galaxy Tab 10.1 and

19   embodies any design contained in U.S. Design Patent No. D504,889

20   **IT IS SO ORDERED.**

21

22

23   Dated: _____, 2012

         _____
24       HONORABLE LUCY H. KOH
         United States District Judge
25

26

27

28