1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SHORTEN TIME FOR BRIEFING ON APPLE INC.'S MOTION PURSUANT TO RULE 62(C) FOR ENTRY OF PRELIMINARY INJUNCTION WITHOUT FURTHER HEARING** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SHORTEN TIME
CASE NO. 11-CV-01846-LHK (PSG)
sf-3147911

1      Plaintiff Apple Inc. ("Apple") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for

2   an order shortening the briefing schedule for Apple's Motion Pursuant to Rule 62(c) for Entry of

3   Preliminary Injunction Without Further Hearing ("Rule 62(c) Motion").

4      Having considered the arguments of the parties and the papers submitted, and good cause

5   having been shown, the Court hereby GRANTS Apple's Motion to Shorten Time for Briefing,

6   and sets the following briefing schedule for Apple's Rule 62(c) Motion:

7      1)    Samsung's opposition to Apple's Rule 62(c) Motion shall be filed on or before

8            May 25, 2012;

9      2)    Apple's reply shall be filed on or before May 30, 2012

10     No hearing shall be held.

11     **IT IS SO ORDERED.**

12     Dated: _____, 2012.

13

14                                      _____
                                        HONORABLE LUCY H. KOH
15                                      United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28