QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted Declaration of Mark Tung In Support of Samsung's Conditional Motion For Relief From Nondispositive Order of Magistrate Judge ("Tung Declaration"); and

2. Exhibits 3 – 9 and 11 – 15 to the Tung Declaration.

Samsung has established good cause to permit filing these documents under seal through the appended Declaration of Joby Martin in Support of Samsung's Administrative Motion to File Documents Under Seal.   In short, the above documents discuss, refer to, or comprise interrogatory objections that were properly designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

DATED: May 18, 2012         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

DECLARATION OF JOBY MARTIN

I, Joby Martin, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information contained in the Declaration of Mark Tung In Support of Samsung's Conditional Motion For Relief From Nondispositive Pretrial Order of Magistrate Judge ("Tung Declaration."), and Exhibits 3 – 9 and 11 – 15 thereto.

3. Exhibit 3 to the Tung Declaration consists of excerpts from the May 12, 2012 deposition transcript of Dr. Michael Wagner, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.  This document contains sensitive commercial information concerning Samsung's calculation the costs associated with developing alternatives to the Apple patents-in-suit.  This information is confidential and proprietary to Samsung, disclosed to Dr. Wagner under the protective order in this action, and could be used to Samsung's disadvantage by competitors if it were not filed under seal.

4. Exhibit 4 to the Tung Declaration is a copy of Samsung's Supplemental Objections and Responses to Apple's Seventh Set of Interrogatories (No. 16).  This document contains sensitive commercial information concerning Samsung's actual or contemplated efforts to develop alternatives to the Apple patents-in-suit, most of which have not yet been released to the public. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5. Exhibit 5 to the Tung Declaration consists of excerpts from the February 1, 2012 deposition transcript of Qi Ling, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.  This document contains highly sensitive commercial information concerning the design and development of Samsung products and technology, including source

1  code.   This information is confidential and proprietary to Samsung, and could be used to its

2  disadvantage by competitors if it were not filed under seal.

3       6.     Exhibit 6 to the Tung Declaration consists of excerpts from the January 12, 2012

4  deposition transcript of Wookyun Kho, which is designated as HIGHLY CONFIDENTIAL —

5  ATTORNEY'S EYES ONLY.   This document contains highly sensitive commercial information

6  concerning the design and development of Samsung products and technology, including source

7  code.   This information is confidential and proprietary to Samsung, and could be used to its

8  disadvantage by competitors if it were not filed under seal.

9       7.     Exhibit 7 to the Tung Declaration consists of excerpts from the March 8, 2012

10  deposition transcript of Ioi Lam, which is designated as HIGHLY CONFIDENTIAL —

11  ATTORNEY'S EYES ONLY.   This document contains highly sensitive commercial information

12  concerning the design and development of Samsung products and technology, including source

13  code.   This information is confidential and proprietary to Samsung, and could be used to its

14  disadvantage by competitors if it were not filed under seal.

15       8.     Exhibit 8 to the Tung Declaration consists of excerpts from the January 27, 2012

16  deposition transcript of Jaegwan Shin, which is designated as HIGHLY CONFIDENTIAL —

17  ATTORNEY'S EYES ONLY.   This document contains highly sensitive commercial information

18  concerning the design and development of Samsung products and technology, including source

19  code.   This information is confidential and proprietary to Samsung, and could be used to its

20  disadvantage by competitors if it were not filed under seal.

21       9.     Exhibit 9 to the Tung Declaration consists of excerpts from the April 26, 2012

22  deposition transcript of Jeffrey Johnson, which is designated as HIGHLY CONFIDENTIAL —

23  ATTORNEY'S EYES ONLY.   This document contains highly sensitive commercial information

24  concerning the design and development of Samsung products and technology, including source

25  code.   This information is confidential and proprietary to Samsung, disclosed to Dr. Johnson

26  under the protective order in this action, and could be used to Samsung's disadvantage by

27  competitors if it were not filed under seal.

28

10.     Exhibit 11 to the Tung Declaration consists of excerpts from the August 16, 2011 deposition transcript of Apple's infringement expert, Dr. Ravin Balakrishnan, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   This document contains confidential business information regarding the operation of the accused Samsung devices.   This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

11.     Exhibit 12 to the Tung Declaration consists of excerpts from the Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   This document contains references to both Apple and Samsung source code, confidential information regarding the conception of Apple's patents, and excerpts of confidential deposition testimony from Apple and Samsung employees regarding the asserted patents and the accused Samsung devices.   This information, as it relates to Samsung, is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

12.     Exhibit 13 to the Tung Declaration consists of excerpts from the April 20, 2012 deposition transcript of Apple's infringement expert, Dr. Ravin Balakrishnan, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   This document contains discussion of Samsung source code, as well as confidential business information regarding the operation of the accused Samsung devices.   This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

13.     Exhibit 14 to the Tung Declaration consists of excerpts from the April 26, 2012 deposition transcript of Apple's infringement expert, Dr. Karan Singh , which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY.   This document contains discussion of Samsung source code, as well as confidential business information regarding the operation of the accused Samsung devices.   This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

14.     Exhibit 15 to the Tung Declaration consists of excerpts from the Expert Report of Karan Singh, Ph.D., Regarding Infringement of U.S. Patents Nos. 7,864,163, 7,844,915 and

1 | 7,853,891.   This document contains references to both Apple and Samsung source code,
2 | confidential information regarding the conception of Apple's patents, and excerpts of confidential
3 | deposition testimony from Apple and Samsung employees regarding the asserted patents and the
4 | accused Samsung devices.   This information, as it relates to Samsung, is confidential and
5 | proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed
6 | under seal.
7 |     15.   The confidential, unredacted version of the Tung Declaration discusses, references,
8 | or cites to the documents mentioned in paragraphs 3 – 14.   The Tung Declaration is therefore
9 | sealable for all of the reasons discussed above.

11 |     I declare under penalty of perjury that the foregoing is true and correct.   Executed in San
12 | Francisco, California on May 18, 2012.

*/s/ Joby Martin*
Joby Martin