# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                           SAN JOSE DIVISION
 4
     APPLE, INC,                      )   CV-11-1846-LHK
 5                                    )
                 PLAINTIFF,           )   SAN JOSE, CALIFORNIA
 6                                    )
          VS.                         )
 7                                    )   APRIL 24, 2012
     SAMSUNG ELECTRONICS, CO.         )
 8   LTD., ET AL,                     )
                                      )   PAGES 1-51
 9               DEFENDANT.           )
10   _____
11                     TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE PAUL S. GREWAL
12                UNITED STATES DISTRICT JUDGE
13
14   A P P E A R A N C E S:
15
16   FOR THE PLAINTIFF:    MORRISON & FOERSTER, LLP
                           BY:   ALISON TUCHER
17                               RICHARD HUNG
                                 MARC PERNICK
18                         425 MARKET STREET
                           SAN FRANCISCO, CA 94105
19
20   FOR THE DEFENDANT:    QUINN EMANUEL
                           BY:   KEVIN JOHNSON
21                               MELISSA CHAN
                           555 TWIN DOLPHIN DRIVE, STE 560
22                         REDWOOD SHORES, CA 94065
23
24
25   OFFICIAL COURT REPORTER: SUMMER FISHER, CSR, CRR
                              CERTIFICATE NUMBER 13185
```

                                                                 1

```
1    SAN JOSE, CALIFORNIA              APRIL 24, 2012
2                    P R O C E E D I N G S
3              (WHEREUPON, COURT CONVENED AND THE
4    FOLLOWING PROCEEDINGS WERE HELD:)
5              THE COURT:  MR. RIVERA, WOULD YOU CALL
6    THE NEXT MATTER ON THIS MORNING'S CALENDAR.
7              THE CLERK:  YES, YOUR HONOR.
8              CALLING APPLE, INC. VERSUS SAMSUNG
9    ELECTRONICS COMPANY, ET AL.
10             CASE CV-11-1846.  MATTER ON FOR
11   PLAINTIFF'S RULE 37 (B)(2) MOTION.
12             COUNSEL, PLEASE COME FORWARD AND STATE
13   YOUR APPEARANCES.
14             MR. JOHNSON:  GOOD MORNING, YOUR HONOR.
15             KEVIN JOHNSON.  AND WITH ME IS MELISSA
16   CHAN FROM QUINN EMANUEL ON BEHALF OF SAMSUNG.
17             THE COURT:  MR. JOHNSON, GOOD MORNING
18   SIR.
19             MS. TUCHER:  GOOD MORNING, YOUR HONOR.
20             ALLISON TUCHER FROM MORRISON & FOERSTER.
21   WITH ME TODAY ARE MY PARTNERS RICH HUNG AND
22   MARC PERNICK.
23             THE COURT:  MS. TUCHER, GOOD MORNING TO
24   YOU AS WELL.
25             ALL RIGHT.  THE LATEST IN THE SERIES OF
```

```
 1   MOTIONS FOR SANCTIONS.
 2           I TAKE IT YOU ALL SAW MY ORDER THAT I
 3   ISSUED LAST EVENING.  I DON'T WANT TO RE PLOW OLD
 4   GROUND, BUT I HOPE THAT GIVES YOU AT LEAST SOME
 5   SENSE OF WHERE I'M AT GENERALLY IN THIS CASE
 6   REGARDING COMPLIANCE WITH MY ORDERS.
 7           THIS IS APPLE'S MOTION SO I WILL START
 8   WITH YOU MS. TUCHER.
 9           MS. TUCHER:  THANK YOU, YOUR HONOR.
10           APPLE HAS ALLEGED CONTINUING INFRINGEMENT
11   IN THIS CASE.  THAT MEANS WE HAVE TO PROVE NOT ONLY
12   THAT SAMSUNG INFRINGES OUR PATENTS ON THE DAY THAT
13   IT RELEASES A NEW PRODUCT, BUT ALSO THAT IT
14   CONTINUES TO INFRINGE OUR PATENTS AS IT UPDATES THE
15   SOFTWARE OVER THE WEEKS AND MONTHS THE PRODUCTS
16   REMAIN ON THE MARKET.
17           BECAUSE WE NEED THAT SOFTWARE WE ISSUED
18   REQUEST FOR PRODUCTION AND THEN WE GOT AN ORDER
19   FROM THIS COURT IN DECEMBER OF LAST YEAR REQUIRING
20   SAMSUNG TO PRODUCE ALL VERSIONS OF SOURCE CODE ON
21   ALL OF THE ACCUSED PRODUCTS, AT LEAST --
22           THE COURT:  DID I SAY ALL VERSIONS?
23           MS. TUCHER:  NO.
24           WHAT YOU SAID WAS THAT SAMSUNG WAS
25   REQUIRED TO PRODUCE THE SOURCE CODE THAT APPLE
```

```
 1    HAD -- LET ME GIVE YOU THE EXACT LANGUAGE.
 2              SAMSUNG SHALL PRODUCE THE SOURCE CODE
 3    REQUESTED BY APPLE'S MOTION, WITH AN EXCEPTION, AND
 4    THE EXCEPTION WENT TO -- SORRY, IT WAS SOURCE CODE
 5    AND TECHNICAL DOCUMENTS.  THEN IT WAS AN EXCEPTION
 6    THAT WENT TO TECHNICAL DOCUMENTS AS TO WHICH THERE
 7    HAD BEEN NO MEET AND CONFER.
 8              BY TECHNICAL DOCUMENTS, SOME OF THESE
 9    HAVE RELATION TO SOURCE CODE.
10              SO FOR EXAMPLE, WE ASKED FOR VERSION LOGS
11    THAT WOULD ENABLE US TO TELL WHEN DIFFERENT
12    VERSIONS OF SOURCE CODE WERE IMPLEMENTED.
13              BUT YOUR HONOR'S ORDER WAS QUITE CLEAR
14    INCLUDING IN A FOOTNOTE BY REQUEST NUMBER, THE
15    REQUESTS THAT WERE EXEMPTED BECAUSE THEY DIDN'T
16    INVOLVE MEET AND CONFER, IT LOOKS TO US AS THOUGH
17    YOU TOOK THAT LIST STRAIGHT FROM A SAMSUNG
18    DECLARATION PROVIDED BY MR. CHAN.
19              AND IN THAT DECLARATION, PARAGRAPH 21 OF
20    THE DECLARATION WHERE MR. CHAN LISTS EXACTLY THAT
21    SAME LIST OF REQUESTS FOR PRODUCTION THAT APPEAR IN
22    THE FOOTNOTE OF YOUR ORDER, HE REFERS TO THESE
23    REQUESTS AS NON SOURCE CODE DOCUMENTS.
24              INDEED, THEY ARE, AND THAT'S WHY NOTHING
25    IN THE EXEMPTION WITH THE EXCEPTION OF YOUR
```

4

| | |
|---|---|
| 1 | DECEMBER ORDER APPLIES TO THE SOURCE CODE. |
| 2 | HAVING SECURED THE ORDER, WE THEN GOT |
| 3 | FROM SAMSUNG A SINGLE VERSION OF SOFTWARE FOR |
| 4 | ALMOST EVERY ONE OF THE PHONES THAT HAD BEEN |
| 5 | RELEASED.  AND I SAY ALMOST EVERY ONE ONLY BECAUSE |
| 6 | THERE'S A COMPLICATION WITH REGARD TO THE S2. |
| 7 | YOU WILL REMEMBER -- |
| 8 | THE COURT:  EXPLAIN THAT TO ME. |
| 9 | MS. TUCHER:  YOU WILL REMEMBER THAT WE |
| 10 | ACCUSED THE S2 OF INFRINGING OUR UTILITY PATENTS |
| 11 | AND THAT SAMSUNG RELEASED THE S2 IN MANY DIFFERENT |
| 12 | VARIANTS OR MANY DIFFERENT VERSIONS. |
| 13 | IT RELEASED IN SEPTEMBER OF 2011 A |
| 14 | VERSION TO -- SORRY, SEPTEMBER WAS THE S2 EPIC 4G |
| 15 | TOUCH, WHICH IS A SPRINT PHONE.  AND THEN IN |
| 16 | OCTOBER IT RELEASED THE AT&T VERSION OF THE GALAXY |
| 17 | S2.  AND THE T-MOBILE VERSION OF THE GALAXY S2. |
| 18 | THEN IT WENT ON LATER IN THE FALL TO |
| 19 | RELEASE FURTHER VERSIONS THROUGH OTHER CARRIERS AND |
| 20 | A SECOND AT&T VERSION. |
| 21 | SO THE REASON THIS IS IMPORTANT IS THAT |
| 22 | IF SAMSUNG HAD DONE WHAT IT SAID IT WAS DOING IN |
| 23 | PRODUCING ONE, IN PRODUCING THE FIRST VERSION OF |
| 24 | SOFTWARE FOR EACH OF THE PHONES, YOU WOULD EXPECT |
| 25 | THAT THEY EITHER HAD GIVEN US THE GALAXY S2 EPIC 4G |

```
 1   TOUCH AND EXPECTED US TO VIEW THAT AS SOFTWARE
 2   REPRESENTATIVE OF ALL THE S2'S OR THAT THEY HAVE
 3   GIVEN US SOFTWARE FOR EACH OF THE DIFFERENT
 4   VARIANTS OF EACH OF THE DIFFERENT CARRIERS SO THAT
 5   WE COULD ANALYZE EACH OF THOSE.
 6           THE COURT:  I TAKE IT YOUR POINT IS THEY
 7   DID NOT.
 8           MS. TUCHER:  THEY DIDN'T.
 9           INSTEAD, THEY THOSE THE T-MOBILE VERSION
10   OF THE S2 AND THEY GAVE US A SINGLE VERSION OF THAT
11   ONLY.
12           SO THE REASON THAT MATTERS IS THAT WHEN
13   WE GET TO THE APPROPRIATE SANCTION FOR THEIR
14   VIOLATION OF YOUR ORDER, THE QUESTION IS HOW DO WE
15   FILL IN THE GAPS?
16           AND FIRST, I WANT TO JUST ESTABLISH THE
17   IMPORTANCE OF FILLING IN THE GAPS.  IT'S NOT JUST
18   HYPOTHETICAL THAT SOMEHOW SAMSUNG IS GOING TO
19   ATTACK APPLE'S PROOF ON THE GROUNDS THAT WE CAN
20   ONLY PROVE INFRINGEMENT BASED ON A SINGLE PHONE, SO
21   HOW CAN APPLE MAINTAIN CONTINUING INFRINGEMENT.
22           ON THE RUBBER BANDING PATENT WE HAVE AN
23   EXPERT BY THE NAME OF ROBERT BALAKRISHNAN.  HE WAS
24   CROSS-EXAMINED, ONE OF THE EXPERT DEPOSITIONS THAT
25   TOOK PLACE JUST LAST FRIDAY.
```

```
 1                  AND IN THAT DEPOSITION FOR THREE PAGES OF
 2   TRANSCRIPT THE QUESTIONS GO ON.
 3                  WELL, AS TO THE CAPTIVATE, HOW MANY DID
 4   YOU LOOK AT?
 5                  I LOOKED AT JUST ONE.  I LOOKED AT ONE, I
 6   FOUND INFRINGEMENT.  I LOOKED AT THE CODE.
 7                  WELL THEN, SO YOU CAN'T OPINE AS TO
 8   WHETHER ANY OF THE OTHER MILLIONS OF CAPTIVATES WE
 9   SOLD INFRINGE, CAN YOU?
10                  IT GOES ON PAGE AFTER PAGE, AND I HAVE
11   THE TRANSCRIPT IF YOU WANT TO SEE IT.
12                  THE COURT:  I WOULD LIKE TO SEE IT.
13                  MS. TUCHER:  OKAY.  I HAVE MULTIPLE
14   COPIES OF THIS.  LET ME HAND UP ONE FOR YOUR HONOR.
15                  AND I BELIEVE, YOUR HONOR, THE LAWYER WHO
16   TOOK THIS DEPOSITION IS IN THE COURTROOM, IT'S
17   MR. JOHNSON.
18                  IF I COULD PASS ONE HERE.
19                  THE COURT:  SO IF YOU COULD DIRECT ME TO
20   THE PORTION OF THE TESTIMONY.
21                  MS. TUCHER:  YES.
22                  STARTING ON PAGE 70 AT LINE 15.
23                  YOU DO NOT HAVE AN OPINION THAT ALL
24   SAMSUNG CAPTIVATE PHONES USING THE GALLERY
25   APPLICATION INFRINGE THE '381 PATENT, RIGHT?
```

1     SO THE '381 PATENT IS THE RUBBER BAND
2  PATENT. AND IT GOES ON FOR SEVERAL PAGES.
3     THEN I WOULD DIRECT YOUR ATTENTION
4  SPECIFICALLY TO PAGE 72, LINE 16.
5     BUT IF THERE ARE, A CERTAIN NUMBER,
6  MILLIONS OF CAPTIVATES THAT HAVE A DIFFERENT
7  VERSION OF GALLERY ON IT, YOU ARE NOT ACCUSING
8  THOSE MILLIONS OF OTHER PRODUCTS OF INFRINGING
9  BECAUSE YOU HAVEN'T LOOKED AT THEM.
10    AND OF COURSE OUR EXPERT WAS HONEST IN
11 ANSWERING THE QUESTION THAT HE CAN'T SAY ABOUT THE
12 OTHER MILLIONS OF CAPTIVATES WHETHER THEY INFRINGE
13 THE WAY THE ONE HE EXAMINED DOES BECAUSE HE DOESN'T
14 HAVE THE CODE.
15    THE COURT: ALL RIGHT.
16    MS. TUCHER: SO, THE RELIEF THAT WE ARE
17 SEEKING HERE IS, FIRST OF ALL, A FINDING THAT THEY
18 VIOLATED YOUR HONOR'S ORDER BECAUSE WE BELIEVE IT'S
19 PART OF A PRACTICE OF SAMSUNG DECIDING UNILATERALLY
20 WHAT DISCOVERY APPLE IS ENTITLED TO, AND WE BELIEVE
21 THAT'S RELEVANT FOR OTHER ISSUES IN THIS CASE.
22    SECOND, WE WOULD ASK THE COURT TO PROVIDE
23 WHAT SAMSUNG SHOULD HAVE PROVIDED IN BY WAY OF A
24 STIPULATION, AND THAT IS TO DEEM REPRESENTATIVE THE
25 SOURCE CODE THAT THEY DID PROVIDE.

```
 1              AND THE ONE PLACE WE HAVE TO MAKE MORE
 2   COMPLICATED WHAT SHOULD BE SIMPLE AND
 3   STRAIGHTFORWARD IS WITH REGARD TO THE S2.  BECAUSE
 4   THE S2 SOURCE CODE THAT THEY GAVE US ON THE
 5   T-MOBILE IS NOT REPRESENTATIVE OF THE S2 SOURCE
 6   CODE WITH REGARD TO THE RUBBER BANDING FUNCTION
 7   ONLY BECAUSE THE T-MOBILE VERSION, WHEN IT WAS
 8   RELEASED, HAD A DESIGN AROUND, A BLUE GLOW DESIGN
 9   AROUND.
10              AND WE ARE NOT EVEN ACCUSING THE
11   T-MOBILE --
12              THE COURT:  AND IS THAT BECAUSE THE
13   T-MOBILE RELEASE OF THE PRODUCT CAME OUT AFTER THE
14   COMPLAINT WAS FILED?
15              MS. TUCHER:  ALL OF THE VERSIONS OF THE
16   S2 CAME OUT AFTER THE COMPLAINT WERE FILED.
17      THEY CAME OUT IN SEPTEMBER, OCTOBER AND LATER
18   DATES IN 2011.  AND OUR COMPLAINT DATES TO APRIL
19   AND THE INFRINGEMENT CONTENTIONS --
20              THE COURT:  SO AS TO THE S -- I THINK I'M
21   FINALLY CATCHING UP TO WHERE YOU WERE EIGHT MINUTES
22   AGO.
23              YOU ARE TELLING ME, I THINK, THAT THE
24   T-MOBILE VERSION OF THE S2, IS THE ONLY VERSION FOR
25   WHICH CODE HAS BEEN PRODUCED.
```

```
 1            AND AS BEST YOU CAN TELL, IT'S ACTUALLY A
 2   VERSION WHICH DOESN'T PRACTICE THIS PARTICULAR
 3   INVENTION BECAUSE OF DESIGN AROUND; IS THAT FAIR?
 4            MS. TUCHER:  THAT'S RIGHT.
 5            IT IS REPRESENTATIVE OF OTHER ASPECTS OF
 6   THE UNDERSTOOD CODE AND OUR OTHER PATENTS, BUT AS
 7   TO THE RUBBER BANDING FUNCTIONALITY EITHER WE NEED
 8   SAMSUNG TO PRODUCE THE FIRST S2 CODE, THE EPIC 4G
 9   TOUCH S2 AS IT WAS RELEASED AND HAVE THAT DEEMED
10   REPRESENTATIVE OR WE NEED TO BE ABLE TO LOOK TO
11   OTHER PHONES THAT USE THE SAME SOURCE CODE.
12            SO FOR EXAMPLE, THE EPIC 4G S2 PHONE AND
13   THE AT&T S2 VERSION WERE RELEASED FROM ANDROID
14   GINGERBREAD 2.3.
15            AND WE HAVE GINGERBREAD PHONES THAT WE
16   HAVE LOOKED AT AND BALAKRISHNAN HAD TESTIFIED
17   ABOUT.
18            THE COURT:  SO YOU HAPPILY TAKE THE
19   GINGERBREAD RELEASED AS REPRESENTATIVE OF THIS
20   PARTICULAR VERSION?
21            MS. TUCHER:  THAT'S RIGHT.
22            SO FOR EXAMPLE, THE EXHIBIT 4G, IT MUST
23   HAVE BEEN A LAWYER WHO NAMED THAT PHONE BUT IT'S
24   ACTUALLY CALLED THE EXHIBIT 4G.  SO THE EXHIBIT 4G
25   OR OTHER GINGERBREAD PHONE COULD BE DEEMED
```