# EXHIBIT 2

## quinn emanuel trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5094**

WRITER'S INTERNET ADDRESS
**billtrac@quinnemanuel.com**

January 9, 2012

<u>VIA HAND DELIVERY</u>

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2462

Re:   Apple v. Samsung, Case No. 11-cv-01846-LHK (PSG) (N.D. Cal)

Dear Mia:

Enclosed, please find Samsung's production of SAMNDCA-C000000613-764, SAMNDCA-C000000836-928, and SAMNDCA-C000001144-1221, which were printed out last Friday, January 6.

Samsung objects to the production of two printouts, SAMNDCA-C000000765-835 and SAMNDCA-C000000929-1143, because they are excessively long. The former printout consists of 71 consecutive pages and the latter printout contains 215 consecutive pages. Under Section 11(i) of the proposed protective order being negotiated between Apple and Samsung, printed portions which exceed 50 continuous pages shall be presumed excessive and not done for a permitted purpose. Similarly, Section 9(d) of the interim protective order provides that Samsung may challenge the amount of source code requested in hard copy. Given the excessive volume of source code that was printed and lack of any explanation why Apple needs to print such a large number of pages, Samsung will not be producing the additional pages at this time. Apple remains free to review and print sections of source code that are more narrowly tailored and

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4540901.1

2

reasonably necessary for Apple to facilitate its case.

Very truly yours,

*/s/ Bill Trac*

Bill Trac

Enclosures
02198.51855/4540901.1