UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK-PSG <br><br> **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal, in connection with Samsung's Motion to Conditional Motion For Relief From Nondispositive Pretrial Order of Magistrate Judge.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that the below documents contain information that has been designated by Samsung as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

02198.5185

-1-    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1  Accordingly, for good cause shown, the Court ORDERS that the following documents
2  shall be filed under seal:
3      1. The confidential, unredacted version of the Declaration of Mark Tung In Support of
4         Samsung's Motion to Conditional Motion For Relief From Nondispositive Pretrial
5         Order of Magistrate Judge ("Tung Declaration"); and
6      2. Exhibits 3 – 9 and 11 – 15 to the Tung Declaration.

9  **IT IS SO ORDERED.**

11 DATED: _____, 2012

                                                  Honorable Lucy H. Koh
                                                  United States District Judge

02198.5185

-2-    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL