UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S CONDITIONAL MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Conditional Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge.  By its motion, Samsung seeks relief from the May 4, 2012 Order Granting Apple's Motion for 37(b)(2) Sanctions Re December 22 Discovery Order (Dkt. 898.)

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Conditional Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge.  Specifically, notwithstanding the May 4, 2012 order, Samsung shall be permitted to introduce as evidence at trial:

1. Source code for the blue glow function as evidence of Samsung's efforts to design around the '381 patent; and

2. Evidence of design-arounds and non-infringing alternatives other than source code produced after December 31, 2011

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE LUCY H. KOH
United States District Judge