1
2
3
4
5
6
7
8
9   LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG
10  TELECOMMUNICATIONS AMERICA, LLC
11
12              UNITED STATES DISTRICT COURT
13        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
14

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

THE COURT, having considered Samsung's Motion for Summary Judgment, the papers submitted by the parties and argument by counsel, HEREBY ORDERS that Samsung is entitled to judgment under Federal Rule of Civil Procedure 56 as to the following:

1. Apple's First Claim for Relief (Federal False Designation of Origin & Unfair Competition).

2. Apple's Second Claim for Relief (Federal Trade Dress Infringement).

3. Apple's Fourth Claim for Relief (Federal Trade Dress Dilution).

4. Apple's Twelfth Claim for Relief (Infringement of the '915 Patent).

5. Samsung's Third Affirmative Defense (Patent Invalidity) as to the '381 Patent, the '607 Patent, the '163 Patent, the D'334 Patent, the D'305 Patent, the D'677 Patent, the D'087 Patent, and the D'889 Patent; and as a result, Apple's Ninth, Tenth, Fourteenth, Seventeenth, Eighteenth, Nineteenth, Twentieth, and Twenty-First Claims for Relief (Infringement of the '381, '607, '163, D'334, D'305, D'677, D'087, and D'889 Patents).

6. Apple's claims for damages under its Twenty-Eighth and Twenty-Ninth Counterclaims (Sherman Act and Unfair Competition Law).

Therefore, the Court ORDERS that Samsung's Motion for Summary Judgment as to all of Apple's remaining affirmative claims in this action is GRANTED.

**IT IS SO ORDERED.**

DATED:

HON. LUCY H. KOH