1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
4   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
9   Facsimile:  (415) 268-7522

10  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No.
170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

11

12  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA,
13  LLC

14              UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17

18  APPLE INC., a California corporation,

19              Plaintiff,

20      v.

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG ELECTRONICS
22  AMERICA, INC., a New York corporation; and
    SAMSUNG TELECOMMUNICATIONS
23  AMERICA, LLC, a Delaware limited liability
    company,
24
                Defendants.
25

26

27

28

Case No. 11-cv-01846-LHK

**JOINT STIPULATION AND
[PROPOSED] ORDER
DISMISSING CLAIMS
WITHOUT PREJUDICE**

1

2   *Additional attorneys for Plaintiff and*
    *Counterclaim-Defendant APPLE INC.*

3
    WILLIAM F. LEE
4   william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
5   HALE AND DORR LLP
    60 State Street
6   Boston, MA 02109
    Telephone: (617) 526-6000
7   Facsimile: (617) 526-5000

8   MARK D. SELWYN (SBN 244180)
    mark.selwyn@wilmerhale.com
9   WILMER CUTLER PICKERING
    HALE AND DORR LLP
10  950 Page Mill Road
    Palo Alto, California 94304
11  Telephone: (650) 858-6000
    Facsimile: (650) 858-6100

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's May 10, 2012

3   Order Regarding Parties' Statements Narrowing Claims to be Asserted at Trial (Dkt. No. 912),

4   the parties, through their respective counsel of record, hereby stipulate and agree as follows:

5   WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the

6   "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

7   Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple,

8   "the Parties" and individually each a "Party") on April 15, 2011;

9   WHEREAS, pursuant to the Court's May 2, 2012 Case Management Order, a trial in this

10  action shall commence on July 30, 2012 (Dkt. No. 901);

11  WHEREAS, both parties have previously represented to each other and to the Court that

12  each is willing to dismiss certain claims and counterclaims in the interests of streamlining and

13  simplifying the issues in this case (Dkt. Nos. 893, 902);

14  WHEREAS, the Court's May 10 Order instructed that the parties file a stipulation

15  dismissing without prejudice the claims and counterclaims that will not be tried on July 30, 2012;

16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as

17  follows:

18  1.   This Stipulation and Order dismisses without prejudice any claims by Apple

19  against Samsung for infringement of:

20        a.   U.S. Patent No. 6,493,002 (Eighth Claim for Relief);

21        b.   Claims 1-18 and 20 of U.S. Patent No. 7,469,381 (Ninth Claim for Relief);

22        c.   Claim 1-3, 6-7, 10, and 11 of U.S. Patent No. 7,663,607 (Tenth Claim for

23             Relief);

24        d.   U.S. Patent No. 7,812,828 (Eleventh Claim for Relief);

25        e.   Claims 1-7 and 9-21 of U.S. Patent No. 7,844,915 (Twelfth Claim for

26             Relief);

27        f.   U.S. Patent No. 7,853,891 (Thirteenth Claim for Relief);

28        g.   Claims 2, 4-13, 17-18, 27-42, 47-49, and 51-52 of U.S. Patent No.

             7,864,163 (Fourteenth Claim for Relief);

h.      U.S. Patent No. 7,920,129 (Fifteenth Claim for Relief);

i.      U.S. Patent No. D627,790 (Sixteenth Claim for Relief);

j.      U.S. Patent No. D622,270 (Twenty-Second Claim for Relief);

k.      iPhone trade dress, based on U.S. Registration No. 3,470,983 (First and Second Claims for Relief);

l.      iPhone trade dress, based on unregistered combination iPhone/iPhone 3G/iPhone 4 trade dress (First Claim for Relief);

m.      iPhone trade dress, based on unregistered iPhone 3G trade dress (First Claim for Relief);

n.      Registered Trademarks 3,889,642; 3,886,200; 3,889,685; 3,886,169; and 3,886,197; 3,886,196; 2,935,038; and 3,889,642 (Third and Fifth Claims for Relief);

o.      Unregistered Trademarks (Fifth Claim for Relief).

2.      This Stipulation and Order dismisses without prejudice any claims by Apple against Samsung for infringement and dilution of:

a.      iPhone trade dress, based on U.S. Registration No. 3,457,218 (First, Second, and Fourth Claims for Relief);

b.      iPhone trade dress, based on U.S. Registration No. 3,475,327 (First, Second, and Fourth Claims for Relief);

c.      iPhone trade dress, based on unregistered original iPhone trade dress (First and Fourth Claims for Relief); and

d.      iPhone trade dress, based on unregistered iPhone 4 trade dress (First and Fourth Claims for Relief).

3.      This Stipulation and Order dismisses without prejudice claims by Apple against Samsung for unfair business practices under California Business and Professions Code Section 17200 pursuant to the Sixth Claim for Relief.

4.      This Stipulation and Order dismisses without prejudice claims by Apple against Samsung for Unjust Enrichment pursuant to the Seventh Claim for Relief.

5.      Samsung agrees that its corresponding counterclaims seeking declaratory judgment of non-infringement and invalidity for Apple's dismissed claims for patent, trademark, and trade dress infringement, as well as Samsung's counterclaims for a declaration of nonviolation of California Business and Professions Code § 17200 and cancelation of Apple's dismissed registered trademarks and trade dress, should be dismissed without prejudice.  This stipulation of dismissal without prejudice is made subject to Samsung's reservation of rights to reassert these or other counterclaims and defenses relating to Apple's dismissed claims should any such dismissed claim be revived or reasserted by Apple for any reason.

6.      This Stipulation and Order dismisses without prejudice any claims by Samsung Electronics Co. Ltd. and Samsung Telecommunications America, LLC (collectively, the "Samsung Patent Counterclaimants")  against Apple for infringement of:

a.      U.S. Patent No. 7,050,410;

b.      U.S. Patent No. 7,069,055;

c.      U.S. Patent No. 7,200,792;

d.      U.S. Patent No. 7,386,001;

e.      U.S. Patent No. 7,079,871;

f.      Claims 1, 2, 4, 6-9, 13, 16-18 of U.S. Patent No. 7,675,941;

g.      Claims 1-4, 6, 10-12, 19-22 and 24 of U.S. Patent No. 6,928,604;

h.      Claims 1-6, 9-10, 14, 18-20, 23-24 and 28 of U.S. Patent No. 7,447,516;

i.      Claims 27 and 30 of U.S. Patent No. 7,362,867;

j.      Claims 1-2, 7-8 and 15-18. of U.S. Patent No. 7,698,711; and

k.      Claims 1-4, 6-8, 11 and 13-16 of U.S. Patent No.  7,546,893.

7.      Apple agrees that its corresponding counterclaims seeking declaratory judgment of non-infringement and invalidity for the Samsung Patent Counterclaimants' dismissed claims should be dismissed without prejudice.  This stipulation of dismissal without prejudice is made subject to Apple's reservation of rights to reassert these or other counterclaims and defenses relating to the Samsung Patent Counterclaimants' dismissed claims should any such dismissed claim be revived or reasserted by the Samsung Patent Counterclaimants for any reason.

1

2          8.      This Stipulation and Order is not an adjudication on the merits of any of the claims

3   or counterclaims that are hereby dismissed without prejudice.

4

5   Dated:  May 21, 2012

6   MORRISON & FOERSTER LLP               QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
7

8   By: /s/ *Harold McElhinny*            By: /s/ *Todd Bridges*
9        HAROLD J. MCELHINNY                  CHARLES K. VERHOEVEN
         MICHAEL A. JACOBS                    KEVIN P.B. JOHNSON
10       JENNIFER LEE TAYLOR                  VICTORIA F. MAROULIS
         ALISON M. TUCHER                     EDWARD DEFRANCO
11       RICHARD S.J. HUNG                    MICHAEL T. ZELLER
         JASON R. BARTLETT
12                                         Attorneys for SAMSUNG ELECTRONICS
         WILLIAM F. LEE                    CO. LTD, SAMSUNG ELECTRONICS
13       MARK D. SELWYN                    AMERICA, INC., AND SAMSUNG
                                           TELECOMMUNICATIONS AMERICA,
14       Attorneys for APPLE INC.          LLC.

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17  Dated: _____, 2012      By: _____
18                                             The Honorable Lucy H. Koh
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28