UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC.,<br><br>    Plaintiff(s),<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 11-01846 LHK (JCS)<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

  The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

  You are hereby notified that a Settlement Conference is scheduled for **May 21, 2012 and May 22, 2012**, **at 9:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

  It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference. Counsel shall cooperate in providing discovery informally and expeditiously.

  Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have full authority. Pursuant to the Order of the District Judge, the Chief Executive Officer and the General Counsel of Apple and of Samsung shall attend the settlement conference. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. Personal attendance of a party representative will rarely be excused by the

1  Court, and then only upon separate written application demonstrating substantial hardship served on
2  opposing counsel and lodged as early as the basis for the hardship is known but no later than the
3  Settlement Conference Statement.

4  **Each party shall prepare a Settlement Conference Statement, which must be LODGED**
5  **with the undersigned's Chambers <u>as soon as possible, but no later than May 9, 2011.</u>** Please 3-
6  hole punch the document at the left side.

7  **Each party shall also submit their Settlement Conference Statement in .pdf format and**
8  **email their statement to <u>JCSPO@cand.uscourts.gov.,</u> and to Judge Spero at the email address**
9  **<u>previously provided to outside counsel</u>.**

10  The Settlement Conference Statement need not be served on opposing counsel. The parties
11  are encouraged, however, to exchange Settlement Conference Statements. If Settlement Conference
12  Statements are exchanged, any party may submit an additional confidential settlement letter to the
13  Court. The contents of this confidential settlement letter will not be disclosed to the other parties.

14  The Settlement Conference Statement shall include the following:

15  1.  A brief statement of the facts of the case.

16  2.  A brief statement of the claims and defenses including, but not limited to, statutory or
17  other grounds upon which the claims are founded, and a **candid** evaluation of the parties' likelihood
18  of prevailing on the claims and defenses. The more candid the parties are, the more productive the
19  conference will be.

20  3.  A list of the key facts in dispute and a brief statement of the **specific** evidence
21  relevant to a determination of those facts.

22  4.  A summary of the proceedings to date and any pending motions.

23  5.  An estimate of the cost and time to be expended for further discovery, pretrial and
24  trial.

25  6.  The relief sought, including an itemization of damages.

26  7.  The party's position on settlement, including present demands and offers and a history
27  of past settlement discussions. The Court's time can best be used to assist the parties in completing

28

2

1  their negotiations, not in starting them. The parties are urged to carefully evaluate their case before
2  taking a settlement position since extreme positions hinder the settlement process.

3        Settlement Conference Statements **may** be submitted on CD-ROM with hypertext links to
4  exhibits. Otherwise, the portion of exhibits on which the party relies shall be highlighted.

5        The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to
6  the date set for Settlement Conference. Counsel shall provide a copy of this order to each party who
7  will participate in the conference.

8        IT IS SO ORDERED.

10 Dated: April 27, 2012

                                                            JOSEPH C. SPERO
                                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California