# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.**   C11-01846 LHK (JCS)

**CASE NAME:**  Apple, Inc., v. Samsung Electronics Co.

**DATE:** May 21, 2012     **TIME:** 9 H      **COURT REPORTER**: **Not Reported**

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**
Tim Cook & various counsel           G.S. Choi & various counsel

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE   - Held.

[ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE RE:

[ ]   OTHER:

CASE CONTINUED TO: 05/22/12 @ 9:30 AM     FOR Continued Settlement Conference

NOTES:

*T=Telephonic Appearance