1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
20 | vs. | |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
22 | | |
23 | | |
24 | Defendants. | |
25 | | |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5  1. The confidential, unredacted version of Samsung's Motion to Enforce April 12,
6  2012 Order; and
7  2. Exhibits 12 – 22 to the Declaration of Diane C. Hutnyan in Support of Samsung's
8  Motion to Enforce April 12, 2012 Order.

9  In short, the above documents discuss, refer to, or comprise interrogatory objections and
10 responses that Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES
11 ONLY under the protective order; Samsung trusts that Apple will file the necessary declaration
12 validating these designations per Local Rule 79-5(d).
13  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
14 for *in camera* review and served on all parties.   A proposed redacted version of Samsung's
15 Samsung's Motion to Enforce April 12, 2012 Order has been filed concurrently with this motion.

17 DATED: May 22, 2012          QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

20                              By   */s/ Victoria Maroulis*
                                   Charles K. Verhoeven
21                                 Kevin P.B. Johnson
                                   Victoria F. Maroulis
22                                 Michael T. Zeller
                                   Attorneys for SAMSUNG ELECTRONICS CO.,
23                                 LTD., SAMSUNG ELECTRONICS AMERICA,
                                   INC., and SAMSUNG
24                                 TELECOMMUNICATIONS AMERICA, LLC

-1-                                    Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL