# EXHIBIT 9

# Diane Hutnyan

| | |
|---|---|
| **From:** | Brad Goldberg |
| **Sent:** | Friday, April 27, 2012 10:30 PM |
| **To:** | Mazza, Mia |
| **Cc:** | 'AppleMoFo'; 'WH Apple Samsung NDCal Service'; Samsung v. Apple |
| **Subject:** | Apple v. Samsung Co., Case No. 11-cv-1846 LHK (N.D. Cal.): Correspondence re April 12 Court Order |
| **Attachments:** | 1.pdf |

Mia,

To ensure Apple's receipt, please see the attached letter sent from counsel to Google to counsel for Apple regarding the April 12 Order in the Northern California action.

Additionally, Apple's motion for clarification, filed last night, states that "Samsung's consent from one third party related to materials from a single hearing."  Please advise which third party Apple believes this to be.  Additionally, Apple stated in its motion that it has requested consent to disclose confidential business information from more than twenty entities.  Please identify 1) the names of these entities, 2) the proceedings in which their confidential business information is implicated, 3) the number of documents that contain their confidential business information, and 4) the titles of these documents.  Please also furnish Samsung with copies of the notices sent to these parties, along with any responses received, and any related correspondence, immediately.

Regards,

Brad Goldberg
Associate
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3248 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
BradGoldberg@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.