UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO ENFORCE APRIL 12, 2012 ORDER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Enforce April 12, 2012 Order.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to Enforce April 12, 2012 Order as follows:

1. Apple shall produce witnesses for five additional depositions not to exceed a total of ten hours; and

2. Apple shall immediately (a) produce in redacted form all documents compelled by the Court's April 12 order which Apple continues to withhold, (b) confer with Samsung regarding which, if any, of these documents need to produced in unredacted, or partially unredacted form, and (c) seek any and all consents to remove specific redactions immediately.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREAL
United States Magistrate Judge