HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S NOTICE OF MOTION FOR CLARIFICATION OF APRIL 12 ORDER**<br><br>Date:     June 26, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

## NOTICE OF MOTION

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Paul S. Grewal in Courtroom 5, United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, Apple, Inc. ("Apple") shall move the Court for an Order, originally requested in Apple's Administrative Motion for Clarification of April 12 Order filed and served by Apple on April 26, 2012 (Dkt. No. 885), that clarifies its Order of April 12, 2012 (Dkt. No. 867). The Motion for Clarification is based on this Notice of Motion; Apple's Administrative Motion for Clarification of April 12 Order, filed and served on April 26, 2012 (Dkt. No. 885); the supporting Declaration of Mia Mazza and exhibits thereto, filed and served by Apple on April 26, 2012 (Dkt. Nos. 887 through 887-24); the Proposed Order Granting Apple's Motion for Clarification of April 12 Order, filed and served by Apple on April 26, 2012 (Dkt. No. 888); Apple's Reply in Support of Motion for Clarification of April 12 Order, filed and served by Apple on May 1, 2012 (Dkt. No. 894); Apple's Status Update Regarding Compliance with April 12 Order and exhibits thereto, filed and served by Apple on May 7, 2012 (Dkt. Nos. 903 and 904); Apple's Supplemental Statement of Additional Facts in Support of Motion for Clarification of April 12 Order and exhibits thereto, filed and served on May 9, 2012 (Dkt. Nos. 911 through 911-4); and such other written or oral argument as may be presented at or before the time this Motion for Clarification is taken under submission by the Court.

## RELIEF REQUESTED

Pursuant to Federal Rule of Civil Procedure 26, Apple requests that the Court clarify that:

1. Part B.2 of the April 12, 2012 Order, compelling production of "unredacted court documents," does not require Apple to produce documents in violation of ITC protective orders or Local Rules. To the extent ITC protective orders or Local Rules do not have an exception that allows for production pursuant to a court order, Apple is relieved of any requirement to produce confidential documents from court files in the applicable cases.

CASE NO. 11-CV-01846-LHK
sf-3149463

2

2. Part B.1 of the Order, compelling additional depositions, permitted Samsung to take only those depositions that were reasonably necessary to mitigate prejudice caused by Apple's late production of transcripts pursuant to the Order, and that were timely noticed.

Dated: May 22, 2012                    MORRISON & FOERSTER LLP

                                       By:    */s/ Alison M. Tucher*
                                              Alison M. Tucher

                                              Attorneys for Plaintiff
                                              APPLE INC.