1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK

19                Plaintiff,                       **DECLARATION OF DIANE C.
                                                   HUTNYAN IN SUPPORT OF
20         vs.                                     SAMSUNG'S MOTION FOR RULE 37
                                                   SANCTIONS FOR APPLE'S VIOLATION
21 SAMSUNG ELECTRONICS CO., LTD., a                OF DECEMBER 22, 2011 COURT ORDER**
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New                Date: June 26, 2012
   York corporation; SAMSUNG                       Time: 10:00 a.m.
23 TELECOMMUNICATIONS AMERICA,                     Place: Courtroom 5, 4th Floor
   LLC, a Delaware limited liability company,     Judge: Hon. Paul S. Grewal
24
                  Defendants.
25

26

27

28

                                                                Case No. 11-cv-01846-LHK
   **DECLARATION OF DIANE C. HUTNYAN ISO SAMSUNG'S MOTION FOR RULE 37 SANCTIONS FOR
                 APPLE'S VIOLATION OF DECEMBER 22, 2011 COURT ORDER**

1  I, Diane C. Hutnyan, declare:

2  1.  I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I am licensed to practice law in the State of California.  I submit this declaration in support of Samsung's Motion for Rule 37 Sanctions for Apple's Violation of the Court's December 22, 2011 Order.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to the following facts.

2.  Among the deposition transcripts that had, until this Court's April 12 enforcement order, been improperly withheld in violation of the Court's December 22 Order were those of the following inventors:  Bas Ording, named inventor on the '381, '891, and '163 patents (3 transcripts); Joshua Strickon, named inventor on the '607 patent; Wayne Westerman, named inventor on the '828 patent; John Elias, named inventor on the '828 patent; Andrew Platzer, named inventor on the '915 patent; Scott Herz, named inventor on the '915 patent; Imran Chaudhri, named inventor on the '891, '163, D'305, D'334, and D'790 patents; Stephen Lemay, named inventor on the '163 patent; Richard Williamson, named inventor on the '163 patent; Chris Blumenberg, named inventor on the '163 patent, and Brian Land, named inventor on the '129 patent.  In addition, Apple withheld 25 utility and design inventor transcripts from the 796 Investigation:  Boule (2 transcripts), Westerman, Herz, Anzures, Williamson, Christie, Blumenberg, LeMay, Coster, Ive, Platzer, Chaudhri, Howarth, Forstall (2 transcripts), Zorkendorfer, Stringer, Whang, De Iuliis (2 transcripts), Kerr, Rohrbach, Andre and Hotelling.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on May 22, 2012.

                             */s/ Diane C. Hutnyan*

                                Diane C. Hutnyan

**DECLARATION OF DIANE C. HUTNYAN ISO SAMSUNG'S MOTION FOR RULE 37 SANCTIONS FOR APPLE'S VIOLATION OF DECEMBER 22. 2011 COURT ORDER**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Diane Hutnyan.

    /s/ Victoria Maroulis