# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.   C11-01846 LHK (JCS)**

**CASE NAME:  Apple, Inc., v. Samsung Electronics Co.**

**DATE:** May 22, 2012       **TIME:** 7 H        **COURT REPORTER**: <u>Not Reported</u>

**<u>COUNSEL FOR PLAINTIFF:</u>**              **<u>COUNSEL FOR DEFENDANT:</u>**
Tim Cook & various counsel                G.S. Choi & various counsel

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE   - Held.

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:

[ ]    OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

*T=Telephonic Appearance