QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF AUTHORITY REGARDING APPLE INC'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>**Date:     June 26, 2012**<br>**Time:    10:00 a.m.**<br>**Place:   Courtroom 5, 4th Floor**<br>**Judge:   Hon. Paul S. Grewal** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

3  Telecommunications America, LLC's (collectively "Samsung') respectfully submit the public

4  version of Administrative Law Judge Thomas B. Pender's Order Denying Apple Inc.'s Motion for

5  Spoliation Sanctions Against Samsung in *Certain Electronic Digital Media Devices and*

6  *Components Thereof,* Inv. No. 337-TA-796, United States International Trade Commission,

7  attached as Exhibit A.  Samsung submits this decision in relation to Apple Inc's Motion for

8  Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence because the motion

9  denied by Judge Pender parallels that motion.

11  DATED: May 24, 2012                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

14                                          By */s/ Victoria F. Maroulis*
                                              Victoria F. Maroulis
15                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                              LTD., SAMSUNG ELECTRONICS AMERICA,
16                                            INC. and SAMSUNG
                                              TELECOMMUNICATIONS AMERICA, LLC

-1- Case No. 11-cv-01846-LHK
NOTICE OF AUTHORITY REGARDING APPLE INC'S MOTION FOR ADVERSE INFERENCE
JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE