HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN APPLE EXPERTS** |

1    I, Cyndi Wheeler, hereby declare as follows:

2    1.   I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Under Seal (D.N. 927) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

3    2.   Samsung's Motion to Exclude Opinions of Certain Apple Experts and the Declaration of Joby Martin in Support of Samsung's Motion to Exclude Opinions of Certain Apple Experts contain Apple-confidential information. (*See* Declaration of Joby Martin in Support of Samsung's Administrative Motion to File Documents Under Seal [appended to D.N. 927]). A description of these documents follows.

4    3.   Exhibits 1-3, 5-7 and 10 of the Martin Declaration are the Expert Report of Terry Musika, the Supplemental Expert Report of Terry Musika, exhibits to those reports, and the transcript of the Musika deposition. Exhibits 11 and 12 to the Martin Declaration are the Expert Report of John Hauser and transcript of the Hauser deposition. These exhibits are damages-related expert reports and deposition transcript excerpts. The parties have stipulated that damages-related expert reports and deposition transcripts would be filed under seal in full and not on the public record. These documents contain confidential, proprietary market research and analysis, including information about the competitive landscape for mobile devices. This business information was created at a significant cost to Apple, and could be used by Apple's competitors to its disadvantage, particularly because it discusses Apple's direct competitors. These documents should be under seal in their entirety.

5    4.   Exhibits 4 and 15 to the Martin Declaration are internal Apple marketing documents. They contain confidential, proprietary market research and analysis, including information about the competitive landscape for mobile devices. The documents should be under seal in their entirety.

6    5.   Exhibit 8 to the Martin Declaration is Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co., Ltd's Interrogatory Nos. 4, 6, 7, 16, 17, and 18. It contains highly confidential and commercially sensitive business information, including

1  confidential information regarding licensing agreements and potential licensing agreements with
2  business partners.  A proposed redacted version is attached as **Exhibit 1**.

3        6.      Exhibit 18 to the Martin Declaration is a chart containing descriptions of the
4  technology claimed by the Apple patent in suit.  Footnotes include links to videos from the
5  Hauser report, which should remain under seal for the reasons above addressing damages-related
6  material.  A proposed redacted version is submitted as **Exhibit 2**.

7        7.      Exhibits 20, 23, 26 and 27 to the Martin Declaration are the Expert Reports of
8  Russell Winer and Sanjay Sood.  These reports discuss trade secret information reflecting Apple's
9  product design process and the inner workings of Apple's industrial design group.  This
10 information is highly sensitive and could be used by Apple's competitors to Apple's
11 disadvantage.  Proposed redacted versions of these exhibits are submitted as **Exhibits 3 and 4**,
12 respectively.

13       8.      Exhibit 32 to the Martin Declaration is the Expert Report of Richard L. Donaldson,
14 Esq.  This report contains Apple highly sensitive and confidential information.  In particular, the
15 report includes highly sensitive and confidential information about Apple's negotiations with
16 Samsung and about Apple's current and past third-party patent licenses, which are subject to non-
17 disclosure agreements and include third party highly sensitive and confidential information.  This
18 information is highly sensitive and could be used by Apple's competitors to Apple's
19 disadvantage.  A proposed redacted version is submitted as Exhibit 1 to the Declaration of Mark
20 D. Selwyn in support of Samsung's Administrative Motion to File Under Seal Samsung's Motion
21 to Exclude.

22       9.      The portions of the confidential, unredacted versions of Samsung's Motion to
23 Exclude Opinions of Certain Apple Experts and the Declaration of Joby Martin containing
24 information drawn from the exhibits above should remain under seal for the same reasons
25 articulated above.

26       10.     The portions of the confidential, unredacted versions of Samsung's Motion to
27 Exclude and the Martin Declaration containing the information drawn from the exhibits above
28 should remain under seal for the same reasons articulated above.

1       11.     It is Apple's policy not to disclose or describe its confidential financial
2 information, licensing strategies or agreements, design and product development information,
3 trade secrets, or business practices to third parties.  The above information is confidential to
4 Apple.  It is indicative of the way that Apple manages its business affairs, designs its products,
5 and conducts product development.  Apple's internal Apple code names reveal information that
6 Apple uses to maintain confidentiality with respect to its entire design and development process.
7 If disclosed, the information in the materials described above could be used by Apple's
8 competitors to Apple's disadvantage.  The requested relief is necessary and narrowly tailored to
9 protect the confidentiality of this information.

10      12.     Apple does not maintain a claim of confidentiality on Martin Declaration exhibits
11 9, 20-21, 23-25, or 28.

12      I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct to the best of my knowledge.  Executed this 24th day of May, 2012,
14 in Cupertino, California.

                                                            */s/ Cyndi Wheeler*
                                                            Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: May 24, 2012        By:        */s/ Jason R. Bartlett*
                                                               Jason R. Bartlett