1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN APPLE EXPERTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3149920

1  Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Documents Under Seal on May 17, 2012 (D.N. 927) in support of Samsung's Motion to Exclude Opinions of Certain Apple Experts ("Motion to Exclude"). Pursuant to Civil L.R. 79-5(d), Samsung moved to seal certain documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" by plaintiff Apple Inc. ("Apple") under the protective order for the Northern District of California. Also pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Sealing Samsung's Motion to Exclude ("Wheeler Declaration") and the Declaration of Mark D. Selwyn in Support of Sealing Samsung's Motion to Exclude ("Selwyn Declaration"). The Wheeler and Selwyn Declarations provide sufficient evidence that the documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal, as and to the extent described in the Wheeler and Selwyn Declarations:

- Exhibits 1-8, 10-12, 15, 18, 26-27, 32, and 34 to the Declaration of Joby Martin in Support of Samsung's Motion to Exclude Opinions of Certain Apple Experts.

- The confidential, unredacted versions of Samsung's Motion to Exclude Opinions of Certain Apple Experts and the Declaration of Joby Martin in Support of Samsung's Motion to Exclude Opinions of Certain Apple Experts, which includes information from the documents discussed above.

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3149920

1

1 **IT IS SO ORDERED.**

2

3 Dated: _____      _____
                                                 Hon. Lucy H. Koh
4                                                United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3149920