# Exhibit 2

# EXHIBIT 38

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4   APPLE INC., a California
     corporation,
 5

 6            Plaintiff,

 7   vs.                          Case No. 11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,

12            Defendants.
     ---------------------------------/
13

14

15

16

17        CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19     VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
              Redwood Shores, California
20              Friday, October 21, 2011

21

22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23   JOB NO. 43000

24

25
```

Page 186

```
1     Q.    Did you work on the design of this tablet?
2     A.    I worked alongside my colleagues in the
3   industrial design department as a collective and as
4   a team on this.
```

[redacted lines 5–17]

```
18          MR. MONACH:  Objection.  Vague.
```

[redacted lines 19–25]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 187



```
20      Q.   You've been handed what has been marked as
21   Exhibit 8, Lutton Exhibit 8.  Do you have that in
22   front of you?
23      A.   Yes.
24      Q.   Do you -- and that is US Design Patent
25   504889 --
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 188

```
 1      A.   Yes.
 2      Q.   -- correct?
 3           You're named as an inventor of this design;
 4   is that correct?
 5      A.   Yes.
 6      Q.   Did you participate in the team that
 7   created this design?
 8      A.   I did.
```

15           BY MS. CARUSO:
16      Q.   Do you see Figure 6 of the D889 patent?
17      A.   I do.
18      Q.   There's a circular element on that.  Do you
19   see it?
20      A.   I do.

24      Q.   In Figure 1 of the D889 patent, there's
25   a -- a line that's thicker than the other lines.  Do

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 189

1    you see that?
2           MR. MONACH:  Objection.  Vague.  Objection
3    to the extent it may not accurately reflect the
4    drawing.
5           THE WITNESS:  I see a bad photocopy.
6           BY MS. CARUSO:
7       Q.   Starting at the left, do you see three
8    parallel lines on the left-hand side of the top
9    drawing?
10      A.   I do.
11      Q.   Do you see the middle line of those three?
12      A.   I do.
13      Q.   Does it appear to you to be thicker than
14   the other two?
15      A.   Yes.
16      Q.   Do you have an understanding of why it's
17   thicker?
18          MR. MONACH:  Objection.  Lack of
19   foundation.  Objection to the extent it calls for a
20   legal conclusion.
21          THE WITNESS:  I don't.
22          BY MS. CARUSO:
23      Q.   Do you have any understanding of what that
24   middle line represents?
25          MR. MONACH:  Same objection.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 190

1          THE WITNESS:  One more time.  What was your
2     question.
3          BY MS. CARUSO:
4     Q.   Do you have any understanding of what that
5     middle line represents?
6     A.   No.



TSG Reporting 877-702-9580

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

```
 8     Q.    If you'd look at this --
 9     A.    Thank you.
10     Q.    -- and if you could just hold that up again
11   for the camera.
12           THE VIDEOGRAPHER:  I didn't get a shot of
13   the front.  You have to hold it longer for me.
14           Thank you.  Great.
15           BY MS. CARUSO:
```