Exhibit 6

# EXHIBIT 44

Highly Confidential - Attorneys' Eyes Only

Page 1

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5   APPLE INC., a California          )
6   Corporation,                      )
7             Plaintiff,              )
8   vs.                               ) No. 11 CV 01846 LHK
9   SAMSUNG ELECTRONICS CO., LTD,     )
10  a Korean business entity;         )
11  SAMSUNG ELECTRONICS AMERICA,      )
12  INC., a New York corporation;     )
13  SAMSUNG TELECOMMUNICATIONS        )
14  AMERICA, LLC, a Delaware          )
15  limited liability company,        )
16            Defendants.             )
17                                    )
18
19      HIGHLY CONFIDENTIAL   ATTORNEYS' EYES ONLY
20        VIDEOTAPED DEPOSITION OF EUGENE WHANG
21             THURSDAY, OCTOBER 27, 2011
22
23
24  REPORTED BY:
25  JANIS JENNINGS, CSR 3942, CLR, CCRR
```

Highly Confidential - Attorneys' Eyes Only

Page 57

1  exactly if that -- if this button only just took the
2  user back home; but, for instance now, you know, the
3  home button activates CRE or you can -- you know, if
4  you double click it, it will activate iTunes.  It
5  has a lot of other functions as well, but I don't
6  recall when those other functions were mapped onto
7  the home button as well.
8  BY MS. NEILL:
9      Q.   So looking now at the large rectangular
10 feature that's indicated with dashed lines on this
11 drawing on the front here, which may be referred to
12 as a "screen," what is the function of that?
13          MR. HUNG:  Objection.  Assumes facts.
14 Calls for a legal conclusion.
15          THE WITNESS:  Are you talking about this
16 dashed line here (indicating)?
17 BY MS. NEILL:
18     Q.   Yes.
19     A.   I mean, again, I'm not an expert at
20 reading patent drawings, but to me as a designer
21 this would indicate where the active area of a
22 screen would be.
23     Q.   And you'll notice that the device appears
24 to have four rounded corners.
25          MR. HUNG:  Objection.  The document speaks

Highly Confidential - Attorneys' Eyes Only

Page 58

1  for itself.  Calls for a legal conclusion.
2            You can answer.
3            THE WITNESS:  Yeah, you can   I guess you
4  can refer to them as "rounded corners," but we would
5  just kind of refer to this entire thing as its
6  profile.
7  BY MS. NEILL:
8      Q.   So how would you refer to the corners of
9  this device?
10     A.   We could refer to them as "corner
11 splines."  Spline, s p l i n e.
12     Q.   Was there any reason   or strike that.
13          Is there any reason that the corners are
14 rounded?
15          MR. HUNG:  Objection.  Calls for a legal
16 conclusion.  Calls for an expert opinion.
17          THE WITNESS:  I can't recall the specifics
18 of any particular reason, but the rounded corners
19 can serve many purposes.
20 BY MS. NEILL:
21     Q.   Can you name
22     A.   Or the rounded splines.
23     Q.   Okay.  Can you name some of the purposes
24 that the rounded splines might serve?
25     A.   Yeah.  The corner splines and the size

Page 59

1   that they are can make the product and the shape
2   appear more friendly.  The    what happens with the
3   rear surface also is somewhat in tune with    and
4   governed by what those corner splines are.
5          Because the surface on the back and the
6   way it kind of wraps around is highly sensitive to
7   what size those actual like radiuses would be so it
8   affects the rear surface as well.  It can be more
9   comfortable against the ear or in the hands.  It's
10  also visually more lightweight.  Yeah, those are
11  some of the examples.
12      Q.    Okay.  Can you think of any other specific
13  reasons?
14      A.    I mean, we just    I think we arrived
15  there because we thought it looked good and we felt
16  happy with the appearance.
17          MR. HUNG:  We're just going to get him
18  water.  You can go ahead.  Erika will get it.
19  BY MS. NEILL:
20      Q.    So the next feature I would like to direct
21  your attention to is sort of the oval or elongated,
22  maybe pill shaped that's above that    what we were
23  earlier referring to as the screen shape.
24      A.    Okay.
25      Q.    What is that?

Page 60

1    MR. HUNG: Objection. Calls for a
2 legal conclusion. Calls for an expert opinion.
3 Foundation.
4    THE WITNESS: It appears to be a receiver
5 opening.
6 BY MS. NEILL:
7    Q.   And what kind of receiver?
8    A.   A receiver is just kind of what we call
9 it. It's, you know, like the opening for you to
10 hear another person's voice or whatever sound may
11 be coming out of there when you're on a phone call.
12    Q.   And is there any reason why it's
13 positioned where it is on the overall device?
14    MR. HUNG: Objection. Foundation.
15 Calls for a legal conclusion. Calls for an expert
16 opinion.
17    THE WITNESS: We   you know, we tried it
18 in many positions and this is where we felt that it
19 just seems to look most comfortable.
20 BY MS. NEILL:
21    Q.   And when you were designing this   or
22 coming up with this design, was there ever any
23 feedback or information that you received from
24 engineers?
25    A.   Just in general with the product in





20    BY MS. NEILL:
21        Q.    All right.  So what I am going to give you
22    now is United States Design Patent 504,889, which
23    was previously marked as Exhibit 8.
24              Take a look at the patent.
25        A.    Okay.

Highly Confidential - Attorneys' Eyes Only

Page 73

1   Q.   Can you please turn to figure 2.
2        And you'll see there on figure 2 along one
3   edge of the device there seems to be a small, round
4   port.
5   A.   Yep.  There seems to be a little dotted
6   some kind dotted line running around.
7   Q.   Uh huh.  Okay.  And then on the other edge
8   of the device that you can see in that same drawing,
9   there appears to be a rectangular type of port.
10  A.   Yes.
11  Q.   Okay.  And can you please refer to
12  figure 6 as well.
13       And I'm sorry.  If you look at the first
14  page of the patent, it indicates that figure 6 is a
15  right side view.
16  A.   Okay.
17  Q.   And can you see, again, the round feature
18  on figure 6?
19  A.   Yes.
20  Q.   And on figure 8    which is a lower side
21  view, according to the first page of the patent
22  can you see that there is a rectangular feature
23  along that edge?
24  A.   Yes.
25  Q.   Is the design depicted in this patent

Highly Confidential - Attorneys' Eyes Only

Page 74

1    reflected in one of the two devices in front of you?
2            MR. HUNG: Objection. Vague. Foundation.
3    Calls for a legal conclusion. Calls for an expert
4    opinion.
5            THE WITNESS: There doesn't seem to be
6    enough information in the drawings to   for me to
7    say if it's   if it's representative of one of
8    these. There are some similarities, but, you know,
9    there's   there's also differences.
10   BY MS. NEILL:

Page 75

1  ████████████████████████████████████
2  ████████████████████████████████████████
3  ██████████████████████████████████████████
4  ████████████████████████

5      Q.   If you will take a look for a second at
6  figure 2, please.
7      A.   Okay.
8      Q.   You will see in figure 2, which is a
9  bottom perspective view, that there are a series of
10 diagonal lines.
11     A.   Yes.
12     Q.   What do those represent?
13          MR. HUNG:  Objection.  Foundation.
14          THE WITNESS:  I don't -- I don't know.
15 BY MS. NEILL:
16     Q.   If you please turn to figure 4, which is a
17 bottom view.  Are those lines present?
18     A.   Of the same lines as in the last figure?
19     Q.   Yes.  As in figure 2.
20     A.   It doesn't appear -- they don't appear to
21 be there.
22     Q.   Do you know why they're not there?
23     A.   No.
24     Q.   And going back to the lines that are in
25 figure 2, do you have under -- any understanding as

Highly Confidential - Attorneys' Eyes Only

Page 76

1    to what those lines may reflect?
2        A.   No.
3        Q.   In figure 1, do you also see a series of
4    diagonal lines?
5        A.   Yes.
6        Q.   Do you have any understanding as to what
7    those lines may reflect?
8        A.   No, I don't.
9        Q.   In figure 1 again, to bring your attention
10   to that, you can see around the front of the device
11   there appears to be a line, basically the perimeter
12   of the front, that appears to be thicker along
13   the     the way I'm looking at it, it would be the
14   left edge and the bottom edge.
15       A.   Okay.
16       Q.   Do you see that line?
17       A.   I mean, I see a line that gets    that
18   starts off around here as one thickness, and then
19   down on the bottom edge, it kind of goes thicker.
20       Q.   Uh huh.
21       A.   Yep.
22       Q.   Do you think it's possible that that line
23   depicts the vent?
24            MR. HUNG:  Objection.  Calls for
25   speculation.  Calls for a legal conclusion.  Calls

1   for an expert opinion.
2           THE WITNESS:  To me, when I see this
3   drawing, I   I don't see the vent detail.
4   BY MS. NEILL:
5       Q.   Do you have any understanding at all of
6   what the thicker line might represent?
7       A.   No, I don't.
8       Q.   And turning to figure 9, this depicts a
9   person holding the device.
10      A.   Okay.
11      Q.   Along the top edge of the device, the
12  farthest away from the person who is holding it, do
13  you see that that edge appears to be wedge shaped?
14          MR. HUNG:  Objection.  The document speaks
15  for itself.
16          THE WITNESS:  I don't see that.
17  BY MS. NEILL:
18      Q.   Do you see that the   the top edge
19  appears to taper towards the   as the person is
20  holding it towards the left edge of the top?
21          MR. HUNG:  Objection.  The document speaks
22  for itself.
23          THE WITNESS:  Do you think you can just
24  kind of point to
25  BY MS. NEILL:

Highly Confidential - Attorneys' Eyes Only

Page 78

1  Q. So I'm pointing to the top edge away
2  farthest away from him
3  A. Okay.
4  Q.  and that it tapers along this line
5  A. Yeah. Yeah.
6  Q.  so that this area appears as a wedge.
7  A. Right.
8  MR. HUNG: Objection. The document speaks
9  for itself. Assumes facts.
10  BY MS. NEILL:
11  Q. Do you have any understanding of why that
12  appears to be wedge shaped?
13  MR. HUNG: Objection. Assumes facts.
14  THE WITNESS: I don't. To me, it just
15  looks like whoever drew it just got their
16  perspective wrong.
17  BY MS. NEILL:
18  Q. And also along the front perimeter of the
19  front face of the device, there appears to be a
20  darker line, or heavier line.
21  A. Yeah, there appears to be a slightly
22  thicker line.
23  Q. And do you have any understanding of what
24  that represents?
25  A. No.

Highly Confidential - Attorneys' Eyes Only

Page 79

1  Q. And just -- if will turn to the first page
2  of this patent, you will see that you are listed as
3  an inventor on this patent.
4  A. Yes.
5  Q. And what did you contribute to the design
6  depicted in this patent?
7  A. Like I said before, just, you know --
8  specifically it's hard to pick out any kind of
9  detail or specific thing. You know, we all worked
10 on this together, so, you know, we all kind of
11 equally contributed to the design.
12 Q. And do you know when this design was first
13 conceived of?
14 A. No, I don't.
15 Q. Okay. And do you know when it was first
16 put down in a written form?
17 A. No.
18 Q. Did you create any of the figures in this
19 patent?
20 A. No, I didn't.
21 Q. Do you know who did?
22 A. No, I do not.
23 Q. Did you ever meet with anyone regarding
24 whether or not you were an inventor of this patent?
25 A. I can't recall.