Exhibit 7

# EXHIBIT 45

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4

5   APPLE INC., a California
    corporation,
6
                  Plaintiff,
7
    vs.                              CASE NO.  11 cv 01846 LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                Defendants.
    _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17         A T T O R N E Y S'  E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF DOUGLAS SATZGER
20            REDWOOD SHORES, CALIFORNIA
21            TUESDAY, NOVEMBER 8, 2011
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 42999

Case 5:11-cv-01846-LHK   Document 973-7   Filed 05/24/12   Page 4 of 10

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 30

1    archive storage space.

2        Q   So when the move occurred, some of the files

3    were just sent directly to an archive?

4        A   Storage.

5        Q   As opposed to being moved to the new

6    offices --

7            MR. DAVIS:  Foundation.

8            MR. ZELLER:  Q.  -- as you understood it?

9        A   I -- I don't know where they were moved,

10   actually.  I'm not sure if they -- we had -- we had

11   off-site, we had in-office, and we had on-campus

12   storage.  I don't recall.

13       Q   Did you ever see an index or -- or a database

14   or other list of files that you had that were in

15   archive?

16       A   No.

17       Q   If you wanted to find out, back in the time

18   period when you were working at Apple, whether or not

19   any of your files were in archive, is there somebody

20   you would ask?

21       A   No.

22       Q   Do you recall the last time that you saw any

23   of the loose page sketches you did?

24       A   My recollection is when we were on Valley

25   Green.

TSG Reporting - Worldwide   877-702-9580

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

1   Q   And those were the old offices before --

2   A   Old office, yeah.

3       MR. DAVIS:  You stepped over him a little

4   bit.

5       THE WITNESS:  Oh, yeah.

6       MR. DAVIS:  Just make sure you let him finish

7   his question, but you're fine.

8       MR. ZELLER:  Directing your attention back to

9   Exhibit 1172.

10  Q   Among these pages, did you see any pages that

11  relate to any tablet computer design?

12  A   No.

13  Q   I take it at some point you -- you do recall

14  doing some sketches or drawings of tablet computer

15  designs or potential tablet computer designs when you

16  were at Apple?

17  A   I -- yes.

18  Q   Do you have any idea where those are?

19  A   I do not.

20  Q   I'm going to show you what was previously

21  marked as Exhibit 8, which is a copy of United States

22  Design Patent 504,889.  And please let me know when

23  you've had a chance to look at the '889 design patent.

24  A   Pardon me.

25  Q   Do you recognize the '889 design patent as a

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 32

1    patent you're a named inventor on?

2         A    Yes.

3         Q    Focusing on the design that's shown here in

4    the '889 design patent, did you create sketches of --

5    of this design?

6         A    Yes.

7         Q    And I take it you didn't see any of those

8    sketches here in 1172?

9         A    No.

10        Q    Do you have any -- any idea or knowledge or

11   information as to where any of the sketches that you

12   prepared in connection with the '889 design patent

13   design are?

14        A    No.

15        Q    Do you have any idea where they were as of

16   the time you left Apple in 2008?

17        A    No.

18        Q    Do you have any knowledge or information --

19   well, let me try it this way:  If -- if -- as of the

20   time in 2008 when you left Apple, is there any place

21   you can think of you would go and ask and look?

22        A    Yes.

23        Q    What -- what did you have in mind for that?

24        A    I would search the in-office storage for any

25   of my file boxes, and then the other on-campus storage

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 36



11          MR. HUNG:  Objection; vague.

12          THE WITNESS:  Yes.

13          MR. ZELLER:  All right.

14          Do you have the 035 mockup?

15          MR. HUNG:  No.

16          MR. ZELLER:  Okay.

17          MR. HUNG:  I didn't actually -- we didn't

18     receive an e-mail, I think, asking us to bring it to

19     this depo.

20          MR. ZELLER:  We've asked for it to be

21     available for all of the interim depositions.

22          Do you have these?

23          MR. HALL:  Yes.

24          Would you please mark as Exhibit 1173 a

25     multipage document consisting of photographs of the --

H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S'   E Y E S   O N L Y

Page 37

1    what people call the 035 mockup.

2            (Document marked Exhibit 1173

3             for identification.)

4            MR. ZELLER:  All right.

5       Q    And so you know, what we've marked as

6    Exhibit 1173 are photographs of a mockup -- an Apple

7    mockup that has generally been identified as the 035

8    mockup.

9       A    Uh-huh, yes.

23            MR. HUNG:  Objection; calls for a legal

24    conclusion; foundation.

25            MR. DAVIS:  Calls for speculation.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 38



H I G H L Y   C O N F I D E N T I A L - A T T O R N E Y S '   E Y E S   O N L Y

Page 39

