Exhibit 9

# EXHIBIT 52

Confidential Attorneys' Eyes Only

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

    APPLE, INC., a California
5   corporation,

6

7                        Plaintiff,

8

       vs                        No. 11 CV 01846 LHK
9

    SAMSUNG ELECTRONICS CO., LTD.,
10  a Korean business entity; et al.,

11                     Defendants.

12

13        VIDEOTAPED DEPOSITION OF MICHAEL TCHAO

14        CONFIDENTIAL   ATTORNEYS' EYES ONLY

15           REDWOOD SHORES, CALIFORNIA

16           TUESDAY, FEBRUARY 21, 2012

17

18

19

20

21  Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575

22           Certified LiveNote Reporter

23  Job # 46145

24

25

Confidential Attorneys' Eyes Only



Confidential Attorneys' Eyes Only

Page 66

18    Q.  Do you think the iPad 2 is comfortable to    11:24

19    hold?    11:24

20    A.  Yes, I believe the iPad 2 is comfortable to    11:24

21    hold.    11:24

22    Q.  What do you attribute that to?    11:24

23    A.  I believe both the physical design of the    11:24

24    product, the weight of the product.    11:24

25    Q.  Anything else?    11:24

Confidential Attorneys' Eyes Only

Page 67

1    A.  I think that would be -- those would            11:24

2    encompass it.                                       11:24

3    Q.  What about the physical design of the product   11:24

4    makes it comfortable to hold?                       11:24

5    A.  The shape of the back housing, the area of      11:24

6    the -- around the screen, the bezel around the screen,  11:24

7    the weight of the product and the distribution of that  11:24

8    weight, the balance of the product.                 11:24

9    Q.  Anything else?                                  11:24

10   A.  The materials that the product is made of.      11:25

11   Q.  Would your answer be the same if I asked you    11:25

12   the same question about the original iPad?          11:25

13   A.  Yes.                                            11:25

14   Q.  What is it about the bezel -- first of all,     11:25

15   when you say "bezel," what are you referring to?    11:25

16   A.  In this particular respect, the bezel I'm       11:25

17   referring to the black area or the -- around the    11:25

18   screen, that is the -- the area around the screen, I 11:25

19   guess is probably the best way to describe it.      11:25

20   Q.  The black border that surrounds the active      11:25

21   area of the screen?                                 11:25

22   A.  That's correct.                                 11:25

23   Q.  What is it about that black border around the   11:25

24   active area of the screen that in your view adds to  11:25

25   the comfort to holding the iPad?                    11:25

Confidential Attorneys' Eyes Only

Page 68

1    A.  It provides an area for your hand to rest        11:25

2    without activating the screen while you're holding the  11:25

3    device.                                               11:26

4    Q.  What is it about the what you refer to as the     11:26

5    housing -- first of all, when you say the housing of  11:26

6    the device, what are you referring to?                11:26

7    A.  I'm referring specifically to what also might     11:26

8    be called the back case of the product, the -- in the 11:26

9    case of iPad and iPad 2, the aluminum enclosure that  11:26

10   makes up the back of the product.                     11:26

11   Q.  What is it about the shape of the housing         11:26

12   that makes the iPad easy to hold, in your view?       11:26

13   A.  The curve of the housing, so no sharp areas       11:26

14   contact your hand, the smooth contour of it, and      11:26

15   texture of the material that makes it easy to hold on 11:27

16   to.                                                   11:27

17   Q.  Does the rectangular shape of the iPad            11:27

18   contribute to the ease with which it can be held?     11:27

19       MS. TAYLOR:  Objection, it's vague.               11:27

20       THE WITNESS:  Does the -- could you repeat        11:27

21   the question again?  I'm sorry.                       11:27

22   BY MR. KIDMAN:                                        11:27

23   Q.  Sure.  Would you agree that the general shape     11:27

24   of the iPad is rectangular?                           11:27

25   A.  The iPad and iPad 2 are rectangular in shape,     11:27

Confidential Attorneys' Eyes Only

Page 69

1    yes.                                                    11:27

2       Q.  Do you think that rectangular shape             11:27

3    contributes to the ease with which it can be held?     11:27

4          MS. TAYLOR:  Objection, it's vague.              11:27

5          THE WITNESS:  I believe the shape of the iPad    11:27

6    does contribute to its being easy to hold.             11:27

7    BY MR. KIDMAN:                                          11:27

8       Q.  How about -- would you agree that both the      11:27

9    iPad and the iPad 2 have rounded corners?              11:27

10      A.  By corners, what are you referring to?          11:27

11      Q.  If you look at the iPad sort of from the top    11:27

12   view, the corners appear rounded.                      11:28

13          Would you agree with that?                      11:28

14      A.  Yes, both iPad and iPad 2 feature rounded       11:28

15   corners if you look at it from the top down.           11:28

16      Q.  As opposed to pointed corners?                  11:28

17      A.  Yes, as opposed to pointed corners.             11:28

18      Q.  Do you think the rounded corners of the iPad    11:28

19   and the iPad 2 contribute to the ease with which it    11:28

20   can be held?                                           11:28

21          MS. TAYLOR:  Objection, it's vague.             11:28

22          THE WITNESS:  I'm not sure the rounded          11:28

23   corners contribute to it being easy to hold.           11:28

24   BY MR. KIDMAN:                                          11:28

25      Q.  In your view, is there any advantage from a     11:28

Confidential Attorneys' Eyes Only

Page 70

1   user's point of view to having the rounded corners as          11:28

2   opposed to, say, pointed corners?                              11:28

3       A.  I can certainly imagine that rounded corners           11:28

4   would be preferable to certain other shapes of corners         11:28

5   in a product like an iPad.                                     11:29

6       Q.  Why is that?                                           11:29

7       A.  Well, again, I have to compare it to                   11:29

8   something specific in order to answer that question,           11:29

9   but as an example, if a corner of a product were made          11:29

10  to be sharp, it could be painful to hold.                      11:29

11      Q.  Anything else that comes to mind?                      11:29

12      A.  That's just a specific example.                        11:29

13      Q.  Any other examples that come to mind?                  11:29

14      A.  Not readily.                                           11:29

15          MR. KIDMAN:  Okay.  We need to take a break            11:29

16  to change the tape.                                            11:29

17          THE WITNESS:  Okay.                                    11:29

18          THE VIDEOGRAPHER:  This marks the end of disk          11:29

19  number 1 to the videotaped deposition of Michael              11:29

20  Tchao.                                                         11:29

21          The time is 11:29 a.m., we are off the                 11:29

22  record.                                                        11:29

23          (Recess taken.)                                        11:29

24          THE VIDEOGRAPHER:  This marks the beginning            11:40

25  of disk number 2 to the videotaped deposition of              11:40

Confidential Attorneys' Eyes Only

Page 71

1   Michael Tchao, the time is 11:40 a.m., we are back on        11:40

2   the record.                                                  11:40

3   BY MR. KIDMAN:                                               11:40

Confidential Attorneys' Eyes Only

Page 132

1   consumers?                                                  14:22

2       A.  Yes, we believe that it was for both iPad 1         14:22

3   and for iPad 2.                                             14:22

4       Q.  And why do you believe that to be an                14:22

5   important feature for consumers?                            14:22

6       A.  Because it speaks to its portability and            14:22

7   because of its small size, it's able to be taken from       14:22

8   place to place more easily.                                 14:23

9       Q.  A thinner tablet's easier to transport or           14:23

10  carry around, is that your understanding?  Do               14:23

11  consumers view it that way?                                 14:23

12      A.  Our belief is -- well, prior to the iPad,           14:23

13  tablet PCs were thick and heavy and so we wanted to         14:23

14  contrast iPad to those tablets, PCs that came before.       14:23

15      Q.  And what benefits are there to consumers from       14:23

16  the iPad being thinner than what came before it?            14:23

17          MS. TAYLOR:  Calls for speculation.                 14:23

18          THE WITNESS:  Our belief was -- the reason          14:23

19  why we wanted to distinguish ourselves from those           14:23

20  tablet PCs was because we felt the thinner, lighter         14:23

21  iPad would be more portable and therefore be used in        14:23

22  more situations and -- more readily than previous           14:23

23  tablet PCs which had not seen much success.                 14:24

24  BY MR. KIDMAN:                                              14:24

25      Q.  Do you believe that the flat screen that            14:24

Confidential Attorneys' Eyes Only

Page 133

1   covers the front face of the iPad is an important          14:24

2   feature to consumers?                                       14:24

3         MS. TAYLOR:  Objection, it's vague.                   14:24

4         THE WITNESS:  I'm not sure I understand the           14:24

5   question.                                                   14:24

6   BY MR. KIDMAN:                                              14:24

7     Q.  Would you describe the iPad as having a flat          14:24

8   front surface?                                              14:24

9     A.  Yes.                                                  14:24

10    Q.  And would you describe that flat front               14:24

11  surface as covering the front of the iPad?                 14:24

12        MS. TAYLOR:  Objection, it's vague.                  14:24

13        THE WITNESS:  Again, you're referring to what       14:24

14  aspect of the front?  The entire front or the screen      14:25

15  specifically?  I'm not sure I understand what you're      14:25

16  referring to.                                             14:25

17  BY MR. KIDMAN:                                            14:25

18    Q.  How would you describe the front surface of        14:25

19  the iPad?                                                 14:25

20    A.  So the front surface of the iPad is a -- is a      14:25

21  piece -- a flat piece of glass.                          14:25

22    Q.  And would you describe that flat piece of          14:25

23  glass that makes up the front surface of the iPad as     14:25

24  an important feature to consumers?                        14:25

25        MS. TAYLOR:  Objection, it's vague.                14:25

Confidential Attorneys' Eyes Only

Page 134

```
 1        THE WITNESS:  I'm not sure I know whether      14:25
 2   it's an important feature to consumers.             14:25
 3   BY MR. KIDMAN:                                      14:25
 4     Q.  Would you agree that the design of the iPad   14:25
 5   defers to the screen?                               14:26
 6        MS. TAYLOR:  Objection, vague.                 14:26
 7        THE WITNESS:  I would say -- we have said and  14:26
 8   I would say that the iPad is primarily screen.      14:26
 9   BY MR. KIDMAN:                                      14:26
10     Q.  And why is that?                              14:26
11     A.  Because in our design, we have stripped away  14:26
12   those other attributes -- those aspects of design and 14:26
13   function from the front of the device so that you just 14:26
14   can focus on the screen.                            14:26
15     Q.  And why do you want users to focus on the     14:26
16   screen?                                             14:26
17     A.  Because on the iPad, they interact with their 14:26
18   information through the screen.                      14:27
19     Q.  Through the multi-touch features?             14:27
20     A.  That's correct.                               14:27
21     Q.  So for that reason is it important to have a  14:27
22   large screen area?                                  14:27
23        MS. TAYLOR:  Objection, it's vague.            14:27
24        THE WITNESS:  There are multi-touch            14:27
25   devices -- in fact, we ship multi-touch devices that 14:27
```

Confidential Attorneys' Eyes Only

Page 135

| | | |
|---|---|---|
| 1 | have smaller screens. | 14:27 |
| 2 | BY MR. KIDMAN: | 14:27 |
| 3 | Q.  What would be an example of that? | 14:27 |
| 4 | A.  The iPhone has a three and a half inch | 14:27 |
| 5 | screen, it's multi-touch.  It was our first | 14:27 |
| 6 | multi-touch device. | 14:27 |
| 7 | Q.  Does Apple do any research of competitive | 14:27 |
| 8 | product? | 14:28 |
| 9 | MS. TAYLOR:  Objection, it's vague. | 14:28 |
| 10 | THE WITNESS:  We do study competitive | 14:28 |
| 11 | products from time to time. | 14:28 |
| 12 | BY MR. KIDMAN: | 14:28 |
| 13 | Q.  For what purpose? | 14:28 |
| 14 | A.  There are a range of purposes that we look at | 14:28 |
| 15 | competitor products. | 14:28 |
| 16 | Q.  And what would those reasons be? | 14:28 |
| 17 | A.  One reason might be to answer questions that | 14:28 |
| 18 | the press might ask about our product relative to the | 14:28 |
| 19 | competition. | 14:29 |
| 20 | Q.  Any others? | 14:29 |
| 21 | A.  Another reason might be to determine what | 14:29 |
| 22 | features should be in future products or to benchmark | 14:29 |
| 23 | our product against other products. | 14:29 |
| 24 | Q.  Any others? | 14:29 |
| 25 | A.  Another reason might be to determine if a | 14:29 |