Exhibit 12

# EXHIBIT 9
# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                Plaintiff,
 7
     vs.                         CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13              Defendants.
     _____/
14
15
16         C O N F I D E N T I A L
17      A T T O R N E Y S   E Y E S   O N L Y
18
19   VIDEOTAPED DEPOSITION OF BRIAN Q. HUPPI
20         REDWOOD SHORES, CALIFORNIA
21           TUESDAY, OCTOBER 18, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR.
24   CSR LICENSE NO. 9830
25   JOB NO. 42679
```

Confidential Attorneys' Eyes Only

Page 94

```
1   layers or just one layer?
2        MR. BARTLETT:  Objection; vague.
3        THE WITNESS:  I believe we had them on both
4   layers.
5        MR. MACK:  Okay.
6     Q  And when you look at Figures 11A and 11B, do
7   you -- do you see the dummy features in those figures?
8     A  Let's see.  Where am I?
9        Yes, yes.
10    Q  Okay.  And those would be the small
11  rectangular boxes between the longer parallel --
12  substantially parallel lines?
13    A  That's correct.
14    Q  Okay.  Could you go to Column 16, Line 20.
15  It explains dummy features a little bit.  You see
16  starting on Line 61, Column 16 says that:
17       "The dummy features 204 are electrically
18  isolated and positioned in the gaps between each of
19  the lines 206 and 208.  Although they may be patterned
20  separately, the dummy features 204 are typically
21  patterned along with the lines 206 and 208.
22  Furthermore, although they may be formed from
23  different materials, the dummy features 204 are
24  typically formed with the same transparent conductive
25  material as the lines as, for example, ITO to provide
```

Page 95

```
1   the best possible index matching."
2        How were the dummy features in your invention
3   electrically isolated from the parallel lines?
4   [REDACTED]
5
6
7
8     Q  Okay.  Would it be possible to treat the ITO
9   areas that were to be dummy features to make them more
10  resistive than the parallel lines?
11       MR. BARTLETT:  Objection; it is   calls for
12  speculation; and calls for expert testimony.
13       THE WITNESS:  I   I don't know.  I can only
14  tell you how we did it.
15       MR. MACK:  Okay.
16    Q  But you physically etched away ITO between
17  the parallel lines and the dummy features; is that
18  right?
19    A  That's how
20       MR. BARTLETT:  Objection; vague; lacks
21  foundation.
22       THE WITNESS:  That's how I recall that we did
23  it, yes.
24       MR. MACK:  Okay.
25    Q  And typically it says that the dummy features
```

Page 96

```
1   are made from the same material as the conductive
2   lines; correct?
3     A  Correct.
4     Q  So if you were using ITO for the conductive
5   lines, you would also use the same ITO for the dummy
6   features?
7     A  That's how we did it in our prototypes, yes.
8     Q  And by using the same material, that provided
9   the exact same optical index of the dummy features and
10  the conductive lines; correct?
11    A  That's correct.
12    Q  Okay.  Were you familiar with any other touch
13  screen products that used similar dummy features?
14       MR. BARTLETT:  Objection; vague.
15       THE WITNESS:  Not that I recall, no.
16  [REDACTED]
17
18
19
20
21
22
23       MR. BARTLETT:  Objection; calls for a legal
24  conclusion.
25  [REDACTED]
```

Page 97

```
1   [REDACTED]
2
3
4
5
6
7
8
9
10       MR. MACK:  Q.  What benefit, if any, would
11  the use of a virtual ground charge amplifier add to
12  the touch panel.
13       MR. BARTLETT:  Objection; calls for
14  speculation; incomplete hypothetical; calls for expert
15  testimony.
16  [REDACTED]
17
18
19
20
21
22
23
24
25
```

Page 98

1    MR. MACK:  Okay.
2    Q  And is the -- is the phrase "a virtual ground
3  charge amplifier," is that something that you've heard
4  of outside of Apple?
5    A  I can't say I have, no.
6    Q  Okay.  So as far as your -- your best
7  understanding is, there's no -- that's not a term of
8  art; correct?
9    MR. BARTLETT:  Objection; calls for a legal
10 conclusion.
11   THE WITNESS:  Yeah, I'm not aware of
12 necessarily all the different terms that could be
13 used.  I know the term "virtual ground" I'm -- I'm
14 aware of being used, "charge amplifier."  The whole
15 combination, I can't say I know for sure.
16   MR. MACK:  Q.  Are you aware of any products
17 on today's market that may embody the invention
18 described in this patent?
19   MR. BARTLETT:  Objection; lacks foundation;
20 calls for a legal conclusion.
21   THE WITNESS:  I don't know of any
22 specifically, no.
23   MR. MACK:  Q.  Well, the Apple products would
24 embody this invention; correct.
25   A  Oh, oh, sorry.  I thought you meant outside

Page 99

1  of Apple.
2    I -- I was not at Apple when Apple finally
3  shipped the final product, so I -- I can't tell you
4  what technique they're using on the final product.
5    Q  Okay.  But is it your understanding that it's
6  the -- the iPhone that's shipping today uses the
7  invention described in this patent?
8    A  You know, I can't be sure.  I've never torn
9  one apart to see how it works, so --
10   Q  Okay.
11   A  -- I can't speculate.
12   Q  And you mentioned you're not aware of any
13 third parties that are practicing the invention
14 described in this patent; right?
15   A  Not that I'm aware of.
16   Q  All right.  So you -- you were obviously
17 aware of touch screen displays prior to May of 2004;
18 correct?
19   A  Correct.
20   Q  So you didn't invent capacitive touch screen
21 displays; right?
22   MR. BARTLETT:  Objection; vague.
23   THE WITNESS:  It depends on what type you
24 mean -- what type of capacitive touch screens you
25 mean.

Page 100

1    MR. MACK:  Okay.
2    Q  You didn't invite -- you didn't invent the
3  self-capacitive type of --
4    A  No.
5    Q  -- touch displays; right?
6    A  No.
7    Q  Do you believe that you invented the
8  mutual-capacitive type of touch displays?
9    MR. BARTLETT:  Objection; vague; calls for a
10 legal conclusion; calls for expert testimony.
11   THE WITNESS:  Well, I can tell you that
12 the -- the -- you know, the prototypes that we
13 implemented used mutual capacitance.
14   MR. MACK:  Q.  And you weren't aware of any
15 other touch displays that used mutual capacitance
16 before May of 2004; correct.
17   A  No.
18   Q  Okay.  What about the two layers of
19 electrodes that were spatially separated from one
20 another?  Were you aware of any other products prior
21 to May of 2004 that exhibited that feature?
22   MR. BARTLETT:  Objection; vague; calls for a
23 legal conclusion; calls for expert testimony.
24   THE WITNESS:  I was aware that there were
25 self-capacitive opaque touch devices that used

Page 101

1  copper -- two layers of copper electrodes separated by
2  a dielectric.  That was very, very common in things
3  like the Synaptics trackpads.
4    MR. MACK:  Okay.
5    Q  Were you aware of any transparent Synaptics
6  products?
7    A  I believe they did give us a demo once
8  showing a transparent self-capacitive type touch
9  panel.
10   Q  Okay.  And did that transparent
11 self-capacitive type touch panel include two layers of
12 electrodes?
13   A  I don't know.  I didn't take it apart.
14   Q  Okay.  And you also didn't invent multi-touch
15 recognition on a touch display; correct?
16   MR. BARTLETT:  Objection; vague; calls for a
17 legal conclusion; calls for expert testimony.
18   THE WITNESS:  Can you repeat that question
19 one more time, please.
20   MR. MACK:  Sure.
21   Q  You also didn't invent multi-touch
22 recognition on a touch display; correct?
23   MR. BARTLETT:  Same objections.
24   THE WITNESS:  As far as I'm aware, no one had
25 done -- had been able to implement multiple-touch

Confidential Attorneys' Eyes Only

Page 154

1   left-hand column, SmartSkin sensor architecture. It
2   says that:
3       "Figure 2 shows the principal of operation of
4   the SmartSkin sensor. The sensor consists of a
5   grid-shaped transmitter and receiver electrodes
6   (copper wires). The vertical wires are transmitter
7   electrodes, and the horizontal wires are receiver
8   electrodes. When one of the transmitters is excited
9   by a wave signal, the receiver receives this wave
10  signal because each crossing point
11  transmitter/receiver pairs acts as a very weak
12  capacitor."
13      Correct?
14   A  Yes.
15   Q  And looking at that description above with --
16  in context with Figure 2, would that indicate to you
17  that there are two layers of copper wires?
18      MR. BARTLETT: Same objections.
19      THE WITNESS: Well, it looks like there
20  are -- there are two -- there are receiver, as they
21  call them, and transmitter electrodes which may or may
22  not be on the same layer. I don't -- or on separate
23  layers. It's hard to say.
24      MR. MACK: Q. From the text, all the
25  horizontal wires are receiver electrodes; right.

Page 155

1   A  That's the way it's shown, yes.
2   Q  And all the vertical wires are transmitter
3   electrodes; correct?
4       MR. BARTLETT: Same objections.
5       THE WITNESS: It appears that way.
6       MR. MACK: Q. And in order for the
7   intersection, as it describes, to act as a very weak
8   capacitor, those wires must be physically separated;
9   correct.
10      MR. BARTLETT: Same objections.
11      THE WITNESS: Yeah, without seeing exactly
12  the physical orientation, it would be hard to say.
13  They -- for something to be a capacitor, they can't be
14  conductively connected to each other.
15      MR. MACK: Right.
16   Q  So there must be -- there must be some space
17  in between the horizontal wires and the vertical
18  wires; correct?
19      MR. BARTLETT: Same objections.
20      THE WITNESS: I would say that would have to
21  be true, yes.
22      MR. MACK: Okay.
23   Q  And then the next sentence -- doesn't this
24  next sentence describe a mutual-capacitive sensing
25  arrangement, where it says:

Page 156

1       "When a conductive and grounded object
2   approaches a crossing point, it capacitively couples
3   to the electrodes and drains the wave signal. As a
4   result, the received signal amplitude becomes weak.
5   By measuring this effect, it is possible to detect the
6   proximity of a conductive object, such as a human
7   hand."
8       Does this paragraph to you describe a
9   mutual-capacitive sensing arrangement?
10      MR. BARTLETT: Same objections.
11      THE WITNESS: Again, without, you know, fully
12  understanding exactly what they're doing, it would be
13  hard to say. It's -- it sounds like a
14  mutual-capacitive system to me.
15      MR. MACK: Q. Has anyone inside of Apple,
16  when you were developing your multi-touch prototype,
17  referred to the drive lines as transmitter lines or
18  transmitter electrodes.
19      MR. BARTLETT: Objection; vague; overbroad;
20  and calls for speculation.
21      THE WITNESS: I don't remember them ever
22  being called transmitter electrodes, no.
23      MR. MACK: Okay.
24   Q  What about the sense lines? Did -- have you
25  ever referred to the sense lines in your prototype at

Page 157

1   Apple in the multi-touch panel as receiver electrodes?
2       MR. BARTLETT: Same objections.
3       THE WITNESS: I don't remember ever calling
4   the receiver electrodes, no.
5       MR. MACK: Q. Do you see the next -- in the
6   next column on '31635, the second column, the top of
7   the column says -- or actually, if we -- can we just
8   continue reading that paragraph on the left-hand side:
9       "The system time dividing transmitting signal
10  sent to each of the vertical electrodes and the system
11  independently measures values for each of the receiver
12  electrodes. These values are integrated to form
13  two-dimensional sensor values which we call proximity
14  pixels. Once these values are obtained, algorithms
15  similar to those used in image processing, such as
16  peak detection, connected region analysis, and
17  template matching, can be applied to recognized
18  gestures. As a result, the system can recognize
19  multiple objects; for example, hands."
20      Do you see that?
21   A  Yes.
22   Q  So does this appear -- does this appear to
23  show a mutual-capacitive-based sensing arrangement
24  that would recognize multiple touches?
25      MR. BARTLETT: Objection; calls for expert

Page 166

1  record.
2      (Recess taken.)
3      THE VIDEOGRAPHER:  This marks the beginning
4  of Volume I, Disc 3, in the deposition of Brian Huppi.
5  The time is 2:33 p.m., and we are on the record.
6      MR. MACK:  Q.  Mr. Huppi, you have in front
7  of you Exhibit 712 and 713; correct.
8    A  Yes.
9    Q  And Exhibit 712, is   the face of that
10 exhibit is U.S. Patent 7,372,455; correct?
11   A  Yes.
12   Q  Do you recall seeing this patent before?
13     MR. BARTLETT:  The question as phrased can
14 potentially call for attorney client privileged
15 communication and therefore instruct the witness not
16 to answer.
17     THE WITNESS:  I won't answer.
18     MR. MACK:  Q.  Do you know the date that you
19 saw this patent before?
20     MR. BARTLETT:  Same instruction.
21     THE WITNESS:  I won't answer.
22     MR. MACK:  He can't tell me the date that he
23 seen this.
24     MR. BARTLETT:  No.  If you want to phrase
25 your questions as you   as you have in the past and

Page 167

1  say, you know, independent of any meeting with
2  counsel, have you seen this before and when, you can
3  go ahead and do that.
4      MR. MACK:  Okay.
5    Q  Independent -- independent from any meetings
6  you had with counsel, do you recall ever seeing this
7  patent?
8    A  No, I do not.
9    Q  Could you look at Figure 2 of this patent,
10 and the corresponding text starting in Column 13.
11 13, Line 30, starts with making reference to Figure 2.
12   A  Okay.
13   Q  And Column 13 says "Reference is now made to
14 Figure 2, which is a general description of the second
15 finger detection embodiment of the present invention,"
16 and then it talks about a two-dimensional sensor
17 matrix 20; do you see that?
18   A  Yes.
19   Q  And it mentions that at each junction between
20 the two conductors a certain minimal amount of
21 capacitance exists.  A finger 26 touches the sensor 20
22 at a certain position and increases the capacitance
23 between the first conductor line 24 and the orthogonal
24 conductor line 28; correct?
25   A  That's what it says, yes.

Page 168

1    Q  So the two-dimensional sensor matrix shown in
2  Figure 2, that would appear to be, again, similar to
3  the SmartSkin matrix that we looked at earlier;
4  correct?
5      MR. BARTLETT:  Objection; calls for
6  speculation; calls for expert testimony; vague.
7      THE WITNESS:  I'd say it's hard to say for
8  sure whether it's similar or not without fully reading
9  this document.  You know, the Figure 2 looks similar,
10 but I -- that's all I can say about it.
11     MR. MACK:  Okay.
12   Q  And the -- the two-dimensional sensor matrix
13 20 in Figure 2 appears to be a rectangular grid matrix
14 of sensors; correct?
15     MR. BARTLETT:  Same objections.
16     THE WITNESS:  It appears that way, but
17 sometimes these things are schematic, so it's hard to
18 tell what this physical arrangement is.
19     MR. MACK:  Q.  And 24 and 28 of Figure 2 are
20 both referred to in the text as conductor lines;
21 correct.
22   A  Yes.
23   Q  And it actually says that the conductor lines
24 are orthogonal; correct?
25   A  Correct.

Page 169

1    Q  And orthogonal to you would be another term
2  for perpendicular; correct?
3    A  Yes, I think so.
4    Q  Okay.  Then if you look at Exhibit 713, which
5  is the provisional application which is incorporated
6  by reference into Exhibit 712, could you look at
7  page 17, which is Figure 3 of the provisional
8  application?
9    A  Sorry.  Say that again.  Where am I going?
10   Q  Page 17 at the bottom.
11   A  Oh, page 17.
12   Q  Sorry.  Figure 3.
13   A  Thank you.  Okay.
14   Q  And if you look at that in conjunction with
15 the text that refers to that figure, excuse me, which
16 appears on pages five and six, does it appear that the
17 two -- the two patterns, the vertical pattern and
18 horizontal pattern, are separated by a space?
19     MR. BARTLETT:  I'm sorry.  Did you refer him
20 to text?  I'm confused.
21     MR. MACK:  Yeah, there's text on -- well, we
22 can look at specific lines of text, if you want.
23   Q  You see on page four, Section 4.2 under
24 "Sensor"?
25   A  Yes.

Confidential Attorneys' Eyes Only

Page 170

1   Q   It says that "In a preferred embodiment, the
2   sensor is a grid of conductive lines made of
3   conductive polymers patterned on a PT foil. The grid
4   is made of two layers which are electrically separated
5   from each other. One of the layers contains a set of
6   parallel conductors. The other layer contains a set
7   of parallel conductors orthogonal to the first set of
8   the set of the first layer"; correct?
9   A   Correct.
10  Q   Is that what it says?
11      Sorry.
12  A   That's what it says, yep.
13  Q   Sorry.
14      So that would indicate to you the presumption
15  of Figure 3, if there's two layers of conductive
16  lines; correct?
17      MR. BARTLETT:  Same objections.
18      THE WITNESS:  Well, it says the grid is made
19  of two layers, so --
20      MR. MACK:  Okay.
21      THE WITNESS:  -- that's what it says, yep.
22      MR. MACK:  Q.  And it says that the layers
23  are made up of parallel lines, correct, or parallel
24  conductors.
25  A   Yes, it does say that.

Page 171

1   Q   And the two different -- the two different
2   layers of parallel conductive layers are orthogonal to
3   each other; correct?
4   A   That's what it says, yes.
5   Q   And again orthogonal is another -- another
6   word -- another term that means perpendicular;
7   correct?
8   A   Yes.
9   Q   And then do you see at the top of page five,
10  it says "In a preferred embodiment," very first
11  paragraph "the sensor is patterned to organic
12  conductive material on a PT foil. Organic conductive
13  materials are basically more flexible and easier to
14  handle and may be able to lower visual difference
15  between conductive to nonconductive area.
16      "However, in different embodiments the
17  present invention sensor can implement another
18  transparent conductive materials such as ITO"; do you
19  see that?
20  A   Yes.
21  Q   And the ITO, that would refer to
22  indium-tin-oxide; correct?
23  A   I believe so, yes.
24  Q   Okay.  And then if you go down to the fifth
25  paragraph, in a preferred embodiment, the conductors

Page 172

1   are straight lines having one millimeter width equally
2   spaced in a 4 millimeter interval; do you see that?
3   A   Yes.
4   Q   That would indicate to you that the lines
5   have an equal pitch?
6   A   Yes.
7   Q   And an equal thickness as well or width?
8   A   It sounds like it, yes.
9   Q   Okay.  And at the bottom of page five, in one
10  of the embodiments, there's a three-layered approach
11  described, and this paragraph says, quote, "In one
12  embodiment the transparent sensor is built up of three
13  different layers implemented on three different foils.
14  Two layers are used for two grid of lines.  One for
15  the X axis and one for the Y axis, and the third layer
16  is used for hard coating and anti-glaring"; do you see
17  that?
18  A   Yes.
19  Q   Does that appear to correspond to the
20  Figure 3 that we looked -- looked at earlier on
21  page 14?
22      MR. BARTLETT:  Objection.
23      MR. MACK:  I'm sorry.  Page 17.
24      MR. BARTLETT:  Objection; calls for
25  speculation; calls for expert testimony.

Page 173

1       THE WITNESS:  Well, it's a bit hard to say,
2   since I don't actually refer to the figure.  It sounds
3   like it.
4       MR. MACK:  Okay.
5   Q   And then the -- the next -- on page six of
6   the Exhibit 713, it does go into more detail of
7   Figure 3.
8       It says, quote, "The general object of the
9   present invention is to enable as higher transparency
10  as possible and therefore a preferred embodiment only
11  one foil is used."
12      So this appears to be a second embodiment
13  where there's only one foil rather than three foils;
14  correct?
15      MR. BARTLETT:  Objection; calls for
16  speculation; calls for expert testimony.
17      THE WITNESS:  Well, I can just tell you what
18  it says.  It says it's only using one foil.
19      MR. MACK:  Q.  Do you recall if your initial
20  prototype -- or strike that actually.
21      The -- the embodiment described in the '607
22  patent, how many layers are in the touch sensor?
23      MR. BARTLETT:  Objection; compound; also
24  calls for expert testimony.
25      THE WITNESS:  I can tell you I -- I can tell