Exhibit 13

# EXHIBIT 18
# FILED UNDER SEAL

Highly Confidential    Attorneys' Eyes Only

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION
 3                CASE NO. 11 CV 01846 LHK
 4
    APPLE, INC, a California
 5  corporation,
 6
                     Plaintiff,
 7
    vs.
 8
    SAMSUNG ELECTRONICS CO., LTD.,
 9  a Korean business entity;
    SAMSUNG ELECTRONICS AMERICA, INC.,
10  a New York corporation;
    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
11  a Delaware limited liability company,
12
                     Defendants.
13  _____/
14
15              HIGHLY CONFIDENTIAL
16              ATTORNEYS' EYES ONLY
17       DEPOSITION OF JOSHUA STRICKON, PH.D.
18                 Miami, Florida
              Thursday, October 20, 2011
19
20
21
22
    Reported by:
23
    DARLINE MARIE WEST, RPR, FRP, CLR
24
    Job No. 42680
25
```

Highly Confidential    Attorneys' Eyes Only

Page 54

1  Q.  Well, first of all, it's the 3D cameras are
2  those 3-dimensional cameras, the types of cameras
3  we've spoken about?
4  A.  Yeah.
5  Q.  Not a touchscreen?
6  A.  No.
7  Q.  How about Sony SmartScan?  Is that a
8  touchscreen device?
9      MR. BARQUIST:  Objection.  Lacking
10     foundation.
11     THE WITNESS:  It's a touch-sensing
12     device.
13 BY MS. DUCCA:
14 Q.  What type of touch technology does it use?
15     MR. BARQUIST:  Objection.  Lacks
16     foundation.
17     THE WITNESS:  In reading the paper, it
18     appears that it uses mutual capacitance.
19 BY MS. DUCCA:
20 Q.  In reading the paper, did it detect
21 multitouch?
22     MR. BARQUIST:  Objection.  Lacking
23     foundation, vague and ambiguous.
24     THE WITNESS:  Yes.
25

Page 55

1  BY MS. DUCCA:
2  Q.  Let's talk briefly about the Mitsubishi
3  DiamondTouch, you said?
4  A.  Uh-huh.
5  Q.  What is the Mitsubishi DiamondTouch device?
6  A.  It's a tabletop large touchscreen that
7  enables multiple people to touch the screen at the
8  same time.  And distinguish who is actually touching.
9  Q.  So, then, it detects multitouch?
10     MR. BARQUIST:  Objection.  Vague and
11     ambiguous.
12     THE WITNESS:  It detects a single touch
13     from multiple people.
14 BY MS. DUCCA:
15 Q.  So I could have my hand on it and you can
16 have your hand on it and it will detect both of our
17 touches?
18 A.  Yes.
19 Q.  What if I had both of my hands on it?
20     MR. BARQUIST:  Objection.  Lacks
21     foundation.  Vague and ambiguous.  Calls for
22     expert testimony.
23     THE WITNESS:  My experience, using the
24     device, it actually -- since it uses
25     projection scan, it will actually give you

Page 56

1    four points because there's an ambiguity
2    between whether you're touching one wire or
3    the other wire.
4  BY MS. DUCCA:
5  Q.  You actually use the Mitsubishi
6  DiamondTouch?
7  A.  Yes.
8  Q.  When did you use the Mitsubishi
9  DiamondTouch?
10 A.  Probably at a conference, sometime before
11 then.  Or during school when I visited their lab.
12 Q.  Where's their lab located?
13 A.  It's closed.
14 Q.  Oh, where was their lab located?
15 A.  Cambridge, Massachusetts.
16 Q.  Was there a particular contact that you met
17 with?
18 A.  Paul Dietz.
19 Q.  Now, what type of technology did you say
20 that the DiamondTouch used?
21 A.  It's projective capacitive -- it's
22 projection scan capacitive sensing.
23 Q.  What do you mean by "projective scan
24 capacitive sensing"?
25 A.  It's a technology in which you have rows

Page 57

1  and columns.
2  Q.  Okay.
3  A.  And you read the rows and then you read the
4  columns.  So you have these lines that are projected
5  across the surface.  So you end up with a profile of
6  the self-capacitance in a vertical, in a single X
7  axis and then a single Y axis.  And from that you can
8  overlay the two sets of data to determine X and Y
9  locations of a point.
10 Q.  I think you answered this.  You said it
11 used self-capacitive technology and mutual
12 capacitance?
13 A.  Yes.
14 Q.  Was it -- strike that.
15     All right.  Let's talk a little bit about
16 the Microsoft Surface product.  I should back up.
17 You said you used the DiamondTouch product.
18     Have you ever used the SmartSkin product?
19 A.  No.
20 Q.  Now, the Microsoft Surface product, have
21 you ever used the Microsoft Surface product?
22 A.  Yes.
23 Q.  Did you use the Microsoft Surface product
24 before it became Microsoft Surface?
25 A.  Yes.



Page 202

1    A.  Because it says in here that it's -- they
2    talk about the -- the trace orient -- the trace
3    geometry, the layers stack up, as well as the fact
4    that this is self-capacitance, which is determined by
5    a language in the paper which states that sensor is
6    detecting change and a trace capacitance to free
7    space.  That implies that it's self-capacitance.
8        Q.  Where do you see that statement?
9        A.  On page 30301 in the -- in the first
10   paragraph right there.
11       Q.  The first paragraph --
12       A.  The first incomplete paragraph.
13       Q.  On the second column?
14       A.  On the second column.  It says, "Because
15   the sensor is detecting change in a traces
16   capacitance to free space."
17       Q.  Okay.
18       A.  "Sensor can only detect objects that can
19   significantly add trace capacitance."
20       Q.  Now, you previously testified that you're
21   familiar with the company Synaptics, correct?
22       A.  Yeah.
23       Q.  Have you ever met with Synaptics or anybody
24   at Synaptics?
25       A.  No.

Page 203

1        Q.  Not in the course of your work at Apple?
2        A.  No.
3        Q.  Were you familiar with the Clear Pad
4    device?
5        A.  No.
6        Q.  Do you know A. K. Leeper?
7        A.  No.
8           (Strickon Deposition Exhibit 788, Document
9    entitled "SmartSkin:  An Infrastructure for Freehand
10   Manipulation on Interactive Surfaces, was marked for
11   identification.)
12   BY MS. DUCCA:
13       Q.  I've marked as Exhibit 788 a document with
14   Bates number APLND C71287 to 71294.  Does this
15   document look familiar to you?
16       A.  Yes.
17       Q.  When did you last see this document?
18          MR. BARQUIST:  Objection.  Instruct the
19   witness not to answer to the extent it would
20   involve the disclosure of attorney-client
21   communications or activity at the direction
22   of counsel, if any.
23          THE WITNESS:  Outside of any privileged
24   session, the last time I saw this was at the
25   deposition that I gave in August.

Page 204

1    BY MS. DUCCA:
2        Q.  Now, you were familiar with the SmartSkin
3    product before you filed the patent application in
4    became the '607 patent, correct?
5           MR. BARQUIST:  Objection.  Lacks
6        foundation.
7           THE WITNESS:  I was familiar with
8        SmartSkin.  It wasn't a product, though.
9    BY MS. DUCCA:
10       Q.  You were familiar with the Sony SmartSkin,
11   though, correct?
12          MR. BARQUIST:  Objection.  Lacks
13       foundation.
14          THE WITNESS:  Yes.
15   BY MS. DUCCA:
16       Q.  Did you ever meet Rekimoto, who's the
17   author of this article?
18       A.  No.
19       Q.  You're -- you're aware and you know that
20   SmartSkin is a capacitive touch sensor, correct?
21          MR. BARQUIST:  Objection.  Lacks
22       foundation.
23          THE WITNESS:  Yes.
24   BY MS. DUCCA:
25       Q.  And you agree that SmartSkin is a

Page 205

1    mutual-capacitance, correct?
2           MR. BARQUIST:  Objection.  Lacks
3        foundation.  Calls for expert opinion.
4           THE WITNESS:  Yes.  My understanding
5        and my experience with the sorts of devices
6        is that it is a mutual-capacitance.
7    BY MS. DUCCA:
8        Q.  Okay.  Let's take a look at Figure 2, which
9    is on the page with Bates No. 71288, and this figure
10   is captioned "The SmartSkin Sensor Configuration," a
11   mesh-shaped grid is used to determine the hands
12   position and shape.
13          This shows a grid of electrodes, right?
14          MR. BARQUIST:  Objection.  Calls for
15       expert opinion.
16          THE WITNESS:  From my familiarity with
17       the paper and what's described here, it
18       appears to -- to show a grid of electrodes.
19   BY MS. DUCCA:
20       Q.  Okay.  And each array of electrodes is on a
21   different layer, correct?
22          MR. BARQUIST:  Objection.  Lacks
23       foundation.  Vague and ambiguous.
24          THE WITNESS:  It doesn't show here
25       about the layers.

52

Page 214

1  the first -- not such a full paragraph in the second
2  column. It actually starts in the first column.
3      Would you read that paragraph, and let me
4  know when you're finished.
5      A. Okay.
6      Q. So the SmartSkin is able to recognize
7  multiple touches, correct?
8      MR. BARQUIST: Objection. Lacks
9      foundation. Calls for expert opinion
10     testimony. Vague and ambiguous.
11     THE WITNESS: According to this
12     paragraph, it says that I can recognize
13     multiple objects; example, hands.
14 BY MS. DUCCA:
15     Q. Did you ever discuss the SmartSkin product
16 with anybody at Sony?
17     MR. BARQUIST: Objection. Lacks
18     foundation.
19     THE WITNESS: No.
20     (Strickon Deposition Exhibit 789, Patent,
21 was marked for identification.)
22 BY MS. DUCCA:
23     Q. Marked as Exhibit 789 a document with the
24 Bates numbers SAMNDCA 31524 to 31557. Have you seen
25 this patent before?

Page 215

1      MR. BARQUIST: Objection. Instruct the
2      witness not to disclose the contents of any
3      attorney-client communications or
4      discussions. Subject to that instruct, he
5      may answer.
6      THE WITNESS: Outside of any privileged
7      conversations, I saw this at my last
8      deposition.
9  BY MS. DUCCA:
10     Q. Had you seen this patent before your last
11 deposition?
12     A. No.
13     Q. Okay. Are you familiar with a company
14 called Entrig?
15     A. I think I've heard of it before.
16     Q. What is your understanding of what Entrig
17 is?
18     MR. BARQUIST: Objection. Lacks
19     foundation.
20     THE WITNESS: From looking at the
21     patent previously, I was under the
22     impression that they made potentially some
23     sort of capacitive sensor.
24 BY MS. DUCCA:
25     Q. Okay. I'm going to direct you to take a

Page 216

1  look at Figure 2, which is on the page with Bates
2  number 31528, and I'd also like you to take a look at
3  the associated description of Figure 2, which is in
4  column 13 on the page with Bates number 31550
5  beginning at line 30.
6      Would you read that paragraph beginning at
7  line 30 in column 13 associated with Figure 2, and
8  then let me know when you're finished.
9      A. Okay.
10     Q. Okay. Now, looking at column 13, this
11 patent's describing a two-dimensional sensor matrix,
12 correct?
13     MR. BARQUIST: Objection. Calls for
14     expert opinion testimony. The document
15     speaks for itself.
16     THE WITNESS: I haven't looked at this
17     entire document. So I couldn't exactly say.
18 BY MS. DUCCA:
19     Q. Did you read the paragraph in column 13
20 beginning at line 30?
21     A. Yeah.
22     Q. Okay. Does that paragraph disclose a -- a
23 two-dimensional sensor matrix?
24     MR. BARQUIST: Objection. Calls for
25     expert opinion testimony.

Page 217

1      THE WITNESS: This paragraph says a
2      two-dimensional sensor matrix 20 lies, and
3      transparent layer over an electronic display
4      device.
5  BY MS. DUCCA:
6      Q. Now, do you see below it says, "At each
7  junction between two conductors a certain minimal
8  amount of capacitance exists," and it goes on to say
9  "A finger touches the sensor 20 at a certain position
10 and increases the capacitance between the first
11 conductor line 24 on the orthogonal conductor line,
12 which happens to be at or closest to the touch
13 position."
14     Do you agree that that's talking about
15 measuring the capacitance between two conductor
16 lines?
17     MR. BARQUIST: Objection. Calls for
18     expert opinion testimony.
19     THE WITNESS: This doesn't describe
20     about measuring. It just describes the
21     finger -- according to this document, that
22     increases -- increases the capacitance
23     between the first conductor and the
24     orthogonal conductor.
25

Page 230

1  BY MS. DUCCA:
2      Q.  Marked as Exhibit 790, this is provisional
3  application for a patent, Application 60/40662.  Does
4  this look familiar to you?
5      A.  I've never seen this.
6      Q.  Okay.  Would you turn to page 4 in this
7  document.  You see where it says 4.2 sensor?  Do you
8  see that?
9      A.  Uh-huh.
10     Q.  Would you read that first paragraph and let
11 me know when you're finished.
12     A.  Okay.
13     Q.  Okay.  Would you agree with me that this
14 talks about two different layers of traces?
15         MR. BARQUIST:  Objection.  Documents
16     speaks for itself.  Lacks foundation.
17         THE WITNESS:  It says right there the
18     grid is made of two layers.
19 BY MS. DUCCA:
20     Q.  Would you agree with me that each of those
21 two layers contains conductors that are parallel to
22 each other?
23         MR. BARQUIST:  Objection.  Vague and
24     ambiguous.  Lacks foundation.
25         THE WITNESS:  It says one of the layers

Page 231

1  contains a set of parallel conductors.  The
2  other layer contains a set of parallel
3  conductor orthogonal to the set of the first
4  layer.
5  BY MS. DUCCA:
6      Q.  So both layers contain a set of parallel
7  conductors, correct?
8          MR. BARQUIST:  Objection.  The document
9      speaks for itself.
10         THE WITNESS:  I believe that's what the
11     document says.
12 BY MS. DUCCA:
13     Q.  Turn to the next page, to page 5.  Take a
14 look at that first paragraph and read that to
15 yourself.  Let me know when you're finished.
16     A.  Okay.
17     Q.  All right.  So this document mentions that
18 ITO can be used as a conductive material, correct?
19         MR. BARQUIST:  Objection.  Document
20     speaks for itself.
21         THE WITNESS:  The document says that
22     "The present invention sensor can be
23     implemented on other transparent conductive
24     materials such as ITO."
25

Page 232

1  BY MS. DUCCA:
2      Q.  Take a look in the last paragraph on that
3  page 5.  Starts out "In one embodiment, the
4  transparent sensor."  Do you see that?  Read that
5  paragraph and let me know had when you're finished.
6  I think it goes on to page 6.
7      A.  Okay.
8      Q.  Now, this paragraph is discussing building
9  a sensor using three layers, correct?
10         MR. BARQUIST:  Objection.  Lacks
11     foundation.  Vague and ambiguous.
12         THE WITNESS:  Yes.  It says in one
13     embodiment the transparent sensor is built
14     of three different layers.
15 BY MS. DUCCA:
16     Q.  Two of the layers are used for the
17 conductive grid lines, correct?
18     A.  It says, two layers are used for the grid
19 of lines, one for X and one for Y.
20     Q.  Do you think it's discussing something
21 other than conductive lines?
22         MR. BARQUIST:  Objection.  Calls for
23     speculation.  Calls for expert opinion.
24     Lacks foundation.
25

Page 233

1  BY MS. DUCCA:
2      Q.  Feel free to read some of the paragraphs
3  around that, if you'd like to get some context.  Take
4  your time.
5      A.  I mean, this is the first time seeing this.
6  This is quite a bit of information in here.
7      Q.  Understood.
8      A.  It will take me some time to sort through
9  it and understand what's going on.  I mean, they're
10 expert in what they're doing or have an experience in
11 what this is.
12     Q.  Let me help direct you a little bit.  We
13 previously read the first paragraph in the sensor
14 section where we discussed the grid being made of two
15 layers, each layer containing a set of parallel
16 conductors.  Do remember that?
17         MR. BARQUIST:  Objection.  Form.
18     Misstates the testimony.
19         THE WITNESS:  Which paragraph?
20 BY MS. DUCCA:
21     Q.  First paragraph under "4.2 Sensor."
22     A.  Okay.
23     Q.  Do you have any reason to believe that it's
24 talking about some other grid of lines other than
25 those conductor lines?

Page 258

1   A. Not specifically.
2   Q. But do you recall the SmartSkin paper?
3   A. Yes.
4   Q. Why do you recall the SmartSkin paper?
5   A. I recall it because we were in talks with
6  FingerWorks and potentially using their technology to
7  create a self-capacitance transparent
8  multitouchscreen, and I was never fully satisfied
9  with the -- that solution as it was -- seemed overly
10 complicated, expensive, and required numerous
11 components. So I was looking for a simpler way of
12 doing that.
13  Q. Why was the FingerWorks solution overly
14 complicated?
15  A. Essentially, instead of having a row and
16 column structure like we do in the '607 patent, it
17 required having essentially every intersection be
18 directly tied to an IO pin. So, rather -- so,
19 basically, squared the number of complexity of number
20 of chips that we would need.
21  Q. So the -- the FingerWorks solution was
22 self-capacitive, correct?
23  A. Yes.
24  Q. And then the -- but the SmartSkin was
25 mutual-capacitive, correct?

Page 259

1   A. Yes.
2   Q. And the only thing that the SmartSkin
3  solution wasn't was transparent, right?
4       MR. BARQUIST: Objection. Vague and
5  ambiguous. Lacks foundation.
6       THE WITNESS: No. I mean, beyond what
7  they show as strictly from the hardware
8  standpoint, there was no information in that
9  with regard to the algorithms for detecting
10 the points and tracking the multiple points
11 from frame to frame and all the signal
12 processing that you would have to do to make
13 this work on a transparent screen.
14      Furthermore, it didn't talk about or
15 address some of the specific noises,
16 characteristics that would be specific to
17 the transparent screen. And also it didn't
18 discuss any of the optical problems that we
19 had to solve with regard to the transparent
20 screen.
21      And Apple also imposed on us additional
22 engineering requirements, design
23 requirements, such as the -- the black mask
24 that went around the border to hide the
25 cables, as well as the rounded corners that

Page 260

1     they wanted on the glass.
2  BY MS. DUCCA:
3   Q. You never met with any of the people at
4  Sony who worked on SmartSkin, right?
5   A. No.
6   Q. Did you ever try to set up a meeting with
7  them?
8   A. No.
9   Q. Why not?
10      MR. BARQUIST: Objection. Calls for
11  speculation.
12      THE WITNESS: Mostly because they're in
13  Japan and they speak Japanese, and there
14  wasn't -- and it was actually an older paper
15  at the time, and I knew that this wasn't
16  something that they were actively continuing
17  to work on.
18 BY MS. DUCCA:
19  Q. Do you know whether they created a
20 mutual-capacitive multitouch transparent touchscreen?
21  A. As far as I know, they didn't. They didn't
22 present that in any other form.
23  Q. So you haven't seen any sort of articles
24 that said they created it. But you don't know if
25 they actually created it in the lab, do you?

Page 261

1       MR. BARQUIST: Objection.
2   Argumentative. Lacks foundation. Asked and
3   answered.
4       THE WITNESS: I don't know what they've
5   done other than what they presented. The
6   SmartSkin paper came out of their research
7   labs, and generally everything in their
8   research labs is usually presented to the
9   public in some form.
10 BY MS. DUCCA:
11  Q. Do you think the engineers from Sony who
12 worked on SmartSkin had the knowledge and education
13 to create a multitouch mutual-capacitive transparent
14 touchscreen?
15      MR. BARQUIST: Objection. Calls for
16  speculation, and vague and ambiguous.
17      THE WITNESS: I can't speculate as to
18  the what knowledge they had.
19      (Strickon Deposition Exhibit 792, E-mail,
20  was marked for identification.)
21 BY MS. DUCCA:
22  Q. Marked as Exhibit 792, a document with
23 Bates numbers -- well, one Bates number,
24 APLNDC 16600. Do you recognize this document?
25  A. Okay.