Exhibit 17

# EXHIBIT 11
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
                                                              Page 1
 1             UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                Plaintiff,
 7
     vs.                            CASE NO.  11 cv 01846 LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13              Defendants.
     _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'   E Y E S   O N L Y
18
19   VIDEOTAPED DEPOSITION OF RICHARD WILLIAMSON
20          REDWOOD SHORES, CALIFORNIA
21           FRIDAY, OCTOBER 28, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 42876
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 66

1   Q   Do you have an engineering   do you have any
2   independent knowledge of what a structured electronic
3   document is?
4   A   Yes.
5       MR. BARQUIST:  Objection; vague and
6   ambiguous; calls for a legal conclusion.
7       THE WITNESS:  I will not interpret the legal
8   language.  I can tell you about the engineering work.
9       MR. MACK:  Okay.  I'm not asking for the
10  legal interpretation.
11  ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████
    ███████
    ████████████████████████
    ████████████████████████████████
    ████████████████████████
    ████████████████████████████████
    ████████████████████████████████████████
    ████████████████
    ████████████████████████████

1    ████████████████████████████████████████
2    ███████████
3        Q   Okay.  And what is a structured document?
4        A   A structured document is something that has a
5    visual structure with structurally interesting
6    components.  And there are many examples of a
7    structured document, whether it be a .pdf document
8    with an imposed structure or whether it be a web page
9    with a structure or an .rtf document.  So a structured
10   document is something that, you know, a normal human
11   can look at and identify areas of interest.
12       Q   Okay.  So would it be safe to say a
13   structured document has some sort of layout associated
14   with it; is that fair?
15           MR. BARQUIST:  Objection; vague and
16   ambiguous.
17           THE WITNESS:  I'm not sure.  I mean, that's
18   different than the definition I just gave you.  So,
19   you know, I think of a structured document more in
20   terms of its visual appearance and having visually
21   interesting elements that you can zoom in to.
22           MR. MACK:  Okay.
23       Q   So would a   would a plain text document be
24   a structured document?
25           MR. BARQUIST:  Objection; incomplete

Page 68

1   hypothetical; calls for a legal conclusion.
2           THE WITNESS:  To the extent that that's a
3   you know, trying to impose a legal question to me, I'm
4   not sure I'm qualified to answer that.
5           MR. MACK:  Yeah, but I'm not asking for the
6   legal definition.
7     Q    Like, would you consider a text document a
8   structured document from the definition you just gave?
9           MR. BARQUIST:  Objection; vague and
10  ambiguous; incomplete hypothetical.
11          THE WITNESS:  What kind of text document?  I
12  mean, you need to be more specific.
13          MR. MACK:  Just a   you know, not a rich
14  format; just a regular form   regular text document,
15  a .txt file that you're displaying on a screen.
16    Q    Would that   would you consider that a
17  structured document?
18          MR. BARQUIST:  Objection; lacks foundation;
19  vague and ambiguous.
20          THE WITNESS:  I mean, it all depends on the
21  context.
22          MR. MACK:  Okay.
23    Q    But you gave examples of a web   you gave
24  examples of some structured documents; correct?
25          And you said a web page is a structured