1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S MOTION FOR SUMMARY JUDGMENT**
13 | v. |
14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
15 |  |
16 |  |
17 |  |
18 | Defendants. |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3150066

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Documents Under Seal on May 17, 2012 (D.N. 930) in support of Samsung's Motion for Summary Judgment.  Pursuant to Civil L.R. 79-5(d), Samsung moved to seal certain documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" by plaintiff Apple Inc. ("Apple") under the interim protective order for the Northern District of California.  Also pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Sealing Samsung's Motion for Summary Judgment ("Wheeler Declaration") and the Declaration of Mark D. Selwyn in Support of Sealing Samsung's Motion for Summary Judgment ("Selwyn Declaration").  The Wheeler and Selwyn Declarations provide sufficient evidence that the documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal, as and to the extent described in the Wheeler and Selwyn Declarations:

- Exhibits 3, 15, 37, 38-39, 42-45, 49, 51-52, 55-58, 60-61, 63, 66-71, 72a-i, 73-74, 78-79, and 82 to the Declaration of Brett Arnold in Support of Samsung's Motion for Summary Judgment;

- Exhibits 9-10, 16, and 18-20 to the Declaration of Brian von Herzen in Support of Samsung's Motion for Summary Judgment;

- Exhibits 9 and 11 to the Declaration of Stephen Gray in Support of Samsung's Motion for Summary Judgment;

- The confidential, unredacted versions of Samsung's Motion for Summary Judgment, the Declaration of Brett Arnold in Support of Samsung's Motion for Summary Judgment, the Declaration of Brian von Herzen in Support of Samsung's Motion for Summary

```
```
Judgment, and the Declaration of Stephen Gray in Support of Samsung's Motion for Summary Judgment, which include information from the documents discussed above.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Lucy H. Koh
United States District Judge