Exhibit 5

# EXHIBIT V
# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,
6

                   Plaintiff,
7

     vs.                        CASE NO.  11-cv-01846-LHK
8

     SAMSUNG ELECTRONICS CO.,
9    LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,

13                  Defendants.
     _____/

14

15

16            C O N F I D E N T I A L

17      A T T O R N E Y S   E Y E S   O N L Y

18

19     VIDEOTAPED DEPOSITION OF MARK BUCKLEY

20          SAN FRANCISCO, CALIFORNIA

21       THURSDAY, FEBRUARY 23, 2012

22

23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24   CSR LICENSE NO. 9830

25   JOB NO. 46609

Confidential Attorneys' Eyes Only

1          THURSDAY, FEBRUARY 23, 2012

2                    10:04 a.m.

3

4

5

6          VIDEOTAPED DEPOSITION OF MARK BUCKLEY,

7          taken at QUINN EMANUEL URQUHART & SULLIVAN

8          555 Twin Dolphin Drive, Suite 500,

9          Redwood Shores, California, pursuant to

10         Notice, before me, ANDREA M. IGNACIO HOWARD,

11         CLR, CCRR, RPR, CSR License No. 9830.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential Attorneys' Eyes Only

1    A P P E A R A N C E S:

2

3          FOR APPLE INC.:

4          MORRISON & FOERSTER

5          By:  ERIK OLSON, Esq.

6          455 Page Mill Road

7          Palo Alto, California 94304

8

9

10

11          WILMERHALE

12          By:  MICHAEL R. HEYISON, Esq.

13          60 State Street

14          Boston, Massachusetts 02109

15

16

17

18

19          FOR SAMSUNG ELECTRONICS CO. LTD:

20          QUINN EMANUEL URQUHART & SULLIVAN

21          By:  ANTHONY ALDEN, Esq.

22          555 Twin Dolphin Drive

23          Redwood Shores, California  94065

24

25

Confidential Attorneys' Eyes Only

1    A P P E A R A N C E S    (Continued.)

2

3

              ALSO PRESENT:   Gary Brewer, Videographer
4

                              Gregory A. Pinsonneault
5

                              Terry L. Musika
6

7

                         ---oOo---
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Confidential Attorneys' Eyes Only

