Exhibit 9

# EXHIBIT H

# FILED UNDER SEAL

# MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D C

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 15, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-Mail*  (sarajenkins@quinnemanuel.com)

Sara Jenkins
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, *et al.*, Case No. 11-cv-1846-LHK (N.D. Cal.)
      **ATTORNEYS' EYES ONLY**—Contains information subject to protective order

Dear Sara:

I write regarding the replacement documents for APLNDC-Y0000051350-56, APLNDC0001772330-40, and APLNDC-Y0000232396-430, about which I wrote you late on March 13, 2012. As background, the first two documents identified above were identical to one another and were both an earlier version of the third document, which covers a longer period of time. This last document was produced on Thursday, March 8, 2012.



sf-3120392

**MORRISON | FOERSTER**

Rachel Herrick Kassabian
March 15, 2012
Page Two





As noted previously, certain of the lines reflected third party information that is subject to confidentiality provisions and notice requirements. We are in the process of contacting those parties who have not received notice but we have not withheld information based on these circumstances in this new document. If any party objects to disclosure, we will raise the issue with you to discuss how to resolve it.

Finally, we are in the process of determining whether the information that we have gained should result in an expansion in the production previously made of Apple's license agreements. We will write again when that review is complete.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   Peter Kolovos
      S. Calvin Walden

sf-3120392