# Exhibit 10

# EXHIBIT I

# FILED UNDER SEAL

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D C

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 21, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*Via E-mail* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Re:   *Apple v. Samsung, et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)
      **ATTORNEYS' EYES ONLY—Contains information subject to protective order**

Dear Diane:

I write regarding Apple's inadvertently produced documents Bates numbered APLNDC0001772330-340, APLNDC-Y0000051350-356, and APLNDC-Y0000232396-430.



sf-3121877

**MORRISON | FOERSTER**

Diane Hutnyan
March 21, 2012
Page Two

███████████████████████████████████████
████████████████████████

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

Encl.

cc:     Peter Kolovos
        S. Calvin Walden

sf-3121877