Exhibit 2

# EXHIBIT O

# FILED UNDER SEAL

## In The Matter Of:

*APPLE, INC*
*VS.*
*SAMSUNG ELECTRONICS CO., Ltd*

---

*VINCENT O'BRIEN, DBA - Vol. 1*
*April 20, 2012*

---

## *HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---oOo---

APPLE, INC.,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., Ltd.,
SAMSUNG ELECTRONICS AMERICA,
Inc., SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC.,

    Defendants.
_____/

Case No.
11-cv-01846-LHK

VIDEOTAPED DEPOSITION OF

VINCENT O'BRIEN, DBA

Friday, April 20, 2012

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: RACHEL FERRIER, CSR 6948

(3-442940)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 6

```
            1              MR. PRICE:  Chris Price -- Quinn, Emanuel --
            2     for Samsung.
            3              MR. DAY:  Peter Day -- Morrison & Foerster --
            4     for Apple.
09:06:04    5              THE VIDEOGRAPHER:  Very good.
            6              Rachel, could you please swear the witness in.
            7                       ---o0o---
            8                  VINCENT O'BRIEN, DBA
            9
09:27:22   10         called as a witness, having been first duly
           11         sworn, was examined and testified as follows:
           12                       ---o0o---
           13              THE VIDEOGRAPHER:  Please proceed.
           14                      EXAMINATION
09:06:15   15     BY MR. HEYISON:
           16        Q   Good morning, Dr. O'Brien.
           17              My name is Mike Heyison.  I'm one of the
           18     lawyers for Apple.  I'm going to be taking your
           19     deposition today.
09:06:23   20              If at any time you don't understand one of my
           21     questions, please let me know.  I'll try to rephrase it;
           22     make sure we understand each other.
           23              If you would like to take a break, we will
           24     accommodate that.  The only thing I'd ask is that if I
09:06:35   25     have a question pending, that you provide an answer to
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 169



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 170



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 171

[redacted]

Merrill Corporation - Boston
617-542-0039 www.merrillcorp.com/law

a7ba4609-677d-45bf-865d-d3b918541bf8

Page 176





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012



Page 178

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VINCENT O'BRIEN, DBA - 4/20/2012

Page 230

1             CERTIFICATE OF REPORTER

2         I, RACHEL FERRIER, a Certified Shorthand

3  Reporter, hereby certify that the witness in the

4  foregoing deposition was by me duly sworn to tell the

5  truth, the whole truth, and nothing but the truth in the

6  within-entitled cause;

7         That said deposition was taken down in

8  shorthand by me, a disinterested person, at the time and

9  place therein stated, and that the testimony was

10 thereafter reduced to typewriting by computer under my

11 direction and supervision and is a true record of the

12 testimony given by the witness;

13        That before completion of the deposition,

14 review of the transcript [X] was [ ] was not requested.

15 If requested, any changes made by the deponent (and

16 provided to the reporter) during the period allowed are

17 appended hereto.

18        I further certify that I am not of counsel or

19 attorney for either or any of the parties to the said

20 deposition, nor in any way interested in the event of

21 this cause, and that I am not related to any of the

22 parties thereto.

23        DATED:

24

25        RACHEL FERRIER, CSR No. 6948