UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-cv-01846-LHK
sf-3150058

1  Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2  Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's
3  Administrative Motion to File Documents Under Seal on May 17, 2012 (D.N. 934) in support of
4  Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories
5  ("Motion to Strike").  Pursuant to Civil L.R. 79-5(d), Samsung moved to seal certain documents
6  designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL ATTORNEYS' EYES
7  ONLY" by plaintiff Apple Inc. ("Apple") under the interim protective order for the Northern
8  District of California.  Also pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the
9  designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of
10 Sealing Samsung's Motion to Strike ("Wheeler Declaration") and the Declaration of Mark D.
11 Selwyn in Support of Sealing Samsung's Motion to Strike ("Selwyn Declaration").  The Wheeler
12 and Selwyn Declarations provide sufficient evidence that the documents and information
13 designated as confidential by Apple, and filed under seal by Samsung, are "privileged or
14 protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable.
15 Civil L.R. 79-5(a).

16  Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed
17 under seal, as and to the extent described in the Wheeler and Selwyn Declarations:

- Exhibits E, H, K, L, T, O, U, V, and X to the Declaration of James Ward in Support of Samsung's Motion to Strike;

- Exhibits B, C, D, E, F, H, I, K, L, M, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, FF and GG to the Declaration of Christopher Price in Support of Samsung's Motion to Strike; and

- The confidential, unredacted versions of Samsung's Motion to Strike Expert Testimony, the Declaration of Christopher E. Price in Support of Samsung's Motion to Strike, and the Declaration of James Ward in Support of Samsung's Motion to Strike, which include information from the documents discussed above.

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3150058

1

1
2      **IT IS SO ORDERED.**
3
       Dated: _____          _____
4                                              Hon. Lucy H. Koh
                                               United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3150058

2