UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple, Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 939). Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

1  establishes that information contained in the below documents has been designated as HIGHLY
2  CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.
3       Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:

- Confidential Portions of Apple's Motion to Strike Portions of Samsung's Expert Reports ("Motion to Strike");
- Exhibits 2, 6 – 8, 10 – 13, 16 – 20, 25 – 27, 29, 31, 34, 35, and 38 to the Declaration of Marc J. Pernick In Support of Apple's Motion to Strike ("Pernick Declaration").

**IT IS SO ORDERED.**

DATED:   _____, 2012

_____
Hon. Paul S. Grewal
United States Magistrate Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**