1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, PURSUANT TO LOCAL RULE 79-5(d)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit the appended declaration of Joby Martin in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 940), to establish that the following are sealable:

- Confidential portions of Apple's Motion to Exclude Testimony of Samsung's Experts ("Motion to Exclude");
- Exhibits 3, 11, 24, and 27 to the Declaration of Jason Bartlett in Support of Apple's Motion to Exclude ("Barlett Declaration"); and
- The Declaration of Russell S. Winer in Support of Apple's Motion to Exclude ("Winer Declaration"), and Exhibit 1 thereto.

**DECLARATION OF JOBY MARTIN**

I, Joby Martin, do hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung. I submit this Declaration in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 940). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibit 3 to the Bartlett Declaration consists of excerpts from the April 20, 2012 deposition transcript of Itay Sherman. These excerpts, which have been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contain confidential information regarding Samsung's design and development process and considerations that factor into that process. This information is confidential and proprietary to Samsung and third parties, and could be used by competitors to Samsung's and the third parties' competitive detriment if not filed under seal.

3. Exhibit 11 to the Bartlett Declaration consists of excerpts from the May 9, 2012 deposition transcript of Samuel Lucente. These excerpts, which have been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contain confidential information regarding the design and development of Samsung's user interface designs, contained

1  in reports and presentations circulated within Samsung.  This information is confidential and
2  proprietary to Samsung and could be used by competitors to its detriment if not filed under seal.

3      4.    Exhibit 24 to the Bartlett Declaration consists of excerpts from the February 22,
4  2012 deposition transcript of Timothy Benner.  Th<ins>ese excerpts</ins><del>is document</del>, which ha<ins>ve</ins><del>s</del> been
5  designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contain<del>s</del> confidential
6  information regarding customer surveys and market research conducted by Samsung.  This
7  information is confidential and proprietary to Samsung and could be used by competitors to its
8  detriment if not filed under seal.

9      5.    Exhibit 27 to the Bartlett Declaration is a copy of the J.D. Power and Associates:
10  2011 Wireless Smartphone Satisfaction Study(SM) – Management Report, produced by Samsung
11  in this litigation bearing Bates label SAMNDCA10246338-445.  This document, which has been
12  designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contains confidential
13  information regarding customer surveys and market research conducted <ins>on behalf of</ins><del>by</del> Samsung.
14  This information is confidential and proprietary to Samsung and could be used by competitors to
15  its detriment if not filed under seal.

16      6.    Exhibit 1 to the Winer Declaration consists of the results <ins>of</ins><del>from</del> Professor Winer's
17  purported attempt to replicate the analysis of Michael Wagner in Figures 49 and 51 of <ins>Mr.</ins><del>the</del>
18  Wagner<ins>'s April 16, 2012</ins> report.  This document discusses, references or cites to confidential
19  information regarding customer surveys and market research conducted by or on behalf of
20  Samsung, as described in the Wagner Report.  This information is confidential and proprietary to
21  Samsung and could be used by competitors to its detriment if not filed under seal.

22      7.    The Winer Declaration contains commercially sensitive information regarding
23  customer surveys and market research conducted by or on behalf of Samsung, as described in the
24  confidential deposition and expert reports of Michael J. Wagner, Samsung's damages expert.  This
25  information is confidential and proprietary to Samsung and could be used by competitors to its
26  detriment if not filed under seal.

27
28

1    8.    Apple's Motion to Exclude summarizes, describes and/or directly cites to the confidential Winer Declaration and the confidential exhibits discussed in paragraphs 2 through 7, above.  Therefore, the <ins>M</ins><del>m</del>otion should remain under seal for the same reasons articulated above.

    9.    The requested relief is necessary and narrowly tailored to protect this confidential information.

    I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

    Executed this 24th day of May, 2012, in San Francisco, CA.


                                       */s/  Joby Martin*
                                       Joby Martin

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

/s/ Victoria Maroulis