1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                       UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,               | CASE NO. 11-cv-01846-LHK
19 |              Plaintiff,                              | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |       vs.                                            |
21 | SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
     York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
24
                  Defendants.
25

26

27

28

1          Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal the following:

5      1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion
6          Pursuant to Rule 62(c) For Entry of Preliminary Injunction Without Further
7          Hearing ("the Opposition");
8      2. Exhibits 1, 2, and 4 to the Declaration of Carl Anderson in Support of the
9          Opposition ("Anderson Declaration");
10     3. The confidential, unredacted version of the Declaration of Paul Chapple in Support
11         of the Opposition ("Chapple Declaration"); and
12     4. The confidential, unredacted version of the Declaration of Travis Merrill in Support
13         of the Opposition ("Merrill Declaration").

14         In short, the above documents discuss, refer to, or comprise excerpts of documents that
15  Samsung or Apple have designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES
16  ONLY under the Protective Order.   Apple has designated Exhibits 1 and 2 to the Anderson
17  Declaration HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.   Samsung expects that
18  Apple will file a declaration pursuant to Civil L.R. 79-5(d) establishing good cause to seal these
19  documents.   Samsung has established good cause to permit filing Exhibit 4 to the Anderson
20  Declaration and the confidential unredacted versions of the Opposition, Chapple Declaration, and
21  Merrill Declaration under seal through the Declaration of Hankil Kang in Support of Samsung's
22  Administrative Motion to File Documents Under Seal, filed herewith.
23         Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
24  for *in camera* review and served on all parties.   Proposed redacted versions of the Opposition, the
25  Chapple Declaration, and the Merrill Declaration have been filed concurrently with this motion.
26
27
28

02198.51855/4776997.1

-1-                              Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  DATED: May 25, 2012            QUINN EMANUEL URQUHART &
2                                 SULLIVAN, LLP
3
4                                 By  /s/ Victoria Maroulis
                                     Charles K. Verhoeven
5                                    Kevin P.B. Johnson
                                     Victoria F. Maroulis
6                                    Michael T. Zeller
7
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
8                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC., and SAMSUNG
9                                    TELECOMMUNICATIONS AMERICA, LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28