UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") move for an order to seal the following documents:

1. The confidential, unredacted version of Samsung's Samsung's Opposition to Apple's Motion Pursuant to Rule 62(c) For Entry of Preliminary Injunction Without Further Hearing ("the Opposition");
2. Exhibits 1, 2, and 4 to the Anderson Declaration;
3. The confidential, unredacted version of the Declaration of Paul Chapple in Support of the Opposition ("Chapple Declaration"); and
4. The confidential, unredacted version of the Declaration of Travis Merrill in Support of the Opposition ("Merill Declaration").

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Administrative Motion to File Under Seal.

**IT IS SO ORDERED.**

Dated:                                          By: _____
                                                      Honorable Lucy H. Koh
                                                      United States District Court Judge