CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

 Kevin P.B. Johnson (Bar No. 177129)
 kevinjohnson@quinnemanuel.com
 Victoria F. Maroulis (Bar No. 202603)
 victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

 Michael T. Zeller (Bar No. 196417)
 michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF PAUL CHAPPLE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION FOR PRELIMINARY INJUNCTION AND SAMSUNG'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S MAY 21, 2012 ORDER** |

**PUBLIC REDACTED VERSION**

Case No. 11-cv-01846-LHK
DECLARATION OF PAUL CHAPPLE ISO OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR
PRELIMINARY INJUNCTION AND SAMSUNG'S MOTION FOR LEAVE

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

### DECLARATION OF PAUL CHAPPLE

I, Paul Chapple, hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion Pursuant to Rule 62(c) for Entry of Preliminary Injunction Without Further Hearing and Samsung's related Motion for Reconsideration. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am presently Vice President of Sales for Samsung Telecommunications America ("STA").

3. In the United States, STA sells Galaxy Tab 10.1 tablets which are connected to carrier networks Verizon Wireless and U.S. Cellular (4G LTE) and T-Mobile (HSPA+).

4. STA's customers for the Samsung Galaxy Tab 10.1 4G LTE are wireless carriers Verizon Wireless and U.S. Cellular, not consumers.

5. [REDACTED]

6. [REDACTED]

7. STA sells its non-LTE Samsung Galaxy Tab 10.1 to T-Mobile.

8. [REDACTED]

9. [REDACTED]

-1-   Case No. 11-cv-01846-LHK
DECLARATION OF PAUL CHAPPLE ISO OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION AND SAMSUNG'S MOTION FOR LEAVE

02198.51855/4774603.5

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed on the 25 of May, 2012, in Dallas, Texas.

*[signature]*
Paul Chapple