CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100

9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| 19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 20 | Plaintiff, | **DECLARATION OF TRAVIS MERRILL IN SUPPORT OF SAMSUNG'S** |
| 21 | vs. | **OPPOSITION TO APPLE INC.'S MOTION FOR PRELIMINARY** |
| 22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **INJUNCTION AND SAMSUNG'S MOTION FOR LEAVE TO FILE A** |
| 23 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | **MOTION FOR RECONSIDERATION OF THE COURT'S MAY 21, 2012 ORDER** |
| 24 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25 | Defendant. | |
| 26 | | |

27                        **PUBLIC REDACTED VERSION**

28

# DECLARATION OF TRAVIS MERRILL

I, Travis Merrill, hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion Pursuant to Rule 62(c) for Entry of Preliminary Injunction Without Further Hearing and Samsung's related Motion for Leave to file a Motion for Reconsideration. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. I am presently Director, Galaxy Tab and Galaxy Player, at Samsung Electronics America ("SEA").

3. ██████████████████████████████████████████

4. ██████████████████████████████████████████
██████████████████████████████████████████████

5. ██████████████████████████████████████████
██████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 25th day of May, 2012, at Ridgefield Park, NJ.

Travis Merrill

02198.51855/4774763.2

-1- Case No. 11-cv-01846-LHK
DECLARATION OF TRAVIS MERRILL ISO OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR PRELIMINARY INJUNCTION AND SAMSUNG'S MOTION FOR LEAVE