QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF CARL G. ANDERSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION PURSUANT TO RULE 62(C) FOR ENTRY OF PRELIMINARY INJUNCTION WITHOUT FURTHER HEARING** <br><br> Date: June 7, 2012 <br> Time: 1:30 pm <br> Place: Courtroom 8, 4th Floor <br> Judge: Hon. Lucy H. Koh |

02198.51855/4776859.1

Case No. 11-cv-01846-LHK (PSG)
ANDERSON DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S RULE 26(C) MOTION FOR PRELIMINARY INJUNCTION

I, Carl G. Anderson, declare as follows:

1. I am an attorney admitted to practice in the State of California and I am an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 30 of the March 22, 2012 Corrected Expert Report of Terry L. Musika.

3. Attached hereto as Exhibit 2 is a true and correct copy of the document referred to in Exhibit 30 of the March 22, 2012 Corrected Expert Report of Terry L. Musika, n.1 (a filtered tab from APLNDC-Z0000000003.XLS).

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the October 13, 2011 Hearing Transcript in this matter.

5. Attached hereto as Exhibit 4 is a true and correct copy of excepts from the April 20, 2012 Corrected Expert Report of Michael Wagner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of May, 2012 in Philadelphia, Pennsylvania.

                         */s/ Carl G. Anderson*

                         Carl G. Anderson

<u>GENERAL ORDER ATTESTATION</u>

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that Carl G. Anderson has concurred in the electronic filing of this document.

Dated: May 25, 2012                                              /s/ *Victoria Maroulis*

02198.51855/4776859.1

-2-   Case No. 11-cv-01846-LHK (PSG)
ANDERSON DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S RULE 26(C) MOTION FOR PRELIMINARY INJUNCTION