# **EXHIBIT 3**

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5

       APPLE INC., A CALIFORNIA   ) C-11-01846 LHK
 6     CORPORATION,               )
                                  ) SAN JOSE, CALIFORNIA
 7                  PLAINTIFF,    )
                                  ) OCTOBER 13, 2011
 8            VS.                 )
                                  ) PAGES 1-104
 9     SAMSUNG ELECTRONICS CO.,   )
       LTD., A KOREAN BUSINESS    )
10     ENTITY; SAMSUNG            )
       ELECTRONICS AMERICA,       )
11     INC., A NEW YORK           )
       CORPORATION; SAMSUNG       )
12     TELECOMMUNICATIONS         )
       AMERICA, LLC, A DELAWARE   )
13     LIMITED LIABILITY          )
       COMPANY,                   )
14                                )
                    DEFENDANTS.   )
15     _____

16             TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20             APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
25


                                                            1
```

```
 1
 2     A P P E A R A N C E S:

 3     FOR PLAINTIFF          MORRISON & FOERSTER
       APPLE:                 BY:   HAROLD J. MCELHINNY,
 4                                  MICHAEL A. JACOBS, AND
                                    RICHARD S.J. HUNG
 5                            425 MARKET STREET
                              SAN FRANCISCO, CALIFORNIA   94105
 6
       FOR COUNTERCLAIMANT    WILMER, CUTLER, PICKERING,
 7     APPLE:                 HALE AND DORR
                              BY:   WILLIAM F. LEE
 8                            60 STATE STREET
                              BOSTON, MASSACHUSETTS   02109
 9

10     FOR THE DEFENDANT:     QUINN, EMANUEL, URQUHART,
                              OLIVER & HEDGES
11                            BY:   KATHLEEN M. SULLIVAN
                              51 MADISON AVENUE, 22ND FLOOR
12                            NEW YORK, NEW YORK   10010

13                            BY:   VICTORIA F. MAROULIS,
                                    KEVIN P.B. JOHNSON AND
14                                  ANNA T. NEILL
                              555 TWIN DOLPHIN DRIVE
15                            SUITE 560
                              REDWOOD SHORES, CALIFORNIA   94065
16
                              BY:   MICHAEL T. ZELLER
17                            865 SOUTH FIGUEROA STREET
                              10TH FLOOR
18                            LOS ANGELES, CALIFORNIA   90017

19

20

21

22

23

24

25
```

1                  THE COURT: OKAY.
2                  MR. MCELHINNY: WHAT I AM SAYING IS IF,
3       FOR VARIOUS REASONS, YOU MAKE A DECISION NOT TO
4       CHALLENGE A PARTICULAR PRODUCT, THAT DOES NOT GIVE
5       THE INFRINGER A FOREGOING -- A FREE PASS TO
6       CONTINUE TO BRING OUT NEW PRODUCTS THAT DO
7       INFRINGE.
8                  AND THAT QUESTION HAS ARISEN TWICE BEFORE
9       DISTRICT COURTS, AND WE CITED THEM TO YOU, THE
10      LATRIM CASE AND THE WHISTLER VERSUS DYNASCAN CASE,
11      AND IN BOTH CASES THEY SAID "WE'RE NOT GOING TO
12      ENJOIN YOUR OLDER PRODUCTS BECAUSE YOU WAITED TOO
13      LONG FOR THOSE, BUT THE NEW PRODUCTS ARE NEW AND WE
14      ARE GOING TO ENJOIN THOSE PRODUCTS."
15                 AND THAT TIES IN AGAIN TO THIS IDEA OF
16      HOW QUICKLY THE PRODUCTS MOVE IN CYCLES THROUGH
17      THIS WORLD.
18                 THE COURT: BUT DOESN'T THAT SORT OF
19      UNDERMINE YOUR IRREPARABLE HARM ARGUMENT?  I THINK
20      THE CABBAGE THING ACTUALLY UNDERMINES IT BECAUSE
21      CONSUMERS ARE FICKLE, ESPECIALLY IN ELECTRONICS.
22      THIS MAY BE BIG TODAY.
23                 WHO KNOWS, IN A YEAR, WHAT'S GOING TO BE
24      THE NEXT BIG THING.
25                 MR. MCELHINNY: WELL, SEE, I --

1          THE COURT:  DON'T YOU THINK THAT SORT OF
2  TEMPORAL LIMITATION ACTUALLY UNDERMINES YOUR
3  IRREPARABLE HARM ARGUMENT?
4          MR. MCELHINNY:  WELL, YOU GET TO DECIDE
5  THIS.  I DON'T.
6          THE COURT:  UM-HUM.
7          MR. MCELHINNY:  BUT I DON'T SEE IT THAT
8  WAY.
9          THE COURT:  OKAY.
10         MR. MCELHINNY:  I SEE IT AS THE SUPREME
11 COURT'S LINE OF ACTIVITY THAT'S CAPABLE OF
12 REPETITION, BUT AVOIDS REVIEW.
13         IT'S TAKEN US FOUR AND A HALF MONTHS TO
14 GET TO THIS HEARING.
15         THEY ALREADY ARE ANNOUNCING NEW PRODUCTS.
16         WHEN THOSE PRODUCTS COME OUT, WE WILL SEE
17 THEM FOR THE FIRST TIME AND WE'LL DECIDE WHETHER OR
18 NOT WE HAVE TO BRING ACTIONS ABOUT THEM.
19         BUT IN THE MEANTIME, AS MR. MUSIKA AND AS
20 MR. WAGNER POINTED OUT, IN THE MEANTIME, THESE
21 PRODUCTS ARE INJURING US.
22         AND, AS YOUR HONOR DEMONSTRATED PRETTY
23 CLEARLY, THEY ARE INFRINGING THE PATENTS.
24         BUT FOR THE FACT THAT I -- YOU KNOW, YOU
25 NEED -- I HOPE YOU WILL LOOK MORE CAREFULLY AT THIS