```
 1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
 2   charlesverhoeven@quinnemanuel.com
     50 California Street, 22nd Floor
 3   San Francisco, California 94111
     Telephone: (415) 875-6600
 4   Facsimile: (415) 875-6700

 5   Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
 6   Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
 7   555 Twin Dolphin Drive, 5th Floor
     Redwood Shores, California  94065-2139
 8   Telephone: (650) 801-5000
     Facsimile: (650) 801-5100
 9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
     865 S. Figueroa St., 10th Floor
11   Los Angeles, California 90017
     Telephone: (213) 443-3000
12   Facsimile: (213) 443-3100

13   Attorneys for SAMSUNG ELECTRONICS CO.,
     LTD., SAMSUNG ELECTRONICS AMERICA,
14   INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 4 TO THE DECLARATION OF THOMAS WATSON** |

02198.51855/4778604.1

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION FOR EXHIBIT 4 TO THE DECLARATION OF THOMAS WATSON

## MANUAL FILING NOTIFICATION

Regarding:     EXHIBIT 4 TO DECLARATION OF THOMAS WATSON

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

__X__     Voluminous Document (PDF file size larger than efiling system allowances)

_____     Unable to Scan Documents

_____     Physical Object (description):

_____     Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____     Item Under Seal

_____     Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____     Other (description): _____

DATED: May 25, 2012                    Respectfully submitted,

                                          QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                          By    /s/_____
                                             Victoria F. Maroulis
                                             Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC