1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF THE COURT'S MAY 21, 2012 ORDER** |

The Court has before it Defendants Samsung Electronics Co. Ltd.'s, Samsung Electronics America, Inc.'s, and Samsung Telecommunications America, LLC's (collectively, "Samsung's") Motion For Leave to Seek Reconsideration of the Court's May 21, 2012.

Having considered the Motion, the Memorandum of Points and Authorities, and the evidence submitted in support thereof, IT IS HEREBY ORDERED that the Motion for Leave to Seek Reconsideration is GRANTED.   Samsung's Motion for Leave is deemed a Motion for Reconsideration filed as of this date.   Apple's opposition shall be filed on or before _____. Any reply shall be filed on or before _____.

DATED:   _____, 2012

_____
Hon. Lucy H .Koh
United States District Judge