1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | |
20 | vs. | **CERTIFICATE OF SERVICE** |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 55 California Street, San Francisco, California.

On May 22, 2012, I served true copies of the documents described as

1. Samsung's Motion For Leave to Seek Reconsideration of the Court's May 21, 2012 Order; and

2. The Declaration of Thomas Watson In Support of Samsung's Motion For Leave.

by emailing a link to the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com<br>RICHARD S.J. HUNG<br>rhung@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br><br>MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | DAVID B. BASSETT<br>david.bassett@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com<br>GRANT L. KIM<br>gkim@mofo.com | MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com<br><br>ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | ANDREW MONACH |

02198.51855/4649774.1

-2-  Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

| | |
|---|---|
| amonach@mofo.com | brian.larivee@wilmerhale.com |
| ERIK J. OLSON<br>ejolson@mofo.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | |
| BRIAN LARIVEE | |

Executed on May 25, 2012, at San Francisco, California.

                                          ___*/s/ Joby Martin*_____
                                          JOBY MARTIN