1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,            | CASE NO. 11-cv-01846-LHK
19 |         Plaintiff,                               |
20 |     vs.                                          | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a                 |
   | Korean business entity; SAMSUNG                  |
22 | ELECTRONICS AMERICA, INC., a New                 |
   | York corporation; SAMSUNG                        |
23 | TELECOMMUNICATIONS AMERICA,                      |
   | LLC, a Delaware limited liability company,       |
24 |                                                  |
   |         Defendants.                              |
25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa St., 10th Floor, Los Angeles, California 90017.

On May 25, 2012, I served true copies of the documents described as:

1. Samsung's Opposition to Apple's Motion Pursuant to Rule 62(c) for Entry of Preliminary Injunction Without Further Hearing ("Opposition");
2. The Declaration of Paul Chapple in Support of the Opposition;
3. The Declaration of Travis Merrill in Support of the Opposition; and
4. Exhibits 1, 2, and 4 to the Declaration of Carl G. Anderson in Support of the Opposition

by email containing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | ALISON M. TUCHER<br>atucher@mofo.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | STEPHEN E. TAYLOR<br>staylor@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| GRANT L. KIM<br>gkim@mofo.com | DAVID B. BASSETT<br>david.bassett@wilmerhale.com |

| | |
|---|---|
| MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com | PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com |
| ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | ESTHER KIM<br>ekim@mofo.com |
| ERIK J. OLSON<br>ejolson@mofo.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | |

Executed on May 26, at Los Angeles, California.

                                                                                                  */s/ Prashanth Chennakesavan*

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I hereby attest that Prashanth Chennakesavan has concurred in this filing.

DATE: May 26, 2012                                                                    */s/ Victoria Maroulis*