| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S MOTION TO ENFORCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3151480

1   Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
2   Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's
3   Administrative Motion to File Documents Under Seal on May 22, 2012 (Dkt. No. 965) relating to
4   Samsung's Motion to Enforce April 12, 2012 Order ("Motion to Enforce").  Pursuant to Civil L.R.
5   79-5(d), Samsung moved to seal certain deposition transcripts designated as "HIGHLY
6   CONFIDENTIAL ATTORNEYS' EYES ONLY" under the protective order in this case and
7   protective orders in various other cases, including ITC investigations.  Pursuant to Civil L.R. 79-
8   5(d), for the purpose of establishing that the designated information is sealable, Apple filed the
9   Declaration of Cyndi Wheeler in Support of Sealing Samsung's Motion to Enforce ("Wheeler
10  Declaration").  The Wheeler Declaration provides sufficient evidence that the documents and
11  information designated as confidential by Apple, and filed under seal by Samsung, are "privileged
12  or protectable as a trade secret or otherwise entitled to protection under the law," and thus
13  sealable.  Civil L.R. 79-5(a).

   Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Exhibits 12-22 to the Declaration of Diane C. Hutnyan in Support of Samsung's Motion to Enforce;
- The confidential, unredacted versions of Samsung's Motion to Enforce, which includes information from the documents discussed above.

**IT IS SO ORDERED.**

Dated: _____        _____
                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge