1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,           CASE NO. 11-cv-01846-LHK (PSG)

19              Plaintiff,                         **SAMSUNG'S ADMINISTRATIVE
                                                   MOTION TO FILE DOCUMENTS
20       vs.                                       UNDER SEAL**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New               Date:   June 26, 2012
   York corporation; SAMSUNG                      Time:   10:00 a.m.
23 TELECOMMUNICATIONS AMERICA,                    Place:  Courtroom 5, 4th Floor
   LLC, a Delaware limited liability company,    Judge:  Hon. Paul S. Grewal
24
                Defendants.
25

26

27

28

                                                              Case No. 11-cv-01846-LHK
           SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following:

> The confidential, unredacted version of the Supplemental Declaration of Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports, and Exhibits 1-5 thereto.

The above item contains or relies on materials that Apple has designated as confidential under the protective order entered in this case. Samsung expects that, pursuant to Civil Local Rule 79-5(d), Apple will file a declaration establishing good cause to permit the sealing of these materials. Pursuant to Civil Local Rule 79-(c), Samsung will lodge with the Clerk the documents at issue with the sealable portions highlighted.

DATED: May 29, 2012              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC