QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

### DECLARATION OF CHRISTOPHER E. PRICE

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath. Exhibit 1 to this Declaration is the May 29, 2012 Supplemental Declaration of Christopher Price ("Supplemental Price Declaration").

2. Exhibit 1 to the Supplemental Price Declaration is a true and correct copy of a licensing agreement. Apple has designated this agreement Highly Confidential – Attorney Eyes Only ("AEO") under the protective order in this case, and Samsung expects that Apple will file a declaration pursuant to Civ. L.R. 79-5(d) establishing the document as confidential, and therefore it should be sealed.

3. Exhibit 2 to the Supplemental Price Declaration is a true and correct copy of a licensing agreement. Apple has designated this agreement AEO under the protective order in this case, and Samsung expects that Apple will file a declaration pursuant to Civ. L.R. 79-5(d) establishing the document as confidential, and therefore it should be sealed.

4. Exhibit 3 to the Supplemental Price Declaration is a true and correct copy of a licensing agreement. Apple has designated this agreement AEO under the protective order in this case, and Samsung expects that Apple will file a declaration pursuant to Civ. L.R. 79-5(d) establishing the document as confidential, and therefore it should be sealed.

5. Exhibit 4 to the Supplemental Price Declaration is a true and correct copy of a licensing agreement. Apple has designated this agreement AEO under the protective order in this case, and Samsung expects that Apple will file a declaration pursuant to Civ. L.R. 79-5(d) establishing the document as confidential, and therefore it should be sealed.

1       6.      Exhibit 5 to the Supplemental Price Declaration is a true and correct copy of a
2  licensing agreement. Apple has designated this agreement AEO under the protective order in
3  this case, and Samsung expects that Apple will file a declaration pursuant to Civ. L.R. 79-5(d)
4  establishing the document as confidential, and therefore it should be sealed.

5       7.      The requested relief is necessary to protect the confidentiality of information
6  contained in the Supplemental Price Declaration and Exhibits 1-5 attached thereto.

7       8.      The confidential, unredacted version of the Supplemental Price Declaration
8  discusses and references information that Apple has designated as AEO under the protective
9  order in this case, and Samsung expects that Apple will file a declaration pursuant to Civ. L.R.
10 79-5(d) establishing the document as confidential, and therefore it should be sealed.

11      I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.

13      Executed on May 29, 2012, at Los Angeles, California.

_____
Christopher E. Price

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Christopher Price.

                                    */s/ Victoria Maroulis*