UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br><br>Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") has moved for an order to seal the following documents:

The confidential, unredacted version of the Supplemental Declaration of Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports, and Exhibits 1-5 thereto.

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to File Under Seal.

**IT IS SO ORDERED.**

Dated: June __, 2012

HONORABLE PAUL S. GREWAL