1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR CLARIFICATION REGARDING THE COURT'S MAY 4, 2012 ORDER** |

1  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
2  Samsung Telecommunications America, LLC (collectively, "Samsung") seek an order amending
3  the Court's May 4, 2012 Order to allow Samsung to: (1) use at trial for purposes of showing its
4  design-around efforts certain source code for its "blue glow" functionality which it now claims it
5  produced before December 31, 2011; and (2) use at trial non-source code evidence of its alleged
6  design-arounds to the '381 and '163 Apple Patents.
7  Having considered the arguments of the parties and the papers submitted, IT IS
8  ORDERED that Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order is
9  DENIED.

11  **IT IS SO ORDERED.**
12  Dated:

HONORABLE PAUL S. GREWAL
United States Magistrate Judge