1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal Exhibit A to the Declaration of
3  Marc J. Pernick in Support of Apple's Opposition to Samsung's Motion for Clarification
4  Regarding the Court's May 4, 2012 Order ("Pernick Decl.").
5  Having considered the arguments and the papers submitted, and GOOD CAUSE
6  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
7  Under Seal.  The above-referenced documents shall be filed under seal.
8  **IT IS SO ORDERED.**
9  Dated:                                   By: _____
10                                                Honorable Paul S. Grewal
                                                  United States Magistrate Judge