| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARC J. PERNICK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR CLARIFICATION REGARDING THE COURT'S MAY 4, 2012 ORDER**<br><br>Date:     June 19, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**EXHIBIT A FILED UNDER SEAL**

PERNICK DECL. ISO APPLE INC.'S OPP. TO MOT. FOR CLARIFICATION REGARDING MAY 4, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3151543

I, Marc J. Pernick, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Apple's Opposition to Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order.

2. On March 22, 2012, Apple served the Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381. A true and correct copy of relevant portions of that report is attached to this Declaration as Exhibit A.

3. On April 24, 2012, the Court heard argument on Apple's Rule 37(b)(2) Motion Based On Samsung's Violation of the Court's December 22, 2011 Order Regarding Source Code. A true and correct copy of the transcript of that hearing is attached to this Declaration as Exhibit B.

4. On May 29, 2012, I accessed the Phone Arena web site at *www.phonearena.com*, which provides news and information regarding phone products. That web site contains information about the Samsung Epic 4G at http://www.phonearena.com/phones/Samsung-Epic-4G_id4720.

5. The information on this page of the Phone Arena web site states that the Samsung Epic 4G was released on August 31, 2010. A true and correct copy of a screen shot of the web page, which was printed on May 29, 2012, is attached to this Declaration as Exhibit C. That print out accurately captures the contents of that web page as viewed on a computer monitor in the offices of Morrison & Foerster LLP at the time it was printed.

6. On May 29, 2012, I accessed the Wikipedia web site at *en.wikipedia.org*. There is an article on that web site entitled "Android Version History," at http://en.wikipedia.org/wiki/Android_version_history.

7. This article includes a table purporting to show the release dates of different versions of Gingerbread 2.3.x. The article indicates that version 2.3.6 of the Gingerbread software was released on September 2, 2011. A true and correct copy of a screen shot of that

table, which was printed on May 29, 2012, is attached to this Declaration as Exhibit D.  This print out accurately captures the contents of that table as viewed on a computer monitor in the offices of Morrison & Foerster LLP at the time it was printed.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 29, 2012 in Palo Alto, California.


/s/  *Marc J. Pernick*
Marc J. Pernick

PERNICK DECL. ISO APPLE INC.'S OPP. TO MOT. FOR CLARIFICATION REGARDING MAY 4, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3151543

2

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this DECLARATION OF MARC J. PERNICK IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR CLARIFICATION REGARDING THE COURT'S MAY 4, 2012 ORDER. In compliance with General Order 45, X.B., I hereby attest that Marc J. Pernick has concurred in this filing.

Date: May 29, 2012   /s/ *Michael A. Jacobs*
                              Michael A. Jacobs