# EXHIBIT C

SHARE THIS PAGE   FOLLOW US:

Site Search   ALL

Login   Register

**HOME   PHONES   TABLETS   NEWS   REVIEWS   PLANS   DISCUSSIONS   GADGETS   TOP 4G PHONES   TIP US**

Home › Samsung phones › Samsung Epic 4G

# Samsung Epic 4G

Follow

Specs | Rivals | Reviews (33) | Discuss (9) | News (34) | Price | Size | 360° | Video | Pics

**Posted:** 28 Jun 2010  **Announced:** 28 Jun 2010   Bookmark
**Market Status:** Released
**Release date:** 31 Aug 2010

Do you ...?   Want it  34   Have it  42   Had it  42

**US carrier availability:**
Sprint - Available (Since 31 Aug 2010)

**Links:**
Samsung Epic 4G manual    Live hands-on with Samsung Epic 4G    Hands-on with Samsung Epic 4G    Samsung Epic 4G Review    Samsung Epic 4G Official Page    Samsung Epic 4G vs HTC EVO 4G    Samsung Epic 4G vs Apple iPhone 4 vs Motorola DROID X - the camera comparison    Google Nexus S vs Samsung Epic 4G

Samsung Epic 4G is an Android 2,1 powered device heading for Sprint. It sports a full QWERTY keyboard, 4-inch Super AMOLED display, powerful 1GHz processor, 512MB of RAM, WiMAX connectivity and many more.

More Photos (30)

**Rating**
Excellent
9.5
out of 10

Excellent
8.6
out of 10

**Share**
Tweet

**Shop Links**
Check price
  eXpansys US

Get Accessories
  Accessory Export
* **WirelessEmporium.com**
* **WirelessEmporium.com**
* Featured partners are in bold

Advertise here

## Samsung Epic 4G specifications    Show Full Specs    COMPARE
*also known as* **Samsung Galaxy S Pro, Samsung Notion**

### Pros
Fast mobile data support (4G)
Fast processor (1000 MHz)

### Cons
Bulky

| Design | |
|---|---|
| **Device type:** | Smart phone |
| **OS:** | Android (2.3, 2.2, 2.1) |
| **Form factor:** | Side-Slider |
| **Dimensions:** | 4.90 x 2.54 x 0.56 (124 x 65 x 14 mm) |
| **Weight:** | 5.46 oz (155 g) the *average* is 4.2 oz (120 g) |

| Display | |
|---|---|
| **Physical size:** | 4.00 inches |
| **Resolution:** | 480 x 800 pixels |
| **Pixel density:** | 233 ppi |
| **Technology:** | Super AMOLED |

| Technology | |
|---|---|
| **CDMA:** | 800, 1900 MHz |
| **Data:** | EV-DO Rev.A, WiMAX |
| **Positioning:** | A-GPS |
| **Navigation:** | Yes |

| Phone features | |
|---|---|
| **Phonebook:** | Unlimited entries, Caller groups, Multiple numbers per contact, Search by both first and last name, Picture ID, Ring ID |
| **Organizer:** | Calendar, Alarm, Calculator |
| **Messaging:** | SMS, MMS, Predictive text input |
| **E-mail:** | IMAP, POP3, SMTP, Microsoft Exchange, Push e-mail |

### Rivals

Here you'll find the models that our readers have compared to Samsung Epic 4G the most, using our specs comparison tool.

Click on a rival to jump to it.

 Samsung Epic 4G Touch
 HTC EVO 4G
 Google Nexus S 4G


AdChoices

| Colors: | 16 777 216 |
|---|---|
| Touchscreen: | Capacitive, Multi-touch |
| Features: | Light sensor, Proximity sensor, Scratch-resistant glass |

**Battery**

| Talk time: | 6.00 hours  the _average_ is 8 h (496 min) |
|---|---|
| Stand-by time: | 12.5 days (300 hours)  the _average_ is 21 days (498 h) |
| Capacity: | 1500 mAh |

**Hardware**

| Processor: | Single core, 1000 MHz, Cortex A8 Hummingbird |
|---|---|
| System memory: | 512 MB RAM / 512 MB ROM |
| Storage expansion: | |
| Slot Type: | microSD, microSDHC |
| Maximum card size: | 32 GB |

**Camera**

| Camera: | 5 megapixels |
|---|---|
| Flash: | LED |
| Features: | Auto focus, Digital zoom |
| Camcorder: | 1280x720 (720p HD) (30 fps) |
| Features: | Video calling, Video sharing |
| Front-facing camera: | 0.3 megapixels VGA |

**Multimedia**

| Speakers: | Earpiece, Loudspeaker |
|---|---|
| YouTube player: | Yes |

**Internet browsing**

| Browser: | Android Browser |
|---|---|
| Supports: | HTML |
| Built-in online services support: | Facebook, Twitter |

**Connectivity**

| Bluetooth: | 2.1, EDR |
|---|---|
| Wi-Fi: | 802.11 b, g, n |
| Mobile hotspot: | Yes |
| USB: | USB 2.0 |
| Connector: | microUSB |
| Features: | Mass storage device, USB charging |
| | DLNA, Computer sync, OTA sync |

**Other features**

| Notifications: | Haptic feedback, Music ringtones (MP3), Polyphonic ringtones, Vibration, Flight mode, Silent mode, Speakerphone |
|---|---|
| Sensors: | Accelerometer, Compass |
| | Voice recording |

**Availability**

| Officially announced: | 28 Jun 2010 |
|---|---|

**Shopping information**

| MSRP price: | 250 $ |
|---|---|



To see the full specifications with in-depth details click here.

Despite our efforts to provide full and correct Samsung Epic 4G specifications, there is always a possibility of admitting a mistake. If you see any wrong or incomplete data, please **LET US KNOW**.

If you are interested in using our specs commercially, check out our Phone specs database licensing page.

| Share this page: | Discuss 9 | Tweet |
|---|---|---|

### New Samsung Phones



| Samsung Omnia M | Samsung Focus 2 | Samsung Galaxy S III | Samsung Evan C3782 | Samsung Galaxy Player 3.6 | Samsung Gusto 2 |

1  2  3  4

### Latest Samsung Reviews

View all





### Recent Articles

Samsung Music Hub vs iTunes vs Google Music vs Zune vs Spotify vs other music services comparison

10 smartphone features that we sometimes take for granted

Juror in Android lawsuit: "Oracle didn't come close"

1  2  3  4

 

Interesting stories

Samsung Galaxy S Advance Review
23 May 2012

Samsung Focus 2 Review
17 May 2012

Samsung Galaxy mini 2 Review
16 May 2012

Samsung Galaxy Tab 2 (10.1) Review
15 May 2012

Samsung Galaxy S III Review
15 May 2012

Samsung Galaxy S III Preview
12 May 2012

## User circle

**Show:** ALL HAD IT HAVE IT WANT IT

AFnerdTP Had it
art12321 Had it

artman5x5 Had it
ashokkosgi Want it
astonat Have it
awestun Want it
a_merryman Had it
bdrdakid Want it
belovedson Had it
bfate13 Have it
BHuta Have it
bigggggdan Have it
blong5664 Have it
boricua786 Had it
bzzy93 Have it
caitchrist Want it
CaptainCoo Had it
CarlPosey Had it

chezzitste Have it
chrisitne Want it

1 2 3 4 5 6

Home | Manufacturers | Carriers | News | Reviews | Discussions | Plans | Videos

**PhoneArena network:** Meet Gadget

Links | About Us | Advertise | Contact Us | Database Licensing | **Jobs**

All content (phone reviews, news, specs, info), design and layouts are Copyright 2001-2012 phoneArena.com. All rights reserved.
Reproduction in whole or in part or in any form or medium without written permission is prohibited!
Privacy | Terms of use

