1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,       | CASE NO. 11-cv-01846-LHK
19 |                 Plaintiff,                  | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |         vs.                                 |
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24
25 |                 Defendants.

26
27
28

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion for Adverse Jury Instructions Due to Samsung's Spoliation of Evidence;

2. The confidential, unredacted version of the Declaration of Hankil Kang in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

3. The confidential, unredacted version of the Declaration of Byungil Kim in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

4. The confidential, unredacted version of the Declaration of Young-jo Lim in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

5. The confidential, unredacted version of the Declaration of Giho Ro in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

6. The confidential, unredacted version of the Declaration of Han-Yeol Ryu in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

7. The confidential, unredacted version of the Declaration of Heontae Son in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

8. The confidential, unredacted version of the Declaration of Se-Hyun Cho in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

1   9. The confidential, unredacted version of the Declaration of Nara Cho in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

10. The confidential, unredacted version of the Declaration of Michael Finnegan in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

11. The confidential, unredacted version of the Declaration of Woo-up Kwon in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

12. The confidential, unredacted version of the Declaration of Ioi Lam in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

13. The confidential, unredacted version of the Declaration of Don Joo Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

14. The confidential, unredacted version of the Declaration of Kang Hyun Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

15. The confidential, unredacted version of the Declaration of Kyu Hyuk Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

16. The confidential, unredacted version of the Declaration of Minhyouk Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

17. The confidential, unredacted version of the Declaration of Sungsik Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

1      18.     The confidential, unredacted version of the Declaration of Min Cheol Schin in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

19.     The confidential, unredacted version of the Declaration of YoungSoon Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

20.     The confidential, unredacted version of the Declaration of Jong-Dae Park in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

21.     The confidential, unredacted version of the Declaration of M. James Daley in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

22.     The confidential, unredacted version of the Declaration of Joo Hyuk Kang in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

23.     The confidential, unredacted version of the Declaration of Won Pyo Hong in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

24.     The confidential, unredacted version of the Declaration of Alex Binder in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence ("the Binder Declaration");

25.     Exhibits 1 to the Binder Declaration;

26.     Exhibits 2-3 to the Binder Declaration;

27.     The confidential, unredacted version of the Declaration of Sara Jenkins in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence; and

1   28.   Exhibits 1, 4-30, 32, and 33 to the Declaration of Thomas Watson in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

In short, the above documents discuss, refer to, or comprise excerpts of documents or other information that Samsung or Apple have designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.   Apple has designated Exhibits 2 and 3 to the Binder Declaration HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Samsung expects that Apple will file a declaration pursuant to Civil L.R. 79-5(d) establishing good cause to seal these documents.   Samsung has established good cause to permit filing items 1-25 and 27-28 under seal through the Declaration of Daniel Shim in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.   Proposed redacted versions of items 1-24 and 27 have been filed concurrently with this motion.

DATED: May 29, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC