1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") move for an order to seal the following documents:
4       1.    The confidential, unredacted version of Samsung's Opposition to Apple's Motion
5             for Adverse Jury Instructions Due to Samsung's Spoliation of Evidence;
6       2.    The confidential, unredacted version of the Declaration of Hankil Kang in Support
7             of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due
8             to Samsung's Spoliation of Evidence;
9       3.    The confidential, unredacted version of the Declaration of Byungil Kim in Support
10            of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due
11            to Samsung's Spoliation of Evidence;
12      4.    The confidential, unredacted version of the Declaration of Young-jo Lim in
13            Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
14            Instructions Due to Samsung's Spoliation of Evidence;
15      5.    The confidential, unredacted version of the Declaration of Giho Ro in Support of
16            Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to
17            Samsung's Spoliation of Evidence;
18      6.    The confidential, unredacted version of the Declaration of Han-Yeol Ryu in
19            Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
20            Instructions Due to Samsung's Spoliation of Evidence;
21      7.    The confidential, unredacted version of the Declaration of Heontae Son in Support
22            of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due
23            to Samsung's Spoliation of Evidence;
24      8.    The confidential, unredacted version of the Declaration of Se-Hyun Cho in Support
25            of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due
26            to Samsung's Spoliation of Evidence;
27
28

1  9. The confidential, unredacted version of the Declaration of Nara Cho in Support of
2  Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to
3  Samsung's Spoliation of Evidence;
4  10. The confidential, unredacted version of the Declaration of Michael Finnegan in
5  Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
6  Instructions Due to Samsung's Spoliation of Evidence;
7  11. The confidential, unredacted version of the Declaration of Woo-up Kwon in
8  Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
9  Instructions Due to Samsung's Spoliation of Evidence;
10 12. The confidential, unredacted version of the Declaration of Ioi Lam in Support of
11  Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to
12  Samsung's Spoliation of Evidence;
13 13. The confidential, unredacted version of the Declaration of Don Joo Lee in Support
14  of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due
15  to Samsung's Spoliation of Evidence;
16 14. The confidential, unredacted version of the Declaration of Kang Hyun Lee in
17  Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
18  Instructions Due to Samsung's Spoliation of Evidence;
19 15. The confidential, unredacted version of the Declaration of Kyu Hyuk Lee in
20  Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
21  Instructions Due to Samsung's Spoliation of Evidence;
22 16. The confidential, unredacted version of the Declaration of Minhyouk Lee in
23  Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury
24  Instructions Due to Samsung's Spoliation of Evidence;
25 17. The confidential, unredacted version of the Declaration of Sungsik Lee in Support
26  of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due
27  to Samsung's Spoliation of Evidence;
28

1  18.  The confidential, unredacted version of the Declaration of Min Cheol Schin in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

19.  The confidential, unredacted version of the Declaration of YoungSoon Lee in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

20.  The confidential, unredacted version of the Declaration of Jong-Dae Park in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

21.  The confidential, unredacted version of the Declaration of M. James Daley in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

22.  The confidential, unredacted version of the Declaration of Joo Hyuk Kang in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

23.  The confidential, unredacted version of the Declaration of Won Pyo Hong in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence;

24.  The confidential, unredacted version of the Declaration of Alex Binder in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence ("the Binder Declaration");

25.  Exhibits 1-3 to the Binder Declaration;

26.  The confidential, unredacted version of the Declaration of Sara Jenkins in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence; and

27.  Exhibits 1, 4-30, 32, and 33 to the Declaration of Thomas Watson in Support of Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

1    Having considered the arguments of the parties and the papers submitted, and GOOD

2  CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Administrative

3  Motion to File Under Seal.

4    **IT IS SO ORDERED.**

5

6    Dated:                                              By: _____
                                                              Honorable Lucy H. Koh
7                                                             United States District Court Judge