# Watson Declaration

# EXHIBIT 4

# Filed Under Seal