# Watson Declaration

# EXHIBIT 5

# Filed Under Seal