# Watson Declaration

# EXHIBIT 6

# Filed Under Seal