# Watson Declaration

# EXHIBIT 7

# Filed Under Seal