# Watson Declaration

# EXHIBIT 8

# Filed Under Seal