# Watson Declaration

# EXHIBIT 9

# Filed Under Seal