# Watson Declaration

# EXHIBIT 10

# Filed Under Seal