# Watson Declaration

# EXHIBIT 11

# Filed Under Seal