# Watson Declaration

# EXHIBIT 12

# Filed Under Seal