# Watson Declaration

# EXHIBIT 13

# Filed Under Seal