# Watson Declaration

# EXHIBIT 14

# Filed Under Seal