# Watson Declaration

# EXHIBIT 15

# Filed Under Seal