# Watson Declaration

# EXHIBIT 16

# Filed Under Seal