# Watson Declaration

# EXHIBIT 17

# Filed Under Seal