# Watson Declaration

# EXHIBIT 18

# Filed Under Seal