# Watson Declaration

# EXHIBIT 19

# Filed Under Seal