# Watson Declaration

# EXHIBIT 20

# Filed Under Seal