# Watson Declaration

# EXHIBIT 21

# Filed Under Seal