# Watson Declaration

# EXHIBIT 22

# Filed Under Seal