# Watson Declaration

# EXHIBIT 23

# Filed Under Seal