# Watson Declaration

# EXHIBIT 24

# Filed Under Seal