# Watson Declaration

# EXHIBIT 25

# Filed Under Seal