# Watson Declaration

# EXHIBIT 26

# Filed Under Seal