# Watson Declaration

# EXHIBIT 27

# Filed Under Seal