# Watson Declaration

# EXHIBIT 28

# Filed Under Seal