# Watson Declaration

# EXHIBIT 29

# Filed Under Seal