# Watson Declaration

# EXHIBIT 30

# Filed Under Seal