# Watson Declaration

# EXHIBIT 32

# Filed Under Seal