# Watson Declaration

# EXHIBIT 33

# Filed Under Seal