QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

CASE NO. 11-cv-01846-LHK

**DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION ADVERSE INFERENCE JURY INSTRUCTION**

02198.51855/4743697.3

Case No. 11-cv-01846-LHK

DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION ADVERSE INFERENCE JURY INSTRUCTION

I, Alex Binder, declare:

1. I make this declaration in response to Apple Inc.'s Motion for Adverse Inference Jury Instruction ("Apple's Motion").

2. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

3. Under my supervision, contract attorneys for Quinn Emanuel and document production vendors engaged by Quinn Emanuel assisted in gathering the information provided in Paragraphs 5-29 of this Declaration.

4. The numbers provided in Paragraphs 5-29 of this Declaration regarding Samsung's and Apple's productions include documents served by the parties in this action, as well as in the following actions: *In the Matter of Certain Electronic Devices, Including Wireless Communication Devices, Portable Music and Data Processing Devices, and Tablet Computers*, USITC Inv. No. 337-TA-794 and *Apple Inc. v. Samsung Electronics Co., LTD., et al.,* and *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, USITC Inv. No. 337-TA-796.

5. Samsung has produced over 12,000,000 pages of documents, including over 80,000 emails. Specifically, Samsung produced over 9,880,000 pages of documents in the ITC investigations and over 2,150,000 pages in the Northern District of California action.

6. Samsung has produced documents and emails from over 380 Samsung employees.

7. Samsung has collected documents from more than 180 hard drives in possession of Samsung custodians.

8. Samsung has collected more than 14 terabytes of data as a result of its document collection efforts for this litigation.

9. Samsung has produced 26 emails sourced to Don Joo Lee.

10. Samsung has produced 547 emails sourced to Joon Il Choi.

11. Attached hereto as **Exhibit 1** is a true and correct copy of the document produced by Samsung bearing Bates labels SAMNDCA11560890 et seq., sourced to Joon Il Choi.

12. [REDACTED]

13. [REDACTED]

14. Samsung has produced 2,358 emails sourced to Junho Park.

15. [REDACTED]

16. [REDACTED]

17. [REDACTED]

18. Samsung has produced over 5,159 documents, totaling over 71,191 pages, from the Samsung employees identified in the Kim Declaration to Apple's Motion, including the following:

| Custodian | Documents Produced | Pages Produced |
|---|---|---|
| Don Ju Lee | 42 | 292 |
| Dong Sub Kim | 438 | 4,858 |
| Hangil Song | 6 | 156 |
| Hyoung Shin Park | 762 | 2,857 |
| Ioi Lam | 239 | 6,271 |
| Jong Dae Park | 256 | 5,343 |
| Joon Il Choi | 2,077 | 14,043 |
| Minhyouk Lee | 83 | 3,183 |
| Nara Cho | 488 | 10,046 |
| Seoggeun Kim | 262 | 8,568 |
| Seunghwan Cho | 76 | 934 |
| Sungsik Lee | 397 | 12,097 |
| Won Pyo Hong | 18 | 400 |
| YoungSoon Lee | 15 | 2,143 |

19. Samsung has produced emails that were sent to or received by the Samsung deponents listed in Apple's Motion that were collected from the custodial files of other Samsung witnesses ("non-custodial emails"). Additionally, Samsung has produced documents that mention the Samsung deponents listed in Apple's Motion that were collected from the custodial files of other Samsung witnesses ("non-custodial documents"). The following chart summarizes at least the number of non-custodial emails Samsung has produced that were sent from or received by certain Samsung deponents mentioned in Apple's Motion and at least the number of additional non-custodial documents Samsung has produced that mention these deponents.

| Custodian | Non-Custodial Emails | Non-Custodial Documents |
|---|---|---|
| Don Joo Lee | 420 | 31 |
| Dong Sub Kim | 124 | 4 |

-3- Case No. 11-cv-01846-LHK
DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION ADVERSE INFERENCE JURY INSTRUCTION

| Custodian | Non-Custodial Emails | Non-Custodial Documents |
|---|---|---|
| Hangil Song | 77 | 501 |
| Hyoung Shin Park | 220 | 128 |
| Ioi Lam | 159 | 89 |
| Minhyouk Lee | 155 | 1,036 |
| Jong Dae Park | 470 | 150 |
| Joon Il Choi | 112 | 42 |
| Nara Cho | 1,027 | 149 |
| Seunghwan Cho | 1,167 | 327 |
| Seoggeun Kim | 1,030 | 319 |
| Sung Sik Lee | 3,102 | 807 |
| Won Pyo Hong | 65 | 15 |
| Youngsoon Lee | 105 | 52 |

20. The following chart summarizes the number of emails Apple produced from the custodial files of certain Apple employees relevant to this litigation:

| Custodian | Relevance | No. of Emails in Custodial Production | No. of Documents in Custodial Production |
|---|---|---|---|
| Bartley Andre | named inventor of D270, D899, D087,and D677 patents | 14 | 135 |
| BJ Watrous | head patent counsel | 0 | 11 |
| Brian Huppi | named inventor of '607 | 0 | 104 |
| Chris Harris | model builder | 0 | 0 |
| Chris Stringer | named inventor of D677, D270, and D889 patents | 15 | 38 |
| Curt Rothert | software engineer | 30 | 30 |
| Duncan Kerr | named inventor of D087, D677, D270, and patents D899 | 41 | 130 |

-4- Case No. 11-cv-01846-LHK
DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION ADVERSE INFERENCE JURY INSTRUCTION

| Custodian | Relevance | No. of Emails in Custodial Production | No. of Documents in Custodial Production |
|---|---|---|---|
| Eugene Whang | named inventor of D087, D677, D270, and D899 patents | 36 | 146 |
| Evans Hankey | designer | 0 | 21 |
| Jonathan Ive | named inventor of D087, D677, D270, and D899 patents | 45 | 173 |
| Mark Buckley | finance analyst | 0 | 100 |
| Mark Lee | manager, model shop | 8 | 10 |
| Matthew Rohrbach | named inventor of D087, D677, D270, and D889 patents | 32 | 385 |
| Peter Russell-Clarke | named inventor of D270 patent | 56 | 190 |
| Quinn Hoellwarth | Apple in-house attorney, prosecutor of '949, and '757 patents | 0 | 0 |
| Rico Zorkendorfer | named inventor of D087, D677, D270, and D889 patents | 15 | 62 |
| Shin Nishibori | named inventor of D889, D087, D677, D270, and D899 patents. | 18 | 94 |
| Stephen Lemay | named inventor of '163 patent | 43 | 59 |
| Steve Jobs | named inventor of '949, '678, D087, D677, D270, D889, D757, and D678 patents; former CEO | 51 | 54 |
| Wei Chen | technical director | 12 | 37 |

21.     The following chart summarizes the number of non-custodial emails produced for certain Apple custodians, compared to the number of custodial emails produced for each:

| Witness | Non-Custodial Emails | Custodial Emails |
|---|---|---|
| Chris Stringer | 475 | 15 |
| Douglas Satzger | 133 | 0 |
| Eugene Whang | 144 | 36 |
| Jonathan Ive | 759 | 45 |
| Matthew Rohrbach | 112 | 31 |
| Scott Forstall | 1,676 | 172 |
| Shin Nishibori | 43 | 18 |
| Stephen Lemay | 2,028 | 40 |
| Steve Jobs | 2,042 | 51 |

22. Attached hereto as **Exhibit 2** is a true and correct copy of Apple Inc.'s Supplemental Identification of Custodians, Search Terms, and Document Retention Notices ("Apple's Defensive Transparency Disclosures"), and Exhibit FF thereto.

23. Attached hereto as **Exhibit 3** is a true and correct copy of Apple Inc. Amended Document Retention Notice Distribution. ("Apple's Offensive Transparency Disclosures").

24.

25.

26.

27.

-6- Case No. 11-cv-01846-LHK
DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION ADVERSE INFERENCE JURY INSTRUCTION

28. Attached hereto as **Exhibit 4** is a true and correct copy of Apple Inc.'s First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(a)(1) ("Apple's Initial Disclosures").

29. The following chart summarizes the dates certain offensive or defensive litigation hold notices were issued or sent to certain individuals named in Apple's Initial Disclosures.

| Witness | Potential area(s) of knowledge (at least) | Offensive Litigation Hold Notice Issued | Defensive Litigation Hold Notice Sent |
| --- | --- | --- | --- |

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on May 29, 2012.

By */s/ Alex Binder*
Alex Binder

-8- Case No. 11-cv-01846-LHK
DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION ADVERSE INFERENCE JURY INSTRUCTION

## GENERAL ORDER ATTESTATION

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION.** In compliance with General Order 45, X.B., I hereby attest that Alex Binder has concurred in this filing.

DATE: May 29, 2012 /s/ *Victoria Maroulis*