# EXHIBIT 4

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S FIRST AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)** |

1    Pursuant to Federal Rules of Civil Procedure 26(a)(1), (e)(1) Plaintiff Apple Inc.
2  ("Apple") hereby amends and supplements its initial disclosures to Defendants Samsung
3  Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications
4  America, LLC (collectively, "Samsung").

5    Apple provides these disclosures subject to and without waiving any applicable privilege,
6  doctrine, or right, including without limitation the attorney-client privilege, the work product
7  doctrine, and all other rights and privileges recognized under the laws of the United States, the
8  State of California and all relevant jurisdictions. By these disclosures, Apple does not concede
9  the relevance or admissibility of any particular information. Apple makes these disclosures based
10 on information currently available to it. Apple reserves the right to amend or supplement these
11 disclosures and to present additional evidence to support its claims and defenses with any filing
12 or during any proceeding in this action, including trial.

13 I.    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION [Fed R. Civ. P. 26(a)(1)(A)(i)]**

15    Apple identifies the following individuals who may have discoverable information that
16 Apple may use to support its claims, defenses, or counterclaims in this action (unless solely for
17 impeachment). Samsung should contact any current or former Apple employee, agent, or other
18 representative only through Apple's counsel of record.

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Inventors of the Apple design patents-in-suit, including:<br><br>Imran Chaudhri (7,853,891; 7,864,163; D627,790; D617,334; D604,305)<br><br>Bartley Andre (D504,889; D622,270; D618,677; D593,087) | Apple Inc. 1 Infinite Loop Cupertino, CA 95014<br>[contact through counsel] | The Apple patents-in-suit, including, conception, reduction to practice, and inventorship; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit; other Apple products; functionality of the asserted trade dress; selection of the asserted trade dress |
| Freddy Anzures (D604,305) | | |

APPLE INC.'S FIRST AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES      CASE NO. 11-CV-01846-LHK

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Daniel Coster (D504,889; D622,270; D618,677; D593,087) | | |
| Daniele De Iuliis (D504,889; D622,270; D618,677; D593,087) | | |
| Richard Howarth (D504,889; D622,270; D618,677; D593,087) | | |
| Jonathan Ive (D504,889; D622,270; D618,677; D593,087) | | |
| Duncan Kerr (D504,889; D622,270; D618,677; D593,087) | | |
| Shin Nishibori (D504,889; D622,270; D618,677; D593,087) | | |
| Matthew Rohrbach (D504,889; D622,270; D618,677; D593,087) | | |
| Peter Russell-Clark (D622,270) | | |
| Douglas Satzger (D504,889; D622,270; D618,677; D593,087) | | |
| Calvin Seid (D504,889; D622,270; D618,677; D593,087) | | |
| Christopher Stringer (D504,889; D622,270; D618,677; D593,087) | | |
| Eugene Whang (D504,889; D622,270; D618,677; D593,087) | | |
| Rico Zörkendörfer (D504,889; D622,270; | | |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| D618,677; D593,087) | | |
| Inventors of the Apple utility patents-in-suit, including: | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | The pertinent Apple patents-in-suit, including, conception, reduction to practice, and inventorship; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit; other Apple products |
| Chris Blumenberg (7,864,163) | | |
| Steven W. Christensen (6,493,002) | | |
| Greg Christie (7,864,163) | | |
| John Elias (7,812,828) | | |
| Scott Forstall (7,864,163) | | |
| Steve Hotelling (7,663,607; 7,920,129) | | |
| Scott Herz (7,844,915) | | |
| Brian Huppi (7,663,607) | | |
| Brian Land (7,920,129) | | |
| Stephen Lemay (7,864,163) | | |
| Bas Ording (7,469,381; 7,853,891; 7,864,163) | | |
| Andrew Platzer (7,844,915) | | |
| Joshua Strickon (7,663,607) | | |
| Marcel Van Os (7,864,163) | | |
| Wayne Westerman (7,812,828) | | |
| Richard Williamson (7,864,163) | | |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Sissie Twiggs | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Advertising of Apple products |
| Tamara Whiteside | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Advertising of Apple products |
| Suzanne Lindbergh | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Appearance of Apple products in popular media |
| Art Rangel | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Damages and irreparable harm to Apple |
| John Brown | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | The mobile phone, tablet and media player markets |
| Phil Schiller | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Apple's iPhone and iPad business |
| Bruce Sewell | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | License negotiations between Apple and Samsung |
| Greg Joswiak | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | iPod, iPhone & iOS product marketing; history and business of Apple |
| Eric Jue | Apple Inc. | iPhone marketing |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| | 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | |
| Stan Ng | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | iPod, iPhone & iOS product marketing |
| Michael Tchao | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | iPad product marketing |
| Mark Buckley | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Damages and irreparable harm to Apple |
| Richard Lutton | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Prosecution and licensing of Apple's patents-in-suit; license negotiations between Apple and Samsung |
| Boris Teksler | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | License negotiations between Apple and Samsung; Apple's licensing practices |
| Jason Shi | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | UMTS implementation in Apple products |
| Morgan Grainger | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| George Dicker | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 | Design and operation of accused functionality in accused Apple products |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| | [contact through counsel] | |
| Justin Santamaria | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Thomas Alsina | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Curt Rothert | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Emilie Kim | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Gregory Chapman | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| William Stewart | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Tony Blevins | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Supply chain for baseband chips incorporated into accused Apple products; identity of baseband chips incorporated into accused Apple products |
| BJ Watrous | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Apple licensing and licenses |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| David Singer | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Apple's participation in 3GPP and ETSI |
| Saku Hieta | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Supply chain for baseband chips incorporated into accused Apple products; identity of baseband chips incorporated into accused Apple products |
| Michael Mallie | Blakely, Sokoloff, Taylor & Zafman LLP<br>1279 Oakmead Parkway<br>Sunnyvale, CA 94085 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent No. 6,493,002 |
| Robert Beyers | Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent Nos. 7,469,381 & U.S. 7,684,163 |
| Glenn Kubota | Morrison & Foerster LLP<br>555 West Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent Nos. 7,663,607, 7,812,828 & 7,920,129 |
| James Scheller | Blakely, Sokoloff, Taylor & Zafman LLP<br>1279 Oakmead Parkway<br>Sunnyvale, CA 94085 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent Nos. 7,844,915 & 7,853,891 |
| Tracy-Gene Durkin | Sterne, Kessler, Goldstein, & Fox PLLC<br>1100 New York Avenue<br>Washington, DC 20005 | Prosecution of Apple's design patents-in-suit |
| Inventors of the Samsung Patents-in-Suit, including:<br><br>Joon-Young Cho (7,447,516)<br>Gin-Kyu Choi (7,200,792) | Unknown | Upon information and belief, the Samsung Patents-in-Suit, including, conception, reduction to practice, and inventorship |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Soon-Jae Choi (7,050,410; 7,386,001) | | |
| Sung-ho Eun (7,577,460) | | |
| Youn-Hyoung Heo (7,447,516) | | |
| Joong-Ho Jeong (6,928,604) | | |
| Moon-Sang Jeong (7,698,711) | | |
| Beong-Jo Kim (7,050,410; 7,386,001) | | |
| Hee-Won Kang (7,362,867) | | |
| Hun-Kee Kim (7,200,792) | | |
| Jae-Yoel Kim (7,362,867) | | |
| Min-Goo Kim (7,050,410; 7,386,001) | | |
| Noh-Sun Kim (7,200,792) | | |
| Pyung-soo Kim (7,079,871) | | |
| Se-Hyoung Kim (7,050,410; 7,386,001) | | |
| Soeng-Hun Kim (7,675,941) | | |
| Yong-Jun Kwak (7,447,516) | | |
| Young-Bum Kim (7,447,516) | | |
| Hye-Young Lee (7,069,055) | | |
| Hyeon-Woo Lee (7,069,055) | | |
| Ju-Ho Lee (7,447,516) | | |
| Jun-Sung Lee (7,200,792) | | |
| Young-Hwan Lee (7,386,001) | | |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Yong-Suk Moon (7,200,792) | | |
| Chang-Soo Park (6,928,604) | | |
| Hyuk-soo Son (7,456,893) | | |
| Himke Van Der Velde (7,675,941) | | |
| Gert-Jan Van Lieshout (7,675,941) | | |
| Jae-Seung Yoon (7,200,792) | | |
| Rocco S. Barrese | Upon information and belief:<br><br>Dilworth & Barrese, LLP<br>1000 Woodbury Road<br>Suite 405<br>Woodbury, NY 11797 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,577,460 |
| Michael A. Bush | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,079,871 |
| Simon G. Booth | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW<br>Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| Frank Chau | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,069,055 |
| Peter G. Dilworth | Upon information and belief:<br><br>Dilworth & Barrese, LLP<br>1000 Woodbury Road<br>Suite 405<br>Woodbury, NY 11797 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,069,055 and 7,577,460 |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| George C. Eckert | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. 7,698,711 |
| Paul J. Farrell | Upon information and belief:<br>The Farrell Law Firm, P.C.<br>290 Broadhollow Road, Suite 210E<br>Melville, New York 11747 | Upon information and belief, the prosecution of Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,050,410, 6,928,604, 7,200,792, 7,362,867, 7,386,001, 7,069,055, & 7,577,460 |
| John E. Holmes | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW Suite 600 Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,675,941, 7,698,711, and 7,447,516 |
| Blandon S. Bludau | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. 7,698,711 |
| Dana D. Ivey | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| Peter L. Kendall | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Stacy J. Longanecker | Upon information and belief:<br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |

APPLE INC.'S FIRST AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES                    CASE NO. 11-CV-01846-LHK
11

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Jundong Ma | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW<br>Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Christian C. Michel | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW<br>Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| David R. Morris | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,456,893 |
| Michael J. Musella | Upon information and belief:<br><br>Dilworth & Barrese, LLP<br>1000 Woodbury Road<br>Suite 405<br>Woodbury, NY 11797 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,200,792, 6,928,604, 7,362,867, 7,386,001, and 7,577,460 |
| Raymond B. Persino | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Brian C. Rupp | Upon information and belief:<br><br>Drinker Biddle & Reath LLP<br>191 N. Wacker Dr., Ste. 3700<br>Chicago, IL 60606-1698 | The prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,456,893 |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Maeng-Ho Shin | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Michael D. Stein | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,079,871 |
| Daniel E. Tierney | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,200,792, 6,928,604, and 7,069,055 |
| Stanislav Torgovitsky | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP 1300 19th Street, NW Suite 600 Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| Richard A. Wulff | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,456,893 |
| Seung Ho Ahn | Believed to be a current Samsung employee | License negotiations between Apple and Samsung |
| JY Lee | Believed to be a current Samsung employee | License negotiations between Apple and Samsung |
| Kwang Jun Kim | Believed to be a current Samsung employee | License negotiations between Apple and Samsung |
| Employees of Infineon Technologies AG, Intel Mobile Communications GmbH and/or Intel Corporation | Infineon Technologies AG Am Campeon 1-12 85579 Neubiberg Germany<br><br>Intel Mobile Communications GmbH Dornacher Strasse 1 Neubiberg, Munich, Germany | UMTS implementation in chips supplied to Apple; any licensing of the Samsung Patents-in-Suit |

APPLE INC.'S FIRST AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES       CASE NO. 11-CV-01846-LHK
13

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
|  | Intel Corporation<br>2200 Mission College Blvd.<br>Santa Clara, CA 95054 |  |

In addition to the individuals identified above, the following individuals may have discoverable information: (i) persons deposed during this litigation and persons identified during such depositions; (ii) persons identified in Samsung's Initial Disclosures; and (iii) other individuals at Samsung.

Apple will identify any testifying expert witnesses as required by Rule 26(a)(2) and any applicable Local Rule or order of the Court.

## II.     DESCRIPTION OF DOCUMENTS [Fed. R. Civ. P. 26(a)(1)(A)(ii)]

Apple identifies the following documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claims and defenses (unless solely for impeachment). Concurrently with service of these Initial Disclosures, Apple is producing to Samsung documents in its possession relating to one or more of these categories.

- File histories and prior art references cited by the U.S. Patent and Trademark Office during prosecution of the Apple patents asserted in the Amended Complaint
- Documents, prototypes, and source code reflecting the conception and reduction to practice of the inventions claimed in the Apple patents asserted in the Amended Complaint
- Documents reflecting Samsung's willful infringement of the Apple patents asserted in the Amended Complaint
- Documents reflecting the damages and irreparable harm resulting from Samsung's willful infringement of the Apple patents asserted in the Amended Complaint

APPLE INC.'S FIRST AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES                    CASE NO. 11-CV-01846-LHK

1           • File histories for the trade dress and trademark registrations asserted in the
2              Amended Complaint
3           • Documents reflecting the selection of the trademarks asserted in the Amended
4              Complaint
5           • Prior art to the Samsung Patents-in-Suit
6           • File histories of the Samsung Patents-in-Suit
7           • Documents depicting the design, structure, and operation of accused functionality
8              or components of the Apple products accused of infringing the Samsung Patents-
9              in-Suit ("accused Apple products")
10          • Documents sufficient to show various financial information for the accused Apple
11             products
12          • Documents reflecting license negotiations between Apple and Samsung

Apple reserves the right to object to the production of documents on any basis, including that the information sought: (i) is not relevant; (ii) is protected from disclosure by an applicable privilege, doctrine, or immunity; (iii) would be unduly burdensome or expensive to produce; (iv) contains third party confidential information and cannot be produced without that party's notification and consent; or (v) constitutes proprietary or trade secret information that should not be produced before an appropriate protective order has been entered.

Apple' investigation for discoverable information that it may use to support its claims or defenses in this litigation is ongoing. Apple also may rely on documents that are produced by any party to this litigation, including Apple itself and Samsung.

## III.     COMPUTATION OF DAMAGES [Fed. R. Civ. P. 26(a)(1)(A)(iii)]

Pursuant to Rule 26(a)(1)(A)(iii), Apple intends to seek an accounting for damages, enhanced or treble damages for Samsung's deliberate and willful infringement, and pre- and post-judgment interest, in addition to a preliminary and permanent injunction. However, the amount of damages arising from Samsung's willful infringement is not ascertainable at this time, some or all of the injuries are ongoing, and the computation of damages may require discovery

and expert testimony. Apple also claims damages as a result of Samsung's anticompetitive conduct and unlawful business acts and practices, including its failure to offer Apple a license on fair, reasonable and non-discriminatory (FRAND) terms to Samsung's claimed standards-essential patents. In addition, pursuant to Section 4 of the Clayton Act and/or Section 16750 of the California Business and Professions Code, Apple is entitled to treble the amount of its actual damages suffered as a result of Samsung's conduct and all reasonable attorneys' fees and costs.

Apple does not believe that Samsung has suffered any damages as a result of any conduct by Apple. Apple intends to seek its attorneys fees and costs and other relief as is deemed appropriate. These fees and costs and amount of any other relief that may be deemed appropriate are not susceptible to calculation at this time.

## IV.     INSURANCE AGREEMENTS [Fed. R. Civ. P. 26(a)(1)(A)(iv)]

Apple is currently unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse Apple for payments made to satisfy such a judgment.

Dated: March 4, 2012                                      MORRISON & FOERSTER LLP

By:     /s/ Michael A. Jacobs
          Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

Dated: March 4, 2012                                      WILMER CUTLER PICKERING
                                                                              HALE AND DORR LLP

By:     /s/ Mark D. Selwyn
          Mark D. Selwyn

Attorneys for Plaintiff
APPLE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 4, 2012 by e-mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*/s/ Mia Mazza*
Mia Mazza