CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HAN-YEOL RYU IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:  June 26, 2012<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

PUBLIC REDACTED VERSION

# DECLARATION OF HAN-YEOL RYU

I, Han-Yeol Ryu, declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. [REDACTED]

3. [REDACTED]

4. [REDACTED]

1   5.   ███████████████████████████████████████
2   ███████████████████████████████████████████
3   ███████████████████████████████████████████
4   ███████████████████████████████████████████
5   ███████████████████████████████████████████
6   6.   ███████████████████████████████████████
7   ███████████████████████████████████████████
8   ███████████████████████████████████████████
9   ███████████████████████████████████████████
10  ███████████████████████████████████████████
11  ███████████████████████████████████████████
12  █████████.
13  7.   ███████████████████████████████████████
14  ███████████████████████████████████████████
15  ███████████████████████████████████████████
16  ███████████████████████████████████████████
17  ███████████████████████████████████████████
18  ███████████████████████████████████████████
19  █████████████████████████████████████████.
20  8.   ███████████████████████████████████████
21  ███████████████████████████████████████████
22  ███████████████████████████████████████████
23  ███████████████████████████████████████████
24  ███████████████████████████████████████████
25  ███████████████████████████████████████████
26  ███████████████████████████████████████████
27  ███████████████████████████████████████████
28



9.

10.

11.

12.

1 █
2 █
3 █
4 █
5 █
6 █
7 █
8   13. █
9 █
10 █
11 █
12 █
13   14. █
14 █
15 █
16 █

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 24 of May, 2012, in Seoul, Republic of Korea.

Han-Yeol Ryu