1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100

9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17              UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK (PSG)

               Plaintiff,                       **DECLARATION OF IOI LAM IN**
20                                              **SUPPORT OF SAMSUNG'S OPPOSITION**
       vs.                                      **TO APPLE'S MOTION FOR ADVERSE**
21                                              **INFERENCE JURY INSTRUCTIONS**
   SAMSUNG ELECTRONICS CO., LTD., a
22 Korean business entity; SAMSUNG             Date:
   ELECTRONICS AMERICA, INC., a New           Time:     10:00 a.m.
23 York corporation; SAMSUNG                   Place:    Courtroom 5, 4th Floor
   TELECOMMUNICATIONS AMERICA,                 Judge:    Hon. Paul S. Grewal
24 LLC, a Delaware limited liability company,

25              Defendants.
                                               FILED UNDER SEAL
26                                             PUBLIC REDACTED VERSION

27

28

02198.51855/4776929.1                          Case No. 11-cv-01846-LHK (PSG)

## DECLARATION OF IOI LAM

1.     I make this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 28th of May, 2012, in San Jose, California.

Ioi Lam