CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF SE-HYUN CHO*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 28, 2012

_____

Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SE-HYUN CHO IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:    June 26, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**FILED UNDER SEAL**

PUBLIC REDACTED VERSION

Case No. 11-cv-01846-LHK
SE-HYUN CHO DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

# DECLARATION OF SE-HYUN CHO

I, Se-Hyun Cho (조세현), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. ███████████████████████████████████████████████████████████████████

3. ███████████████████████████████████████████████████████████████████

4. ███████████████████████████████████████████████████████████████████

5. ███████████████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the ___ of May, 2012, in Suwon-Si, Republic of Korea.

_____
Se-Hyun Cho (조세현)

PURSUANT TO PROTECTIVE ORDER

미 연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인, | 사건번호. 11-cv-01846-LHK |
| 원고, | **삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기** |
| 대. | |
| 삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어 유한책임회사, | 날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정 |
| 피고. | 판사: 폴그리월(Paul S. Grewal) 판사님 |

**봉인된 비공개 제출**

**조세현(SE-HYUN CHO) 진술인의 진술서**

본인 조세현(Se-Hyun Cho)은 다음과 같이 진술합니다.

1. 본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2. ███████████████████████████████

-2-                                          Case No. 11-cv-01846-LHK
_____'S DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

1 █████████████████████████████████████████

2   3. ██████████████████████████████████████

3 ████████████████████████████████████████

4 

5   4. ██████████████████████████████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████████

8 ███

9   5. ████████████████████████████████████

10 

11 █████████████████████

12

13 저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고

14 정확함을 진술합니다.  2012 년 5 월 ____일 대한민국 수원시에서 작성함.

조세현 (Se-Hyun Cho)