CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled ***DECLARATION OF SUNG SIK LEE*** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 29, 2012

_____

Alex N. Jo, Translator

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SUNGSIK LEE IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:   June 26, 2012<br>Time:   10:00 a.m.<br>Place:  **Courtroom 5, 4th Floor**<br>Judge:  Hon. Paul S. Grewal |

**FILED UNDER SEAL**
PUBLIC REDACTED VERSION

## DECLARATION OF SUNGSIK LEE

I, SungSik Lee (이성식), hereby declare as follows:

1. I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.

2. ███████████████████████████████████████████████████████████████████████████████████

3. ███████████████████████████████████████

4. ███████████████████████████████████████████████████████████████████████████████████

5. ███████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the ___ of May, 2012, in Seoul, Republic of Korea.

_____/S/_____
SungSik Lee (이성식)

PURSUANT TO PROTECTIVE ORDER

미연방법원

북가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인, | 사건번호. 11-cv-01846-LHK |
| 원고, | **삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기** |
| 대 | |
| 삼성전자주식회사, 한국 사업 법인; 에스이에이(SEA), 뉴욕 법인; 에스티에이(STA), 델라웨어 유한책임회사, | 날짜: 2012 년 6월 26일<br>시간: 오전 10시<br>장소: 4층 5호실 법정 |
| 피고. | 판사: 폴그리월(Paul S. Grewal) 판사님 |

봉인된 비공개 제출

이성식(SUNGSIK LEE) 진술인의 진술서

본인 이성식(SUNGSIK LEE)은 다음과 같이 진술합니다.

1. 본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2. ████████████████

1  █████████████████████████████████████
2
3      3.  ███████████████████████████████
4
5      4.  ███████████████████████████████
6  █████████████████████████████████████
7
8  █████████████████████████████████
9
10     5.  ███████████████████████████████
11 █████████████████
12
13     저는 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고
14
15 정확함을 진술합니다.  2012 년 5 월 29일 대한민국 서울에서 작성함.
16
17
18                                                    _____
19
20                                                    이성식 (SungSik Lee)