CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

# CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled **DECLARATION OF WOOUP KWON** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

Date: May 25, 2012

_____

Alex N. Jo, Translator

WOOUP KWON DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
PURSUANT TO PROTECTIVE ORDER

1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3   San Francisco, California 94111
   Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5     Kevin P.B. Johnson (Bar No. 177129)
     kevinjohnson@quinnemanuel.com
6     Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8   Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
     Michael T. Zeller (Bar No. 196417)
10    michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
   Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16             UNITED STATES DISTRICT COURT

17     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20         Plaintiff, | **DECLARATION OF WOOUP KWON IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE** |
| 21     vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date:**    **June 26, 2012** <br> **Time:**   **10:00 a.m.** |
| 25 | **Place:**  **Courtroom 5, 4th Floor** <br> **Judge:**  **Hon. Paul S. Grewal** |
| 26        Defendant. | |

27              **FILED UNDER SEAL**
               PUBLIC REDACTED VERSION

28

## DECLARATION OF WOOUP KWON

I, Wooup Kwon (권우업), hereby declare as follows:

1.      I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.    I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could testify competently thereto.



/ / /

/ / /

/ / /

WOOUP KWON DECL. ISO OPP. TO APPLE'S MOT. FOR ADVERSE INFERENCE JURY INSTRUCTIONS

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    Executed on the _25th_ of May, 2012, in Suwon-Si, Republic of Korea.

_____
Wooup Kwon (권우업)

미 연방법원

복가주 지원, 새너제이 지부 법정

| | |
|---|---|
| 애플사, 캘리포니아 법인,<br><br>       원고,<br><br>  대.<br><br>삼성전자주식회사, 한국 사업 법인;<br>에스이에이(SEA), 뉴욕 법인;<br>에스티에이(STA), 델라웨어<br>유한책임회사,<br><br>       피고. | 사건번호. 11-cv-01846-LHK<br><br>**삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기**<br><br>날짜: 2012월 6월 26일<br>시간: 오전 10시<br>장소: 4층 제5호실 법정<br>판사: 폴그리월(Paul S. Grewal) 판사님 |

**봉인된 비공개 제출**

**권우업(Wooup Kwon) 진술인의 진술서**

본인 권우업(Wooup Kwon)은 다음과 같이 진술합니다.

1.    본인은 삼성측의 증거인멸을 이유로 애플측에서 신청한 바의 삼성에 불리한 추론적 지시사항을 배심원단에 하는 데에 대한 삼성측의 이의 제기를 지원하여 이 진술서를 제출합니다. 본인은 이 진술서에 나와있는 사실을 직접 알고 있으며, 본인이 증인으로 출두 요청을 받을 경우, 그 사실에 대하여 확실하게 증언할 능력과 의향이 있습니다.

2.    ███████████████████████████████████████

████████████████████████████████████████████████



본인은 미국법에 따른 위증 관련 처벌을 인지한 상태에서 상기 내용이 진실이고 정확함을 진술합니다.    2012 년 5 월 _25_일 대한민국 수원시에서 작성함.

_____

권우업 (Wooup Kwon)