1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                 UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21              Plaintiff, | **DECLARATION OF RAYMOND WARREN IN SUPPORT OF SAMSUNG'S** |
| 22         vs. | **OPPOSITION TO APPLE'S MOTION FOR ADVERSE INFERENCE JURY** |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **INSTRUCTIONS** |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26              Defendant. | |

27
                                                                    Case No. 11-cv-01846-LHK
28
**DECLARATION OF RAYMOND WARREN IN SUPPORT OF SAMSUNG'S
OPPOSITION TO APPLE'S MOTION FOR ADVERSE INFERENCE JURY
INSTRUCTIONS**

## DECLARATION OF RAYMOND WARREN

I, Raymond Warren, declare:

1. I make this declaration in support of Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

2. I am employed by UBIC, North America, Inc. ("UBIC") as Vice President of Client Services and the acting Project Manager for the said Matter.

3. UBIC has been hired by Samsung Electronics Corporation to image hard drives, process files so that they are available for review by attorneys, and process files for production in this matter.

4. At the instruction of Quinn Emanuel and under the supervision of employees of Samsung Electronics Corporation ("SEC"), employees of UBIC, Inc. performed a forensic data collection from the workstation hard drive of Joon Il Choi, an employee of SEC.

5. On March 1, 2012, at the instruction of Quinn Emanuel, UBIC created a production, as directed by Quinn Emanuel, from certain files from the image of Joon Il Choi's work station hard drive.

6. In May 2012, it was discovered that one password-protected .pst file from the image of Joon Il Choi's work station hard drive had not been processed for review.

7. UBIC immediately worked diligently to obtain the password and process the .pst file. After the review of the files by attorneys, UBIC created a production of certain files contained within the .pst file.

8. On May 25, 2012, UBIC created a production, containing 1989 files from the .pst file of Joon Il Choi. Of these files 565 were duplicates of files that have been produced previously from other custodians in this case.

-1-

Case No. 11-cv-01846-LHK

02198.51855/4778917.1

1  I declare under penalty of perjury that the foregoing is true and correct. Executed in Costa
2  Mesa, California on May 28, 2012.

By _____
Raymond Warren
Vice President of Client Services
UBIC North America