UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS** |

On May 1, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion For Adverse Inference Jury Instructions Based on Samsung's Spoliation of Evidence (Docket No. 895).   Samsung filed its Opposition to this motion on May 29, 2012

Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby DENIES Apple's Motion For Adverse Inference Jury Instructions in its entirety.

1  **IT IS SO ORDERED.**

3  DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge