QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa St., 10th Floor, Los Angeles, California 90017.

On May 30, 2012, I served true copies of un-redacted versions of the following documents:

1. Samsung's Opposition to Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence ("Opposition");
2. Exhibits 1, 4-30, and 32-33 to the Declaration of Thomas Watson in Support of the Opposition;
3. the Declaration of Sara Jenkins in Support of the Opposition;
4. the Declaration of Alex Binder in Support of the Opposition;
5. Exhibits 1-3 to the Declaration of Alex Binder in Support of the Opposition;
6. the Declaration of Hankil Kang in Support of the Opposition;
7. the Declaration of Don Joo Lee in Support of the Opposition;
8. the Declaration of Giho Ro in Support of the Opposition;
9. the Declaration of Han-Yeol Ryu in Support of the Opposition;
10. the Declaration of Heontae Son in Support of the Opposition;
11. the Declaration of Ioi Lam in Support of the Opposition;
12. the Declaration of Jong-Dae Park in Support of the Opposition;
13. the Declaration of Joo Hyuk Kang in Support of the Opposition;
14. the Declaration of Kang Hyun Lee in Support of the Opposition;
15. the Declaration of Min Cheol Shin in Support of the Opposition;
16. the Declaration of Minhyouk Lee in Support of the Opposition;
17. the Declaration of Nara Cho in Support of the Opposition;
18. the Declaration of Se-Hyun Cho in Support of the Opposition;
19. the Declaration of Sungsik Lee in Support of the Opposition;
20. the Declaration of Won Pyo Hong in Support of the Opposition;
21. the Declaration of Wooup Kwon in Support of the Opposition;

22. the Declaration of Young-Jo Lim in Support of the Opposition;

23. the Declaration of YoungSoon Lee in Support of the Opposition;

24. the Declaration of Kyu Hyuk Lee in Support of the Opposition;

25. the Declaration of Michael Finnegan in Support of the Opposition;

26. the Declaration of Byungil Kim in Support of the Opposition; and

27. the Declaration of M. James Daley in Support of the Opposition

by placing the documents on an FTP site maintained by Quinn Emanuel Urquhart & Sullivan, LLP and sending an email containing credentials to access the FTP site to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

MORRISON & FOERSTER, LLP
AppleMoFo@mofo.com

WILMER CUTLER PICKERING HALE AND DORR LLP
WHAppleSamsungNDCalService@wilmerhale.com

Executed on May 30, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　　  _/s/ Prashanth Chennakesavan_

-3-　　Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.** In compliance with General Order 45 (X)(B), I hereby attest that Prashanth Chennakesavan has concurred in this filing.

DATE: May 30, 2012                               */s/ Victoria Maroulis*