UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br><br>Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung
2  Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") has moved for an order to seal the following documents:
4      The confidential, unredacted version of the Corrected Supplemental Declaration of
5      Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports, and
6      Exhibits 1-5 thereto.
7  Having considered the arguments of the parties and the papers submitted, and GOOD
8  CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to File Under
9  Seal.
10  **IT IS SO ORDERED.**
11
12  Dated: June __, 2012
13                                                HONORABLE PAUL S. GREWAL