HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE EXPERTS** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Opposition");
2. The Declaration of Terry L. Musika, CPA in Support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Musika Declaration");
3. Exhibits A through R and V through AA to the Musika Declaration, which have been designated as confidential as set forth below;
4. The Declaration of John Hauser ("Hauser Declaration");
5. Exhibit A to the Hauser Declaration, which has been designated as confidential as set forth below;
6. Exhibits A through C, E, H, and I, and M through Q to the Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Mazza Declaration"), which have been designated as confidential as set forth below.

Exhibits A, B, K, L, M, W, Y, Z, and AA to the Musika Declaration, Exhibit A to the Hauser Declaration, and Exhibits M through Q to the Mazza Declaration contain information that is highly confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal ("Wheeler Declaration"), filed herewith under seal. It is Apple's policy not to disclose or describe to third parties its confidential financial, trade secrets, or product development information. (Wheeler Declaration ¶ 5.) The Apple-confidential material in these exhibits relates to such confidential information, as detailed in the Wheeler Declaration. (*Id*. ¶¶ 2-5.) This information is highly confidential to Apple. (*Id.*) The information described above could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶ 8.)

Exhibits C, D, E, F, G, H, I, J, N, O, P, Q, R, V, and X to the Musika Declaration, and Exhibits E, H, and I to the Mazza Declaration, contain materials that Samsung has designated as confidential under the protective order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials. Apple also separately submits the Declaration of Mark D. Selwyn in Support of Apple's Motion to File Documents under Seal regarding third party confidential material contained in Exhibit I to the Mazza Declaration.

In addition, the Musika Declaration and Exhibits A, B, L, M, Y, Z, and AA thereto; the Hauser Declaration and Exhibit A thereto, and Exhibits A, B, and Q to the Mazza Declaration contain highly confidential damages- and survey-related expert materials, which the parties have stipulated should be submitted to the Court under seal and not placed on the public record. (Wheeler Decl. ¶ 6.)

Finally, to the extent Apple's Motion and the Musika and Hauser Declarations refer to or discuss the above-referenced materials, they could be used to Apple's disadvantage by competitors if they were not filed under seal, for the same reasons. (*Id.* ¶ 6.)

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: May 31, 2012                     MORRISON & FOERSTER LLP

                                        By:    */s/ Michael A. Jacobs*
                                               MICHAEL A. JACOBS

                                               Attorneys for Plaintiff
                                               APPLE INC.

MOTION TO FILE UNDER SEAL DOCUMENTS RE APPLE'S OPPOSITION TO MOT. TO EXCLUDE EXPERT OPINIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3150856

2