UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE EXPERTS** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal portions of the following documents:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts;
2. The Declaration of Terry L. Musika, CPA in Support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Musika Declaration");
3. Exhibits A-R and V-AA to the Musika Declaration;
4. The Declaration of John Hauser ("Hauser Declaration");
5. Exhibit A to the Hauser Declaration; and
6. Exhibits A, B, I, and M-Q to the Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  Hon. Lucy H. Koh
                                  United States District Judge