HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |

1    I, MIA MAZZA, declare as follows:

2    I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.

3    ("Apple") in this action.  I am licensed to practice law in the State of California and admitted to

4    practice before this Court.  I submit this declaration in support of Apple's Opposition to

5    Samsung's Motion To Exclude Opinions of Certain of Apple's Expert Witnesses.  Unless

6    otherwise indicated, I have personal knowledge of the matters stated herein or understand them to

7    be true from members of my litigation team.  If called as a witness, I would testify to the facts set

8    forth below.

9    **Terry Musika**

10    1.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the

11    transcript of the May 14, 2012 deposition of Terry Musika.

12    2.    Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the

13    transcript of the May 12, 2012 deposition of Michael J. Wagner.

14    3.    Attached hereto as **Exhibit C** is a true and correct copy of Apple's Responses to

15    Samsung Interrogatory No. 7.

16    **Henry A. Urbach**

17    4.    Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the

18    transcript of the April 19, 2012 deposition of Henry A. Urbach.

19    **Susan Kare**

20    5.    Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the

21    transcript of the April 27, 2012 deposition of Susan Kare.

22    6.    Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript

23    of the April 27, 2012 deposition of Russell Winer.

24    **Michael Walker**

25    7.    Attached hereto as **Exhibit G** is a true and correct copy of the ETSI IPR Policy,

26    produced by Samsung as Bates No. S-ITC-003356259 through S-ITC-003356266.

27    8.    Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the

28    transcript of the March 6, 2012 testimony of Samsung executive Jun Won Lee.

**Richard L. Donaldson**

9.      Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the transcript of the May 2, 2012 testimony of Apple expert Richard L. Donaldson.

10.     Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the Rebuttal Report of Erik Stasik, dated April 17, 2012.

**John Hauser**

11.     Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the transcript of the April 27, 2012 deposition of John Hauser.

12.     Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the transcript of the April 24, 2012 deposition of Ramamirtham Sukumar.

13.     Attached hereto as **Exhibit M** is a true and correct copy of the Expert Report of Karan Singh, PhD dated March 22, 2012.

14.     Attached hereto as **Exhibit N** is a true and correct copy of the Expert Report of Ravin Balakrishnan, PhD dated March 22, 2012.

15.     Attached hereto as **Exhibit O** is a true and correct copy of the Rebuttal Expert Report of Ravin Balakrishnan, PhD dated April 16, 2012.

16.     Attached hereto as **Exhibit P** is a true and correct copy of the Expert Report of Michel Mahabariz, PhD dated March 22, 2012.

17.     Attached hereto as **Exhibit Q** is a true and correct copy of the Expert Report of Terry Musika, CPA dated March 22, 2012.

18.     Attached hereto as **Exhibit R** is a true and correct copy of the table titled "Summary of Expert Report and Patent Language Supporting Dr. Hauser's Descriptions of Patented Features."

19.     Attached hereto as **Exhibit S** is a true and correct copy of excerpts of U.S. Patent No. 7,864,163.

20.     Attached hereto as **Exhibit T** is a true and correct copy of excerpts of U.S. Patent No. 7,663,607.

Mazza Decl. ISO Opp. to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts
Case No. 11-cv-01846-LHK (PSG)
sf-3150824

2

1

21.     Attached hereto as **Exhibit U** is a true and correct copy of excerpts of U.S. Patent

2   No. 7,844,915.

3

22.     Attached hereto as **Exhibit V** is a true and correct copy of excerpts of U.S. Patent

4   No. 7,469,381.

5

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st

6   day of May, 2012, at San Francisco, California.

7

8                                                   */s/ Mia Mazza*
                                                    Mia Mazza

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAZZA DECL. ISO OPP. TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS
CASE NO. 11-cv-01846-LHK (PSG)
sf-3150824

3

1

**ATTESTATION OF E-FILED SIGNATURE**

2   I, MICHAEL A. JACOBS, am the ECF User whose ID and password are being used to

3   file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Mia Mazza

4   has concurred in this filing.

5   Dated:  May 31, 2012                                   */s/  Michael A. Jacobs*

6                                                                          Michael A. Jacobs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28