# Exhibit D

1

2              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION

4

   APPLE INC., a California        )
5  Corporation,                    )
                                   )
6                      Plaintiff,  )
                                   )
7             v.                    )   No: 11-CV-01846-LHK
                                   )
8  SAMSUNG ELECTRONICS CO., LTD,   )
   a Korean business entity;       )
9  SAMSUNG ELECTRONICS AMERICA,    )
   INC., a New York corporation;   )
10 SAMSUNG TELECOMMUNICATIONS      )
   AMERICA, LLC, a Delaware        )
11 Limited liability company       )
                                   )
12                     Defendants. )
   _____ )

13

14      * H I G H L Y   C O N F I D E N T I A L  *

15  * ATTORNEYS' EYES ONLY - PURSUANT TO PROTECTIVE ORDER*

16             VIDEOTAPED DEPOSITION OF

17               HENRY A. URBACH

18              New York, New York

19            Thursday, April 19, 2012

20

21

22

23

24 Reported by:
   ANNETTE ARLEQUIN, CCR, RPR, CLR
25 JOB NO. 48724

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2          THE VIDEOGRAPHER:  This is the tape

3      labeled No. 1 of the videotaped deposition

4      of Henry Urbach in the matter of Apple Inc.

5      versus Samsung Electronics Company Limited.   10:07AM

6          We are now going on the record.  The

7      time is 10:07 a.m.

8          Counsel will state their appearances

9      for the record.

10         MR. ARNOLD:  I'm Brett Arnold from      10:07AM

11     Quinn Emanuel for Samsung.

12         MS. HAGBERG:  Karen Hagberg, Morrison

13     & Foerster, for Apple.

14         THE VIDEOGRAPHER:  Will the court

15     reporter please swear in the witness.        10:07AM

16              *         *         *

17  H E N R Y   U R B A C H,  called as a

18      witness, having been duly sworn by a

19      Notary Public, was examined and testified

20      as follows:                                 10:08AM

21  EXAMINATION BY

22  MR. ARNOLD:

23     Q.   Good morning.

24     A.   Good morning.

25     Q.   Thank you for coming.                   10:08AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       the question and have given your best testimony.

3       Is that fair?

4           A.    Yes.

5           Q.    Is there anything you know of that          10:09AM

6       might prevent you from giving your best

7       testimony today?

8           A.    No.

9           Q.    If you need a break at any time, just

10      let me know, the one exception being if I've         10:09AM

11      asked a question that you haven't answered yet.

12      Is that fair?

13          A.    Yes.

14          Q.    And what is your home address?

15          A.    806 Ponus Ridge Road, New Canaan,           10:09AM

16      Connecticut, 06840.

17          Q.    And do you have a business address as

18      well?

19          A.    I do.  The Glass House, 199 Elm

20      Street, New Canaan, Connecticut, 06840.              10:09AM

21          Q.    And Mr. Urbach, what is the highest

22      level of education that you've reached?

23          A.    I have two master's degrees.

24          Q.    And where did you get those master's

25      degrees from?                                        10:09AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2        A.    My first is a master of architecture

3   from Columbia University in 1990.

4             My second is a master of arts in

5   history and theory of architecture from                 10:10AM

6   Princeton, 1995.

7        Q.    Okay.  So let me ask you first about

8   the Princeton master of arts.

9             How long did you attend Princeton for

10  that degree?                                            10:10AM

11       A.    For that degree, three years.

12       Q.    Three years.

13            And you said it was a master of arts

14  in history and theory of architecture.

15       A.    Correct.                                      10:10AM

16       Q.    What type of coursework did you take

17  for that program?

18       A.    There were seminars related to

19  history and theory of architecture.  There was a

20  yearlong seminar on the idea of representation,         10:10AM

21  which I think formed some of the intellectual

22  basis of my report.

23       Q.    And when you say the idea of

24  representation, is that in the context of

25  architecture?                                           10:10AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       A.    It's in the context of things that we

3   make, culture, which is to say that things

4   represent ideas, values.  They re-present the

5   ideas and values that inform them.  It's a way        10:11AM

6   of reading objects.

7       Q.    Okay.  So just to be -- maybe I'm new

8   to the subject.  It would include architectural

9   objects, buildings, et cetera, as well as

10  smaller objects that might fit inside this room,      10:11AM

11  for instance?

12      A.    Very much so.  From buildings to

13  furniture, to urban spaces, to products.  It's a

14  theoretical framework that allows one to

15  interpret objects of any scale in this way.           10:11AM

16      Q.    And did you focus on any particular

17  type of objects in that seminar?

18      A.    In that seminar we were primarily

19  looking at architectural spaces, but not only.

20      Q.    But primarily architectural spaces.         10:12AM

21  When you say architectural spaces, do you mean

22  interior spaces?

23      A.    Interior, exterior, urban.  Again,

24  the specificity of the object isn't what's at

25  stake as much as the framework used to              10:12AM

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2      interpret.

3          Q.    Was there a particular framework that

4      you studied, particular framework of

5      interpretation that you studied?                    10:12AM

6          A.    I don't understand the question.

7          Q.    I'm sorry.  You just mentioned that

8      it wasn't so much the object, what was at stake,

9      as much as the framework used to interpret it.

10     And I was just wondering if there was a             10:12AM

11     particular framework of interpretation that you

12     were taught or --

13         A.    Well, in theoretical and historical

14     work, you have an object of study and you have a

15     method of analysis, and this idea of               10:13AM

16     representation or re-presenting concepts through

17     forms is the framework that I studied, not only

18     in that seminar, but also as an undergraduate

19     and in subsequent work.

20         Q.    Can you think of any examples of          10:13AM

21     concepts that were represented through forms

22     that you studied in that seminar?

23         A.    Power is the classic one.  One can,

24     for example, look at monumental architectural

25     form to understand the effects of power, but one   10:13AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       can also look at other kinds of objects to

3       understand the presence of different values,

4       even radically different values.

5           Q.    Do you have any examples of different      10:14AM

6       values?

7           A.    Yes.  They're innumerable.  There is

8       as many as there are objects in the world.

9           Q.    Just as a for instance -- I'm new to

10      the subject so I'm just interested to know what    10:14AM

11      types of values you were studying.  If you have

12      maybe just a few examples, that would be

13      helpful.

14          A.    I did some research on advertising

15      light in Paris between 1925 and '37, which is to   10:14AM

16      say the introduction of neon and electrical

17      signage into a metropolis, and I was interested

18      in the way that these lights, advertising signs,

19      for example, were typically described as

20      feminine.  People would talk about Paris in        10:14AM

21      those days as an aging starlet who wore too much

22      make-up, for example.

23              And my interpretation of that

24      discursive condition was to say that there was

25      actually a larger instability about gender,        10:15AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       about the relationship of men and women in the

3       Post World War I period that was being displaced

4       onto a discussion of urban form.

5           Q.    Interesting.  So there was sort of a          10:15AM

6       metanarrative going on that was transferring

7       from cultural happenings to the forms you were

8       studying?

9           A.    I'm not sure what you mean by

10      metanarrative, but what I'm talking about is a       10:15AM

11      framework for interpreting cultural artifacts.

12          Q.    Okay.  Moving on from that, did you

13      study anything else during your time at

14      Princeton?

15          A.    Yes.                                          10:15AM

16          Q.    And what was that?

17          A.    My other coursework.  There was

18      coursework on concept of privacy and publicity.

19      There was coursework on landscape architecture,

20      gardens.                                               10:16AM

21              Much of the work was independent

22      actually, and so, for example, the project I was

23      describing on nocturnal light was central to

24      what I studied.

25          Q.    Anything else you can remember?             10:16AM

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2         A.    From that particular program?

3         Q.    Yes.

4         A.    You know, it's quite some time ago,

5    so I could certainly fill in the record with a        10:16AM

6    complete list of coursework, but it's not what's

7    at the forefront of my mind right now.

8         Q.    Sure.  And that's fine.

9              And just as a general matter, I

10   wouldn't want you to speculate if you can't           10:16AM

11   remember something.

12             So let's move on to your time at

13   Columbia University.  And you said you graduated

14   there with a master's in architecture in 1990;

15   is that correct?                                       10:17AM

16        A.    Correct.

17        Q.    And how long did you attend Columbia

18   University?

19        A.    Three years.

20        Q.    Three years as well.                        10:17AM

21             And what did you study while you were

22   there?

23        A.    That is a professional degree which

24   combines design studio work, which is the

25   primary basis of that program, so a tremendous        10:17AM

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2      amount of time designing objects, buildings,

3      spaces, as well as other courses related to

4      drawing, history and theory, technology.

5              Those were the major areas.            10:17AM

6      Q.    And you mentioned that you spent a

7      tremendous amount of time designing objects.

8      Can you remember any objects that you designed

9      at that time?

10      A.    Well, we were always making models    10:18AM

11      and drawings, which are themselves objects.

12      Again, for specifics of something that is now

13      15 years ago, I would need to get back to you.

14      Q.    So nothing comes to mind, no specific

15      object comes to mind, I take it?             10:18AM

16      A.    There was a housing studio that

17      involved designing elements related to housing

18      at all scales, from the housing block to the

19      building, to interior spaces and elements of the

20      interior.                                    10:18AM

21              There was a music school on the

22      Palisades.

23              My thesis project was a series of

24      urban objects for what was then the divided

25      center of Berlin.                            10:19AM

H. Urbach - Highly Confidential - Attorneys Eyes Only

1         Those are among them.

3      Q.    It sounds like the models then were

4  related to a small-scale version of a larger

5  building you might be planning or --       10:19AM

6      A.    That's correct.

7      Q.    -- conceiving of.

8         Was that the case with all the

9  objects you were making at that time?

10     A.    Largely, yes.  My training is in    10:19AM

11  architecture, not in product or object design,

12  which I think is where you're -- where these

13  questions seem to be going.  So I want to state

14  that.

15     Q.    Sure.  I'm just curious as to, you   10:20AM

16  know, your background and experience.

17     A.    Sure.

18     Q.    Okay.  And then -- let me see.  And

19  moving backwards more in time, where did you

20  attend before you went to Columbia University?  10:20AM

21     A.    I went to Princeton University

22  undergrad, where I have a BA magna cum laude in

23  the history and theory of architecture.

24     Q.    And what years were you there?

25     A.    1980 to '84.                 10:20AM

H. Urbach - Highly Confidential - Attorneys Eyes Only

1

2      Q.    And you can probably guess I'm going

3   to ask you again what you studied at that time.

4   Do you remember any particular coursework you

5   took?                                         10:20AM

6      A.    Sure.  In the first few years, I was

7   trying a number of different things in the way

8   that liberal arts students do, literature,

9   chemistry, Russian language, history of science,

10  and eventually migrated into the architecture    10:21AM

11  department, where again it was a combination of

12  design studio work and history and theory

13  seminars, both in the architecture school and in

14  the art history department.

15     Q.    Do you know any Russian anymore?       10:21AM

16     A.    I know very little Russian.  It's not

17  a language that I have kept up with, but I can

18  read it and say basic things.

19     Q.    That's actually impressive.  I hear

20  it's a very difficult language.                 10:21AM

21         MS. HAGBERG:  I thought you were

22      going to start asking questions in Russian.

23      (Laughter.)

24         MR. ARNOLD:  If I knew Russian, I

25      would.                                      10:21AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2   BY MR. ARNOLD:

3       Q.    So it sounds like after spending some

4   time sampling different coursework, you focused

5   in on architecture.                            10:21AM

6       A.    Yes.

7       Q.    And then the design work, or the

8   studio work rather, that you did was focused on

9   drawings and designs of architectural objects,

10  buildings and the like?                        10:22AM

11      A.    Largely, yes.  We also, for example,

12  did studies of objects like fruits, for example,

13  cutting cross-sections through fruits as a way

14  of developing drawing skills.

15      Q.    Did you take any coursework at that    10:22AM

16  time on industrial design?

17      A.    I did not.

18      Q.    And did you take any coursework on

19  industrial design during your master's programs?

20      A.    I did not.                            10:22AM

21      Q.    Did you take any coursework at any of

22  those schools on product design?

23      A.    I did not.  To the best of my

24  knowledge, they weren't offered at these

25  schools, in fact.  They tend to be offered at   10:22AM

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2         Each has its advantages and limitations.

3              Q.    Interesting.  Thank you.

4                    Moving on to some other types of

5         coursework you might have taken or might not          10:24AM

6         have taken, did you take any coursework at any

7         time on the design of graphical user interfaces?

8              A.    No.

9              Q.    Any coursework on marketing?

10             A.    No.                                          10:24AM

11             Q.    Advertising?

12             A.    No.

13             Q.    Graphic design?

14             A.    No.  Somehow I kept busy, but no.

15                   (Laughter.)                                  10:24AM

16             Q.    Packaging design?

17             A.    Also not.  Certainly none were

18        offered in those areas.

19             Q.    Okay.  So no.

20                   Cultural anthropology?                       10:25AM

21             A.    Yes.

22             Q.    And when did you take courses in

23        that?

24             A.    I remember one course in particular

25        with Natalie Davis, who is a cultural historian        10:25AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       noted for kind of an anthropological approach

3       that focuses on everyday life as the subject

4       matter of historical interpretation.

5           Q.    And where was it that you took that        10:25AM

6       course?

7           A.    At Princeton.

8           Q.    Was that during your undergraduate

9       time?

10          A.    Yes.                                        10:25AM

11          Q.    And do you remember any other courses

12      you took on that subject?

13              MS. HAGBERG:  Objection, vague.

14          A.    I would be happy to fill in the

15      record with a complete list of coursework.          10:25AM

16          Q.    But none come to mind right now?

17          A.    None come to mind right now.  It's 20

18      years ago.

19          Q.    Sure.

20              Did you take any coursework in               10:26AM

21      sociology?

22          A.    Not strictly considered, no.

23          Q.    Any coursework in consumer behavior?

24          A.    No.  That again would not have been

25      offered at a place like Princeton, though the       10:26AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       history and theory courses in architecture and

3       art history encompassed aspects of these fields

4       of inquiry.

5           Q.    And when you say fields of inquiry,       10:26AM

6       are you thinking of any in particular from the

7       ones that I've asked about?

8           A.    Sociology, cultural anthropology, in

9       particular.  In fact, the history and theory of

10      architecture program at Princeton was founded as   10:27AM

11      a kind of project in cultural anthropology.

12          Q.    Can you explain that a little bit

13      more.  I'm not sure I understand that.

14          A.    It goes back to the idea that we've

15      been discussing from the very start, that         10:27AM

16      objects represent ideas and values, and with

17      architecture in particular, since it is largely

18      a social phenomenon, often connected with forms

19      of power and authority, one can understand the

20      dominant values, the dominant ideas, the norms,   10:27AM

21      the habits of a social order through the kinds

22      of buildings and spaces that it constructs.

23          Q.    In any of your coursework, do you

24      remember studying particular companies?

25          A.    My undergraduate thesis was -- the       10:28AM

Page 22

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2      subject matter was theme parks, and I had

3      written a junior paper on Epcot Center.  So

4      Disney in fact was a company that I was very

5      interested in at the time.          10:28AM

6        Q.    And do you remember what your

7      conclusion was in your thesis regarding Disney?

8        A.    That research was about the way in

9      which these artifacts, theme parks, which we

10     tend not to think about very much, we think of   10:29AM

11     them as places you go and have fun, that in fact

12     they were completely loaded and coded with ideas

13     about history, nature, class.

14          In particular, the Disney parks --

15     and I certainly was not the only one, there were  10:29AM

16     other theorists working on this -- were

17     particularly ideological and very much masked

18     the kind of ideological claims they would make,

19     for example, about the supremacy of America in

20     the post-war period, would mask those political  10:29AM

21     claims as a form of entertainment.

22          Sobering, I know, but that's what I

23     was thinking about.

24        Q.    And that was in your time at

25     Princeton as an undergrad?          10:30AM

Page 23

H. Urbach - Highly Confidential - Attorneys Eyes Only

1

2      A.    Yes.

3      Q.    Did you spend much time at that theme

4  park?

5      A.    I did.                                    10:30AM

6      Q.    It's a nice perk.

7      A.    I didn't experience it that way,

8  but...

9            (Laughter.)

10     Q.    So moving on to your employment          10:30AM

11 history, are you currently employed?

12     A.    I am.

13     Q.    And where do you work?

14     A.    I am, as of recently, as of a little

15 more than two weeks, the director of the Glass      10:30AM

16 House in New Canaan, Connecticut.

17     Q.    Oh, just two weeks.  Okay.

18           And what is the Glass House?

19     A.    The Glass House refers to a campus of

20 buildings centered on a building that is also       10:30AM

21 called the Glass House, which is a weekend house

22 built by Philip Johnson in 1949 that was

23 essentially made of glass and achieved a kind of

24 iconic status, not only as a building, but also

25 as a kind of cultural project, insofar as over      10:31AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       the next 50 years, until he passed, the Glass

3       House campus became a center where leading

4       artists, architects, designers, patrons, writers

5       would gather.                                   10:31AM

6               And Philip Johnson left the house in

7       his will to the National Trust for Historic

8       Preservation, who now own it, and I am the

9       director, which is to say that I am responsible

10      for this property, for this site and for its    10:32AM

11      future.

12          Q.   And when you say responsible for this

13      property, do you mean day-to-day operations?

14          A.   Well, we have a staff, some of whom

15      focus on operations and things like             10:32AM

16      groundskeeping and so on.

17              The primary components of my job are

18      maintaining the integrity of the site from a

19      kind of preservation perspective, which includes

20      operations, fundraising, various kind of        10:32AM

21      managerial issues, as well as developing the

22      potential of this site, which since Philip's

23      death has been largely recreated as a house

24      museum for public tours, and my mandate is to

25      restore its influence as a center of culture.    10:33AM

Page 25

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2         Q.    And what type of things are displayed

3    in the house museum?

4         A.    Well, currently it's the house itself

5    and the other roughly dozen buildings,            10:33AM

6    structures on the property.  There are also

7    objects.  Some of the objects and furniture that

8    were there during Philip's lifetime are on

9    display, and Mies van der Rohe furniture,

10   important artworks, artifacts of everyday life.   10:33AM

11         But it's largely set up -- it's

12   something like a period room, where you enter

13   into the space and there's a display of how it

14   might have looked at a moment in time.

15        Q.    And what were you doing prior to       10:34AM

16   working at the Glass House?

17        A.    For about a year I was doing

18   independent projects, both writing and

19   consulting.

20         And prior to that, for about five          10:34AM

21   years, I was curator of architecture and design

22   at the San Francisco Museum of Modern Art.

23         And prior to that, I owned a gallery

24   of contemporary art and architecture in

25   New York.                                         10:34AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2                All the while writing and teaching

3   and occasionally consulting through that entire

4   period of roughly 15 years.

5       Q.    So staying busy, to say the least?      10:35AM

6       A.    A little busy.

7       Q.    And going back to the period just

8   prior to the Glass House, you said you were

9   doing some consulting and writing.

10               What type of consulting were you      10:35AM

11  doing?

12      A.    I was working with a gallery of

13  design objects in San Francisco, helping them

14  develop their program, their identity.  I worked

15  with them for approximately six months.        10:35AM

16               I also consulted with a gallery in

17  New York on the development of an exhibition of

18  drawings.

19               Those were the two primary consulting

20  projects.                                       10:35AM

21      Q.    And those were both galleries.

22               Did you do any consulting with any

23  businesses?

24      A.    No.  You mean apart from galleries?

25      Q.    Apart --                              10:36AM

Page 27

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2         A.    Which also are businesses.

3         Q.    Right.  Yeah, my mistake.  No, that's

4    right.

5         A.    And I was writing as well, and it was        10:36AM

6    during that period that I wrote the essay on

7    Apple stores that I believe is in the exhibit or

8    appended to my report.

9         Q.    Okay.  So that was written in that

10   time period between when you worked at the           10:36AM

11   San Francisco Museum of Modern Art and the Glass

12   House?

13        A.    I believe I started it while still at

14   the museum, but most of the writing happened in

15   the period immediately after.                         10:36AM

16        Q.    Did you do any other writing that you

17   can remember during that time?

18        A.    I did.  Some independent.  Some

19   writing toward a book project on installation

20   architecture.  Some smaller writing projects.        10:37AM

21              I mean I'm frequently writing, so...

22        Q.    Then looking at your time at the

23   San Francisco Museum of Modern Art, and first

24   let me ask, is there -- that's kind of a long

25   name.                                                 10:37AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2           Do you refer to it as SFMOMA?

3       A.    That's fine.

4       Q.    So at your time at SFMOMA, you were

5   there from 2006 to 2011; is that correct?          10:37AM

6       A.    Yes.

7       Q.    And what was your job title there?

8       A.    I was curator of architecture and

9   design.

10      Q.    And was that your job title the whole    10:37AM

11  time that you were there?

12      A.    Yes.

13      Q.    And what were your responsibilities?

14      A.    It was an endowed position, so the

15  official title was the Helen Hilton Raiser         10:37AM

16  Curator of Architecture and Design.

17      Q.    And what were your responsibilities?

18      A.    My responsibilities largely divided

19  into three categories; exhibitions, acquisitions

20  and community relations.                           10:38AM

21           In terms of exhibitions, I was always

22  responsible for the dedicated architecture and

23  design galleries, which were about 3,000 square

24  feet on the second floor, and so it was my

25  responsibility to make sure that we had            10:38AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       exhibitions in those spaces.

3               In addition, there was the

4       opportunity to do exhibitions elsewhere in the

5       museum, in particular, a large 7,500-square foot          10:38AM

6       exhibition on the museum's fourth floor, which

7       was the lead exhibition of that moment.

8               In terms of acquisitions, it was my

9       responsibility to build the permanent collection

10      by proposing works for purchase or donation that          10:39AM

11      would be reviewed by an accessions committee,

12      then a higher-level committee, and finally the

13      board of trustees, before these works would

14      enter the permanent collection.

15              There were some responsibilities              10:39AM

16      related to the maintenance of the collection,

17      where I would consult with conservators, for

18      example, if an object needed treatment.

19              And then community relations had to

20      do with cultivating donor groups.  We had a            10:39AM

21      group of friends who we would organize programs

22      related to architecture and design, in general

23      kind of building the profile of architecture and

24      design in the community and within the larger

25      field.                                                    10:39AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2            SFMOMA, as you might know, is one of

3   only three major art museums in America to have

4   a department of architecture and design, and it

5   is considered a leader in the field.                10:40AM

6        Q.    Do you remember what the other two

7   museums are?

8        A.    The Museum of Modern Art and the Art

9   Institute of Chicago.

10       Q.    When you say the Museum of Modern       10:40AM

11  Art, that's the one here in New York?

12       A.    In New York, yes.

13       Q.    Now, when you say cultivating donor

14  groups, is that similar to fundraising, or is it

15  different than that?                                10:40AM

16       A.    Well, it generally falls under the

17  category of fundraising.  It's something

18  different from what I do and will be doing at

19  the Glass House.

20            Often what you do as a curator, you      10:40AM

21  try to raise money for your projects, whether

22  they're exhibitions or acquisitions.  So for

23  example, if there's -- there was an acquisition

24  budget each year that came from the donations of

25  the committee members, but sometimes there were    10:41AM

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2      opportunities to acquire things beyond that

3      budget that we felt important for the

4      collection, so we would need to raise additional

5      funds.                                    10:41AM

6              Likewise, with exhibitions, though

7      there was a development department who was

8      largely responsible for raising money, curators

9      are always involved in helping raise money.

10         Q.    And how many exhibits or exhibitions    10:41AM

11     did you help to coordinate?

12         A.    I believe it was somewhere between 12

13     and 15.  We could verify that.

14         Q.    Was there a specific topic or focus

15     on those exhibits, or were they disparate?       10:42AM

16         A.    I think there was a nice range.

17     There were, I believe, five exhibitions from the

18     permanent collection that sought to provide a

19     sort of conceptual framework to objects drawn

20     from the collection, which may have been objects    10:42AM

21     that I brought in or brought in by my

22     predecessors.

23              One exhibition that I think is

24     germane to what we're discussing here today was

25     the major exhibition that I did that I mentioned    10:42AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       earlier, the museum's lead exhibition in that

3       period, which was called How Wine Became Modern,

4       Design and Wine, 1976 to Now, and that was an

5       original and it was said ground-breaking study          10:42AM

6       of the visual and material culture of wine in

7       the period from 1976 to now, 1976 being the year

8       of a watershed event in the world of wine called

9       the Judgment of Paris, where essentially, in

10      very broad strokes, the new world begins to gain        10:43AM

11      a kind of ascendency that it hadn't previously

12      had, and as part of this story, a kind of battle

13      for authority within the world of wine, I became

14      particularly interested in the way that designed

15      objects could confer value.                             10:43AM

16              And by objects, to go back to an

17      earlier discussion we were having, I was looking

18      not only at architecture such as the

19      architecture of wineries, but at wine glasses,

20      wine labels, works of art related to wine,              10:43AM

21      concepts of land use related to wine, such as

22      terroir, popular culture in a sort of cultural

23      anthropological approach, such as news, film and

24      advertising related to wine, all to try to

25      understand how it is that something that might          10:44AM

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2        otherwise have the same status as grape juice or

3        Coca-Cola in fact has a completely different

4        elevated status.

5                And it was my argument that design          10:44AM

6        played a central role in that transformation.

7            Q.    Interesting.

8                And at that time, did you have any

9        exhibits that were devoted to consumer

10       electronics?                                         10:44AM

11           A.    No.  We had some consumer electronics

12       in permanent collection exhibitions.  One in

13       particular, 246 and Counting, was an overview of

14       all of the works that I had brought into the

15       collection during the first roughly                 10:45AM

16       two-and-a-half years of my tenure, and we had

17       some Apple products as well as Bang & Olufsen,

18       as well as other examples of product design,

19       furniture.  We had a bicycle, for example.

20           Q.    And what was the purpose of that           10:45AM

21       exhibit?

22           A.    The exhibition was a kind of

23       meta-exhibition really that was designed to

24       inform the public of how a museum collects,

25       which was a rather distinctive approach.            10:45AM

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2          Usually when curators mount permanent

3  collection shows, especially recent acquisition

4  shows, they're seen as sort of greatest hits or

5  a celebration of what the museum now owns,          10:46AM

6  demonstrations of the museum's power and

7  authority.  Of course it was also that, but

8  there were many things about this exhibition

9  that worked to complicate that idea and to make

10  visible the actual processes by which works come          10:46AM

11  into a collection.

12          So for example, we informed people

13  that, as I just told you, a curator surveys the

14  landscape, decides what he or she thinks is

15  museum worthy, proposes that to a committee.          10:46AM

16  Those decisions are then reviewed, then reviewed

17  and approved by the board of trustees.  These

18  are things that are not common knowledge to the

19  public.

20          Or, for example, discussing some of          10:47AM

21  the conservation issues that attend to acquiring

22  objects.  And we did a cell phone guided tour

23  where, for example, we would talk about issues

24  of when you acquire a consumer electronics, that

25  you need to make decisions about whether you          10:47AM

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2      display them on or off.  If they're displayed

3      on, how do you deal with screen burn over a long

4      period of time.

5              These kinds of -- but it was a very          10:47AM

6      behind-the-scenes look at making an exhibition.

7      Q.    And to maybe go a little deeper into

8      this, what were some of the reasons that you

9      chose to try and bring certain items into the

10     museum?                                               10:48AM

11     A.    It's not exactly a formula, but it's

12     a combination -- one thinks of several things.

13     What one would like to have on hand for

14     exhibitions and what one would like to preserve

15     for posterity.                                        10:48AM

16              Within that the criteria include

17     excellence, which can be formal, material,

18     technical, conceptual excellence.

19              Also responding to what has been

20     collected already.  So for example, trying to        10:48AM

21     fill gaps in a collection or trying to build

22     upon strengths or concentrations.

23              Of course budget plays an issue, as

24     does serendipity.  One doesn't always have

25     access to everything one wants, so one is            10:49AM

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2        responding to what the market makes available.

3                As well in my field, my field was

4        rather -- my purview was rather broad, insofar

5        as architecture and design, as defined at          10:49AM

6        SFMOMA, includes architecture, product design,

7        industrial design, graphic design and furniture.

8        And so I would also try to be balanced and to

9        make sure that all parts of the design

10       collection were moving forward, not in every       10:49AM

11       meeting at the same rate, but over the arch of

12       time, to be comprehensive in that way.

13       Q.    And I think you had used the phrase

14       earlier, the phrase "museum worthy."

15               What -- in your opinion, what makes         10:50AM

16       something museum worthy?

17       A.    Again, my first response would be to

18       say there's something ineffable that's not easy

19       to put one's finger on, but it has to do with

20       excellence.  It might have to do with social        10:50AM

21       status.  It might have to do with certain

22       narratives that one is trying to relate with the

23       collection.

24               Generally speaking, works that are

25       exalted in some way are museum worthy and in        10:51AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2       turn become exalted as they enter museums.

3               There are, I should note, other

4       museums that take different approaches.  There

5       are museums that are more concerned with a kind      10:51AM

6       of encyclopedic collecting strategy, trying

7       almost in a kind of time capsule way to capture

8       everything or much of the material culture of

9       the period.

10              In the design fields, that also is a         10:51AM

11      kind of split between museums that are focused

12      on a sort of encyclopedic collection of material

13      culture and those that are concerned with

14      establishing a meaningful relationship between a

15      collection of architecture and design and the       10:52AM

16      other collections that exist in the museum; at

17      SFMOMA, photography, painting and sculpture and

18      new media.

19              What joined us all was an effort to

20      tell a story, to tell a compelling, truthful and    10:52AM

21      meaningful story about culture and its

22      evolution.

23          Q.    Is it the case that -- did you ever

24      acquire any items that you considered to be

25      museum worthy for -- for example, because they       10:52AM

1    H. Urbach - Highly Confidential - Attorneys Eyes Only

2    were a controversial item?

3         A.    I did acquire some controversial

4    items.  I would not say that that was the major

5    reason for acquiring them.                          10:53AM

6         Q.    Then you also said that you were

7    hoping to tell a truthful and meaningful story

8    about culture and its evolution.

9              How did that affect what you

10   acquired?                                           10:53AM

11        A.    It governed my decisions.  I'm not

12   sure...

13        Q.    In what way?

14        A.    Can you rephrase the question?

15        Q.    Sure.                                    10:53AM

16             In telling a truthful and meaningful

17   story about culture and its evolution, did you

18   have any particular criteria for what types of

19   items would tell that story?

20        A.    Generally speaking, I was interested   10:53AM

21   in objects that could be used to reveal this

22   concept of design and its representation, which

23   is to say that -- again, that ideas, habits,

24   norms, values, are represented through objects.

25   That was certainly one dominant strand.           10:54AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2           Another was to locate significant

3   points of intersection between important

4   architecture and design movements and movements

5   in other fields, for example, that the museum          10:54AM

6   was interested in.

7           And then there were also objects that

8   I collected simply -- we collected simply

9   largely because they were first in their class.

10  Sometimes there were also social or kind of          10:54AM

11  anthropological stories that gave objects

12  particular resonance.

13          There was also a strand -- when I

14  mentioned that one collects to consolidate the

15  strengths of a collection, partly because of          10:55AM

16  when SFMOMA began collecting, but also because

17  of the interests of the three curators that

18  preceded me, as well as my own, there is a

19  concentration of experimental and visionary

20  work, for example, what might be called paper          10:55AM

21  architecture, which is a somewhat different

22  approach to museums that are more focused on

23  buildings, documents of buildings, just as an

24  example.

25          Q.   You had mentioned that you had some          10:55AM

1  H. Urbach - Highly Confidential - Attorneys Eyes Only

2      Bang & Olufsen products in the museum?

3          A.    Yes.

4          Q.    And what were some of the reasons why

5      you acquired those?                              10:55AM

6          A.    Bang & Olufsen is one of those

7      companies, and there are a handful of them, who

8      in the 20th century committed to design

9      excellence as integral to their brand identity

10     and became known by the public as a company      10:56AM

11     committed to design.  And the objects were

12     gorgeous.

13         Q.    And when you say design excellence,

14     what do you mean by that phrase?

15         A.    I think in every field of endeavor,     10:56AM

16     experts are able to assert what excellence is.

17     In design, one of the ways to determine that

18     is -- sort of a classic way, I suppose -- is

19     that the relation of form and content has a kind

20     of inevitability to it.                           10:57AM

21             But there are many -- the history of

22     design is full of competing ideas about what

23     makes for excellence.

24             One of the ways that I -- I think we

25     can leave it at that.                             10:57AM

1   H. Urbach - Highly Confidential - Attorneys Eyes Only

2          A.     Likely.

3          Q.     Let me ask you just a few more

4   questions on background-type things and then

5   we'll take a break.                                11:02AM

6          A.     Okay.

7          Q.     Prior to working for SFMOMA, where

8   were you working?

9          A.     I had a gallery in New York called

10  Henry Urbach Architecture.  It was a gallery of    11:02AM

11  contemporary art and architecture.

12         Q.     And how long were you working there?

13         A.     I founded it in late 1995, and did

14  not have a physical space but worked as a kind

15  of freelance curator/dealer until 1998, when I     11:02AM

16  opened my space, and I ran my gallery as a space

17  from 1998 till 2005.

18         Q.     I was having to chase down to the end

19  of the transcript.

20                And was it a gallery, you called it?  11:03AM

21  A.     Yes.

22         Q.     And that gallery was devoted to

23  architecture, as well as works of art?

24  A.     Yes.

25         Q.     And do you have a recollection of     11:03AM

H. Urbach - Highly Confidential - Attorneys Eyes Only

1  what types of exhibits you put, exhibitions that

2  you put on there?

3      A.   Yes.

4      Q.   Do you have an example of one that         11:03AM

5  you did?

6      A.   How shall I choose?  There were -- I

7  did 50 exhibitions when I had my gallery.  What

8  would you like to know?

9      Q.   I mean, was there a general theme to       11:04AM

10 the exhibitions?

11     A.   I found the best artists and

12 architects that I could work with.  Some of

13 them -- there tended to be a good number of

14 installations, environmental strategies for       11:04AM

15 presenting work.

16         But we had photography exhibitions,

17 sculpture, painting, architectural drawing,

18 video.  It ran the gamut in terms of media.  All

19 contemporary with a few modern period            11:04AM

20 exceptions, such as a show of Le Corbusier

21 drawings that I presented.

22     Q.   And did you ever feature examples of

23 consumer electronics products in your

24 exhibitions?                                      11:04AM

1

2                       C E R T I F I C A T E

3       STATE OF NEW YORK        )

4                               : ss.

5       COUNTY OF WESTCHESTER   )

6

7              I, ANNETTE ARLEQUIN, a Notary Public

8              within and for the State of New York, do

9              hereby certify:

10             That HENRY A. URBACH, whose deposition

11             is hereinbefore set forth, was duly sworn

12             by me, and that the transcript of such

13             depositions is a true record of the

14             testimony given by such witness.

15             I further certify that I am not related

16             to any of the parties to this action by

17             blood or marriage; and that I am in no way

18             interested in the outcome of this matter.

19             IN WITNESS WHEREOF, I have hereunto set

20             my hand this 19th day of April, 2012.

21

22             _____

23             ANNETTE ARLEQUIN, CCR, RPR, CLR

24

25