Exhibit L

# In The Matter Of:

*APPLE, INC.*
*v.*
*SAMSUNG ELECTRONICS CO*

_____

*RAMAMIRTHAM SUKUMAR, Ph.D. - Vol. 1*
*April 24, 2012*

_____

## *HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 118

| | | |
|---|---|---|
| 12:13:06 | 1 | that or how to answer that.  For me, it's again, as I |
| 12:13:09 | 2 | said, if the respondents understood that, that's most |
| 12:13:13 | 3 | important. |
| 12:13:23 | 4 | MR. HEYISON:  Anthony, could you give me |
| 12:13:25 | 5 | five minutes to take a break?  I just want to figure |
| 12:13:27 | 6 | out whether I've got anything else for the doctor, and |
| 12:13:30 | 7 | then suggest we do a lunch break. |
| 12:13:34 | 8 | MR. ALDEN:  Yeah.  You want to do lunch now |
| 12:13:36 | 9 | while that happens, or do you want -- |
| 12:13:38 | 10 | VIDEOGRAPHER:  Shall we go off the record? |
| 12:13:40 | 11 | MR. HEYISON:  Yeah. |
| 12:13:40 | 12 | MR. ALDEN:  Let's go off the record. |
| 12:13:40 | 13 | VIDEOGRAPHER:  We're going off the record. |
| 12:13:41 | 14 | The time is 12:12 p.m. |
| 12:13:43 | 15 | (Break taken.) |
| 12:20:09 | 16 | VIDEOGRAPHER:  We're back on the record. |
| 12:20:12 | 17 | The time is 12:19 p.m. |
| 12:20:15 | 18 | BY MR. HEYISON: |
| 12:20:16 | 19 | Q    Doctor, in your conjoint survey why did you |
| 12:20:28 | 20 | limit your questions to the patented features? |
| 12:20:39 | 21 | A    The reason we limited to it is we clearly |
| 12:20:45 | 22 | describe the context in the form of asking the |
| 12:20:50 | 23 | respondent to keep all of the factors constant, and if |
| 12:20:55 | 24 | he did include more factors, this would be a much more |
| 12:21:03 | 25 | complicated task for someone to do.  If you put in |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 119

| | | |
|---|---|---|
| 12:21:06 | 1 | additional features, you're -- it would be just much |
| 12:21:09 | 2 | more difficult for someone to complete it. |
| 12:21:12 | 3 | So conjoint allows us to hold different |
| 12:21:16 | 4 | factors as a fixed, and as a result, we've defined the |
| 12:21:22 | 5 | context for the respondent, asking him to assume |
| 12:21:26 | 6 | that -- you know, assume that these are the only three |
| 12:21:29 | 7 | products available and these are the only features |
| 12:21:31 | 8 | that they are trading off against. |
| 12:21:35 | 9 | Q    And if you only use the features that relate |
| 12:21:38 | 10 | to the patents at issue, don't you run the risk that |
| 12:21:49 | 11 | you're calling attention to only those features and |
| 12:21:51 | 12 | signaling to respondents that they should regard these |
| 12:21:55 | 13 | features as important? |
| 12:21:57 | 14 | MR. ALDEN:  Objection.  Vague and ambiguous. |
| 12:21:58 | 15 | Incomplete hypothetical.  Calls for speculation. |
| 12:22:04 | 16 | A    The mathematical model in the conjoint looks |
| 12:22:08 | 17 | at -- takes into account the fact that there are these |
| 12:22:13 | 18 | other factors that are not included in the model |
| 12:22:16 | 19 | itself, and so there's not an overemphasis from |
| 12:22:19 | 20 | that point of view from the estimation of the |
| 12:22:21 | 21 | utilities, there's not an overestimation as such. |
| 12:22:25 | 22 | Q    Okay.  Now, you included iPhone 4S owners in |
| 12:22:30 | 23 | your survey, correct? |
| 12:22:33 | 24 | A    That's correct. |
| 12:22:34 | 25 | Q    Okay.  And given the fact that the Court |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 120

| 12:22:38 | 1 | recently excluded the iPhone 4S from this case, do you |
| 12:22:49 | 2 | believe that your results, your MVAI and usage results |
| 12:22:56 | 3 | are still properly used in order to provide usage and |
| 12:23:04 | 4 | the market's value of the patented features? |
| 12:23:09 | 5 | MR. ALDEN:  Objection.  Vague and ambiguous. |
| 12:23:11 | 6 | Compound. |
| 12:23:12 | 7 | A    Could you repeat your question because you |
| 12:23:13 | 8 | had multiple things in there. |
| 12:23:15 | 9 | Q    Okay.  I'll break it up, then.  So, Dr. |
| 12:23:19 | 10 | Sukumar, the Court recently excluded the iPhone 4S |
| 12:23:23 | 11 | from this case.  Do you understand that? |
| 12:23:27 | 12 | A    I understand that, but I was not aware of |
| 12:23:29 | 13 | that. |
| 12:23:30 | 14 | Q    Okay.  And now given that the Court has |
| 12:23:36 | 15 | excluded the iPhone 4S, do you believe that your usage |
| 12:23:42 | 16 | results and MVAI results are still properly used to |
| 12:23:51 | 17 | provide percentage uses in the market's value of the |
| 12:23:57 | 18 | patented features for the iPhone products other than |
| 12:24:07 | 19 | the iPhone 4S? |
| 12:24:09 | 20 | MR. ALDEN:  Objection.  Vague and ambiguous. |
| 12:24:13 | 21 | Calls for speculation.  Compound. |
| 12:24:15 | 22 | A    So I'd like for more clarification on the |
| 12:24:17 | 23 | question because you used use and MVAI and a couple of |
| 12:24:21 | 24 | other things in there.  So if you could -- |
| 12:24:22 | 25 | Q    So -- |

5cdf2b30-3c8c-4c6d-82a5-d28193f955ca

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 264

| | | |
|---|---|---|
| 17:43:55 | 1 | And I have the time's up after this |
| 17:43:56 | 2 | question. |
| 17:43:57 | 3 | A    Well, it's clearly pointing to the fact that |
| 17:44:01 | 4 | there is some skewness in the data.  Not having the |
| 17:44:04 | 5 | demographics properly balanced is -- is, you know, |
| 17:44:08 | 6 | it's just an endemic, you know, problem that exists in |
| 17:44:12 | 7 | the data, and that's what it's representing. |
| 17:44:16 | 8 | Q    You could control that, couldn't you?  You |
| 17:44:18 | 9 | didn't have to do the 2010 -- you didn't have to |
| 17:44:21 | 10 | include 2010 sales in the percentage, did you? |
| 17:44:24 | 11 | MR. WALKER:  That's okay.  We're done. |
| 17:44:28 | 12 | MR. OVERSON:  Okay.  I object to the cutting |
| 17:44:29 | 13 | off in the middle of a question. |
| 17:44:35 | 14 | MR. ALDEN:  Don't ask the question, then. |
| 17:44:37 | 15 | VIDEOGRAPHER:  Here marks the end of |
| 17:44:38 | 16 | Volume 1 and Tape No. 6 in the deposition of |
| 17:44:42 | 17 | Dr. Ramamirtham Sukumar.  We're going off the record. |
| 17:44:45 | 18 | The time is 5:44 p.m. |
| 17:45:56 | 19 | (Signature having not been waived, the |
| 17:45:56 | 20 | examination of Ramamirtham Sukumar, Ph.D. concluded at |
| 17:45:56 | 21 | 5:44 p.m.) |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

5cdf2b30-3c8c-4c6d-82a5-d28193f955ca

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 265

| | | |
|---|---|---|
| 17:45:56 | 1 | ACKNOWLEDGMENT OF DEPONENT |
| 17:45:56 | 2 | I, Ramamirtham Sukumar, Ph.D., do hereby |
| 17:45:56 | 3 | acknowledge that I have read and examined the |
| 17:45:56 | 4 | foregoing testimony, and the same is a true, correct |
| 17:45:56 | 5 | and complete transcription of the testimony give by |
| 17:45:56 | 6 | me, and any corrections appear on the attached Errata |
| 17:45:56 | 7 | sheet signed by me. |
| 17:45:56 | 8 | |
| 17:45:56 | 9 | |
| 17:45:56 | 10 | _____          _____ |
| 17:45:56 | 11 | (DATE)                          (SIGNATURE) |
| 17:45:56 | 12 | |
| 16:40:21 | 13 | |
| 17:45:56 | 14 | |
| 17:45:56 | 15 | |
| 17:45:56 | 16 | |
| 17:45:56 | 17 | |
| 17:45:56 | 18 | |
| 17:45:56 | 19 | |
| 17:45:56 | 20 | |
| 17:45:56 | 21 | |
| 17:45:56 | 22 | |
| 17:45:56 | 23 | |
| 17:45:56 | 24 | |
| 17:44:47 | 25 | |

5cdf2b30-3c8c-4c6d-82a5-d28193f955ca

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 266

| | | |
|---|---|---|
| 17:45:56 | 1 | CERTIFICATE OF SHORTHAND REPORTER |
| 17:45:56 | 2 | I, Dawn M. Hart, Registered Professional |
| 17:45:56 | 3 | Reporter, the officer before whom the foregoing |
| 17:45:56 | 4 | proceedings were taken, do hereby certify that the |
| 17:45:56 | 5 | foregoing transcript is a true and correct record of |
| 17:45:56 | 6 | the proceedings; that said proceedings were taken by |
| 17:45:56 | 7 | me stenographically and thereafter reduced to |
| 17:45:56 | 8 | typewriting under my supervision; and that I am |
| 17:45:56 | 9 | neither counsel for, related to, nor employed by any |
| 17:45:56 | 10 | of the parties to this case and have no interest, |
| 17:45:56 | 11 | financial or otherwise, in its outcome. |
| 17:45:56 | 12 | |
| 17:45:56 | 13 | |
| 17:45:56 | 14 | |
| 17:45:56 | 15 | |
| 17:45:56 | 16 | |
| 17:45:56 | 17 | |
| 17:45:56 | 18 | |
| 17:45:56 | 19 | _____ |
| 17:45:56 | 20 | COURT REPORTER |
| 17:45:56 | 21 | |
| 17:45:56 | 22 | |
| 17:45:56 | 23 | |
| 17:45:56 | 24 | |
| 17:45:56 | 25 | |

5cdf2b30-3c8c-4c6d-82a5-d28193f955ca

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 267

1                          NOTARY PUBLIC

2

3              I, David Lane, Notary Public, the

4    officer before whom Ramamirtham Sukumar, Ph.D.

5    appeared, do hereby certify that the foregoing

6    witness personally appeared before me and was

7    duly sworn by me.

8              IN WITNESS WHEREOF, I have hereunto

9    to set my hand and affixed my notarial seal this

10   24th day of April, 2012.

11

12

13   My Commission Expires: February 1, 2013

14

15

16   _____

17   Notary Public in and for the

18   Commonwealth of Pennsylvania

19

20

21

22

23

24

25

5cdf2b30-3c8c-4c6d-82a5-d28193f955ca

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 268

1                    E R R A T A   S H E E T

2          IN RE:  Apple, Inc. vs. Samsung Electronics

3      PAGE      LINE      CORRECTION AND REASON

4      _____     _____     _____

5      _____     _____     _____

6      _____     _____     _____

7      _____     _____     _____

8      _____     _____     _____

9      _____     _____     _____

10     _____     _____     _____

11     _____     _____     _____

12     _____     _____     _____

13     _____     _____     _____

14     _____     _____     _____

15     _____     _____     _____

16     _____     _____     _____

17     _____     _____     _____

18     _____     _____     _____

19     _____     _____     _____

20     _____     _____     _____

21     _____     _____     _____

22     _____     _____     _____

23     _____     _____     _____

24     _____       _____

25        (Date)                (Signature)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
RAMAMIRTHAM SUKUMAR, Ph.D. - 4/24/2012

Page 269

1              E R R A T A   S H E E T

2          IN RE:  Apple, Inc. vs. Samsung Electronics

3     PAGE      LINE      CORRECTION AND REASON

4     _____     _____     _____

5     _____     _____     _____

6     _____     _____     _____

7     _____     _____     _____

8     _____     _____     _____

9     _____     _____     _____

10    _____     _____     _____

11    _____     _____     _____

12    _____     _____     _____

13    _____     _____     _____

14    _____     _____     _____

15    _____     _____     _____

16    _____     _____     _____

17    _____     _____     _____

18    _____     _____     _____

19    _____     _____     _____

20    _____     _____     _____

21    _____     _____     _____

22    _____     _____     _____

23    _____     _____     _____

24    _____      _____

25       (Date)                    (Signature)