# Exhibit T

| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
|   | hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|   | mjacobs@mofo.com | HALE AND DORR LLP |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
|   | jtaylor@mofo.com | Boston, MA 02109 |
| 4 | ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
|   | atucher@mofo.com | Facsimile: (617) 526-5000 |
| 5 | RICHARD S.J. HUNG (CA SBN 197425) | |
|   | rhung@mofo.com | |
| 6 | JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
|   | jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
|   | 425 Market Street | HALE AND DORR LLP |
| 8 | San Francisco, California 94105-2482 | 950 Page Mill Road |
|   | Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| 9 | Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
|   | | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **EXHIBIT T TO THE DECLARATION OF TERRY L. MUSIKA** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

EXHIBIT T 11-cv-01846-LHK
sf-3153148

Regarding:     EXHIBIT T to the DECLARATION OF Terry L. Musika

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description): _____

\_\_X\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description): _____

Dated: May 31, 2012                              MORRISON & FOERSTER LLP

                                                 By:  /s/ Michael Jacobs
                                                      Michael Jacobs

                                                      Attorneys for Plaintiff
                                                      APPLE INC.