1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS (DKT. NO. 927-1)** |

1  The Court having considered the supporting and opposing papers submitted in connection
2  with Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 927-1), as
3  well as the arguments made by counsel at the June 21, 2012 hearing, and GOOD CAUSE
4  HAVING BEEN SHOWN,

5  **IT IS HEREBY ORDERED THAT:**

6  Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 927-1) is
7  **DENIED**.

8
9  Dated: _____

10  _____
    Honorable Lucy H. Koh

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO EXCLUDE CERTAIN OF APPLE'S EXPERTS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3150827

1