HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") submits this motion for an order to seal the following documents or portions thereof:
3   1. The confidential, unredacted version of Apple's Reply In Support of Apple Inc.'s Motion
4      Pursuant To Rule 62(c) For Entry Of Preliminary Injunction Without Further Hearing
5      ("Reply");
6   2. The confidential, unredacted version of Apple's [Proposed] Findings of Fact and
7      Conclusions Of Law and Order Granting Preliminary Injunction ("Proposed Order").
8   The documents above discuss confidential information that has been previously ordered
9   sealed by this Court. (*See* Dkt. No. 410 (sealing certain exhibits attached to the Declaration of
10  Francis Ho and certain other documents).) They also contain information that Samsung has
11  designated as confidential under the protective order entered in this case. Pursuant to Civil L.R.
12  79-5(d), Samsung has filed the Declaration of Hankil Kang in Support of Samsung's
13  Administrative Motion to File Documents Under Seal (*see* Dkt. No. 977-2, the "Kang
14  Declaration") for the purpose of establishing that the designated information is sealable. The
15  Kang Declaration provides evidence that the information designated as confidential in Apple's
16  Reply and Proposed Order is "privileged or protectable as a trade secret or otherwise entitled to
17  protection under the law," and thus sealable. Civil L.R. 79-5(a).
18  Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at
19  issue with the sealable portions highlighted. Redacted versions of the documents at issue are
20  attached as an exhibits hereto.

Dated: May 31, 2012                MORRISON & FOERSTER LLP

                                   By:   */s/ Michael A. Jacobs*
                                         Michael A. Jacobs

                                         Attorneys for Plaintiff
                                         APPLE INC.

APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK                                                                          1