1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

On May 30, 2012, Apple Inc. ("Apple") filed an Administrative Motion to File Documents Under Seal ("Motion to Seal") relating to its Reply In Support of Apple Inc.'s Motion Pursuant To Rule 62(C) For Entry Of Preliminary Injunction Without Further Hearing ("Reply"). The Motion to Seal seeks to seal portions of Apple's Reply and its [Proposed] Findings of Fact and Conclusions Of Law and Order Granting Preliminary Injunction ("Proposed Order"). These documents contain confidential information that this Court has previously ordered sealed. (*See* Dkt. No. 410 (sealing certain exhibits attached to the Declaration of Francis Ho).) They also contain information that Samsung has designated as protectable under the protective order entered in this case. Pursuant to Civil L.R. 79-5(d), Samsung has filed the Declaration of Hankil Kang in Support of Samsung's Administrative Motion to File Documents Under Seal (*See* Dkt. No. 977-2, the "Kang Declaration") for the purpose of establishing that the designated information is sealable. The Kang Declaration provides sufficient evidence that information designated as confidential in Apple's Reply and Proposed Order is "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable. Civil L.R. 79-5(a). The Motion to Seal is narrowly tailored to seek the sealing only of sealable information.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- The confidential, unredacted version of Apple's Reply In Support of Apple Inc.'s Motion Pursuant To Rule 62(C) For Entry Of Preliminary Injunction Without Further Hearing.
- The confidential, unredacted version of Apple's [Proposed] Findings of Fact and Conclusions Of Law and Order Granting Preliminary Injunction

**IT IS SO ORDERED.**

Dated: _____      _____
                                    Hon. Lucy H. Koh
                                    United States District Judge

[PROPOSED] ORDER RE: MTN. TO SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3152501                                                                      1