QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal the following:

5  The confidential, unredacted version of the Second Supplemental Declaration of
6  Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports, and
7  Exhibits A-E thereto.

8  The above item contains or relies on materials that Apple has designated as confidential
9 under the protective order entered in this case.   Samsung expects that, pursuant to Civil Local
10 Rule 79-5(d), Apple will file a declaration establishing good cause to permit the sealing of these
11 materials.   Pursuant to Civil Local Rule 79-5(c), Samsung will lodge with the Clerk the
12 documents at issue with the sealable portions highlighted.

14 DATED: May 31, 2012                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

17                                     By  */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
18                                         Kevin P.B. Johnson
                                           Victoria F. Maroulis
19                                         Michael T. Zeller

20                                         Attorneys for SAMSUNG ELECTRONICS CO.,
21                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
22                                         TELECOMMUNICATIONS AMERICA, LLC