UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung
2 Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") has moved for an order to seal the following documents:
4    The confidential, unredacted version of the Second Supplemental Declaration of
5    Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports, and
6    Exhibits A-E thereto.
7    Having considered the arguments of the parties and the papers submitted, and GOOD
8 CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion to File Under
9 Seal.
10   **IT IS SO ORDERED.**
11
12 Dated: June __, 2012
13                                                   HONORABLE PAUL S. GREWAL