QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES**<br><br>Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal<br><br>**REDACTED** |

**SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER E. PRICE**

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this second supplemental declaration in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories. I have personal knowledge of the facts set forth in this supplemental declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. On May 30, 2012, 13 days after Samsung filed its Motion to Strike – which seeks in part to strike portions of the reports of Apple's damages expert due to Apple's deficient, incomplete, belated, and contradictory production of licensing information – Apple produced for the first time ███████████████████████████. A true and correct copy of Peter J. Kolovos's May 31, 2012 letter to Diane C. Hutnyan regarding the production is attached as Exhibit A. ███████████████████

   (a) Document Bates numbered APLNDC-WH0000728153-8172, a true and correct copy of which is attached as Exhibit B. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. (*See* Exs. U, V, and W to the Declaration of Christopher E. Price in Support of Samsung's Motion to Strike, Dkt. No. 936.)

   (b) Document Bates numbered APLNDC-WH0000728173-8184, a true and correct copy of which is attached as Exhibit C. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████;

  (c)  Document Bates numbered APLNDC-WH0000728185-8192, a true and correct copy of which is attached as Exhibit D; and

  (d)  Document Bates numbered APLNDC-WH0000728193-8218, a true and correct copy of which is attached as Exhibit E.

  3.  Three of the four ███████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████████████████████████ This brings to at least ███ the number of ████████████ Apple has produced in this matter since the close of fact discovery, and brings to ████ the number of ████████████ Apple has produced just since Samsung filed its motion.

  4.  Apple's Rule 30(b)(6) witness on certain licensing issues was deposed on February 23, 2012.  Fact discovery in this case closed on March 8, 2012.  Samsung served its opening and rebuttal damages reports on March 22 and April 16, 2012, respectively.  Obviously, ███████████████████████████████████████████████████████████████ ████████████ – were not available to Samsung or its experts to formulate Samsung's damages theories or respond to Apple's.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on May 31, 2012, at Los Angeles, California.

*/s/ Christopher E. Price*

Christopher E. Price