1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19          Plaintiff,

20          vs.                                    **CERTIFICATE OF SERVICE**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
            Defendants.
25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On May 18, 2012, I served true copies of the Second Supplemental Declaration of Christopher E. Price in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories, and Exhibits A-E thereto, by sending an e-mail attaching the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY | JOSHUA R. BENSON |
| HMcElhinny@mofo.com | jbenson@tcolaw.com |
| MICHAEL A. JACOBS | WILLIAM F. LEE |
| MJacobs@mofo.com | william.lee@wilmerhale.com |
| JENNIFER LEE TAYLOR | MARK D. SELWYN, ESQ. |
| JLeeTaylor@mofo.com | mark.selwyn@wilmerhale.com |
| RICHARD S.J. HUNG | DAVID B. BASSETT |
| rhung@mofo.com | david.bassett@wilmerhale.com |
| JASON R. BARTLETT | MICHAEL J. BETTINGER |
| JasonBartlett@mofo.com | mike.bettinger@klgates.com |
| DEOK KEUN MATTHEW AHN | ROBERT DONALD CULTICE |
| dahn@mofo.com | robert.cultice@wilmerhale.com |
| GRANT L. KIM | MARK D. FLANAGAN |
| gkim@mofo.com | mark.flanagan@wilmerhale.com |
| ALISON M. TUCHER | ANDREW MONACH |
| atucher@mofo.com | amonach@mofo.com |
| STEPHEN E. TAYLOR | ERIK J. OLSON |
| staylor@tcolaw.com | ejolson@mofo.com |
| STEPHEN MCG. BUNDY | VICTOR F. SOUTO |
| sbundy@tcolaw.com | vic.souto@wilmerhale.com |

02198.51855/4786288.1

-2-

Case No. 11-cv-01846-LHK

**CERTIFICATE OF SERVICE**

1

EMILY R. WHELAN
emily.whelan@wilmerhale.com

2

ESTHER KIM
ekim@mofo.com

3

JAMES C. BURLING
james.burling@wilmerhale.com

4

RICHARD GOLDENBERG
richard.goldenberg@wilmerhale.com

ROBERT J. GUNTHER, JR.
robert.gunther@wilmerhale.com

5

MICHAEL SAJI
michael.saji@wilmerhale.com

6

PETER J. KOLOVOS
peter.kolovos@wilmerhale.com

7

BRIAN SEEVE
brian.seeve@wilmerhale.com

8

BRIAN LARIVEE
brian.larivee@wilmerhale.com

9

10

JEREMY WINER
jeremy.winer@wilmerhale.com

11

12

Executed on May 31, 2012, at Redwood Shores, California.

13

14

___*/s/ Bill Trac*_____
Bill Trac

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

Case No. 11-cv-01846-LHK

**CERTIFICATE OF SERVICE**

1

**GENERAL ORDER ATTESTATION**

2          I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3   foregoing document.    I hereby attest pursuant to General Order 45.X.B that concurrence in the

4   electronic filing of this document has been obtained from Bill Trac.

5

6                                                          */s/ Victoria Maroulis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28