1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG)
12  |             Plaintiff,                | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY**
13  |             v.                        |
14  | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
15  |                                       |
16  |                                       |
17  |                                       |
18  |             Defendants.               |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal portions of the following documents:

1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion to Strike Expert Testimony;

2. The confidential, unredacted version of the Declaration of Michel Maharbiz, Ph.D. in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony ("Maharbiz Declaration");

3. Exhibit D to the Maharbiz Declaration;

4. The Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony ("Musika Declaration");

5. Exhibits A through C to the Musika Declaration;

6. The confidential, unredacted version of the Declaration of Marc J. Pernick in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony ("Pernick Declaration"); and

7. Exhibits 5-7, 9, 10, 18, and 20-32 to the Pernick Declaration.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____       _____
                                        Hon. Paul S. Grewal
                                        United States Magistrate Judge