# Exhibit 8

# EXHIBIT L

## SAMSUNG'S PATENT L.R. 3-1(A)-(D) DISCLOSURES FOR U.S. PATENT NO. 7,698,711

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| 1. A multi-tasking method in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking method comprising: | Apple infringes this claim because it has performed each and every step of this claim, including but not limited to through testing and use by its employees. Apple also infringes this claim by selling the Apple iPhone, iPhone 3G, iPhone 3GS, and iPhone 4 (collectively the "Accused Devices") to customers and encouraging those customers to use the products in a manner that meets each and every step of this claim.<br><br>The Accused Devices are pocket-sized mobile communication devices that perform a multi-tasking method including an MP3 playing capability.<br><br>*See e.g.*, http://www.apple.com/iphone/iphone-3gs/ ("iPod: Play music and watch video in vivid color."); http://www.apple.com/iphone/features/ipod.html ("iPhone 4 isn't just an amazing phone. It's an amazing iPod, too — one that lets you listen to music, watch video, and browse everything with the touch of a finger. Flick to scroll through songs, artists, albums, and playlists. Flick through music by album artwork with Cover Flow.") |
| [a] generating a music background play object, wherein the music background play object includes an application module including at least one applet; | The Accused Devices generate a music background play object, wherein the music background play object includes an application module including at least one applet. The music background object is marked by the red box and area in the below representative picture of the iPhone and iPod Touch home pages. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | (iPhone) (iPod Touch)<br><br>*See e.g.*, iPhone User Guide for iOS4.2 and 4.3, pg 91. ("Use the iPod app to enjoy your favorite music, widescreen videos, and more."; iPhone User Guide for iOS4.2 and 4.3, pg 92. ("You can browse content on iPhone by playlists, artists, songs, videos, and other categories, or browse your album artwork using Cover Flow. Playlist folders, which you can sync from iTunes, let you organize playlists into groups." iPhone User Guide for iOS4.2 and 4.3, pg 92.); iPod Touch User Guide iOS4 pg. 52 ("Use the Music and Video apps to enjoy your favorite music, widescreen videos, and more."). |
| [b] providing an interface for music play by the music background play object; | The Accused Devices provide an interface for music play by the music background play object.<br><br>*See e.g.*, iPhone User Guide for iOS4.2 and 4.3, pg 91. ("Use the iPod app to enjoy your favorite music, widescreen videos, and more."; iPhone User Guide for iOS4.2 and 4.3, pg 92. ("You can browse content on iPhone by playlists, artists, songs, videos, and other categories, or browse your album artwork using Cover Flow. Playlist folders, which you can sync from iTunes, let you organize playlists into groups." iPhone User Guide for iOS4.2 and 4.3, pg 92.); iPod Touch User Guide iOS4 pg. 52 ("Use the Music and Video apps to enjoy your favorite music, widescreen videos, and more."). |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| [c]selecting an MP3 mode in the pocket-sized mobile communication device using the interface; | The Accused Devices allow a user to select an MP3 mode. For example, the Accused Devices allow the user to select the MP3 mode by tapping on the iPod or Music application icon. Once this application is selected, the user is taken to the iPod application home page, as shown below. No Service 2:01 PM Songs All Day All Day - Girl Talk Playlists Artists Songs Videos More |
| [d] selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode; | The Accused Devices allow a user to select and play a music file in the MP3 mode. Once the user has selected the iPod or Music application and the MP3 interface is activated, the user can then choose to play a music file stored on the device. After the user selects which file to play, a new screen is presented to the user that allows the user to play, pause, and manage the volume of the MP3 file. An example of this screen is represented below. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | No Service 2:01 PM Girl Talk All Day All Day ALL DAY |
| [e] switching the MP3 mode to a standby mode while the playing of the music file continues; | The Accused Devices allow a user to switch from the MP3 mode to a standby mode while the playing of the music file continues by pressing the home button. The home button is located at the bottom of all of the Accused Devices, as noted by the red box and arrow in the below representative picture. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
| --- | --- |
| | |
| [f] displaying an indication that the music file is being played in the standby mode; | The Accused Devices display an indication that the music file is being played in the standby mode. Once the user presses the home button, the user is then taken to the home page where the Accused Device will await the user to select another application to run. While on the home page, the music file continues to play in the background. The fact that the music file is still playing the background is indicated by the play icon in the upper right corner of the display, an example of which is highlighted below. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | (iPhone) (iPod Touch) |
| [g] selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the music file continues; | The Accused Devices allow a user to select and perform at least one function of the Accused Device from the standby mode while the playing of the music file continues. *See e.g.*, http://www.apple.com/iphone/features/ipod.html ("Multitask in stereo. Just about anything you do on iPhone, you can do while listening to music. Multitasking makes it possible. From whatever app you're in, simply double-click the Home button to reveal the new multitasking interface, then swipe right to access iPod controls — play/pause, forward, and back."); http://www.apple.com/ipodtouch/ios4/ ("Multitasking: Now you can run your favorite third-party apps—and switch between them instantly—without slowing down the performance of the foreground app…")<br><br>By way of example, the Notes application has been selected to demonstrate the Accused Devices' ability to perform at least one function while the playing of the music file continues. While the Notes application is running, the music file is still playing in the background, as indicated by the play icon in the upper right hand corner of the display. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | No Service 2:02 PM Notes + No Notes |
| [h]and continuing to display the indication that the music file is being played while performing the selected function. | The Accused Devices continue to display the indication that the music file is being played while performing the selected function. The music file continues to play as the user performs the selected function, in this example, composes a note in the Note application. The continuous playing of the music file is indicated by the play icon in the upper right hand corner of the display. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | No Service 2:02 PM<br>Notes Test one two Done<br>Today Aug 11 2:02 PM<br>Test one two<br>Q W E R T Y U I O P<br>A S D F G H J K L<br>Z X C V B N M<br>123 space return |
| 2. The multi-tasking method of claim 1, wherein the displaying of the indication comprises displaying an icon. | In the Accused Devices, the displaying of the indication comprises displaying an icon. For example, a play icon is displayed on the home page on the upper right hand corner of the home page when a music file is playing.<br><br>*See e.g.*, iPhone User Guide for iOS4.2 and 4.3, page 18 ("The play status icon shows that a song, audiobook, or podcast is playing."); iPod Touch User Guide for iOS2.1 at page 15, iOS2.2 pg. 15, iOS3.0 pg 17, iOS3.1 pg. 18, iOS4.3 pg. 16 (The play icon "shows that a song, audiobook, or podcast is playing.")<br><br>The play icon is highlighted in the below representative screen shot of the home page by a red box and arrow. |

| **Asserted Claim (Patent L.R. 3-1(a))** | **Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d))** |
|---|---|
| | |
| 7. The multi-tasking method of claim 1, wherein the function selected from the standby mode comprises a message function. | In the Accused Devices, the function selected from the standby mode comprises a message function.<br><br>*See*, *e.g.*, iPhone User Guide for iOS4.2 and 4.3, pg. 106 ("Messages lets you exchange text messages with anyone using an SMS-capable phone or other device. Messages also supports MMS, so you can send photos, video clips, contact information, and voice memos to other MMS-capable devices."); iPod Touch User Guide for iOS2.1 pg. 57, iOS2.2 pg. 59, iOS3.0 pg 66, iOS3.1 pg. 18, iOS4.3 pg. 90. (detailing the email capabilities of the iPod Touch).<br><br>While the music file is playing in the background, as indicated by the highlighted play icon, the user can select the Messages application. As displayed below, the user can select to type a message in the message function while the music continues to play in the background. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | |
| 8. The multi-tasking method of claim 1, wherein the function selected from the standby mode comprises a phone-book function. | In the Accused Devices, the function selected from the standby mode comprises a phone-book function. For example, the Accused Devices allow a user to store and organize their contact information in a phone-book type function. *See e.g.*, iPhone User Guide for iOS4.2 and 4.3, pg 213 ("Contacts makes it easy to call, email, or text your friends and associates. You can add contacts directly on iPhone, or sync contacts from applications on your computer."); iPod Touch User Guide for iOS4.3, pg 175 ("Contacts makes it easy to keep track of your friends and associates. You can add contacts directly on iPod touch, or sync contacts from applications on your computer." )<br><br>The user is able to access the contact list while the music file is still playing. A representative screen shot of this functionality is provided below. As the screen shot shows, the user can access the contact list while still playing a music file, which is indicated by the highlighted play icon in the top right corner of the display. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| | |
| 9. A multi-tasking apparatus in a pocket-sized mobile communication device including an MP3 playing capability, the multi-tasking apparatus comprising: | The Accused Devices are pocket-sized mobile communication devices that include an apparatus including an MP3 playing capability.<br><br>*See* Claim 1 (a)-(h). |
| [a] a controller for generating a music background play object, wherein the | The Accused Devices contain a controller for generating a music background play object.<br><br>*See* Claim 1 (a)-(h). |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
| --- | --- |
| music background play object includes an application module including at least one applet, for providing an interface for music play by the music background play object, for selecting an MP3 mode in the pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode, for switching from the MP3 mode to a standby mode while the playing of the music file continues and for selecting and performing at least one function of the pocket-sized mobile communication device from the standby mode while the playing of the | |

| **Asserted Claim (Patent L.R. 3-1(a))** | **Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d))** |
|---|---|
| music file continues; | |
| [b] and a display unit for displaying an indication that the music file is being played in the standby mode and for continuing to display the indication that the music file is being played while performing the selected function. | The Accused Devices all have a display unit for displaying an indication that a music file is being played in the background.<br><br>*See e.g.*, http://www.apple.com/iphone/iphone-3gs/specs.html (The iPhone 3G and 3GS has a 3.5 inch display with a 480-by-320 pixel resolution.); http://www.apple.com/iphone/specs.html(The iPhone 4 has a 3.5 inch display with a 960-by-640 pixel resolution.); http://www.apple.com/ipodtouch/specs.html (The iPod Touch has a 3.5 inch display with a 960-by-640 pixel resolution.).<br><br>The display unit is highlighted by the red box in the picture below.<br><br><br><br>*See* Claim 1 [a]-[h]. |

| **Asserted Claim (Patent L.R. 3-1(a))** | **Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d))** |
|---|---|
| 10. The multi-tasking apparatus of claim 9, wherein the indication comprises an icon. | *See* Claims 2 and 9. |
| 15. The multi-tasking apparatus of claim 9, wherein the function selected from the standby mode comprises a message function. | *See* Claims 7 and 9. |
| 16. The multi-tasking apparatus of claim 9, wherein the function selected from the standby mode comprises a phone-book function. | *See* Claims 8 and 9. |
| 17. A multi-tasking apparatus in a pocket-sized mobile communication device consisting of a single display unit and including an MP3 playing capability, the multi-tasking apparatus comprising: | The Accused Devices are pocket-sized mobile communication devices that include a multi-tasking apparatus consisting of a single display unit and including an MP3 playing capability.<br><br>*See e.g.*, http://www.apple.com/iphone/iphone-3gs/specs.html (The iPhone 3G and 3GS has a 3.5 inch display with a 480-by-320 pixel resolution.); http://www.apple.com/iphone/specs.html(The iPhone 4 has a 3.5 inch display with a 960-by-640 pixel resolution.); http://www.apple.com/ipodtouch/specs.html (The iPod Touch has a 3.5 inch display with a 960-by-640 pixel resolution.).<br><br>The single display is highlighted by the red box in the picture below. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
|  | *See* Claim 9. |
| [a] a controller for generating a music background play object, wherein the music background play object includes an application module including at least one applet, for providing an interface for music play by the music | *See* Claim 9. |

| Asserted Claim (Patent L.R. 3-1(a)) | Accused Instrumentality And How Each Element Is Met By Accused Instrumentality (Patent L.R. 3-1(b)-(d)) |
|---|---|
| background play object, for selecting an MP3 mode in the pocket-sized mobile communication device using the interface, for selecting and playing a music file in the pocket-sized mobile communication device in the MP3 mode, and for switching from the MP3 mode to a standby mode while the playing of the music file continues; | |
| [b] and a display unit for displaying an indication that the music file is being played in the standby mode. | *See* Claim 9. |
| 18. The multi-tasking apparatus of claim 17, wherein the indication comprises an icon. | *See* Claims 2, 9 and 10. |