# Exhibit 16

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL: (212) 849-7000  FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7467**

WRITER'S INTERNET ADDRESS
**ketanpatel@quinnemanuel.com**

April 22, 2012

<u>VIA E-MAIL</u>

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Re:     Apple v. Samsung, Case No. 11-cv-01846 (LHK) (N.D. Cal.)

Dear Mia:

During the March 20, 2012 deposition of Ravin Balakrishnan, Dr. Balakrishnan testified that he physically examined the accused Samsung products listed in his expert report on infringement.  (*See* Balakrishnan Dep. at 38:25-39:10).  When asked whether he still had possession of these products, he testified that "[t]hey were at counsel's, Apple's counsel's office. I imagine they still have them."  (*Id*. at 39:12-16).

In the Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381 ("Balakrishnan Infringement Report"), Dr. Balakrishnan stated:

> 17.     I have examined the following Samsung products: the Captivate; Continuum; Droid Charge; Epic 4G; Exhibit 4G; Fascinate; Galaxy Ace; Galaxy Prevail; Galaxy S (i9000); Galaxy S 4G; Galaxy S II (including its i9100, AT&T, and Epic 4G Touch variants); Galaxy S Showcase (i500); Galaxy Tab 7.0; Galaxy Tab 10.11; Gem; Gravity Smart; Indulge; Infuse 4G; Intercept; Mesmerize; Nexus S; Nexus S 4G; Replenish; Sidekick; and Vibrant.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000  FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 20 7653 2000  FAX +44 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49 621 43298 6000  FAX +49 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

2

(Balakrishnan Infringement Report at 5).

Dr. Balakrishnan could not recall what version of the Android code was installed on the devices he expected or what version of the Gallery, Contacts or ThinkFree Office software was installed on the devices.  (*See* Balakrishnan Dep. at 40:8-44:4).

Samsung hereby requests that Apple make the devices upon which Dr. Balakrishnan bases his infringement report available for inspection.  Please identify a date, time and location during the week of April 23, 2012 that Samsung may inspect the products listed in Dr. Balakrishnan's expert report on infringement.

Regards,

/s/ Ketan V. Patel

Ketan V. Patel