Exhibit 17

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

Writer's Direct Contact

415.268.6024
MMazza@mofo.com

May 23, 2012

*By Email* (ketanpatel@quinnemanuel.com)

Ketan Patel
Quinn Emanuel
51 Madison Ave, 22nd Floor
New York, NY 10010

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Ketan:

I write to follow up on my letter of May 10, 2012, in which we provided you with the information that you requested in previous letters.  Having received no further correspondence on this issue, we trust that my letter satisfied any outstanding issues related to the products discussed in Dr. Balakrishnan's report.  If Samsung still requests an inspection of those Samsung products, they will be available on May 25 and the week of May 27.  Please note that the devices must not be modified or altered during any inspection.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:     S. Calvin Walden
        Peter Kolovos

sf-3150154