# Exhibit 19

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

March 13, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (sarajenkins@quinnemanuel.com)

Sara Jenkins
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Sara:

The documents previously produced under the Bates ranges APLNDC-Y0000051350-56, APLNDC0001772330-40, and APLNDC-Y0000232396-430 contain information protected by the attorney/client privilege, attorney work product doctrine and third party's rights of confidentiality.  They were included inadvertently in Apple's production.

In accordance with Paragraph 16 of the parties' Agreed Upon Protective Order Regarding Disclosure and Use of Discovery Materials and Federal Rule of Civil Procedure 26(B)(5)(b), this letter shall serve as notice of this inadvertent production.  Please return or destroy all electronic and paper copies of the previously produced documents, including Exhibit 18 used at the Buckley deposition.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   S. Calvin Walden
      Peter Kolovos

sf-3119693