UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY (DKT. NO. 936)**<br><br>Date:  June 26, 2012<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

The Court having considered the supporting and opposing papers submitted in connection with Samsung's Motion to Strike Expert Testimony (Dkt. No. 936), as well as the arguments made by counsel at the June 26, 2012 hearing, and GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED THAT:**

Samsung's Motion to Strike Expert Testimony (Dkt. No. 936) is **DENIED**.

Dated: _____

_____
Honorable Paul S. Grewal