| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment ("Opposition").

The Opposition contains information that is highly confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal ("Wheeler Declaration"), filed herewith. It is Apple's policy not to disclose or describe to third parties its confidential financial, design, trade secrets, or product development information. (Wheeler Declaration ¶ 11.) The Apple-confidential material in the Opposition relates to such confidential information, as detailed in the Wheeler Declaration. (*Id*. ¶ 1-10.) This information is highly confidential to Apple and could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the brief at issue. (*Id.* ¶ 14.)

Certain portions of the Opposition refer to information that Samsung has designated as confidential under the protective order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials. In addition, the Opposition contains highly confidential damages-related expert materials, which the parties have stipulated should be submitted to the Court under seal and not placed on the public record. (Wheeler Decl. ¶ 12.)

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk a fully unsealed version of the Opposition with the sealable portions highlighted.

Dated: May 31, 2012        MORRISON & FOERSTER LLP

By:   */s/ Michael A. Jacobs*
       MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843

1