UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal the confidential, unredacted version of Apple's Opposition to Samsung's Motion for Summary Judgment.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced document shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                          Hon. Lucy H. Koh
                                                                          United States District Judge