1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 930-1)**<br><br>Date: June 21, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1   The Court having considered the supporting and opposing papers submitted in connection
2   with Samsung's Motion for Summary Judgment (Dkt. No. 930-1), as well as the arguments made
3   by counsel at the June 21, 2012 hearing, and GOOD CAUSE HAVING BEEN SHOWN,

4   **IT IS HEREBY ORDERED THAT:**

5   Samsung's Motion for Summary Judgment (Dkt. No. 930-1) is **DENIED**.

7   Dated: _____

8                                                        _____
                                                           Honorable Lucy H. Koh

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3150826

1