1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                       UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
    |---|---|
19  | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
20  | vs. | |
21  | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
22  | | |
23  | | |
24  | Defendants. | |

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Exclude Testimony of Samsung's Experts;
2. Exhibits D -G, I, N, O and Q to the Declaration of Joby Martin in Support of the Opposition to Exclude Testimony of Samsung's Experts;
3. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports;
4. Exhibits B - D, G - M, P, Q, S - U, X, Y, BB, DD - FF to the Declaration of James Ward in Support of the Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports ("Ward Declaration"); and
5. Exhibits 1, 3-9, 12-17 and 20 to the Declaration of Joby Martin in Support of the Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports.

In short, the above documents discuss, refer to, or comprise interrogatory objections and responses that either Samsung or Apple has designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.

The documents identified below contain Apple confidential business information or have been designated by Apple as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY. Samsung expects that Apple will file the declaration require by Local Rule 79-5(d) to establish the following documents as sealable:

- Exhibits I and N to the Declaration of Joby Martin in Support of the Opposition to Exclude Testimony of Samsung's Experts;
- Exhibits H - L, T, X and Y to James Ward's Declaration in Support of Samsung's Opposition to Apple Inc.'s Motion to Strike Portions of Samsung's Expert Reports; and

- Exhibits 3, 7-9, 12-17 and 20 to the Declaration of Joby Martin in Support of the Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.   A proposed redacted version of Samsung's exhibits have been filed concurrently with this motion.

DATED: May 31, 2012                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Victoria Maroulis*
  Charles K. Verhoeven
  Kevin P.B. Johnson
  Victoria F. Maroulis
  Michael T. Zeller
  Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC