02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED ORDER] GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal, in connection with Samsung's Opposition to Apple Inc.'s (Apple's) Motion to Exclude Testimony of Samsung's Experts and Samsung's Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports.

    Samsung and Apple have filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The

-1-   Case No. 11-cv-01846-LHK
**[PROPOSED ORDER] GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL**

declaration establishes that the below documents contain information that has been designated by Samsung as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Exclude Testimony of Samsung's Experts;
2. Exhibits D -G, I, N, O and Q to the Declaration of Joby Martin in Support of the Opposition to Exclude Testimony of Samsung's Experts;
3. The confidential, unredacted version of Samsung's Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports;
4. Exhibits B - D, G - M, P, Q, S - U, X, Y, BB, DD - FF to the Declaration of James Ward in Support of the Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports ("Ward Declaration"); and
5. Exhibits 1, 3-9, 12-17 and 20 to the Declaration of Joby Martin in Support of the Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports.

**IT IS SO ORDERED.**

DATED:   _____, 2012

_____
Hon. Lucy H. Koh
United States District Judge