QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO EXCLUDE TESTIMONY OF SAMSUNG'S EXPERTS**<br><br>**Date: June 21, 2012**<br>**Time: 1:30 pm**<br>**Place: Courtroom 8, 4th Floor**<br>**Judge: Hon. Lucy H. Koh** |

# DECLARATION OF JOBY MARTIN

I, Joby Martin, declare as follows:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion to Exclude Testimony of Samsung's Experts.   I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. A true and correct copy of U.S. Patent No. D504,889 is attached hereto as Exhibit A.

3. A true and correct copy of U.S. Patent No. D618,677 S is attached hereto as Exhibit B.

4. A true and correct copy of U.S. Patent No. D593,087 S is attached hereto as Exhibit C.

5. The Expert Report of Sam Lucente, dated March 22, 2012, is attached hereto as Exhibit D.

6. On May 9, 2012, in San Francisco, CA, Apple took the deposition of Mr. Sam Lucente in this case, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Exhibit E.

7. The Corrected Rebuttal Expert Report of Sam Lucente, dated April 17, 2012, is attached hereto as Exhibit F.

8. On April 27, 2012, in San Francisco, CA, Samsung took the deposition of Dr. Susan Kare in this case, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Exhibit G.

9. On April 27, 2012, Samsung served the Expert Report of Dr. Mark Lehto, a true and correct copy of the relevant portions of which is attached hereto as Exhibit H.

1  10. On April 28, 2012, in Washington, D.C., Apple took the deposition of Mr. Mark Lehto in this case, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Exhibit I.

2  11. On May 7, 2012 in Washington, D.C., Apple took the deposition of Mr. Nicholas P. Godici in this case, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Exhibit J.

3  12. A true and correct copy of the Expert Report of George Mantis, dated March 22, 2012, is attached hereto as Exhibit K.

4  13. A true and correct copy of the expert report of Michael Mazis, dated March 22, 2012, is attached hereto as Exhibit L.

5  14. A true and correct copy of the expert report of Michael Kamins, dated April 16, 2012, is attached hereto as Exhibit M.

6  15. A true and correct copy of excerpts from a document entitled "Apple's Smartphone Market Study US," dated January 2011, bearing Bates APLNDC0001434059-60, APLNDC0001434083-85, APLNDC0001434143-44, is attached hereto as Exhibit N.

7  16. The Corrected Expert Report of Michael J. Wagner, dated April 20, 2012, is attached hereto as Exhibit O.

8  17. A true and correct copy of "Likert Scales, Levels of Measurement and the 'Laws' of Statistics," Geoff Norman, Adv. in Health Sci. Educ. (2010) is attached hereto as Exhibit P.

9  18. A true and correct copy of excerpts from "J.D. Power and Associates: 2011 Wireless Smartphone Satisfaction Study(SM) – Management Report," dated March 2011, bearing Bates SAMNDCA10246338, and SAMNDCA10246383-90, is attached hereto as Exhibit Q.

10  19. A true and correct copy of "Ordinal Methodology in the Analysis of Likert Scales," Rainer Gob, Christopher McCollin and Maria Fernanda Ramalhoto, Quality & Quality, Vol. 41.5, 2007-10-01 is attached hereto as Exhibit R.

1  20. A true and correct copy of "Management and Risk Characteristics of Part-Time
2 and Full-Time Farmers in Norway," Gubrand Lien et. al, Review of Agricultural Economics,
3 Vol. 28.1 111-131 is attached hereto as Exhibit S.

5  I declare under penalty of perjury under the laws of the United States of America that the
6 foregoing is true and correct.
7  Executed on May 31, 2012, in San Francisco, California.

9  */s/ Joby Martin*

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing Declaration. In compliance with General Order 45 (X)(B), I hereby attest that Joby Martin has concurred in this filing.

DATE: May 31, 2012                                         */s/ Victoria Maroulis*