# EXHIBIT H

SUBJECT TO PROTECTIVE ORDER
CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE, INC., a California corporationPlaintiff,v.SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,Defendants. | Case No. 11-cv-01846-LHK |

## EXPERT REPORT OF MARK LEHTO

### I.  INTRODUCTION

I, Mark Lehto, have been retained by Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (hereinafter "Samsung") to serve as an expert in this case. I expect to testify at trial regarding the matters set forth in this report, if asked about those matters by the Court or the parties' attorneys.

### II.  BACKGROUND/QUALIFICATIONS

A.  I have been working in the field of safety, human factors, ergonomics, and warnings for over twenty-five years.  I received a Ph.D. in the field of Industrial Engineering from the University of Michigan in 1986.  I am currently a Professor at Purdue University, where I have taught courses and conducted research for over twenty-five years on topics including the Design of Interactive Systems, Human-Computer-Interaction, Safety Engineering, Human Factors Engineering and Ergonomics,

It is my opinion that the designs shown in the D504,889, D622,270, D618,677, D593,087, D604,305, D617,334, and D627,790 patents and the features shown in those patents are functional based on human factors engineering, not decorative and not incidental to a decorative design. It is also my opinion that the asserted trade dress and trademarks of the Apple iPhone, iPhone 3G/S, iPhone 4, iPod Touch, iPad, and iPad 2 are functional and follow from well-accepted principles of human factors engineering to achieve that functionality

Signature executed on March 22, 2012

*[signature]*

# EXHIBIT A

2011

# CURRICULUM VITAE
# MARK R. LEHTO

Professor
School of Industrial Engineering
Purdue University
West Lafayette, IN  47907
(765) 494-5428

## I.  GENERAL INFORMATION

### 1. EDUCATION

*Ph.D.,* University of Michigan, Ann Arbor, MI, Industrial and Operations Engineering, December 1985. Dissertation: *A Structured Methodology for Expert System Development with Application to Safety Ergonomics*.

*M.S.I.E.*, Purdue University, West Lafayette, IN, Industrial Engineering, December 1981. Thesis: *An Investigation of Discrete Communication Tasks Within a Dual Task Environment.*

*B.S.I.E.,* Oregon State University, Corvallis, OR, Industrial and General Engineering, May 1978.

### 2. PROFESSIONAL EXPERIENCE

**a. Academic Positions**

*Professor of Industrial Engineering.* School of Industrial Engineering, Purdue University, West Lafayette, IN, 2010-present.

*Interim Associate Head.* School of Industrial Engineering, Purdue University, West Lafayette, IN, 2010-2011.

*Associate Professor of Industrial Engineering*. School of Industrial Engineering, Purdue University, West Lafayette, IN, 1992-2010.

*Visiting Associate Professor of Psychology.*  Department of Psychology, University of Western Australia, Nedlands, Western Australia, Fall 1993.

*Assistant Professor of Industrial Engineering.* School of Industrial Engineering, Purdue University, West Lafayette, IN, 1986-1992.

*Visiting Assistant Professor of Industrial and Operations Engineering.*  Department of Industrial and Operations Engineering, University of Michigan, Ann Arbor, MI, Fall 1989.

**b. Industrial Positions**

*President.*  Consumer Research, Inc., West Lafayette, IN, 1986-present.

*Principal.*  Miller Engineering, Inc.  Ann Arbor, MI, 2000-present.

*Visiting Research Scholar.*  Liberty Mutual Research Center, Hopkinton, MA, Spring 1993.

*Senior Research Engineer.*  Accident Reconstruction, Product Analysis, and Human Factors Analysis; J.M. Miller Engineering, Ann Arbor, MI, 1985-1986.

### 3. CITATIONS IN BIOGRAPHICAL LISTINGS

*Sterling Who's Who Directory,* 1995-present.
*Who's Who in American Education,* 1992.
*American Men and Women of Science,* 1992.
*Who's Who in the Midwest,* 1990-present.
*Outstanding Young Men of America,* 1989-present.

### 4. AWARDS AND HONORS

*College of Engineering Team Excellence Award,* Purdue University, 2006.

2011

*GM Faculty Fellow*, Schools of Engineering, Purdue University, 1995.

*NEC Faculty Fellow*, Schools of Engineering, Purdue University, 1991.

*Presidential Young Investigator Award*, National Science Foundation, 1989.

*First Place Award*, Engineering Design Competition in Passive Restraints, sponsored jointly by the American Society for Engineering Education and the General Motors Corporation, 1987.

*NIOSH Fellowship in Occupational Safety*, Center for Ergonomics, University of Michigan, Ann Arbor, MI, 1981.

## 5. ACADEMIC, PROFESSIONAL, AND SCHOLARLY SOCIETIES

*Member*, Alpha Pi Mu - Industrial Engineering Honor Society, 1979-present.
*Member*, Human Factors and Ergonomics Society, 1986-present.
*Senior Member*, Institute of Industrial Engineers, 1987-present.
*Member*, Society for Hazard Communication, 1992-present.
*Member*, International Society for Occupational Ergonomics and Safety, 1992-present.
*Member*, Association for Computing Machinery, 1995-present.
*Member*, American Society of Safety Engineers, 1995-present.
*Director,* Institute of Industrial Engineers, Central Indiana Chapter #35, 1988-1990.
*Program Director,* Forensics Group, Human Factors and Ergonomics Society, 1998-present.

## II.   RESEARCH AND SCHOLARSHIP

1.   **PUBLICATIONS**

a.   **Papers in Refereed Archival Journals**

1.   Lehto, M.R. and Miller, J.M., "Scientific Knowledge Acquisition During the Extension of GSA: A Generic Safety Analysis System," *International Journal of Industrial Ergonomics,* 1987, Vol. 2, pp. 61-75.

2.   Miller, J.M., Rhoades, T.P., and Lehto, M.R., "Slip Resistance Predictions for Various Metal Step Materials, Shoe Soles and Contaminant Conditions," *Society of Automotive Engineers Technical Paper Series*, 1987,  No. 872288, pp. 1-17.

3.   Lehto, M.R. and Miller, J.M., "The Effectiveness of Warning Labels," *Journal of Products Liability*, 1988, Vol. 11, pp. 225-270.  Selected as an outstanding paper in the area of safety for the year 1988 by *Personal Injury Review*  and reprinted with minor revisions as:

   Lehto, M.R. and Miller, J.M., "The Effectiveness of Warning Labels," *Personal Injury Review*, 1988, Vol. 27, pp. 468-524.

4.   Lehto, M.R. and Buck, J.R.,  "Status Reporting of "Eyes On" and Peripheral Displays During Tracking," *Perceptual and Motor Skills,* 1988, Vol. 67, pp. 719-733.

5.   Naruo, N., Lehto, M.R., and Salvendy, G., "Development of a Knowledge-Based Decision Support System for Diagnosing Malfunctions of Advanced Production Equipment," *International Journal of Production Research*, 1990, Vol. 28, No. 12, pp. 2259-2276.

6.   Lehto, M.R.,  "Designing Warning Signs and Warning Labels: Part I - Guidelines for the Practitioner," *International Journal of Industrial Ergonomics*, 1992, Vol. 10, pp. 105-113.

7.   Lehto, M.R., Sharit, J., and Salvendy, G., "The Application of Cognitive Simulation Techniques to Work Measurement and Methods Analysis of Production Control Tasks," *International Journal of Production Research,* 1991, Vol. 29, No. 8, pp. 1565-1586.

8.   Miller, J.M., Lehto, M.R., and Rhoades, T.P.,  "Prediction of Slip Resistance in Climbing Systems," *International Journal of Industrial Ergonomics,* 1991, Vol. 7, pp. 287-301.

9. Frantz, P., Miller, J.M., and Lehto, M.R., "Must the Context be Considered When Applying Generic Safety Symbols: A Case Study in Flammable Contact Adhesives," *Journal of Safety Research*, 1991, Vol. 22, pp. 147-161.

10. Lehto, M.R. and Salvendy, G., "Models of Accident Causation and Their Application: Review and Reappraisal," *Journal of Engineering and Technology Management,* 1991, Vol. 8, pp. 173-205.

11. Lehto, M.R. and Foley, J.P., "Risk-Taking, Warning Labels, Training, and Regulation: Are They Associated With the Use of Helmets by All-Terrain Vehicle Riders?," *Journal of Safety Research*, 1991, Vol. 22, No. 4, pp. 191-200.

12. Lehto, M.R., "A Proposed Conceptual Model of Human Behavior and its Implications for the Design of Product Warnings," *Perceptual and Motor Skills*, 1991, Vol. 73, pp. 595-611.

13. Cho, S. and Lehto, M.R., "A Fuzzy Scheme with Application to Expert Classification Systems for Computing the Degree of Match Between a Rule and an Assertion," *Cybernetics and Systems*: *An International Journal*, 1992, Vol. 23, No. 1, pp. 1-27.

14. Cho, S., Ersoy, O., and Lehto, M.R., "An Algorithm to Compute the Degree of Match in Fuzzy Systems," *Fuzzy Sets and Systems*, 1992, Vol. 49, No. 3, pp. 285-299.

15. Lehto, M.R., "Designing Warning Signs and Warning Labels: Part II - Scientific Basis for Initial Guidelines," *International Journal of Industrial Ergonomics*, 1992, Vol. 10, pp. 115-138.

16. Lehto, M.R. and Papastavrou, J., "Models of the Warning Process: Important Implications Towards Effectiveness," *Safety Science*, 1993, Vol. 16, pp. 569-595.

17. Cho, S., Ersoy, O., and Lehto, M.R., "Parallel, Self-Organizing, Hierarchical Neural Networks with Competitive Learning and Safe Rejection Schemes," *IEEE Transactions on Circuits and Systems II: Analog and Digital Signal Processing*, 1993, Vol. 40, No. 9, pp. 556-567.

18. Lehto, M.R., James, D.W., and Foley, J.P., "Exploratory Factor Analysis of Adolescent Attitudes toward Alcohol and Risk," *Journal of Safety Research*, 1994, Vol. 25, No. 4, pp. 197-213.

19. Hatem, A. and Lehto, M.R., "The Effectiveness of Glue Odor as a Warning Signal," *Ergonomics*, 1995, Vol. 38, No. 11, pp. 2250-2261.

20. Lehto, M.R. and Salvendy, G., "Warnings: A Supplement not a Substitute for Other Approaches to Safety," *Ergonomics*, 1995, Vol. 38, No. 11, pp. 2155-2163.

21. Papastavrou, J. and Lehto, M.R., "A Distributed Signal Detection Theory Model: Implications for the Design of Warnings," *International Journal of Occupational Safety and Ergonomics*, 1995, Vol. 1, No. 3, pp. 215-234.

22. Lehto, M.R., Zhu, W., and Carpenter, B., "The Relative Effectiveness of Hypertext and Text," *International Journal of Human-Computer Interaction,* 1995, Vol. 7, No. 4., pp. 293-313.

23. Haro, E., Giffen, W., Lehto, M.R., and Papastavrou, J., "Use and MisUse of Smoke Detectors in Residential Areas," *Perceptual and Motor Skills*, 1996, Vol. 82, pp. 1211-1222.

24. Lehto, M.R. and Sorock, G., "Machine Learning of Motor Vehicle Accident Categories from Narrative Data," *Methods of Information in Medicine*, 1996, Vol. 35, No. 4, pp. 1-8.

25. Lehto, M.R., and Papastavrou, J., "Improving the Effectiveness of Warnings by Increasing the Appropriateness of Their Information Content: Some Hypotheses about Human Compliance," *Safety Science*, 1996, Vol. 21, pp. 175-189.

26. Sorock, G., Ranney, T., and Lehto, M.R., "Motor Vehicle Crashes in Roadway Construction Workzones: An Analysis Using Narrative Text From Insurance Claims," *Accident Analysis and Prevention*, 1996, Vol. 28, No. 1, pp. 131-138.

2011

27. Moustakis, V., Lehto, M.R., and Salvendy, G., "Survey of Expert Opinion: Which Machine Learning Method May Be Used For Which Task?," *International Journal of Human-Computer Interaction,* 1996, Vol. 8, No. 3, pp. 221-236.

28. Lehto, M.R., "Designing Warning Signs and Labels: A Theoretical/Scientific Framework," *Journal of Consumer Safety*, 1996, Vol. 3, No. 4, pp. 205-216.

29. Lehto, M.R. and James, D.S., "Safety Knowledge of Users and Non-users of the Lap Belt on Two-Point Motorized Belt Systems," *Accident Analysis & Prevention,* 1997, Vol. 29, No. 6, pp. 739-744.

30. Lehto, M.R., "The Influence of Chemical Warning Label Content and Format on Information Retrieval Speed and Accuracy," *Journal of Safety Research,* 1998, Vol. 29, No. 1, pp.1-14.

31. Lehto, M.R., Papastavrou, J.D., and Giffen, W., "An Empirical Study of Adaptive Warnings: Human vs. Computer Adjusted Warning Thresholds," *International Journal of Cognitive Ergonomics*, 1998, Vol. 2, No. 1-2, pp. 19-33.

32. Lehto, M.R. and Papastavrou, J.D., "A Signal-Detection Theory Based Perspective on Design of Warning," *Perceptual and Motor Skills*, 1998, Vol. 86, pp. 720-722.

33. Zhu, W. and Lehto, M.R., "Decision Support for Indexing and Retrieval of Information for Hypertext Systems," *International Journal of Human-Computer Interaction,* 1999, Vol. 11, No. 4, pp. 349-371.

34. Lehto, M.R., House, T.E. and Papastavrou, J.D., "Interpretation of Fuzzy Qualifiers by Chemical Workers," *International Journal of Cognitive Ergonomics,* 2000, Vol. 4, No. 1, pp. 73-88.

35. Lehto, M.R., Papastavrou, J.P., Ranney, T.A., and Simmons, L., "An Experimental Comparison of Conservative vs Optimal Collision Avoidance System Thresholds," *Safety Science*, 2000, Vol. 36, No. 3, pp. 185-209.

36. Calisir, F. and Lehto, M.R., "Young Driver's Decision Making and Safety Belt Use," *Accident Analysis and Prevention,* 2002, Vol. 34, pp. 793-805.

37. Leman, S. and Lehto, M.R., "Interactive Decision Support System to Predict Print Quality," *Ergonomics*, 2003, Vol. 46, pp. 52-67.

38. Wellman, H., Lehto, M.R., Sorock, G., and Smith, G., "Computerized Coding of Injury Narrative Data from the National Health Interview Survey," *Accident Analysis and Prevention*, *Accident Analysis and Prevention*, Vol. 36, Issue 2, 2004, pp. 165-171.

39. Noorinaeini, A. and Lehto, M.R., "Hybrid Singular Value Decomposition; a Model of Text Classification," *International Journal of Human Factors Modeling and Simulation*, Vol. 1, No. 1, 2006, pp. 95-118.

40. Choe, P., Kim, C., Lehto, M. R., Lehto, X., & Allebach, J., "Evaluating and Improving a Self-Help Technical Support Website: Use of Focus Group Interviews," *International Journal of Human-Computer Interaction*, Vol. 21, No. 3, 2006, 333-354.

41. Oldenburger, K., Lehto, X., Feinberg, R., Lehto, M.R., and Salvendy, G., "Critical Purchasing Incidents in E-Business," *Behaviour & Information Technology*, 2008, Vol. 27, No. 1, pp. 63-77.

42. Calisir , F., Eryazici, M., and Lehto, M.R., "The Effects of Text Structure and Prior Knowledge of the Learner on Computer-Based Learning," *Computers in Human Behavior*, 2008, Vol. 24, No. 2, pp. 439-450.

43. Wu, S., Lehto, M.R., Yih, Y., Saleem, J. & Doebbeling, B., "Relationship of Estimated Resolution Time and Computerized Clinical Reminder Adherence," Proceedings of the American Medical Informatics Association (AMIA) Annual Symposium, 2007, in press.

2011

44. Wu, S., Lehto, M.R., Yih, Y., Saleem, J., and Doebbeling, B., "Impact of Clinical Reminder Redesign on Physician's Priority Decisions," *Applied Clinical Informatics,* 2010, Vol. 1, No. 4, pp. 466-485.

45. Choe, P., Lehto, M. R., Park, H. P., and Allebach, J., "A Query-Based Cross-Language Diagnosis Tool for Distributed Decision Making Support," *Computers & Industrial Engineering*, 2009, Vol. 57, No. 1, pp. 37-45.

46. Choe, P., Lehto, M. R., and Allebach, J., "Query Translation-Based Cross-Language Print Defect Diagnosis Based on the Fuzzy Bayesian Model," *Journal of Intelligent Manufacturing*, 2011, Vol. 22, No. 1, pp. 43-55.

47. Lehto, M. R., Wellman, H.M., and Corns, H., "Bayesian Methods; A Useful Tool For Classifying Injury Narratives Into Cause Groups," *Injury Prevention*, 2009, Vol. 15, No. 4, pp. 259-265.

48. Santos-Villalobos, H., Park, H., Kim, C., Choe, P., Kumontoy, R., Leman, S., Low, K., Oldenburger, K., Ortiz, M., Lehto, X., Lehto, M. R., and Allebach, J., "Web-Based Diagnosis Tool for Customers to Self-Solve Print Quality Issues," *Journal of Imaging Science and Technology*, 2010, Vol. 54, No. 4, pp. 040503-(13). Itek Best 2010 Journal Publication, Society for Imaging Science and Technology

49. Kim, C., Yun, M. H., Lee, C., Ko, H., and Lehto, M. R., "Affective Evaluation of User Impressions Using Virtual Product Prototyping," *Human Factors and Ergonomics in Manufacturing & Service Industries*, 2011, Vol. 21, No. 1, pp. 1–13.

50. Kim, C., Yun, M. H., Lee, C., and Lehto, M. R., "Evaluation of Customer Impressions Using Virtual Prototypes in the Internet Environment," *International Journal of Industrial Ergonomics*, 2011, Vol. 41, No. 2, pp. 118-127.

51. Wellman, H.M., Lehto, M. R., and Corns, H., "A combined Fuzzy-Naïve Bayesian strategy for assigning cause codes to injury narratives," *Injury Prevention*, 2011.

52. Robert W. Proctor, R.W., Nof, S.Y., Yih, Y., Busemeyer, J.R., Carayon, P., Chiu, C.Y., Farahmand,, F., Gonzalez, C., Gore, J., Landry, S.J., Lehto, M.R., Rau, P.L., Rouse, W., Tay, L., Vu, K.L.,Woo, S.E., and Salvendy, G., "Understanding and Improving Cross-Cultural Decision Making in Design and Use of Digital Media: A Research Agenda," *International Journal of Human-Computer Interaction*, 2011, Vol. 27, No. 2, pp. 191-213.

53. Choe, P., Lehto, M.R., Shin, G.C., and Choi, K.Y., "Semi-Automated Identification and Classification of Customer Complaints," *Human Factors and Ergonomics in Manufacturing & Service Industries*, in press.

**b.  Conference Proceedings**

1. Buck, J.R., Ings, D.M., and Lehto, M.R., "Predetermined Time Statistics of Discrete Tasks During Dual Tasking," *IEA/NES Conference*, Oslo, Norway, August 1980, pp. 78-84.

2. Boggs, G.J., Weiss, S.W., Lehto, M.R., and Salvendy, G., "Computer System Response Time and Psychophysical Stress," *IEEE Conference on Systems, Man, and Cybernetics*, Seattle, WA, October 28-30, 1982, pp. 40-44.

3. Weiss, S.W., Boggs, G., Lehto, M.R., Shodja, S., and Martin, D.J., "Computer System Response Time and Psychophysiological Stress II," *Proceedings of the Human Factors Society - 26th Annual Meeting*, Seattle, WA, October 25-29, 1982, pp. 698-702.

4. Lehto, M.R., Clark, D.R., and Miller, J.M., "An Isomorphism Between Fault Tree Analysis and LISP Data Structures," in *Proceedings of the First U.S.A. – Japan Conference on Human–Computer Interaction*, Salvendy, G. (ed), Honolulu, Hawaii, 1984, pp. 297-300.

2011

5. Lehto, M.R. and Miller, J.M., "An Experimental Application of Knowledge Engineering: A Generic Safety Analysis System," *IEEE Conference on Systems, Man, and Cybernetics,* Tucson, AZ, November 12-15, 1985, pp. 131-135.

6. Lehto, M.R. and Foley, J.P., "The Influence of Regulation, Training, and Product Information on ATV Operator Behavior: A Field Study," *Interface 89*, Carnegie Mellon University, Pittsburgh, PA, May 22-24, 1989, pp. 107-113.

7. Foley, J.P. and Lehto, M.R., "The Effect of Law and Training on All-Terrain Vehicle Riders' Safety-Related Behaviors," *Proceedings of the Human Factors Society - 34th Annual Meeting*, Orlando, FL, October 1990, pp. 966-969.

8. Lehto, M.R. and Papastavrou, J.D., "A Distributed Signal Detection Theory Model: Implications to the Design of Warnings," *Proceedings of the 1991 Automatic Control Conference*, Boston, MA, 1990, pp. 2586-2590.

9. Lehto, M.R. and Zhu, W., "Provision of Reference Materials to Designers via Hypertext," *Proceedings of the 18th Annual NSF Grantees Conference on Design and Manufacturing Systems Research*, Atlanta, GA, January 8-10, 1992, pp. 727-730.

10. Lehto, M.R. and Zhu, W., "A Computer Hypertext System for Providing Safety-Related Information," *International Conference on Computer-Aided Ergonomics and Safety*, Tampere, Finland, May 18-20, 1992, pp. 307-314.

11. Cho, S. and Lehto, M.R., "Development of a Conceptual Model for Combining Fuzzy and Nonfuzzy Inference Schemes," *International Fuzzy Systems and Intelligent Control Conference*, Louisville, KY, March 15-18, 1992, pp. 147-155.

12. Cho, S. and Lehto, M.R., "The Automatic Construction of the Knowledge Base for Fuzzy Systems from Data," *International Fuzzy Systems and Intelligent Control Conference*, Louisville, KY, March 15-18, 1992, pp. 141-146.

13. Lehto, M.R., "Knowledge-based Approach for Assisting Safety/Human Factors Design," *Proceedings of the 1994 NSF Design and Manufacturing Grantees Conference*, Cambridge, MA, January 5-7, 1994, pp. 61-62.

14. Lehto, M.R., "Designing Warnings: A Theoretical/Scientific Framework," *Proceedings of the European Consumer Safety Association (ECOSA) Safety Labeling Conference*, Paris, France, November 9-10, 1995.

15. Calisir, F. and Lehto, M.R., "Driver's Risk Assessments and Their Impact on Seat Belt Use," 19th International Conference on Computers and Industrial Engineering, Miami, FL, March 4-6, 1996.

16. Lehto, M.R. and House, T., "Evaluation of the Comprehension of Hazard Communication Phrases by Chemical Workers," *International Ergonomics Association 13th Triennial Congress*, Tampere, Finland, June 29-July 4, 1997.

17. Zhu, W. and Lehto, M.R., "Decision Support for Information Indexing and Retrieval Implications For Hypertext Systems*,"* *Seventh International Conference on Human-Computer Interaction*, San Francisco, CA., August 24-29, 1997.

18. Miller, J.M. and Lehto, M.R., "Computer Analysis of Warning Messages in Cross Multi-Modal and Multi-Lingual Environments," *International Conference on Computer - Aided Ergonomics and Safety*, Barcelona, Spain, May 19-21, 1999.

19. House, T. and Lehto, M.R., "Computer Aided Analysis Of Hazard Communication Phrases," *International Conference on Computer - Aided Ergonomics and Safety*, Barcelona, Spain, May 19-21, 1999.

20. Chatterjee, S., Lehto, M.R., and Sorock, G.S., "A Connectionist-Based Method For Classifying Free-Text Accident Narratives," *International Conference on Computer - Aided Ergonomics and Safety*, Barcelona, Spain, May 19-21, 1999.

21. Zhu, W. and Lehto, M.R., "Automatic Indexing of a Safety Reference System," *International Conference on Computer - Aided Ergonomics and Safety*, Barcelona, Spain, May 19-21, 1999.

22. Liang, S.F. and Lehto, M.R., "Information Representation and Decision Making Process: Effects of Measurement Scale and Shape of Decision Matrix in Preferential Choice," *Eighth International Conference on Human-Computer Interaction*, Munich, Germany, August 22-27, 1999.

23. Lehto, M.R., "Determining Warning Label Content and Format Using EMEA, *IEA 2000/HFES 2000, 14th Triennial Congress of the International Ergonomics Association & 44th Annual Meeting of the Human Factors and Ergonomics Society*, San Diego, CA, July 30-August 4, 2000.

24. Yang, Y. and Lehto, M.R., "Increasing Access of Visually Disabled Users to the World Wide Web," "HCI International 2001," *Ninth International Conference on Human-Computer Interaction, New Orleans, LA*.

25. Wellman, H., Lehto, M.R., Sorock, G., Smith, G., "Computerized Coding of Injury Narrative Data from the National Health Interview Survey," *Burden of Injury Conference*, May 16-17, 2002.

26. Nof, S.Y., Bellocci, T., Lehto, M.R., "Assuring Information Quality in Industrial Enterprises: Experiments in an ERP Environment," *Proceedings of HCI International 2003, 10th International Conference on Human-Computer Interaction, Crete, Greece*, Vol. 3, Harris, D., Duffy, V., Smith, M., and Stephanidis, C. (eds), June 22-27, 2003, pp. 654-658.

27. Wellman, H., Sorock, G., Lehto, M.R., "Automated Identification and Correction of Coding Errors in an Accident Narrative Database," *Proceedings of HCI International 2003, 10th International Conference on Human-Computer Interaction, Crete, Greece*, Vol. 3, Harris, D., Duffy, V., Smith, M., and Stephanidis, C. (eds), June 22-27, 2003, pp. 899-903.

28. Wellman, H., Sorock, G., Lehto, M.R., "Maintaining Information Quality in Accident Narrative Databases," *15th Triennial Meeting of the International Ergonomics Association (IEA), Seoul, Korea,* August 24-29, 2003.

29. Kim, C., Choe, P., Lehto, M.R., Allebach, J., "Development of a Web-based Interactive Self-help Troubleshooting Tool for Print Quality Problems," "HCI International 2005 - Human Interface and the Management of Information," *Eleventh International Conference on Human-Computer Interaction, Los Vegas, Nevada.*

30. Park, H. J., Santos, H., Kim, C., Choe, P., Kumontoy, R., Low, K., Oldenberger, K., Ortiz, M., Lehto, X., Lehto, M., and Allebach, J. P. (2006) "A Web-based self-diagnosis tool to solve print quality issues," (Focal paper) *Proceedings of NIP22 22nd International Conference on Digital Printing Technologies*, Denver, CO, 17-22 September 2006, 465-471.

31. S. Wu, M. Lehto, Y. Yih, M. Flanagan, A. Zillich, and B. Doebbeling, "A Logistic Regression Model for Assessing Clinicians' Perceived Usefulness of Computerized Clinical Reminders", *Proceeding of the 36th International Conference on Computers and Industrial Engineering*, Taipei, Taiwan, June 2006.

32. Choe, P., M. R., Lehto, & Allebach, J., "Troubleshooting by Q-KE-CLD based on fuzzy Bayesian model," *HCI International 2007*, July 22-27, Beijing, China.

33. Choe, P., Kim, C., M. R., Lehto, & Allebach, J., "Experimental comparison of adaptive vs. static thumbnail displays," *HCI International 2007*, July 22-27, Beijing, China.

34. Kim, C., Choe, P., M. R., Lehto, & Allebach, J., "Effect of providing a Web-based collaboration medium for a remote troubleshooting task," *HCI International 2007*, July 22-27, Beijing, China.

35. Kim, C., & Lehto, M. R., "Decision theoretic perspective on optimizing intelligent help," *HCI International 2007*, July 22-27, Beijing, China.

36. Lin, S. and Lehto, M.R., "A Fuzzy Bayesian Model Based Semi-Automated Task Analysis," *HCI International 2007*, July 22-27, Beijing, China.

37. Wellman, H.M., Lehto, M.R., H. Corns, "Computer classification of Injury Narratives using a Fuzzy Bayes Approach:  Improving the model," *HCI International 2007*, July 22-27, Beijing, China.

38. Corns, H., Wellman, H.M., Lehto, M.R., "Development of an approach for optimizing the accuracy of classifying large numbers of claims narratives using a machine learning tool (TEXTMINER)," *HCI International 2007,* July 22-27, Beijing, China.

39. Noorinaeini, A. and Lehto, M., "Hybrid Singular Value Decomposition; a model of human text classification," *HCI International 2007*, July 22-27, Beijing, China.

40. Lehto, X. Y., Park, J. K., Park, O. J. & Lehto, M. R. (2007).  Text Analysis of Consumer Reviews: The case of Virtual Travel Firms. *HCI International 2007*, July 22-27, Beijing, China.

41. Wu, S., Lehto, M.R., Yih, Y., Saleem, J., and Doebbeling, B., "Relationship of Estimated Resolution Time and Computerized Clinical Reminder Adherence," *Proceedings of the American Medical Informatics Association (AMIA) Annual Symposium*, 2007, pp. 334-338.

42. Santos-Villalobos, H., Loewen, V., Allebach, J.P., and Lehto,  M., "Houston, we have a color issue," in *Color Imaging XIV: Displaying, Hardcopy, Processing, and Applications*, SPIE Vol. 7241, R. Eschbach, G. Marcu, S. Tominaga, A. Rizzi, Eds., San Jose, CA, 18-22 January 2009.

43. Wu, S., Lehto, M.R., Yih, Y., Saleem, J., and Doebbeling, B., "Impact of Computerized Clinical Reminder Design on Clinical Decision Making," *IIE Annual Conference and Expo 2009*, Miami, May 2009

44. Wu, S., Lehto, M.R., Yih, Y., Saleem, J., and Doebbeling, B., "Information Flow Heuristics for the Design of Computerized Clinical Reminders," *IIE Annual Conference and Expo 2009*, Miami, May 2009

45. Wu, S., Lehto, M.R., Yih, Y., Saleem, J., and Doebbeling, B., "Impact of Computerized Clinical Reminder Design on Clinical Decision Making," *HCI International 2009, 13th International Conference on Human-Computer Interaction,* July 19-24, 2009, San Diego, CA.

46. Pandith, A., Lehto, M.R., and Duffy, V.G., "The Impact of Change in Software on Satisfaction: Evaluation Using Critical Incident Technique (CIT)," *HCI International 2009, 13th International Conference on Human-Computer Interaction,* July 19-24, 2009, San Diego, CA, 10 pages.

47. Lehto, X. Y., Lehto, M.R., Kim, S. & Lee, G. (2009). A Conceptual Framework for Creating a Quality Wellness Experience. *3rd Wuyi International Wellness Tourism Forum*, Wuyi, China. November 17th to 19th. 17 pages.

48. Wellman, H.M., Lehto, M.R., and H. Corns, "Automated Analysis of Injury Narratives in Large Administrative Databases for Injury Surveilance: Some Lessons Learned," *3rd Applied Human Factors and Ergonomics (AHFE) International Conference*, July 17 - 21, 2010, Miami, FL, 10 pages.

**c.   Books Authored**

1. Lehto, M.R. and Miller, J.M., *Warnings Volume I. Fundamentals, Design, and Evaluation Methodologies*, Fuller Technical Publications, Ann Arbor, MI, 1986, 287 pages.

2. Miller, J.M. and Lehto, M.R., *Warnings Volume II. An Annotated Bibliography*, Fuller Technical Publications, Ann Arbor, MI, 1987, 295 pages.

   a. Miller, J.M., Lehto, M.R., and Frantz, J.P., *Instructions and Warnings: The Annotated Bibliography*, (2nd edition of *Warnings Volume II. An Annotated Bibliography*), Fuller Technical Publications, Ann Arbor, MI, 1990, 395 pages.

   b. Lehto, M.R., *Warnings and Instructions: The Electronic Hyper-Text*, (electronic version of *Instructions and Warnings: The Annotated Bibliography*), Fuller Technical Publications, Ann Arbor, MI, 1990, 1.2 MegaBytes.

   c. Miller, J.M., Lehto, M.R., and Frantz, J.P., *Warnings and Safety Instructions: The Annotated Bibliography*, (3nd edition of *Warnings Volume II. An Annotated Bibliography*), Fuller Technical Publications, Ann Arbor, MI, 1994, 529 pages.

   d. Miller, J.M. and Lehto, M.R., *Warnings and Safety Instructions: The Annotated Bibliography*, (4th edition of *Warnings Volume II. An Annotated Bibliography*), Fuller Technical Publications, Ann Arbor, MI, 2000, 486 pages.

3. Lehto, M.R. and Buck, J.R., *An Introduction to Human Factors and Ergonomics for Engineers*, Lawrence Erlbaum Associates, Inc., Mahwah, NJ, in print, 2008, 878 pages.

4. Lehto, M.R., Lin, S., and Garett, S., *An Introduction to Human Factors and Ergonomics for Engineers: Instructors Manual*, Lawrence Erlbaum Associates, Inc., Mahwah, NJ, in print, 2008, 147 pages.

5. Lehto, M.R., *Textminer Reference Manual*, Consumer Research, Inc., Ann Arbor, MI.

**d.   Book Chapters**

1. Foley, J.P. and Lehto, M.R., "Models of Memory: Implications for Knowledge Acquisition," in *Designing and Using Human-Computer Interfaces and Knowledge Based Systems*, Salvendy, G. and Smith, M.J. (eds), Elsevier, Amsterdam, 1989, pp. 813-821.

2. Lehto, M.R. and Clark, D.R., "Warning Signs and Labels in the Workplace," in *Workspace, Equipment and Tool Design*, Karwowski, W. and Mital, A. (eds), Elsevier, Amsterdam, 1990, pp. 303-344.

3. Lehto, M.R., Boose, J., Sharit, J., and Salvendy, G. "Knowledge Acquisition," Chapter 58 in *Handbook of Industrial Engineering*, second edition, Salvendy, G. (ed), John Wiley, NY, 1992, pp. 1495-1545.

4. Lehto, M.R. and Foley, J.P., "Physical Aspects of Car Design: Occupant Protection," Chapter 7 in *Automotive Ergonomics,* Peacock, B. and Karwowski, W. (eds), Taylor and Francis, 1993, pp. 141-160.

5. Lehto, M.R., Zhu, W., and Carpenter, B., "The Relative Effectiveness of Hypertext and Text," in *Human-Computer Interaction: Software and Hardware Interfaces*, Salvendy, G. and Smith, M.J. (eds), Elsevier, Amsterdam, 1993, pp. 181-186.

6. Lehto, M.R. and Miller, J.M., "Principles of Prevention: Safety Information," in Chapter 56, *Accident Prevention*, *ILO Encyclopedia of Occupational Health and Safety*, fourth edition, Stellman, J.M. (ed), International Labour Office, Geneva, Switzerland, 1997, pp. 56.33-56.38.

7. Lehto, M.R., "Industrial Health and Safety," *McGraw-Hill Encyclopedia of Science and Technology,* McGraw-Hill, New York, 1996.


8. Lehto, M.R., "Decision Making," Chapter 37 in *Handbook of Human Factors & Ergonomics*, second edition Salvendy, G. (ed), John Wiley & Sons, NY, 1997.

9. Clark, D.R. and Lehto, M.R., "Reliability, Maintenance, and Safety of Robots," Chapter 37 in *Handbook of Industrial Robotics*, second edition Nof, S. (ed), John Wiley & Sons, NY, 1999, pp. 717-754.

10. Frantz, J.P., Rhoades, T.P., and Lehto, M.R., "Practical Considerations Regarding the Design and Evaluation of Product Warnings," Chapter 13 in *Warnings and Risk Communication*, Wogalter, M.S., DeJoy, D.M., and Laughery, K. (eds), Taylor and Francis, 1999, pp. 291-312.

11. Clark, D.R., Benysh, S.A.H., and Lehto, M.R., "Design of Industrial Warnings," in *The Occupational Ergonomics Handbook*, Chapter 40 in *The Occupational Ergonomics Handbook*, Karwowski, W. and Marras, W.S. (eds), CRC Press, Boca Raton, 1999, pp. 707-740.

12. Lehto, M.R., "Guidelines for Designing Warning Signs and Warning Labels," in *Industrial & Occupational Ergonomics: User's Encyclopedia*, Moh Ayoub, M., Kumar, S., Landau, K.and Wang, L. (eds), 1999.

13. Clark, D.R. and Lehto, M.R., "Warning Signs and Labels," in *International Encyclopedia of Ergonomics and Human Factors*, Karwowski, W. (co-ed), Taylor and Francis, 2000.

14. Lehto, M.R., "Decision Making Models," Chapter 84 in *Handbook of Industrial Engineering, Technology, and Operations Management*, third edition, Salvendy, G. (ed), John Wiley, NY, 2001, pp. 2172-2223.

15. Lehto, M.R. and Nah, H., "Decision Making and Decision Support," Chapter 8, *Handbook of Human Factors and Ergonomics*, third edition, Salvendy, G. (ed), John Wiley, NY, 2006, pp. 191-242.

16. Lehto, M.R., "Human Factors Models," Chapter 6 in *Handbook of Warnings*, Wogalter, M. S. (ed), Lawrence Erlbaum Associates, Inc., Mahwah, NJ, 2006, pp. 63-87.

17. Lehto, M.R., "Optimal Warnings: An Information and Decision Theoretic Perspective," Chapter 7 in *Handbook of Warnings*, Wogalter, M. S. (ed), Lawrence Erlbaum Associates, Inc., Mahwah, NJ, 2006, pp. 89-108.

18. Noorinaeini, A. and Lehto, M.R., "Mathematical Models of Human Text Classification," in *Handbook of Digital Human Modeling for Human Factors and Ergonomics*, Duffy, V. G. (ed), Lawrence Erlbaum Associates, Inc., Mahwah, NJ, 2009, pp. 17.1-17.15.

19. Lehto, M. R ., Lesch, M. F., and Horrey, W. J., "Safety Warnings for Automation, " Chapter 39 in *SPRINGER Handbook of Automation*, Nof, S. (ed)., 2009, Part D., pp. 671-695, www.SpringerLink.com.

20. Lin, S. and Lehto, M.R., "A Bayesian Based Machine Learning Application to Task Analysis, " in *Encyclopedia of Data Warehousing and Mining*, second edition, Wang, J. (ed), Information Science Reference, Hershey PA, 2009, pp. 133-139.

21. Wu, S., M.R. Lehto, and Yih, Y., "Clinical Decision Support Systems," Chapter 48 in *Handbook of Healthcare Delivery Systems*, Yih, Y. (ed), Taylor & Francis Group, Boca Raton, FL, 2011, pp. 48.1-48.13.

22. Lehto, M.R., Yi, J.S., and Nah, H., "Decision-Making Models, Decision Support, and Problem Solving" Chapter 8 in *Handbook of Human Factors and Ergonomics*, fourth edition, Salvendy, G. (ed), John Wiley, NY, 2011, in press.

23. Lehto, M.R., Clark, D.R., and Cook, B.T., "Occupational Health and Safety Management," Chapter 25 in *Handbook of Human Factors and Ergonomics*, fourth edition, Salvendy, G. (ed), John Wiley, NY, 2011, in press.

2011
24. Zafar, A. and Lehto, M.R., "Cultural Factors in the Adoption and Implementation of Health Information Technology," Chapter 13 in *Cultural Factors in Systems Design: Decision Making and Action*, Proctor, R. (ed), 2011, in press.

## 2.  INVENTION DISCLOSURES/PATENTS

1.  Lehto, M.R. and Foley, J.P., *Purdue Air Belt*, Invention Disclosure, Purdue Research Foundation, May 1987.

2.  Lehto, M.R., *Concealed Air Belt*, US Patent Number 05947513, July 1999.

3.  Kim, C., Choe, P., Lehto, M., and Allebach, J., *Web-based Self Help Decision Support Tool*, Invention disclosure filed, March 2004, Hewlett-Packard Company, Patent Pending.

## 3.  RESEARCH GRANTS

Research conducted by Dr. Lehto has been supported by the American Society for Engineering Education, the Roudebush Veterans Administration Medical Center, the Lilly Endowment, Inc., the Regenstrief Center, the General Motors Research Center, the Liberty Mutual Research Center, the Purdue Research Foundation, the NEC Corporation, the National Science Foundation, the National Institute of Health, Electro-Mark Corporation, Hewlett-Packard Company, Proctor and Gamble (P&G), Yamaha Motor Corporation, American National Standards Institute (ANSI), US Consumer Product Safety Commission (CPSC), Dow Chemical, ElectroMark, Ford Motor, Specialty Vehicle Institute of America (SVIA), and the Chemical Manufacturers Association (CMA). Some of the companies who have consulted Dr. Lehto include Ameritech, Alcoa, Ashland Chemical, General Electric (GE), GTE, Chrysler, Cummins Engine, Consumer Safety Institute, Delphi, Diamond Foods, Dow Chemical, ElectroMark, Ford Motor, ITT, General Motors, Krogers, MasterChem, Kimberly-Clark, Leggett and Platt, Mazda, Microsoft, Nissan, Caterpillar, Domino's Pizza, Pennzoil, Pepsi-Cola, Pittsburg Corning, 3M, Saab, Sears, Shell Oil, Sherwin-Williams, Texaco, Toyota, Wabash National, and Winterthur Insurance.

## 4.  OTHER RESEARCH ACTIVITIES

### a. Editorship of Scientific Journals

| | | |
|---|---|---|
| 1991-2002 | Associate Editor | *IIE Transactions*. |
| 1995-2001 | Editorial Board | *International Journal of Cognitive Ergonomics (IJCE)* |
| 1996-2002 | Editorial Board | *IIE Transactions on Operations Engineering* |
| 1997-1998 | Editor | *IJCE - Special Issue on Hazard Communication* |
| 2004-present | Editorial Board | *The International Journal of Human Factors Modeling and Simulation (HFMS)* |
| 2007-present | Editorial Board | *Journal of Safety Research* |
| 2007-present | Editorial Board | *European Journal of Industrial Engineering* |
| 2007-present | Editorial Board | *The Open Cybernetics and Systemics Journal* |

# EXHIBIT B

*Miller Engineering, Inc.*

---

**Testimony History of
Mark R. Lehto, PhD
1/2006 –1/2012**

| Case Caption | Lawyer's Name | Address | Phone | Testimony | Date |
|---|---|---|---|---|---|
| McGuire v. Hollingsworth & Vose, et al. | Timothy D. Johnston | Nutter, McClennen & Fish, LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 | 617.439.2465 | Deposition | 12/13/11 |
| Ross v. Pentair | James V. Etscorn | Baker Hostetler<br>SunTrust Center<br>Suite 2300<br>200 South Orange Avenue<br>Orlando, FL 32801-3432 | 407.649.4067 | Deposition | 10/8/10 |
| Buoy v. International et al. | Dale Markland | Markland Hanley LLP<br>2200 Ross Avenue, Suite 4100W<br>Dallas, TX 75201 | 469.341.3633 | Deposition | 1/29/10 |
| Peterson v. TASER, Lewandoski v. TASER | John Maley | Barnes & Thornburg, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46704 | (317) 231.7464 | Deposition | 2/26/08, 6/26/08 |
| Heston v. City of Salinas Police Department | William Webb | Manning & Marder<br>14362 N. Frank Lloyd Wright Blvd.<br>Suite 2300<br>Scottsdale, AZ 85260 | (480) 477-5269 | Deposition | 12/3/07 |
| Lomax v. Las Vegas Metropolitan Police Department | John Maley | Barnes & Thornburg, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46704 | (317) 231.7464 | Deposition | 11/9/07 |