# EXHIBIT J

Page 1

1          UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4    - - - - - - - - - - - - - - - - - - - - - - -
5    APPLE INC.,
6          Plaintiff/Counterclaim Defendant,
7    vs.                    Case No. 11-cv-01846-LHK
8    SAMSUNG ELECTRONICS CO., LTD.,
9    SAMSUNG ELECTRONICS AMERICA,
10   INC., SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
12   LLC,
13          Defendants/Conterclaim Plaintiffs,
14   - - - - - - - - - - - - - - - - - - - - - - -
15
16     VIDEOTAPE DEPOSITION OF NICHOLAS P. GODICI
17                Washington, D.C.
18               Monday, May 7, 2012
19
20    *Contains Confidential Portion Bound Separate*
21
22   Job No.:  49275
23
     Reported by:
24
     SUSAN ASHE, RMR/CRR
25

Page 2

1           Monday, May 7, 2012

2                9:01 a.m.

3

4

5      Videotaped deposition of NICHOLAS P.

6  GODICI, taken on behalf of Plaintiffs, at MORRISON &

7  FOERSTER LLP, 2000 Pennsylvania Avenue, Northwest,

8  Washington, D.C., beginning at 9:01 a.m., on Monday,

9  May 7, 2012, before Susan Ashe, RMR/CRR.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   APPEARANCE OF COUNSEL:
2       FOR PLAINTIFF APPLE INC. AND THE WITNESS:
3           MORRISON & FOERSTER LLP
4           BY:  CHARLES S. BARQUIST, ESQ.
5           555 West Fifth Street
6           Los Angeles, California  90013
7
8
        FOR DEFENDANT SAMSUNG ELECTRONICS, INC.:
9
            QUINN EMANUEL URQUHART & SULLIVAN, LLP
10
            BY:  VICTORIA F. MAROULIS, ESQ.
11
            555 Twin Dolphin Drive, Suite 560
12
            Redwood Shores, California  94065
13
14
15  ALSO PRESENT:  Jordan Mummert, Videographer
16
17
18
19
20
21
22
23
24
25

Page 8

| | | |
|---|---|---|
| 1 | office determines patentability to be helpful. | 09:07 |
| 2 | But as stated in my report, I'm opining on | 09:07 |
| 3 | how patent examiners view the scope of coverage when | 09:07 |
| 4 | determining the patentability of a design | 09:07 |
| 5 | application. | 09:07 |
| 6 | Q   Are you familiar with the rules of claim | 09:07 |
| 7 | construction that a district court applies to | 09:07 |
| 8 | interpretation of a design patent? | 09:07 |
| 9 | A   Well, in general, although that would not | 09:07 |
| 10 | be something that I opined on necessarily directly | 09:07 |
| 11 | in my report. | 09:07 |
| 12 | Again, I think my report centers on how | 09:07 |
| 13 | the patent office would look at a design application | 09:07 |
| 14 | and determine patentability. | 09:08 |
| 15 | Q   So, you're not offering an opinion then on | 09:08 |
| 16 | what the proper scope of any of the design patents | 09:08 |
| 17 | is in the district court infringement action. | 09:08 |
| 18 | Is that correct? | 09:08 |
| 19 | MS. MAROULIS:  Objection; misstates the | 09:08 |
| 20 | report, vague. | 09:08 |
| 21 | A   Well, again, I'm attempting to -- and I | 09:08 |
| 22 | would like to, if possible, if allowed to testify, | 09:08 |
| 23 | explain to the court how the patent office and | 09:08 |
| 24 | patent examiners look at claims in a design | 09:08 |
| 25 | application when they evaluate the claims for | 09:08 |

1                    DECLARATION

2         I hereby declare under penalty of perjury
3    that the foregoing is my deposition under oath; that
4    these are the questions asked of me and my answers
5    thereto; and that I have read my deposition and have
6    made the corrections, additions, or changes to my
7    answers that I deem necessary.
8         In witness whereof, I hereby subscribe my
9    name this          day of                    , 2012.

10

11         _____

12                    NICHOLAS P. GODICI

13

14

15

16

17

18

19

20

21

22

23

24

25