# EXHIBIT L

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

_____  )
                                            )
APPLE, INC., a California corporation        )
                                            )
                        Plaintiff,           )         Case No. 11-cv-01846-LHK
                                            )
            v.                               )
                                            )
SAMSUNG ELECTRONICS CO., LTD., a            )
Korean corporation; SAMSUNG                 )
ELECTRONICS AMERICA, INC., a New            )
York corporation; and SAMSUNG               )
TELECOMMUNICATIONS AMERICA,                 )
LLC, a Delaware limited liability company,  )
                                            )
                        Defendants.          )
_____  )

**Expert Report of Michael B. Mazis, Ph.D.**

**March 2012**

1.      I was asked by Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the defendant, to provide expert testimony in *Apple Inc. v. Samsung*.  My objective is to assist the Court in assessing whether the defendant's use of eight icons used in Apple's iPhone and iPad products have attained secondary meaning in the marketplace.  As part of my assignment, I conducted a survey following well-accepted procedures in the field.  The survey was designed to determine whether the phone, messaging, photos, settings, notes, contacts, iTunes, and iTunes on-line music service icons used in Apple's iPhone and iPad products have acquired distinctiveness.  Thus, the survey sought to determine whether smart phone and tablet computer owners associate these eight icons with one company and whether that company is Apple.

## SUMMARY OF QUALIFICATIONS AND EXPERIENCE
### Credentials and Expertise

2.      I designed the consumer survey, and I oversaw all aspects of the data collection and data analysis.  (See Exhibit A for a detailed description of my professional qualifications.)  I have conducted marketing research surveys for over 30 years.  I am Professor of Marketing at American University's Kogod School of Business, where I have been a faculty member for over 25 years, including over 10 years as chair of the marketing department.  I have taught courses in consumer behavior, marketing research, marketing principles, marketing management, Internet marketing, and marketing and public policy.

3.      I received my B.S. degree in Economics from the Wharton School of University of Pennsylvania, my M.B.A. degree from New York University, and my Ph.D. in Business Administration degree, with a concentration in marketing, from Pennsylvania State University.  In addition, I was editor of the *Journal of Public Policy & Marketing*

from 1992 to 1995, and I was Associate Editor of *The Journal of Consumer Affairs* from 1998 to 2001.  I am a member of the American Marketing Association and a member and former director of the Association for Consumer Research.

4.      My research focuses on consumer perception of advertising, product labels, and other marketing materials and on the impact of information on consumer perceptions.  I have published over 60 articles in academic publications, including *Journal of Marketing*, *Journal of Consumer Research*, *Journal of Marketing Research*, *Journal of Public Policy & Marketing*, *The Journal of Consumer Affairs*, *Journal of Personality and Social Psychology*, *Journal of Experimental Social Psychology*, and *Journal of the American Medical Association*.

5.      From 1976-79, I served as an in-house marketing expert at the Food and Drug Administration (FDA) and at the Federal Trade Commission (FTC), where I evaluated consumer perception of advertising and product labels, designed and conducted marketing research surveys, and evaluated surveys submitted by companies seeking to substantiate promotional claims.  I continue to serve as a consultant for the FTC, having served as the FTC's principal marketing witness in *FTC vs. Novartis* in 1997, *FTC vs. Trans Union* in 1998, *FTC vs. Mercury Marketing* in 2003, *FTC vs. Telebrands* in 2004, and *FTC v. POM Wonderful* in 2011.  In addition, I have served as a consultant on marketing issues and on marketing research surveys for the FDA, Bureau of Alcohol, Tobacco, and Firearms, Consumer Product Safety Commission, Department of Justice, U. S. Mint, and the State of California.  I have also spoken on designing consumer surveys at conferences sponsored by the American Bar Association, D.C. Bar Association, Better Business Bureaus, and American Marketing Association.  (A list of cases in which I have testified in the last four years is attached as Exhibit B.)

**Compensation**

6.      My work on this case is being billed at $700 per hour.

## MATERIALS CONSIDERED

7.      I considered the following case materials:

- Amended Complaint dated June 16, 2011

- Apple trademark registrations for icons shown in exhibits 23-30 of complaint

## RESEARCH OBJECTIVE

8.      The principal objectives of the survey that I conducted was to assess the secondary meaning of the phone, messaging, photos, settings, notes, contacts, iTunes, and iTunes on-line music service icons used in Apple's iPhone and iPad products.

## SUMMARY OF METHOD AND FINDINGS

9.      I designed a survey using a well-established methodology for assessing secondary meaning.  The secondary meaning survey consisted of interviews with 2279 owners of smart phones and/or tablet computers.  Interviews were conducted in 36 shopping malls across the United States.  To assess secondary meaning, survey respondents were shown a card with one of eight Apple icons on it.  Then, they were asked whether they had seen the icon on a smart phone or tablet computer.  Respondents answering affirmatively were asked whether they associated the icon with one company's smart phone or tablet computer, with more than one company's smart phone or tablet computer, or whether they didn't know.  Next, respondents who answered "one company" were asked to identify that company.  Respondents who replied "more than one company" were asked to identify which companies.  Finally, respondents were asked about their reasons for associating the icon with the company or companies mentioned.

10.     The secondary meaning survey results show that, after adjusting for controls, between ten percent and twenty-five percent of respondents associate Apple icons with one company.  For example, 24.6% of all respondents associated the iTunes icon with a single source, and 10.5% of respondents associated the messaging icon with one source. The median rate of single source identification across the eight Apple icons was about 13%.  The proportion of respondents who associated the icon with a single source and then identified that source as Apple is very similar to the proportion of single source identifications.  Using the same two icons as above and once adjusting for controls, 25.2% of all respondents associate the iTunes icon with Apple, while 13.1% of respondent associated the messaging icon with Apple.  The median rate of all respondents identifying Apple as the source of the icons was again about 13%.

**PROCEDURE**

**<u>Survey Background</u>**

11.     The survey was designed in accordance with the generally accepted standards and procedures in the field of surveys.  It was designed to meet the criteria for survey trustworthiness set forth in the *Manual for Complex Litigation*.[1]  These criteria are:

- the population was properly chosen and defined;

- the sample chosen was representative of the population;

- the data gathered were accurately reported;

- the data were analyzed in accordance with accepted statistical principles;

- the questions asked were clear and not misleading;

---

[1] Federal Judicial Center, *Manual for Complex Litigation, Fourth* §11.493.

- the survey was conducted by qualified persons following proper interviewing procedures; and

- the process was conducted so as to ensure objectivity.

**Survey Universe**

12.     The universe for the study consisted of individuals 18 years of age and older that currently own a smart phone and/or tablet computer.  The study was "double blind." Neither the interviewers nor the respondents were aware of the identity of the client or the purpose of the study.

**Data Collection and Sampling**

13.     Data collection was conducted between February 17, 2012 and March 4, 2012. The survey was conducted in 36 shopping malls across the United States:

| | |
|---|---|
| Akron, OH | Los Angeles, CA |
| Albany, NY | Macomb, GA |
| Atlanta, GA | Milpitas, CA |
| Baltimore, MD | Milwaukee, WI |
| Boston, MA | Minneapolis, MI |
| Brooklyn, NY | Moreno Valley, CA |
| Cherry Hill, NJ | Nashville, TN |
| Chicago, IL | New York, NY |
| Cincinnati, OH | Orlando, FL |
| Dallas. TX | Philadelphia, PA |
| Dartmouth, MA | Portland, OR |
| Denver, CO | Rochester, NY |
| Detroit, MI | Rockaway, NY |
| Ft. Worth, TX | San Diego, CA |
| Greensboro, NC | San Francisco, CA |
| Hayward, CA | Santa Ana, CA |
| Houston, TX | Spring Hill, TN |
| Kansas City, MO | Tampa, FL |

**Project Supervision**

14.     Target Research Group, Inc., was responsible for supervising the data collection. At Target Research Group, the project was supervised by Larry Herman, Senior Vice President.  Mr. Herman has over 30 years experience in the marketing research field.

Target Research Group, founded in 1986, is a nationally recognized full-service marketing research company with headquarters in Nanuet, NY.  Since 1999, Target Research Group has been part of the MVL Group.

**Field Procedures and Coding**

15.     Target Research Group, under my supervision, prepared separate instructions for the interviewers and for their supervisors.  (See Exhibit C.)  To ensure that the interviews were conducted properly, a set of established procedures were implemented.  Before starting work on the study, each interviewer was required to read the interviewer instructions, to attend a personal briefing at which interviewing procedures were discussed in detail, and to complete a practice interview.  Target Research Group was also responsible for coding the questionnaires. After arriving at Target Research Group, questionnaires were checked for accuracy and completeness.

**"Screening" Questionnaire**

16.     Interviewers used a "screening" questionnaire, which consisted of questions to determine whether potential respondents were qualified to participate in the study. (See Exhibit D.)  A survey participant had to be 18 years of age and older, and he or she had to have currently owned a smart phone and/or currently owned a tablet computer.  Potential respondents were excluded from participation if they had participated in a marketing research survey other than a political poll during the past three months.  Also, to eliminate the possibility that individuals with specialized knowledge might be included in the sample, potential respondents were excluded if they or members of their households worked for an advertising agency or public relations firm, for a marketing research firm, or for a manufacturer, distributor or retailer of cell phone or computer products.  They were also excluded if they wore eyeglasses or contact lenses for reading but did not have

their corrective eye wear with them at the time of the interview.  Those potential

respondents who were qualified to participate in the study based on their responses to the

"screening" questionnaire were invited to participate in the study and were administered

the "main" questionnaire.

**"Main" Questionnaire**

17.     At the outset of the "main" questionnaire, interviewers provided an introduction

to respondents: (See Exhibit E.)

> *I am going to show you a card.  Please look carefully at the icon that*
>
> *appears on the card.  The icon on the card may or may not have appeared*
>
> *on a smart phone or tablet computer.*

18.     Next, respondents were handed a card with one of the eight Apple icons or one of

seven control icons.  Each control icon was matched with one of the Apple icons, except

a single control music icon was used for both the iTunes and iTunes on-line music

service icons.  (See below.)  The control icons were used to adjust for possible guessing

("noise") to questions posed to respondents about the Apple icons.



|  | **APPLE** | **CONTROL** |
|---|---|---|
| PHONE ICONS | CELL 1 | CELL  14 |
| MESSAGING ICONS | CELL 3 | CELL 6 |
| PHOTOS ICONS | CELL 5 | CELL 2 |



SETTINGS ICONS     CELL 7     CELL 12

NOTES ICONS     CELL 9     CELL 10

CONTACTS ICONS     CELL 11     CELL 4

iTUNES ICONS     CELL 13     CELL 8

iTUNES ON-LINE MUSIC SERVICE ICONS     CELL 15     CELL 8

19.   Then, respondents were told:

*Take as much time as you need to look at the icon on this card. Then, tell me when you are ready to answer a few questions. There are no right or wrong answers, I just want to know what you think and what opinions you might have. If you don't have an opinion or don't know an answer, please just tell me. Your responses will be kept completely confidential, so please just tell me what you think.*

20.    Now, respondents were asked, with the picture of the icon in front of them:

> *Have you seen or have you not seen this icon on a smart phone or tablet*
>
> *computer or don't you know?*

21.    Of the respondents who answered that they had seen the icon before, half were

asked:

> *Do you associate this icon with one company's smart phone or tablet*
>
> *computer, with more than one company's smart phone or tablet computer,*
>
> *or don't you know?*

22.    To control for order bias, the other half of the respondents who answered that they

had seen the icon before were asked:

> *Do you associate this icon with more than one company's smart phone or*
>
> *tablet computer, one company's smart phone or tablet computer, or don't*
>
> *you know?*

23.    Respondents who answered "one company" were asked:

> *What is that company?*

And they were asked:

> *What is it that makes you associate it with [the NAME OF COMPANY*
>
> *previously identified was inserted]?  Any other reasons?*

24.    Respondents who answered "more than one company" were asked:

> *What are these companies?*

And for each company mentioned they were asked:

> *What is it that makes you associate it with [the NAME OF COMPANY*
>
> *previously identified was inserted – one for each question]?  Any other*
>
> *reasons?*

25.     Respondents who answered that they had not seen the icon on a smart phone or tablet computer or that they didn't know, were not asked any subsequent questions.

**<u>Validation</u>**

26.     Following standard protocol, validation was conducted by attempting to re-contact respondents to verify that they had participated in the study and met key screening criteria.  The names and telephone numbers of all respondents who had provided this information were sent to Field Solutions, an interviewing service not affiliated with the Target Research Group, to conduct telephone validation.  They attempted to validate 100% of the interviews, using a validation questionnaire that I developed. (See Exhibit F.)   In conducting the validation telephone calls, a minimum of three attempts were made to re-contact all respondents who had provided telephone numbers.  For the survey, 2289 interviews were completed, and 2038 respondents were contacted by telephone.  Eight interviews failed to validate during telephone validation and thus were excluded.  Therefore, 2030 interviews were successfully validated (89%).  During the review process, two questionnaires were removed because the interviews were not completed properly.  Thus, the final database for the secondary meaning survey contained 2279 (2289 – 8 – 2 = 2279) interviews.  The very high validation rate for this survey far exceeds the standard validation rate for legal surveys.

## RESULTS

27.     The findings from the secondary meaning survey are shown in the following

tables.  (See Exhibit G for  tabulations.)

28.                                    **TABLE 1**
**PHONE ICONS**

|  | Cell 1<br>Test Cell | Cell 14<br>Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 152 | 151 | |
| **Have seen Icon on smart phone or tablet computer** | 118   (77.6%) | 43   (28.5%) | |
| **One Company** | 49   (32.2%) | 18   (11.9%) | 20.3% |
| **Apple Mentions** | 25   (16.4%) | 0   (0.0%) | 16.4% |

29.     The data in Table 1 reveal that 77.6% of respondents exposed to the Apple phone

icon (test cell) indicated that they had seen the Apple icon on a smart phone or tablet

computer, whereas only 28.5% of control cell respondents answered that they had seen

the control phone icon on a smart phone or tablet computer.  In addition, 32.2% of test

cell respondents and 11.9% of control cell respondents associated the icon with one

company's smart phone or tablet computer.  Thus, the "net" association of the Apple

phone icon with one company's smart phone or tablet computer (adjusting for "noise" or

guessing) is 20.3% (32.2% - 11.9% = 20.3%).  Moreover, 16.4% of test cell respondents

identified Apple as the company they associated the Apple phone icon with.[2]  None of the

control cell respondents identified Apple as that company.  Therefore, the "net" mention

of Apple as a single source of the phone icon (adjusting for "noise" or guessing) is 16.4%

(16.4% - 0.0% = 16.4%).

---

[2] Throughout the survey, any mention of Apple, iPhone, iPad, or iTunes was counted as an "Apple" mention.  Also, any mention of Apple, iPhone, iPad, or iTunes along with Verizon or AT&T (under a "more than one company" response) was counted as an "Apple" mention.

30.

**TABLE 2**
**MESSAGING ICONS**

|  | Cell 3<br>Test Cell | Cell 6<br>Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 153 | 153 |  |
| **Have seen Icon on smart phone or tablet computer** | 94   (61.4%) | 73   (47.7%) |  |
| **One Company** | 46   (30.1%) | 30   (19.6%) | 10.5% |
| **Apple Mentions** | 29   (19.0%) | 9      (5.9%) | 13.1% |

31.     The data in Table 2 show that 61.4% of respondents exposed to the Apple

messaging icon (test cell) indicated that they had seen the Apple icon on a smart phone or

tablet computer, whereas only 47.7% of control cell respondents answered that they had

seen the control messaging icon on a smart phone or tablet computer.  In addition, 30.1%

of test cell respondents and 19.6% of control cell respondents associated the icon with

one company's smart phone or tablet computer.  Thus, the "net" association of the Apple

messaging icon with one company's smart phone or tablet computer (adjusting for

"noise" or guessing) is 10.5% (30.1% - 19.6% = 10.5%).  Moreover, 19.0% of test cell

respondents identified Apple as the company they associated the Apple messaging icon

with.  Also, 5.9% of the control cell respondents identified Apple as that company.

Therefore, the "net" mention of Apple as a single source of the messaging icon (adjusting

for "noise" or guessing) is 13.1% (19.0% - 5.9% = 13.1%).

32.

**TABLE 3**
**PHOTOS ICONS**

|  | Cell 5 Test Cell | Cell 2 Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 149 | 154 |  |
| **Have seen Icon on smart phone or tablet computer** | 64   (43.0%) | 24   (15.6%) |  |
| **One Company** | 37   (24.8%) | 9   (5.8%) | 19.0% |
| **Apple Mentions** | 23   (15.4%) | 4   (2.6%) | 12.8% |

33.    The data in Table 3 indicate that 43.0% of respondents exposed to the Apple

photos icon (test cell) indicated that they had seen the Apple icon on a smart phone or

tablet computer, whereas only 15.6% of control cell respondents answered that they had

seen the control photos icon on a smart phone or tablet computer.  In addition, 24.8% of

test cell respondents and 5.8% of control cell respondents associated the icon with one

company's smart phone or tablet computer.  Thus, the "net" association of the Apple

photos icon with one company's smart phone or tablet computer (adjusting for "noise" or

guessing) is 19.0% (24.8% - 5.8% = 19.0%).  Moreover, 15.4% of test cell respondents

identified Apple as the company they associated the Apple photo icon with.  Also, 2.6%

of the control cell respondents identified Apple as that company.  Therefore, the "net"

mention of Apple as a single source of the photos icon (adjusting for "noise" or guessing)

is 12.8% (15.4% - 2.6% = 12.8%).

34.

**TABLE 4**
**SETTINGS ICONS**

| | Cell 7 Test Cell | Cell 12 Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 150 | 149 | |
| **Have seen Icon on smart phone or tablet computer** | 71   (47.3%) | 72   (28.3%) | |
| **One Company** | 44   (29.3%) | 26   (17.4%) | 11.9% |
| **Apple Mentions** | 23   (15.3%) | 9     (6.0%) | 9.3% |

35.    The data in Table 4 demonstrate that 47.3% of respondents exposed to the Apple

settings icon (test cell) indicated that they had seen the Apple icon on a smart phone or

tablet computer, whereas 28.3% of control cell respondents answered that they had seen

the control settings icon on a smart phone or tablet computer.  In addition, 29.3% of test

cell respondents and 17.4% of control cell respondents associated the icon with one

company's smart phone or tablet computer.  Thus, the "net" association of the Apple

settings icon with one company's smart phone or tablet computer (adjusting for "noise"

or guessing) is 11.9% (29.3% - 17.4% = 11.9%).  Moreover, 15.3% of test cell

respondents identified Apple as the company they associated the Apple settings icon

with.  Also, 6.0% of the control cell respondents identified Apple as that company.

Therefore, the "net" mention of Apple as a single source of the settings icon (adjusting

for "noise" or guessing) is 9.3% (15.3% - 6.0% = 9.3%).

36.

**TABLE 5**
**NOTES ICONS**

|  | Cell 9<br>Test Cell | Cell 10<br>Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 154 | 151 | |
| **Have seen Icon on smart phone or tablet computer** | 81   (52.6%) | 67   (44.4%) | |
| **One Company** | 46   (29.9%) | 28   (18.5%) | 11.4% |
| **Apple Mentions** | 28   (18.2%) | 9   (6.0%) | 12.2% |

37.     The data in Table 5 show that 52.6% of respondents exposed to the Apple notes

icon (test cell) indicated that they had seen the Apple icon on a smart phone or tablet

computer, whereas 44.4% of control cell respondents answered that they had seen the

control notes icon on a smart phone or tablet computer.  In addition, 29.9% of test cell

respondents and 18.5% of control cell respondents associated the icon with one

company's smart phone or tablet computer.  Thus, the "net" association of the Apple

notes icon with one company's smart phone or tablet computer (adjusting for "noise" or

guessing) is 11.4% (29.9% - 18.5% = 11.4%).  Moreover, 18.2% of test cell respondents

identified Apple as the company they associated the Apple notes icon with.  Also, 6.0%

of the control cell respondents identified Apple as that company.  Therefore, the "net"

mention of Apple as a single source of the notes icon (adjusting for "noise" or guessing)

is 12.2% (18.2% - 6.0% = 12.2%).

38.                          **TABLE 6**
                       **CONTACTS ICONS**

|  | Cell 11 Test Cell | Cell 4 Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 152 | 151 | |
| **Have seen Icon on smart phone or tablet computer** | 79   (52.0%) | 36   (23.5%) | |
| **One Company** | 39   (25.7%) | 16   (10.5%) | 15.2% |
| **Apple Mentions** | 27   (17.8%) | 6     (3.9%) | 13.9% |

39.     The data in Table 6 reveal that 52.0% of respondents exposed to the Apple

contacts icon (test cell) indicated that they had seen the Apple icon on a smart phone or

tablet computer, whereas 23.5% of control cell respondents answered that they had seen

the control contacts icon on a smart phone or tablet computer.  In addition, 25.7% of test

cell respondents and 10.5% of control cell respondents associated the icon with one

company's smart phone or tablet computer.  Thus, the "net" association of the Apple

contacts icon with one company's smart phone or tablet computer (adjusting for "noise"

or guessing) is 15.2% (25.7% - 10.5% = 15.2%).  Moreover, 17.8% of test cell

respondents identified Apple as the company they associated the Apple contacts icon

with.  Also, 3.9% of the control cell respondents identified Apple as that company.

Therefore, the "net" mention of Apple as a single source of the contacts icon (adjusting

for "noise" or guessing) is 13.9% (17.8% - 3.9% = 13.9%).

40.

**TABLE 7**
**iTUNES ICONS**

|  | Cell 13 Test Cell | Cell 8 Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 151 | 151 |  |
| **Have seen Icon on smart phone or tablet computer** | 97   (64.2%) | 44   (29.1%) |  |
| **One Company** | 49   (32.5%) | 12   (7.9%) | 24.6% |
| **Apple Mentions** | 42   (27.8%) | 4   (2.6%) | 25.2% |

41.     The data in Table 7 indicate that 64.2% of respondents exposed to the Apple

iTunes icon (test cell) indicated that they had seen the Apple icon on a smart phone or

tablet computer, whereas 29.1% of control cell respondents answered that they had seen

the control iTunes icon on a smart phone or tablet computer.  In addition, 32.5%% of test

cell respondents and 7.9 of control cell respondents associated the icon with one

company's smart phone or tablet computer.  Thus, the "net" association of the Apple

iTunes icon with one company's smart phone or tablet computer (adjusting for "noise" or

guessing) is 24.6% (32.5% - 7.9% = 24.6%).  Moreover, 27.8% of test cell respondents

identified Apple as the company they associated the Apple iTunes icon with.  Also, 2.6%

of the control cell respondents identified Apple as that company.  Therefore, the "net"

mention of Apple as a single source of the iTunes icon (adjusting for "noise" or guessing)

is 25.2% (27.8% - 2.6% = 25.2%).

42.                                    **TABLE 8**
                        **iTUNES ON-LINE MUSIC SERVICE ICONS**

|  | Cell 15 Test Cell | Cell 8 Control Cell | Net |
|---|---|---|---|
| **Total Respondents** | 152 | 151 | |
| **Have seen Icon on smart phone or tablet computer** | 60    (39.5%) | 44    (29.1%) | |
| **One Company** | 27    (17.8%) | 12    (7.9%) | 9.9% |
| **Apple Mentions** | 12    (7.9%) | 4    (2.6%) | 5.3% |

43.     The data in Table 8 demonstrate that 39.5% of respondents exposed to the Apple

iTunes on-line music service icon (test cell) indicated that they had seen the Apple icon

on a smart phone or tablet computer, whereas 29.1% of control cell respondents answered

that they had seen the control iTunes on-line music service icon on a smart phone or

tablet computer.  In addition, 17.8%% of test cell respondents and 7.9% of control cell

respondents associated the icon with one company's smart phone or tablet computer.

Thus, the "net" association of the Apple iTunes on-line music service icon with one

company's smart phone or tablet computer (adjusting for "noise" or guessing) is 9.9%

(17.8% - 7.9% = 9.9%).  Moreover, 7.9% of test cell respondents identified Apple as the

company they associated the Apple iTunes on-line music service icon with.  Also, 2.6%

of the control cell respondents identified Apple as that company.  Therefore, the "net"

mention of Apple as a single source of the iTunes on-line music service icon (adjusting

for "noise" or guessing) is 5.3% (7.9% - 2.6% = 5.3%).

44.

**TABLE 9**
**IDENTIFICATION OF APPLE AS ONE COMPANY**
**APPLE VS. NON-APPLE OWNERS**

|  | Apple Owners | Non-Apple Owners |
|---|---|---|
| **Phone Icon (Test – Cell 1)** | 45.7% | 10.4% |
| **Phone Icon (Control – Cell 14)** | 9.0% | 0.0% |
| **NET** | **36.7%** | **10.4%** |
| **Messaging Icon (Test – Cell 3)** | 40.5% | 10.8% |
| **Messaging Icon (Control – Cell 6)** | 10.0% | 4.4% |
| **NET** | **30.5%** | **6.4%** |
| **Photos (Test – Cell 5)** | 38.8% | 4.0% |
| **Photos (Control – Cell 2)** | 7.7% | 0.9% |
| **NET** | **31.1%** | **3.1%** |
| **Settings (Test – Cell 7)** | 32.5% | 9.1% |
| **Settings (Control – Cell 12)** | 14.4% | 1.0% |
| **NET** | **18.2%** | **8.1%** |
| **Notes (Test – Cell 9)** | 48.8% | 6.3% |
| **Notes (Control – Cell 10)** | 13.3% | 2.8% |
| **NET** | **35.5** | **3.5%** |
| **Contacts (Test – Cell 11)** | 45.7% | 5.7% |
| **Contacts (Control – Cell 4)** | 18.6% | 0.9% |
| **NET** | **27.7** | **4.8%** |
| **iTunes (Test – Cell 13)** | 57.8% | 15.1% |
| **iTunes (Control – Cell 8)** | 6.5% | 1.0% |
| **NET** | **51.3%** | **14.1%** |
| **iTunes On-Line Music Svc (Test – Cell 15)** | 22.9% | 3.4% |
| **iTunes On-Line Music Svc (Control – Cell 8)** | 6.5% | 1.0% |
| **NET** | **16.4%** | **2.4%** |

45.    The data in Table 9 report the differences in identification of Apple as a single

source among Apple smart phone and/or tablet computer owners compared to non-Apple

owners.  Identification of Apple as a single source by owners of Apple iPhones or iPads,

and adjusting for control, varied from 51.3% for the iTunes icon and 36.7% for the phone

icon to 16.4% for the iTunes On-Line Music Service icon and 18.2% for the settings icon.

On the other hand, identification of Apple as a single source by non-Apple owners,

adjusting for control, varied from 14.1% for the iTunes icon and 10.4% for the phone

icon to 2.4% for the iTunes On-Line Music Service icon and 3.1% for the photos icon.

Thus, there are substantial differences in identification of Apple as a single source between owners and non-owners of Apple smart phones and tablets; correct company identification for non-Apple owners was less than 10% for 6 of the 8 Apple icons tested.

## CONCLUSION

46.    My survey of over 2200 owners of smart phones and/or tablet computers revealed very modest levels of single source identification of the eight Apple icons tested. Adjusting for controls, only 5.3% – 25.2% of respondents associated the Apple icons with a single source and identified that source as Apple.  The median rate of single source identification and single source identification as Apple across all eight Apple icons were both about 13%.  Also, single source identification of the eight Apple icons for non-Apple owners was in the single digits for all but two of them, and the highest was only 14.1%.  Therefore, single source identification of the Apple icons was particularly low among non-Apple owners.

_Michael B. Mazis_          _22 March 2012_
Michael B. Mazis, Ph.D.              Date