UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO EXCLUDE TESTIMONY OF SAMSUNG'S EXPERTS** |

On May 17, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion to Exclude Testimony of Samsung's Experts (Dkt. 940).    Samsung filed its Opposition to this motion on May 31, 2012.

Having considered the arguments of the parties and the papers submitted, and having found no good cause therefor, the Court hereby DENIES Apple's Motion to Exclude Testimony of Samsung's Experts.

1 **IT IS SO ORDERED.**

3 DATED: _____

6 HONORABLE LUCY H. KOH
United States District Judge