1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK-PSG

11            Plaintiff,

12        vs.                                    **[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS**

13  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
14  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
15  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
16
            Defendants.
17

18

19        On May 17, 2012, Plaintiff Apple Inc. ("Apple") filed a Motion To Strike Portions of

20  Samsung's Expert Reports (Docket No. 939).    Samsung filed its Opposition to this motion on

21  May 31, 2012

22        Having considered the arguments of the parties and the papers submitted, and having

23  found no good cause therefor, the Court hereby DENIES Apple's Motion To Strike Portions of

24  Samsung's Expert Reports in its entirety.

25

26

27

28

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Case No. 11-cv-01846-LHK-PSG
[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE PORTIONS OF
SAMSUNG'S EXPERT REPORTS

02198.5185