QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SAM STAKE IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,362,867 AND INVALIDITY OF U.S. PATENT NOS. 7,456,893 AND 7,577,460** |

I, Sam Stake, hereby declare as follows:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of "IPR Information Statement and Licensing Declaration," submitted by Samsung Electronics Corporation to the European Telecommunication Standards Institute, bearing document control numbers APLNDC-WH-A0000009375-96.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition transcript of Mani Srivastava, dated April 25, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Expert Report of Mani Srivastava, Ph.D. Regarding Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of U.S. Application No. 09/540,830, dated March 31, 2000, bearing document control numbers APLNDC-WH-A0000014278-310.

6. Attached hereto as Exhibit 5 is a true and correct copy of an Office Action in connection with U.S. Application No. 09/540,830, dated August 8, 2002, bearing document control numbers APLNDC-WH-A0000014255-66.

7. Attached hereto as Exhibit 6 is a true and correct copy of Applicants' Response and Amendments in connection with U.S. Application No. 09/540,830, dated November 7, 2000, bearing document control numbers APLNDC-WH-A0000014245-54.

8. Attached hereto as Exhibit 7 is a true and correct copy of an Office Action in connection with U.S. Application No. 09/540,830, dated February 3, 2003, bearing document control numbers APLNDC-WH-A0000014229-41.

9. Attached hereto as Exhibit 8 is a true and correct copy of an Office Action in connection with U.S. Application No. 09/540,830, dated June 27, 2003, bearing document control numbers APLNDC-WH-A0000014147-60.

10. Attached hereto as Exhibit 9 is a true and correct copy of Applicants' Response and Amendments in connection with U.S. Application No. 09/540,830, dated March 17, 2004, bearing document control numbers APLNDC-WH-A0000014115-22.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition transcript of Jeong-Seok Oh, dated November 11, 2011.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the deposition transcript of Sang-Ryul Park, dated November 18, 2011.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the Expert Report of Woodward Yang Regarding the Infringement of U.S. Patent Nos. US 7,577,460, US 7,456,893, US 7,698,711, and US 7,079,871.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the deposition transcript of Woodward Yang, dated May 8, 2012.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the deposition transcript of Woodward Yang, dated May 9, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2012, in San Francisco, California.

/s/ Sam Stake
Sam Stake

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that Sam Stake, counsel for Samsung, concurred in this filing.