# EXHIBIT 9



*16D*
*sf*
*3/25/04*

*Entered*
*4/28/04*
*SmC*

**PATENT APPLICATION**
Attorney Docket No.: <u>678-430 (P8851)</u>

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| **APPLICANT(S):** | Jae-Min KIM, et al. | **GROUP ART UNIT:** | 2643 |
| **APPLICATION NO.:** | 09/540,830 | **EXAMINER:** | Eng, George |
| **FILING DATE:** | March 31, 2000 | **DATED:** | March 17, 2004 |

**FOR: PORTABLE COMPOSITE COMMUNICATION TERMINAL FOR TRANSMITTING/RECEIVING VOICE AND IMAGES, AND OPERATION METHOD AND COMMUNICATION SYSTEM THEREOF**

MAIL STOP NON-FEE AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**RECEIVED**
MAR 2 2 2004
Technology Center 2600

### RESPONSE

Sir:

In response to the Office Action of the United States Patent and Trademark Office dated December 17, 2003, please consider the following amendments and remarks.

---

### CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8 (a)

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, postpaid in an envelope, addressed to the: Mail Stop Non-Fee Amendment, Commissioner of Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date set forth below.

Dated: March 17, 2004          _____/s/ Janelle O. Zul_____
                                              Janelle O. Zul

APLNDC-WH-A 0000014115

## AMENDMENTS TO THE CLAIMS

1. (Currently Amended) A portable composite communication terminal for voice communication and image transmission/reception, comprising:

a camera unit that digitally captures an image of an object, constructs the image in a predetermined format, compresses the formatted image, and stores the compressed image in the camera memory under a predetermined camera control;

a portable phone unit having a controller that provides overall control to the portable composite communication terminal and selectively performs voice communication and image transmission/reception of at least one image included in an e-mail according to a selected transmission mode among predetermined modes;

a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit; and

an interface between the portable phone unit and the display to display images and characters on the display under the control of the portable phone unit, the interface comprising:

an OSD controller that controls the <u>overlay</u> display of characters and <u>background images, said background images</u> received from the portable phone unit <u>or previously downloaded,</u> at a specific position of a currently-displayed external images on the display in synchronization with one of an external color sync signal received from the camera unit <u>when the background image is received from the portable phone unit or</u> in synchronization with an internal color sync signal <u>when the background image is previously downloaded</u>; and

a selector that selectively outputs an external image signal received from the camera unit and an OSD image signal received from the OSD controller to be composed of one image on the display under the control of the OSD controller.

2. (Original) The portable composite communication terminal of claim 1, further comprising a key pad having a plurality of keys that interface with the portable phone unit and a plurality of keys that interface with the camera unit, for use in photographing and reproducing an image.

APLNDC-WH-A 0000014116

Attorney Docket No.: 678-430 (P8851)

3. (Original)   The portable composite communication terminal of claim 2, wherein the keys related with the camera unit include a photography/play key, a mode key for selecting a camera environment, a shutter key for capturing an object image, an enter key for setting a camera environment selected by the mode key, and a camera on/off switch.

4. (Original)   The portable composite communication terminal of claim 3, wherein the mode key, the shutter key, and the enter key are located on the frontal surface of the portable composite communication terminal.

5. (Original)   The portable composite communication terminal of claim 3, wherein modes selected by the mode key includes a delete function mode, a data function mode, a display function mode, and a sensitivity function mode.

6. (Original)   The portable composite communication terminal of claim 3, wherein the photography/play key and the camera on/off switch are provided on a side of the portable composite communication terminal.

7. (Original)   The portable composite communication terminal of claim 4, wherein the mode key, the shutter key, and the enter key are exposed when a flip is folded in the portable composite communication terminal.

8. (Original)   The portable composite communication terminal of claim 1, wherein the camera unit has a lens at an upper portion of the rear surface of the portable composite communication terminal.

9. (Original)   The portable composite communication terminal of claim 1, wherein the portable phone controller controls a battery power voltage to be supplied to the camera unit when a user turns on the camera on/off switch.

-3-

APLNDC-WH-A 0000014117

Attorney Docket No.: 678-430 (P8851)

10. (Original) The portable composite communication terminal of claim 1, wherein the portable phone controller controls an LCD power supply to the display unit when a user turns on the camera on/off switch.

11. (Original) The portable composite communication terminal of claim 9, wherein the portable phone controller controls an operational voltage supplied to the camera controller when the terminal is in a portable phone mode by turning off the camera on/off switch.

12. (Cancelled)

13. (Original) The portable composite communication terminal of claim 1, wherein the portable phone unit comprises a memory having an operation program, an application program, a data function, and a user interface function, an Internet protocol inclusive of a protocol to connect the portable composite communication terminal to a point to point (PPP) protocol server and a protocol needed over an Internet, a radio link protocol for establishing a radio link, and a communication protocol.

14. (Original) The portable composite communication terminal of claim 13, wherein the application program includes the additional functions of a voice dialing, character recognition, game information management, and game function, the data function includes a browsing, E-mail, and facsimile function, and the user interface function includes a graphics user interface.

15. (Original) The portable composite communication terminal of claim 1, wherein the camera unit comprises means for converting the digitally captured image to a JPEG format, compressing the formatted image data, storing the compressed image data in the camera memory, and decompressing the stored compressed image data under a predetermined read control.

16. (Currently Amended) A communication system for transmission and reception of voice and images, comprising:
    a portable composite communication terminal having a camera unit that digitally captures

APLNDC-WH-A 0000014118

an image of an object, constructs the image in a predetermined format, compresses the formatted image, and stores the compressed image in the camera memory under a predetermined camera control, a portable phone unit that provides overall control to the portable composite communication terminal and selectively performs voice communication and image transmission and reception according to a selected transmission mode among predetermined modes, a display that displays external images produced by the camera unit images and characters produced by the portable phone unit for an on screen display (OSD) under the control of the portable phone unit, and an interface between the portable phone unit and the display that displays images and characters on the display under the control of the portable phone unit, the interface comprising:

an OSD controller that controls the <u>simultaneous</u> display of <s>one of</s> a downloaded background image and characters; and

a selector that selectively outputs an external image signal received from one of the camera unit and an OSD image signal received from the OSD controller under the control of the OSD controller;

a mobile communication network for transmission and reception of voice and images to and from the portable composite communication terminal; and

a server connected to the mobile communication network, for providing transmission and reception service of image data over the mobile communication network.

17. (Currently Amended) A method of operating a portable composite communication terminal, having one controller, said portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

setting a portable phone mode by turning on the portable composite communication terminal, regulating voltage supporting components of the portable phone mode, and performing a general portable phone function;

setting a camera mode by turning on the camera <u>during</u> <s>in</s> said portable phone mode upon user request for camera operation, said user request being input through a camera mode switch and processed by the controller, regulating voltage supporting components of the camera mode, and performing a camera function;

-5-

Attorney Docket No.: 678-430 (P8851)

capturing the image of an object upon user request for a photograph in the camera mode, while performing portable phone mode operations; and

displaying a captured image stored in a camera memory of the portable composite communication terminal on a display of the portable composite communication terminal upon user request for displaying the image.

18. (Original) The method of claim 17, wherein a first voltage is supplied to a portable phone unit of portable composite communication terminal when the portable phone mode is set.

19. (Previously Amended) The method of claim 17, wherein a second power voltage is supplied to a camera unit of portable composite communication terminal when the camera mode is set.

20. (Previously Amended) A data transmitting method for a portable composite communication terminal which functions as both a portable phone and a camera, comprising the steps of:

entering a first E-mail transmission sub-mode upon user request for E-mail transmission while operating in a portable phone mode, the first e-mail transmission sub-mode performing a portable phone function;

entering a second E-mail transmission sub-mode upon user request for E-mail transmission while operating in a display sub-mode, the second e-mail transmission sub-mode displaying an image most recently captured in a camera mode;

sequentially displaying other images stored in a memory through the use of scroll keys;

transmitting the address of the other party and a message received through a user interface in the first E-mail transmission sub-mode; and

transmitting the address of the other party and the message received through the user interface and the image displayed on the display as an E-mail in the second E-mail transmission sub-mode.

APLNDC-WH-A 0000014120

Attorney Docket No.: <u>678-430 (P8851)</u>

## REMARKS

Claims 1-11 and 13-20 are pending in the application. The Examiner has rejected Claims 1-8, 13, 15 and 16 under 35 U.S.C. §103(a) as being unpatentable over Harris et al. (U.S. Patent 6,009,336) in view of Hull et al. (U.S. Patent 5,806,005). The Examiner has rejected Claims 9-11 under 35 U.S.C. §103(a) as being unpatentable over Harris et al. in view of Hull et al., and further in view of Oiwa (JP 06233295A). The Examiner has rejected Claim 14 under 35 U.S.C. §103(a) as being unpatentable over Harris et al. in view of Hull et al., and further in view of Gerszberg et al. (U.S. Patent 6,044,403). The Examiner has rejected Claims 17-19 under 35 U.S.C. §103(a) as being unpatentable over Harris et al. in view of Oiwa. The Examiner has rejected Claim 20 under 35 U.S.C. §103(a) as being unpatentable over Harris et al. in view of Hull et al. and Sugiyama et al. (U.S. Patent 5,696,315).

Regarding independent Claim 1, the claim has been amended to more clearly define the OSD controller in that the OSD controller controls the overlay display of characters and background images, said background images received from the portable phone unit or previously downloaded, at a specific position of a currently-displayed external images on the display in synchronization with one of an external color sync signal received from the camera unit when the background image is received from the portable phone unit or in synchronization with an internal color sync signal when the background image is previously downloaded. The amendments are based on the fact that neither Harris et al. nor Hull et al. teaches or discloses, alone or in combination, that characters and background images, which are received by the portable phone or previously downloaded, are displayed simultaneously and in an overlay manner. Based on at least the foregoing amendment and remarks, withdrawal of the rejection of Claim 1 is respectfully requested.

Regarding independent Claim 16, the claim has been amended to further clarify the simultaneous display of the characters and the background image under control of the OSD controller. The remarks outlined above with respect to Claim 1 also apply to Claim 16. Based on at least the foregoing amendment and remarks, withdrawal of the rejection of Claim 16 is respectfully requested.

Regarding independent Claim 17, the claim has been amended to recite that the camera mode is performed during the portable phone mode. This simultaneous operation is neither

-7-

APLNDC-WH-A 0000014121

Attorney Docket No.: 678-430 (P8851)

taught nor disclosed by the cited references. Based on at least the foregoing amendment and remarks, withdrawal of the rejection of Claim 17 is respectfully requested.

Finally, regarding independent Claim 20, neither Harris et al, Hull et al. nor Sugiyama et al., either alone or in combination, discloses a portable composite communication terminal capable of operating in a first and a second E-mail transmission sub-mode. Each of the references can only operate in one of the two modes, not both. Based on at least the foregoing argument, withdrawal of the rejection of Claim 20 is warranted.

Independent Claims 1, 16, 17 and 20 are believed to be in condition for allowance. Without conceding the patentability per se of dependent Claims 2-11, 13-15, 18 and 19, these are likewise believed to be allowable by virtue of their dependence on their respective amended independent claims. Accordingly, reconsideration and withdrawal of the rejections of dependent Claims 2-11, 13-15, 18 and 19 is respectfully requested.

Accordingly, all of the claims pending in the Application, namely, Claims 1-11 and 13-20, are believed to be in condition for allowance. Should the Examiner believe that a telephone conference or personal interview would facilitate resolution of any remaining matters, the Examiner may contact Applicants' attorney at the number given below.

Respectfully submitted,

*[signature]*

Peter G. Dilworth
Reg. No. 26,450
Attorney for Applicant

DILWORTH & BARRESE
333 Earle Ovington Blvd.
Uniondale, New York 11553
Tel:   (516) 228-8484
Fax:   (516) 228-8516

APLNDC-WH-A 0000014122