# EXHIBIT 11

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                    OAKLAND DIVISION
 4                       --oOo--
 5   APPLE INC., a California            )
     corporation,                        )
 6                                       )
                 Plaintiff,              )
 7                                       )
           vs.                           ) Case No.
 8                                       ) 4:11-cv-01846-LB
     SAMSUNG ELECTRONICS CO., LTD, a     )
 9   Korean business entity, SAMSUNG     )
     ELECTRONICS AMERICA, INC., a        )
10   New York Corporation, and SAMSUNG   )
     TELECOMMUNICATIONS AMERICA, LLC,    )
11   a Delaware limited liability        )
     company,                            )
12                                       )
                 Defendants.             )
13   _____ )
14
15              VIDEOTAPED DEPOSITION OF
16                   SANG-RYUL PARK
17   _____
18            Friday, November 18, 2011
19                      Volume
20                 (Pages 1 - 56)
21              HIGHLY CONFIDENTIAL
22
23   REPORTED BY:  ANA M. DUB, RMR, CRR, CSR 7445
24
25
```

```
 1  e-mails?
 2          MS. DUCCA:  Objection; vague, asked and
 3  answered, calls for a legal conclusion.
 4          THE WITNESS:  As I answered earlier, that
 5  also is going to be hard for me to explain or
 6  define.
 7          MS. WHELAN:  Q.  You did not invent
 8  e-mail; correct?
 9          MS. DUCCA:  Objection; calls for a legal
10  conclusion.
11          THE WITNESS:  Can you -- can you ask the
12  question more specifically, please?
13          MS. WHELAN:  Q.  I'm not sure how else to
14  ask it.
15      A.  So you're asking me about e-mail outside
16  this claim; right?  It's just --
17      Q.  In general.
18      A.  -- a personal --
19          In general, I did not invent e-mail.
20          Since the existing portable phones could
21  not send e-mails, if we're talking limited to the
22  portable phones, I believe my answer would be yes.
23      Q.  So you invented e-mail on portable phones?
24      A.  Since the existing phones, or the old
25  phones, did not have that function and, also, as
```

```
 1   this patent says, I would say yes, if I can say
 2   personally.
 3        Q.   You were not the first to invent attaching
 4   a photo to an e-mail; correct?
 5             MS. DUCCA:  Objection; calls for expert
 6   testimony.
 7             THE WITNESS:  There are three
 8   co-inventors.  I don't believe I've seen that prior
 9   to this time.
10             MS. WHELAN:  Q.  Do you believe that you
11   and your co-inventors were the first to invent
12   attaching a photo to an e-mail?
13        A.   In the cell phones, yes, portable phones.
14        Q.   You and your co-inventors were not the
15   first to invent sending images electronically from a
16   camera; correct?
17             MS. DUCCA:  Objection; calls for expert
18   testimony and a legal conclusion.
19             THE WITNESS:  Personally speaking, I don't
20   believe I've seen that before this time.
21             MS. WHELAN:  Q.  Do you believe that you
22   and your co-inventors invented the first device or,
23   let's say, the first portable phone that could send
24   e-mail messages and images?
25        A.   Personally speaking, yes.
```

```
 1         Q.    More than --
 2         A.    I don't remember.  I don't remember how
 3   long it took.
 4         Q.    Did it take more than a year?
 5         A.    Less than two years, I believe.
 6         Q.    Was it between one year and two years?
 7         A.    No.  I'm not sure if it was over a year or
 8   less than a year.  I don't remember.
 9         Q.    Were you working on any other projects in
10   the 1998 and 1999 time period?
11         A.    I was working on this project.
12         Q.    Were you working on any other projects at
13   that time?
14         A.    After I finished this project, I moved on
15   to a different project.
16         Q.    But at the time you worked on this
17   project, it was your only project at Samsung?
18         A.    This was the only project when I was
19   working on this.
20         Q.    What was your personal contribution to the
21   '460 patent?
22         A.    Well, we're working together, jointly on
23   this project.  So I think it would be hard for me to
24   say specifically what it was.
25         Q.    What work did you do in 1998 and 1999 that
```

```
 1   related to the invention described in the '460
 2   patent?
 3        A.   Since I was working in the system side,
 4   I was handling camera side and LCD side and display
 5   side.
 6        Q.   Jae-Min Kim is also listed as a
 7   co-inventor on the '460 patent; correct?
 8        A.   Yes, that is correct.
 9        Q.   Who is Jae-Min Kim?
10             MS. DUCCA:  Objection; vague.
11             THE WITNESS:  What do you mean?  What do
12   you mean by who he is?
13             MS. WHELAN:  Q.  Did Mr. Kim work with you
14   at Samsung at the time of the invention?
15        A.   Yes.
16        Q.   What was his position at Samsung?
17        A.   At that time, he was a manager.
18             THE CHECK INTERPRETER:  Assistant manager.
19             THE INTERPRETER:  The Korean title is
20   "Gwa Jang," G-w-a, J-a-n-g.  Literal translation
21   would be department head.
22             THE CHECK INTERPRETER:  Section head.
23             THE INTERPRETER:  Section head, department
24   head.
25             MS. WHELAN:  Q.  Was Mr. Kim your
```

Park, Sang-Ryul

1  supervisor at the time of the invention?
2      A.   Yes.
3      Q.   Does Mr. Kim still work at Samsung?
4      A.   No, he's not, to my knowledge.
5      Q.   When did he leave?
6           MS. DUCCA:  Objection; calls for
7  speculation.
8           THE WITNESS:  I'm not sure.
9           MS. WHELAN:  Q.  Do you know where Mr. Kim
10 works today?
11          MS. DUCCA:  Objection; calls for
12 speculation.
13          THE WITNESS:  I've never met him since
14 then, so I don't know.
15          MS. WHELAN:  Q.  And Mr. Jeong-Seok Oh is
16 also a co-inventor of the '460 patent; correct?
17     A.   Correct.
18     Q.   What work did Mr. Oh do on your project
19 that's described in the '460 patent?
20          MS. DUCCA:  Objection; calls for
21 speculation.
22          THE WITNESS:  It's been so long, I don't
23 remember exactly, but I think we work in -- we work
24 on the same parts.
25          MS. WHELAN:  Q.  So Mr. Oh worked on the

```
 1   same things that you described that you were working
 2   on?
 3        A.   Yes, that is my recollection.
 4        Q.   And what work did Mr. Kim do relating to
 5   the project described in the '460 patent?
 6             MS. DUCCA:   Objection; calls for
 7   speculation.
 8             THE WITNESS:   To my recollection, he was a
 9   project leader.
10             MS. WHELAN:   Q.   Did you say earlier that
11   you worked on the camera and the LCD aspects?
12             MS. DUCCA:   Objection; misstates the
13   witness's prior testimony.
14             THE WITNESS:   Yes, that's what I said.
15   Yes.
16             MS. WHELAN:   Q.   Okay.   Who worked on the
17   portable phone aspects?
18             MS. DUCCA:   Objection; vague, calls for
19   speculation.
20             THE WITNESS:   We worked together on the
21   system side that is connected -- well, system side
22   of the phone that is connected to camera and LCD
23   part, but we received support on RF part.
24             THE CHECK INTERPRETER:   Just one
25   interjection.
```

1            "We worked together on the system side, on
2   the parts that is connected to the phone from the
3   camera and the LCD."
4            That's it.
5            THE INTERPRETER:  Well, this interpreter
6   stands by her translation.
7            THE CHECK INTERPRETER:  And I also stand
8   by my correction.
9            MS. WHELAN:  Q.  Who provided support on
10  the RF part?
11       A.   I don't -- I don't know who supported --
12  I don't remember.
13       Q.   Who worked on the e-mail function
14  described in the '460 patent?
15           MS. DUCCA:  Objection; vague, calls for
16  speculation.
17           THE WITNESS:  Because we worked together,
18  I don't know who worked on that side.
19           MS. WHELAN:  Q.  Did anyone else besides
20  you, Mr. Kim, and Mr. Oh work on the project that's
21  described in the '460 patent?
22           MS. DUCCA:  Objection; vague.
23           THE WITNESS:  Not that I remember.
24           MS. WHELAN:  Okay.  I'm going to mark
25  Exhibit 2, which is a document with Bates

```
 1                CERTIFICATE OF REPORTER
 2        I, ANA M. DUB, a Certified Shorthand Reporter,
 3   hereby certify that the witness in the foregoing
 4   deposition was by me duly sworn to tell the truth,
 5   the whole truth, and nothing but the truth in the
 6   within-entitled cause;
 7        That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13        That before completion of the deposition,
14   review of the transcript [X] was [ ] was not
15   requested.  If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18        I further certify that I am not of counsel or
19   attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.
23             DATED:  December 2, 2011.
24
                              _____
25                            ANA M. DUB, RMR, CRR, CSR No. 7445
```