# EXHIBIT 14

```
1           IN THE UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4    APPLE INC. a California      )
     Corporation                   )
5                                  )
                    Plaintiff      )
6                                  )
           Vs.                     )11-cv-01846-LHK
7                                  )
     SAMSUNG ELECTRONICS CO.,      )
8    LTD., a Korean corporation;   )
     SAMSUNG ELECTRONICS AMERICA,  )
9    INC., a New York corporation; )
     and SAMSUNG TELECOMMUNICATIONS)
10   AMERICA, LLC, a Delaware      )
     Limited liability company,    )
11                                 )
                    Defendants     )
12   _____)

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
            DEPOSITION OF WOODWARD YANG, Ph.D.
14

15              MAY 9, 2012, 8:08 a.m.

16              VOLUME II, (Pages )

17
     REPORTED BY:  DEBORAH ROTH, CSR/RPR
18

19

20

21

22

23

24

25
```

```
 1    A P P E A R A N C E S

 2    FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT
      APPLE INC.:
 3         WILMER CUTLER PICKERING HALE AND
           DORR LLP
 4         399 Park Avenue
           New York, New York  10022
 5         212.230.8856
           By:  DAVID B. BASSETT, ESQ.
 6         david.bassett@wilmerhale.com
              -and-
 7         WILMER CUTLER PICKERING HALE AND
           DORR LLP
 8         60 State Street
           Boston, Massachusetts  02109
 9         617.526.6798
           BY:  DEREK S. LAM, ESQ.
10         derek.lam@wilmerhale.com

11
      FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF
12    SAMSUNG:
           QUINN EMANUEL URQUHART & SULLIVAN LLP
13         50 California Street, 22nd Floor
           San Francisco, California  94111
14         650.801.5000
           BY:  CHRISTOPHER STRETCH, ESQ.
15         BY:  SAM STAKE, ESQ.
           chrisstrech@quinnemanuel.com
16         samstake@quinnemanuel.com
              -and-
17         QUINN EMANUEL URQUHART & SULLIVAN LLP
           555 Twin Dolphin Drive
18         Redwood Shores, California 94065
           650.801.5000
19         By:  KENNETH K. SUH, ESQ.
           kennethsuh@quinnemanuel.com
20

21    ALSO PRESENT:  Shawn Budd, Videographer

22

23

24

25
```

```
 1     INDEX
 2     WITNESS:  WOODWARD YANG, Ph.D.
 3     EXAMINATION      PAGE
 4     By
 5
 6     EXHIBITS                                          PAGE
 7     Exhibit 23   Digital Camera Connectivity with
 8                  Nokia 9110 Communicator
 9                  (APLNDC-WH0000005318 - 0000005321)
10     Exhibit 24   Notice of Invention Form
11                  (translation)
12                  (SAMNDCA00019787 - 00019797)
13     Exhibit 25   Notice of Invention Form
14                  (in Korean)
15     Exhibit 26   Expert Report of J. Paul Dourish,
16                  Ph.D., regarding invalidity of
17                  the asserted claims of U.S.
18                  Patent No. 7,456,893
19     Exhibit 27   Japanese Unexamined Patent
20                   Application (translated)
21                  (APLNDC-WH0000021189 - 0000021199)
22     Exhibit 28   Japanese Unexamined Patent
23                   Application (in Japanese)
24                  (APLNDC-WH0000021200 - 0000021210)
25
```

```
 1   reproduction mode you're going to look and
 2   you're going to check if the reproduction file
 3   index has been set to zero that's a null state
 4   then that's going to say well go find it but
 5   otherwise if it's not set to zero then
 6   reproduce the image that you saw last time.
 7            So there is an implication that this
 8   reproduction file index *available is still
 9   alive and this is only a specification so it's
10   only talking about one possible embodiment of
11   this invention.
12       Q.  Just is a moment, please.
13       A.  I believe you can also find a little
14   more support in column 8, about line 5, where
15   it mentions that the DCP, device, the
16   apparatus sets a reproduction file index.
17       Q.  Doctor, I would like to direct your
18   attention to claim 10 of the '893 patent.  And
19   if you look at the preamble of claim 10, would
20   you agree with me that this is an apparatus
21   claim?
22       A.  Yes.  It's a digital image processing
23   apparatus claim.
24       Q.  Unlike for instance claim 1 which was a
25   method claim, correct, is a method claim?
```

```
1        A.  Correct.
2        Q.  Could you agree with me that in claim
3   10, the last clause starts where in upon a
4   user performing, that that -- to practice the
5   claim that's -- the language of claim 10
6   requires the user to take some action?
7              MR. STRETCH:  Objection.  Calls for
8   a legal conclusion.
9        A.  Well I'm not really a lawyer and I'm
10  not that familiar with the law, but let me try
11  to describe it this way.
12             It's like a switch, mode switching
13  is a switch.  So you flip a switch and then
14  it's describing how device has -- or the
15  apparatus has to operate or behave.  So it's
16  really talking about there switch if you flip
17  the switch this is what going to happen.  So I
18  think it's apparatus.  I'm not a lawyer.  So I
19  don't know exactly how that boils down, but do
20  me it's still apparatus it's a switch and I'm
21  telling you what happens.
22       Q.  I'm not trying to ask you a lawyer
23  question?
24       A.  Okay.
25       Q.  I'm asking is your understanding of
```

```
 1   this language, does the wherein upon a user
 2   performing a mode switching operation, does
 3   that require some action by the user?
 4          MR. STRETCH:  Same objection.
 5      A.  There's clearly the implication that
 6   the user going to do -- flip a switch do
 7   something and then it's describing the
 8   remainder of that is describing what that --
 9   what the device has to do.
10      Q.  Thank you?
11      A.  But that's initiated by the user.
12      Q.  Thank you.
13          MR. BASSETT:  Why don't we take a
14   short break I might be close to being done.
15          MR. STRETCH:  Thank you.
16          (A recess was taken.)
17          THE VIDEOGRAPHER:  Okay.  Stand by.
18   Okay we're back on the record the time is
19   10:46.
20          MR. BASSETT:  I have no further
21   questions for this witness thank you.
22          MR. STRETCH:  I just have a couple.
23          THE VIDEOGRAPHER:  Do you have your
24   mike on.
25          MR. STRETCH:  Of course not.
```