# EXHIBIT L

# 3GPP TS 25.213 V6.5.0 (2006-03)

*Technical Specification*

**3rd Generation Partnership Project;
Technical Specification Group Radio Access Network;
Spreading and modulation (FDD)
(Release 6)**



The present document has been developed within the 3rd Generation Partnership Project (3GPP TM) and may be further elaborated for the purposes of 3GPP.

The present document has not been subject to any approval process by the 3GPP Organisational Partners and shall not be implemented.
This Specification is provided for future development work within 3GPP only. The Organisational Partners accept no liability for any use of this Specification.
Specifications and reports for implementation of the 3GPP TM system should be obtained via the 3GPP Organisational Partners' Publications Offices.

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                                                                          APL7940018365621

For E-AGCH, the spreading factor shall always be 256.

## 5.2.2 Scrambling code

A total of $2^{18}-1 = 262{,}143$ scrambling codes, numbered 0…262,142 can be generated. However not all the scrambling codes are used. The scrambling codes are divided into 512 sets each of a primary scrambling code and 15 secondary scrambling codes.

The primary scrambling codes consist of scrambling codes n=16*i where i=0…511. The i:th set of secondary scrambling codes consists of scrambling codes 16*i+k, where k=1…15.

There is a one-to-one mapping between each primary scrambling code and 15 secondary scrambling codes in a set such that i:th primary scrambling code corresponds to i:th set of secondary scrambling codes.

Hence, according to the above, scrambling codes k = 0, 1, …, 8191 are used. Each of these codes are associated with a left alternative scrambling code and a right alternative scrambling code, that may be used for compressed frames. The left alternative scrambling code corresponding to scrambling code k is scrambling code number k + 8192, while the right alternative scrambling code corresponding to scrambling code k is scrambling code number k + 16384. The alternative scrambling codes can be used for compressed frames. In this case, the left alternative scrambling code is used if n<SF/2 and the right alternative scrambling code is used if n≥SF/2, where $c_{ch,SF,n}$ is the channelisation code used for non-compressed frames. The usage of alternative scrambling code for compressed frames is signalled by higher layers for each physical channel respectively.

In case F-DPCH is configured in the downlink, the same scrambling code and OVSF code shall be used in F-DPCH compressed frames and normal frames.

The set of primary scrambling codes is further divided into 64 scrambling code groups, each consisting of 8 primary scrambling codes. The j:th scrambling code group consists of primary scrambling codes 16*8*j+16*k, where j=0..63 and k=0..7.

Each cell is allocated one and only one primary scrambling code. The primary CCPCH, primary CPICH, PICH, MICH, AICH and S-CCPCH carrying PCH shall always be transmitted using the primary scrambling code. The other downlink physical channels may be transmitted with either the primary scrambling code or a secondary scrambling code from the set associated with the primary scrambling code of the cell.

The mixture of primary scrambling code and no more than one secondary scrambling code for one CCTrCH is allowable. In compressed mode during compressed frames, these can be changed to the associated left or right scrambling codes as described above, i.e. in these frames, the total number of different scrambling codes may exceed two.

In the case of CCTrCH of type of HS-DSCH then all the HS-PDSCH channelisation codes and HS-SCCH that a single UE may receive shall be under a single scrambling code (either the primary or a secondary scrambling code).

In each cell, the F-DPCH, E-RGCH, E-HICH and E-AGCH assigned to a UE shall be configured with same scrambling code as the assigned phase reference (primary or secondary CPICH).

In each cell the UE may be configured simultaneously with at most two scrambling codes.

The scrambling code sequences are constructed by combining two real sequences into a complex sequence. Each of the two real sequences are constructed as the position wise modulo 2 sum of 38400 chip segments of two binary *m*-sequences generated by means of two generator polynomials of degree 18. The resulting sequences thus constitute segments of a set of Gold sequences. The scrambling codes are repeated for every 10 ms radio frame. Let *x* and *y* be the two sequences respectively. The *x* sequence is constructed using the primitive (over GF(2)) polynomial $1+X^7+X^{18}$. The *y* sequence is constructed using the polynomial $1+X^5+X^7+X^{10}+X^{18}$.

The sequence depending on the chosen scrambling code number *n* is denoted $z_n$, in the sequel. Furthermore, let *x(i)*, *y(i)* and $z_n(i)$ denote the *i*:th symbol of the sequence *x*, *y*, and $z_n$, respectively.

The *m*-sequences *x* and *y* are constructed as:

Initial conditions:

- x is constructed with x (0)=1, x(1)= x(2)=...= x (16)= x (17)=0.

- y(0)=y(1)= … =y(16)= y(17)=1.

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                                                                          APL7940018365645

Recursive definition of subsequent symbols:

- $x(i+18) = x(i+7) + x(i)$ modulo 2, $i=0,\ldots,2^{18}-20$.
- $y(i+18) = y(i+10)+y(i+7)+y(i+5)+y(i)$ modulo 2, $i=0,\ldots, 2^{18}-20$.

The n:th Gold code sequence $z_n$, $n=0,1,2,\ldots,2^{18}-2$, is then defined as:

- $z_n(i) = x((i+n) \bmod (2^{18}-1)) + y(i)$ modulo 2, $i=0,\ldots, 2^{18}-2$.

These binary sequences are converted to real valued sequences $Z_n$ by the following transformation:

$$Z_n(i) = \begin{cases} +1 & if\ z_n(i) = 0 \\ -1 & if\ z_n(i) = 1 \end{cases} \quad for\ \ i = 0,1,\ldots,2^{18}-2.$$

Finally, the n:th complex scrambling code sequence $S_{dl,n}$ is defined as:

- $S_{dl,n}(i) = Z_n(i) + j\ Z_n((i+131072) \bmod (2^{18}-1))$, $i=0,1,\ldots,38399$.

Note that the pattern from phase 0 up to the phase of 38399 is repeated.



Figure 10: Configuration of downlink scrambling code generator

### 5.2.3   Synchronisation codes

#### 5.2.3.1   Code generation

The primary synchronisation code (PSC), $C_{psc}$ is constructed as a so-called generalised hierarchical Golay sequence. The PSC is furthermore chosen to have good aperiodic auto correlation properties.

Define:

- $a = \langle x_1, x_2, x_3, \ldots, x_{16}\rangle = \langle 1, 1, 1, 1, 1, 1, -1, -1, 1, -1, 1, -1, 1, -1, -1, 1\rangle$

The PSC is generated by repeating the sequence *a* modulated by a Golay complementary sequence, and creating a complex-valued sequence with identical real and imaginary components. The PSC $C_{psc}$ is defined as:

- $C_{psc} = (1 + j) \times \langle a, a, a, -a, -a, a, -a, -a, a, a, a, -a, a, -a, a, a\rangle$;

where the leftmost chip in the sequence corresponds to the chip transmitted first in time.

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                                                                           APL7940018365646