# EXHIBIT P

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION
 3
 4      - - - - - - - - - - - - - - - - - - - - - - - - -
 5      APPLE INC.,
                  Plaintiff/Counterclaim Defendant,
 6
 7      vs.                         Case No. 11-cv-01846-LHK
 8
 9      SAMSUNG ELECTRONICS CO., LTD.,
        SAMSUNG ELECTRONICS AMERICA,
10      INC., SAMSUNG
        TELECOMMUNICATIONS AMERICA,
11      LLC,
12                  Defendants/Counterclaim Plaintiffs.
13      - - - - - - - - - - - - - - - - - - - - - - - - -
14
15              VIDEOTAPED DEPOSITION OF ANDRE ZORN
16
17                   Tuesday, March 20, 2012
18                       AT:  1:41 p.m.
19
20
21                         Taken at:
22                 The offices of WILMERHALE
                         Bastion Tower
23                 Place du Champ de Mars
                       BE 1050 Brussels
24                         Belgium
25      Job 47756
```

Highly Confidential - Attorneys' Eyes Only

```
                                                                Page 12
1     MR. GUNTHER:  Objection to form.                          13:52
2     A.  Yes, I implemented what was written in the specification  13:52
3         and standardization, the GP 3GPP specification.       13:52
4     BY MR. MACK:                                              13:52
5     Q.  And why did you implement what was written in the 3GPP  13:52
6         specification?                                        13:52
7     MR. GUNTHER:  Objection to form.                          13:52
8     A.  Because in the 3GPP specifications, there are mandatory  13:52
9         and there are optional features.  Mandatory features  13:52
10        have to be implemented by each UE, because            13:52
11        it's mandatory feature, and it is necessary to        13:52
12        communicate with the network in a correct way.  And   13:52
13        that's why it's necessary to implement it in the way  13:52
14        like it is described in that technical specification. 13:52
15    BY MR. MACK:                                              13:53
16    Q.  Are you also familiar with the alternative E-bit      13:53
17        interpretation?                                       13:53
18    A.  Yes.                                                  13:53
19    Q.  And is that also a mandatory feature in release 6 of the  13:53
20        3GPP standard?                                        13:53
21    A.  Yes, it is.                                           13:53
22    Q.  And were you also responsible for implementing the    13:53
23        alternative E-bit interpretation in IMC's products?   13:53
24    A.  Yes, I am.                                            13:53
25    Q.  Which products, specifically, were you responsible for  13:53
```

Highly Confidential - Attorneys' Eyes Only

Page 13

| | | | |
|---|---|---|---|
| 1 | | with regard to the level 2 and level 3 functionality? | 13:53 |
| 2 | A. | Starting with release 5 protocol stack version, so all | 13:53 |
| 3 | | products based on release 5 and above, I was responsible | 13:53 |
| 4 | | for the radio link control. | 13:53 |
| 5 | Q. | And which products specifically are release 5 and above | 13:53 |
| 6 | | products that IMC currently sells? | 13:53 |
| 7 | A. | They are -- release 6 is this X-Gold 616 product, and | 13:53 |
| 8 | | release 5 is 606 X-Gold. | 13:54 |
| 9 | Q. | Six zero six, did you say? | 13:54 |
| 10 | A. | Yes, 60.  So six zero; six zero. | 13:54 |
| 11 | Q. | Oh, six zero -- okay, 606.  And -- | 13:54 |
| 12 | A. | And release 7 is X-Gold 62. | 13:54 |
| 13 | Q. | 62X, or is it 66? | 13:54 |
| 14 | A. | Yeah, it's 62X, so ... | 13:54 |
| 15 | Q. | 62X family? | 13:54 |
| 16 | A. | Mm-hmm. | 13:54 |
| 17 | Q. | Okay.  Were you responsible with working on the 62X | 13:54 |
| 18 | | family as well? | 13:54 |
| 19 | A. | Yes. | 13:54 |
| 20 | Q. | And is the alternative E-bit interpretation also | 13:54 |
| 21 | | mandatory in release 7 of the 3GPP standard? | 13:54 |
| 22 | A. | Yes, it is. | 13:54 |
| 23 | Q. | So you were also responsible for implementing the | 13:54 |
| 24 | | alternative E-bit interpretation on the 62X family? | 13:54 |
| 25 | A. | Yes.  Yes, I am. | 13:54 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN JOSE DIVISION
4
5    APPLE INC., a California
6    Corporation,
7            Plaintiff,
8    vs.                                No:  11-CV-1846-LHK
9    SAMSUNG ELECTRONICS CO., LTD,
10   a Korean business entity;
11   SAMSUNG ELECTRONICS AMERICA,
12    INC., a New York corporation;
13   SAMSUNG TELECOMMUNICATIONS
14    AMERICA, LLC, a Delaware
15   limited liability company
16           Defendants.
17   _____)
18          DEPOSITION OF WAYNE STARK, Ph.D.
19            Boston, Massachusetts
20           Friday, April 20, 2012
21     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
22   CONTAINS HIGHLY CONFIDENTIAL SOURCE CODE
23    Reported By:
24    Dana Welch, CSR, RPR, CRR, CBC, CCP
25    Job No. 48727

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 31

1  segments of the Gold codes are used in the
2  Q-channel components.  So the fact that you're
3  using Gold codes, and masking is a well known
4  technique to produce Gold codes, would imply that
5  using them for the Q-channel components would also
6  be a well known technique.
7       Q.  Okay.  But, again, that was not my
8  question.  My question was, was it known to use
9  masking as a means for delaying a primary or a
10 secondary scrambling code to produce Q-channel
11 components?
12          MR. KOLOVOS:  Objection.
13      Q.  Yes or no?
14      A.  Yes.
15      Q.  It was known?
16      A.  Yes.
17      Q.  And what is the basis for your saying so?
18          MR. KOLOVOS:  Objection.
19      Q.  What document specifically?
20      A.  The whole literature about what that
21 masking can be used to delay or provide a shift of
22 an m-sequence or a Gold sequence to generate a
23 shifted version of that sequence.
24      Q.  And can you name a specific document that
25 disclosed using masking as a means for delaying a

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 32

1  primary or secondary scrambling code to produce
2  Q-channel components?
3          MR. KOLOVOS:  Objection.
4      A.  No.  But it would have been obvious that
5  if you're going to produce Gold codes, that -- and
6  use Gold codes or segments thereof to produce
7  Q-channel components, that the Gold code part can
8  be produced by using a masking function.
9      Q.  All right.  Well, you say it would have
10 been obvious.  But my question was, was it known to
11 use masking as a means for delaying a primary or
12 secondary scrambling code to produce Q-channel
13 components?
14         MR. KOLOVOS:  Objection.
15     Q.  And your answer originally was yes, but
16 then when I pressed you, you said it was obvious.
17 So was it obvious or was it known?
18         MR. KOLOVOS:  Objection.
19     A.  It was obvious.
20     Q.  But not known?
21     A.  It was -- one of skill in the art would
22 have known how to do it.
23     Q.  But was it disclosed anywhere?
24         MR. KOLOVOS:  Object to the form.
25     A.  It was -- it's been disclosed that to

Case 5:11-cv-01846-LHK   Document 1003-16   Filed 06/01/12   Page 8 of 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 33

1  generate a Gold code you can use masking of an --
2  one of the m-sequences to produce different Gold
3  codes. And the Gold code segments thereof can be
4  used for Q-channel components.
5      Q. Okay. And so what document can you name
6  for me that disclosed using masking as a means for
7  delaying a primary or secondary scrambling code to
8  produce Q-channel components?
9      A. I think the Ogawa reference in combination
10 with Ericsson's proposal would disclose everything.
11     Q. So the Ogawa reference alone would not
12 disclose the masking of as a means for delaying a
13 primary or secondary scrambling code to produce
14 Q-channel components; is that correct?
15     A. I think the Ogawa reference, I'd have to
16 review it again to answer that specific question.
17 I really haven't opined specifically on that
18 particular question with regard to specifically the
19 Ogawa reference by itself, but clearly the Ogawa
20 reference and the Ericsson reference together would
21 disclose that.
22     Q. Okay. So you have not provided an opinion
23 on whether the Ogawa reference discloses masking as
24 a means for delaying a primary or secondary
25 scrambling code to produce Q-channel components,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

1  correct?
2      A.  Let me review my report just to make sure.
3          I believe what my report states is that
4  the Ogawa reference combined with the Ericsson
5  proposal or the 25.213 V2.1.0, would have made
6  that -- using masking to delay a scrambling code
7  for a Q-channel component obvious.
8      Q.  Okay.  But not that Ogawa expressly
9  disclosed that point, correct?
10     A.  Ogawa expressly disclosed masking to
11 generate various Gold codes for multiple scrambling
12 codes.
13     Q.  Okay.  And Ogawa was before the patent
14 examiner during prosecution of the '867 patent,
15 correct?
16     A.  Correct.
17     Q.  Okay.  If we look at paragraphs 30 and 31
18 of your opening report, you use the term "true
19 inventiveness" a couple times.
20         MR. KOLOVOS:  What paragraphs?
21         MR. MILOWIC:  30 and 31.
22     Q.  So what does "true inventiveness" mean?
23     A.  It means that it's not obvious to one of
24 skill in the art at the time.
25     Q.  So is that all it means to you is that