1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA
10        SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2 ("Apple") has filed an administrative motion for an order to seal the following documents:
3      1. Exhibit A to the Declaration of Janusz A. Ordover, Ph.D. in Support of Apple's
4         Opposition to Samsung's Motion for Summary Judgment; and
5      2. Exhibits A and B to the Declaration of Mark D. Selwyn in Support of Apple's
6         Opposition to Samsung's Motion for Summary Judgment.
7    Having considered the arguments and the papers submitted, and GOOD CAUSE
8 HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
9 Under Seal.  The above-referenced documents shall be filed under seal.
10   **IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Lucy H. Koh
                                        United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)                                                    1
sf-3150863