1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,362,867 AND INVALIDITY OF U.S. PATENT NOS. 7,456,893 AND 7,577,460** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Before the Court is Apple's Motion for Summary Judgment of Non-Infringement of U.S.

2   Patent No. 7,362,867 and Invalidity of U.S. Patent Nos. 7,456,893 and 7,577,460.  Having

3   considered the papers submitted and the oral arguments of all parties, the Court DENIES Apple's

4   Motion.

5   **IT IS SO ORDERED**

6   Dated:

7   _____

    Hon. Lucy H. Koh

8   United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28