QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal the following:

5  1.  The confidential, unredacted version of Samsung's Opposition to Apple's Motion
6      For Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867
7      and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460;
8  2.  The confidential, unredacted version of the Declaration of Richard D. Wesel, Ph.D.
9      in Support of Samsung's Opposition to Apple Apple's Motion For Summary
10     Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of
11     U.S. Patent Numbers 7,456,893 and 7,577,460;
12 3.  Exhibits I-K and M-O to the Wesel Declaration.

13  The above documents discuss, refer to, or comprise excerpts of documents or other
14 information that Samsung or Apple have designated as HIGHLY CONFIDENTIAL –
15 ATTORNEYS' EYES ONLY under the Protective Order.   Intel Corporation has designated
16 Exhibits I, J, K, N, and O to the Wesel Declaration HIGHLY CONFIDENTIAL – ATTORNEYS'
17 EYES ONLY.   Apple has designated Exhibit M to the Wesel Declaration HIGHLY
18 CONFIDENTIAL – ATTORNEYS' EYES ONLY.   Samsung expects that Apple will file a
19 declaration pursuant to Civil L.R. 79-5(d) establishing good cause to seal these documents.
20 Samsung has established good cause to permit filing items 1, 2 and 3 under seal through the
21 Declaration of Ketan Patel in Support of Samsung's Administrative Motion to File Documents
22 Under Seal, filed herewith.

23  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
24 for *in camera* review and served on all parties.   Proposed redacted versions of items 1 and 2 have
25 been filed concurrently with this motion.

1  DATED: May 31, 2012            QUINN EMANUEL URQUHART &
2                                 SULLIVAN, LLP

4                                 By  */s/ Victoria Maroulis*
5                                     Charles K. Verhoeven
                                      Kevin P.B. Johnson
6                                     Victoria F. Maroulis
                                      Michael T. Zeller
7
                                      Attorneys for SAMSUNG ELECTRONICS CO.,
8                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC., and SAMSUNG
9                                     TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28