1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20          Plaintiff, | **DECLARATION OF KETAN PATEL IN SUPPORT OF SAMSUNG'S** |
| 21     vs. | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL,** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **PURSUANT TO LOCAL RULE 79-5(d)** |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25          Defendants. | |

02198.51845/4784109.1

1  Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") submit the appended declaration of Ketan Patel in Support of Apple's Administrative
4  Motion to File Documents Under Seal to establish that the following are sealable:

- The confidential, unredacted version of Samsung's Opposition to Apple's Motion For Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460;
- The confidential, unredacted version of the Declaration of Richard D. Wesel, Ph.D. in Support of Samsung's Opposition to Apple Apple's Motion For Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460;
- Exhibits I-K and M-O to the Wesel Declaration.

**DECLARATION OF KETAN PATEL**

I, Ketan Patel, do hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Samsung.  I submit this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. The Wesel Declaration has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY and contains confidential information of third parties, such as Intel Corporation, including references to product specification for and source code implemented in Intel's X-GOLD$^{TM}$ 608 and 61X broadband processors and the confidential depositions of Dr. Richard D. Wesel, Ph.D. and Dr. Wayne Stark, Ph.D.  This information is confidential and proprietary, and could be used by competitors to the detriment of third parties if not filed under seal.

3. Exhibit I to the Wesel Declaration is a copy of the Product Specification for the Intel/Infineon X-GOLD$^{TM}$ 61X broadband processor.  This document, which has been designated

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contains confidential information of third parties, such as Intel Corporation, which were produced by Intel pursuant to the protective order in this litigation.  This information is confidential and proprietary, and could be used by competitors to the detriment of third parties if not filed under seal.

4. Exhibit J to the Wesel Declaration is a copy of the Product Specification for the Intel/Infineon X-GOLD™ 608 HEDGE Baseband Chip.  This document, which has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contains confidential information of third parties, such as Intel Corporation, which were produced by Intel pursuant to the protective order in this litigation.  This information is confidential and proprietary, and could be used by competitors to the detriment of third parties if not filed under seal.

5. Exhibit K to the Wesel Declaration is a copy of an Intel/Infineon document entitled "3G Scrambling Codes (25.211)" describing Intel's analysis of the 3GPP Standard.  This document, which has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contains confidential information of third parties, such as Intel Corporation, which were produced by Intel pursuant to the protective order in this litigation.  This information is confidential and proprietary, and could be used by competitors to the detriment of third parties if not filed under seal.

6. Exhibit M to the Wesel Declaration is an excerpt of the deposition transcript of Jason Shi.  This document, which has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contains sensitive commercial information regarding the operation of the accused Apple products' baseband processors, as well as software installed on the accused products.  This information is confidential and proprietary, and could be used by competitors to the detriment of Apple and third parties if not filed under seal.

7. Exhibit N to the Wesel Declaration is an excerpt of the deposition transcript of Markus Paltian.  This document, which has been designated HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY, contains confidential information of third parties, such as Intel Corporation, which was produced by Intel pursuant to the protective order in this litigation.  This

02198.51845/4784109.1

-3-   Case No. 11-cv-01846-LHK
DECLARATION OF KETAN PATEL IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  document also contains sensitive commercial information regarding the operation of Intel's
2  baseband processors, as well as software installed on the accused products.  This information is
3  confidential and proprietary, and could be used by competitors to the detriment of third parties if
4  not filed under seal.

5         8.  Exhibit O to the Wesel Declaration is an excerpt of the deposition transcript of
6  Andre Zorn.  This document, which has been designated HIGHLY CONFIDENTIAL —
7  ATTORNEYS' EYES ONLY, contains confidential information of third parties, such as Intel
8  Corporation, which was produced by Intel pursuant to the protective order in this litigation.  This
9  document also contains sensitive commercial information regarding the operation of Intel's
10 baseband processors, as well as software installed on the accused products.  This information is
11 confidential and proprietary, and could be used by competitors to the detriment of third parties if
12 not filed under seal.

13        9.  Samsung's Opposition to Apple's Motion For Summary Judgment summarizes,
14 describes and/or directly cites to the confidential Wesel Declaration and the confidential exhibits
15 discussed in paragraphs 2 through 8 above.  Therefore, the Motion should remain under seal for
16 the same reasons articulated above.

17       10.  The requested relief is necessary and narrowly tailored to protect this confidential
18 information.

20    I declare under penalty of perjury that the forgoing is true and correct to the best of my
21 knowledge.

22    Executed this 31st day of May, 2012, in New York, NY.

25                            */s/  Ketan Patel*
                            Ketan Patel

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the EF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Ketan Patel has concurred in this filing.

/s/ Victoria Maroulis
Victoria Maroulis