QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 50 California Street, 22nd Floor, San Francisco, CA 94111.

On May 31, 2012, I served or had served true copies of the following documents, described as:

- **SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NUMBER 7,362,867 AND INVALIDITY OF U.S. PATENT NUMBERS 7,456,893 AND 7,577,460;**

- **DECLARATION OF RICHARD D. WESEL, PH.D. IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE APPLE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NUMBER 7,362,867 AND INVALIDITY OF U.S. PATENT NUMBERS 7,456,893 AND 7,577,460;**

- **EXHIBITS I-K AND M-O TO THE WESEL DECLARATION.**

**BY ELECTRONIC MAIL TRANSMISSION** from samstake@quinnemanuel.com, by transmitting a PDF format copy of such documents to each such person identified below, at the e-mail address listed below. The documents were transmitted by electronic transmission and such transmission was reported as complete and without error.

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | DAVID B. BASSETT<br>david.bassett@wilmerhale.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | ANDREW MONACH<br>amonach@mofo.com |
| GRANT L. KIM<br>gkim@mofo.com | ERIK J. OLSON<br>ejolson@mofo.com |
| ALISON M. TUCHER<br>atucher@mofo.com | VICTOR F. SOUTO<br>vic.souto@wilmerhale.com |

| | |
|---|---|
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| BRIAN LARIVEE<br>brian.larivee@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |

Executed on May 31, 2012, at San Francisco, California.

/s/ Sam Stake
Sam Stake

I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document.   Pursuant to General Order 45.X.B, I hereby attest that Sam Stake, counsel for Samsung, concurred in this filing.