# EXHIBIT 2

**quinn emanuel** trial lawyers | washington, dc

1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL: (202) 756-1950 FAX: (202) 756-1951

WRITER'S DIRECT DIAL NO.
**(202) 628-9068**

WRITER'S INTERNET ADDRESS
**patrickfitch@quinnemanuel.com**

November 3, 2011

<u>VIA ELECTRONIC FILING (EDIS)</u>

The Honorable James R. Holbein
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

Re:     *Certain Electronic Digital Media Devices and Components Thereof*,
        Inv. No. 337-TA-796

Dear Secretary Holbein:

Pursuant to Order No. 11 and on behalf of Respondents Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
(collectively, "Samsung"), please find enclosed Samsung's Corrected Notice of Prior Art in the
above-captioned investigation.

Please contact me with any questions regarding this filing.

Sincerely,

*/s/ Patrick A. Fitch*

Patrick A. Fitch

Enclosure

cc:     Certificate of Service

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, DC**

**Before The Honorable Thomas Bernard Pender**
**Administrative Law Judge**

|  |  |
|---|---|
| In the Matter of:<br><br>Certain Electronic Digital Media Devices and Components Thereof | Investigation No. 337-TA-796 |

## RESPONDENTS' CORRECTED NOTICE OF PRIOR ART

Respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

Samsung Telecommunications America, LLC ("Samsung") hereby submit this Corrected Notice

of Prior Art in compliance with the requirements of Ground Rule 5 in this Investigation,

consistent with the requirements of 35 U.S.C. § 282, and in accordance with the motion filed

herewith. The attached exhibits set forth the prior art presently believed to be relevant to each of

the Apple Patents-In-Suit. Specifically, Exhibit A lists the prior art for U.S. Patent 7,479,949;

Exhibit B lists the prior art for U.S. Patent RE 41,922; Exhibit C lists the prior art for U.S. Patent

7,863,533; Exhibit D lists the prior art for U.S. Patent 7,789,697; Exhibit E lists the prior art for

U.S. Patent 7,912,501; Exhibit F lists the prior art for U.S. Patent D 558,757; and Exhibit G lists

the prior art for U.S. Patent D 618,678. Only Exhibits F and G, corresponding to U.S. Patent

Nos. D 558,757 and D 618,678, have been corrected; Exhibits A-E are identical to those

previously presented in Respondents' October 28 filing. Samsung reserves the right to rely on

any prior art identified in the attached charts for any of the Apple Patents-In-Suit. Moreover,

Samsung reserves the right to rely on any prior art cited on the face of any Patent-In-Suit, as well

as any prior art raised during the prosecution (including any reissue and/or reexamination

proceedings) of any Patent-In-Suit, for any of the Apple Patents-In-Suit.

In addition, Samsung reserves the right to rely on the references listed in the exhibits, either singly or in any combination, to establish the invalidity and/or unenforceability of the patents asserted against Samsung in this Investigation. Samsung also notes that discovery in this matter is ongoing, including depositions of numerous witnesses Samsung seeks to take that have not yet been completed. Samsung accordingly reserves the right to amend this Notice as necessary based on further discovery and investigation, review of newly or yet-to-be produced documents, and the disclosures of witnesses not yet deposed. Samsung reserves the right to amend this Corrected Notice should undiscovered prior art come to light and to rely on any prior art identified by the Staff and/or Complainant.

Date: October 31, 2011

Respectfully submitted,

/s/ *Eric Huang*
Charles K. Verhoeven
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600

Kevin P.B. Johnson
Victoria Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5066

Eric Huang
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000

William Price
Quinn Emanuel Urquhart & Sullivan, LLP

**Exhibit F - United States Patent No. D558,757**

The following prior art is hereby *incorporated by reference* into this Notice of Prior Art related to United States Patent No. D558,757:

- All corresponding patent applications for every patent publication cited in this exhibit to the Notice of Prior Art.

- All corresponding patent publications for every patent application cited in this exhibit to the Notice of Prior Art.

- All English or non-English language references cited on any patent reference directly cited in this exhibit to the Notice of Prior Art.

- All family members of U.S. Patent No. D558,757.

## I.    Chart for U.S. Patents

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---|---|---|---|
| U.S. | U.S. Patent No. D 262,151 – Compact for Cosmetics | Morris Sussman | 1981/12/01 |
| U.S. | U.S. Patent No. D 270,061 – Picture Viewer | Peter Ackeret | 1983/08/09 |
| U.S. | U.S. Patent No. D 278,276 – Cosmetic Case | Dieter Bakic | 1985/04/02 |
| U.S. | U.S. Patent No. D 289,873 – Flat Panel Display for Personal Computer | Rob J. Gemmell | 1987/05/19 |
| U.S. | U.S. Patent No. D 306,583 – Radio Transceiver Housing or Similar Article | Rudolph W. Krolopp | 1990/03/13 |
| U.S. | U.S. Patent No. D 321,215 – Electronic Toy | Neal B. Shamis | 1991/10/29 |
| U.S. | U.S. Patent No. D 332,328 – Cosmetic Compact | Carl M. Lombardi, Jr. | 1993/01/05 |
| U.S. | U.S. Patent No. D 333,574 – Photo Organizer | Peter Ackeret | 1993/03/02 |
| U.S. | U.S. Patent No. D 337,569 – Electronic Notebook for Data Entry | Masahiro Kando | 1993/07/20 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 340,917 – Memorandum Input and Output Device | Hiroshi Sakaguchi | 1993/11/02 |
| U.S. | U.S. Patent No. D 345,346 – Pen-Based Computer | Pedro M. Alfonso | 1994/03/22 |
| U.S. | U.S. Patent No. D 346,589 – Electronic Bookreader | W. Todd Andros | 1994/05/03 |
| U.S. | U.S. Patent No. D 346,793 – Electronic Computer | Masaaki Iino | 1994/05/10 |
| U.S. | U.S. Patent No. D 396,215 – Wireless Portable Terminal | Yoshinori Inukai | 1998/07/21 |
| U.S. | U.S. Patent No. D 396,452 – Portable Character and Image Processing Apparatus | Masatomo Naruki | 1998/07/28 |
| U.S. | U.S. Patent No. D 410,440 – Vehicle Maintenance Manager | Charles F Carnell | 1999/06/01 |
| U.S. | U.S. Patent No. D 420,354 – Light Emitting Strip for a Pager | Domingo Morales | 2000/02/08 |
| U.S. | U.S. Patent No. D 424,535 – Data Terminal for Replies from Customers | Markku Peltola | 2000/05/09 |
| U.S. | U.S. Patent No. D 451,505 – Portable Computer | Daisuke Iseki | 2001/12/04 |
| U.S. | U.S. Patent No. D 453,333 – Monitor | Yu-Bing Chen | 2002/02/05 |
| U.S. | U.S. Patent No. D 455,433 – Portion of a Portable Computer Device | Christopher G. Alviar | 2002/04/09 |
| U.S. | U.S. Patent No. D 456,023 – Display | Bartley K. Andre | 2002/04/23 |
| U.S. | U.S. Patent No. D 458,252 – Internet Appliance | Mark E. Palm | 2002/06/04 |
| U.S. | U.S. Patent No. D 461,802 – Tablet | Hsin-Hung Tu | 2002/08/20 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---|---|---|---|
| U.S. | U.S. Patent No. 6,501,967 – Defining of a Telephone's Ringing Tone | Jarmo Mkel, | 2002/12/31 |
| U.S. | U.S. Patent No. D 467,890 – Cellular Phone with Personal Digital Assistant | Cheng-Shing Lai | 2002/12/31 |
| U.S. | U.S. Patent No. D 469,413 – Headrest or Seat Back Entertainment Display | Nguyen To | 2003/06/28 |
| U.S. | U.S. Patent Pub. No. 2003/0125079(A1) – Mobile Communication Unit With Camera Lens Opening Means In Close Folder | Seung-Min Park | 2003/07/03 |
| U.S. | U.S. Patent Pub. No. 2003/0125094 (A1) – Mobile Terminal With Hinge Stylus and Sub-Inputting Unit | Sang-Min Hyun | 2003/07/03 |
| U.S. | U.S. Patent No. D485265 – Portable Computer | Takashi Sato | 2004/01/13 |
| U.S. | U.S. Patent No. D 488,469 – Electronic/CD Book | Hristos V. Batsikas | 2004/04/13 |
| U.S. | U.S. Patent No. D 489,731 – Portable Media Player | Ying-Che Huang | 2004/05/11 |
| U.S. | U.S. Patent No. D 491,156 – Portable Wireless Telephone | Hiroko Kawakami | 2004/06/08 |
| U.S. | U.S. Patent Pub. No. 2004/0132499 (A1) – Portable Terminal | Yasuhiro Abe | 2004/07/08 |
| U.S. | U.S. Patent Pub. No. 2004/0166907 (A1) – Portable Radiotelephone | Takayuki Yajima | 2004/08/26 |
| U.S. | U.S. Patent No. D 496,645 – Mobile Phone | Young Hoon Yoo | 2004/09/28 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent Pub. No. 2004/0223004 (A1) – System and Method for Implementing a Landscape User Experience in a Hand-Held Computing Device | Scott D. Lincke | 2004/11/11 |
| U.S. | U.S. Patent No. D 498,754 – Personal Digital Assistant | Jim Blyth | 2004/11/23 |
| U.S. | U.S. Patent No. D 499,423 – Portable Media Player | Leonard Tan Bahroocha | 2004/12/07 |
| U.S. | U.S. Patent No. D 502,173 – Housing for Electronic Device | Richard K. Jung | 2005/02/22 |
| U.S. | U.S. Patent No. D 504,889 – Electronic Device | Bartley K. Andre | 2005/05/10 |
| U.S. | U.S. Patent No. D 505,950 – Handheld Computing Device | Scott W. Summit | 2005/06/07 |
| U.S. | U.S. Patent Pub. No. 2005/0130715 (A1) – Portable Terminal Unit | Eizo Fujisawa | 2005/06/16 |
| U.S. | U.S. Patent No. D 507,003 – Portable Multimedia Playback Apparatus | Yun-Tung Pai | 2005/07/05 |
| U.S. | U.S. Patent No. D 514,121 – Digital Audio Player with Sliding Cover | Brad Matthew Johnson | 2006/01/31 |
| U.S. | U.S. Patent No. D 514,590 – Digital Audio Player | Masatomo Naruki | 2006/02/07 |
| U.S. | U.S. Patent No. D 519,116 – Mobile Computer | Toshiyuki Tanaka | 2006/04/18 |
| U.S. | U.S. Patent No. D 519,523 – Portable Media Player | Chaucer Chiu | 2006/04/25 |
| U.S. | U.S. Patent No. D 520,020 – Portable Multimedia Player | Haruki Senda | 2006/05/02 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent Pub. No. 2006/0094464 (A1) – Portable Terminal Apparatus with TV Function and TV Antenna with Function as Input Pen | Gai Kyou | 2006/05/04 |
| U.S. | U.S. Patent No. 7,042,712 – Extended Stand Computer System with Retractable Keyboard | Prosenjit Ghosh | 2006/05/09 |
| U.S. | U.S. Patent No. D 524,809 – Ultra Personal Computer with Slidable Monitor and Thumb Keyboard | Vince Alcouloumre | 2006/07/11 |
| U.S. | U.S. Patent No. D 525,620 – Organizer | Hartmut Esslinger | 2006/07/25 |
| U.S. | U.S. Patent No. D 528,542 – Handheld Information Handling System | Viorel Luminosu | 2006/09/19 |
| U.S. | U.S. Patent No. D 528,561 – Media Player | Adrian Wong Ka-Wei | 2006/09/19 |
| U.S. | U.S. Patent No. D 529,045 – Portable Multi Media Player | Cheol Woong Shin | 2006/09/26 |
| U.S. | U.S. Patent No. D. 532,766 – Cellular Phone | Young Keun Lee | 2006/11/28 |
| U.S. | U.S. Patent No. D 532,791 – MP3 Player | Byung-Soo Kim | 2006/11/28 |
| U.S. | U.S. Patent Pub. No. 2006/0281501 (A1) – Battery Cover Latching Assembly for Portable Electronic Device | Zhou-Quan Zuo | 2006/12/14 |
| U.S. | U.S. Patent No. D 534,143 – Mobile Phone | Ji Youn Lheem | 2006/12/26 |
| U.S. | U.S. Patent No. D 535,281 – Sound Recording and Reproducing Apparatus | Deok-Joon Yang | 2007/01/16 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 536,329 – Multimedia Player | Myoung-yong Lee | 2007/02/06 |
| U.S. | U.S. Patent No. D 536,691 – Cellular Phone | Sang Min Park | 2007/02/13 |
| U.S. | U.S. Patent No. D 536,962 – Container | Roger Geoffrey Tanner | 2007/02/20 |
| U.S. | U.S. Patent No. D 538,822 – Electronic Device | Bartley K. Andre | 2007/03/20 |
| U.S. | U.S. Patent Pub. No. 2007/0082718 (A1) – Curved Sliding-Type Portable Communication Apparatus and Sliding Device Thereof | Yoo-Seok Yoon | 2007/04/12 |
| U.S. | U.S. Patent No. D 541,298 – Media Device | Bartley K. Andre | 2007/04/24 |
| U.S. | U.S. Patent No. D 541,299 – Media Device | Bartley K. Andre | 2007/04/24 |
| U.S. | U.S. Patent No. D 541,785 – Cellular Phone | Kyoung Boo Hwang | 2007/05/01 |
| U.S. | U.S. Patent No. D 546,313 – Mobile Phone | Ji Youn Lheem | 2007/07/10 |
| U.S. | U.S. Patent No. D 548,732 – Front Panel of a Housing for a Portable Computing Device | Chrome Cebe | 2007/08/14 |
| U.S. | U.S. Patent No. D 548,713 – Smart Phone | Yang-Jic Lee | 2007/08/14 |
| U.S. | U.S. Patent No. D 548,747 – Media Device | Bartley K. Andre | 2007/08/17 |
| U.S. | U.S. Patent No. D 554,098 – Mobile Phone | Young Keun Lee | 2007/10/30 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 556,211 – Handheld Mixed Media Player | James A. Howard | 2007/11/27 |
| U.S. | U.S. Patent No. 7,303,424 – Battery Cover Assembly for Portable Electronic Device | Ying-Liang Tu | 2007/12/04 |
| U.S. | U.S. Patent No. D 557,259 – Portable Electronic Device Holder | Peter S. Hirsch | 2007/12/11 |
| U.S. | U.S. Patent No. D 557,239 – Cellular Phone | Eui Seok Lee | 2007/12/11 |
| U.S. | U.S. Patent No. D 557,238 – Mobile Phone | Hyon I Kim | 2007/12/11 |
| U.S. | U.S. Patent No. D 558,460 – Digital Photo Frame | Tzu-Cheng Yu | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,726 – Mobile Phone | Chu-Fu Wang | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,756 – Electronic Device | Bartley K. Andre | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,758 – Electronic Device | Bartley K. Andre | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,792 – Digital Audio Player | Yasuko Chigira | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,716 – Mobile Phone | Min Sung Bae | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,757 – Electronic Device | Bartley K. Andre | 2008/01/01 |
| U.S. | U.S. Patent Pub. No. 2008/0004083 (A1) – Portable Information Terminal | Kunihiro Ohki | 2008/01/03 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent Pub. No. 2008/0004085 (A1) – Keypad Battery Pack, Mobile Terminal Available for Different Keypad Battery Packs, and Method of Changing Keypad of Mobile Terminal | Ha Ran Jung | 2008/01/03 |
| U.S. | U.S. Patent No. D 559,220 – Mobile Phone | Ji-Young Lee | 2008/01/08 |
| U.S. | U.S. Patent No. D 560,227 – Media Player | Simon Bennett | 2008/01/22 |
| U.S. | U.S. Patent No. D 560,192 – Mobile Phone | Ji-Young Lee | 2008/01/22 |
| U.S. | U.S. Patent No. D 560,683 – Portable Media Player | Johann Lee | 2008/01/29 |
| U.S. | U.S. Patent No. D 560,686 – Digital Audio Player | Han Kim | 2008/01/29 |
| U.S. | U.S. Patent No. D 561,153 – Mobile Phone | Sung-Hoon Hong | 2008/02/05 |
| U.S. | U.S. Patent No. D 561,204 – Media Player | Boon Keat Eddy Toh | 2008/02/05 |
| U.S. | U.S. Patent No. D 561,782 – Media Player | Yong Seock Kim | 2008/02/12 |
| U.S. | U.S. Patent No. D 562,285 – Mobile Phone | Hwi Tae Lim | 2008/02/19 |
| U.S. | U.S. Patent No. D 563,432 – DMB MP3 Player | Hyoung Won Kim | 2008/03/04 |
| U.S. | U.S. Patent No. D 563,929 – Cellular Phone | Sang Min Park | 2008/03/11 |
| U.S. | U.S. Patent No. D 565,532 – Phone with Two-Way Slide | Thomas A. Arnold | 2008/04/01 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 565,596 – Multimedia Player | Han Kim | 2008/04/01 |
| U.S. | U.S. Patent No. D 565,599 – MP3 Player | Young-Sang Jang | 2008/04/01 |
| U.S. | U.S. Patent No. D 568,309 – Housing for a Portable Computing Device | Chrome Cebe | 2008/05/06 |
| U.S. | U.S. Patent No. D 569,830 – Cellular Phone | Won Il Kwak | 2008/05/27 |
| U.S. | U.S. Patent No. D 570,346 – Portable Electronic Device | Chang Hoon Suk | 2008/06/03 |
| U.S. | U.S. Patent No. D 570,839 – Handheld Device | Joseph Hofer | 2008/06/10 |
| U.S. | U.S. Patent No. D 573,143 – Portable Terminal | Hyoung-Shin Park | 2008/07/15 |
| U.S. | U.S. Patent No. D 574,015 – Digital Audio Player | Kirio Masui | 2008/07/29 |
| U.S. | U.S. Patent No. 7,409,059 – Portable Terminal Unit | Eizo Fujisawa | 2008/08/05 |
| U.S. | U.S. Patent No. D 575,259 – Mobile Phone | Sung Kwon Kim | 2008/08/19 |
| U.S. | U.S. Patent No. D 579,930 – Mobile Internet Device | Arif Maskatia | 2008/11/04 |
| U.S. | U.S. Patent No. D 580,387 – Electronic Device | Bartley K. Andre | 2008/11/11 |
| U.S. | U.S. Patent No. D 581,922 – Electronic Device | Bartley K. Andre | 2008/12/02 |
| U.S. | U.S. Patent No. D 583,346 – Mobile Phone | Yun-Bin Jung | 2008/12/23 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 584,738 – MP3 Player | Hyoung Won Kim | 2009/01/13 |
| U.S. | U.S. Patent No. D 585,411 – Handset | Thomas Eaton | 2009/01/27 |
| U.S. | U.S. Patent No. D 586,800 – Electronic Device | Bartley K. Andre | 2009/02/17 |
| U.S. | U.S. Patent No. D 589,979 – Electronic Device | Bartley K. Andre | 2009/04/07 |
| U.S. | U.S Patent No. D 593,087 – Electronic Device | Bartley K. Andre | 2009/05/26 |
| U.S. | U.S. Patent No. D 601,583 – Media Device | Bartley K. Andre | 2009/10/06 |
| U.S. | U.S. Patent No. D 602,014 – Electronic Device | Bartley K. Andre | 2009/10/13 |
| U.S. | U.S. Patent No. D 602,486 – Electronic Device | Bartley K. Andre | 2009/10/20 |

## II.     Chart for Foreign Patent Publications

| Country | Patent Number/Publication Title | Inventor | Issue/ Publication Date |
|---------|--------------------------------|----------|-------------------------|
| European | EU 000317490-001 | | |
| European | EU 000750 | | |
| European | EU 000766126-0001 | | |
| European | EU 000569157-0005  - Mobile phones | | 2006/09/05 |
| European | RCD 46198-0001 | Martin Avila | 2003/11/11 |
| Japan | JP 0887388 - Memo Input/Output Equipment | Yuji Sakaguchi | 1993/12/21 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number/Publication Title | Inventor | Issue/ Publication Date |
|---|---|---|---|
| Japan | JP 0921403 - Electronic Calculator | Masaki Sugihara | 1997/01/21 |
| Japan | JP 1009317 - Portable Telephone | Yorimasa Niimi | 1998/05/11 |
| Japan | JP 1142127 - Electronic Calculator | Iseki Daisuke | 2002/05/27 |
| Japan | JP D1159881 - Voice recording reproduction machine | Tanio    Satoru | 2002/12/3 |
| Japan | JP D 1159881    Voice recording reproduction machine | Tanio Satoru | 2002/12/03 |
| Japan | JP 1178470 - Graphic display machine | Sawase Kensuke | 2003/07/07 |
| Japan | JP 2004 290256 – Power supply device of game machine | Shibazaki Takayuki | 2004/10/21 |
| Japan | JP 1235888  - Portable telephone with camera | Kunihiro Hiroki | 2005/04/11 |
| Japan | JP 1241383 - Portable information terminal | Ayumu Isomura | 2005/06/06 |
| Japan | JP 1241638 – Portable telephone device with camera | Keiichi Koyama | 2005/06/06 |
| Japan | JP D 1250487    Hard disc recorder | Taniguchi Toshiyuki | 2005/09/12 |
| Japan | JP 1280315 - Portable telephone | Taihei Miyaji | 2006/09/04 |
| China | CN 300696131 | Seung-taik Hwang | 2007/10/03 |
| China | CN 3628761 | Haier Group (Assignee) | 2007/04/04 |
| Japan | JP 1285057 - Radiotelephone | Nagaoka Kazuo | 2006/09/15 |
| Japan | JP 1295003 - Portable telephone with camera | Kentaro Ichinose | 2007/02/26 |

**Exhibit F - United States Patent No. D558,757**

| Country | Patent Number/Publication Title | Inventor | Issue/ Publication Date |
|---------|--------------------------------|----------|-------------------------|
| Japan | JP 001302929, The position recognition induction machine for mount | | 2007/06/11 |
| Japan | JP 1325539  Multimedia Player | Kim Hang | 2008/03/31 |
| Korea | KR 30-0394921 - MP3 player | Joon Deok Yang | 2005/12/02 |
| Korea | KR 3004184220001  - Mobile phone | Ah Jung Joo | 2006/06/23 |
| Korea | KR 30-0418547  - Mobile phone | Ah Jung Joo | 2006/06/26 |
| Korea | KR 30-2005-0030828 - Mobile phone | Ah Jung Joo | 2006/06/26 |
| Korea | KR 30042130000 - Chair back supporter | Park Young Sook | 2006/07/27 |
| Korea | KR 30-0422221 - MP3 player | Williajm Webb | 2006/08/07 |
| Korea | KR 30-0452432 | Chang Hoon Suk | 2007/06/07 |
| Korea | KR 3004545920000  - Multimedia player | Hyo Mi Ahn | 2007/06/26 |
| Korea | KR 30-2006-0050769 - Portable phone | Park, Hyoung Shin | 2007/08/17 |
| Korea | KR 30-0452985 | Lee Ji Young | 2007/08/27 |
| Korea | KR 30-2006-0050768 | Lee Kye Youn | 2007/10/22 |
| United Kingdom | UK 3012502 | | |
| United Kingdom | UK 2062780 | | |

### III.  Chart for Non Patent Publications

| Author, Publication Title, Page Numbers, Date |
| --- |
| "Apple Introduces the U2 iPod," Apple Corporation press release, Oct. 26, 2004, http://www.applescomipr/library/2004/oct/26u2ipod.html |
| eFashion Magazine 2004, Vol. No. 12, p. 60, China |
| eFashion Magazine (Jun 1, 2005), Vol. No 119, p. 45, China |
| Hilon LG DMB MP3 FM35 posted Jun 26 2006 [online].  Retrieved from Internet <URL: http://hiloncomcnautobak/a8810005549 |
| Sooman, Derek, "The LG Chocolate Phone," TechSpot News, March 23, 2006. Retrieved from Internet <URL:  http://www.techspot.com/news/20929-the-lg-chocolate-phone.html> |
| eFashion Magazine (Apr. 2006), Vol. No. 172, p. 26, China |
| Tinnos PDA posted May 19, 2006 [online].  Retrieved from Internet <URL: http://www.mobilewhack.com> |
| Philips S900 announced Jun. 2006 [online]. Retrieved from Internet <URL: http://www.gsmarena.com> |
| "The LG KE850: touchable chocolate," dated December 15, 2006 as obtained from engadget.com on August 22, 2011 <URL: http://mobile.engadget.com/2006/12/15/the-lg-ke850-touchable-chocolate> |
| Meizu M8 posted Jan. 29, 2007 [online]. Retrieved from Internet <URL: http://www.engadget.com> |
| Apple iPhone announced Jan. 2007 [online]. Retrieved from Internet <URL: http://www.gsmarena.com> |
| LG KE850 Prada announced Jan. 2007 [online]. Retrieved from Internet <URL: http://www.gsmarena.com> |
| Samsung F700 announced Feb. 2007 [online]. Retrieved from internet <URL: http://www.gsmarena.com> |
| U.S. Appl. No. 29/282831 Andre et al. Electronic Device filed Jul. 30 2007 |

**Exhibit F - United States Patent No. D558,757**

| Author, Publication Title, Page Numbers, Date |
|---|
| U.S. Appl. No. 29/282833 Andre et al. Electronic Device filed Jul. 30 2007 |
| U.S. Design Pat. Appl. No. 29/282831 to Bartley Andre,Electronic Device filed Jul. 30 2007 |
| U.S. Design Pat. Appl. No. 29/282833 To Bartley Andre, Electronic Device filed Jul. 30 2007 |
| U.S. Design Pat. Appl. No. 29/282834 To Bartley Andre, Electronic Device filed Jul. 30 2007 |
| U.S. Design Pat. Appl. No. 29/284187 To Bartley Andre, Electronic Device filed Aug. 31 2007 |
| U.S. Design Pat. Appl. No. 29/284188 To Bartley Andre, Electronic Device filed Aug. 31 2007 |
| U.S. Design Pat. Appl. No. 29/284269 To Bartley Andre, Electronic Device filed Sep. 04 2007 |
| U.S. Design Pat. Appl. No. 29/284271 To Bartley Andre, Electronic Device filed Sep. 04 2007 |
| U.S. Design Pat. Appl. No. 29/284272 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284276 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284288 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284308 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284310 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284312 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/282831 To Bartley Andre, Electronic Device filed Jul 30 2007 |

## Exhibit F - United States Patent No. D558,757

| Author, Publication Title, Page Numbers, Date |
|---|
| U.S. Design Pat. Appl. No. 29/282832 To Bartley Andre, Electronic Device filed Jul 30 2007 |
| "iF Product Design Award 2007," obtained from ifdesign.de on August 22, 2011 <URL: http://www.ifdesign.de/beitragsdetails_e.html?offset=87&sprache=2&award_id=121&beitrag_id=31322> |
| Notification and Request for Invalidation of Chinese Patent ZL2007300148719.0 Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation mailed Dec. 11, 2008, 19 pages. |
| Notification and Request for Invalidation of Chinese Patent ZL200730148767.X Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation mailed Dec. 11, 2008, 19 pages. |
| Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9 Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation mailed Dec. 11, 2008 19 pages. |
| http://rdvb-designshowcase.blogspot.com/p/cv-about-me.html |

## IV.    Chart for Prior Art Devices

| Prior Art Devices |
|---|
| 1981 Fidler Tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Bloomberg Tablet, 2003, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| 1994 Fidler Tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| 1994 Knight-Ridder Tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |

**Exhibit F - United States Patent No. D558,757**

| Prior Art Devices |
|---|
| 1995 Fidler Tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| 1997 Fidler Tablet blank mall survey tablet and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model: E-TEN Glofiish DX900, (2006) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model: LG KE850 Prada, (announced in December 2006) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model: LG Chocolate, (announced in March 2006) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model: Samsung F700, (announced Feb 2007) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| HP Compaq TC1000 (announced in 2002), and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Bezel-less electronic display (2003), and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| LED Display (2003), and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Nokia ID 2004, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |

**Exhibit F - United States Patent No. D558,757**

| Prior Art Devices |
|---|
| Dell Axim X3 (September 2003) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Krome Spy (August 2005) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Palm Z22 (October 2005) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |

**V.      Chart for Prior Inventors and People with Prior Knowledge**

**Exhibit F - United States Patent No. D558,757**

| **Prior Inventors and Others Having Knowledge, Having Previously Used, or Previously Offered for Sale the Invention of the Patent In Suit** |
|---|
| For each system, device, method, and/or invention disclosed in each domestic or foreign patent, patent application, or patent publication listed in the patent charts above, each person listed on the face of the document, each inventor, each prosecuting attorney or patent agent, and each person otherwise referred to by name in the intrinsic record. |
| For each system, device, method, disclosure, use, sale, offer for sale and/or invention disclosed in each reference listed in the non-patent publication chart above, the author(s) of the reference and each person listed by name in the reference. |
| For each prior art device disclosed in the prior art devices chart above, each person listed by name in the chart entry, and each person listed by name in or on the device or system, and each person listed by name in any manuals, literature, publications, or other references describing the system produced by any party or by a third party in this action. |
| Roger Fidler<br>Program Director for Digital Publishing<br>Donald W. Reynolds Journalism Institute<br>Missouri School of Journalism<br>106 Lee Hills Hall<br>Columbia, MO 65211 |

**Exhibit G - United States Patent No. D618,678**

The following prior art is hereby *incorporated by reference* into this Notice of Prior Art related to United States Patent No. D618,678:

- All corresponding patent applications for every patent publication cited in this exhibit to the Notice of Prior Art.

- All corresponding patent publications for every patent application cited in this exhibit to the Notice of Prior Art.

- All English or non-English language references cited on any patent reference directly cited in this exhibit to the Notice of Prior Art.

- All family members of U.S. Patent No. D618,678.

## I.    Chart for U.S. Patents

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 262,151 – Compact for Cosmetics | Morris Sussman | 1981/12/01 |
| U.S. | U.S. Patent No. D 270,061 – Picture Viewer | Peter Ackeret | 1983/08/09 |
| U.S. | U.S. Patent No. D 278,276 – Cosmetic Case | Dieter Bakic | 1985/04/02 |
| U.S. | U.S. Patent No. D 289,873 – Flat Panel Display for Personal Computer | Rob J. Gemmell | 1987/05/19 |
| U.S. | U.S. Patent No. D 306,583 – Radio Transceiver Housing or Similar Article | Rudolph W. Krolopp | 1990/03/13 |
| U.S. | U.S. Patent No. D 321,215 – Electronic Toy | Neal B. Shamis | 1991/10/29 |
| U.S. | U.S. Patent No. D 332,328 – Cosmetic Compact | Carl M. Lombardi, Jr. | 1993/01/05 |
| U.S. | U.S. Patent No. D 333,574 – Photo Organizer | Peter Ackeret | 1993/03/02 |
| U.S. | U.S. Patent No. D 337,569 – Electronic Notebook for Data Entry | Masahiro Kando | 1993/07/20 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 340,917 – Memorandum Input and Output Device | Hiroshi Sakaguchi | 1993/11/02 |
| U.S. | U.S. Patent No. D 345,346 – Pen-Based Computer | Pedro M. Alfonso | 1994/03/22 |
| U.S. | U.S. Patent No. D 346,589 – Electronic Bookreader | W. Todd Andros | 1994/05/03 |
| U.S. | U.S. Patent No. D 346,793 – Electronic Computer | Masaaki Iino | 1994/05/10 |
| U.S. | U.S. Patent No. D 396,215 – Wireless Portable Terminal | Yoshinori Inukai | 1998/07/21 |
| U.S. | U.S. Patent No. D 396,452 – Portable Character and Image Processing Apparatus | Masatomo Naruki | 1998/07/28 |
| U.S. | U.S. Patent No. D 410,440 – Vehicle Maintenance Manager | Charles F Carnell | 1999/06/01 |
| U.S. | U.S. Patent No. D 420,354 – Light Emitting Strip for a Pager | Domingo Morales | 2000/02/08 |
| U.S. | U.S. Patent No. D 424,535 – Data Terminal for Replies from Customers | Markku Peltola | 2000/05/09 |
| U.S. | U.S. Patent No. D 451,505 – Portable Computer | Daisuke Iseki | 2001/12/04 |
| U.S. | U.S. Patent No. D 453,333 – Monitor | Yu-Bing Chen | 2002/02/05 |
| U.S. | U.S. Patent No. D 455,433 – Portion of a Portable Computer Device | Christopher G. Alviar | 2002/04/09 |
| U.S. | U.S. Patent No. D 456,023 – Display | Bartley K. Andre | 2002/04/23 |
| U.S. | U.S. Patent No. D 458,252 – Internet Appliance | Mark E. Palm | 2002/06/04 |
| U.S. | U.S. Patent No. D 461,802 – Tablet | Hsin-Hung Tu | 2002/08/20 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. 6,501,967 – Defining of a Telephone's Ringing Tone | Jarmo Mkel, | 2002/12/31 |
| U.S. | U.S. Patent No. D 467,890 – Cellular Phone with Personal Digital Assistant | Cheng-Shing Lai | 2002/12/31 |
| U.S. | U.S. Patent No. D 469,413 – Headrest or Seat Back Entertainment Display | Nguyen To | 2003/06/28 |
| U.S. | U.S. Patent Pub. No. 2003/0125079(A1) – Mobile Communication Unit With Camera Lens Opening Means In Close Folder | Seung-Min Park | 2003/07/03 |
| U.S. | U.S. Patent Pub. No. 2003/0125094 (A1) – Mobile Terminal With Hinge Stylus and Sub-Inputting Unit | Sang-Min Hyun | 2003/07/03 |
| U.S. | U.S. Patent No. D485265 – Portable Computer | Takashi Sato | 2004/01/13 |
| U.S. | U.S. Patent No. D 488,469 – Electronic/CD Book | Hristos V. Batsikas | 2004/04/13 |
| U.S. | U.S. Patent No. D 489,731 – Portable Media Player | Ying-Che Huang | 2004/05/11 |
| U.S. | U.S. Patent No. D 491,156 – Portable Wireless Telephone | Hiroko Kawakami | 2004/06/08 |
| U.S. | U.S. Patent Pub. No. 2004/0132499 (A1) – Portable Terminal | Yasuhiro Abe | 2004/07/08 |
| U.S. | U.S. Patent Pub. No. 2004/0166907 (A1) – Portable Radiotelephone | Takayuki Yajima | 2004/08/26 |
| U.S. | U.S. Patent No. D 496,645 – Mobile Phone | Young Hoon Yoo | 2004/09/28 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---|---|---|---|
| U.S. | U.S. Patent Pub. No. 2004/0223004 (A1) – System and Method for Implementing a Landscape User Experience in a Hand-Held Computing Device | Scott D. Lincke | 2004/11/11 |
| U.S. | U.S. Patent No. D 498,754 – Personal Digital Assistant | Jim Blyth | 2004/11/23 |
| U.S. | U.S. Patent No. D 499,423 – Portable Media Player | Leonard Tan Bahroocha | 2004/12/07 |
| U.S. | U.S. Patent No. D 502,173 – Housing for Electronic Device | Richard K. Jung | 2005/02/22 |
| U.S. | U.S. Patent No. D 504,889 – Electronic Device | Bartley K. Andre | 2005/05/10 |
| U.S. | U.S. Patent No. D 505,950 – Handheld Computing Device | Scott W. Summit | 2005/06/07 |
| U.S. | U.S. Patent Pub. No. 2005/0130715 (A1) – Portable Terminal Unit | Eizo Fujisawa | 2005/06/16 |
| U.S. | U.S. Patent No. D 507,003 – Portable Multimedia Playback Apparatus | Yun-Tung Pai | 2005/07/05 |
| U.S. | U.S. Patent No. D 514,121 – Digital Audio Player with Sliding Cover | Brad Matthew Johnson | 2006/01/31 |
| U.S. | U.S. Patent No. D 514,590 – Digital Audio Player | Masatomo Naruki | 2006/02/07 |
| U.S. | U.S. Patent No. D 519,116 – Mobile Computer | Toshiyuki Tanaka | 2006/04/18 |
| U.S. | U.S. Patent No. D 519,523 – Portable Media Player | Chaucer Chiu | 2006/04/25 |
| U.S. | U.S. Patent No. D 520,020 – Portable Multimedia Player | Haruki Senda | 2006/05/02 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|-------------------------|----------|------------------------|
| U.S. | U.S. Patent Pub. No. 2006/0094464 (A1) – Portable Terminal Apparatus with TV Function and TV Antenna with Function as Input Pen | Gai Kyou | 2006/05/04 |
| U.S. | U.S. Patent No. 7,042,712 – Extended Stand Computer System with Retractable Keyboard | Prosenjit Ghosh | 2006/05/09 |
| U.S. | U.S. Patent No. D 524,809 – Ultra Personal Computer with Slidable Monitor and Thumb Keyboard | Vince Alcouloumre | 2006/07/11 |
| U.S. | U.S. Patent No. D 525,620 – Organizer | Hartmut Esslinger | 2006/07/25 |
| U.S. | U.S. Patent No. D 528,542 – Handheld Information Handling System | Viorel Luminosu | 2006/09/19 |
| U.S. | U.S. Patent No. D 528,561 – Media Player | Adrian Wong Ka-Wei | 2006/09/19 |
| U.S. | U.S. Patent No. D 529,045 – Portable Multi Media Player | Cheol Woong Shin | 2006/09/26 |
| U.S. | U.S. Patent No. D. 532,766 – Cellular Phone | Young Keun Lee | 2006/11/28 |
| U.S. | U.S. Patent No. D 532,791 – MP3 Player | Byung-Soo Kim | 2006/11/28 |
| U.S. | U.S. Patent Pub. No. 2006/0281501 (A1) – Battery Cover Latching Assembly for Portable Electronic Device | Zhou-Quan Zuo | 2006/12/14 |
| U.S. | U.S. Patent No. D 534,143 – Mobile Phone | Ji Youn Lheem | 2006/12/26 |
| U.S. | U.S. Patent No. D 535,281 – Sound Recording and Reproducing Apparatus | Deok-Joon Yang | 2007/01/16 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 536,329 – Multimedia Player | Myoung-yong Lee | 2007/02/06 |
| U.S. | U.S. Patent No. D 536,691 – Cellular Phone | Sang Min Park | 2007/02/13 |
| U.S. | U.S. Patent No. D 536,962 – Container | Roger Geoffrey Tanner | 2007/02/20 |
| U.S. | U.S. Patent No. D 538,822 – Electronic Device | Bartley K. Andre | 2007/03/20 |
| U.S. | U.S. Patent Pub. No. 2007/0082718 (A1) – Curved Sliding-Type Portable Communication Apparatus and Sliding Device Thereof | Yoo-Seok Yoon | 2007/04/12 |
| U.S. | U.S. Patent No. D 541,298 – Media Device | Bartley K. Andre | 2007/04/24 |
| U.S. | U.S. Patent No. D 541,299 – Media Device | Bartley K. Andre | 2007/04/24 |
| U.S. | U.S. Patent No. D 541,785 – Cellular Phone | Kyoung Boo Hwang | 2007/05/01 |
| U.S. | U.S. Patent No. D 546,313 – Mobile Phone | Ji Youn Lheem | 2007/07/10 |
| U.S. | U.S. Patent No. D 548,732 – Front Panel of a Housing for a Portable Computing Device | Chrome Cebe | 2007/08/14 |
| U.S. | U.S. Patent No. D 548,713 – Smart Phone | Yang-Jic Lee | 2007/08/14 |
| U.S. | U.S. Patent No. D 548,747 – Media Device | Bartley K. Andre | 2007/08/17 |
| U.S. | U.S. Patent No. D 554,098 – Mobile Phone | Young Keun Lee | 2007/10/30 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 556,211 – Handheld Mixed Media Player | James A. Howard | 2007/11/27 |
| U.S. | U.S. Patent No. 7,303,424 – Battery Cover Assembly for Portable Electronic Device | Ying-Liang Tu | 2007/12/04 |
| U.S. | U.S. Patent No. D 557,259 – Portable Electronic Device Holder | Peter S. Hirsch | 2007/12/11 |
| U.S. | U.S. Patent No. D 557,239 – Cellular Phone | Eui Seok Lee | 2007/12/11 |
| U.S. | U.S. Patent No. D 557,238 – Mobile Phone | Hyon I Kim | 2007/12/11 |
| U.S. | U.S. Patent No. D 558,460 – Digital Photo Frame | Tzu-Cheng Yu | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,726 – Mobile Phone | Chu-Fu Wang | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,756 – Electronic Device | Bartley K. Andre | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,758 – Electronic Device | Bartley K. Andre | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,792 – Digital Audio Player | Yasuko Chigira | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,716 – Mobile Phone | Min Sung Bae | 2008/01/01 |
| U.S. | U.S. Patent No. D 558,757 – Electronic Device | Bartley K. Andre | 2008/01/01 |
| U.S. | U.S. Patent Pub. No. 2008/0004083 (A1) – Portable Information Terminal | Kunihiro Ohki | 2008/01/03 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent Pub. No. 2008/0004085 (A1) – Keypad Battery Pack, Mobile Terminal Available for Different Keypad Battery Packs, and Method of Changing Keypad of Mobile Terminal | Ha Ran Jung | 2008/01/03 |
| U.S. | U.S. Patent No. D 559,220 – Mobile Phone | Ji-Young Lee | 2008/01/08 |
| U.S. | U.S. Patent No. D 560,227 – Media Player | Simon Bennett | 2008/01/22 |
| U.S. | U.S. Patent No. D 560,192 – Mobile Phone | Ji-Young Lee | 2008/01/22 |
| U.S. | U.S. Patent No. D 560,683 – Portable Media Player | Johann Lee | 2008/01/29 |
| U.S. | U.S. Patent No. D 560,686 – Digital Audio Player | Han Kim | 2008/01/29 |
| U.S. | U.S. Patent No. D 561,153 – Mobile Phone | Sung-Hoon Hong | 2008/02/05 |
| U.S. | U.S. Patent No. D 561,204 – Media Player | Boon Keat Eddy Toh | 2008/02/05 |
| U.S. | U.S. Patent No. D 561,782 – Media Player | Yong Seock Kim | 2008/02/12 |
| U.S. | U.S. Patent No. D 562,285 – Mobile Phone | Hwi Tae Lim | 2008/02/19 |
| U.S. | U.S. Patent No. D 563,432 – DMB MP3 Player | Hyoung Won Kim | 2008/03/04 |
| U.S. | U.S. Patent No. D 563,929 – Cellular Phone | Sang Min Park | 2008/03/11 |
| U.S. | U.S. Patent No. D 565,532 – Phone with Two-Way Slide | Thomas A. Arnold | 2008/04/01 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 565,596 – Multimedia Player | Han Kim | 2008/04/01 |
| U.S. | U.S. Patent No. D 565,599 – MP3 Player | Young-Sang Jang | 2008/04/01 |
| U.S. | U.S. Patent No. D 568,309 – Housing for a Portable Computing Device | Chrome Cebe | 2008/05/06 |
| U.S. | U.S. Patent No. D 569,830 – Cellular Phone | Won Il Kwak | 2008/05/27 |
| U.S. | U.S. Patent No. D 570,346 – Portable Electronic Device | Chang Hoon Suk | 2008/06/03 |
| U.S. | U.S. Patent No. D 570,839 – Handheld Device | Joseph Hofer | 2008/06/10 |
| U.S. | U.S. Patent No. D 573,143 – Portable Terminal | Hyoung-Shin Park | 2008/07/15 |
| U.S. | U.S. Patent No. D 574,015 – Digital Audio Player | Kirio Masui | 2008/07/29 |
| U.S. | U.S. Patent No. 7,409,059 – Portable Terminal Unit | Eizo Fujisawa | 2008/08/05 |
| U.S. | U.S. Patent No. D 575,259 – Mobile Phone | Sung Kwon Kim | 2008/08/19 |
| U.S. | U.S. Patent No. D 579,930 – Mobile Internet Device | Arif Maskatia | 2008/11/04 |
| U.S. | U.S. Patent No. D 580,387 – Electronic Device | Bartley K. Andre | 2008/11/11 |
| U.S. | U.S. Patent No. D 581,922 – Electronic Device | Bartley K. Andre | 2008/12/02 |
| U.S. | U.S. Patent No. D 583,346 – Mobile Phone | Yun-Bin Jung | 2008/12/23 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number and Title | Inventor | Issue/Publication Date |
|---------|------------------------|----------|------------------------|
| U.S. | U.S. Patent No. D 584,738 – MP3 Player | Hyoung Won Kim | 2009/01/13 |
| U.S. | U.S. Patent No. D 585,411 – Handset | Thomas Eaton | 2009/01/27 |
| U.S. | U.S. Patent No. D 586,800 – Electronic Device | Bartley K. Andre | 2009/02/17 |
| U.S. | U.S. Patent No. D 589,979 – Electronic Device | Bartley K. Andre | 2009/04/07 |
| U.S. | U.S. Patent No. D 593,087 – Electronic Device | Bartley K. Andre | 2009/05/26 |
| U.S. | U.S. Patent No. D 601,583 – Media Device | Bartley K. Andre | 2009/10/06 |
| U.S. | U.S. Patent No. D 602,014 – Electronic Device | Bartley K. Andre | 2009/10/13 |
| U.S. | U.S. Patent No. D 602,486 – Electronic Device | Bartley K. Andre | 2009/10/20 |

## II.     Chart for Foreign Patent Publications

| Country | Patent Number/Publication Title | Inventor | Issue/ Publication Date |
|---------|--------------------------------|----------|-------------------------|
| China | CN 300696131 | Seung-taik Hwang | 2007/10/03 |
| China | CN 3628761 | Haier Group (Assignee) | 2007/04/04 |
| European | EU 000317490-001 | | |
| European | EU 000750 | | |
| European | EU 000766126-0001 | | |
| European | EU 000569157-0005 - Mobile phones | | 2006/09/05 |

**Exhibit G - United States Patent No. D618,678**

| Country | Patent Number/Publication Title | Inventor | Issue/ Publication Date |
|---------|--------------------------------|----------|------------------------|
| European | EU 000569157-0005  - Mobile phones | | 2006/09/05 |
| European | RCD 46198-0001 | Martin Avila | 2003/11/11 |
| Japan | JP 0887388 - Memo Input/Output Equipment | Yuji Sakaguchi | 1993/12/21 |
| Japan | JP 0921403 - Electronic Calculator | Masaki Sugihara | 1997/01/21 |
| Japan | JP 1009317 - Portable Telephone | Yorimasa Niimi | 1998/05/11 |
| Japan | JP 1142127 - Electronic Calculator | Iseki Daisuke | 2002/05/27 |
| Japan | JP D1159881 - Voice recording reproduction machine | Tanio    Satoru | 2002/12/3 |
| Japan | JP D 1159881 - Voice recording reproduction machine | Tanio Satoru | 2002/12/3 |
| Japan | JP 1178470 - Graphic display machine | Sawase Kensuke | 2003/7/7 |
| Japan | JP 2004 290256 – Power supply device of game machine | Shibazaki Takayuki | 2004/10/21 |
| Japan | JP 1235888  - Portable telephone with camera | Kunihiro Hiroki | 2005/04/11 |
| Japan | JP 1241383 - Portable information terminal | Ayumu Isomura | 2005/06/06 |
| Japan | JP 1241638 – Portable telephone device with camera | Keiichi Koyama | 2005/06/06 |
| Japan | JP 1280315 - Portable telephone | Taihei Miyaji | 2006/09/04 |
| Japan | JP 1285057 - Radiotelephone | Nagaoka Kazuo | 2006/09/15 |
| Japan | JP 1295003 - Portable telephone with camera | Kentaro Ichinose | 2007/02/26 |

### Exhibit G - United States Patent No. D618,678

| Country | Patent Number/Publication Title | Inventor | Issue/ Publication Date |
|---|---|---|---|
| Japan | JP 001302929 - The position recognition induction machine for mount | | 2007/6/11 |
| Japan | JP 1325539  Multimedia Player | Kim Hang | 2008/3/31 |
| Japan | JP D 1250487 - Hard disc recorder | Taniguchi Toshiyuki | 2005/.9/12 |
| Korea | KR 30-0394921 - MP3 player | Joon Deok Yang | 2005/12/02 |
| Korea | KR 3004184220001  - Mobile phone | Ah Jung Joo | 2006/06/23 |
| Korea | KR 30-0418547  - Mobile phone | Ah Jung Joo | 2006/06/26 |
| Korea | KR 30-2005-0030828 - Mobile phone | Ah Jung Joo | 2006/06/26 |
| Korea | KR 30042130000 - Chair back supporter | Park Young Sook | 2006/07/27 |
| Korea | KR 30-0422221 - MP3 player | Williajm Webb | 2006/08/07 |
| Korea | KR 30-0452432 | Chang Hoon Suk | 2007/6/7 |
| Korea | KR 3004545920000  - Multimedia player | Hyo Mi Ahn | 2007/06/26 |
| Korea | KR 30-2006-0050769 - Portable phone | Park, Hyoung Shin | 2007/08/17 |
| Korea | KR 30-0452985 | Lee Ji Young | 2007/08/27 |
| Korea | KR 30-2006-0050768 | Lee Kye Youn | 2007/10/22 |
| United Kingdom | UK 3012502 | | |
| United Kingdom | UK 2062780 | | |

**Exhibit G - United States Patent No. D618,678**

### III.    Chart for Non Patent Publications

| Author, Publication Title, Page Numbers, Date |
| --- |
| "Apple Introduces the U2 iPod," Apple Corporation press release, Oct. 26, 2004, http://www.applescomipr/library/2004/oct/26u2ipod.html |
| eFashion Magazine 2004, Vol. No. 12, p. 60, China |
| Nokia design competition 2004 |
| eFashion Magazine (Jun 1, 2005), Vol. No 119, p. 45, China |
| Hilon LG DMB MP3 FM35 posted Jun 26 2006 [online].  Retrieved from Internet <URL: http://hiloncomcnautobak/a8810005549 |
| Sooman, Derek, "The LG Chocolate Phone," TechSpot News, March 23, 2006.  Retrieved from Internet <URL:  http://www.techspot.com/news/20929-the-lg-chocolate-phone.html>, |
| eFashion Magazine (Apr. 2006), Vol. No. 172, p. 26, China |
| Tinnos PDA posted May 19, 2006 [online].  Retrieved from Internet <URL: http://www.mobilewhack .com> |
| Philips S900 announced Jun. 2006 [online]. Retrieved from Internet <URL: http://www.gsmarena.com> |
| "The LG KE850: touchable chocolate," dated December 15, 2006 as obtained from engadget.com on August 22, 2011 <URL: http://mobile.engadget.com/2006/12/15/the-lg-ke850-touchable-chocolate> |
| Meizu M8 posted Jan. 29, 2007 [online]. Retrieved from Internet <URL: http:/ /www.engadget.com> |
| Apple iPhone announced Jan. 2007 [online]. Retrieved from Internet <URL: http://www.gsmarena.com> |
| LG KE850 Prada [online]. Retrieved from Internet <URL: http://www.gsmarena.com> |
| Samsung F700 [online]. Retrieved from internet <URL: http://www.gsmarena.com> |
| U.S. Design Pat. Appl. No. 29/282831 to Bartley Andre,Electronic Device filed Jul. 30 2007 |
| U.S. Design Pat. Appl. No. 29/282833 To Bartley Andre, Electronic Device filed Jul. 30 2007 |
| U.S. Design Pat. Appl. No. 29/282834 To Bartley Andre, Electronic Device filed Jul. 30 2007 |

## Exhibit G - United States Patent No. D618,678

| Author, Publication Title, Page Numbers, Date |
|---|
| U.S. Design Pat. Appl. No. 29/284187 To Bartley Andre, Electronic Device filed Aug. 31 2007 |
| U.S. Design Pat. Appl. No. 29/284188 To Bartley Andre, Electronic Device filed Aug. 31 2007 |
| U.S. Design Pat. Appl. No. 29/284269 To Bartley Andre, Electronic Device filed Sep. 04 2007 |
| U.S. Design Pat. Appl. No. 29/284271 To Bartley Andre, Electronic Device filed Sep. 04 2007 |
| U.S. Design Pat. Appl. No. 29/284272 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284276 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284288 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284308 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284310 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/284312 To Bartley Andre, Electronic Device filed Sep. 05 2007 |
| U.S. Design Pat. Appl. No. 29/282831 To Bartley Andre, Electronic Device filed Jul 30 2007 |
| U.S. Design Pat. Appl. No. 29/282832 To Bartley Andre, Electronic Device filed Jul 30 2007 |
| U.S. Design Pat. Appl. No. 29/282833 To Bartley Andre, Electronic Device filed Jul 30 2007 |
| U.S. Design Pat. Appl. No. 29/328018 To Bartley Andre, Electronic Device filed Nov. 18 2008 |
| "iF Product Design Award 2007," obtained from ifdesign.de on August 22, 2011 <URL: http://www.ifdesign.de/beitragsdetails_e.html?offset=87&sprache=2&award_id=121&beitrag_id=31322> |
| Notification and Request for Invalidation of Chinese Patent ZL2007300148719.0 Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation mailed Dec. 11, 2008, 19 pages. |
| Notification and Request for Invalidation of Chinese Patent ZL200730148767.X Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation mailed Dec. 11, 2008, 19 pages. |
| Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9 Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation mailed Dec. 11, 2008 19, pages. |

**Exhibit G - United States Patent No. D618,678**

| Author, Publication Title, Page Numbers, Date |
| --- |
| http://rdvb-designshowcase.blogspot.com/p/cv-about-me.html |

## IV. Chart for Prior Art Devices

| Prior Art Devices |
| --- |
| 1981 Fidler Tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Bloomberg Tablet, 2003, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| 1994 Fidler Tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| 1997 Fidler Tablet blank mall survey tablet, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model:  E-TEN Glofiish DX900, (2006) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model:  LG KE850 Prada, (announced in December 2006) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model:  LG Chocolate, (announced in March 2006) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Model:  Samsung F700, (announced Feb 2007) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| HP Compaq TC1000 (announced in 2002), and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |

**Exhibit G - United States Patent No. D618,678**

| Prior Art Devices |
|---|
| Bezel-less electronic display (2003), and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| LED Display (2003), and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Nokia ID 2004, and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Dell Axim X3 (September 2003) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Krome Spy (August 2005) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |
| Palm Z22 (October 2005) and all documents and things related to and/or describing the operation of that device, including source code, user manuals, technical specifications, development documents, and technical references. |

**Exhibit G - United States Patent No. D618,678**

**V.     Chart for Prior Inventors and People with Prior Knowledge**

| **Prior Inventors and Others Having Knowledge, Having Previously Used, or Previously Offered for Sale the Invention of the Patent In Suit** |
|---|
| For each system, device, method, and/or invention disclosed in each domestic or foreign patent, patent application, or patent publication listed in the patent charts above, each person listed on the face of the document, each inventor, each prosecuting attorney or patent agent, and each person otherwise referred to by name in the intrinsic record. |
| For each system, device, method, disclosure, use, sale, offer for sale and/or invention disclosed in each reference listed in the non-patent publication chart above, the author(s) of the reference and each person listed by name in the reference. |
| For each prior art device disclosed in the prior art devices chart above, each person listed by name in the chart entry, and each person listed by name in or on the device or system, and each person listed by name in any manuals, literature, publications, or other references describing the system produced by any party or by a third party in this action. |
| Roger Fidler<br>Program Director for Digital Publishing<br>Donald W. Reynolds Journalism Institute<br>Missouri School of Journalism<br>106 Lee Hills Hall<br>Columbia, MO 65211 |

## <u>CERTIFICATE OF SERVICE</u>

I, Jon Tap, hereby certify that on this 3rd day of November, 2011, copies of the foregoing document were served upon the following parties as indicated:

| | |
|---|---|
| The Honorable James R. Holbein<br>Secretary<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, DC 20436 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Electronic Mail<br>☒ Via E-filing |
| The Honorable Thomas B. Pender<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, DC 20436<br>Email: gregory.moldafsky@usitc.gov | ☐ Via First Class Mail<br>☒ Via Hand Delivery (2 copies)<br>☐ Via Overnight Courier (2 copies)<br>☒ Via Electronic Mail |
| Bryan Moore<br>Reginald Lucas<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, DC 20436<br>Email: bryan.moore@usitc.gov<br>Email: reginald.lucas@usitc.gov | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Electronic Mail |

*Counsel for Apple Inc.*

| | |
|---|---|
| Alexander J. Hadjis<br>Morrison & Foerster LLP<br>2000 Pennsylvania Ave., NW Suite 6000<br>Washington, DC 20006<br>Email: AppleITC@mofo.com | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☒ Via Electronic Mail |

*/s/ Jon Tap*
Jon Tap