# EXHIBIT 19

**PUBLIC VERSION**

### Apple's Motion to Strike Portions of Samsung's Expert Reports

On April 13, 2012, Apple filed a motion to strike portions of Samsung's expert reports that reference prior art not disclosed in the notice of prior art. (Motion Docket No. 796-028)  On April 25, 2012, Samsung filed an opposition.

I have herein denied Samsung's motion to amend its Notice of Prior Art.  Therefore, Samsung is precluded from relying on those references it sought to add via its motion to establish invalidity of the asserted claims of the asserted patents in this investigation.  Thus, with regard to invalidity, references to those prior art references and arguments based on those references are hereby stricken from Samsung's expert reports.  Samsung is free, however, to rely on those prior art references for purposes other than invalidity (*i.e.*, non-infringement) and need not strike in their expert reports references thereto that pertain to issues other than validity.

To the extent that Apple also sought to strike prior art references beyond that which was at issue in Samsung's motion to amend its Notice of Prior Art, Apple's papers are not clear on that point.  Thus, I am hereby GRANTING Apple's motion to strike as indicated above, but DENYING any additional relief sought by Apple.  If Apple did in fact seek to have additional prior art references struck from Samsung's expert reports, Apple may raise those issues as a motions *in limine*.

### Order

Apple's motion to strike is hereby GRANTED-IN-PART and DENIED-IN-PART as indicated above.

Within seven days of the date of this document, each party shall submit to the Office of the Administrative Law Judges a statement as to whether or not it seeks to have any portion of

- 6 -

**PUBLIC VERSION**

this document deleted from the public version. The parties' submission may be made by facsimile and/or hard copy by the aforementioned date.

    Any party seeking to have any portion of this document deleted from the public version thereof must submit to this office a copy of this document with red brackets indicating any portion asserted to contain confidential business information. The parties' submissions concerning the public version of this document need not be filed with the Commission Secretary.

**SO ORDERED.**

                                   Thomas B. Pender
                                   Administrative Law Judge

**IN THE MATTER OF CERTAIN ELECTRONIC DIGITAL MEDIA   337-TA-796
DEVICES AND COMPONENTS THEREOF**

## CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **PUBLIC ORDER NO. 18** has been served upon, **Reginald D. Lucas, Esq.**, Commission Investigative Attorney, and the following parties via first class mail and air mail where necessary on _____, **2012.**

Lisa R. Barton, Acting Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112A
Washington, DC  20436

**FOR COMPLAINANT APPLE INC.:**

Alexander J. Hadjis, Esq.                    ( .)Via Hand Delivery
**MORRISON & FOERSTER LLP**                  (  )Via Overnight Mail
2000 Pennsylvania Avenue, NW, Suite 6000     (  )Via First Class Mail
Washington, DC 20006                         (  )Other:_____

**FOR RESPONDENTS' SAMSUNG ELECTRONICS, CO., LTD; SAMSUNG
ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC:**

S. Alex Lasher, Esq.                         (  )Via Hand Delivery
**QUINN EMANUEL URQUHART &**                 (  )Via Overnight Mail
 **SULLIVAN, LLP**                           (  )Via First Class Mail
1299 Pennsylvania Avenue, N.W.               (  )Other:_____
Washington, DC  20004

**IN THE MATTER OF CERTAIN ELECTRONIC DIGITAL MEDIA   337-TA-796
DEVICES AND COMPONENTS THEREOF**

<u>PUBLIC MAILING LIST</u>

Heather Hall                                  ( )Via Hand Delivery
**LEXIS - NEXIS**                             ( )Via Overnight Mail
9443 Springboro Pike                          ( )Via First Class Mail
Miamisburg, OH  45342                         ( )Other:_____

Kenneth Clair                                 ( )Via Hand Delivery
**THOMSON WEST**                              ( )Via Overnight Mail
1100 – 13th Street NW                         ( )Via First Class M ail
Suite 200                                     ( )Other:_____
Washington, DC  20005