| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.
2    ("Apple") submits this motion for an order to seal the following documents or portions thereof:
3        1.    The confidential, unredacted version of the Declaration of Karl Kramer in Support
4    of Apple's Opposition to Samsung's Motion for Summary Judgment ("Kramer Declaration");
5        2.    Exhibits 3, 4, 8, and 10 to the Kramer Declaration;
6        3.    The confidential, unredacted version of the Declaration of Michel Maharbiz, Ph.D.
7    in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Maharbiz
8    Declaration"); and
9        4.    Exhibits C, D, and G-S to the Maharbiz Declaration.
10       Exhibits 3, 4, 8, and 10 to the Kramer Declaration and Exhibit G to the Maharbiz
11   Declaration contain information that is highly confidential as set out in the Declaration of Cyndi
12   Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal ("Wheeler
13   Declaration") (Dkt. No. 998).  It is Apple's policy not to disclose or describe to third parties its
14   confidential financial, design, trade secrets, or product development information.  (Wheeler
15   Declaration ¶ 11.)  The Apple-confidential material in these exhibits relate to such confidential
16   information, as detailed in the Wheeler Declaration.  (*Id*. ¶ 1-10.)  This information is highly
17   confidential to Apple and could be used by Apple's competitors to Apple's disadvantage if
18   disclosed publicly.  (*Id.* )  The relief requested in this motion is necessary and is narrowly tailored
19   to protect confidential information, focusing only on specific portions of the documents at issue.
20   (*Id.* ¶ 14.)
21       Exhibits 3, 4, 8, 10 to the Kramer Declaration and Exhibits C and H-S to the Maharbiz
22   Declaration contain materials that Samsung has designated as confidential under the protective
23   order entered in this case.  In addition, Exhibit D to the Maharbiz Declaration has been designated
24   by Samsung as containing third party confidential information.  Apple expects that, pursuant to
25   Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to
26   permit the sealing of these materials.
27
28

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843                                                                                                    1

1   In addition, to the extent the Kramer and Maharbiz Declarations refer to or discuss the above-referenced confidential materials, they could be used to Apple's disadvantage by competitors if they were not filed under seal, for the same reasons.  (*Id.* ¶ 13.)

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: May 31, 2012                            MORRISON & FOERSTER LLP


                                               By:   */s/ Michael A. Jacobs*
                                                     MICHAEL A. JACOBS

                                                     Attorneys for Plaintiff
                                                     APPLE INC.

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843

2