UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
("Apple") has filed an administrative motion for an order to seal the following documents:

1.  The confidential, unredacted version of the Declaration of Karl Kramer in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Kramer Declaration");

2.  Exhibits 3, 4, 8, and 10 to the Kramer Declaration;

3.  The confidential, unredacted version of the Declaration of Michel Maharbiz, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Maharbiz Declaration"); and

4.  Exhibits D and G to the Maharbiz Declaration.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal.  The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____        _____
                                             Hon. Lucy H. Koh
                                             United States District Judge