# Exhibit 3
# (Submitted Under Seal)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO APPLE'S SIXTEENTH SET OF INTERROGATORIES (NO. 81)**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY UNDER THE PROTECTIVE ORDER** |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1  already in the possession of Apple, publicly available, or as readily available to Apple as it is to
2  Samsung.

3      24.    Samsung objects to each interrogatory to the extent that it seeks information before
4  Samsung is required to disclose such information in accordance with any applicable law, such as
5  the Northern District of California Patent Local Rules.

6      25.    Samsung objects to the interrogatories on the grounds and to the extent that they
7  seek legal conclusions or call for expert testimony. Samsung's responses should not be
8  construed to provide legal conclusions.

9      Subject to and without waiving the foregoing General Statement and General Objections,
10 Samsung responds as follows:

11
12                                       **INTERROGATORIES**
13

14 **INTERROGATORY NO. 81:**
15     Explain in detail the operation of any monitoring circuitry, integrated circuit, chip,
16 controller, or module used to operate the touch screens (including the display and touch sensor
17 panels) and used to respond to touch events for each Product at Issue, with reference to and
18 identification of specific source code and microcode files and functions.
19

20 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 81:**
21     In addition to the General Objections stated above, Samsung objects to this interrogatory
22 as vague and ambiguous. Samsung further objects to this interrogatory to the extent that it seeks
23 to elicit information subject to and protected by the attorney-client privilege, the attorney work-
24 product doctrine, the joint defense privilege, the common interest doctrine, and/or any other
25 applicable privilege or immunity. Samsung further objects to this interrogatory on the grounds
26 and to the extent that it seeks legal conclusions or calls for expert testimony. Samsung will
27 provide such contentions in accordance with the Court's Minute Order and Case Management
28 order, dated August 25, 2011.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

Subject to the foregoing general and specific objections, and following a reasonable investigation, Samsung responds as follows:

[Table redacted]

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1  Samsung further responds that some of the information requested in this interrogatory is
2  outside Samsung's possession, custody or control.  Pursuant to Rule 33(d), Samsung further
3  responds by citing the following documents from which such information may be determined:

4  ████████████████████████████████████████
5  ████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████
11 ██████████████████████████████  ██████████████████████
12 ████████████████████████████████████████████████
13 ████████████████████

14
15  DATED: March 16, 2012              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
16
17
18                                     By  *Victoria F. Maroulis*
                                           Charles K. Verhoeven
19                                         Kevin P.B. Johnson
                                           Victoria F. Maroulis
20                                         Michael T. Zeller
21
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
22                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
23                                     TELECOMMUNICATIONS AMERICA, LLC
24
25
26
27
28