# Exhibit 4
# (Submitted Under Seal)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19             Plaintiff, | |
| | **SAMSUNG'S SECOND SUPPLEMENTAL** |
| 20         vs. | **OBJECTIONS AND RESPONSES TO** |
| | **APPLE'S SIXTEENTH SET OF** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a | **INTERROGATORIES (NO. 81)** |
|     Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New | |
|     York corporation; SAMSUNG | **HIGHLY CONFIDENTIAL –** |
| 23  TELECOMMUNICATIONS AMERICA, | **ATTORNEYS' EYES ONLY** |
|     LLC, a Delaware limited liability company, | **UNDER THE PROTECTIVE ORDER** |
| 24             Defendants. | |
| 25 | |

26

27

28

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1  already in the possession of Apple, publicly available, or as readily available to Apple as it is to
2  Samsung.

3      24.    Samsung objects to each interrogatory to the extent that it seeks information before
4  Samsung is required to disclose such information in accordance with any applicable law, such as
5  the Northern District of California Patent Local Rules.

6      25.    Samsung objects to the interrogatories on the grounds and to the extent that they
7  seek legal conclusions or call for expert testimony.  Samsung's responses should not be
8  construed to provide legal conclusions.

9      Subject to and without waiving the foregoing General Statement and General Objections,
10 Samsung responds as follows:

11

12                              **INTERROGATORIES**

13

14 **INTERROGATORY NO. 1:**

15     Explain in detail the operation of any monitoring circuitry, integrated circuit, chip,
16 controller, or module used to operate the touch screens (including the display and touch sensor
17 panels) and used to respond to touch events for each Product at Issue, with reference to and
18 identification of specific source code and microcode files and functions.

19

20 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

21     In addition to the General Objections stated above, Samsung objects to this interrogatory
22 as vague and ambiguous.  Samsung further objects to this interrogatory to the extent that it seeks
23 to elicit information subject to and protected by the attorney-client privilege, the attorney work-
24 product doctrine, the joint defense privilege, the common interest doctrine, and/or any other
25 applicable privilege or immunity.  Samsung further objects to this interrogatory on the grounds
26 and to the extent that it seeks legal conclusions or calls for expert testimony.  Samsung will
27 provide such contentions in accordance with the Court's Minute Order and Case Management
28 order, dated August 25, 2011.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

Subject to the foregoing general and specific objections, and following a reasonable investigation, Samsung responds as follows:

[Redacted]

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**



15  **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

16        In addition to the General Objections stated above, Samsung objects to this interrogatory
17  as vague and ambiguous.   Samsung further objects to this interrogatory to the extent that it seeks
18  to elicit information subject to and protected by the attorney-client privilege, the attorney work-
19  product doctrine, the joint defense privilege, the common interest doctrine, and/or any other
20  applicable privilege or immunity.   Samsung further objects to this interrogatory on the grounds
21  and to the extent that it seeks legal conclusions or calls for expert testimony.   Samsung will
22  provide such contentions in accordance with the Court's Minute Order and Case Management
23  order, dated August 25, 2011.
24        Subject to the foregoing general and specific objections, and following a reasonable
25  investigation, Samsung responds as follows:



**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**



Samsung further responds that some of the information requested in this interrogatory is outside Samsung's possession, custody or control.  Pursuant to Rule 33(d), Samsung further

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1. responds by citing the following documents from which such information may be determined:

2. [REDACTED]
3. [REDACTED]
4. [REDACTED]
5. [REDACTED]
6. [REDACTED]
7. [REDACTED]
8. [REDACTED]
9. [REDACTED]
10. [REDACTED]
11. [REDACTED]

DATED: March 22, 2012          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC