Exhibit 5

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE INC.'S SECOND SET OF INTERROGATORIES (Nos. 2-6)** |

**INTERROGATORIES**

**INTERROGATORY NO. 2:**

For each of the Asserted Claims, set forth in detail Samsung's bases for asserting the defense of non-infringement, including a claim chart indicating whether each element of the claim is present or absent in each of the Products at Issue and, if Samsung contends that an element is absent, the detailed basis for that contention.

**RESPONSE TO INTERROGATORY NO. 2:**

Samsung objects to this interrogatory as vague and ambiguous.  Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung objects to Apple's definition of "Products at Issue" as overly broad, vague, and ambiguous insofar as it includes the undefined categories of "any similar products" and "any products that Apple accuses of infringing its intellectual property in this litigation."  Samsung further objects to this interrogatory as premature to the extent it requests information regarding Samsung's non-infringement contentions just seven business days after Apple has served its infringement contentions and before sufficient discovery has been conducted.  Samsung further objects to this interrogatory to the extent it prematurely calls for contentions at this stage of litigation.  Samsung will provide such contentions in accordance with the Court's Minute Order and Case Management Order, dated August 25, 2011.

Subject to the foregoing general and specific objections, Samsung responds as follows:

For U.S. Patent No. 7,812,828, Samsung's investigation is ongoing and Samsung will supplement this interrogatory after it has had a reasonable opportunity to review Apple's infringement contentions and respond thereto.

For U.S. Patent No. 6,493,002, Samsung's investigation is ongoing and Samsung will supplement this interrogatory after it has had a reasonable opportunity to review Apple's infringement contentions and respond thereto.

1        For U.S. Patent No. 7,469,381, Samsung's investigation is ongoing and Samsung will

2   supplement this interrogatory after it has had a reasonable opportunity to review Apple's

3   infringement contentions and respond thereto.  Samsung also incorporates by reference the

4   Declaration of Jeffrey Johnson in Support of Samsung's Opposition to Apple's Motion for a

5   Preliminary Injunction (Dkt. No. 174).

6        For U.S. Patent No. 7,844,915, Samsung's investigation is ongoing and Samsung will

7   supplement this interrogatory after it has had a reasonable opportunity to review Apple's

8   infringement contentions and respond thereto.

9        For U.S. Patent No. 7,853,891, Samsung's investigation is ongoing and Samsung will

10   supplement this interrogatory after it has had a reasonable opportunity to review Apple's

11   infringement contentions and respond thereto.

12        For U.S. Patent No. 7,663,607, Samsung's investigation is ongoing and Samsung will

13   supplement this interrogatory after it has had a reasonable opportunity to review Apple's

14   infringement contentions and respond thereto.

15        For U.S. Patent No. 7,864,163, Samsung's investigation is ongoing and Samsung will

16   supplement this interrogatory after it has had a reasonable opportunity to review Apple's

17   infringement contentions and respond thereto.

18        For U.S. Patent No. 7,920,129, Samsung's investigation is ongoing and Samsung will

19   supplement this interrogatory after it has had a reasonable opportunity to review Apple's

20   infringement contentions and respond thereto.

21   **<u>INTERROGATORY NO. 3</u>:**

22        Identify in detail the person or persons most knowledgeable about the design,

23   development, implementation, structure, operation, and promotion of each of the Products at Issue,

24   including the design, development, implementation, structure, or operation of the Hardware

25   Design of each of the Products at Issue and the Graphical User Interface Design installed or

26   available on each of the Products at Issue, including a detailed description of each of their roles.

27

28

1  including an identification of any documents on which Samsung intends to rely or which tend to

2  prove or disprove Samsung's contention.

3  **RESPONSE TO INTERROGATORY NO. 6:**

4      Samsung objects to this interrogatory as vague and ambiguous.  Samsung further objects to

5  this interrogatory to the extent that it seeks to elicit information subject to and protected by the

6  attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the

7  common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further

8  objects to this interrogatory as premature to the extent it requests information regarding

9  Samsung's contentions before discovery has been completed or substantially completed, and to the

10 extent it requests information that is or will be the subject of expert testimony.

11     Subject to the foregoing general and specific objections, Samsung responds as follows:

12     Samsung directs Apple to Samsung's Answer in this case.  *See* Dkt. No. 80.  Samsung also

13 refers Apple to smartphone and tablet computer product selections available on the market and in

14 retailer stores.

15     Samsung has not yet completed its discovery and investigation of the facts relating to this

16 interrogatory.  Samsung will supplement this response with a narrative and/or with the documents

17 reflecting this information pursuant to Federal Rule of Civil Procedure 33(d).

18

19 DATED: September 8, 2011            Respectfully submitted,

20                                     QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
21

22

23                                     By    */s/ Todd Briggs*
                                            Charles K. Verhoeven
24                                          Kevin P.B. Johnson
                                            Victoria F. Maroulis
25                                          Michael T. Zeller
26                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
27                                          INC. and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC
28