Exhibit 7

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                 UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
20 | Plaintiff, | **SAMSUNG'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO APPLE INC.'S SECOND SET OF INTERROGATORIES (Nos. 2, 5-6)**
21 | vs. |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
25 | Defendant. |

# INTERROGATORIES

**INTERROGATORY NO. 2:**

For each of the Asserted Claims, set forth in detail Samsung's bases for asserting the defense of non-infringement, including a claim chart indicating whether each element of the claim is present or absent in each of the Products at Issue and, if Samsung contends that an element is absent, the detailed basis for that contention.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Samsung objects to this interrogatory as vague and ambiguous. Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung objects to Apple's definition of "Products at Issue" as overly broad, vague, and ambiguous insofar as it includes the undefined categories of "any similar products" and "any products that Apple accuses of infringing its intellectual property in this litigation." Samsung further objects to this interrogatory as vague since Apple has failed to provide a detailed explanation in its Disclosure of Asserted Claims and Infringement Contentions of the bases for its claims that Samsung allegedly infringes the Asserted Claims. Furthermore, Samsung is presently unable to provide its non-infringement positions because Apple has not served its expert reports identifying how Samsung's products allegedly infringe Apple's asserted patents. Samsung further objects to this interrogatory to the extent it prematurely calls for contentions at this stage of litigation. Samsung will provide such contentions in accordance with the Court's Minute Order and Case Management Order, dated August 25, 2011.

Subject to the foregoing general and specific objections, Samsung responds as follows:

For U.S. Patent No. 7,812,828, Samsung's investigation is ongoing and Samsung will provide its non-infringement position in its expert report(s) to be submitted in accordance with the Court's Minute Order and Case Management Order, dated August 25, 2011.

1   For U.S. Patent No. 6,493,002, Samsung's investigation is ongoing and Samsung will
2  provide its non-infringement position in its expert report(s) to be submitted in accordance with the
3  Court's Minute Order and Case Management Order, dated August 25, 2011.

4   For U.S. Patent No. 7,469,381, Samsung's investigation is ongoing and Samsung will
5  provide its non-infringement position in its expert report(s) to be submitted in accordance with the
6  Court's Minute Order and Case Management Order, dated August 25, 2011.  Samsung also
7  incorporates by reference the Declaration of Jeffrey Johnson in Support of Samsung's Opposition
8  to Apple's Motion for a Preliminary Injunction (Dkt. No. 174).

9   For U.S. Patent No. 7,844,915, Samsung's investigation is ongoing and Samsung will
10 provide its non-infringement position in its expert report(s) to be submitted in accordance with the
11 Court's Minute Order and Case Management Order, dated August 25, 2011.

12  For U.S. Patent No. 7,853,891, Samsung's investigation is ongoing and Samsung will
13 provide its non-infringement position in its expert report(s) to be submitted in accordance with the
14 Court's Minute Order and Case Management Order, dated August 25, 2011.

15  For U.S. Patent No. 7,663,607, Samsung's investigation is ongoing and Samsung will
16 provide its non-infringement position in its expert report(s) to be submitted in accordance with the
17 Court's Minute Order and Case Management Order, dated August 25, 2011.

18  For U.S. Patent No. 7,864,163, Samsung's investigation is ongoing and Samsung will
19 provide its non-infringement position in its expert report(s) to be submitted in accordance with the
20 Court's Minute Order and Case Management Order, dated August 25, 2011.

21  For U.S. Patent No. 7,920,129, Samsung's investigation is ongoing and Samsung will
22 provide its non-infringement position in its expert report(s) to be submitted in accordance with the
23 Court's Minute Order and Case Management Order, dated August 25, 2011.

24 **INTERROGATORY NO. 3:**

25  State in detail the basis of Samsung's contention that Apple's claims are barred "on the
26 basis that the marks and alleged trade dress at issue lack distinctiveness, including, without
27 limitation secondary meaning," as alleged in ¶ 281 of the Answer, including an identification of
28

1  objects to this interrogatory as premature to the extent it requests information regarding

2  Samsung's contentions before discovery has been completed or substantially completed, and to the

3  extent it requests information that is or will be the subject of expert testimony.

4      Subject to the foregoing general and specific objections, Samsung responds as follows:

5      Samsung directs Apple to Samsung's Answer in this case. *See* Dkt. No. 80. Samsung also

6  refers Apple to smartphone and tablet computer product selections available on the market and in

7  retailer stores. Samsung further incorporates by reference its response to Apple's Interrogatory

8  No. 41.

9      Samsung's investigation is ongoing and Samsung will provide its detailed position in its

10 expert report(s) to be submitted in accordance with the Court's Minute Order and Case

11 Management Order, dated August 25, 2011.

12

13 DATED: March 8, 2012                    Respectfully submitted,

14                                         QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
15

16

17                                         By    */s/ Todd Briggs*
                                                Charles K. Verhoeven
18                                              Kevin P.B. Johnson
                                                Victoria F. Maroulis
19                                              Michael T. Zeller
                                                Attorneys for SAMSUNG ELECTRONICS CO.,
20                                              LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC. and SAMSUNG
21                                              TELECOMMUNICATIONS AMERICA, LLC

22

23

24

25

26

27

28

SAMSUNG'S SUPPL. OBJECTIONS AND RESPONSES TO
APPLE INC.'S SECOND SET OF INTERROGATORIES