Exhibit 11

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4   APPLE INC., a California     )
     corporation,                  )
 5            Plaintiff,           )
                                   )
 6   vs.                           ) Case No. 11-cv-01846-LHK
                                   )
 7   SAMSUNG ELECTRONICS CO.,      )
     LTD., a Korean business       )
 8   entity; SAMSUNG ELECTRONICS   )
     AMERICA, INC., a New York     )
 9   corporation; SAMSUNG          )
     TELECOMMUNICATIONS AMERICA,   )
10   LLC, a Delaware limited       )
     liability company,            )
11            Defendants.          )
     _____ )
12
13
14         H I G H L Y  C O N F I D E N T I A L
15         A T T O R N E Y S'  E Y E S  O N L Y
16
17         VIDEOTAPED DEPOSITION OF STEPHEN GRAY
18                  Palo Alto, California
19                  Friday, May, 4, 2012
20
21
22   BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR
23   CSR LICENSE NO. 12885
24   JOB NO. 49273
25
```

Highly Confidential - Attorneys' Eyes Only

Page 52

| | | |
|---|---|---|
| 1 | A.   Okay. | 10:29:20 |
| 2 | Q.   What errors have you identified in reviewing | |
| 3 | your invalidity report? | |
| 4 | A.   There is one error having to do with the -- | |
| 5 | with the date of a prior art reference.  I can't | 10:29:35 |
| 6 | remember -- I'm not recollecting the date, but it was -- | |
| 7 | it was incorrectly identified as January 20 -- let me | |
| 8 | see if I can find it. | |
| 9 | So on paragraph 305, page 86 of my invalidity | |
| 10 | report, Exhibit 1, the date -- a date -- it says, "On | 10:30:54 |
| 11 | January 20, 2011, the examiner issued a notice of | |
| 12 | allowability."  That date's incorrect.  I have to go | |
| 13 | back to the file.  Oh, this is with regard to -- oh, | |
| 14 | this is with regard to the '163.  And the date's wrong. | |
| 15 | I'm not sure what that date is.  I'd have to go back to | 10:31:31 |
| 16 | the -- excuse me.  I'd have to go back to the file | |
| 17 | history to determine what that date should have been. | |
| 18 | But the first date, the January 20th, 2011 date, is | |
| 19 | incorrect. | |
| 20 | Q.   Are you aware, as you sit here today, of any | 10:31:46 |
| 21 | other errors in your invalidity report? | |
| 22 | A.   Yes.  There's another error in the | |
| 23 | indefiniteness section pertaining to the '915 patent, | |
| 24 | paragraph 266 on page 75.  There's a sentence -- the | |
| 25 | paragraph 266 doesn't make sense.  Something -- | 10:32:29 |

Page 53

| | | |
|---|---|---|
| 1 | something happened in the drafting or something.  But it | 10:32:37 |
| 2 | doesn't -- it doesn't make sense. | |
| 3 |         The first sentence reads -- well, let's start | |
| 4 | with the second sentence.  The second sentence says, | |
| 5 | "Each of the independent claims recites 'the event | 10:32:48 |
| 6 | object invokes a...operation.'  In my 35 years of | |
| 7 | systems experience, I have never observed a system where | |
| 8 | an event object invoked a method." | |
| 9 |         That's not true.  That's the inaccuracy.  It | |
| 10 | goes on to say that -- it goes on to make some claim | 10:33:10 |
| 11 | about it. | |
| 12 |         Then there is a reference to a Platzer | |
| 13 | deposition that -- the sentence leading into that says, | |
| 14 | "Additionally, one of the inventors of the '915 patent, | |
| 15 | Mr. Platzer, agreed with me at his deposition."  And | 10:33:30 |
| 16 | there's a quote.  And it doesn't follow the rest of the | |
| 17 | paragraph in 266.  I saw this over the last couple of | |
| 18 | days when I was rereading my report.  And it -- it is | |
| 19 | inaccurate. | |
| 20 |     Q.   What should it say? | 10:33:49 |
| 21 |     A.   Well, I don't -- I'm not sure -- I don't | |
| 22 | have -- I'm not sure exactly what it -- but what I think | |
| 23 | it should have said is that -- something to the effect | |
| 24 | that "In my 35 years of experience, I've never observed | |
| 25 | a system where an event object invoked a method that | 10:34:05 |

Page 54

1  performed scrolling or zooming operations" would be an          10:34:12
2  accurate statement.  But the way it's phrased there is
3  just not accurate.  And factually I don't think it's
4  correct.  So 266 I think is -- needs some revision.  And
5  if asked by the attorneys for Samsung, I'll update it.          10:34:31
6     Q.   Are there any other errors in your invalidity
7  report that you're aware of today?
8     A.   Those two errors I discovered over the last
9  couple of days in reviewing the report; and those are
10 the two that I know about now.  There may be others, but        10:34:50
11 those are the two that I've come across now.
12    Q.   All right.  Let's turn to your
13 non-infringement rebuttal report, Deposition Exhibit 2.
14         As you sit here today, does that report
15 accurately express all of the opinions on                       10:35:10
16 non-infringement that you may offer at trial, given what
17 you know today?
18    A.   Given what I know today, sitting here, I
19 believe that Exhibit 2, my rebuttal report regarding
20 non-infringement, contains the opinions of -- that I'm          10:35:40
21 aware of today.
22         Again, as facts emerge and other information
23 comes to light, I do want to make sure I reserve the
24 right to modify it should something occur that
25 changes -- materially changes my opinion about                  10:36:02