QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JAMES WARD IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS**<br><br>Date: June ___, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

02198.51855/4782698.2

Case No. 11-cv-01846-LHK (PSG)
WARD DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS

# DECLARATION OF JAMES WARD

I, James Ward, declare as follows:

1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition to Apple Inc.'s Motion to Strike Portions of Samsung's Expert Reports. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. On October 7, 2011, Samsung served its Invalidity Contentions, a true and correct copy of which is attached hereto as Ex. A.

3. On March 22, 2012, Samsung served the Expert Report of Stephen Gray, a true and correct copy of which is attached hereto as Ex. B.

4. On March 9, 2012, in Boston, MA, Apple took the deposition of Mr. Adam Bogue in the case of *In the Matter of Certain Portable Electronic Devices and Related Software*, Inv. No. 337-TA-797, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. C.

5. On March 8, 2012, in Boston, MA, Apple took the deposition of Mr. Clifton Forlines in the case of *In the Matter of Certain Portable Electronic Devices and Related Software*, Inv. No. 337-TA-797, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. D.

6. On October 20, 2012, MERL produced to Apple, DiamondTouch programs and source code. A true and correct copy of the October 20, 2011 letter from Aaron Kaufman to Richard Hung, which attached this production, is attached hereto as Ex. E.

7. On March 22, 2012, Samsung served the Expert Report of Dr. Andries van Dam, a true and correct copy of which is attached hereto as Ex. F.

8.     On October 18, 2011, in Redwood Shores, CA, Samsung took the deposition of Mr. Brian Q. Huppi, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. G.

9.     On March 22, 2012, Apple served the Expert Report of Dr. Michel Maharbiz, a true and correct copy of which is attached hereto as Ex. H.

10.    Attached hereto as Ex. I. is a true and correct copy of a document produced by Apple in this litigation bearing Bates label APLNDC0000994176.

11.    Attached hereto as Exhibit J. is a true and correct copy of a document produced by Apple in this litigation bearing Bates label APLNDC-X0000006145.

12.    Attached hereto as Exhibit K. is a true and correct copy of a document produced by Apple in this litigation bearing Bates label APLNDC-Y0000264203-421.

13.    On April 5, 2012, Samsung served Corrected Expert Report of Dr. Brian Von Herzen, a true and correct copy of which is attached hereto as Ex. L.

14.    On April 16, 2012, Samsung served the Expert Report of Dr. Jeffrey Johnson, a true and correct copy of the relevant portions of which is attached hereto as Ex. M.

15.    On December 30, 2011, Sara Jenkins, attorney with Quinn Emanuel Urquhart & Sullivan, LLP, sent an e-mail to AppleMoFo@mofo.com, producing Samsung source code for inspection. A true and correct copy of this email is attached hereto as Ex. N.

16.    On February 3, 2012, Sara Jenkins, attorney with Quinn Emanuel Urquhart & Sullivan, LLP, sent an e-mail to AppleMoFo@mofo.com producing physical Samsung devices for inspection. A true and correct copy of this email is attached hereto as Ex. O.

17.    On March 12, 2012, Samsung served its Second Supplemental Objections and Responses to Apple Inc.'s Second Set of Interrogatories, a true and correct copy of the relevant portions of which is attached hereto as Ex. P.

18.    On April 26, 2012, in Redwood Shores, CA, Apple took the deposition of Dr. Jeffrey Johnson, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. Q.

19. On August 26, 2011, Apple served its Infringement Contentions, a true and correct copy of the relevant portions of which is attached hereto as Ex. R.

20. On April 16, 2012, Samsung served the Rebuttal Expert Report of Mr. Stephen Gray, a true and correct copy of the relevant portions of which is attached hereto as Ex. S.

21. On March 22, 2012, Apple served the Expert Report of Dr. Karan Singh, a true and correct copy of the relevant portions of which is attached hereto as Ex. T.

22. On May 25, 2012, Samsung served the Supplement to Rebuttal Expert Report of Mr. Stephen Gray, a true and correct copy of the relevant portions of which is attached hereto as Ex. U.

23. On September 7, 2011, Samsung served its Infringement Contentions, a true and correct copy of the relevant portions of which is attached hereto as Ex. V.

24. On March 22, 2012, Samsung served the Expert Report of Dr. Woodward Yang, a true and correct copy of the relevant portions of which is attached hereto as Ex. W.

25. On March 22, 2012, Apple served the Expert Report of Dr. Mani Srivastava, a true and correct copy of the relevant portions of which is attached hereto as Ex. X.

26. On April 25, 2012, in Los Angeles, CA, Samsung took the deposition of Dr. Mani Srivastava, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. Y.

27. On May 8, 2012, in Boston, MA, Apple took the deposition of Dr. Woodward Yang, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. Z.

28. A true and correct copy of U.S. Patent No. 7,577,460 is attached hereto as Ex. AA.

29. On March 22, 2012, Samsung served the Expert Report of Dr. Tim A. Williams, a true and correct copy of the relevant portions of which is attached hereto as Ex. BB.

30. A true and correct copy of the relevant portion of the transcript of the hearing in this case on April 9, 2012 before Hon. Paul S. Grewal is attached hereto as Ex. CC.

31. Apple has served two supplemental expert damages reports after the applicable deadlines, on April 26, 2012:  the First Supplemental Expert Report of Richard Donaldson and the First Supplemental Expert Report of Dr. Janusz A. Ordover.

32. On May 12, 2012, Apple took the deposition of Mr. Michael J. Wagner, a true and correct copy of the relevant portions of the transcript of which is attached hereto as Ex. DD.

33. Mr. Wagner's supplemental report was served on May 11, 2012, before Apple deposed Mr. Wagner on May 12, 2012, and before Samsung deposed Mr. Musika on May 14, 2012.

34. On April 16, 2012, Samsung served the Expert Report of Mr. Michael J. Wagner, a true and correct copy of the relevant portions of which is attached hereto as Ex. EE.

35. On May 8, 2012, Apple served the Supplemental Expert Report of Mr. Terry L. Musika, a true and correct copy of the relevant portions of which is attached hereto as Ex. FF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2012, in New York, New York.

*/s/ James J. Ward*
James J. Ward

02198.51855/4782698.2

-4-   Case No. 11-cv-01846-LHK (PSG)
WARD DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS