# EXHIBIT E

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849 7000  FAX (212) 849 7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7314**

WRITER'S INTERNET ADDRESS
**aaronkaufman@quinnemanuel.com**

October 20, 2011

<u>VIA ELECTRONIC MAIL AND FEDERAL EXPRESS</u>

Richard S. J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   Subpoena Response from Mitsubishi Electric Research Laboratories ("MERL");
<u>Apple Inc. v. Samsung Elecs. Co., et al.</u>, Case No. 11-CV-1846 LHK (N.D. Cal.)

Dear Mr. Hung:

We have received a hard drive purporting to contain documents responsive to the MERL subpoena.  An exact duplicate of that hard drive is enclosed with this letter.

MERL indicated that its production is made "under the protective order," but did not so label the hard drive itself or (from what we can tell) any of the documents therein.

We thus plan on meeting and conferring with MERL on the question of what, if any, confidentiality designations they intended to make for any particular files.  Until we can resolve that issue, we plan on treating the information therein as "HIGHLY CONFIDNENTIAL – ATTORNEYS' EYES ONLY," under the Interim Model Protective Order and request that you abide by the same.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801 5000  FAX: (650) 801 5100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100

2

Please do not hesitate to contact me with any questions.  Thank you.

Very truly yours,

*Aaron J. Kaufman*

Aaron S. Kaufman

Enclosure (with FedEx copy only)

cc:  appleitc@mofo.com (via email only) (w/o enclosure)