# EXHIBIT O

# Alex Hu

| | |
|---|---|
| **From:** | Sara Jenkins |
| **Sent:** | Friday, February 03, 2012 4:57 PM |
| **To:** | Sara Jenkins; 'AppleMoFo@mofo.com'; 'WH Apple Samsung NDCal Service' |
| **Cc:** | Victoria Maroulis; Todd Briggs; Melissa Chan; Samsung v. Apple |
| **Subject:** | Apple v. Samsung: Inspection of Materials |

Counsel:

Pursuant to the Court's January 27 order, samples of each Apple product in Samsung's possession, custody or control as well as samples of the accused Samsung products are now available for inspection at our Redwood Shores offices. CAD files from custodian Hyung Shin Park are also now available for inspection. Please let us know when you would like to come and inspect these materials. Thank you.

Regards,

**Sara Jenkins**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
650-801-5040 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
SaraJenkins@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.