# EXHIBIT U

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

    Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendant.

CASE NO. 11-cv-01846-LHK

**SUPPLEMENT TO REBUTTAL EXPERT REPORT OF STEPHEN GRAY REGARDING NON-INFRINGEMENT OF CLAIM 8 OF U.S. PATENT NO. 7,844,915**

1.     I submit this supplement to my rebuttal expert report on the non-infringement of Claim 8 of U.S. Patent 7,844,915.  If asked at hearings or trial, I am prepared to testify regarding the matters I discuss in this supplement.

2.     At my deposition on May 4, 2012, I was asked which accused Samsung devices support multi-finger scrolling.  As I did not memorize the specific model numbers before the deposition, I did not recall the specific model numbers at that time, although I recalled that eight devices supported multi-finger scrolling in either the Web browser or another application.  Apple's counsel did not provide me with any actual devices during my deposition, so I was unable confirm the names and version numbers of those devices supporting multi-finger scrolling at that time.

3.     Following the deposition, I reviewed my notes and all the accused devices, and found that the devices listed in the table below support multi-finger scrolling in the Web browser and therefore do not distinguish between scroll and gesture operations within the meaning of the '915 patent:

| Samsung Accused Device | Model # | Android Version |
|---|---|---|
| Galaxy Tab 10.1 | GT-P7510 | 3.1 |
| Epic 4G | SPH-D700 | 2.2.1 |
| Galaxy Prevail | SPH-M820 | 2.3.5 |
| Nexus S | GT-I9020T | 2.3.4 and 4.0.4 |
| Nexus S 4G | SPH-D720 | 2.3.4 and 4.0.4 |
| Replenish | SPH-M580 | 2.3.6 |

4.     Two other accused devices, the Gravity Smart (model SGH-T589 running Android 2.2.2) and the Vibrant (model SGH-T959 running Android 2.1-Update1), support multi-finger scrolling in at least the photo gallery application.

5.     The opinions expressed in this supplement are my opinions based on my review to date of the evidence in the record.  I reserve the right to amend or update my opinions as appropriate in response to future developments regarding claim construction.  At a hearing or trial, I reserve the right to use as exhibits various documents produced in this case that refer or relate to the matters discussed in this supplement or to either of my expert reports.  I have not yet selected particular exhibits that might be used.  I also reserve the right to create or assist in the creation of certain demonstrative evidence that will assist me in testifying.

Dated: May 25, 2012

By _____
Stephen Gray