# EXHIBIT V

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California 94065-2139 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 9 | |
|   | Michael T. Zeller (Bar No. 196417) |
| 10 | michaelzeller@quinnemanuel.com |
|    | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
|    | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 14 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PATENT L.R. 3-1, 3-2]** |
| Defendant. | |

02198.51855/4336803.1

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") submits this Disclosure of Asserted Claims and Infringement Contentions pursuant to Patent Local Rules 3-1 and 3-2 for U.S. Patent Nos. 6,928,604, 7,050,410, 7,069,055, 7,079,871, 7,200,792, 7,362,867, 7,386,001, 7,447,516, 7,456,893, 7,577,460, 7,675,941, and 7,698,711 ("Samsung patents").

**I.      IDENTIFICATION OF INFRINGED CLAIMS AND ACCUSED PRODUCTS [PATENT L.R. 3-1(a)-(d)]**

Samsung provides the information required by Patent Local Rule 3-1 subsections (a), (b), (c), and (d) in the following exhibits:

| | |
|---|---|
| **Exhibit A** | U.S. Patent No. 6,928,604 |
| **Exhibit B** | U.S. Patent No. 7,050,410 |
| **Exhibit C** | U.S. Patent No. 7,069,055 |
| **Exhibit D** | U.S. Patent No. 7,079,871 |
| **Exhibit E** | U.S. Patent No. 7,200,792 |
| **Exhibit F** | U.S. Patent No. 7,362,867 |
| **Exhibit G** | U.S. Patent No. 7,386,001 |
| **Exhibit H** | U.S. Patent No. 7,447,516 |
| **Exhibit I** | U.S. Patent No. 7,456,893 |
| **Exhibit J** | U.S. Patent No. 7,577,460 |
| **Exhibit K** | U.S. Patent No. 7,675,941 |
| **Exhibit L** | U.S. Patent No. 7,698,711 |

The infringement contentions set forth in Exhibits A-L are exemplary and not exhaustive.

Apple infringes the Samsung patents under 35 U.S.C. § 271(a), (b) and/or (c).  Samsung further accuses any other Apple products that Apple is currently developing, making and using including but not limited any newer but unreleased versions of the iPhone or iPad products.  Despite Samsung's requests for discovery on these products, Apple has withheld this information to date and consequently Samsung has not had the opportunity to analyze how these products infringe Samsung's patents.  Accordingly, Samsung reserves its right to supplement this disclosure

to include any additional Apple products it identifies through discovery and its continuing investigation. Samsung further reserves the right to supplement its disclosure to include any additional information it learns about the accused Apple products through discovery (which is at its earliest stages) and its continuing investigation.

## II. LITERAL INFRINGEMENT AND DOCTRINE OF EQUIVALENTS [PATENT L.R. 3-1(e)]

The accused Apple products literally infringe the asserted claims of the Samsung patents. To the extent that any element or limitation of the asserted claims is not found to have literal correspondence in the accused Apple products, the accused Apple products infringe under the doctrine of equivalents.

## III. PRIORITY DATES [PATENT L.R. 3-1(f)]

The asserted claims of the Samsung patents are entitled to at least the priority dates listed on the face of each patent or identified in the prosecution histories of each patent. Samsung's investigation is continuing and reserves the right to establish earlier priority and invention dates for the asserted claims in the Samsung patents.

## IV. PRODUCTS PRACTICING THE CLAIMED INVENTIONS [PATENT L.R. 3-1(g)]

**Exhibit M** discloses exemplary Samsung products that practice the claimed inventions of the Samsung patents.

## V. APPLE'S WILLFUL INFRINGEMENT [PATENT L.R. 3-1(h)]

Before initiating this lawsuit, Apple was aware that its products infringed many Samsung patents, including patents Samsung has asserted against Apple in this action. Despite this knowledge, Apple continued to infringe Samsung's patents and continued to act in an objectively reckless manner. Apple has willfully infringed these patents since at least September 2010 when Samsung informed Apple of its infringement.

## VI. DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE [PATENT L.R. 3-2]

Samsung is not presently aware of any Patent L.R. 3-2(a) documents.

Documents relating to Patent L.R. 3-2(b) are being produced concurrently herewith bearing bates numbers SAMNDCA00019700- SAMNDCA00019931.

Documents relating to Patent L.R. 3-2(c) are being produced concurrently herewith bearing bates numbers SAMNDCA00003980- SAMNDCA00008459.

Documents relating to Patent L.R. 3-2(d) are being produced concurrently herewith bearing bates numbers SAMNDCA00009423- SAMNDCA00009433.

Documents relating to Patent L.R. 3-2(e) are being produced concurrently herewith bearing bates numbers SAMNDCA00009434- SAMNDCA00011027; SAMNDCA00011050- SAMNDCA00019356.   Samsung will also make available for inspection Samsung devices that practice the Samsung patents.

DATED: September 7, 2011        QUINN EMANUEL URQUHART & SULLIVAN LLP

By  /s/  Todd M. Briggs
Todd M. Briggs
Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2011, I served **SAMSUNG'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** on the following via email:

**ATTORNEYS FOR APPLE INC.**

HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Todd M. Briggs