| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant Apple Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Counterclaim-Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party of the within-entitled action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On June 1, 2012, I served the following document(s):

1. **EXHIBITS A AND B TO THE DECLARATION OF JANUSZ A. ORDOVER, PH.D. IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT [FILED UNDER SEAL]**

2. **EXHIBITS A AND B TO THE DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT [FILED UNDER SEAL]**

BY ELECTRONIC SERVICE: I caused all documents to be sent by E-Mail to the individuals indicated below.

| | |
|---|---|
| Charles Kramer Verhoeven<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Email: charlesverhoeven@quinnemanuel.com | Edward J. DeFranco<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>335 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Tel: (212) 849-7000<br>Email: eddefranco@quinnemanuel.com |
| Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Margret Mary Caruso<br>Todd Michael Briggs<br>Rachel H Kassabian<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000<br>Email: kevinjohnson@quinnemanuel.com<br>Email: victoriamaroulis@quinnemanuel.com<br>Email: margretcaruso@quinnemanuel.com<br>Email: toddbriggs@quinnemanuel.com<br>Email: rachelkassabian@quinnemanuel.com | Michael Thomas Zeller<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Email: michaelzeller@quinnemanuel.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 1, 2012, at Palo Alto, California.

_____
Liv Herriot