HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal Exhibits 1-7, 12-16, 20-22, 24, 25, 27, 29-31, 33-56, 63, 65, 66, and 68-79 to the Declaration of Jason R. Bartlett in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Bartlett Declaration").

Exhibits 1-6, 12-16, 20, 24, 27, 29, 31, 48-54, 56, and 75-79 to the Bartlett Declaration contain information that is highly confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal ("Wheeler Declaration") (Dkt. No. 998). It is Apple's policy not to disclose or describe to third parties its confidential financial, design, trade secrets, or product development information. (Wheeler Declaration ¶ 11.) The Apple-confidential material in these exhibits relate to such confidential information, as detailed in the Wheeler Declaration. (*Id*. ¶ 1-10.) This information is highly confidential to Apple and could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶ 14.)

Exhibits 7, 21, 22, 25, 30, 33, 34-47, and 63, 65, 66, and 68-74 to the Bartlett Declaration contain materials that Samsung has designated as confidential under the protective order entered in this case. In addition, Exhibits 63, 65, and 66 to the Bartlett Declaration have been designated by Samsung as containing third party confidential information. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Finally, to the extent the Bartlett Declaration refers to or discusses the above-referenced confidential materials, it could be used to Apple's disadvantage by competitors if it were not filed under seal, for the same reasons. (*Id.* ¶ 13.)

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843

1

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: May 31, 2012                 MORRISON & FOERSTER LLP

By:    */s/ Michael A. Jacobs*
        MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843

2