# Exhibit 8

# Exhibit 2





**Twice as fast.**          **Half the price.**

## iPhone 3G

The new iPhone is here. Surfs the web and downloads data twice as fast. Now just $199.

TM & ©2008 Apple Inc. All rights reserved. 1-800-MY-APPLE or www.apple.com/iphone. Compares iPhone 3G (8GB) and 1st generation iPhone (8GB) running on EDGE. Actual speeds vary by site conditions. Requires new 2 year AT&T rate plan, sold separately to qualified customers.

A1649