Exhibit 9

Exhibit 5

# "…the best device in its class."

*- Walt Mossberg, The Wall Street Journal*



"Apple releases only one new model a year, so the new iPhone had better be pretty amazing to compete. It is."
*- David Pogue, The New York Times*

"We're not going to beat around the bush, the iPhone 4 is the best smartphone on the market."
*- Joshua Topolsky, Engadget*

"iPhone 4 demonstrates once again why Apple's handset is the one to beat."
*- Ed Baig, USA Today*

"Now that I've spent some quality time with the iPhone 4 I can safely say it's by far the best smartphone on the market."
*- Clayton Morris, Fox News*

"The tight integration of hardware and software provides a unique experience that once again raises and sets the standard for the rest of the industry."
*- Michael Gartenberg, Altimeter Group*

"Grip it in your hand, and the iPhone 4 feels like the phone of the future. It's the uncontested leader in the smartphone market."
*- Brian X. Chen, Wired*

"The iPhone 4 is a superb smart phone that makes most competing devices look old and boring."
*- Rachel Metz, Associated Press*

With revolutionary features like FaceTime and the Retina Display,
iPhone changes everything. Again.

 iPhone 4

©2010 Apple Inc. All rights reserved. 1-800-MY-APPLE or www.apple.com. 3G not available in all areas. Wireless service plan required.

A1655