# Exhibit 10

# Exhibit 14



©2011 Apple Inc. All rights reserved. 1-800-MY-APPLE or www.apple.com.  Smart Cover sold separately.
A1668