# Exhibit 11

# Exhibit 18



A1677