# Exhibit 17

Page 1

1         Robert Anders, IDSA
2    UNITED STATES INTERNATIONAL TRADE COMMISSION
3              Washington, D.C.
4
5  In the Matter of                )
6  CERTAIN ELECTRONIC DIGITAL      )    No. 337-TA-796
7  MEDIA DEVICES AND COMPONENTS    )
8  THEREOF                         )
9  _____
10
11
12
13            VIDEOTAPE DEPOSITION OF
14              ROBERT ANDERS, IDSA
15               Washington, D.C.
16            Tuesday, April 24, 2012
17
18
19
20
21
22
23  Reported by:
24  SUSAN ASHE, RMR/CRR
25  Job No.:  48828

Page 2

```
 1            Robert Anders, IDSA
 2           Tuesday, April 24, 2012
 3                  9:10 a.m.
 4
 5
 6       Videotaped deposition of ROBERT ANDERS,
 7  IDSA, taken on behalf of Complainants, at MORRISON &
 8  FOERSTER LLP, 2000 Pennsylvania Avenue, Northwest,
 9  Washington, D.C., beginning at 9:10 a.m., on
10  Tuesday, April 24, 2012, before Susan Ashe, RMR/CRR.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1            Robert Anders, IDSA
 2  APPEARANCE OF COUNSEL:
 3    FOR COMPLAINANT APPLE INC.:
 4        MORRISON & FOERSTER LLP
 5        BY:  JENNIFER LEE TAYLOR, ESQ.
 6        425 Market Street
 7        San Francisco, California  94105
 8
 9
10    FOR RESPONDENTS SAMSUNG ELECTRONICS, INC.:
11        QUINN EMANUEL URQUHART & SULLIVAN, LLP
12        BY:  ALBERT P. BEDECARRE, ESQ.
13        50 California Street, 22nd Floor
14        San Francisco, California  94111
15
16
17  ALSO PRESENT:
18    Reginal Lucas, Esq., US-ITC
19    Jordan Mummert, Videographer
20
21
22
23
24
25
```

Page 4

```
 1            Robert Anders, IDSA
 2             WASHINGTON, D.C.;
 3      TUESDAY, APRIL 24, 2012, 9:10 A.M.
 4                 --o0o--
 5        VIDEOGRAPHER:  This is the start of the
 6  tape labeled No. 1 of the videotaped deposition of
 7  Robert Anders in the matter Certain Electronic
 8  Digital Media Devices, Case No. 337-TA-796.
 9        This deposition is taking place at
10  2000 Pennsylvania Avenue, Washington, D.C., on
11  April 24, 2012 at approximately 9:10 a.m.
12        My name is Jordan Mummert from TSG
13  Reporting, Inc.  I'm the video specialist.
14        The court reporter is Susan Ashe in
15  association with TSG Reporting.
16        Will the counsel please introduce
17  yourselves.
18        MS. TAYLOR:  Jennifer Taylor representing
19  Apple.
20        MR. BEDECARRE:  Al Bedecarre of Quinn
21  Emanuel representing Samsung.
22        MR. LUCAS:  Reginald Lucas, United States
23  International Trade Commission.
24        VIDEOGRAPHER:  The court reporter may
25  swear the witness.
```

Page 5

```
 1            Robert Anders, IDSA
 2  Whereupon,
 3            ROBERT ANDERS,
 4  the Witness, called for examination by the
 5  Complainants, having been first duly sworn according
 6  to law, was examined and testified as follows:
 7      EXAMINATION BY COUNSEL FOR COMPLAINANTS
 8  BY MS. TAYLOR:
 9     Q   Good morning.
10     A   Good morning.
11     Q   Could you state your name for the record,
12  please.
13     A   Robert Anders.
14     Q   A-n-d-e-r-s?
15     A   Yes.
16     Q   And are you an industrial designer?
17     A   Yes, I am.
18     Q   Can you tell me some of the types of items
19  that you've designed.
20     A   I've designed lots of the official United
21  States exhibitions at trade and cultural affairs in
22  different foreign countries.
23         I have designed three major pavilions at
24  world's fairs.
25         I've designed a line of camera bags and
```

Page 286

Robert Anders, IDSA

Q Is this the clear rectangle side?
A I believe so.
Q So, can you label it --
A I believe the whole thing is a clear rectangle.
Q Can you label it: Clear Rectangle Side.
(Witness complies.)
Q And this is the side of the rectangle -- the inner rectangle?
A Yeah.
Q Could you label that side of inner rectangle.
(Witness complies.)
Q Thank you.
And that was Exhibit C, Roman numeral 2.9, to your expert report?
A Yes.
Q Which also happens to be Exhibit 21 to the deposition.
Could you take a look at Exhibit C, Roman numeral 3.1.
A C, 3.1?
Q Yes.
So, if you look at C11 on your expert

Page 287

Robert Anders, IDSA
report, you have a paragraph talking about Figure 1 of the patent and a figure of the JP '221 patent.
Do you see that?
A Yes.
Q Can you take -- can you review it if you need to refresh your recollection.
A Sure.
(Witness perusing.)
A Yes.
Q It says: In this view, the JP '221 design patent has a clear rectangular front surface with rounded corners.
Do you see that?
A Yes.
Q Show me on Exhibit C, Roman numeral 3.1, where that clear rectangular front surface with rounded corners is.
A Yes.
MR. BEDECARRE: I'm just going to note that that's almost going to be impossible to see, especially when it's photocopied.
I don't know if you could go around the outside of the --
MS. TAYLOR: I was proposing that we

Page 288

Robert Anders, IDSA
describe it and decide if we want to draw further.
Maybe -- do you believe -- do you believe it goes to the edge?
A Yes.
Q Okay.
So, perhaps, because this might be easier to photocopy, if you could draw at an angle on the corners kind of where you see that it ends in the nonblack part of the page.
(Witness complies.)
Q So, is it your understanding that everything between those four corners that you just marked is a clear surface?
A Yes.
Q Could you label the bottom image on Exhibit C, Roman numeral 3.1, as JP '221.
(Witness complies.)
A And this is --
MR. BEDECARRE: '678.
Q '678.
Thank you for labeling that as well.
How can you tell that the JP '221 has an entirely clear front surface?
A It's what it looks like to me.

Page 289

Robert Anders, IDSA
Q Is there anything in the drawing that indicates to you that it's clear?
A It's just what it looks like. It looks like it's clear with an opaque frame, but it looks like it's all one continuous surface.
There's no edge indicating that this is recessed and that it's a clear plane below this surface.
So, that's why it appears to me to be one continuous surface.
Do we have the Japanese patent with the English translation?
Q We do.
(Whereupon, Anders Deposition Exhibit No. 23 was marked for identification.)
MR. BEDECARRE: Sorry. What number, Exhibit 23?
MS. TAYLOR: 23.
A Well, it certainly doesn't say anything in words.
(Witness perusing.)
MR. BEDECARRE: I think the pictures in your exhibits are clearer than the pictures in this photocopy.

Page 318

Robert Anders, IDSA

1
2  A  390 is what I bill.
3  Q  So, approximately doing the math --
4  A  About 150,000.
5  Q  You've incurred about 150,000 in fees?
6     MR. BEDECARRE:  Hold on.  I just want to
7  be clear because it's vague and ambiguous as to this
8  case because I don't think Mr. Anders has
9  distinguished between two cases.
10 Q  I will make that point in a moment.
11    The math is about 150 incurred in fees so
12 far?
13 A  For both cases.
14 Q  That was going to be my next question.
15    So on both cases you've incurred
16 approximately 150,000 in fees?
17 A  Yes.  I haven't kept a separate track of
18 my time of the ITC case and the Northern District of
19 California case.
20    It's just I'm working constantly on both
21 and it would be impossible for me to try to divide
22 it.
23 Q  I appreciate your time today.
24    Mr. Lucas, did you have any questions?
25    MR. LUCAS:  I do not.

Page 319

Robert Anders, IDSA

1
2     MS. TAYLOR:  Thank you.
3     Thank you.
4  A  Thank you.
5     VIDEOGRAPHER:  The time is 7:48.  We're
6  off the record.
7        (Ending time:  7:48 p.m.)

Page 320

Robert Anders, IDSA
         DECLARATION

3     I hereby declare under penalty of perjury
4  that the foregoing is my deposition under oath; that
5  these are the questions asked of me and my answers
6  thereto; and that I have read my deposition and have
7  made the corrections, additions, or changes to my
8  answers that I deem necessary.
9     In witness whereof, I hereby subscribe my
10 name this       day of         , 2012.
11
12    _____
13         ROBERT ANDERS

Page 321

Robert Anders, IDSA
         CERTIFICATE

3
4     I, SUSAN ASHE, a Registered Merit
5  Reporter and Notary Public, hereby certify that the
6  foregoing is a true and accurate transcript of the
7  deposition of said witness, who was first duly sworn
8  by me on the date and place hereinbefore set forth.
9     I FURTHER CERTIFY that I am neither
10 attorney nor counsel, nor related to or employed by
11 any of the parties to the action in which this
12 deposition was taken, and further that I am not a
13 relative or employee of any attorney or counsel
14 employed in this action, nor am I financially
15 interested in this case.
16    Dated this 24th day of
17 April, 2012.
18
19
20    _____
21      Susan Ashe, Notary Public
22      of the District of Columbia
23 My commission expires:  May 31, 2012.

```
                                                      Page 322                                                       Page 323
 1              Robert Anders, IDSA                            1              Robert Anders, IDSA
 2                  I N D E X                                  2           E X H I B I T S  (Continued)
 3      TUESDAY, APRIL 24, 2012                                3      NO.         DESCRIPTION           PAGE
 4      WITNESS                                                4      Exhibit 14  Galaxy S4G            243
 5      ROBERT ANDERS, IDSA                                    5      Exhibit 15  Samsung Fascinate     245
 6                         PAGE                                6      Exhibit 16  Samsung Mesmerize     246
 7      EXAMINATION BY MS. TAYLOR - - - - - - - - - -  5       7      Exhibit 17  Samsung Showcase      247
 8                                                             8      Exhibit 18  Samsung Transform     248
 9          E X H I B I T S                                    9      Exhibit 19  Galaxy Player 5.0     251
10      NO.         DESCRIPTION           PAGE                10      Exhibit 20  Japanese Patent Translated   264
11      Exhibit 1   Expert Report of                          11      Exhibit 21  Exhibit C II.9        277
12           John Anders, IDSA           20                   12      Exhibit 22  Japanese Patent       276
13      Exhibit 2   Japanese Patent No. 1,250,487   48        13      Exhibit 23  Japanese Patent       289
14      Exhibit 3   D '678 Patent         56                  14      Exhibit 24  Samsung Galaxy S2     306
15      Exhibit 4   Original iPhone       63                  15      Exhibit 25  Samsung Galaxy S2 Sky Rocket   311
16      Exhibit 5   iPhone 3G             63                  16      (Exhibits 4, 5, 6, 7, 13, 14, 15, 16, 17, 18, 19,
17      Exhibit 6   iPhone 3GS            65                  17         and 24 were retained by counsel.)
18      Exhibit 7   iPhone 4              76                  18
19      Exhibit 8   D '757 Patent         79                  19
20      Exhibit 9   Blank Sheet of Paper        99            20
21      Exhibit 10  D '757 Patent         115                 21
22      Exhibit 11  D '678 Patent         133                 22
23      Exhibit 12  Expert Report of                          23
24           Robert John Anders          138                  24
25      Exhibi 13   Galaxy Player 4.0     226                 25
                                                      Page 324
 1              Robert Anders, IDSA
 2      NAME OF CASE:  Certain Electronic Digital
 3              Media Devices (Case #:  337-TA-796)
 4      DATE OF DEPOSITION:  04/24/2012
 5      NAME OF WITNESS:  Robert Anders, IDSA
 6      REASON CODES:
 7         1.  To clarify the record.
 8         2.  To confirm the facts.
 9         3.  To correct transcription errors.
10      Page _____ Line _____ Reason _____
11      From _____ to _____
12      Page _____ Line _____ Reason _____
13      From _____ to _____
14      Page _____ Line _____ Reason _____
15      From _____ to _____
16      Page _____ Line _____ Reason _____
17      From _____ to _____
18      Page _____ Line _____ Reason _____
19      From _____ to _____
20      Page _____ Line _____ Reason _____
21      From _____ to _____
22      Page _____ Line _____ Reason _____
23      From _____ to _____
24      Page _____ Line _____ Reason _____
25      From _____ to _____
```