Exhibit 18

Page 1

1          Robert Anders, IDSA

2    UNITED STATES INTERNATIONAL TRADE COMMISSION

3                Washington, D.C.

4

5  In the Matter of                )

6  CERTAIN ELECTRONIC DIGITAL      )   No. 337-TA-796

7  MEDIA DEVICES AND COMPONENTS    )

8  THEREOF                         )

9  _____

10

11

12

13           VIDEOTAPE DEPOSITION OF

14             ROBERT ANDERS, IDSA

15               Washington, D.C.

16           Tuesday, April 24, 2012

17

18

19

20

21

22

23  Reported by:

24  SUSAN ASHE, RMR/CRR

25  Job No.:  48828

1              Robert Anders, IDSA
2    Whereupon,
3                ROBERT ANDERS,
4    the Witness, called for examination by the
5    Complainants, having been first duly sworn according
6    to law, was examined and testified as follows:
7         EXAMINATION BY COUNSEL FOR COMPLAINANTS
8    BY MS. TAYLOR:
9         Q    Good morning.
10        A    Good morning.
11        Q    Could you state your name for the record,
12   please.
13        A    Robert Anders.
14        Q    A-n-d-e-r-s?
15        A    Yes.
16        Q    And are you an industrial designer?
17        A    Yes, I am.
18        Q    Can you tell me some of the types of items
19   that you've designed.
20        A    I've designed lots of the official United
21   States exhibitions at trade and cultural affairs in
22   different foreign countries.
23             I have designed three major pavilions at
24   world's fairs.
25             I've designed a line of camera bags and

Case 5:11-cv-01846-LHK   Document 1020-8   Filed 06/01/12   Page 4 of 6

Page 288

1           Robert Anders, IDSA
2    describe it and decide if we want to draw further.
3           Maybe -- do you believe -- do you believe
4    it goes to the edge?
5       A   Yes.
6       Q   Okay.
7           So, perhaps, because this might be easier
8    to photocopy, if you could draw at an angle on the
9    corners kind of where you see that it ends in the
10   nonblack part of the page.
11          (Witness complies.)
12      Q   So, is it your understanding that
13   everything between those four corners that you just
14   marked is a clear surface?
15      A   Yes.
16      Q   Could you label the bottom image on
17   Exhibit C, Roman numeral 3.1, as JP '221.
18          (Witness complies.)
19      A   And this is --
20          MR. BEDECARRE:   '678.
21      Q   '678.
22          Thank you for labeling that as well.
23          How can you tell that the JP '221 has an
24   entirely clear front surface?
25      A   It's what it looks like to me.

1              Robert Anders, IDSA
2      Q    Is there anything in the drawing that
3  indicates to you that it's clear?
4      A    It's just what it looks like.  It looks
5  like it's clear with an opaque frame, but it looks
6  like it's all one continuous surface.
7           There's no edge indicating that this is
8  recessed and that it's a clear plane below this
9  surface.
10          So, that's why it appears to me to be one
11 continuous surface.
12          Do we have the Japanese patent with the
13 English translation?
14     Q    We do.
15          (Whereupon, Anders Deposition Exhibit
16 No. 23 was marked for identification.)
17          MR. BEDECARRE:  Sorry.  What number,
18 Exhibit 23?
19          MS. TAYLOR:  23.
20     A    Well, it certainly doesn't say anything in
21 words.
22          (Witness perusing.)
23          MR. BEDECARRE:  I think the pictures in
24 your exhibits are clearer than the pictures in this
25 photocopy.

1  Robert Anders, IDSA

2  CERTIFICATE

3

4  I, SUSAN ASHE, a Registered Merit
5  Reporter and Notary Public, hereby certify that the
6  foregoing is a true and accurate transcript of the
7  deposition of said witness, who was first duly sworn
8  by me on the date and place hereinbefore set forth.
9  I FURTHER CERTIFY that I am neither
10 attorney nor counsel, nor related to or employed by
11 any of the parties to the action in which this
12 deposition was taken, and further that I am not a
13 relative or employee of any attorney or counsel
14 employed in this action, nor am I financially
15 interested in this case.
16 Dated this 24th day of
17 April, 2012.
18
19
20  _____
21  Susan Ashe, Notary Public
22  of the District of Columbia
23 My commission expires:  May 31, 2012.
24
25