# Exhibit 19

