Exhibit 32

# Oxford Dictionary of English

## SECOND EDITION

FIRST EDITION
EDITED BY

Judy Pearsall

Patrick Hanks

SECOND EDITION
EDITED BY

Catherine Soanes

Angus Stevenson



OXFORD
UNIVERSITY PRESS

**OXFORD**
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford  New York

Auckland  Bangkok  Buenos Aires  Cape Town  Chennai
Dar es Salaam  Delhi  Hong Kong  Istanbul  Karachi  Kuala Lumpur
Madrid  Melbourne  Mexico City  Mumbai  Nairobi
São Paulo  Shanghai  Singapore  Taipei  Tokyo  Toronto

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

© Oxford University Press 1998, 1999, 2001, 2003

Database right Oxford University Press (makers)

First edition 1998
Thumb index edition first published 1999
Reissued 2001
Second edition 2003

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

ISBN 0–19–8613474

10  9  8  7  6  5  4  3  2

Designed by Andrew Boag, Boag Associates, London
Typeset in Swift and Arial
by Interactive Sciences Ltd.
Printed in Italy by
«La Tipografica Varese S.p.A.» Varese

# Contents

Editorial staff   vi

Preface to the first edition   vii

Preface to the second edition   viii

Introduction   ix

How to use this dictionary   xix

**Oxford Dictionary of English   1**

Appendices   2055



■ concealed from sight; hidden: *he lounged in a doorway, invisible in the dark.*
**2** Economics relating to or denoting earnings which a country makes from the sale of services or other items not constituting tangible commodities: *invisible exports.*
▶ **noun** (**invisibles**) invisible exports and imports.
– DERIVATIVES **invisibility** noun, **invisibly** adverb.
– ORIGIN Middle English: from Old French, or from Latin *invisibilis*, from *in-* 'not' + *visibilis* (see **VISIBLE**).

**invisible ink** ▶ noun [mass noun] a type of ink used to produce writing that cannot be seen until the paper is heated or otherwise treated.

**invitation** ▶ noun a written or verbal request inviting someone to go somewhere or to do something: *a wedding invitation.*
■ [mass noun] the action of inviting someone to go somewhere or to do something: *a club with membership by invitation only* | *a herb garden where guests can only go at the invitation of the chef.* ■ [in sing.] a situation or action that tempts someone to do something or makes a particular outcome likely: *tactics like those of the colonel would have been an invitation to disaster.*
– ORIGIN late Middle English: from French, or from Latin *invitatio(n-)*, from *invitare* (see **INVITE**).

**invitational** N. Amer. ▶ adjective (especially of a competition) open only to those invited.
▶ **noun** an invitational competition.

**invitatory** /ɪnˈvʌɪtət(ə)ri/ ▶ adjective containing or conveying an invitation.
■ (in the Christian Church) denoting a psalm or versicle acting as an invitation to worshippers, especially Psalm 95 (the Venite).
– ORIGIN Middle English: from late Latin *invitatorius*, from Latin *invitare* (see **INVITE**).

**invite** ▶ verb [with obj.] make a polite, formal, or friendly request to (someone) to go somewhere or to do something: *we were invited to a dinner at the Embassy* | [with obj. and infinitive] *she invited Patrick to sit down.*
■ make a formal or polite request for (something) from someone: *applications are invited for the post of Director.* ■ (of an action or situation) tend to elicit (a particular reaction or response) or to tempt (someone) to do something: *his use of the word did little but invite criticism.*
▶ **noun** informal an invitation.
– DERIVATIVES **invitee** noun, **inviter** noun.
– ORIGIN mid 16th cent.: from Old French *inviter*, or from Latin *invitare.*

**inviting** ▶ adjective offering the promise of an attractive or enjoyable experience: *the sea down there looks so inviting.*
– DERIVATIVES **invitingly** adverb.

**in vitro** /ɪn ˈviːtrəʊ/ ▶ adjective & adverb Biology (of processes or reactions) taking place in a test tube, culture dish, or elsewhere outside a living organism: [as adj.] *in vitro fertilization.* The opposite of **IN VIVO**.
– ORIGIN Latin, literally 'in glass'.

**in vivo** /ɪn ˈviːvəʊ/ ▶ adverb & adjective Biology (of processes) taking place in a living organism. The opposite of **IN VITRO**.
– ORIGIN Latin, 'in a living thing'.

**invocation** ▶ noun [mass noun] the action of invoking someone or something: *his invocation of the ancient powers of Callanish.*
■ [count noun] an incantation used to invoke a deity or the supernatural. ■ [count noun] (in the Christian Church) a form of words such as 'In the name of the Father' introducing a prayer, sermon, etc.
– DERIVATIVES **invocatory** /ɪnˈvɒkət(ə)ri/ adjective.
– ORIGIN late Middle English: via Old French from Latin *invocatio(n-)*, from the verb *invocare* (see **INVOKE**).

**invoice** ▶ noun a list of goods sent or services provided, with a statement of the sum due for these; a bill.
▶ **verb** [with obj.] send an invoice to (someone).
■ send an invoice for (goods or services provided).
– ORIGIN mid 16th cent.: originally the plural of obsolete *invoy*, from obsolete French *envoy* from *envoyer* 'send' (see **ENVOY**).

**invoke** /ɪnˈvəʊk/ ▶ verb [with obj.] **1** call on (a deity or spirit) in prayer, as a witness, or for inspiration.
■ summon (a spirit) by charms or incantations.
**2** cite or appeal to (someone or something) as an authority for an action or in support of an argument: *the antiquated defence of insanity is rarely invoked in England.*
■ call earnestly for: *she invoked his help against this attack.* ■ give rise to; evoke: *how could she explain how the accident happened without invoking his wrath?*

**3** Computing cause (a procedure) to be carried out.
– DERIVATIVES **invoker** noun.
– ORIGIN late 15th cent.: from French *invoquer*, from Latin *invocare*, from *in-* 'upon' + *vocare* 'to call'.

**involatile** ▶ adjective not volatile; unable to be vaporized.

**involucre** /ˈɪnvəl(j)uːkə/ ▶ noun **1** Anatomy a membranous envelope.
**2** Botany a whorl or rosette of bracts surrounding an inflorescence (especially a capitulum) or at the base of an umbel.
– ORIGIN late 16th cent.: from French, or from Latin *involucrum*, from *involvere* 'roll in, envelop' (see **INVOLVE**).

**involuntary** ▶ adjective **1** done without conscious control; *she gave an involuntary shudder.*
■ (especially of muscles or nerves) concerned in bodily processes that are not under the control of the will.
**2** done against someone's will; compulsory: *a policy of involuntary repatriation.*
– DERIVATIVES **involuntarily** adverb, **involuntariness** noun.

**involute** /ˈɪnvəl(j)uːt/ ▶ adjective **1** formal involved or intricate: *the art novel has grown increasingly involute.*
**2** technical curled spirally.
■ Zoology (of a shell) having the whorls wound closely round the axis. ■ Botany (of a leaf or the cap of a fungus) rolled inwards at the edges.
▶ **noun** Geometry the locus of a point considered as the end of a taut string being unwound from a given curve in the plane of that curve. Compare with **EVOLUTE**.
– ORIGIN mid 17th cent.: from Latin *involutus*, past participle of *involvere* (see **INVOLVE**).

**involuted** ▶ adjective complicated or abstruse: *his involuted prose.*

**involution** ▶ noun **1** [mass noun] Physiology the shrinkage of an organ in old age or when inactive, e.g. of the womb after childbirth.
**2** Mathematics a function, transformation, or operator that is equal to its inverse, i.e. which gives the identity when applied to itself.
**3** [mass noun] formal the process of complicating something, or the state of being complicated: *periods of artistic involution.*
– DERIVATIVES **involutional** adjective.
– ORIGIN late Middle English (in the sense '(part) curling inwards'): from Latin *involutio(n-)*, from *involvere* (see **INVOLVE**).

**involve** ▶ verb [with obj.] have or include (something) as a necessary or integral part or result: *my job involves a lot of travelling* | *a bill proposing harsher penalties for crimes involving firearms and drugs.*
■ cause to participate in an activity or situation: *an opportunity to involve as many people as possible in all aspects of music-making.* ■ (**be/get involved**) be or become occupied or engrossed in something: *her husband had been very involved in his work.* ■ (**be involved**) be engaged in an emotional or personal relationship: *Angela told me she was involved with someone else.*
– ORIGIN late Middle English (in the senses 'enfold' and 'entangle'; formerly also as *envolve*): from Latin *involvere*, from *in-* 'into' + *volvere* 'to roll'.

**involved** ▶ adjective difficult to understand; complicated: *a long, involved conversation.*

**involvement** ▶ noun [mass noun] the fact or condition of being involved with or participating in something: *US officials produced evidence of his involvement in drug trafficking.*
■ emotional or personal association with someone: *she knew that involvement with Adam would only complicate her life.*

**invulnerable** ▶ adjective impossible to harm or damage: *no state in the region is now invulnerable to attack by another.*
– DERIVATIVES **invulnerability** noun, **invulnerably** adverb.
– ORIGIN late 16th cent. (earlier than *vulnerable*): from Latin *invulnerabilis*, from *in-* 'not' + *vulnerabilis* (see **VULNERABLE**).

**-in-waiting** ▶ combining form **1** denoting a position as attendant to a royal personage: *lady-in-waiting.*
**2** awaiting a turn, confirmation of a process, etc.: *a political administration-in-waiting.*
■ about to happen: *an explosion-in-waiting.*

**inwale** /ˈɪnweɪl/ ▶ noun a longitudinal structural piece on the inside of a boat; an internal gunwale.

**inward** ▶ adjective [attrib.] directed or proceeding towards the inside; coming in from outside: *inward mail* | *a graceful inward movement of her wrist.*
■ existing within the mind, soul, or spirit, and often not expressed: *she felt an inward sense of release.*
▶ **adverb** variant of **INWARDS**.
– ORIGIN Old English *inweard, inneweard, innanweard* (see **IN**, **-WARD**).

**inward investment** ▶ noun [mass noun] investment made within a country from outside.

**inward-looking** ▶ adjective not interested in or taking account of other people or groups.

**inwardly** ▶ adverb within the mind: *inwardly seething, he did as he was told.*
– ORIGIN Old English *inweardlice* (see **INWARD**, **-LY**[2]).

**inwardness** ▶ noun [mass noun] preoccupation with one's inner self; concern with spiritual or philosophical matters rather than externalities.

**inwards** (also **inward**) ▶ adverb towards the inside: *the door began to swing inwards.*
■ into or towards the mind, spirit, or soul: *people must look inwards to gain insight into their own stress.*

**inwrap** ▶ verb variant spelling of **ENWRAP**.

**inwreathe** ▶ verb variant spelling of **ENWREATHE**.

**inwrought** /ɪnˈrɔːt, ˈɪnrɔːt/ ▶ adjective literary (of a fabric or garment) intricately embroidered with a pattern or decoration: *robes inwrought with gold.*

**inyanga** /ɪnˈjaŋɡə, ɪnˈjɑːŋɡə/ ▶ noun (pl. **inyangas** or **izinyanga**) S. African a traditional healer or diviner, especially one specializing in herbalism.
– ORIGIN Zulu, 'doctor, herbalist'.

**I/O** Electronics ▶ abbreviation for input-output.

**Io** /ˈʌɪəʊ/ **1** Greek Mythology a priestess of Hera who was loved by Zeus. Trying to protect her from the jealousy of Hera, Zeus turned Io into a heifer. Hera sent a gadfly to torture the heifer, which then fled across the world and finally reached Egypt, where Zeus turned her back into human form.
**2** Astronomy one of the Galilean moons of Jupiter, the fifth-closest satellite to the planet, being actively volcanic and coloured red and yellow with sulphur compounds (diameter 3,630 km).

**IOC** ▶ abbreviation for International Olympic Committee.

**iod-** ▶ combining form variant spelling of **IODO-** shortened before a vowel (as in *iodic*).

**iodate** ▶ noun Chemistry a salt or ester of iodic acid.

**iodic acid** /ʌɪˈɒdɪk/ ▶ noun [mass noun] Chemistry a crystalline acid with strong oxidizing properties, made by oxidation of iodine.
● Chem. formula: $HIO_3$.

**iodide** /ˈʌɪədʌɪd/ ▶ noun [mass noun] Chemistry a compound of iodine with another element or group, especially a salt of the anion I⁻.

**iodinate** /ˈʌɪədɪneɪt, ʌɪˈɒdɪneɪt/ ▶ verb [with obj.] [usu. as adj. **iodinated**] Chemistry introduce iodine into (a compound).
– DERIVATIVES **iodination** noun.

**iodine** /ˈʌɪədiːn, -ʌɪn, -ɪn/ ▶ noun [mass noun] the chemical element of atomic number 53, a non-metallic element forming black crystals and a violet vapour. (Symbol: **I**)
■ a solution of this in alcohol, used as a mild antiseptic.

A member of the halogen group, iodine occurs chiefly as salts in seawater and brine. As a constituent of thyroid hormones it is required in small amounts in the body, and deficiency can lead to goitre.

– ORIGIN early 19th cent.: from French *iode* (from Greek *iōdēs* 'violet-coloured', from *ion* 'violet' + *-eidēs* 'like') + **-INE**[4].

**iodism** /ˈʌɪədɪz(ə)m/ ▶ noun [mass noun] Medicine iodine poisoning, causing thirst, diarrhoea, weakness, and convulsions.

**iodize** (also **iodise**) ▶ verb [with obj.] [usu. as adj. **iodized**] treat or impregnate with iodine.
– DERIVATIVES **iodization** noun.

**iodo-** (usu. **iod-** before a vowel) ▶ combining form Chemistry representing **IODINE**.

**iodoform** /ʌɪˈəʊdə(ʊ)fɔːm, ˈʌɪədə(ʊ)-, ʌɪˈɒdə(ʊ)-/ ▶ noun [mass noun] a volatile pale yellow sweet-smelling crystalline organic compound of iodine, with antiseptic properties.
● Alternative name: **triiodomethane**; chem. formula: $CHI_3$.
– ORIGIN mid 19th cent.: from **IODINE**, on the pattern of *chloroform*.

**iodometry** /ʌɪəˈdɒmɪtri/ ▶ noun [mass noun] Chemistry the quantitative analysis of a solution of an oxidizing agent by adding an iodide which reacts to form iodine, which is then titrated.



# The Merriam-Webster Dictionary



Merriam-Webster, Incorporated
Springfield, Massachusetts



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN 0-87779-930-X

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

020304050607 DFC:QP/B 090807060504

**in·vi·a·ble** \(ˌ)in-ˈvī-ə-bəl\ *adj* : incapable of surviving

**in·vid·i·ous** \in-ˈvi-dē-əs\ *adj* 1 : tending to cause discontent, animosity, or envy 2 : ENVIOUS : OBNOXIOUS ⟨∼ remarks⟩ — **in·vid·i·ous·ly** *adv*

**in·vig·o·rate** \in-ˈvi-gə-ˌrāt\ *vb* **-rat·ed; -rat·ing** : to give life and energy to : ANIMATE — **in·vig·o·ra·tion** \-ˌvi-gə-ˈrā-shən\ *n*

**in·vin·ci·ble** \(ˌ)in-ˈvin-sə-bəl\ *adj* : incapable of being conquered, overcome, or subdued — **in·vin·ci·bil·i·ty** \-ˌvin-sə-ˈbi-lə-tē\ *n* — **in·vin·ci·bly** \-ˈvin-sə-blē\ *adv*

**in·vi·o·la·ble** \-ˈvī-ə-lə-bəl\ *adj* 1 : safe from violation or profanation 2 : UNASSAILABLE ⟨∼ borders⟩ — **in·vi·o·la·bil·i·ty** \-ˌvī-ə-lə-ˈbi-lə-tē\ *n*

**in·vi·o·late** \-ˈvī-ə-lət\ *adj* : not violated or profaned : PURE

**in·vis·i·ble** \-ˈvi-zə-bəl\ *adj* 1 : incapable of being seen ⟨∼ to the naked eye⟩ 2 : HIDDEN 3 : IMPERCEPTIBLE, INCONSPICUOUS — **in·vis·i·bil·i·ty** \-ˌvi-zə-ˈbi-lə-tē\ *n* — **in·vis·i·bly** \-ˈvi-zə-blē\ *adv*

**invisible hand** *n* : a hypothetical economic force that works for the benefit of all

**in·vi·ta·tion·al** \ˌin-və-ˈtā-shə-nəl\ *adj* : limited to invited participants ⟨an ∼ tournament⟩ — **invitational** *n*

**in·vite** \in-ˈvīt\ *vb* **in·vit·ed; in·vit·ing** 1 : ENTICE, TEMPT 2 : to increase the likelihood of ⟨∼ trouble⟩ 3 : to request the presence or participation of : ASK 4 : to request formally 5 : ENCOURAGE ⟨∼ suggestions⟩ — **in·vi·ta·tion** \ˌin-və-ˈtā-shən\ *n*

**in·vit·ing** *adj* : ATTRACTIVE, TEMPTING

**in vi·tro** \in-ˈvē-trō, -ˈvī-, -ˈvi-\ *adv or adj* [NL, lit., in glass] : outside the living body and in an artificial environment ⟨*in vitro* fertilization⟩

**in·vo·ca·tion** \ˌin-və-ˈkā-shən\ *n* 1 : SUPPLICATION; *esp* : a prayer at the beginning of a service 2 : a formula for conjuring : INCANTATION

¹**in·voice** \ˈin-ˌvȯis\ *n* [modif. of MF *envois*, pl. of *envoi* message] : an itemized list of goods shipped usu. specifying the price and the terms of sale : BILL

²**invoice** *vb* **in·voiced; in·voic·ing** : to send an invoice to or for : BILL

**in·voke** \in-ˈvōk\ *vb* **in·voked; in·vok·ing** 1 : to petition for help or support 2 : to appeal to or cite as authority ⟨∼ a law⟩ 3 : to call forth by incantation : CONJURE ⟨∼ spirits⟩ 4 : to make an earnest request for : SOLICIT 5 : to put into effect or operation 6 : to bring about : CAUSE

**in·vol·un·tary** \(ˌ)in-ˈvä-lən-ˌter-ē\ *adj* 1 : done contrary to or without choice 2 : COMPULSORY ⟨∼ servitude⟩ 3 : not controlled by the will : REFLEX ⟨∼ contractions⟩ — **in·vol·un·tar·i·ly** \-ˌvä-lən-ˈter-ə-lē\ *adv*

**in·vo·lute** \ˈin-və-ˌlüt\ *adj* : INVOLVED, INTRICATE

**in·vo·lu·tion** \ˌin-və-ˈlü-shən\ *n* 1 : the act or an instance of enfolding or entangling 2 : COMPLEXITY, INTRICACY

**in·volve** \in-ˈvälv\ *vb* **in·volved; in·volv·ing** 1 : to draw in as a participant 2 : ENVELOP 3 : to occupy (as oneself) absorbingly; *esp* : to commit oneself emotionally 4 : to relate closely : CONNECT 5 : to have as part of itself : INCLUDE 6 : ENTAIL, IMPLY 7 : ²AFFECT — **in·volve·ment** *n*

**in·volved** \-ˈvälvd\ *adj* : INTRICATE, COMPLEX ⟨an ∼ plot⟩

**in·vul·ner·a·ble** \(ˌ)in-ˈvəl-nə-rə-bəl\ *adj* 1 : incapable of being wounded, injured, or damaged 2 : immune to or proof against attack — **in·vul·ner·a·bil·i·ty** \-ˌvəl-nə-rə-ˈbi-lə-tē\ *n* — **in·vul·ner·a·bly** \-ˈvəl-nə-rə-blē\ *adv*

¹**in·ward** \ˈin-wərd\ *adj* 1 : situated on the inside 2 : MENTAL; *also* : SPIRITUAL 3 : directed toward the interior

²**inward** *or* **in·wards** \-wərdz\ *adv* 1 : toward the inside, center, or interior 2 : toward the inner being ⟨turned his thoughts ∼⟩

**in·ward·ly** \ˈin-wərd-lē\ *adv* 1 : MENTALLY, SPIRITUALLY 2 : INTERNALLY ⟨bled ∼⟩ 3 : to oneself ⟨cursed ∼⟩

**IOC** *abbr* International Olympic Committee

**io·dide** \ˈī-ə-ˌdīd\ *n* : a compound of iodine with another element or group

**io·dine** \ˈī-ə-ˌdīn, -dən\ *n* 1 : a nonmetallic chemical element used esp. in medicine and photography 2 : a solution of iodine used as a local antiseptic

**io·dise** *Brit var of* IODIZE

**io·dize** \ˈī-ə-ˌdīz\ *vb* **io·dized; io·diz·ing** : to treat with iodine or an iodide

**ion** \ˈī-ən, ˈī-ˌän\ *n* [Gk, neut. of *iōn*, prp. of *ienai* to go; so called because in electrolysis it goes to one of the two poles] : an electrically charged particle, atom, or group of atoms — **ion·ic** \ī-ˈä-nik\ *adj*

**-ion** *n suffix* : act, process, state, or condition ⟨validation⟩

**ion·ise** *Brit var of* IONIZE

**ion·ize** \ˈī-ə-ˌnīz\ *vb* **ion·ized; ion·iz·ing** 1 : to convert wholly or partly into ions 2 : to become ionized — **ion·iz·able** \ˌī-ə-ˈnī-zə-bəl\ *adj* — **ion·iza·tion** \ˌī-ə-nə-ˈzā-shən\ *n* — **ion·iz·er** \ˈī-ə-ˌnī-zər\ *n*

**ion·o·sphere** \ī-ˈä-nə-ˌsfir\ *n* : the part of the earth's atmosphere extending from about 30 miles (50 kilometers) to the exosphere that contains ionized atmospheric gases — **ion·o·spher·ic** \ī-ˌä-nə-ˈsfir-ik, -ˈsfer-\ *adj*

**IOOF** *abbr* Independent Order of Odd Fellows

**io·ta** \ī-ˈō-tə\ *n* [L, fr. Gk *iōta*] 1 : the 9th letter of the Greek alphabet — I or ι 2 : a very small quantity : JOT

**IOU** \ˌī-(ˌ)ō-ˈyü\ *n* : an acknowledgement of a debt

**IP** *abbr* innings pitched

**IP address** \ˈī-ˈpē-\ *n* [*I*nternet *p*rotocol] : the numeric address of a computer on the Internet

**ip·e·cac** \ˈi-pi-ˌkak\ *n* [Pg *ipecacuanha*] : an emetic and expectorant drug used esp. as a syrup in treating accidental pol-