# Exhibit 54
# (Submitted Under Seal)

Confidential Attorneys' Eyes Only

1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4    APPLE INC., a California
     corporation,
5
6              Plaintiff,
7    vs.                          Case No. 11-CV-01846-LHK
8    SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
9    SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12             Defendants.
     ---------------------------------/
13
14
15                       CONFIDENTIAL
16                   ATTORNEYS' EYES ONLY
17                     OUTSIDE COUNSEL
18          VIDEOTAPED DEPOSITION OF ANDREW PLATZER
                  Redwood Shores, California
19                Tuesday, October 18, 2011
20
21          Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,
22   CLR
              JOB NO. 42881
23
24
25

Confidential Attorneys' Eyes Only

Page 2

```
 1              October 18, 2011
 2                 10:10 a.m.
 3
 4        Videotaped Deposition of ANDREW
 5   PLATZER, held at the offices of Quinn
 6   Emanuel Urqhart Oliver & Hedges, LLP,
 7   555 Twin Dolphin Drive, Redwood
 8   Shores, California, before Lorrie L.
 9   Marchant, a Certified Shorthand
10   Reporter, Registered Professional
11   Reporter, Certified Realtime Reporter,
12   California Certified Realtime Reporter
13   and Certified LiveNote Reporter.
```

Page 3

```
 1            A P P E A R A N C E S:
 2   FOR THE PLAINTIFF APPLE INC.:
 3      MORRISON & FOERSTER
        BY:  WESLEY OVERSON, ESQ.
 4      425 Market Street
        San Francisco, California 94105
 5
 6
 7   FOR THE DEFENDANTS SAMSUNG:
 8      QUINN EMANUEL URQUHART & SULLIVAN
        BY:  TODD BRIGGS, ESQ.
 9      555 Twin Dolphin Drive
        Redwood Shores, California 94065
10
11
12   ALSO PRESENT:
13      Alan Dias, Videographer
14               ---oOo---
```

Page 4

```
 1        THE VIDEOGRAPHER:  Good morning.  This is
 2   the start of Disk No. 1 of the videotaped deposition
 3   of Andrew Platzer in the matter of Apple Inc.,
 4   versus Samsung, in the United States District Court,
 5   Northern District of California, San Jose Division.
 6   Case No. 1 -- 11-CV-01846.
 7        We are located today at 555 Twin Dolphin Drive
 8   in the City of Redwood Shores, California.  Today is
 9   October 18, 2011, and the time is 10:10 a.m.  My name is
10   Alan Dias, from TSG Reporting.
11        Counsel, would you please identify yourself for
12   the record.
13        MR. BRIGGS:  Todd Briggs from Quinn Emanuel
14   for Samsung.
15        MR. OLSON:  Erik Olson from Morrison &
16   Foerster, for Apple and for the witness.
17        THE VIDEOGRAPHER:  Will the court reporter
18   please swear in the witness.
19        THE REPORTER:  Do you solemnly swear or
20   affirm under the penalties of perjury that the
21   testimony you are about to offer will be the truth,
22   the whole truth and nothing but the truth?
23        THE WITNESS:  I do.
24        THE VIDEOGRAPHER:  You may proceed.
25   ///
```

Page 5

```
 1          EXAMINATION BY MR. BRIGGS
 2       BY MR. BRIGGS:
 3       Q.  Can you state your full name for the
 4   record.
 5       A.  Andrew Platzer.
 6       Q.  How do you spell that?
 7       A.  A-N-D-R-E-W, P-L-A-T-Z-E-R.
 8       Q.  Where do you live?
 9       A.  In Santa Clara, California.
10       Q.  How long have you lived in Santa Clara?
11       A.  Fifteen years.
12       Q.  Where do you work?
13       A.  Apple Computer.
14       Q.  And you work for Apple in Cupertino?
15       A.  Yes.
16       Q.  What's your home address?
17       A.  3224 El Sobrante Street, Santa Clara.
18       Q.  How long have you worked for Apple?
19       A.  A bit over 15 years.
20       Q.  So you came to Apple in 1996?
21       A.  Yes.
22       Q.  Where were you before that?
23       A.  I worked at a number of smaller companies
24   in Toronto, Canada.
25       Q.  When did you graduate from college?
```

Page 82

1  UIKit?  Does that code always interpret a single
2  input point as a scroll operation?
3      MR. OLSON:  Objection.  Vague as to time.
4  Lack of foundation.
5      THE WITNESS:  Again, I do not understand --
6  a UIKit is a very large system.
7      BY MR. BRIGGS:
8    Q.  Can you think of any instances in UIKit
9  where multiple input points are identified as a
10 scroll operation?
11     MR. OLSON:  Objection.  Vague as to time.
12     THE WITNESS:  Could you be more specific as
13 to a time?
14     BY MR. BRIGGS:
15   Q.  Any time.
16   A.  So I'm not a lawyer.  You know, I cannot
17 speak to "interpreted" as far as the patent is
18 concerned.
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22   Q.  And does that code ever interpret multiple
23 inputs as a scroll operation?
24   A.  I do not know without referring to other
25 materials.

Page 83

1    Q.  What other materials would you refer to?
2    A.  The source code.
3    Q.  Any other materials?
4    A.  Perhaps the documentation.
5    Q.  What -- what documentations?
6    A.  It would be public documentation.
7    Q.  Is there a name for this public
8  documentation?
9    A.  This would be the API reference.
10   Q.  So there might be something in the API
11 reference that describes whether multiple input --
12 input could be interpreted as a scroll operation?
13   A.  I don't know.
14   Q.  Did you write any of the APIs or -- let me
15 rephrase that.
16     Did you write any of the API documentation?
17   A.  No.
18   Q.  But sitting here today, you don't recall
19 whether any of the code or any of the API
20 documentation describes multiple input points being
21 interpreted as a scroll operation?
22   A.  I don't understand.  Could you break the
23 question down?
24   Q.  Well, sitting here today, you -- you can't
25 recall any code that interprets multiple input

Page 84

1  points as a scroll operation; is that correct?
2    A.  I don't recall.
3    Q.  And sitting here today, you don't recall
4  any documentation that describes multiple input
5  points being interpreted as a scroll operation; is
6  that right?
7    A.  Yes.  I don't recall.
8    Q.  Do you know if the UIKit code distinguishes
9  between a single input point and multiple input
10 points to determine whether a scroll or gesture
11 operation is invoked?
12     MR. OLSON:  Objection.  Asked and answered.
13     THE WITNESS:  With regards to the patent,
14 I'm not comfortable in defining "invoked."
15 [REDACTED]

Page 85

[REDACTED]
18     BY MR. BRIGGS:
19   Q.  Okay.  Let's move to the next limitation.
20     It states, Issuing at least one scroll or
21 gesture call based on invoking the scroll or gesture
22 operation.
23     What is a scroll call?
24     MR. OLSON:  Objection.  Calls for a legal
25 conclusion.  Lack of foundation.

Page 142

```
 1              CERTIFICATE
 2
     STATE OF CALIFORNIA )
 3                       ): ss
     COUNTY OF SONOMA    )
 4
 5      I, Lorrie L. Marchant, a Certified Shorthand
 6   Reporter, a Registered Professional Reporter, a
 7   Certified Realtime Reporter, and a Certified
 8   Realtime Professional within and for the State of
 9   California, do hereby certify:
10      That ANDREW PLATZER, the witness whose
11   deposition is herein set forth, was duly
12   sworn/affirmed by me and that such deposition is a
13   true record of the testimony given by such witness.
14      I further certify that I am not related to any
15   of the parties to this action by blood or marriage
16   and that I am in no way interested in the outcome of
17   this matter.
18      In witness whereof, I have hereunto set my hand
19   this 18th day of October, 2011.
20
21
22
23      -------------------------------------------
        LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24      CSR No. 10523
25
```

Page 143

```
 1              I N D E X
 2          INDEX OF EXAMINATION
 3                           PAGE
 4   MR. BRIGGS                5
 5          ---oOo---
 6          INDEX OF EXHIBITS
 7   DESCRIPTION               PAGE
 8   Exhibit 632  Declaration for Utility or   57
                  Design Patent Application
 9                (Production Nos. APLPROS0000006260
                  - APLPROS0000006261)
10
11          ---oOo---
12   QUESTIONS INSTRUCTED NOT TO ANSWER
13      Page   Line
14        9     5
         31    17
15       33     3
         33     8
16       61    10
17          ---oOo---
18
19
20
21
22
23
24
25
```

Page 144

```
 1   NAME OF CASE:  Apple v. Samsung
 2   DATE OF DEPOSITION:  10/18/2011
 3   NAME OF WITNESS:  Andrew Platzer
 4   Reason Codes:
 5      1. To clarify the record.
        2. To conform to the facts.
 6      3. To correct transcription errors.
 7   Page _____ Line _____ Reason _____
     From _____ to _____
 8
     Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11
     Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14
     Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17
     Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20
     Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23
            _____
24               ANDREW PLATZER
25
```