| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

  1. The confidential, unredacted version of the Declaration of Peter W. Bressler in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Bressler Declaration"); and

  2. Exhibits 21, 22, 25-58, 67-82, and 94-95 to the Bressler Declaration.

Exhibits 42-59, 73-82, and 95 to the Bressler Declaration contain information that is highly confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal ("Wheeler Declaration") (Dkt. No. 998). It is Apple's policy not to disclose or describe to third parties its confidential financial, design, trade secrets, or product development information. (Wheeler Declaration ¶ 11.) The Apple-confidential material in these exhibits relate to such confidential information, as detailed in the Wheeler Declaration. (*Id.* ¶ 1-10.) This information is highly confidential to Apple and could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶ 14.)

Exhibits 21, 22, 25-41, 67-72, and 94 to the Bressler Declaration contain materials that Samsung has designated as confidential under the protective order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Finally, to the extent the Bressler Declaration refers to or discusses the above-referenced confidential materials, it could be used to Apple's disadvantage by competitors if they were not filed under seal, for the same reasons. (*Id.* ¶ 13.)

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843

1

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

Dated: May 31, 2012         MORRISON & FOERSTER LLP

                  By:   */s/ Michael A. Jacobs*
                        MICHAEL A. JACOBS

                        Attorneys for Plaintiff
                        APPLE INC.

APPLE'S ADMIN. MOTION TO FILE UNDER SEAL RE OPP. TO SAMSUNG'S MOT. FOR SUMMARY JUDGMENT
CASE NO. 11-CV-01846-LHK
sf-3150843

2