UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal the following documents:

1. The confidential, unredacted version of the Declaration of Peter W. Bressler in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Bressler Declaration"); and

2. Exhibits 42-59, 73-82, and 95 to the Bressler Declaration.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____         _____
                                                                                                    Hon. Lucy H. Koh
                                                                                                    United States District Judge