# Bressler Decl. In Support of Apple’s Opp. to Samsung’s Mot. For Summary Judgment

# Ex. 2


Dow drops 2.94 points to 3,766.35


Preview: The season's best books for kids


A novel way to make screens flat

# KNIGHT-RIDDER CURRENT

THURSDAY, MAY 12, 1994, 6:00 AM EDT EDITION

## U.N. commander halting attempts to reopen airport

SARAJEVO — The United Nations announced today it was ceasing all attempts to reopen the Sarajevo airport until there was a cease-fire for at least 48 hours. The U.N. commander, Major General Lewis MacKenzie, acknowledged with anger that it was possible the U.N. mission would fail.

## 'Great powers' may not be able to halt Bosnian conflict

GENEVA — Adopting the language and locale of a bygone diplomatic era, seven foreign ministers met here to argue about whether to impose a settlement in Bosnia only to concede that the "great powers" of the modern world may be powerless to halt ethnic conflict in the Balkans.

Bihac
Srebrenica
Sarajevo
10 New Regions

Shuttle launch lights morning skies

## Showdown with Iraq expected later this week

WASHINGTON — An impatient United Nations Security Council has demanded that Iraq comply "fully and unconditionally" with terms of the Persian Gulf War cease-fire resolutions by March 21, or face serious but unspecified consequences. As usual, it is unclear what Saddam intends to do. Deputy Prime Minister Tariq Aziz, was at first defiant but later he seemed to be seeking a way to back down as Iraq has done several times before.


**WASHINGTON — First lady Hillary Rodham Clinton testifies before the House Ways and Means Committee yesterday afternoon. Mrs. Clinton asked members of Congress to work with the administration to overhaul the nation's ailing health care system.**

## Doctor's group offers plan to limit health-care costs

WASHINGTON — The American College of Physicians said today that there should be an overall national limit on health-care spending. The proposal signals a turning point in the debate over the future of the American health-care system because it indicates that significant numbers of doctors now support an approach favored by many labor unions and big businesses.

## US Satellite gap limits views of hurricanes

The United States is facing heightened danger from hurricanes because delays in modernizing its fleet of weather satellites are forcing the use of spacecraft so antiquated and poorly positioned that they are raising the risk of


TODAY 2
14
General
Metro
Region
Nation
World
Lifestyle
Obituaries
Opinion
People
Weather
10
GUIDE
SPORTS
11
WORLD
12
AD INDEX
NEWS INDEX
SEARCH


Tablet


KNIGHT-RIDDER CURRENT
THURSDAY, MAY 12, 1994 8:00 AM EDT EDITION
U.N. commander halting attempts to reopen airport
Dow drops 2.94 points to 3,766.35
Preview: The season's best books for kids
A novel way to make screens flat
TODAY
General
Metro
Region
Nation
World
Lifestyle
Obituaries
Opinion
People
Weather
BUSINESS
GUIDE
SCI/TECH
SPORTS




A novel way
to make
screens flat
TODAY
2