# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 3

U10CT 512MB
Manufactured by iriver | Made in China
iriver D-Click System | E-D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(B)
N73
iriver
SRS WOW
DIGITAL
331171051105278

MIC
−
+

RESET