# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 5

**D618,677**         **LG Chocolate**         **D593,087**

  

(Image from http://www.whitegadget.com/other-brands/24794-lg-kg800-chocolate-mobile.html)



(Image from http://www.whitegadget.com/other-brands/24794-lg-kg800-chocolate-mobile.html)