# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 7



- News
- Awards
- Events
- Media

- About
- Chapters
- Sections
- Education
- Promote

- Explore
- Inspire
- Connect
- Succeed
- MYIDSA
- Join IDSA

Innovation | designBytes | Contact

SEARCH

Home

# David Rockwell for Maya Romanoff Collection



The first David Rockwell for Maya Romanoff Collection has emerged from a collaborative exploration of theater set design, painting techniques and natural materials. Stitched Inspired, by Weathered Walls highlights the beauty of craftsmanship and the traditional art of paper-making. Hand-dyed paper that resembles fine lacquered leather forms the backdrop for rows of stitching, resulting in a stunning covering that is rich in dimension, both visual and textural. It is offered in 30" x 9' rolls, in ten different colors and three patterns of stitching.

in   IDSA   Public   Gold   Home Living   Home Living Winners   IDEA 2008 Best   IDEA 2008 Gold   IDEA 2008 Gold Home Living   IDEA 2008 Home Living   Login or register to post comments   Read more
Submitted by benh on July 27, 2011 - 8:48am

# iPhone



iPhone combines three products: a mobile phone, a widescreen iPod and the internet. iPhone also introduces an entirely new user interface based on a revolutionary 3.5-inch multi-touch display that allows users to control it with just a tap, flick or pinch of their fingers. The display is made of optical-quality glass for superior scratch resistance and clarity. Changes to volume, muting the ringer and putting an incoming call through to voicemail can be done using discreet buttons on the top and side of iPhone. iPhone comes with 8GB of flash memory.

in   IDSA   Public   Commercial Tools   Communication Tools Winners   Gold   IDEA 2008 Best   IDEA 2008 Gold   IDEA 2008 Gold Communication   Login or register to post comments   Read more
Submitted by Staff on January 7, 2011 - 2:00am

## MEMBERS

 
Laszlo Tapolcai   Megan Stanton

 
Ryan Ramos   Sohrab Vossoughi

- more ...

## NEWS

 Second Design Learning Challenge Launches...

 Get Recognized for Your Hard Work | Call...

 We Asked Austen Angell

- more ...

## FIRMS



# Apple iPhone





- Firm and Vendor Directory

## LOG IN

Username: *

Password: *

Log in

- Create new account
- Request new password

## 2008 IDEA Best in Show

in  IDSA   Public   Best in Show   Explore_Demo   IDEA   IDEA 2008 Best   IDEA_Demo   Nike   Winners   Login or register to post comments   Read more

*Submitted by tadkins on March 24, 2010 - 4:43pm*

## FOLLOW US