# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 8

Case 5:11-cv-01846-LHK   Document 1022-10   Filed 06/01/12   Page 2 of 3
Case 5:11-cv-01846-LHK   Document 56-24   Filed 07/01/11   Page 3 of 31



# Professional Awards
# 2008

We hope you're enjoying our new site. We're using a beta tag for the moment while we collate and curate the massive amount of creative work we have in our archives. If you have any feedback, please give us a shout!

**Awards 2008 /
Winners /**

Product Design / Leisure
iPhone

- Add to My Library

The iPhone combines three products – a revolutionary mobile phone, a widescreen iPod and the internet in your pocket – into one handheld device. The iPhone also introduces an entirely new user interface based on a revolutionary 3.5-inch multi-touch display that allows users to control it with just a tap, flick or pinch of their fingers. The display is made of optical quality glass for superior scratch resistance and clarity. Changes to volume, muting the ringer and putting an incoming call through to voicemail can be done using discreet buttons on the top and side of the iPhone. It also comes with 8GB of flash memory.

Case 5:11-cv-01846-LHK   Document 1022-10   Filed 06/01/12   Page 3 of 3
Case5:11-cv-01846-LHK   Document36-24   Filed07/01/11   Page4 of 31



- Download image

**Award**



**Credits**

- **Designer**
  Bart Andre
  Daniel Coster
  Richard Howarth
  Daniele de Iuliis
  Jonathan Ive
  Steve Jobs
  Duncan Kerr
  Shin Nishibori
  Matthew Rohrbach
  Doug Satzger
  Christopher Stringer
  Eugene Whang
  Rico Zorkendorfer
- **Client**
  Apple
- **Brand**
  Apple