# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 9



iF product design award | 2008

All Categories

iF gold awards

apple

1 to 10 from 10 |< 1 >|

| Entry | | Manufacturer | Designer |
|---|---|---|---|
|  | iPod touch<br>Digital music player<br><br>Category: "01 Audio / Video" | Apple, Inc.<br><br>Cupertino, CA, United States of America | Apple, Inc.<br>Apple Industrial Design Team<br><br>Cupertino, CA, United States of America |
|  | iPod classic<br>Digital music player<br><br>Category: "01 Audio / Video" | Apple, Inc.<br><br>Cupertino, CA, United States of America | Apple, Inc.<br>Apple Industrial Design Team<br><br>Cupertino, CA, United States of America |
|  | iPod nano<br>Digital music player<br><br>Category: "01 Audio / Video" | Apple, Inc.<br><br>Cupertino, CA, United States of America | Apple, Inc.<br>Apple Industrial Design Team<br><br>Cupertino, CA, United States of America |
|  | Apple iPhone Bluetooth Headset<br>iPhone accessory<br><br>Category: "02 Telecommunications" | Apple, Inc.<br><br>Cupertino, CA, United States of America | Apple, Inc.<br>Apple Industrial Design Team<br><br>Cupertino, CA, United States of America |
|  | iPhone<br>Mobile device<br><br>Category: "02 Telecommunications" | Apple, Inc.<br><br>Cupertino, CA, United States of America | Apple, Inc.<br>Apple Industrial Design Team<br><br>Cupertino, CA, United States of America |

