# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 15


PLAY AUDIO    PRINT

# Apple's iPhone tops list of innovative inventions

Feb 18, 2008

For many of Korea's CEOs, the "I" in Apple's iPhone stands for "inspiration." In a pool of 599 executives, about 26 percent named the innovative mobile phone as the most inspirational new invention in a survey taken by Samsung Economic Research Institute.

The CEOs picked the iPhone for its fusion of the functions of such gadgets as a camera, MP3 player, global positioning system and portable computer. The CEOs also said iPhone's sleek design caught their eye.

Upon its launch in the United States last June, the iPhone created a frenzy among American consumers, many of whom stayed up all night to stand in line outside Apple stores the night before its launch.

The iPhone craze even helped its mobile carrier's shares soar. AT&T is the phone's U.S.-based wireless service provider.

The rollable light-emitting diode display followed the iPhone with a 22 percent response. Unlike traditional displays, a rollable display can be folded. Recently, the Readius, an e-book reader with a folding display, was unveiled earlier this month at the World Mobile Congress in Barcelona, Spain.

The Venturi Eclectic, a solar and wind-powered car, ranked third with 17 percent.

The Bubelle, a dress that can detect its wearer's emotions, ranked fourth with 9 percent. The Bubelle was developed by the Netherlands-based design group at Royal Philips Electronics. The Bubelle has two layers, one of which contains biometric sensors that pick up a wearer's emotions and project their corresponding colors on the second layer.

A methane-fueled rocket engine came in fifth with 7.2 percent. After the rocket, a sugar-powered bio battery earned 6.8 percent. Boeing's 787 Dreamliner, an aircraft that consumes less fuel than other similar models, notched 6.4 percent. The HortiBot, a weed-removing robot, won 5.4 percent of the vote.

By Sung So-young Staff Reporter [so@joongang.co.kr]

7억원 "돈벼락" 맞은 회사원
[속보]병원비 돌려받는 의료실비보험 문의폭주
82kg주부 2주만에 48kg 성공! 비법은?

밤낮없이 힘쓰는 방망이…아내가 '대만족'
요즘 대세녀 1위? 이쁜이수술한 여자
코골이 2초만에 멈춘다?



샤워기 수압을 올려주는 '괴물샤워기' 등장