# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 17

- Log In
- Register Now

- 
- Technology
- Personal Tech
- Business Day



Go

# Patent Office Highlights Jobs's Innovations

*By* BRIAN X. CHEN
| November 23, 2011, *5:22 pm*1



Courtesy of Invent Now, Inc.

- Facebook
- Twitter
- Linkedin
- Share
  - Share
  - Close
  - Reddit
  - Tumblr
  - Digg
  -

- 
  E-mail

- Print

The United States Patent and Trademark Office in Alexandria, Va., recently unveiled an exhibit of 30 giant iPhone-like models honoring the inventions of the late Steve Jobs.

Each iPhone model displays patents that list Mr. Jobs as inventor or co-inventor. Altogether about 300 patents are on display, giving exhibit attendees a visual tour through Apple's history of design and innovation.

"It's interesting to see a lot of the shapes and figures that people are so familiar with now on a patent application," said Rini Paiva, executive director at the National Inventors Hall of Fame and Museum, the division of the patent office that created the exhibit.

Patents on technological devices do not always result in real products that hit the consumer market, but they document an inventor's research and methodology in different areas of design and engineering. Often, multiple patented technologies come together to form one real product, like the iPad.

Many have viewed Mr. Jobs's key role at Apple as that of business negotiator, but according to the patent records, he was quite the prolific inventor. Patents that list Mr. Jobs as an inventor or co-inventor include the design of a touch tablet computer (which we now call the iPad), Apple's iconic power "brick" used to charge notebooks, and the desk-lamplike iMac made in 2002.

The patent exhibit is free and open to the public until Jan. 15.

- Facebook
- Twitter
- Linkedin
- Share

**Tags**

steve jobs

**Related Posts**

- What Was in the F.B.I.'s Steve Jobs File

- One on One: Adam Lashinsky, Author of 'Inside Apple'

- Today's Scuttlebot: Ugly Apps and a Steve Jobs Statue

- More Back Story on Steve Jobs's Biological Father

- One on One: Walter Isaacson, Biographer of Steve Jobs

---

- Previous Post Samsung Pokes Fun at Apple in Phone Ad
- Next Post Today's Scuttlebot: Mac Icons and 'Desert Bus'

## 1 Comment

Share your thoughts.

- [All](#)

[Newest](#)
[Write a Comment](#)

- Previous Post [Samsung Pokes Fun at Apple in Phone Ad](#)
- Next Post [Today's Scuttlebot: Mac Icons and 'Desert Bus'](#)

**[around the web »](#)**

**VentureBeat**

**[If Facebook pays up, experts say Yahoo may go full time patent troll](#)**



**MSDN**

**[Why I left Google](#)**

**[scuttlebot](#)** *News from the Web, annotated by our staff.*

- [FBI, stumped by pimp's Android pattern lock, serves warrant on Google](#)
  arstechnica.com | The FBI can't get into a pimp's Android phone—so it wants Google to hand over the keys. - [Brian X. Chen](#)
- [Machine Pareidolia: Hello Little Fella Meets FaceTracker](#)
  Ideas for Dozens | Perhaps the most amusing blog post ever written about facial recognition algorithms. Via @waxylinks - [David Gallagher](#)
- [White male nerd culture's last stand](#)
  salon.com | Salon's @irincarmon reports on South by Southwest's awkward dance with diversity. - [Jenna Wortham](#)
- [Googler Leaves Condemning Google](#)
  blogs.msdn.com | Former Google engineering director rips it as once energizing, now a souless machine dedicated only to besting Facebook. - [Quentin Hardy](#)

[see more »](#)



**Today's Headlines Daily E-Mail**



Sign up for a roundup of the day's top stories, sent every morning.

[                    ] [Sign Up]

See Sample | Privacy Policy

**Most Viewed**

1. 1. AOL Slashes Staff at AIM Unit; Wider Cuts Expected
2. 2. Google to Sell Heads-Up Display Glasses by Year's End
3. 3. The Rise of the Toilet Texter
4. 4. Facebook Graffiti Artist Could be Worth $500 Million
5. 5. Mobile Apps Take Data Without Permission

**The Markets**



| TECH SECTOR | IN THE NEWS | | |
|---|---|---|---|
| Industries defined by Thomson Reuters | Today's % change | 1-month % change | 1-year % change |
| Computer Hardware | +2.29% | +12.16% | +47.15% |
| Software | −0.19% | +6.50% | +15.94% |
| IT Services & Consulting | −0.22% | +4.82% | +13.56% |
| Communications Equipment | −0.15% | +1.81% | +3.78% |
| Semiconductors | −0.11% | +1.25% | +7.91% |
| Data delayed at least 15 minutes    At close 03/14/2012 | | | |

**Latest From Bits**

- Is Google Plus's Problem One of Design?
- New Interest in Hacking as Threat to Security
- Daily Report: The End of the Line for Encyclopaedia Britannica
- Today's Scuttlebot: Making Highlight Work, and News Link Symbols
- Watch Your Language! (In China, They Really Do)

Subscribe: iTunes | RSS



**Technology Headlines 2011**

A recap of the year's major technology headlines and a gear roundup that includes digital-audio amplifiers and a solar-powered keyboard. December 29, 2011

Listen to the podcast (mp3).

 

**Follow Bits Anywhere**



**MOBILE SITE**

When your need to know is right now.



**BLACKBERRY SHORTCUT**

Download for quick access to up-to-the minute technology news.

- Twitter
- RSS

- Copyright 2012 The New York Times Company
- Privacy
- Terms of Service



45,860 S
p. 27, 2011

D318; D14/455
D14/315–327,
/145 A, 145 R;
168, 169, 173;
9, 27; 348/373;
; 400/486, 489
ch history.

as May 8, 2005.

HAN DesignLaw

rice, as shown and

device in an open

of the computing
ions represent an
rm no part of the

ta





US008032843B2

(12) **United States Patent**
Ording et al.

(10) Patent No.:  **US 8,032,843 B2**
(45) Date of Patent:  *Oct. 4, 2011

(54) **USER INTERFACE FOR PROVIDING CONSOLIDATION AND ACCESS**

(75) Inventors: **Bas Ording**, Sunnyvale, CA (US); **Steven P. Jobs**, Palo Alto, CA (US); **Donald J. Lindsay**, Mountain View, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/410,354**

(22) Filed: **Mar. 24, 2009**

(65) **Prior Publication Data**
US 2009/0183120 A1     Jul. 16, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/892,153, filed on Aug. 20, 2007, now Pat. No. 7,526,738, which is a continuation of application No. 09/467,074, filed on Dec. 20, 1999, now Pat. No. 7,434,177.

(51) **Int. Cl.**
*G06F 3/00* (2006.01)
*G06F 3/048* (2006.01)
*G09G 5/08* (2006.01)

(52) **U.S. Cl.** .......... **715/862**; 715/779; 715/860; 715/977

(58) **Field of Classification Search** .............. 715/764, 715/765, 779, 810, 835, 840, 856, 860, 861, 715/862, 977; 345/156, 157, 163
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,698,625 A    10/1987   McCaskill et al.
4,755,811 A     7/1988   Slavia et al.

4,790,028 A    12/1988   Ramage
4,984,152 A     1/1991   Muller
5,021,976 A     6/1991   Wexelblat et al.
5,027,110 A     6/1991   Chang et al.
5,053,758 A    10/1991   Cornett et al.
5,119,079 A     6/1992   Hube et al.
5,146,556 A     9/1992   Hullot et al.
5,155,806 A    10/1992   Hoeber et al.
5,201,034 A     4/1993   Matsuura et al.
5,276,785 A     1/1994   Mackinlay et al.
5,295,243 A     3/1994   Robertson et al.
5,339,390 A     8/1994   Robertson et al.
(Continued)

FOREIGN PATENT DOCUMENTS
EP       0 283 995       9/1988
(Continued)

OTHER PUBLICATIONS

Alan Simpson, "Windows 95 Uncut", Chapter 21, pp. 386-402, IDG Books Worldwide, Inc., Foster City, CA. Declaration of Bas Ording with Exhibits A-C, dated Nov. 28, 2001.
MST Carpendale et al. "Distortion Viewing Techniques for 3-Dimensional Data", 1996, IEEE, pp. 46-53.
Ben Shneiderman, "Designing the User Interface", Mar. 1998, Addison Wesley Longman Inc., Third Edition, pp. 462-465, 534-539.
Benjamin B. Bederson, "Fisheye Menus", 1999, University of Maryland, pp. 1-12.
Ray Smith et al. "Relating Distortion to Performance in Distortion Oriented Displays", 1996, Gippsland School of Computing an Information Technology, Monash University, pp. 6-11.
(Continued)

*Primary Examiner* — X. L. Bautista
(74) *Attorney, Agent, or Firm* — Buchanan Ingersoll & Rooney PC

(57) **ABSTRACT**

Methods and systems for providing graphical user interfaces are described. To provide greater access and consolidation to frequently used items in the graphical user interface, a userbar is established which includes a plurality of item representations. To permit a greater number of items to reside in the userbar, a magnification function can be provided which magnifies items within the userbar when they are proximate the cursor associated with the graphical user interface.

**19 Claims, 6 Drawing Sheets**







US00D558757S

(12) **United States Design Patent** (10) Patent No.: **US D558,757 S**
Andre et al.                         (45) Date of Patent: ＊＊ *Jan. 1, 2008

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, VA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(＊) Notice: This patent is subject to a terminal disclaimer.

(＊＊) Term: **14 Years**

(21) Appl. No.: **29/270,885**

(22) Filed: **Jan. 5, 2007**

(51) **LOC (8) Cl.** ............................ **14-02**

(52) **U.S. Cl.** ................. D14/341; D14/138; D14/496

(58) **Field of Classification Search** ........... D14/341,
D14/342, 343, 344, 345, 346, 347, 420, 426,
D14/427, 432, 439, 440, 441, 448, 496, 125,
D14/137, 129, 130, 138, 250, 389, 147, 218,
D14/247, 248, 156;  D10/65, 104;  D13/168;
D18/6, 7;  D21/329, 686;  455/90.3, 556.1,
455/556.2, 575.1, 575.3, 575.4;  379/433.01,
379/433.04, 433.06, 433.07;  361/814;  341/22;
345/169, 173;  D6/596, 601, 605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S      5/1987 Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

KR      30-0452432      7/2007

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ‹URL: http://www.gsmarena.com›.＊

(Continued)

*Primary Examiner*—Cuthron Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Beyer Weaver LLP

(57)                **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

The article is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item, toy, and/or the like.

FIG. 1 is a front perspective view of an electronic device in accordance with the present design.

FIG. 2 is a rear perspective view for the electronic device.

FIG. 3 is a front view for the electronic device.

FIG. 4 is a rear view for the electronic device.

FIG. 5 is a top view for the electronic device.

FIG. 6 is a bottom view for the electronic device.

FIG. 7 is a left side view for the electronic device; and,

FIG. 8 is a right side view for the electronic device.

The features shown in broken lines in the various Figures are for illustrating environmental structure and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



APL-ITC796-X0000003470





APL-ITC796-X0000003531



APL-ITC796-X0000003535



US00D618678S

(12) **United States Design Patent**
Andre et al.

(10) Patent No.: **US D618,678 S**
(45) Date of Patent: ** *Jun. 29, 2010

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/332,683**

(22) Filed: **Feb. 23, 2009**

Related U.S. Application Data

(60) Division of application No. 29/282,831, filed on Jul. 30, 2007, which is a continuation of application No. 29/270,887, filed on Jan. 5, 2007, now Pat. No. Des. 580,387.

(51) LOC (9) Cl. .................................. 14-02
(52) U.S. Cl. ................................... D14/341
(58) Field of Classification Search .......... D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D280,873 S     5/1987  Gunnell et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EM     000580137-0003     3/2006
(Continued)

OTHER PUBLICATIONS

Samsung i700, announced Feb 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet <URL:http://www.gsmarena.com>
(Continued)

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Barbara Fox
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;
FIG. 2 is a rear perspective view of the electronic device of FIG. 1;
FIG. 3 is a front view thereof;
FIG. 4 is a rear view thereof;
FIG. 5 is a top view thereof;
FIG. 6 is bottom view thereof;
FIG. 7 is a left side view thereof; and,
FIG. 8 is a right side view thereof.

As indicated above, the article of manufacture is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone).

The broken lines show portions of the electronic device which form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**







