# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 23

BUSINESS SAI INSIDER

Home > Collections > Steve Jobs

Ads by Google


**Find More Stories About**

Steve Jobs
Steve Ballmer
Macworld

**Related Articles**

Steve Jobs Unveils The iPad 2
March 2, 2011

Yes, Steve Jobs Will Give The Keynote At Macworld (AAPL)
December 15, 2008

Why Apple Doesn't Need Steve Jobs
August 26, 2011

## FLASHBACK: Steve Ballmer's First Take On The iPhone, January 2007

Henry Blodget | June 30, 2010 | 17,994 | 57

Recommend 6        0        10        1

January 2007:

**INTERVIEWER:** ...  The Zune was getting some traction.  Then Steve Jobs goes to MacWorld and he pulls out this iPhone.  What was your reaction when you saw that?

**STEVE BALLMER:** 500 dollars?  Fully subsidized?  With a plan?  I said that is the most expensive phone in the world.  And it doesn't appeal to business customers because it doesn't have a keyboard.  Which makes it not a very good email machine.

**INTERVIEWER**: How do you compete with that, though?  He sucked out a lot of the spotlight...

**STEVE BALLMER:** Let's take phones first. Right now, we're selling millions and millions and millions of phones a year.  Apple is selling zero phones a year.  In six months, they'll have the most expensive phone by far ever in the marketplace...

Watch...

(via Eric Jackson)

Continue Below

Ads by Google

**Best Value: Phone Systems**
Powerful. Easy to use. Economical. Get to know Switchvox. Free Demo.
www.digium.com/best-phone-systems

**Dashboard Best Practices**
IT Manager's Guide to Dashboards Download Your Free White Paper Now!
LogiXML.com/Dashboard-WP

**Featured Articles**



The Collapse Of Best Buy In Two Simple Charts

Honeybees Choose Their Jobs Depending On Their Personalities

Psychologists Say It Might Be A Good Thing To Cuss In The Workplace

More:

| | |
|---|---|
| Here's How I Have My Own Portfolio Invested Right Now | In This Oil Boomtown, Workers With No Experience Are Making $120,000 A Year |
| Why Lots Of People Think The Media Is Wrong About The Trayvon Martin Case | Shipping Containers Offer Low-Cost Housing Alternative To Desperate Buyers |
| An Insider Shares The Secrets Of The State Lottery | The Department Of Homeland Security Is Buying 450 Million New Bullets |

## The Water Cooler
57 comments

**Olternaut** on Jun 30, 6:23 PM said:

Look, we all know Ballmer needs to go. Well actually, he needs to go back doing whatever he was doing before at Microsoft all these years. He was fine at that. But as a CEO of a major tech company.....he needs to go. The real question is when? When is Steve Ballmer stepping down as CEO of MSFT? Who is going to replace him? Whatever happens, the change had better take place soon.

**Lycaon** on Jun 30, 6:24 PM said:

What arrogance! With leadership like, no wonder Microsoft is a shadow of the company it once.

**Ian White** on Jun 30, 6:27 PM said:

Pretty sure he made those comments a lot earlier than September 2007. The iPhone had already been on sale for three months by that time, so it wouldn't make sense for him to say "Right now... Apple is selling zero phones." Based on the context, I suspect that video was recorded shortly after Jobs unveiled the iPhone in January 2007. Here are some similar (and equally damning) comments from Ballmer from April 2007:
http://arstechnica.com/microsoft/news/2007/04/ballmer-says-iphone-has-no-chance-to-gain-significant-market-share.ars

**Formerly LOL (orig)** on Jun 30, 6:34 PM said:

C'mon, what do you expect a hard nosed CEO to say when asked about a competing product? And he was right about the pricing of iphone. It was too expensive (500 or 600 initially?) and Apple had to lower it pretty quickly.

**Bo Gowan** on Jun 30, 6:40 PM said:

Great video. Not a big deal, but I think your date is slightly off on when this interview happened. This video was *posted* onto YouTube on Sept 22, 2007, but this interview actually happened in NYC on Jan 17, 2007. The other guy in the video (at the very beginning before the shot pans to Ballmer) is ex-Nortel CEO Mike Zafirovski. On Jan 17, 2007, the two companies were in NYC announcing a new alliance around VoIP. Ballmer says in the interview that "in six months Apple will have the most expensive phone on the market", and I believe the iPhone went on sale in the summer of 2007.

Click here to comment >>

* Copyright © 2012 Business Insider, Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.

Disclaimer | Index by Keyword | Index by Date | See Original Article