# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 64 (Part 1 of 2)















HTC Touch Dual

















Palm Treo 700p



HTC 7 Trophy













 Windows Phone







Sony Ericsson Xperia S



http://www.sonymobile.com/global-en/products/phones/xperia-s/

Pantech Hotshot





















# modu - innovative concept



# modu



*\* For illustration purposes only.*



# modu™ phone- available in variety of colors

   

  

3   *For illustration purposes only.*



# modu™ express jacket



*For illustration purposes only.*



# modu™ mini jacket



5   *For illustration purposes only.*



# modu™ speedy jacket



6   *For illustration purposes only.*



# modu™ shiny jacket



7    *For illustration purposes only.*



# modu™ night jacket



*For illustration purposes only.*



# modu™ sport jacket



9   *\* For illustration purposes only.*



Case 5:11-cv-01846-LHK Document 172-8 Filed 08/22/11 Page 15 of 24

# modu™ music jacket



10   *For illustration purposes only.*



Case 5:11-cv-01846-LHK Document 172-30 Filed 08/22/11 Page 25 of 24

# modu™ photo frame



11  *For illustration purposes only.*

# i-mu speaker



*For illustration purposes only.*



Cellular world,  phone

1



## modu T phone – Guinness Records holder



 **The lightest touch phone in the world**



2

## modu T phone – design





Case 3:11-cv-01846-LHK Document 172-80 Filed 08/22/11 Page 7 of 24



modu T portfolio- modu fy



# camera**fy**

## concept 

- a compact good quality camera
- enable a change to a different camera in the future
- used at any situation; indoor and outdoor, day or night

## design 

- elegant design
- small and light
- landscape operation
- durable
- dimensions: 94 x 49 x 13 mm

## features & applications 

- modu T phone based
- 5MP AF camera with flash
- dedicated key for camera operation
- camera application (Video and Still)
- modu T phone features (Browser, MMS, e-mail, GPS)



5



# sporti**fy**

## concept 

- perfect workout companion
- get the most out of your mobile phone while training – enjoy music, follow training session info and stay connected

## target segment 

- active lifestyle and style aware female & male, 18-35 YO
- lead a healthy life, eat right, try to exercise frequently
- not a professional athlete

## use cases 

- listen to music and receive calls during workout
- get training information during and after a training session
- create your web account and track your route and activities anywhere
- outdoor and indoor sports activities
- easily extract modu out of the sporti**fy** for other phone operation

## design



## features & applications 

- wearable armband - durable and washable materials designed for sport-oriented activities
- stereo headsets with active music & call management
- on screen music/Sport enhanced UI (touch screen based)
- modu T sport application: Time, Speed, distance and calories measurements
- Ability to upload the training results to the web and display tracks on map

6



*modu Confidential and Proprietary. The devices displayed are for illustration purposes only. The Devices, features and product specifications are subject to change and may be canceled without any notice or obligation.*

# texti**fy**

## concept 

- dynamic messaging experience
- convenient QWERTY input method

## target segment 

- 18-35 YO, female and male
- eager for change, social networks awareness and open minded

## design 

- bar type / portrait-oriented
- QWERTY keypad
- elegant styling
- dimensions: 110 x 55 x 14 mm

## features & applications 

- 2.2" QVGA LCD portrait
- 5.0 MP camera AF with flash
- extended battery 330 mAh
- multiple email accounts
- easy dialer and contacts look-up

## design 




7

*modu Confidential and Proprietary. The devices displayed are for illustration purposes only. The Devices, features and product specifications are subject to change and may be canceled without any notice or obligation.*



# boosti**fy**

## design 

- nightstand or desktop stationary dock
- Single multi-function key
- built-in speaker
- sockets – 3.5mm audio out and uUSB
  (Charging and data transfer)

## features 

- boost your music with a built-in speaker
  or external stereo system.
- powerful speakerphone
- intuitive single key for phone events
  operations
- Handy alarm clock
- easily charge modu
- sync data with PC
- listen to music / FM radio



*modu Confidential and Proprietary. The devices displayed are for illustration purposes only. The Devices, features and product specifications
are subject to change and may be canceled without any notice or obligation. Third party company or product names mentioned herein are
trademarks or registered trademarks of their respective holders*



Wi-Fi world, 



9

## modu W



# The 1st Android™ dedicated VoIP device

10    modu Confidential and Proprietary. The devices displayed are for illustration purposes only.  The Devices, features and product specifications
are subject to change and may be canceled without any notice or obligation. Android is a trademark of Google Inc.



## modu W design

### Design





Nokia X5-01













