# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 64 (Part 2 of 2)

Samsung Gem









with Google™









LG Optimus T







3.2 MEGA PIXELS

LG









Nokia Lumia 800



























Samsung Beat DJ































Samsung Omnia HD

















Samsung Sunburst

















Sony Ericsson Xperia Arc S









