# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 66

US00D561156S

(12) **United States Design Patent**      (10) **Patent No.:**      **US D561,156 S**

Jung et al.      (45) **Date of Patent:**      ** **Feb. 5, 2008**

(54) **PORTABLE TELEPHONE**

(75) Inventors: **Ha-Youl Jung**, Seoul (KR); **Nam-Mi Kim**, Seoul (KR); **Chang-Hwan Hwang**, Seoul (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Kyunggi-do (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,215**

(22) Filed: **Feb. 2, 2007**

(51) **LOC (8) Cl.** ................................................ **14-03**
(52) **U.S. Cl.** ...................................................... **D14/138**
(58) **Field of Classification Search** ............... D14/137, D14/138, 147, 247, 496, 148, 248, 341–347; 455/475.4, 566, 575.1, 556.1, 556.2, 90.3; 379/433.01–433.13; 348/14.01, 14.02, 376; D21/329, 331, 333

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D503,164 S | 3/2005 | Park et al. |
| D503,699 S | 4/2005 | Lee et al. |
| D508,240 S | 8/2005 | Lee et al. |
| D511,342 S * | 11/2005 | Chien ........................ D14/346 |
| D515,060 S | 2/2006 | Lee et al. |
| D526,297 S | 8/2006 | Lee et al. |
| D527,367 S | 8/2006 | Yun et al. |
| D527,716 S | 9/2006 | Kim et al. |
| D528,533 S | 9/2006 | Lee et al. |
| D529,014 S | 9/2006 | Kim et al. |
| D529,474 S | 10/2006 | Park et al. |
| D529,891 S | 10/2006 | Hyun et al. |
| D530,297 S | 10/2006 | Moon et al. |
| D531,610 S | 11/2006 | Kim et al. |
| D533,530 S | 12/2006 | Kim et al. |
| D535,966 S | 1/2007 | Lee et al. |
| D545,292 S * | 6/2007 | Lee et al. .................. D14/138 |
| D548,716 S * | 8/2007 | Park et al. .................. D14/138 |

* cited by examiner

*Primary Examiner*—Terry A Wallace
(74) *Attorney, Agent, or Firm*—Flynn, Thiel, Boutell & Tanis, P.C.

(57)      **CLAIM**

The ornamental design for a portable telephone, as shown and described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of a portable telephone showing our new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





FIG.1





FIG.2                                    FIG.3





FIG.4                                      FIG.5



FIG.6



FIG.7

US00D562794S

(12) **United States Design Patent** (10) Patent No.: **US D562,794 S**
Kim et al. (45) Date of Patent: ** Feb. 26, 2008

(54) **MOBILE PHONE**

(75) Inventors: **Young-Soo Kim**, Goyang-si (KR); **Joon-Suh Kim**, Anyang-si (KR); **Chang-Soo Lee**, Incheon (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/273,169**

(22) Filed: **Feb. 28, 2007**

(30) **Foreign Application Priority Data**

Dec. 14, 2006 (KR) ...................... 30-2006-0049764

(51) **LOC (8) Cl.** ................................................. **14-03**

(52) **U.S. Cl.** .................................................... **D14/138**

(58) **Field of Classification Search** .............. D14/137, D14/138, 147, 218, 247–248, 341–347, 496; 455/90.3, 556.1, 556.2, 575.1, 575.3, 575.4; 379/433.01–433.13; 361/814; 348/14.02

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D489,052 | S | * | 4/2004 | Shiraki et al. | D14/156 |
| D499,424 | S | * | 12/2004 | Bahroocha | D14/496 |
| D526,300 | S | * | 8/2006 | Lee | D14/138 |
| D528,528 | S | * | 9/2006 | Moon et al. | D14/138 |
| D529,465 | S | * | 10/2006 | Kim et al. | D14/138 |
| D529,471 | S | * | 10/2006 | Park | D14/138 |
| D529,890 | S | * | 10/2006 | Park et al. | D14/138 |
| D534,143 | S | * | 12/2006 | Lheem | D14/138 |
| D534,145 | S | * | 12/2006 | Lheem | D14/138 |
| D534,517 | S | * | 1/2007 | Cho et al. | D14/138 |
| D534,888 | S | * | 1/2007 | Kim et al. | D14/138 |
| D534,890 | S | * | 1/2007 | Kim | D14/138 |
| D534,891 | S | * | 1/2007 | Park et al. | D14/138 |
| D535,274 | S | * | 1/2007 | Lee | D14/138 |
| D535,637 | S | * | 2/2007 | Park et al. | D14/138 |
| D536,690 | S | * | 2/2007 | Lee | D14/138 |
| D537,062 | S | * | 2/2007 | Kim et al. | D14/138 |
| D539,814 | S | * | 4/2007 | Andre et al. | D14/496 |
| D541,785 | S | * | 5/2007 | Hwang et al. | D14/138 |
| D546,313 | S | * | 7/2007 | Lheem | D14/138 |
| D546,809 | S | * | 7/2007 | Kim et al. | D14/138 |
| 2004/0242288 | A1 | * | 12/2004 | Balle et al. | 455/575.1 |
| 2005/0014538 | A1 | * | 1/2005 | Hyun et al. | 455/575.4 |
| 2007/0037618 | A1 | * | 2/2007 | Lee | 455/575.4 |
| 2007/0123179 | A1 | * | 5/2007 | Lim | 455/90.3 |
| 2007/0142101 | A1 | * | 6/2007 | Seshagiri et al. | 455/575.4 |

OTHER PUBLICATIONS

Gigabyte g-YoYo, announced 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG M6100, announced Jan. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Sony Ericsson S500, announced May 2007, [online], [retrieved on May 18, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

Primary Examiner—Jeffrey Asch
Assistant Examiner—Bridget L Eland
(74) Attorney, Agent, or Firm—Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**;

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**;

FIG. **8** is a perspective view of the mobile phone of FIG. **1** displaying its capacity to attach a laser pointer; and,

FIG. **9** is a perspective view of the mobile phone of FIG. **1** with an attached speaker.

The broken line showing of accessory components are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



FIG.1



FIG.2

FIG.3





FIG.4

FIG.5





FIG.6



FIG.7



FIG.8



FIG.9



US00D616856S

(12) **United States Design Patent**       (10) **Patent No.:**       **US D616,856 S**

Song et al.                                 (45) **Date of Patent:**   **   Jun. 1, 2010**

(54) **MOBILE PHONE**

(75) Inventors: **Bong-Kyu Song**, Seoul (KR);
 **Young-Keun Lee**, Seoul (KR);
 **Chang-Hwan Hwang**, Goyang-Si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.,**
 Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/340,829**

(22) Filed: **Jul. 27, 2009**

(30)     **Foreign Application Priority Data**

 Jun. 11, 2009    (KR) ...................... 30-2009-0025682

(51) **LOC (9) Cl.** ................................................. **14-03**
(52) **U.S. Cl.** ............................................. **D14/138 AD**
(58) **Field of Classification Search** ............ D14/138 R,
 D14/138 AD, 138 AC, 138 C, 138 G, 191,
 D14/203.1–203.8, 496, 138 AA, 138 AB,
 D14/247–248, 137, 147, 218, 341–347; D10/65,
 D10/78, 104; D13/168; D18/7; 455/566,
 455/575.1, 575.3
 See application file for complete search history.

(56)        **References Cited**

 U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D488,471 | S | * | 4/2004 | Yagawa et al. | ............. D14/346 |
| D529,474 | S | * | 10/2006 | Park et al. | ........... D14/138 AD |
| D531,977 | S | * | 11/2006 | Kim et al. | ........... D14/138 AD |
| D547,292 | S | * | 7/2007 | Kim et al. | ........... D14/138 AC |
| D548,214 | S | * | 8/2007 | Kim et al. | ........... D14/138 AD |
| D548,713 | S | * | 8/2007 | Lee et al. | ........... D14/138 AD |
| D549,202 | S | * | 8/2007 | Kim et al. | ........... D14/138 AB |
| D553,596 | S | * | 10/2007 | Kim et al. | ........... D14/138 AD |
| D554,098 | S | * | 10/2007 | Lee | ..................... D14/138 AD |
| D556,165 | S | * | 11/2007 | Kim et al. | ............. D14/138 G |
| D557,236 | S | * | 12/2007 | Hideki et al. | ........ D14/138 AD |
| D558,619 | S | * | 1/2008 | Bloem | .......................... D10/65 |
| D558,713 | S | * | 1/2008 | Kim et al. | ........... D14/138 AD |
| D560,193 | S | * | 1/2008 | Sung et al. | ........... D14/138 AD |

| | | | | | |
|---|---|---|---|---|---|
| D563,936 | S | * | 3/2008 | Kim et al. | ............ D14/138 AD |
| D583,789 | S | * | 12/2008 | Chambers | ............ D14/138 AD |
| D599,318 | S | * | 9/2009 | Kim et al. | ............ D14/138 AD |
| D601,107 | S | * | 9/2009 | Kim et al. | ............ D14/138 AD |
| D601,993 | S | * | 10/2009 | Yun et al. | ............ D14/138 AD |
| D602,460 | S | * | 10/2009 | Kim et al. | ............ D14/138 AD |
| D602,461 | S | * | 10/2009 | Kim et al. | ............ D14/138 AD |
| 2006/0094464 | A1 | * | 5/2006 | Kyou et al. | .............. 455/556.1 |

(Continued)

 OTHER PUBLICATIONS

Eten glofiish M700, announced Nov. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57)        **CLAIM**

The ornamental design for mobile phone, as shown and described.

        **DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 5 Drawing Sheets**



**US D616,856 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0166713 A1 * | 7/2006 | Yeh et al. ................. | 455/575.1 |
| 2006/0205450 A1 * | 9/2006 | Amano et al. ............ | 455/575.4 |
| 2006/0211460 A1 * | 9/2006 | Jeong et al. .............. | 455/575.4 |
| 2008/0076480 A1 * | 3/2008 | Jeong et al. ................ | 455/566 |

### OTHER PUBLICATIONS

Eten glofiish DX900, announced Jun. 2008, [online], [retrieved on Jun. 13, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

HTC TyTN, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

NEC N940, announced 4th quarter 2004, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

# FIG. 1



# FIG. 2



**U.S. Patent**        **Jun. 1, 2010**        **Sheet 3 of 5**        **US D616,856 S**

FIG. 3



FIG. 4

FIG. 5




FIG. 6



FIG. 7



US00D616857S

(12) **United States Design Patent**       (10) **Patent No.:**       **US D616,857 S**

Kim et al.       (45) **Date of Patent:**    ** **Jun. 1, 2010**

(54) **MOBILE PHONE**

(75) Inventors: **Tae-Ho Kim**, Yongin-Si (KR);
**Young-Keun Lee**, Seoul (KR);
**Chang-Hwan Hwang**, Goyang-Si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.,**
Suwon-Si (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/340,832**

(22) Filed: **Jul. 27, 2009**

(30)       **Foreign Application Priority Data**

Jun. 11, 2009    (KR)  ...................... 30-2009-0025684

(51) **LOC (9) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** ........................................... **D14/138 AD**
(58) **Field of Classification Search** ............ D14/138 R,
D14/138 AD, 138 AC, 138 C, 138 G, 191,
D14/203.1–203.8, 496, 138 AA, 138 AB,
D14/247–248, 137, 147, 218, 341–347; D10/65,
D10/78, 104; D13/168; D18/7; 455/566,
455/575.1, 575.3
See application file for complete search history.

(56)       **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D451,079 S | * | 11/2001 | Ali | ...................... D14/138 AA |
| D454,849 S | * | 3/2002 | Eckholm | ............. D14/138 AA |
| D457,883 S | * | 5/2002 | Sugioka et al. | ............. D14/342 |
| D461,185 S | * | 8/2002 | Ando | ...................... D14/341 |
| D476,328 S | * | 6/2003 | Miao et al. | ............... D14/346 |
| D478,075 S | * | 8/2003 | Hayes | ...................... D14/343 |
| D479,215 S | * | 9/2003 | Yokoyama | ............ D14/138 AD |
| D481,692 S | * | 11/2003 | Husgafvel | ............ D14/138 AD |
| D497,161 S | * | 10/2004 | Chien | ........................ D14/346 |
| D509,203 S | * | 9/2005 | Bertrand et al. | ....... D14/138 AD |
| D509,204 S | * | 9/2005 | Michler | ............ D14/138 AD |
| D509,497 S | * | 9/2005 | Michler | ............... D14/138 AD |
| D553,596 S | * | 10/2007 | Kim et al. | ............ D14/138 AD |

| | | | | |
|---|---|---|---|---|
| D555,137 S | * | 11/2007 | Kim et al. | ............ D14/138 AD |
| D555,138 S | * | 11/2007 | Park et al. | ............ D14/138 AD |
| D558,177 S | * | 12/2007 | Han et al. | ............ D14/138 AD |
| D558,718 S | * | 1/2008 | Park et al. | ............ D14/138 AD |
| D573,129 S | * | 7/2008 | Park et al. | ............ D14/138 AD |
| D575,762 S | * | 8/2008 | Ou | ........................ D14/138 G |

(Continued)

OTHER PUBLICATIONS

BenQ U700, announced 1st quarter 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57)       **CLAIM**

The ornamental design for mobile phone, as shown and described.

       **DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 7 Drawing Sheets**



**US D616,857 S**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D584,273 | S | * | 1/2009 | Hong et al. ............ D14/138 G |
| D590,802 | S | * | 4/2009 | Shin et al. ............ D14/138 AD |
| D598,880 | S | * | 8/2009 | Su ........................ D14/138 G |
| D602,464 | S | * | 10/2009 | Chung et al. ......... D14/138 AD |
| 2006/0063548 | A1* | | 3/2006 | Kim ........................... 455/518 |
| 2009/0149217 | A1* | | 6/2009 | Adiseshann et al. ...... 455/556.2 |
| 2009/0239593 | A1* | | 9/2009 | Jayasinghe et al. ....... 455/575.1 |

### OTHER PUBLICATIONS

HTC P6500, announced Oct. 2007, [online], [retrieved on Dec. 13, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

i-mate K-JAM, announced Sep. 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

O2 XDA mini S, announced 3rd quarter 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Qtek 9100, announced 3rd quarter 2005, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



US00D624046S

(12) **United States Design Patent**   (10) **Patent No.:**     **US D624,046 S**
Lee et al.                              (45) **Date of Patent:**  **   Sep. 21, 2010**

(54) **CELLULAR PHONE**

(75) Inventors: **Hye-Jeong Lee**, Seoul (KR);
**Chang-Hwan Hwang**, Seongnam-si
(KR); **Beom-Ku Han**, Seoul (KR);
**Nam-Mi Kim**, Seoul (KR); **Min-Ah
Koh**, Seoul (KR); **Ji-Hye Youn**,
Seongnam-si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.**,
Suwon-si, Gyeonggi-do (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/356,905**

(22) Filed: **Mar. 4, 2010**

(51) **LOC (9) Cl.** .................................... **14-03**
(52) **U.S. Cl.** ................................... **D14/138 G**
(58) **Field of Classification Search** ............ D14/138 R,
D14/138 AD, 138 AC, 138 C, 138 G, 191,
D14/203.1–203.8, 496, 138 AA, 138 AB,
D14/247–248, 137, 147, 218, 341–347; D10/65,
D10/78, 104; D13/168; D18/7; 455/566,
455/575.1, 575.3
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D343,366 | S | * | 1/1994 | Dreher | D10/104 |
| D457,883 | S | * | 5/2002 | Sugioka et al. | D14/342 |
| D509,814 | S | * | 9/2005 | Shin et al. | D14/138 AC |
| D519,998 | S | * | 5/2006 | Park | D14/346 |
| D525,225 | S | * | 7/2006 | Lee | D14/138 AD |
| D527,369 | S | * | 8/2006 | Chung et al. | D14/138 AD |
| D554,097 | S | * | 10/2007 | Lee | D14/138 AD |
| D555,138 | S | * | 11/2007 | Park et al. | D14/138 AD |
| D555,616 | S | * | 11/2007 | Lin | D14/138 AD |
| D555,618 | S | * | 11/2007 | Mursalie et al. | D14/138 AD |
| D556,168 | S | * | 11/2007 | Kim et al. | D14/138 AD |
| D562,295 | S | * | 2/2008 | Lindner et al. | D14/138 AB |
| D575,762 | S | * | 8/2008 | Ou | D14/138 G |

| | | | | | |
|---|---|---|---|---|---|
| D589,505 | S | * | 3/2009 | He | D14/248 |
| D590,802 | S | * | 4/2009 | Shin et al. | D14/138 AD |
| D591,740 | S | * | 5/2009 | Luke et al. | D14/341 |
| D603,356 | S | * | 11/2009 | Sterzick et al. | D14/138 G |
| D605,156 | S | * | 12/2009 | Kim et al. | D14/138 AB |
| D605,621 | S | * | 12/2009 | Kim et al. | D14/138 AD |
| D608,752 | S | * | 1/2010 | He | D14/138 AA |
| D615,945 | S | * | 5/2010 | Kim et al. | D14/138 G |
| D616,857 | S | * | 6/2010 | Kim et al. | D14/138 AD |
| D619,557 | S | * | 7/2010 | Han et al. | D14/138 AD |
| D619,988 | S | * | 7/2010 | Ji et al. | D14/138 G |
| 2002/0187818 | A1* | | 12/2002 | Kang | 455/575 |
| 2010/0022277 | A1* | | 1/2010 | An et al. | 455/566 |

OTHER PUBLICATIONS

Samsung I5700 Galaxy Spica, announced Sep. 2009, [online],
[retrieved on Oct. 28, 2009]. Retrieved from Internet ,<URL: http://
www.gsmarena.com>.*
Samsung S8500 Wave, announced Feb. 2010, [online], [retrieved on
Feb. 17, 2010]. Retrieved from Internet ,<URL: http://www.
gsmarena.com>.*

* cited by examiner

*Primary Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Lexyoume IP Group, PLLC.

(57)            **CLAIM**

The ornamental design for a cellular phone, as shown and
described.

            **DESCRIPTION**

FIG. **1** is a perspective view of a cellular phone showing our
new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**




# FIG.1



**U.S. Patent**     Sep. 21, 2010     Sheet 2 of 6     US D624,046 S

FIG.2



**U.S. Patent**       Sep. 21, 2010       Sheet 3 of 6       **US D624,046 S**

FIG.3



Case 5:11-cv-01846-LHK   Document 1022-33   Filed 06/01/12   Page 34 of 43

FIG.4



FIG.5



FIG.6



FIG.7



US00D629780S

(12) **United States Design Patent** (10) Patent No.: **US D629,780 S**

Woo et al. (45) Date of Patent: ** **Dec. 28, 2010**

(54) **MOBILE PHONE**

(75) Inventors: **Sang-Sung Woo**, Seoul (KR); **Sang-Min Hyun**, Seoul (KR); **Jung-Hyeok Im**, Sungnam-si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.** (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/359,686**

(22) Filed: **Apr. 14, 2010**

(30) **Foreign Application Priority Data**

Jan. 22, 2010 (KR) ...................... 30-2010-0002692

(51) **LOC (9) Cl.** ................................................. **14-03**
(52) **U.S. Cl.** ................................................. **D14/138 G**
(58) **Field of Classification Search** ............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D356,548 | S | * | 3/1995 | Bottcher et al. ............ D14/341 |
| D514,558 | S | * | 2/2006 | Nagel et al. ................ D14/341 |
| D524,809 | S | * | 7/2006 | Alcouloumre et al. ..... D14/341 |
| D551,226 | S | * | 9/2007 | Lee et al. .................... D14/341 |
| 7,342,776 | B1 | * | 3/2008 | Chan ...................... 361/679.27 |
| D572,160 | S | * | 7/2008 | Cherneff et al. ............ D10/104 |
| D580,392 | S | * | 11/2008 | Kim et al. ........... D14/138 AD |
| D580,905 | S | * | 11/2008 | Park et al. ........... D14/138 AD |
| D597,092 | S | * | 7/2009 | Wang et al. ................ D14/346 |
| D598,914 | S | * | 8/2009 | Song et al. ................. D14/345 |
| D602,463 | S | * | 10/2009 | Eguchi ................. D14/138 G |

| | | | | |
|---|---|---|---|---|
| D604,263 | S | * | 11/2009 | Kim ...................... D14/138 G |
| D608,228 | S | * | 1/2010 | Miyawaki ................... D10/65 |
| D614,601 | S | * | 4/2010 | Kataoka et al. ........... D14/142 |
| D615,951 | S | * | 5/2010 | Kim et al. ............. D14/138 G |
| D618,650 | S | * | 6/2010 | Hyun et al. ........... D14/138 G |
| D619,989 | S | * | 7/2010 | Huang .................. D14/138 G |
| 7,764,489 | B2 | * | 7/2010 | Kim et al. ............. 361/679.16 |
| 2002/0107044 | A1 | * | 8/2002 | Kuwata et al. ............. 455/550 |

(Continued)

OTHER PUBLICATIONS

Philips Xenium K700, announced Nov. 2009, [online], [retrieved on Dec. 7, 2009]. Retrieved from Internet, <URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—NSIP Law

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 5 Drawing Sheets**



**US D629,780 S**

Page 2

| U.S. PATENT DOCUMENTS | | | | |
|---|---|---|---|---|
| 2002/0112250 A1* | 8/2002 | Koplar et al. | ............... | 725/153 |
| 2004/0087346 A1* | 5/2004 | Johannsen et al. | .......... | 455/566 |
| 2005/0054393 A1* | 3/2005 | Fagerstrom et al. | ...... | 455/575.1 |
| 2007/0040030 A1* | 2/2007 | Kranzley et al. | ............ | 235/451 |
| 2009/0061947 A1* | 3/2009 | Park et al. | ................... | 455/566 |
| 2009/0286573 A1* | 11/2009 | Jang et al. | ................... | 455/566 |
| 2010/0048253 A1* | 2/2010 | Park et al. | ................... | 455/566 |

OTHER PUBLICATIONS

Philips Xenium K600, announced Apr. 2010, [online], [retrieved on Jun. 11, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*
LG GD510 Pop, announced Sep. 2009, [online], [retrieved on Oct. 1, 2009]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

FIG. 1



**U.S. Patent**     Dec. 28, 2010     Sheet 2 of 5     US D629,780 S

FIG. 2



**U.S. Patent**      Dec. 28, 2010      Sheet 3 of 5      **US D629,780 S**

FIG. 3



FIG. 4                                    FIG. 5





FIG. 6



FIG. 7

