# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 85



