# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 86

microSD
RESET
DC 5V
HDMI

5:59 AM
Google
eMusic
Camera
AppsLib
Aldiko
Watch
YouTube
videos
Video Playe
Browser
Gallery
Music
Email
Settings



