# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 89

Case 5:11-cv-01846-LHK Document 1022-40 Filed 06/01/12 Page 2 of 8
Case 3:11-cv-01846-LHK Document 172-8 Filed 08/22/11 Page 2 of 8

日 本 国 特 許 庁

平成5年(1993)12月21日発行　　意 匠 公 報　(S)　　H5-41

**887388**　　意願 平3-26145　　出願 平3(1991)8月30日
　　　　　　　　　　　　　　　　登録 平5(1993)9月29日

創 作 者　坂 口 裕 司　大阪府大阪市阿倍野区長池町22番22号　シャープ株式会社内

意 匠 権 者　シャープ株式会社　大阪府大阪市阿倍野区長池町22番22号
代 理 人　弁理士 梅 田 勝　外2名
審 査 官　川 崎 典 子

意匠に係る物品　メモ入出力機

説　明　本物品は、いわゆる電子システム手帳と称されるものであって、電話帳、住所録、スケジュール、メモ等の機能をもち、操作ボタンは配せずオプションのICカードを本体右側面へ挿入することにより正面中央の液晶ディスプレイに表された画像をタッチペンにて手書き入力することができる。参考図の薄墨部は透明である。



左側面図　　正面図　　　　　　　背面図　　　　右側面図

平面図　　　　　　底面図

-79-

斜 視 図　　　　　　　通電状態を示した参考正面図




内部機構を省略した　　　操作部の概略を示した参考図
A－A断面図




I certify that the following Japanese to English translation of the Japanese language document entitled, "JP-S-887388" is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Japanese to English translation of various legal, technical or business documents.

Translation Date: August 16, 2011

Translator's Signature  Date: August 16, 2011
Robert Ginns

Japanese Patent Office

Issue Date: December 21, 1993   Design Gazette (S)
H5-41887388   Design Application No.: H3-26145   Application Date: August 30, 1991
Registration Date: September 20, 1993

Creator                               Sakaguchi, Yuji
                                       c/o Sharp Corp.
                                      2-22 Nagaike-cho, Abeno-ku. Osaka

Owner of a (registered) design right   Sharp Corp. 2-22 Nagaike-cho, Abeno-ku. Osaka
Representative, Patent Agent, Attorney   Umeda, Katsu (2 others)

Examiner  Kawazaki, Noriko

Article Related to Design    Memo  Input/Output Equipment

Description

          This article is a so-called electronic system notebook holding a telephone directory, address book, schedules or memos. Without worrying about operating buttons, handwriting is possible, through a touch pen, of images expressed on a front center liquid crystal display by inserting into the main right side an optional IC card. Thin India ink of the reference drawings is transparent.



1-front surface view, 2-left side surface view, 3-back surface view, 4-right side surface view, 5-level view, 6-base view



1-perspective view, 2-reference front surface view showing electric current conditions, 3-cross-section along A-A omitting internal structure, 4-drawing showing outline of operating part, 5-liquid crystal display, 6-current switch, 7-IC card inlet