# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 93

Coby Kyros













GridPad 2050



Motion Computing LS800



Freescale Smartbook concept



Panasonic Toughbook CF-HI



















Panasonic Toughpad





Sony Reader

Reader

DIGITAL BOOK READER PRS-350   Sony Corporation
MADE IN CHINA
This Class B digital apparatus complies with Canadian ICES-003.
Cet appareil numérique de la classe B est conforme à la norme NMB-003 du Canada.

N50  FC  CE











Case 5:11-cv-01846-LHK   Document 1022-44   Filed 06/01/12   Page 31 of 65

# SONY

 Continue Reading

## User Guide

Sony Corporation

Last read : 1-1-2010 12:42 AM



 Books (7)                                          See All 

<br />


User Guide
Sony Corporation



Instructions: How to g...
Sony Corporation



Caught (Excerpt)
Harlan Coben



Periodicals (0)



Collections (3)



All Notes (0)

 Home

 Applications

 Settings

<           >                ⊕        OPTIONS

Barnes & Noble Nook Tablet















Sony Tablet P

















Sony Tablet S































