HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RUSSELL S. WINER IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

I, RUSSELL S. WINER, do hereby declare as follows:

1. My name is Russell S. Winer. I previously submitted an expert report in this matter on March 22, 2012.

2. I am the William Joyce Professor of Marketing and the Chair of the Marketing Department at the Stern School of Business, New York University. I have been on the faculty of the Stern School of Business since 2003.

3. I received a B.A. in Economics from Union College and an M.S. and Ph.D. in Industrial Administration from Carnegie Mellon University.

4. My research, teaching, and consulting work has mainly been focused on consumer choice, marketing research methodology, marketing planning, advertising, and pricing. I have authored over 60 papers and published in top marketing and management journals such as *Journal of Marketing Research*, *Marketing Science*, *Management Science*, and *Journal of Consumer Research*.

5. My full qualifications are set forth in my March 22, 2012 Expert Report, a true and correct copy of which is attached hereto as Exhibit 1.

6. My opinions are accurately set forth in my March 22, 2012 Expert Report. *See* Ex. 1.

I declare under penalty of perjury that the foregoing, including the statements in my Expert Report, is true and correct to the best of my knowledge and that this Declaration was executed on May 30, 2012, at New York, New York.

_____
RUSSELL S. WINER