HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF DR. ALAN HEDGE IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

1        I, Alan Hedge, do hereby declare as follows:

2        1.      My name is Dr. Alan Hedge. I previously submitted an expert report in this matter on April 16, 2012. I am a Full Professor in the Department of Design and Environmental Analysis at Cornell University, where I have taught since 1987.

        2.      I have been asked by counsel for Apple to review materials and to provide teaching and opinions as to whether Apple's asserted trade dresses are "functional," among other things.

        3.      My research, teaching, and consulting work has mainly been focused on issues of design and workplace ergonomics as these affect the health, comfort, and productivity of workers. I have published 3 books, 35 book chapters, 55 refereed journal articles, 140 refereed conference proceedings, 40 other conference proceedings, 26 other articles, and 13 legislative reports on the above topics. A complete list of my qualifications and prior testifying experience are contained in Exhibits 1 and 2 to the Expert Rebuttal Report of Dr. Alan Hedge, dated April 16, 2012. A true and correct copy of my report is attached as Exhibit A to this declaration.

        4.      In addition to the Opening Expert Report of Dr. Mark Lehto, dated March 22, 2012, I have also reviewed U.S. Patent Nos. D593,087, D618,677, D622,279, D627,790, D604,305, D617,334 and D504,899, Apple's asserted trade dress and trademarks, and certain publicly available materials. A list of the documents I considered and relied upon is attached as Exhibit 3 to my report.

        5.      My opinions regarding Apple's asserted trade dresses are accurately set forth in my expert report. These opinions also reference related material that appears in other sections of my report.

DECLARATION OF ALAN HEDGE IN SUPPORT OF APPLE'S OPPOSITION TO MSJ
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3150808

1

1  I declare under penalty of perjury that the foregoing, including statements from my Expert
2  Report, is true and correct to the best of my knowledge and that this Declaration was executed on
3  May 30, 2012, at Cincinnati, Ohio.

4

5  _____
   Alan Hedge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28