Exhibit 32

## Barnes & Noble Nook







Exhibit 33

# Coby Kyros MID8125






Exhibit 34

**Acer Iconia**





Exhibit 35

**Sony Tablet P**



Exhibit 36

# Panasonic Toughbook H2

 



Source: http://www.panasonic.com/business/toughbook/ultra-mobile-rugged-mca-toughbook-h2.asp#?cm_sp=Toughbook Site Promotions-_-Product Detail Page-_-Photo Gallery View

Exhibit 37

# Panasonic Toughbook A1



Source: http://www.panasonic.com/business/toughpad/us/durable-tablet-photos.asp

Exhibit 38

**Panasonic Toughbook U1**

 



Source: http://www.panasonic.com/business/toughbook/ultra-mobile-rugged-toughbook-u1-
ultra.asp#?cm_sp=Toughbook Site Promotions-_-Product Detail Page-_-Photo Gallery View

Exhibit 39



Meet the Mesa Rugged Notepad™— featuring the advantages of both a tablet PC and a rugged handheld computer, without the disadvantages of either.

The Mesa is a data collection powerhouse with massive screen real estate, yet still feels like a compact handheld at the end of the long work day. Like other Juniper Systems products, the Mesa provides a battery life that lasts an amazing 16 hours, includes a speedy Windows Mobile® OS, and is rugged enough to use as a wheel chock if the truck starts to roll.



## PROCESSOR
• 806 Mhz PXA320 Processor

## OPERATING SYSTEM AND SOFTWARE
• Microsoft® Windows Mobile® 6.5.3 Professional
• Multiple languages

## MEMORY AND DATA STORAGE
• 256 MB RAM
• 4 GB flash storage
• SD/SDHC slot, user accessible

## DISPLAY
• Active viewing area: 5.7" (145 mm) color VGA LCD (640 x 480)
• High visibility backlit LCD
• Portrait or landscape orientation



## KEYBOARD
• 15 control buttons (6 user reassignable)
• Five-way directional navpad
• Adjustable LED backlit keys

## PORTS
• COM1, RS-232C 9-pin D connector with 5VDC power on DTR pin
• USB Host (Full A), USB Client (Mini B)
• 12VDC @ 800mA, 10–18V unregulated

• 3.5 mm audio jack, supports speaker/ microphone or stereo output (pin detect)



## POWER
• Intelligent Li-Ion battery 7.4VDC @ 2550mAh, 18.9Whr
• Two battery slots, warm-swappable
• Charges in 2 to 4 hours, operates up to 16 hours
• Battery easily changeable in field

## PHYSICAL
• Size, Standard models: 5.3"w x 7.9"l x 2"d (136 mm x 200 mm x 51 mm)
• Size, Geo models: 5.3"w x 8.6"l x 2"d (136 mm x 220 mm x 51 mm)
• Weight: 1.9 lbs (862 g) with one battery, 2.2 lbs (998 g) with two batteries
• Magnesium alloy case front, plastic back
• Mounting holes for external accessories
• Adjustable, multi-position hand strap
• Easy to grip, impact absorbing bumpers

## ENVIRONMENTAL
• IP67 waterproof and dustproof
• Operating Temperature: –22F to 140F (–30C to 60C)*
• Storage Temperature: –22F to 158F (–30C to 70C)
• Shockproof: multiple drops from 4' (1.2 m) onto concrete
• MIL-STD-810G Procedures: Method 500.5 Low Pressure (Altitude); Method 501.5 High Temperature; Method 502.5 Low Temperature; Method 503.5 Temperature Shock; Method 506.5 Rain; Method 507.5 Humidity; Method 510.5 Sand and Dust; Method 512.5 Immersion; Method 514.6 Vibration; Method 516.6 Shock
• MIL-STD-461F

### WIRELESS CONNECTIVITY OPTIONS
- Bluetooth® wireless technology, 2.0 +EDR, Class 1
- Wi-Fi 802.11b/g
- WWAN 3.5G HSDPA Modem
- Frequencies: HSDPA/UMTS: 850/1900/2100 MHz
  GSM/GPRS/EDGE: 850/900/1800/1900 MHz
  AT&T® Network Ready Approved (Geo 3G
  Model Only)
- Data communication interface, SMS

### CAMERA (GEO MODELS)
- 3.2MP resolution with autofocus
- Juniper Geotagging: embed and emboss photo
  with date, time, and GPS position

### GPS (GEO MODELS)
- 2 to 5 meter typical accuracy
- Integrated real-time SBAS/WAAS
- NMEA-0183 ver. 2.3 (3.0 compatible)



### CERTIFICATIONS AND STANDARDS
- FCC Class B
- CE Marking (applicable EMC, R&TTE, and
  LVD directives)
- Industry Canada
- EN60950 Safety
- RoHS Compliant

### STANDARD ACCESSORIES
- Li-Ion battery
- Hand strap
- USB download cable
- Stylus
- 100-240VAC power supply
- Screen protector



### OPTIONAL ACCESSORIES
- Travel charger
- 12VDC vehicle charger
- International AC charger kit
- Mesa Mobile Dock

© Copyright 12/11 Juniper Systems, Inc. Specifications
are subject to change without notice. All trademarks
are registered or recognized by its respective
owners. Windows Mobile and the Windows logo are
trademarks of the Microsoft group of companies.

* Bluetooth and Wi-Fi -4F (-20C)









**forged from the most
rugged elements on earth**