Exhibit 40



**GOES TO EXTREMES. AND BACK.**



## ARMOR MODULAR RF DOCKING SYSTEM

The ARMOR Modular RF Docking System delivers the next level of communications, convenience and reliability for your ARMOR X10gx Tablet, and all legacy tablets. Slim and compact, it is versatile enough for a wide range of vehicles such as fire trucks, service vans, forklifts and ambulances.

The ARMOR Modular RF Docking System is a component arrangement consisting of a cradle, an RF module breakout box, keyboard tray, power supply and multiple mounting solutions. This design allows users to customize the installation to meet their application, keeping the dock's spatial requirement to a minimum. The rugged cradle provides effortless single handed docking and eliminates signal disruption from vibration with its floating champ connector. The RF module provides access to external antennas, without interrupting workflow. The port replicating break-out-box provides expanded I/O capability and eliminates the need to make any additional connections when docking. As an added accessory, an articulated keyboard tray can be added for the heaviest of data entry.

The ARMOR Modular RF Docking System also lives up to the survivability and durability standards of the tablets it is designed to hold. All of the components have been certified to the most rigorous commercial and military standards to withstand the effects of vibration, shock, temperatures extremes and crashes that cause other systems to fail.




RUGGED MOBILE SOLUTIONS



PARTNER
IMPRINT AREA



GOES TO EXTREMES. AND BACK.



# ARMOR MODULAR RF DOCKING SYSTEM

The ARMOR Modular RF Docking System delivers the next level of communications, convenience and reliability for your ARMOR X10gx Tablet, and all legacy tablets. Slim and compact, it is versatile enough for a wide range of vehicles such as fire trucks, service vans, forklifts and ambulances.

The ARMOR Modular RF Docking System is a component arrangement consisting of a cradle, an RF module breakout box, keyboard tray, power supply and multiple mounting solutions. This design allows users to customize the installation to meet their application, keeping the dock's spatial requirement to a minimum. The rugged cradle provides effortless single handed docking and eliminates signal disruption from vibration with its floating champ connector. The RF module provides access to external antennas, without interrupting workflow. The port replicating break-out-box provides expanded I/O capability and eliminates the need to make any additional connections when docking. As an added accessory, an articulated keyboard tray can be added for the heaviest of data entry.

The ARMOR Modular RF Docking System also lives up to the survivability and durability standards of the tablets it is designed to hold. All of the components have been certified to the most rigorous commercial and military standards to withstand the effects of vibration, shock, temperatures extremes and crashes that cause other systems to fail.





## HIGHLIGHTS

- **Easily removed in seconds with simple single-handed docking**
- **Automatically switches between internal and external RF antennas**
- **Modular system is designed to minimize spatial footprint**
- **Certified for 50,000 mount/dis-mount cycles and 100,000 vehicle vibration miles**
- **Legacy compatible**

### ARMOR MODULAR RF DOCKING SYSTEM OPTIONS

- Cradle Mount
- Break-Out Box
- Articulating Keyboard Tray
- DC Power Supplies
- Mounting Brackets

### CRADLE

- Sleek, molded design secures computer
- Simple, one handed docking and undocking of the computer
- Floating docking connector and alignment pins eliminates disruption due to vehicle vibration
- Rugged Aluminum body with RF-translucent glass/nylon composite
- Accepts standard Vesa 75mm hole-patterned brackets

Specifications

| | |
|---|---|
| Dimensions: | 5.6" x 10.3" x 4.5" / 14.2 x 26.2 x 11.4 cm (W x H x D) |
| Weight: | 3.4 lbs / 1.54 kg |

### BREAK-OUT BOX

- Cable strain relief included
- Break-Out Box provides full port replication eliminating the need to make any connections to the computer
- Can be mounted up to 6' from the ARMOR cradle or attaches directly to the back

Specifications

| | |
|---|---|
| Ports: | Serial (3) – D-sub 9 pin, USB (3) – 4 pin, 2.0 Compliant, Ethernet – RJ45 Audio – Mini-jack, VGA – D-sub 15 pin, DC In – 2.5mm jack |
| Dimensions: | 6.2" x 1.8" x 3.7" / 15.8 x 4.6 x 9.4 cm (W x H x D) |
| Weight: | 1.0 lb / 0.45 kg |

### ARTICULATING KEYBOARD TRAY

- Universal mount easily attaches and can be used with any keyboard.
- Articulating arm allows 150 degree keyboard adjustment

Specifications

| | |
|---|---|
| Dimensions: | 10.0" x 8.5" x 9.0" / 12.7 x 6.1 x 3.3 cm (W x H x D) |
| Weight: | 2.0 lbs / 0.9 kg |

### POWER SUPPLY

- 12-volt DC rugged adapter with 3 ft. cable at 4.5A
- Rugged aluminum and ABS, this adapter has tinned ins, an inline fuse
- Low input voltage shut off, output short circuit protection, internal over temperature shut-off, automatic fault reset and low EMI

Specifications

| | |
|---|---|
| Input Voltage: | 11 to 16V DC |
| Output Voltage: | 15V DC & 9V DC |
| Output Current: | 4.0 amps (max) |
| Auto Input Cable: | 36" / 91.4 cm |
| Output Cable: | 36" / 91.4 cm |
| Fuse: | 8 amps |
| Dimensions: | 5.0" x 2.4" x 1.3" / 12.7 x 6.1 x 3.3 cm (W x H x D) |
| Weight: | 12 oz / 0.34 kg |

### ARMOR MODULAR RF DOCKING SYSTEM ENVIRONMENTALS

| | |
|---|---|
| Humidity: | +23 F to 140 C / +5 C to 60 C, 95% RH MIL-STD-810G, Method 507.4 |
| Temperature: | Operating: -4° F to 140° F / -20° C to 60° C<br>Non-operating: -40° F to 158° F / -40° C to 70° C |
| Vibration: | MIL-STD-810G, Method 514.5, Figure 514.5C-3 |
| Crash Test: | MIL-STD-810G, Method 516.5, Proc I |
| Pothole Test: | MIL-STD-810G, Method 516.5, Proc I |
| UV Exposure: | MIL-STD-810G, Method 505.4, Proc II |
| ESD: | MIL-STD-883 Method 3015.7 |
| Certifications: | TUV, FCC Part 15, CE Mark, E-Mark |



ARMOR Modular RF Cradle



ARMOR Break-Out Box



ARMOR 12V DC Power Supply



DRS Tactical Systems, Inc. | ARMOR - Rugged Mobile Computers
1110 West Hibiscus Blvd., Melbourne, FL 32901 USA • Tel. +1 888.872.1100 or +1 321.309.0599 • Fax +1 321.309.0578 • www.drsarmor.com | sales@drsarmor.com
Auelsweg 22, 53797 Lohmar, Germany • Office Tel.: +49 2246 915 99 77 • Fax: +49 2246 915 99 78 • Direct Tel.: +49 2246 915 99 76

The information in this paper is to the best of our knowledge, accurate as of the date of issue. DRS Tactical Systems, Inc. reserves the right to change this information without notice. Nothing herein shall be deemed to create any warranty, expressed or implied. Copyright © DRS Technologies, Inc. 2010 All Rights Reserved.

8/6/10

Exhibit 41

**Motion C5v**





Source: http://www.motioncomputing.com/products/tablet_c5_gallery.asp

# Exhibit 42

## Philips MCA





Source: http://www.newscenter.philips.com/main/standard/about/news/press/article-15731.wpd

Exhibit 43

**Panasonic Toughbook H1 MCA**






Source: http://www.ruggedpcreview.com/3_slates_panasonic_h1.html

Exhibit 44

## Vinci Tablet






Exhibit 45

## Sony Ericsson Xperia Arc S






Exhibit 46

**Blackberry Storm 2**






Exhibit 47

**Nokia N9**

 

Exhibit 48

**Blackberry Torch**

