1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") has filed an administrative motion for an order to seal the following documents:

1. The confidential, unredacted version of the Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment;

2. The confidential, unredacted version of the Declaration of Dr. Karan Singh, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment and Exhibit 1 thereto; and

3. The Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment and Exhibits A through L thereto.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____      _____
                                     Hon. Lucy H. Koh
                                     United States District Judge