| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK<br><br>**EXHIBIT 5 TO THE DECLARATION OF DR. KARAN SINGH, PH.D.** |

**MANUAL FILING NOTIFICATION**

EXHIBIT 5 11-cv-01846-LHK
sf-3153145

| | |
|---|---|
| 1 | Regarding:  EXHIBIT 5 to the DECLARATION OF Dr. Karan Singh, PH.D |
| 2 | |
| 3 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 4 | Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 5 | For information on retrieving this filing directly from the court, please see the court's main web |
| 6 | site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 7 | This filing was not efiled for the following reason(s): |
| 8 | _____ Voluminous Document (PDF file size larger than efiling system allowances) |
| 9 | _____ Unable to Scan Documents |
| 10 | _____ Physical Object (description): _____ |
| 11 | _____ |
| 12 | __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 13 | _____ Item Under Seal |
| 14 | _____ Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 15 | _____ Other (description): _____ |
| 16 | _____ |
| 17 | Dated: May 31, 2012                              MORRISON & FOERSTER LLP |
| 18 | |
| 19 | By:  /s/ Michael Jacobs |
| 20 |         Michael Jacobs |
| 21 | Attorneys for Plaintiff<br>APPLE INC. |

EXHIBIT 5 11-cv-01846-LHK
sf-3153145                                                                                                                            1