| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.    11-cv-01846-LHK<br><br>**EXHIBIT 6 TO THE DECLARATION OF DR. KARAN SINGH, PH.D.** |

**MANUAL FILING NOTIFICATION**

EXHIBIT 6 11-cv-01846-LHK
sf-3153145

1   Regarding:   EXHIBIT 6 to the DECLARATION OF Dr. Karan Singh, PH.D

2

3   This filing is in paper or physical form only, and is being maintained in the case file in the
4   Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.
5   For information on retrieving this filing directly from the court, please see the court's main web
6   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7   This filing was not efiled for the following reason(s):

8   _____ Voluminous Document (PDF file size larger than efiling system allowances)

9   _____ Unable to Scan Documents

10  _____ Physical Object (description): _____

11  _____

12  __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13  _____ Item Under Seal

14  _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

15  _____ Other (description): _____

16  _____

17  Dated: May 31, 2012                    MORRISON & FOERSTER LLP

18

19                                          By:  /s/ Michael Jacobs
                                                 Michael Jacobs
20
                                            Attorneys for Plaintiff
21                                          APPLE INC.

EXHIBIT 6 11-cv-01846-LHK                                                           1
sf-3153145