| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK <br><br> **EXHIBIT 7 TO THE DECLARATION OF DR. KARAN SINGH, PH.D.** |

**MANUAL FILING NOTIFICATION**

EXHIBIT 7 11-cv-01846-LHK
sf-3153145

1   Regarding:   EXHIBIT 7 to the DECLARATION OF Dr. Karan Singh, PH.D

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_   Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_   Unable to Scan Documents

\_\_\_\_\_   Physical Object (description): _____

\_\_X\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_   Item Under Seal

\_\_\_\_\_   Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_   Other (description): _____

Dated: May 31, 2012                MORRISON & FOERSTER LLP


                                    By:  /s/ Michael Jacobs
                                         Michael Jacobs

                                         Attorneys for Plaintiff
                                         APPLE INC.

EXHIBIT 7 11-cv-01846-LHK                                                                  1
sf-3153145