# Exhibit 10



# The Merriam-Webster Dictionary



Merriam-Webster, Incorporated
Springfield, Massachusetts



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN 0-87779-930-X

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

020304050607 DFC:QP/B 090807060504

**in·vi·a·ble** \(ˌ)in-ˈvī-ə-bəl\ *adj* : incapable of surviving

**in·vid·i·ous** \in-ˈvi-dē-əs\ *adj* 1 : tending to cause discontent, animosity, or envy 2 : ENVIOUS : OBNOXIOUS ⟨~ remarks⟩ — **in·vid·i·ous·ly** *adv*

**in·vig·o·rate** \in-ˈvi-gə-ˌrāt\ *vb* **-rat·ed; -rat·ing** : to give life and energy to : ANIMATE — **in·vig·o·ra·tion** \-ˌvi-gə-ˈrā-shən\ *n*

**in·vin·ci·ble** \(ˌ)in-ˈvin-sə-bəl\ *adj* : incapable of being conquered, overcome, or subdued — **in·vin·ci·bil·i·ty** \-ˌvin-sə-ˈbi-lə-tē\ *n* — **in·vin·ci·bly** \-ˈvin-sə-blē\ *adv*

**in·vi·o·la·ble** \-ˈvī-ə-lə-bəl\ *adj* 1 : safe from violation or profanation 2 : UNASSAILABLE ⟨~ borders⟩ — **in·vi·o·la·bil·i·ty** \-ˌvī-ə-lə-ˈbi-lə-tē\ *n*

**in·vi·o·late** \-ˈvī-ə-lət\ *adj* : not violated or profaned : PURE

**in·vis·i·ble** \-ˈvi-zə-bəl\ *adj* 1 : incapable of being seen ⟨~ to the naked eye⟩ 2 : HIDDEN 3 : IMPERCEPTIBLE, INCONSPICUOUS — **in·vis·i·bil·i·ty** \-ˌvi-zə-ˈbi-lə-tē\ *n* — **in·vis·i·bly** \-ˈvi-zə-blē\ *adv*

**invisible hand** *n* : a hypothetical economic force that works for the benefit of all

**in·vi·ta·tion·al** \ˌin-və-ˈtā-shə-nəl\ *adj* : limited to invited participants ⟨an ~ tournament⟩ — **invitational** *n*

**in·vite** \in-ˈvīt\ *vb* **in·vit·ed; in·vit·ing** 1 : ENTICE, TEMPT 2 : to increase the likelihood of ⟨~ trouble⟩ 3 : to request the presence or participation of : ASK 4 : to request formally 5 : ENCOURAGE ⟨~ suggestions⟩ — **in·vi·ta·tion** \ˌin-və-ˈtā-shən\ *n*

**in·vit·ing** *adj* : ATTRACTIVE, TEMPTING

**in vi·tro** \in-ˈvē-trō, -ˈvī-, -ˈvi-\ *adv or adj* [NL, lit., in glass] : outside the living body and in an artificial environment ⟨*in vitro* fertilization⟩

**in·vo·ca·tion** \ˌin-və-ˈkā-shən\ *n* 1 : SUPPLICATION; *esp* : a prayer at the beginning of a service 2 : a formula for conjuring : INCANTATION

**¹in·voice** \ˈin-ˌvois\ *n* [modif. of MF *envois*, pl. of *envoi* message] : an itemized list of goods shipped usu. specifying the price and the terms of sale : BILL

**²invoice** *vb* **in·voiced; in·voic·ing** : to send an invoice to or for : BILL

**in·voke** \in-ˈvōk\ *vb* **in·voked; in·vok·ing** 1 : to petition for help or support 2 : to appeal to or cite as authority ⟨~ a law⟩ 3 : to call forth by incantation : CONJURE ⟨~ spirits⟩ 4 : to make an earnest request for : SOLICIT 5 : to put into effect or operation 6 : to bring about : CAUSE

**in·vol·un·tary** \(ˌ)in-ˈvä-lən-ˌter-ē\ *adj* 1 : done contrary to or without choice 2 : COMPULSORY ⟨~ servitude⟩ 3 : not controlled by the will : REFLEX ⟨~ contractions⟩ — **in·vol·un·tar·i·ly** \-ˌvä-lən-ˈter-ə-lē\ *adv*

**in·vo·lute** \ˈin-və-ˌlüt\ *adj* : INVOLVED, INTRICATE

**in·vo·lu·tion** \ˌin-və-ˈlü-shən\ *n* 1 : the act or an instance of enfolding or entangling 2 : COMPLEXITY, INTRICACY

**in·volve** \in-ˈvälv\ *vb* **in·volved; in·volv·ing** 1 : to draw in as a participant 2 : ENVELOP 3 : to occupy (as oneself) absorbingly; *esp* : to commit oneself emotionally 4 : to relate closely : CONNECT 5 : to have as part of itself : INCLUDE 6 : ENTAIL, IMPLY 7 : ²AFFECT — **in·volve·ment** *n*

**in·volved** \-ˈvälvd\ *adj* : INTRICATE, COMPLEX ⟨an ~ plot⟩

**in·vul·ner·a·ble** \(ˌ)in-ˈvəl-nə-rə-bəl\ *adj* 1 : incapable of being wounded, injured, or damaged 2 : immune to or proof against attack — **in·vul·ner·a·bil·i·ty** \-ˌvəl-nə-rə-ˈbi-lə-tē\ *n* — **in·vul·ner·a·bly** \-ˈvəl-nə-rə-blē\ *adv*

**¹in·ward** \ˈin-wərd\ *adj* 1 : situated on the inside 2 : MENTAL; *also* : SPIRITUAL 3 : directed toward the interior

**²inward** *or* **in·wards** \-wərdz\ *adv* 1 : toward the inside, center, or interior 2 : toward the inner being ⟨turned his thoughts ~⟩

**in·ward·ly** \ˈin-wərd-lē\ *adv* 1 : MENTALLY, SPIRITUALLY 2 : INTERNALLY ⟨bled ~⟩ 3 : to oneself ⟨cursed ~⟩

**IOC** *abbr* International Olympic Committee

**io·dide** \ˈī-ə-ˌdīd\ *n* : a compound of iodine with another element or group

**io·dine** \ˈī-ə-ˌdīn, -dᵊn\ *n* 1 : a nonmetallic chemical element used esp. in medicine and photography 2 : a solution of iodine used as a local antiseptic

**io·dise** *Brit var of* IODIZE

**io·dize** \ˈī-ə-ˌdīz\ *vb* **io·dized; io·diz·ing** : to treat with iodine or an iodide

**ion** \ˈī-ən, ˈī-ˌän\ *n* [Gk, neut. of *iōn*, prp. of *ienai* to go; so called because in electrolysis it goes to one of the two poles] : an electrically charged particle, atom, or group of atoms — **ion·ic** \ī-ˈä-nik\ *adj*

**-ion** *n suffix* : act, process, state, or condition ⟨validation⟩

**ion·ise** *Brit var of* IONIZE

**ion·ize** \ˈī-ə-ˌnīz\ *vb* **ion·ized; ion·iz·ing** 1 : to convert wholly or partly into ions 2 : to become ionized — **ion·iz·able** \ˌī-ə-ˈnī-zə-bəl\ *adj* — **ion·iza·tion** \ˌī-ə-nə-ˈzā-shən\ *n* — **ion·iz·er** \ˈī-ə-ˌnī-zər\ *n*

**ion·o·sphere** \ī-ˈä-nə-ˌsfir\ *n* : the part of the earth's atmosphere extending from about 30 miles (50 kilometers) to the exosphere that contains ionized atmospheric gases — **ion·o·spher·ic** \ī-ˌä-nə-ˈsfir-ik, -ˈsfer-\ *adj*

**IOOF** *abbr* Independent Order of Odd Fellows

**io·ta** \ī-ˈō-tə\ *n* [L, fr. Gk *iōta*] 1 : the 9th letter of the Greek alphabet — I or ι 2 : a very small quantity : JOT

**IOU** \ˌī-(ˌ)ō-ˈyü\ *n* : an acknowledgement of a debt

**IP** *abbr* innings pitched

**IP address** \ˈī-ˈpē-\ *n* [Internet protocol] : the numeric address of a computer on the Internet

**ip·e·cac** \ˈi-pi-ˌkak\ *n* [Pg *ipecacuanha*] : an emetic and expectorant drug used esp. as a syrup in treating accidental pol-