| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **EXHIBIT 2 TO THE DECLARATION OF RAVIN BALAKRISHNAN, PH.D** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

EXHIBIT 2 11-cv-01846-LHK
sf-3153145

1   Regarding:   EXHIBIT 2 to the DECLARATION OF Ravin Balakrishnan, PH.D

2

3   This filing is in paper or physical form only, and is being maintained in the case file in the

4   Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

5   For information on retrieving this filing directly from the court, please see the court's main web

6   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7   This filing was not efiled for the following reason(s):

8   _____ Voluminous Document (PDF file size larger than efiling system allowances)

9   _____ Unable to Scan Documents

10  _____ Physical Object (description): _____

11  _____

12  __X__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

13  _____ Item Under Seal

14  _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

15  _____ Other (description): _____

16  _____

17  Dated: May 31, 2012                    MORRISON & FOERSTER LLP

18

19                                          By:  /s/ Michael Jacobs
                                                  Michael Jacobs
20
                                                Attorneys for Plaintiff
21                                              APPLE INC.

22

23

24

25

26

27

28

EXHIBIT 2 11-cv-01846-LHK                                                      1
sf-3153145