1    HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
     hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2    MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
     mjacobs@mofo.com                             HALE AND DORR LLP
3    JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
     jtaylor@mofo.com                             Boston, MA 02109
4    ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
     atucher@mofo.com                             Facsimile: (617) 526-5000
5    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
6    JASON R. BARTLETT (CA SBN 214530)           MARK D. SELWYN (SBN 244180)
     jasonbartlett@mofo.com                       mark.selwyn@wilmerhale.com
7    MORRISON & FOERSTER LLP                     WILMER CUTLER PICKERING
     425 Market Street                            HALE AND DORR LLP
8    San Francisco, California  94105-2482        950 Page Mill Road
     Telephone:  (415) 268-7000                   Palo Alto, California 94304
9    Facsimile:  (415) 268-7522                   Telephone: (650) 858-6000
                                                  Facsimile: (650) 858-6100
10

11   Attorneys for Plaintiff and
     Counterclaim-Defendant APPLE INC.
12

13

14                     UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

16

17   APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK

18                 Plaintiff,                     **EXHIBIT 3 TO THE
                                                  DECLARATION OF RAVIN
19          v.                                    BALAKRISHNAN, PH.D**

20   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity; SAMSUNG
21   ELECTRONICS AMERICA, INC., a New York
     corporation; SAMSUNG
22   TELECOMMUNICATIONS AMERICA, LLC, a
     Delaware limited liability company,
23
                   Defendants.
24

25                     **MANUAL FILING NOTIFICATION**

26

27

28

EXHIBIT 3 11-cv-01846-LHK
sf-3153145

Regarding:     EXHIBIT 3 to the DECLARATION OF Ravin Balakrishnan, PH.D

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description): _____

_____

\_\_X\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description): _____

_____

Dated: May 31, 2012                    MORRISON & FOERSTER LLP


                                       By:  /s/ Michael Jacobs
                                            Michael Jacobs

                                       Attorneys for Plaintiff
                                       APPLE INC.

EXHIBIT 3 11-cv-01846-LHK
sf-3153145                                                                          1