HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

2

3      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4  is 425 Market Street, San Francisco, California  94105-2482.  I am not a party to the within cause,

5  and I am over the age of eighteen years.

6      I further declare that on May 31, 2012, I served a true and correct copy of:

7  **[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW AND**
   **ORDER GRANTING PRELIMINARY INJUNCTION (Submitted Under Seal)**
8

9  **APPLE INC.'S REPLY IN SUPPORT OF MOTION PURSUANT TO RULE 62(C)**
   **FOR ENTRY OF PRELIMINARY INJUNCTION WITHOUT FURTHER**
10 **HEARING (Submitted Under Seal)**

11

12 by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic

13 mail system to the e-mail address(s) set forth below, or as stated on the attached service list per

14 agreement in accordance with Code of Civil Procedure section 1010.6.

15 Charles K. Verhoeven                Kevin P.B. Johnson
   charlesverhoeven@quinnemanuel.com   kevinjohnson@quinnemanuel.com

16 Victoria F. Maroulis                Liv Herriot
   victoriamaroulis@quinnemanuel.com   liv.herriot@wilmerhale.com
17

18 William H. Lee                      Mark D. Selwyn
   william.lee@wilmerhale.com          mark.selwyn@wilmerhale.com

19 Alexander B. Binder                 Sara Jenkins
   alex.binder@quinnemanuel.com        SaraJenkins@quinnemanuel.com
20

21 Sherrin Vanetta                     Joby Martin
   sherrinvanetta@quinnemanuel.com     JobyMartin@quinnemanuel.com

22 Rene Unger                          Gisele Darwish
   reneunger@quinnemanuel.com          GiseleDarwish@quinnemanuel.com
23

24 Peter Kovolos                       S. Calvin Walden
   peter.kovolos@wilmerhale.com        calvin.walden@wilmerhale.com
25

26

27

28

1

2

3

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on May 31, 2012.

4

*/s/ Rosamaría Barajas*
Rosamaría Barajas

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28