HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on May 31, 2012, I served a true and correct copy of:

**APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT (Submitted Under Seal)**

**EXHIBITS 1-7, 12-16, 20-22, 24, 25, 27, 29-31, 33-56, 63, 65, 66, 68-79 TO DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT (Submitted Under Seal)**

**DECLARATION OF KARL KRAMER IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT and EXHIBITS 3, 4, 8, 10 in SUPPORT THEREOF (Submitted Under Seal)**

**DECLARATION OF MICHEL MAHARBIZ, PH.D. IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT and EXHIBITS C, D, G–S in SUPPORT THEREOF (Submitted Under Seal)**

**DECLARATION OF RAVIN BALAKRISHNAN, PH.D. IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT (Submitted Under Seal)**

**DECLARATION OF DR. KARAN SINGH, PH.D. IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT and EXHIBITS 1, 2, 8 in SUPPORT THEREOF (Submitted Under Seal)**

**DECLARATION OF PETER W. BRESSLER IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT and EXHIBITS 21-22, 25-58, 67-82, 94-95 in SUPPORT THEREOF (Submitted Under Seal)**

**EXHIBIT A TO DECLARATION OF DR. ALAN HEDGE IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT (Submitted Under Seal)**

**EXHIBIT 1 TO DECLARATION OF RUSSELL S. WINER IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT (Submitted Under Seal)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF TERRY L. MUSIKA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT and EXHIBITS A–L in SUPPORT THEREOF (Submitted Under Seal)**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

Victoria F. Maroulis
victoriamaroulis@quinnemanuel.com

Liv Herriot
liv.herriot@wilmerhale.com

William H. Lee
william.lee@wilmerhale.com

Mark D. Selwyn
mark.selwyn@wilmerhale.com

Alexander B. Binder
alex.binder@quinnemanuel.com

Sara Jenkins
SaraJenkins@quinnemanuel.com

Sherrin Vanetta
sherrinvanetta@quinnemanuel.com

Joby Martin
JobyMartin@quinnemanuel.com

Rene Unger
reneunger@quinnemanuel.com

Gisele Darwish
GiseleDarwish@quinnemanuel.com

Peter Kovolos
peter.kovolos@wilmerhale.com

S. Calvin Walden
calvin.walden@wilmerhale.com

        I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on May 31, 2012.

                                        _/s/ Rosamaría Barajas_____
                                         Rosamaría Barajas