1  HAROLD J. MCELHINNY (CA SBN 66781)   WILLIAM F. LEE
hmcelhinny@mofo.com   william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)   WILMER CUTLER PICKERING
mjacobs@mofo.com   HALE AND DORR LLP
3  JENNIFER LEE TAYLOR (CA SBN 161368)   60 State Street
jtaylor@mofo.com   Boston, MA 02109
4  ALISON M. TUCHER (CA SBN 171363)   Telephone: (617) 526-6000
atucher@mofo.com   Facsimile: (617) 526-5000
5  RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)   MARK D. SELWYN (SBN 244180)
jasonbartlett@mofo.com   mark.selwyn@wilmerhale.com
7  MORRISON & FOERSTER LLP   WILMER CUTLER PICKERING
425 Market Street   HALE AND DORR LLP
8  San Francisco, California  94105-2482   950 Page Mill Road
Telephone:  (415) 268-7000   Palo Alto, California 94304
9  Facsimile:  (415) 268-7522   Telephone: (650) 858-6000
Facsimile: (650) 858-6100
10

11  Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.
12

13

14  UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
15
SAN JOSE DIVISION
16

17  APPLE INC., a California corporation,   Case No. 11-cv-01846-LHK

18           Plaintiff,   **DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION**

19      v.

20  SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
21  York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
22  LLC, a Delaware limited liability company,

23           Defendants.

24

25

26

27

28

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3153036

1    I, Cyndi Wheeler, hereby declare as follows:

2    1.    I am an attorney for Apple Inc. ("Apple").  I submit this declaration in support of

3    Samsung's Administrative Motion to File Under Seal (Dkt. No. 977) pursuant to Local Rules 7-

4    11 and 79-5.  I have personal knowledge of the matters set forth below.  If called as a witness I

5    could and would competently testify as follows.

6    2.    Samsung's Opposition to Apple's Motion Pursuant to Rule 62(c) for Entry of

7    Preliminary Injunction Without Further Hearing (the "Opposition") and Exhibits 1 and 2 to the

8    Declaration of Carl Anderson in Support of the Opposition contain Apple-confidential

9    information.

10    3.    Exhibit 1 contains the confidential analysis of Apple's expert Terry Musika and

11    includes information from other highly confidential documents, including third party competitive

12    market research studies.  Exhibit 2 consists of highly confidential competitive market research

13    information.  These exhibits should be sealed in their entirety.

14    4.    The Opposition refers to specific information from these documents, in particular

15    in the final sentence of footnote 4 on page 8, and should be redacted to that extent.

16    5.    It is Apple's policy not to disclose or describe its confidential financial

17    information, business practices, or competitive research to third parties.  The above information is

18    indicative of the way that Apple manages its business affairs and reveals highly confidential

19    information on the competitive marketplace.  If disclosed, the information in the materials

20    described above could be used by Apple's competitors to Apple's disadvantage.  The requested

21    relief is necessary and narrowly tailored to protect the confidentiality of this information.

22    I declare under penalty of perjury under the laws of the United States of America that the

23    foregoing is true and correct to the best of my knowledge.  Executed this 1st day of June, 2012, in

24    Cupertino, California.

25

26    */s/ Cyndi Wheeler*
      Cyndi Wheeler

27

28

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3153036

1

1

2

**ATTESTATION OF E-FILED SIGNATURE**

3        I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this

4   Declaration.  In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has

5   concurred in this filing.

6   Dated:  June 1, 2012                    By:        */s/  Jason R. Bartlett*

                                                            Jason R. Bartlett
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28