1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed Samsung's Administrative Motion to File Documents Under Seal on May 25, 2012 (Dkt. No. 977) relating to Samsung's Opposition to Apple's Motion Pursuant to Rule 62(c) for Entry of Preliminary Injunction Without Further Hearing and supporting documents.  Pursuant to Civil L.R. 79-5(d), Samsung moved to seal certain exhibits designated as "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" under the protective order in this case.  Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motion to File Under Seal ("Wheeler Declaration").  The Wheeler Declaration provides sufficient evidence that the documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Exhibits 1 and 2 to the Declaration of Carl Anderson in Support of Samsung's Opposition to Apple's Motion Pursuant to Rule 62(c) for Entry of Preliminary Injunction Without Further Hearing; and

- The confidential, unredacted version of Samsung's Opposition to Apple's Motion Pursuant to Rule 62(c) for Entry of Preliminary Injunction Without Further Hearing.

**IT IS SO ORDERED.**

Dated: _____        _____
                                      Hon. Lucy H. Koh
                                      United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3153040

1