# EXHIBIT 1

# EXHIBIT 3
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs. CASE NO. 11 cv 01846 LHK

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA,INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.
______________________________/

H I G H L Y C O N F I D E N T I A L
O U T S I D E C O U N S E L O N L Y

VIDEOTAPED DEPOSITION OF CHRISTOPHER STRINGER
REDWOOD SHORES, CALIFORNIA
FRIDAY, NOVEMBER 4, 2011

BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
CSR LICENSE NO. 9830
TSG JOB NO. 43706

Highly Confidential - Outside Counsel's Eyes Only

Page 94

A Yes.

TSG Reporting - Worldwide (877) 702-9580



[redacted]

Q Direct your attention back to the '889 design patent.

A Yes.

Q Do you have any knowledge or information as to whether or not photographs of that physical mockup that you have in front of you, the 035 mockup, were submitted to the patent office as part of the application and prosecution process for the '889 design patent?

A In my preparations for today, we looked at copies of photographs of this object that I understand are attached to this patent.

Q And so if I understand you correctly, it's your understanding that the photographs that were submitted to the patent office as part of the '889 design patent depict the three dimensional mockup that you have in front of you that we call the 035?

A It is my understanding, and my recollection of yesterday's discussion, that the photographs that I saw related to this model and this patent.

Q Right.

And I guess I'm trying to now figure out what what photographs we're talking about so that we're on the same page. So let me let me provide

some, and maybe that will help.

What's the next number?

THE REPORTER: 1171.

MR. ZELLER: 1171?

THE REPORTER: Yes.

MR. ZELLER: Please mark as Exhibit 1171 excerpts from the prosecution history of the 504,889 design patent.

(Document marked Exhibit 1171 for identification.)

THE WITNESS: Thank you.

MR. ZELLER: So you have both sets in front of you at the same time, let's also please mark as Exhibit 1172 I'm sorry. Actually, we marked this before. What's this exhibit number? I think it's 841.

MR. JACOBS: He has the better photos. He has the better photos.

MR. ZELLER: Don't worry. I gave you the other set, too. I'm not trying to be totally unfair here.

So I'm going to show you what I am fairly confident was previously marked as Exhibit 841. We'll in the interim confirm that that is the exhibit number, but I believe I have it memorized now.

MR. JACOBS: Just put the Bates range into the record.

MR. ZELLER: Yeah. And this, for the record, is APLPROS000018778 through '18798.

MR. JACOBS: Mr. Stringer, as you're discussing the meeting we had yesterday, if you can describe what you did, as opposed to any particular communications that you and I had on the subject, that would avoid the need for me to instruct you each time Mr. Zeller asks you a question.

THE WITNESS: Sorry. Say that again, please.

MR. JACOBS: If you can describe what you did at the meeting by way of comparison, rather than what I what what your and my discussion was on the topic.

THE WITNESS: What I did yesterday?

MR. JACOBS: Yes.

THE WITNESS: In comparing these

MR. JACOBS: As Mr. Zeller is asking you questions

THE WITNESS: Okay. Oh.

MR. JACOBS: If you can describe what you did rather than our discussion

THE WITNESS: Got it.

MR. JACOBS: then I don't have to engage

in privilege discussions each time.

THE WITNESS: Right.

MR. ZELLER: Just generally speaking, avoid disclosing the substance of the communications you had with your counsel.

THE WITNESS: Got it.

MR. ZELLER: I put in front of you two exhibits. One is Exhibit 1171, and another one is Exhibit 841.

Q Are are either of these photographs

A Oh, 841. Okay.

Q Yes.

Or do they include photographs that you're referring to?

A So document 1171 is of no material value, on account of it appearing to be largely blank, with the exception of some very poor quality shadowy images. So I would prefer to not refer to that in any way or form.

Document 841 for the most part resembles photographs that I reviewed yesterday, but there appear differences that may be immaterial to the questioning.

Q Focusing on the photographs that are marked here as Exhibit 841, is the three dimensional mockup

that's depicted in the photographs that we marked as Exhibit 841, where the where the mockup is shown, the same physical mockup that you have in front of you that we call the 035 mockup?

A I believe you're asking me, are these photographs of the subject? And it is my belief that these are photographs of the object.

Q And so the record is clear, when you say

A Oh.

Q "the photographs," you're referring to the photographs that are depicted in 841, and then the object that you're pointing to and referring to is what we call the 035 model?

A Yes.

MR. JACOBS: If we could just ask you, Mr. Zeller, is this these this writing on this, is this in the '841 that you that is in the record? I'm looking at '18792.

MR. ZELLER: This is exactly how it was produced to us.

MR. JACOBS: Oh, with these lines on it?

MR. ZELLER: Right.

THE WITNESS: I recall those lines yesterday.

MR. JACOBS: Okay.

MR. ZELLER: All right.

Q And setting aside the various lines and drawings that appear to be on these photographs, you understood I was asking you about the object that's depicted in the actual photographs; is that correct?

A Yes.

Q And without disclosing the substance of what you discussed with your counsel, did did you satisfy yourself that the 035 mockup is, in fact, what's in the the photographs that we've marked as Exhibit 841?

A I am convinced from studying both the object 035 and the Document 841 that these are one and the same object.

Q And that comparison that you did led you to be satisfied that they're one and the same?

A Yes. I studied the photographs. I studied the object. I believe that these are photographs of model Apple Proto 035.

[redacted]

Q And that's one of the comparisons that you see between the photographs and the three dimensional model, the 035 model, that satisfied you that they're one and the same?

A That is one of the details that satisfied me that it was one and the same.

Q Directing your attention to '18790.

A Yes.

Q You'll see that, at least as shown in this image here, there appears to be a somewhat thicker, darker line that runs at least part of the perimeter of the front of the device that can be seen there on the front; do you see that?

A There are a number of parallel lines, one of which is darker and broader than others.

Q Well, let me let me try it with another image, and maybe we'll come back to this in a minute. If you'd take a look at the next page, which is '18791.

A Yes.

Q And maybe this is a better image to try and work from, but you'll see that there is a a darker line that runs in between the lighter colored housing and then the so called glass, but is really plastic flat surface; do you see that darker line?

A Yes.



Highly Confidential - Outside Counsel's Eyes Only

Page 103

[redacted]

TSG Reporting - Worldwide (877) 702-9580

(Document marked Exhibit 841A for identification.)

MR. ZELLER: If we can go back to Exhibit 1170. And by the way, did you want to send those mockups back?

MR. JACOBS: That would be great.

MR. ZELLER: Okay. So let's go off the record.

THE VIDEOGRAPHER: The time is 2:42 p.m., and we are off the record.

(Recess taken.)

THE VIDEOGRAPHER: The time is 2:55 p.m., and we are back on the record.

MR. ZELLER: Direct your attention to the '889 design patent, which was previously marked as Exhibit 8.

MR. JACOBS: I'll just hand you my copy.

THE WITNESS: All right. Thank you.

MR. ZELLER: Q. Please take a look at Figure 1.

A Yes.

Q You'll see on Figure 1 that at least as part

of the -- at least along part of the -- generally what we'll call the perimeter area of the front, there's a darker, thicker line?

A Which figure are you looking at?

Q This is Figure 1.

A Figure 1.

Q Do you see where at least on part of the perimeter, there is a line that is darker and thicker?

A Which would be the second line from the left on the left side of the figure.

Q Right, on the left side.

And then on the bottom portion of Figure 1, it appears to run -- to be the line that is -- that the -- is the edge, at least from that perspective?

A It looks like the edge, yes.

Q Do you know what that thicker line depicts?

A It's -- on the lower edge, it's the -- it looks like the edge of the housing.

Q Well, what about on the left side?

A It's the edge of the housing.

Q So on both the left side and the bottom side, you construe that darker, thicker line to be where the edge of the housing is?

A I do construe that. And it's -- my assumption is confirmed by looking at Figure 3 that