# EXHIBIT 2

# EXHIBIT 6
# FILED UNDER SEAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-X000005874