# EXHIBIT 3

# EXHIBIT 7
# FILED UNDER SEAL

