# EXHIBIT 4

# EXHIBIT 8
# FILED UNDER SEAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APLNDC-X000005858