# EXHIBIT 5

# EXHIBIT 10
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4   APPLE INC., a California
     corporation,
 5

 6          Plaintiff,

 7   vs.                          Case No. 11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,

12          Defendants.
     ---------------------------------/
13

14

15

16

17        CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19     VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
             Redwood Shores, California
20              Friday, October 21, 2011

21

22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23   JOB NO. 43000

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

```
 1            MR. MONACH:  Objection.  Vague.
 2            THE WITNESS:  I don't understand if I
 3    understand your definition.
 4            BY MS. CARUSO:
10       Q.   -- and if you could just hold that up again
11    for the camera.
12            THE VIDEOGRAPHER:  I didn't get a shot of
13    the front.  You have to hold it longer for me.
14            Thank you.  Great.
15            BY MS. CARUSO:
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 192

```
15            BY MS. CARUSO:
16       Q.   But you can't recall right now what that
17   was?
18       A.   I can't recall.
```

25            MR. MONACH:  Object to the form of the

Page 193

[redacted lines 1-6]

```
 7            BY MS. CARUSO:
 8       Q.   I take it that as with the other design
 9  patents we discussed, you can't call out any
10  particular contribution made by any member of the
11  design team with respect to the design of the D889
12  patent; is that correct?
13       A.   That's correct.
```

[redacted lines 14-25]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 194

```
 1           BY MS. CARUSO:
 2  ████  ██  █████████████████
 3  ████  ██  ██████████████████████████████
 4  ████  ██████
 5  ████  ██  ████
 6  ████  ██  ███████████████████████████████████
 7  ████  ████████████████
 8       Q.   Would you describe the surface of the
 9  iPhone as extending to the outside of the product?
10           MR. MONACH:  Objection.  Vague.
11           BY MS. CARUSO:
12       Q.   I'll reask the question.
13           Would you describe the glass surface of the
14  iPhone as extending to the outside of the product?
15       A.   I would describe the glass surface
16  extending to the bezel.
17           MS. CARUSO:  We need to take a short break
18  to change the tape.
19           THE VIDEOGRAPHER:  This marks the end of
20  Tape No. 3 in today's deposition of Daniele de
21  Iuliis.  The time is 5:29 p.m.  We are off the
22  record.
23           (Recess taken, from 5:29 to 5:38.)
24           THE VIDEOGRAPHER:  This marks the beginning
25  of Tape No. 4 in today's deposition of Daniele de
```