HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

1   In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") submits this motion for an order to seal the following documents or portions thereof:
3   1.   The confidential, unredacted version of Apple's Opposition to Samsung's Motion for
4        Leave to File Motion for Reconsideration ("Opposition"); and
5   2.   The confidential, unredacted version of Exhibit A to the Declaration of Grant Kim in
6        Support of Apple's Opposition to Samsung's Motion for Leave to File Motion for
7        Reconsideration ("Kim Declaration"), which has been designated as confidential as
8        set forth below.
9       Portions of the Opposition and Exhibit A to the Kim Declaration contain information that
10  is highly confidential as set out in the Declaration of Cyndi Wheeler filed as Docket No. 1031
11  ("Wheeler Declaration").  The Apple-confidential material in these documents relates to such
12  highly confidential business information, as detailed in the Wheeler Declaration.  (*Id*. ¶¶ 3, 5.)  It
13  is Apple's policy not to disclose or describe to third parties its confidential information like the
14  information contained in the documents described above.  (Wheeler Declaration ¶¶ 3, 5, 10.)
15  This information is highly confidential to Apple. (*Id*.)  The information described above could be
16  used by Apple's competitors to Apple's disadvantage if disclosed publicly.  (*Id.*)  The relief
17  requested in this motion is necessary and is narrowly tailored to protect confidential information,
18  focusing only on specific portions of the documents at issue.
19      Moreover, to the extent Apple's Opposition refers to or discusses Exhibit A to the Kim
20  Declaration, it could be used to Apple's disadvantage by competitors if it were not filed under
21  seal, for the same reasons.
22      In addition, the Opposition contains materials that Samsung has designated as confidential
23  under the protective order entered in this case.  Apple expects that, pursuant to Civil Local Rule
24  79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of
25  this document.
26      Pursuant to the Court's standing order regarding motions to file under seal, effective
27  December 1, 2011, attached are the proposed public redacted versions of the items that Apple is
28

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)                                                                                          1
sf-3150854

1  seeking to file under seal.  Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the
2  documents at issue with the sealable portions highlighted.

3  Dated: June 4, 2012                           MORRISON & FOERSTER LLP

                                                 By:  */s/ Michael A. Jacobs*
                                                      Michael A. Jacobs

                                                 Attorneys for Plaintiff
                                                 APPLE INC.