|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF THE COURT'S MAY 21, 2012 ORDER (DKT. NO. 978-1)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR LEAVE TO FILE MOT. FOR RECON.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154505

The Court having considered the supporting and opposing papers submitted in connection with Samsung's Motion for Leave to Seek Reconsideration of the Court's May 21, 2012 Order (Dkt. No. 978-1),

**IT IS HEREBY ORDERED THAT:**

Samsung's Motion for Leave to Seek Reconsideration of the Court's May 21, 2012 Order (Dkt. No. 978-1) is **DENIED**.

Dated: _____

                                          Honorable Lucy H. Koh
                                          United States District Judge