Exhibit B

Corrected Volume III of III, Pages A6291 to A9331

No. 2012-1105

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### APPLE INC.,

*Plaintiff-Appellant,*

v.

### SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,

*Defendants-Appellees.*

On Appeal from the United States District Court for the Northern District of California in Case No. 11-cv-01846-LHK, Judge Lucy H. Koh

## CORRECTED JOINT APPENDIX — CONFIDENTIAL VERSION

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
GRANT L. KIM
ALISON M. TUCHER
RICHARD S.J. HUNG
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000

BRIAN R. MATSUI
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1888

*Counsel for Plaintiff-Appellant*

CHARLES K. VERHOEVEN
KATHLEEN M. SULLIVAN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants-Appellees*



APLPROS0000018778

**A8626**



APLPROS0000018779



**A8628**

APLPROS0000018780



A8629

APLPROS0000018781



APLPROS0000018782

**A8630**



APLPROS0000018783



A8632

APLPROS0000018784



APLPROS0000018785



APLPROS0000018786



**A8635**

APLPROS0000018787



APLPROS0000018788



APLPROS0000018789



APLPROS0000018790



APLPROS0000018791



APLPROS0000018792



APLPROS0000018796



A8642

APLPROS0000018797



APLPROS0000018798