1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.
2    ("Apple") submits this motion for an order to seal the following documents or portions thereof:
3        1.   The confidential, unredacted version of Apple's Opposition to Samsung's Motion for
4             Leave to File Motion for Reconsideration ("Opposition"); and
5        2.   The confidential, unredacted version of Exhibit A to the Declaration of Grant Kim in
6             Support of Apple's Opposition to Samsung's Motion for Leave to File Motion for
7             Reconsideration ("Kim Declaration"), which has been designated as confidential as
8             set forth below.
9        Portions of the Opposition and Exhibit A to the Kim Declaration contain information that
10   is highly confidential as set out in the Declaration of Cyndi Wheeler filed as Docket No. 1031
11   ("Wheeler Declaration").  The Apple-confidential material in these documents relates to such
12   highly confidential business information, as detailed in the Wheeler Declaration. (*Id*. ¶¶ 3, 5.) It
13   is Apple's policy not to disclose or describe to third parties its confidential information like the
14   information contained in the documents described above.  (Wheeler Declaration ¶¶ 3, 5, 10.)
15   This information is highly confidential to Apple. (*Id*.)  The information described above could be
16   used by Apple's competitors to Apple's disadvantage if disclosed publicly.  (*Id.*)  The relief
17   requested in this motion is necessary and is narrowly tailored to protect confidential information,
18   focusing only on specific portions of the documents at issue.
19       Moreover, to the extent Apple's Opposition refers to or discusses Exhibit A to the Kim
20   Declaration, it could be used to Apple's disadvantage by competitors if it were not filed under
21   seal, for the same reasons.
22       In addition, the Opposition contains materials that Samsung has designated as confidential
23   under the protective order entered in this case.  Apple expects that, pursuant to Civil Local Rule
24   79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of
25   this document.
26       Pursuant to the Court's standing order regarding motions to file under seal, effective
27   December 1, 2011, attached are the proposed public redacted versions of the items that Apple is
28

ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)                                                                1
sf-3150854

1  seeking to file under seal.  Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the
2  documents at issue with the sealable portions highlighted.

3  Dated: June 4, 2012                                    MORRISON & FOERSTER LLP

                                                         By:   */s/ Michael A. Jacobs*
                                                               Michael A. Jacobs

                                                         Attorneys for Plaintiff
                                                         APPLE INC.