1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

| | |
|---|---|
| 11  APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| 12           Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| 13     v. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18           Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal the following documents:
3       1. The confidential, unredacted version of Apple's Opposition to Samsung's Motion
4          for Leave to file Motion for Reconsideration; and
5       2. The confidential, unredacted version of Exhibit A to the Declaration of Grant Kim
6          in Support of Apple's Opposition to Samsung's Motion for Leave to file Motion
7          for Reconsideration.
8    Having considered the arguments and the papers submitted, and GOOD CAUSE
9  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
10 Under Seal. The above-referenced documents shall be filed under seal.
11   **IT IS SO ORDERED.**
12
13 Dated: _____    _____
                                     Hon. Lucy H. Koh
14                                   United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S ADMIN. MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)                                          1
sf-3154476