HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF GRANT L. KIM IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF THE COURT'S MAY 21, 2012 ORDER** |

I, GRANT KIM, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP, counsel of record in this action for Plaintiff Apple Inc. I also appeared as counsel in Apple's appeal of this Court's preliminary injunction ruling to the Federal Circuit. I submit this declaration to authenticate certain documents filed in support of Apple's Opposition to Samsung's Motion for Reconsideration of the Court's May 21, 2012 Order. I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Attached as Exhibit A is a true and correct copy of portions of the Brief of Appellees that Samsung filed in the Federal Circuit appeal that are relevant to Samsung's motion for reconsideration (omitting confidential portions that are not relevant to Samsung's motion). As indicated by these excerpts, Samsung argued that this Court's finding that the Galaxy Tab 10.1 likely infringes Apple's D'889 patent was erroneous, and that the Federal Circuit should affirm the denial of a preliminary injunction as to the D'889 patent on the ground that there is no likely infringement. (Ex. A at 61-63.) In the alternative, Samsung argued that the Federal Circuit should remand for further consideration of both infringement and validity to allow Samsung to present new evidence (including "more clear photos" of an unreleased tablet model), which allegedly shows that Apple's design patents are not valid or infringed. (*Id.* at 73-74.) The Federal Circuit did not accept either argument.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts of photos of the unreleased tablet model that Samsung submitted to the Federal Circuit as part of the appellate record (A8626-43), which Samsung relied on in its appellate brief (Ex. A at 63). Samsung submitted these same photos to this Court on October 18, 2011, as Exhibit R to the Tung Declaration In Support of Samsung's Notice of Lodging of Materials In Opposition to Apple's Motion for Preliminary Injunction. These photos are not confidential because they were submitted to the Patent Office. In contrast, Samsung redacted the photo that appears at page 74 of Samsung's appellate brief from the public version of its brief, because this photo was not submitted to the Patent Office.

KIM DECL. ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR RECONSIDERATION OF MAY 21, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154147

1

KIM DECL. ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR RECONSIDERATION OF MAY 21, 2012 ORDER

4. Attached as Exhibit C is a true and correct copy of relevant excerpts of the Reply Brief of Appellant that Apple filed in the Federal Circuit appeal. As indicated by these excerpts, Apple noted that the photos of the unreleased tablet model were not relevant to the scope of the D'889 patent because the Examiner excluded the photos by cancelling the statement in the patent application that referred to these photos.

5. Attached as Exhibit D is a true and correct copy of relevant excerpts of the D'889 prosecution history, which are included in the Federal Circuit appellate record. As indicated by these excerpts, Apple's application for the D'889 patent referred to "an appendix showing various photographs of an electronic device in accordance with one embodiment." (A9245.) The Examiner responded by cancelling this statement as improper. (A9280-81.) Accordingly, this statement does not appear in the D'889 patent, as finally issued.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 4th day of June 2012, at San Francisco, California.

*/s/   Grant L. Kim*
Grant L. Kim

KIM DECL. ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR RECONSIDERATION OF MAY 21, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154147

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Grant L. Kim has concurred in this filing.

Dated: June 4, 2012

*/s/ Michael A. Jacobs*
Michael A. Jacobs

KIM DECL. ISO APPLE'S OPP. TO SAMSUNG'S MOT. FOR RECONSIDERATION OF MAY 21, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154147

3