Exhibit B

**Corrected Volume III of III, Pages A6291 to A9331**

**No. 2012-1105**

---

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

---

**APPLE INC.,**

*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC,**

*Defendants-Appellees.*

---

On Appeal from the United States District Court for the Northern District of
California in Case No. 11-cv-01846-LHK, Judge Lucy H. Koh

---

**CORRECTED JOINT APPENDIX — CONFIDENTIAL VERSION**

---

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
GRANT L. KIM
ALISON M. TUCHER
RICHARD S.J. HUNG
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000

BRIAN R. MATSUI
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1888

*Counsel for Plaintiff-Appellant*

CHARLES K. VERHOEVEN
KATHLEEN M. SULLIVAN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
MICHAEL T. ZELLER
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Counsel for Defendants-Appellees*



APLPROS0000018778



APLPROS0000018779



APLPROS0000018780

**A8628**



APLPROS0000018781



A8630

APLPROS0000018782



**A8631**

APLPROS0000018783



A8632

APLPROS0000018784



APLPROS0000018785



A8634

APLPROS0000018786



A8635

APLPROS0000018787



APLPROS0000018788



APLPROS0000018789



A8638

APLPROS0000018790



APLPROS0000018791



APLPROS0000018792



APLPROS0000018796

**A8641**



A8642

APLPROS0000018797



**A8643**

APLPROS0000018798