# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 5, 2012                              Time in Court: [9:32 to 10:16 (44 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics, Co., Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK** and **CV12-00630 LHK**
Plaintiff Attorney(s) present: Alison Tucher, Jason Lo and Mark Lyon
Defendant Attorney(s) present: Sara Jenkins, Michael Fazio and Shahin Rezvani

**PROCEEDINGS:**
**CV11-01846 LHK: Samsung's Motion to Seal (In Re: Docket No. 891)**
**CV12-00630 LHK: Samsung's Motion to Compel (In Re: Docket No. 146)**

CV11-01846 LHK: Hearing held. The Court denies Samsung's motion to seal portions of the March 27, 2012 hearing transcript.

CV12-00630 LHK: Counsel present oral arguments.  The Court takes matter under submission; written order after hearing to be issued.

///