HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNGS'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR ADVERSE INFERENCE** |

I, CYNDI WHEELER, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 987) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. Exhibits 2 and 3 to the Declaration of Alex Binder in Support of Samsung's Opposition to Apple's Motion for Adverse Inference Jury Instruction (Dkt. No. 987-39) ("Binder Declaration") are excerpts from Apple's identifications of custodians, search terms, and document retention notices. These documents contain non-public Apple confidential information relating to Apple's products, internal servers, the components in Apple's products, Apple's document collection and preservation procedures, and the individual employees involved with the claims at issue and Apple's document collection efforts. This information could be used to Apple's disadvantage by competitors if it were not filed under seal. These exhibits should be sealed in their entirety.

3. It is Apple's policy not to disclose or describe its confidential business and processes, product development information, or confidential information about the structure of its internal corporate computer infrastructure. The above information is indicative of the way that Apple manages its business affairs and reveals highly confidential information regarding its business practices. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed this 5th day of June, 2012 at Cupertino, California.

*/s/ Cyndi Wheeler*
CYNDI WHEELER

WHEELER DECL. ISO SAMSUNG'S MOT. TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154796

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: June 5, 2012  /s/ *Michael A. Jacobs*
Michael A. Jacobs

WHEELER DECL. ISO SAMSUNG'S MOT. TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154796