| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERICA TIERNEY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Erica Tierney, do hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal. I have personal knowledge of the matters set forth below. If called as a witness I could and would testify competently as follows.

2. The exhibits to the Supplemental Declaration of Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports ("Supplemental Price Declaration"), the exhibits to the Corrected Supplemental Declaration of Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports ("Corrected Supplemental Price Declaration"), the Second Supplemental Declaration of Christopher E. Price in Support of Samsung's Motion to Strike Expert Reports ("Second Supplemental Price Declaration") and the exhibits to the Second Supplemental Price Declaration contain information that Apple treats as confidential in the ordinary course of its business and/or that is confidential third party information. Specifically:

  A. Supplemental Price Declaration Exhibits 1-5 are license agreements between Apple and third parties, which are subject to non-disclosure agreements and contain proprietary information that is highly sensitive and highly confidential to the company and to those third parties. These exhibits should be sealed in their entirety.

  B. Corrected Supplemental Price Declaration Exhibits 1-5 are license agreements between Apple and third parties, which are subject to non-disclosure agreements and contain proprietary information that is highly sensitive and highly confidential to the company and to those third parties. These exhibits should be sealed in their entirety.

  C. The Second Supplemental Price Declaration discusses confidential license agreements between Apple and third parties, which are subject to non-disclosure agreements. The documents discussed contain Apple and third party proprietary information that is highly sensitive and highly

confidential to the company and to those third parties. A proposed redacted copy is attached as Exhibit 1.

   D. Second Supplemental Price Declaration Exhibit A is a Letter from Peter Kolovos to Diane Hutnyan, which discusses confidential license agreements between Apple and third parties, which are subject to non-disclosure agreements. The documents discussed contain Apple and third party proprietary information that is highly sensitive and highly confidential to the company and to those third parties.  A proposed redacted copy is attached as Exhibit 2.

   E. Second Supplemental Price Declaration Exhibits B-E are license agreements between Apple and third parties, which are subject to non-disclosure agreements and contain proprietary information that is highly sensitive and highly confidential to the company and to those third parties. These exhibits should be sealed in their entirety.

  3. Apple does not maintain a claim of confidentiality on the Supplemental Price Declaration or the Corrected Supplemental Price Declaration.

  4. It is Apple's policy not to disclose or describe its license agreements.  The information that is described above is confidential to Apple and to various third parties.  Apple's license agreements are carefully maintained as business secrets that are not disclosed or leaked to any person outside of Apple.  Apple is well known worldwide for its corporate culture of carefully maintaining the confidentiality of its business information.  If disclosed, the information in the materials describe above could be used by Apple's competitors to the disadvantage of Apple and/or the third party signatories to the license agreements.

  5. The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific exhibits and specific portions of the briefs at issue.

| | |
|---|---|
| 1 | I declare under the penalty of perjury under the laws of the United States of America that |
| 2 | the forgoing is true and correct to the best of my knowledge and that this Declaration was |
| 3 | executed this 5th day of June, 2012, at Washington, DC. |

Dated:  June 5, 2012                                         By:   _/S/ Erica Tierney_____
                                                                                Erica Tierney

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Erica Tierney has concurred in this filing.

Dated:  June 5, 2012                                      By:           */s/ Mark D. Selwyn*
                                                                                    Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 5, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Mark D. Selwyn*
Mark D. Selwyn