# Exhibit 1

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17               UNITED STATES DISTRICT COURT
18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES**<br><br>Date: June 26, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal<br><br>**UNDER SEAL** |

**SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER E. PRICE**

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this second supplemental declaration in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories. I have personal knowledge of the facts set forth in this supplemental declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. On May 30, 2012, 13 days after Samsung filed its Motion to Strike – which seeks in part to strike portions of the reports of Apple's damages expert due to Apple's deficient, incomplete, belated, and contradictory production of licensing information – Apple produced for the first time four more patent license agreements. A true and correct copy of Peter J. Kolovos's May 31, 2012 letter to Diane C. Hutnyan regarding the production is attached as Exhibit A. The four patent license agreements are:

(a) Document Bates numbered APLNDC-WH0000728153-8172, a true and correct copy of which is attached as Exhibit B. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ *See* Exs. U, V, and W to the Declaration of Christopher E. Price in Support of Samsung's Motion to Strike, Dkt. No. 936.)

(b) Document Bates numbered APLNDC-WH0000728173-8184, a true and correct copy of which is attached as Exhibit C. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Exhibit M to the Declaration of Christopher E. Price in Support of Samsung's Motion to Strike, Dkt. No 936);

1  (c) Document Bates numbered APLNDC-WH0000728185-8192, a true and correct
2  copy of which is attached as Exhibit D; and
3  (d) Document Bates numbered APLNDC-WH0000728193-8218, a true and correct
4  copy of which is attached as Exhibit E.
5  3. ██████████████████████████████████████
6  ██████████████████████████████████████
7  ██████████████████████████████████████
8  ██████████████████████████████████████
9  ██████████████████████████████████████
10 ██████████████████████████████████████
11 4. Apple's Rule 30(b)(6) witness on certain licensing issues was deposed on
12 February 23, 2012.  Fact discovery in this case closed on March 8, 2012.  Samsung served its
13 opening and rebuttal damages reports on March 22 and April 16, 2012, respectively.  Obviously,
14 these newly produced license agreements – as well as the other agreements discussed in my
15 original declaration – were not available to Samsung or its experts to formulate Samsung's
16 damages theories or respond to Apple's.
17
18 I declare under penalty of perjury under the laws of the United States of America that the
19 foregoing is true and correct.
20 Executed on May 31, 2012, at Los Angeles, California.

*[signature]*

Christopher E. Price