| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   5:11-cv-01846-LHK <br><br> **MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS [DOCKET NOS. 1033 THROUGH 1033-8]** |

1  Apple hereby moves to remove the following document from ECF, submitted
2  electronically on June 4, 2012:
3  Apple's Administrative Motion to File under Seal its Opposition to Samsung's Motion for
4  Leave to Seek Reconsideration of the Court's May 21, 2012 Order, including all attachments filed
5  therewith [Docket Nos. 1033 through 1033-8].
6  Apple's Opposition inadvertently contained confidential information that wasn't properly
7  redacted.  The ECF Help Desk has already been contacted, and they have promptly locked the
8  documents in question and are awaiting the Court's order to remove it from the record.
9  Apple will today file and lodge with the Clerk's Office a motion to seal this document.
10  Apple anticipates that Samsung will submit a declaration and proposed sealing order pursuant to
11  Local Rule 79-5(d).
12  For the foregoing reasons, Apple respectfully requests that the Court grant Apple's
13  Motion to Remove Incorrectly Filed Document [Docket Nos. 1033 through 1033-8].

14  Dated: June 5, 2012               MORRISON & FOERSTER LLP

16                                    By:  */s/ Michael A. Jacobs*
17                                         MICHAEL A. JACOBS

18                                         Attorneys for Plaintiff and
                                           Counterclaim-Defendant
19                                         APPLE INC.