QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO NOTICE OF MOTION FOR CLARIFICATION OF APRIL 12 ORDER**<br><br>Date:     June 21, 2012<br>Time:    10:00 a.m.<br>Place:   Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

02198.51855/4793259.1

Case No. 11-cv-01846-LHK
HUTNYAN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO MOTION FOR CLARIFICATION OF APRIL 12 ORDER

I, Diane C. Hutnyan, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple's Motion For Clarification of April 12 Order.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Samsung first requested the documents sought under Part B.2. of the April 12 Order last fall.  At that time, Apple raised concerns about confidential business information within the requested production.  Samsung repeatedly requested that Apple identify any and all relevant third parties, and Apple provided the names of five companies.  Samsung was able to obtain the necessary authorizations from all but one of the companies.  The fifth entity had requested more information from Apple, which was not forthcoming until after the April 12 order.  Apple reported it was able to obtain the necessary authorization from that entity just a couple of days after it contacted that entity requesting consent in late April.

3. Since Apple filed its "Supplemental Statement of Additional Facts Regarding Motion for Clarification" on May 9, 2012, Apple does not appear to have taken further action to comply with the April 12 Order.  Attached hereto as Exhibit A is a true and correct copy of the May 25, 2012 letter from me to Mia Mazza, counsel for Apple, asking for information regarding Apple's attempts to comply with the April 12 Order.  Apple has not responded to this letter.

4. Attached hereto as Exhibit B is a true and correct copy of the May 9, 2012 email from Jason Bartlett, counsel for Apple, to me in which Apple stated that Samsung should "explain, with specific citations to transcript pages why Samsung believes it is entitled to take these depositions."

5. Attached hereto as Exhibit C is a true and correct copy of the April 24, 2012 letter from Ms. Mazza to me stating that Apple "did not "see any [deposition transcripts] that warrant recalling a witness for deposition."

02198.51855/4793259.1

-1- Case No. 11-cv-01846-LHK
HUTNYAN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO MOTION FOR CLARIFICATION OF APRIL 12 ORDER

1  6. Attached hereto as Exhibit D is a true and correct copy of the April 25, 2012 letter
2  from Ms. Mazza to me stating that Apple would only produce witnesses necessary to mitigate the
3  prejudice to Samsung.
4  I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.  Executed on the 5th of June, 2012, in Los Angeles, California.

                                                            /s/ Diane C. Hutnyan
                                                                Diane C. Hutnyan

02198.51855/4793259.1

-2-   Case No. 11-cv-01846-LHK
HUTNYAN DECLARATION IN SUPPORT OF SAMSUNG'S OPPOSITION TO MOTION FOR
CLARIFICATION OF APRIL 12 ORDER

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing Declaration. In compliance with General Order 45 (X)(B), I hereby attest that Diane C. Hutnyan has concurred in this filing.

DATE: June 5, 2012                               /s/ Victoria F. Maroulis
                                                  Victoria F. Maroulis