# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000  FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3666**

WRITER'S INTERNET ADDRESS
**dianehutnyan@quinnemanuel.com**

May 25, 2012

<u>VIA ELECTRONIC MAIL</u>

Mia Mazza, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:     *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Mia,

I write again regarding Apple's continued non-compliance with the Court's April 12, 2012 Order regarding production of materials from related proceedings.

1.  In your April 30 letter, you stated that Apple had notified and requested consent from "all" "third parties whose consent would need to be obtained in order for all remaining documents to be released."  On May 7, however, Apple's Status Update stated that counsel for Apple in the *Elan v. Apple* action in the Northern District of California "is reviewing to confirm no additional consents are required prior to production."  Please let us know whether counsel for Apple has now finished its review, and whether it determined that consents were needed from any third parties not previously identified.  If additional third parties were identified, please identify them by name, let us know whether and when they received a notification and request for consent, and furnish us with a copy of any related correspondence.

2.  Please let us know what Apple has done since April 30 to secure consent from each of the third parties whose CBI has been implicated, and provide us with copies of all related correspondence.  For each of the third parties, also please specifically identify whose lack of consent Apple believes still remains a "barrier to production," and provide a brief

quinn emanuel urquhart & sullivan, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

description of whatever issue is proving to be an impediment, and specifically what Apple has done to address it.

3. Please identify by Bates number all documents from proceedings with a technological nexus that Apple has produced since it filed its May 7 Status Update Regarding Compliance With April 12 Order.

4. In your May 4 letter, you stated that "[w]ith respect to the *Elan ITC* matter, the docket sheet reflects what is being withheld—all documents that were filed confidentially as opposed to publicly." Please explain why Apple is withholding "all documents that were filed confidentially" as opposed to only documents that contain Elan CBI. Please quantify and specifically identify the materials from the Elan ITC case still being withheld.

5. Please produce all remaining documents responsive to Section B.2. of the April 12 order in redacted form without further delay.

6. Please produce immediately any employee deposition transcripts from the ten cases with a technological nexus that have not already been produced and explain why they were withheld. Note also that Apple has a continuing obligation to produce new responsive transcripts. It appears Apple only produced transcripts from depositions taken before or on March 27, 2012.

I look forward to hearing from you.

Kind regards,

*/s/ Diane C. Hutnyan*

Diane C. Hutnyan

02198.51855/4774077.1