| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>  HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>             Plaintiff, <br><br>      vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>             Defendants. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>             Counterclaim-Plaintiffs, <br><br>       v. <br><br> APPLE INC., a California corporation, <br><br>             Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK <br><br><br> **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") moves for an order to seal the following documents:
3       1.   Confidential portions of Apple's Opposition to Samsung's Motion to Enforce the
4           Court's April 12, 2012 Order, filed herewith.
5       2.   Exhibits 1, 2 and 7 to the Declaration of Mia Mazza in Support of Apple's
6           Opposition to Samsung's Motion to Enforce the Court's April 12, 2012 Order, filed
7           herewith.
8   Item 1 of the above documents contains information that Samsung has designated as
9   confidential under the protective order.  Apple expects that pursuant to Civil Local Rule 79-5(d),
10  Samsung will file a declaration, and accompanying Proposed Order, attempting to establish good
11  cause to permit the sealing of these materials.
12      Item 2 of the above documents contains information that is Apple-confidential as set out
13  in the Declaration of Erica Tierney in Support of Apple's Administrative Motion to File
14  Documents Under Seal ("Tierney Declaration"), filed herewith.  As described in the Tierney
15  Declaration, this motion requests relief that is necessary and narrowly tailored to protect only
16  that confidential information.  It is Apple's policy not to disclose or describe its confidential
17  design and product development and/or procurement information.  (Tierney Declaration ¶ 3.)
18  This information is highly confidential to Apple.  (*Id.*)  The information described above could
19  be used by Apple's competitors to Apple's disadvantage if disclosed publicly.  (*Id.*)  The relief
20  requested in this motion is necessary and is narrowly tailored to protect confidential information,
21  focusing only on specific portions of the documents at issue.  (*Id.* ¶ 4.)
22      Pursuant to the Court's standing order regarding motions to file under seal, effective
23  December 1, 2011, attached is the proposed public redacted versions of Items 1 and 2 that Apple
24  is seeking to file under seal. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the
25  documents at issue with the sealable portions highlighted.
26      Pursuant to General Order No. 62, Apple's entire filing will be lodged with the Court for
27  *in camera* review and served on all parties.
28

- 1 -    APPLE INC.'S ADMINISTRATIVE MOTION TO
         FILE DOCUMENTS UNDER SEAL
         Case No. 11-cv-01846 (LHK)

Dated: June 5, 2012
/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Motion.  In compliance with General Order 45, X.B., I hereby attest that Mark D. Selwyn has concurred in this filing.

Dated:  June 5, 2012                              By:        */s/ Michael A. Jacobs*
                                                                          Michael A. Jacobs