1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
("Apple") has filed an administrative motion for an order to seal portions of the following documents:

   1.   Confidential portions of Apple's Opposition to Samsung's Motion to Enforce the Court's April 12, 2012 Order, filed herewith.

   2.   Exhibits 1, 2 and 7 to the Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Motion to Enforce the Court's April 12, 2012 Order, filed herewith.

   Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal. The above-referenced documents shall be filed under seal.

   **IT IS SO ORDERED.**

Dated: _____        By: _____
                                 Honorable Paul S. Grewal
                                 United States Magistrate Judge