UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO ENFORCE APRIL 12, 2012 ORDER (DKT. NO. 965)**<br><br>Date: June 21, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

1  The Court having considered the supporting and opposing papers submitted in connection
2  with Samsung's Motion to Enforce April 12, 2012 Order (Dkt. No. 965), as well as the arguments
3  made by counsel, and GOOD CAUSE HAVING BEEN SHOWN,
4  **IT IS HEREBY ORDERED THAT:**
5  Samsung's Motion to Enforce April 12, 2012 Order (Dkt. No. 965) is **DENIED**.

7  Dated: _____

8  _____
   Honorable Paul S. Grewal

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION TO ENFORCE APRIL 12, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3155036

1