# DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 4

# Kolovos, Peter

| | |
|---|---|
| **From:** | Kolovos, Peter |
| **Sent:** | Monday, March 12, 2012 9:56 PM |
| **To:** | Diane Hutnyan; Rachel Herrick Kassabian; Samsung v. Apple |
| **Cc:** | AppleMoFo; WH Apple Samsung NDCal Service |
| **Subject:** | FW: Apple v Samsung (NDCal) -- Discovery Correspondence |
| **Attachments:** | Mar 6 Letter Blevins and Hieta.pdf |

Diane and Rachel,

We continue to await Samsung's response to the attached proposal. If Samsung accepts this proposal, Mr. Blevins can be available for an additional half day of deposition on March 22nd. Please respond as soon as possible, as we cannot hold this date on Mr. Blevins' calendar indefinitely.

-- Peter

---

**From:** Kolovos, Peter
**Sent:** Wednesday, March 07, 2012 9:49 PM
**To:** Samsung v. Apple
**Cc:** 'AppleMoFo'; WH Apple Samsung NDCal Service
**Subject:** FW: Apple v Samsung (NDCal) -- Discovery Correspondence

Counsel,

We await your response to this proposal. We look forward to hearing from you.

Peter

---

**From:** Kolovos, Peter
**Sent:** Tuesday, March 06, 2012 12:57 PM
**To:** Diane Hutnyan; Rachel Herrick Kassabian; Samsung v. Apple
**Cc:** 'AppleMoFo@mofo.com'; WH Apple Samsung NDCal Service
**Subject:** Apple v Samsung (NDCal) -- Discovery Correspondence

Rachel and Diane,

Please see the attached proposal regarding Samsung's noticed deposition of Saku Hieta and its request for additional deposition time with Tony Blevins.

We look forward to your response.

-- Peter


**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)

1

peter.kolovos@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.