# DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 5

# Alex Hu

| | |
|---|---|
| From: | Kolovos, Peter [Peter.Kolovos@wilmerhale.com] |
| Sent: | Thursday, February 23, 2012 6:33 AM |
| To: | Diane Hutnyan; Samsung v. Apple |
| Cc: | 'AppleMoFo'; WH Apple Samsung NDCal Service |
| Subject: | Apple v. Samsung (ND Cal) -- Additional Rule 30(b)(6) Designations |

Diane,

Apple designates additional Rule 30(b)(6) witnesses as follows:

(1) Emilie Kim is designated to testify about the features and functionality of the Photos app, Camera app and Mail app. This relates to topics 30, 31, 33, 34, and 36 from Samsung's "Technical Patent Topics" notice. Ms. Kim is available for deposition on March 7. Please confirm this date as soon as possible.

(2) Apple designates Curt Rothert to testify about the most recently used applications bar on the accused products. This relates generally to Topic 32 and subparts (b)-(d) of Topics 26-28 from Samsung's "Technical Patent Topics" notice. To the extent Topics 27 and 28 relate to hardware, Mr. Rothert is not designated to testify as to those aspects of Topics 27 and 28. Because hardware is irrelevant to the asserted claims of the '871 patent, Apple will not be designating a witness on Topics 27 and 28 as they relate to hardware. We are working to determine Mr. Rothert's availability for deposition, and will advise as soon as we are able.

-- Peter


**Peter J. Kolovos | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6493 (t)
+1 617 526 5000 (f)
peter.kolovos@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

1