# DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 6

```
 1 │ QUINN EMANUEL URQUHART & SULLIVAN, LLP
   │ Charles K. Verhoeven (Cal. Bar No. 170151)
 2 │ charlesverhoeven@quinnemanuel.com
   │ 50 California Street, 22nd Floor
 3 │ San Francisco, California 94111
   │ Telephone: (415) 875-6600
 4 │ Facsimile: (415) 875-6700
   │
 5 │ Kevin P. A. Johnson (Cal. Bar No. 177129)
   │ kevinjohnson@quinnemanuel.com
 6 │ Victoria F. Maroulis (Cal. Bar No. 202603)
   │ victoriamaroulis@quinnemanuel.com
 7 │ 555 Twin Dolphin Drive 5th Floor
   │ Redwood Shores, California 94065
 8 │ Telephone: (650) 801-5000
   │ Facsimile: (650) 801-5100
 9 │
   │ Michael T. Zeller (Cal. Bar No. 196417)
10 │ michaelzeller@quinnemanuel.com
   │ 865 S. Figueroa St., 10th Floor
11 │ Los Angeles, California 90017
   │ Telephone: (213) 443-3000
12 │ Facsimile: (213) 443-3100
   │
13 │ Attorneys for Samsung Electronics Co., Ltd.,
   │ Samsung Electronics America, Inc., and Samsung
14 │ Telecommunications America, LLC
   │
15 │
   │            UNITED STATES DISTRICT COURT
16 │
   │    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17 │
   │ APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK
18 │
   │              Plaintiff,
19 │                                              NOTICE OF DEPOSITION OF EMILIE
   │         vs.                                  KIM
20 │
   │ SAMSUNG ELECTRONICS CO., LTD., a
21 │ Korean business entity; SAMSUNG
   │ ELECTRONICS AMERICA, INC., a
22 │ New York corporation; SAMSUNG
   │ TELECOMMUNICATIONS
23 │ AMERICA, LLC, a Delaware limited liability
   │ company,
24 │
   │              Defendants.
25 │
26 │
27 │
28 │
   │                                                    Case No. 11-cv-01846-LHK
   │                                        NOTICE OF DEPOSITION OF EMILIE KIM
```

Exhibit stamp: DEF EXH 3 / WIT. E. Kim / DATE 3/7/12 / L. AXELSEN, CSR 6173

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil
3  Procedure, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and
4  Samsung Telecommunications, LLC, by and through their attorneys, will take the deposition upon
5  oral examination of Emilie Kim.  The deposition will commence at 9:00 a.m. on March 7, 2012
6  at 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065, or at such date, time,
7  and place as is otherwise agreed to by the parties or ordered by the Court.  The deposition will be
8  taken by a notary public or other authorized officer and will continue from day to day until
9  concluded, or may be continued until completed at a future date or dates.

10  PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure
11  30(b)(3), the deposition will be videotaped and recorded stenographically.

14  DATED: March 6, 2012                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

17  By /s/ C.F. Mun
    Charles K. Verhoeven
18  Kevin P.B. Johnson
    Victoria F. Maroulis
19  Michael T. Zeller
    Attorneys for SAMSUNG ELECTRONICS CO.,
20  LTD., SAMSUNG ELECTRONICS AMERICA,
21  INC., and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC