# DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 7

# PUBLIC REDACTED VERSION

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4
 5   APPLE, INC., a California
     corporation,
 6                       Plaintiff,
 7   vs.                                  CASE NO.
                                          11-cv-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     inc., A New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12                       Defendants.
     _____/
13
14
15
16        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17           VIDEOTAPED DEPOSITION OF EMILIE KIM
18                    March 7, 2012
19
20
21
22   Job No. 47152
23   Reported by:  LAURA AXELSEN, CSR NO. 6173
                   RMR, CRP, CLR
24
25
```

Highly Confidential - Attorneys' Eyes Only

Page 2

1        BE IT REMEMBERED THAT, pursuant to Notice and on

2   Wednesday, March 7,  2012 at 9:15 a.m. thereof at 555 Twin

3   Dolphin Drive, Redwood Shores, California, before me,

4   LAURA AXELSEN, a Certified Shorthand Reporter, personally

5   appeared

6                       EMILIE KIM,

7   called as a witness by the Defendants.

8                       ---oOo---

9                       APPEARANCES

10  FOR THE PLAINTIFF:

11

12       WILMERHALE

13       BY:   VICTOR F. SOUTO, ESQ.

14       DEREK S. LAM, ESQ.

15       399 Park Avenue

16       New York, New York  10022

17

18       There being also present Erica Tierney, Apple

19  in-house counsel, and Tim Zuroff, video operator.

20

21

22                      ---oOo---

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 3

1                                    INDEX

2

3                                                              PAGE

4    EXAMINATION BY MR. STRETCH                                  4

5

6                              ---oOo---

7

8                        INDEX OF EXHIBITS

9

10   EXHIBIT          DESCRIPTION                              PAGE

11

12   Exhibit 1    Samsung's Amended first 30(b)(6)              7

13                Deposition Notice to Apple Inc.

14                (Technical Patent Topics)

15   Exhibit 2    E-mail dated February 23, 2012 to Diane       7

16                Hutnyan from Kolovos, Peter

17   Exhibit 3    Notice of deposition of Emilie Kim            7

18

19

20                              ---oOo---

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 4

1        VIDEO OPERATOR:  This is the start of disc No. 1        09:13

2   of the videotaped deposition of Emilie Kim in the matter

3   of Apple Incorporated versus Samsung Electronics Company

4   in the U.S. District Court Northern District of

5   California, San Jose division, No. 11 CV 01846 LHK.              09:15

6        This deposition is being held at Quinn Emanuel,

7   555 Twin Dolphin Drive, Redwood Shores, California on

8   March 7th, 2012 at approximately 9:15 a.m.

9        My name is Tim Zuroff.  I'm the legal video

10  specialist from TSG Reporting, headquartered at 747 Third        09:15

11  Avenue, New York, New York.  The court reporter is Laura

12  Axelsen in association with TSG reporting.

13        Will counsel please introduce yourself.

14        MR. STRETCH:  Chris Stretch from Quinn Emanuel

15  Urquhart & Sullivan on behalf of Samsung.                         09:15

16        MR. SOUTO:  Vic Souto, WilmerHale, on behalf of

17  the witness and Apple, and with me is my colleague, Derek

18  Lam, also of WilmerHale, and Erica Tierney from Apple.

19        VIDEO OPERATOR:  Will the court reporter please

20  swear in the witness.                                             09:16

21                      EMILIE KIM

22    having been duly sworn, testified as follows:

23             EXAMINATION BY MR. STRETCH

24        MR. STRETCH:   Q.   Good morning, Ms. Kim.

25        A.   Good morning.                                          09:16

Highly Confidential - Attorneys' Eyes Only

Page 5

```
 1      Q.   Is it Ms. Kim or Mrs. --                    09:16

 2      A.   Ms. is fine.

 3      Q.   Ms.  Okay.  Uhm, have you ever been deposed

 4   before?

 5      A.   No.                                          09:16

 6      Q.   Okay.  Well welcome to the fray.  Uhm, could you

 7   state and spell your name for the record, please?

 8      A.   Emilie Kim, E-m-i-l-i-e, last name Kim, K-i-m.

 9      Q.   Okay.  Let me just -- as I'm sure your attorney

10   has gone over with you about generally what to expect    09:16

11   here, but you understand you've just taken an oath to tell

12   the truth, and it's the same oath as if you were

13   testifying in court.  Do you understand that?

14      A.   Yes.

15      Q.   Okay.  Uhm, so as you can see, your testimony --   09:17

16   my questions and your testimony are being recorded both

17   stenographically and by video.  Uhm, it's important for

18   the stenographer to get a verbal response to the question.

19   So then shaking your head or nodding is hard for her to

20   pick up.  So if you could verbally respond to my           09:17

21   questions, I appreciate it.

22           For the same reason, it's important that we

23   don't talk over each other.  It tends to happen, uhm, uhm,

24   but I will try and wait until you have finished and

25   answered my question before I ask you a follow-up          09:17
```

Highly Confidential - Attorneys' Eyes Only

Page 6

1   question.  If you could wait until I'm finished my          09:17

2   question, give your counsel a chance to object, and then

3   answer, things will go smoother.

4        A.   Okay.

5        Q.   Okay.  If I ask you a question that you don't     09:18

6   understand, or is not clear to you, just let me know, and

7   I'll try and rephrase it.  I'm not an engineer.  So you

8   know, it's quite likely to happen.  But just let me know,

9   and I'll see if I can form a question that you do

10   understand.                                                 09:18

11           As I said, your counsel may object at certain

12   times, but unless he instructs you not to answer a

13   question, you can still go ahead and answer.  Do you

14   understand that?

15        A.   Yes.                                              09:18

16        Q.   Okay.  Any time you want to take a break, just    09:18

17   let me know.  I'd prefer we do so, uhm, while -- that we

18   not take a break while a question is pending, but if you

19   need to talk to your counsel about whether you can

20   disclose something, that's fine.                            09:18

21        A.   Okay.

22        Q.   Any reason you can't give honest complete

23   truthful testimony here this morning?

24        A.   No.

25        Q.   Okay.  I'm going to mark the first two exhibits.  09:19

Highly Confidential - Attorneys' Eyes Only

Page 7

1   Actually, I think what we'll do is mark the first three        09:19

2   exhibits.  The first is Samsung's amended first 30(b)(6)

3   deposition notice to Apple, Inc. will be Exhibit 1.  And

4   the court reporter will mark the exhibit that's the copy

5   you should look at because that will be the official          09:19

6   record of the deposition.  Okay?  So wait until she marks

7   it and you can look at it.

8           (EXHIBIT 1 WAS MARKED FOR IDENTIFICATION.)

9           MR. STRETCH:   Q.   I'm going to mark as

10  deposition Exhibit 2, an e-mail from Peter Kolovos.  Am I     09:20

11  saying that right?

12          MR. SOUTO:  Kolovos, but that's New Jersey

13  talking.

14          MR. STRETCH:   Q.   To Diane Hutnyan designating

15  Ms. Kim to testify on certain topics related to the rule     09:20

16  30(b)(6) notice that we just marked Exhibit 1.  So that

17  will be Exhibit 2.

18          (EXHIBIT 2 WAS MARKED FOR IDENTIFICATION.)

19          MR. STRETCH:   Q.   And finally, I'm going to

20  mark a Notice of Deposition of Emilie Kim, which we served    09:20

21  yesterday is my understanding, and that will be Exhibit

22  No. 3.

23          (EXHIBIT 3 WAS MARKED FOR IDENTIFICATION.)

24          THE WITNESS:  Excuse me.

25          MR. STRETCH:   Q.   Excuse me.  Uhm, if I could       09:21

Highly Confidential - Attorneys' Eyes Only

Page 8

1  ask you to look at Exhibit 1, which is the thick document,        09:21

2  I think, and you can take as much time as you like to look

3  through it, but I just want to make sure that we're all on

4  the same page as to the topics on which you're designated

5  to testify today.  Those appear on page 14 of the notice.        09:22

6  Have you had a chance to look at that?

7       A.   I looked through the document.

8       Q.   Okay.  If you will turn to page 14 of the

9  document and compare that with what I marked, I think, as

10  deposition Exhibit 2, which is an e-mail designating you        09:24

11  to testify on certain topics.  Uhm, do you understand that

12  you've been designated by Apple to testify on behalf of

13  Apple with respect to topics 30, 31, 33, 34, and 36?

14       MR. SOUTO:  Subject to Apple's objections.

15       THE WITNESS:  Yes.                                          09:25

16       MR. STRETCH:   Q.   Okay.  Now, uhm, so that

17  we're all on the same page here, each of these topics asks

18  about Apple accused products.  Uhm, if you could turn to

19  page 6 of this document, and it's paragraph 28, and by

20  this document, I mean Exhibit 1.  You'll see that           09:25

21  paragraph 28 provides a definition of Apple accused

22  products.  And you'll see down at the very bottom of that

23  paragraph it identifies a number of Apple products.  Are

24  you prepared to testify with respect to the topics we've

25  identified about each of these products that are           09:26

Highly Confidential - Attorneys' Eyes Only

Page 65

1        THE WITNESS:  I'm not sure what you mean by that      11:57

2   question.

3        MR. STRETCH:   Q.   Well, in FaceTime, you are

4   talking to somebody over the Internet who you can also

5   see, correct?                                             11:57

6        A.   FaceTime allows you to see another person, yes.

7        Q.   Okay.  And the call is transmitted over the

8   Internet?

9        A.   I do not know how the call is transmitted.

10       Q.   ████████████████████████████████     ████

    █  ████████████████████████████████

    █  █████████████████████████████████████████

    █  ████████████████████████████████████████

    █  ████████████████████████████████████████████

    █  ██████████████████████████████████████████     ████

    █  █████████████████████████████

    █      ██   █████████████

18       MR. SOUTO:  Objection to form.

19       THE WITNESS:  I do not know.

20       MR. STRETCH:   Q.   Okay.  I have no more          11:59

21   questions.

22       MR. SOUTO:  Just a second.  Yep, we have

23   nothing.

24       VIDEO OPERATOR:  This marks the end of disc No.

25   2 and concludes today's deposition.  All DVD's will be   12:00

Highly Confidential - Attorneys' Eyes Only

Page 66

1   held by TSG reporting.  We are now going off the record.      12:00

2   It is 12:00 p.m.

3        (The deposition was concluded at 12:00 p.m.)

4

5

6

7

8                    _____

                          EMILIE KIM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25