1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR RULE 37 SANCTIONS (DKT. NO. 968)**<br><br>Date:   June 21, 2012<br>Time:   10:00 a.m.<br>Place:  Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

1  The Court having considered the supporting and opposing papers submitted in connection
2  with Samsung's Motion for Rule 37 Sanctions (Dkt. No. 968), as well as the arguments made by
3  counsel, and GOOD CAUSE HAVING BEEN SHOWN,
4  **IT IS HEREBY ORDERED THAT:**
5  Samsung's Motion for Rule 37 Sanctions (Dkt. No. 968) is **DENIED**.

7  Dated: _____

Honorable Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER DENYING SAMSUNG'S MOTION FOR RULE 37 SANCTIONS (DKT. NO. 968)
CASE NO. 11-CV-01846-LHK (PSG)
sf-3155045

1