# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 9

quinn emanuel  trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

February 8, 2012

Jason Bartlett
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Jason:

I write regarding Samsung's efforts to obtain materials from other actions involving the patents-in-suit, patents related to the patents-in-suit, and any other cases having a technological nexus to the issues in this case.  We have not received any list from you but have identified the following cases thus far to advance our discussions:

- Investigation Regarding Certain Electronic Devices (*Nokia v. Apple*), 337-TA-701 (ITC)

- Investigation of Certain Electronic Devices with Multi-Touch Enabled Touchpad and Touchscreens (*Elan Microelectronics Corp. v. Apple*), 337-TA-714

- Investigation In the Matter of Certain Wireless Communication Devices (*Motorola v. Apple*), 337-TA-745 (ITC)

- Investigation of Certain Mobile Devices And Related Software (*Apple v. Motorola*), 337-TA-750 (ITC)

- Investigation Regarding Certain Electronic Devices (*Samsung v. Apple*), 337-TA-

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Mollstraße 42, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

>   794 (ITC)

- Investigation Regarding Certain Electronic Digital Media Devices (*Samsung v. Apple*), 337-TA-796 (ITC)

- Investigation Regarding Certain Portable Electronic Devices (*Apple v. High Tech Computer Corp.*), 337-TA-797 (ITC)

- *Nokia v. Apple*, 09-cv-00791 (D. Del.)

- *Elan Microelectronics Corp. v. Apple, Inc.*, 09-cv-01531 (N.D. Cal.)

- *Apple v. High Tech Computer Corp.*, 10-cv-00167 (D. Del.)

- *Apple Inc. v. Motorola Inc. et al.*, 10-cv-00661 (W.D. Wis.)

- *Apple Inc. v. Motorola Inc. et al.*, 10-cv-00662 (W.D. Wis.)

- *Smart Audio Technologies, LLC v. Apple, Inc.*, 1:12-cv-00134 (D. Del.)

*First*, please confirm that you will provide by February 8 a complete list of actions that fall in the above category. *Second*, for each of these actions, including the ones listed above, please identify any parties whose confidential business information may be implicated, so that Samsung will be able to clear the production of any such confidential information as soon as possible. *Third*, please confirm that you will produce all relevant documents from these actions within 2 days of Samsung clearing the production of confidential information. *Finally*, please provide Bates numbers for any such documents you produce, and identify the proceeding associated with the Bates numbers.

Kind regards,

*/s/*

Diane C. Hutnyan