# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 13

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

November 23, 2011

Writer's Direct Contact
415.268.6013
TBeyer@mofo.com

*Via Overnight Mail and Messenger*

David Rudolph, Esq.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
DavidRudolph@quinnemanuel.com

Reginald Lucas, Esq.
The Office of Unfair Import Investigations
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C. 20436
Reginald.Lucas@usitc.gov

Re:  *Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796

Dear David and Reginald:

Enclosed, please find a hard drive containing Complainant Apple Inc.'s tenth document production in the above-captioned investigation.  This production bears the Bates ranges APL-ITC796-0000257177 - APL-ITC796-0000360738 and APLPROS-ITC796-0000000001 - 0000004186.

Please note that the enclosed production contains documents labeled "CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER" and should be handled accordingly.  Please also note that the enclosed CD has been encrypted.  The password will be sent under separate cover.

Sincerely,

*/s/ Tom Beyer*

Tom E. Beyer

sf-3075446

## Page 1

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC. and NeXT SOFTWARE,
INC. (f/k/a NeXT COMPUTER, INC.),

        Plaintiffs,

    vs.         No. 10-CV-662-BBC

MOTOROLA, INC. and MOTOROLA
MOBILITY, INC.,
        Defendants.
_____
RELATED CROSS-ACTION.
_____


    VIDEOTAPED CONFIDENTIAL DEPOSITION OF ANDRE BOULE
            Redwood Shores, California
            Wednesday, October 5, 2011


Reported by:
PUA'AINA McVAY, CLR
CSR No. 12868
JOB No. 171212
```

## Page 2

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF WISCONSIN
 3
 4   APPLE INC. and NeXT SOFTWARE,
     INC. (f/k/a NeXT COMPUTER, INC.),
 5
             Plaintiffs,
 6
         vs.       No. 10-CV-662-BBC
 7
     MOTOROLA, INC. and MOTOROLA
 8   MOBILITY, INC.,
 9           Defendants.
10
11   _____
     RELATED CROSS-ACTION.
12   _____
13
14
15       Deposition of ANDRE BOULE, taken on
16    behalf of Defendants, at WEIL GOTSHAL
17    & MANGES, 201 Redwood Shores Parkway,
18    Fifth Floor, Redwood Shores,
19    California, beginning at s 9:33 a.m.
20    and ending at 1:11 p.m. on Wednesday,
21    October 5, 2011, before PUA McVAY,
22    Certified Shorthand Reporter No.
23    12868.
24
25
```

## Page 3

```
 1   APPEARANCES:
 2
 3   FOR PLAINTIFFS:
 4       WEIL GOTSHAL & MANGES LLP
         BY:  KEVIN KUDLAC
 5       Attorney at Law
         Suite 1600
 6       700 Louisiana
         Houston, Texas  77002
 7       713.546.5020
         kevin.kudlac@weil.com
 8
 9   FOR DEFENDANTS:
10       QUINN EMANUEL URQUHART & SULLIVAN LLP
         BY:  BRIAN C. CANNON
11       Attorney at Law
         5th Floor
12       555 Twin Dolphin Drive
         Redwood Shores, California  94065
13       650.801.5000
         briancannon@quinnemanuel.com
14
15   ALSO PRESENT:
16       RAY TYLER, Videographer
         KATIE PRESCOTT, Apple
```

## Page 4

```
 1              INDEX
 2   WITNESS                EXAMINATION
 3   ANDRE BOULE
     VOLUME 1
 4
 5
       BY MR. CANNON              6
 6
       MR. KUDLAC              104
 7
 8
 9
10          EXHIBITS
11   DEPOSITION                 PAGE
12   Exhibit 1   Notice of Deposition        6
13   Exhibit 2   Motorola Mobility's Notice of   8
             Deposition of Apple, Inc.
14           Pursuant to Federal Rule of
             Procedure 30(b)(6).
15
     Exhibit 3   March 2006 E-mail Chain;      55
16           745-Apple 10623032 - 10623041
17   Exhibit 4   Team Williamson Document;    66
             745-Apple 5189338 - 5189340
18
     Exhibit 5   Radar List;             67
19           745-Apple 4857740 - 4857724
20   Exhibit 6   1-20-2009 United States Patent   70
             US 7,497,949 B2
21
     Exhibit 7   1-26-2009 E-mail;         80
22           WI-Apple 1632529
```


CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000289921

# In The Matter Of:

*Apple*
*vs.*
*Motorola*

———————————————————————

*Bas Ording*

*August 3, 2011*

———————————————————————

# *CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                                                                                APL-ITC796-0000289882

```
         UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC. and NeXT
SOFTWARE, INC. (f/k/a NeXT
COMPUTER, INC.),
      Plaintiffs,     No. 10-CV-662-BBC
    vs.
MOTOROLA, INC. and MOTOROLA
MOBILITY, INC.,

      Defendants.
_____

      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
      VIDEOTAPED DEPOSITION OF CHRIS BLUMENBERG
          Redwood Shores, California
          Thursday, September 8, 2011




Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 171210
```
Page 2

```
         UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC. and NeXT
SOFTWARE, INC. (f/k/a NeXT
COMPUTER, INC.),
      Plaintiffs,     No. 10-CV-662-BBC
    vs.
MOTOROLA, INC. and MOTOROLA
MOBILITY, INC.,

      Defendants.
_____




      Highly Confidential Videotaped Deposition of
CHRIS BLUMENBERG, taken on behalf of Defendants, at
201 Redwood Shores Parkway, Fifth Floor, Redwood
Shores, California, beginning at 9:38 a.m. and ending
at 12:03 p.m., on Thursday, September 8, 2011, before
SUZANNE F. BOSCHETTI, Certified Shorthand Reporter
No. 5111.
```
Page 2

```
1   APPEARANCES:
2
    For Plaintiffs:
3
       WEIL GOTSHAL & MANGES LLP
4      BY:  JACQUELINE T. HARLOW
       Attorney at Law
5      201 Redwood Shores Parkway
       Redwood Shores, California 94065
6      (650) 802-3770
7   For Defendants:
8      QUINN EMANUEL URQUHART & SULLIVAN LLP
       BY:  BRIAN C. CANNON
9      Attorney at Law
       555 Twin Dolphin Drive, 5th Floor
10     Redwood Shores, California 94065
       (650) 801-5000
11
    Videographer:
12
       RAY TYLER
13     SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
       450 Sansome Street, Suite 1550
14     San Francisco, California 94111
       (415) 274-9977
15
16
17
18
19
20
21
22
23
24
25
```
Page 3

```
1              INDEX
2   WITNESS:            EXAMINATION         PAGE
3   CHRIS BLUMENBERG
4       BY MR. CANNON                6
5
6              EXHIBITS
7   NO.          DESCRIPTION              PAGE
8   Exhibit 1  Motorola Mobility, Inc.'s Notice   9
              of Deposition of Chris Blumenberg
9
    Exhibit 2  Motorola Mobility, Inc.'s Notice   9
10            of Deposition of Apple, Inc.
              Pursuant to Federal Rule of Civil
11            Procedure 30(B)(6)
12  Exhibit 3  Presentation: Multi-Touch USPTO   67
              Technology Training, 3/21/07,
13            Bates Nos. 750-Apple0012242 -
              0012271
14
    Exhibit 4  United States Patent No. US       69
15            7,479,949 B2
16  Exhibit 5  Hand Tracking, Finger             99
              Identification, and Chordic
17            Manipulation on a Multi-Touch
              Surface, by Wayne Westerman,
18            Bates Nos.
              MOTO-APPLE-0006037953_133543 -
19            133905
20
21
22
23
24
25
```
Page 4



Sarnoff™
877.955.3855

1 (Pages 1 to 4)

# In The Matter Of:

*Apple*
*vs.*
*Motorola*

_____

*Imran Chaudhri*

*July 29, 2011*

_____

# *CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                                                APL-ITC796-0000289592

```
          UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WISCONSIN

   APPLE INC. and NeXT SOFTWARE,
   INC. (f/k/a NeXT COMPUTER, INC.),

           Plaintiffs,

       vs.        No. 10-CV-662-BBC

   MOTOROLA, INC. and MOTOROLA
   MOBILITY, INC.,
           Defendants.
   _____
   RELATED CROSS-ACTION.
   _____


     VIDEOTAPED CONFIDENTIAL DEPOSITION OF NITIN GANATRA
            Redwood Shores, California
            Friday, September 23, 2011



   Reported by:
   PUA'AINA McVAY, CLR
   CSR No. 12868
   JOB No. 172834
                                                    Page 1
```

```
1         APPEARANCES:
2
3         FOR PLAINTIFFS:
4             WEIL GOTSHAL & MANGES LLP
              BY: KEVIN KUDLAC
5             Attorney at Law
              Suite 1600
6             700 Louisiana
              Houston, Texas  77002
7             713.546.5020
              kevin.kudlac@weil.com
8
9         FOR DEFENDANTS:
10            QUINN EMANUEL URQUHART & SULLIVAN LLP
              BY: BRIAN C. CANNON
11            Attorney at Law
              5th Floor
12            555 Twin Dolphin Drive
              Redwood Shores, California  94065
13            650.801.5000
              briancannon@quinnemanuel.com
14
15        ALSO PRESENT:
16            RAY TYLER, Videographer
              SIBRINA KHAN, Quinn Emanuel
17            LISA MARIE SCHULL, Apple
18
19
20
21
22
23
24
25
                                                    Page 3
```

```
1          UNITED STATES DISTRICT COURT
2       FOR THE WESTERN DISTRICT OF WISCONSIN
3
4    APPLE INC. and NeXT SOFTWARE,
     INC. (f/k/a NeXT COMPUTER, INC.),
5
           Plaintiffs,
6
       vs.        No. 10-CV-662-BBC
7
   MOTOROLA, INC. and MOTOROLA
8  MOBILITY, INC.,
9          Defendants.
10
11 _____
   RELATED CROSS-ACTION.
12 _____
13
14
15      Deposition of NITIN GANATRA, taken
16   on behalf of Defendants, at WEIL
17   GOTSHAL & MANGES, 201 Redwood Shores
18   Parkway, Fifth Floor, Redwood Shores,
19   California, beginning at 9:38 a.m.
20   and ending at 12:15 p.m. on Friday,
21   September 23, 2011, before PUA McVAY,
22   Certified Shorthand Reporter No.
23   12868.
24
25
                                                Page 2
```

```
1                 INDEX
2  WITNESS                      EXAMINATION
3  NITIN GANATRA
   VOLUME 1
4
5
       BY MR. CANNON                    6
6
7
8
9
10             EXHIBITS
11 DEPOSITION                           PAGE
12 Exhibit 1   Motorola Mobility, Inc.'s Notice   5
               of Deposition of Nitin Ganatra
13
   Exhibit 2   United States Patent US 7,479,949   66
14
   Exhibit 3   Utility Patent Application        80
15             Transmittal;
               WI-Apple0002394 - 3696
16
   Exhibit 4   Screen Shots                      87
17
   Exhibit 5   Thursday December 14              89
18             Presentation; WI-Apple1709090 -
               1709098
19
   Exhibit 6   12-21-2006 Scott Bongiorno;       90
20             WI-Apple1709099 - 1709101
21
22
23
24
25
                                                 Page 4
```



877.955.3855

**1 (Pages 1 to 4)**

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                               APL-ITC796-0000289626

**Page 1**

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC. And NeXT SOFTWARE,
INC. (F/k/a NeXT COMPUTER,
INC.),

       Plaintiffs,           Case No. 10-CV-662-BBC

       vs.

MOTOROLA, INC. And MOTOROLA
MOBILITY, INC.,

       Defendants.
_____

VIDEOTAPED CONFIDENTIAL DEPOSITION OF RICHARD LUTTON

VOLUME I

April 1, 2011

9:57 a.m.

555 Twin Dolphin Drive, Fifth Floor

Redwood Shores, California

REPORTED BY:

Pua McVay, CSR No. 12868

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER          APL-ITC796-0000334758

## Page 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC. and NeXT SOFTWARE, INC.
(f/k/a NeXT COMPUTER, INC.),

    Plaintiffs,

vs.    No. 10-CV-662-BBC

MOTOROLA, INC. and
MOTOROLA MOBILITY, INC.,
    Defendants.
_____
RELATED CROSS-ACTION.
_____

CONFIDENTIAL VIDEOTAPED DEPOSITION OF SCOTT HERZ
Redwood Shores, California
Friday, August 19, 2011

Reported by:
PUA'AINA McVAY, CLR
CSR No. 12868
JOB No. 169916

## Page 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC. and NeXT SOFTWARE, INC.
(f/k/a NeXT COMPUTER, INC.),

    Plaintiffs,

vs.    No. 10-CV-662-BBC

MOTOROLA, INC. and
MOTOROLA MOBILITY, INC.,
    Defendants.
_____
RELATED CROSS-ACTION.
_____

    Deposition of SCOTT HERZ, taken
on behalf of Defendants, at WEIL
GOTSHAL & MANGES, 201 Redwood Shores
Parkway, Fifth Floor, Redwood Shores,
California, beginning at 9:13 a.m. and
ending at 2:08 p.m. on Friday, August
19, 2011, before PUA'AINA McVAY,
Certified Shorthand Reporter No. 12868.

## Page 3

APPEARANCES:

FOR PLAINTIFFS:
    WEIL GOTSHAL & MANGES LLP
    BY: KEVIN KUDLAC
    Attorney at Law
    Suite 1600
    700 Louisiana
    Houston, Texas 77002
    713.546.5020
    kevin.kudlac@weil.com

FOR DEFENDANTS:
    QUINN EMANUEL URQUHART & SULLIVAN LLP
    BY: BRIAN C. CANNON
    Attorney at Law
    5th Floor
    555 Twin Dolphin Drive
    Redwood Shores, California 94065
    650.801.5000
    briancannon@quinnemanuel.com

ALSO PRESENT:
    RAY TYLER, Videographer
    SIBRINA KHAN, Quinn Emanuel
    WENDY ANNA HERBY, Apple

## Page 4

        INDEX
WITNESS                EXAMINATION
SCOTT HERZ
VOLUME 1

    BY MR. CANNON           6

        EXHIBITS
DEPOSITION                 PAGE
Exhibit 1    Motorola Mobility, Inc.'s Notice    9
            Of Deposition of Scott Herz

Exhibit 2    August 2005 e-mail chain;    27
            745-Apple5970140 - 142
Exhibit 3    10-12-2005 Henri Lamiraux;    44
            745-Apple6406540 - 544

Exhibit 4    Multi-Touch USPTO Technology    105
            Training 3/21/07;
            750-Apple0012243 - 271

Exhibit 5    United States Patent 7,479,949 B2    123

Exhibit 6    Hand Tracking, Finger    161
            Identification, and Chordic
            Manipulation On A Multi-Touch Surface;
            MOTO-APPLE-0006037953-133543 - 133905



Sarnoff
877.955.3855

1 (Pages 1 to 4)

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000289748