# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 14

| | |
|---|---|
| **From:** | Mazza, Mia |
| **Sent:** | Sunday, April 15, 2012 5:55 PM |
| **To:** | 'Diane Hutnyan' |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | RE: Apple v. Samsung Proposal Regarding 796 Transcripts |
| **Attachments:** | 2012-04-15 Ltr Mazza to Hutnyan re 796 transcripts.pdf |

Diane:

In light of Judge Grewal's April 12, 2012, Order, Apple agrees that all transcripts of depositions taken in *Certain Electronic Digital Media Devices and Components Thereof*, ITC Inv. No. 337-TA-796 ("ITC 796") are deemed produced in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.) (the "N.D. Cal. case").

Apple reserves its right to challenge admissibility of ITC 796 transcripts in the N.D. Cal. case.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**

---

**From:** Diane Hutnyan [mailto:dianehutnyan@quinnemanuel.com]
**Sent:** Friday, April 13, 2012 3:36 PM
**To:** Mazza, Mia
**Cc:** Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo
**Subject:** Apple v. Samsung Proposal Regarding 796 Transcripts

Dear Mia,

In light of the Court's ruling that 796 deposition transcripts are relevant and must be produced, and given that rebuttal expert reports are due on Monday, will Apple agree that the 796 deposition transcripts are immediately deemed produced in this action? This would prevent both sides from having to do supplemental reports and an additional round of expert depositions when the materials are produced later this month. Please let us know today.

Thank you.

Diane Cafferata Hutnyan | partner | quinn emanuel urquhart & sullivan, llp

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3666
Main Phone: (213) 443-3000

Main Fax:  (213) 443-3100
E-mail:  dianehutnyan@quinnemanuel.com
Web:  www.quinnemanuel.com

Linked In:  http://www.linkedin.com/in/dianehutnyan



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.