# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 16

| Case | Witness | Date of Prior Depo |
|---|---|---|
| Elan NDCA 1531 | Bauerly, Kristi | 8/23/2011 |
| Elan NDCA 1531 | Bauerly, Kristi | 8/23/2011 |
| Elan NDCA 1531 | Bollinger, Steve | 7/29/2011 |
| Elan NDCA 1531 | Bollinger, Steve | 7/29/2011 |
| Elan NDCA 1531 | Buckley, Mark | 9/21/2011 |
| Elan NDCA 1531 | Buckley, Mark | 9/21/2011 |
| Elan NDCA 1531 | Cinereski, Stephanie | 8/7/2011 |
| Elan NDCA 1531 | Cinereski, Stephanie | 8/7/2011 |
| Elan NDCA 1531 | Della Bona, Mark | 5/25/2010 |
| Elan NDCA 1531 | Della Bona, Mark | 5/25/2010 |
| Elan NDCA 1531 | Dorfman, Jonathan | 6/12/2010 |
| Elan NDCA 1531 | Dorfman, Jonathan | 6/12/2010 |
| Elan NDCA 1531 | Hamlin, Jay | 7/8/2011 |
| Elan NDCA 1531 | Hamlin, Jay | 7/8/2011 |
| Elan NDCA 1531 | Jue, Eric | 9/9/2011 |
| Elan NDCA 1531 | Jue, Eric | 9/9/2011 |
| Elan NDCA 1531 | Marriott, Greg | 7/26/2011 |
| Elan NDCA 1531 | Marriott, Greg | 7/26/2011 |
| Elan NDCA 1531 | Rangel, Arthur | 8/31/2011 |
| Elan NDCA 1531 | Rangel, Arthur | 8/31/2011 |
| Elan NDCA 1531 | Teksler, Boris | 8/23/2011 |
| Elan NDCA 1531 | Teksler, Boris | 8/23/2011 |
| HTC ITC 710 | Adler, Darin | 11/2/2010 |
| HTC ITC 710 | Allen, Andrew | 11/2/2010 |
| HTC ITC 710 | Allen, Andrew | 11/30/2010 |
| HTC ITC 710 | Anderson, Eric | 12/3/2010 |
| HTC ITC 710 | Arrouye, Yan | 11/19/2010 |
| HTC ITC 710 | Batson, James | 11/19/2010 |
| HTC ITC 710 | Bolton, Eugenie | 10/20/2010 |
| HTC ITC 710 | Bonnet, Olivier | 11/16/2010 |
| HTC ITC 710 | Bonnet, Olivier | 1/12/2011 |
| HTC ITC 710 | Bonura, Thomas | 10/27/2010 |
| HTC ITC 710 | Boynton, Lee | 11/19/2010 |
| HTC ITC 710 | Boynton, Lee | 1/18/2011 |
| HTC ITC 710 | Capps, Stephen | 11/23/2010 |
| HTC ITC 710 | Casabona, Helen | 12/3/2010 |
| HTC ITC 710 | Chernikoff, Daniel | 10/29/2010 |
| HTC ITC 710 | Cohn, Ted | 1/21/2011 |
| HTC ITC 710 | Cypher, Allen | 12/3/2010 |
| HTC ITC 710 | Engber, Michael | 11/18/2010 |
| HTC ITC 710 | Engber, Michael | 1/20/2011 |
| HTC ITC 710 | Fisher, Stephen | 11/11/2010 |
| HTC ITC 710 | Freedman, Gordon | 10/21/2010 |
| HTC ITC 710 | Freedman, Gordon | 10/22/2010 |
| HTC ITC 710 | Garst, Blaine | 1/21/2011 |
| HTC ITC 710 | Goldsmith, Deborah | 10/26/2010 |
| HTC ITC 710 | Goldsmith, Deborah | 1/21/2011 |
| HTC ITC 710 | Graffagnino, Peter | 11/4/2010 |
| HTC ITC 710 | Keenan, William | 11/17/2010 |
| HTC ITC 710 | Kledzik, Nick | 12/10/2010 |
| HTC ITC 710 | Knight, Holly | 10/8/2010 |

| Case | Witness | Date of Prior Depo |
|---|---|---|
| HTC ITC 710 | Louch, John | 10/27/2010 |
| HTC ITC 710 | Luciw, William | 2/9/2010 |
| HTC ITC 710 | Lutton, Richard | 11/16/2010 |
| HTC ITC 710 | Lynch, John | 11/12/2010 |
| HTC ITC 710 | Mann, Tim | 11/20/2010 |
| HTC ITC 710 | Matteson, Trey | 1/21/2011 |
| HTC ITC 710 | Maurer, Joseph | 11/16/2010 |
| HTC ITC 710 | Miller, James | 10/29/2010 |
| HTC ITC 710 | Miller, James | 2/17/2011 |
| HTC ITC 710 | Moeller, Christopher | 11/16/2010 |
| HTC ITC 710 | Nakano, Russell | 10/13/2010 |
| HTC ITC 710 | Nardi, Bonnie | 12/1/2010 |
| HTC ITC 710 | Nardi, Bonnie | 2/17/2011 |
| HTC ITC 710 | Nichols, James | 11/10/2010 |
| HTC ITC 710 | Norum, Carl | 11/19/2010 |
| HTC ITC 710 | Norum, Michaelanne | 11/22/2010 |
| HTC ITC 710 | Orton, Debra Lyn | 11/4/2010 |
| HTC ITC 710 | Ozer, Ali | 10/22/2010 |
| HTC ITC 710 | Ozer, Ali | 1/24/2011 |
| HTC ITC 710 | Paterson, Toby | 11/4/2010 |
| HTC ITC 710 | Prouse, Craig | 12/9/2010 |
| HTC ITC 710 | Roskes, Dan | 10/28/2010 |
| HTC ITC 710 | Salvaggio, Vito | 10/22/2010 |
| HTC ITC 710 | Saulpaugh, Thomas | 12/3/2010 |
| HTC ITC 710 | Sazegari, Ali | 11/16/2010 |
| HTC ITC 710 | Serlet, Bertrand | 11/16/2010 |
| HTC ITC 710 | Serlet, Bertrand | 1/20/2011 |
| HTC ITC 710 | Shebanek, Michael | 12/8/2010 |
| HTC ITC 710 | Szymanski, Steven | 11/5/2010 |
| HTC ITC 710 | Tchao, Michael | 11/8/2010 |
| HTC ITC 710 | Tevanian, Avadis | 11/12/2010 |
| HTC ITC 710 | Trehus, Eric | 11/1/2010 |
| HTC ITC 710 | Workman, Helene | 10/28/2010 |
| HTC ITC 710 | Wright, David | 11/3/2010 |
| HTC ITC 710 | Wright, David | 2/22/2011 |
| HTC ITC 710 | Wysocki, Christopher | 10/12/2010 |
| HTC ITC 710 | Zamora, Enrique | 10/29/2010 |
| HTC ITC 797 | Anderson, Eric | 3/14/2012 |
| HTC ITC 797 | Buckley, Mark | 3/9/2012 |
| HTC ITC 797 | Grunthaner, Martin | 2/28/2012 |
| HTC ITC 797 | Knight, Kurt | 3/6/2012 |
| HTC ITC 797 | Land, Brian | 1/18/2012 |
| HTC ITC 797 | Ording, Bas | 1/13/2012 |
| HTC ITC 797 | Patel, Parin | 2/29/2012 |
| HTC ITC 797 | Platzer, Andrew | 2/23/2012 |
| HTC ITC 797 | Shaffer, Joshua | 3/9/2012 |
| HTC ITC 797 | Skinder, Jason | 3/9/2012 |
| HTC ITC 797 | Strickon, Joshua | 3/13/2012 |
| HTC ITC 797 | Westerman, Wayne | 3/27/2012 |
| Motorola Illinois 8540 | Anzures, Freddy | 2/28/2012 |
| Motorola Illinois 8540 | Bonura, Thomas | 12/15/2011 |

| Case | Witness | Date of Prior Depo |
|---|---|---|
| Motorola Illinois 8540 | Buckley, Mark | 2/22/2012 |
| Motorola Illinois 8540 | Buckley, Mark | 3/16/2012 |
| Motorola Illinois 8540 | Burch, Costen | 3/15/2012 |
| Motorola Illinois 8540 | Maresca, Peter | 1/19/2012 |
| Motorola Illinois 8540 | Matas, Mike | 2/15/2012 |
| Motorola Illinois 8540 | Miller, James | 12/13/2011 |
| Motorola Illinois 8540 | Rekieta, Paul | 3/15/2012 |
| Motorola Illinois 8540 | Sanguinetti, Louie | 3/16/2012 |
| Motorola Illinois 8540 | Teksler, Boris | 3/14/2012 |
| Motorola Illinois 8540 | Wang, Bo | 3/20/2012 |
| Motorola ITC 750 | Buckley, Mark | 7/8/2011 |
| Motorola ITC 750 | Coutant, Deborah | 7/14/2011 |
| Motorola ITC 750 | Garst, Gerald | 7/29/2011 |
| Motorola ITC 750 | Reece, Russell | 6/21/2011 |
| Motorola Wis. 662 | Bonura, Thomas | 8/24/2011 |
| Motorola Wis. 662 | Burch, Costen | 9/8/2011 |
| Motorola Wis. 662 | Cleron, Michael | 9/23/2011 |
| Motorola Wis. 662 | Fisher, Stephen | 8/25/2011 |
| Motorola Wis. 662 | Goldsmith, Deborah | 7/19/2011 |
| Motorola Wis. 662 | Jain, Rajiv | 9/1/2011 |
| Motorola Wis. 662 | Lutton, Richard | 4/1/2011 |
| Motorola Wis. 662 | Lynch, Bryan | 11/21/2011 |
| Motorola Wis. 662 | Newberry, Robert | 9/7/2011 |
| Motorola Wis. 662 | Peterson, John | 9/7/2011 |
| Motorola Wis. 662 | Rekieta, Paul | 9/8/2011 |
| Motorola Wis. 662 | Ulrich, Robert | 8/24/2011 |
| Nokia Delaware 791 | Allen, Andy | 5/26/2011 |
| Nokia Delaware 791 | Anderson, David | 5/24/2011 |
| Nokia Delaware 791 | Buckley, Mark | 4/14/2011 |
| Nokia Delaware 791 | Devon, Mark | 5/11/2011 |
| Nokia Delaware 791 | Dilts, Michael | 5/3/2011 |
| Nokia Delaware 791 | Goldsmith, Deborah | 4/6/2011 |
| Nokia Delaware 791 | Lynch, John Hetzler | 5/27/2011 |
| Nokia Delaware 791 | Matheny, John | 6/6/2011 |
| Nokia Delaware 791 | Menendez, Norberto | 5/13/2011 |
| Nokia Delaware 791 | Milne, Steven | 6/10/2011 |
| Nokia Delaware 791 | Nichols, James | 5/24/2011 |
| Nokia Delaware 791 | Potrebic, Peter | 5/5/2011 |
| Nokia Delaware 791 | Schaeffer, Arnold | 6/8/2011 |
| Nokia Delaware 791 | Shi, Jason | 3/11/2011 |
| Nokia Delaware 791 | Singer, David | 11/18/2010 |
| Nokia Delaware 791 | Teksler, Boris | 5/26/2011 |
| Nokia Delaware 791 | Thomas, Tito | 3/22/2011 |
| Nokia Delaware 791 | Ulrich, Robert | 4/19/2011 |
| Nokia Delaware 791 | White, Christopher | 6/3/2011 |
| Nokia ITC 701 | Allen, Andrew | 5/7/2010 |
| Nokia ITC 701 | Bonnet, Olivier | 4/29/2010 |
| Nokia ITC 701 | Bonnet, Olivier | 4/29/2010 |
| Nokia ITC 701 | Bonnet, Olivier | 6/29/2010 |
| Nokia ITC 701 | Borios, Guillaume | 7/1/2010 |
| Nokia ITC 701 | Bright, Andrew | 6/29/2010 |

| Case | Witness | Date of Prior Depo |
|---|---|---|
| Nokia ITC 701 | Caballero, Ruben | 6/11/2010 |
| Nokia ITC 701 | Chen, Shaohai | 6/17/2010 |
| Nokia ITC 701 | Ciudad, Jean-Pierre | 6/15/2010 |
| Nokia ITC 701 | Dimpflmaier, Ronald | 4/27/2010 |
| Nokia ITC 701 | Dimpflmaier, Ronald | 6/29/2010 |
| Nokia ITC 701 | Fisher, Joseph | 5/14/2010 |
| Nokia ITC 701 | Guo, Haito Harry | 6/15/2010 |
| Nokia ITC 701 | Guo, Haito Harry | 8/19/2010 |
| Nokia ITC 701 | Hill, Robert | 7/21/2010 |
| Nokia ITC 701 | Kocienda, Ken | 6/3/2010 |
| Nokia ITC 701 | Kocienda, Ken | 6/22/2010 |
| Nokia ITC 701 | Labidi, Cyril | 7/14/2010 |
| Nokia ITC 701 | Lancaster, Charles | 4/27/2010 |
| Nokia ITC 701 | Lancaster, Charles | 4/27/2010 |
| Nokia ITC 701 | Lemay, Stephen | 7/9/2010 |
| Nokia ITC 701 | Lindahl, Aram | 5/11/2010 |
| Nokia ITC 701 | Lindahl, Aram | 5/11/2010 |
| Nokia ITC 701 | Mittleman, Adam | 4/29/2010 |
| Nokia ITC 701 | Mittleman, Adam | 4/29/2010 |
| Nokia ITC 701 | Moore, Brad | 7/22/2010 |
| Nokia ITC 701 | Moore, Brad | 8/25/2010 |
| Nokia ITC 701 | Nguyen, Peggy | 4/29/2010 |
| Nokia ITC 701 | Novick, Gregory | 4/28/2010 |
| Nokia ITC 701 | Novick, Gregory | 4/28/2010 |
| Nokia ITC 701 | Novick, Gregory | 6/30/2010 |
| Nokia ITC 701 | Ording, Bas | 5/27/2010 |
| Nokia ITC 701 | Pantfoerder, Achim | 5/28/2010 |
| Nokia ITC 701 | Parivar, Nima | 7/16/2010 |
| Nokia ITC 701 | Paterson, Toby | 7/1/2010 |
| Nokia ITC 701 | Roskes, Dan | 5/5/2010 |
| Nokia ITC 701 | Sanguinetti, Louis | 5/25/2010 |
| Nokia ITC 701 | Schlub, Robert | 6/30/2010 |
| Nokia ITC 701 | Tam, John | 6/23/2010 |
| Nokia ITC 701 | Tamchina, Phil | 6/15/2010 |
| Nokia ITC 701 | Tupman, David | 6/9/2010 |
| Nokia ITC 701 | Waldon, Matthew | 6/17/2010 |
| Nokia ITC 701 | Webster, Steven | 6/3/2010 |
| Quantum 3408 | Bronstein, Chad | 9/27/2007 |
| Quantum 3408 | Elias, John | 10/19/2007 |
| Quantum 3408 | Hamlin, Jay | 9/26/2007 |
| Quantum 3408 | Krah, Christopher | 10/11/2007 |
| Quantum 3408 | Lancaster, Frederick Charles | 10/23/2007 |
| Quantum 3408 | Low, Wing Kong | 9/26/2007 |
| Quantum 3408 | Lyon, Benjamin | 9/28/2007 |