# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 17

**From:** Diane Hutnyan [dianehutnyan@quinnemanuel.com]
**Sent:** Wednesday, May 09, 2012 12:21 AM
**To:** Mazza, Mia
**Cc:** AppleMoFo; WH Apple Samsung NDCal Service; Samsung v. Apple
**Subject:** Apple v. Samsung Discovery Correspondence

Dear Mia,

Please find below the list of deponents that Samsung has selected for further deposition pursuant to the April 12, 2012 Court order.

1. Richard Howarth
2. Emilie Kim
3. Saku Hieta
4. Priya Balasubramaniam
5. Andrew Bright

Apple should immediately provide dates that these witnesses are available for deposition.  Due to time constraints, Samsung is willing to stipulate to extend the time to depose these individuals past May 10, 2012, provided that all depositions take place by May 18, 2012.  Samsung expects that Apple will be willing to so stipulate as it withheld more than 200 deposition transcripts, amounting to more than 20,000 total pages of testimony.  If Apple is unwilling to stipulate, then we expect the identified deponents to appear for deposition on May 10 at our offices in Redwood Shores.

We look forward to hearing from you.