# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 18

Bas Ording                     CONFIDENTIAL - ATTORNEYS' EYES ONLY                     April 7, 2011
                                              Menlo Park, CA

```
                                                                    Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4   NOKIA CORPORATION,              )
 5                                   )
 6              Plaintiff,           )
                                     )
 7          -vs-                     )C.A.
                                     )No. 09-791 (GMS)
 8                                   )
     APPLE, INC.,                    )
 9                                   )
                Defendant.           )
10   _____)
     AND RELATED CROSS-ACTION        )
11   _____)
12          CONFIDENTIAL - ATTORNEYS' EYES ONLY
13          VIDEOTAPED DEPOSITION OF BAS ORDING
14                MENLO PARK, CALIFORNIA
15                THURSDAY, APRIL 7, 2011
16                      9:59 a.m.
17          Videotaped deposition of Bas Ording, a
18   witness herein, called for examination by counsel
19   for Plaintiff in the above-entitled matter,
20   pursuant to notice, the witness being duly sworn by
21   Diane S. Martin, a Certified Shorthand Reporter in
22   the State of California, taken at the offices of
23   Alston & Bird, 275 Middlefield Road, Menlo Park,
24   California, 94025, and the proceedings being taken
25   down in stenotype by Diane S. Martin.
```

Case 5:11-cv-01846-LHK   Document 1043-18   Filed 06/05/12   Page 3 of 4

Confidential

Page 1

```
 1        UNITED STATES INTERNATIONAL TRADE COMMISSION

 2                      WASHINGTON, D.C.

 3            Before the Honorable E. James Gildea

 4                   Administrative Law Judge

 5

 6   In the Matter of

 7   CERTAIN PORTABLE ELECTRONIC      Investigation No.

 8   DEVICES AND RELATED SOFTWARE     337-TA-797

 9   _____

10

11        CONTAINS CONFIDENTIAL BUSINESS INFORMATION

12                SUBJECT TO PROTECTIVE ORDER

13

14

15           VIDEOTAPED DEPOSITION OF SCOTT HERZ

16                Redwood Shores, California

17                 Tuesday, January 17, 2012

18                         Volume I

19

20   Reported by:

21   JANIS JENNINGS

22   CSR No. 3942, CLR, CCRR

23   Job No.  129386

24

25   PAGES 1 - 250
```

Veritext National Deposition & Litigation Services
866 299-5127

CONTAINS APPLE CONFIDENTIAL
BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000001382

Scott Herz   APPLE INC.'S CONFIDENTIAL SOURCE CODE   June 16, 2010
OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER   Palo Alto, CA

Page 1

```
 1            UNITED STATES INTERNATIONAL TRADE COMMISSION

 2                        WASHINGTON, D.C.

 3

 4   In the Matter of:              )

 5   CERTAIN ELECTRONIC DEVICES,    )

 6   INCLUDING MOBILE PHONES,       )NO. 337-TA-701

 7   PORTABLE MUSIC PLAYERS, AND    )

 8   COMPUTERS,                     )

 9   _____)

10

11

12

13         APPLE, INC.'s CONFIDENTIAL SOURCE CODE

14              OUTSIDE ATTORNEYS' EYES ONLY

15              SUBJECT TO PROTECTIVE ORDER

16         VIDEOTAPED DEPOSITION OF SCOTT HERZ

17                 PALO ALTO, CALIFORNIA

18               WEDNESDAY, JUNE 16, 2010

19

20

21

22

23   REPORTED BY:

24   LORI STOKES RPR, CSR 12732

25   FINAL NO. 22114
```

CONTAINS APPLE CONFIDENTIAL
BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000001813