# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 20

CONFIDENTIAL BUSINESS INFORMATION

Page 1

1      UNITED STATES INTERNATIONAL TRADE COMMISSION
2                    WASHINGTON, D.C.
3           Before the Honorable E. James Gildea
4                   Administrative Law Judge
5
6   In the Matter of
7   CERTAIN PORTABLE ELECTRONIC     Investigation No.
8   DEVICES AND RELATED SOFTWARE    337-TA-797
9   _____
10
11      CONTAINS CONFIDENTIAL BUSINESS INFORMATION
12              SUBJECT TO PROTECTIVE ORDER
13
14       VIDEOTAPED DEPOSITION OF WAYNE WESTERMAN
15              Redwood Shores, California
16                Tuesday, March 27, 2012
17
18
19
20   Reported by:
21   SANDRA LEE HOCKIN
22   CSR No. 7372
23   Job No. 139791
24
25   PAGES 1 - 241

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only                              APLNDC0003107454



Page 238

Page 239

Page 240

Page 241

```
 1    STATE OF CALIFORNIA         ) ss.
 2
 3
 4        I hereby certify that the witness in the
 5    foregoing deposition, WAYNE WESTERMAN, was duly sworn
 6    to testify to the truth, the whole truth and nothing
 7    but the truth, in the within-entitled cause; that said
 8    deposition was taken at the time and place herein
 9    named; that the deposition is a true record of the
10    witness's testimony as reported by me, a duly
11    certified shorthand reporter and a disinterested
12    person, and was thereafter transcribed into
13    typewriting by computer.
14        I further certify that I am not interested in
15    the outcome of the said action, nor connected with,
16    nor related to any of the parties in said action, nor
17    to their respective counsel.
18        IN WITNESS WHEREOF, I have hereunto set my
19    hand March 29, 2012.
20
21    _____
22        SANDRA LEE HOCKIN, C.S.R. 7372
23        STATE OF CALIFORNIA
24
25
```

61 (Pages 238 to 241)

```
                                                              Page 1
 1        UNITED STATES INTERNATIONAL TRADE COMMISSION
                       WASHINGTON, D.C.
 2          Before the Honorable E. James Gildea
                   Administrative Law Judge
 3

 4            INVESTIGATION NO. 337-TA-797

 5

 6   IN THE MATTER OF

 7   CERTAIN PORTABLE ELECTRONIC
     DEVICES AND RELATED SOFTWARE
 8

 9

10

11   _____

12
                      HIGHLY CONFIDENTIAL
13        CONTAINS CONFIDENTIAL BUSINESS INFORMATION
                  SUBJECT TO PROTECTIVE ORDER
14

15         VIDEOTAPED DEPOSITION OF JOSHUA STRICKON
                        Miami, Florida
16                 Tuesday, March 13, 2012

17

18

19

20

21

22
     Reported by:
23   W. Thomas Hughes,
     RPR, RMR, RDR, CRR, FPR-006
24   Job No. SF137594

25   PAGES 1 - 86
```

HIGHLY CONFIDENTIAL

```
                                            Page 86
 1              CERTIFICATE OF OATH
 2
 3   THE STATE OF FLORIDA
 4   COUNTY OF BROWARD
 5           I, the undersigned authority, certify that
 6   JOSHUA STRICKON, personally appeared before me and was
 7   duly sworn.
 8           WITNESS my hand and official seal this
 9   14th day of March, 2012.
10
11
             _____
12       W. THOMAS HUGHES, RPR, RMR, RDR, CRR, FPR-006
              Registered Professional Reporter
13               Registered Merit Reporter
              Registered Diplomate Reporter
14             Certified Realtime Reporter
               Florida Professional Reporter
15
16
17
18
19
20
21
22
23
24
25
```

23 (Page 86)

Highly Confidential - Attorneys' Eyes Only                      APLNDC0003107358

Confidential Business Information

Page 1

1             UNITED STATES INTERNATIONAL TRADE COMMISSION
2                         WASHINGTON, D.C.
3              Before the Honorable E. James Gildea
4                       Administrative Law Judge
5
6    In the Matter of
7    CERTAIN PORTABLE ELECTRONIC      Investigation No.
8    DEVICES AND RELATED SOFTWARE     337-TA-797
9    _____
10
11         CONTAINS CONFIDENTIAL BUSINESS INFORMATION
12                 SUBJECT TO PROTECTIVE ORDER
13
14          VIDEOTAPED DEPOSITION OF ANDREW PLATZER
15                    Palo Alto, California
16                 Thursday, February 23, 2012
17
18
19
20   Reported by:
21   SANDRA LEE HOCKIN
22   CSR No. 7372
23   Job No.  136055
24
25   PAGES 1 - 205

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only                              APLNDC-Y0000241474



Page 202 — REDACTED

Page 204 — REDACTED

Page 203 — REDACTED

Page 205

```
 1   STATE OF CALIFORNIA   ) ss:
 2
 3     I, SANDRA LEE HOCKIN, C.S.R. No. 7372, do hereby
 4   certify:
 5     That the foregoing deposition testimony was
 6   taken before me at the time and place therein set
 7   forth and at which time the witness was administered
 8   the oath;
 9     That the testimony of the witness and all
10   objections made by counsel at the time of the
11   examination were recorded stenographically by me,
12   and were thereafter transcribed under my direction
13   and supervision, and that the foregoing pages
14   contain a full, true and accurate record of all
15   proceedings and testimony to the best of my skill
16   and ability.
17     I further certify that I am neither counsel for
18   any party to said action, nor am I related to any
19   party to said action, nor am I in any way interested
20   in the outcome thereof.
21     IN WITNESS WHEREOF, I have subscribed my name
22   this 24th day of February, 2012.
23
24                      _____
25                      SANDRA LEE HOCKIN, C.S.R. No. 7372
```

52 (Pages 202 to 205)

HIGHLY CONFIDENTIAL

Page 1

```
 1       UNITED STATES INTERNATIONAL TRADE COMMISSION
 2                    WASHINGTON, D.C.
 3           Before the Honorable E. James Gildea
 4                  Administrative Law Judge
 5
 6   In the Matter of
 7   CERTAIN PORTABLE ELECTRONIC      Investigation No.
 8   DEVICES AND RELATED SOFTWARE     337-TA-797
 9   _____
10
11                   HIGHLY CONFIDENTIAL
12      CONTAINS CONFIDENTIAL BUSINESS INFORMATION
13             SUBJECT TO PROTECTIVE ORDER
14
15         VIDEOTAPED DEPOSITION OF BRIAN LAND
16                Redwood Shores, California
17              Wednesday, January 18, 2012
18
19
20   Reported by:
21   TOM FRASIK
22   RPR, CSR No. 6961
23   Job No. 129387
24
25   PAGES 1 - 216
```

Page 214

REDACTED

Page 215

REDACTED

Page 216

1  DEPOSITION REPORTER'S CERTIFICATION
2       I, the undersigned, a California Certified
3  Shorthand Reporter, do hereby certify:
4       That the foregoing proceedings were taken
5  before me at the time and place herein set forth, at
6  which time the witness was administered the oath; that
7  the testimony of the witness and all objections made by
8  counsel at the time of the proceedings were recorded
9  stenographically by me, and were thereafter transcribed
10 under my direction; that the foregoing transcript
11 contains a full, true, and accurate record of all
12 proceedings.
13      Further, that if the foregoing pertains to the
14 original transcript of a deposition in a Federal case,
15 before completion of the proceedings, review of the
16 transcript [ ] was [X] was not requested.
17      I further certify that I am neither financially
18 interested in the action nor a relative or employee of
19 any attorney or party to this action.
20      IN WITNESS WHEREOF, I have this date subscribed
21 my name.
22 DATED: January 19, 2012
23
24
         _____
25       THOMAS J. FRASIK, CSR No. 6961

55 (Pages 214 to 216)

```
                                                                Page 1
 1          UNITED STATES INTERNATIONAL TRADE COMMISSION

 2                       WASHINGTON, D.C.

 3            Before the Honorable E. James Gildea

 4                    Administrative Law Judge

 5

 6   In the Matter of

 7   CERTAIN PORTABLE ELECTRONIC     Investigation No.

 8   DEVICES AND RELATED SOFTWARE    337-TA-797

 9   _____

10

11      CONTAINS CONFIDENTIAL BUSINESS INFORMATION

12              SUBJECT TO PROTECTIVE ORDER

13

14

15         VIDEOTAPED DEPOSITION OF BAS ORDING

16              Redwood Shores, California

17              Friday, January 13, 2012

18                       Volume 1

19

20   Reported by:

21   JANIS JENNINGS

22   CSR No. 3942, CLR, CCRR

23   Job No.   129271

24

25   PAGES 1 - 172
```

```
                                             Page 170                                               Page 172
R                                                        1        I, JANIS JENNINGS, a Certified Shorthand
E                                                        2   Reporter of the State of California, do hereby
D   [REDACTED]                                           3   certify:
A                                                        4        That the foregoing proceedings were taken
C                                                        5   before me at the time and place herein set forth;
T                                                        6   that any witnesses in the foregoing proceedings,
E                                                        7   prior to testifying, were placed under oath; that a
D                                                        8   verbatim record of the proceedings was made by me
                                                         9   using machine shorthand which was thereafter
                                                        10   transcribed under my direction; further that the
                                                        11   foregoing is an accurate transcription thereof.
                                                        12        I further certify that I am neither
                                                        13   financially interested in the action nor a relative
                                                        14   or employee of any attorney or any of the parties.
                                                        15        IN WITNESS WHEREOF, I have this date
                                                        16   subscribed my name.
                                                        17
                                                        18   Dated:  January 16, 2011
                                                        19
                                                        20
                                                        21
                                                        22   _____
                                                        23   JANIS JENNINGS, CSR No. 3942, CLR, CCRR
                                                        24
                                                        25

                                             Page 171
R
E   [REDACTED]
D
A
C
 6
 7
 8
 9
10
...
25
```

44 (Pages 170 to 172)

Highly Confidential - Attorneys' Eyes Only                      APLNDC-Y0000241375