# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 22

Highly Confidential - Attorneys' Eyes Only

Page 1

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4   APPLE INC., a California          )

    corporation,                      )

5                                     )

                       Plaintiff,     )

6                                     )

        vs.                           )   No: 11-CV-01846-LHK

7                                     )

    SAMSUNG ELECTRONICS CO., LTD,     )

8   a Korean business entity;         )

    SAMSUNG ELECTRONICS AMERICA,      )

9   INC., a New York corporation;     )

    SAMSUNG TELECOMMUNICATIONS        )

10  AMERICA, LLC, a Delaware          )

    limited liability company        )

11                                    )

                       Defendants.    )

12  _____)

13

14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

15

16             DEPOSITION OF RICHARD DINH

17              Redwood City, California

18             Thursday, February 16, 2012

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 46594

Highly Confidential - Attorneys' Eyes Only

Page 2

1

2

3

4                          February 16, 2012

5                          9:20 a.m.

6

7

8          Videotaped deposition of RICHARD

9     DINH, held at held at Quinn Emanuel

10    Urquhart & Sullivan LLP, 555 Twin

11    Dolphin Drive, Suite 500, Redwood

12    Shores, California, pursuant to

13    Subpoena before Linda Vaccarezza, a

14    Certified Shorthand Reporter of the

15    State of California.

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

1      A P P E A R A N C E S:

2              QUINN EMANUEL URQUHART & SULLIVAN

3              Attorneys for Defendants

4                  555 Twin Dolphin Drive

5                  San Francisco, California 94065

6          BY:  MICHAEL T. ZELLER, ESQ.

7              SCOTT HALL, ESQ.

8

9

10

11             MORRISON & FOERSTER

12             Attorneys for Plaintiff

13                 425 Market Street

14                 San Francisco, California 94105

15         BY:  MARK W. DANIS, ESQ.

16

17

18

19

20

21  VIDEOGRAPHER:  Frank Quiarte

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 4

1          THE VIDEOGRAPHER:  Good morning, ladies

2     and gentlemen.  This is the start of disk

3     labeled 1 in the videotaped deposition of

4     Richard Dinh in the matter of Apple, Inc.

5     versus Samsung Electronics, LTD, et al.  It's      09:14

6     in the US District Court, Northern District of

7     California, San Jose Division.  Case number

8     11-CV-01846-LHK.

9            This deposition is being held at

10    555 Twin Dolphin Drive in Redwood Shores,           09:15

11    California in the offices of Quinn Emanuel on

12    February 16th, 2012 at approximately 9:14 a.m.

13            My name is Frank Quiarte.  I'm a

14    legal video specialist from TSG Reporting,

15    Inc. headquartered at 747 Third Avenue, New         09:15

16    York, New York.  Our court reporter today is

17    Linda Vaccarezza, in association with TSG

18    Reporting.

19            Will counsel and all present please

20    identify yourself for the record.                   09:15

21        MR. ZELLER:  Mike Zeller, for Samsung.

22        MR. HALL:  Scott Hall for Samsung.

23        MR. DANIS:  Mark Danis, Morrison

24    Foerster, for Apple.

25            THE VIDEOGRAPHER:  Madam Court             09:15

Highly Confidential - Attorneys' Eyes Only

Page 5

1          Reporter, will you please swear in the

2          witness.

3

4    R I C H A R D   D I N H

5          called as a witness, having been duly sworn by    09:15

6          the Certified Shorthand Reporter, was examined

7          and testified as follows:

8    EXAMINATION BY:

9    BY MR. ZELLER:

10         Q.    Good morning.                                 09:15

11         A.    Good morning.

12         Q.    If you could please tell us your full

13   name, for the record.

14         A.    Richard Hung Minh Dinh.

15         Q.    Have you ever gone by any other name?         09:15

16         A.    I sometimes go by Rich Dinh, but that's

17   a nickname.

18         Q.    And you're currently employed by Apple?

19         A.    Correct.

20         Q.    And how long have you worked for Apple?       09:16

21         A.    Six-and-a-half years .

22         Q.    Do you recall what month you started?

23         A.    July.

24         Q.    And, I'm sorry, my math is not very good

25   this morning.                                             09:16

Highly Confidential - Attorneys' Eyes Only

Page 25

1    of any kind with the Acoustics group?

2          A.    Yes.

3          Q.    Who was the person you had principal

4    contact with within the Acoustics group as it

5    pertained to the iPhone 4?                         09:42

6          A.    I don't recall.

7          Q.    Do you remember the name of anyone who

8    you had contact with?

9          A.    During the iPhone 4?

10         Q.    Yes.                                    09:42

11         A.    The names don't come to mind right now.

12   I'm sorry.

13         Q.    Who did you deal with in the Acoustics

14   group with respect to the iPhone 4S?

15              MR. DANIS:  Objection.  Foundation.      09:42

16              THE WITNESS:  His name is Andrew

17         Bright.

18         Q.    Is he still with Apple?

19         A.    Yes.

20         Q.    With respect to the acoustics testing   09:42

21   that you saw or had awareness was being done in

22   connection with the first iPhone, were all those tests

23   conducted by Apple internal personnel or were they

24   done by consultants or outside vendors or both?

25              MR. DANIS:  Objection.  Speculation.     09:43

Highly Confidential - Attorneys' Eyes Only

Page 244

1                    C E R T I F I C A T E

2        STATE OF CALIFORNIA        )

3                                   )

4        COUNTY OF SAN FRANCISCO )

5            I, LINDA VACCAREZZA, a Certified

6        Shorthand Reporter for the State of

7        California, do hereby certify:

8            That RICHARD DINH, the witness whose

9        deposition is hereinbefore set forth, was duly

10       sworn by me and that such deposition is a true

11       record of the testimony given by such

12       witness.

13           I further certify that I am not related

14       to any of the parties to this action by blood

15       or marriage; and that I am in no way

16       interested in the outcome of this matter.

17           IN WITNESS WHEREOF, I have hereunto set

18       my hand this 16th day of February, 2012.

19

20       _____

21        LINDA VACCAREZZA, CSR. NO. 10201

22

23

24

25