# DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S OPPOSITIONS TO SAMSUNG'S MOTION FOR SANCTIONS AND MOTION TO ENFORCE

# EXHIBIT 23

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5   APPLE, INC.,                     )

 6         Plaintiff,                 )

 7    vs.                             ) NO. 11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS, LTD.,       )

 9   et al.,                          )

10         Defendants.                )

11   -----------------------------

12

13                         ***

14               ATTORNEYS' EYES ONLY

15          PURSUANT TO THE PROTECTIVE ORDER

16                         ***

17

18

19      VIDEOTAPED DEPOSITION OF WEI CHEN, Ph.D.

20                PALO ALTO, CALIFORNIA

21              THURSDAY, MARCH 1, 2012

22

23   Reported By:

24   Yvonne Fennelly, CCRR, CSR No. 5495

25   JOB NO. 46969
```

Attorneys' Eyes Only

Page 2

1           MARCH 1, 2012

2            9:06 A.M.

3

4       Videotaped deposition of WEI CHEN, Ph.D.,

5   held at the offices of Quinn Emanuel, 555 Twin

6   Dolphin Drive, Redwood Shores, California,

7   pursuant to Notice, before Yvonne Fennelly,

8   CCRR, CSR 5495.

Page 3

1  A P P E A R A N C E S
2      MORRISON & FOERSTER LLP
3      Attorneys for Plaintiff
4           425 Market Street
5           San Francisco, California 94105
6      BY:  ANDREW E. MONACH, Esq.
7           (415) 268-7265
8           amonach@mofo.com
9
10
11     QUINN EMANUEL URQUHART & SULLIVAN, LLP
12     Attorneys for Defendant
13          555 Twin Dolphin Drive
14          Suite 560
15          Redwood Shores, California 94065
16     BY:  ANNA T. NEILL, Ph.D.
17          (650) 801-5032
18          annaniell@quinnemanuel.com
19
20
21
22     VIDEOGRAPHER:
23          Aric Kerhoulas
24
25

Attorneys' Eyes Only

Page 4

| | | |
|---|---|---|
| 1 | Redwood Shores, California | |
| 2 | Thursday, March 1, 2012 | |
| 3 | - - - | |
| 4 | THE VIDEOGRAPHER: Good morning. | |
| 5 | This marks the beginning of Disk 1 of the | 09:06AM |
| 6 | videotaped deposition of Wei Chen in the matter | |
| 7 | Apple, Incorporated versus Samsung Electronics, | |
| 8 | et al., in the United States District Court for | |
| 9 | the Northern District of California, San Jose | |
| 10 | Division, case No. 11-CV-01846 LHK. | 09:06AM |
| 11 | This deposition is being held at the | |
| 12 | office of Quinn Emanuel at 555 Twin Dolphin | |
| 13 | Drive in Redwood Shores, California. | |
| 14 | The date today is March 1, 2012. The | |
| 15 | time is approximately 9:06 a.m. My name is Aric | 09:06AM |
| 16 | Kerhoulas of TSG Reporting, Incorporated. Our | |
| 17 | court reporter today is Yvonne Fennelly in | |
| 18 | association with TSG. | |
| 19 | Will counsel please introduce | |
| 20 | yourselves starting with the questioning | 09:07AM |
| 21 | attorney. | |
| 22 | MS. NEILL: Anna Neill of Quinn | |
| 23 | Emmanuel Urquhart & Sullivan on behalf of | |
| 24 | Samsung. | |
| 25 | MR. MONACH: Andrew Monach from | 09:07AM |

Attorneys' Eyes Only

Page 5

1    Morrison & Foerster representing Apple and the
2    witness.
3             THE VIDEOGRAPHER:  If the court
4    reporter will please swear in the witness we can
5    proceed.                                              09:07AM
6                  WEI CHEN, Ph.D.,
7         having been first duly sworn was
8         examined and testified as follows:
9                     - - -
10            THE VIDEOGRAPHER:  You may proceed.          09:07AM
11                  EXAMINATION
12   BY MS. NEILL:
13        Q.   Good morning, Mr. Chen.
14        A.   Good morning.
15        Q.   Would you please state your full name      09:07AM
16   for the record?
17        A.   Wei Chen.
18        Q.   And can you please spell that?
19        A.   W-E-I, C-H-E-N.
20        Q.   Okay.  And would you please state          09:07AM
21   your home address and your business address?
22        A.   Home address is 2898 Ramona Street,
23   Palo Alto, California 94306.  Business address
24   is 1 Infinite Loop, Cupertino, California.
25   95014, I think.                                      09:07AM

Attorneys' Eyes Only

Page 32

1            (Recess taken.)

2            (Document marked Exhibit 1950

3            for identification.)

4            THE VIDEOGRAPHER:  We're on the

5    record, the time is 10:19 a.m.                          10:19AM

6    BY MS. NEILL:

7        Q.   Dr. Chen, do you recognize this

8    e-mail?

9        A.   I see my name is on it, but I

10   actually don't recall seeing this e-mail.               10:19AM

11       Q.   On the second page of this chain of

12   e-mails, page ending 489.

13       A.   Sorry?

14       Q.   The page ending 489.

15       A.   Okay.                                          10:20AM

16       Q.   There appears to be an e-mail from

17   Tang Yew Tan?

18       A.   Correct.

19       Q.   Do you know Tang Tan?

20       A.   Yes.                                           10:20AM

21       Q.   And who is Tang Tan?

22       A.   He -- Tang is the manager of product

23   design team for iPhone.

24       Q.   And at the bottom of this page, there

25   is a list of action items that starts with              10:20AM

Attorneys' Eyes Only

Page 33

1    No. 1, Provide a cost comparison of the
2    following Grapes, followed by the name Priya.
3           Do you know who Priya is?
4       A.   Priya is the manager of the display
5    and touch panel procurement team, what we call       10:21AM
6    global supply manager.
7       Q.   And do you know what the term
8    "Grapes" refers to in this sentence?
9       A.   Grape is loosely referring to touch
10   panels, internally.                                  10:21AM
11      Q.   Under No. 1, the letter A, it says,
12   M68 full lam?
13          What is M68?
14      A.   M68 is the code name for the original
15   iPhone.                                              10:22AM
16      Q.   And what does full lam, L-A-M, refer
17   to?
18      A.   Full lam refers to the optical
19   bonding between the touch glass and the displays
20   or between cover glass and the touch displays.      10:22AM
21   Bonding.
22          MR. MONACH:  Bonding, B-O-N-D-I-N-G.
23   Sorry.
24          THE WITNESS:  Thank you.
25   BY MS. NEILL:                                       10:22AM

Page 55

1              C E R T I F I C A T E

2

3  STATE OF CALIFORNIA           )
4                                )  ss:
5  COUNTY OF CONTRA COSTA        )

6

7           I, YVONNE FENNELLY, CCRR, CSR 5495,
8  within and for the State of California, do
9  hereby certify:
10          That WEI CHEN, Ph.D, the witness
11 whose deposition is hereinbefore set forth, was
12 duly sworn by me and that such deposition is a
13 true record of the testimony given by such
14 witness.
15          I further certify that I am not
16 related to any of the parties to this action by
17 blood or marriage; and that I am in no way
18 interested in the outcome of this matter.
19          IN WITNESS WHEREOF, I have hereunto
20 set my hand this 1st day of March, 2012.

21

22

23          _____
            YVONNE FENNELLY, CCRR, CSR NO. 5495
24

25