1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,        | CASE NO. 11-cv-01846-LHK
19 |            Plaintiff,                        | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS**
20 |       vs.                                    | **UNDER SEAL**
21 | SAMSUNG ELECTRONICS CO., LTD., a
   | Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
   | York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
   | LLC, a Delaware limited liability company,
24
   |            Defendants.
25

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The confidential, unredacted version of Samsung's Reply In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order;

2. The confidential, unredacted version of the Declaration of Dr. Jeffrey Johnson In Support of Samsung's Reply In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order; and

3. Exhibits 4 and 5 to the Declaration of Mark Tung In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order.

In short, the above documents discuss, refer to, or comprise interrogatory objections and responses that the parties have designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY. Exhibit 5 to the Tung Declaration contains Apple's confidential business information, and Samsung expects that Apple will file the declaration require by Local Rule 79-5(d) to establish this document as sealable.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

1  DATED: June 5, 2012					QUINN EMANUEL URQUHART & SULLIVAN, LLP

						By  */s/ Victoria Maroulis*
						    Charles K. Verhoeven
						    Kevin P.B. Johnson
						    Victoria F. Maroulis
						    Michael T. Zeller
						    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC