1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | **REPLY DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S MOTION FOR CLARIFICATION** |
20 | vs. | |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:    June 19, 2012
Time:   10:00 a.m.
Place:   Courtroom 5, 4th Floor
Judge:   Hon. Paul S. Grewal |
24 | Defendant. | |

02198.51855/4750626.2

Case No. 11-cv-01846-LHK
REPLY DECLARATION OF MARK TUNG IN SUPPORT OF SAMSUNG'S MOTION FOR CLARIFICATION

I, Mark Tung, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Reply In Support of Motion for Clarification Regarding the Court's May 4, 2012 Order. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Addendum to Apple Inc.'s Disclosure of Asserted Claims & Infringement Contentions.

3. Attached hereto as Exhibit 2 is a true and correct copy of Apple Inc.'s Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory No. 5 to Apple Inc., which Apple served on March 4, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of Apple Inc.'s Second Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory No. 5 to Apple Inc., which Apple served on March 8, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the April 20, 2012 deposition transcript of Apple's infringement expert, Dr. Ravin Balakrishnan.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Expert Report of Karan Singh, Ph.D., Regarding Infringement of U.S. Patents Nos. 7,864,163, 7,844,915 and 7,853,891.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 6th day of June, 2012, in Shenzhen, China.

___/s/ Mark Tung_____

Mark Tung