QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

CASE NO. 11-cv-01846-LHK

**DECLARATION OF ROSA KIM IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Rosa Kim, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. I submit this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal, as well as Apple's Administrative Motion to File Under Seal (Dkt. No. 986). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. The requested relief is necessary to protect the confidentiality of information contained in Exhibit A to the Declaration of Marc J. Pernick In Support of Apple's Opposition to Samsung's Motion For Clarification ("Pernick Declaration"), Samsung's Reply In Support of Motion For Clarification Regarding the Court's May 4, 2012 Order, as well as the supporting declarations of Dr. Jeffrey Johnson ("Johnson Declaration") and Mark Tung ("Tung Declaration") and exhibits thereto.

3. Exhibit A to the Pernick Declaration consists of excerpts from the expert report of Dr. Ravin Balakrishnan. This document contains discussion of Samsung source code, as well as confidential business information regarding the operation of the accused Samsung devices. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

4. Exhibit 4 to the Tung Declaration consists of excerpts from the April 20, 2012 deposition transcript of Apple's infringement expert, Dr. Ravin Balakrishnan, which is designated as HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains discussion of Samsung source code, as well as confidential business information regarding the operation of the accused Samsung devices. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5. The Johnson Declaration contains discussion of Samsung source code, as well as confidential business information regarding the operation of the accused Samsung devices. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on June 5, 2012.

*/s/ Rosa Kim*
Rosa Kim