UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

Apple, Inc. ("Apple") and has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 939). Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

Samsung has also filed Samsung's Administrative Motion to File Documents Under Seal, in connection with Samsung's Reply In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order.

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration establishes that information contained in the below documents has been properly designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung. Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

- The confidential, unredacted version of Samsung's Reply In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order;
- The confidential, unredacted version of the Declaration of Dr. Jeffrey Johnson In Support of Samsung's Reply In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order;
- Exhibit 4 to the Declaration of Mark Tung In Support of Samsung's Motion For Clarification Of The Court's May 4, 2012 Order; and
- Exhibit A to the Declaration of Marc J. Pernick In Support of Apple's Opposition to Samsung's Motion For Clarification.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Hon. Paul S. Grewal
United States Magistrate Judge