| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple Inc.'s Reply in Support of Motion For Adverse Inference Jury Instructions Due To Samsung's Spoliation of Evidence ("Reply");
2. The confidential, unredacted version of the Reply Declaration Of Esther Kim In Support Of Apple Inc.'s Motion For Adverse Inference Jury Instructions Due To Samsung's Spoliation Of Evidence ("Kim Declaration"); and
3. Exhibits 1-11 to the Kim Declaration in their entirety.

The Reply contains confidential information that this Court has previously ordered sealed. (*See* Dkt. No. 126 (sealing the declaration of Richard J. Lutton, Jr.).)  It and the other documents listed above also discuss information that Samsung has designated as confidential under the protective order entered in this case.  Pursuant to Civil L.R. 79-5(d), Samsung has filed the Declaration of Daniel Shim in Support of Samsung's Administrative Motion to File Documents Under Seal (*see* Dkt. No. 987-2, the "Shim Declaration") for the purpose of establishing that the designated information is sealable.  Should any additional declaration be required to seal the information above, Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will seek to establish good cause to permit the sealing of these materials.

Pursuant to Civil Local Rule 79-(c), Apple will lodge the Reply and Kim Declaration with the Clerk with the sealable portions highlighted.  Redacted versions of the Reply and the Kim Declaration are attached as exhibits hereto.

Dated: June 5, 2012                           MORRISON & FOERSTER LLP

                                              By:   */s/ Michael A. Jacobs*
                                                    Michael A. Jacobs

                                                    Attorneys for Plaintiff
                                                    APPLE INC.