1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal the following documents:
3    1.   The confidential, unredacted version of Apple Inc.'s Reply in Support of Motion
4  for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence ("Reply");
5    2.   The confidential, unredacted version of the Reply Declaration Of Esther Kim in
6  Support of Apple Inc.'s Motion for Adverse Inference Jury Instructions Due to Samsung's
7  Spoliation of Evidence ("Kim Declaration"); and
8    3.   Exhibits 1-11 to the Kim Declaration in their entirety.
9    Having considered the arguments and the papers submitted, and GOOD CAUSE
10 HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
11 Under Seal.  The above-referenced documents shall be filed under seal.
12   **IT IS SO ORDERED.**
13
14 Dated: _____        _____
                                         Hon. Paul S. Grewal
15                                       United States Magistrate Judge