1  HAROLD J. MCELHINNY (CA SBN 66781)           WILLIAM F. LEE
   hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)            WILMER CUTLER PICKERING
   mjacobs@mofo.com                             HALE AND DORR LLP
3  JENNIFER LEE TAYLOR (CA SBN 161368)          60 State Street
   jtaylor@mofo.com                             Boston, MA 02109
4  ALISON M. TUCHER (CA SBN 171363)             Telephone: (617) 526-6000
   atucher@mofo.com                             Facsimile: (617) 526-5000
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)            MARK D. SELWYN (SBN 244180)
   jasonbartlett@mofo.com                       mark.selwyn@wilmerhale.com
7  MORRISON & FOERSTER LLP                      WILMER CUTLER PICKERING
   425 Market Street                            HALE AND DORR LLP
8  San Francisco, California 94105-2482         950 Page Mill Road
   Telephone: (415) 268-7000                    Palo Alto, California 94304
9  Facsimile: (415) 268-7522                    Telephone: (650) 858-6000
                                                Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**REPLY DECLARATION OF ESTHER KIM IN SUPPORT OF APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SAMSUNG'S SPOLIATION OF EVIDENCE**<br><br>Date:     June 21, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:   Hon. Paul S. Grewal |

**PUBLIC REDACTED VERSION**

1  I, Esther Kim, declare as follows:

2  1. I am an associate with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from other members of my litigation team. I make this declaration in support of Apple's Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence.

3  2. Certain exhibits to this declaration consist of Korean-language documents produced by Samsung in this action. Apple has obtained certified translations of the documents and submits those translations herewith along with each Korean original.

4  3. Pursuant to the Court's September 28, 2011, Order (Dkt. No. 267), Samsung served its first Identification of Custodians, Litigation Hold Notices and Search Terms ("transparency disclosures") on October 7, 2011. Attached hereto as **Exhibit 1** is a true and correct copy of the October 7, 2011, disclosures and relevant accompanying exhibits, *i.e.*, Exhibits S, T, and U.

5  4. Samsung subsequently amended or supplemented its transparency disclosures four times, serving them on October 10, 2011, December 1, 2011, February 26, 2012, and most recently, on May 27, 2012. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6  5. Attached hereto as **Exhibit 2** is a true and correct copy of Samsung's transparency disclosures served on October 10, 2011, titled "Samsung's Amended Identification of Custodians, Litigation Hold Notices and Search Terms." The only exhibit amended in these disclosures was Exhibit V, which is not relevant here. Accordingly, Exhibits S, T, and U remain the same as the October 7, 2011, disclosures.

7  6. Attached hereto as **Exhibit 3** is a true and correct copy of the transparency disclosures served on December 1, 2011, titled "Samsung's First Amended and Supplemental

KIM REPLY DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154823

1

1  Identification of Custodians, Litigation Hold Notices and Search Terms," and relevant
2  accompanying exhibits, *i.e.*, Exhibits S, T, and U.
3     7.   Attached hereto as **Exhibit 4** are two summary charts titled ▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮
6     8.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮  Attached hereto as **Exhibit 5** is a chart summarizing
9  more than 550 of the documents from the May 26, 2012, production ▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11    9.   Apple sent three letters to Samsung on January 29, 2012, February 21, 2012, and
12 February 29, 2012, asking Samsung to confirm whether it was ▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮  Attached hereto as **Exhibit 6** is a true and correct copy of the letter from Apple's
14 counsel Marc Pernick to Samsung's counsel Rachel Kassabian, dated January 29, 2012,
15 requesting this information.  Attached hereto as **Exhibit 7** is a true and correct copy of the second
16 letter from Mr. Pernick to Ms. Kassabian, dated February 21, 2012, again requesting this
17 information.  Attached hereto as **Exhibit 8** is a true and correct copy of the third letter from
18 Mr. Pernick to Ms. Kassabian, dated February 29, 2012, repeating this request.
19    10.  Samsung finally responded to Apple's multiple requests by definitively answering,
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Attached hereto as **Exhibit 9** is a true
21 and correct copy of the letter from Samsung's counsel Alex Binder to Marc Pernick, dated
22 February 29, 2012, confirming that Samsung was not ▮▮▮▮▮▮
23    11.  Attached hereto as **Exhibit 10** is a true and correct copy of the document produced
24 by Samsung beginning with Bates number SAMNDCA00044700, which is an email dated
25 February 16, 2012, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
27 ▮▮▮▮  A true and correct copy of a certified translation is included.
28

KIM REPLY DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154823

2

1       12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the deposition of Dong Sub Kim taken on February 28, 2012.

        13.     Under my supervision, contract attorneys for Morrison & Foerster reviewed the emails authored or received by ▊▊▊▊▊▊▊ that were produced from the files of other custodians—documents produced in this action, as well as documents produced in the matter of *Certain Electronic Digital Media Devices and Components Thereof*, Investigation No. 337-TA-796, pending in the International Trade Commission.  Samsung asserts that it produced ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ However, Morrison & Foerster's contract attorneys discovered more than ▊▊▊▊▊▊▊▊▊▊▊▊▊▊ ▊▊▊▊▊▊▊▊▊▊▊▊ Of these, more than ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ ▊▊▊▊▊▊▊▊▊▊

        I declare under penalty of perjury that the foregoing is true and correct.  Executed June 5, 2012, at San Francisco, California.

                                            */s/ Esther Kim*
                                            Esther Kim

KIM REPLY DECL. ISO APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTIONS DUE TO SPOLIATION          3
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154823

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Esther Kim has concurred in this filing.

Dated: June 5, 2012                    */s/ Michael A. Jacobs*
                                       Michael A. Jacobs