| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com |
| 4 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com |
| 5 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com |
| 6 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com |
| 7 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 8 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 9 | Facsimile: (415) 268-7522 |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGING OF CORRECTED EXHIBIT 11 TO THE DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S MOTION TO EXCLUDE TESTIMONY OF SAMSUNG'S EXPERTS**<br><br>Date:    June 21, 2012<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

NOTICE OF LODGING OF CORRECTED EXHIBIT 11 TO JASON BARTLETT DECLARATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3155881

1  TO: THE CLERK OF THE COURT AND DEFENDANTS:

2   PLEASE TAKE NOTICE that Plaintiff Apple Inc. is hereby lodging with the Clerk's office a corrected Exhibit 11 to the Declaration of Jason Bartlett in Support of Apple's Motion to Exclude Testimony of Samsung's Experts dated May 17, 2012 (submitted under seal the following day).

 Like the original Exhibit 11, corrected Exhibit 11 is a document that Samsung designated as "Highly Confidential – Attorneys' Eyes Only." (Bartlett Declaration. ¶ 11.) Therefore, Apple requests that corrected Exhibit 11 be filed under seal pursuant to Apple's Administrative Motion to File Under Seal Its Motion to Exclude Testimony of Samsung's Experts, Docket No. 940, filed May 17, 2012. (*Id.*)

Dated:  June 6, 2012                    MORRISON & FOERSTER LLP

                                        By:   */s/ Michael A. Jacobs*
                                              Michael A. Jacobs

                                              Attorneys for Plaintiff and
                                              Counterclaim-Defendant
                                              APPLE INC.