HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") moves for an order to seal the following documents:

1.    Confidential portions of Apple's Reply Brief In Support of its Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460, filed herewith.

2.    Exhibit 1 to the Declaration of Peter Kolovos in Support of Apple's Reply Brief In Support of its Motion for Summary Judgment, filed herewith.

Items 1 and 2 of the above documents contain information that Samsung has designated as confidential under the protective order. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration, and accompanying Proposed Order, attempting to establish good cause to permit the sealing of these materials.

Apple's Reply Brief In Support of its Motion for Summary Judgment also contains information that is Apple-confidential as set out in the Declaration of Erica Tierney in Support of Apple's Administrative Motion to File Documents Under Seal ("Tierney Declaration") [Dkt. No. 925-1], filed in support of sealing Apple's Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460. As described in the Tierney Declaration, this motion requests relief that is necessary and narrowly tailored to protect only that confidential information. It is Apple's policy not to disclose or describe its confidential design and product development information. (Tierney Declaration ¶ 3.) This information is highly confidential to Apple. (*Id.*) The information described above could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.* ¶ 4.)

Apple's Reply Brief In Support of its Motion for Summary Judgment also contains information that is confidential to Intel as set out in the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Documents Under Seal ("Selwyn Declaration") [Dkt. No. 925-2], filed in support of sealing Apple's Motion for Summary

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846 (LHK)

1   Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S. Patent

2   Numbers 7,456,893 and 7,577,460.  As described in the Selwyn Declaration, this motion

3   requests relief that is necessary and narrowly tailored to protect only that confidential

4   information.  (Selwyn Declaration ¶ 3.)

5          Pursuant to the Court's standing order regarding motions to file under seal, effective

6   December 1, 2011, attached is the proposed public redacted versions of Items 1 and 2 that Apple

7   is seeking to file under seal. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the

8   document at issue with the sealable portions highlighted.

9          Pursuant to General Order No. 62, Apple's entire filing will be lodged with the Court for

10  *in camera* review and served on all parties.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846 (LHK)

1

2   Dated:  June 7, 2012                        /s/ Mark D. Selwyn
                                               Mark D. Selwyn (SBN 244180)
3                                              (mark.selwyn@wilmerhale.com)
                                               WILMER CUTLER PICKERING
4                                                  HALE AND DORR LLP
                                               950 Page Mill Road
5                                              Palo Alto, California  94304
                                               Telephone:  (650) 858-6000
6                                              Facsimile:   (650) 858-6100

7                                              William F. Lee (admitted *pro hac vice*)
                                               (william.lee@wilmerhale.com)
8                                              WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
9                                              60 State Street
                                               Boston, Massachusetts  02109
10                                             Telephone: (617) 526-6000
                                               Facsimile: (617) 526-5000
11

12

13                                             Harold J. McElhinny (SBN 66781)
                                               (HMcElhinny@mofo.com)
14                                             Michael A. Jacobs (SBN 111664)
                                               (MJacobs@mofo.com)
15                                             Richard S.J. Hung (CA SBN 197425)
                                               rhung@mofo.com
16                                             MORRISON & FOERSTER LLP
                                               425 Market Street
17                                             San Francisco, California 94105
                                               Telephone: ( 415) 268-7000
18                                             Facsimile:  (415) 268-7522

19                                             Attorneys for Plaintiff and
                                               Counterclaim-Defendant Apple Inc.
20

21

22

23

24

25

26

27

28

APPLE INC.'S ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846 (LHK)

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

I hereby certify that a true and correct copy of the above and foregoing document has

4

been served on June 7, 2012 to all counsel of record who are deemed to have consented to

5

electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel

6

of record will be served by electronic mail, facsimile and/or overnight delivery.

7

8                                                  /s/ Mark D. Selwyn
                                                   Mark D. Selwyn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28