1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

3

4

APPLE INC., a California corporation,

        Plaintiff,

5

        vs.

6

7

8

9

10

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

        Defendants.

11

12

13

14

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

15

16

        Counterclaim-Plaintiffs,

        v.

17

APPLE INC., a California corporation,

18

        Counterclaim-Defendant.

Civil Action No. 11-CV-01846-LHK


**[PROPOSED] ORDER GRANTING
APPLE INC.'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS
UNDER SEAL**

19

20

        In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.

21

("Apple") has filed an administrative motion for an order to seal portions of the following

22

documents:

23

24

25

26

        1.        Confidential portions of Apple's Reply Brief In Support of  its Motion for

Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and

Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460.

27

28

        2.        Exhibit 1 to the Declaration of Peter Kolovos in Support of Apple's Reply Brief

In Support of  its Motion for Summary Judgment.

[PROPOSED] ORDER
Case No. 11-cv-01846 (LHK)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING

BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File

Under Seal. The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated:

By:  _____
Honorable Lucy H. Koh
U.S. District Court Judge

[PROPOSED] ORDER
Case No. 11-cv-01846 (LHK)