HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617)  526-6000
Facsimile: (617)  526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF YAKOV ZOLOTOREV IN SUPPORT OF REPLY IN SUPPORT OF APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS**<br><br>Date:      June 21, 2012<br>Time:      10:00 a.m.<br>Place:     Courtroom 5, 4th Floor<br>Judge:    Hon. Paul S. Grewal |

I, Yakov Zolotorev, declare as follows:

1.      I am an attorney at the law firm of Feinberg Day Alberti & Thompson LLP, counsel for Apple Inc. ("Apple") in the ITC investigation titled In the Matter of Certain Portable Electronic Devices and Related Software, No. 337-TA-797.  I am licensed to practice law in the State of California.  Unless otherwise indicated, I have personal knowledge of the matters stated herein.

2.      I make this Declaration in support of Apple's Reply in Support of Apple's Motion to Strike Portions of Samsung's Expert Reports.

3.      In the aforementioned ITC investigation, Apple is the Complainant, and HTC Corp. and HTC America, Inc. (collectively, "HTC") are the Respondents.  The law firm of Quinn Emanuel Urquhart & Sullivan, LLP represents HTC.

4.      On December 2, 2011, HTC served invalidity contentions against U.S. Patent No. 7,844,915 (the "'915 patent") as part of its responses to interrogatories.  These invalidity contentions included 17 exhibits.  Among those 17 exhibits were separate claim charts for a number of applications for the DiamondTouch system, including: (a) DTLens; (b) Mandelbrot; and (c) DTMouse.  Those three claim charts, which total approximately 114 pages, included stills from videos, images, source code, and text purportedly identifying the features of these applications that allegedly satisfied the '915 patent's claim limitations.

5.       The aforementioned claim chart exhibits were each designated and marked by HTC as Confidential Business Information – Subject to Protective Order, and therefore could not be shared with anyone who had not undertaken the protective order for the 337-TA-797 ITC investigation, the terms of which I have reviewed and am familiar with.  Accordingly, none of the claim chart exhibits were provided to Apple or to Apple's counsel in the Northern District of California action styled *Apple v. Samsung*, 11-cv-1846.

ZOLOTOREV DECL. ISO REPLY ISO APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS
CASE NO. 11-cv-01846-LHK
sf-3155985

1

1   I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed on June 7, 2012, at Palo Alto, California.

3

4                                        */s/ Yakov Zolotorev*
                                        Yakov Zolotorev
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Zolotorev Decl. iso Reply iso Apple's Motion to Strike Portions of Samsung's Expert Reports
Case No. 11-cv-01846-LHK
sf-3155985

2

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3

Declaration. In compliance with General Order 45, X.B., I hereby attest that Yakov Zolotorev has

4

concurred in this filing.

5

Dated:  June 7, 2012                                By:   _____ */s/ Michael A. Jacobs* _____

6

                                                                        Michael A. Jacobs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZOLOTOREV DECL. ISO REPLY ISO APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS
CASE NO. 11-cv-01846-LHK
sf-3155985

3