| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RE APPLE'S MOTION TO STRIKE REPLY TO SAMSUNG'S OPPOSITION** |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal:

 1. The confidential, unredacted version the Reply Declaration of Marc J. Pernick in Support of Apple's Motion to Strike Portions of Samsung's Expert Reports ("Pernick Reply Decl.").

 2. Exhibit 10 to the Pernick Reply Decl.

 3. Exhibit 11 to the Pernick Reply Decl.

1-3 contain material that Samsung has designated as confidential under the protective order entered in this case. Apple expects that pursuant to Civil L.R. 79-5(d), Samsung will file a declaration establishing good cause to permit the sealing of these materials and will also file a Proposed Order. The relief requested in this motion is narrowly tailored to protect only information that has been designated as confidential. Pursuant to Civil L.R. 79-(c), Apple will lodge with the Clerk the documents at issue, with the sealable portions highlighted.

Dated: June 7, 2012                    MORRISON & FOERSTER LLP

                                       By:  */s/ Michael A. Jacobs*
                                            MICHAEL A. JACOBS

                                            Attorneys for Plaintiff
                                            APPLE INC.