Exhibit 1

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000  FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
**toddbriggs@quinnemanuel.com**

January 5, 2012

<u>VIA E-MAIL</u>

Richard Hung
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

Re:     *Apple v. Samsung Elecs. Co., et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)
          Supplemental Invalidity Contentions

Dear Rich:

I write to follow up regarding Samsung's request to serve supplemental invalidity contentions on Apple to include Mac OS X, SuperClock and other prior art, pursuant to Patent Local Rule 3-6. Samsung has twice sent letters asking whether Apple will stipulate to the service of these invalidity contentions, on November 10 and 22, 2011.  However, Apple has not responded to Samsung's proposed stipulation.

At the same time, Samsung has sought discovery from Apple to produce source code for the Mac OS X and SuperClock programs in Apple's possession, in order to confirm that they are prior art against the '891 and '002 patents.  However, Apple avoided producing the prior art source code until after Samsung filed a motion to compel.  Furthermore, Apple continued to avoid a complete disclosure of relevant Mac OS X discovery by producing additional source code only after complaints by Samsung, and by still refusing to produce a hardware version of the prior art that can operate the invalidating brightness window.  Despite Apple's dilatory tactics, Samsung's review of the source code confirms that Mac OS X invalidates the '891 patent.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000  FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000  FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666  FAX +7 495 797 3667

Thus, Samsung is asking one final time whether Apple will stipulate to supplemental invalidity contentions.  In addition to the prior art discussed in the November 10 correspondence, Samsung has good cause to include additional recently discovered prior art.  For example, Glimpse, a software program disclosed at the 2005 CHI Conference, invalidates the '381 patent as construed by Judge Koh because it always bounces back.  *See* Patent Local Rule 3-6(a) (good cause includes a "claim construction by the Court different from that proposed by the party seeking amendment").

Samsung also seeks to clarify the invalidity contentions for the DiamondTouch system to identify numerous prior art applications and SDKs which practice the '915 patent.  Samsung further believes that the DiamondTouch system is prior art to the '163 patent, and seeks to supplement its invalidity charts accordingly.  The table below summarizes the Samsung references.

| U.S. Patent No. | Prior Art Reference | Basis |
|---|---|---|
| 7,469,381 | Glimpse | Adverse preliminary injunction decision interpreting '381 patent |
| 7,920,129 | Atmel Touchscreens in the KitechAid KEBU107SSS and KEBU208SSS Products | Third party discovery from Atmel Corporation |
| | Cirque Capacitive Touchpads, including but not limited to the GlidePoint Touchpad | Third party discovery from Cirque Corporation |
| | WO 2005/114369 | Chart already served – amendment to cover pleading only |
| | US 6,075,520 | Recent discovery |
| | Hal Philipp, Controls and Sensors: Tough Touch Screens, 2006 | Additional information on disclosed Whirlpool Velos |
| 7,844,915 and 7,864,163 | Mandelbrot, Gesture Engine, Multi-Surface Google Earth, Gesture/Speech Interface, DTMouse and DTLens, operating on the DiamondTouch system | Applications running on disclosed DiamondTouch system |
| 7,864,163 | US 2005/0012723 | Recent discovery |
| 7,853,891 | Mac OS X, version 10.0 | Depositions of Bas Ording & Imran Chaundri and recent production of source code by Apple in response to Samsung's motion to compel |
| 6,493,002 | SuperClock! | Deposition of Steven Christensen and recent production of source code by Apple in response to Samsung's motion to compel |

| 7,812,828 | DISCRETE RANDOM SIGNALS AND STATISTICAL SIGNAL PROCESSING, by Charles Therrien | Deposition of Wayne Westerman |
| | LINEAR ALGEBRA AND ITS APPLICATIONS, by Gilbert Strang | Deposition of Wayne Westerman |

Please let us know by Monday, January 9, whether Apple will agree to these supplemental contentions.  Otherwise, Samsung will assume that Apple opposes any stipulation and proceed to file a motion with the court.


Very truly yours,


Todd M. Briggs