Exhibit 3

| | |
|---|---|
| **From:** | Sibrina Khan |
| **To:** | WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo; Samsung v. Apple |
| **Subject:** | Apple Inc. v. Samsung Electronics Co., Ltd., et al., Case No. 11-CV-01846-LHK (ND Cal) |
| **Date:** | Friday, March 23, 2012 12:00:07 AM |

Dear Counsel:

Please find Samsung's opening expert reports at the following ftp site:

ftp.quinnemanuel.com
Login:  ftp043
Pass: 7hML688l

We are still in the process of uploading a few of the reports, but they should be available shortly. Thanks

**Sibrina Khan**
*Paralegal,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5108 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sibrinakhan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.