# Exhibit 4

| | |
|---|---|
| **From:** | Barajas, Rosemary |
| **To:** | Samsungv.Apple@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; rachelkassabian@quinnemanuel.com; victoriamaroulis@quinnemanuel.com; kevinjohnson@quinnemanuel.com; michaelzeller@quinnemanuel.com; SaraJenkins@quinnemanuel.com; reneunger@quinnemanuel.com; giseledarwish@quinnemanuel.com; toddbriggs@quinnemanuel.com |
| **Cc:** | Hung, Richard S. J.; McElhinny, Harold J.; Jacobs, Michael A.; AppleMoFo; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | Apple v. Samsung: Opening Expert Reports |
| **Date:** | Friday, March 23, 2012 12:09:07 AM |

Counsel:

Please see the attached expert reports and translations appendix.

Rosemary Barajas
Senior Litigation Paralegal
Morrison | Foerster LLP
425 Market Street | San Francisco | 94105
Tel: 415.268.6744
Mobile: 415.690.5221

File(s) will be available for download until **22 April 2012**:

File: Apple's Opening Expert Reports.zip, 1,062,812.65 KB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit
http://www.accellion.com
Accellion File Transfer