Exhibit 5

# CASE:

*In the Matter of Certain Mobile Devices and Related Software*

_____

*Joshua A. Strickon*

*August 3, 2011*

_____

**MERRILL CORPORATION**

LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              APLNDC-X0000000972

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.
Before The Honorable Theodore R. Essex

INVESTIGATION NO. 337-TA-750

In the Matter of

CERTAIN MOBILE DEVICES AND
RELATED SOFTWARE.

_____/

August 3, 2011
9:03 a.m.

Deposition of JOSHUA A. STRICKON, pursuant to notice, taken by Respondents, at Weil Gotshal & Manges, 1395 Brickell Avenue, Suite 1200, Miami, Florida, before Kelli Ann Willis, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Florida.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                APLNDC-X0000000973

Joshua A. Strickon    August 3, 2011

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
      WEIL GOTSHAL & MANGES, LLP
 4    Attorneys for Claimants.
          1300 Eye Street, Suite 900
 5        Washington, DC  20005
      BY:   ANNE CAPPELLA, ESQ.
 6        anne.cappella@weil.com
 7
      QUINN EMANUEL URQUHART & SULLIVAN, LLP
 8    Attorneys for Respondents.
          865 South Figueroa Street, 10th Floor
 9        Los Angeles, California 90017
      BY:   BRIAN J. DUNNE, ESQ.
10        briandunne@quinnemanuel.com
11
12
13    ALSO PRESENT:
14    Oliver Lee, Videographer
15
16
17
18            I N D E X
19    Examination by Mr. Dunne          6
20
21
22
23
24
25
```

Page 4

```
 1
 2    (Deposition Exhibit 9 for            187
      Identification, Kokai Unexamined
 3    Patent Application, Bates stamped
      MF000339 to 000373.)
 4
 5    (Deposition Exhibit 10 for           189
      Identification, '160 Patent,
 6    Bates stamped MOTO-APPLE-0006037953_102176
      to 102188.)
 7
      (Deposition Exhibit 11 for           189
 8    Identification, Utility Patent
      Application Transmittal, Bates stamped
 9    750-Apple0012336 to 0013948.)
10
      (Deposition Exhibit 12 for           215
11    Identification, Ex Parte
      Application for Issuance of
12    Subpoena Duces Tecum and Ad
      Testificandum to Joshua A. Strickon.)
13
14    (Deposition Exhibit 13, CD containing    218
      SmartSkin videos.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2            E X H I B I T S
 3    DESCRIPTION                      PAGE
 4    (Deposition Exhibit 1 for         19
      Identification, '607 Patent,
 5    Bates stamped 750-Apple0012278
      to 12310.)
 6
      (Deposition Exhibit 2 for         29
 7    Identification, '828 Patent,
      Bates stamped 750-Apple0000061
 8    to 0000145.)
 9    (Deposition Exhibit 3 for         55
      Identification, SmartSkin: An
10    Infrastructure for Freehand
      Manipulation, Bates stamped
11    745-Apple10458678 to 10458685.)
12    (Deposition Exhibit 4 for         72
      for Identification, 11-7-03 email
13    from J. Strickon Bates stamped
      750-Apple0452885.)
14
      (Deposition Exhibit 5 for         76
15    Identification, Touch Screen
      Technologies White Paper,
16    Bates stamped 750-Apple0448705,
      et al.)
17
18    (Deposition Exhibit 6 for        105
      Identification, '860 Patent,
19    Bates stamped MOTO-APPLE-0006037953_102258
      to 102272.)
20
21    (Deposition Exhibit 7 for        117
      Identification, '455 Patent,
22    Bates stamped MOTO-APPLE-0006200362_015856
      to 015889.)
23
24    (Deposition Exhibit 8 for        154
      Identification, Joshua Strickon C.V.)
25
```

Page 5

```
 1        THE VIDEOGRAPHER:  We are going on the
 2    video record at 9:03 a.m.  Today's date is
 3    August 3rd, 2011.  My name is Oliver Lee, and I
 4    am a legal videographer in association with
 5    Merrill Legal Solutions.  The court reporter
 6    today is Kelli Ann Willis.
 7        Here begins the videotaped deposition of
 8    Joshua Strickon taken in the matter of Certain
 9    Mobile Devices and Related Software, bearing
10    Case No. 337-TA-750.
11        This deposition is being held at 1395
12    Brickell Avenue, Miami, Florida.
13        Will counsel please identify themselves
14    for the record and state whom you represent,
15    starting with the noticing party, and will the
16    court reporter then please swear in the
17    witness.
18        MR. DUNNE:  Brian Dunne of Quinn Emanuel
19    Urquhart & Sullivan representing Respondents,
20    Motorola Solutions, formerly known as Motorola
21    Inc. and Motorola Mobility.
22        MS. CAPPELLA:  Anne Cappella with Weil
23    Gotshal & Manges representing the witness and
24    Apple, Inc.
25
```

2 (Pages 2 to 5)

Page 6

1  Thereupon:
2         JOSHUA STRICKON
3  a witness named in the notice heretofore filed,
4  being of lawful age and having been first duly
5  sworn, testified on his oath as follows:
6         E X A M I N A T I O N
7  BY MR. DUNNE:
8     Q.  All right.  So welcome, Mr. Strickon.
9  Could you please state your full name for the
10 record?
11    A.  Joshua Andrew Strickon.
12    Q.  Have you ever been deposed before?
13    A.  No.
14    Q.  Do you understand that you are under oath,
15 and although we are in a lawyer's office, the
16 testimony you give today is under oath just as if it
17 were in a courtroom?
18    A.  Yes.
19    Q.  Is there anything that could prevent you
20 from testifying truthfully and accurately today?
21    A.  No.
22    Q.  Are you currently employed?
23    A.  Self-employed.
24    Q.  All right.  And how long have you been
25 self-employed?

Page 7

1     A.  Three years.
2     Q.  What is it that you currently do?
3     A.  Technology consulting.  Software and
4  hardware.
5     Q.  And do you currently do any consulting for
6  Apple?
7     A.  No.
8     Q.  Are you being paid by Apple for your
9  testimony today?
10    A.  No.
11    Q.  Is Apple paying for your representation in
12 connection with this deposition?
13    A.  Yes.
14    Q.  And did you produce a copy of your current
15 resume or curriculum vitae in connection with the
16 subpoena in this deposition?
17    A.  Yes.
18    Q.  And is that a currently accurate CV that
19 you produced?
20    A.  Yes.
21    Q.  So I guess to start off on some
22 background, where did you go for your undergraduate?
23    A.  Massachusetts Institute of Technology.
24    Q.  And did you receive an undergraduate
25 degree --

Page 8

1     A.  Yes.
2     Q.  -- from MIT?
3         And what year did you receive your
4  bachelor's?
5     A.  1998.
6     Q.  And in what field?
7     A.  Electrical engineering, computer science.
8     Q.  And after graduating from MIT in 1998, did
9  you then begin employment?
10    A.  No.
11    Q.  Did you go to graduate school?
12    A.  I stayed at MIT.
13    Q.  And how long were you at MIT after 1998?
14    A.  I left MIT at the end of 2002.
15    Q.  Okay.  And what other degrees did you
16 receive in that time?
17    A.  I got my master's in electrical
18 engineering, computer science in 1999, and my Ph.D.
19 in media arts and sciences, class of 2003.
20    Q.  And did you complete a thesis or
21 dissertation in connection with your Ph.D.?
22    A.  Yes.
23    Q.  What was the title of that?
24    A.  What was it called?  It is a really long
25 title.

Page 9

1         "Smoke and Mirrors to Modern Computers:
2  Rethinking the Design and Implementation of
3  Interactive Location-based Entertainment Systems."
4     Q.  And what was the subject matter of that
5  thesis?
6     A.  I developed a software platform for
7  programming and scripting a variety of different
8  kinds of interactive installations from new kinds of
9  theater shows, museum installations that integrated
10 digital audio, interactive music through MIDI,
11 lighting control, as well as sensor input.
12    Q.  And when did you first discuss -- well,
13 after graduation from MIT, what was your first
14 employment?
15    A.  At Apple Computer.
16    Q.  And when did you begin working at Apple?
17    A.  The last week of March 2003.
18    Q.  When did you first begin -- when did you
19 first have discussions with Apple about potential
20 employment there?
21    A.  I believe it was in the fall of 2002.
22    Q.  And did you initiate those discussions?
23    A.  Apple came to do on-campus recruiting.
24    Q.  Do you recall who came to do on-campus
25 recruiting?

3 (Pages 6 to 9)