Exhibit 6

| | |
|---|---|
| **From:** | Mazza, Mia |
| **To:** | "SaraJenkins@quinnemanuel.com" |
| **Cc:** | Bartlett, Jason R.; Hung, Richard S. J.; Beyer, Tom E.; "alexbinder@quinnemanuel.com"; "melissachan@quinnemanuel.com"; "reneunger@quinnemanuel.com"; "sibrinakhan@quinnemanuel.com"; "toddbriggs@quinnemanuel.com"; "victoriamaroulis@quinnemanuel.com"; Robinson, Jessica A. |
| **Subject:** | RE: Apple v. Samsung - Apple Production |
| **Date:** | Sunday, October 16, 2011 11:57:50 PM |

Sara:

I wanted to give you a heads up that we've identified approximately 35 extremely large documents in this production that appear to be the result of some sort of technical error and do not belong in the production. As soon as possible tomorrow we'll send you the bates ranges for those documents, 35 "Intentionally Left Blank" pages to insert for them, and a new load file for those ranges showing "Intentionally Left Blank" as the custodian.

Let me know if you have any questions.

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**

---

**From:** jessicarobinson@mofo.com [mailto:jessicarobinson@mofo.com]
**Sent:** Sunday, October 16, 2011 11:44 PM
**To:** SaraJenkins@quinnemanuel.com; alexbinder@quinnemanuel.com; melissachan@quinnemanuel.com; reneunger@quinnemanuel.com; sibrinakhan@quinnemanuel.com; toddbriggs@quinnemanuel.com; victoriamaroulis@quinnemanuel.com
**Cc:** Mazza, Mia; Bartlett, Jason R.; Hung, Richard S. J.; Beyer, Tom E.
**Subject:** Apple v. Samsung - Apple Production

Please find the files for production documents bates labeled APLNDC0000177368 - APLNDC0001199845. This is part 7 of 7 parts for this volume of production.

Please contact me if you have any difficulties accessing the file. Password is the same password sent earlier today.

Jessica A. Robinson
Sr. Firmwide Manager
eDiscovery Resource Management
Morrison | Foerster

File(s) will be available for download until **15 November 2011**:

File: Delivery_20111015_216269_4.TC, 4,194,304.00 KB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit
http://www.accellion.com

Accellion File Transfer