# Exhibit 11
# (Submitted Under Seal)