HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S MOTION FOR SUMMARY JUDGMENT, MOTION TO EXCLUDE, AND MOTION TO STRIKE** |

1    I, Cyndi Wheeler, hereby declare as follows:

2        1.    I am an attorney for Apple Inc. ("Apple").  I submit this declaration in support of

3    Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 999 and 1007) pursuant to

4    Local Rules 7-11 and 79-5.  I have personal knowledge of the matters set forth below.  If called as

5    a witness I could and would competently testify as follows.

6        **Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion**

7    **to Strike Portions of Samsung's Expert Reports ("Martin Declaration") (Dkt. Nos. 999,**

8    **1011)**

9        2.    Exhibits 3, 7, 8, 9, 12-16, and 20 to the Martin Declaration contain Apple-

10   confidential information.  Specifically:

11       3.    Exhibit 3 to the Martin Declaration is Samsung's Eighth Set of Supplemental

12   Responses to Apple's First Set of Interrogatories in the related ITC proceedings.  A portion of this

13   document includes discussions of the details of Apple's design and development process.  A

14   proposed redacted version is submitted herewith as **Exhibit A.**

15       4.    Exhibit 7 to the Martin Declaration is a letter from counsel for Apple to counsel

16   for Samsung dated November 1, 2012.  Portions of this document include discussions of the

17   details of Apple's design and development process.  A proposed redacted version is submitted

18   herewith as **Exhibit B.**

19       5.    Exhibit 8 to the Martin Declaration a letter from counsel for Samsung to counsel

20   for Apple dated November 8, 2012.  A portion of this document includes discussions of the

21   details of Apple's design and development process..  A proposed redacted version is submitted

22   herewith as **Exhibit C.**

23       6.    Exhibit 9 to the Martin Declaration is an internal document produced by Apple as

24   APLNDC00001103 and marked "Highly Confidential – Attorneys' Eyes Only" by Apple in

25   accordance with the Protective Order entered in this Action.  This document consists of a

26   presentation delivered during settlement discussions between Apple and another company.  It

27   reveals the existence of a confidential business and licensing discussion between Apple and that

28   company and the specific areas that concerned Apple on both business and legal levels.  Public

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf- 3156195sf-3153627

1

1    disclosure of this document, in particular disclosure that would allow competitors to review it,

2    would harm Apple by revealing the details of this settlement and licensing discussion.  This

3    exhibit should be sealed in its entirety.

4           7.     Exhibit 12 to the Martin Declaration is an excerpt of the transcript of the October

5    21, 2011 deposition of Apple employee Rico Zorkendorfer.  Portions of this document include

6    discussions of the details of Apple's design and development process.  A proposed redacted

7    version is submitted herewith as **Exhibit D**.

8           8.     Exhibit 13 to the Martin Declaration is an excerpt of the transcript of the

9    October 24, 2011 deposition of Apple employee Matthew Rohrbach.  Portions of this document

10   include discussions of the details of Apple's design and development process.  A proposed

11   redacted version is submitted herewith as **Exhibit E**.

12          9.     Exhibit 14 to the Martin Declaration is an excerpt of the transcript of the

13   October 27, 2011 deposition of Apple employee Eugene Whang.  Portions of this document

14   contain discussions of confidential development prototypes and internal code names.

15   Development prototypes reveal information about Apple's design process that could be used to its

16   severe disadvantage by competitors, and revealing internal code names would compromise

17   Apple's entire confidentiality process.  A proposed redacted version is submitted herewith as

18   **Exhibit F**.

19         10.     Exhibit 15 to the Martin Declaration is an excerpt of the transcript of the

20   October 27, 2011 deposition of Apple employee Duncan Kerr.  Portions of this document contain

21   a discussion of Apple's internal design process. Disclosure of such commercially sensitive

22   information to Samsung and the public is inappropriate as it would provide Samsung and third-

23   party competitors with inside information about Apple's confidential business practices.  A

24   proposed redacted version is submitted herewith as **Exhibit G**.

25         11.     Exhibit 16 to the Martin Declaration is an excerpt of the transcript of the

26   October 31, 2011 deposition of Apple employee Richard Howarth.  Portions of this document

27   contain a discussion of confidential development prototype and specific details thereof.

28   Disclosure of such commercially sensitive information to Samsung and the public is inappropriate

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf- 3156195sf-3153627

2

1   as it would provide Samsung and third-party competitors with inside information about Apple's

2   confidential business practices and design process.  A proposed redacted version is submitted

3   herewith as **Exhibit H**.

4          12.     Exhibit 20 to the Martin Declaration is Apple's Objections and Responses to

5   Samsung's Fourth Set of Interrogatories.  A portions of this document contain highly confidential

6   and commercially sensitive business information, including confidential information regarding

7   licensing agreements and potential licensing agreements with business partners.  A proposed

8   redacted version of this document is submitted herewith as **Exhibit I**.

9          13.     Samsung's Motion to Strike and the Martin Declaration should be sealed to the

10   extent they refer to or discuss the exhibit above for the same reasons.

11         14.     Apple does not maintain a claim of confidentiality on Exhibit 17 to the Martin

12   Declaration.

13         **Declaration of James Ward in Support of Samsung's Opposition to Apple's Motion**

14   **to Strike Portions of Samsung's Expert Reports ("Ward Declaration") (Dkt. No. 1014)**

15         15.     Exhibits H-J, L, T, and Y to the Ward Declaration contain Apple-confidential

16   information.  Specifically:

17         16.     Exhibit H to the Ward Declaration is the Expert Report of Michel Maharbiz.

18   Portions of this document contain non-public Apple confidential information relating to Apple's

19   products, and could be used to Apple's disadvantage by competitors if it were not filed under

20   seal.  A proposed redacted version is submitted herewith as **Exhibit J**.

21         17.     Exhibit I to the Ward Declaration is an internal document produced by Apple as

22   APLNDC0000000994176 and marked "Highly Confidential—Attorneys' Eyes Only" by Apple in

23   accordance with the Protective Order entered in this Action.  This document contains internal

24   communication to a development group with a discussion of a competitor, reveals Apple's

25   business practices, and contains an internal code name.  This exhibit should be sealed in its

26   entirety.

27         18.     Exhibit J to the Ward Declaration is the transcript of the September 23, 2011

28   Prehearing and Tutorial held in *In the Matter of Certain Mobile Devices and Related Software*,

1   ITC Investigation No. 337-TA-750.  This document contains material protected by two protective

2   orders—both the ITC protective order in that prior matter, and the protective order in this case as

3   the document was produced under the HIGHLY CONFIDENTIAL—ATTORNEYS' EYES

4   ONLY designation in this case. It contains extensive references to internal code names,

5   engineering and development information, and confidential business information, and should be

6   sealed in its entirety.  This exhibit should be sealed in its entirety.

7        19.    Exhibit L to the Ward Declaration is the Corrected Expert Report of Dr. Brian Von

8   Herzen on the Invalidity of U.S. Patents 7,663,607 and 7,920,129.  I have seen only a redacted

9   version of this report.  Paragraphs 44, 113, 185, 191, 244, 444-458, 460, 564, 565, and 624 of the

10  report contain non-public Apple confidential information relating to Apple's products, and could

11  be used to Apple's disadvantage by competitors if it were not filed under seal.  A proposed

12  redacted version of this document is submitted herewith as **Exhibit K**.  (This version incorporates

13  additional redactions proposed by Samsung in Dkt. No. 1014-5.)

14       20.    Exhibit T to the Ward Declaration is the Expert Report of Karan Singh, Ph.D.

15  Expert Report of Karan Singh, Ph.D.  Portions of this document contain highly confidential and

16  commercially sensitive business information regarding Apple's utility patents and could be used

17  to Apple's disadvantage by competitors if it were not filed under seal.  A proposed redacted

18  version is submitted herewith as **Exhibit L**.

19       21.    Exhibit Y to the Ward Declaration is an excerpt from the April 25, 2012 deposition

20  of Mani Srivastava.  This transcript was designated "Highly Confidential—Attorneys' Eyes

21  Only" by Apple in accordance with the Protective Order entered in this Action.  The excerpt

22  contains non-public Apple confidential information relating to components and features of

23  accused Apple products, and could be used to Apple's disadvantage by competitors if it were not

24  filed under seal.  This exhibit should be sealed in its entirety.

25       22.    Samsung's Motion to Strike and the Ward Declaration should be sealed to the

26  extent they refer to or discuss the exhibit above for the same reasons.

27       23.    Apple does not maintain a claim of confidentiality on Exhibits K and X  to the

28  Ward Declaration.

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf- 3156195sf-3153627

4

1       **Declaration of Richard D. Wesel, Ph.D. in Support of Samsung's Opposition to**

2 **Apple's Motion for Summary Judgment ("Wesel Declaration") (Dkt. No. 1003)**

3       24.     Exhibit M to the Wesel Declaration is an excerpt from the deposition of Jason Shi

4 on March 1, 2012. This transcript was designated "Highly Confidential—Attorneys' Eyes Only"

5 by Apple in accordance with the Protective Order entered in this Action.  It contains non-public

6 Apple confidential information relating to Apple's products and the components in Apple's

7 products, and could be used to Apple's disadvantage by competitors if it were not filed under

8 seal.  This exhibit should be sealed in its entirety.

9       25.     Samsung's Opposition to Apple's Motion for Summary Judgment and the Wesel

10 Declaration should be sealed to the extent they refer to or discuss the exhibit above for the same

11 reasons.

12       **Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion**

13 **to Exclude Testimony of Samsung's Experts ("Martin Daubert Declaration") (Dkt. No. 999)**

14       26.     Exhibit N to the Martin Daubert Declaration includes documents Bates-labeled

15 APLNDC0001434059-60, APLNDC0001434083-85, APLNDC0001434143-44.  These are

16 internal consumer survey documents that contain confidential, proprietary market research and

17 analysis, including information about the competitive landscape for mobile devices. This business

18 information was created at a significant cost to Apple, and could be used by Apple's competitors

19 to its disadvantage, particularly because it discusses Apple's direct competitors.  This exhibit

20 should be sealed in its entirety.

21       27.     Samsung's Opposition to Apple's Motion to Exclude Testimony of Samsung's

22 Experts and the Martin Daubert Declaration should be sealed to the extent they refer to or discuss

23 the exhibit above for the same reasons.

24       28.     Apple does not maintain a claim of confidentiality on Exhibit I to the Martin

25 Daubert Declaration.

26       29.     It is Apple's policy not to disclose or describe its confidential business practices,

27 design and development information, or confidential consumer research to third parties.  The

28 above information is indicative of the way that Apple manages its business affairs and reveals

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf- 3156195sf-3153627

5

1   highly confidential information regarding its business practices and design process.  If disclosed,

2   the information in the materials described above could be used by Apple's competitors to Apple's

3   disadvantage.  The requested relief is necessary and narrowly tailored to protect the

4   confidentiality of this information.

5       I declare under penalty of perjury under the laws of the United States of America that the

6   foregoing is true and correct to the best of my knowledge.  Executed this 7th day of June, 2012, in

7   Cupertino, California.

8

9                                         */s/ Cyndi Wheeler*
                                          Cyndi Wheeler

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ATTESTATION OF E-FILED SIGNATURE**

3      I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

4  Declaration.  In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has

5  concurred in this filing.

6  Dated:  June 7, 2012                    By:  _____*/s/  Michael A. Jacobs*_____

7                                                         Michael A. Jacobs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf- 3156195sf-3153627

7