1
2
3
4
5
6
7

8                               UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11  | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
12  | Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NOS. 999 AND 1007)** |
13  | v. | |
14  | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
    | Defendants. | |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung has filed an administrative motion for an order to seal the following documents:

1. The confidential, unredacted version of the Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports ("Martin Declaration") (Dkt. Nos. 999, 1011) and Exhibits 3, 7, 8, 9, 12-16, and 20 thereto;

2. The confidential, unredacted version of the Declaration of James Ward in Support of Samsung's Opposition to Apple's Motion to Strike Portions of Samsung's Expert Reports ("Ward Declaration") (Dkt. No. 1014) and Exhibits H-J, L, T, and Y thereto;

3. The confidential, unredacted version of the Declaration of Richard D. Wesel, Ph.D. in Support of Samsung's Opposition to Apple's Motion for Summary Judgment ("Wesel Declaration") (Dkt. No. 1003) and Exhibit M thereto; and

4. The confidential, unredacted version of the Declaration of Joby Martin in Support of Samsung's Opposition to Apple's Motion to Exclude Testimony of Samsung's Experts ("Martin Daubert Declaration") (Dkt. No. 999) and Exhibit N thereto.

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Administrative Motions to File under Seal (Dkt. Nos. 999 and 1007). The above-referenced document shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____     _____
                                              Hon. Lucy H. Koh
                                              United States District Judge