# Exhibit E

# EXHIBIT 13
# FILED UNDER SEAL

Confidential - Attorneys' Eyes Only

1             UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION
4

5    APPLE INC., a California        )
     corporation,                    )
6                                    )
                   Plaintiff,        )
7     vs.                            ) NO. 11-CV-01846-LHK
                                     )
8    SAMSUNG ELECTRONICS CO.,        )
     LTD., a Korean business         )
9    entity; SAMSUNG ELECTRONICS     )
     AMERICA, INC., a New York       )
10   corporation; SAMSUNG            )
     TELECOMMUNICATIONS AMERICA,     )
11   LLC, a Delaware limited         )
     liability company,             )
12                                   )
                   Defendants.       )
13   ---------------------------
14

15

                        ***
16          CONFIDENTIAL - ATTORNEYS' EYES ONLY
                        ***
17

18      VIDEOTAPED DEPOSITION OF MATTHEW ROHRBACH
19            SAN FRANCISCO, CALIFORNIA
20           MONDAY, OCTOBER 24, 2011
21

22

23

24      Reported By:
        Yvonne Fennelly, CCRR, CSR No. 5495
25      JOB NO. 43006

Confidential - Attorneys' Eyes Only

Page 6

1          MATTHEW ROHRBACH,

2       having been first duly sworn was

3      examined and testified as follows:

4          THE VIDEOGRAPHER:  You may proceed.

5               EXAMINATION

6   BY MR. ZELLER:

7       Q.    Good morning.

8       A.    Good morning.

9       Q.    Please state and spell your full name

10  for the record.

11      A.    Matthew Rohrbach, M-A-T-T-H-E-W,

12  R-O-H-R-B-A-C-H.

13      Q.    And have you ever gone by any other

14  name?

15      A.    No.

16      Q.    You're currently an Apple employee?

17      A.    Yes.

18      Q.    You're an industrial designer?

19      A.    Yes.

20      Q.    How long have you been working as an

21  industrial designer for Apple?

22      A.    For Apple, 13 years.

23      Q.    So that's approximately the 1988 time

24  period?

25      A.    '98, yeah.

Confidential - Attorneys' Eyes Only

Page 94



Confidential - Attorneys' Eyes Only

Page 95



11    Q.    Let me show you what's previously

12  marked as Exhibit 8, which is United States

13  Design Patent 504,889.

14          I take it, at some point, you became

15  aware that there was a dispute between Samsung

16  and Apple?

17          MS. TAYLOR:   It's a yes-or-no

18  question.

19          THE WITNESS:   Yes.

20  BY MR. ZELLER:

21    Q.    At any time prior to the time you

22  became aware that there was a dispute between

23  Apple and Samsung, in other words, litigation in

24  court that was going on, had you seen the '889

25  design patent?

Confidential - Attorneys' Eyes Only

Page 96

1    A.    I don't recall.

2    Q.    You are listed as a named inventor

3    here.

4          You see that?

5    A.    Yes.

6    Q.    What about the design that's shown

7    here in Exhibit 889 was new or original or

8    different from the prior art?

9          MS. TAYLOR:  Objection; lacks

10   foundation, calls for speculation, also appears

11   to be seeking a legal conclusion, and it's vague

12   and ambiguous.

13         THE WITNESS:  I don't know.

14   BY MR. ZELLER:

15   Q.    Was this design that is shown here in

16   Exhibit 8 different from tablet designs that

17   were already in existence?

18         MS. TAYLOR:  Lacks foundation, calls

19   for speculation, it's vague and ambiguous.

20         THE WITNESS:  I don't know.

21   BY MR. ZELLER:

22   Q.    Well, you're named as an inventor;

23   right?

24   A.    Yes.

25   Q.    Well, what did you and the other

Confidential - Attorneys' Eyes Only

Page 97

1  inventors named here invent that's shown here in

2  Exhibit 8, the '889 patent?

3          MS. TAYLOR:  Objection; it calls for

4  a legal conclusion and lacks foundation.

5          THE WITNESS:  We did the industrial

6  design.

7  BY MR. ZELLER:

8      Q.    Well, what was inventive about it?

9          MS. TAYLOR:  Objection; that calls

10  for a legal conclusion, and lacks foundation.

11          THE WITNESS:  The shape.  I don't

12  know exactly.  Design elements.

13  BY MR. ZELLER:

14      Q.    Do you know generally?

15          MS. TAYLOR:  Asked and answered.

16          THE WITNESS:  I don't recall.  I

17  don't know.

18  BY MR. ZELLER:

19      Q.    What about the shape of the design

20  that's shown here in the '889 design patent, in

21  your view, was inventive?

22          MS. TAYLOR:  Objection; it calls for

23  a legal conclusion, it's vague and ambiguous,

24  and it lacks foundation, calls for speculation.

25          THE WITNESS:  I don't know what the

Confidential - Attorneys' Eyes Only

Page 98

1   document is trying to get across.

2   BY MR. ZELLER:

3       Q.    And when you say "the document,"

4   you're talking about the drawings and the other

5   information here in the '889 design patent?

6       A.    Correct.

7       Q.    Is that saying because you don't have

8   an understanding of what's being shown here?

9       A.    I was familiar with the design at the

10  time, but I don't know what the document is

11  trying to communicate.

12      Q.    Well, as you sit here now, based on

13  everything that you know, do you have any

14  knowledge or understanding as to what, if

15  anything, was inventive about the design shown

16  here in the '889 design patent?

17          MS. TAYLOR:  Calls for a legal

18  conclusion, and lacks foundation, and it calls

19  for speculation.

20          THE WITNESS:  No, I don't know what

21  the document is trying to communicate.

22  BY MR. ZELLER:

23      Q.    Based on all the information that you

24  have available to you, was there anything about

25  the shape that you consider to be new or

Confidential - Attorneys' Eyes Only

Page 99

1    inventive as of the time that this invention was

2    created?

3           MS. TAYLOR:  Objection; it calls for

4    a legal conclusion, and lacks foundation.

5           THE WITNESS:  I don't know.

6    BY MR. ZELLER:

7       Q.    Directing your attention to Figure 1

8    of the '889 design patent, you'll see that this

9    is an angled front view of the design.

10          Do you see that?

11      A.    I think so.  Figure 1.

12      Q.    And you'll see that there is an

13   interior rectangular shape on the front surface.

14          Do you see that?

15      A.    Yes.

16      Q.    Are those dotted lines or dash lines?

17          MS. TAYLOR:  The document speaks for

18   itself, and it lacks foundation.

19          THE WITNESS:  I don't know.

20   BY MR. ZELLER:

21      Q.    Does that set of rectangular lines

22   that runs on the interior of the front depict

23   anything?

24          MS. TAYLOR:  Calls for speculation,

25   and calls for a legal conclusion.

Confidential - Attorneys' Eyes Only

1          THE WITNESS:  I don't know.

2    BY MR. ZELLER:

3        Q.    Does that interior rectangular line

4    indicate the difference between the active area

5    of the display screen and the nonactive area?

6          MS. TAYLOR:  Calls for speculation,

7    and it calls for a legal conclusion.

8          THE WITNESS:  I don't know.

9    BY MR. ZELLER:

10       Q.    Do you have any knowledge or

11   information as to what that interior rectangular

12   line depicts?

13         MS. TAYLOR:  Same objections.

14         THE WITNESS:  I would be guessing.

15   BY MR. ZELLER:

16       Q.    And why is it you can't ascertain

17   that?  Is there not enough information in the

18   drawings here to tell you?

19       A.    I don't understand the language of

20   the patent drawing.

21       Q.    Well, I'm not asking you to

22   understand -- I'm not asking about the language

23   of patent drawings.  I'm asking you as an

24   inventor, your understanding of this design

25   patent.

Confidential - Attorneys' Eyes Only

Page 101

1          Do you understand that?

2     A.    Do I understand that you're asking me

3   as an inventor listed on this document?

4     Q.    Right.

5     A.    Yes.

6     Q.    Directing your attention to Figure 1,

7   you'll see that in certain parts of the

8   perimeter, of the front, there is a darker line

9   that runs on that perimeter.

10          Do you see that?

11    A.    I think so.

12    Q.    And so that there's no doubt about

13  this, you can see it most clearly as it runs on

14  this bottom portion of the drawing.

15          Do you see that part right there?

16    A.    Okay.

17    Q.    And this is Figure 1 we're talking

18  about.

19    A.    Yes.

20    Q.    Do you know what that darker line

21  depicts?

22    A.    No.

23    Q.    Do you have any knowledge or

24  information as to what that darker line depicts?

25          MS. TAYLOR:  Calls for speculation,

Confidential - Attorneys' Eyes Only

Page 102

1   lacks foundation.

2              THE WITNESS:  No.

3   BY MR. ZELLER:

4       Q.    Does that darker area depict the

5   ventilation area that we talked about earlier

6   for the tablet?

7              MS. TAYLOR:  Same objections.

8              THE WITNESS:  I don't know.

9   BY MR. ZELLER:

10      Q.    It might, might not, you don't know

11  one way or another?

12             MS. TAYLOR:  Mischaracterizes his

13  testimony.

14             THE WITNESS:  I don't know what that

15  line depicts.

16  BY MR. ZELLER:

17      Q.    Right.

18             So it might depict the ventilation

19  area, it might not, you don't know, you don't

20  have an understanding; right?

21             MS. TAYLOR:  Mischaracterizes his

22  testimony, asked and answered.

23             THE WITNESS:  Yeah, I don't know what

24  that line depicts.

25  ///

Confidential - Attorneys' Eyes Only

Page 103

1   BY MR. ZELLER:

2        Q.    Well, is it the ventilation area?

3             MS. TAYLOR:  Asked and answered,

4   calls for speculation.

5             THE WITNESS:  I don't know.

6   BY MR. ZELLER:

7        Q.    Are you denying that that's the

8   ventilation area?

9             MS. TAYLOR:  Mischaracterizes his

10  testimony, and unduly argumentative.  Also calls

11  for a legal conclusion.

12            THE WITNESS:  I don't know what that

13  line depicts.

14  BY MR. ZELLER:

15       Q.    You don't know one way or another;

16  right?

17            MS. TAYLOR:  Asked and answered, and

18  now you're harassing the witness.

19            THE WITNESS:  I don't know what it

20  depicts.

21  BY MR. ZELLER:

22       Q.    Can you tell me one way or another

23  whether it depicts the ventilation area?  Yes or

24  no?

25            MS. TAYLOR:  Asked and answered,

Confidential - Attorneys' Eyes Only

Page 104

1    calls for speculation, and you're being

2    harassing.

3                    THE WITNESS:  I don't know what that

4    line depicts.

5                    MR. ZELLER:  All right.

6                    Can you read back my question?

7                    I ask that you focus on the

8    particular question I have asked you and answer

9    that question, please.

10                   (Record read.)

11                   MS. TAYLOR:  Can you read the

12   objections, too, please?

13                   (Record read.)

14   BY MR. ZELLER:

15       Q.    So please answer my question.

16                   MS. TAYLOR:  Which question?

17                   THE WITNESS:  Can you read the

18   question one more time, please?

19                   (Record read.)

20                   MS. TAYLOR:  Asked and answered,

21   calls for speculation, calls for a legal

22   conclusion.

23                   THE WITNESS:  No, I can't say one way

24   or the other.

25   ///

Confidential - Attorneys' Eyes Only

Page 105

1    BY MR. ZELLER:

2         Q.    Directing your attention to Figure 2.

3    You'll see on the interior of the drawing there,

4    there are those three sets of diagonal lines.

5              Do you see that?

6         A.    Yes.

7         Q.    What do those represent or depict?

8              MS. TAYLOR:  Calls for a legal

9    conclusion, and speculation, lacks foundation.

10             THE WITNESS:  I don't know.

11   BY MR. ZELLER:

12        Q.    Do you have any understanding?

13             MS. TAYLOR:  Same objections.

14             THE WITNESS:  No.

15   BY MR. ZELLER:

16        Q.    All right.

17             Directing your attention to Figure 4

18   of the '889 design patent, you'll see that the

19   diagonal lines don't appear on the interior of

20   Figure 4.

21             Do you see that?

22        A.    Yes.

23        Q.    All right.

24             And do you have any explanation or

25   understanding as to why those diagonal lines

Confidential - Attorneys' Eyes Only

Page 106

1    appear on Figure 2 but not on Figure 4?

2              MS. TAYLOR:  Calls for a legal

3    conclusion, and speculation, lacks foundation.

4              THE WITNESS:  No.

5    BY MR. ZELLER:

6        Q.    Is the back surface of the tablet

7    design that's being depicted here on the '889

8    design patent showing a substantially flat back?

9              MS. TAYLOR:  Calls for speculation,

10   calls for a legal conclusion, and lacks

11   foundation.

12             THE WITNESS:  I don't know.

13   BY MR. ZELLER:

14       Q.    Does the design that's being depicted

15   here in the '889 design patent show a flat,

16   clear front surface?

17             MS. TAYLOR:  Calls for a legal

18   conclusion, speculation, and lacks foundation.

19             THE WITNESS:  I don't know.

20   BY MR. ZELLER:

21       Q.    Directing your attention to Figure 9

22   of the '889 design patent, you'll see that the

23   portion of the device that is the top of the

24   device as being held by the person in the

25   outline here and is to the furthest right of the

Confidential - Attorneys' Eyes Only

1  drawing, when you look at it, you'll see there

2  is kind of a wedge shape there on the side.

3          MS. TAYLOR:  A web shape, what?

4          MR. ZELLER:  A wedge shape,

5  W-E-D-G-E.

6          MS. TAYLOR:  I couldn't hear the

7  word.  Thank you.

8          THE WITNESS:  Okay.

9  BY MR. ZELLER:

10     Q.    Do you know if that's the design for

11 the tablet that is being depicted here on the

12 '889 design patent has a side that is wedged

13 shaped?

14         MS. TAYLOR:  Lacks foundation, calls

15 for a legal conclusion, and speculation.

16         THE WITNESS:  I don't know.

17 BY MR. ZELLER:

18     Q.    You don't have any understanding in

19 that regard?

20     A.    No.

21     Q.    Directing your attention to Figure 6.

22 You'll see that there is what's generally

23 depicted as a hole there on the right side.

24     A.    Okay.

25         I see I think what you're indicating.

Confidential - Attorneys' Eyes Only

Page 108

1       Q.     What is that?

2              MS. TAYLOR:  Calls for a legal

3       conclusion, and speculation, lacks foundation.

4              THE WITNESS:  I don't know.

5       BY MR. ZELLER:

6       Q.     All right.

7              Is that part of the design that is

8       depicted here in the '889 design patent?

9              MS. TAYLOR:  Legal conclusion, calls

10      for speculation, and lacks foundation.

11             THE WITNESS:  I don't know.

12      BY MR. ZELLER:

13      Q.     Do you know why that, that hole

14      doesn't show up in Figure 9?

15             MS. TAYLOR:  Calls for speculation.

16             THE WITNESS:  No.

17      BY MR. ZELLER:

18      Q.     Do you have any understanding or

19      explanation?

20             MS. TAYLOR:  Calls for speculation,

21      asked and answered.

22             THE WITNESS:  No.

23      BY MR. ZELLER:

24      Q.     You'll see, generally speaking, that

25      these figures depict what we roughly call a

Confidential - Attorneys' Eyes Only

1    connector port, sometimes people call it a

2    30-pin connector if you specifically look at

3    Figure 8?

4              MS. TAYLOR:  Which figure?

5    BY MR. ZELLER:

6         Q.    Do you see that?

7         A.    The rectangles in Figure 8?

8         Q.    Right.

9              Do you see that?

10        A.    I see those rectangles, yeah.

11        Q.    Do you know what they are?

12             MS. TAYLOR:  Calls for a legal

13   conclusion.

14             THE WITNESS:  No.

15   BY MR. ZELLER:

16        Q.    Do you have any knowledge or

17   understanding as to what they are?

18             MS. TAYLOR:  Same, and lacks

19   foundation.

20             THE WITNESS:  No.

21   BY MR. ZELLER:

22        Q.    If we could go back for a moment to

23   Exhibit 841.

24             You'll agree with me that the mockup

25   that's depicted here shows a port on one side,

Confidential - Attorneys' Eyes Only

Page 110

1   it's in the shape, generally, of a hole as well

2   as something people call a connector or 30-pin

3   connector; right?

4           MS. TAYLOR:  Are you directing him to

5   a particular page?

6   BY MR. ZELLER:

7       Q.   Well, it is shown in various

8   perspectives, but you could look at 18780 and

9   18781.

10          Do you see what I'm referring to?

11      A.   I see those pages.

12      Q.   Well, let's break it down, then.

13          Do you see here on 18780 there is

14  that darker smaller rectangular region?

15      A.   Yes.

16      Q.   Is it your understanding, generally

17  speaking, that that is a connector, something

18  sometimes people call a 30-pin connector?

19          MS. TAYLOR:  Objection; it's vague

20  and ambiguous, lacks foundation.

21          THE WITNESS:  As best as I can tell

22  in this photograph, that's what I would guess

23  that it is.

24  BY MR. ZELLER:

25      Q.   It's your best understanding based on