# Exhibit F

# EXHIBIT 14
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California Corporation,
Plaintiff,

vs. ) No. 11-CV-01846-LHK

SAMSUNG ELECTRONICS CO., LTD, a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,
Defendants.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF EUGENE WHANG

THURSDAY, OCTOBER 27, 2011

REPORTED BY:

JANIS JENNINGS, CSR 3942, CLR, CCRR

EUGENE ANTONY WHANG,
The deponent herein, was sworn and testified as follows:

EXAMINATION

BY MS. NEILL:

Q. Good morning.

A. Good morning.

Q. So can you please state your full name for the record.

A. Yep. Eugene Antony Whang.

Q. Okay. And can you please spell that.

A. Eugene, E-u-g-e-n-e; Antony, A-n-t-o-n-y; and Whang, W-h-a-n-g.

Q. And have you ever gone by any other name?

A. No.

Q. And, Mr. Whang, where do you currently reside?

A. In San Francisco.

Q. Can you give me address, please.

A. Yep. 77 Oakwood Street.

Q. And that is San Francisco, California?

A. Yes.

Q. Okay. And are you currently employed?

A. Yes.



Highly Confidential - Attorneys' Eyes Only

Page 71

Q.

TSG Reporting - Worldwide 877-702-9580

Highly Confidential - Attorneys' Eyes Only

Page 72

BY MS. NEILL:

Q. All right. So what I am going to give you now is United States Design Patent 504,889, which was previously marked as Exhibit 8.

Take a look at the patent.

A. Okay.

TSG Reporting - Worldwide 877-702-9580

Q. Can you please turn to figure 2.

And you'll see there on figure 2 along one edge of the device there seems to be a small, round port.

A. Yep. There seems to be a little dotted -- some kind dotted line running around.

Q. Uh-huh. Okay. And then on the other edge of the device that you can see in that same drawing, there appears to be a rectangular type of port.

A. Yes.

Q. Okay. And can you please refer to figure 6 as well.

And I'm sorry. If you look at the first page of the patent, it indicates that figure 6 is a right-side view.

A. Okay.

Q. And can you see, again, the round feature on figure 6?

A. Yes.

Q. And on figure 8 -- which is a lower side view, according to the first page of the patent -- can you see that there is a rectangular feature along that edge?

A. Yes.

Q. Is the design depicted in this patent

reflected in one of the two devices in front of you?

MR. HUNG: Objection. Vague. Foundation. Calls for a legal conclusion. Calls for an expert opinion.

THE WITNESS: There doesn't seem to be enough information in the drawings to -- for me to say if it's -- if it's representative of one of these. There are some similarities, but, you know, there's -- there's also differences.

BY MS. NEILL:

[redacted]

[redacted]

Q. If you will take a look for a second at figure 2, please.

A. Okay.

Q. You will see in figure 2, which is a bottom perspective view, that there are a series of diagonal lines.

A. Yes.

Q. What do those represent?

MR. HUNG: Objection. Foundation.

THE WITNESS: I don't -- I don't know.

BY MS. NEILL:

Q. If you please turn to figure 4, which is a bottom view. Are those lines present?

A. Of the same lines as in the last figure?

Q. Yes. As in figure 2.

A. It doesn't appear -- they don't appear to be there.

Q. Do you know why they're not there?

A. No.

Q. And going back to the lines that are in figure 2, do you have under- -- any understanding as

to what those lines may reflect?

A. No.

Q. In figure 1, do you also see a series of diagonal lines?

A. Yes.

Q. Do you have any understanding as to what those lines may reflect?

A. No, I don't.

Q. In figure 1 again, to bring your attention to that, you can see around the front of the device there appears to be a line, basically the perimeter of the front, that appears to be thicker along the -- the way I'm looking at it, it would be the left edge and the bottom edge.

A. Okay.

Q. Do you see that line?

A. I mean, I see a line that gets -- that starts off around here as one thickness, and then down on the bottom edge, it kind of goes thicker.

Q. Uh-huh.

A. Yep.

Q. Do you think it's possible that that line depicts the vent?

MR. HUNG: Objection. Calls for speculation. Calls for a legal conclusion. Calls

for an expert opinion.

THE WITNESS: To me, when I see this drawing, I -- I don't see the vent detail.

BY MS. NEILL:

Q. Do you have any understanding at all of what the thicker line might represent?

A. No, I don't.

Q. And turning to figure 9, this depicts a person holding the device.

A. Okay.

Q. Along the top edge of the device, the farthest away from the person who is holding it, do you see that that edge appears to be wedge-shaped?

MR. HUNG: Objection. The document speaks for itself.

THE WITNESS: I don't see that.

BY MS. NEILL:

Q. Do you see that the -- the top edge appears to taper towards the -- as the person is holding it towards the left edge of the top?

MR. HUNG: Objection. The document speaks for itself.

THE WITNESS: Do you think you can just kind of point to --

BY MS. NEILL:

Q. So I'm pointing to the top edge away -- farthest away from him --

A. Okay.

Q. -- and that it tapers along this line --

A. Yeah. Yeah.

Q. -- so that this area appears as a wedge.

A. Right.

MR. HUNG: Objection. The document speaks for itself. Assumes facts.

BY MS. NEILL:

Q. Do you have any understanding of why that appears to be wedge-shaped?

MR. HUNG: Objection. Assumes facts.

THE WITNESS: I don't. To me, it just looks like whoever drew it just got their perspective wrong.

BY MS. NEILL:

Q. And also along the front perimeter of the front face of the device, there appears to be a darker line, or heavier line.

A. Yeah, there appears to be a slightly thicker line.

Q. And do you have any understanding of what that represents?

A. No.

Q. And just -- if will turn to the first page of this patent, you will see that you are listed as an inventor on this patent.

A. Yes.

Q. And what did you contribute to the design depicted in this patent?

A. Like I said before, just, you know -- specifically it's hard to pick out any kind of detail or specific thing. You know, we all worked on this together, so, you know, we all kind of equally contributed to the design.

Q. And do you know when this design was first conceived of?

A. No, I don't.

Q. Okay. And do you know when it was first put down in a written form?

A. No.

Q. Did you create any of the figures in this patent?

A. No, I didn't.

Q. Do you know who did?

A. No, I do not.

Q. Did you ever meet with anyone regarding whether or not you were an inventor of this patent?

A. I can't recall.