# Exhibit I

# EXHIBIT 20
# FILED UNDER SEAL

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

        Plaintiff,

        vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

        Defendants.

Civil Action No. 11-CV-01846-LHK

**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES**

**CONFIDENTIAL UNDER THE PROTECTIVE ORDER**

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity, SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation, and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company, a
California corporation,

        Counterclaim-Plaintiff,

    v.

APPLE INC., a California corporation,

        Counterclaim-Defendant.

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S**
**OBJECTIONS AND RESPONSES TO SAMSUNG'S**
**FOURTH SET OF INTERROGATORIES (NOS. 34-80)**

Under Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple

Inc. ("Apple") hereby objects and responds to the Fourth Set of Interrogatories to Apple Inc.

(Nos. 34-80) served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and

Samsung Telecommunications America LLC (collectively, "Samsung") on February 8, 2012.

These responses are based on information reasonably available to Apple at the present time.

Apple reserves the right to amend and supplement these responses when and if additional

information becomes available.

**GENERAL OBJECTIONS**

Apple makes the following general responses and objections ("General Objections") to

each definition, instruction, and interrogatory propounded in Samsung's Fourth Set of

Interrogatories to Apple Inc. These General Objections are hereby incorporated into each

specific response. The assertion of the same, similar, or additional objections or partial responses

to individual interrogatories does not waive any of Apple's General Objections.

## SUBJECT TO PROTECTIVE ORDER
## CONTAINS CONFIDENTIAL INFORMATION

1.      Apple objects to Samsung's definitions of "APPLE," "PLAINTIFF," "YOU," and "YOUR" to the extent they purport to include persons or entities that are separate and distinct from Apple and are not under Apple's control. "Apple" refers only to Apple Inc.

2.      Apple objects to Samsung's definitions of each term incorporating the word "PATENT," "PATENTS," and "PATENTS-IN-SUIT," including definitions 4 through 16, because they are inaccurate, overly broad, vague, ambiguous, and unduly burdensome.

3.      Apple objects to Samsung's definition of "APPLE ACCUSED PRODUCTS" to the extent it is overly broad and unduly burdensome and to the extent it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Apple further objects to Samsung's definition of "Apple Accused Products" to the extent that it requires a legal conclusion.  For purposes of responding to these Requests, Apple interprets the term "Apple Accused Products" to mean those products that are specifically identified and accused in Samsung's Patent Local Rule 3-1 Infringement Contentions, served on September 7, 2011.

4.      Apple objects to the definition of "APPLE MANUFACTURERS" to the extent it includes entities who have no role in the manufacture of the Apple Accused Products.  Apple further objects that this definition as overbroad to the extent it includes "all their predecessors, successors, parents, divisions, subsidiaries, and affiliates thereof, and all officers, agents, employees, counsel and other persons acting on their behalf, or any other person or entity subject to their control or which controls them."

5.      Apple objects to the definition of the term "3GPP" as vague, ambiguous, overbroad, and unduly burdensome to the extent it departs from Apple's own definition of this term, as defined in Apple's Third Set of Requests for Production of Documents.

6.      Apple objects to the definition of "Software" and "Related Documentation" as overbroad, vague, ambiguous, and unduly burdensome, especially with regards to the terms "acted upon by a processor," "listings," and "descriptive or explanatory documentary documents."  Apple further objects because much of the "source code, hardware code, machine

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

code, object code, assembly code" or other "code" for hardware provided by third parties is not within Apple's possession, custody, or control.

7.      Apple objects to the definition of "Baseband Processor" because it is inaccurate, overbroad, vague, ambiguous, and unduly burdensome, especially with regards to the phrase "mainly used to process communication functions."

8.      Apple objects to the definition of the term "FRAND" as vague and ambiguous to the extent it departs from Apple's own definition of this term, as defined in Apple's Ninth Set of Requests for Admission.

9.      Apple objects to Samsung's definitions of "APPLE TRADE DRESS" because it is inaccurate, overly broad, vague, ambiguous, and unduly burdensome.  For the purposes of these responses and objections, Apple uses the following defined terms:

- "Original iPhone Trade Dress" means the following elements of Apple's product designs:  a rectangular product with four evenly rounded corners; a flat clear surface covering the front of the product; the appearance of a metallic bezel around the flat clear surface; a display screen under the clear surface; under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen; when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and when the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed;

- "iPhone 3G Trade Dress" means the following elements of Apple's product designs: a rectangular product with four evenly rounded corners; a flat clear surface covering the front of the product; the appearance of a metallic bezel around the flat clear surface; a display screen under the clear surface; under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen; when the device is on, a row of small dots on the display screen; when the device

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and when the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed;

• "iPhone 4 Trade Dress" means the following elements of Apple's product designs: a rectangular product with four evenly rounded corners; a flat clear surface covering the front of the product; a display screen under the clear surface; under the clear surface, substantial neutral (black or white) borders above and below the display screen and narrower black borders on either side of the screen; a thin metallic band around the outside edge of the phone; when the device is on, a row of small dots on the display screen; when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and when the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed;

• "iPhone Trade Dress" means the following elements of Apple's product designs: a rectangular product with four evenly rounded corners; a flat clear surface covering the front of the product; a display screen under the clear surface; under the clear surface, substantial neutral (black or white) borders above and below the display screen and narrower neutral borders on either side of the screen; when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and when the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons on the display, which does not change as other pages of the user interface are viewed;

• "iPad Trade Dress" means the following elements of Apple's product designs: a rectangular product with four evenly rounded corners; a flat clear surface covering the front of the product; the appearance of a metallic rim around the flat clear surface; a

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

display screen under the clear surface; under the clear surface, substantial neutral (black or white) borders on all sides of the display screen; and when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen;

• "iPad 2 Trade Dress" means the following elements of Apple's product designs: a rectangular product with four evenly rounded corners; a flat clear surface covering the front of the product; the appearance of a metallic rim around the clear flat surface; a display screen under the clear surface; under the clear surface, substantial neutral (black or white) borders on all sides of the display screen; and when the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen;

• "Trade Dress Registrations" means U.S. Registration Nos. 3,470,983; 3,457,218; and 3,475,327; and

• "Trade Dress Applications" means U.S. Application Serial Nos. 77/921,838; 77/921,829; 77/921,869; and 85/299,118.

10.     Apple objects to Samsung's definitions of "APPLE TRADEMARKS" because it is inaccurate, overly broad, vague, ambiguous, and unduly burdensome.  For the purposes of these responses and objections, Apple uses the following defined terms:

• "Registered Icon Trademarks" means the marks shown in U.S. Registration Nos. 3,886,196; 3,889,642; 3,886,200; 3,889,685; 3,886,169; and 3,886,197;

• "Purple iTunes Store Trademark" means the mark shown in U.S. Application Serial No. 85/041,463; and

• "iTunes Eighth Note and CD Design Trademark" means the mark shown in U.S. Registration No. 2,935,038.

11.     Apple objects to Samsung's definition of "Document" and "Documents" as overly broad, vague, ambiguous, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. "Document" shall have the meaning ascribed to it by Federal Rule of Civil Procedure 34 and Federal Rule of Evidence 1001.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

12.     Apple objects to the definition of the terms "referring to," "relating to," "concerning," or "regarding" as vague, ambiguous, overbroad, and unduly burdensome to the extent that they depart from Apple's own definitions of these terms, as defined in Apple's Third Set of Interrogatories, dated August 3, 2011.

13.     Apple objects to Samsung's definition of "IDENTIFY" because it is overly broad and unduly burdensome and because it purports to impose requirements and obligations on Apple other than as set forth in the Federal Rules of Civil Procedure. Samsung's definition is overbroad and unduly burdensome because it would require Apple to include in its responses, for example, the addresses, employer names, and job titles of every individual identified, regardless of their employment at Apple; documents and testimony supporting every fact in Apple's responses; model names/numbers, manufacturers, announcement/release/sales dates, sellers, and descriptions for any product identified in Apple's responses, regardless of whether the product is an Apple product; production numbers, document type, a description of the general nature and subject matter, date of creation, and all authors, addressees, and recipients for every document; and country, patent or application number, filing/publication/grant dates, patentees, and applicants for every patent document.

14.     Apple objects to Samsung's Instruction Nos. 1 and 2 because they are vague, ambiguous, overly broad, and unduly burdensome, especially in their purported requirement that Apple furnish information from entities that are not Apple, and from persons with "the best knowledge." Apple further objects to these instructions because they call for the disclosure of information that is privileged and protected by the work product doctrine.

15.     Apple objects to Samsung's Instruction Nos. 3 and 5-10 because they purport to impose requirements and obligations on Apple other than as set forth in the Federal Rules of Civil Procedure.

16.     Apple provides these objections and responses to the best of its current knowledge.  Discovery or further investigation may reveal additional or different information

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

warranting amendment of these objections and responses. Apple reserves the right to produce at trial and make reference to any evidence, facts, documents, or information not discovered at this time, omitted through good-faith error, mistake, or oversight, or the relevance of which Apple has not presently identified.

17.    By responding to these interrogatories, Apple does not concede the relevance or materiality of any of the interrogatories or of the subjects to which it refers. Apple's responses are made subject to, and without waiving any objections as to the competency, relevancy, materiality, privilege, or admissibility of any of the responses, or of the subject matter to which they concern, in any proceeding in this action or in any other proceeding.

18.    Apple objects to any interrogatory to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the joint defense or common interest privilege, or any other applicable privilege, doctrine, or discovery immunity. The inadvertent production by Apple of information protected from disclosure by any such privilege, doctrine, or immunity shall not be deemed a waiver by Apple of such privileges or protections. Pursuant to the parties' agreement, to the extent any interrogatory calls for the identification of information dated after April 15, 2011 that is protected by such privilege, doctrine, or immunity, such information will not be included on Apple's privilege log.

19.    Apple objects generally to the Interrogatories to the extent they seek confidential, proprietary, or trade secret information of third parties. Apple will endeavor to work with third parties in order to obtain their consent, if necessary, before providing such information. To the extent an interrogatory seeks information of a confidential or proprietary nature to Apple, or to others to whom Apple is under an obligation of confidentiality, Apple will respond pursuant to the terms of the protective order to be entered in this case and subject to notice to third parties, as necessary.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

20.    Apple objects to any interrogatory to the extent it is premature and/or to the extent that it: (a) conflicts with the schedule entered by the Court; (b) conflicts with obligations that are imposed by the Federal Rules of Civil Procedure, the Civil Local Rules and/or the Patent Local Rules of this Court, and/or any other applicable rule; (c) seeks information that is the subject of expert testimony; (d) seeks information and/or responses that are dependent on the Court's construction of the asserted claims of the patents-in-suit; and/or (e) seeks information and/or responses that are dependent on depositions and documents that have not been taken or produced.

21.    Apple objects to each interrogatory as overbroad and unduly burdensome to the extent that it calls for information that is neither relevant to the claims or defenses of the parties nor reasonably calculated to lead to the discovery of admissible evidence.

22.    Apple objects to each interrogatory and to Samsung's "Definitions" and "Instructions" to the extent they are vague, ambiguous, overbroad, or unduly burdensome, or purport to impose upon Apple any duty or obligation that is inconsistent with or in excess of those obligations that are imposed by the Federal Rules of Civil Procedure, the Civil Local Rules and/or the Patent Local Rules of this Court, or any other applicable rule.

23.    Apple objects to any Interrogatory to the extent it seeks irrelevant information about Apple's products or business operations. Such requests are overbroad and unduly burdensome.  Apple will only produce information that is relevant to the patents-in-suit, or that is otherwise related to the claims or defenses of the parties asserted by the parties in this litigation.

24.    Apple objects to each Interrogatory to the extent that it would impose a duty on Apple to undertake a search for or an evaluation of information, documents, or things for which Samsung is equally able to search for and evaluate.  In particular, Apple objects to each Interrogatory to the extent that it seeks information or documents that are publicly available.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

25.     Apple objects to each Interrogatory to the extent that it seeks information that can be derived or ascertained from documents that will be produced in discovery or that are uniquely in Samsung's possession, custody, and control.

26.     Apple objects to the Interrogatories to the extent they would require Apple to make a legal conclusion or contention to make a proper response.

27.     Apple objects to any Definition, Instruction, or Interrogatory to the extent that it purports to require identification of oral communications.  Such Definition, Instruction, or Interrogatory is overbroad, vague, ambiguous, and unduly burdensome.

28.     Apple objects to the Interrogatories to the extent that they purport to define words or phrases to have a meaning different from their commonly understood meaning, or to include more than their commonly understood definitions.

29.     In Apple's objections, the terms "and" and "or" are intended to be construed conjunctively or disjunctively as necessary to make the objections inclusive rather than exclusive.

30.     Apple objects to the Interrogatories to the extent they purport to require Apple to identify or describe or identify "every," "each," "any," or other similarly expansive, infinite, or all-inclusive terms to the extent that such Interrogatories are overbroad and unduly burdensome.

31.     Apple objects to the Interrogatories to the extent they seek information that is not in the possession, custody, or control of Apple, purport to require Apple to speculate about the identity of persons who might have responsive documents, and/or purport to call for any description of documents that Apple no longer possesses and/or was under no obligation to maintain.

32.     Apple objects to the Interrogatories to the extent they are not limited in time and seek information for periods of time that are not relevant to any claim or defense.

33.     Apple's objections as set forth herein are made without prejudice to Apple's right to assert any additional or supplemental objections pursuant to Rule 26(e).

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

34.     Apple will make, and has made, reasonable efforts to respond to Samsung's Fourth Set of Interrogatories, to the extent that no objection is made, as Apple reasonably understands and interprets each Interrogatory. If Samsung subsequently asserts any interpretation of any Interrogatory that differs from the interpretation of Apple, then Apple reserves the right to supplement and amend its objections and responses.

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung Electronics Co. Ltd.'s Fourth Set of Interrogatories to Apple Inc. as follows:

**INTERROGATORY NO. 34:**

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████

**RESPONSE TO INTERROGATORY NO. 34**

Apple objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including without limitation because it seeks information relating to "all facts" and to the extent it seeks information relating to technologies or functionality not at issue.  Apple objects to the terms "advance notice" and "expected effects or benefits of the transaction" as vague and ambiguous and failing to identify with sufficient

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

**INTERROGATORY NO. 72:**

Separately for each SAMSUNG product that YOU contend infringes any APPLE DESIGN PATENT, state fully and in detail on a patent-by-patent basis all facts supporting YOUR contention of infringement, describe fully and in detail on a patent-by-patent basis where each claimed element or feature of the patent is found on the accused SAMSUNG product and provide a chart identifying fully and in detail on a patent-by-patent basis specifically where each claimed element or feature is found on the accused SAMSUNG product.

**RESPONSE TO INTERROGATORY NO. 72**

Samsung directly infringes each asserted design patent (D'889, D'087, D'677, D'270, D'790, D'334, and D'305) by making, using, selling, and offering for sale within the United States and importing into the United States devices that practice these patents, including the Accused Products. Each design patent claims the overall designs depicted, and the claims in these patents are presumptively valid.

No aspect of the designs in the asserted design patents is dictated by function.  Thus, no aspect of the designs should be factored out for purposes of determining whether Samsung's devices infringe the D'889, D'087, D'677, D'270,  D'790, D'334, and D'305 Patents.  A design is not dictated solely by function when alternative designs are available.  With respect to the designs claimed in the asserted design patents, numerous alternative designs exist—some of which were patented or commercially manufactured by Samsung itself and some of which were patented or made by third parties.

The following is a representative sampling of alternative designs that are available for each of the design patents at issue in this case.

Alternative designs with respect to the D'889 Patent include without limitation the following patents and products:

- Samsung Q1

- Compaq TC1000

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

- Sony Tablet S & P

- Barnes & Noble Nook Tablet

- Vinci Tablet

- Acer Iconia Tab A500

- Fusion Garage Grid 10

- GriDPAD 2050

- Motion Computing LS800

- Droid XYBoard 8.2

Alternative designs with respect to the D'087, D'677, and D'270 Patents include without limitation the following products:

- Pantech Crossover

- Sony Ericsson Xperia X10

- Nokia N8

- NEC N908

- Nokia Lumia 800

- Casio GZ One Commando

- Sony Ericsson Xperia S

- Modu phones and related jackets

- Nokia X5-01

- Samsung M7600 Beat DJ

Alternative designs with respect to the D'790, D'334, and D'305 Patents include without limitation the following products:

- Sony Ericsson Xperia X10

- Nokia N8

- Palm Centro

- Palm Pixi Plus

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

- Nokia Lumia 800

- Palm Treo 700p

- Pantech Hotshot CDM8992VW

- Blackberry Torch 9850

- Blackberry Storm 2

- Samsung F700

Moreover, alternative cellular phone and tablet computer designs were explored during the development process of Apple products and some were commercially manufactured by Apple.  These alternatives designs are contained in the native design files that have been produced for inspection, in the printouts of these native files that have been produced to Samsung, and in the numerous Apple mockups that have been produced for inspection.  A number of these alternative designs were identified in Christopher Stringer's reply declaration in support of Apple's motion for preliminary injunction.

In determining whether an accused product infringes a design patent, courts must compare the patented design as a whole to the accused products.  Verbal descriptions of the claimed designs are not required.  As demonstrated in the following claim charts, the asserted Apple designs are substantially the same in overall visual appearance as the corresponding portion of each accused Samsung product.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### 1.     The D'889 Patent

Each accused Samsung product incorporates a body and front face that is substantially the same in overall visual appearance as the design claimed in the D'889 Patent.

#### a.     Samsung Galaxy Tab 10.1

| D'889 Patent Claim | Samsung Galaxy Tab 10.1 |
|---|---|
|  FIG. 1 |  |
|  FIG. 2 |  |
|  FIG. 3 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'889 Patent Claim | Samsung Galaxy Tab 10.1 |
|---|---|
|  FIG. 4 |  |
|  FIG. 5 |  |
|  FIG. 6 |  |
|  FIG. 7 |  |
|  FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

2.      The D'087 Patent[2]

Each accused Samsung product incorporates a front face and bezel that is substantially the same in overall visual appearance as the design claimed in the D'087 Patent.

a.      Samsung Galaxy S i9000

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S i9000 |
|---|---|
|  FIG. 9 <br>  FIG. 17 |  |
|  FIG. 11        FIG. 19 |  |
|  |  |

---

[2] In the charts that follow with respect to the D'087 patent, drawings that consist entirely of dotted lines are omitted. Figures 5 through 8, respectively, are equivalent to figures 13 through 16; 21 through 24; 29 through 32; 37 through 40; and 45 through 48. Because the D'087 incorporates numerous alternative embodiments, only the relevant ones are included.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S i9000 |
|---|---|
|  | |

b.     Samsung Galaxy S 4G

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S 4G |
|---|---|
|  | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S 4G |
|---|---|
|  FIG. 11   FIG. 19 |  |
|  FIG. 7   FIG. 8 |  |
|  FIG. 5  FIG. 6 |   |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

c.      **Samsung Infuse 4G**

| D'087 Patent Claim (Selected Embodiments) | Samsung Infuse 4G |
|---|---|
| <br>FIG. 9<br><br><br>FIG. 17 |  |
| <br>FIG. 11            FIG. 19 |  |
| <br>FIG. 7        FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



d.    Samsung Vibrant

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



| D'087 Patent Claim (Selected Embodiments) | Samsung Vibrant |
|---|---|
| FIG. 7    FIG. 8 | |
| FIG. 5 | |
| FIG. 6 | |

e.    Samsung Galaxy S II Epic 4G Touch

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Epic 4G Touch |
|---|---|
| FIG. 9 | |
| FIG. 17 | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Epic 4G Touch |
|---|---|
|  FIG. 11    FIG. 19 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5 <br>  FIG. 6 |  <br>  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

f.      Samsung Galaxy S II (AT&T)

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II (AT&T) |
|---|---|
|  FIG. 9 <br>  FIG. 17 |  |
|  FIG. 11      FIG. 19 |  |
|  FIG. 7      FIG. 8 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II (AT&T) |
|---|---|
|  FIG. 5 <br>  FIG. 6 |  |

g.    **Samsung Galaxy S II Skyrocket**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Skyrocket |
|---|---|
|  FIG. 9 <br>  FIG. 17 |  |
|  FIG. 11    FIG. 19 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Skyrocket |
|---|---|



h.      Samsung Galaxy S II i9100

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II i9100 |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II i9100 |
|---|---|
|  FIG. 17 | |
|  FIG. 11  FIG. 19 |  |
|  FIG. 7  FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II i9100 |
|---|---|
|  FIG. 5 |  |
|  FIG. 6 |  |

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

### 3.     The D'677 Patent[3]

Each accused Samsung product incorporates a front face that is substantially the same in overall visual appearance as the design claimed in the D'677 Patent.

a.      **Samsung Mesmerize (SCH-I500); Samsung Showcase i500 (SCH-I500); Samsung Showcase Galaxy S (SCH-I500) Samsung Fascinate (SCH-I500)**

| D'677 Patent Claim | Samsung SCH-I500 (Mesmerize / Showcase i500 / Showcase Galaxy S / Fascinate) |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |

---

[3] In the charts below with respect to the D'677 patent, drawings that consist entirely of dotted lines are omitted.

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS CONFIDENTIAL INFORMATION**</u>

| D'677 Patent Claim | Samsung SCH-I500 (Mesmerize / Showcase i500 / Showcase Galaxy S / Fascinate) |
|---|---|
|  | |

**b.    Samsung Galaxy S i9000**

| D'677 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
| | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



| D'677 Patent Claim | Samsung Galaxy S i9000 |
|---|---|

c.      Samsung Galaxy Ace



| D'677 Patent Claim | Samsung Galaxy Ace |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

| D'677 Patent Claim | Samsung Galaxy Ace |
|---|---|
|  FIG. 3 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5  FIG. 6 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

d.     **Samsung Galaxy S 4G**

| D'677 Patent Claim | Samsung Galaxy S 4G |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7     FIG. 8 |  |
|  FIG. 5 <br>  FIG. 6 |  <br>  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

e.   **Samsung Infuse 4G**

| D'677 Patent Claim | Samsung Infuse 4G |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7     FIG. 8 |  |
|  FIG. 5  FIG. 6 |   |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

    **f.**    **Samsung Vibrant**

| D'677 Patent Claim | Samsung Vibrant |
|---|---|
|   FIG. 1 |  |
|   FIG. 3 |  |
|   FIG. 7   FIG. 8 |  |
|   FIG. 5   FIG. 6 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

g.    **Samsung Galaxy S II Epic 4G Touch**

| D'677 Patent Claim | Samsung Galaxy S II Epic 4G Touch |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7   FIG. 8 |  |
|  FIG. 5 <br><br>  FIG. 6 |  <br><br>  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

h.      Samsung Galaxy S II (T-Mobile)

| D'677 Patent Claim | Samsung Galaxy S II (T-Mobile) |
|---|---|
| FIG. 1 |  |
| FIG. 3 |  |
| FIG. 7    FIG. 8 |  |
| FIG. 5<br><br>FIG. 6 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

i.     Samsung Galaxy S II (AT&T)

| D'677 Patent Claim | Samsung Galaxy S II (AT&T) |
|---|---|
| <br>FIG. 1 |  |
| <br>FIG. 3 |  |
| <br>FIG. 7       FIG. 8 |  |
| <br>FIG. 5<br><br><br>FIG. 6 | <br><br> |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### j.    Samsung Galaxy S II Skyrocket

| D'677 Patent Claim | Samsung Galaxy S II Skyrocket |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5 <br>  FIG. 6 |  <br>  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### k.    Samsung Galaxy S II i9100

| D'677 Patent Claim | Samsung Galaxy S II i9100 |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5 <br>  FIG. 6 |  <br>  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

4.      The D'270 Patent

Each accused Samsung product incorporates a body and front face that are substantially

the same in overall visual appearance as the design claimed in the D'270 Patent.

a.      Samsung Galaxy S i9000

| D'270 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
|  FIG. 1 |  |
|  FIG. 2 |  |
|  FIG. 3 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'270 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
| <br>FIG. 4 |  |
| <br>FIG. 5          FIG. 6 |  |
| <br>**FIG. 7**<br><br><br>**FIG. 8** | <br><br> |
| <br>FIG. 9 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

b.      Samsung Galaxy S 4G

| D'270 Patent Claim | Samsung Galaxy S 4G |
|---|---|
| <br>FIG. 1 |  |
| <br>FIG. 2 |  |
| <br>FIG. 3 |  |
| <br>FIG. 4 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



| D'270 Patent Claim | Samsung Galaxy S 4G |
|---|---|

FIG. 5     FIG. 6

FIG. 7

FIG. 8

FIG. 9

c.      Samsung Vibrant



| D'270 Patent Claim | Samsung Vibrant |
|---|---|

FIG. 1

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'270 Patent Claim | Samsung Vibrant |
|---|---|
|  FIG. 2 |  |
|  FIG. 3 |  |
|  FIG. 4 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'270 Patent Claim | Samsung Vibrant |
|---|---|
| <br>FIG. 5     FIG. 6 |  |
| <br>**FIG. 7**<br><br><br>**FIG. 8** | <br><br> |
| <br>FIG. 9 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     **5.**       **The D'790 Patent**

Each accused Samsung product incorporates an array of icons that is substantially the same in overall visual appearance as the design claimed in the D'790 Patent.

     **a.**       **Samsung Captivate**

| D'790 Patent Claim | Samsung Captivate |
|---|---|



     **b.**       **Samsung Continuum**

| D'790 Patent Claim | Samsung Continuum |
|---|---|



APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

c.     **Samsung Droid Charge**

| D'790 Patent Claim | Samsung Droid Charge |
|---|---|
|  | |

d.     **Samsung Epic 4G**

| D'790 Patent Claim | Samsung Epic 4G |
|---|---|
|  | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

e.      **Samsung Fascinate**

| D'790 Patent Claim | Samsung Fascinate |
|---|---|
|  | |

f.      **Samsung Gem**

| D'790 Patent Claim | Samsung Gem |
|---|---|
|  | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS CONFIDENTIAL INFORMATION**</u>

g.    **Samsung Galaxy S i9000**

| D'790 Patent Claim | Samsung Galaxy S i9000 |
|---|---|



h.    **Samsung Galaxy S 4G**

| D'790 Patent Claim | Samsung Galaxy S 4G |
|---|---|



## SUBJECT TO PROTECTIVE ORDER
## CONTAINS CONFIDENTIAL INFORMATION

### i.     Samsung Indulge

| D'790 Patent Claim | Samsung Indulge |
|---|---|
|  | |

### j.     Samsung Infuse 4G

| D'790 Patent Claim | Samsung Infuse 4G |
|---|---|
|  | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

**k.**     **Samsung Mesmerize**



| D'790 Patent Claim | Samsung Mesmerize |
|---|---|

**l.**     **Samsung Showcase Galaxy S**



| D'790 Patent Claim | Samsung Showcase Galaxy S |
|---|---|

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

m.     Samsung Showcase i500

n.     Samsung Vibrant



| D'790 Patent Claim | Samsung Showcase i500 |
|---|---|

| D'790 Patent Claim | Samsung Vibrant |
|---|---|

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

2

         6.       **The D'334 Patent[4]**

3

      Each accused Samsung product incorporates an array of icons that is substantially the

4 same in overall visual appearance as the design claimed in the D'334 Patent.

5

         a.       **Samsung Captivate**

6

| D'334 Patent Claim | Samsung Captivate |
|---|---|
|  |  |

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[4] In the charts below with respect to the D'334 patent, only one figure is presented out of the eight figures in the design patent.  Each figure in the design patent is substantially the same, and the comparison herein applies equally to each figure...

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

      **b.**     **Samsung Continuum**

| D'334 Patent Claim | Samsung Continuum |
|---|---|
|  |  |

      **c.**     **Samsung Droid Charge**

| D'334 Patent Claim | Samsung Droid Charge |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

d.      **Samsung Epic 4G**

| D'334 Patent Claim | Samsung Epic 4G |
|---|---|
|  |  |

e.      **Samsung Fascinate**

| D'334 Patent Claim | Samsung Fascinate |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

        **f.**     **Samsung Gem**

2

| D'334 Patent Claim | Samsung Gem |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

g.  **Samsung Galaxy S i9000**

| D'334 Patent Claim | |
|---|---|
|  | |

h.  **Samsung Galaxy S 4G**

| D'334 Patent Claim | Samsung Galaxy S 4G |
|---|---|
|  |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

i.      **Samsung Indulge**

| D'334 Patent Claim | Samsung Indulge |
|---|---|
|  |  |

j.      **Samsung Infuse 4G**

| D'334 Patent Claim | Samsung Infuse 4G |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### k.   Samsung Mesmerize



| D'334 Patent Claim | Samsung Mesmerize |
|---|---|

### l.   Samsung Showcase Galaxy S

| D'334 Patent Claim | Samsung Showcase Galaxy S |
|---|---|

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1
2
3
        **m.**    **Samsung Showcase i500**
4

| D'334 Patent Claim | Samsung Showcase i500 |
|---|---|
|  |  |

        **n.**    **Samsung Vibrant**

| D'334 Patent Claim | Samsung Vibrant |
|---|---|
|  |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

7.      **The D'305 Patent[5]**

Each accused Samsung product incorporates an array of icons that is substantially the same in overall visual appearance as the design claimed in the D'305 Patent.

a.      **Samsung Captivate**

| D'305 Patent Claim | Samsung Captivate |
|---|---|
|  |  |

---

[5] In the charts below with respect to the D'305 patent, only one figure is presented out of the two figures in the design patent. Each figure in the design patent is substantially the same, and the comparison herein applies equally to each figure.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

    **b.**    **Samsung Continuum**

2

| D'305 Patent Claim | Samsung Continuum |
|---|---|
|  |  |

    **c.**    **Samsung Droid Charge**

| D'305 Patent Claim | Samsung Droid Charge |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

      **d.**    **Samsung Epic 4G**

| D'305 Patent Claim | Samsung Epic 4G |
|---|---|
|  |  |

      **e.**    **Samsung Fascinate**

| D'305 Patent Claim | Samsung Fascinate |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

f.    **Samsung Gem**

| D'305 Patent Claim | Samsung Gem |
|---|---|
|  |  |

g.    **Samsung Galaxy S i9000**

| D'305 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
|  |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

      h.    **Samsung Galaxy S 4G**

2

| D'305 Patent Claim | Samsung Galaxy S 4G |
|---|---|
|  |  |

      i.    **Samsung Indulge**

| D'305 Patent Claim | Samsung Indulge |
|---|---|
|  |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

**j.     Samsung Infuse 4G**

| D'305 Patent Claim | Samsung Infuse 4G |
|---|---|



**k.     Samsung Mesmerize**

| D'305 Patent Claim | Samsung Mesmerize |
|---|---|

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1    **l.    Samsung Showcase Galaxy S**

| D'305 Patent Claim | Samsung Showcase Galaxy S |
|---|---|
|  |  |

**m.    Samsung Showcase i500**

| D'305 Patent Claim | Samsung Showcase i500 |
|---|---|
|  |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

     **n.**     **Samsung Vibrant**

| D'305 Patent Claim | Samsung Vibrant |
|---|---|
|  |  |