HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RE APPLE'S REPLY TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF SAMSUNG'S EXPERTS** |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal portions of the confidential, unredacted version of Apple's Reply to Samsung's Opposition to Apple's Motion to Exclude Opinions of Certain of Samsung's Experts ("Reply").

The Reply contains material that Samsung has designated as confidential under the protective order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Pursuant to Civil Local Rule 79-(b), Apple will lodge with the Clerk the document at issue.

Dated: June 7, 2012            MORRISON & FOERSTER LLP

By:   */s/ Michael A. Jacobs*
        MICHAEL A. JACOBS

Attorneys for Plaintiff
APPLE INC.

MOT. TO FILE UNDER SEAL DOCUMENTS RE APPLE'S REPLY TO SAMSUNG'S OPP. TO APPLE'S MOT. TO EXCLUDE OPINIONS OF CERTAIN OF SAMSUNG'S EXPERTS
CASE NO. 11-CV-01846-LHK
sf-3154723

1