 HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK (PSG)

**REPLY DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S REPLY TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF SAMSUNG'S EXPERTS**

Date: June 21, 2012
Time: 1:30 p.m.
Place: Courtroom 8, 4th Floor
Judge: Hon. Lucy H. Koh

REPLY BARTLETT DECL. ISO APPLE'S REPLY TO SAMSUNG'S OPP. TO APPLE'S MOT. TO EXCLUDE OPINIONS OF CERTAIN OF SAMSUNG'S EXPERTS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154683

I, Jason R. Bartlett, do hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Reply Declaration in support of Apple's Reply to Samsung's Opposition to Apple's Motion to Exclude Opinions of Certain of Samsung's Experts ("Reply"). Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of images from the Expert Report of Sam Lucente at pages 37-39, which Mr. Lucente characterizes as depicting the LG Prada phone, a color version of Figure 1 of the D'305 patent, and Figure 1 of the D'334 patent.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 7th day of June 2012, at San Francisco, California.

*_/s/ Jason R. Bartlett_*
JASON R. BARTLETT

REPLY BARTLETT DECL. ISO APPLE'S REPLY TO SAMSUNG'S OPP. TO APPLE'S MOT. TO EXCLUDE OPINIONS OF CERTAIN OF SAMSUNG'S EXPERTS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154683
1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Reply Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: June 7, 2012

*<u>/s/ Michael A. Jacobs</u>*
Michael A. Jacobs

REPLY BARTLETT DECL. ISO APPLE'S REPLY TO SAMSUNG'S OPP. TO APPLE'S MOT. TO EXCLUDE OPINIONS OF CERTAIN OF SAMSUNG'S EXPERTS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3154683
2