# Exhibit 1

# LG Prada Images in Lucente Report vs. Apple's Design Patents
## *Different Overall Visual Impression*

**LG Prada Images** (Dkt. No. 940-8 [filed under seal] at 37-38)  **D'305 Patent**

  

  

**LG Prada Images**  (Dkt. No. 940-8 [filed under seal] at 37-38)  **D'334 Patent**