QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1.  The confidential, unredacted version of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Reply");

2.  The confidential, unredacted version of the Declaration of Michael J. Wagner in Support of the Reply ("Wagner Declaration");

3.  Exhibits B and C to the Wagner Declaration; and

4.  Exhibits 1-6, 13, 20-21, and 29-30 to the Declaration of Christopher E. Price in Support of the Reply ("Price Declaration").

In short, the above documents discuss, refer to, or comprise information the parties have designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.   The Reply; Wagner Declaration; Exhibit C to the Wagner Declaration; and Exhibits 1-6, 13, 20-21, and 29-30 to the Price Declaration discuss, refer to, or comprise documents Apple Inc. ("Apple") has designated as confidential.   Exhibit B to the Wagner Declaration discusses information both Apple and Samsung have designated as confidential.   Samsung has established good cause to seal Exhibit B to the Wagner Declaration through the Declaration of Joby Martin in Support of Samsung's Administrative Motion to File Documents Under Seal.   Samsung expects that Apple will file the declaration required by Local Rule 79-5(d) to permit the sealing of the Reply; Wagner Declaration; Exhibits B and C to the Wagner Declaration; and Exhibits 1-6, 13, 20-21, and 29-30 to the Price Declaration.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

1    DATED: June 7, 2012                QUINN EMANUEL URQUHART &
2                                       SULLIVAN, LLP

3

4                                       By   /s/ Victoria Maroulis
                                           Charles K. Verhoeven
5                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
6                                          Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
7                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
8                                          TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28