1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

12

13

14

15

16

17

18

19

20

　　　　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

21

Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Reply in

22

Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories.

23

　　　　Samsung and Apple Inc. ("Apple") have filed the declarations required under Civil L.R.

24

79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing

25

under seal.　　The declarations establish that the below documents contain information that has

26

been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

27

28

Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

1. The confidential, unredacted version of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Reply");

2. The confidential, unredacted version of the Declaration of Michael J. Wagner in Support of the Reply ("Wagner Declaration");

3. Exhibits B and C to the Wagner Declaration; and

4. Exhibits 1-6, 13, 20-21, and 29-30 to the Declaration of Christopher E. Price in Support of the Reply ("Price Declaration").

**IT IS SO ORDERED.**

DATED:   _____, 2012


_____
Honorable Paul S. Grewal
United States Magistrate Judge

-2-                                Case No. 11-cv-01846-LHK (PSG)