1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                    UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 21            Plaintiff, | **DECLARATION OF CHRISTOPHER E. PRICE IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date: June 21, 2012
Time: 10:00 a.m. |
| 26            Defendants. | Place: Courtroom 5, 4th Floor
Judge: Hon. Paul S. Grewal |

27

28

# DECLARATION OF CHRISTOPHER E. PRICE

I, Christopher E. Price, declare as follows:

1. I am Of Counsel with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called upon as a witness, I could and would testify to such facts under oath.

2. On June 6, 2012, after Samsung filed its Motion to Strike, Apple produced five additional patent license agreements. The five patent license agreements are:

    (a) Document Bates numbered APLNDC-WN0000728306 - APLNDC-WH0000728310, a true and correct copy of which is attached as Exhibit 1;

    (b) Document Bates numbered APLNDC-WN0000728311 - APLNDC-WH0000728322, a true and correct copy of which is attached as Exhibit 2;

    (c) Document Bates numbered APLNDC-WN0000728323 - APLNDC-WH0000728332, a true and correct copy of which is attached as Exhibit 3;

    (d) Document Bates numbered APLNDC-WN0000728333 - APLNDC-WH0000728353, a true and correct copy of which is attached as Exhibit 4; and

    (e) Document Bates numbered APLNDC-WN0000728354 - APLNDC-WH0000728370, a true and correct copy of which is attached as Exhibit 5.

3. Attached as Exhibit 6 is a true and correct copy of a document Apple produced in this matter, Bates numbered APLNDC-WH0000728173 - APLNDC-WH0000728184.

4. Attached as Exhibit 7 is a true and correct copy of United States Patent Number 5,379,057.

5. Attached as Exhibit 8 is a true and correct copy of United States Patent Number 5,675,362.

1  6. Attached as Exhibit 9 is a true and correct copy of United States Patent Number
2  7,663,607 B2.
3  7. Attached as Exhibit 10 is a true and correct copy of United States Patent Number
4  7,920,129 B2.
5  8. Attached as Exhibit 11 is a true and correct copy of United States Patent Number
6  7,812,828.
7  9. Attached as Exhibit 12 is a true and correct copy of a document Apple produced
8  in this matter, Bates numbered APLNDC00021820 - APLNDC00021821 and dated February 22,
9  2007, that is the relevant portion of the file history for United States Patent Number 7,812,828,
10  entitled "Information Disclosure Statement by Applicant."
11  10. Attached as Exhibit 13 is a true and correct copy of a document Apple produced
12  in this matter on April 4, 2012, Bates numbered APLNDC-WH0000723595 - APLNDC-
13  WH0000723611.
14  11. Attached as Exhibit 14 is a true and correct copy of United States Patent Number
15  5,730,165.
16  12. Attached as Exhibit 15 is a true and correct copy of a document Apple produced
17  in this matter, Bates numbered APLNDC00025959 - APLNDC00025976 and dated November
18  10, 2006, that is the relevant portion of the file history for United States Patent Number
19  7,663,607 B2, entitled "Information Disclosure Statement."
20  13. Attached as Exhibit 16 is a true and correct copy of United States Patent Number
21  6,456,841 B1.
22  14. Attached as Exhibit 17 is a true and correct copy of United States Patent Number
23  6,208,879 B1.
24  15. Attached as Exhibit 18 is a true and correct copy of United States Patent Number
25  7,853,891 B2.
26  16. Attached as Exhibit 19 is a true and correct copy of United States Patent Number
27  6,493,002 B1.
28

17. Attached as Exhibit 20 is a true and correct copy of a document Apple produced in this matter, Bates numbered APLNDC-Y0000055416, which is Exhibit 15 to the deposition of Mark Buckley, taken on February 23, 2012.

18. Attached as Exhibit 21 is a true and correct copy of a document Apple produced in this matter, Bates numbered APLNDC-Y0000055417, which is Exhibit 16 to the deposition of Mark Buckley, taken on February 23, 2012.

19. Attached as Exhibit 22 is a true and correct copy of Samsung's Sixth Set of Requests for Production to Apple, Inc., dated February 7, 2012.

20. Attached as Exhibit 23 is a true and correct copy of the relevant portions of Apple Inc.'s Objections and Responses to Samsung's Sixth and Seventh Sets of Requests for Production, dated March 10, 2012.

21. Attached as Exhibit 24 is a true and correct copy of an article entitled, "Apple Made A Deal With The Devil (No, Worse: A Patent Troll)," originally accessed May 12, 2012, and printed on June 7, 2012, from the internet address, http://techcrunch.com/2011/12/ 09/apple-made-a-deal-with-the-devil-no-worse-a-patent-troll/.

22. Attached as Exhibit 25 is a true and correct copy of an article entitled, "Apple partners with patent troll Digitude Innovations — and wow, what a deal," originally accessed on May 10, 2012, and printed on June 7, 2012, from the internet address, http://venturebeat.com/2011/12/10/apples-patents-digitude-innovations/.

23. Attached as Exhibit 26 is a true and correct copy of a Patent Assignment Abstract of Title for United States Patent Number 6,208,879.  I obtained this document from the USPTO's website (www.uspto.gov) on June 7, 2012.

24. Attached as Exhibit 27 is a true and correct copy of a Patent Assignment Abstract of Title for United States Patent Number 6,456,841.  I obtained this document from the USPTO's website (www.uspto.gov) on June 7, 2012.

25. Attached as Exhibit 28 is a true and correct copy of an Assignment of Assignor's Interests for Attorney Dkt #: 138347.00001, recorded on November 29, 2011.  I obtained this document from the USPTO's website (www.uspto.gov) on June 7, 2012.

26. In my Declaration of Christopher E. Price in Support of Samsung's Motion to Strike (Dkt. No. 936), I attached the "Made for iPod" licenses upon which Mr. Musika relies, as Exhibits FF and GG. Apple produced these documents on March 8, 2012.

27. Attached as Exhibit 29 is a true and correct copy of the relevant portions of the transcript of the April 20, 2012 deposition of Sanjay Sood.

28. Attached as Exhibit 30 is a true and correct copy of the relevant portions of the transcript of the April 19, 2012 deposition of Michel Maharbiz.

29. Attached as Exhibit 31 is a true and correct copy of a June 4, 2012 email sent by my colleague Ketan Patel to Apple's counsel regarding certain devices identified during the Balakrishnan deposition. Apple has not provided a written response to this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2012, at Los Angeles, California.

Christopher E. Price