# EXHIBIT 12

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| | | | | Application Number | 11/677,958 |
| | | | | Filing Date | February 22, 2007 |
| | | | | First Named Inventor | Wayne WESTERMAN |
| | | | | Art Unit | 2629 |
| | | | | Examiner Name | Koosha Sharifi-Tafreshi |
| Sheet | 1 | of | 2 | Attorney Docket Number | 106842508604<br>**Client Ref. No. P3950USC13** |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-2009/0244031-A1 | 10-01-2009 | Westerman et al. | |
| | 2. | US-2009/0244032-A1 | 10-01-2009 | Westerman et al. | |
| | 3. | US-2009/0244033-A1 | 10-01-2009 | Westerman et al. | |
| | 4. | US-2009/0249236-A1 | 10-01-2009 | Westerman et al. | |
| | 5. | US-2009/0251435-A1 | 10-08-2009 | Westerman et al. | |
| | 6. | US-2009/0251438-A1 | 10-08-2009 | Westerman et al. | |
| | 7. | US-2009/0251439-A1 | 10-08-2009 | Westerman et al. | |
| | 8. | US-4,290,061 | 09-15-1981 | Serrano | |
| | 9. | US-5,327,161-A | 07-05-1994 | Logan et al. | |
| | 10. | US-5,369,228-A | 11-29-1994 | Faust | |
| | 11. | US-5,379,057-A | 01-03-1995 | Clough et al. | |
| | 12. | US-5,581,276-A | 12-03-1996 | Cipolla et al. | |
| | 13. | US-5,581,484-A | 12-03-1996 | Prince | |
| | 14. | US-5,675,362-A | 10-07-1997 | Clough et al. | |
| | 15. | US-5,729,249-A | 03-17-1998 | Yasutake | |
| | 16. | US-5,837,947-A | 11-17-1998 | Teterwalk | |
| | 17. | US-6,061,177-A | 05-09-2000 | Fujimoto | |
| | 18. | US-7,084,859-B1 | 08-01-2006 | Pryor | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 19. | EP-0 546 704-A2, A3 | 06-16-1993 | American Telephone & Telegraph | | |
| | 20. | JP-06-083523-A | 03-25-1994 | American Telephone & Telegraph | Translation of Abstract Only | |
| | 21. | JP-06-332620-A | 12-02-1994 | Brother Ind. Ltd. | Translation of Abstract Only | |
| | 22. | JP-07-057103-A | 03-03-1995 | Toshiba Corp. | Translation of Abstract Only | |
| | 23. | JP-08-286830-A | 11-01-1996 | Fuji Xerox Co. Ltd. | Translation of Abstract Only | |
| | 24. | WO-96/007981-A1 | 03-14-1996 | Synaptics, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

la-1061140

ALTERNATIVE TO PTO/SB/08A/B
(Based on PTO 08-08 version)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | **Complete if Known** ||
|---|---|---|
| | Application Number | 11/677,958 |
| | Filing Date | February 22, 2007 |
| | First Named Inventor | Wayne WESTERMAN |
| | Art Unit | 2629 |
| | Examiner Name | Koosha Sharifi-Tafreshi |
| Sheet   2   of   2 | Attorney Docket Number | 106842508604<br>**Client Ref. No. P3950USC13** |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

| NON PATENT LITERATURE DOCUMENTS ||||
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | 25. | CUI, Y. et al. (1996). "Hand Segmentation Using Learning-Based Prediction and Verification for Hand Sign Recognition," *Proceedings of the 1996 IEEE Computer Society Conference on Computer Vision and Pattern Recognition*, pp. 88-93. | |
| | 26. | Final Office Action mailed November 19, 2009, for U.S. Patent Application No. 11/428,515, filed July 3, 2006, 14 pages. | |
| | 27. | Non-Final Office Action mailed August 25, 2009, for U.S. Patent Application No. 11/428,522, filed July 3, 2006, six pages. | |
| | 28. | Non-Final Office Action mailed September 2, 2009, for U.S. Patent Application No. 11/559,736, filed November 14, 2006, 12 pages. | |
| | 29. | Non-Final Office Action mailed October 5, 2009, for U.S. Patent Application No. 11/559,799, filed November 14, 2006, 14 pages. | |
| | 30. | Non-Final Office Action mailed October 6, 2009, for U.S. Patent Application No. 11/559,763, filed November 14, 2006, 24 pages. | |
| | 31. | Non-Final Office Action mailed October 14, 2009, for U.S. Patent Application No. 11/428,501, filed July 3, 2006, six pages. | |
| | 32. | Non-Final Office Action mailed October 29, 2009, for U.S. Patent Application No. 11/559,822, filed November 14, 2006, 11 pages. | |
| | 33. | Non-Final Office Action mailed October 30, 2009, for U.S. Patent Application No. 11/428,503, filed July 3, 2006, nine pages. | |
| | 34. | Non-Final Office Action mailed December 22, 2009, for U.S. Patent Application No. 11/559,833, filed November 14, 2006, six pages. | |
| | 35. | Non-Final Office Action mailed January 27, 2010, for U.S. Patent Application No. 11/428,522, filed July 3, 2006, five pages. | |
| | 36. | Notice of Allowability mailed September 2, 2009, for U.S. Patent Application No. 11/428,506, filed July 3, 2006, five pages. | |
| | 37. | RUBINE, D.H. (December 1991). "The Automatic Recognition of Gestures," CMU-CS-91-202, Submitted in Partial Fulfillment of the Requirements of the Degree of Doctor of Philosophy in Computer Science at Carnegie Mellon University, 285 pages. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

la-1061140

APLNDC00021821