# EXHIBIT 15

| | | |
|---|---|---|
| Appl. No. | : | 10/840,862 |
| Applicant | : | Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi / Apple Computer |
| Filed | : | May 6, 2004 |
| TC/A.U. | : | 2673 |
| Examiner | : | Edouard Patrick Nestor |
| Docket No. | : | 119-0093US (P3266US1) |
| Customer No. | : | 61947 |
| Title | : | MULTIPOINT TOUCHSCREEN |

Confirmation No. 8470

## INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria VA, 22313-1450.

Sir:

In compliance with the duty of disclosure under 37 C.F.R. § 1.56, it is respectfully requested that this Information Disclosure Statement be entered and the documents listed on attached Form PTO-1449 be considered by the Examiner and made of record. Copies of the listed documents required by 37 C.F.R. § 1.98(a)(2) are enclosed for the convenience of the Examiner.

In accordance with 37 C.F.R §§ 1.97(g),(h), this Information Disclosure Statement is not to be construed as a representation that a search has been made, and is not to be construed to be an admission that the information cited is, or is considered to be, material to patentability as defined in 37 C.F.R. § 1.56(b), or that such information constitutes prior art.

The present Information Disclosure Statement is being filed prior to the receipt of a first Official Action reflecting an examination on the merits, and hence is believed to be timely filed in accordance with 37 C.F.R § 1.97(b). No fees are believed to be due in connection with the filing of this Information Disclosure Statement. However, the Commissioner is authorized to deduct any necessary fees from Deposit Account No. 501922/119-0093US (P3266US1).

APLNDC00025959

Applicants respectfully request that the listed documents be considered and made of record in the present case, and that the Examiner initial the appropriate spaces on the Form 1449 to evidence the same.

Respectfully submitted,

_Nov. 10, 2006_
Date

Billy C. Allen III
Reg. No. 46,147
Attorney for Applicant

WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP
20333 State Highway 249
Suite 600
Houston, Texas 77070
832/446-2400
832/446-2424 (facsimile)

---

**CERTIFICATE OF MAILING**
**37 § C.F.R. 1.8**

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail in an envelope addressed to Commissioner for Patents, P.O. Box 1450, Alexandria VA, 22313-1450, on the date below.

11·10·06
Date

Rebecca R. Ginn

---



| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi  Title: MULTIPOINT TOUCHSCREEN | |
| | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

(Stamp: NOV 14 2006 U.S. PATENT & TRADEMARK OFFICE)

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A1 | 2002/0118848 | 08/29/2002 | Karpenstein | 381 | 119 | 02/27/2001 |
| | A2 | 2003/0076301 | 04/24/2003 | Tsuk et al. | 345 | 159 | 09/26/2002 |
| | A3 | 2003/0076303 | 04/24/2003 | Huppi | 345 | 163 | 02/07/2002 |
| | A4 | 2003/0076306 | 04/24/2003 | Zadesky et al. | 345 | 173 | 07/01/2002 |
| | A5 | 2003/0095096 | 05/22/2003 | Robbin et al. | 345 | 156 | 09/26/2002 |
| | A6 | 2003/0098858 | 05/29/2003 | Perski et al. | 345 | 173 | 10/15/2002 |
| | A7 | 2005/0012723 | 01/20/2005 | Pallakoff | 345 | 173 | 07/14/2004 |
| | A8 | 2005/0052425 | 03/10/2005 | Zadesky et al. | 345 | 173 | 08/18/2003 |
| | A9 | 2005/0110768 | 05/26/2005 | Marriott et al. | 345 | 173 | 11/25/2003 |
| | A10 | 2006/0022955 | 02/02/2006 | Kennedy | 345 | 173 | 08/26/2004 |
| | A11 | 2006/0022956 | 02/02/2006 | Lengeling et al. | 345 | 173 | 12/17/2004 |
| | A12 | 2006/0026521 | 02/02/2006 | Hotelling et al. | 715 | 702 | 07/30/2004 |
| | A13 | 2006/0026535 | 02/02/2006 | Hotelling et al. | 715 | 863 | 01/18/2005 |
| | A14 | 2006/026536 | 02/02/2006 | Hotelling et al. | 715 | 863 | 01/31/2005 |
| | A15 | 2006/0032680 | 02/16/2006 | Elias et al. | 178 | 18.06 | 08/15/2005 |
| | A16 | 2006/0066582 | 03/30/2006 | Lyon et al. | 345 | 173 | 09/24/2004 |
| | A17 | 2006/0097991 | 05/11/2006 | Hotelling et al. | 345 | 173 | 05/06/2004 |
| | A18 | 3,333,160 | 07/25/1967 | A. Gorski | | | 02/24/1964 |
| | A19 | 3,541,541 | 11/17/1970 | D.C. Englebart | | | 06/21/1967 |
| | A20 | 3,662,105 | 05/09/1972 | Hurst et al. | 178 | 18 | 05/21/1970 |
| | A21 | 3,798,370 | 03/19/1974 | Hurst | 178 | 18 | 04/17/1972 |
| | A22 | 4,246,452 | 01/20/1981 | Chandler | 200 | 5 | 01/05/1979 |
| | A23 | 4,550,221 | 10/259/1985 | Mabusth | 178 | 18 | 10/07/1983 |
| | A24 | 4,672,364 | 06/09/1987 | Lucas | 340 | 365 P | 06/18/1984 |
| | A25 | 4,672,558 | 06/09/1987 | Beckes et al. | 364 | 518 | 09/25/1984 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A26 | 4,692,809 | 09/08/1987 | Beining et al. | 358 | 247 | 11/20/1984 |
| | A27 | 4,695,827 | 09/22/1987 | Beining et al. | 340 | 365 P | 11/20/1984 |
| | A28 | 4,733,222 | 03/22/1988 | Evans | 340 | 365 C | 04/18/1986 |
| | A29 | 4,734,685 | 03/29/1988 | Watanabe | 340 | 710 | 07/18/1984 |
| | A30 | 4,746,770 | 05/24/1988 | McAvinney | 178 | 18 | 02/17/1987 |
| | A31 | 4,771,276 | 09/13/1988 | Parks | 340 | 712 | 04/15/1985 |
| | A32 | 4,788,384 | 11/29/1988 | Bruere-Dawson et al. | 178 | 18 | 12/17/1987 |
| | A33 | 4,806,846 | 02/21/1989 | Kerber | 324 | 60 CD | 07/06/1987 |
| | A34 | 4,898,555 | 02/06/1990 | Sampson | 445 | 22 | 03/23/1989 |
| | A35 | 4,968,877 | 11/06/1990 | McAvinney et al. | 250 | 221 | 09/14/1988 |
| | A36 | 5,003,519 | 03/26/1991 | Noirjean | 368 | 73 | 05/25/1989 |
| | A37 | 5,017,030 | 05/21/1991 | Crews | 400 | 485 | 07/07/1986 |
| | A38 | 5,178,477 | 01/12/1993 | Gambaro | 400 | 489 | 06/06/1991 |
| | A39 | 5,189,403 | 02/23/1993 | Franz et al. | 340 | 711 | 02/01/1991 |
| | A40 | 5,194,862 | 03/16/1993 | Edwards | 341 | 20 | 06/07/1991 |
| | A41 | 5,224,861 | 07/06/1993 | Glass et al. | 434 | 35 | 09/17/1990 |
| | A42 | 5,241,308 | 08/31/1993 | Young | 341 | 34 | 07/23/1992 |
| | A43 | 5,252,951 | 10/12/1993 | Tannenbaum et al. | 345 | 156 | 10/21/1991 |
| | A44 | 5,281,966 | 01/25/1994 | Walsh | 341 | 22 | 01/31/1992 |
| | A45 | 5,305,017 | 04/19/1994 | Gerpheide | 345 | 174 | 07/13/1992 |
| | A46 | 5,345,543 | 09/06/1994 | Capps et al. | 395 | 137 | 11/16/1992 |
| | A47 | 5,376,948 | 12/27/1994 | Roberts | 345 | 173 | 04/22/1994 |
| | A48 | 5,398,310 | 03/14/1995 | Tchao et al. | 395 | 144 | 04/13/1992 |
| | A49 | 5,442,742 | 08/15/1995 | Greyson et al. | 395 | 146 | 10/14/1993 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi<br>Title: MULTIPOINT TOUCHSCREEN | |
| | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A50 | 5,463,388 | 10/31/1995 | Boie et al. | 341 | 33 | 01/29/1993 |
| | A51 | 5,463,696 | 10/31/1995 | Beernink et al | 382 | 186 | 07/05/1994 |
| | A52 | 5,483,261 | 01/09/1996 | Yasutake | 345 | 173 | 10/26/1993 |
| | A53 | 5,488,204 | 01/30/1996 | Mead et al. | 178 | 18 | 10/17/1994 |
| | A54 | 5,495,077 | 02/27/1996 | Miller et al. | 178 | 18 | 06/02/1994 |
| | A55 | 5,513,309 | 04/30/1996 | Meier et al. | 395 | 155 | 05/08/1995 |
| | A56 | 5,523,775 | 06/04/1996 | Capps | 345 | 179 | 06/08/1994 |
| | A57 | 5,530,455 | 06/25/1996 | Gillick et al. | 345 | 163 | 08/10/1994 |
| | A58 | 5,543,590 | 08/06/1996 | Gillespie et al. | 178 | 18 | 09/02/1994 |
| | A59 | 5,543,591 | 08/06/1996 | Gillespie et al. | 178 | 18 | 10/07/1994 |
| | A60 | 5,563,632 | 10/08/1996 | Roberts | 345 | 173 | 04/30/1993 |
| | A61 | 5,563,996 | 10/08/1996 | Tchao | 395 | 144 | 09/24/1993 |
| | A62 | 5,565,658 | 10/15/1996 | Gerpheide et al. | 178 | 19 | 12/07/1994 |
| | A63 | 5,579,036 | 11/26/1996 | Yates, IV | 345 | 173 | 04/28/1994 |
| | A64 | 5,581,681 | 12/03/1996 | Tchao et al. | 395 | 804 | 06/07/1995 |
| | A65 | 5,583,946 | 12/10/1996 | Gourdol | 382 | 187 | 09/30/1993 |
| | A66 | 5,590,219 | 12/31/1996 | Gourdol | 382 | 202 | 03/16/1995 |
| | A67 | 5,592,566 | 01/07/1997 | Pagallo et al. | 382 | 187 | 06/01/1995 |
| | A68 | 5,594,810 | 01/14/1997 | Gourdol | 382 | 187 | 06/05/1995 |
| | A69 | 5,596,694 | 01/21/1997 | Capps | 395 | 152 | 04/08/1996 |
| | A70 | 5,612,719 | 03/18/1997 | Beernink et al. | 345 | 173 | 04/15/1994 |
| | A71 | 5,631,805 | 05/20/1997 | Bonsall | 361 | 681 | 09/27/1995 |
| | A72 | 5,633,955 | 05/27/1997 | Bozinovic et al. | 381 | 187 | 05/31/1995 |
| | A73 | 5,634,102 | 05/27/1997 | Capps | 395 | 334 | 08/07/1995 |
| | A74 | 5,636,101 | 06/03/1997 | Bonsall et al. | 361 | 681 | 09/27/1995 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A75 | 5,642,108 | 06/24/1997 | Gopher et al. | 341 | 22 | 12/29/1994 |
| | A76 | 5,644,657 | 07/01/1997 | Capps et al. | 382 | 229 | 06/01/1995 |
| | A77 | 5,666,113 | 09/09/1997 | Logan | 341 | 34 | 09/05/1995 |
| | A78 | 5,666,502 | 09/09/1997 | Capps | 345 | 352 | 08/07/1995 |
| | A79 | 5,666,552 | 09/09/1997 | Grayson et al. | 395 | 802 | 06/01/1995 |
| | A80 | 5,675,361 | 10/07/1997 | Santilli | 345 | 168 | 08/23/1995 |
| | A81 | 5,677,710 | 10/14/1997 | Thompson-Rohrlich | 345 | 173 | 05/10/1993 |
| | A82 | 5,689,253 | 11/18/1997 | Hargreaves et al | 341 | 22 | 04/09/1993 |
| | A83 | 5,710,844 | 01/20/1998 | Capps et al. | 382 | 317 | 05/27/1992 |
| | A84 | 5,729,250 | 03/17/1998 | Bishop et al. | 345 | 175 | 05/08/1995 |
| | A85 | 5,730,165 | 03/24/1998 | Philipp | 137 | 1 | 12/26/1995 |
| | A86 | 5,736,976 | 04/07/1998 | Cheung | 345 | 168 | 02/13/1995 |
| | A87 | 5,741,990 | 04/21/1998 | Davies | 84 | 423 R | 01/25/1997 |
| | A88 | 5,745,116 | 04/28/1998 | Pisutha-Arnond | 345 | 358 | 09/19/1996 |
| | A89 | 5,745,716 | 04/28/1998 | Tchao et al. | 395 | 350 | 08/07/1995 |
| | A90 | 5,748,269 | 05/05/1998 | Harris et al. | 349 | 58 | 11/21/1996 |
| | A91 | 5,764,222 | 06/09/1998 | Shieh | 345 | 173 | 05/28/1996 |
| | A92 | 5,746,818 | 05/05/1998 | Yatake | 106 | 31.86 | 08/29/1996 |
| | A93 | 5,767,457 | 06/16/1998 | Gerpheide et al. | 178 | 18 | 11/13/1995 |
| | A94 | 5,767,842 | 06/16/1998 | Korth | 345 | 168 | 04/21/1995 |
| | A95 | 5,790,104 | 08/04/1998 | Shieh | 345 | 173 | 06/25/1996 |
| | A96 | 5,790,107 | 08/04/1998 | Kasser et al | 345 | 174 | 06/07/1995 |
| | A97 | 5,802,516 | 09/01/1998 | Shwarts et al. | 707 | 6 | 05/30/1995 |
| | A98 | 5,808,567 | 09/15/1998 | McCloud | 341 | 20 | 05/17/1993 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A99 | 5,809,267 | 09/15/1998 | Moran et al. | 395 | 358 | 03/18/1996 |
| | A100 | 5,821,690 | 10/13/1998 | Martens et al. | 313 | 506 | 04/22/1996 |
| | A101 | 5,821,930 | 10/13/1998 | Hansen | 345 | 340 | 05/30/1996 |
| | A102 | 5,823,782 | 10/20/1998 | Marcus et al. | 434 | 156 | 07/09/1997 |
| | A103 | 5,825,351 | 10/20/1998 | Tam | 345 | 173 | 11/15/1995 |
| | A104 | 5,825,352 | 10/20/1998 | Bisset et al | 345 | 173 | 02/18/1996 |
| | A105 | 5,854,625 | 12/29/1998 | Frisch et al. | 345 | 173 | 11/06/1996 |
| | A106 | 5,880,411 | 03/09/1999 | Gillespie et al. | 178 | 18.01 | 03/28/1996 |
| | A107 | 5,898,434 | 04/27/1999 | Small et al. | 345 | 348 | 08/22/1994 |
| | A108 | 5,920,309 | 07/06/1999 | Bisset et al. | 345 | 173 | 01/04/1996 |
| | A109 | 5,923,319 | 07/13/1999 | Bishop et al. | 345 | 175 | 11/07/1997 |
| | A110 | 5,933,134 | 08/03/1999 | Shieh | 345 | 173 | 06/25/1996 |
| | A111 | 5,943,044 | 08/24/1999 | Martinelli et al. | 345 | 174 | 05/15/1997 |
| | A112 | 6,002,389 | 12/14/1999 | Kasser | 345 | 173 | 09/23/1997 |
| | A113 | 6,002,808 | 12/14/1999 | Freeman | 382 | 288 | 07/26/1996 |
| | A114 | 6,020,881 | 02/01/2000 | Naughton et al. | 345 | 327 | 02/18/1997 |
| | A115 | 6,031,524 | 02/29/2000 | Kunert | 345 | 173 | 06/18/1997 |
| | A116 | 6,037,882 | 03/14/2000 | Levy | 341 | 20 | 09/30/1997 |
| | A117 | 6,050,825 | 04/18/2000 | Nichol et al. | 434 | 227 | 05/08/1998 |
| | A118 | 6,052,339 | 04/18/2000 | Frenkel et al. | 368 | 230 | 06/01/1998 |
| | A119 | 6,072,494 | 06/06/2000 | Nguyen | 345 | 358 | 10/15/1997 |
| | A120 | 6,084,576 | 07/04/2000 | Leu et al. | 345 | 168 | 03/04/1998 |
| | A121 | 6,107,997 | 08/222/2000 | Ure | 345 | 173 | 06/27/1996 |
| | A122 | 6,128,003 | 10/03/2000 | Smith et al. | 345 | 157 | 12/22/1997 |
| | A123 | 6,131,299 | 10/17/2000 | Raab et al. | 33 | 503 | 07/01/1998 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A124 | 6,135,958 | 10/24/2000 | Mikula-Curtis et al. | 600 | 443 | 08/06/1998 |
| | A125 | 6,144,380 | 11/07/2000 | Schwarts et al. | 345 | 350 | 02/19/1997 |
| | A126 | 6,188,391 | 02/13/2001 | Seely et al. | 345 | 173 | 07/09/1998 |
| | A127 | 6,198,515 | 03/06/2001 | Cole | 348 | 836 | 03/16/1998 |
| | A128 | 6,208,329 | 03/27/2001 | Ballare | 345 | 173 | 08/13/1996 |
| | A129 | 6,222,465 | 04/24/2001 | Kumar et al. | 341 | 20 | 12/09/1998 |
| | A130 | 6,239,790 | 05/29/2001 | Martinelli et al. | 345 | 174 | 08/17/1999 |
| | A131 | 6,243,071 | 06/05/2001 | Shwarts et al. | 345 | 146 | 11/03/1993 |
| | A132 | 6,246,862 | 06/12/2001 | Grivas et al. | 455 | 90 | 02/03/1999 |
| | A133 | 6,249,606 | 06/19/2001 | Kiraly et al. | 382 | 195 | 02/19/1998 |
| | A134 | 6,288,707 | 09/11/2001 | Philipp | 345 | 168 | 01/25/1999 |
| | A135 | 6,289,326 | 09/11/2001 | LaFleur | 705 | 702 | 06/04/1997 |
| | A136 | 6,292,178 | 09/18/2001 | Bernstein et al. | 345 | 173 | 10/19/1998 |
| | A137 | 6,323,849 | 11/27/2001 | Westerman et al | 345 | 173 | 01/25/1999 |
| | A138 | 6,347,290 | 02/12/2002 | Bartlett | 702 | 150 | 06/24/1998 |
| | A139 | 6,377,009 | 04/23/2002 | Philipp | 318 | 468 | 09/07/2000 |
| | A140 | 6,380,931 | 04/30/2002 | Gillespie et al. | 345 | 173 | 05/18/2001 |
| | A141 | 6,411,287 | 06/25/2002 | Scharff et al. | 345 | 177 | 09/08/1999 |
| | A142 | 6,414,671 | 07/02/2002 | Gillespie et al. | 345 | 157 | 03/24/1998 |
| | A143 | 6,421,234 | 07/16/2002 | Ricks et al. | 361 | 683 | 01/10/2000 |
| | A144 | 6,452,514 | 09/17/2002 | Philipp | 341 | 33 | 01/26/2000 |
| | A145 | 6,457,355 | 10/01/2002 | Philipp | 73 | 304 | 08/24/2000 |
| | A146 | 6,466,036 | 10/15/2002 | Philipp | 324 | 678 | 09/07/1999 |
| | A147 | 6,515,669 | 02/04/2003 | Mohri | 345 | 474 | 10/06/1999 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| *(Use several sheets if necessary)* | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A148 | 6,525,749 | 02/25/2003 | Moran et al. | 345 | 863 | 10/25/1996 |
| | A149 | 6,535,200 | 03/18/2003 | Philipp | 345 | 168 | 08/27/2001 |
| | A150 | 6,543,684 | 04/08/2003 | White et al. | 234 | 379 | 03/28/2000 |
| | A151 | 6,543,947 | 04/08/2003 | Lee | 400 | 489 | 03/14/2001 |
| | A152 | 6,570,557 | 05/27/2003 | Westerman et al | 345 | 173 | 02/10/2001 |
| | A153 | 6,593,916 | 07/15/2003 | Aroyan | 345 | 173 | 11/03/2000 |
| | A154 | 6,610,936 | 08/26/2003 | Gillespie et al. | 178 | 18.01 | 08/12/1997 |
| | A155 | 6,624,833 | 09/23/2003 | Kumar et al. | 345 | 863 | 04/17/2000 |
| | A156 | 6,639,577 | 10/28/2003 | Eberhard | 345 | 102 | 05/28/1998 |
| | A157 | 6,650,319 | 11/18/2003 | Hurst et al. | 345 | 173 | 03/05/1999 |
| | A158 | 6,658,994 | 12/09/2003 | McMillan | 99 | 468 | 03/31/2003 |
| | A159 | 6,670,894 | 12/30/2003 | Mehring | 341 | 22 | 02/01/2002 |
| | A160 | 6,677,932 | 01/13/2004 | Westerman | 345 | 173 | 01/28/2001 |
| | A161 | 6,677,934 | 01/13/2004 | Blanchard | 345 | 173 | 07/30/1999 |
| | A162 | 6,724,366 | 04/20/2004 | Crawford | 345 | 157 | 04/03/2001 |
| | A163 | 6,757,002 | 06/29/2004 | Oross et al. | 345 | 864 | 11/04/1999 |
| | A164 | 6,803,906 | 10/12/2004 | Morrison et al. | 345 | 173 | 07/05/2000 |
| | A165 | 6,842,672 | 01/11/2005 | Straub et al. | 701 | 3 | 02/24/2004 |
| | A166 | 6,856,259 | 02/15/2005 | Sharp | 341 | 5 | 02/06/2004 |
| | A167 | 6,888,536 | 05/03/2005 | Westerman et al | 345 | 173 | 07/31/2001 |
| | A168 | 6,900,795 | 05/31/2005 | Knight, III et al. | 345 | 173 | 02/27/2002 |
| | A169 | 6,927,761 | 08/09/2005 | Badaye et al. | 345 | 173 | 03/29/2002 |
| | A170 | 6,942,571 | 09/13/2005 | McAllister et al. | 463 | 20 | 10/16/2000 |
| | A171 | 6,965,375 | 11/15/2005 | Gettemy et al. | 345 | 173 | 04/27/2004 |
| | A172 | 6,972,401 | 12/06/2005 | Akitt et al. | 250 | 221 | 01/30/2003 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

Case 5:11-cv-01846-LHK   Document 1060-18   Filed 06/07/12   Page 11 of 19

Page 8 of 16

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## U.S. Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Name | Class | Sub Class | Filing Date of App. |
|---|---|---|---|---|---|---|---|
| | A173 | 6,977,666 | 12/20/2005 | Hedrick | 345 | 690 | 09/03/1999 |
| | A174 | 6,985,801 | 01/10/2006 | Straub et al. | 701 | 3 | 11/12/2004 |
| | A175 | 6,992,659 | 01/31/2006 | Gettemy | 345 | 173 | 05/22/2001 |
| | A176 | 7,031,228 | 04/18/2006 | Born et al. | 368 | 69 | 09/02/2003 |
| | A177 | 2005/0104867 | 05/19/2005 | Westerman et al | 345 | 173 | 12/17/2004 |
| | A178 | 2006/0033724 | 02/16/2006 | Chaudhri et al | 345 | 173 | 09/16/2005 |
| | A179 | 2006/0053387 | 03/09/2006 | Ording | 715 | 773 | 03/09/2006 |
| | A180 | 2006/0085757 | 04/20/2006 | Andre et al. | 715 | 771 | 09/16/2005 |
| | A181 | 2006/0197753 | 09/07/2006 | Hotelling | 345 | 173 | 03/03/2006 |
| | A182 | 2003/0234768 | 12/25/2003 | Rekimoto et al | 345 | 169 | 05/14/2003 |
| | A183 | 2003/0206202 | 11/06/2003 | Moriya | 345 | 846 | 11/06/2003 |
| | A184 | 2004/0263484 | 12/30/2004 | Mantysalo et al. | 345 | 173 | 06/25/2003 |
| | A185 | 2003/0095095 | 05/22/2003 | Pihlaja | 345 | 156 | 11/20/2001 |
| | A186 | 2003/0006974 | 01/09/2003 | Clough et al. | 345 | 179 | 07/03/2001 |

## Foreign Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Country | Class | Sub Class | Translation Yes/No |
|---|---|---|---|---|---|---|---|
| | B1 | 1,243,096 | 10/11/1988 | CA | 340 | 180 | Yes |
| | B2 | 102 51 296 | 05/19/2004 | DE | G06F | 3/023 | No |
| | B3 | 0 288 692 | 07/14/1993 | EPO | G06K | 11/06 | Yes |
| | B4 | 0 464 908 | 09/04/1996 | EPO | G06K | 11/16 | Yes |
| | B5 | 0 664 504 | 01/24/21995 | EPO | G06F | 3/033 | Yes |
| | B6 | 1 014 295 | 01/09/2002 | EPO | G06K | 11/06 | Yes |
| | B7 | 2003/088176 | 10/23/2003 | WIPO | G08C | 21/00 | Yes |
| | B8 | 2006/023569 | 03/02/2006 | WIPO | G06F | 3/044 | Yes |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi  Title: MULTIPOINT TOUCHSCREEN | |
| | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Foreign Patent Documents

| Exam. Init. | Ref. Des. | Document Number | Date | Country | Class | Sub Class | Translation Yes/No |
|---|---|---|---|---|---|---|---|
| | B9 | 1997/018547 | 05/22/1997 | WIPO | G09G | 5/00 | Yes |
| | B10 | 1997/023738 | 07/03/1997 | WIPO | F16K | 31/06 | Yes |
| | B11 | 1998/14863 | 04/09/1998 | WIPO | G06F | 3/14 | Yes |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C1 | US Patent Application No. 10/654,108 filed on September 2, 2003 entitled "Ambidextrous Mouse" |
| | C2 | US Patent Application No. 10/789,676 filed on February 27, 2004 entitled "Shape Detecting Input Device" |
| | C3 | "4-Wire Resistive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-4resistive.html generated August 5, 2005 |
| | C4 | "5-Wire Resistive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-resistive.html generated August 5, 2005 |
| | C5 | "A Brief Overview of Gesture Recognition" obtained from http://www.dai.ed.ac.uk/Cvonline/LOCA_COPIES/COHEN/gesture_overview.html, generated April 20, 2004 |
| | C6 | "Capacitive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-capacitive.html generated August 5, 2005 |
| | C7 | "Capacitive Position Sensing" obtained from http://www.synaptics.com/technology/cps.cfm generated August 5, 2005 |
| | C8 | "Comparing Touch Technologies" obtained from http://www.touchscreens.com/intro-touchtypes.html generated October 10, 2004 |
| | C9 | "Gesture Recognition" http://www.fingerworks.com/gesture_recognition.html |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C10 | "GlidePoint®" obtained from http://www.cirque.com/technology/technology_gp.html generated August 5, 2005 |
| | C11 | "How do touchscreen monitors know where you're touching?" obtained from http://www.electronics.howstuffworks.com/question716.html generated August 5, 2005 |
| | C12 | "How does a touchscreen work?" obtained from http://www.touchscreens.com/intro-anatomy.html generated August 5, 2005 |
| | C13 | "iGesture Products for Everyone (learn in minutes) Product Overview" FingerWorks.com |
| | C14 | "Infrared Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-infrared.html generated August 5, 2005 |
| | C15 | "Mouse Emulation" FingerWorks obtained from http://www.fingerworks.com/gesture_guide_mouse.html generated August 30, 2005 |
| | C16 | "Mouse Gestures in Opera" obtained from http://www.opera.com/products/desktop/mouse/index.dml generated August 30, 2005 |
| | C17 | "Mouse Gestures," Optim oz, May 21, 2004 |
| | C18 | "MultiTouch Overview" FingerWorks obtained from http://www.fingerworks.com/multoverview.html generated August 30, 2005 |
| | C19 | "Near Field Imaging Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-nfi.html generated August 5, 2005 |
| | C20 | "PenTouch Capacitive Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-pentouch.html generated August 5, 2005 |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C21 | "Surface Acoustic Wave Touchscreens" obtained from http://www.touchscreens.com/intro-touchtypes-saw.html generated August 5, 2005 |
| | C22 | "Symbol Commander" obtained from http://www.sensiva.com/symbolcomander/, generated August 30, 2005 |
| | C23 | "Tips for Typing" FingerWorks http://www.fingerworks.com/mini_typing.html generated August 30, 2005 |
| | C24 | "Touch Technologies Overview" 2001, 3M Touch Systems, Massachusetts |
| | C25 | "Wacom Components - Technology" obtained from http://www.wacom-components.com/english/tech.asp generated on October 10, 2004 |
| | C26 | "Watershed Algorithm" http://rsb.info.nih.gov/ij/plugins/watershed.html generated August 5, 2005 |
| | C27 | "FingerWorks – Gesture Guide – Application Switching," obtained from http://www.fingerworks.com/gesture_guide_apps.html, generated on 08/27/2004, 1-pg |
| | C28 | "FingerWorks – Gesture Guide – Editing," obtained from http://www.fingerworks.com/gesure_guide_editing.html, generated on 08/27/2004, 1-pg |
| | C29 | "FingerWorks – Gesture Guide – File Operations," obtained from http://www.fingerworks.com/gesture_guide_files.html, generated on 08/27/2004, 1-pg |
| | C30 | "FingerWorks – Gesture Guide – Text Manipulation," obtained from http://www.fingerworks.com/gesture_guide_text_manip.html, generated on 08/27/2004, 2-pg |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** (Use several sheets if necessary) | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C31 | "FingerWorks – Gesture Guide – Tips and Tricks," obtained from http://www.fingerworks.com/gesture_guide_tips.html, generated 08/27/2004, 2-pgs |
| | C32 | "FingerWorks – Gesture Guide – Web," obtained from http://www.fingerworks.com/gesture_guide_web.html, generated on 08/27/2004, 1-pg |
| | C33 | "FingerWorks – Guide to Hand Gestures for USB Touchpads," obtained from http://www.fingerworks.com/igesture_userguide.html, generated 08/27/2004, 1-pg |
| | C34 | "FingerWorks – iGesture – Technical Details," obtained from http://www.fingerworks.com/igesture_tech.html, generated 08/27/2004, 1-pg |
| | C35 | "FingerWorks – The Only Touchpads with Ergonomic Full-Hand Resting and Relaxation!" obtained from http://www.fingerworks.com/resting.html, Copyright 2001, 1-pg |
| | C36 | "FingerWorks – Tips for Typing on the Mini," obtained from http://www.fingerworks.com/mini_typing.html, generated on 08/27/2004, 2-pgs |
| | C37 | "iGesture Pad – the MultiFinger USB TouchPad with Whole-Hand Gestures," obtained from http://www.fingerworks.com/igesture.html, generated 08/27/2004, 2-pgs |
| | C38 | Bier, et al., "Toolglass and Magic Lenses: The see-through interface" In James Kijiya, editor, Computer Graphics (SIGGRAPH '93 Proceedings), volume 27, pages 73-80, August 1993 |
| | C39 | Douglas et al., *The Ergonomics of Computer Pointing Devices* (1997) |
| | C40 | European Search Report received in EP 1 621 989 *(@ Beyer Weaver & Thomas, LLP)* dated March 27, 2006 |
| | C41 | EVB ELEKTRONIK "TSOP6238 IR Receiver Modules for Infrared Remote Control Systems" dated 01/2004 1-pg |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C42 | Fisher et al., "Repetitive Motion Disorders: The Design of Optimal Rate- Rest Profiles," Human Factors, 35(2):283-304 (Jun. 1993) |
| | C43 | Fukumoto, et al., "ActiveClick: Tactile Feedback for Touch Panels," In CHI 2001 Summary, pages 121-122, 2001 |
| | C44 | Fukumoto and Yoshinobu Tonomura, "Body Coupled Fingering: Wireless Wearable Keyboard," *CHI 97*, pp. 147-154 (Mar. 1997) |
| | C45 | Hardy, "Fingerworks" March 7, 2002; BBC World On Line |
| | C46 | Hillier and Gerald J. Lieberman, *Introduction to Operations Research* (1986) |
| | C47 | International Search Report dated March 3, 2006 (PCT/US 05/03325; 119-0052WO) |
| | C48 | Jacob et al., "Integrality and Separability of Input Devices," *ACM Transactions on Computer-Human Interaction*, 1:3-26 (Mar. 1994) |
| | C49 | Kinkley et al., "Touch-Sensing Input Devices," in CHI '99 Proceedings, pp 223-230, 1999 |
| | C50 | KIONX "KXP84 Series Summary Data Sheet" copyright 2005,dated 10/21/2005, 4-pgs |
| | C51 | Lee et al., "A Multi-Touch Three Dimensional Touch-Sensitive Tablet," in CHI '85 Proceedings, pages 121-128, 2000 |
| | C52 | Lee, "A Fast Multiple-Touch-Sensitive Input Device," Master's Thesis, University of Toronto (1984) |
| | C53 | Matsushita et al., "HoloWall: Designing a Finger, Hand, Body and Object Sensitive Wall," In Proceedings of UIST '97, October 1997 |
| | C54 | Quantum Research Group "QT510 / QWheel™ Touch Slider IC" copyright 2004-2005, 14-pgs |
| | C55 | Quek, "Unencumbered Gestural Interaction," *IEEE Multimedia*, 3:36-47 (Winter 1996) |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi  Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C56 | Radwin, "Activation Force and Travel Effects on Overexertion in Repetitive Key Tapping," *Human Factors*, 39(1):130-140 (Mar. 1997) |
| | C57 | Rekimoto "SmartSkin: An Infrastructure for Freehand Manipulation on Interactive Surfaces" CHI 2002, April 20-25, 2002 |
| | C58 | Rekimoto et al., "ToolStone: Effective Use of the Physical Manipulation Vocabularies of Input Devices," In Proc. Of UIST 2000, 2000 |
| | C59 | Rubine et al., "Programmable Finger-Tracking Instrument Controllers," *Computer Music Journal*, vol. 14, No. 1 (Spring 1990) |
| | C60 | Rutledge et al., "Force-To-Motion Functions For Pointing," Human-Computer Interaction – INTERACT (1990) |
| | C61 | Subatai Ahmad, "A Usable Real-Time 3D Hand Tracker," Proceedings of the 28th Asilomar Conference on Signals, Systems and Computers – Part 2 (of2), Vol. 2 (October 1994) |
| | C62 | TEXAS INSTRUMENTS "TSC2003 / I2C Touch Screen Controller" Data Sheet SBAS 162, dated October 2001, 20-pgs |
| | C63 | Wellner, "The Digital Desk Calculators: Tangible Manipulation on a Desk Top Display" IN ACM UIST '91 Proceedings, Pages 27-34, November 1991 |
| | C64 | Williams, "Applications for a Switched-Capacitor Instrumentation Building Block" Linear Technology Application Note 3, July 1985, pp. 1-16 |
| | C65 | Yamada et al., "A Switched-Capacitor Interface for Capacitive Pressure Sensors" IEEE Transactions on Instrumentation and Measurement, Vol. 41, No. 1, February 1992, pp.81-86 |
| | C66 | Yeh et al., "Switched Capacitor Interface Circuit for Capacitive Transducers" 1985 IEEE |
| | C67 | Zhai et al., "Dual Stream Input for Pointing and Scrolling," *Proceedings of CHI '97 Extended Abstracts* (1997) |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No. 119-0093US | Serial No. 10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's **INFORMATION DISCLOSURE STATEMENT** | Applicant(s): Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi  Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date: May 6, 2004 | Group: 2673 |
| U.S. Patent Documents *Beginning on Page 1* | Foreign Patent Documents *See Page 8* | Other Art *Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C68 | Zimmerman et al., "Applying Electric Field Sensing to Human-Computer Interfaces," In CHI '85 Proceedings, Pages 280-287, 1995 |
| | C69 | Application Serial No. 10/774,053 Filed on February 5, 2004 |
| | C70 | US Patent Application No. 11/140,529 filed on 5/27/2005 which is a Reissue of 6,570,557 listed above (*see A152*). |
| | C71 | US Patent Application No. 11/381,313 filed on 5/2/2006 entitled "Multipoint Touch Surface Controller". |
| | C72 | US Patent Application No. 11/332,861 filed on 1/13/2006 which is a Reissue of 6,677,932 listed above (*see A160*). |
| | C73 | US Patent Application No. 11/380,109 filed on 4/25/2006 entitled "Keystroke Tactility Arrangement On Smooth Touch Surface." |
| | C74 | US Patent Application No. 11/428,501 filed on 7/3/2006 entitled "Capacitive Sensing Arrangement," which is a Continuation of US 2005/0104867 listed above (*see A177*). |
| | C75 | US Patent Application No. 11/428,503 filed on 07/03/2006 entitled "Touch Surface" which is a Continuation of US 2005/0104867 listed above (*see A177*). |
| | C76 | US Patent Application No. 11/428,506 filed on 07/03/2006 entitled "User Interface Gestures" which is a Continuation of US 2005/0104867 listed above (*see A177*). |
| | C77 | US Patent Application No. 11/428,515 filed on 07/03/2006 entitled "User Interface Gestures" which is a Continuation of US 2005/0104867 listed above (*see A177*). |
| | C78 | US Patent Application No. 11/428,522 filed on 07/03/2006 entitled "Identifying Contacts on a Touch Surface" which is a Continuation of US 2005/0104867 listed above (*see A177*). |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*

| Form PTO-1449 (modified) | Atty. Docket No.<br>119-0093US | Serial No.<br>10/840,862 |
|---|---|---|
| List of Patents and Publications for Applicant's<br>**INFORMATION DISCLOSURE STATEMENT** | Applicant(s):<br>Steven P. Hotelling; Joshua A. Strickon; Brian Q. Huppi<br>Title: MULTIPOINT TOUCHSCREEN | |
| (Use several sheets if necessary) | Filing Date:<br>May 6, 2004 | Group:<br>2673 |
| U.S. Patent Documents<br>*Beginning on Page 1* | Foreign Patent Documents<br>*See Page 8* | Other Art<br>*Beginning on Page 8* |

## Other Art (Including Author, Title, Date Pertinent Pages, Etc.)

| Exam. Init. | Ref. Des. | Citation |
|---|---|---|
| | C79 | US Patent Application No. 11/428,521 filed on 07/03/2006 entitled "Identifying Contacts on a Touch Surface" which is a Continuation of US 2005/0104867 listed above (*see A177*). |
| | C80 | US Patent Application No. 11/426,078 filed on 06/23/2006 entitled "Electronic Device Having Display and Surrounding Touch Sensitive Bezel For User Interface and Control" which is a Continuation-In-Part of 2006/0197753 listed above (*see A181*). |
| | C81 | US Patent Application No. 11/278,080 filed on 03/30/2006 entitled "Force Imaging Input Device and System" |
| | C82 | US Patent Application No. 11/382,402 filed on 05/09/2006 entitled "Force and Location Sensitive Display" which is a Continuation of 11/278,080 listed above (*see C81*). |
| | C83 | International Search Report received in corresponding PCT application number PCT/US2006/008349 dated October 20, 2006 |
| | C84 | |
| | C85 | |
| | C86 | |
| | C87 | |
| | C88 | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: INITIAL IF REFERENCE CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*INFORMATION DISCLOSURE STATEMENT — PTO-1449 (MODIFIED)*