# EXHIBIT 26



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 3**

| | | |
|---|---|---|
| **Patent #:** 6208879 | **Issue Dt:** 03/27/2001 | **Application #:** 09263939   **Filing Dt:** 03/08/1999 |
| **Inventors:** | YUJI IWATA, HIDEKI SATO, HIROSHI SAITO, KAZUMI MATSUURA, KAZUHISA SHINODA, MINORU OWADA et al | |
| **Title:** | MOBILE INFORMATION TERMINAL EQUIPMENT AND PORTABLE ELECTRONIC APPARATUS | |

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 026180/0925 | **Recorded:** 04/26/2011 | **Pages:** 7 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** | MITSUBISHI ELECTRIC CORPORATION | | **Exec Dt:** 03/04/2011 |
| **Assignee:** | APPLE INC.<br>1 INFINITE LOOP<br>CUPERTINO, CALIFORNIA 95014 | | |
| **Correspondent:** | RICHARD J. LUTTON, JR.<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | | |

**Assignment: 2**

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 027294/0526 | **Recorded:** 11/29/2011 | **Pages:** 5 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** | APPLE INC. | | **Exec Dt:** 08/02/2011 |
| **Assignee:** | CLIFF ISLAND LLC<br>485 MADISON AVENUE<br>#2300<br>NEW YORK, NEW YORK 10022 | | |
| **Correspondent:** | GREGORY D. LEN<br>15TH FL., OLIVER ST. TOWER, 125 HIGH ST.<br>PEPPER HAMILTON LLP<br>BOSTON, MA 02110 | | |

**Assignment: 3**

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 027304/0447 | **Recorded:** 11/30/2011 | **Pages:** 4 |
| **Conveyance:** | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | |
| **Assignor:** | CLIFF ISLAND LLC | | **Exec Dt:** 11/22/2011 |
| **Assignee:** | DIGITUDE INNOVATIONS LLC<br>601 KING STREET<br>#404<br>ALEXANDRIA, VIRGINIA 22314-3169 | | |
| **Correspondent:** | GREGORY D. LEN<br>15TH FL., OLIVER ST. TOWER, 125 HIGH ST.<br>PEPPER HAMILTON LLP<br>BOSTON, MA 02110 | | |

Search Results as of: 06/07/2012 05:44 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT