# EXHIBIT 27



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Patent Query**

# Patent Assignment Abstract of Title
**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 4

| | | |
|---|---|---|
| **Patent #:** 6456841 | **Issue Dt:** 09/24/2002 | **Application #:** 09323241 **Filing Dt:** 06/01/1999 |
| **Inventor:** TAKESHI TOMIMORI | | |
| **Title:** MOBILE COMMUNICATION APPARATUS NOTIFYING USER OF REPRODUCTION WAITING INFORMATION EFFECTIVELY | | |

**Assignment: 1**

**Reel/Frame:** 010006/0527    **Recorded:** 06/01/1999    **Pages:** 2
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** TOMIMORI, TAKESHI    **Exec Dt:** 05/24/1999
**Assignee:** MITSUBISHI DENKI KABUSHIKI KAISHA
CHIYODA-KU
2-3 MARUNOUCHI 2-CHOME
TOKYO, JAPAN 100-8
**Correspondent:** ROTHWELL, FIGG, ERNST & KURZ
VINCENT M. DELUCA
555 13TH STREET, NW
SUITE 701 EAST
WASHINGTON, DC 20004

**Assignment: 2**

**Reel/Frame:** 026180/0925    **Recorded:** 04/26/2011    **Pages:** 7
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** MITSUBISHI ELECTRIC CORPORATION    **Exec Dt:** 03/04/2011
**Assignee:** APPLE INC.
1 INFINITE LOOP
CUPERTINO, CALIFORNIA 95014
**Correspondent:** RICHARD J. LUTTON, JR.
1 INFINITE LOOP
CUPERTINO, CA 95014

**Assignment: 3**

**Reel/Frame:** 027294/0526    **Recorded:** 11/29/2011    **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** APPLE INC.    **Exec Dt:** 08/02/2011
**Assignee:** CLIFF ISLAND LLC
485 MADISON AVENUE
#2300
NEW YORK, NEW YORK 10022
**Correspondent:** GREGORY D. LEN
15TH FL., OLIVER ST. TOWER, 125 HIGH ST.
PEPPER HAMILTON LLP
BOSTON, MA 02110

**Assignment: 4**

**Reel/Frame:** 027304/0447    **Recorded:** 11/30/2011    **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** CLIFF ISLAND LLC  **Exec Dt:** 11/22/2011

**Assignee:** DIGITUDE INNOVATIONS LLC
601 KING STREET
#404
ALEXANDRIA, VIRGINIA 22314-3169

**Correspondent:** GREGORY D. LEN
15TH FL., OLIVER ST. TOWER, 125 HIGH ST.
PEPPER HAMILTON LLP
BOSTON, MA 02110

Search Results as of: 06/07/2012 05:50 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT