# EXHIBIT 28

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help 

Assignments on the Web > Patent Query

# Patent Assignment Details
**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Reel/Frame:** 027294/0526   **Pages:** 5

**Recorded:** 11/29/2011

**Attorney Dkt #:** 138347.00001

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Total properties: 12**

| # | Patent # | Issue Dt | Application # | Filing Dt |
|---|---|---|---|---|
| 1 | 6208879 | 03/27/2001 | 09263939 | 03/08/1999 |
| | Title: MOBILE INFORMATION TERMINAL EQUIPMENT AND PORTABLE ELECTRONIC APPARATUS | | | |
| 2 | 6535749 | 03/18/2003 | 09263957 | 03/08/1999 |
| | Title: MOBILE INFORMATION TERMINAL EQUIPMENT AND PORTABLE ELECTRONIC APPARATUS | | | |
| 3 | 6456841 | 09/24/2002 | 09323241 | 06/01/1999 |
| | Title: MOBILE COMMUNICATION APPARATUS NOTIFYING USER OF REPRODUCTION WAITING INFORMATION EFFECTIVELY | | | |
| 4 | 6332024 | 12/18/2001 | 09403189 | 10/19/1999 |
| | Title: PORTABLE TERMINAL | | | |
| 5 | 7079877 | 07/18/2006 | 09938592 | 08/27/2001 |
| | Publication #: US20020169010   Pub Dt: 11/14/2002 | | | |
| | Title: FOLDABLE PORTABLE TELEPHONE | | | |
| 6 | 7058432 | 06/06/2006 | 09960939 | 09/25/2001 |
| | Publication #: US20020155857   Pub Dt: 10/24/2002 | | | |
| | Title: POINTING DEVICE AND MOBILE TELEPHONE | | | |
| 7 | 7069056 | 06/27/2006 | 10237629 | 09/10/2002 |
| | Publication #: US20030008679   Pub Dt: 01/09/2003 | | | |
| | Title: MOBILE INFORMATION TERMINAL EQUIPMENT AND PORTABLE ELECTRONIC APPARATUS | | | |
| 8 | 7123903 | 10/17/2006 | 10344899 | 02/26/2003 |
| | Publication #: US20040102163   Pub Dt: 05/27/2004 | | | |
| | Title: WIRELESS TELEPHONE AND WIRELESS TELEPHONE SYSTEM | | | |
| 9 | 7660411 | 02/09/2010 | 10594237 | 09/25/2006 |
| | Publication #: US20070211889   Pub Dt: 09/13/2007 | | | |
| | Title: PORTABLE TELEPHONE | | | |
| 10 | RE41997 | 12/14/2010 | 11008752 | 12/10/2004 |
| | Title: MOBILE TELEPHONE TERMINAL WITH IMPROVED UTILITY | | | |
| 11 | RE42459 | 06/14/2011 | 11416478 | 05/03/2006 |
| | Title: MOBILE TELEPHONE TERMINAL WITH IMPROVED UTILITY | | | |
| 12 | NONE | | 11914035 | 11/09/2007 |
| | Publication #: US20090091542   Pub Dt: 04/09/2009 | | | |
| | Title: TOUCH-PANEL DISPLAY DEVICE AND PORTABLE EQUIPMENT | | | |

**Assignor**
1  APPLE INC.   **Exec Dt:** 08/02/2011

**Assignee**

1  CLIFF ISLAND LLC
   485 MADISON AVENUE
   #2300
   NEW YORK, NEW YORK 10022

**Correspondence name and address**

   GREGORY D. LEN
   15TH FL., OLIVER ST. TOWER, 125 HIGH ST.
   PEPPER HAMILTON LLP
   BOSTON, MA 02110

Search Results as of: 06/07/2012 06:07 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT