# EXHIBIT 31

# Ketan Patel

| | |
|---|---|
| **From:** | Ketan Patel |
| **Sent:** | Monday, June 04, 2012 7:26 PM |
| **To:** | 'Mazza, Mia' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Apple v. Samsung:  Samsung's Request for Inspection of Samsung Products |

Hi Mia,

During his deposition, Dr. Balakrishnan testified that he examined devices with blue glow functionality at Apple's counsel's office.  (Balakrishnan 4/20/12 Dep. Tr. at 60:15-61:8, 62:12-20, 62:24-63:6, 70:7-10, 71:13-15, and 76:5-8).  Please make sure to provide these devices at tomorrow's inspection.

Sincerely,

Ketan

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Monday, June 04, 2012 11:50 AM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

The products will be available starting at 10 a.m. Tuesday.  Please have Aileen ask for Ed Sittler.  Will there be anyone else?

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Sunday, June 03, 2012 4:01 PM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Hi Mia,

We would like to further inspect the '381 products this Tuesday (June 5th) at 9 am?  Can you please confirm that the products will be available at that time for Aileen Kim to inspect?

Thanks,

Ketan

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Thursday, May 31, 2012 4:23 AM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

We can make the products available at 10 a.m. this Friday, yes ask for Ed Sittler.

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Wednesday, May 30, 2012 3:44 PM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Hi Mia,

We would like to further inspect the '381 products this Friday (June 1st) at 9 am.  Can you please confirm that the products will be available at that time?  If so, should we ask for Ed Sittler?

Thanks.

Ketan

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Monday, May 28, 2012 8:28 PM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Re: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Ed Sittler.

Mia Mazza
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

---

**From**: Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent**: Monday, May 28, 2012 05:27 PM
**To**: Mazza, Mia
**Cc**: AppleMoFo; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; 'WHAppleSamsungNDCalService@wilmerhale.com' <WHAppleSamsungNDCalService@wilmerhale.com>
**Subject**: RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Tuesday at 1 pm will be fine.  For whom should we ask?

Ketan

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Friday, May 25, 2012 11:09 PM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Re: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

On Tuesday we can't do the inspection until 1pm or later.

Mia Mazza

2

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94110
(415) 268-6024 (office)
(415) 216-5835 (mobile)
(415) 268-7522 (facsimile)
mmazza@mofo.com

---

**From**: Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent**: Friday, May 25, 2012 04:08 PM
**To**: Mazza, Mia
**Cc**: AppleMoFo; Samsung v. Apple <Samsungv.Apple@quinnemanuel.com>; WH Apple Samsung NDCal Service <WHAppleSamsungNDCalService@wilmerhale.com>
**Subject**: RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Thanks Mia.

We would like to inspect these devices on Tuesday (May 29th) at 9 AM.  Whom should we ask for?

Ketan Patel | Quinn Emanuel Urquhart & Sullivan, LLP
Office: (212) 849-7467 | E-mail: ketanpatel@quinnemanuel.com

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Thursday, May 24, 2012 9:42 PM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

MoFo's San Francisco offices, 425 Market Street.

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Thursday, May 24, 2012 9:17 AM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Dear Mia,

Please let us know where Apple is offering to make the devices available for inspection.

Sincerely,

**Ketan Patel**
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7467 Direct
212.849.7100 FAX
ketanpatel@quinnemanuel.com

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Wednesday, May 23, 2012 8:54 PM
**To:** Ketan Patel

**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Hi Ketan,

Attached please find further correspondence regarding Samsung's request for inspection of certain Samsung products.

Regards,


**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**

---

**From:** Pernick, Marc J.
**Sent:** Thursday, May 10, 2012 3:17 PM
**To:** 'Ketan Patel'; Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Hi Ketan:

Please see the attached letter from Mia Mazza regarding Samsung's request for inspection of the Samsung products discussed in Dr. Balakrishnan's opening expert report.

Regards,
Marc Pernick

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Sunday, May 06, 2012 8:35 PM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; 'WH Apple Samsung NDCal Service'
**Subject:** RE: Apple v. Samsung: Samsung's Request for Inspection of Samsung Products

Hi Mia,

Please find attached correspondence regarding the products discussed in Dr. Balakrishnan's opening expert report on infringement for the '381 patent.

Regards,

**Ketan Patel**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7467 Direct
212.849.7000 Main Office Number
212.849.7100 FAX

4

KetanPatel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Wednesday, May 02, 2012 9:49 PM
**To:** Ketan Patel
**Cc:** AppleMoFo; Samsung v. Apple; WH Apple Samsung NDCal Service
**Subject:** Apple v. Samsung: Samsung's Request for Inspection of Samsung Products


<<2012-05-02 Ltr Mazza to Patel re Balakrishnan Chart.pdf>>


Hi Ketan,

Attached please find correspondence responding to Samsung's request for inspection of the Samsung products discussed in Dr. Balakrishnan's opening expert report.

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------