1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19       Plaintiff, | **REPLY DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S** |
| 20       vs. | **MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Date: June 21, 2012 |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Time: 1:30 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| 24       Defendant. | |

25
26
27
28

02198.51855/4798034.1

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Reply In Support of Motion To Exclude Opinions of Certain of Apple's Experts. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the April 27, 2012 deposition transcript of John Hauser.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Summary of Expert Opinions of Dr. Wayne S. Desarbo Concerning the July 14, 2006 Response of John R. Hauser, filed as Dkt. No. 980-10 in *Schwab v. Philip Morris USA, Inc.,* Case No. 1:04-01945 (E.D.N.Y).

4. Attached hereto as Exhibit 3 is a true and correct copy of an article by Elie Ofek & V. Srinivasan, entitled "How Much Does the Market Value an Improvement in a Product Attribute?," *Marketing Science*, 2002, Vol. 21, No. 4, 398-411.

5. Attached hereto as Exhibit 4 is a chart demonstrating the disparities between the technology claimed in the Apple patents in suit, as described by Apple's technical experts, and the descriptions of these technologies in the surveys conducted by Dr. John R. Hauser.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the April 19, 2012 deposition transcript of Henry Urbach.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the April 20, 2012 deposition transcript of Sanjay Sood.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the May 2, 2012 deposition transcript of Michael Walker.

02198.51855/4798034.1

-1-   Case No. 11-cv-01846-LHK
REPLY DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed on the 7th of June, 2012, in San Francisco, California.
3
4                                    ____/s/ Joby Martin_____
                                              Joby Martin
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

*/s/ Victoria Maroulis*

02198.51855/4798034.1

-3-   Case No. 11-cv-01846-LHK
REPLY DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS