UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK-PSG <br><br> **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion To File Documents Under Seal, in connection with Samsung's Reply In Support of Motion to Exclude Opinions of Certain of Apple's Experts.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declaration establishes that the below documents contain information that has been designated by Samsungas HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1    Accordingly, for good cause shown, the Court ORDERS that the following documents
2 shall be filed under seal:
3    1. The confidential, unredacted version of Samsung's Reply In Support of Motion To
4       Exclude Opinions of Certain of Apple's Experts; and
5    2. Exhibits 7 to the Reply Declaration of Joby Martin In Support of Samsung's Motion
6       To Exclude Opinions of Certain of Apple's Experts ("Martin Declaration").

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge