1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15
16                    UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 20           Plaintiff, | **DECLARATION OF JOBY MARTIN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 21       vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25           Defendant. | |

27
28

                                              Case No. 11-cv-01846-LHK (PSG)
                                              DECLARATION OF JOBY MARTIN

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Joby Martin in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 996), to establish that the following are sealable:

- Exhibits C and D to the Declaration of Michel Maharbiz, Ph.D. in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony ("Maharbiz Declaration"); and

- Exhibits 1-4, 10, and 14 to the Declaration of Marc J. Pernick in Support of Apple's Opposition to Samsung's Motion to Strike Expert Testimony ("Pernick Declaration").

## DECLARATION OF JOBY MARTIN

I, Joby Martin, do hereby declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Exhibit C to the Maharbiz Declaration is a document produced by Samsung in this litigation, bearing Bates label SAMNDCA10903768. This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains sensitive commercial information regarding the operation and configuration of the touchscreens in the accused Samsung products, and is subject to a non-disclosure agreement between Atmel Corp. and Samsung. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this documents were not filed under seal.

3. Exhibit D to the Maharbiz Declaration is a document produced by third party Atmel Corp. in this litigation, bearing Bates label ATMEL-SAMSUNG00000288. This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains sensitive commercial information regarding the operation and

configuration of the touchscreens in the accused Samsung products, and is subject to a non-disclosure agreement between Atmel Corp. and Samsung.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this documents were not filed under seal.

4. Exhibit 1 to the Pernick Declaration is a copy of Samsung's Supplemental Objections and Responses to Apple's Sixteenth Set of Interrogatories (No. 81).  This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains sensitive commercial information regarding the operation and components of Samsung's touchscreens.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this documents were not filed under seal.

5. Exhibit 2 to the Pernick Declaration is a copy of Samsung's Second Supplemental Objections and Responses to Apple's Sixteenth Set of Interrogatories (No. 81).  This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains sensitive commercial information regarding the operation and components of Samsung's touchscreens.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this documents were not filed under seal.

6. Exhibit 3 to the Pernick Declaration is a copy of the April 19, 2012 deposition transcript of Michel Maharbiz, Ph.D.  This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains sensitive commercial information regarding Dr. Maharbiz's teardown of Samsung products, and discusses the structure and operation of Samsung's touchscreens.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this documents were not filed under seal.

7. Exhibit 4 to the Pernick Declaration consists of excerpts from the April 27, 2012 deposition transcript of Brian Von Herzen, Ph.D.  This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

1  sensitive commercial information regarding the structure and operation of Samsung's
2  touchscreens. the operation and components of Samsung's touchscreens.  This information is
3  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if
4  this documents were not filed under seal.
5       8.    Exhibit 10 to the Pernick Declaration is an unredacted copy of the Expert Report of
6  Tony D. Givargis, Ph.D. Regarding the Invalidity of the Asserted Claims of U.S. Patent No.
7  7,698,711.  This document, which has been designated HIGHLY CONFIDENTIAL-
8  ATTORNEYS' EYES ONLY under the protective order, contains confidential financial
9  information concerning Samsung products embodying the '711 patent and inventor's testimony
10 regarding the development process that lead up the '711 patent.  This information is confidential
11 and proprietary to Samsung, and could be used to its disadvantage by competitors if this document
12 was not filed under seal.
13      9.    Exhibit 14 to the Pernick Declaration is a letter from Samsung's counsel to Apple's
14 counsel, dated January 10, 2012.  This letter contains sensitive commercial information
15 concerning Samsung's financial documents and recording system, certain marketing surveys
16 conducted by Samsung, and technical documents.  This information is confidential and proprietary
17 to Samsung, and could be used to its disadvantage by competitors if this document was not filed
18 under seal.
19      10.   The requested relief is necessary and narrowly tailored to protect this confidential
20 information.

22      I declare under penalty of perjury that the forgoing is true and correct to the best of my
23 knowledge.
24      Executed this 7th day of June, 2012, in San Francisco, California.

26                              */s/ Joby Martin*
27                              Joby Martin

-3-                                         Case No. 11-cv-01846-LHK
                                            DECLARATION OF JOBY MARTIN

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

<em>/s/ Victoria Maroulis</em>