1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100
9 |
Michael T. Zeller (Cal. Bar No. 196417)
10 | michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11 | Los Angeles, California 90017
Telephone: (213) 443-3000
12 | Facsimile: (213) 443-3100

13 | Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14 | AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

15 |

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK

19 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

20 | vs. |

21 | SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
24 |
Defendants.
25 |

26 |

27 |

28 |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following:

1. The confidential, unredacted version of Samsung's Reply in Support of Motion for Summary Judgment ("the Motion");

2. The confidential, unredacted version of the Declaration of Bill Trac in Support of the Motion;

3. Exhibits 8-10, 14-18, 23, and 25-27 to the Declaration of Bill Trac in Support of the Motion;

4. The confidential, unredacted version of the Supplemental Declaration of Adam Bogue;

5. Exhibits 1-3 to the Supplemental Declaration of Adam Bogue;

In short, the above documents discuss, refer to, or comprise excerpts of documents that Samsung or Apple have designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order. Samsung has established good cause to permit filing these documents under seal through the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents Under Seal, filed herewith.   Samsung further expects Apple to file a declaration under Local Rule 79-5(d) establishing good cause for filing documents it has marked confidential.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.   A proposed redacted version of Samsung's Motion for Summary Judgment has been filed concurrently with this motion.

1

DATED: June 7, 2012                    QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

2

3

4                                      By    /s/ Victoria Maroulis
                                           Charles K. Verhoeven
5                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
6                                          Michael T. Zeller

7                                          Attorneys for SAMSUNG ELECTRONICS CO.,
8                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC., and SAMSUNG
9                                          TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28