1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20              Plaintiff,                         **DECLARATION OF JOBY MARTIN IN
                                                   SUPPORT OF APPLE'S
21          vs.                                    ADMINISTRATIVE MOTION TO FILE
                                                   DOCUMENTS UNDER SEAL**
22  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                Defendant.
26

27

28

1    Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively

3  "Samsung") submit the appended declaration of Joby Martin in support of Apple's Administrative

4  Motions to File Documents Under Seal (Dkt. Nos. 991, 997, 1004 and 1035), to establish that the

5  following are sealable:

6    • Exhibits C – J, N – R, V, and X to the Declaration of Terry L. Musika, CPA in Support

7      of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's

8      Experts ("Musika Declaration");

9    • Exhibits H, and I to the Declaration of Mia Mazza in Support of Apple's Opposition to

10     Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Mazza

11     Declaration");

12   • The confidential, unredacted version of Apple's Opposition to Samsung's Motion For

13     Summary Judgment;

14   • Exhibit A to the Declaration of Janusz A. Ordover, Ph.D. in Support of Apple's

15     Opposition to Samsung's Motion for Summary Judgment ("Ordover Declaration"); and

16   • The confidential, unredacted version of Apple's Opposition to Samsung's Motion for

17     Leave to File Motion for Reconsideration.

18                          **DECLARATION OF JOBY MARTIN**

19   I, Joby Martin, do hereby declare as follows:

20   1.    I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

21  counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

22  Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in

23  support of Apple's Administrative Motions to File Documents Under Seal.  I have personal

24  knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and

25  would testify to such facts under oath.

26   2.    Exhibits C, D and E to the Musika Declaration consists of excerpts from the

27  deposition transcripts of Samsung executives Justin Denison, Todd Pendleton, and Dale Sohn.

28  These documents, which have been designated HIGHLY CONFIDENTIAL-ATTORNEYS'

1    EYES ONLY under the protective order, contain sensitive commercial information regarding

2    Samsung's sales and marketing strategies in the United States, Samsung's market share and sales

3    performance, and discuss the contents of confidential financial documents generated internally at

4    Samsung.  This information is confidential and proprietary to Samsung, and could be used to its

5    disadvantage by competitors if these documents were not filed under seal.

6          3.        Exhibit F to the Musika Declaration is a document produced by Samsung in this

7    litigation bearing Bates label SAMNDCA11547401.  This document, which has been designated

8    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

9    confidential business information concerning Samsung's competitive situation in the United States

10   smartphone market, and Samsung's internal evaluation of developments in that market.  This

11   information is confidential and proprietary to Samsung, and could be used to its disadvantage by

12   competitors if this document was not filed under seal.

13         4.        Exhibit G to the Musika Declaration is a document produced by Samsung in this

14   litigation bearing Bates label SAMNDCA10375640.  This document, which has been designated

15   HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

16   confidential business information concerning Samsung's marketing and sales strategies in the

17   United States, business planning, product planning and market sensing.  This information is

18   confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

19   this document was not filed under seal.

20         5.        Exhibit H to the Musika Declaration is a document produced by Samsung in this

21   litigation bearing Bates label SAMNDCA11513944.  This document, which has been designated

22   HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

23   confidential business information concerning Samsung's sales targets and marketing goals for

24   2012, and discusses products which have not yet been released in the United States.  This

25   information is confidential and proprietary to Samsung, and could be used to its disadvantage by

26   competitors if this document was not filed under seal.

27         6.        Exhibit I to the Musika Declaration is a translated copy of a document produced by

28   Samsung in this litigation bearing Bates label SAMNDCA00401905.  This document, which has

1  been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective

2  order, contains confidential business information concerning Samsung's sales targets for 2012,

3  product planning and design goals, and strategies for emerging markets.  This information is

4  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

5  this document was not filed under seal.

6        7.      Exhibit J to the Musika Declaration is document produced by Samsung in this

7  litigation bearing Bates label SAMNDCA11547521.  This document, which has been designated

8  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

9  confidential business information concerning Samsung's ongoing relationship with AT&T, pricing

10 and profitability issues, and advertising strategies.  This information is confidential and

11 proprietary to Samsung, and could be used to its disadvantage by competitors if this document was

12 not filed under seal.

13       8.      Exhibit N to the Musika Declaration is document produced by Samsung in this

14 litigation bearing Bates label SAMNDCA00191811.  This document, which has been designated

15 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

16 confidential business information concerning consumer studies and market research conducted on

17 behalf of Samsung.  This information is confidential and proprietary to Samsung, and could be

18 used to its disadvantage by competitors if this document was not filed under seal.

19       9.      Exhibit O to the Musika Declaration is document produced by Samsung in this

20 litigation bearing Bates label SAMNDCA11104115.  This document, which has been designated

21 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

22 confidential business information concerning consumer studies and market research conducted by

23 Samsung, and plans for how to implement this information in Samsung's product development

24 processes.  This information is confidential and proprietary to Samsung, and could be used to its

25 disadvantage by competitors if this document was not filed under seal.

26       10.     Exhibit P to the Musika Declaration is document produced by Samsung in this

27 litigation bearing Bates label SAMNDCA00525347.  This document, which has been designated

28 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

1  confidential business information concerning the development and operation of certain features of

2  Samsung's products.  This information is confidential and proprietary to Samsung, and could be

3  used to its disadvantage by competitors if this document was not filed under seal.

4       11.     Exhibit Q to the Musika Declaration is document produced by Samsung in this

5  litigation bearing Bates label SAMNDCA10249770.  This document, which has been designated

6  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

7  confidential business information concerning the design and development of Samsung's products

8  and certain changes to Samsung's products that were considered during the development process.

9  This information is confidential and proprietary to Samsung, and could be used to its disadvantage

10  by competitors if this document was not filed under seal.

11       12.     Exhibit R to the Musika Declaration is document produced by Samsung in this

12  litigation bearing Bates label SAMNDCA10247373.  This document, which has been designated

13  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

14  confidential business information concerning the design goals for Samsung's user experience,

15  feedback from carriers received by Samsung regarding its products, and Samsung's competitive

16  focus.  This information is confidential and proprietary to Samsung, and could be used to its

17  disadvantage by competitors if this document was not filed under seal.

18       13.     Exhibit V to the Musika Declaration is document produced by Samsung in this

19  litigation bearing Bates label SAMNDCA10246338.  This document, which has been designated

20  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

21  confidential business information concerning consumer research conducted on behalf of Samsung,

22  and the metrics used by Samsung in conducting consumer research.  This information is

23  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

24  this document was not filed under seal.

25       14.     Exhibit X to the Musika Declaration is document produced by Samsung in this

26  litigation bearing Bates label SAMNDCA10807316.  This document, which has been designated

27  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

28  confidential business information concerning consumer research and market sensing conducted on

1  behalf of Samsung, and the metrics used by Samsung in conducting consumer research.  This

2  information is confidential and proprietary to Samsung, and could be used to its disadvantage by

3  competitors if this document was not filed under seal.

4          15.     Exhibit H to the Mazza Declaration consists of excerpts from the March 6, 2012

5  deposition transcript of Junwon Lee.  This document, which has been designated HIGHLY

6  CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains confidential

7  information concerning Samsung's internal practices and strategies regarding its participation in

8  standards-setting organizations and procuring patent protection.  This information is confidential

9  and proprietary to Samsung, and could be used to its disadvantage by competitors if this document

10  was not filed under seal.

11          16.     Exhibit I to the Mazza Declaration consists of excerpts from the May 2, 2012

12  deposition transcript of Richard L. Donaldson.  This document, which has been designated

13  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the protective order, contains

14  sensitive commercial information concerning Samsung's agreements with Intel Corporation

15  ("Intel"), which are subject to a nondisclosure agreement, and the respective business practices of

16  Samsung and Intel.  This information is confidential and proprietary to Samsung, and would cause

17  substantial harm to Samsung and its ongoing relationship with third party Intel Corporation if not

18  filed under seal.

19          17.     The confidential, unredacted version of Apple's Opposition to Samsung's Motion

20  For Summary Judgment discusses, references or cites to Samsung source code, documents from

21  the files of Samsung's employees concerning the design and development process of the accused

22  products, and certain consumer studies conducted by or on behalf of Samsung.  This information

23  is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

24  this document was not filed under seal.

25          18.     Exhibit A to the Ordover Declaration is a copy of the Expert Report of Dr. Janusz

26  A. Ordover.  This document, which has been designated HIGHLY CONFIDENTIAL-

27  ATTORNEYS' EYES ONLY under the protective order, contains sensitive commercial

28  information concerning Samsung's internal strategies and practices in participating in standards-

1  setting organizations and procuring patent protection, valuations of Samsung's patent portfolio,

2  confidential license negotiations between Samsung and Apple, and Samsung's licenses with third

3  parties, the terms of which are subject to non-disclosure agreements.  This information is

4  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

5  this document was not filed under seal.

6          19.     The confidential, unredacted version of Apple's Opposition to Samsung's Motion

7  for Leave to File Motion for Reconsideration contains sensitive commercial information

8  concerning Samsung's sales and inventories for the Galaxy Tab 10.1, Samsung's market share

9  consumer studies conducted by or on behalf of Samsung.  This information is confidential and

10  proprietary to Samsung, and could be used to its disadvantage by competitors if this document was

11  not filed under seal.

12

13          I declare under penalty of perjury that the forgoing is true and correct to the best of my

14  knowledge.

15          Executed this 7th day of June, 2012, in San Francisco, California.

16

17

18                                      */s/ Joby Martin*
                                        Joby Martin
19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
                                        DECLARATION OF JOBY MARTIN

1

**General Order 45 Attestation**

2        I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3 Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has

4 concurred in this filing.

5 */s/ Victoria Maroulis*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       Case No. 11-cv-01846-LHK
DECLARATION OF JOBY MARTIN