1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

Apple, Inc. ("Apple") has filed several Administrative Motions to File Documents Under

21

Seal (Dkt. Nos. 991, 997, 1004 and 1035). Pursuant to Civil L.R. 79-5(d), Apple moved to seal

22

certain documents and information designated as "HIGHLY CONFIDENTIAL—ATTORNEYS

23

EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.,

24

and Samsung Telecommunications America, LLC (collectively "Samsung").

25

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No.

26

62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

27

28

02198.5185

**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

1  establishes that information contained in the below documents has been designated as HIGHLY

2  CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

3      Accordingly, for good cause shown, the Court ORDERS that the following documents

4  shall be filed under seal:

5      • Exhibits C – J, N – R, V, and X to the Declaration of Terry L. Musika, CPA in Support

6        of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's

7        Experts ("Musika Declaration");

8      • Exhibits H, and I to the Declaration of Mia Mazza in Support of Apple's Opposition to

9        Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Mazza

10       Declaration");

11     • The confidential, unredacted version of Apple's Opposition to Samsung's Motion For

12       Summary Judgment;

13     • Exhibits A and B to the Declaration of Janusz A. Ordover, Ph.D. in Support of Apple's

14       Opposition to Samsung's Motion for Summary Judgment ("Ordover Declaration"); and

15     • The confidential, unredacted version of Apple's Opposition to Samsung's Motion for

16       Leave to File Motion for Reconsideration.

17

18     **IT IS SO ORDERED.**

19

20  DATED:   _____, 2012

21

22

23                                    _____
                                      Hon. Lucy H. Koh
24                                    United States District Judge

25

26

27

28

**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE MOTIONS TO FILE
DOCUMENTS UNDER SEAL**