QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5    1.  The confidential, unredacted version of the Declaration of Brian von Herzen in
6        Support of Samsung's Reply in Support of Motion to Strike Expert Testimony
7        Based on Undisclosed Facts and Theories ("von Herzen Dec."); and
8    2.  Exhibits 4-6 to the von Herzen Dec.

9    In short, the above documents discuss, refer to, or comprise information Apple may
10 consider confidential in the context of Samsung's Motion to Strike Expert Testimony Based on
11 Undisclosed Facts and Theories.   Samsung expects that Apple may file the declaration required
12 by Local Rule 79-5(d) to permit the sealing of the unredacted von Herzen Dec. and Exhibits 4-6.
13   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
14 for *in camera* review and served on all parties.

17 DATED: June 7, 2012           QUINN EMANUEL URQUHART &
18                               SULLIVAN, LLP

20                               By  */s/ Victoria Maroulis*
21                                   Charles K. Verhoeven
                                     Kevin P.B. Johnson
22                                   Victoria F. Maroulis
                                     Michael T. Zeller
23                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
24                                   INC., and SAMSUNG
                                     TELECOMMUNICATIONS AMERICA, LLC