02198.5185

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
|---|---|

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed the unredacted Declaration of Brian von Herzen in Support of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("von Herzen Dec.") and Exhibits 4-6 thereto conditionally under seal.

    Apple Inc. ("Apple") has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The

1  declaration establishes that the aforementioned documents contain information that has been
2  designated by Apple as confidential.
3      Accordingly, for good cause shown, the Court ORDERS that they be filed under seal.

5  **IT IS SO ORDERED.**

7  DATED: _____, 2012

                                                              _____
                                                              Honorable Paul S. Grewal
                                                              United States Magistrate Judge

02198.5185

-2-        Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL