1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19         Plaintiff, | **DECLARATION OF BRIAN VON HERZEN, PH.D. IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY BASED ON UNDISCLOSED FACTS AND THEORIES** |
| 20         vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 22 | |
| 23 | Date: June 21, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |
| 24         Defendants. | |

1   I, Brian Von Herzen, declare:

2   1.   I am the Chief Executive Officer of Rapid Prototypes, Inc., an electronics
3   consultancy specializing in the research, design and development of commercial electronic
4   products, and have been with the company since 1994.  I have been asked to provide an expert
5   declaration on behalf of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
6   Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned
7   case.

8   2.   I have previously submitted expert reports in the above-captioned case.  I submit
9   this declaration in support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed
10  Facts and Theories.  If asked at hearings or trial, I am prepared to testify regarding the matters I
11  discuss in this declaration.

12  3.   I reserve the right to supplement or amend this declaration based on any new
13  information that is relevant to my opinions.

14  4.   I am being compensated for my work in this matter at the rate of $575 per hour plus
15  expenses.  My compensation is in no way tied to the outcome of this matter.

16  I.   MY PROFESSIONAL AND EDUCATIONAL BACKGROUND

17  5.   A detailed record of my education and professional qualifications is attached as
18  Exhibit 1 to this declaration and summarized below.

19  6.   I received a Bachelor's degree from Princeton University in 1980 in Physics.  I
20  received a Master of Science degree in 1984 and a Ph.D. in 1989 from the California Institute of
21  Technology ("Caltech") in Very-large-scale integration ("VLSI") and Computer Graphics.
22  During and after my graduate studies, part of my research required the design and development of
23  multiple custom integrated circuits.  At Caltech, I was awarded a Hertz Foundation Fellowship
24  and a Hughes Foundation Fellowship.

25  7.   From 1992 to 1994, I worked for Synaptics, Inc. in the engineering of electronic
26  circuits for human interface devices such as the TouchPad, which was developed by Synaptics in
27  the 1990s.  I have substantial industry experience in the design and manufacture of touch sensing
28  devices, including transparent touchscreens.

-1-   Case No. 11-cv-01846-LHK
**DECLARATION OF BRIAN VON HERZEN, PH.D. IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY**

8. At Rapid Prototypes, Inc., I specialize in the research, design and development of commercial electronic products. Over the past two decades, I have designed dozens of electronic systems for several Fortune 500 companies, including human interface devices, signal processing systems, and graphics and video processing systems.

9. I am an inventor on approximately a dozen electronics patents and have approximately a dozen additional patents pending.

10. I am a member of the Institute of Electrical and Electronic Engineers (IEEE), and am the author or co-author of published articles related to signal processing and computer graphics. I have given numerous invited seminars at leading conferences and institutions around the world on the topics of digital signal processing, electronic systems engineering, and hardware / software co-design.

II. THE APPLE '607 AND '129 PATENTS

11. I have reviewed U.S. Patent Nos. 7,663,607 ("the '607 Patent") and 7,920,129 ("the '129 Patent") in connection with my work in the above-captioned case.

12. On March 22, 2012, I submitted my opening expert report on the invalidity of the '607 Patent and the '129 Patent.

13. On April 5, 2012, I submitted a corrected version of my opening expert report.

14. On May 18, 2012, I submitted a supplemental opening report on the invalidity of the '607 Patent and the '129 Patent.

15. On April 16, 2012, I submitted my rebuttal expert report on Samsung's non-infringement of the '607 Patent and the '129 Patent.

16. The '607 Patent, entitled "Multipoint Touchscreen," was filed on May 6, 2004, and issued on February 16, 2010. The patent has three named inventors: Steve Hotelling, Joshua A. Strickon and Brian Q. Huppi. The '607 Patent is attached as Exhibit 2 to this declaration.

17. The '607 Patent relates to a touch panel having a "transparent capacitive sensing medium" configured to detect multiple touches or near touches that occur at the same time and at distinct locations on the touch panel, and to produce distinct signals representative of those touches. Generally, the sensing medium includes two layers of conductive traces arranged in a

**DECLARATION OF BRIAN VON HERZEN, PH.D. IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY**

1  grid that are physically separated from each other by an insulator.  Monitoring circuitry, which
2  may include a "virtual ground charge amplifier," is coupled to the touch panel and used to detect
3  multiple touches or near touches that occur at the same time and at distinct locations on the
4  sensing medium.  The monitoring circuitry measures the change in charge coupling between the
5  two sets of conductive lines.  As such, the '607 Patent describes and claims a *mutual capacitive*
6  type of sensing technology for use in a capacitive touchscreen.

7       18.  The '129 Patent, entitled "Double-Sided Touch-Sensitive Panel with Shield and
8  Drive Combined Layer," was filed on January 3, 2007, and issued on April 5, 2011.  The '129
9  Patent has two named inventors:  Steve Hotelling and Brian Land.  The '129 Patent is attached as
10  Exhibit 3 to this declaration.

11       19.  The '129 Patent relates to capacitive touch sensor panels having row and column
12  traces separated by a substrate, much like the two sets of conductive lines described and claimed
13  in the '607 Patent.  The row traces can be widened for shielding purposes and for providing a
14  uniform appearance.  In some embodiments of the '129 Patent, "the row traces can be widened to
15  shield the column traces from a modulated Vcom layer."  ('129 Patent at 2:59-60).  The '129
16  Patent also describes and claims a *mutual capacitive* type of sensing technology for use in a
17  capacitive touchscreen.

18       20.  Both the '607 Patent and the '129 Patent relate to capacitive sensing used to detect
19  a touch or near touch on a sensing medium.

**PUBLIC REDACTED VERSION**

**PUBLIC REDACTED VERSION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-  Case No. 11-cv-01846-LHK
**DECLARATION OF BRIAN VON HERZEN, PH.D. IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY**

**PUBLIC REDACTED VERSION**

-5- Case No. 11-cv-01846-LHK
**DECLARATION OF BRIAN VON HERZEN, PH.D. IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY**

**PUBLIC REDACTED VERSION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-6-  Case No. 11-cv-01846-LHK
**DECLARATION OF BRIAN VON HERZEN, PH.D. IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE EXPERT TESTIMONY**

**PUBLIC REDACTED VERSION**

I declare under penalty of perjury that the foregoing is true and correct. Executed in Santa Clara County, California on June 7, 2012.

*Brian Von Herzen*

Brian Von Herzen