# EXHIBIT 3

US00D504889S

(12) **United States Design Patent**  (10) Patent No.: **US D504,889 S**
Andre et al.  (45) Date of Patent: ⁎⁎ **May 10, 2005**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Anthony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: **Apple Computer, Inc.**, Cupertino, CA (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/201,636**

(22) Filed: **Mar. 17, 2004**

(51) LOC (7) Cl. .................................................. **14-02**
(52) U.S. Cl. ...................................................... **D14/341**
(58) Field of Search ............................... D14/341–346, D14/374, 424; D19/26, 59, 60; 345/104, 156, 168, 173; 434/307 R, 308, 309, 317; 178/18.03; 349/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

D345,346 S  *  3/1994  Alfonso et al. ............ D14/341
D396,452 S  *  7/1998  Naruki ....................... D14/424
D451,505 S  * 12/2001  Iseki et al. ................. D14/341
D453,333 S  *  2/2002  Chen .......................... D14/374
D458,252 S  *  6/2002  Palm et al. ................. D14/343

OTHER PUBLICATIONS

Andre et al., U.S. Appl. No. 29/180,558 entitled "Electronic Device", filed Mar. 17, 2004.
"HP Compaq Tablet PC tc1100", downloaded Aug. 27, 2004.
"Tablet PC V1100", downloaded Aug. 27, 2004.
"ViewPad 1000", downloaded Aug. 27, 2004.

* cited by examiner

*Primary Examiner*—Freda S. Nunn
(74) *Attorney, Agent, or Firm*—Beyer Weaver & Thomas, LLP

(57) **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of an electronic device in accordance with the present design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is an upper side view thereof;
FIG. **8** is a lower side view thereof; and,
FIG. **9** is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative puposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00023867

U.S. Patent    May 10, 2005    Sheet 1 of 4    US D504,889 S



FIG. 1

FIG. 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    SAMNDCA00023868



FIG. 3



FIG. 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00023869



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY	SAMNDCA00023870



**FIG. 9**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              SAMNDCA00023871