# EXHIBIT 5



Advertise on NYTimes.com

# iRiver U10 (1GB)

REVIEWS | WHERE TO BUY

**PRICE RANGE**
**$100.00**
See All Stores on CNET »

**CNET Rating**
●●●●○

**Average CNET User's Rating**
●●●○○
Read All User Reviews on CNET »

**THE GOOD** Wonderfully sleek and stylish design; unique and intuitive interface; supports OGG files and subscription content; includes FM radio, voice recorder, alarm clock, and SRS Wow sound effects; photo, video, and text viewing; great battery life.

**THE BAD** Expensive; maximum capacity is 1GB; no autoplay; no album art; useful cradle is sold separately.

**THE BOTTOM LINE** The pricey iRiver U10 is a superbly designed MP3 player that is both easy to use and packed with pretty much every feature in the book. But Apple won't be quaking in its boots until iRiver ups its capacity to 2GB and 4GB.

© 2012 CBS Interactive Inc. All rights reserved. Used by permission.

Read Full Product Review on CNET »

## User Reviews

Average Users Rating: ●●●○○

1. jasonbeckett
Oct 20, 2005
09:02 am
Rating: ●●●●◐

**pThe best in function and feature...out performes the iPod/pp**

**Pros:** Good size display, easy to use interface, packed with features./pp
**Cons:** EXPENSIVE! expensive, expensive./p

Read More on CNET »

RELATED ARTICLES

**BITS; Apple Introduces Tools to (Someday) Supplant Print Textbooks**
**Amid an Avalanche of iPad Apps, the Best of 2011 - App Smart**

**Get DealBook by E-Mail**
Sign up for the latest financial news delivered before the opening bell and after the market close.
Sign Up
See Sample | Privacy Policy

**Subscribe**
Personal Tech | Gadgetwise | FOLLOW US ON Twitter
Pogue's Post

**MOST POPULAR - TECHNOLOGY**
E-MAILED | BLOGGED

1. Traveling Light in a Time of Digital Thievery
2. Start-Ups Seek to Help Users Put a Price on Their Personal Data
3. Bits: Scientific Agency to Drop BlackBerry for iPhone
4. App Smart : Flirting Tips for the Tongue-Tied, or the Simply Shy
5. Is This Living Room Big Enough for My TV?
6. An 'Entertainment Device' Is Expected From Google
7. Gadgetwise: How Sonos Outshines Apple in Home Audio
8. The Piracy Problem: How Broad?
9. Pogue's Posts: Things That Were Once Amazing
10. Gadgetwise: A Compact Camera Whose Lens Isn't

Go to Complete List »





2. Inyoury
Oct 25, 2005
06:36 am
Rating:

**pAwesome once you can get movies on it/pp**

**Pros:** Small, Sleek, Sexy and what a screen/pp
**Cons:** Storage is a bit small/p

Read More on CNET »

3. Enian
Oct 24, 2005
07:02 am
Rating:

**pU guys should know about THIS!!/pp**

**Pros:** compact. multiful. good interface/pp
**Cons:** none except small capacity/p

Read More on CNET »

Read all user reviews on CNET »

## Similar Products

See all »

iRiver Clix

iRiver Clix

Samsung Galaxy Player 5.0

SanDisk Sansa Clip Zip

iRiver LPlayer

Ads by Google what's this?

Online Jobs Earn $1000+
Enter simple contests & Earn Money. Take home $1000+ cash prizes!
www.prizes.org

ITT Tech - Official Site
Associate, Bachelor Degree Programs Browse Programs Now & Learn More.
www.ITT-Tech.edu

Free Online Advertising
See What $75 of Google Ads Can Do For Your Business. Try It Now!
www.Google.com/AdWords

What you get for ... $900,000

ALSO IN REAL ESTATE »
Off the grid in the city
An Olympic plethora of London homes

nytimes.com REAL ESTATE

GET A FREE NOOK SIMPLE TOUCH™ The New York Times nook
When you sign up for a one-year NOOK subscription to The Times. LEARN MORE ›

Advertise on NYTimes.com

# iRiver U10 (1GB)

© 2005 CNET Networks, Inc.

REVIEWS | WHERE TO BUY

**PRICE RANGE**
**$100.00**
See All Stores on CNET »

**CNET Rating**
●●●●○

**Average CNET User's Rating**
●●●○○
Read All User Reviews on CNET »

**THE GOOD** Wonderfully sleek and stylish design; unique and intuitive interface; supports OGG files and subscription content; includes FM radio, voice recorder, alarm clock, and SRS Wow sound effects; photo, video, and text viewing; great battery life.

**THE BAD** Expensive; maximum capacity is 1GB; no autoplay; no album art; useful cradle is sold separately.

**THE BOTTOM LINE** The pricey iRiver U10 is a superbly designed MP3 player that is both easy to use and packed with pretty much every feature in the book. But Apple won't be quaking in its boots until iRiver ups its capacity to 2GB and 4GB.

© 2012 CBS Interactive Inc. All rights reserved. Used by permission.

Read Full Product Review on CNET »

## User Reviews

Average Users Rating: ●●●○○

1. jasonbeckett
Oct 20, 2005
09:02 am
Rating:
●●●●◐

**pThe best in function and feature...out performes the iPod/pp**

**Pros:** Good size display, easy to use interface, packed with features./pp
**Cons:** EXPENSIVE! expensive, expensive./p

Read More on CNET »

RELATED ARTICLES

**BITS; Apple Introduces Tools to (Someday) Supplant Print Textbooks**
**Amid an Avalanche of iPad Apps, the Best of 2011 - App Smart**

**Get DealBook by E-Mail**

Sign up for the latest financial news delivered before the opening bell and after the market close.
Sign Up
See Sample | Privacy Policy

**Subscribe**

Personal Tech | Gadgetwise | FOLLOW US ON Twitter
Pogue's Post

**MOST POPULAR - TECHNOLOGY**

E-MAILED | BLOGGED

1. Traveling Light in a Time of Digital Thievery
2. Start-Ups Seek to Help Users Put a Price on Their Personal Data
3. Bits: Scientific Agency to Drop BlackBerry for iPhone
4. App Smart : Flirting Tips for the Tongue-Tied, or the Simply Shy
5. Is This Living Room Big Enough for My TV?
6. An 'Entertainment Device' Is Expected From Google
7. Gadgetwise: How Sonos Outshines Apple in Home Audio
8. The Piracy Problem: How Broad?
9. Pogue's Posts: Things That Were Once Amazing
10. Gadgetwise: A Compact Camera Whose Lens Isn't

Go to Complete List »



2. Inyoury
Oct 25, 2005
06:36 am
Rating:

**pAwesome once you can get movies on it/pp**

**Pros:** Small, Sleek, Sexy and what a screen/pp
**Cons:** Storage is a bit small/p

Read More on CNET »

3. Enian
Oct 24, 2005
07:02 am
Rating:

**pU guys should know about THIS!!/pp**

**Pros:** compact. multiful. good interface/pp
**Cons:** none except small capacity/p

Read More on CNET »

Read all user reviews on CNET »

## Similar Products

See all »

iRiver Clix

iRiver Clix

Samsung Galaxy Player 5.0

SanDisk Sansa Clip Zip

iRiver LPlayer

Ads by Google what's this?

**Online Jobs Earn $1000+**
Enter simple contests & Earn Money. Take home $1000+ cash prizes!
www.prizes.org

**ITT Tech - Official Site**
Associate, Bachelor Degree Programs Browse Programs Now & Learn More.
www.ITT-Tech.edu

**Free Online Advertising**
See What $75 of Google Ads Can Do For Your Business. Try It Now!
www.Google.com/AdWords

What you get for ... $900,000
ALSO IN REAL ESTATE »
Off the grid in the city
An Olympic plethora of London homes
nytimes.com REAL ESTATE

GET A FREE NOOK SIMPLE TOUCH™ The New York Times nook
When you sign up for a one-year NOOK subscription to The Times. LEARN MORE