# EXHIBIT 6

# newlaunches.com

· Ads by Google-    WiFi Cell Phone    Windows Phone HTC    Mobile Phone Plan    Prepaid Phones

## PIDION BM-200 sleek Windows CE PDA phone from Bluebird

**RadioShack Official Store**
Shop the Latest Deals on Phones! Get The Best Prices On Top Gifts.
www.RadioShackWireless.com

**BlackBerry® Smartphones**
Trade up to a new BlackBerry experience. Promo Code BBtrade4.
BlackBerryTradeUp.com

**Cheap Cell Phone Plans**
Unlimited Everything. Minutes, Text Photos & More. Sign Up Now!
CellPlus.com/Cheap.Phone.Plans



Bluebirdsoft (Korea) has launched its new PDA phone 'PIDION BM-200' with a sleek design. It is powered by Intel PXA 270 Processor running at 520 MHz, runs on Windows CE 5.0 and will be compatible with CDMA networks. It has a large 2.8" touchscreen TFT with a resolution of 240 x 320 pixels (262,000 colors). It has 64MB RAM (upto 128 MB) and 128MB ROM (upto 1GB). It has a lot of Connectivity options like Bluetooth, Wi-Fi, Infrared, and USB. Also included is a 2 Megapixel Camera with Flash, and a Mini SD card slot for memory expansion. It is possible to use Pocket PC applications via the Pocket PC Emulator. Like most Windows based PDA phones it does not have any buttons all phone functions are also performed via the Touch screen. The PIDION BM-200 will be available in two colors Black and White.

**Related Results**                            AdChoices ▷
**BlackBerry® Pearl™ 3G**
Stylish & Small Smartphone with the Power of BlackBerry!
BlackBerry.com/Pearl3G                Chitika | Opt out? 🔍

It measures 61 x 119 x 19mm. Via - Aving (Korean)



SAMNDCA00326344





your mailbox

Subscribe me!

FOLLOW ME ON TWITTER

**Contact Us**

Have some interesting news / tip or would you like us to review your product ? Send us an email.

**RSS Feeds**

SYNDICATE XML
FEEDBURNER
MY AOL
Add to Google
ATOM FEED
MY MSN
MY YAHOO!
Pluck
newsgator
Bloglines

Get Instant updates on your MSN Messenger or Hotmail
Windows Live Alerts

**Blogroll**

Fareastgizmos
Gizmodiva
Gizmodude
Greenlaunches
Luxurylaunches
Medlaunches
PCLaunches **Recommend your site here**
LifeLock Promotion Code



digg it | | | reddit this! | | |

by dhiram, posted December 15, 2005 - 3:01 AM in Far East | Comments ( 0)

**You might also like:**

| | | | |
|---|---|---|---|
| If Aliens were monitoring our TV broadcasts | New buoys help submarines communicate better | Toshiba REGZA RB2 series of LCD TVs come with built in ... | Cybertecture Mirror is the smartest mirror you can own |

LinkWithin

## Reader Comments

Like

## Add New Comment

Login

Type your comment here.

Post as ...

## Showing 0 comments

Sort by newest first

M Subscribe by email S RSS

Trackback URL http://disqus.com/forums/r

blog comments powered by DISQUS

© 2012, Newlaunches.com

<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY{BACKGROUND:TRANSPARENT;}" %3E%3C/IFRAME%3E id=stSegmentFrame name="stSegmentFrame" src="http://seg.sharethis.com/partners.php?partner=netshelter&rnd=1329108388994" width="0px" itxtNodeId="4" itxtHarvested="0" scrolling="no" height="0px" frameBorder="0">

SAMNDCA00326346