# EXHIBIT 7












SAMNDCA00326336

# TOUCH AND CREATE.  NOKIA FINGERPRINT



MONOLITH | OCEAN | BUBBLEGUM | LEMON | CHILL | MODO BLOQUEADO | MODO CHAMADA | MODO SMS | MODO MENUS | MODO CINEMA

### CARACTERISTÍCAS :

- interface totalmente personalizável
- area total sensível ao toque
- area total de ecrân
- bloqueio por impressão digital
- camera retráctil
- côr de base personalizada

### INFORMAÇÕES TECNOLÓGICAS RELEVANTES :

- superfície sensível ao toque
- reconhecimento por impressão digital
- superfície com auto-polarização
- wireless 802.11 e bluetooth
- projection keyboard
- carregamento de bateria magnetic wireless



43 MM | 6 MM | 11 MM

103 MM

SAMNDCA00326337