UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

　　　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Exclude Opinions of Certain of Apple's Experts.

　　　Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   Apple has filed the supporting declarations to provide evidence of the same.   The declarations establishes that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

1    Accordingly, for good cause shown, the Court ORDERS that the following documents
2  shall be filed under seal:
3         1. The confidential, unredacted version of Exhibits 1, 2, 19 – 22, 24 and 28 to the
4            Declaration of Bill Trac in Support of Samsung's Reply In Support of Samsung's
5            Motion for Summary Judgment;

7    **IT IS SO ORDERED.**

9  DATED:   _____, 2012

12                                         Honorable Lucy H. Koh
                                           United States District Judge

02198.5185

-2-     Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL