1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
   |---|---|
19 | Plaintiff, | |
20 | vs. | **CERTIFICATE OF SERVICE** |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | Defendants. | |

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On June 8, 2012, I served true copies of the documents described as

1. Samsung's Reply In Support of Motion for Summary Judgment; and
2. The Declaration of Bill Trac In Support of Samsung's Reply In Support of Motion for Summary Judgment, and Exhibits 1-2, 8-10, 14-18, 23-28 thereto.
3. The Supplemental Declaration of Adam Bogue, and Exhibits 1- 3 thereto.

by emailing a link to an FTP site containing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

HAROLD J. MCELHINNY
HMcElhinny@mofo.com

MICHAEL A. JACOBS
MJacobs@mofo.com

JENNIFER LEE TAYLOR
JLeeTaylor@mofo.com

RICHARD S.J. HUNG
rhung@mofo.com

JASON R. BARTLETT
JasonBartlett@mofo.com

DEOK KEUN MATTHEW AHN
dahn@mofo.com

GRANT L. KIM
gkim@mofo.com

ALISON M. TUCHER
atucher@mofo.com

STEPHEN E. TAYLOR
staylor@tcolaw.com

STEPHEN MCG. BUNDY
sbundy@tcolaw.com

JOSHUA R. BENSON
jbenson@tcolaw.com

WILLIAM F. LEE
william.lee@wilmerhale.com

MARK D. SELWYN, ESQ.
mark.selwyn@wilmerhale.com

DAVID B. BASSETT
david.bassett@wilmerhale.com

MICHAEL J. BETTINGER
mike.bettinger@klgates.com

ROBERT DONALD CULTICE
robert.cultice@wilmerhale.com

MARK D. FLANAGAN

| | |
|---|---|
| mark.flanagan@wilmerhale.com | BRIAN LARIVEE<br>brian.larivee@wilmerhale.com |
| ANDREW MONACH<br>amonach@mofo.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| ERIK J. OLSON<br>ejolson@mofo.com | ESTHER KIM<br>ekim@mofo.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | |

Executed on June 8, 2012, at Redwood Shores, California.

　　　　　　　　　　　　　　　　　　__/s/ Bill Trac_____
　　　　　　　　　　　　　　　　　　Bill Trac