QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/4798820.2

Case No. 11-cv-01846-LHK
**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this Declaration in support of Samsung's Administrative Motions to File Documents Under Seal (Dkt. Nos. 1060, 1061, 1063, 1067 and 1069). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. The requested relief is necessary to protect the confidentiality of information contained in the following documents:

    a. The confidential, unredacted version of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories (Dkt Nos. 1060, 1067)

        i. The confidential, unredacted version of the Declaration of Michael J. Wagner in Support of the Reply ("Wagner Declaration");

            (1) Exhibits B and C to the Wagner Declaration;

        ii. Exhibits 1-6, 13, 20-21, and 29-30 to the Declaration of Christopher E. Price in Support of the Reply ("Price Declaration");

        iii. The confidential, unredacted version of the Declaration of Brian von Herzen in Support of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("von Herzen Dec."); and

            (1) Exhibits 4-6 to the von Herzen Dec;

    b. The confidential, unredacted version of Samsung's Reply In Support of Motion To Exclude Opinions of Certain of Apple's Experts; and

        i. Exhibits 1 and 4-7 to the Reply Declaration of Joby Martin In Support of Samsung's Motion to Exclude ("Martin Declaration");

    c. The confidential, unredacted version of Samsung's Reply in Support of Motion for Summary Judgment;

        i. The confidential, unredacted version of the Declaration of Bill Trac in Support of the Motion ("Trac Declaration");

            (1) Exhibits 1-2, 8-10, 14-28 to the Trac Declaration

        ii.       The confidential, unredacted version of the Supplemental Declaration of Adam Bogue; and

            (1)     Exhibits 1-3 to the Supplemental Bogue Declaration

3.     Exhibit 7 to the Martin Declaration consists of excerpts from the May 2, 2012 deposition transcript of Michael Walker. Apple has designated this document HIGHLY CONFIDENTIAL — ATTORNEY'S EYES ONLY. This document contains sensitive commercial information concerning Samsung technology as it relates to 3GPP standards, Samsung's internal strategy regarding participation in 3GPP and ETSI, Samsung's patent prosecution strategies, and Samsung's positions on the licensing of standards-essential patents. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. To the extent that this document contains Apple confidential information, Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing this document as sealable.

4.     The unredacted version of Samsung's Reply In Support of Motion To Exclude Opinions of Certain of Apple's Experts contains sensitive commercial information relating to the Samsung's financial data. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. This document also references or cites to the confidential materials discussed in paragraph 3, and should therefore be sealed for all of the reasons described above.

5.     Exhibit B to the Wagner Declaration is a copy of Volume I of the April 20, 2012 Corrected Expert Report of Michael J. Wagner. Portions of the Report contains sensitive commercial information relating to Samsung's financial data. The information is confidential and proprietary to Samsung and could be used to its disadvantage by competitors if it is not filed under seal.

6.     Exhibit 25 to the Declaration of Bill Trac is a screenshot containing sensitive proprietary business information regarding Mitsubishi Electric Research Laboratories (MERL), a third-party in this case. In addition, the Trac Declaration describes the contents of this

1  screenshot.   This information is confidential and proprietary to MERL and could be used to its

2  disadvantage by competitors if it is not filed under seal.

3        7.   Exhibits 1-3 to the Supplemental Declaration of Adam Bogue are documents

4  containing sensitive marketing, financial, and technical information relating to Mitsubishi Electric

5  Research Laboratories (MERL), a third-party in this case.   In addition, the Supplemental Bogue

6  Declaration describes the contents of these documents.   This information is confidential and

7  proprietary to MERL and could be used to its disadvantage by competitors if it is not filed under

8  seal.

9        8.   The remaining items are documents that have been designated by Apple as Highly

10  Confidential – Attorneys' Eyes Only under the interim protective order, or reference other

11  information that may be Apple confidential.   Samsung expects that, pursuant to Local Rule 79-5,

12  Apple will file a declaration establishing that the information therein is sealable.

15      I declare under penalty of perjury that the foregoing is true and correct.   Executed in

16  Redwood Shores, California on June 8, 2012.

18                              */s/ Bill Trac*

28

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

/s/ Victoria Maroulis

02198.51855/4798820.2

-5-                     Case No. 11-cv-01846-LHK
**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**