HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE OF REPLY DECLARATION OF MARC J. PERNICK IN SUPPORT OF APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT REPORTS AND EXHIBITS 10 AND 11 THERETO** |

1
2

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

3       I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address

4   is 750 Page Mill Road, Palo Alto, California 94304-1018.  I am not a party to the within cause,

5   and I am over the age of eighteen years.

6       I further declare that on June 7, 2012, I served a copy of:

7   **REPLY DECLARATION OF MARC J. PERNICK IN SUPPORT OF**
    **APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S EXPERT**
8   **REPORTS [SUBMITTED UNDER SEAL]; AND**

9   **EXHIBITS 10 AND 11 TO THE REPLY DECLARATION OF MARC J. PERNICK**
    **IN SUPPORT OF APPLE'S MOTION TO STRIKE PORTIONS OF SAMSUNG'S**
10  **EXPERT REPORTS [SUBMITTED UNDER SEAL]**

11  by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic

12  mail system to the e-mail address(s) set forth below, or as stated on the attached service list per

13  agreement in accordance with Code of Civil Procedure section 1010.6.

14  Charles K. Verhoeven                          Kevin P.B. Johnson
    charlesverhoeven@quinnemanuel.com             kevinjohnson@quinnemanuel.com
15
    Victoria F. Maroulis
16  victoriamaroulis@quinnemanuel.com

17  William H. Lee                                Mark D. Selwyn
    william.lee@wilmerhale.com                    mark.selwyn@wilmerhale.com
18
    Alexander B. Binder                           Sara Jenkins
19  alex.binder@quinnemanuel.com                  SaraJenkins@quinnemanuel.com

20  Sherrin Vanetta                               Joby Martin
    sherrinvanetta@quinnemanuel.com               JobyMartin@quinnemanuel.com
21
    Rene Unger                                    Gisele Darwish
22  reneunger@quinnemanuel.com                    GiseleDarwish@quinnemanuel.com

23  Peter Kovolos                                 S. Calvin Walden
    peter.kovolos@wilmerhale.com                  calvin.walden@wilmerhale.com
24
    Liv Herriot
25  liv.herriot@wilmerhale.com

26
27
28

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Palo Alto, California on June 8, 2012.

/s/ Frances Sagapolu
Frances Sagapolu