1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed the unredacted Declaration of Trevor Darrell in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories, and Exhibits D and E thereto, conditionally under seal.

Samsung and/or Apple Inc. ("Apple") have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing

under seal.   The declarations establish that the aforementioned documents contain information properly considered confidential by either Samsung or Apple.

Accordingly, for good cause shown, the Court ORDERS that they be filed under seal.

**IT IS SO ORDERED.**

DATED:   _____, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge