1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19         Plaintiff, | **DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S** |
| 20         vs. | **ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24         Defendants. | |

25

26

27

28

02198.51855/4802161.1

Case No. 11-cv-01846-LHK
**DECLARATION OF TODD BRIGGS IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

1   I, Todd Briggs, declare:

2   1.   I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").   I submit this Declaration in support of Samsung's Administrative Motions to File Documents Under Seal (Dkt. Nos. 1067 and 1074).   I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2.   The requested relief is necessary to protect the confidentiality of information contained in the following documents:

   a.   The confidential, unredacted version of the Declaration of Brian von Herzen in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("von Herzen Declaration"); and

   b.   The confidential, unredacted version of the Declaration of Trevor Darrell in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Darrell Declaration").

3.   Paragraphs 21-34 of the von Herzen Declaration contain confidential patent analyses.   This information is confidential to Samsung and could be used to its disadvantage by competitors if it were not filed under seal.   To the extent the von Herzen Declaration also contains Apple Inc.'s ("Apple's") confidential information, Samsung understands that Apple will file the declaration required by Civil L.R. 79-5(d) permitting its sealing.

4.   Paragraphs 22-33 of the Darrell Declaration contain confidential patent analyses. This information is confidential to Samsung and could be used to its disadvantage by competitors if it were not filed under seal.   To the extent the Darrell Declaration also contains Apple Inc.'s ("Apple's") confidential information, Samsung understands that Apple will file the declaration required by Civil L.R. 79-5(d) permitting its sealing.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed in
2  Redwood Shores, California on June 8, 2012.

3

4                                                                         */s/ Todd Briggs*

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Todd Briggs has concurred in this filing.

/s/ Victoria Maroulis