1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,      CASE NO. 11-cv-01846-LHK

19              Plaintiff,

20        vs.                                 **CERTIFICATE OF SERVICE**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
                Defendants.
25

26

27

28

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa St., 10th Floor, Los Angeles, California 90017.

On June 7, 2012, I served true copies of un-redacted versions of the following documents:

1. Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Reply");
2. Exhibits 1-6, 13, 20-21, and 29-30 to the Declaration of Christopher E. Price in Support of the Reply;
3. The Declaration of Michael J. Wagner in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Wagner Declaration"); and
4. Exhibits B and C to the Wagner Declaration.

by sending an email that attached the documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

MORRISON & FOERSTER, LLP
AppleMoFo@mofo.com

WILMER CUTLER PICKERING HALE AND DORR LLP
WHAppleSamsungNDCalService@wilmerhale.com

Executed on June 8, 2012, at Los Angeles, California.

  _/s/ Prashanth Chennakesavan_

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I hereby attest that Prashanth Chennakesavan has concurred in this filing.

DATE: June 8, 2012                                                              */s/ Victoria Maroulis*