QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NUMBER 977-3** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Hon. Lucy H. Koh |
| Defendants. | |

02198.51855/4792393.1

Case No. 11-cv-01846-LHK (PSG)
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively "Samsung") hereby move to remove Docket No.
3 977-3 (Public Redacted Version of Samsung's Opposition to Apple's Motion for Entry of
4 Preliminary Injunction Without Further Hearing ("Opposition")) from ECF that was inadvertently
5 submitted publicly on May 25, 2012.   Footnote 4 of this redacted document contains information
6 designated by Apple as Highly Confidential-Attorneys' Eyes Only under the protective order
7 governing this case (Dkt. 687), specifically the relative market share information derived from
8 Exhibits 1 and 2 to the Declaration of Carl Anderson.
9    On June 4, 2012, this Court ruled that the detailed market share information in Exhibits 1
10 and 2 to the Declaration of Carl Anderson, and the portions of the Opposition derived from those
11 exhibits, are properly sealable.   *See* Dkt. 1034 at 1-2.
12    On June 11, 2012, Samsung filed an updated, redacted version of its Opposition consistent
13 with this Court's June 4, 2012 Order, including, *inter alia*, redacting the market share information
14 in footnote 4 derived from Exhibits 1 and 2 to the Declaration of Carl Anderson.   *See* Dkt. 1079.
15    For the foregoing reasons, Samsung respectfully requests that the Court grant this Motion
16 to Remove Incorrectly Filed Document 977-3.

18  DATED: June 11, 2012                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

21                                      By   */s/ Victoria Maroulis*
                                             Charles K. Verhoeven
22                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
23                                           Michael T. Zeller
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
24                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
25                                           TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4792393.1

-1-                                Case No. 11-cv-01846-LHK (PSG)
**SAMSUNG'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**