# EXHIBIT 7



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-X000005857