# EXHIBIT 9



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-X000005885