# EXHIBIT 11

Page 1

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                SAN JOSE DIVISION
4  APPLE INC., a California corporation,
5
                Plaintiff,                Case No.
6
     vs.                                  11-CV-01846-LHK
7
   SAMSUNG ELECTRONICS CO., LTD.,
8  a Korean business entity;
   SAMSUNG ELECTRONICS AMERICA,
9  INC., a New York corporation;
   SAMSUNG TELECOMMUNICATIONS
10 AMERICA, LLC, a Delaware
   limited liability company,
11
                Defendants.
12
13
14
15    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17    VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
18           San Francisco, California
19            Monday, October 31, 2011
20
21
22
23 REPORTED BY:
24 CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25 JOB NO. 43007

1   your understanding.
2         THE WITNESS:  My understanding is that's
3   what that is trying to represent.
4   BY MR. ZELLER:
5      Q.  It is perspective, but you're not
6   certain?
7         MR. MONACH:  Object to the form of the
8   question.
9         THE WITNESS:  It's possible that that's
10  what that represents.
11  BY MR. ZELLER:
12     Q.  But, again, you can't say with certainty
13  whether or not that's -- that tapering is because
14  of perspective, as opposed to whether or not the
15  design is actually showing that there is some kind
16  of tapering?
17        MR. MONACH:  Objection; lack of
18  foundation.  Objection, to the extent it calls for
19  a legal conclusion; asked and answered.
20        You can do it again.
21        THE WITNESS:  In my opinion, as an
22  industrial designer and not a patent lawyer, I
23  think that that looks like it is an object with
24  perspective and not a tapering geometry.
25  //

Highly Confidential - Attorneys' Eyes Only

1  BY MR. ZELLER:
2      Q.  And from your perspective, is that -- is
3  that an accurate depiction of perspective?
4          MR. MONACH:  Objection; lack of
5  foundation, incomplete hypothetical.  Objection;
6  vague.
7          THE WITNESS:  Yes, it could be.
8  BY MR. ZELLER:
9      Q.  Can you say with any certainty if it is?
10         MR. MONACH:  Same objection.
11         THE WITNESS:  I can't say with any
12 certainty without -- whether that's an absolutely
13 accurate perspective view.  But it looks okay.  It
14 looks possible.
15 BY MR. ZELLER:
16     Q.  You'll see also in Figure 9 that there is
17 a portion of it that has a thicker, darker line
18 that runs around the perimeter of the front.
19         Do you see that?
20     A.  Yes, I see that.
21     Q.  What does that depict?
22         MR. MONACH:  Objection; lack of
23 foundation.  Object, to the extent it calls for a
24 legal conclusion.
25         THE WITNESS:  It's unclear to me exactly

1  what that is trying to depict.
2  BY MR. ZELLER:
3      Q.  Does it depict a gap or a groove?
4          MR. MONACH:  Same objection; lack of
5  foundation.  Objection, to the extent it calls for
6  a legal conclusion.
7          THE WITNESS:  I'm not sure what that
8  precise detail is trying to depict.  But it looks
9  like the separation between two parts to me.  Not
10 the separation; it looks like the joint between
11 two parts.
12 BY MR. ZELLER:
13     Q.  And directing your attention to Figure 1,
14 you'll see that also at least on part of the
15 perimeter of this front surface there is a darker
16 line there as well, darker, thicker line?
17     A.  I see that.
18     Q.  And do you have an understanding as to
19 what that's depicting?
20         MR. MONACH:  Objection; lack of
21 foundation.  Object, to the extent it calls for a
22 legal conclusion.
23         THE WITNESS:  I couldn't tell you exactly
24 what that's trying to depict.
25 //

Highly Confidential - Attorneys' Eyes Only

1  BY MR. ZELLER:
2      Q.  Is that darker, thicker line depicting a
3  gap or a groove?
4          MR. MONACH:  Same objection.  Lack of
5  foundation, calls for a legal conclusion.
6          THE WITNESS:  In my opinion as an
7  industrial designer, it doesn't look like that's
8  trying to depict a groove or a gap.  It looks like
9  it's perhaps trying to show a radius or an
10 intersection of the rear housing, perhaps.
11 BY MR. ZELLER:
12     Q.  But you're not certain?
13         MR. MONACH:  Same objection.  Asked and
14 answered.
15         THE WITNESS:  I'm not certain.
16 BY MR. ZELLER:
17     Q.  You'll see that the date of this design
18 patent for filing -- and this is on the first
19 page --
20     A.  Okay.
21     Q.  -- in the middle of the first column,
22 March 17th, 2004.
23         Do you see that date there?
24     A.  Yes, I do.
25     Q.  Prior to March 17th, 2004, which is the