# EXHIBIT 15

Confidential

1  UNITED STATES DISTRICT COURT NORTHERN
   DISTRICT OF CALIFORNIA SAN JOSE DIVISION
2  -------------------------------------X
   APPLE INC., a California corporation
3
4                        PLAINTIFF,
5       -against-
6  SAMSUNG ELECTRONIC CP., LTD., a Korean
   business entity; SAMSUNG ELECTRONICS
7  AMERICAN, INC., A New York Corporation;
   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
8  a Delaware limited liability company,
9
                         DEFENDANTS.
10 -------------------------------------X
11
12      ***CONFIDENTIAL***
13
14
15  VIDEOTAPED DEPOSITION OF RUSSELL WINER
16         New York, New York
17         Friday, April 27, 2012
18
19
20
21
22
23  Reported by:
24  Rebecca Schaumloffel, RPR, CLR
25  JOB NO. 48805

Confidential

Page 343

1   could have been stronger without the          05:10PM

2   infringement.          05:10PM

3          The second point is, we don't          05:10PM

4   know what the long-term implication could be          05:10PM

5   from the loss of the stickiness of the Apple          05:10PM

6   brand due to Samsung's infringements, which          05:10PM

7   could have even more serious long-term          05:10PM

8   implications for the Apple brand.          05:10PM

9      Q.   Based on all the work that you          05:10PM

10  have done up until now, and based on          05:10PM

11  everything that has happened up until now, do          05:10PM

12  you have any hard data or empirical evidence          05:10PM

13  that you can point to specifically that shows          05:10PM

14  that Apple has lost any market share as a          05:10PM

15  result of what you say are the similarities          05:10PM

16  between Samsung's devices and Apple's claimed          05:10PM

17  trade dress?          05:10PM

18         MS. HAGBERG:  Same objections          05:10PM

19     and asked and answered.          05:10PM

20     A.   It is my professional opinion          05:10PM

21  that sales, current sales could well have          05:10PM

22  been lost, and that future sales are at risk          05:10PM

23  because of the infringement.          05:11PM

24     Q.   What data do you have          05:11PM

25  specifically, what empirical evidence?          05:11PM

Confidential

Page 344

1    A.    I don't have any.                           05:11PM

2    Q.    Do you have any quantification?            05:11PM

3    A.    I don't.                                    05:11PM

4    Q.    Do you have any empirical                   05:11PM

5    evidence or hard data to show that anything       05:11PM

6    Samsung has done has diluted Apple's brand?       05:11PM

7    A.    I think if you take the research           05:11PM

8    reports together, the Poret report with the       05:11PM

9    Van Liere report, and the actions that            05:11PM

10   Samsung has taken with the infringing             05:11PM

11   products, that Apple's brand is at risk both      05:11PM

12   at the present time and in the future from        05:11PM

13   potential confusion in the marketplace that       05:11PM

14   could affect consumer purchasing, in the          05:12PM

15   short run and the long run.                       05:12PM

16   Q.    My question is, do you have any             05:12PM

17   empirical evidence or hard data to show that      05:12PM

18   Samsung's actions has diluted Apple's brand?      05:12PM

19        MS. HAGBERG:  Objection.  Asked             05:12PM

20   and answered.                                     05:12PM

21   A.    No.                                         05:12PM

22   Q.    Do you have any quantification of           05:12PM

23   any harm or dilution or loss of any kind to       05:12PM

24   Apple as a result of Samsung's actions?           05:12PM

25        MS. HAGBERG:  Objection.  Vague.            05:12PM

Confidential

Page 345

| | | |
|---|---|---|
| 1 | Compound. | 05:12PM |
| 2 | A.    No. | 05:12PM |
| 3 | MS. HAGBERG:  Asked and | 05:12PM |
| 4 | answered. | 05:12PM |
| 5 | Q.    Do you have any evidence or data | 05:12PM |
| 6 | to distinguish between harm that Apple's | 05:12PM |
| 7 | brand has suffered as a result of negative | 05:12PM |
| 8 | publicity from labor abuses or price fixing | 05:12PM |
| 9 | or other conduct that's been alleged in the | 05:13PM |
| 10 | media as compared to any actions that | 05:13PM |
| 11 | Apple -- excuse me, that Samsung has | 05:13PM |
| 12 | undertaken? | 05:13PM |
| 13 | MS. HAGBERG:  Objection; | 05:13PM |
| 14 | compound.  Lack of foundation. | 05:13PM |
| 15 | A.    No. | 05:13PM |
| 16 | Q.    Have you undertaken any kind of | 05:13PM |
| 17 | study to determine whether any dilution that | 05:13PM |
| 18 | Apple's brand is at risk for is the result of | 05:13PM |
| 19 | negative publicity such as the exploitation | 05:13PM |
| 20 | of labor, or price fixing, or the other kinds | 05:13PM |
| 21 | of negative press that Apple has received? | 05:13PM |
| 22 | MS. HAGBERG:  Same objection. | 05:13PM |
| 23 | Q.    When compared to Samsung's | 05:13PM |
| 24 | activities? | 05:13PM |
| 25 | MS. HAGBERG:  Same objections. | 05:13PM |

Confidential

Page 346

| | | |
|---|---|---|
| 1 | And compound. | 05:13PM |
| 2 | A.    No. | 05:13PM |
| 3 | MS. HAGBERG:  Can I get a | 05:13PM |
| 4 | reading on our time, please. | 05:13PM |
| 5 | THE VIDEOGRAPHER:  We are at | 05:13PM |
| 6 | seven hours. | 05:13PM |
| 7 | MS. HAGBERG:  Are you done? | 05:13PM |
| 8 | MR. ZELLER:  Could I just make | 05:13PM |
| 9 | sure I have a clear answer, because I | 05:13PM |
| 10 | think it got cut up a little bit. | 05:14PM |
| 11 | MS. HAGBERG:  He said no. | 05:14PM |
| 12 | MR. ZELLER:  Let me just see. | 05:14PM |
| 13 | BY MR. ZELLER: | 05:14PM |
| 14 | Q.    And you understood my last | 05:14PM |
| 15 | question, I was asking whether you could | 05:14PM |
| 16 | distinguish any loss or dilution, or any | 05:14PM |
| 17 | potential dilution or loss to Apple's brand | 05:14PM |
| 18 | as a result of this negative kind of | 05:14PM |
| 19 | publicity we have talked about as opposed to | 05:14PM |
| 20 | Apple's actions -- or excuse me, Samsung's | 05:14PM |
| 21 | actions? | 05:14PM |
| 22 | MS. HAGBERG:  Objection. | 05:14PM |
| 23 | A.    I haven't done such a study, no. | 05:14PM |
| 24 | Q.    Okay.  I am sorry.  I think this | 05:14PM |
| 25 | got cut up a little bit, so let me try to ask | 05:14PM |