1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Under Seal (Dkt. No. 1044) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Exhibit 5 to the Declaration of Mark Tung in support of Samsung's Reply In Support of Samsung's Motion for Clarification of May 4th Order ("Tung Declaration") (Dkt. No. 1044-4) is an excerpt of the Expert Report of Karan Singh, Ph.D. It contains highly confidential and commercially sensitive information relating to Apple's utility patents and source code. It is Apple's policy not to disclose non-public information regarding its product development, intellectual property, and source code. The above information could be used to Apple's disadvantage by competitors if it were not filed under seal. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information. A proposed redacted version is submitted herewith as **Exhibit A**.

3. Samsung's Reply In Support of Motion for Clarification of May 4th Order (Dkt. No. 1044-1) also should be sealed to the extent it refers to or discusses the exhibit above for the same reasons.

4. Apple does not maintain a claim of confidentiality on Exhibit 4 to the Tung Declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of June, 2012, in Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3157890

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated:  June 12, 2012                     */s/  Michael A. Jacobs*
                                          Michael A. Jacobs

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3157890

2