1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1044)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung has
2  filed an administrative motion (Dkt. No. 1044) for an order to seal the following documents:
3      1.    The confidential, unredacted version of Samsung's Reply in Support of Samsung's
4  Motion for Clarification of the Court's May 4, 2012 Order; and
5      2.    Exhibit 5 to the Declaration of Mark Tung in Support of Samsung's Motion for
6  Clarification of the Court's May 4, 2012 Order.
7  Having considered the arguments and the papers submitted, and GOOD CAUSE
8  HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Administrative Motion to File
9  Documents under Seal (Dkt. No. 1044). The above-referenced documents shall be filed under
10  seal.

12  **IT IS SO ORDERED.**

14  Dated: _____
                                                                                                    Hon. Paul Singh Grewal
                                                                                                    United States Magistrate Judge