QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DANIEL SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/4808193.1

Case No. 11-cv-01846-LHK
DECLARATION OF DANIEL SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

I, Daniel Shim, declare:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I submit this declaration in support of Apple Inc.'s ("Apple's") Administrative Motion to File Documents Under Seal. I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. The requested relief is necessary to protect the confidentiality of information contained in Apple's Reply in Support of Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence, and associated documents, declarations, and exhibits ("Reply") (Dkt. 1047).

3. My May 29, 2012 Declaration in Support of Samsung's Administrative Motion to File Documents Under Seal ("May 29 Shim Declaration") (Dkt. 987-1) in connection with Samsung's Opposition to Apple's Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence ("Opposition") and the May 8, 2012 Declaration of Hankil Kang in Support of Apple's Administrative Motion to File Documents Under Seal ("Kang Declaration") (Dkt. 908) in connection with Apple's Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence ("Apple's Motion") are incorporated by reference as if fully set out herein.

4. It is Samsung's policy not to disclose or describe its confidential business affairs, practices, or structures, including the means with which it manages email to and from employees, and the actions it takes in response to litigation. This information is confidential to Samsung. It is indicative of the way that Samsung manages its business and conducts business strategy, and thus it could be used by Samsung's competitors to Samsung's disadvantage.

5. It is further Samsung's policy not to disclose or describe the design or development of products that it releases. This information is also confidential to Samsung. Such information is

02198.51855/4808193.1

Case No. 11-cv-01846-LHK
DECLARATION OF DANIEL SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

indicative of the way Samsung manages its business and conducts business strategy, and may also contain information on unreleased or future products or features, and thus could be used by Samsung's competitors to Samsung's disadvantage.

6. Exhibit 1 to the Reply Declaration of Esther Kim in Support of Apple's Motion for Adverse Inference Jury Instructions ("Kim Declaration") is Samsung's Identification of Custodians, Litigation Hold Notices and Search Terms, and Exhibits A to V thereto, served on October 7, 2011. This document contains the identity and personal email addresses of Samsung's custodians and numerous employees, search terms used by Samsung's counsel to conduct litigation-related searches, litigation hold notices, and documents prepared by Samsung's counsel in connection with litigation. This information reflects the design and development of Samsung's products, Samsung's internal, confidential business organization, practices, and procedures, and could be used to Samsung's detriment if made public. It has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and should be sealed.

7. Exhibit 2 to the Kim Declaration is Samsung's Amended Identification of Custodians, Litigation Hold Notices and Search Terms, and Exhibit V thereto, served on October 10, 2011. This document contains the identity of Samsung's custodians and numerous employees, search terms used by Samsung's counsel to conduct litigation-related searches, litigation hold notices, and documents prepared by Samsung's counsel in connection with litigation. This information reflects the design and development of Samsung's products, Samsung's internal, confidential business organization, practices, and procedures, and could be used to Samsung's detriment if made public. It has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and should be sealed.

8. Exhibit 3 to the Kim Declaration is Samsung's First Amended and Supplemental Identification of Custodians, Litigation Hold Notices and Search Terms, and Exhibits A to U

thereto, served on November 30, 2011. This document contains the identity and personal email addresses of Samsung's custodians and numerous employees, search terms used by Samsung's counsel to conduct litigation-related searches, litigation hold notices, and documents prepared by Samsung's counsel in connection with litigation. This information reflects the design and development of Samsung's products, Samsung's internal, confidential business organization, practices, and procedures, and could be used to Samsung's detriment if made public. It has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and should be sealed.

9. Exhibit 5 to the Kim Declaration is a table prepared by Apple summarizing confidential documents produced by Samsung on May 26, 2012 from the custodial files of Joon-Il Choi. The summaries reveal confidential information about, and identities of those involved in, the design and development of Samsung's products, and should be sealed.

10. Exhibit 6 to the Kim Declaration is a January 29, 2012 letter from Marc Pernick to Rachel Herrick Kassabian regarding certain documents produced by Samsung. The letter describes the January 11, 2012 deposition of Ahyoung Kim. The deposition transcript itself has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. The letter reveals the identity of a confidential Samsung project and discusses confidential information about the design and development of Samsung products, and should be sealed.

11. Exhibit 7 to the Kim Declaration is a February 21, 2012 letter from Marc Pernick to Rachel Herrick Kassabian regarding certain document produced by Samsung. The letter describes the February 2, 2012 deposition of Jeeyeun Wang. The deposition transcript itself has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. The letter discusses Samsung's internal, confidential business organization, including the identities of Samsung employees who worked on the design and development of Samsung products, and should be sealed.

12. Exhibit 10 to the Kim Declaration consists of a Korean-language Samsung document bearing Bates SAMNDCA00044700, and what Apple has certified to be the accurate English translation of the document. The document has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. It contains information about, and the identities of those involved in, the design and development of Samsung's products, and should be sealed.

13. Exhibit 11 to the Kim Declaration is excerpts from the February 28, 2012 deposition of Dongsub Kim. The deposition transcript has been marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. These excerpts contain information about the design and development of Samsung's products, and should be sealed.

14. Exhibit 4 to the Kim Declaration is a condensed appendix in response to Exhibit 4 to the Declaration of Thomas Watson in Support of the Opposition ("Watson Declaration") and discusses and/or references confidential information described in paragraphs 3-34 of the Kang Declaration, paragraphs 5-55 of the May 29 Shim Declaration, or paragraphs 6-13 above, and should be sealed for the same reasons.

15. The confidential, unredacted version of the Kim Declaration discusses and/or references the information described in paragraphs 6-14 above, and should be sealed for the same reasons.

16. The confidential, unredacted version of Apple's Reply discusses and/or references the information described in paragraphs 3-34 of the Kang Declaration, paragraphs 5-55 of the May 29 Shim Declaration, or paragraphs 6-13 above, and should be sealed for the same reasons.

///
///
///
///
///

1  I declare under penalty of perjury that the foregoing is true and correct. Executed in
2  Washington, D.C. on June 12, 2012.

_____
Daniel Shim
02198.51855/4808193.1

-5-

Case No. 11-cv-01846-LHK
DECLARATION OF DANIEL SHIM IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL