| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000  MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S MOTION TO STRIKE SAMSUNG'S OPPOSITION TO NOTICE OF MOTION FOR CLARIFICATION OF APRIL 12, 2012 ORDER** |

I, MIA MAZZA, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from outside counsel for Apple in other matters identified below. I make this declaration in support of Apple's Motion to Strike Samsung's Opposition to Apple's Notice of Motion for Clarification of April 12 Order

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter I sent to counsel for Samsung dated June 8, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email I received from counsel for Samsung dated June 8, 2012.

4. Apple has produced unredacted versions of all court documents from the *Motorola* matters pending in the Northern District of Illinois and the ITC (Inv. No. 337-TA-750) with the exception of documents containing Confidential Business Information of nine nonparties who have not responded to Apple's multiple requests for consent or have affirmatively refused to consent. Apple has produced redacted versions of these remaining Motorola documents involving nine nonparties' CBI, with the exception of fifteen documents that were withheld in their entirety because they could not meaningfully be redacted. On June 11, 2012, counsel for Apple sent counsel for Samsung a list of those fifteen documents, identifying the third party involved in each.

5. Apple has produced unredacted versions of all court documents from the *HTC* case pending in the District of Delaware, with the exception of four documents containing Google CBI, to which production Google has objected. Apple has produced redacted versions of those four documents.

6. After having given Elan notice and an opportunity to seek a protective order, Apple has now produced unredacted versions of all court documents from the *Elan* case litigated in the Northern District of California.

MAZZA DECL. ISO APPLE'S MOT. TO STRIKE OPP. TO NOT. OF MOT. FOR CLARIFICATION OF APRIL 12, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3157993

1

7.     Outside counsel for Apple in the *Elan* ITC investigation prepared a proposed redacted set of confidential documents from that matter and provided it to counsel for Elan. Elan has requested more time to review the confidential documents before they may be provided to counsel for Apple or Samsung in this matter. Outside counsel for Apple in the *Elan* matter therefore has declined to provide the confidential documents for production to Samsung at this time.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June, 2012 at San Francisco, California.

*/s/ Mia Mazza*
Mia Mazza

MAZZA DECL. ISO APPLE'S MOT. TO STRIKE OPP. TO NOT. OF MOT. FOR CLARIFICATION OF APRIL 12, 2012 ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3157993

2

**ATTESTATION OF E-FILED SIGNATURE**

I,. Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: June 12, 2012                                          */s/ Jason R. Bartlett*
                                                                              Jason R. Bartlett

Mazza Decl. ISO Apple's Mot. to Strike Opp. to Not. of Mot. for Clarification of April 12, 2012 Order
Case No. 11-cv-01846-LHK (PSG)
sf-3157993

3