# Exhibit A

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

June 8, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane C. Hutnyan
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:     *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

We are in receipt of Samsung's Opposition to Notice of Motion for Clarification of April 12 Order and request that it be withdrawn.

As the title of Samsung's Opposition reflects, Apple did not file a Motion on May 22; it filed a Notice setting for hearing its previously filed Motion. As your Opposition acknowledges, Apple's May 22 Notice did not add any new briefing, facts or arguments. It merely set the hearing. Apple did this at the suggestion of the Court's calendar clerk. (*See* enclosed email dated May 22, 2012 (which was not a response to any inquiry from Apple).)

The Motion for Clarification has already been fully briefed. Indeed, you already filed on April 30, 2012, "Samsung's Opposition to Apple's Motion for Clarification of April 12 Order." Apple had no intention or expectation that by noticing this Administrative Motion for hearing it would give rise to yet more paper being filed before the Court. Of course if you withdraw your (second) Opposition Apple will not file a (second) reply.

Please let us know by 9 a.m. Pacific Time on Monday, June 11, 2012, whether Samsung will do so. If we do not hear from you, we will assume Samsung's refusal.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

Encl.

cc:     S. Calvin Walden, Peter Kolovos

sf-3156901

# Tucher, Alison M.

**From:** Oscar_Rivera@cand.uscourts.gov
**Sent:** May 22, 2012 4:01 PM
**To:** Tucher, Alison M.
**Subject:** CV11-01846 Apple Inc v. Samsung Docket 885

Good afternoon Alison,

Motion below has not been noticed before Judge Grewal.  Judge Grewal hears civil law and motions matters Tuesdays at 10:00 a.m., Courtroom 5, 4th Floor.  You may refer to local rules re: notice requirements and submit notice of motion so that matter may be placed on calendar.  Please feel free to contact me with further questions or concerns.  Thank you.

Notice of Electronic Filing

The following transaction was entered by Tucher, Alison on 4/26/2012 at 11:32 PM and filed on 4/26/2012

  Case Name:        Apple Inc. v. Samsung Electronics Co. Ltd. et al

  Case Number:      5:11-cv-01846-LHK

  Filer:            Apple Inc.

  Document Number: 885

Docket Text:
MOTION Administrative Relief Apples Administrative Motion For Clarification Of April 12 Order filed by Apple Inc.. Responses due by 5/10/2012. Replies due by 5/17/2012. (Tucher, Alison) (Filed on 4/26/2012)

Oscar Rivera
Courtroom Deputy to the Honorable Paul S. Grewal United States District Court for the Northern District of California 280 South First Street, San Jose, CA 95113
Phone: 408.535.5378 | Email: oscar_rivera@cand.uscourts.gov
Website: CAND: http://cand.uscourts.gov | PSG: http://cand.uscourts.gov/psg