# Exhibit B

**From:** Diane Hutnyan [dianehutnyan@quinnemanuel.com]
**Sent:** Friday, June 08, 2012 7:46 PM
**To:** Mazza, Mia
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** RE: Apple v. Samsung: Correspondence re Samsung's Opposition to Notice of Motion for Clarification of April 12 Order

Dear Mia,

Samsung's opposition brief was filed properly in response to Apple's May 22 noticed motion under L.R. 7-3.

As we have said previously, though, there was no reason for Apple to notice its administrative "motion for clarification," once Samsung had filed its motion to enforce, since Apple's noncompliance with the order was already being addressed by the parties in connection with that motion.

But Apple chose to add another motion to the Court's busy calendar anyway, going beyond the scope of our motion to seek reconsideration and reversal of the Court's order. We urge Apple to withdraw its improper motion. But if Apple wants to maintain it, then the Local Rules allow us to have a proper response: an opposition brief of up to 25 pages, filed not more than 14 days after the motion is served and filed. This allows us a fair opportunity to address the issues Apple has raised, in sharp contrast to the five-page opposition brief to be filed in four days that Apple opted to afford us in connection with the original Administrative Motion, and which was insufficient to fully address the important substantive issues Apple raised there.

Have a good weekend.

Diane

---

**From:** Mazza, Mia [mailto:MMazza@mofo.com]
**Sent:** Friday, June 08, 2012 3:07 PM
**To:** Diane Hutnyan
**Cc:** AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** Apple v. Samsung: Correspondence re Samsung's Opposition to Notice of Motion for Clarification of April 12 Order

<<2012-06-08 Ltr Mazza to Hutnyan re Opposition Brief.pdf>>

Hi Diane,

Attached please find correspondence regarding Samsung's June 5, 2012 "Opposition to Notice of Motion for Clarification of April 12 Order."

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 216-5835 mobile**
**(415) 268-7522 fax**

---------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

6/12/2012