QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**REPLY DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE APRIL 12 ORDER**<br><br>Date:     June 21, 2012<br>Time:    10:00 a.m.<br>Place:    Courtroom 5, 4th Floor<br>Judge:    Hon. Paul S. Grewal |

02198.51855/4807524.1

Case No. 11-cv-01846-LHK
REPLY DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF SAMSUNG'S MOTION TO ENFORCE APRIL 12 ORDER

I, Diane C. Hutnyan, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Motion to Enforce April 12 Order.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Apple did not complete its production of deposition transcripts on April 21, 2012. It has continued to produce deposition transcripts well into the month of June.  For example, Apple produced five Apple employee deposition transcripts on May 31, 2012 and June 7, 2012.

3. Apple did not deem the deposition transcripts from the 796 Investigation produced until April 15, 2012.  Attached hereto as Exhibit A is a true and correct copy of the April 15, 2012 letter from Mia Mazza to me regarding the production of deposition transcripts.  Apple withheld the rest of the other transcripts it produced in response to the April 12 Order until at least April 17, the day after Samsung's rebuttal expert reports were due.

4. On April 22, 2012, counsel for Apple sent a letter "advis[ing] Samsung that it has completed its production of deposition transcripts pursuant to Part B.1 of the Court's April 12, 2012 Order."  Apple then stated that the production pursuant to the Court Order included transcripts of Apple employee depositions in multiple cases including the Nokia ITC 701 Investigation, the HTC ITC 710 Investigation, and the QRG litigation in Maryland.  Attached hereto as Exhibit B is a true and correct copy of the April 22, 2012 letter from Ms. Mazza to me.

5. On June 11, 2012, Ms. Mazza sent a letter to me which indicated that Apple had not yet completed its production of all related materials.  Attached hereto as Exhibit C is a true and correct copy of the June 11, 2012 letter from Ms. Mazza to me.

6. Samsung has requested additional related materials from Apple which have not yet been produced.  Attached hereto as Exhibit D is a true and correct copy of the June 12, 2012 letter from me to Ms. Mazza.

7. On April 22, 2012, Ms. Mazza sent a letter to me asking Samsung to "identify in writing, no later than 9 a.m. on Tuesday, April 24, each nonpublic item in each case that Samsung wishes to receive under Part B.2 of the April 12 Order." Attached hereto as Exhibit E is a true and correct copy of the April 22, 2012 letter from Ms. Mazza to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 12th of June, 2012, in Los Angeles, California.

/s/  Diane C. Hutnyan
Diane C. Hutnyan

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing Declaration. In compliance with General Order 45 (X)(B), I hereby attest that Diane C. Hutnyan has concurred in this filing.

DATE: June 12, 2012                    /s/ Victoria F. Maroulis
                                                    Victoria F. Maroulis