# EXHIBIT A

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 15, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

This letter responds to your email sent the afternoon of Friday, April 13, 2012.

In light of Judge Grewal's April 12, 2012, Order, Apple agrees that all transcripts of depositions taken in *Certain Electronic Digital Media Devices and Components Thereof*, ITC Inv. No. 337-TA-796 ("ITC 796") are deemed produced in *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.) (the "N.D. Cal. case").

Apple reserves its right to challenge admissibility of ITC 796 transcripts in the N.D. Cal. case.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   S. Calvin Walden
      Peter Kolovos

sf-3133316