# EXHIBIT B

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 22, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane Hutnyan
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

This letter is to advise Samsung that Apple has completed its production of deposition transcripts pursuant to Part B.1 of the Court's April 12, 2012, Order.  We will provide separate communication regarding Parts A and B.2.

Apple's production includes the transcripts of Apple employee depositions taken in the following cases:

- *Certain Portable Electronic Devices and Related Software* (*Apple v. HTC*), ITC Inv. No. 337-TA-797

- *Apple v. HTC, et al.*, CA. No. 10-167-GMS  (D. Del.)

- *Certain Electronic Devices with Multi-Touch Enabled Touchpad and Touchscreens* (*Elan Microelectronics Corp. v. Apple*), ITC Inv. No. 337-TA-714

- *Elan Microelectronics Corp. v. Apple, Inc.*, 09-cv-01531 (N.D. Cal.)

- *Nokia v. Apple*, 09-cv-00791 (D. Del.).

- *Certain Mobile Devices And Related Software* (*Apple v. Motorola*), ITC Inv. No. 337-TA-750

- *Apple Inc. v. Motorola Inc. et al.*, 10-cv-00661 (W.D. Wis.)

- *Apple Inc. v. Motorola Inc. et al.*, 11-cv-08540 (D. Ill.) (formerly *Apple Inc. v. Motorola Inc. et al.*, 10-cv-00662 (W.D. Wis.))

sf-3135973

**MORRISON | FOERSTER**

Diane Hutnyan
April 22, 2012
Page Two

- *Certain Personal Data and Mobile Communications Devices and Related Software* (*Apple v. HTC*), ITC Inv. No. 337-TA-710

- *Certain Electronic Devices, Including Mobile Phones, Portable Music Players, and Computers* (*Nokia v. Apple*), ITC Inv. No. 337-TA-701

- *Quantum Research Group (QRG) v. Apple*, No. 1:05-cv-03408-WMN (D. Md.)

Please let us know if you have any questions.

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc:   S. Calvin Walden
      Peter Kolovos

sf-3135973