# EXHIBIT C

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482
U.S.A.

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

June 11, 2012

Writer's Direct Contact
415.268.6024
MMazza@mofo.com

*By Email* (dianehutnyan@quinnemanuel.com)

Diane C. Hutnyan
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:    *Apple v. Samsung*, Case No. 11-cv-1846-LHK (PSG) (N.D. Cal.)

Dear Diane:

This letter is to provide you with an update regarding the court documents from other cases that Apple has been unable to produce in unredacted form pursuant to the April 12, 2012 Order.

*Apple v. HTC* (**D. Del.**)

Apple has produced unredacted versions of all court documents with the exception of four documents containing Google CBI.  We are informed by counsel for Apple in the *HTC* Delaware matter that Google has not provided consent for the production of unredacted versions of these four documents.  Redacted versions of the documents have been produced at APLNDC-Y0000252836, APLNDC-Y0000252859, APLNDC-Y0000252954, and APLNDC-Y0000252971.

*Elan v. Apple* (**N.D. Cal.**)

Apple has now produced unredacted versions of all court documents.

*Elan v. Apple* (**ITC 714**)

Apple has produced unredacted versions of all court documents from the *Elan* ITC matter with the exception of the confidential documents that contain Elan CBI.  We are informed by counsel for Apple in the *Elan* ITC matter that Elan has refused to provide consent for the production of unredacted versions of these documents.  We are further informed that counsel for Apple has given Elan until June 12 to object to or correct proposed redactions to those documents.  We expect that Apple will have produced redacted versions of the documents by June 14.

sf-3157294

MORRISON | FOERSTER

Diane C. Hutnyan
June 11, 2012
Page Two

*Apple v. Motorola* (**N.D. Ill. and ITC 750**)

Apple has produced unredacted versions of all court documents with the exception of documents containing CBI of nine nonparties who have either not provided consent or refused to consent. Nokia Siemens Networks has withheld consent. Thomas Cronan/Taligent, Synaptics, Microsoft, New York University, Qualcomm, Texas Instruments did not respond to two separate letters providing notice and requesting consent. We have been informed that counsel for Apple in the *Motorola* matters did not have contact information to request permission from Broadcom or BCN to release their CBI as those materials were submitted by Motorola.

The *Motorola* documents that have not been produced in unredacted form fall into two categories. Approximately 100 have been produced in redacted form, at APLNDC-Y0000384065 through APLNDC-Y0000394590. We are informed by counsel for Apple in the *Motorola* matters that the third party whose CBI is involved in each document is plain from the face of the document.

The remaining fifteen documents could not be produced in redacted form because they are completely CBI:

| Docket Number | Document Title | Third Party Involved |
|---|---|---|
| **ITC-750** | | |
| 750-013 | Exhibit 15 to Complainant Apple Inc.'s Opposition to Respondents' Motion to Terminate Investigation with Respect to U.S. Patent No. 5,379,430 (Cronan Deposition Transcript) | Cronan/Taligent CBI |
| **NDIL** | | |
| 216 | Declaration of George Kondylis filed by Plaintiff Apple, Inc. re: 213 Motion for Summary Judgment | Broadcom CBI |
| 224 | Declaration of Jochen Vaihinger filed by Plaintiff Apple, Inc. re: 213 Motion for Summary Judgment | Intel CBI |
| 229-2 | Exhibit 2 to Declaration of David M. Elihu filed by Defendants Motorola Mobility, Inc., Motorola, Inc. re: 215 Motion to Dismiss/Lack of Jurisdiction (Excerpts of Thomas Cronin deposition transcript) | Cronan/Taligent CBI |

sf-3157294

MORRISON | FOERSTER

Diane C. Hutnyan
June 11, 2012
Page Three

| Docket Number | Document Title | Third Party Involved |
|---|---|---|
| 450-1 | Exhibit 2 *TO APPENDIX TO MOTOROLA'S MEMORANDUM IN OPPOSITION TO APPLES MOTION FOR SUMMARY JUDGMENT OF U.S. PATENT NO. 5,311,516* (Declaration of George Kondylis) | Broadcom CBI |
| 450-3 | Exhibit 4 *TO APPENDIX TO MOTOROLA'S MEMORANDUM IN OPPOSITION TO APPLES MOTION FOR SUMMARY JUDGMENT OF U.S. PATENT NO. 5,311,516* (Excerpts from Kondylis deposition transcript) | Broadcom CBI |
| 458-2 | Exhibit 2 from *SEALED EXHIBITS TO APPENDIX TO MOTOROLA MOBILITY, INC. AND MOTOROLA SOLUTIONS, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)* (Excerpts from Cronan deposition transcript) | Cronan/Taligent CBI |
| 462-8 to 462-14 | Parts 1-7 of Exhibit 17 from *SEALED EXHIBITS TO APPENDIX TO MOTOROLA'S MEMORANDUM IN OPPOSITION TO APPLES MOTION FOR SUMMARY JUDGMENT OF U.S. PATENT NO. 6,175,559* | Texas Instruments CBI |
| 462-15 | Exhibit 18 from *SEALED EXHIBITS TO APPENDIX TO MOTOROLA'S MEMORANDUM IN OPPOSITION TO APPLES MOTION FOR SUMMARY JUDGMENT OF U.S. PATENT NO. 6,175,559* | Boston Computing Network CBI |

Sincerely,

*/s/ Mia Mazza*

Mia Mazza

cc: S. Calvin Walden
 Peter Kolovos

sf-3157294