| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S DESIGN PATENT CLAIM CONSTRUCTION BRIEF** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Opening Design Patent Claim Construction Brief; and
2. Exhibits 8 through 11 to the Declaration of Mia Mazza in Support of Apple's Opening Claim Construction Brief ("Mazza Declaration"), which have been designated confidential as set forth below.

Exhibits 8 and 9 to the Mazza Declaration contain information that is highly confidential as set forth in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal ("Wheeler Declaration"), filed herewith. It is Apple's policy not to disclose or describe to third parties its design information. (Wheeler Declaration ¶ 3.) The Apple-confidential material in these exhibits relates to such confidential information, as detailed in the Wheeler Declaration. (*Id.* ¶¶ 2-3) This information is highly confidential to Apple and could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information. (*Id.* ¶ 5.)

Exhibits 10 and 11 contain materials that Samsung has designated as confidential under the protective order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Finally, to the extent Apple's Opening Design Patent Claim Construction Brief refers to or discuss the above-referenced materials, it could be used to Apple's disadvantage by competitors if it was not filed under seal, for the same reasons. (*Id.* ¶ 4.)

ADMIN. MOT. TO FILE UNDER SEAL DOCUMENTS RE APPLE'S DESIGN PATENT CLAIM CONSTRUCTION BRIEF
CASE NO. 11-CV-01846-LHK (PSG)
pa-1533025

1

1  Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at
2  issue with the sealable portions highlighted.
3  Dated: June 12, 2012                                  MORRISON & FOERSTER LLP
4
5                                                       By:   */s/ Michael A. Jacobs*
                                                               MICHAEL A. JACOBS
6
                                                         Attorneys for Plaintiff
7                                                        APPLE INC.

ADMIN. MOT. TO FILE UNDER SEAL DOCUMENTS RE APPLE'S DESIGN PATENT CLAIM CONSTRUCTION BRIEF
CASE NO. 11-CV-01846-LHK (PSG)
pa-1533025

2