UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING APPLE'S OPENING DESIGN PATENT CLAIM CONSTRUCTION BRIEF** |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2 ("Apple") has filed an administrative motion for an order to seal portions of the following
3 documents:

4    1.    The confidential, unredacted version of Apple's Opening Design Patent Claim
5          Construction Brief.
6    2.    Exhibits 8-11 to the Declaration of Mia Mazza in Support of Apple's Opening
7          Claim Construction Brief.

8    Having considered the arguments and the papers submitted, and GOOD CAUSE
9 HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
10 Under Seal.  The above-referenced documents shall be filed under seal.

11   **IT IS SO ORDERED.**

12
     Dated: _____          _____
13
                                              Hon. Lucy H. Koh
14                                            United States District Judge