1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
4   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California 94105-2482
    Telephone: (415) 268-7000
9   Facsimile: (415) 268-7522

    WILLIAM F. LEE
    william.lee@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000

    MARK D. SELWYN (SBN 244180)
    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, California 94304
    Telephone: (650) 858-6000
    Facsimile: (650) 858-6100

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPENING DESIGN PATENT CLAIM CONSTRUCTION BRIEF** |

I, MIA MAZZA, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Opening Design Patent Claim Construction Brief.

2. Attached as **Exhibit 1** is a true and correct copy of U.S. Design Patent No. D604,305.

3. Attached as **Exhibit 2** is a true and correct copy of U.S. Design Patent No. D617,334.

4. Attached as **Exhibit 3** is a true and correct copy of U.S. Design Patent No. D593,087.

5. Attached as **Exhibit 4** is a true and correct copy of U.S. Design Patent No. D618,677.

6. Attached as **Exhibit 5** is a true and correct copy of U.S. Design Patent No. D504,889.

7. Attached as **Exhibit 6** is a true and correct copy of the file wrapper for U.S. Design Patent No. D618,677.

8. Attached as **Exhibit 7** is a true and correct copy of the file wrapper for U.S. Design Patent No. D504,889.

9. Attached as **Exhibit 8** is a true and correct copy of an excerpt of the transcript of the December 1, 2011 deposition of Jonathan Ive.

10. Attached as **Exhibit 9** is a true and correct copy of an excerpt of the transcript of the February 7, 2012 deposition of Jonathan Ive.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt of the transcript of the February 2, 2012 deposition of JungMin Yeo.

12. Attached as **Exhibit 11** is a true and correct copy of an excerpt of the transcript of the February 16, 2012 deposition of Giyoung Lee.

1    13.    Attached as **Exhibit 12** is a true and correct copy of an excerpt of the transcript of the April 26, 2012 deposition of Robert Anders.

2    14.    Attached as **Exhibit 13** is a true and correct copy of an excerpt of the transcript of the April 25, 2012 deposition of Christopher Mount.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June, 2012 at San Francisco, California.

                    /s/ Mia Mazza
                    Mia Mazza

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Mia Mazza has concurred in this filing.

Dated: June 12, 2012
/s/ *Michael A. Jacobs*
Michael A. Jacobs