Exhibit 4



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D618,677*
ISSUE DATE: *June 29, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

US00D618677S

## (12) United States Design Patent
### Andre et al.

(10) Patent No.:    **US D618,677 S**
(45) Date of Patent:    ** *Jun. 29, 2010

| | | |
|---|---|---|
| (54) | **ELECTRONIC DEVICE** | |
| (75) | Inventors: | **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US) |
| (73) | Assignee: | Apple Inc., Cupertino, CA (US) |
| ( * ) | Notice: | This patent is subject to a terminal disclaimer. |
| (**) | Term: | 14 Years |
| (21) | Appl. No.: | 29/328,018 |
| (22) | Filed: | Nov. 18, 2008 |

**Related U.S. Application Data**

(60) Division of application No. 29/282,834, filed on Jul. 30, 2007, now Pat. No. Des. 581,922, which is a continuation of application No. 29/270,888, filed on Jan. 5, 2007, now Pat. No. Des. 558,758.

(51) **LOC (9) Cl.** ................................. 14-02
(52) **U.S. Cl.** .................. D14/341; D14/248; D14/203.7
(58) **Field of Classification Search** ............... D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S    5/1987    Gemmell et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EM    000569157-0005    5/2006
(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)    **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;
FIG. 2 is a rear perspective view thereof;
FIG. 3 is a front view thereof;
FIG. 4 is a rear view thereof;
FIG. 5 is a top view thereof;
FIG. 6 is bottom view thereof;
FIG. 7 is a left side view thereof; and,
FIG. 8 is a right side view thereof.

The claimed surface of the electronic device is illustrated with the color designation for the color black.

The electronic device is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item or toy.

**1 Claim, 2 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 04/25/2011

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D337,569 S | 7/1993 | Kando |
| D410,440 S * | 6/1999 | Carnell ............... D14/346 |
| D424,535 S | 5/2000 | Peltola |
| D455,433 S * | 4/2002 | Alviar et al. ............ D14/441 |
| D456,023 S | 4/2002 | Andre et al. |
| D458,252 S * | 6/2002 | Palm et al. ............. D14/343 |
| D469,413 S * | 1/2003 | To et al. ............... D14/126 |
| D489,731 S | 5/2004 | Huang |
| D498,754 S | 11/2004 | Blyth |
| D499,423 S | 12/2004 | Bahroocha et al. |
| D502,173 S | 2/2005 | Jung et al. |
| D504,889 S | 5/2005 | Andre et al. |
| D505,950 S | 6/2005 | Summit et al. |
| D507,003 S | 7/2005 | Pai et al. |
| D514,121 S | 1/2006 | Johnson |
| D514,590 S | 2/2006 | Naruki |
| D519,116 S | 4/2006 | Tanaka et al. |
| D519,523 S | 4/2006 | Chiu et al. |
| D520,020 S | 5/2006 | Senda et al. |
| 7,042,712 B2 * | 5/2006 | Ghosh et al. ............ 361/679.03 |
| D528,542 S | 9/2006 | Luminosu et al. |
| D528,561 S | 9/2006 | Ka-Wei et al. |
| D529,045 S | 9/2006 | Shin |
| D532,791 S | 11/2006 | Kim |
| D534,143 S | 12/2006 | Lheem |
| D535,281 S | 1/2007 | Yang |
| D536,691 S | 2/2007 | Park |
| D536,962 S | 2/2007 | Tanner |
| D538,822 S | 3/2007 | Andre et al. |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S | 4/2007 | Andre et al. |
| D541,785 S | 5/2007 | Hwang et al. |
| D546,313 S | 7/2007 | Lheem |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D554,098 S | 10/2007 | Lee |
| D556,211 S | 11/2007 | Howard |
| D557,238 S | 12/2007 | Kim |
| 7,303,424 B2 | 12/2007 | Tu et al. |
| D558,460 S | 1/2008 | Yu et al. |
| D558,756 S | 1/2008 | Andre et al. |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S | 1/2008 | Andre et al. |
| D558,792 S | 1/2008 | Chigira |
| D559,220 S | 1/2008 | Lee et al. |
| D560,192 S | 1/2008 | Lee et al. |
| D560,683 S | 1/2008 | Lee |
| D560,686 S | 1/2008 | Kim |
| D561,153 S | 2/2008 | Hong et al. |
| D561,204 S | 2/2008 | Toh |
| D561,782 S | 2/2008 | Kim |
| D562,285 S | 2/2008 | Lim |
| D563,432 S | 3/2008 | Kim |
| D563,929 S | 3/2008 | Park |
| D568,309 S * | 5/2008 | Cebe et al. ............. D14/341 |
| D573,143 S * | 7/2008 | Park et al. ............. D14/341 |
| D574,015 S * | 7/2008 | Masui ................. D14/496 |
| 7,409,059 B2 * | 8/2008 | Fujisawa ............... 379/433.13 |
| D579,930 S * | 11/2008 | Maskatia .............. D14/341 |
| D580,387 S | 11/2008 | Andre et al. |
| D581,922 S | 12/2008 | Andre et al. |
| D584,738 S * | 1/2009 | Kim et al. ............. D14/496 |
| D586,800 S * | 2/2009 | Andre et al. ............ D14/341 |
| D589,979 S * | 4/2009 | Andre et al. ............ D14/496 |
| 2004/0132499 A1 | 7/2004 | Abe |
| 2004/0166907 A1 | 8/2004 | Yajima |
| 2004/0223004 A1 | 11/2004 | Lincke et al. |
| 2005/0130715 A1 | 6/2005 | Fujisawa |
| 2006/0281501 A1 | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | 4/2007 | Yoon et al. |
| 2008/0004083 A1 * | 1/2008 | Ohki et al. .............. 455/566 |
| 2008/0004085 A1 | 1/2008 | Jung et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
Hilon LG DMB MP3 FM35, posted on Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL:http://hilon.com.en.autobak/a8810005549>.
eFashion Magazine, 2004, vol. No. 12, p. 60, China.
eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.
eFashion Magazine, Apr. 2006, vol. No. 142, p. 26, China.
Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.
U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.
U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.
U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.
U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 5, 2008.
U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 6, 2008.
U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.
Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
LG DE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, <URL:http//www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL:http//www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, <URL:http://www.engadget.com>.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 04/25/2011



FIG. 1



FIG. 2

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

