Exhibit 6

Part 1 of 4



7293088

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*April 25, 2011*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *29/328,018*
**FILING DATE:** *November 18, 2008*
**PATENT NUMBER:** *D618677*
**ISSUE DATE:** *June 29, 2010*

Certified by

*David J. Kappos*

**Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office**

APLNDC00030442

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

## Application Number: 29328018          Document Date: 11/18/2008

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- ## Design Drawing

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://es/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: February 8, 2006

1

APLNDC00030443

PTO/SB/18 (08-08)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DESIGN PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | 2607.0590002(P4984USD1)/TGD/AKS |
| *First Named Inventor* | Bartley K. ANDRE |
| *Title* | Electronic Device |
| *Express Mail Label No.* | |

**ADDRESS TO:**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

*DESIGN V. UTILITY:* A "design patent" protects an article's ornamental appearance (e.g., the way an article looks) (35 U.S.C. 171), while a "utility patent" protects the way an article is used and works (35 U.S.C. 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information, see MPEP 1502.01.

## APPLICATION ELEMENTS
*See MPEP 1500 concerning design patent application contents.*

1. [ ] Fee Transmittal Form *(e.g., PTO/SB/17)*

2. [ ] Applicant claims small entity status. See 37 CFR 1.27.

3. [X] Specification    *[Total Pages* 4 *]*
   *(preferred arrangement set forth below, MPEP 1503.01)*
   - Preamble
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Description of the figure(s) of the drawings
   - Feature description
   - Claim (only one (1) claim permitted, MPEP 1503.03)

4. [X] Drawing(s) *(37 CFR 1.152)* [Total Sheets 8 ]

5. Oath or Declaration    *[Total Pages* 8 *]*
   a. [ ] Newly executed (original or copy)
   b. [X] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 16 completed)*
      *DELETION OF INVENTOR(S)*
      i. [ ] Signed statement attached deleting inventor(s) named in the prior application, 37 CFR 1.63(d)(2) and 1.33(b)

6. [X] Application Data Sheet. See 37 CFR 1.76

## ACCOMPANYING APPLICATION PARTS

7. [ ] Assignment Papers (cover sheet & document(s))

8. [ ] 37 CFR 3.73(b) Statement    [ ] Power of *(when there is an assignee)*    Attorney

9. [ ] English Translation Document *(if applicable)*

10. [X] Information Disclosure Statement (IDS) PTO/SB/08 or PTO-1449
    [ ] Copies of foreign patent documents, publications, & other information

11. [ ] Preliminary Amendment

12. [ ] Return Receipt Postcard (MPEP 503) *(Should be specifically itemized)*

13. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)

14. [ ] Request for Expedited Examination of a Design Application (37 CFR 1.155) (NOTE: Use "Mail Stop Expedited Design" )

15. [X] Other: Authorization under 37 CFR 1.136(a)(3)

## 16. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[ ] Continuation   [X] Divisional   [ ] Continuation-in-part (CIP) of prior application No.: 29/282,834

*Prior application information:* Examiner Angela J. Lee    Art Unit: 2911

## 17. CORRESPONDENCE ADDRESS

[ ] The address associated with Customer Number:    **63975**    OR    [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | *(signature)* | Date | November 18, 2008 |
|---|---|---|---|
| Name (Print/Type) | Tracy Gene G. Durkin | Registration No. (Attorney/Agent) | 32,831 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902,086

## APPLICATION DATA SHEET

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Bartley |
| **Middle Name:** | K. |
| **Family Name:** | ANDRE |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 333 Pope Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94025 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 2:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | NZ |
| **Given Name:** | Daniel |
| **Middle Name:** | J. |
| **Family Name:** | COSTER |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 756 Church Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |

APLNDC00030445

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 3:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | IT |
| **Given Name:** | Daniele |
| **Family Name:** | DE IULIIS |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 50 Digby Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 4:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Richard |
| **Middle Name:** | P. |
| **Family Name:** | HOWARTH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 3928 17th Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |

APLNDC00030446

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 5:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Jonathan |
| **Middle Name:** | P. |
| **Family Name:** | IVE |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 196 Twin Peaks Blvd. |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94114 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 6:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Steve |
| **Family Name:** | JOBS |
| **City of Residence:** | Palo Alto |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 2101 Waverley Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Palo Alto |
| **State of Mailing Address:** | CA |

APLNDC00030447

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94301 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 7:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Duncan |
| **Middle Name:** | Robert |
| **Family Name:** | KERR |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 73 Miguel Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 8:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | JP |
| **Given Name:** | Shin |
| **Family Name:** | NISHIBORI |
| **City of Residence:** | Portola Valley |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 28 Aliso Way |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Portola Valley |
| **State of Mailing Address:** | CA |

APLNDC00030448

| | |
|---|---|
| **Postal Code of Mailing Address:** | 94208 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 9:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Matthew |
| **Middle Name:** | Dean |
| **Family Name:** | ROHRBACH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 29 Ora Way |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94131 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 10:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Douglas |
| **Middle Name:** | B. |
| **Family Name:** | SATZGER |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 225 Arden Road |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |

APLNDC00030449

| | |
|---|---|
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94025 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 11:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor (Deceased) |
| **Citizenship:** | US |
| **Given Name:** | Calvin |
| **Middle Name:** | Q. |
| **Family Name:** | SEID |
| **City of Residence:** | Palo Alto |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 1043 High Street |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Palo Alto |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94301 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 12:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | AU |
| **Given Name:** | Christopher |
| **Middle Name:** | J. |
| **Family Name:** | STRINGER |
| **City of Residence:** | Woodside |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 20100 Skyline Boulevard |
| **Address-2 of Mailing Address:** | |

APLNDC00030450

**City of Mailing Address:** Woodside
**State of Mailing Address:** CA
**Postal Code of Mailing Address:** 94062
**Country of Mailing Address:** US
**Phone:**
**Fax:**
**E-mail:**

Inventor 13:

**Applicant Authority Type:** Inventor
**Citizenship:** CA
**Given Name:** Eugene
**Middle Name:** Antony
**Family Name:** WHANG
**City of Residence:** San Francisco
**State of Residence:** CA
**Country of Residence:** US
**Address-1 of Mailing Address:** #1-400 Dolores Street
**Address-2 of Mailing Address:**
**City of Mailing Address:** San Francisco
**State of Mailing Address:** CA
**Postal Code of Mailing Address:** 94114
**Country of Mailing Address:** US
**Phone:**
**Fax:**
**E-mail:**

Inventor 14:

**Applicant Authority Type:** Inventor
**Citizenship:** DE
**Given Name:** Rico
**Family Name:** ZORKENDORFER
**City of Residence:** San Francisco
**State of Residence:** CA
**Country of Residence:** US
**Address-1 of Mailing Address:** 327 Lombard Street
**Address-2 of Mailing Address:**

APLNDC00030451

| | |
|---|---|
| **City of Mailing Address:** | San Francisco |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94133 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

*Correspondence Information:*

**Customer Number:**                              63975                    *63975*

*Application Information:*

| | |
|---|---|
| **Title of Invention:** | Electronic Device |
| **Application Type:** | regular, design |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1)/TGD/AKS |

Botanic Information:

Publication Information:
**Suggested Figure for Publication -**
**Suggested Classification -**
**Suggested Technology Center -**
**Total Number of Drawing Sheets - 8**

*Representative Information:*

practitioner(s) at Customer Number:


         63975            *63975*


as our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

*Domestic Priority Information:*

This is a Divisional of US application number 29/282,834, filed 2007-07-30.

US application number 29/282,834, filed 2007-07-30 is a Continuation of US application number

APLNDC00030452

29/270,888, filed 2007-01-05, now U.S. Patent D558,758.

*Foreign Priority Information:*

*Assignee Information:*

Assignee 1:

| | |
|---|---|
| **Organization Name:** | Apple Inc. |
| **Address-1 of Mailing Address:** | 1 Infinite Loop |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: November 18, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902151_1.DOC

APLNDC00030453

Attorney Docket No.
2607.0590002/P4984USD1

# SPECIFICATION

[0001]        This application is a divisional application of U.S. Design Patent

Application No. 29/282,834, filed July 30, 2007 (pending), which is a

continuation application of U.S. Design Patent Application No. 29/270,888,

[0002]    filed January 5, 2007 (now U.S. Patent No. Des. 558,758), the disclosures of

which are all hereby incorporated in their entirety by reference thereto.

        This is an application for a new, original, and ornamental design for an

[0003]    ELECTRONIC DEVICE, of which the following is a specification, reference

being had to the accompanying drawings, forming a part thereof.

[0004]        Figure 1 is a front perspective view of an electronic device in

[0005]    accordance with the present invention;

[0006]        Figure 2 is a rear perspective view thereof;

[0007]        Figure 3 is a front view thereof;

[0008]        Figure 4 is a rear view thereof;

[0009]        Figure 5 is a top view thereof;

[0010]        Figure 6 is bottom view thereof;

[0011]        Figure 7 is a left side view thereof;

        Figure 8 is a right side view thereof;

[0012]        Figure 9 is a front perspective view of an electronic device in

[0013]    accordance with the present invention;

[0014]        Figure 10 is a rear perspective view thereof;

[0015]        Figure 11 is a front view thereof;

[0016]        Figure 12 is a rear view thereof;

[0017]        Figure 13 is a top view thereof;

APLNDC00030454

Attorney Docket No.
2607.0590002/P4984USD1

[0018]          Figure 14 is bottom view thereof;

[0019]          Figure 15 is a left side view thereof; and

                Figure 16 is a right side view thereof.

[0020]          Figure 17 is a front perspective view of an electronic device in

accordance with the present invention;

[0021]          Figure 18 is a rear perspective view thereof;

[0022]          Figure 19 is a front view thereof;

[0023]          Figure 20 is a rear view thereof;

[0024]          Figure 21 is a top view thereof;

[0025]          Figure 22 is bottom view thereof;

[0026]          Figure 23 is a left side view thereof;

[0027]          Figure 24 is a right side view thereof;

[0028]          Figure 25 is a front perspective view of an electronic device in

accordance with the present invention;

[0029]          Figure 26 is a rear perspective view thereof;

[0030]          Figure 27 is a front view thereof;

[0031]          Figure 28 is a rear view thereof;

[0032]          Figure 29 is a top view thereof;

[0033]          Figure 30 is bottom view thereof;

[0034]          Figure 31 is a left side view thereof; and

[0035]          Figure 32 is a right side view thereof.

[0036]          The features shown in broken lines in the various Figures are for

illustrating environmental structure and form no part of the claimed design.

The dot dash lines in Figures 9 & 11 represent an indeterminate length.

[0037]          The surfaces of the electronic device are illustrated with color

APLNDC00030455

Attorney Docket No.
2607.0590002/P4984USD1

designations. The grid pattern indicates the color black, the dashed line pattern indicates metal.  By way of example, the metallic portions may be selected from steel, aluminum, anodized aluminum, chrome, nickel, and/or the like.

[0038]        More generally, the invention pertains to an ornamental design for an article of manufacture.  The article is not limited to the scale shown herein. As indicated in the title, the article of manufacture  to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item or toy.

APLNDC00030456

Attorney Docket No.
2607.0590002/P4984USD1

WE CLAIM:

The ornamental design of an electronic device, as shown and described.

895429_1.DOC

APLNDC00030457

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To be assigned* |
| ANDRE *et al.* | Art Unit: *To be assigned* |
| Appl. No.: *To be assigned*<br>(*Divisional of Appl. No. 29/282,834;<br>Filed July 30, 2007*) | Examiner: *To be assigned* |
| Filed: *Herewith* | Atty. Docket:  2607.0590002(P4984USD1)/TGD/AKS |
| For:  **Electronic Device** | |

### Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

    The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time.   The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: <u>November 18, 2008</u>

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902150_1.DOC

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 1 of 8
NEW SHEET



*FIG. 1*



*FIG. 2*

APLNDC00030459

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 2 of 8
NEW SHEET



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

APLNDC00030460

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 3 of 8
NEW SHEET



**FIG. 9**



**FIG. 10**

APLNDC00030461

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 4 of 8
NEW SHEET



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15

FIG. 16

APLNDC00030462

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 5 of 8
NEW SHEET



*FIG. 17*



*FIG. 18*

APLNDC00030463

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 6 of 8
NEW SHEET



*FIG. 19*

*FIG. 20*

*FIG. 21*

*FIG. 22*

*FIG. 23*

*FIG. 24*

APLNDC00030464

Inventors: ANDRE et al.
Appl. No. To be assigned
Sheet 7 of 8
NEW SHEET



*FIG. 25*



*FIG. 26*

APLNDC00030465

Inventors: PORTER et al.
Appl. No. To be assigned
Sheet 8 of 8
NEW SHEET



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31

FIG. 32

APLNDC00030466

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)   1.   ☐   is attached hereto.

2.   ☒   was filed on January 5, 2007as
U.S. Application No. 29/270,888.

3.   ☐   was filed on _____ as
PCT International Application No. _____
and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

|  |  |  | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |

APLNDC00030467

Direct Correspondence To:          **Customer Number: 062464**

Direct Telephone Calls To:          **Michael J. Ferrazano at telephone number (408) 255-8001**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
First Inventor:                    Bartley K. Andre          Citizenship:               U.S.

Inventor's signature:                                        Date of Signature:

Residence:        (City)           Menlo Park               (State/Country)           CA/U.S.

Address:                  655 Fourteenth Ave., Menlo Park, CA 94025

Typewritten Full Name of
Second Inventor:                   Daniel J. Coster          Citizenship:             New Zealand

Inventor's signature:                                        Date of Signature:   03·27·06

Residence:        (City)           San Francisco            (State/Country)           CA/U.S.

Address:                  471 14th Street, San Francisco, CA 94103

Typewritten Full Name of
Third Inventor:                    Daniele De Iuliis         Citizenship:               IT

Inventor's signature:                                        Date of Signature:   03 22 07

Residence:        (City)           San Francisco            (State/Country)           CA/U.S.

Address:                  50 Digby Street, San Francisco, CA 94131

Typewritten Full Name of
Fourth Inventor:                   Richard P. Howarth        Citizenship:           Great Britain

Inventor's signature:                                        Date of Signature:   3·27·0

Residence:        (City)           San Francisco            (State/Country)           CA/U.S.

Address:                  3928 17th Street, San Francisco, CA 94114

APLNDC00030468

Typewritten Full Name of
Fifth Inventor:                        Jonathan P. Ive                    Citizenship:              Great Britain

**Inventor's signature:**                                            Date of Signature: 3-30-07

Residence:        (City)           San Francisco                  (State/Country)           CA/U.S.

Address:                       196 Twin Peaks Blvd., San Francisco, CA 94114

Typewritten Full Name of
Sixth Inventor:                       Steve Jobs                    Citizenship:              U.S.

**Inventor's signature:**                                            Date of Signature:

Residence:        (City)           Palo Alto                     (State/Country)           CA/U.S.

Address:                       2101 Waverley Street, Palo Alto, CA 94301

Typewritten Full Name of
Seventh Inventor:                     Duncan Robert Kerr            Citizenship:              Great Britain

**Inventor's signature:**                                            Date of Signature: 3·29·7

Residence:        (City)           San Francisco                  (State/Country)           CA/U.S.

Address:                       2600 18th Street, #15, San Francisco, CA 94110

Typewritten Full Name of
Eighth Inventor:                      Shin Nishibori               Citizenship:              Japan

**Inventor's signature:**                                            Date of Signature: 2-27-07

Residence:        (City)           San Francisco                  (State/Country)           CA/U.S.

Address:                       248 Amber Drive, San Francisco, CA 94131

Typewritten Full Name of
Ninth Inventor:                       Matthew Dean Rohrbach         Citizenship:              U.S.

**Inventor's signature:**                                            Date of Signature: 03·27·07

Residence:        (City)           San Francisco                  (State/Country)           CA/U.S.

Address:                       29 Ora Way, San Francisco, CA 94131

Typewritten Full Name of
Tenth Inventor:                       Douglas B. Satzger           Citizenship:              U.S.

**Inventor's signature:**                                            Date of Signature: 03·28·07

Residence:        (City)           Menlo Park                    (State/Country)           CA/U.S.

Address:                       225 Arden Road, Menlo Park, CA 94025

APL1D562B/P4984US2                    Page 3

APLNDC00030469

Typewritten Full Name of
Eleventh Inventor:                     Calvin Q. Seid                    Citizenship:                U.S.

**Inventor's signature:**                                              Date of Signature: 2-28-07

Residence:        (City)              Palo Alto                         (State/Country)             CA/U.S.

Address:                     1043 High Street, Palo Alto, CA 94301

Typewritten Full Name of
Twelfth Inventor:                   Christopher J. Stringer             Citizenship:                Australia

**Inventor's signature:**                                              Date of Signature: 2-27-07

Residence:        (City)             Portola Valley                     (State/Country)             CA/U.S.

Address:                   320 Cervantes Road, Portola Valley, CA 94028

Typewritten Full Name of
Thirteenth Inventor:                 Eugene Antony Whang               Citizenship:                Canada

**Inventor's signature:**                                              Date of Signature: 3.27.07

Residence:        (City)             San Francisco                      (State/Country)             CA/U.S.

Address:                   #1-400 Dolores Street, San Francisco, CA 94114

Typewritten Full Name of
Fourteenth Inventor:                 Rico Zorkendorfer                 Citizenship:                Germany

**Inventor's signature:**                                              Date of Signature: 02.27.07

Residence:        (City)             San Francisco                      (State/Country)             CA/U.S.

Address:                   327 Lombard Street, San Francisco, CA 94133

APLNDC00030470

# DECLARATION FOR ORIGINAL U.S. PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled: ELECTRONIC DEVICE, the specification of which,

(check one)       1.   ☐   is attached hereto.

                  2.   ☒   was filed on January 5, 2007as
                          U.S. Application No. 29/270,888.

                  3.   ☐   was filed on _____ as
                          PCT International Application No. _____
                          and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Prior Foreign Application(s)**

I hereby claim foreign priority benefits under Title 35, United States Code, §119(a)-(d) or (f), or §365(b) of any foreign application for patent or inventor's certificate listed below, or under §365(a) of any PCT international application which designated at least one country other than the United States listed below, and I have identified below, by checking the box, any foreign application for patent or inventor's certificate, or any PCT International application having a filing date before that of the application on which priority is claimed:

| | | | Priority Not Claimed | Cert. Copy Attached |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |
| _____ | _____ | _____ | ☐ | ☐ |
| (Application No.) | (Country) | (Filing Date) | | |

APLNDC00030471

**Direct Correspondence To:**          **Customer Number: 062464**

**Direct Telephone Calls To:**          Michael J. Ferrazano at telephone number (408) 255-8001

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
First Inventor:            Bartley K. Andre          Citizenship:          U.S.

Inventor's signature:                               Date of Signature:

Residence:    (City)    Menlo Park          (State/Country)    CA/U.S.

Address:          655 Fourteenth Ave., Menlo Park, CA 94025

Typewritten Full Name of
Second Inventor:          Daniel J. Coster          Citizenship:          New Zealand

Inventor's signature:                               Date of Signature:

Residence:    (City)    San Francisco          (State/Country)    CA/U.S.

Address:          471 14th Street, San Francisco, CA 94103

Typewritten Full Name of
Third Inventor:          Daniele De Iuliis          Citizenship:          IT

Inventor's signature:                               Date of Signature:

Residence:    (City)    San Francisco          (State/Country)    CA/U.S.

Address:          50 Digby Street, San Francisco, CA 94131

Typewritten Full Name of
Fourth Inventor:          Richard P. Howarth          Citizenship:          Great Britain

Inventor's signature:                               Date of Signature:

Residence:    (City)    San Francisco          (State/Country)    CA/U.S.

Address:          3928 17th Street, San Francisco, CA 94114

APL1D562B/P4984US2                    Page 2

APLNDC00030472

**Typewritten Full Name of Fifth Inventor:** _Jonathan P. Ive_   Citizenship: _Great Britain_

**Inventor's signature:** _____   Date of Signature: _____

Residence:   (City)   _San Francisco_   (State/Country)   _CA/U.S._

Address:   _196 Twin Peaks Blvd., San Francisco, CA 94114_

**Typewritten Full Name of Sixth Inventor:** _Steve Jobs_   Citizenship: _U.S._

**Inventor's signature:** _Steve Jobs_   Date of Signature: _3/13/07_

Residence:   (City)   _Palo Alto_   (State/Country)   _CA/U.S._

Address:   _2101 Waverley Street, Palo Alto, CA 94301_

**Typewritten Full Name of Seventh Inventor:** _Duncan Robert Kerr_   Citizenship: _Great Britain_

**Inventor's signature:** _____   Date of Signature: _____

Residence:   (City)   _San Francisco_   (State/Country)   _CA/U.S._

Address:   _2600 18th Street, #15, San Francisco, CA 94110_

**Typewritten Full Name of Eighth Inventor:** _Shin Nishibori_   Citizenship: _Japan_

**Inventor's signature:** _____   Date of Signature: _____

Residence:   (City)   _San Francisco_   (State/Country)   _CA/U.S._

Address:   _248 Amber Drive, San Francisco, CA 94131_

**Typewritten Full Name of Ninth Inventor:** _Matthew Dean Rohrbach_   Citizenship: _U.S._

**Inventor's signature:** _____   Date of Signature: _____

Residence:   (City)   _San Francisco_   (State/Country)   _CA/U.S._

Address:   _29 Ora Way, San Francisco, CA 94131_

**Typewritten Full Name of Tenth Inventor:** _Douglas B. Satzger_   Citizenship: _U.S._

**Inventor's signature:** _____   Date of Signature: _____

Residence:   (City)   _Menlo Park_   (State/Country)   _CA/U.S._

Address:   _225 Arden Road, Menlo Park, CA 94025_

APLNDC00030473

Typewritten Full Name of
Eleventh Inventor: _____ Calvin Q. Seid _____     Citizenship: _____ U.S. _____

Inventor's signature: _____     Date of Signature: _____

Residence:      (City)      Palo Alto _____     (State/Country)      CA/U.S. _____

Address: _____ 1043 High Street, Palo Alto, CA 94301 _____

Typewritten Full Name of
Twelfth Inventor: _____ Christopher J. Stringer _____     Citizenship: _____ Australia _____

Inventor's signature: _____     Date of Signature: _____

Residence:      (City)      Portola Valley _____     (State/Country)      CA/U.S. _____

Address: _____ 320 Cervantes Road, Portola Valley, CA 94028 _____

Typewritten Full Name of
Thirteenth Inventor: _____ Eugene Antony Whang _____     Citizenship: _____ Canada _____

Inventor's signature: _____     Date of Signature: _____

Residence:      (City)      San Francisco _____     (State/Country)      CA/U.S. _____

Address: _____ #1-400 Dolores Street, San Francisco, CA 94114 _____

Typewritten Full Name of
Fourteenth Inventor: _____ Rico Zorkendorfer _____     Citizenship: _____ Germany _____

Inventor's signature: _____     Date of Signature: _____

Residence:      (City)      San Francisco _____     (State/Country)      CA/U.S. _____

Address: _____ 327 Lombard Street, San Francisco, CA 94133 _____

APLNDC00030474

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |

Filed as Large Entity

## Design      Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Design application filing | 1012 | 1 | 220 | 220 |
| Design Search Fee | 1112 | 1 | 100 | 100 |
| Design Examination | 1312 | 1 | 140 | 140 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

APLNDC00030475

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **460** |

APLNDC00030476

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 4306140 |
| Application Number: | 29328018 |
| International Application Number: | |
| Confirmation Number: | 7091 |
| Title of Invention: | Electronic Device |
| First Named Inventor/Applicant Name: | Bartley K. ANDRE |
| Customer Number: | 63975 |
| Filer: | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| Filer Authorized By: | Tracy-Gene G. Durkin |
| Attorney Docket Number: | 2607.0590002(P4984USD1) |
| Receipt Date: | 18-NOV-2008 |
| Filing Date: | |
| Time Stamp: | 10:30:21 |
| Application Type: | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $460 |
| RAM confirmation Number | 6685 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

APLNDC00030477

| 1 | Miscellaneous Incoming Letter | 26070590002cvrltr.pdf | 69202<br>f407bb6b28115073c5608c3d93f054254ab33ef6 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 2 | Transmittal of New Application | 26070590002apptrans.pdf | 69460<br>c3ea09e3b9de98a894c120de501660b88d3de77e | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 3 | Authorization for Extension of Time all replies | 26070590002eotauth.pdf | 29738<br>c9cf6deaa364d3c3672f5785718dd4777dc6a3c8 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 4 | Application Data Sheet | 26070590002ads.pdf | 262746<br>315d8674975e67a6189287f27c0fd8b6cb762b69 | no | 9 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| This is not an USPTO supplied ADS fillable form |
|---|

| 5 | | 26090590002specdrw.pdf | 422494<br>21f1063aa369e5284db6af9badcf8fc8429a68f9 | yes | 12 |
|---|---|---|---|---|---|

| **Multipart  Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Specification | 1 | 3 |
| Claims | 4 | 4 |
| Drawings-only black and white line drawings | 5 | 12 |

| **Warnings:** |
|---|

| **Information:** |
|---|

| 6 | Oath or Declaration filed | 26070590002dec.pdf | 248535<br>a8108e2029bec3d5073998d9b0e74be43d82898b | no | 8 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 7 | Information Disclosure Statement (IDS) Filed (SB/08) | 26070590002ids.pdf | 343355<br>a6251d9571661637db22ab77990d8e197f55018c | no | 8 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

APLNDC00030478

This is not an USPTO supplied IDS fillable form

| 8 | Fee Worksheet (PTO-06) | fee-info.pdf | 32952<br><br>66210ab8ea8ff41970c8a42be18822da0caf727 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 1478482 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00030479

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>(Use as many sheets as necessary) | **Complete if Known** | |
|---|---|---|
| | Application Number | To be assigned |
| | Filing Date | Herewith |
| | First Named Inventor | ANDRE *et al.* |
| | Art Unit | To be assigned |
| | Examiner Name | To be assigned |

| Sheet | 1 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1) |
|---|---|---|---|---|---|

| Examiner Initials* | Cite No.[1] | Document Number | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | Number-Kind Code[2] (if Known) | | | |
| | US1 | D289,873 | 05-19-1987 | Gemmell *et al.* | |
| | US2 | D337,569 | 07-20-1993 | Kando | |
| | US3 | D456,023 | 04-23-2002 | Andre *et al.* | |
| | US4 | D489,731 | 05-11-2004 | Huang | |
| | US5 | D498,754 | 11-23-2004 | Blyth | |
| | US6 | D499,423 | 12-07-2004 | Bahroocha *et al.* | |
| | US7 | D502,173 | 02-22-2005 | Jung *et al.* | |
| | US8 | D504,889 | 05-10-2005 | Andre *et al.* | |
| | US9 | D505,950 | 06-07-2005 | Summit *et al.* | |
| | US10 | 2005/0130715 | 06-16-2005 | Fujisawa | |
| | US11 | D507,003 | 07-05-2005 | Pai *et al.* | |
| | US12 | D514,121 | 01-31-2006 | Johnson | |
| | US13 | D514,590 | 02-07-2006 | Naruki | |
| | US14 | D519,523 | 04-25-2006 | Chiu *et al.* | |
| | US15 | D520,020 | 05-02-2006 | Senda *et al.* | |
| | US16 | D528,542 | 09-19-2006 | Luminosu *et al.* | |
| | US17 | D528,561 | 09-19-2006 | Ka-Wei *et al.* | |
| | US18 | D529,045 | 09-26-2006 | Shin | |

| **FOREIGN PATENT DOCUMENTS** | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Kind Code[5] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | FP1 | KR 30-0452432 | 06-14-2007 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Transaction is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902104_1.DOC

Rev. 11-03-03 svb

APLNDC00030480

PTO/SB/08a (08-03)
Approved for use through 07/31/2006.  OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | To be assigned |
| | | | Filing Date | Herewith |
| | | | First Named Inventor | ANDRE *et al.* |
| | | | Art Unit | To be assigned |
| | | | Examiner Name | To be assigned |
| Sheet | 2 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1) |

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US19 | D532,791 | 11-28-2006 | Kim | |
| | US20 | 2006/0281501 | 12-14-2006 | Zuo *et al.* | |
| | US21 | D534,143 | 12-26-2006 | Lheem | |
| | US22 | D535,281 | 01-16-2007 | Yang | |
| | US23 | D536,691 | 02-13-2007 | Park | |
| | US24 | D538,822 | 03-20-2007 | Andre *et al.* | |
| | US25 | 2007/0082718 | 04-12-2007 | Yoon *et al.* | |
| | US26 | D541,298 | 04-24-2007 | Andre *et al.* | |
| | US27 | D541,299 | 04-24-2007 | Andre *et al.* | |
| | US28 | D546,313 | 07-10-2007 | Lheem | |
| | US29 | D548,747 | 08-14-2007 | Andre *et al.* | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Kind Code[5] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | | Date Considered | |
|---|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6] Applicant is to place a check mark here if English language Transaction is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902104_1.DOC

Rev. 11-03-03 svb

APLNDC00030481

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449B/PTO | | | | Complete If Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | *Application Number* | To be assigned |
| | | | | *Filing Date* | Herewith |
| | | | | *First Named Inventor* | ANDRE *et al.* |
| | | | | *Art Unit* | To be assigned |
| | | | | *Examiner Name* | To be assigned |
| Sheet | 3 | of | 3 | *Attorney Docket Number* | 2607.0590002(P4984USD1) |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
|---|---|---|---|
| | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-071. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL3 | LG KE850 Prada, announced January 2007, [onlinel, [retrieved on 02-20-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07]. Retrieved from Internet ,<URL:http://www.gsmarena.com> | |
| | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07]. Retrieved from Internet ,<URL:http://www.mobilewhack.com> | |
| | NPL6 | Meizu M8, posted January, 29, 2007, [online], [retrieved on 09-13-07]. Retrieved from Internet ,<URL:http://www.engadget.com> | |
| | NPL7 | U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed 09-04-2007. | |
| | NPL8 | U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed 09-05-2007. | |
| | NPL9 | U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed 06-06-2008. | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00030482



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr
Michael V. Messinger
Judith U. Kim
Jeffrey T. Helvey
Eldora L. Ellison
Donald R. Banowit

Peter A. Jackman
Brian J. Del Buono
Mark Fox Evens
Vincent L. Capuano
Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Glenn J. Perry
Theodore A. Wood
Edward W. Yee
Grant E. Reed
Jason D. Eisenberg
Tracy L. Muller
Jon E. Wright
LuAnne M. DeSantis
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Gaby L. Longsworth

Lori A. Gordon
Laura A. Vogel
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
W. Blake Coblenz
James J. Pohl
John T. Haran
Mark W. Rygiel
Michael R. Malek*
Carla Ji-Eun Kim
Doyle A. Siever*
Ulrike Winkler Jenks
Paul A. Calvo
C. Matthew Rozier*
Randall K. Baldwin

Daniel J. Nevrivy
Lori M. Brandes
Jeffrey K. Mills*
Mita Mukherjee*
Scott M. Woodhouse*
Christian A. Camarce*
Richard D. Coller III*
Keisha Hylton-Rodic
Bonnie Nannenga-Combs
Alyssa K. Sandrowitz*
Jonathan M. Strang*
Ishan P. Weerakoon*

Registered Patent Agents•
Karen R. Markowicz
Matthew J. Dowd
Peter A. Socarras
Danielle L. Letting
Steven C. Oppenheimer

Aaron S. Lukas
Gaurav Asthana
Stephanie L. Elmer
Robert E. Bakin
Salvador M. Bezos
Yasser Mourtada

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Marvin C. Guthrie
Christopher P. Wrist
David C. Isaacson

*Admitted only in Maryland
∆ Admitted only in Virginia
•Practice Limited to
  Federal Agencies

November 18, 2008

WRITER'S DIRECT NUMBER:
(202) 772-8660
INTERNET ADDRESS:
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

    Re:    U.S. Design Patent Application
           (*Divisional of Appl. No. 29/282,834; Filed July 30, 2007*)
           Appl. No. *To be assigned*; Filed:  November 14, 2008
           For:    **Electronic Device**
           Inventors:  ANDRE *et al.*
           Our Ref:  2607.0590002(P4984USD1)/TGD/AKS

Sir:

    The following documents are transmitted herewith for appropriate action by the U.S. Patent and Trademark Office:

    1.    Design Patent Application Transmittal Form (PTO/SB/18);

    2.    Online Credit Card Payment Authorization for $460.00 to cover basic filing, search, and examination fees;

    3.    Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3);

    4.    U.S. Design Patent Application entitled:

**Electronic Device**

and naming as inventors:

Bartley K. ANDRE
Daniel J. COSTER
Daniele DE IULIIS
Richard P. HOWARTH
Jonathan P. IVE
Steve JOBS

Sterne, Kessler, Goldstein & Fox P.L.L.C. : 1100 New York Avenue, NW : Washington, DC 20005 : 202.371.2600 f 202.371.2540 : www.skgf.com

Commissioner for Patents
November 18, 2008
Page 2

      Duncan Robert KERR
      Shin NISHIBORI
      Matthew Dean ROHRBACH
      Douglas B. SATZGER
      Calvin Q. SEID
      Christopher J. STRINGER
      Eugene Antony WHANG
      Rico ZORKENDORFER

      the application consisting of:

      a.     an Application Data Sheet (37 C.F.R. § 1.76);

      b.     4 pages of textual specification including one claim;

      c.     8 sheets of formal drawings comprising Figures 1-32; and

      d.     A copy of the executed Declaration, as filed in U.S. Appl. No. 29/282,834;

5.     An Information Disclosure Statement (IDS);

6.     IDS Forms (3 pages) citing documents US1-US29, FP1 and NPL1-NPL9.

The above-listed documents are filed electronically through EFS-Web.

     Fee payment is provided through online credit card payment. The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

              Respectfully submitted,

              STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

              Tracy-Gene G. Durkin
              Attorney for Applicants
              Registration No. 32,831

TGD/AKS:dbj
Enclosures

902171_1.DOC

APLNDC00030484

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To be assigned* |
| ANDRE *et al.* | Art Unit: *To be assigned* |
| Appl. No.: *To be assigned* (*Divisional of U.S. Appl. No. 29/282,834; Filed: July 30, 2007*) | Examiner: *To be assigned* |
| Filed: *Herewith* | Atty. Docket: 2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98.

Where the publication date of a listed document does not provide a month of publication, the year of publication of the listed document is sufficiently earlier than the effective U.S. filing date and any foreign priority date so that the month of publication is not in issue.  Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned.  However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

APLNDC00030485

ANDRE *et al.*
Appl. No. To be assigned

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent application does not exist. The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1. Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒ 2. Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114. No statement or fee is required.

☐ 3. Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030486

- 3 -                                        ANDRE *et al.*
                                       Appl. No. To be assigned

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.  Attached is our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.  Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more than three months after the U.S. filing date and after the mailing date of a Final Rejection or Notice of Allowance, but on or before payment of the Issue Fee.  Enclosed find our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030487

- 4 -                                          ANDRE *et al.*
                                          Appl. No. To be assigned

Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐    b.    Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.    The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application. Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38.

☐ 6.    A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

☒ 7.    In accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent application publications cited on the attached IDS Forms are submitted. Further, NPL7-NPL9 are believed to be stored on the Image File Wrapper System. Thus, copies of these documents are not attached. MPEP 1406; 1287 O.G. 163 (Oct. 19, 2004).

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030488

- 5 -                                                ANDRE *et al.*
                                              Appl. No. To be assigned

☒ 8.   Copies of the documents FP1 and NPL1-NPL6 were cited by or submitted to the
       Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No.
       29/282,834, filed July 30, 2007, which is relied upon for an earlier filing date
       under 35 U.S.C. § 120.  Thus, copies of these documents are not attached.  37
       C.F.R. § 1.98(d).

☒ 9.   It is expected that the examiner will review the prosecution and cited art in the
       parent application nos. 29/282,834, filed July 30, 2007 and 29/270,888, filed
       January 5, 2007 in accordance with MPEP 2001.06(b), and indicate in the next
       communication from the office that the art cited in the earlier prosecution history
       has been reviewed in connection with the present application.

       It is respectfully requested that the Examiner initial and return a copy of the
enclosed IDS Forms, and indicate in the official file wrapper of this patent application
that the documents have been considered.

       The U.S. Patent and Trademark Office is hereby authorized to charge any fee
deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

                           Respectfully submitted,

                           STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.


                           Tracy-Gene G. Durkin
                           Attorney for Applicants
                           Registration No. 32,831

Date:    November 18, 2008

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902143_1.DOC

                                        Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030489



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | 2913 | 460 | 2607.0590002(P4984USD1)/T | 1 | 1 |

**CONFIRMATION NO. 7091**

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**FILING RECEIPT**

*OC000000033350123*

Date Mailed: 11/28/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Bartley K. ANDRE, Menlo Park, CA;
Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;
Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Steve Jobs, Palo Alto, CA;
Duncan Robert Kerr, San Francisco, CA;
Shin Nishibori, Portola Valley, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, Menlo Park, CA;
Calvin Q. Seid, Palo Alto, CA, Deceased;
Christopher J. Stringer, Woodside, CA;
Eugene Anthony Whang, San Francisco, CA;
Rico Zorkendorfer, San Francisco, CA;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**
This application is a DIV of 29/282,834 07/30/2007 PAT D,581,922
which is a CON of 29/270,888 01/05/2007 PAT D,558,758

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 11/26/2008

page 1 of 3

APLNDC00030490

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 29/328,018**

**Projected Publication Date:**  None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

      Electronic Device

**Preliminary Class**

      D14

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

APLNDC00030491

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00030492



| 首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道 |
| 爱摄会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 | | 搜索 |

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29　作者：　来源：海龙资讯

第1页：纯白演艺

对于LG的新品DMB MP3——FM35，我们以前早有报道：DMB战火俞演俞烈 LG新推
FM35、MP3+DMB LG FM35，而今天要给大家展示的是韩国网站pmpinside和minivian为FM35
拍摄的精美图片，很凑巧的是这两个网站拍摄的分别是一黑一白两款机器，倒是更加充分
的展示FM35的魅力所在。



### 最新文章 New

- 神舟疾速X700独显 承运 W280A降1000
- IBM T60包价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04售9688元！
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

### 热门文章 100篇

- 和512M容量MP3说再见！ LG彩屏MP3导购
- 夹热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价！ 30G容量仅售2580
- MP4变PSP！JXD683 游戏 MP4仅售750元
- 告别既夜看世界杯！ 彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

### -- 论坛热贴 --

- 教你如何刻录极品CD音 乐碟
- DIY牛人自制M4机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



APLNDC00030493

Case 5:11-cv-01846-LHK   Document 1089-10   Filed 06/12/12   Page 54 of 76
Page 2 of 3



APLNDC00030494

【黑白猫 "LG新颖DMB MP3 FM35精美图赏"】_海龙资讯



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



**Kodak 柯达**
**V570**

RETINA双镜头技术
23毫米超广角
5倍光学变焦

加 **399元** 即送
柯达3系相片打印机

¥2599元

相关文章：
- 我是双芯的！DEC C150 512MB仅售399元（2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
- 明基卧促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本1198B（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏基高端系列Aspire 5672跌破12000（2006-06-29）

用户名：                匿名  申请新用户
密  码：
内  容：

发 表    清 除
查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证号：*京ICP证050702号



APLNDC00030495



| 首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道 |

爱摄会 | 歌友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 | [____] 搜索

# 黑白猜  LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29　作者：　来源：海龙资讯

第2页：嫩绿心情



**最新文章 New**

- 神舟疾速X700独显 承运 ￥280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04售9688元！
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

**本月之星 TOP10**

- ➡ 和512M容量MP3说再见！ 1G彩屏MP3导购
- ➡ 炎热挡不住 夏日狂降笔 记本分享篇
- ➡ iPod video疯狂降价！ 30G容量仅售2580
- ➡ MP4变PSP！JXD683 游戏 MP4仅售750元
- ➡ 告别熬夜看世界杯！彩 屏MP3、MP4导购
- ➡ 不用锻炼臂力 家用长焦 防抖相机选购

**-- 论坛热贴 --**

- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



APLNDC00030496





APLNDC00030497



责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页

**Kodak 柯达 V570**

BETINA双镜头技术
23毫米超广角
5倍光学变焦 ￥2599元

加 399元 即送
柯达3系相片打印机

相关文章

* 我是双芯的！DEC C150 512MB仅399元（ 2006-06-29）
* 天籁之音 OPPO X17K 256M仅售499元（ 2006-06-29）
* 明基要促忙！买DA102送精美挂链一条（ 2006-06-29）
* 学生机杀手 三星C1 256M容量小降60元（ 2006-06-29）
* 炎夏送清凉 理光巧克力冰淇淋版上市（ 2006-06-29）
* 宏基高端商务机 TM8204 惊爆降价中（ 2006-06-29）
* 神舟疾速X700独显 承运W280A降1000（ 2006-06-29）
* S3000高配版也便宜 NEC白色本11988（ 2006-06-29）
* IBM T60售价35000元 送429元电子鱼（ 2006-06-29）
* 宏基高端系列Aspire 5672跌破12000（ 2005-06-29）

评论

用户名：

☑ 匿名  申请新用户

密　码：

内　容：

发表   清除

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

APLNDC00030498

Case 5:11-cv-01846-LHK　Document 1989-10　Filed 06/12/12　Page 59 of 76



| HILON 海龙资讯 | 首页 | 行情促销 | 新闻中心 | 报价中心 | 评测中心 | DC/DV | MP3/MP4 | 笔记本 | 硬件频道 |
| | 爱摄会 | 器友会 | 论坛 | 海龙电子地图 | 网上投诉 | 海龙维修中心 | 海龙采风 | 搜索 | |

# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29　作者：　来源：海龙资讯

第3页：黑色基调



### 最新文章 New

- 神舟疾速X700独显 承运 W280A降1000
- IBM T60也价35000元 送 429元电子鱼
- 大降500元 三星R50-CV04也9688元！
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

### 本周特卖TOP5

- 和512M容量MP3说再见！ 1G彩屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价！ 30G容量仅售2580
- MP4变PSP！JXD683 游戏 MP4仅售750元
- 告别熬夜看世界杯！彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

### 论坛热贴

- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



海龙论坛欢迎您！

APLNDC00030499

【黑白猪 LG新颖DMB MP3 FM35精美图类】 海龙资讯







APLNDC00030500

【黑白猜-LG新颖DMB MP3-PM39精美图赏】-海龙资讯

责任编辑：高靖宇
第一页 1 2 3 4 5 6 7 8 9 最后页





相关文章
· 我是双芯的！DEC C150 512MB仅399元（2006-06-29）
· 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）
· 明基急促忙！买DA102送精美挂链一条（2006-06-29）
· 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
· 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
· 宏基高端商务机 TM8204 惊爆降价中（2006-06-29）
· 神舟疾速X700独显 承运W280A降1000（2006-06-29）
· S3000高配版也便宜 NEC白色本11988（2006-06-29）
· IBM T60售价35000元 送429元电子鱼（2006-06-29）
· 宏基高端系列Aspire 5672跌破12000（2006-06-29）

用户名：　　　　　☑ 匿名  申请新用户
密　码：
内　容：

发 表　　清 除
查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

2008-12-26

APLNDC00030501



# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29 作者：  来源：海龙资讯

第4页：多彩屏幕





**最新文章 NEW**
- 神舟疾速X700独显 承运
  W280A降1000
- IBM T60售价35000元 送
  429元电子鱼
- 大降500元 三星R50-
  CV04仅9688元！
- 炎夏送清凉 理光巧克力
  冰淇淋版上市
- S3000高配版也便宜 NEC
  白色本11988
- 学生机杀手 三星C1
  256M容量小降60元

**本周热门文章 TOP10**
- 和512M容量MP3说再见！
  1G影屏MP3导购
- 炎热挡不住 夏日狂降笔
  记本分享篇
- iPod video疯狂降价！
  30G容量仅售2580
- MP4变PSP！JXD683 游戏
  MP4仅售750元
- 告别熬夜看世界杯！彩
  屏MP3、MP4导购
- 不用锻炼臂力 家用长焦
  防抖相机选购

**-- 论坛热贴 --**
- 教你如何刻录极品CD音
  乐碟
- DIY牛人自制MM机箱 男
  士至爱
- K8 超频完整教学
- 笔记本维修也分三六九
  等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出
  货



APLNDC00030502

【黑白猪】Casio掌机1 no-01846 NHK Document 海龙资刊





责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



**Kodak 柯达**
**V570**
RETINA双镜头技术
23毫米超广角
5倍光学变焦
加 399元 即送
柯达3家相片打印机
¥2599元

相关文章：
• 我是双芯的！DEC C150 512MH仅399元（2006-06-29）
• 天籁之音 OPPO X17K 256M仅售499元（2006-06-29）

限时抢
用户名：
密码：
☑ 匿名 强 申请新用户

APLNDC00030503

- 明基忙促忙！买DA102送精美挂链一条（2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（2006-06-29）
- 宏碁高端商务机 TM8204 狂爆降价中（2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（2006-06-29）
- S3000高配版也便宜 NEC白色本11988（2006-06-29）
- IBM T60售价35000元 送429元电子鱼（2006-06-29）
- 宏碁高端系列Aspire 5672跌破12000（2006-06-29）

内容：



[ 发 表 ]  [ 清 除 ]

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号

APLNDC00030504



# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间: 2006-06-29 作者: 来源: 海龙资讯

第5页: 八方展示 一





最新文章 New

· 神舟疾速X700独显 承运 W280A降1000
· IBM T60售价35000元 送 429元电子鱼
· 大降500元 三星R50-CV04售9688元!
· 炎夏送消波 现光巧克力 冰淇淋版上市
· S3000高配版也便宜 NEC 白色本11988
· 学生机杀手 三星C1 256M容量小降60元

相关文章 Hot

◆ 和512M容量MP3说再见! 1G彩屏MP3导购
◆ 炎热挡不住 夏日狂降笔 记本分享篇
◆ iPod video疯狂降价! 30G容量仅售2580
◆ MP4变PSP! JXD683 游戏 MP4仅售750元
◆ 告别熬夜看世界杯! 彩 屏MP3、MP4导购
◆ 不用锻炼臂力 家用长焦 防抖相机选购

论坛热贴

· 教你如何刻录极品CD音 乐碟
· DIY牛人自制MM机箱 男 士至爱
· K8 超频完整教学
· 笔记本维修也分三六九 等
· DELL30英寸LCD 3007WFP
· 939 Opteron明年继续出 货



APLNDC00030505





APLNDC00030506



责任编辑: 高靖宇
第一页 1 2 3 4 5 6 7 8 9 最后页



**Kodak 柯达 V570**
RETINA双镜头技术
23毫米超广角
5倍光学变焦
加 **399元** 即送
柯达3系相片打印机
¥2599元

**相关文章:**



* 我是双芯的! DEC C150 512MB仅399元 ( 2006-06-29 )
* 天籁之音 OPPO X17K 256M仅售499元 ( 2006-06-29 )
* 明基骨促忙! 买DA102送精美挂链一条 ( 2006-06-29 )
* 学生机杀手 三星C1 256M容量小降60元 ( 2006-06-29 )
* 炎夏送清凉 理光巧克力冰淇淋版上市 ( 2006-06-29 )
* 宏基高端商务机 TM8204 惊爆降价中 ( 2006-06-29 )
* 神舟疾速X700独显 承运W280A降1000 ( 2006-06-29 )
* S3000高配版也便宜 NEC白色本11988 ( 2006-06-29 )
* IBM T60售价35000元 送429元电子鱼 ( 2006-06-29 )
* 宏基高端系列Aspire 5672跌破12000 ( 2006-06-29 )

海龙资讯

用户名:
☑ 匿名  申请新用户
密码:
内容:

[发表] [消除]
查看最新评论

网站合作、内容监督、商务咨询电话: 010-82660133
海龙资讯网所有文章和图片版权版权所有, 禁止一切非授权的转载和抄袭行为
网站经营许可证编号: *京ICP证050702号

APLNDC00030507



# 黑白猜 LG新颖DMB MP3 FM35精美图赏

时间：2006-06-29 作者： 来源：海龙资讯

第6页：万用天线





最新文章 New

- 神舟疾速X700独显 承运 W280A降1000
- IBM T60售价35000元 送 429元电子鱼
- 大降500元 三星R50- CV04惊9688元!
- 炎夏送清凉 理光巧克力 冰淇淋版上市
- S3000高配版也便宜 NEC 白色本11988
- 学生机杀手 三星C1 256M容量小降60元

和512M容量MP3说再见! 1G彩屏MP3导购
- 炎热挡不住 夏日狂降笔 记本分享篇
- iPod video疯狂降价! 30G容量仅售2580
- MP4变PSP! JXD683 游戏 MP4仅售750元
- 省钱熬夜看世界杯! 彩 屏MP3、MP4导购
- 不用锻炼臂力 家用长焦 防抖相机选购

-- 论坛热贴 --

- 教你如何刻录极品CD音 乐碟
- DIY牛人自制MM机箱 男 士至爱
- K8 超频完整教学
- 笔记本维修也分三六九 等
- DELL30英寸LCD 3007WFP
- 939 Opteron明年继续出 货



海龙BS
海龙论坛欢迎您!

APLNDC00030508





责任编辑：高靖宇

第一页 1 2 3 4 5 6 7 8 9 最后页



**Kodak 柯达 V570**
RETINA双镜头技术
23毫米超广角
5倍光学变焦
加 399元 即送
柯达3款相片打印机
¥2599元

**相关文章：**

- 我是双芯的！ DEC C150 512MB仅399元（ 2006-06-29）
- 天籁之音 OPPO X17K 256M仅售499元（ 2006-06-29）
- 明基器促化！ 买DA102送精美挂链一条（ 2006-06-29）
- 学生机杀手 三星C1 256M容量小降60元（ 2006-06-29）
- 炎夏送清凉 理光巧克力冰淇淋版上市（ 2006-06-29）
- 宏基高端商务机 TM8204 惊爆降价中（ 2006-06-29）
- 神舟疾速X700独显 承运W280A降1000（ 2006-06-29）
- S3000高配版也便宜 NEC白色本11988（ 2006-06-29）

**评论栏**

用户名： □ 匿名 申请新用户
密 码：
内 容：

发表　清除

APLNDC00030509

• IBM T60售价35000元　送429元电子鱼（ 2006-06-29）
• 宏基高端系列Aspire 5672跌破12000（ 2006-06-29）

查看最新评论

网站合作、内容监督、商务咨询电话：010-82660133
海龙资讯网所有文章和图片版权所有，禁止一切非授权的转载和抄袭行为
网站经营许可证编号：*京ICP证050702号



APLNDC00030510



APLNDC00030511

# 新潮电子

## 领导 数 码 时 尚 新 生 活

# eFashion Magazine

国际刊号·ISSN 1007-077X   国内刊号·CN50-1077/TN

主管·科学技术部 **Authorities in charge**·Ministry of Science and Technology of the People's Republic of China
主办·科学技术部西南信息中心   **Sponsor**·South West Information Center of MOST
合作·电脑报社   **Cooperator**·China PC Weekly
编辑出版·《新潮电子》杂志社   **Publication**·eFashion Magazines

Editor-in-Chief 总编   曾晓东 Zeng Xiaodong
Standing Deputy Editor-in-Chief 常务副总编   陈宗周 Chen Zongzhou
Executive Deputy Editor-in-Chief 执行副总编   谢东／谢宁倡 Xie Dong/Xie Ningchang
Operation Deputy Editor-in-Chief 业务副总编   车东林 David Che
Marketing Deputy Editor-in-Chief 营销副总编   张仪平 Zhang Yiping

编辑部 Editorial Department
Director [主任]   范再生 Jason Fan
Vice-Director [副主任]   陈旭 Phoebus Chen
Editor&Reporter [编辑·记者]   蒲鹏／徐林／游宇 Paco Pu/Lynn Xu/Eric You
赵宏伟／刘璐／望坤 Rocky Zhao/Thomas Liu/ Kevin Wang
董延斌／叶馨／孔华 Joy Dong/Cloris Ye/When K
Tel [电话]   +86-23-63501706
Fax [传真]   +86-23-63513494
Homepage [网址]   http://www.efashion.cn
E-mail [电子邮箱]   efashion@cniti.com

设计制作部 Designing Department
Director [主任]   郑亚佳 Coco Zheng
Art Editor [美术编辑]   铿苍谷／邱江／黄幸   Raymond/Bloods/Huang Xin

广告部 Advertising Department
Director [主任]   祝康 Kent Zhu
E-mail [电子邮箱]   adv@cniti.com
Tel [电话]   +86-23-63509118

发行部 Distribution Department
Director [主任]   杨甦 Yang Su
E-mail [电子邮箱]   pub@cniti.com
Tel [电话]   +86-23-63501710/63536932

市场部 Market Department
Director [主任]   白昆鹏 Kisan Bai
E-mail [电子邮箱]   market@cniti.com
Tel [电话]   +86-23-63521906

读者服务部 Reader Service Department
Homepage [网址]   http://reader.cniti.com
E-mail [电子邮箱]   reader@cniti.com
Tel [电话]   +86-23-63521711

Beijing Office 北京联络站
Tel [电话]   +86-10-82563520/82563521
Fax [传真]   +86-10-82563521-20
E-mail   菁锐 Light Xu
E-mail   bjoffice@cniti.com

Shenzhen Office 深圳联络站
Tel [电话]   张晓鹏 Zhang Xiaopeng
Tel [电话]   +86-755-83864778
Fax [传真]   +86-755-83864766
E-mail [电子邮箱]   szoffice@cniti.com

Shanghai Office 上海联络站
Tel [电话]   李岩 Li Yan
Tel [电话]   +86-21-54900725
Fax [传真]   +86-21-54900726
E-mail [电子邮箱]   shoffice@cniti.com

Guangzhou Office 广州联络站
Tel [电话]   张先伟 Zhang Xianwei
Tel [电话]   +86-20-38299753
Fax [传真]   +86-20-38299234
E-mail [电子邮箱]   gzoffice@cniti.com

社址  中国重庆市前路132号
邮政编码 400013
邮局订阅代号 78-55
发行  重庆市期刊发行局
订阅  全国各地邮局
零售  全国各地邮购专营点
邮购  远望资讯读者服务部
零售价  15元
印刷  重庆建新印务有限公司
出版日期 2004年12月1日
广告经营许可证  渝工商广字[02]069号
本刊常年法律顾问  中瓷律师事务所

本刊作者授权本刊同意启用声明：

本刊因文版权所有，未经允许不得任意转载或摘编。本
刊备远望资讯旗下所辖媒体及本刊授权合作网站合作
作者作品的指定使用单位。本刊根据著作权法有关规定，
向作者一次性支付稿酬。若自稿件内发之日起四个月内
未收到稿酬，请与本刊联系。本刊作者发表的文章仅代
表作者个人观点，与本刊立场无关。作者投稿给本刊即
意味着同意以上约定，若有异议，请事先与本刊签定有
面协议。

承诺：
发现装订错误或残缺，请拨您杂志寄回远望资讯读者服
务部调换。



领导数码时尚新生活

# 新潮电子
## eFashion Magazine

**2004-12**



62

**16** BESTBUY

**18** e热讯 Hot News



## 视点 Viewpoint

**20** "掌中影院" 时代还有多远?

**22** 昙花一现 Or 前途无量?
由三星 V5400 硬盘手机看开去

**26** 通信行业大变脸
解读 2004 年国际通信展

**29** 视听盛宴
索尼影音新品立体出击

## 尖峰体验 Experience

**48** 以退为进 轻装上阵
柯尼卡美能达
DiMAGE A200 数码相机

**52** 领航者
索尼爱立信 P910c 手机

**56** 终结者和开拓者
品味两款最新 Pocket PC Phone

**62** ALL IN WONDER!
索尼 VAIO VGN–U8C 迷你笔记本

**66** 手机非常 体验非常
西门子 M65 手机

**70** 专注与 "花心"
摩托罗拉 MPx220 智能手机

**86** 没落贵族
palmOne TUNGSTEN T5 掌上电脑

**90** 情人
奥林巴斯 μ –mini DIGITAL
VS 佳能 Digital IXUS i⁵

**94** 锋芒乍现
LG C910 手机



**P40**
冬日 "表情"
卡西欧系列腕装



年终回顾之 戏说三十六计

在即将告别 2004 之际，我们并不希望以刻板而俗套的年终盘点来结束

尖峰体验



POCKET PC

CECT

幕背光均匀，色彩过渡自然，没有生硬的色块。而文字的显示则显得特别精细，字体笔画圆润，让人丝毫感觉不到屏幕缩小对阅读带来的负面影像。

CPU 方面，多普达 818 采用了英特尔 XScale PXA270 416MHz CPU，具备了较强的运算能力，也为多媒体应用打下了坚实的基础。同样，运行 SPB Benchmark 测试得到了 1618 分的总成绩，在同级别的 Pocket PC 中处于上游。看来，即便只是单纯作为 PPC，818 在目前的 PPC 市场上仍然可占有一席之地。

在关闭电话功能（即开启飞行模式）开启最大声音和最大背光，连续全屏播放有声视频的电池消耗测试中，使用多普达原配的 3.7V 1200mAh 电池得到了 224 分钟的成绩，在 416MHz 的频率下，能够有如此的表现，足以让用户对其续航能力大为欣心。

藏身于自拍镜下的扬声器整体表现不错

简单的软件配备并不影响818的性能发挥，信泰经典也许才是优雅女人和个性男士真正需要的，而818也正是个中高手。

多普达818在软件配置上并没有手写手笔。软件以操作系统自带的为主，但随机附带的"SIM卡管理器"和"Windows Media Play 10"等软件绝对算得上经典，此外，818在网络连接设置上还专门进行了强化，允许用户在设置菜单中对多种上网方式进行详细的设置，如允许用户对GPRS级数进行设置，可以分别选择Class 8（4+1）或Class 10（3+2），还用户更多的自由空间。

此外，130万像素的摄像头并没有配备太多花哨的拍摄功能，而是仅仅提供了选择照片尺寸（最大1280 × 960）、拍摄模式（静态连拍动态）、存盘格式（JPEG或BMP）等项目，让用户可以在简单设置后享受拍摄的乐趣，拍摄状态可以直接和相册互切换，即时浏览拍摄得到的照片，颇具人性化。







左　可选择GPRS级数的选项在应用中有实际的意义

中　拍摄设置选项简单易行

右　"连接"设置面板下，提供了极为丰富的设置项目，用户对于无线连接有了更多的自主权

## 总结

在多普达818这位开拓者面前，出现的是一条光明大道，毕竟打开了顶起人类半边天的女性市场，就意味着PPC Phone在理论上多出了一倍的市场空间。更何况，多普达818并非仅仅适用于女性用户，它也容易得到大多数男性用户的青睐，毕竟用"砖块"长时间通话只能是权宜之计。

APLNDC00030514



Case 5:11-cv-01846-LHK   Document 1009-10   Filed 06/12/12   Page 75 of 76   NPL23

APLNDC00030515

# 新潮电子 领 导 数 码 时 尚 新 生 活
# eFashion Magazine

国际刊号·ISSN 1007-077X   国内刊号·CN50-1077/TN

主管·科学技术部 **Authorities in charge**·Ministry of Science and Technology of the People's Republic of China
主办·科学技术部西南信息中心 **Sponsor**·South West Information Center of MOST
合作·电脑报社 **Cooperator**·China PC Weekly
编辑出版·《新潮电子》杂志社 **Publication**·eFashion Magazines

| | | |
|---|---|---|
| Editor-in-Chief 总编 | 曾晓东 | Zeng Xiaodong |
| Standing Deputy Editor-in-Chief 常务副总编 | 陈宗周 | Chen Zongzhou |
| Executive Deputy Editor-in-Chief 执行副总编 | 谢东/谢宁倩 | Xie Dong/Xie Ningchang |
| Operation Deputy Editor-in-Chief 业务副总编 | 车东林 | David Che |
| Marketing Deputy Editor-in-Chief 营销副总编 | 张仪平 | Zhang Yiping |

编辑部 Editorial Department

| | | |
|---|---|---|
| Director [主任] | 范丹生/Jason Fan | |
| Vice-Director [副主任] | 胥锐/陈旭 | Light Xu/Phoebus Chen |
| Editor&Reporter [编辑·记者] | 蒲鹏/徐林 | Paco Pu/Lynn Xu |
| | 董延晨/张海琦 | Joy Dong/Tide Chang |
| | 叶攀/吴可佳 | Cloris Ye/Woody Wu |
| | 张晶/张翼/张燕 | Jakin Zhang/Yale zhang/Nancy Zhang |
| | 杨超/吴佳 | Choy Yang/Wu Jia |

| | | |
|---|---|---|
| Photograph Editor [摄影编辑] | 游宇 | /Eric You |
| Art Editor [美术编辑] | 程若谷/邱江/黄奉/陈静 | Raymond/Bloods/Grant/Chen Jing |

Tel [电话]   +86-23-63501706
Fax [传真]   +86-23-63513494
E-mail [电子邮箱]   efashion@cniti.com

广告部 Advertising Department
Director [主任]   祝康 Kent Zhu
Tel [电话]   +86-23-63509118
E-mail [电子邮箱]   adv@cniti.com

Beijing Office 北京广告热线   胥锐 Light Xu
Tel [电话]   +86-10-82563520/82563521
Fax [传真]   +86-10-82563521-20
E-mail [电子邮箱]   bjoffice@cniti.com

Shanghai Office 上海广告热线   李岩 Li Yan
Tel [电话]   +86-21-54900725
Fax [传真]   +86-21-54900726
E-mail [电子邮箱]   shoffice@cniti.com

Guangzhou Office 广州广告热线   张宪伟 Zhang Xianwei
Tel [电话]   +86-20-38299753
Fax [传真]   +86-20-38299234
E-mail [电子邮箱]   gzoffice@cniti.com

Shenzhen Office 深圳广告热线   张晓鹏 Zhang Xiaopeng
Tel [电话]   +86-755-83864778
Fax [传真]   +86-755-83864766
E-mail [电子邮箱]   szoffice@cniti.com

营销部 Sales Department
Director [主任]   杨甦 Yang Su
Vice-Director [副主任]   白昆鹏/牟燕红 Kisan Bai/Claudio Mu
E-mail [电子邮箱]   pub@cniti.com
Tel [电话]   +86-23-63501710/63536932

读者服务部 Reader Service Department
Homepage[网址]   http://reader.cniti.com
E-mail [电子邮箱]   reader@cniti.com
Tel [电话]   +86-23-63521711

社址 中国重庆市邮科路132号
邮政编码 400013
邮局订阅代号 78-55
发行 重庆市新闻报刊发行局
印刷 全国各地邮局
零售 全国各地报刊零售点
邮购 远望资讯读者服务部
零售价 15元
出版日期 2005年6月刊日
广告经营许可证 渝工商广字020569号
本刊常年法律顾问 中豪律师事务所

本刊相关作者授权本刊发表声明:
本刊图文版权所有。未经允许不得任意转载或缩编。本
刊含遥盟资讯源于所属媒体)及本刊经权合作网站为作
者作品的指定使用单位。本刊根据著作权法有关规定,
向作者一次性支付稿酬。需自稿件刊发之日起两个月内
未收到稿酬,请与本刊联系。本刊作者发表的文章仅代
表作者个人观点,与本刊立场无关。作者投稿给本刊即
意味着同意以上约定,若有异议,请事先与本刊签定订
阅协议。
承诺:
发现装订错误或缺页,请将杂志寄回远望资讯读者服
务部调换。