Exhibit 6

Part 3 of 4

（5）　　　　　　　　意匠登録１２５０４８７



APLNDC00030592

등록디자인 30-0394921유사1

# (19)대한민국특허청(KR)
# (12) 등록디자인공보(S)

(52) 분류 H4-430

(45) 공고일자  2005년12월08일
(11) 등록번호  30-0394921유사1
(24) 등록일자  2005년12월02일

(51) 국제분류   14-01
(21) 출원번호   30-2005-0015569
(22) 출원일자   2005년05월10일

(73) 디자인권자   주식회사 레인콤
　　　　　　　　　서울특별시 강남구 도곡1동 949-3 캠코양재타워 14층

(72) 창작자   양덕준
　　　　　　　서울 강남구 도곡동 91-5 도곡동 삼성래미안아파트 108-1304

(74) 대리인   특허법인정직과특허

담당심사관 박시득

※ 디자인보호법(법률 제7289호, 시행일 2005.7.1)에 의거 종전의 규정에 의한 의장은
이 법의 개정규정에 의한 디자인으로 봅니다.

## (54) 엠피쓰리 플레이어

디자인의 대상이 되는 물품

엠피쓰리 플레이어

디자인의 설명

1. 재질은 플라스틱 및 금속임.

2. 엠피쓰리형식의 음악파일을 자체 메모리에 저장하여 필요에 따라 재생시키는 음향재생기구로서, 라디오 기능과 녹음
기능 등이 부설된 것임.

3. 참고도1을 참조하여, 물품 전면을 덮는 판상의 부재는 투명 또는 색채등이 가미된 반투명의 재질로 구성되는 것이어서,
그 이면에 배설된 디스플레이부에 나타나는 내용을 확인할 수 있는 것이며, 동시에 그 자체로서 텍 스위치(Tack Switch)
기능을 갖는 것이어서, 선곡 및 플레이와 같은 조작을 할 수 있도록 된 것임.

디자인 창작 내용의 요점

APLNDC00030593

등록디자인 30-0394921유사1

본원 엠피쓰리 플레이어 의장은, 전술한 바와 같이 조작스위치기능을 갖는 전면창에 대하여 일체의 모양이나 장식을 배제
함으로써 심플한 이미지를 형성하는 한편, 물품의 측면을 따라 기능키들을 적소에 배설하여 사용편의를 배려한 것으로서,
기능미와 조형미를 조화시켜 컴팩트한 외형으로 구현한 물품디자인을 의장 창작내용의 요점으로 함.



【 사시도 】

【 정면도 】

【 배면도 】

APLNDC00030594

등록디자인 30-0394921유사1

【 좌측면도 】

【 우측면도 】

【 평면도 】

【 저면도 】

【 참고도 1 】
참고 사시도



- 3 -

APLNDC00030595

## (19)대한민국특허청(KR)
## (12) 등록디자인공보(S)

(52) 분류 H4-430

(45) 공고일자　　2006년08월11일
(11) 등록번호　　30-0422221
(24) 등록일자　　2006년08월07일

(51) 국제분류　　14-01
(21) 출원번호　　30-2005-0042672
(22) 출원일자　　2005년12월16일

(73) 디자인권자　　삼성전자주식회사
　　　　　　　　　경기도 수원시 영통구 매탄동 416

(72) 창작자　　　윌리엄
　　　　　　　　　미국 캘리포니아주 94107 샌프랜시스코 23가 1011번지 스위트 11
　　　　　　　　　클라이브
　　　　　　　　　영국 런던 세인트 존스 레인 27 에스디이 3층
　　　　　　　　　김병수
　　　　　　　　　경기도 파주시 교하읍 월드메르디앙 2차아파트 218동 1003호

(74) 대리인　　　유미특허법인

담당심사관 박시특

---

## (54) 엠피쓰리 플레이어

디자인의 대상이 되는 물품

엠피쓰리 플레이어

디자인의 설명

1. 재질은 합성수지 및 금속재임.

디자인 창작 내용의 요점

"엠피쓰리 플레이어"의 형상과 모양의 결합을 디자인창작 내용의 요점으로 함.

APLNDC00030596

등록디자인 30-0422221

【 사시도 】



【 정면도 】



APLNDC00030597

등록디자인 30-0422221

【 배면도 】



【 좌측면도 】



- 3 -

APLNDC00030598

등록디자인 30-0422221

【 우측면도 】



【 평면도 】

【 저면도 】

- 4 -

APLNDC00030599

Equivalent of Form PTO/SB/08a (11-08)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 29/328,018 |
| | Filing Date | April 2, 2008 |
| | First Named Inventor | Bartley K. Andre |
| | Art Unit | 2913 |
| | Examiner Name | *To Be Assigned* |
| Sheet    1    of    2 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US30 | 2004/0132499 | 07-08-2004 | Abe | |
| | US31 | 2004/0166907 | 08-26-2004 | Yajima | |
| | US32 | 2004/0223004 | 11-11-2004 | Lincke et al. | |
| | US33 | D536,962 | 02-20-2007 | Tanner | |
| | US34 | D541,785 | 05-01-2007 | Hwang et al. | |
| | US35 | D554,098 | 10-30-2007 | Lee | |
| | US36 | 7,303,424 | 12-04-2007 | Tu et al. | |
| | US37 | D424,535 | 05-09-2000 | Peltola | |
| | US38 | D519,116 | 04-18-2006 | Tanaka et al. | |
| | US39 | D548,732 | 08-14-2007 | Cebe et al. | |
| | US40 | D556,211 | 11-27-2007 | Howard | |
| | US41 | D557,238 | 12-11-2007 | Kim | |
| | US42 | D558,460 | 01-01-2008 | Yu et al. | |
| | US43 | D558,756 | 01-01-2008 | Andre et al. | |
| | US44 | D558,757 | 01-01-2008 | Andre et al. | |
| | US45 | D558,758 | 01-01-2008 | Andre et al. | |
| | US46 | D558,792 | 01-01-2008 | Chigira | |
| | US47 | D560,683 | 01-29-2008 | Lee | |
| | US48 | D560,686 | 01-29-2008 | Kim | |
| | US49 | D561,153 | 02-05-2008 | Hong et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP2 | EM 000569157-0005 | 05-09-2006 | LG Electronics Inc. | | |
| | FP3 | JP D1159881 | 12-03-2002 | | | |
| | FP4 | JP D1250487 | 09-12-2005 | | | |
| | FP5 | KR 30-0394921 | 12-08-2005 | | | |
| | FP6 | KR 30-0422221 | 08-11-2006 | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |
| | FP9 | | | | | |
| | FP10 | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Equivalent of Form PTO/SB/08a (11-08)

| Substitute for form 1449/PTO | | *Complete if Known* | |
|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | Application Number | 29/328,018 |
| | | Filing Date | April 2, 2008 |
| | | First Named Inventor | Bartley K. Andre |
| | | Art Unit | 2913 |
| | | Examiner Name | *To Be Assigned* |
| Sheet | 2 | of | 2 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2 (If Known)] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US50 | D561,024 | 02-05-2008 | Toh | |
| | US51 | 2008/0004085 | 01-03-2008 | Jung et al. | |
| | US52 | D561,782 | 02-12-2008 | Kim | |
| | US53 | D562,285 | 02-19-2008 | Lim | |
| | US54 | D563,432 | 03-04-2008 | Kim | |
| | US55 | D563,929 | 03-11-2008 | Park | |
| | US56 | D580,387 | 11-11-2008 | Andre et al. | |
| | US57 | D581,922 | 12-02-2008 | Andre et al. | |
| | US58 | | | | |
| | US59 | | | | |
| | US60 | | | | |
| | US61 | | | | |
| | US62 | | | | |
| | US63 | | | | |
| | US64 | | | | |
| | US65 | | | | |
| | US66 | | | | |
| | US67 | | | | |
| | US68 | | | | |
| | US69 | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP11 | | | | | |
| | FP12 | | | | | |
| | FP13 | | | | | |
| | FP14 | | | | | |
| | FP15 | | | | | |
| | FP16 | | | | | |
| | FP17 | | | | | |
| | FP18 | | | | | |
| | FP19 | | | | | |

935308_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030601

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/328,018 |
| | | | | Filing Date | April 2, 2008 |
| | | | | First Named Inventor | Bartley K. Andre |
| | | | | Art Unit | 2913 |
| | | | | Examiner Name | To Be Assigned |
| Sheet | 1 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL10 | U.S. Patent Appl. No. 29/282,831, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL11 | U.S. Patent Appl. No. 29/282,832, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL12 | U.S. Patent Appl. No. 29/282,833, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| | NPL13 | U.S. Patent Appl. No. 29/284,187, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| | NPL14 | U.S. Patent Appl. No. 29/284,188, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| | NPL15 | U.S. Patent Appl. No. 29/284,269, Andre *et al.*, Electronic Device, filed 09-04-2007. | |
| | NPL16 | U.S. Patent Appl. No. 29/284,272, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL17 | U.S. Patent Appl. No. 29/284,276, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL18 | U.S. Patent Appl. No. 29/284,288, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| | NPL19 | U.S. Patent Appl. No. 29/284,308, Andre et al., Electronic Device, filed 09-05-2007. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030602

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | *Complete if Known* | |
|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | *Application Number* | 29/328,018 |
| | | *Filing Date* | April 2, 2008 |
| | | *First Named Inventor* | Bartley K. Andre |
| | | *Art Unit* | 2913 |
| | | *Examiner Name* | *To Be Assigned* |
| Sheet | 2 of 3 | *Attorney Docket Number* | 2607.0590002(P4984USD1)/TGD/AKS |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
|---|---|---|---|
| | NPL20 | U.S. Patent Appl. No. 29/284,310, Andre et al., Electronic Device, filed 09-05-2007. | |
| | NPL21 | Hilon LG DMB MP3 FM35, posted on 06-26-2006, [online], [retrieved on 12-26-2008]. Retrieved from Internet, <URL:http://hilon.com.cn.autobak/a8810005549>. | |
| | NPL22 | eFashion Magazine, 2004, vol. no. 12, pg. 60, China. | |
| | NPL23 | eFashion Magazine, June 1, 2005, vol. no. 119, pg. 45, China. | |
| | NPL24 | eFashion Magazine, April 2006, vol. no. 142, pg. 26, China. | |
| | NPL25 | Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pages. | |
| | NPL26 | Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pages. | |
| | NPL27 | Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pages. | |
| | NPL28 | U.S. Patent Appl. No. 29/306,334, Andre et al., Electronic Device, filed 04-07-2008. | |
| | NPL29 | U.S. Patent Appl. No. 29/306,950, Andre et al., Electronic Device, filed 04-18-2008. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/328,018 |
| | | | | Filing Date | April 2, 2008 |
| | | | | First Named Inventor | Bartley K. Andre |
| | | | | Art Unit | 2913 |
| | | | | Examiner Name | To Be Assigned |
| Sheet | 3 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
| | NPL30 | U.S. Patent Appl. No. 29/319,239, Andre *et al.*, Electronic Device, filed 06-05-2008. | |
| | NPL31 | U.S. Patent Appl. No. 29/319,377, Andre *et al.*, Electronic Device, filed 06-06-2008. | |
| | NPL32 | U.S. Patent Appl. No. 29/319,433, Andre *et al.*, Electronic Device, filed 06-09-2008. | |
| | NPL33 | U.S. Patent Appl. No. 29/324,130, Andre *et al.*, Electronic Device, filed 09-05-2008. | |
| | NPL34 | U.S. Patent Appl. No. 29/324,137, Andre *et al.*, Electronic Device, filed 09-06-2008. | |
| | NPL35 | U.S. Patent Appl. No. 29/324,262, Andre *et al.*, Electronic Device, filed 09-09-2008. | |
| | NPL36 | | |
| | NPL37 | | |
| | NPL38 | | |
| | NPL39 | | |

935342_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030604

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4759048 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1)/T |
| **Receipt Date:** | 09-FEB-2009 |
| **Filing Date:** | 18-NOV-2008 |
| **Time Stamp:** | 16:38:45 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 26070590002cvrltrpoa373b.pdf | 164940<br>ba4d920146e9a678d894723ee7a931cf89f8c066 | yes | 4 |

APLNDC00030605

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 2 |
| Power of Attorney | 3 | 3 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 4 | 4 |

**Warnings:**

**Information:**

| 2 | | 26070590002firstsuppids.pdf | 469357 | yes | 10 |
|---|---|---|---|---|---|
| | | | 27814c639c8915a27bba6b3f1b58bbe650c78406 | | |

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Information Disclosure Statement Letter | 1 | 5 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 6 | 10 |

**Warnings:**

**Information:**

| 3 | Foreign Reference | 26070590002fp.pdf | 313001 | no | 20 |
|---|---|---|---|---|---|
| | | | f43df0eb6ac0a14357f00dbc9d9d534b78d99846 | | |

**Warnings:**

**Information:**

| 4 | NPL Documents | 26070590002npl.pdf | 5018826 | no | 87 |
|---|---|---|---|---|---|
| | | | f4a60c3848ca4646b103d44085b09119a36af146 | | |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 5966124 |
|---|---|---|

APLNDC00030606

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00030607

PTO/SB/96 (11-08)
Approved for use through 12/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)   Atty. Docket No. 2607.0590002(P4984USD1)

Applicant/Patent Owner: __Apple Inc.__

Application No./Patent No.: _____29/328,018_____   Filed/Issue Date: _____November 18, 2008_____

Entitled: __Electronic Device__

_____Apple Inc._____ , a _____corporation_____
(Name of Assignee)   (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1.  [X]   the assignee of the entire right, title, and interest; or

2.  [ ]   an assignee of less than the entire right, title and interest
        (The extent (by percentage) of its ownership interest is _____ %)

in the patent application/patent identified above by virtue of either:

A.  [X]   An assignment from the inventor(s) of the patent application/patent identified above.  The assignment was recorded in
        the United States Patent and Trademark Office at Reel ____019095____ , Frame ____0193____ , or for which a
        copy therefore is attached.

OR

B.  [ ]   A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

    1.  From: _____   To: _____

        The document was recorded in the United States Patent and Trademark Office at

        Reel _____ , Frame _____ , or for which a copy thereof is attached.

    2.  From: _____   To: _____

        The document was recorded in the United States Patent and Trademark Office at

        Reel _____ , Frame _____ , or for which a copy thereof is attached.

    3.  From: _____   To: _____

        The document was recorded in the United States Patent and Trademark Office at

        Reel _____ , Frame _____ , or for which a copy thereof is attached.

[ ]   Additional documents in the chain of title are listed on a supplemental sheet.

[X]   As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
      or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

      [NOTE: A separate copy (*i.e.*, a true copy of the original assignment document(s)) must be submitted to Assignment Division in
      accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____   February 9, 2009
Signature                             Date

Tracy-Gene G. Durkin                  202.371.2600
Printed or Typed Name                 Telephone Number

Attorney for the Applicants
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14.  This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case.  Any comments on the amount of time
you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S.
Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

933609

PTO/SB/80 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[X]   Practitioners associated with the Customer Number:   | 63975 |

**OR**

[ ]   Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned <u>only</u> to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[X]   The address associated with Customer Number:   | 63975 |

**OR**

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address:

Apple Inc.

1 Infinite Loop

Cupertino, CA 95014

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

### SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date May 14, 2007 |
|---|---|---|
| Name | Richard J. Lutton | Telephone (408)974-9453 |
| Title | Assistant Secretary and Chief Patent Counsel | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00030609



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric K. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr
Michael V. Messinger
Judith U. Kim
Jeffrey T. Helvey
Eldora J. Ellison
Donald R. Banowit
Peter A. Jackman
Brian J. Del Buono
Mark Fox Evens

Vincent L. Capuano
Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Glenn J. Perry
Theodore A. Wood
Edward W. Yee
Grant E. Reed
Jason D. Eisenberg
Tracy L. Muller
Jon E. Wright
LuAnne M. DeSantis
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Gaby L. Longsworth
Lori A. Gordon
Laura A. Vogel
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holoubek
Marsha A. Rose

Scott A. Schaller
Lei Zhou
W. Blake Coblentz
James J. Pohl
John T. Haran
Mark W. Rygiel
Michael R. Malek*
Carla Ji-Eun Kim
Doyle A. Slever*
Ulrike Winkler Jenks
Paul A. Calvo
C. Matthew Rozier
Randall K. Baldwin
Lori M. Brandes
Jeffrey K. Mills
Jeremy M. Klass
Stephanie L. Elmer
Mita Mukherjee*
Scott M. Woodhouse*
Jeremiah B. Frueauf
Christian A. Camarce*
Richard D. Coller III

Anne M. Georgalas
Patrick P. Hansen
Ross G. Hicks
Keisha Hylton-Rodic
Bonnie Nannenga-Combs
Alyssa K. Sandrowitz*
Jonathan M. Strang*
Ishan P. Weerakoon*
Salvador M. Bezos*
Justin T. Sher
Byron L. Pickard
Richard B. Almon**
Bruce B. Vance

Registered Patent Agents*
Karen R. Markowicz
Peter A. Socarras
Danielle L. Letting
Steven C. Oppenheimer
Aaron S. Lukas
Gaurav Asthana
Robert E. Bakin

Yasser Mourtada
Kellie K. DiNapoli
Julie L. Blum
Cynthia L. DeRenzo
Alyson C. Fuller
Omar F. Amin
Shovon I. Ashraf
Kavon Nasabzadeh

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Marvin C. Guthrie
Christopher P. Wrist
David C. Isaacson

*Admitted only in Maryland
†Admitted only in Virginia
♦Practice Limited to
Federal Agencies

February 9, 2009

WRITER'S DIRECT NUMBER:
(202) 772-8660
INTERNET ADDRESS:
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Art Unit 2913*

Re:   U.S. Design Patent Application
        Application No. 29/328,018; Filing Date:  November 18, 2008
        For:   **Electronic Device**
        Inventors:  ANDRE *et al.*
        Our Ref:  2607.0590002(P4984USD1)

Sir:

Transmitted herewith for appropriate action are the following documents:

1. A copy of an original executed Power of Attorney to Prosecute Applications Before the USPTO;

2. Statement Under 37 C.F.R. § 3.73(b);

3. First Supplemental Information Disclosure Statement;

4. Six pages of Forms PTO/SB/08A and PTO/SB/08B listing documents US30-US57, FP2-FP6 and NPL10-NPL35; and

5. Copies of FP2-FP6 and NPL21-NPL27.

The above-listed documents are filed electronically through EFS-Web.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

APLNDC00030610

Commissioner for Patents
February 9, 2009
Page 2

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/AKS:dbj
Enclosures

933602_1.doc

APLNDC00030611

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7091 |
| ANDRE *et al.* | Art Unit: 2913 |
| Appl. No.: 29/328,018 | Examiner: *To be assigned* |
| Filed: November 18, 2008 | Atty. Docket: 2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## First Supplemental Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98.

Where the publication date of a listed document does not provide a month of publication, the year of publication of the listed document is sufficiently earlier than the effective U.S. filing date and any foreign priority date so that the month of publication is not in issue.  Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned.  However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

- 2 -                                                          ANDRE *et al.*
                                                          Appl. No. 29/328,018

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent application does not exist.  The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐  1.   Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒  2.   Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114.  No statement or fee is required.

☐  3.   Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

- 3 -

ANDRE *et al.*
Appl. No. 29/328,018

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement.  37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement.  37 C.F.R. § 1.97(e)(2).

☐ c.   Attached is our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.   Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more than three months after the U.S. filing date and after the mailing date of a Final Rejection or Notice of Allowance, but on or before payment of the Issue Fee.  Enclosed find our PTO-2038 Credit Card Payment Form in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030614

- 4 -                                                ANDRE *et al.*
                                                Appl. No. 29/328,018

Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.   The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application.  Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38.

☐ 6.   A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

☒ 7.   In accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent application publications cited on the attached IDS Forms are submitted.  Further, NPL10-NPL20 and NPL28-NPL35 are believed to be stored on the Image File Wrapper System.  Thus, copies of these documents are not attached.  MPEP 1406; 1287 O.G. 163 (Oct. 19, 2004).

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030615

- 5 -
ANDRE *et al.*
Appl. No. 29/328,018

☐ 8.   Copies of the documents _____ were cited by or submitted to the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No. _____, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached.  37 C.F.R. § 1.98(d).

☒ 9.   It is expected that the examiner will review the prosecution and cited art in the parent application nos. 29/282,834, filed July 30, 2007 and 29/270,888, filed January 5, 2007 in accordance with MPEP 2001.06(b), and indicate in the next communication from the office that the art cited in the earlier prosecution history has been reviewed in connection with the present application.

It is respectfully requested that the Examiner initial and return a copy of the enclosed IDS Forms, and indicate in the official file wrapper of this patent application that the documents have been considered.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:      February 9, 2009

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

902143_1.DOC

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030616



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1)/T | 7091 |

63975          7590          06/09/2009
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| LEE, ANGELA J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/09/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00030617

| **Office Action Summary** | **Application No.** 29/328,018 | **Applicant(s)** ANDRE ET AL. | |
|---|---|---|---|
| | **Examiner** ANGELA J. LEE | **Art Unit** 2911 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *1* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☐ Responsive to communication(s) filed on _____.

2a) ☐ This action is **FINAL**.  2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims

4) ☒ Claim(s) *1* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☐ Claim(s) _____ is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☒ Claim(s) *1* are subject to restriction and/or election requirement.

### Application Papers

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are:  a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

### Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some * c) ☐ None of:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

### Attachment(s)

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date *11/18/08 & 2/9/09*.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 08-06)  **Office Action Summary**  Part of Paper No./Mail Date 20090604

APLNDC00030618

Application/Control Number: 29/328,018                                    Page 2
Art Unit: 2911

## RESTRICTION

This application discloses the following embodiments:

Embodiment 1 - Figs. 1 – 8 are directed to a front surface of an electronic device.

Embodiment 2 - Figs. 9 – 14 are directed to a partial front surface and partial upper edge of an electronic device.

Embodiment 3 - Figs. 15 – 24 are directed to an electronic device.

Embodiment 4 - Figs. 25 – 30 are directed to a front surface and upper edge of an electronic device.

Multiple embodiments of a single inventive concept may be included in the same design application only if they are patentably indistinct.  See *In re Rubinfield*, 270 F.2d 391, 123 USPQ 210 (CCPA 1959).  Embodiments that are patentably distinct from one another do not constitute a single inventive concept and thus may not be included in the same design application.  See *In re Platner*, 155 USPQ 222 (Comm'r Pat. 1967).  The change in scope create(s) patentably distinct designs.

Because of the differences identified, the embodiments are considered to either have overall appearances that are not basically the same, or if they are basically the same, the differences are not minor and patentably indistinct or are not shown to be obvious in view of analogous prior art.

The above embodiments divide into the following patentably distinct groups of designs:

Group I: Embodiment 1

Group II: Embodiment 2

APLNDC00030619

Application/Control Number: 29/328,018                                    Page 3
Art Unit: 2911

      Group III: Embodiment 3

      Group IV: Embodiment 4

      Restriction is required under 35 U.S.C. 121 to one of the patentably distinct groups of designs.

      A reply to this requirement must include an election of a single group for prosecution on the merits, even if this requirement is traversed, 37 CFR 1.143.  Any reply that does not include election of a single group will be held nonresponsive. Applicant is also requested to direct cancellation of all drawing figures and the corresponding descriptions which are directed to nonelected groups.

      Should applicant traverse this requirement on the grounds that the groups are not patentably distinct, applicant should present evidence or identify such evidence now of record showing the groups to be obvious variations of one another.  If the groups are determined not to be patentably distinct and they remain in this application, any rejection of one group over prior art will apply equally to all other groups.  See *Ex parte Appeal No.* 315-40, 152 USPQ 71 (Bd. App. 1965).  No argument asserting patentability based on the differences between the groups will be considered once the groups have been determined to comprise a single inventive concept.

<u>IDS</u>

      Reference US 50 has been lined through for inconsistent information.  Reference NPL31 is already listed on the first IDS and has been lined through.  The other lined through foreign and NPL references have not been considered because there are no copies in the file.

APLNDC00030620

Application/Control Number: 29/328,018                                          Page 4
Art Unit: 2911

<u>*Conclusion/Contact Information*</u>

In view of the above requirement, action on the merits is deferred pending

compliance with the requirement in accordance with *Ex parte Heckman*, 135 USPQ 229

(P.O. Super. Exam. 1960).

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Angela J. Lee whose telephone number is 571-272-

4453.  The examiner can normally be reached on Monday to Friday from 8:30 am to

5:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Cathron Brooks, can be reached on 571-272-2633.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

/A. J. L./
/Angela J Lee/
Examiner, Art Unit 2911

| *Notice of References Cited* | Application/Control No.<br>29/328,018 | Applicant(s)/Patent Under Reexamination<br>ANDRE ET AL. | |
|---|---|---|---|
| | Examiner<br>ANGELA J. LEE | Art Unit<br>2911 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-D410,440 S | 06-1999 | Carnell, Charles F | D14/346 |
| * | B | US-D455,433 S | 04-2002 | Alviar et al. | D14/441 |
| * | C | US-D458,252 S | 06-2002 | Palm et al. | D14/343 |
| * | D | US-D469,413 S | 01-2003 | To et al. | D14/126 |
| * | E | US-7,042,712 B2 | 05-2006 | Ghosh et al. | 361/679.03 |
| * | F | US-D568,309 S | 05-2008 | Cebe et al. | D14/341 |
| * | G | US-D573,143 S | 07-2008 | Park et al. | D14/341 |
| * | H | US-D574,015 S | 07-2008 | Masui, Kirio | D14/496 |
| * | I | US-D579,930 S | 11-2008 | Maskatia, Arif | D14/341 |
| * | J | US-D584,738 S | 01-2009 | Kim et al. | D14/496 |
| * | K | US-D586,800 S | 02-2009 | Andre et al. | D14/341 |
| * | L | US-D589,979 S | 04-2009 | Andre et al. | D14/496 |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29328018 | ANDRE ET AL. |
| | **Examiner** | **Art Unit** |
| | ANGELA J LEE | 2911 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341, 342, 343, 344, 345, 346, 347, 420, 426, 427, 432, 439, 440, 441, 448, 496, 125, 137, 129, 130, 138, 250, 389, 147, 218, 247, 248, 156 | 9/5/2007 | /AJL/ |
| D10 | 65, 104 | 9/6/2007 | /AJL/ |
| D13 | 168 | 9/6/2007 | /AJL/ |
| D18 | 6, 7 | 9/6/2007 | /AJL/ |
| D21 | 329, 686 | 9/10/2007 | /AJL/ |
| 455 | 90.3, 556.1, 556.2, 575.1, 575.3, 575.4 | 9/6/2007 | /AJL/ |
| 379 | 433.01, 433.04, 433.06, 433.07 | 9/10/2007 | /AJL/ |
| 361 | 814 | 9/10/2007 | /AJL/ |
| 341 | 22 | 9/10/2007 | /AJL/ |
| 345 | 169, 173 | 9/11/2007 | /AJL/ |
| D6 | 596, 601, 605 | 9/13/2007 | /AJL/ |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Design and utility search. Consulted Jeff Asch, Bridget Eland and Cathron Brooks | 9/4/2007 | /AJL/ |
| Inventor name search. | 9/13/2007 | /AJL/ |
| Assignee search. | 9/14/2007 | /AJL/ |
| NPL search - www.gsmarena.com | 2/8/08 | /AJL/ |
| Foreign search - OHIM 14-02 and 14-03 | 2/7/08 | /AJL/ |
| Backwards and forwards citation search | 2/8/08 | /AJL/ |
| Updated search. | 2/8/08 | /AJL/ |
| updated search | 5/1/09 | /AJL/ |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341, 138, 496 | 10/10/2007 | /AJL/ |
| D14 | 341 | 6/4/09 | /AJL/ |

| | |
|---|---|
| | |

APLNDC00030623

Equivalent of Form PTO/SB/08a (11-08)

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/328,018 |
| | | | | Filing Date | April 2, 2008 |
| | | | | First Named Inventor | Bartley K. Andre |
| | | | | Art Unit | 2913 |
| | | | | Examiner Name | *To Be Assigned* |
| Sheet | 1 | of | 2 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /AL/ | US30 | 2004/0132499 | 07-08-2004 | Abe | |
| | US31 | 2004/0166907 | 08-26-2004 | Yajima | |
| | US32 | 2004/0223004 | 11-11-2004 | Lincke et al. | |
| | US33 | D536,962 | 02-20-2007 | Tanner | |
| | US34 | D541,785 | 05-01-2007 | Hwang et al. | |
| | US35 | D554,098 | 10-30-2007 | Lee | |
| | US36 | 7,303,424 | 12-04-2007 | Tu et al. | |
| | US37 | D424,535 | 05-09-2000 | Peltola | |
| | US38 | D519,116 | 04-18-2006 | Tanaka et al. | |
| | US39 | D548,732 | 08-14-2007 | Cebe et al. | |
| | US40 | D556,211 | 11-27-2007 | Howard | |
| | US41 | D557,238 | 12-11-2007 | Kim | |
| | US42 | D558,460 | 01-01-2008 | Yu et al. | |
| | US43 | D558,756 | 01-01-2008 | Andre et al. | |
| | US44 | D558,757 | 01-01-2008 | Andre et al. | |
| | US45 | D558,758 | 01-01-2008 | Andre et al. | |
| | US46 | D558,792 | 01-01-2008 | Chigira | |
| | US47 | D560,683 | 01-29-2008 | Lee | |
| | US48 | D560,686 | 01-29-2008 | Kim | |
| | US49 | D561,153 | 02-05-2008 | Hong et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /AL/ | FP2 | EM 000569157-0005 | 05-09-2006 | LG Electronics Inc. | | |
| | FP3 | JP D1159881 | 12-03-2002 | | | |
| | FP4 | JP D1250487 | 09-12-2005 | | | |
| | FP5 | KR 30-0394921 | 12-08-2005 | | | |
| | FP6 | KR 30-0422221 | 08-11-2006 | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |
| | FP9 | | | | | |
| | FP10 | | | | | |

| Examiner Signature | /Angela Lee/ | Date Considered | 06/04/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030624

Equivalent of Form PTO/SB/08a (11-08)

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/328,018 |
| | | | | Filing Date | April 2, 2008 |
| | | | | First Named Inventor | Bartley K. Andre |
| | | | | Art Unit | 2913 |
| Sheet | 2 | of | 2 | Examiner Name | *To Be Assigned* |
| | | | | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | ~~US50~~ | ~~D561,024~~ | ~~02-05-2008~~ | ~~Ton~~ | |
| /AL/ | US51 | 2008/0004085 | 01-03-2008 | Jung et al. | |
| | US52 | D561,782 | 02-12-2008 | Kim | |
| | US53 | D562,285 | 02-19-2008 | Lim | |
| | US54 | D563,432 | 03-04-2008 | Kim | |
| | US55 | D563,929 | 03-11-2008 | Park | |
| | US56 | D580,387 | 11-11-2008 | Andre et al. | |
| | US57 | D581,922 | 12-02-2008 | Andre et al. | |
| | US58 | | | | |
| | US59 | | | | |
| | US60 | | | | |
| | US61 | | | | |
| | US62 | | | | |
| | US63 | | | | |
| | US64 | | | | |
| | US65 | | | | |
| | US66 | | | | |
| | US67 | | | | |
| | US68 | | | | |
| | US69 | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP11 | | | | | |
| | FP12 | | | | | |
| | FP13 | | | | | |
| | FP14 | | | | | |
| | FP15 | | | | | |
| | FP16 | | | | | |
| | FP17 | | | | | |
| | FP18 | | | | | |
| | FP19 | | | | | |

935308_1.DOC

| Examiner Signature | /Angela Lee/ | Date Considered | 06/04/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030625

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/328,018 |
| | | | | Filing Date | April 2, 2008 |
| | | | | First Named Inventor | Bartley K. Andre |
| | | | | Art Unit | 2913 |
| | | | | Examiner Name | *To Be Assigned* |
| Sheet | 1 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| /AL/ | NPL10 | U.S. Patent Appl. No. 29/282,831, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| /AL/ | NPL11 | U.S. Patent Appl. No. 29/282,832, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| /AL/ | NPL12 | U.S. Patent Appl. No. 29/282,833, Andre *et al.*, Electronic Device, filed 07-30-2007. | |
| /AL/ | NPL13 | U.S. Patent Appl. No. 29/284,187, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| /AL/ | NPL14 | U.S. Patent Appl. No. 29/284,188, Andre *et al.*, Electronic Device, filed 08-31-2007. | |
| /AL/ | NPL15 | U.S. Patent Appl. No. 29/284,269, Andre *et al.*, Electronic Device, filed 09-04-2007. | |
| /AL/ | NPL16 | U.S. Patent Appl. No. 29/284,272, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| /AL/ | NPL17 | U.S. Patent Appl. No. 29/284,276, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| /AL/ | NPL18 | U.S. Patent Appl. No. 29/284,288, Andre *et al.*, Electronic Device, filed 09-05-2007. | |
| /AL/ | NPL19 | U.S. Patent Appl. No. 29/284,308, Andre et al., Electronic Device, filed 09-05-2007. | |

| Examiner Signature | /Angela Lee/ | Date Considered | 06/04/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030626

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | *Application Number* | 29/328,018 |
| | | | *Filing Date* | April 2, 2008 |
| | | | *First Named Inventor* | Bartley K. Andre |
| | | | *Art Unit* | 2913 |
| | | | *Examiner Name* | To Be Assigned |
| Sheet | 2 | of 3 | *Attorney Docket Number* | 2607.0590002(P4984USD1)/TGD/AKS |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
|---|---|---|---|
| /AL/ | NPL20 | U.S. Patent Appl. No. 29/284,310, Andre et al., Electronic Device, filed 09-05-2007. | |
| /AL/ | NPL21 | Hilon LG DMB MP3 FM35, posted on 06-26-2006, [online], [retrieved on 12-26-2008]. Retrieved from Internet, <URL:http://hilon.com.cn.autobak/a8810005549>. | |
| /AL/ | NPL22 | eFashion Magazine, 2004, vol. no. 12, pg. 60, China. | |
| /AL/ | NPL23 | eFashion Magazine, June 1, 2005, vol. no. 119, pg. 45, China. | |
| /AL/ | NPL24 | eFashion Magazine, April 2006, vol. no. 142, pg. 26, China. | |
| /AL/ | NPL25 | Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pages. | |
| /AL/ | NPL26 | Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pages. | |
| /AL/ | NPL27 | Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed December 11, 2008, 19 pages. | |
| /AL/ | NPL28 | U.S. Patent Appl. No. 29/306,334, Andre et al., Electronic Device, filed 04-07-2008. | |
| /AL/ | NPL29 | U.S. Patent Appl. No. 29/306,950, Andre et al., Electronic Device, filed 04-18-2008. | |

| Examiner Signature | /Angela Lee/ | Date Considered | /Angela Lee/ |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030627

Equivalent of Form PTO/SB/08b (11-08)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **FIRST SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | *Application Number* | 29/328,018 |
| | *Filing Date* | April 2, 2008 |
| | *First Named Inventor* | Bartley K. Andre |
| | *Art Unit* | 2913 |
| | *Examiner Name* | *To Be Assigned* |
| Sheet  3  of  3 | *Attorney Docket Number* | 2607.0590002(P4984USD1)/TGD/AKS |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume number, publisher, city and/or country where published | T[2] |
|---|---|---|---|
| /AL/ | NPL30 | U.S. Patent Appl. No. 29/319,239, Andre *et al.*, Electronic Device, filed 06-05-2008. | |
| | NPL31 | ~~U.S. Patent Appl. No. 29/319,377, Andre *et al.*, Electronic Device, filed 06-06-2008.~~ | |
| /AL/ | NPL32 | U.S. Patent Appl. No. 29/319,433, Andre *et al.*, Electronic Device, filed 06-09-2008. | |
| /AL/ | NPL33 | U.S. Patent Appl. No. 29/324,130, Andre *et al.*, Electronic Device, filed 09-05-2008. | |
| /AL/ | NPL34 | U.S. Patent Appl. No. 29/324,137, Andre *et al.*, Electronic Device, filed 09-06-2008. | |
| /AL/ | NPL35 | U.S. Patent Appl. No. 29/324,262, Andre *et al.*, Electronic Device, filed 09-09-2008. | |
| | NPL36 | | |
| | NPL37 | | |
| | NPL38 | | |
| | NPL39 | | |

935342_1.DOC

| Examiner Signature | /Angela Lee/ | Date Considered | /Angela Lee/ |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030628

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449A/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | To be assigned |
| | | | Filing Date | Herewith |
| | | | First Named Inventor | ANDRE *et al.* |
| | | | Art Unit | To be assigned |
| | | | Examiner Name | To be assigned |
| Sheet | 1 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1) |

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /AL/ | US1 | D289,873 | 05-19-1987 | Gemmell *et al.* | |
| | US2 | D337,569 | 07-20-1993 | Kando | |
| | US3 | D456,023 | 04-23-2002 | Andre *et al.* | |
| | US4 | D489,731 | 05-11-2004 | Huang | |
| | US5 | D498,754 | 11-23-2004 | Blyth | |
| | US6 | D499,423 | 12-07-2004 | Bahroocha *et al.* | |
| | US7 | D502,173 | 02-22-2005 | Jung *et al.* | |
| | US8 | D504,889 | 05-10-2005 | Andre *et al.* | |
| | US9 | D505,950 | 06-07-2005 | Summit *et al.* | |
| | US10 | 2005/0130715 | 06-16-2005 | Fujisawa | |
| | US11 | D507,003 | 07-05-2005 | Pai *et al.* | |
| | US12 | D514,121 | 01-31-2006 | Johnson | |
| | US13 | D514,590 | 02-07-2006 | Naruki | |
| | US14 | D519,523 | 04-25-2006 | Chiu *et al.* | |
| | US15 | D520,020 | 05-02-2006 | Senda *et al.* | |
| | US16 | D528,542 | 09-19-2006 | Luminosu *et al.* | |
| | US17 | D528,561 | 09-19-2006 | Ka-Wei *et al.* | |
| | US18 | D529,045 | 09-26-2006 | Shin | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | FP1 | KR 30-0452432 | 06-14-2007 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Angela Lee/ | Date Considered | 06/04/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Transaction is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902104_1.DOC

Rev. 11-03-03 svb

APLNDC00030629

PTO/SB/08a (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | To be assigned |
| | Filing Date | Herewith |
| | First Named Inventor | ANDRE et al. |
| | Art Unit | To be assigned |
| | Examiner Name | To be assigned |

Substitute for form 1449A/PTO

| Sheet | 2 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1) |
|---|---|---|---|---|---|

| Examiner Initials* | Cite No.[1] | Document Number | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | Number-Kind Code[2] (If Known) | | | |
| /AL/ | US19 | D532,791 | 11-28-2006 | Kim | |
| | US20 | 2006/0281501 | 12-14-2006 | Zuo et al. | |
| | US21 | D534,143 | 12-26-2006 | Lheem | |
| | US22 | D535,281 | 01-16-2007 | Yang | |
| | US23 | D536,691 | 02-13-2007 | Park | |
| | US24 | D538,822 | 03-20-2007 | Andre et al. | |
| | US25 | 2007/0082718 | 04-12-2007 | Yoon et al. | |
| | US26 | D541,298 | 04-24-2007 | Andre et al. | |
| | US27 | D541,299 | 04-24-2007 | Andre et al. | |
| | US28 | D546,313 | 07-10-2007 | Lheem | |
| | US29 | D548,747 | 08-14-2007 | Andre et al. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Kind Code[4] (in known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Angela Lee/ | Date Considered | 06/04/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.  [1]Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English language Transaction is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

902104_1.DOC                                                                                          Rev. 11-03-03 svb

PTO/SB/08b (08-03)
Approved for use through 06/30/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| Substitute for form 1449B/PTO | | | | Complete If Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | To be assigned |
| | | | | Filing Date | Herewith |
| | | | | First Named Inventor | ANDRE *et al.* |
| | | | | Art Unit | To be assigned |
| | | | | Examiner Name | To be assigned |
| Sheet | 3 | of | 3 | Attorney Docket Number | 2607.0590002(P4984USD1) |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
|---|---|---|---|
| | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07], Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-07], Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL3 | LG KE850 Prada, announced January 2007, [online], [retrieved on 02-20-07], Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07], Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07], Retrieved from Internet, <URL:http://www.mobilewhack.com> | |
| | NPL6 | Meizu M8, posted January 30, 2007, [online], [retrieved on 09-13-07], Retrieved from Internet, <URL:http://www.engadget.com> | |
| /AL/ | NPL7 | U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed 09-04-2007. | |
| /AL/ | NPL8 | U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed 09-05-2007. | |
| /AL/ | NPL9 | U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed 06-06-2008. | |
| | | | |

| Examiner Signature | /Angela Lee/ | Date Considered | 06/04/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with M PEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1]Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

902104_1.DOC

Rev. 11-03-03 svb



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 7091**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 RULE | D14 | 2911 | 2607.0590002(P4984USD1)/T |

**APPLICANTS**
Bartley K. ANDRE, Menlo Park, CA;
Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;
Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Steve Jobs, Palo Alto, CA;
Duncan Robert Kerr, San Francisco, CA;
Shin Nishibori, Portola Valley, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, Menlo Park, CA;
Calvin Q. Seid, Palo Alto, CA, Deceased;
Christopher J. Stringer, Woodside, CA;
Eugene Anthony Whang, San Francisco, CA;
Rico Zorkendorfer, San Francisco, CA;

** CONTINUING DATA *************************
    This application is a DIV of 29/282,834 07/30/2007 PAT D,581,922
        which is a CON of 29/270,888 01/05/2007 PAT D,558,758

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
    11/26/2008

| Foreign Priority claimed ☐ Yes ☑ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☐ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged /ANGELA J LEE/ Examiner's Signature | Initials | CA | 8 | 1 | 1 |

**ADDRESS**

STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

**TITLE**

Electronic Device

| FILING FEE RECEIVED 460 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

APLNDC00030632

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7091 |
| ANDRE *et al.* | Art Unit: 2911 |
| Appl. No.: 29/328,018 | Examiner: Lee, Angela J. |
| Filed: November 18, 2008 | Atty. Docket: 2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## Reply to Election Requirement
## and Amendment Under 37 C.F.R. §1.115

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

In reply to the Office Action dated June 9, 2009, Applicants submit the following Election Requirement, Amendment and Remarks.   This Reply is provided in the following format:

(A) Each section begins on a separate sheet;

(B) Starting on a separate sheet, amendments to the specification by presenting replacement paragraphs marked up to show changes made;

(C) Starting on a separate sheet, the Remarks.

It is not believed that extensions of time are required, beyond those that may otherwise be provided for in accompanying documents.   However, if additional extensions of time are necessary to prevent abandonment of this application, then such extensions of time are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required therefore are hereby authorized to be charged to our Deposit Account No. 19-0036.

- 2 –                                                          ANDRE *et al.*
                                                          Appl. No. 29/328,018

### *Election Requirement*

In reply to the Office Action dated June 9, 2009, requesting an election of one invention to prosecute in the above-referenced patent application, Applicants hereby provisionally elect to prosecute the invention of Group I, Figures 1 through 8.   This election is made without prejudice to or disclaimer of the other inventions disclosed.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030634

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 7091 |
| Andre *et al.* | Art Unit: 2913 |
| Appl. No.: 29/328,018 | Examiner: Angela J. Lee |
| Filed: November 18, 2008 | Atty. Docket: 2607.0590002(P4984USD1)/TGD/AKS |
| For: **Electronic Device** | |

## Second Supplemental Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98. The numbering on this Second Supplemental Information Disclosure Statement is a continuation of the numbering in Applicants' First Supplemental Information Disclosure Statement filed on February 9, 2009 in connection with the above-captioned application.

Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned. However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent application does not exist.  The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.   Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒ 2.   Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114.  No statement or fee is required.

☐ 3.   Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030636

- 3 -                                        Andre *et al.*
                                       Appl. No. 29/328,018

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.  The required fee is provided through online credit card payment authorization in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.  Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more than three months after the U.S. filing date and after the mailing date of a Final Rejection or Notice of Allowance, but on or before payment of the Issue Fee. The required fee is provided through online credit card payment authorization in the amount of $_____ in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030637

- 4 -                                                          Andre *et al.*
                                                          Appl. No. 29/328,018

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.   The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application.  Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38 and MPEP 609.04(a)(III).

☐ 6.   A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

☒ 7.   In accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent application publications cited on the attached IDS Forms are submitted.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

- 5 -

☒ 8.  Copies of the documents FP1 and NPL1-NPL6 were cited by or submitted to the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No. 29/270,888, filed January 1, 2007, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached.  37 C.F.R. § 1.98(d).

☒ 9.  It is expected that the examiner will review the prosecution and cited art in the parent application no(s). 29/282,834 and 29/270,888 in accordance with MPEP 2001.06(b), and indicate in the next communication from the office that the art cited in the earlier prosecution history has been reviewed in connection with the present application.

It is respectfully requested that the Examiner initial and return a copy of the enclosed IDS Forms, and indicate in the official file wrapper of this patent application that the documents have been considered.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:    July 9, 2009

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

988100_1.DOC

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030639

### *Amendments to the Specification*

Please amend paragraphs **[0001]** through **[0011]** as follows:

**[0001]**        This application is a divisional application of U.S. Design Patent Application No. 29/282,834, filed July 30, 2007 (~~pending~~ now U.S. Patent No. D581,922), which is a continuation application of U.S. Design Patent Application No. 29/270,888,

~~[0002]~~ filed January 5, 2007 (now U.S. Patent No. Des. 558,758), the disclosures of which are all hereby incorporated in their entirety by reference thereto.

[0002]        This is an application for a new, original, and ornamental design for an ELECTRONIC DEVICE, of which the following is a specification, reference being had to the accompanying drawings, forming a part thereof.

~~[0004]~~[0003]   Figure 1 is a front perspective view of an electronic device in ~~[0005]~~ accordance with the present invention;

~~[0006]~~[0004]   Figure 2 is a rear perspective view thereof;

~~[0007]~~[0005]   Figure 3 is a front view thereof;

~~[0008]~~[0006]   Figure 4 is a rear view thereof;

~~[0009]~~[0007]   Figure 5 is a top view thereof;

~~[0010]~~[0008]   Figure 6 is bottom view thereof;

~~[0011]~~[0009]   Figure 7 is a left side view thereof; and

[0010]        Figure 8 is a right side view thereof[[;]].


Please delete paragraphs **[0012]** through **[0035]**.


Please amend paragrpah **[0036]** as follows:

APLNDC00030640

[0036][0011]   The features shown in broken lines in the various Figures
are for illustrating environmental structure and form no part of the
claimed design.   ~~The dot dash lines in Figures 9 & 11 represent an
indeterminate length.~~

Please renumber paragraphs [0037] and [0038] as follows:

[0037][0011]   The surfaces of the electronic device are illustrated with color
designations. The grid pattern indicates the color black, the dashed line pattern
indicates metal.  By way of example, the metallic portions may be selected from
steel, aluminum, anodized aluminum, chrome, nickel, and/or the like.

[0038][0012]   More generally, the invention pertains to an ornamental
design for an article of manufacture.  The article is not limited to the scale
shown herein. As indicated in the title, the article of manufacture  to
which the ornamental design has been applied is an electronic device,
media player (e.g., music, video and/or game player), media storage
device, a personal digital assistant, a communication device (e.g., cellular
phone), a novelty item or toy.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030641

- 5 —

ANDRE *et al.*
Appl. No. 29/328,018

### *Amendment to the Drawings*

Please cancel Figures 9 through 32.

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030642

– 6 –

ANDRE *et al.*
Appl. No. 29/328,018

## *Remarks*

Reconsideration of this Application is respectfully requested.

Figures 9 through 32 have been cancelled.  The specification has been amended to reflect these drawing changes.  These changes are believed to introduce no new matter, and their entry is respectfully requested.

## *Conclusion*

Applicants believe that a full and complete reply has been made to the outstanding Office Action and, as such, the present application is in condition for allowance.  If the Examiner believes, for any reason, that personal communication will expedite prosecution of this application, the Examiner is invited to telephone the undersigned at the number provided.

Prompt and favorable consideration of this Amendment and Response is respectfully requested.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:   July 9, 2009

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
999311_1.DOC

Atty. Dkt. No. 2607.0590002(P4984USD1)/TGD/AKS

APLNDC00030643

| SUPPLEMENTAL APPLICATION DATA SHEET |
|---|

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Bartley |
| **Middle Name:** | K. |
| **Family Name:** | ANDRE |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~333 Pope Street~~<br>Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~Menlo Park~~<br>Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94025~~<br>95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 2:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | NZ |
| **Given Name:** | Daniel |
| **Middle Name:** | J. |
| **Family Name:** | COSTER |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~756 Church Street~~<br>Apple Inc. |

| | |
|---|---|
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~San Francisco~~ Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94114~~ 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 3:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | IT |
| **Given Name:** | Daniele |
| **Family Name:** | DE IULIIS |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~50 Digby Street~~ Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~San Francisco~~ Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94131~~ 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 4:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Richard |
| **Middle Name:** | P. |
| **Family Name:** | HOWARTH |

APLNDC00030645

| | |
|---|---|
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~3928 17th Street~~<br>Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~San Francisco~~<br>Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94114~~<br>95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 5:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Jonathan |
| **Middle Name:** | P. |
| **Family Name:** | IVE |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~196 Twin Peaks Blvd.~~<br>Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~San Francisco~~<br>Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94114~~<br>95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 6:

APLNDC00030646

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Steve |
| **Family Name:** | JOBS |
| **City of Residence:** | Palo Alto |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~2101 Waverley Street~~ <u>Apple Inc.</u> |
| **Address-2 of Mailing Address:** | <u>1 Infinite Loop, MS 301-CEO</u> |
| **City of Mailing Address:** | ~~Palo Alto~~ <u>Cupertino</u> |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94301~~ <u>95014</u> |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

<u>Inventor 7:</u>

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | GB |
| **Given Name:** | Duncan |
| **Middle Name:** | Robert |
| **Family Name:** | KERR |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~73 Miguel Street~~ <u>Apple Inc.</u> |
| **Address-2 of Mailing Address:** | <u>1 Infinite Loop, MS 302-1ID</u> |
| **City of Mailing Address:** | ~~San Francisco~~ <u>Cupertino</u> |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94131~~ <u>95014</u> |
| **Country of Mailing Address:** | US |
| **Phone:** | |

APLNDC00030647

**Fax:**
**E-mail:**

Inventor 8:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | JP |
| **Given Name:** | Shin |
| **Family Name:** | NISHIBORI |
| **City of Residence:** | Portola Valley |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~28 Aliso Way~~ <br> Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~Portola Valley~~ <br> Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94208~~ <br> 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 9:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Matthew |
| **Middle Name:** | Dean |
| **Family Name:** | ROHRBACH |
| **City of Residence:** | San Francisco |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~29 Ora Way~~ <br> Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~San Francisco~~ <br> Cupertino |

APLNDC00030648

| | |
|---|---|
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94131~~ |
| | 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 10:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | US |
| **Given Name:** | Douglas |
| **Middle Name:** | B. |
| **Family Name:** | SATZGER |
| **City of Residence:** | Menlo Park |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 225 Arden Road |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Menlo Park |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94025 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 11:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor (Deceased) |
| **Citizenship:** | US |
| **Given Name:** | Calvin |
| **Middle Name:** | Q. |
| **Family Name:** | SEID |
| **City of Residence:** | Palo Alto |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | 1043 High Street |

APLNDC00030649

| | |
|---|---|
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Palo Alto |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 94301 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 12:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | AU |
| **Given Name:** | Christopher |
| **Middle Name:** | J. |
| **Family Name:** | STRINGER |
| **City of Residence:** | Woodside |
| **State of Residence:** | CA |
| **Country of Residence:** | US |
| **Address-1 of Mailing Address:** | ~~20100 Skyline Boulevard~~<br>Apple Inc. |
| **Address-2 of Mailing Address:** | 1 Infinite Loop, MS 302-1ID |
| **City of Mailing Address:** | ~~Woodside~~<br>Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | ~~94062~~<br>95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Inventor 13:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Citizenship:** | CA |
| **Given Name:** | Eugene |
| **Middle Name:** | Antony |
| **Family Name:** | WHANG |
| **City of Residence:** | San Francisco |

APLNDC00030650

| | |
|---|---|
| State of Residence: | CA |
| Country of Residence: | US |
| Address-1 of Mailing Address: | #1 400 Dolores Street<br>Apple Inc. |
| Address-2 of Mailing Address: | 1 Infinite Loop, MS 302-ID |
| City of Mailing Address: | San Francisco<br>Cupertino |
| State of Mailing Address: | CA |
| Postal Code of Mailing Address: | 94114<br>95014 |
| Country of Mailing Address: | US |
| Phone: | |
| Fax: | |
| E-mail: | |

Inventor 14:

| | |
|---|---|
| Applicant Authority Type: | Inventor |
| Citizenship: | DE |
| Given Name: | Rico |
| Family Name: | ZORKENDORFER |
| City of Residence: | San Francisco |
| State of Residence: | CA |
| Country of Residence: | US |
| Address-1 of Mailing Address: | 327 Lombard Street<br>Apple Inc. |
| Address-2 of Mailing Address: | 1 Infinite Loop, MS 302-1ID |
| City of Mailing Address: | San Francisco<br>Cupertino |
| State of Mailing Address: | CA |
| Postal Code of Mailing Address: | 94133<br>95014 |
| Country of Mailing Address: | US |
| Phone: | |
| Fax: | |
| E-mail: | |

*Correspondence Information:*

| | | |
|---|---|---|
| Customer Number: | 63975 | *63975* |

APLNDC00030651

*Application Information:*

**Title of Invention:**          Electronic Device
**Application Type:**            regular, design
**Attorney Docket Number:** 2607.0590002(P4984USD1)/TGD/AKS


Botanic Information:

Publication Information:
**Suggested Figure for Publication -**
**Suggested Classification -**
**Suggested Technology Center -**
**Total Number of Drawing Sheets - 8**

*Representative Information:*

practitioner(s) at Customer Number:


    63975          *63975*


as our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

*Domestic Priority Information:*

This is a Divisional of US application number 29/282,834, filed 2007-07-30, now U.S. Patent D581,922.

US application number 29/282,834, filed 2007-07-30 is a Continuation of US application number 29/270,888, filed 2007-01-05, now U.S. Patent D558,758.

*Foreign Priority Information:*

*Assignee Information:*

<u>Assignee 1</u>:


**Organization Name:**            Apple Inc.
**Address-1 of Mailing Address:**  1 Infinite Loop
**Address-2 of Mailing Address:**

| | |
|---|---|
| **City of Mailing Address:** | Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: July 9, 2009

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1001891_1.DOC

APLNDC00030653

Equivalent of Form PTO/SB/08a (4-09)

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 29/328,018 |
| | | | | Filing Date | April 2, 2008 |
| | | | | First Named Inventor | Bartley K. Andre |
| | | | | Art Unit | 2913 |
| | | | | Examiner Name | Angela J. Lee |
| Sheet | 1 | of | 1 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number-Kind Code[3] (If Known) | | | | |
| | US50 | D561,204 | | 02-05-2008 | Toh | |
| | US58 | D559,220 | | 01-01-2008 | Lee et al. | |
| | US59 | D560,192 | | 01-22-2008 | Lee et al. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | Country Code[3] Number[4] Kind Code[5] (if known) | | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |
| | FP9 | | | | | |
| | FP10 | | | | | |
| | FP11 | | | | | |
| | FP12 | | | | | |
| | FP13 | | | | | |
| | FP14 | | | | | |
| | FP15 | | | | | |

988092_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030654

Equivalent of Form PTO/SB/08b (6-09)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | *Application Number* | 29/328,018 |
| | *Filing Date* | April 2, 2008 |
| | *First Named Inventor* | Bartley K. Andre |
| | *Art Unit* | 2913 |
| | *Examiner Name* | Angela J. Lee |
| Sheet \| 1 \| of \| 1 | *Attorney Docket Number* | 2607.0590002(P4984USC5)/TGD/AKS |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07]. Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-07]. Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL3 | LG DE850 Prada, announced January 2007, [online], [retrieved on 02-20-07]. Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07]. Retrieved from Internet, <URL:http//www.gsmarena.com> | |
| | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07]. Retrieved from Internet, <URL:http//www.mobilewhack.com> | |
| | NPL6 | Meizu M8, posted January 29, 2007, [online], [retrieved on 09-13-07]. Retrieved from Internet, <URL:http://www.engadget.com> | |
| | NPL7 | | |
| | NPL8 | | |
| | NPL9 | | |
| | NPL10 | | |

1002584_1.DOC

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030655

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5672640 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Dana Bennett Jackson |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1)/T |
| **Receipt Date:** | 09-JUL-2009 |
| **Filing Date:** | 18-NOV-2008 |
| **Time Stamp:** | 15:39:40 |
| **Application Type:** | Design |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 26070590002.pdf | 876328<br>ae6d202bcb23dfbc639de8ab4edebf4ff84b f5df | yes | 25 |

APLNDC00030656

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 2 |
| Response to Election / Restriction Filed | 3 | 4 |
| Specification | 5 | 6 |
| Applicant Arguments/Remarks Made in an Amendment | 7 | 8 |
| Application Data Sheet | 9 | 18 |
| Transmittal Letter | 19 | 23 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 24 | 25 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 876328 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00030657



**Sterne Kessler Goldstein Fox**
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Vincent L. Capuano | Scott A. Schaller | Anne M. Georgalas | Yasser Mourtada |
| Jorge A. Goldstein | Elizabeth J. Haanes | Lei Zhou | Patrick P. Hansen | Kellie K. DiNapoli |
| David K.S. Cornwell | Michael D. Specht | W. Blake Coblentz | Ross G. Hicks | Julie L. Blum |
| Robert W. Esmond | Kevin W. McCabe | James J. Pohl | Keisha Hylton-Rodic | Cynthia L. DeRenzo |
| Tracy-Gene G. Durkin | Glenn J. Perry | John T. Haran | Bonnie Nannenga-Combs | Alyson C. Fuller |
| Michele A. Cimbala | Theodore A. Wood | Mark W. Rygiel | Alyssa K. Sandrowitz* | Omar F. Amin |
| Michael B. Ray | Edward W. Yee | Michael R. Malek* | Jonathan M. Strang* | Shovon I. Ashraf |
| Robert E. Sokohl | Grant E. Reed | Carla Ji-Eun Kim | Ishan P. Weerakoon* | Kavon Nasabzadeh |
| Eric K. Steffe | Jason D. Eisenberg | Doyle A. Siever* | Salvador M. Bezos* | |
| Michael Q. Lee | Tracy L. Muller | Ulrike Winkler Jenks | Justin T. Sher | Of Counsel |
| John M. Covert | Jon E. Wright | Paul A. Calvo | Byron L. Pickard | Edward J. Kessler |
| Robert C. Millonig | LuAnne M. DeSantis | C. Matthew Rozier | Richard B. Almon*▲ | Kenneth C. Bass III |
| Donald J. Featherstone | Helene C. Carlson | Randall K. Baldwin | Bruce B. Vance | Marvin C. Guthrie |
| Timothy J. Shea, Jr | Cynthia M. Bouchez | Lori M. Brandes | | Christopher P. Wrist |
| Michael V. Messinger | Timothy A. Doyle | Jeffrey S. Mills | Registered Patent Agents▲ | David C. Isaacson |
| Judith U. Kim | Gaby L. Longsworth | Jeremy M. Klass | Karen R. Markowicz | |
| Jeffrey T. Helvey | Lori A. Gordon | Stephanie L. Elmer | Peter A. Socarras | |
| Eldora L. Ellison | Laura A. Vogel | Mita Mukherjee* | Danielle L. Letting | *Admitted only in Maryland |
| Donald R. Banowit | Shannon A. Carroll | Scott M. Woodhouse* | Steven C. Oppenheimer | ▲Admitted only in Virginia |
| Peter A. Jackman | Anbar F. Khal | Jeremiah B. Frueauf | Aaron S. Lukas | ▲Practice Limited to |
| Brian J. Del Buono | Michelle K. Holoubek | Christian A. Camarce* | Gaurav Asthana | Federal Agencies |
| Mark Fox Evens | Marsha A. Rose | Richard D. Coller III | Robert E. Bakin | |

July 9, 2009

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Art Unit 2913*

*Attn: Mail Stop Amendment*

Re:   U.S. Design Patent Application
      Application No. 29/328,018; Filing Date:  November 18, 2008
      For:   **Electronic Device**
      Inventors:  Andre *et al.*
      Our Ref:  2607.0590002(P4984USD1)/TGD/AKS

Sir:

Transmitted herewith for appropriate action are the following documents:

1.  Reply to Election Requirement and Amendment Under 37 C.F.R. § 1.115;

2.  Supplemental Application Data Sheet;

3.  Second Supplemental Information Disclosure Statement;

4.  One page of Form PTO/SB/08A listing documents US50, US58-US59, and FP1; and

5.  One page of Form PTO/SB/08B listing documents NPL1-NPL6.

The above-listed documents are filed electronically through EFS-Web.

US50 was cited on Form PTO/SB/08A originally submitted to the USPTO on February 9, 2009.  However, the Examiner did not consider this reference because there was a typographical error on Form PTO/SB/08A.  This submission is believed to correct this error in accordance with MPEP § 707.05(g).

FP1 and NPL1-NPL6 were cited on Forms PTO/SB/08A and PTO/SB/08B originally submitted to the USPTO on November 18, 2008.  However, the Examiner did not consider these references because the submission incorrectly stated copies of these documents were cited by or submitted to the Office in an IDS in Application No. 29/282,834.  FP1 and NPL1-NPL6 were cited by or submitted to the Office in and IDS in Application No. 29/270,888, filed January 1,

Sterne, Kessler, Goldstein & Fox P.L.L.C. : 1100 New York Avenue, NW : Washington, DC 20005 : 202.371.2600 f 202.371.2540 : www.skgf.com

APLNDC00030658

Commissioner for Patents
July 9, 2009
Page 2

2007, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached hereto.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/AKS:dbj
Enclosures

988110_1.DOC

APLNDC00030659



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1) | 7091 |

63975          7590          10/02/2009
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| LEE, ANGELA J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/02/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

APLNDC00030660

| | | | |
|---|---|---|---|
| **Office Action Summary** | **Application No.**<br>29/328,018 | **Applicant(s)**<br>ANDRE ET AL. | |
| | **Examiner**<br>ANGELA J. LEE | **Art Unit**<br>2911 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS,
WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>09 July 2009</u>.
2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
   closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1</u> is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) <u>1</u> is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a)☐ All  b)☐ Some * c)☐ None of:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
         application from the International Bureau (PCT Rule 17.2(a)).
   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date <u>7/9/09</u>.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application
6)☐ Other: _____ .

APLNDC00030661

Application/Control Number: 29/328,018                                                    Page 2
Art Unit: 2911

<u>*Introduction*</u>

Applicant's response of July 9, 2009, including election of Group I and

amendment to the specification, has been reviewed.

Groups II – IV have been withdrawn from further consideration by the examiner,

37 CFR 1.142(b), as being for the nonelected design.  Election was made without

traverse in the reply filed on July 9, 2009.

FIGS. 9 - 32 have been cancelled by applicant.

<u>*Incorporation by Reference*</u>

This application incorporates by reference D581,922 and D558,758. All the

material from the D581,922 and D558,758 which is essential to the claimed design is

included in this application. Amendments of the claim may be based on the content of

the incorporated material. However, with or without a specific amendment, it is

understood that any material in the D581,922 and D558,758 which is not present in this

application forms no part of the claimed design.


<u>*Specification*</u>

The specification is objected to because the first sentence of the description in

paragraph [0012] is confusing.  The first sentence, "More generally, the invention

pertains to an ornamental design for an article of manufacture" is confusing,

unnecessary and redundant.  See MPEP 1503.01, subsection II. Therefore, this

sentence should be deleted.

The specification is also objected to because it includes a description of color

designations which are no longer applicable.  Applicant has elected Group I.  There are

APLNDC00030662

Application/Control Number: 29/328,018                                      Page 3
Art Unit: 2911

no dashed line patterns in Group I.  Therefore, the following portions of paragraph

[0011] must be deleted: "the dashed line pattern indicates metal.  By way of example,

the metallic portions may be selected from steel, aluminum, anodized aluminum,

chrome, nickel, and/or the like."

<u>Double Patenting</u>

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.  See *In re Goodman*, 11

F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ

645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In

re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d

528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be

used to overcome an actual or provisional rejection based on a non-statutory double

patenting ground provided the conflicting application or patent is shown to be commonly

owned with this application.  See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

The claim is provisionally rejected under the judicially created doctrine of the

obviousness-type double patenting of the claim of copending Application No.

APLNDC00030663

Application/Control Number: 29/328,018                                    Page 4
Art Unit: 2911

29/332,683.  Although the conflicting claims are not identical, they are not patentably

distinct from each other because the claims are identical with the exception that

29/328,018 includes a color designation (black) and 29/332,683 does not include a color

designation.  Patentability of a design may not rest on color alone and "it would be

obvious to employ a chromatic color."  *In re Iknayan et al.*, F.2d 943, 124 USPQ 507,

508 (CCPA 1960).

It is well settled that it is unobviousness in the overall appearance of the claimed

design, when compared with the prior art, rather than minute details or small variations

in design as appears to be the case here, that constitutes the test of design

patentability.  See *In re Frick*, 275 F2d 741, 125 USPQ 191 (CCPA 1960) and *In re

Lamb,* 286 F2d 610, 128 USPQ 539 (CCPA 1961).

This is a provisional obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

### *Rejection 35 USC 103*

The claim is rejected under 35 U.S.C. 103(a) as being unpatentable over U. S.

Patent 7409059 in view of U. S. PGPUB 2008/0004083.

Although the invention is not identically disclosed or described as set forth in 35

U.S.C. 102, (from the point-of-view of a designer of ordinary skill in the art) if the

differences between the subject matter sought to be patented and the prior art are such

that the subject matter as a whole would have been obvious at the time the invention

was made to a designer having ordinary skill in the art to which said subject matter

pertains, the invention is not patentable.

Application/Control Number: 29/328,018                                      Page 5
Art Unit: 2911

The claimed invention is strikingly similar to the left portion of the design shown in FIG. 7 of 7409059. The differences in the claimed design over the reference are the modification of the elongated oval speaker, the modification of the rectangular display and the inclusion of color designation. It would have been obvious to a designer of ordinary skill in the art at the time the invention was made to modify the elongated oval to have more rounded edges as taught by the elongated oval in FIG. 56 of 2008/0004083 and to modify the rectangular display to extend to the left and right side edges and to remove the inner border as demonstrated by FIG. 56 of 2008/0004083. It would be obvious to modify the design by showing a color designation. Patentability of a design may not rest on color alone and "it would be obvious to employ a chromatic color." *In re Iknayan et al.*, F.2d 943, 124 USPQ 507, 508 (CCPA 1960).

Moreover, any differences that may exist between the claimed design and the basic reference as modified are considered minor in nature and insufficient to define a patentably distinct design.

The claimed design is held to be patentably indistinct even without the rounded edges on the elongated oval modification taught by 2008/0004083. It is acknowledged that the de minimis difference in the shape of the elongated oval has a minimal impact on the overall appearance. However, an elongated oval with rounded edges of this type utilized herein is known in the art. Incorporation of an elongated oval with rounded edges included into the primary reference would result in an appearance that is even closer to the claimed design. Therefore, the combination has been made.

APLNDC00030665

The modification of the primary reference in light of the secondary references is proper because the applied references are so related that the appearance of features shown in one would suggest the application of those features to the other. See *In re Rosen,* 673 F.2d 388, 213 USPQ 347 (CCPA 1982); *In re* Carter, 673 F2d 1378, 213 USPQ 625 (CCPA 1982), and *In re Glavas,* 230 F.2d 447, 109 USPQ 50 (CCPA 1956). Further, it is noted that case law has held that one skilled in the art is charged with knowledge of the related art; therefore, the combination of old elements, herein, would have been well within the level of ordinary skill. See *In re Antle,* 444 F.2d 1168, 170 USPQ 285  (CCPA 1961) and *In re Nalbandian,* 661 F.2d 1214, 211 USPQ 782 (CCPA 1982).

It is well settled that it is unobviousness in the overall appearance of the claimed design, when compared with the prior art combination, rather than minute details or small variations in design as appears to be the case here, that constitutes the test of design.

### *Conclusion/Contact Information*

The claim is rejected for the reasons set forth above.

The references cited but not applied are cumulative art related to the claimed design.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Angela J. Lee whose telephone number is 571-272-4453.  The examiner can normally be reached on Monday to Friday from 8:30 am to 5:00 pm.

Application/Control Number: 29/328,018                                    Page 7
Art Unit: 2911

   If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Cathron Brooks, can be reached on 571-272-2633.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

   Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

/A. J. L./
/Angela J Lee/
Examiner, Art Unit 2911

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>29/328,018 | Applicant(s)/Patent Under Reexamination<br>ANDRE ET AL. |
| | Examiner<br>ANGELA J. LEE | Art Unit<br>2911 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,409,059 | 08-2008 | Fujisawa, Eizo | 379/433.13 |
| * | B | US-2008/0004083 | 01-2008 | Ohki et al. | 455/566 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

APLNDC00030668

Equivalent of Form PTO/SB/08a (4-09)

| Substitute for form 1449/PTO | **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | *Complete if Known* | |
|---|---|---|---|---|
| | | | Application Number | 29/328,018 |
| | | | Filing Date | April 2, 2008 |
| | | | First Named Inventor | Bartley K. Andre |
| | | | Art Unit | 2913 |
| | | | Examiner Name | Angela J. Lee |
| Sheet | 1 | of | 1 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | Number-Kind Code³ (If Known) | | | | |
| /AL/ | US50 | D561,204 | | 02-05-2008 | Toh | |
| /AL/ | US58 | D559,220 | | 01-01-2008 | Lee et al. | |
| /AL/ | US59 | D560,192 | | 01-22-2008 | Lee et al. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | | Country Code³ Number⁴ Kind Code⁵ (if known) | | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |
| | FP9 | | | | | |
| | FP10 | | | | | |
| | FP11 | | | | | |
| | FP12 | | | | | |
| | FP13 | | | | | |
| | FP14 | | | | | |
| | FP15 | | | | | |

988092_1.DOC

| Examiner Signature | /Angela Lee/ | Date Considered | 09/25/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

APLNDC00030669

Equivalent of Form PTO/SB/08b (6-09)

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **SECOND SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 29/328,018 |
| | | | Filing Date | April 2, 2008 |
| | | | First Named Inventor | Bartley K. Andre |
| | | | Art Unit | 2913 |
| | | | Examiner Name | Angela J. Lee |
| Sheet | 1 | of | 1 | Attorney Docket Number | 2607.0590002(P4984USC5)/TGD/AKS |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| /AL/ | NPL1 | Samsung F700, announced February 2007, [online], [retrieved on 02-08-07]. Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| /AL/ | NPL2 | Philips S900, announced June 2006, [online], [retrieved on 02-20-07]. Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| /AL/ | NPL3 | LG DE850 Prada, announced January 2007, [online], [retrieved on 02-20-07]. Retrieved from Internet, <URL:http://www.gsmarena.com> | |
| /AL/ | NPL4 | Apple iPhone, announced January 2007, [online], [retrieved on 03-12-07]. Retrieved from Internet, <URL:http//www.gsmarena.com> | |
| /AL/ | NPL5 | Tinnos PDA, posted May 19, 2006, [online], [retrieved on 08-22-07]. Retrieved from Internet, <URL:http//www.mobilewhack.com> | |
| /AL/ | NPL6 | Meizu M8, posted January 29, 2007, [online], [retrieved on 09-13-07]. Retrieved from Internet, <URL:http://www.engadget.com> | |
| | NPL7 | | |
| | NPL8 | | |
| | NPL9 | | |
| | NPL10 | | |

1002584_1.DOC

| Examiner Signature | /Angela Lee/ | Date Considered | 09/25/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTOL-413A (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

# Applicant Initiated Interview Request Form

Application No.: 29/328,018                    First Named Applicant: ANDRE

Examiner: Lee, Angela J.          Art Unit: 2911          Status of Application: Non-Final Rejection

**Tentative Participants:**
(1)  Tracy-Gene G. Durkin                    (2)  Alyssa K. Sandrowitz
(3)  _____                    (4)  _____

**Proposed Date of Interview:** November 5, 2009          **Proposed Time:** 1:00          AM (PM)

**Type of Interview Requested:**
(1) ☐ Telephonic     (2) ☒ Personal     (3) ☐ Video Conference

**Exhibit To Be Shown or Demonstrated:**     ☒ YES          ☐ NO
If yes, provide brief description: Apple iPhone

## Issues To Be Discussed

| Issues (Rej., Obj., etc) | Claims/ Fig. #s | Prior Art | Discussed | Agreed | Not Agreed |
|---|---|---|---|---|---|
| (1) Rej. | 1 | Applied | ☐ | ☐ | ☐ |
| (2) _____ | _____ | _____ | ☐ | ☐ | ☐ |
| (3) _____ | _____ | _____ | ☐ | ☐ | ☐ |
| (4) _____ | _____ | _____ | ☐ | ☐ | ☐ |

☐ Continuation Sheet Attached

**Brief Description of Argument to be Presented:**

Applicant's Representative intends to point out the proposed combination does not result in the claimed design.
_____
_____

**An interview was conducted on the above-identified application on** _____ .

**NOTE:** This form should be completed by applicant and submitted to the examiner in advance of the interview (see MPEP § 713.01).

This application will not be delayed from issue because of applicant's failure to submit a written record of this interview. Therefore, applicant is advised to file a statement of the substance of this interview (37 CFR 1.133(b)) as soon as possible.

Applicant/Applicant's Representative Signature
Tracy-Gene G. Durkin                                    Examiner/SPE Signature
Typed/Printed Name of Applicant or Representative
32,831
Registration Number, if applicable

This collection of information is required by 37 CFR 1.133. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00030671

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6382468 |
| **Application Number:** | 29328018 |
| **International Application Number:** | |
| **Confirmation Number:** | 7091 |
| **Title of Invention:** | Electronic Device |
| **First Named Inventor/Applicant Name:** | Bartley K. ANDRE |
| **Customer Number:** | 63975 |
| **Filer:** | Tracy-Gene G. Durkin/Joann Autry |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | 2607.0590002(P4984USD1) |
| **Receipt Date:** | 03-NOV-2009 |
| **Filing Date:** | 18-NOV-2008 |
| **Time Stamp:** | 14:57:12 |
| **Application Type:** | Design |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Letter Requesting Interview with Examiner | INTERVIEWREQUEST.pdf | 50177<br>43c97f7c979aed2bfece68e9bef6595aa92c0868 | no | 1 |

| Warnings: |
|---|
| Information: |

APLNDC00030672

Total Files Size (in bytes): 50177

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00030673



U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/328,018 | 11/18/2008 | Bartley K. ANDRE | 2607.0590002(P4984USD1) | 7091 |

63975          7590          11/10/2009
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| LEE, ANGELA J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/10/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

APLNDC00030674

| ***Interview Summary*** | **Application No.** 29/328,018 | **Applicant(s)** ANDRE ET AL. | |
|---|---|---|---|
| | **Examiner** ANGELA J. LEE | **Art Unit** 2911 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>*ANGELA J. LEE*</u>.                      (3)<u>*Barbara Fox, Bridget Eland*</u>.

(2) <u>*Cathron Brooks*</u>.                      (4)<u>*Tracy-Gene Durkin, Alyssa Sandrowitz*</u>.

Date of Interview: <u>05 November 2009</u>.

Type:   a)☐  Telephonic   b)☐  Video Conference
c)☒ Personal [copy given to:  1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:    d)☒ Yes    e)☐ No.
If Yes, brief description: <u>*A sample iPhone was presented*</u>.

Claim(s) discussed: <u>*1*</u>.

Identification of prior art discussed: <u>US Patent 7409059, US PGPUB 2008/0004083, KR30-0394921</u>.

Agreement with respect to the claims f)☐ was reached.   g)☐ was not reached.   h)☒ N/A.


Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>*Ms. Durkin supplied files for 29/328,018,  29/332,683 and the above listed prior art. The 103 rejection and the application of the art was discussed.  Ms. Durkin presented the Korean reference for discussion in its potential application in a 103 rejection and possible responses to the 103 were discussed* </u>.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

| /A. J. L./ Examiner, Art Unit 2911 | |
|---|---|

APLNDC00030675

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
–   Application Number (Series Code and Serial Number)
–   Name of applicant
–   Name of examiner
–   Date of interview
–   Type of interview (telephonic, video-conference, or personal)
–   Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
–   An indication whether or not an exhibit was shown or a demonstration conducted
–   An identification of the specific prior art discussed
–   An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
–   The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
    (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

APLNDC00030676

Similar to PTO/SB/25 (08-08)

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER PENDING "REFERENCE" APPLICATIONS | Docket Number  (Optional) 2607.0590002(P4984USD1)/ TGD/AKS |
|---|---|

In re Application of:  Andre et al.

Application No.: 29/328,018

Filed:   November 18, 2008

For:     ELECTRONIC DEVICE

The owner*, <u>Apple. Inc.</u>, of <u>100</u> percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending **reference** Application Number <u>29/332,683</u>, filed on <u>February 23, 2008</u>, as such term is defined in 35 U.S.C. 154 and 173, and as the term of any patent granted on said **reference** applications may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** applications. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the **reference** applications are commonly owned.   This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of any patent granted on said **reference** applications, "as the term of any patent granted on said **reference** applications may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending **reference** applications," in the event that: any such patent: granted on the pending **reference** applications: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

Check either box 1 or 2 below, if appropriate.

1. ☐    For submissions on behalf of business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒    The undersigned is an attorney or agent of record. Reg. No. <u>32,831</u>.

| _____ Signature | _____ January 27, 2010 Date |
|---|---|
| _____ Tracy-Gene G. Durkin Typed or printed Name | |
| | _____ (202) 772-8660 Telephone Number |

☒    Terminal disclaimer fee under 37 CFR 1.20(d) included.

**WARNING: Information on this form may become public.  Credit card Information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 C.F.R. 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).

Form PTO/SB/96 may be used for making this statement. See MPEP §324

1074983_1.DOC

APLNDC00030677

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.:  7091 |
| Andre *et al.* | Art Unit:  2911 |
| Appl. No.:  29/328,018 | Examiner:  Angela J. Lee |
| | Atty. Docket: |
| Filed:  November 18, 2008 | 2607.0590002(P4984USD1)/TGD/AKS |
| For:  **Electronic Device** | |

## Third Supplemental Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

Sir:

Listed on accompanying IDS Forms are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98.  The numbering on this Third Supplemental Information Disclosure Statement is a continuation of the numbering in Applicants' Second Supplemental Information Disclosure Statement filed on July 9, 2009 in connection with the above-captioned application.

Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned.  However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may

- 2 -

Andre *et al.*
Appl. No. 29/328,018

not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent application does not exist. The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.   Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☐ 2.   Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114. No statement or fee is required.

☒ 3.   Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date

Atty. Dkt. No. 2607.0590002(P4984USC5)/TGD/AK

- 3 -                                                    Andre *et al.*
                                            Appl. No. 29/328,018

of the first Office Action on the merits, but before the mailing date of a Final

Rejection, or Notice of Allowance, or an action that otherwise closes prosecution

in the application.

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each

item of information contained in this Information Disclosure

Statement was first cited in any communication from a foreign

patent office in a counterpart foreign application not more than

three months prior to the filing of this Information Disclosure

Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item

of information in this Information Disclosure Statement was cited

in a communication from a foreign patent office in a counterpart

foreign application and, to my knowledge after making reasonable

inquiry, was known to any individual designated in 37 C.F.R.

§ 1.56(c) more than three months prior to the filing of this

Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☒ c.   The required fee is provided through online credit card payment

authorization in the amount of $180.00 in payment of the fee

under 37 C.F.R. § 1.17(p).

☐ 4.   Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being

filed more than three months after the U.S. filing date and after the mailing date

of a Final Rejection or Notice of Allowance, but on or before payment of the

Atty. Dkt. No. 2607.0590002(P4984USC5)/TGD/AK

APLNDC00030680

*Andre et al.*
Appl. No. 29/328,018

Issue Fee.   The required fee is provided through online credit card payment authorization in the amount of $***IDS payment amount NU*** in payment of the fee under 37 C.F.R. § 1.17(p); in addition:

☐ a.   Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.   The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application.   Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38 and MPEP 609.04(a)(III).

Atty. Dkt. No. 2607.0590002(P4984USC5)/TGD/AK

APLNDC00030681

- 5 -                                                    Andre *et al.*
                                                        Appl. No. 29/328,018

☐ 6.   A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

☒ 7.   A copy of document FP7 is submitted.

☐ 8.   Copies of the documents were cited by or submitted to the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No._____, filed _____, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached.  37 C.F.R. § 1.98(d).

☒ 9.   It is expected that the examiner will review the prosecution and cited art in the parent application no(s). 29/282,834 and 29/270,888 in accordance with MPEP 2001.06(b), and indicate in the next communication from the office that the art cited in the earlier prosecution history has been reviewed in connection with the present application.

It is respectfully requested that the Examiner initial and return a copy of the enclosed IDS Forms, and indicate in the official file wrapper of this patent application that the documents have been considered.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Atty. Dkt. No. 2607.0590002(P4984USC5)/TGD/AK

APLNDC00030682

- 6 -

Andre *et al.*
Appl. No. 29/328,018

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:   January 27, 2010

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1074088_1.doc

Atty. Dkt. No. 2607.0590002(P4984USC5)/TGD/AK

Equivalent of Form PTO/SB/08a (4-09)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **THIRD SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 29/328,018 |
| | Filing Date | November 18, 2008 |
| | First Named Inventor | Bartley K. Andre |
| | Art Unit | 2911 |
| | Examiner Name | Angela J. Lee |
| Sheet \| 1 \| of \| 1 | Attorney Docket Number | 2607.0590002(P4984USD1)/TGD/AKS |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP7 | JP 2004 290256 | 10-26-2005 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1074097_1.doc

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

FP7

# Document made available under the Patent Cooperation Treaty (PCT)

International application number:   PCT/JP2005/017797

International filing date:                28 September 2005 (28.09.2005)

Document type:            Certified copy of priority document

Document details:         Country/Office:   JP
                          Number:           2004-290256
                          Filing date:      01 October 2004 (01.10.2004)

Date of receipt at the International Bureau:    15 November 2005 (15.11.2005)

Remark:      Priority document submitted or transmitted to the International Bureau in
             compliance with Rule 17.1(a) or (b)



World Intellectual Property Organization (WIPO) - Geneva, Switzerland
Organisation Mondiale de la Propriété Intellectuelle (OMPI) - Genève, Suisse

APLNDC00030685

# 日 本 国 特 許 庁
## JAPAN PATENT OFFICE

別紙添付の書類に記載されている事項は下記の出願書類に記載されている事項と同一であることを証明する。

This is to certify that the annexed is a true copy of the following application as filed with this Office.

出 願 年 月 日
Date of Application:　　　２００４年１０月　１日

出 願 番 号
Application Number:　　　特願２００４－２９０２５６

パリ条約による外国への出願
に用いる優先権の主張の基礎
となる出願の国コードと出願
番号
The country code and number
of your priority application,
to be used for filing abroad
under the Paris Convention, is

ＪＰ２００４－２９０２５６

出 願 人
Applicant(s):　　　シャープ株式会社

２００５年１０月２６日

特 許 庁 長 官
Commissioner,
Japan Patent Office





APLNDC00030686

【書類名】　　　　　特許願
【整理番号】　　　　1041618
【提出日】　　　　　平成16年10月 1日
【あて先】　　　　　特許庁長官殿
【国際特許分類】　　H04N　5/44
【発明者】
　　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　　【氏名】　　　　大木　邦裕
【発明者】
　　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　　【氏名】　　　　高田　英典
【発明者】
　　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　　【氏名】　　　　小山　啓一
【発明者】
　　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号　シャープ株式会社内
　　　【氏名】　　　　福定　良佑
【特許出願人】
　　　【識別番号】　　000005049
　　　【住所又は居所】　大阪府大阪市阿倍野区長池町２２番２２号
　　　【氏名又は名称】　シャープ株式会社
【代理人】
　　　【識別番号】　　100064746
　　　【弁理士】
　　　【氏名又は名称】　深見　久郎
【選任した代理人】
　　　【識別番号】　　100085132
　　　【弁理士】
　　　【氏名又は名称】　森田　俊雄
【選任した代理人】
　　　【識別番号】　　100083703
　　　【弁理士】
　　　【氏名又は名称】　仲村　義平
【選任した代理人】
　　　【識別番号】　　100096781
　　　【弁理士】
　　　【氏名又は名称】　堀井　豊
【選任した代理人】
　　　【識別番号】　　100098316
　　　【弁理士】
　　　【氏名又は名称】　野田　久登
【選任した代理人】
　　　【識別番号】　　100109162
　　　【弁理士】
　　　【氏名又は名称】　酒井　將行
【手数料の表示】
　　　【予納台帳番号】　008693
　　　【納付金額】　　16,000円
【提出物件の目録】
　　　【物件名】　　　特許請求の範囲　1

APLNDC00030687

【物件名】　　　　　明細書　　1
【物件名】　　　　　図面　　1
【物件名】　　　　　要約書　　1
【包括委任状番号】　　0208500

APLNDC00030688

【請求項１】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構とを備え、
　前記回転の中心は、前記第１および第２の筐体の重なり部分の中心とほぼ一致する、携帯情報端末。

【請求項２】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構とを備え、
　前記第２の筐体は、前記表示部の表示項目を取捨選択する、前記第１の筐体側に配置された操作キーを有する、携帯情報端末。

【請求項３】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的にスライドおよび回転するように前記第１および第２の筐体を連結する回転連結機構とを備えた、携帯情報端末。

【請求項４】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構と、
　前記第１および第２の筐体の少なくとも一方であって、表示部と反対側の面に設けられたストラップ部とを備えた携帯情報端末であって、
　前記ストラップ部は、操作者が前記携帯情報端末を握持する状態において操作者の手に係合し、
　前記携帯情報端末が載置面上に置かれた状態では前記ストラップ部は載置面と接触して前記携帯情報端末を支持する、携帯情報端末。

【請求項５】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構と、
　前記第２の筐体に設けられ、前記表示部の両側に設けられたステレオスピーカと、
　前記表示部での画像の表示状態に応じて前記ステレオスピーカからのステレオの再生状況を切換える制御部とを備えた、携帯情報端末。

【請求項６】
　操作部を有する第１の筐体と、
　表示部を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、
　前記第１の筐体に対して前記第２の筐体が相対的に回転するように前記第１および前記第２の筐体を連結する回転連結機構と、
　前記第１および第２の筐体を重ね合わせた厚みとほぼ均しい厚みを有し、前記第２の筐体に収納される撮像部とを備えた、携帯情報端末。

【請求項７】
　第１の面と、その第１の面の反対側に位置する第２の面とを有する第１の筐体と、
　第３の面と、その第３の面の反対側に位置する第４の面を有し、その一部分が前記第１の筐体と重なり合う第２の筐体と、

APLNDC00030689

　前記第１の筐体に対して前記第２の筐体または前記第３の筐体の筐体を保持する第１の回転連結機構と、

　第１の筐体に対して第１の回転連結機構が相対的に回転するように前記第１の回転連結機構と前記第１の筐体とを連結する第２の回転連結機構とを備え、

　前記第１の回転連結機構は、前記第３の面および前記第４の面が前記第１の面に向かい合うことが可能なように前記第２の筐体を保持する、携帯情報端末。

【請求項８】

　前記第１および第２の筐体が一直線上に並んだ状態から前記第２の筐体は前記第１の方向および前記第１の方向と異なる第２の方向とに回転可能である、請求項１から７のいずれか１項に記載の携帯情報端末。

【請求項９】

　地上波デジタル放送を受信して表示部に表示することが可能である、請求項１から８のいずれか１項に記載の携帯情報端末。

APLNDC00030690

【書類名】明細書
【発明の名称】携帯情報端末
【技術分野】
【０００１】
　この発明は、携帯情報端末に関し、特に映像を表示することが可能な携帯情報端末に関するものである。
【背景技術】
【０００２】
　従来、携帯情報端末は、たとえば特開２００４－５４４０９号公報（特許文献１）、特開２００３－１７４４９５号公報（特許文献２）、特開２００３－２４４３０３号公報（特許文献３）、実用新案登録第３０８８１５７号公報（特許文献４）に開示されている。
　　　【特許文献１】特開２００４－５４４０９号公報
　　　【特許文献２】特開２００３－１７４４９５号公報
　　　【特許文献３】特開２００３－２４４３０３号公報
　　　【特許文献４】実用新案登録第３０８８１５７号公報
【発明の開示】
【発明が解決しようとする課題】
【０００３】
　従来の技術では、表示部と本体を合わせた大きさが大きくなるという問題があった。
【０００４】
　また、従来の技術では、モバイルツールとして携帯情報端末を使用する場合に持ちにくく、使いやすさに問題があった。
【０００５】
　さらに、従来の携帯情報端末では、大きなカメラユニットを搭載することが困難であるという問題があった。
【０００６】
　そこで、この発明は上述のような問題点を解決するためになされたものである。
【０００７】
　この発明の１つの目的は、携帯情報端末において、保持性を高めつつ横長画面を視聴できるＬ形の状態で、その全体の大きさを小さくすることである。
【０００８】
　また、この発明の別の目的は、携帯情報端末において、モバイル環境で使用する「持つツール」としての使いやすさを高めることである。
【０００９】
　また、この発明の別の目的は、携帯情報端末において、大きなカメラユニット（高性能なレンズの部品）を搭載しつつ、スライド方式を実現させることが可能な携帯情報端末を提供することである。
【課題を解決するための手段】
【００１０】
　この発明の１つの局面に従った携帯情報端末は、操作部を有する第１の筐体と、表示部を有し、その一部分が第１の筐体と重なり合う第２の筐体と、第１の筐体に対して第２の筐体が相対的に回転するように第１および第２の筐体を連結する回転連結機構とを備える。回転の中心は、第１および第２の筐体の重なり部分の中心とほぼ一致する。
【００１１】
　このように構成された携帯情報端末では、回転の中心は第１および第２の筐体の重なり部分の中心とほぼ一致するため、回転の中心が重なり部分の中心と一致しない場合に比べて、Ｌ字形の状態で全体のサイズが小さくなる。これにより手の平からはみ出す表示部の面積が少なくなり、全体の大きさを小さくすることができる。また、使用時のスタイルも美しくなる。
【００１２】

APLNDC00030691