Exhibit 7

Part 1 of 2



IW 7306757

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

July 28, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *29/201,636*
FILING DATE: *March 17, 2004*
PATENT NUMBER: *D504,889*
ISSUE DATE: *May 10, 2005*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer

**DESIGN PATENT**

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

# Be It Known That We

**Bartley K. Andre**
**Daniel J. Coster**
**Daniele De Iuliis**
**Richard P. Howarth**
**Jonathan P. Ive**
**Steve Jobs**
**Duncan Robert Kerr**
**Shin Nishibori**
**Matthew Dean Rohrbach**
**Douglas B. Satzger**
**Calvin Q. Seid**
**Christopher J. Stringer**
**Eugene Anthony Whang**
**Rico Zorkendorfer**

have invented a new, original, and ornamental design for an

## ELECTRONIC DEVICE

of which the following is a specification, reference being made to the accompanying drawings forming a part thereof.

APLNDC00032358

## DESCRIPTION OF THE DRAWINGS

5        FIG. 1A is a top perspective view of an electronic device in accordance with the present design.  The electronic device may correspond to a computing device such as a personal computer pad or tablet that incorporates a processor and monitor into a single housing.  The monitor, which includes a display, may also include a touch screen. The electronic device may also correspond to an input/output device such as a display device or

10      touch pad or screen.  The display device and touch screen may be integrated together.  The input/output device may be coupled to a computing device.

        FIG. 1B is a bottom perspective view of an electronic device in accordance with the present design.

        FIG. 2 is a top view of the electronic device shown in FIG. 1.

15      FIG. 3 is a bottom view of the electronic device shown in FIG. 1.

        FIG. 4 is a left side view of the electronic device shown in FIG. 1.

        FIG. 5 is a right side view of the electronic device shown in FIG. 1.

        FIG. 6 is an upper side view of the electronic device shown in FIG. 1.

        FIG. 7 is a lower side view of the electronic device shown in FIG. 1.

20      FIG. 8 is an exemplary diagram of the electronic device shown in FIG. 1 being used by a user.

        Attached hereto is an appendix showing various photographs of an electronic device in accordance with one embodiment.

25

APL1D297                    Page 2

APLNDC00032359

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE



CERTIFICATE OF EXPRESS MAILING

I hereby certify that this paper and the documents and/or fees referred to as attached therein are being deposited with the United States Postal Service on March 17, 2004 in an envelope as "Express Mail Post Office to Addressee" service under 37 CFR §1.10, Mailing Label Number EV333986607US, addressed to the Commissioner for Patents, Mail Stop Design P.O. Box 1450 Alexandria, VA 22313-1450.

_Lauren Kimball_
Lauren Kimball

Attorney Docket No.: APL1D297

First Named Inventor: Andre



## TRANSMITTAL OF A DESIGN PATENT APPLICATION
### (37 CFR §1.53)

Mail Stop Design
Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing is the design patent application entitled:

## ELECTRONIC DEVICE

by inventor(s):  **Bartley K. Andre, Daniel J. Coster, Daniele De Iuliis, Richard P. Howarth, Jonathan P. Ive, Steve Jobs, Duncan Robert Kerr, Shin Nishibori, Matthew Dean Rohrbach, Douglas B. Satzger, Calvin Q. Seid, Christopher J. Stringer, Eugene Anthony Whang and Rico Zörkendörfer**

Enclosed are:

- ☒ A Specification totaling 3 pages.
- ☒ **Formal** drawings, totaling 4 pages.
- ☒ Appendix totaling 15 pages.
- ☒ (2) Combined Declaration and Power of Attorney.
- ☒ Associate Power of Attorney.
- ☐ Foreign         Language Declaration and Power of Attorney.
- ☐ A certified copy of priority application:           .
- ☒ Assignment(s) together with the Assignment Cover Sheet.
- ☐ Applicant is entitled to Small Entity Status under 37 C.F.R. §1.27.
- ☒ Our Check No. 21870 in the amount of $380.00 is enclosed to cover the $340.00 filing fee and the $40.00 Assignment Recordation Fee.
- ☒ The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 50-0388 (Order No. APL1D297).

**Correspondence address:**

☒       Please send correspondence to the following address:

**Customer Number 022434**

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

**Quin C. Hoellwarth**
Registration No. 45,738

P.O. Box 778
Berkeley, CA  94704-0778
(650) 961-8300

APLNDC00032361

## **CLAIM**

We claim the ornamental design for an **ELECTRONIC DEVICE** substantially as shown and described.

5

APLNDC00032362



FIG. 1A

FIG. 1B

APLNDC00032363



**FIG. 2**



**FIG. 3**

APLNDC00032364



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*

APLNDC00032365



**FIG. 8**

APLNDC00032366

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of:  Andre et al. | Attorney Docket No.:  APL1D297 |
| Application No.:  Unassigned | Examiner:  Unassigned |
| Filed:  Herewith | Group:  Herewith |
| Title:   ELECTRONIC DEVICE | |

## *ASSOCIATE POWER OF ATTORNEY*

Commissioner for Patents
Washington, DC  20231

Sir:

     The undersigned attorney of record in the subject patent application hereby grants an Associate Power of Attorney to add:

| | |
|---|---|
| Richard J. Lutton, Jr. | Reg. No. 39,756 |
| Mark Aaker | Reg. No. 32,667 |
| Richard Liu | Reg. No. 34,377 |
| Helene Plotka Workman | Reg. No. 35,981 |
| Edward W.Scott, IV | Reg. No. 36,000 |
| Brian Way | Reg. No. 47,171 |

to prosecute this application and to transact all business in the U. S. Patent and Trademark Office connected therewith.

Respectfully submitted,

BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Reg. No. 45,738

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. <u>APL1D297/P3246</u>

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled:  ELECTRONIC DEVICE, the specification of which,

(check one)    1. ☒            is attached hereto.

2. ☐  was filed on _____ as
U.S. Application Serial No. _____
and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

## Prior   Foreign   Application(s)

| | | | Priority Benefits Claimed? |
|---|---|---|---|
| _____ | _____ | _____ | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
| _____ | _____ | _____ | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |
| _____ | _____ | _____ | __ Yes   __ No |
| (Appl. No.) | (Country) | (Date Filed- Day/Month/Year) | |

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

## Prior   U.S.   Application(s)

| | | |
|---|---|---|
| _____ | _____ | _____ |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |
| _____ | _____ | _____ |
| (Application Serial No.) | (Filing Date) | (Status - patented, pending, abandoned) |

APLNDC00032368

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Direct Correspondence To:                 **Customer Number:  022434**
                                          BEYER WEAVER & THOMAS, LLP
                                          P.O. BOX 778
                                          BERKELEY, CA  94704-0778

Direct Telephone Calls To:                **Quin C. Hoellwarth at telephone number (650) 961-8300**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Typewritten Full Name of
Sole or First Inventor:        Bartley K. ANDRE           Citizenship:              USA

**Inventor's signature:**                                 Date of Signature: 03 17 04

Residence: (City)             Menlo Park                 (State/Country)           CA/USA

Post Office Address:          655 Fourteenth Avenue, Menlo Park, CA  94025


Full Name of Second Joint
Inventor:                     Daniel J. COSTER           Citizenship:              New Zealand

**Inventor's  signature:**                               Date of  Signature: 03.12.04

Residence: (City)             San Francisco              (State/Country)           CA/USA

Post Office Address:          471 14th Street, San Francisco, CA  94103


Full Name of Third Joint
Inventor:                     Daniele DE IULIIS          Citizenship:              Italy

**Inventor's  signature:**                               Date of  Signature: 3 12 04

Residence: (City)             San Francisco              (State/Country)           CA/USA

Post Office Address:          50 Digby Street, San Francisco, CA  94131


APL1D297/P3246                 Page 2 of 4

APLNDC00032369

Full Name of Fourth Joint
Inventor:               Richard P. HOWARTH               Citizenship:          Great Britain

Inventor's signature: _____     Date of Signature: 3 · 12 · 04 .

Residence: (City       San Francisco                    (State/Country)          CA/USA

Post Office Address:        3928 17th Street, San Francisco, CA  94114


Full Name of Fifth Joint
Inventor:               Jonathan P. IVE                  Citizenship:          Great Britain

Inventor's signature: _____     Date of Signature: 3   12   04

Residence: (City)          San Francisco                (State/Country)          CA/USA

Post Office Address:        196 Twin Peaks Boulevard, San Francisco, CA  94114


Full Name of Sixth Joint
Inventor:               Steve JOBS                       Citizenship:              USA

Inventor's signature: _____     Date of Signature: _____

Residence: (City)          Palo Alto                    State/Country)           CA/USA

Post Office Address:____ 2101 Waverley Street, Palo Alto, CA  94301


Full Name of Seventh Joint
Inventor:               Shin NISHIBORI                   Citizenship:             Japan

Inventor's signature: _____     Date of Signature: 03/12/04

Residence: (City)          San Francisco                (State/Country)          CA/USA

Post Office Address:____ 248 Amber Dr., San Francisco, CA  94131


Full Name of Eighth Joint
Inventor:               Duncan Robert KERR               Citizenship:          Great Britain

Inventor's signature: _____     Date of Signature: 3/12/4

Residence:        (City)   San Francisco                (State/Country)          CA/USA

Post Office Address:        2600 18th Street, #15, San Francisco, CA  94110


Full Name of Ninth Joint
Inventor:               Matthew Dean ROHRBACH            Citizenship:              USA

Inventor's signature: _____     Date of Signature: 03 · 12 · 04

Residence: (City)          San Francisco                (State/Country)          CA/USA

Post Office Address:        1677 16th Avenue, San Francisco, CA  94122


APL1D297/P3246                    Page 3 of 4

APLNDC00032370

Full Name of Tenth Joint
Inventor: _____Douglas B. SATZGER_____    Citizenship: _____USA_____

**Inventor's signature:** _____    **Date of Signature:** _30f.04_

Residence:    (City) _____Menlo Park_____    (State/Country) _____CA/USA_____

Post Office Address: _____225 Arden Road, Menlo Park, CA  94025_____

APLNDC00032371

Full Name of Eleventh Joint
Inventor:_____Calvin Q. SEID_____          Citizenship:          USA

Inventor's signature_____          Date of Signature:__3 - 12 · 04__

Residence: (City)_____Palo Alto_____          (State/Country)          CA/USA

Post Office Address:_____1043 High Street, Palo Alto,  CA  94301_____


Full Name of Twelfth Joint
Inventor:_____Christopher J. STRINGER_____          Citizenship:          Australia

Inventor's  signature:_____          Date  of  Signature:  3/5/04

Residence:        (City)_____Portola Valley_____          (State/Country)          CA/USA

Post Office Address:_____320 Cervantes Road, Portola Valley, CA  94028_____


Full Name of Thirteenth Joint
Inventor:_____Eugene Anthony WHANG_____          Citizenship:          Canada

Inventor's  signature:_____          Date  of  Signature: 3/12/04

Residence:        (City)_____San Francisco_____          (State/Country)          CA/USA

Post Office Address:_____#1-400 Dolores, San Francisco, CA  94114_____


Full Name of Fourteenth Joint
Inventor:_____Rico ZÖRKENDÖRFER_____          Citizenship:          German

Inventor's  signature:_____          Date  of  Signature: 3/12/04

Residence:        (City)_____San Francisco_____          (State/Country)          CA/USA

Post Office Address:_____327 Lombard Street, San Francisco, CA  94133_____


APL1D297/P3246                    Page 5 of 4

# DECLARATION AND POWER OF ATTORNEY
# FOR ORIGINAL U.S. DESIGN PATENT APPLICATION

Attorney's Docket No. <u>APL1D297/P3246</u>

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the design entitled: ELECTRONIC DEVICE, the specification of which,

(check one)     1. ☒   is attached hereto.

            2. ☐   was filed on _____ as
                    U.S. Application Serial No. _____
                    and was amended on _____.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, CFR §1.56.

I hereby claim foreign priority benefits under Title 35, United States code, § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**Prior Foreign Application(s)**                                       Priority Benefits Claimed?

_____    _____    _____    __ Yes __ No
(Appl. No.)                  (Country)            (Date Filed- Day/Month/Year)

_____    _____    _____    __ Yes __ No
(Appl. No.)                  (Country)            (Date Filed- Day/Month/Year)

_____    _____    _____    __ Yes __ No
(Appl. No.)                  (Country)            (Date Filed- Day/Month/Year)

I hereby claim the benefit under Title 35, United Sates Code, § 120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this applications is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**Prior U.S. Application(s)**

_____    _____    _____
(Application Serial No.)           (Filing Date)        (Status - patented, pending, abandoned)

_____    _____    _____
(Application Serial No.)           (Filing Date)        (Status - patented, pending, abandoned)

APLNDC00032373

**Power of Attorney**

And I hereby appoint the law firm of **Beyer Weaver & Thomas, LLP** and all practitioners who are associated with the Customer Number 022434 as my principal attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Direct Correspondence To:                   **Customer Number: 022434**
                                            BEYER WEAVER & THOMAS, LLP
                                            P.O. BOX 778
                                            BERKELEY, CA  94704-0778


Direct Telephone Calls To:                  Quin C. Hoellwarth at telephone number (650) 961-8300

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.


Typewritten Full Name of
Sole or First Inventor: _____ Bartley K. Andre _____   Citizenship: _____ USA _____

Inventor's signature: _____   Date of Signature: _____

Residence:        (City) _____ Menlo Park _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 655 Fourteenth Avenue, Menlo Park, CA  94025 _____


Full Name of Second Joint
Inventor: _____ Daniel J. Coster _____   Citizenship: _____ New Zealand _____

Inventor's signature: _____   Date of Signature: _____

Residence:        (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 471 14th Street, San Francisco, CA  94103 _____


Full Name of Third Joint
Inventor: _____ Daniele De Iuliis _____   Citizenship: _____ Italy _____

Inventor's signature: _____   Date of Signature: _____

Residence:        (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 349 Prospect, San Francisco, CA  94110 _____


Full Name of Fourth Joint
Inventor: _____ Richard P. Howarth _____   Citizenship: _____ Great Britain _____

Inventor's signature: _____   Date of Signature: _____

Residence:        (City) _____ San Francisco _____   (State/Country) _____ CA/USA _____

Post Office Address: _____ 3435 Army Street #213, San Francisco, CA  94110 _____


APL1D297/P3246                          Page 2 of 4

APLNDC00032374

Full Name of Fifth Joint
Inventor:                    Jonathan P. Ive                    Citizenship:            Great Britain

**Inventor's signature:**                                        Date of Signature:

Residence:      (City)      San Francisco                        (State/Country)         CA/USA

Post Office Address:        196 Twin Peaks Boulevard, San Francisco, CA 94114


Full Name of Sixth Joint
Inventor:                    Steve Jobs                          Citizenship:            USA

**Inventor's signature:**                                        Date of Signature: March 8, 2004

Residence:      (City)      Palo Alto                            State/Country)          CA/USA

Post Office Address:        2101 Waverley Street, Palo Alto, CA 94301


Full Name of Seventh Joint
Inventor:                    Duncan Robert Kerr                  Citizenship:            Great Britain

**Inventor's signature:**                                        Date of Signature:

Residence:      (City)      San Francisco                        (State/Country)         CA/USA

Post Office Address:        114A Diamond Street, San Francisco, CA 94114


Full Name of Eighth Joint
Inventor:                    Matthew Dean Rohrbach               Citizenship:            USA

**Inventor's signature:**                                        Date of Signature:

Residence:      (City)      San Francisco                        (State/Country)         CA/USA

Post Office Address:        1677 16th Avenue, San Francisco, CA 94122


Full Name of Ninth Joint
Inventor:                    Douglas B. Satzger                  Citizenship:            USA

**Inventor's signature:**                                        Date of Signature:

Residence:      (City)      Menlo Park                           (State/Country)         CA/USA

Post Office Address:        225 Arden Road, Menlo Park, CA 94025


APL1D297/P3246                      Page 3 of 4

APLNDC00032375

Full Name of Tenth Joint
Inventor: _____ Calvin Q. Seid _____          Citizenship: _____ USA _____

**Inventor's signature:** _____          **Date of Signature:** _____

Residence:      (City) _____ Palo Alto _____          (State/Country) _____ CA/USA _____

Post Office Address: _____ 1043 High Street, Palo Alto,  CA  94301 _____


Full Name of Eleventh Joint
Inventor: _____ Christopher J. Stringer _____          Citizenship: _____ Australia _____

**Inventor's signature:** _____          **Date of Signature:** _____

Residence:      (City) _____ Pacifica _____          (State/Country) _____ CA/USA _____

Post Office Address: _____ 243 Olympian Way, Pacifica, CA  94044 _____


Full Name of Twelfth  Joint
Inventor: _____ Eugene Anthony Whang _____          Citizenship: _____ Canada _____

**Inventor's signature:** _____          **Date of Signature:** _____

Residence:      (City) _____ San Francisco _____          (State/Country) _____ CA/USA _____

Post Office Address: _____ #1-400 Dolores, San Francisco, CA  94114 _____


Full Name of Thirteenth Joint
Inventor: _____ Rico Zörkendörfer _____          Citizenship: _____ German _____

**Inventor's signature:** _____          **Date of Signature:** _____

Residence:      (City) _____ San Francisco _____          (State/Country) _____ CA/USA _____

Post Office Address: _____ 327 Lombard Street, San Francisco, CA  94133 _____


APL1D297/P3246                    Page 4 of 4

APLNDC00032376

This Page Is Inserted by IFW Operations
and is not a part of the Official Record

# BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of
the original documents submitted by the applicant.

Defects in the images may include (but are not limited to):

- BLACK BORDERS

- TEXT CUT OFF AT TOP, BOTTOM OR SIDES

- FADED TEXT

- ILLEGIBLE TEXT

- SKEWED/SLANTED IMAGES

- COLORED PHOTOS

- BLACK OR VERY BLACK AND WHITE DARK PHOTOS

- GRAY SCALE DOCUMENTS

# IMAGES ARE BEST AVAILABLE COPY.

# As rescanning documents *will not* correct images, please do not report the images to the Image Problem Mailbox.

APLNDC00032377



APLNDC00032378

APLNDC00032379

APLNDC00032380

APLNDC00032381

APLNDC00032382



APLNDC00032383

APLNDC00032384

APLNDC00032385



APLNDC00032386



APLNDC00032387



APLNDC00032388



APLNDC00032389



APLNDC00032390



APLNDC00032391



APLNDC00032392

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/22/2004 HVUONG1 00000016 29201636
01 FC:1002                    340.00 OP

PTO-1556
(5/87)

U.S. Government Printing Office: 2001 — 481-697/59173

APLNDC00032393

# ARTIFACT SHEET

Enter artifact number below.  Artifact number is application number + artifact type code (see list below) + sequential letter (A, B, C ...).  The first artifact folder for an artifact type receives the letter A, the second B, etc.. Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

<u>29201636  ZA</u>

Indicate quantity of a single type of artifact received but not scanned.  Create individual artifact folder/box and artifact number for each Artifact Type.

☐  CD(s) containing:
      computer program listing
      Doc Code: Computer         ☐  Artifact Type Code: P
      pages of specification
      and/or sequence listing
      and/or table              ☐
      Doc Code: Artifact         Artifact Type Code: S
      content unspecified or combined  ☐
      Doc Code: Artifact         Artifact Type Code: U

☐  Stapled Set(s) Color Documents or B/W Photographs
      Doc Code: Artifact    Artifact Type Code: C

☐  Microfilm(s)
      Doc Code: Artifact    Artifact Type Code: F

☐  Video tape(s)
      Doc Code: Artifact    Artifact Type Code: V

☐  Model(s)
      Doc Code: Artifact    Artifact Type Code: M

☐  Bound Document(s)
      Doc Code: Artifact    Artifact Type Code: B

☐  Confidential Information Disclosure Statement or Other Documents marked Proprietary, Trade Secrets, Subject to Protective Order, Material Submitted under MPEP 724.02, etc.
      Doc Code: Artifact    Artifact Type Code X

☑  Other, description: <u>Black & White Drawings</u> (16 pages)
      Doc Code: Artifact    Artifact Type Code: Z

APLNDC00032394

# ELECTRONIC INFORMATION DISCLOSURE STATEMENT

Electronic Version v18

Stylesheet Version v18.0

| Title of Invention | ELECTRONIC DEVICE |
|---|---|

Application Number :        29/201636

Confirmation Number:     6966

First Named Applicant:     Bartley Andre

Attorney Docket Number:   APL1D297

Art Unit:                          2911

Examiner:                        Freda S. Nunn

Search string:                 ( 4976435 or 5192082 or 5661632 or 5964661 or 6254477 or D183809 or D264969 or D349923 or D359306 or D362272 or D362461 or D378686 or D385299 or D386521 or D399526 or D402310 or D410028 or D412940 or D425558 or D430117 or D430169 or D437860 or D445787 or D448810 or D449606 or D491933 or D450713 or D452250 or D469109 or D472245 or D481036 or D481718 or D486823 or D487457 or D487742 or D489717 or D490420 or D491936 or D494164 ).pn

## US Patent Documents

**Note: Applicant is not required to submit a paper copy of cited US Patent Documents**

| init | Cite.No. | Patent No. | Date | Patentee | Kind | Class | Subclass |
|---|---|---|---|---|---|---|---|
| | 1 | 4976435 | 1990-12-11 | Shatford et al. | | | |
| | 2 | 5192082 | 1993-03-09 | Inoue et al. | | | |
| | 3 | 5661632 | 1997-08-26 | Register | | | |
| | 4 | 5964661 | 1999-10-12 | Dodge | | | |
| | 5 | 6254477 | 2001-07-03 | Sasaki | | | |
| | 6 | D183809 | 2003-12-16 | Lim | | | |
| | 7 | D264969 | 1982-06-15 | McGourty | | | |
| | 8 | D349923 | 1994-08-23 | Billings et al. | | | |
| | 9 | D359306 | 1995-06-13 | Lande et al. | | | |
| | 10 | D362272 | 1995-09-12 | Luong | | | |
| | 11 | D362461 | 1995-08-19 | Luong | | | |
| | 12 | D378686 | 1997-04-01 | Proctor et al. | | | |
| | 13 | D385299 | 1997-10-21 | Adams | | | |
| | 14 | D386521 | 1997-11-18 | Eisenbaum | | | |
| | 15 | D399526 | 1998-10-13 | Brady | | | |
| | 16 | D402310 | 1998-12-08 | Hendricks | | | |
| | 17 | D410028 | 1999-05-18 | Fyffe | | | |
| | 18 | D412940 | 1999-08-07 | Kato et al. | | | |
| | 19 | D425558 | 2000-05-23 | Tarpenning | | | |

APLNDC00032395

| | 20 | D430117 | 2000-08-29 | Sachs et al. | | | |
|---|---|---|---|---|---|---|---|
| | 21 | D430169 | 2000-08-29 | Scibora | | | |
| | 22 | D437860 | 2001-02-20 | Suzuki | | | |
| | 23 | D445787 | 2001-07-31 | Francis | | | |
| | 24 | D448810 | 2001-10-02 | Goto | | | |
| | 25 | D449606 | 2001-10-23 | Lee et al. | | | |
| | 26 | D491933 | 2004-06-22 | Guo | | | |
| | 27 | D450713 | 2001-11-20 | Masamitsu et al. | | | |
| | 28 | D452250 | 2001-12-18 | Chan | | | |
| | 29 | D469109 | 2003-01-21 | Andre | | | |
| | 30 | D472245 | 2003-03-25 | Andre et al. | | | |
| | 31 | D481036 | 2003-10-21 | Wentt | | | |
| | 32 | D481718 | 2003-11-04 | Chiang et al. | | | |
| | 33 | D486823 | 2004-02-17 | Kuo | | | |
| | 34 | D487457 | 2004-03-09 | Liu | | | |
| | 35 | D487742 | 2004-03-23 | Huang et al. | | | |
| | 36 | D489717 | 2004-05-11 | Hsien | | | |
| | 37 | D490420 | 2004-05-25 | Solomon | | | |
| | 38 | D491936 | 2004-06-22 | Jao | | | |
| | 39 | D494164 | 2004-08-10 | Wu et al. | | | |

## Signature

| Examiner Name | Date |
|---|---|
| | |

APLNDC00032396

## TRANSMITTAL

Electronic Version v1.1

Stylesheet Version v1.1.0

| **Title of Invention** | ELECTRONIC DEVICE |
|---|---|

| | |
|---|---|
| Application Number : | 29/201636 |
| Date : | 2004-03-17 |
| First Named Applicant: | Andre Bartley K. |
| Confirmation Number: | 6966 |
| Attorney Docket Number: | APL1D297 |

I hereby certify that the use of this system is for OFFICIAL correspondence between patent applicants or their representatives and the USPTO. Fraudulent or other use besides the filing of official correspondence by authorized parties is strictly prohibited, and subject to a fine and/or imprisonment under applicable law.

I , the undersigned, certify that I have viewed a display of document(s) being electronically submitted to the United States Patent and Trademark Office, using either the USPTO provided style sheet or software, and that this is the document(s) I intend for initiation or further prosecution of a patent application noted in the submission. This document(s) will become part of the official electronic record at the USPTO.

| Submitted By: | Elec. Sign. | Sign. Capacity |
|---|---|---|
| Quin  C.  Hoellwarth<br>Registered Number: 45,738 | /qch/ | Agent |

APLNDC00032397

| Documents being submitted: | Files |
|---|---|
| us-ids | APL1D297-usidst.xml |
| | us-ids.dtd |
| | us-ids.xsl |
| **Comments** | |

APLNDC00032398

# ACKNOWLEDGEMENT RECEIPT

Electronic Version 1.1

Stylesheet Version v1.1.1

| Title of Invention | ELECTRONIC DEVICE |
|---|---|

Submission Type :          Information Disclosure Statement

Application Number:

29/201636

EFS ID:          68144

Server Response:

| Confirmation Code | Message |
|---|---|
| ISVR1 | Submission was successfully submitted - Even if Informational or Warning Messages appear below, please do not resubmit this application |
| ICON1 | 6966 |
| USPTOEFSNote | For assistance with e-filing a patent application, contact the Patent Electronic Business Center: Toll-Free Number:1(866) 217-9197 Website: http://www.uspto.gov/ebc/ |

First Named Applicant:          Bartley Andre

Attorney Docket Number:          APL1D297

Timestamp:          2004-09-08 18:11:48 EDT

From:          us

File Listing:

| Doc. Name | File Name | Size (Bytes) | Date Produced (yyyymmdd) |
|---|---|---|---|
| us-ids | APL1D297-usidst.xml | 6634 | 2004-09-08 |
| us-ids | us-ids.dtd | 7763 | 2004-09-08 |
| us-ids | us-ids.xsl | 12026 | 2004-09-08 |
| package-data | APL1D297-pkda.xml | 1708 | 2004-09-08 |
| package-data | package-data.dtd | 27025 | 2004-09-08 |
| package-data | us-package-data.xsl | 19263 | 2004-09-08 |
| | Total files size | 74419 | |

Message Digest:          d4fe3fa189b992b63698b2fd3f394d4894eb4c2b

Digital Certificate Holder Name:          cn=Quin C. Hoellwarth,ou=Registered Attorneys,ou=Patent and Trademark Office,ou=Department of Commerce,o=U.S. Government,c=US

**ViewSonic** 

BEST AVAILABLE COPY

## Tablet PC V1100






ENLARGE
IMAGE

Overview | <u>Features</u> | <u>Specs</u> | <u>Accessories</u>

**Your office, only lighter and more portable.**

The ViewSonic Tablet PC V1100 is a fully functional network-ready PC in a convenient tablet form factor featuring integrated WAN, LAN and Wi-Fi. Compact and lightweight at only 3.4 pounds, this innovative device improves the efficiency of the mobile professional both in the office and on the road. With solid handwriting recognition capabilities and compatibility with Microsoft Office applications, this product instantly improves co-worker collaboration. The V1100 is the perfect PC to meet the expanding demands of the mobile professional: from office to airport. For an on-the-go PC that really performs, choose the ViewSonic Tablet PC V1100.

Now Available - Tablet PC V1100 Bundles. All the tools you need to stay on the go are included in this one bundle; Tablet PC V1100, Dock, Keyboard, Mouse and Stylus! **Learn More**.



**More Info**

---

**Features**



**ViewCare<sup>sm</sup> Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your ViewSonic Tablet PC, choose from Extended Warranty, Express Exchange, Extended Warranty with Express Exchange or Accidental Damage Insurance programs.
**Buy Now**

**The power of a fully functional PC in a lightweight tablet form factor**

- Enhanced productivity with Microsoft® Windows® XP Tablet PC edition software.
- Collaborate more effectively using Microsoft Office XP Pack.
- Organize and share handwritten notes and converted text using digital ink.
- Weighs about 3 pounds for ultimate mobility.

**Multiple connectivity features**

**Product Details**

- Overview
- Features
- Specs
- Accessories
- Awards

 **PDF Product Comparison Chart** (275 K)

 **PDF User Guide** ( 1.6 MB)

 **PDF Specsheet** (281 K)

 **Download Drivers/Utilities**

- **Press Release**
- **Awards**

 **Print This Page**

 **Email This Page**

APLNDC00032400

- Includes built-in support for wireless, wired and dial-up networking.
- Optional dock adds one-touch access to common USB peripherals, local area networks, integrated CD-ROM and AC power adapter.

**Built for speed and efficiency**

- 866MHz Mobile Intel® Pentium® III Processor, 20.0GB hard drive; 256MB RAM provides the power to drive your PC.
- New bezel design features eight, one-touch access buttons.

**High resolution 10.4" XGA color display**

- Delivers bright, crisp images providing a rich multimedia experience.

**One-year limited warranty on parts and labor**

**FranklinCovey TabletPlanner Software**
Get advanced digital planning combined with the familiar look and feel of a FranklinCovey paper planner. A 30-day trial copy is preloaded on your V1100 system. To purchase a full version of the TabletPlanner software, **click here**. 

**MindManager® 2002 for Tablet PC**
Ideal for brainstorming and planning, this application offers an effective way to capture, organize and communicate information, ideas and meeting notes. Software sold separately. For more information, **click here**. 

**Colligo Workgroup Edition Software**
Create secure, peer-to-peer collaborative networks on the fly whenever and wherever you need them using Colligo Workgroup Edition software and a wireless LAN (WLAN). Software sold separately. To buy at a discount, **click here**. 

**Alias SketchBook Pro™**
This compact, fast-loading software transforms your Tablet PC into a mobile, networked, digital sketchbook, allowing you to sketch, annotate, and present ideas quickly and easily. A 15-day trial is preloaded. To buy the full version, **Click here**. 

**powerOne™ Finance software**
Financial calculator software for your ViewSonic Tablet PC to deliver superior functionality and easily do what traditional financial calculators can't! **Click here** for more information. 

BEST AVAILABLE COPY

APLNDC00032401

**Zinio™ Digital Magazine Subscriptions**
Get your favorite magazines, digitally, with
Zinio! You'll get the same content and look
& feel of print enhanced by special
interactive features right on your Tablet
PC. For more information, **click here**.



Overview | Features | Specs | Accessories

**Specs**

| | | |
|---|---|---|
| Processor | | 866MHz Ultra Low Voltage Mobile Intel® Pentium® III-M Processor |
| Operating System | | Microsoft Windows® XP Tablet PC Edition operating system |
| Memory | SDRAM | 256MB (expandable to 768MB) |
| Hard Disk Drive | | 20.0GB |
| Connectivity | | Built-in 802.11b Mini-PCI Wi-Fi ™ LAN, RJ-11 56Kbps V.90 modem Port, RJ-45 Fast Ethernet port |
| Graphics | | Intel embedded, AGP 4X Video |
| Video Resolution | Built-in LCD Display | 1024x768 in landscape mode 768x1024 in portrait mode |
| | External Display | 640x480 at 60Hz, 75Hz, 85Hz 800x600 at 60Hz, 75Hz, 85Hz 1024x768 at 60Hz, 75Hz, 85Hz |
| Display | | High Luminance XGA 10.4" TFT LCD display |
| Touch Panel | | Electromagnetic Digitizer |
| Expansion Slots | | One Type II PC Card, One Type II Compact Flash |
| Audio | | AC 97 Rev 2.1 Built-in microphone and two speakers |
| System Ports | | Firewire, two USB ports, microphone and audio-out jack, Mini VGA port, connector for dock |
| One-Touch Access Buttons | | Start menu, journal, input panel, rotation, security, power, escape. function, enter, 4-way cursor |
| Battery | | 4-cell Lithium Ion Battery Pack |
| AC Adapter | | 100-240VAC 50/60Hz; 12V DC Output Voltage; 4.16A Power Output |
| Dimensions | | 9.9" x 11.3" x 1.1"; 252.5mm x 288mm x 28.5mm |
| Weight | | 3.4 lbs. / 1.55 kgs. (including battery) |
| Additional Software | Web Browser & Applications | Microsoft Internet Explorer 6.0 |
| | Productivity Applications | Microsoft Outlook ® Express, Microsoft Office XP Pack |
| | Communication Applications | Microsoft NetMeeting®, Citrix® ICA® 8.0 |
| | Multimedia Applications | Microsoft Windows Media ™ Player |
| | Additional Applications | Adobe Acrobat, Microsoft Reader |
| Dock (Optional) | | Front accessible 24X CD-ROM, USB (3), Ethernet |

*Specifications and pricing subject to change without notice. Selection, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.*

Overview | Features | Specs | Accessories

**Accessories**

BEST AVAILABLE COPY

### Tablet PC V1100 Dock

Attractive, compact design saves desk space and includes an integrated CD-ROM drive. Expansion is easy with USB, VGA and Ethernet ports. And fast grab-and-go docking and undocking saves time.





### Tablet PC V1100 Extended Battery

Provides twice as much power as the standard battery.



### Tablet PC V1100 Battery Charger

Charge two batteries simultaneously. Works with both standard and extended batteries.





### Tablet PC Travel Stand

Use this adjustable portable stand to prop up your Tablet PC wherever you go!  Designed specifically for ViewSonic, this stand holds your Tablet, while providing plenty of room to plug in your power adaptor, keyboard and mouse. Folds flat for travel.





### Tablet PC V1100 Stylus with Built-In Eraser

Never get caught without a stylus - especially this new stylus with built-in eraser!





### Tablet PC V1100 AC Power Cord & Adapter

Charge your Tablet PC anywhere.

BEST AVAILABLE COPY





BEST AVAILABLE COPY

---

**Additional Memory, Flash and PC Card Drives**
ViewSonic has partnered with Kingston Technology to bring you reliable memory and digital media options. **Click here for more info or to order.**



---

**Tablet PC Portfolio Bag**

Transport your go-anywhere Tablet PC with ease and style.





---

**Tablet PC V1100 Rugged Carrying Case**

Protect your investment while on the go! This durable case keeps your Tablet PC safe and sound. Elastic hand straps on the back to make it easy to take the tablet along.  Shoulder strap also included. Case does not accommodate extended battery.





---

**Tablet PC V1100 Air/Car charger**

Recharge your Tablet PC while you travel--on the road or in the air.





---

**Tablet PC V1100 DVD/ CD-RW Drive**

This versatile drive enables you to burn files onto CDs and play DVDs on your Tablet PC.



APLNDC00032404



---

### Tablet PC V1100 Hand Grip

Attractive protection for your investment. You'll get a snug fit and solid protection, for confident mobility.





---

### Tablet PC V1100 Battery

Keep a spare battery ready in your briefcase for increased mobility.





---

### powerOne(tm) Finance software

Financial calculator software for your ViewSonic Pocket PC that delivers superior functionality and does what traditional financial calculators can't! **Click here** for more information



---

Overview | Features | Specs | Accessories

back to top

BEST AVAILABLE COPY

United States-English



» HP Home   » Products & Services   » Support & Drivers   » Solutions   » How to Buy

» Contact HP

Search: [_____] »

○ Business product area   ○ All of HP US

# HP Compaq Tablet PC tc1100
the ultramobile PC that adapts to the way you work

**HP recommends Microsoft®
Windows® XP Professional**

» **Tablet PC**

How to buy
» Buy online
» Contact a reseller
» HP Services
» Service and Support
» Buy online outside the US

Related products
» Tablet PC options

News & Articles
» Press releases
» Customer stories

Documentation
» Whitepapers
» Warranty and Services

Solutions
» Tablet PC solutions
» Intelligent manageability



Starting at: $1,849.00*

**Buy Online »**

Product information
» Users guide
» Drivers
» Options & Accessories
» US quickspecs - html
» US quickspecs - pdf
Related links
» Solutions
» Developers
» Discontinued Models
» 3D product demo

**BEST AVAILABLE COPY**

Overview          » Specifications          » Reseller Models



» Check it out



» **Compaq Tablet PC**
watch it now
on Win2tv

### What's New

The next generation Tablet PC from HP, the HP Compaq Tablet PC tc1100, is loaded with new features for mobile professionals who are always on the run! Whether you're working in the office or on-site with a customer, the new tablet offers significant enhanced features.

Here are a few:

- Microsoft® Windows® XP Tablet PC Edition
- Greater performance from trusted Intel® Pentium® M and Celeron® processors (Ultra Low Voltage)
- Improved sparkle-free glass and 160 degree viewing angle on Pentium M based tablets
- Better graphics experience with 32 MB of dedicated memory
- Increased system memory up to a maximum of 2 GB
- Secure Digital slot for removable media allowing you to easily swap files between handhelds, notebooks, and cameras
- Battery-free digital pen that supports pressure sensitive applications for a better writing experience
- Integrated Intel® Pro Wireless 2100 Network Connection (802.11b) wireless LAN, great for corporate, home, and hotspot environments
- Integrated Bluetooth PAN
- Fast Infra-red (VFIR)
- An additional security lock slot to secure tablet in notebook mode

### Features

### Powerful Windows PC

Tablet PC is a full-function PC delivering performance and compatibility to build your competitive edge in a fast paced business environment.



- High performance from Intel, a world leader in processor technology, delivering fast access to local files and applications with large storage capacity.
- Utilize the power of the Tablet PC designed with Microsoft® Windows® XP Tablet PC Edition. It is 100% Windows® XP Professional compatible because it is Windows® XP

APLNDC00032406

Professional with the added Tablet PC software features. Making it compatible with industry standard software and hardware as well as legacy applications.
- Create as well as review and edit content and share it easily with available wireless choices and wired access to e-mail and other network resources.
- The HP Compaq Tablet PC is backed by HP's world-class global services and solutions, simplifying and supporting your IT, wherever you are. The HP Compaq Tablet PC tc1100 ultramobile utilizes the same MultiBay drives and power options and memory upgrades that are common across the HP notebook core product line

## New definition of mobility and versatility

Innovative design offering exceptional mobility and versatility for sharing business information supporting the way you work.



- Comfortable, lightweight design holds like a book and is effortlessly portable allowing you to use while standing or sitting.
- Grab and go convenience with no required synchronization and a long battery life provide an easy transition through different business environments.
- With no panel display between you and others, remove barriers in the meeting room and realize improved business etiquette. Easily share information with the person nearby or communicate discreetly beyond the meeting room with integrated wireless capabilities.

## Simplicity of pen and paper

Simplified computing with the added convenience of handwriting.



- Experience a new level of productivity with a PC that fits your natural style of work – for input, you can handwrite or type or use voice recognition.
- Outstanding handwriting recognition and on-screen writing capability allows you to draw pictures or sketch, annotate documents, write and store information as "digital ink" – it's just like paper, only better - and you can share with others.
- You get more freedom of movement with an innovative mobile keyboard that attaches or detaches depending on need.

To download the latest Adobe Acrobat Reader, please go to the <u>Adobe Website.</u>

**Printable version**

Privacy statement          Using this site means you accept its terms
                    © 2004 Hewlett-Packard Development Company, L.P.

BEST AVAILABLE COPY

APLNDC00032407

 **VIA Technologies, Inc.**

Quick Links ▼

English | 繁體中文 | 简体中文 | 日本語 | Others

Audio | Chipsets | Processors | Communications | Networking
Multimedia | Optical Storage | VIA Mainboards | Total Connectivity | Solutions

**menu**

Home
Company
Products
VIA Embedded
Total Connectivity
Technical Support
Press Room
Investor Relations
Careers
Contact Us
Site Map

 VIA Geared for Gaming

 Mesh Networks

 Sign up & Read VIA NEWSLETTERS





━ WELCOME TO THE WORLD OF **TOTAL CONNECTIVITY** ━

## VIA Tablet PC Reference Design:
### The Digital Notepad

The VIA Tablet PC reference design is a compact, high performance mobile computer that bridges the gap between PC and notepad. Using an innovative 'digital ink' system and enhanced handwriting recognition, the VIA Tablet PC reference design combines the simplicity of writing with the power of a computer.



For the mobile executive or the connected household, the VIA Tablet PC reference design provides all the power to run common productivity applications anywhere and all the graphics performance to maximize the Internet experience. Moreover, with the wide and increasing adoption of WLAN connection technology, Internet browsing and e-mail are becoming more accessible.

Weighing less than today's laptops yet fully configured for PC operations and Internet applications, the VIA Tablet PC reference design gives you the freedom to complete a business presentation on the plane, to do your schoolwork on the bus, or view your latest electronic photographs anywhere in the home, and check e-mail with ease. The VIA Tablet PC reference design makes mobile computing and entertainment a reality!

* * * * * *

**The VIA Tablet PC reference design incorporates many of the VIA building block technologies that characterize the compact yet highly integrated specification of our platform solutions:**

**VIA Apollo 2002 mainboard**
The VIA Apollo 2002 mainboard was designed by VIA for the very smallest form factor applications; not only is it more than 40% smaller than other mainboards on the market it is also double-sided, with mainboard elements intelligently arranged both above and below the surface to maximize space saving. This ultra compact yet highly integrated mainboard is feature-rich, providing graphics and audio support, advanced Ethernet networking, rich I/O integration and even a GPS tracking system, making it a flexible and cost-effective platform choice for system builders.

**VIA C3™ E-Series processor (EBGA)**
At the heart of the VIA Tablet PC reference design is the acclaimed VIA C3™ EBGA processor with its ultra low power consumption and superior heat dissipation, enabling longer battery life and cool, quiet performance. This enables the design of smaller, quieter and more environmentally friendly PC you need for everyday applications.

**VIA ProSavage PN266T chipset**
The VIA ProSavage PN2666 (known as 'Twister DDR') is an integrated mobile chipset with proven S3 Savage4™ 2D/3D graphics capabilities built in and optimized for performance in low power applications, making it ideally suited for portable Internet Appliance devices

## Features and Benefits

**Total Connectivity**
Home
Presentation

**Green Computing**
Home
Lead-free
Quiet computing
Power Efficiency

**MOMA Mobile Gaming Console**
Home
MOMA Images
VIA Press Release

**VIA Grace Platform**
Home
VIA Press Release

**VIA Glory Platform**
Home
VIA Press Release
S3G Press Release
FAQ

**Mini-ITX Mainboard**
Home
CES Videos
VIA Digital Brilliance Showcase
Partner Products
Projects
- Car PCs
- Case Mods
FAQ
Press Release
White paper (pdf)
Images
Reviews

**VIA Infotainment Server**
Home
Press Release

**VIA Tablet PC Reference Design**
Home
Product Brochure
Press Release
Features & Benefits
Images

AVAILABLE COPY

APLNDC00032408

**The simplicity of writing**
The Tablet PC reference design has an intuitive pen-driven interface utilizing the 'digital ink' concept, enabled by the portrait 10.4" electro-magnetic digitizer screen and the enhanced handwriting recognition software built into the dedicated version of Microsoft Windows XP installed.

**Portability, convenience**
Free from cables and keyboard, the VIA Tablet PC reference design provides a compact, easily portable device which is both stylish and ultimately practical. Moreover, the cool running of the VIA C3™ EBGA processor with its low power profile extends battery life and ensures a comfortable operating temperature.

**The power to connect**
The latest Wi-Fi (802.11b) wireless LAN connectivity is built into the VIA Tablet PC reference design, enabling Internet connections in more locations around the world, such as hotels and airports as well as almost anywhere in a connected household.

**Comprehensive communications technology**
The VIA Tablet PC reference design offers the communications capabilities of both the latest IEEE 1394 and USB standards built in to the mainboard, providing a wider choice of peripheral devices.

BEST AVAILABLE COPY

BEST AVAILABLE COPY

BEST AVAILABLE COPY

| ITEM | DESCRIPTION |
|---|---|
| Processor | VIA C3? EBGA or VIA Eden ESP Processor<br><br>• 128K L1 and 64K L2 cache |
| Core Logic | VIA Apollo Pro 266T: North Bridge VT8653, South Bridge VT8233A or VT8235 |
| Main Memory | • Onboard 128MB<br>• One 200-pin PC2100 memory socket<br>• DDR266 SDRAM support |
| LCD | 10.4? TFT Electro-magnetic Digitizer, brightness adjustable |
| Graphics | • Integrated AGP2X with 2D/3D Graphics Acceleration<br>• Motion Compensation for DVD playback<br>• Hardware rotation for portrait mode display |
| Storage (ATA) | ATA 33/66/100 2.5? HDD |
| Storage (Flash) | CFC socket optional |
| Audio System | VIA VT1612A AC?97 Codec<br><br>• Internal speaker and 2 internal microphones<br>• 2 Audio Jacks: Earphone-Out and Microphone-In<br>• Sound Blaster, Sound Blaster Pro Compatible<br>• Digital I/O compatible with consumer mode S/PDIF |
| Digital TV Out | VIA VT1621 Digital TV encoder<br><br>• Integrated Macro Vision 7.1<br>• High quality scaling and filtering<br>• S-Video or Composite video output<br>• Support NTSC/PAL TV |
| Ethernet (LAN) | VIA Tahoe VT6103 (Ethernet PHY)<br><br>• RJ-45 jack<br>• 10/100Mbps Ethernet MAC integrated in South Bridge |
| PCMCIA | • PCMCIA socket for wireless communication<br>• Smart card support |
| Infra red ports | • SIR and FIR IrDA port<br>• CIR for wireless keyboard |

APLNDC00032409

BEST AVAILABLE COPY

| Other I/O Ports | VIA Fire II VT6306 IEEE 1394 host controller<br><br>• One IEEE 1394 port<br>• Two USB ports<br>• CRT Out (Mini-type) |
| --- | --- |
| Replicator I/O ports | VIA VT1211 LPC Super I/O controller<br><br>• 2 USB ports<br>• EPP/ECP parallel port<br>• 16C550 compatible serial port<br>• 2 PS/2 Keyboard/Mouse ports<br>• S/PDIF Out<br>• CRT Out<br>• TV Out (composite & S-video)<br>• Audio jacks: line-in, line-out, mic-in<br>• DC In |
| LEDs | • Power status<br>• Battery status |
| Other Optional Modules | • I/O Replicator<br>• Tablet PC stand |

## Images
*Download Images here*

| Product Reference Guide | | |
| --- | --- | --- |
| **Marketing Information** | | |
| Images | High Res<br>Low Res | High Res<br>Low Res |
| **Press Information** | | |
| Product Brochure | Front / Back | |
| Press Release | VIA Announces Development of Tablet PC Reference Design ..." More | |

△TOP

**Legal | Website Administrator**
©2004 VIA Technologies, Inc. All rights reserved.