Exhibit 7

Part 2 of 2

# ViewSonic

BEST AVAILABLE COPY

**ViewPad 1000**



ENLARGE IMAGE

Overview | **Features** | **Specs** | **Accessories**

The ViewPad 1000 is a network-ready PC in a tablet form factor featuring built-in WAN, LAN and WiFi™ wireless connectivity. The ViewPad 1000 is ideally suited for value-added resellers and system integrators selling mobile vertical market applications. This innovative device offers mobile access to information whether you're in the office or on the road. And with its built-in digital camera, you can capture, send and receive live images from anywhere. The 10.4" high-resolution touch screen allows easy navigation. And at just 4.3 pounds, you can bring your office with you.

**ViewPad™ products in the workplace**

See how businesses, just like yours are **using the ViewPad 1000**.



---

**Features**



**ViewCare**sm **Warranty & Service Programs**
When you need us most we're there for you. Get extra protection for your ViewSonic Tablet PC, choose from Extended Warranty, Express Exchange, Extended Warranty with Express Exchange or Accidental Damage Insurance programs.
**Buy Now**

**The power of a fully functional PC in a tablet form factor**

- Performance optimized for mainstream mobile computing use.
- Brings the ease of use of pen and paper to mobile computing.
- Weighs about 4 pounds.

**Multiple connectivity features**

- Includes built-in support for wireless, wired and dial-up networking.
- Includes wireless keyboard with integrated pointing device.

**Product Details**

- Overview
- **Features**
- **Specs**
- **Accessories**
- **Awards**

 **PDF Product Comparison Chart** (507 K)

 **PDF Specsheet** (107 K)

 **PDF User Guide** ( 2.3 MB)

 **Download Drivers/Utilities**

- **Press Release**
- **Awards**

 **Print This Page**

 **Email This Page**

APLNDC00032411

- Optional ViewPad 1000 Dock adds one-touch access to common computer peripherals, local area networks, integrated CD-ROM and AC power adapter.

**Take color pictures or record videos on the go**

- The integrated camera enables you to add photos and video clips to presentations, documents and e-mail.

**High resolution 10.4" SVGA touch-screen display**

- Delivers bright, crisp images providing a rich multimedia experience.
- Includes Pivot® software, enabling you to view the screen in portrait or landscape modes.

**One-year limited warranty on parts and labor**

Overview | Features | Specs | Accessories

..............................................................................................

**Specs**

| | | |
|---|---|---|
| **Processor** | | 800MHz Intel®® Mobile Celeron™ |
| **Operating System** | | Microsoft Windows® XP Professional Operating System |
| **Memory** | **SDRAM** | 256MB (expandable to 512MB) |
| **Hard Disk Drive** | | 20.0GB |
| **Connectivity** | | Built-in 802.11b Mini-PCI Wi-Fi™ LAN, RJ-11 56Kbps V.90 modem port, RJ-45 Fast Ethernet port |
| **Built-in Camera** | | Digital CCD Camera (15fps streaming video and still photos) |
| **Graphics** | | SIS630 Graphics Controller, AGP 4X Video |
| **Video Resolution** | **Built-in LCD Display** | 800x600 in landscape mode 600x800 in portrait mode |
| | **External Display** | 640x480 at 60Hz, 75Hz, 85Hz 800x600 at 60Hz, 75Hz, 85Hz 1024x768 at 60Hz, 75Hz, 85Hz |
| **Display** | | High Luminance SVGA 10.4" TFT LCD Display |
| **Touch Panel** | | Resistive Touch Screen |
| **Expansion Slots** | | One Type II PC Card |
| **Audio** | | 18bit A / D stereo, 48KHz sampling rate, built-in microphone and two speakers |
| **System Ports** | | Two Universal Serial Bus (USB) ports, one microphone and one Audio Out jack, VGA port, infrared data wireless keyboard port, infrared data port, 16-pin connector for ViewPad Dock |
| **One-Touch Access Buttons** | | Power on, e-mail, Internet |
| **Input device** | | Wireless keyboard with integrated pointing device |
| **Battery** | | Rechargeable 5400 mAh Lithium Ion Battery Pack |
| **AC Adapter** | | 90 - 265V AC 50/60Hz; 16V DC Output Voltage; 2.0A 40W Power Output |
| **Dimensions** | | 12.2" x 8.9" x 1.4"; 310.5mm x 226.7mm x 36.2mm |

APLNDC00032412

| Weight | | 4.3 lbs. / 1.95 kgs. |
|---|---|---|
| Additional Software | Web Browser & Applications | Microsoft Internet Explorer 5.5 |
| | Productivity Applications | Microsoft Outlook Express |
| | Communication Applications | Microsoft NetMeeting Citrix® ICA 6.0 |
| | Multimedia Applications | Microsoft Windows Media Player |
| | Additional Applications | Pivot® Software from Portrait Displays, Inc. handwriting recognition software, virtual keyboard, Adobe Acrobat® Reader® |

*Specifications and pricing subject to change without notice. Selection, offers and programs may vary by country; see your ViewSonic representative for complete details. Prices in U.S. dollars.*

Overview | Features | Specs | Accessories

.....................................................................................................

**Accessories**

*ViewPad 1000 Dock*
Along with its built-in CD-ROM, the ViewPad
1000 Dock provides convenient connectivity to
your LAN, AC power, USB Keyboard, MiniMouse
and other common peripherals.



*ViewPad 1000 Battery*
Keep a spare handy for long trips without
having to recharge.



*ViewPad 1000 Protective Handgrips*
Handgrips for easy holding and for outer
protection.



*Tablet PC AC Adapter and Power Cord*
Charge your Tablet PC anywhere.



*ComboSaver™*
Secure and protect LCDs, projectors, and more with
this secure keyless combination lock and cable from
Kensington.



*Auto / Airline Adapters*
Charge your ViewPad while on the go.

BEST AVAILABLE COPY

ViewSonic has partnered with Lind to offer you the convenience of charging your ViewPad while on the road or in the air. **Click here for more details and to order.**



---

**Screen Protector (5-Pack)**
Give your screen an added layer of protection from fingerprints and dust, and minimize scratches with a Screen Protector.



---

**ViewPad 1000 Stylus (3-Pack)**
Keep one at home, one in your briefcase and one in the office



---

**Slim MicroSaver® Security Cable**
Secure and protect LCDs, projectors, and more with this sleekly-designed, secure lock and cable from Kensington.



---

**ViewPad 1000 Case**



---

**Additional Memory, Flash and PC Card Drives**
ViewSonic has partnered with Kingston Technology to bring you reliable memory and digital media options. **Click here for more info or to order.**



---

**GoAmerica® Wireless Service**
Access nationwide wireless service with your ViewPad for secure access to email, corporate data and the world wide web.



---

Overview | Features | Specs | Accessories

back to top

BEST AVAILABLE COPY



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  Andre et al.

Application No.:  29/201,636

Filed:  March 17, 2004

Title:  ELECTRONIC DEVICE

*(OIPE stamp: SEP 14 2004, Patent & Trademark Office)*

Attorney Docket No.:  APL1D297/P3297

Examiner:  Freda S. Nunn

Group:  2911

---

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the U.S.
Postal Service with sufficient postage as first-class mail on September 8, 2004
in an envelope addressed to the Commissioner for Patents, P.O. Box 1450
Alexandria, VA 22313-1450.

Signed: _____
                                    Agnes Spence

## INFORMATION DISCLOSURE STATEMENT
### 37 CFR §§1.56 AND 1.97(b)

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

The references listed in the attached PTO Form 1449, copies of which are attached, may be material to examination of the above-identified patent application.  Applicants submit these references in compliance with their duty of disclosure pursuant to 37 CFR §§1.56 and 1.97.  The Examiner is requested to make these references of official record in this application.

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that these references indeed constitute prior art.

This Information Disclosure Statement is: (i) filed within three (3) months of the filing date of the above-referenced application, (ii) believed to be filed before the mailing date of a first Office Action on the merits, or (iii) believed to be filed before the mailing of a first Office Action after the filing of a Request for Continued Examination under §1.114.  Accordingly, it is believed that no fees are due in connection with the filing of this Information Disclosure Statement.  However, if it is determined that any fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 500388 (Order No. APL1D297).

Respectfully submitted,
BEYER WEAVER & THOMAS, LLP

Quin C. Hoellwarth
Registration No. 45,738

P.O. Box 778
Berkeley, CA  94704-0778

APLNDC00032415

SEP 1 4 2004

| Form 1449 (Modified)<br><br>**Information Disclosure<br>Statement By Applicant**<br><br>(Use Several Sheets if Necessary) | Atty Docket No.<br>APL1D297<br>Applicant:<br>Andre et al.<br>Filing Date<br>March 17, 2004 | Application No.:<br>29/201,636<br><br><br><br>Group<br>2913 |
|---|---|---|

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| | O | Andre et al., Patent Application No. 29/180,558 entitled "Electronic Device", filed March 17, 2004 |
| | P | "HP Compaq Tablet PC tc1100", downloaded August 27, 2004. |
| | Q | "Tablet PC V1100", downloaded August 27, 2004. |
| | | "ViewPad 1000", downloaded August 27, 2004. |

| Examiner | Date Considered |
|---|---|
| | |

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Pg. 1 of 1

APLNDC00032416



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPL NO. | FILING OR 371 (c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET NO | DRAWINGS | TOT CLMS | IND CLMS |
|----------|------------------------|--------------|---------------|----------------|----------|----------|----------|
| 29/180,558 | 04/25/2003 | 2900 | 460 | APL1D274/P3103 | 3 | 1 | 1 |

22434
BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

**CONFIRMATION NO. 1353**
**UPDATED FILING RECEIPT**

*OC000000010717622*

Date Mailed: 08/18/2003

Receipt is acknowledged of this regular Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections, facsimile number 703-746-9195. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

Bartley K. Andre, Menlo Park, CA;
Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;
Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Duncan Robert Kerr, San Francisco, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, San Carlos, CA;
Calvin Q. Seid, Palo Alto, CA;
Christopher J. Stringer, Pacifica, CA;
Eugene Anthony Whang, San Francisco, CA;

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 06/23/2003

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

APLNDC00032417

**Title**

Media device

**Preliminary Class**

D14

## LICENSE FOR FOREIGN FILING UNDER
### Title 35, United States Code, Section 184
### Title 37, Code of Federal Regulations, 5.11 & 5.15

<u>**GRANTED**</u>

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Office of Export Administration, Department of Commerce (15 CFR 370.10 (j)); the Office of Foreign Assets Control, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

<u>**NOT GRANTED**</u>

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

APLNDC00032418

DESIGN PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Be It Known That We

Bartley K. Andre
Daniel J. Coster
Daniele De Iuliis
Richard P. Howarth
Jonathan P. Ive
Duncan Robert Kerr
Matthew Dean Rohrbach
Douglas B. Satzger
Calvin Q. Seid
Christopher J. Stringer
Eugene Anthony Whang

have invented a new, original, and ornamental design for a

## MEDIA DEVICE

of which the following is a specification, reference being made to the accompanying drawings forming a part thereof.

APLNDC00032419

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a media device in accordance with the present design. The media device can, for example, be a media player or a media storage device.

FIG. 2 is a front view for the media device.

FIG. 3 is a rear view for the media device.

FIG. 4 is a top view for the media device.

FIG. 5 is a bottom view for the media device.

FIG. 6 is a right side view for the media device.

FIG. 7 is a left side view for the media device.

## CLAIM

We claim the ornamental design for a **MEDIA DEVICE** substantially as shown and described.

APL1D274/P3103                      Page 2

APLNDC00032420



**FIG. 1**

APLNDC00032421



**FIG. 2**



**FIG. 3**

APLNDC00032422



**FIG. 4**



**FIG. 5**



**FIG. 6**            **FIG. 7**

APLNDC00032423



## PALM INTRANET

Day : Tuesday
Date: 9/14/2004

Time: 15:44:06

# Inventor Information for 29/201636

| Inventor Name | City | State/Country |
|---|---|---|
| ANDRE, BARTLEY K. | MENLO PARK | CALIFORNIA |
| COSTER, DANIEL J. | SAN FRANCISCO | CALIFORNIA |
| DE IULIIS, DANIELE | SAN FRANCISCO | CALIFORNIA |
| HOWARTH, RICHARD P. | SAN FRANCISCO | CALIFORNIA |
| IVE, JONATHAN P. | SAN FRANCISCO | CALIFORNIA |
| JOBS, STEVE | PALO ALTO | CALIFORNIA |
| NISHIBORI, SHIN | SAN FRANCISCO | CALIFORNIA |
| KERR, DUNCAN ROBERT | SAN FRANCISCO | CALIFORNIA |
| ROHRBACH, MATTHEW DEAN | SAN FRANCISCO | CALIFORNIA |
| SATZGER, DOUGLAS B. | MENLO PARK | CALIFORNIA |
| SEID, CALVIN Q. | PALO ALTO | CALIFORNIA |
| STRINGER, CHRISTOPHER J. | PORTOLA VALLEY | CALIFORNIA |
| WHANG, EUGENE ANTHONY | SAN FRANCISCO | CALIFORNIA |
| ZORKENDORFER, RICO | SAN FRANCISCO | CALIFORNIA |

| Appln Info | Contents | Petition Info | Atty/Agent Info | Continuity Data | Foreign Data |
|---|---|---|---|---|---|

**Search Another: Application#** [＿＿＿] [Search]   **or Patent#** [＿＿＿] [Search]

**PCT** / [＿＿] / [＿＿] [Search]   **or PG PUBS #** [＿＿＿] [Search]

**Attorney Docket #** [＿＿＿＿＿] [Search]

**Bar Code #** [＿＿＿] [Search]

To go back use Back button on your browser toolbar.

Back to  PALM | ASSIGNMENT | OASIS | Home page

APLNDC00032424



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 6966

| SERIAL NUMBER 29/201,636 | FILING DATE 03/17/2004 RULE | CLASS D14 | GROUP ART UNIT 2911 | ATTORNEY DOCKET NO. APL1D297 |
|---|---|---|---|---|

**APPLICANTS**

Bartley K. Andre, Menlo Park, CA;

Daniel J. Coster, San Francisco, CA;
Daniele De Iuliis, San Francisco, CA;Richard P. Howarth, San Francisco, CA;
Jonathan P. Ive, San Francisco, CA;
Steve Jobs, Palo Alto, CA;
Shin Nishibori, San Francisco, CA;
Duncan Robert Kerr, San Francisco, CA;
Matthew Dean Rohrbach, San Francisco, CA;
Douglas B. Satzger, Menlo Park, CA;
Calvin Q. Seid, Palo Alto, CA;
Christopher J. Stringer, Portola Valley, CA;
Eugene Anthony Whang, San Francisco, CA;
Rico Zorkendorfer, San Francisco, CA;

** CONTINUING DATA ***************************   None

** FOREIGN APPLICATIONS ********************   None

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 05/14/2004

| Foreign Priority claimed       ☐ yes ☑ no
35 USC 119 (a-d) conditions  ☐ yes ☐ no ☐ Met after Allowance
met
Verified and
Acknowledged     Examiner's Signature        Initials | STATE OR COUNTRY CA | SHEETS DRAWING 4 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

**ADDRESS**
022434
BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY , CA
94704-0778

**TITLE**

APLNDC00032425

| Electronic device | | |
|---|---|---|
| **FILING FEE**<br><br>**RECEIVED**<br>**340** | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

APLNDC00032426



**Search Notes**

| | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341-346, 374,424 | 11/3/2004 | FSN |
| D19 | 26,59,60 | | |
| 345 | 104,156, | | |
| | 168,173 | | |
| 434 | 307R, | | |
| | 308,309, | | |
| | 317 | | |
| 178 | 18.03 | | |
| 349 | 12 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| D14 | 341-346 | 11/3/2004 | FSN |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| EAST Search | 11/3/2004 | FSN |
| Name Search | 11/3/2004 | FSN |
| Computer Pubs. | 11/3/2004 | FSN |
| | | |
| | | |
| | | |
| | | |
| | | |

Part of Paper No.  0

APLNDC00032427

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| D14 | 341 | | |

| INTERNATIONAL CLASSIFICATION | |
|---|---|
| 14/02 | |
| / | |
| / | |
| / | |
| / | |

------
(Assistant Examiner)      (Date)

(Legal Instruments Examiner)      (Date)

Freda S. Nunn 11/3/04

(Primary Examiner)      (Date)

**Total Claims Allowed: 1**

| O.G. Print Claim(s) | O.G. Print Fig. |
|---|---|
| 1 | 1 |

| Claims renumbered in the same order as presented by applicant | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office

Part of Paper No.  0

APLNDC00032428

APPLICANTS COPY
29/201636

| Form 1449 (Modified) | Atty Docket No.<br>APL1D297 | Application No.:<br>29/201,636 |
|---|---|---|
| **Information Disclosure**<br>**Statement By Applicant** | Applicant:<br>Andre et al. | |
| | Filing Date<br>March 17, 2004 | Group<br>2913 |
| (Use Several Sheets if Necessary) | | |

### U.S. Patent Documents

| Examiner Initial | No. | Patent No. | Date | Patentee | Class | Sub-class | Filing Date |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |

### Foreign Patent or Published Foreign Patent Application

| Examiner Initial | No. | Document No. | Publication Date | Country or Patent Office | Class | Sub-class | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |
| | N | | | | | | | |

### Other Documents

| Examiner Initial | No. | Author, Title, Date, Place (e.g. Journal) of Publication |
|---|---|---|
| FSN | O | Andre et al., Patent Application No. 29/180,558 entitled "Electronic Device", filed March 17, 2004 |
| | P | "HP Compaq Tablet PC tc1100", downloaded August 27, 2004. |
| | Q | "Tablet PC V1100", downloaded August 27, 2004. |
| FSN | | "ViewPad 1000", downloaded August 27, 2004. |

| Examiner | Freda S. Nunn | Date Considered | 11/3/04 |
|---|---|---|---|

Examiner: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Pg. 1 of 1

APLNDC00032429

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **_Notice of References Cited_** | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | Page 1 of 1 |
| | Freda S. Nunn | 2911 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-D345,346 | 03-1994 | Alfonso et al. | D14/341 |
| * | B | US-D396,452 | 07-1998 | Naruki, Masatomo | D14/424 |
| * | C | US-D451,505 | 12-2001 | Iseki et al. | D14/341 |
| * | D | US-D453,333 | 02-2002 | Chen, Yu-Bing | D14/374 |
| * | E | US-D458,252 | 06-2002 | Palm et al. | D14/343 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

APLNDC00032430



APPLICANTS' COPY
29/201,636

① Renumber all
figures as indicated.

FIG. 1A

FIG. 1B

APLNDC00032431



**FIG. 2**3



**FIG. 3**4

APLNDC00032432



*FIG. 4 5*



*FIG. 5 6*



*FIG. 6 7*



*FIG. 7 8*

APLNDC00032433



Reduce human figure to broken lines.

**FIG. 8 9**

APLNDC00032434

| **Notice of Allowability** | Application No. | Applicant(s) |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____.

2. ☒ The allowed claim(s) is/are *1*.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*  c) ☐ None  of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
           International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☒ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☒ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date *0*
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .
7. ☒ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☒ Other *sketches attached*.

APLNDC00032435

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by *37 CFR 1.312*. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Because the drawing is it's own best description, the description of FIG. 1 is deemed superfluous and has therefore been canceled. Also, for a definite disclosure and proper numbering, the figure descriptions have been (*37 C.F.R 1.153*) amended to read:

FIG. 1 is a top perspective view of an electronic device in accordance with the present design;
FIG. 2 is a bottom perspective view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is a right side view thereof;
FIG. 7 is an upper side view thereof;
FIG. 8 is a lower side view thereof;
FIG. 9 is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative purposes only and form no part of the claimed design.

Furthermore, the inclusion of the statement regarding the appendix is not proper for the specification of a Design Patent application. Therefore, said statement has been cancelled, 37 CFR 1.153.

The drawing disclosure is objectionable because FIGS. 1A-8 have not been properly numbered and, the human figure has not been reduced to broken lines. Therefore, to overcome the objection, the figures currently numbered as FIGS. 1A-8 must be renumbered as FIGS. 1-9. Also, because the human figure is only being shown for illustrative purposes, said figure must be reduced to broken lines. Note the attached sketches. Correction is required, 37 CFR 1.84.

When preparing new drawings in compliance with the requirement therefor, care must be exercised to avoid introduction of anything which could be construed to be new matter prohibited by 35 U.S.C. 132 and 37 CFR 1.121.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Freda S. Nunn, whose telephone number is (571) 272-2607.  The examiner can normally be reached on Monday – Thursday, and alternate Fridays from 7:00 am to 4:00 pm

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Alan Douglas, can be reached at (571) 272-2588.  The FAX phone number for this group is (703)-872-9306.

Application/Control Number: 29/201,636                                    Page 3
Art Unit: 2911


        Information regarding the status of an application may be obtained from the Patent
Application Information Retrieval (PAIR) system.  Status information for published applications
may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished
applications is available through Private PAIR only.  For more information about the PAIR
system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private
PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).




                                    Freda Selma Nunn
                                    Primary Examiner
                                    Art Unit 2911

APLNDC00032437



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 022434 | 7590 | 11/17/2004 |
|---|---|---|

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

| EXAMINER |
|---|
| NUNN, FREDA S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 11/17/2004

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $490 | $0 | $490 | 02/17/2005 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.

APLNDC00032438

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or **Fax**   (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

```
022434     7590     11/17/2004
```

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $490 | $0 | $490 | 02/17/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NUNN, FREDA S | 2911 | D14-341000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address Form PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication Form PTO/SB/47; Rev 03-02 or more recent) attached. **Use a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ❏ Individual   ❏ Corporation or other private group entity   ❏ Government

4a. The following fee(s) are enclosed:

❏ Issue Fee

❏ Publication Fee (No small entity discount permitted)

❏ Advance Order - # of Copies _____

4b. Payment of Fee(s):

❏ A check in the amount of the fee(s) is enclosed.

❏ Payment by credit card. Form PTO-2038 is attached.

❏ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)

❏ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ❏ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 11/04) Approved for use through 04/30/2007.          OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

APLNDC00032439



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

| 022434 | 7590 | 11/17/2004 |
|---|---|---|

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

| EXAMINER |
|---|
| NUNN, FREDA S |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 11/17/2004

**Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)**

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (703) 305-1383. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 3 of 3

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.

APLNDC00032440

# DESIGN ALLOWANCE HOT LIST

Appl. No. _29/201636_          Prepared by _K. HARRIS_
Examiner-TC _NUW   2900_       Date _11/16  04_

## JACKET:

(YES)  NO    Primary Examiner box complete.
(YES)  NO    Locarno Classification supplied.

## PTO-892/1449:

(YES)  NO    Examiner's initials or cross-through lines supplied for each item cited by applicant.
(YES)  NO    Date(s) supplied/complete on all PTO-1449/892 sheets.  (Month and year required.)

## SPEC:

(YES)  NO    Brief Description of Drawings includes description of each figure in drawings.
(YES)  NO    Continuing data is mentioned in 1st paragraph. (Can be an insert.)

## TITLE:

(YES)  NO    Title matches claim.

Jul-03

APLNDC00032441



# N THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of:  Andre et al. | Attorney Docket No.:  APL1D297 |
| Application No.:  29/201,636 | Examiner:  Nunn, Freda S. |
| Filed:  March 17, 2004 | Group:  2911 |
| Title:   ELECTRONIC DEVICE | |

CERTIFICATE OF MAILING
I hereby certify that this correspondence is being deposited with the U.S.
Postal Service with sufficient postage as first-class mail on February 11, 2005
in an envelope addressed to the Commissioner for Patents, P.O. Box 1450
Alexandria, VA 22313-1450.

Signed: _____
                        Agnes Spence

## SEPARATE LETTER TO THE OFFICIAL DRAFTSMAN
## REQUESTING ENTERING OF FORMAL DRAWINGS
## (MPEP 608.02(p))

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

    In response to the objections made due to informalities in the original drawings (or to corrections approved by the Examiner), enclosed are substitute (formal) drawings for the above-identified patent application.  If the Draftsman has any question concerning these drawings, he or she is respectfully requested to contact the undersigned.

            Respectfully submitted,
            BEYER WEAVER & THOMAS, LLP

            Quin C. Hoellwarth
            Registration No. 45,738

P.O. Box 70250
Oakland, CA  94612-0250
650-961-8300

2 9,201,656

FIG. 1

FIG. 2

BEST AVAILABLE COPY

FEB 1 5 2005

APLNDC00032443

BEST AVAILABLE COPY



**FIG. 3**



**FIG. 4**

APLNDC00032444

BEST AVAILABLE COPY



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

BEST AVAILABLE COPY



2 5, 201,636



*FIG. 9*

APLNDC00032446

PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: Mail    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or Fax    (703) 746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

022434    7590    11/17/2004

BEYER WEAVER & THOMAS LLP
P.O. BOX 778
BERKELEY, CA 94704-0778

02/16/2005 SSITHIB2 00000029 29201636
01 FC:1502        800.00 OP
02 FC:8001         36.00 OP

OIPE JC32
FEB 1 5 2005
PATENT & TRADEMARK OFFICE

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

Certificate of Mailing or Transmission
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (703) 746-4000, on the date indicated below.

Agnes Spence                        (Depositor's name)
Agnes Spence                        (Signature)
February 11, 2005                   (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

TITLE OF INVENTION: ELECTRONIC DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | ~~$400~~ $800 | $0 | ~~$490~~ $800 | 02/17/2005 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NUNN, FREDA S | 2911 | D14-341000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Beyer Weaver & Thomas, LLP
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE or COUNTRY)

Apple Computer, Inc.                    Cupertino, CA

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual  ☒ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies _____12_____

4b. Payment of Fee(s):
☒ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _500388_ (enclose an extra copy of this form). any additional

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature   Hoellwarth          Date   2/11/05

Typed or printed name  Quin C. Hoellwarth          Registration No.  45,738

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 11/04) Approved for use through 04/30/2007.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# ARTIFACT SHEET

Enter artifact number below.  Artifact number is application number + artifact type code (see list below) + sequential letter (A, B, C ...).  The first artifact folder for an artifact type receives the letter A, the second B, etc..  Examples: 59123456PA, 59123456PB, 59123456ZA, 59123456ZB

_29,201,636 CA_

Indicate quantity of a single type of artifact received but not scanned.  Create individual artifact folder/box and artifact number for each Artifact Type.

☐   CD(s) containing:
    computer program listing
    Doc Code: Computer     ☐   Artifact Type Code: P
    pages of specification
    and/or sequence listing
    and/or table     ☐
    Doc Code: Artifact      Artifact Type Code: S
    content unspecified or combined     ☐
    Doc Code: Artifact      Artifact Type Code: U

4   Stapled Set(s) Color Documents or B/W Photographs
    Doc Code: Artifact      Artifact Type Code: C

☐   Microfilm(s)
    Doc Code: Artifact      Artifact Type Code: F

☐   Video tape(s)
    Doc Code: Artifact      Artifact Type Code: V

☐   Model(s)
    Doc Code: Artifact      Artifact Type Code: M

☐   Bound Document(s)
    Doc Code: Artifact      Artifact Type Code: B

☐   Confidential Information Disclosure Statement or Other Documents marked Proprietary, Trade Secrets, Subject to Protective Order, Material Submitted under MPEP 724.02, etc.
    Doc Code: Artifact      Artifact Type Code X

☐   Other, description: _____
    Doc Code: Artifact      Artifact Type Code: Z

March 8, 2004

APLNDC00032448



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 | 6966 |

| | | | EXAMINER |
|---|---|---|---|
| 22434 | 7590 | 05/06/2005 | NUNN, FREDA S |

BEYER WEAVER & THOMAS LLP
P.O. BOX 70250
OAKLAND, CA  94612-0250

| ART UNIT | PAPER NUMBER |
|---|---|
| 2911 | |

DATE MAILED: 05/06/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

APLNDC00032449

| *Supplemental Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 29/201,636 | ANDRE ET AL. |
| | Examiner | Art Unit | |
| | Freda S. Nunn | 2911 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the eIDS filed September 8, 2004*.

2. ☒ The allowed claim(s) is/are *1*.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
          International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
       Paper No./Mail Date _____ .
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date September 8, 2004
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

Freda S. Nunn
Primary Examiner
Art Unit 2911

APLNDC00032450

# ELECTRONIC INFORMATION DISCLOSURE STATEMENT

Electronic Version v18

Stylesheet Version v18.0

| Title of Invention | ELECTRONIC DEVICE |
|---|---|

Application Number : 29/201636

Confirmation Number: 6966

First Named Applicant: Bartley Andre

Attorney Docket Number: APL1D297

Art Unit: 2911

Examiner: Freda S. Nunn

Search string: ( 4976435 or 5192082 or 5661632 or 5964661 or 6254477 or D183809 or D264969 or D349923 or D359306 or D362272 or D362461 or D378686 or D385299 or D386521 or D399526 or D402310 or D410028 or D412940 or D425558 or D430117 or D430169 or D437860 or D445787 or D448810 or D449606 or D491933 or D450713 or D452250 or D469109 or D472245 or D481036 or D481718 or D486823 or D487457 or D487742 or D489717 or D490420 or D491936 or D494164 ).pn

## US Patent Documents

**Note: Applicant is not required to submit a paper copy of cited US Patent Documents**

| init | Cite.No. | Patent No. | Date | Patentee | Kind | Class | Subclass |
|---|---|---|---|---|---|---|---|
| FN | 1 | 4976435 | 1990-12-11 | Shatford et al. | | | |
| | 2 | 5192082 | 1993-03-09 | Inoue et al. | | | |
| | 3 | 5661632 | 1997-08-26 | Register | | | |
| | 4 | 5964661 | 1999-10-12 | Dodge | | | |
| | 5 | 6254477 | 2001-07-03 | Sasaki | | | |
| | 6 | D183809 | 2003-12-16 | Lim | | | |
| | 7 | D264969 | 1982-06-15 | McGourty | | | |
| | 8 | D349923 | 1994-08-23 | Billings et al. | | | |
| | 9 | D359306 | 1995-06-13 | Lande et al. | | | |
| | 10 | D362272 | 1995-09-12 | Luong | | | |
| | 11 | D362461 | 1995-08-19 | Luong | | | |
| | 12 | D378686 | 1997-04-01 | Proctor et al. | | | |
| | 13 | D385299 | 1997-10-21 | Adams | | | |
| | 14 | D386521 | 1997-11-18 | Eisenbaum | | | |
| | 15 | D399526 | 1998-10-13 | Brady | | | |
| | 16 | D402310 | 1998-12-08 | Hendricks | | | |
| | 17 | D410028 | 1999-05-18 | Fyffe | | | |
| | 18 | D412940 | 1999-08-07 | Kato et al. | | | |
| FN | 19 | D425558 | 2000-05-23 | Tarpenning | | | |

| | | 20 | D430117 | 2000-08-29 | Sachs et al. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 21 | D430169 | 2000-08-29 | Scibora | | | | | | |
| | | 22 | D437860 | 2001-02-20 | Suzuki | | | | | | |
| | | 23 | D445787 | 2001-07-31 | Francis | | | | | | |
| | | 24 | D448810 | 2001-10-02 | Goto | | | | | | |
| | | 25 | D449606 | 2001-10-23 | Lee et al. | | | | | | |
| | | 26 | D491933 | 2004-06-22 | Guo | | | | | | |
| | | 27 | D450713 | 2001-11-20 | Masamitsu et al. | | | | | | |
| | | 28 | D452250 | 2001-12-18 | Chan | | | | | | |
| | | 29 | D469109 | 2003-01-21 | Andre | | | | | | |
| | | 30 | D472245 | 2003-03-25 | Andre et al. | | | | | | |
| | | 31 | D481036 | 2003-10-21 | Wentt | | | | | | |
| | | 32 | D481718 | 2003-11-04 | Chiang et al. | | | | | | |
| | | 33 | D486823 | 2004-02-17 | Kuo | | | | | | |
| | | 34 | D487457 | 2004-03-09 | Liu | | | | | | |
| | | 35 | D487742 | 2004-03-23 | Huang et al. | | | | | | |
| | | 36 | D489717 | 2004-05-11 | Hsien | | | | | | |
| | | 37 | D490420 | 2004-05-25 | Solomon | | | | | | |
| | | 38 | D491936 | 2004-06-22 | Jao | | | | | | |
| | | 39 | D494164 | 2004-08-10 | Wu et al. | | | | | | |

## Signature

| Examiner Name | Date |
|---|---|
| Freda S. Nunn | 5/2/05 |



## Sterne Kessler
## Goldstein Fox
ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Robert Greene Sterne | Donald R. Banowit | Ann E. Summerfield | Michael R. Malek* | Danielle L. Letting |
| Jorge A. Goldstein | Peter A. Jackman | Helene C. Carlson | Carla Ji-Eun Kim | Lori Brandes |
| David K.S. Cornwell | Brian J. Del Buono | Cynthia M. Bouchez | Doyle A. Siever* | Steven C. Oppenheimer |
| Robert W. Esmond | Mark Fox Evens | Timothy A. Doyle | Ulrike Winkler Jenks | Aaron S. Lukas |
| Tracy-Gene G. Durkin | Vincent L. Capuano | Gaby L. Longsworth | Paul A. Calvo | Gaurav Asthana |
| Michele A. Cimbala | Elizabeth J. Haanes | Lori A. Gordon | Robert A. Schwartzman | Robert E. Bakin |
| Michael B. Ray | Michael D. Specht | Laura A. Vogel | C. Matthew Rozier* | Salvador M. Bezos |
| Robert E. Sokohl | Kevin W. McCabe | Bashir M.S. Ali | Shameek Ghose | |
| Eric K. Steffe | Glenn J. Perry | Shannon A. Carroll | Randall K. Baldwin | Of Counsel |
| Michael Q. Lee | Edward W. Yee | Anbar F. Khal | Daniel J. Nevirkv | Edward J. Kessler |
| John M. Covert | Grant E. Reed | Michelle K. Holoubek | | Kenneth C. Bass III |
| Robert C. Millonig | Virgil Lee Beaston | Marsha A. Rose | Registered Patent Agents• | Marvin C. Guthrie |
| Donald J. Featherstone | Theodore A. Wood | Sara A. Schaller | Karen R. Markowicz | Christopher P. Wrist |
| Timothy J. Shea, Jr | Joseph S. Ostroff | Lei Zhou | Matthew J. Dowd | |
| Michael V. Messinger | Jason D. Eisenberg | W. Blake Coblentz | Mita Mukherjee | *Admitted only in Maryland |
| Judith U. Kim | Tracy L. Muller | James J. Pohl | Scott M. Woodhouse | *Admitted only in Virginia |
| Jeffrey T. Helvey | Jon E. Wright | John T. Haran | Peter A. Socarras | •Practice Limited to |
| Eldora L. Ellison | LuAnne M. DeSantis | Mark W. Rygiel | Jeffrey K. Mills | Federal Agencies |

January 31, 2008

*WRITER'S DIRECT NUMBER:*
(202) 772-8660
*INTERNET ADDRESS:*
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

*Attn: Mail Stop Post Issue*

Re:    U.S. Design Patent Application
        Patent No. D503,532; Issued: April 5, 2005
        For:    Electronic Device Holder
        Inventors:  ANDRE *et al.*
        Our Ref:  2607.1200000(P3244US1)/TGD

Sir:

Transmitted herewith for appropriate action are the following documents:

1.  Power of Attorney to Prosecute Applications Before the USPTO;

2.  Statement Under 37 C.F.R. § 3.73(b); and

3.  Change of Correspondence Address.

The above-listed documents are filed electronically through EFS-Web.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/AKS:ecw
Enclosures

APLNDC00032453

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2797705 |
| **Application Number:** | 29201636 |
| **International Application Number:** | |
| **Confirmation Number:** | 6966 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. Andre |
| **Customer Number:** | 22434 |
| **Filer:** | Tracy-Gene G. Durkin/Erin Wong |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | APL1D297 |
| **Receipt Date:** | 31-JAN-2008 |
| **Filing Date:** | 17-MAR-2004 |
| **Time Stamp:** | 18:27:19 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1200000.pdf | 201138<br>9490a7e6c729e15c7a075fb228370ac7d0e7c99e | yes | 4 |

APLNDC00032454

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Power of Attorney | 2 | 2 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 3 | 3 |
| Change of Address | 4 | 4 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |
| **Total Files Size (in bytes):** | 201138 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00032455

PTO/SB/123 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **CHANGE OF CORRESPONDENCE ADDRESS** *Patent* Address to: Mail Stop Post Issue Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Patent Number | D503,532 |
|---|---|---|
| | Issue Date | April 5, 2005 |
| | Application Number | 29/196,833 |
| | Filing Date | January 5, 2004 |
| | First Named Inventor | Bartley K. ANDRE |
| | Attorney Docket Number | 2607.1200000 |

Please change the Correspondence Address for the above-identified patent to:

[x]   The address associated with Customer Number:       **63975**

*OR*

[ ]  **Firm or Individual Name**

**Address**

| **City** | **State** | **ZIP** |
|---|---|---|

**Country**

| **Telephone** | **Email** |
|---|---|

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

This form will not affect any "fee address" provided for the above-identified patent. To change a "fee address" use the "Fee Address Indication Form" (PTO/SB/47).

I am the:

[ ]   Patentee.

[ ]   Assignee of record of the entire interest. See 37 CFR 3.71.
        Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

[x]   Attorney or agent of record. Registration Number _____32,831_____

| Signature | *Tracy [signature]* | |
|---|---|---|
| Typed or Printed Name | Tracy-Gene G. Durkin | |
| Date | January 31, 2008 | Telephone | (202) 371-2600 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[✓] *Total of _____*1*_____ forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/96 (11-07)
Approved for use through 11/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

2607.1200000(P3244US1)/TGD

Applicant/Patent Owner: ANDRE et al.

Application No./Patent No.: D503,532 Filed/Issue Date: April 5, 2005

Entitled: Electronic Device Holder

Apple Inc. , a corporation

(Name of Assignee)                    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:
1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest
    (The extent (by percentage) of its ownership interest is _____%)

in the patent application/patent identified above by virtue of either:

A.[ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded
    in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy
    thereof is attached.
**OR**
B.[X] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: _____Andre et al._____ To: _____Apple Computer, Inc._____
       The document was recorded in the United States Patent and Trademark Office at
       Reel ___014496___, Frame _____0262_____, or for which a copy thereof is attached.

   2. From: _____Apple Computer, Inc._____ To: _____Apple Inc._____
       The document was recorded in the United States Patent and Trademark Office at
       Reel _____019000_____, Frame _____0383_____, or for which a copy thereof is attached.

   3. From: _____ To: _____
       The document was recorded in the United States Patent and Trademark Office at
       Reel _____, Frame _____, or for which a copy thereof is attached.

   [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[X] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee
was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.
[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment
    Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP
    302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____                    1/31/08
Signature                                          Date
Tracy-Gene G. Durkin, Reg. No. 32,831              202-371-2600
Printed or Typed Name                              Telephone Number
Patent Attorney
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the
USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to
complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any
comments on the amount of time you require to complete this form should be sent to the Chief Information Officer,
U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED
FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

APLNDC00032457

PTO/SB/80 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[X] Practitioners associated with the Customer Number:  | 63975

*OR*

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|------|------|------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[X] The address associated with Customer Number:  | 63975

*OR*

| [ ] Firm or Individual Name |  |  |  |
|------|------|------|------|
| Address |  |  |  |
| City |  | State | Zip |
| Country |  |  |  |
| Telephone |  | Email |  |

Assignee Name and Address:

Apple Inc.

1 Infinite Loop

Cupertino, CA 95014

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

### SIGNATURE of Assignee of Record

The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature |  | Date | May 14, 2007 |
|------|------|------|------|
| Name | Richard J. Lutton | Telephone | (408)974-9453 |
| Title | Assistant Secretary and Chief Patent Counsel |  |  |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



Robert Greene Sterne
Jorge A. Goldstein
David K.S. Cornwell
Robert W. Esmond
Tracy-Gene G. Durkin
Michele A. Cimbala
Michael B. Ray
Robert E. Sokohl
Eric C. Steffe
Michael Q. Lee
John M. Covert
Robert C. Millonig
Donald J. Featherstone
Timothy J. Shea, Jr.
Michael V. Messinger
Judith U. Kim
Mark Fox Evens
Jeffrey T. Helvey
Eldora L. Ellison
Donald R. Banowit
Peter A. Jackman
Brian J. Del Buono

Elizabeth J. Haanes
Michael D. Specht
Kevin W. McCabe
Glenn J. Perry
Theodore A. Wood
Gaby L. Longsworth
Edward W. Yee
Grant E. Reed
Tracy L. Muller
Jon E. Wright
LeAnne M. DeSantis
Helene C. Carlson
Cynthia M. Bouchez
Timothy A. Doyle
Lori A. Gordon
Shannon A. Carroll
Anbar F. Khal
Michelle K. Holcubek
Marsha A. Rose
Scott A. Schaller
Lei Zhou
W. Blake Coblentz

James J. Pohl
John T. Haran
Mark W. Rygiel
Michael R. Malek
Carla Ji-Eun Kim
Doyle A. Siever*
Ulrike Winkler Jenks
Paul J. Calvo
C. Matthew Rozier
Randall K. Baldwin
Lori M. Brandes
Deborah A. Sterling
Jeremy M. Klass
Stephanie L. Elmer
Jeffrey K. Mills
Mita Mukherjee*
Scott M. Woodhouse*
Peter A. Socarras
Christian A. Camarce
Richard D. Coller
Patrick P. Hansen
Ross G. Hicks

Keisha Hylton-Rodic
Bonnie Nannenga-Combs
Alyssa K. Sandrowitz
Jonathan M. Strang
Ishan P. Weerakoon
Chenghua Luo
Salvador M. Bezos*
Bruce B. Vance
Justin T. Sher
Byron L. Pickard
Kellie K. DiNapoli*
Richard B. Almon**
Christopher B. Ferenc*
Jeffrey R. Fougere*
William P. Ladd*

Registered Patent Agents*
Karen R. Markowicz
Danielle L. Letting
Steven C. Oppenheimer
Aaron S. Lukas

Jonathan Tuminaro
Gaurav Asthana
Yasser Mourtada
Cynthia L. DeRenzo
Omar F. Amin
R. Wilson Powers III
Erin C. Wong
Joseph E. Mutschelknaus
Kavon Nasabzadeh
Aaron S. Ward

Of Counsel
Edward J. Kessler
Kenneth C. Bass III
Christopher P. Wrist
David C. Isaacson
Jason D. Eisenberg

*Admitted only in Maryland
*Admitted only in Virginia
•Practice Limited to
 Federal Agencies

August 5, 2009

WRITER'S DIRECT NUMBER:
(202) 772-8660
INTERNET ADDRESS:
TDURKIN@SKGF.COM

Commissioner for Patents
PO Box 1450
Alexandria, VA  22313-1450

***Attn: Mail Stop Post Issue***

     Re:     U.S. Design Patent
               Patent No. D504,889; Issued: May 10, 2005
               For:    Electronic Device
               Inventors: ANDRE *et al.*
               Our Ref:  2607.1220000(P3297US1)/TGD

Sir:

Transmitted herewith for appropriate action are the following documents:

1.   Power of Attorney to Prosecute Applications Before the USPTO;

2.   Statement Under 37 C.F.R. § 3.73(b); and

3.   Change of Correspondence Address.

The above-listed documents are filed electronically through EFS-Web.

In the event that extensions of time are necessary to prevent abandonment of this patent application, then such extensions of time are hereby petitioned.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

TGD/tts
Enclosures

APLNDC00032459

PTO/SB/80 (04-05)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[X]   Practitioners associated with the Customer Number:   | 63975 |

**OR**

[ ]   Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|------|--------------------|---|------|--------------------|
|      |                    |   |      |                    |
|      |                    |   |      |                    |
|      |                    |   |      |                    |
|      |                    |   |      |                    |
|      |                    |   |      |                    |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned _only_ to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[X]   The address associated with Customer Number:   | 63975 |

**OR**

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address:

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

### SIGNATURE of Assignee of Record

The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | May 14, 2007 |
|-----------|---|------|------|
| Name | Richard J. Lutton | Telephone | (408)974-9453 |
| Title | Assistant Secretary and Chief Patent Counsel | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00032460

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5833242 |
| **Application Number:** | 29201636 |
| **International Application Number:** | |
| **Confirmation Number:** | 6966 |
| **Title of Invention:** | ELECTRONIC DEVICE |
| **First Named Inventor/Applicant Name:** | Bartley K. Andre |
| **Customer Number:** | 22434 |
| **Filer:** | Tracy-Gene G. Durkin/Terriel Spruill |
| **Filer Authorized By:** | Tracy-Gene G. Durkin |
| **Attorney Docket Number:** | APL1D297 |
| **Receipt Date:** | 05-AUG-2009 |
| **Filing Date:** | 17-MAR-2004 |
| **Time Stamp:** | 15:11:55 |
| **Application Type:** | Design |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 2607122POA.pdf | 235700 <br> 3bdaba81545f023504e9647cfc1ae9d358449f33 | yes | 4 |

APLNDC00032461

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Miscellaneous Incoming Letter | 1 | 1 |
| Power of Attorney | 2 | 2 |
| Assignee showing of ownership per 37 CFR 3.73(b). | 3 | 3 |
| Change of Address | 4 | 4 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 235700 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

APLNDC00032462

PTO/SB/123 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| CHANGE OF CORRESPONDENCE ADDRESS *Patent* | Patent Number | D504,889 |
|---|---|---|
| | Issue Date | May 10, 2005 |
| | Application Number | 29/201,636 |
| Address to: Mail Stop Post Issue Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Filing Date | March 17, 2004 |
| | First Named Inventor | Bartley K. ANDRE |
| | Attorney Docket Number | 2607.1220000(P3297US1)/TGD |

Please change the Correspondence Address for the above-identified patent to:

[X] The address associated with Customer Number:

**63975**

*OR*

[X] Firm *or* Individual Name

**Address**

| City | State | ZIP |
|---|---|---|

**Country**

| Telephone | Email |
|---|---|

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

This form will not affect any "fee address" provided for the above-identified patent. To change a "fee address" use the "Fee Address Indication Form" (PTO/SB/47).

I am the:

[ ] Patentee.

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

[X] Attorney or agent of record. Registration Number _____32,831_____.

| Signature | *[signature]* |
|---|---|
| Typed or Printed Name | Tracy-Gene G. Durkin |
| Date | August 5, 2009 | Telephone | (202) 371-2600 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X] *Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO:  Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APLNDC00032463

PTO/SB/96 (06-09)
Approved for use through 06/30/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

2607.1220000(P3297US1)/TGD

Applicant/Patent Owner:  __ANDRE et al.__

Application No./Patent No.: _____D504,889_____     Filed/Issue Date: _____May 10, 2005_____

Titled:  __Electronic Device__

_____Apple Inc._____ , a _____corporation_____

(Name of Assignee)                     (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1.  [X]   the assignee of the entire right, title, and interest in;

2.  [ ]   an assignee of less than the entire right, title, and interest in
         (The extent (by percentage) of its ownership interest is _____ %); or

3.  [ ]   the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A.  [ ]   An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____ , Frame _____ , or for which a copy therefore is attached.

**OR**

B.  [X]   A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

    1. From: _____Andre et al._____    To: _____Apple Computer, Inc._____

        The document was recorded in the United States Patent and Trademark Office at

        Reel _____015120_____ , Frame _____0170_____ , or for which a copy thereof is attached.

    2. From: _____Andre et al._____    To: _____Apple Computer, Inc._____

        The document was recorded in the United States Patent and Trademark Office at

        Reel _____015809_____ , Frame _____0070_____ , or for which a copy thereof is attached.

    3. From: _____Apple Computer, Inc._____    To: _____Apple Inc._____

        The document was recorded in the United States Patent and Trademark Office at

        Reel _____019000_____ , Frame _____0383_____ , or for which a copy thereof is attached.

[ ]   Additional documents in the chain of title are listed on a supplemental sheet(s).

[X]   As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____ _____     _____August 5, 2009_____
Signature                                           Date

____Tracy-Gene G. Durkin, Reg. No. 32,831____     _____Patent Attorney_____
Printed or Typed Name                               Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

_If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2._

 **United States Patent and Trademark Office**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 |

**CONFIRMATION NO. 6966**

63975
STERNE KESSLER GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**POA ACCEPTANCE LETTER**

*OC000000037277745*

Date Mailed: 08/07/2009

# NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/07/2009.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/dolipscomb/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

APLNDC00032465



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 29/201,636 | 03/17/2004 | Bartley K. Andre | APL1D297 |

22434
Weaver Austin Villeneuve & Sampson LLP
P.O. BOX 70250
OAKLAND, CA 94612-0250

**CONFIRMATION NO. 6966**
**POWER OF ATTORNEY NOTICE**

OC000000037277737

Date Mailed: 08/07/2009

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 08/07/2009.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).


/dolipscomb/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

APLNDC00032466