Exhibit 12

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    - - - - - - - - - - - - - - - - - - - - - - -
 5    APPLE INC.,
 6            Plaintiff/Counterclaim Defendant,
 7    vs.                      Case No. 11-cv-01846-LHK
 8    SAMSUNG ELECTRONICS CO., LTD.,
 9    SAMSUNG ELECTRONICS AMERICA,
10    INC., SAMSUNG
11    TELECOMMUNICATIONS AMERICA,
12    LLC,
13            Defendants/Conterclaim Plaintiffs,
14    - - - - - - - - - - - - - - - - - - - - - - -
15
16
17      VIDEOTAPE DEPOSITION OF ROBERT ANDERS, IDSA
18                    Washington, D.C.
19                 Thursday, April 26, 2012
20
21
22
23    Reported by:
24    SUSAN ASHE, RMR/CRR
25    Job No.:  49049
```

Page 5

| | | |
|---|---|---|
| 1 | MR. McELHINNY: My name is Harold | 09:03 |
| 2 | McElhinny; I'm here with Francis Ho from Morrison | 09:03 |
| 3 | and Foerster, representing the plaintiff, Apple Inc. | 09:03 |
| 4 | MR. BEDECARRE: Al Bedecarre from Quinn | 09:03 |
| 5 | Emanuel for Samsung. | 09:03 |
| 6 | VIDEOGRAPHER: Will the court reporter | 09:03 |
| 7 | please swear in the witness. | 09:03 |
| 8 | Whereupon, | 09:03 |
| 9 | ROBERT ANDERS, IDSA, | 09:03 |
| 10 | the Witness, called for examination by the | 09:03 |
| 11 | Plaintiffs, having been first duly sworn according | 09:03 |
| 12 | to law, was examined and testified as follows: | 09:03 |
| 13 | EXAMINATION BY COUNSEL FOR PLAINTIFFS | 09:03 |
| 14 | BY MR. McELHINNY: | 09:03 |
| 15 | Q   Good morning, Mr. Anders. | 09:04 |
| 16 | A   Good morning, sir. | 09:04 |
| 17 | Q   You heard the introduction slightly. My | 09:04 |
| 18 | name is Harold McElhinny. I'm an attorney for Apple | 09:04 |
| 19 | Inc. I'm going to be taking your deposition today. | 09:04 |
| 20 | Would you state your full name for the | 09:04 |
| 21 | record, please. | 09:04 |
| 22 | A   Yes, Robert John Anders. | 09:04 |
| 23 | Q   And your home address, please. | 09:04 |
| 24 | A   P.O. Box 609, Warwick, New York, 10990. | 09:04 |
| 25 | Q   Sir, I take it that you have had your | 09:04 |

| | | |
|---|---|---|
| 1 | A    Well, I compare. | 11:53 |
| 2 | Q    Okay.  And I guess my question is:  In any | 11:53 |
| 3 | of the comparisons that you did, did you eliminate | 11:53 |
| 4 | any elements of Apple's claims on the ground that | 11:53 |
| 5 | they were functional? | 11:53 |
| 6 | A    No. | 11:53 |
| 7 | Q    Why not? | 11:53 |
| 8 | A    First of all, I was only assigned to do an | 11:53 |
| 9 | infringement report, not a validity report. | 11:53 |
| 10 | And therefore, I limited my analysis to | 11:53 |
| 11 | just the infringement. | 11:54 |
| 12 | And a lot of these products are basically | 11:54 |
| 13 | so simple and understated that they're not complex | 11:54 |
| 14 | structures like a golf cart. | 11:54 |
| 15 | And so, I just concentrated on what I | 11:54 |
| 16 | believed were all the ornamental features. | 11:54 |
| 17 | Q    Okay.  To be clear, you have a section in | 11:54 |
| 18 | your report called your -- that describes your | 11:54 |
| 19 | working knowledge of applicable laws -- | 11:54 |
| 20 | A    Correct. | 11:54 |
| 21 | Q    -- correct? | 11:54 |
| 22 | MR. BEDECARRE:  And you have to wait until | 11:54 |
| 23 | he finishes the question so that you actually know | 11:54 |
| 24 | what the question is before you answer it. | 11:54 |
| 25 | Q    As you understand an infringement | 11:54 |

Page 236

1           CERTIFICATE

2

3           I, SUSAN ASHE, a Registered Merit
4  Reporter and Notary Public, hereby certify that the
5  foregoing is a true and accurate transcript of the
6  deposition of said witness, who was first duly sworn
7  by me on the date and place hereinbefore set forth.
8           I FURTHER CERTIFY that I am neither
9  attorney nor counsel, nor related to or employed by
10 any of the parties to the action in which this
11 deposition was taken, and further that I am not a
12 relative or employee of any attorney or counsel
13 employed in this action, nor am I financially
14 interested in this case.
15          Dated this 26th day of
16 April 2012.
17
18
19           _____
20           Susan Ashe, Notary Public
21           of the District of Columbia
22 My commission expires:  May 31, 2012.
23
24
25