Exhibit 13

```
 1
 2                UNITED STATES DISTRICT COURT
 3               NORTHERN DISTRICT OF CALIFORNIA
 4                     SAN JOSE DIVISION
 5
 6     APPLE INC., a California    )
       corporation,                )
 7                                 )
                   Plaintiff,      )
 8                                 )
              vs.                  )  No.  11-CV091846-LHK
 9                                 )
       SAMSUNG ELECTRONICS CO.,    )
10     LTD., a Korean business     )
       entity; et al.,             )
11                                 )
                   Defendants.     )
12     _____)
13       VIDEOTAPED DEPOSITION OF CHRISTOPHER MOUNT
14                 555 West Fifth Street
15               Los Angeles, California
16              Wednesday, April 25, 2012
17
18
19
20
21
22
23   Reported By:
24   PATRICIA L. HUBBARD, CSR #3400
25   JOB NO. 49018
```

1          CHRISTOPHER MOUNT,
2              called as a witness, having been
3              sworn, was examined and testified as
4              follows:
5
6                    EXAMINATION
7    BY MR. ZHANG:
8         Q.   Good afternoon, Mr. Mount.
9         A.   Hi.
10        Q.   You understand that you're testifying          01:40PM
11   under oath here today and under penalty of perjury?
12        A.   Yes.
13        Q.   And I'm going to be asking you a number
14   of questions today, and from time to time your
15   attorney will object.                                    01:40PM
16             But you understand that you should
17   answer the question fully and truthfully unless
18   your attorney instructs you not to answer?
19        A.   Yes.
20        Q.   You're obviously welcome to take a             01:40PM
21   break at any time.  I'd just ask that if there is a
22   pending question, that you answer the question
23   fully before we take a break.
24        A.   Yes.
25        Q.   Is there any reason why you can't give         01:40PM

Case 5:11-cv-01846-LHK   Document 1089-21   Filed 06/12/12   Page 4 of 6

Page 108

1  A. No.

2  Q. Do you believe that the iPad design is
3  purely functional?

4  A. Let me explain what is purely
5  functional. What is purely functional are -- tend    04:08PM
6  to be space industry things, medical tools, pieces
7  in the military, engineering gears, those kinds of
8  things. They tend to be purely functional.

9      Everything else does -- that is design
10 that we use that is not a life and death -- one      04:08PM
11 could even argue that a formula one race car which
12 is -- many people think of as fairly functional is
13 ornamented with a Ferrari on it and stickers on it.

14     So, yes. Of course it has -- it has
15 some -- there is some human design that goes into    04:08PM
16 this.

17 Q. So it's your opinion that the iPad is
18 not a purely functional design?

19     MS. CARUSO: Objection. Vague.

20     THE WITNESS: It's a very very            04:09PM
21 functional design, but it's not a purely functional
22 design.

23 BY MR. ZHANG:

24 Q. So it seems to me that when you call
25 something an anonymous and basic box, you don't      04:09PM

1                REPORTER'S CERTIFICATE

2

3            I, PATRICIA L. HUBBARD, do hereby certify:

4

5            That I am a duly qualified Certified
6   Shorthand Reporter in and for the State of California,
7   holder of Certificate Number 3400, which is in full
8   force and effect, and that I am authorized to
9   administer oaths and affirmations;
10

11           That the foregoing deposition testimony of
12  the herein named witness, to wit, CHRISTOPHER MOUNT,
13  was taken before me at the time and place herein set
14  forth;
15

16           That prior to being examined, CHRISTOPHER
17  MOUNT was duly sworn or affirmed by me to testify the
18  truth, the whole truth, and nothing but the truth;
19

20           That the testimony of the witness and all
21  objections made at the time of examination were
22  recorded stenographically by me and were thereafter
23  transcribed by me or under my direction and
24  supervision;
25

1       That the foregoing pages contain a full,
2  true and accurate record of the proceedings and
3  testimony to the best of my skill and ability;
4
5       I further certify that I am not a relative
6  or employee or attorney or counsel of any of the
7  parties, nor am I a relative or employee of such
8  attorney or counsel, nor am I financially interested
9  in the outcome of this action.
10
11      IN WITNESS WHEREOF, I have subscribed my
12  name this 26th day of April, 2012.
13
14
15
_____
PATRICIA L. HUBBARD, CSR #3400
16
17
18
19
20
21
22
23
24
25