1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
20 | vs. | |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
22 | | |
23 | | |
24 | Defendants. | |

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5  1. The confidential, unredacted version of Samsung's Opening Memorandum
6  Regarding Claim Construction; and
7  2. Exhibits 4, 14, 15, 17-20, 29 and 63-66 to the Declaration of Adam Cashman In
8  Support of Samsung's Opening Memorandum Regarding Claim Construction.

9  In short, the above documents discuss, refer to, or comprise documents which Apple has
10 designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.   Samsung expects
11 that Apple will file the declaration required by Local Rule 79-5(d) to establish these documents as
12 sealable.

13  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
14 for *in camera* review and served on all parties.

17 DATED: June 12, 2012                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

20                                     By   */s/ Victoria Maroulis*
                                          Charles K. Verhoeven
21                                        Kevin P.B. Johnson
                                          Victoria F. Maroulis
22                                        Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
23                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
24                                        TELECOMMUNICATIONS AMERICA, LLC