# EXHIBIT 6

# AppleDesign

During the past twenty years, the personal computer has evolved from an oddity reserved for hobbyists to one of the central technologies of our time. The one company most responsible for this transformation is Apple Computer. As the first firm to introduce a PC in a molded plastic case, the first to offer a mass-market computer with a graphical user interface, the first to offer desktop publishing, multi-media and handheld computing, and the first to incorporate a consistent industrial design language in all of its products, Apple has spearheaded or popularized nearly every design element found on the modern PC. In the process, Apple has built the most creative and successful industrial design group in the world—responsible for more design awards in recent years than any other Fortune 100 firm.

To celebrate Apple's twentieth anniversary, *AppleDesign* provides a rare inside look at the Industrial Design Group, examining the role this small team of creative individuals has played in the rise of Apple from a Silicon Valley garage to a billion-dollar corporation. It details the formation of the Group, outlines their method for turning great ideas into even greater products, reveals many design concepts and products that never reached the marketplace, and offers a glimpse at the triumph and turmoil that results when creative desire meets (and occasionally collides with) corporate reality.

With more than 400 color illustrations and detailed discussion of more than 100 products, design concepts and works-in-progress, *AppleDesign* provides the most thorough examination of a corporate design group ever published.

From the Macintosh to the PowerBook, the Newton MessagePad, the eMate and the just-released Twentieth Anniversary Macintosh, Apple's designers have given us some of the most compelling and enduring products of our time. Their work not only enriches the lives of more than 50 million Apple users worldwide, it influences the computer

PREFACE

IN THE ANNALS OF CORPORATE DESIGN, FEW COMPANIES HAVE EQUALLED Apple Computer in the scope of their achievement. Rising from its first headquarters in a Silicon Valley garage in 1976 to the ranks of the Fortune 100 in 1979, Apple has become one of the most influential companies in the world by setting a unique standard in the design of its products. By paying close attention to the shape of detailing of its first mass-market personal computer, the Apple II, set in motion a series of events that later gave rise to the most creative corporate design group the world has ever seen.

The success of the personal computer was due first and foremost to technology—the microprocessors, memory chips, and other components that Steve Wozniak used to design the inside of that first Apple product. Yet almost as important was the simple, but crucial, observation made by his partner Steve Jobs: that in order for Apple's computer to succeed, it had to have qualities that ordinary people could understand and enjoy.

Intuitively, Jobs understood that how people respond to a product is determined as much by its look and personality as by its features and performance. That decision led Jobs to pick the industrial designer Jerry Manock to give the Apple II the right shape and detailing, which in turn played an important role in the product's success. Fueled by sales of the Apple II, Jobs, Manock and a small team of developers later created a much larger success called Macintosh, which still directs Apple's product philosophy to this day. Once the Macintosh had been defined, a world-class design consultancy was then brought in to give Apple's products a more unified look, after which a strong in-house industrial design group was established, giving the firm a quality of design that is now unsurpassed.

From the factory floor to the CEO's office, there is an inherent understanding that good design ultimately serves the customer by making the things Apple sells look and perform better. That makes good design a strategic rather than aesthetic decision—one that business leaders everywhere would do well to emulate.

The evidence of this decision is everywhere: from the architecture on Apple's sprawling campus, to their advertisements and manuals, the graphics on their shipping boxes, and the products themselves. "We're expected to contribute to Apple's business success on a daily basis," says Jonathan Ive, director of the Industrial Design Group. "At the highest level, design is considered a core function, as important as hardware and software development."

The ability of Apple's designers to shape products is legendary. For this reason, business schools around the world use IDg projects in their case studies to teach future managers the right way to harness a company's most precious asset: its creative potential. But the real essence of the Industrial Design Group's work cannot be learned from a case study. Only by entering the non-descript stucco building in Cupertino, walking past the security door, and surveying the full range of their work will you begin to understand what they do. The talent and spirit at work within IDg's walls is so strong that even Apple's chairman Gilbert Amelio views the Group with a certain awe. This gives IDg not only a special place within the company but an almost mythic stature within the design profession. One that is well deserved.

Despite their fame, the actual work of the Design Group has, until now, been shrouded in secrecy. This is understandable in a business as fiercely competitive as the computer industry. Thus, we should be thankful that on the eve of their twentieth anniversary Apple would allow its designers, engineers and other specialists to discuss their work. Much has already been written about Apple's crown jewels—the Apple II, the first Macintosh, the first PowerBook, the follow-up version known as Blackbird, and the recently unveiled Twentieth Anniversary Macintosh. But less is known about the concepts that precede a finished design, which show us how a good idea can be honed into greatness. Even less is known about concepts that Apple's designers urged the company to develop, but were not. These nearly-forgotten works with names like BigMac, Jonathan, Columbo, Boombox, Figaro and Nautilus often equal and occassionally surpass the products that Apple actually released. For this reason, the company has kept most of these discarded ideas a secret—until now. Seen as a group, they form a "shadow" history of Apple's product development, a subtext to the designs we already know. We see many of them for the first time.

The text and illustrations that follow provides a rare inside look at how a great corporation designs and develops its products. The philosophy and process behind each product is detailed as well as the clashes of personality and vision that sometimes resulted. Along the way, the book resurrects two nearly-forgotten figures, Jerry Manock and Terry Oyama, who designed the original Macintosh. It details the process that led to the SnowWhite design language, examines the fertile (and sometime tumultuous) relationship between Apple and frogdesign, charts the formation of Apple's in-house design group under Bob Brunner and the rise of a new sensibility under IDg's current director Jonathan Ive.

As Apple enters its third decade, we see it evolving into a new organization, as different from its previous incarnation as that company was from the one that preceded it.

With Steve Jobs now back at the firm he founded and Gilbert Amelio firmly at the helm, there is more hope for Apple than at any time in memory. As always, the Industrial Design Group will do their part to carve out a future for Apple and its 50 million users by crafting the most evocative and meaningful computer products in the world. One can only wonder what these talented individuals will come up with next.



# AppleDesign: The Work of the Apple Industrial Design Group

By Paul Kunkel

Photographs: Rick English

Publisher: Graphis Inc., New York, NY

Design: B. Martin Pedersen

John Jeheber, Jenny Francis

Editor: Clare Hayden, Kirsten Keppel

Associate Editor: Peggy Chapman

(Opposite) Rear view of Spartacus: The Twentieth Anniversary Macintosh, designed by Jonathan Ive. Introduced: January, 1997.



**Beginnings** — 10
Apple II • Apple III • Lisa — 13
Macintosh — 21
The SnowWhite Project — 28

**Enter frogdesign** — 35
Moby: Apple IIc — 38
ImageWriter II • BigMac • BabyMac • LaserWriter • Macintosh Plus • Apple IIGS — 42
Jonathan — 49
Cabernet: Macintosh II • Chablis: Macintosh SE • LaserWriter II • ImageWriter LQ • Apple Scanner • Vertical LaserWriter — 53

**The Middle Years** — 59
Bob Brunner • StingRay: Macintosh IIcx • Goldilocks and the Three Bears — 60
Columbo • $H_2O$ • Q-Ball • Knowledge Navigator • Laguna: Macintosh Portable — 64
Finding a Superstar — 69
The Low Cost Computer Family • Elsie: Macintosh LC • Spin: Macintosh IIsi • X.O.: Macintosh Classic •
        Franklin: StyleWriter • Capriccio: Personal LaserWriter — 70
Figaro • Jaguar — 74

**The Apple Industrial Design Group** — 79
The Final Jaguar Concepts • Figaro Becomes Newton — 82
PowerBook — 86
BobW: PowerBook Duo — 226
Slice: Macintosh Color Classic • Espresso — 231
SpeedRacer: StyleWriter II • Topolino: ADB Mouse II • Comet: Personal LaserWriter 300 — 235
Juggernaut — 237
Norsi: Adjustable Keyboard • Telecaster: AudioVision 14 Display • Fridge: Quadra 800 — 238
Hook: Macintosh LC 520 • Tollhouse: LaserWriter Pro • Ninja: LaserWriter Select — 243
Junior: Newton MessagePad 100 — 244
Mac-Like Things — 246
Blackbird: PowerBook 500 • Computer Aided Design — 249
Jonathan Ive — 253
Lindy: Newton MessagePad 110 • Crib: Newton Charging Station — 255
Fantasia: Color StyleWriter Pro • Aurora: StyleWriter 2400
    ELB: Quadra 605 • Hammerhead & Sousa: AppleVision 1710/1710AV Displays — 257
Show & Tell: Quadra 630 • Espresso Doppio — 258
Bongo: Power Macintosh 5200 • M2: PowerBook 5300 • Nautilus • Time Capsule — 259
Outrigger: Power Macintosh 7000 — 262
Pippin • Mongoose: LaserWriter Pro 600 — 263
Epic: PowerBook 1400 • Hooper: PowerBook 3400 — 264
Instatower: Performa 6400 • K2: Power Macintosh 8600/9600 — 267
K: Apple eMate 300 • Q: Newton MessagePad 2000 — 268
The Pomona Design Investigation • Spartacus: The Twentieth Anniversary Macintosh — 272

**Looking Forward** — 279
A Final Word from Gilbert Amelio — 285

(Opposite) TimeBand, a wrist-mounted computer concept designed by Robert Brunner. December, 1990




193 194
195



Twister Portable Computer Concepts. **193** Giraffe. **194** Tablet with a tilt-up display. **195** Showing the desktop 'Brain Box,' flat panel display and keyboard. *Industrial Design:* Apple Computer: Gavin Ivester; That (San Francisco, CA): Tony Guido and Sigmar Wilnauer. *Dates of Design:* April–June 1989.

Stanford University
3 6105 020

industry at large, providing strong evidence for those who argue that industrial design is as powerful and relevant an art form as painting, sculpture or architecture.

Over the years, many of Apple's designers have hoped that a museum would one day be devoted to their work. Until that day arrives, *AppleDesign* can serve as a museum without walls, providing a lavish yet detailed look at some of the most inventive, satisfying and meaningful high-tech products ever created.

Few companies can match the talent and conviction that Apple gives to its designs. As the PC enters its third decade, this quest for excellence will continue to shape the personal computer, influencing how we use them, what we think about them, and in turn what we think of ourselves.

PAUL KUNKEL is a freelance writer who specializes in art and design. His design-related work has been published in *Graphis*, *I.D.* magazine, *MacWorld*, *House Beautiful*, and *Architectural Digest*. He lives and works in New York City.

RICK ENGLISH graduated from the University of California at Berkeley and formed the Holland/English Group with designer Patricia Holland in 1985. He did his first work for Apple Computer that same year, providing lifestyle photography for the manual to the Macintosh Plus. His career photographing products began in 1987, working for design firms such as Matrix, Lunar Design and IDEO. Since 1990, Mr. English has been the principal photographer for the Apple Industrial Design Group. He divides his time between his home in Woodside, CA, his studio in Palo Alto and extensive travels, photographing people and places around the world. For the past two years, Mr. English has combined his talent as a still photographer with film, video and music to create cross-media works that respond to the changing information infrastructure.

*Cover design by B. Martin Pedersen, John Jeheber and Jenny Francis; photograph by Rick English.*

**AppleDesign:** The work of the Apple industrial design group. As the first personal computer maker to incorporate world-class industrial design in its products, Apple Computer spearheaded the design of every key feature found on the modern computer. The first to introduce a mass-market PC with a plastic case, the first to popularize the graphical user interface and adopt a consistent industrial design language, Apple's designers created signature products such as the Macintosh, PowerBook and Newton, which transformed the way we think about and use personal computers. □ This comprehensive twenty-year history details the role that great design has played in the rise of Apple from a suburban garage to a billion-dollar international enterprise. With more than 400 full-color photographs, the book analyzes the design of every significant Apple product, uncovers concepts that were designed but never released and reveals the passion, the turmoil and the triumph of a small group of designers who shaped and gave meaning to the most important technology of our time. The effort and sacrifice expended to keep the Apple dream alive has been enormous. This is the story of that dream.

By Paul Kunkel □ Photographs by Rick English

ISBN 1-888001-25-9
9 781888 001259