# EXHIBIT 7

# Exhibit I

