# EXHIBIT 11

US00D412157S

# United States Patent [19]

**Stevenson**

[11] Patent Number: **Des. 412,157**
[45] Date of Patent: ** **Jul. 20, 1999**

[54] **DATA DISPLAY UNIT**

[76] Inventor: **David L. Stevenson**, 409 S. Trinity St., Gilmer, Tex. 75644

[**] Term: **14 Years**

[21] Appl. No.: **29/087,264**

[22] Filed: **Apr. 27, 1998**

[51] LOC (6) Cl. .......................................................... **14-02**
[52] U.S. Cl. .................... **D14/113**; D10/125; D12/192
[58] Field of Search ................................... D14/100, 114, D14/113, 126; D12/400, 417, 418, 191, 192; 345/104, 133, 156, 168, 173; 341/12; 348/180, 184, 325, 739; D10/125; 702/188

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 245,328 | 8/1977 | Davis et al. ............................ | D14/418 |
| D. 316,393 | 4/1991 | Kaczmarski ........................... | D12/192 |
| D. 327,858 | 7/1992 | Avitan ................................... | D10/125 |
| D. 337,962 | 8/1993 | Avitan ................................... | D10/125 |
| D. 349,677 | 8/1994 | Avitan ................................... | D12/192 |
| D. 384,341 | 9/1997 | Hoffman et al. ....................... | D14/114 |
| 3,906,437 | 9/1975 | Brandwein et al. ................... | 340/945 |
| 4,924,418 | 5/1990 | Bachman et al. ..................... | 702/188 |

*Primary Examiner*—Freda Nunn
*Attorney, Agent, or Firm*—Dennis Griggs

[57] **CLAIM**

The ornamental design for a data display unit, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a data display unit showing my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a left side elevational view thereof, the right side elevational view being the mirror image thereof;
FIG. **4** is a front elevational view thereof, the rear elevational view being the mirror image thereof; and,
FIG. **5** is a perspective view thereof.
The broken lines shown in FIGS. **1** and **2** and the truck visor shown in broken lines in FIG. **5** are shown for illustrative purposes only and form no part of the claimed design.
The underside of my data display unit is not ornamented.

**1 Claim, 3 Drawing Sheets**



DEPOSITION EXHIBIT 17 4-20-12 PB PENGAD 800-631-6989

**U.S. Patent**  Jul. 20, 1999  Sheet 1 of 3  **Des. 412,157**



FIG. 1



U.S. Patent    Jul. 20, 1999    Sheet 2 of 3    Des. 412,157



FIG. 2

FIG. 3

FIG. 4



FIG. 5