# EXHIBIT 16
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-X0000005887