1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                 UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,

                                                CASE NO. 11-cv-01846-LHK
20         Plaintiff,

                                                **MANUAL FILING NOTIFICATION FOR**
21     vs.                                      **EXHIBIT 21 TO THE DECLARATION**
                                                **OF ADAM S. CASHMAN**
22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
           Defendant.
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:     EXHIBIT 21 TO THE DECLARATION OF ADAM S. CASHMAN

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

 X     Voluminous Document (PDF file size larger than efiling system allowances)

 ____  Unable to Scan Documents

 ____  Physical Object (description):

 ____  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 ____  Item Under Seal

 ____  Conformance with the Judicial Conference Privacy Policy (General Order 53)

 ____  Other (description): _____

DATED: June 12, 2012              Respectfully submitted,

                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By     /s/ *Victoria Maroulis*
                                       Victoria F. Maroulis
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC. and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC