# EXHIBIT 23

US00D627777S

(12) **United States Design Patent**  (10) Patent No.: **US D627,777 S**
Akana et al.                         (45) Date of Patent: ** **Nov. 23, 2010**

(54) **PORTABLE DISPLAY DEVICE**

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/353,307**

(22) Filed: **Jan. 6, 2010**

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Classification Search** ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 AC, 138 AD, 138 C, 138 G, 496, D14/203.1, 203.3, 203.4, 203.5, 203.6, 203.7, D14/426, 427, 428, 432, 429, 129, 130, 420, D14/439–441, 448, 125, 147, 156, 218, 247–248, D14/250, 389, 336; D10/65, 104; D18/6–7; D21/29, 686, 33, 324, 329, 330; D6/596, D6/601, 605; D19/60; 345/169, 901, 905; 348/169; 361/814; 341/122; 346/173; 379/433.04, 379/433.07, 433.11, 433.12, 433.13, 910, 379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D306,583  S        3/1990   Krolopp et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN        200430011774.1        6/2005
(Continued)

OTHER PUBLICATIONS

www.bookeen.com; © 2003-2009; "Cybook OPUS"; captured Apr. 26, 2010.*

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)                **CLAIM**

The ornamental design for a portable display device, as shown and described.

DESCRIPTION

FIG. **1** is a bottom front perspective view of a portable display device showing our new design;

FIG. **2** is a bottom rear perspective view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a top plan view thereof;

FIG. **6** is a left side view thereof;

FIG. **7** is a right side view thereof; and,

FIG. **8** is a bottom plan view thereof.

The large dash broken lines shown on the rear of the figure represent contour lines and not surface ornamentation. The small dash broken lines in the figures show portions of the portable display device that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**




SAMNDCA00374013

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D333,574 S | * | 3/1993 | Ackeret ..................... D6/300 |
| D337,569 S | | 7/1993 | Kando |
| D345,346 S | | 3/1994 | Alfonso et al. |
| D364,153 S | | 11/1995 | Umaba et al. |
| D377,169 S | | 1/1997 | Chida |
| 5,703,626 A | | 12/1997 | Itoh et al. |
| D396,452 S | | 7/1998 | Naruki |
| D448,031 S | | 9/2001 | Goetz |
| D451,505 S | | 12/2001 | Iseki et al. |
| D453,333 S | | 2/2002 | Chen |
| D458,252 S | | 6/2002 | Palm et al. |
| D461,802 S | | 8/2002 | Tu |
| D474,163 S | | 5/2003 | Araki |
| D480,721 S | | 10/2003 | Hsieh |
| D483,021 S | | 12/2003 | Shih |
| D483,037 S | | 12/2003 | Whitehorn et al. |
| D484,471 S | | 12/2003 | Lin et al. |
| D485,265 S | | 1/2004 | Sato et al. |
| D488,469 S | | 4/2004 | Batsikas |
| D490,420 S | | 5/2004 | Solomon et al. |
| D491,936 S | | 6/2004 | Jao |
| D494,164 S | | 8/2004 | Wu et al. |
| D496,040 S | | 9/2004 | Jobs et al. |
| D497,910 S | | 11/2004 | Huang et al. |
| D500,037 S | | 12/2004 | Ozolins et al. |
| D502,179 S | | 2/2005 | Cha et al. |
| D504,889 S | * | 5/2005 | Andre et al. ............... D14/341 |
| D506,195 S | | 6/2005 | Leveridge et al. |
| D514,558 S | | 2/2006 | Nagel et al. |
| D514,568 S | | 2/2006 | Huang et al. |
| D515,082 S | | 2/2006 | Moskaluk et al. |
| D528,517 S | | 9/2006 | Izumi |
| D532,791 S | | 11/2006 | Kim |
| D535,281 S | | 1/2007 | Yang |
| D556,211 S | | 11/2007 | Howard |
| D557,259 S | * | 12/2007 | Hirsch ..................... D14/217 |
| D558,756 S | | 1/2008 | Andre et al. |
| D558,757 S | | 1/2008 | Andre et al. |
| D558,758 S | | 1/2008 | Andre et al. |
| D561,782 S | * | 2/2008 | Kim ..................... D14/496 |
| D565,596 S | | 4/2008 | Kim |
| D567,819 S | | 4/2008 | Devericks et al. |
| D568,309 S | | 5/2008 | Cebe et al. |
| D580,387 S | * | 11/2008 | Andre et al. ........... D14/138 G |
| D581,922 S | | 12/2008 | Andre et al. |
| D584,738 S | | 1/2009 | Kim et al. |
| D586,800 S | | 2/2009 | Andre et al. |
| D593,132 S | * | 5/2009 | Kim ..................... D14/496 |
| D598,016 S | | 8/2009 | Han et al. |
| D599,342 S | * | 9/2009 | Andre et al. ............... D14/341 |
| D600,241 S | * | 9/2009 | Andre et al. ............... D14/341 |
| D601,353 S | * | 10/2009 | Sadler et al. .................. D6/308 |
| D602,014 S | * | 10/2009 | Andre et al. ............... D14/341 |
| D602,015 S | * | 10/2009 | Andre et al. ............... D14/341 |
| D602,017 S | * | 10/2009 | Andre et al. ............... D14/341 |
| D602,486 S | * | 10/2009 | Andre et al. ............... D14/341 |
| D602,488 S | | 10/2009 | Jiang et al. |
| D604,290 S | | 11/2009 | Andre et al. |
| D604,291 S | | 11/2009 | Andre et al. |
| D604,292 S | | 11/2009 | Andre et al. |
| D604,293 S | | 11/2009 | Andre et al. |
| D604,733 S | | 11/2009 | Andre et al. |
| D606,129 S | * | 12/2009 | Ben-Moshe ................ D21/517 |
| D606,988 S | | 12/2009 | Andre et al. |
| D606,989 S | | 12/2009 | Andre et al. |
| D606,991 S | | 12/2009 | Liu et al. |
| D606,992 S | | 12/2009 | Liu et al. |
| D609,705 S | | 2/2010 | Andre et al. |
| D611,045 S | | 3/2010 | Andre et al. |
| D611,469 S | | 3/2010 | Andre et al. |
| D615,554 S | * | 5/2010 | Andre et al. ............... D14/496 |
| 2008/0004083 A1 | | 1/2008 | Ohki et al. |
| 2009/0247244 A1 | * | 10/2009 | Mittleman et al. ....... 455/575.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 200630030574.X | 8/2007 |
| CN | 200630174414.2 | 12/2007 |
| CN | 200730008464.8 | 3/2008 |
| CN | 200730058820.7 | 6/2008 |
| CN | 200930166104.X | 2/2010 |
| CN | 200930166516.3 | 5/2010 |
| CN | 200930166757.8 | 6/2010 |
| JP | D1098145 | 1/2001 |
| JP | D1133939 | 2/2002 |
| KR | 30-0290725 | 1/2002 |

OTHER PUBLICATIONS

www.engadget.com; Jan. 22, 2010; "BeBook Neo"; captured Apr., 26, 2010.*
www.pcworld.com; Jan. 7, 2010; "Que proReader"; captured Apr. 26, 2010.*
www.gadgetfolder.com; Aug. 9, 2009; "IREX Digital Reader 800"; captured Jun. 29, 2010.*
www.pcworld.com; Jan. 9, 2010; "Cool-ER"; captured Apr, 26, 2010.*
HP Compaq Tablet PC TC1000-TM5800 1GHz-10.4" TFT, CNET Reviews, http://reviews.cnet.com/tablet-pcs/hp-compaq-tablet-pc/4505-1707_7-20627295.html. Downloaded Apr. 20, 2010, 13 pages.
HP Compaq Tablet PC TC1000, http://www.tc-one-thousand.com. Downloaded Apr. 20, 2010. 2 pages.
HP Compaq Tablet PC TC1000, http://www.hardwarezone.com.au/reviews/view.php?cid=45&id=533&pg=2. Downloaded Apr. 20, 2010, 1 page.

* cited by examiner

SAMNDCA00374014



FIG. 1

SAMNDCA00374015



FIG. 2

SAMNDCA00374016



**FIG. 3**

SAMNDCA00374017



**FIG. 4**

SAMNDCA00374018



FIG. 5

FIG. 6        FIG. 7

FIG. 8

SAMNDCA00374019