# EXHIBIT 24

US00D637596S

(12) **United States Design Patent**  (10) Patent No.: **US D637,596 S**
Akana et al.                          (45) Date of Patent:    ** *May 10, 2011

(54) **PORTABLE DISPLAY DEVICE**

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/353,311**

(22) Filed: **Jan. 6, 2010**

(51) LOC (9) Cl. .................................................. 14-02
(52) U.S. Cl. .................................................... D14/341
(58) **Field of Classification Search** ......... D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 G, 138 A, 496, 426, 429, 129, 130, D14/420, 439–441, 448, 125, 147, 156, 218, D14/250, 389, 336, 203.1, 203.3, 203.4, 203.7, D14/315; D21/324, 329, 330; D10/65, 104; D18/6–7; 345/169, 901, 905, 156, 157, 168, 345/173; 361/814, 680, 686, 679.27, 679.3; 341/22; 348/168; 379/433.04, 433.07, 433.11, 379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D306,583 S  *  3/1990  Krolopp et al. .............. D14/137
(Continued)

FOREIGN PATENT DOCUMENTS

CN   200430011774.1   6/2005
(Continued)

OTHER PUBLICATIONS

HP Compaq Tablet PC TC1000-TM5800 1GHz-10.4" TFT, CNET Reviews, http://reviews.cnet.com/tablet-pcs/hp-compaq-tablet-pc/4505-1707_7-20627295.html. Downloaded Apr. 20, 2010, 13 pages.

(Continued)

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Barbara Fox
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox PLLC

(57)                 **CLAIM**

The ornamental design for a portable display device, as shown and described.

**DESCRIPTION**

FIG. **1** is a bottom front perspective view of a portable display device showing our new design;
FIG. **2** is a bottom rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a left side view thereof;
FIG. **7** is a right side view thereof; and,
FIG. **8** is a bottom plan view thereof.
The shade lines in the Figures show contour and not surface ornamentation.
The broken lines in the figures show portions of the portable display device which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



SAMNDCA00374020

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| D333,574 S | * | 3/1993 | Ackeret | D6/300 |
| D337,569 S | * | 7/1993 | Kando | D14/341 |
| D345,346 S | * | 3/1994 | Alfonso et al. | D14/341 |
| D364,153 S | * | 11/1995 | Umaba et al. | D14/374 |
| D377,169 S | * | 1/1997 | Chida | D14/389 |
| 5,703,626 A | * | 12/1997 | Itoh et al. | 345/173 |
| D396,452 S | * | 7/1998 | Naruki | D14/424 |
| D448,031 S | * | 9/2001 | Goetz | D14/374 |
| D451,505 S | * | 12/2001 | Iseki et al. | D14/341 |
| D453,333 S | * | 2/2002 | Chen | D14/374 |
| D458,252 S | * | 6/2002 | Palm et al. | D14/343 |
| D461,802 S | * | 8/2002 | Tu | D14/341 |
| D474,163 S | * | 5/2003 | Araki | D14/126 |
| D480,721 S | * | 10/2003 | Hsieh | D14/345 |
| D483,021 S | * | 12/2003 | Shih | D14/126 |
| D483,037 S | * | 12/2003 | Whitehorn et al. | D14/375 |
| D484,471 S | * | 12/2003 | Lin et al. | D14/126 |
| D485,265 S | * | 1/2004 | Sato et al. | D14/341 |
| D488,469 S | * | 4/2004 | Batsikas | D14/341 |
| D490,420 S | * | 5/2004 | Solomon et al. | D14/341 |
| D491,936 S | * | 6/2004 | Jao | D14/341 |
| D494,164 S | * | 8/2004 | Wu et al. | D14/341 |
| D496,040 S | * | 9/2004 | Jobs et al. | D14/371 |
| D497,910 S | * | 11/2004 | Huang et al. | D14/375 |
| D500,037 S | * | 12/2004 | Ozolins et al. | D14/375 |
| D502,179 S | * | 2/2005 | Cha et al. | D14/375 |
| D504,889 S | * | 5/2005 | Andre et al. | D14/341 |
| D506,195 S | * | 6/2005 | Leveridge et al. | D14/341 |
| D514,558 S | * | 2/2006 | Nagel et al. | D14/341 |
| D514,568 S | * | 2/2006 | Huang et al. | D14/375 |
| D515,082 S | * | 2/2006 | Moskaluk et al. | D14/341 |
| D528,517 S | * | 9/2006 | Izumi | D14/126 |
| D532,791 S | * | 11/2006 | Kim | D14/203.7 |
| D535,281 S | * | 1/2007 | Yang | D14/203.3 |
| D556,211 S | * | 11/2007 | Howard | D14/496 |
| D557,259 S | * | 12/2007 | Hirsch | D14/217 |
| D558,756 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,757 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,758 S | * | 1/2008 | Andre et al. | D14/341 |
| D561,782 S | * | 2/2008 | Kim | D14/341 |
| D565,596 S | * | 4/2008 | Kim | D14/496 |
| D567,819 S | * | 4/2008 | Devericks et al. | D14/496 |
| D568,309 S | * | 5/2008 | Cebe et al. | D14/341 |
| D580,387 S | * | 11/2008 | Andre et al. | D14/138 G |
| D581,922 S | * | 12/2008 | Andre et al. | D14/341 |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| D586,800 S | * | 2/2009 | Andre et al. | D14/341 |
| D593,132 S | * | 5/2009 | Kim | D14/496 |
| D598,016 S | * | 8/2009 | Han et al. | D14/341 |
| D599,342 S | * | 9/2009 | Andre et al. | D14/341 |
| D600,241 S | * | 9/2009 | Andre et al. | D14/341 |
| D601,353 S | * | 10/2009 | Sadler et al. | D6/308 |
| D602,014 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,015 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,017 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,486 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,488 S | * | 10/2009 | Jiang et al. | D14/341 |
| D604,290 S | * | 11/2009 | Andre et al. | D14/315 |
| D604,291 S | * | 11/2009 | Andre et al. | D14/315 |
| D604,292 S | * | 11/2009 | Andre et al. | D14/315 |
| D604,293 S | * | 11/2009 | Andre et al. | D14/315 |
| D604,733 S | * | 11/2009 | Andre et al. | D14/374 |
| D606,129 S | * | 12/2009 | Ben-Moshe | D21/517 |
| D606,988 S | * | 12/2009 | Andre et al. | D14/315 |
| D606,989 S | * | 12/2009 | Andre et al. | D14/315 |
| D606,991 S | * | 12/2009 | Liu et al. | D14/327 |
| D606,992 S | * | 12/2009 | Liu et al. | D14/327 |
| D609,705 S | * | 2/2010 | Andre et al. | D14/374 |
| D611,045 S | * | 3/2010 | Andre et al. | D14/327 |
| D611,469 S | * | 3/2010 | Andre et al. | D14/315 |
| D615,554 S | * | 5/2010 | Andre et al. | D14/496 |
| D617,792 S | * | 6/2010 | Andre et al. | D14/341 |
| 2008/0004083 A1 | * | 1/2008 | Ohki et al. | 455/566 |
| 2009/0247244 A1 | * | 10/2009 | Mittleman et al. | 455/575.1 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 200630030574.X | 8/2007 |
| CN | 200630174414.2 | 12/2007 |
| CN | 200730008464.8 | 3/2008 |
| CN | 200730058820.7 | 6/2008 |
| CN | 200930166104.X | 2/2010 |
| CN | 200930166516.3 | 5/2010 |
| CN | 200930166757.8 | 6/2010 |
| JP | D1098145 | 1/2001 |
| JP | D1133939 | 2/2002 |
| KR | 30-0290725 | 1/2002 |
| KR | 3004222220000 | 8/2006 |

OTHER PUBLICATIONS

HP Compaq Tablet PC TC1000, http://www.tc-one-thousand.com. Downloaded Apr. 20, 2010. 2 pages.

HP Compaq Tablet PC TC1000, http://www.hardwarezone.com.au/reviews/view.php?cid=45&id=533&pg=2. Downloaded Apr. 20, 2010, 1 page.

Search Report for ROC (Taiwan) Design Patent Application No. 099303075, completed Jan. 21, 2011, 1 page.

Electrovaya, "Electrovaya Launches Scribbler® SC4000 Series Tablet PC," Jan. 9, 2008, 2 pages.

Shanghaiist.com "ZOMG! Maker of Chinese iPad clone P88 to sue Apple for cloning its tablet!," <http://shanghaiist.com/2010/01/29/p88-chinese-ipad-clone-sues-apple.php>, Jan. 29, 2010, 5 pages.

* cited by examiner

SAMNDCA00374021

U.S. Patent     May 10, 2011     Sheet 1 of 5     US D637,596 S

*FIG. 1*

SAMNDCA00374022



FIG. 2

SAMNDCA00374023



**FIG. 3**

SAMNDCA00374024



**FIG. 4**

SAMNDCA00374025

**U.S. Patent**  May 10, 2011  Sheet 5 of 5  US D637,596 S



**FIG. 5**



**FIG. 6**   **FIG. 7**



**FIG. 8**

SAMNDCA00374026