```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 6  Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 7  555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
 8  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
 9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT 27 TO THE DECLARATION OF ADAM S. CASHMAN** |

**MANUAL FILING NOTIFICATION**

Regarding:    EXHIBIT 27 TO DECLARATION OF ADAM S. CASHMAN

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

| | |
|---|---|
| __x__ | Voluminous Document (PDF file size larger than efiling system allowances) |
| _____ | Unable to Scan Documents |
| _____ | Physical Object (description): |
| _____ | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| __ __ | Item Under Seal |
| _____ | Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| _____ | Other (description): _____ |

DATED: June 12, 2012            Respectfully submitted,

                                QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By    /s/ *Victoria F. Maroulis*
                                   Victoria F. Maroulis
                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                   LTD., SAMSUNG ELECTRONICS AMERICA,
                                   INC. and SAMSUNG
                                   TELECOMMUNICATIONS AMERICA, LLC