| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139 |
| 8 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 9 | |
| 10 | Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 12 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO.,<br>LTD., SAMSUNG ELECTRONICS AMERICA, |
| 14 | INC. and SAMSUNG<br>TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California corporation, | | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | | **MANUAL FILING NOTIFICATION FOR EXHIBIT 31 TO THE DECLARATION OF ADAM S. CASHMAN** |
| vs. | | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | | |
| Defendant. | | |

# MANUAL FILING NOTIFICATION

Regarding:     EXHIBIT 31 TO DECLARATION OF ADAM S. CASHMAN

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

| | |
|---|---|
| _x_ | Voluminous Document (PDF file size larger than efiling system allowances) |
| _____ | Unable to Scan Documents |
| _____ | Physical Object (description): |
| _____ | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| _____ | Item Under Seal |
| _____ | Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| _____ | Other (description): _____ |

DATED: June 12, 2012                Respectfully submitted,

　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　SULLIVAN, LLP


　　　　　　　　　　　　　　　　By     /s/ *Victoria F. Maroulis*
　　　　　　　　　　　　　　　　　　Victoria F. Maroulis
　　　　　　　　　　　　　　　　　　Attorneys for SAMSUNG ELECTRONICS CO.,
　　　　　　　　　　　　　　　　　　LTD., SAMSUNG ELECTRONICS AMERICA,
　　　　　　　　　　　　　　　　　　INC. and SAMSUNG
　　　　　　　　　　　　　　　　　　TELECOMMUNICATIONS AMERICA, LLC