# EXHIBIT 32




LG Prada    iPhone 4