# EXHIBIT 33

Bluebird Pidion BM-200 Specs | Technical Specifications | PDAdb.net - Smartphone, Tab... Page 1 of 3

Just added specs: Lenovo LePhone S2-38AH0, HTC Vivid (HTC Holiday), T-Mobile Samsung SGH-T869.., Samsung SCH-R680 Repp
The fastest smartphones on the market UPDATED - Apple iPhone 4S 64GB, HTC Sensation XE, LG LU8800 Optimus Q2, LG P920 Optimus 3D /.., Samsung GT-i9100 Galaxy.., Samsung SGH-i777 Galaxy.., Samsung SHV-E110S Galaxy.., Samsung SHV-E120S Galaxy.., Samsung SPH-D710 Galaxy.., T-Mobile HTC Amaze 4G

New to PDAdb.net? | Main Page | PDAmaster | PDAchooser | PDAcomparer | PDAlist | Gallery | Repository | PDAhistory | Search | RSS Fe

## Bluebird Pidion BM-200 Specs

| | |
|---|---|
| Datasheet:Views: | 4750 views since addition of datasheet (March 24, 2009) |
| Datasheet:State: | Final specifications |
| Release_Date: | November, 2005 |
| Dimensions: | 61 x 119 x 19 millimetres |

**Software;Environment**

| | |
|---|---|
| Embedded:Operating;System: | Microsoft Windows CE 5.0<br>Browse devices running this OS |

**Microprocessor,-Chipset**

| | |
|---|---|
| CPU-Clock: | 520 MHz |
| CPU: | Intel XScale PXA270<br>Browse devices based on this microprocessor |

**Memory,+Storage-capacity**

| | |
|---|---|
| RAM+capacity: | 64 MiB |
| ROM:capacity: | 128 MiB |

**Display**

| | |
|---|---|
| Display;Type: | color transflective TFT , 262144 scales |
| Display-Diagonal: | 2.8 " |
| Display;Resolution: | 240 x 320 |

**Sound**

| | |
|---|---|
| Microphone(s): | mono |
| Loudspeaker(s): | mono |
| Audio-Output: | 2.5mm |

**Cellular+Phone**

| | |
|---|---|
| Cellular+Networks: | CDMA800 |
| Cellular-Data:Links: | cdmaOne, CDMA2000 1xRTT |
| Call-Alert: | 1 -chord melody |
| Vibrating_Alert: | Supported |
| Speakerphone:: | Supported |

**Control+Peripherals**

| | |
|---|---|
| Positioning-Device: | Touchscreen |
| Primary_Keyboard: | Not supported |
| Directional-Pad: | Not supported |
| Scroll-Wheel: | Not supported |

**Interfaces**

| | |
|---|---|
| Expansion;Slots: | miniSD, SDIO |
| USB: | USB 1.1 client, 12Mbit/s<br>Proprietary |
| Bluetooth: | Bluetooth 1.2 |
| Wireless-LAN: | 802.11b, 802.11g |
| Infrared+Gate: | 115200bit/s (SIR/CIR) |
| Serial: | RS-232 |

**Multimedia;Telecommunication**

| | |
|---|---|
| Analog-Radio_Receiver: | Not supported |
| Digital_Media_Broadcast:Tuner: | Not supported |

**Built-in:Digital:Camera**

| | |
|---|---|
| Main:Camera: | 1.9 MP |
| Built-in-Flash: | mobile light (LED) |

**Additional+Details**

| | |
|---|---|
| Battery: | removable |
| Battery:Capacity: | 1300 mAh |

Options:

See Bluebird Pidion BM-200 detailed datasheet
Find a review

Compare Bluebird Pidion BM-200 with:

See also:

**Bluebird Pidion BM-100**
Release Date: November, 2005
Microsoft Windows CE 5.0 , 32bit Intel XScale PXA270, 520MHz CPU, 64MiB RAM, 128MiB ROM, 3.7" 480x640 color transflective TFT LCD, 2.5mm audio jack, CDMA800, cdmaOne, CDMA2000 1xRTT, MMC, SD, SDIO, Proprietary port, IR, Bluetooth, WLAN, 1.9MP cam., flash, 1300mAh removable battery | See all details

**Bluebird Pidion BM-150**
Release Date: November, 2005
72.84x134.77x18.5mm, Microsoft Windows CE 5.0 , 32bit Intel XScale PXA270, 520MHz CPU, 64MiB RAM, 128MiB ROM, 3.5" 240x320 color transflective TFT LCD, 3.5mm audio jack, CDMA800, cdmaOne, CDMA2000 1xRTT, miniSD, SDIO, Proprietary port, IR, Bluetooth, WLAN, GPS, 1.9MP cam., flash, 1300mAh removable battery | See all details

http://pdadb.net/index.php?m=specs&id=1804&c=bluebird_pidion_bm-200 11/10/2011

SAMNDCA00198065

AGENTS MAKE INSURANCE PROBLEMS SIMPLE
GET A QUOTE
State Farm

**Bluebird Pidion BIP-1250**
Release Date: January, 2005
77.5x214.3x57.24mm, 425g, Microsoft Windows CE .NET 4.2 , 32bit Intel XScale PXA250, 400MHz CPU, 64MiB RAM, 160MiB ROM, 3.5" 240x320 color transflective TFT LCD, 3.5mm audio jack, CDMA800, cdmaOne, CDMA2000 1xRTT, SD, Proprietary port, IR, WLAN, Built-in numeric phone keyb., scroll wheel, 2000mAh removable battery | See all details

Available at overseas Electronics - www.welectronics.com Advertisement

More options:
Use the following link to refer to this datasheet:
http://pdadb.net/index.php?m=specs&id=1804&c=bluebird_pidion_bm-200

Did you notice a typo on this datasheet? Click here to report

Do you own a Bluebird Pidion BM-200?
Help us improve this datasheet by your own experience

More Bluebird devices:
- Bluebird Pidion BIP-1250
- Bluebird Pidion BIP-1200
- Bluebird Pidion BIP-3010 GSM
- Bluebird Pidion BIP-3010 CDMA
- Bluebird Pidion BIP-1100
- Bluebird Pidion BIP-3000
- Bluebird Pidion BIP-1000

Related Results
Jewelry Sale Now-Save 75%
Buy **bluebird** Designer Jewelry, Watches, and More
The One Must-Own Stock
Company's Breakthrough Technology Makes The Internet Up To 10X Faster
AdChoices
Chitika | Opt out?

Quick Device Lists
- Browse Devices by Brand
- Browse upcoming models
- Browse new models
- Browse devices coming this month
- Browse popular models
- Browse GSM Phones
- Browse 3G/3.5G Phones
- Browse CDMA Phones
- Browse dual network phones
- Browse all Phones
- Browse all PDAs
- Browse all PNAs / PNDs
- Browse mini devices
- Browse Touchscreen Windows Phones and PDAs
- Browse Non-touchscreen Windows Phones
- Browse all Windows CE-based devices
- Browse Series 60 smartphones
- Browse all Symbian-based devices
- Browse iPhone, iPad and iPod devices
- Browse all Linux-based devices (Linux, Android, webOS)
- Browse all BlackBerry devices
- Browse devices with screen resolution lower than VGA
- Browse devices with VGA or higher than VGA screen
- Browse all GPS devices
- Browse Wi-Fi enabled devices
- Browse devices with TV tuner
- Browse devices with digital media tuner
- Browse all rugged devices
- Browse 4G Phones

Show-Room

HTC Raider 4G (HTC Holiday)
(November, 2011)

Motorola XOOM MZ505 Family..
(October, 2011)

SAMNDCA00198066



LG P930 Optimus LTE (November, 2011)

Recent OS Datasheets

Just Added
- Google Android 4.0.1
- Google Android 4.0
- Google Android 3.2.1
- Google Android 2.3.6
- Google Android 2.3.5

Recent CPU Datasheets

- Qualcomm Snapdragon MSM8960
- NVIDIA Tegra 3
- Samsung Exynos 4212
- NVIDIA Tegra 2 3D T25
- NVIDIA Tegra 2 3D AP25H

VoIP information
VoIP phone
VoIP hardware
business VoIP service
Smart Phone Parts
Wholesale Smart Phone Parts
Wholesale BlackBerry Phone Parts

(c) 2006-2011 PDAdb.net All rights reserved. | PDAdb Engine: v1.7.30 (2011/07/30) pdadb.net | smartphonedb.net | smartphonedb.co tabletdb.
Add to favorites | Set as home pa

<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY{BACKGROUND:TRANSPARENT;}" %3E%3C/IFRAME%3E id=stSegmentFrame name="stSegmentFrame" width="0px" height="0px" scrolling="no" src="http://seg.sharethis.com/partners.php?partner=netshelter&md=1320952177706" frameBorder="0">