# EXHIBIT 36

US00D602014S

(12) **United States Design Patent** (10) Patent No.: **US D602,014 S**
Andre et al. (45) Date of Patent: ** **Oct. 13, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Vincent Keane Seid**, legal representative, Los Gatos, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/284,187**

(22) Filed: **Aug. 31, 2007**

(51) **LOC (9) Cl.** ................................................ 14-02
(52) **U.S. Cl.** .................................................... D14/341
(58) **Field of Classification Search** ........ D14/341–347, D14/420, 426, 427, 432, 439–441, 448, 496, D14/125, 129–130, 137, 138, 147, 156, 218, D14/247–248, 250, 389; D10/65, 104; D18/6–7; D21/329, 686; D6/596, 601, 605; 455/90.3, 455/6.1, 556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169; 346/173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S    5/1987    Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EM    000569157-0005    5/2006

(Continued)

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on FEb. 8, 2007]. Retrieved from Internet, http://www.gsmarena.com.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device showing our new design;
FIG. 2 is a rear perspective thereof;
FIG. 3 is a front view thereof;
FIG. 4 is a rear view thereof;
FIG. 5 is a left side view thereof;
FIG. 6 is right side view thereof;
FIG. 7 is a top plan view thereof;
FIG. 8 is a bottom plan view thereof; and,
FIG. 9 is an enlarged elevational view of a representative corner of the electronic device.

The broken line showing of portions of the electronic device are for the purpose of illustrating environmental structure and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**




SAMNDCA00373639

U.S. PATENT DOCUMENTS

| Patent | | Date | Inventor | Class |
|---|---|---|---|---|
| D337,569 S | | 7/1993 | Kando | |
| D340,917 S | * | 11/1993 | Sakaguchi et al. | D14/345 |
| D346,793 S | * | 5/1994 | Iino et al. | D14/341 |
| D424,535 S | | 5/2000 | Peltola | |
| D456,023 S | | 4/2002 | Andre et al. | |
| D478,310 S | * | 8/2003 | Andre et al. | D13/110 |
| D489,731 S | | 5/2004 | Huang | |
| D498,754 S | | 11/2004 | Blyth | |
| D499,423 S | | 12/2004 | Bahroocha et al. | |
| D502,173 S | | 2/2005 | Jung et al. | |
| D504,889 S | | 5/2005 | Andre et al. | |
| D505,950 S | | 6/2005 | Summit et al. | |
| D507,003 S | | 7/2005 | Pai et al. | |
| D514,121 S | | 1/2006 | Johnson | |
| D514,590 S | | 2/2006 | Naruki | |
| D519,116 S | | 4/2006 | Tanaka et al. | |
| D519,523 S | | 4/2006 | Chiu et al. | |
| D520,020 S | | 5/2006 | Senda et al. | |
| D527,379 S | * | 8/2006 | Oe et al. | D14/248 |
| D528,542 S | | 9/2006 | Luminosu et al. | |
| D528,561 S | | 9/2006 | Ka-Wei et al. | |
| D529,045 S | | 9/2006 | Shin | |
| D532,791 S | * | 11/2006 | Kim | D14/203.7 |
| D534,143 S | | 12/2006 | Lheem | |
| D535,281 S | | 1/2007 | Yang | |
| D536,691 S | * | 2/2007 | Park | D14/138 AD |
| D538,822 S | | 3/2007 | Andre et al. | |
| D539,815 S | * | 4/2007 | Lai et al. | D14/203.7 |
| D541,298 S | | 4/2007 | Andre et al. | |
| D541,299 S | | 4/2007 | Andre et al. | |
| D546,313 S | | 7/2007 | Lheem | |
| D548,732 S | | 8/2007 | Cebe et al. | |
| D548,747 S | | 8/2007 | Andre et al. | |
| D556,211 S | | 11/2007 | Howard | |
| D557,238 S | | 12/2007 | Kim | |
| D558,756 S | | 1/2008 | Andre et al. | |
| D558,757 S | | 1/2008 | Andre et al. | |
| D558,758 S | | 1/2008 | Andre et al. | |
| D558,792 S | | 1/2008 | Chigira | |
| D559,220 S | * | 1/2008 | Lee et al. | D14/138 AD |
| D560,192 S | * | 1/2008 | Lee et al. | D14/138 AD |
| D560,683 S | | 1/2008 | Lee | |
| D560,686 S | | 1/2008 | Kim | |
| D561,153 S | | 2/2008 | Hong et al. | |
| D561,204 S | | 2/2008 | Toh | |
| D561,782 S | | 2/2008 | Kim | |
| D562,285 S | * | 2/2008 | Lim | D14/138 G |
| D563,432 S | | 3/2008 | Kim | |
| D563,929 S | | 3/2008 | Park | |
| D565,596 S | * | 4/2008 | Kim | D14/496 |
| D565,599 S | * | 4/2008 | Jang et al. | D14/496 |
| D567,819 S | * | 4/2008 | Devericks et al. | D14/496 |
| D569,830 S | * | 5/2008 | Kwak | D14/138 AD |
| D570,346 S | * | 6/2008 | Suk et al. | D14/341 |
| D570,839 S | * | 6/2008 | Hofer et al. | D14/341 |
| D581,385 S | * | 11/2008 | Park et al. | D14/138 R |
| 2005/0130715 A1 | | 6/2005 | Fujisawa | |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. | |
| 2006/0284848 A1 | * | 12/2006 | Lin | 345/169 |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

KR   30-0452432   7/2007

OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, http://www.gsmarena.com.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, http://www.gsmarena.com.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, http://www.gsmarena.com.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, http://www.mobilewhack.com.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, http://www.engadget.com.
iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.
"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html, Oct. 26, 2004.
U.S. Appl. No. 29/270,887, Andre et al., Electronic Device, filed Jan. 08, 2007.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,834, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

* cited by examiner

SAMNDCA00373640



FIG. 1



FIG. 2

SAMNDCA00373641



FIG. 3



FIG. 4

SAMNDCA00373642



FIG. 5    FIG. 6

SAMNDCA00373643



FIG. 7



FIG. 8

SAMNDCA00373644



FIG. 9

SAMNDCA00373645