# EXHIBIT 37

US00D600241S

(12) **United States Design Patent** (10) Patent No.: **US D600,241 S**

Andre et al. (45) Date of Patent: ** **Sep. 15, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/306,950**

(22) Filed: **Apr. 18, 2008**

**Related U.S. Application Data**

(63) Continuation of application No. 29/306,334, filed on Apr. 7, 2008.

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** ................. **D14/341**; D14/496; D14/203.7
(58) **Field of Classification Search** ........ D14/341–347, D14/420, 426, 427, 432, 439–441, 448, 496, D14/125, 129–130, 137, 138, 147, 156, 218, D14/247–248, 250, 389, 203.1–203.7; D10/65, D10/104; D18/6–7; D21/329, 686; D6/596, D6/601, 605; 455/90.3, 6.1, 556.2, 575.1, 455/575.3, 575.4; 379/433.01, 433.04, 433.06, 379/433.07; 361/814; 341/22; 345/169; 346/173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D337,569 | S | * | 7/1993 | Kando ........................ D14/341 |
| D420,354 | S | | 2/2000 | Morales |
| D424,535 | S | | 5/2000 | Peltola |
| 6,297,795 | B1 | * | 10/2001 | Kato et al. ................... 345/684 |
| D498,754 | S | | 11/2004 | Blyth |
| D504,889 | S | * | 5/2005 | Andre et al. ............... D14/341 |
| D505,950 | S | | 6/2005 | Summit et al. |
| D514,590 | S | * | 2/2006 | Naruki ................... D14/203.3 |
| D519,116 | S | | 4/2006 | Tanaka et al. |
| D520,020 | S | | 5/2006 | Senda et al. |
| D527,379 | S | * | 8/2006 | Oe et al. .................... D14/248 |
| D528,542 | S | | 9/2006 | Luminosu et al. |
| D528,561 | S | | 9/2006 | Ka-Wei et al. |
| D529,045 | S | | 9/2006 | Shin |
| D532,791 | S | | 11/2006 | Kim |
| D534,143 | S | | 12/2006 | Lheem |
| D535,281 | S | * | 1/2007 | Yang ....................... D14/203.3 |
| D536,691 | S | | 2/2007 | Park |
| D536,962 | S | * | 2/2007 | Tanner ........................ D9/424 |
| D541,298 | S | | 4/2007 | Andre et al. |
| D541,299 | S | * | 4/2007 | Andre et al. ............... D14/496 |
| D546,313 | S | | 7/2007 | Lheem |
| D548,732 | S | | 8/2007 | Cebe et al. |
| D548,747 | S | | 8/2007 | Andre et al. |
| D556,211 | S | | 11/2007 | Howard |
| D557,238 | S | | 12/2007 | Kim |
| D557,259 | S | * | 12/2007 | Hirsch ........................ D14/217 |
| D558,460 | S | | 1/2008 | Yu et al. |
| D558,756 | S | * | 1/2008 | Andre et al. ............... D14/341 |
| D558,757 | S | * | 1/2008 | Andre et al. ............... D14/341 |
| D558,758 | S | * | 1/2008 | Andre et al. ............... D14/341 |
| D558,792 | S | | 1/2008 | Chigira |
| D559,220 | S | | 1/2008 | Lee et al. |
| D560,192 | S | | 1/2008 | Lee et al. |
| D560,683 | S | | 1/2008 | Lee |
| D560,686 | S | | 1/2008 | Kim |
| D561,153 | S | | 2/2008 | Hong et al. |
| D561,204 | S | * | 2/2008 | Toh ........................... D14/496 |
| D561,782 | S | | 2/2008 | Kim |
| D562,285 | S | | 2/2008 | Lim |
| D563,432 | S | * | 3/2008 | Kim ........................... D14/496 |
| D563,929 | S | | 3/2008 | Park |
| D568,309 | S | * | 5/2008 | Cebe et al. ................ D14/341 |
| D575,259 | S | | 8/2008 | Kim et al. |
| D578,500 | S | | 10/2008 | Lee et al. |



SAMNDCA00373631

**US D600,241 S**

Page 2

| D579,898 S | | 11/2008 | Lee et al. | |
|---|---|---|---|---|
| D580,387 S | * | 11/2008 | Andre et al. | ............ D14/138 R |
| D581,384 S | | 11/2008 | Kim et al. | |
| D581,922 S | | 12/2008 | Andre et al. | |
| D583,345 S | * | 12/2008 | Kim et al. | ........... D14/138 AD |
| D584,272 S | * | 1/2009 | Chung et al. | ........... D14/138 R |
| D584,303 S | * | 1/2009 | Andre et al. | ............... D14/341 |
| D584,646 S | * | 1/2009 | Sanguinetti | ................... D10/65 |
| D584,711 S | * | 1/2009 | Kim et al. | ............. D14/138 G |
| D584,738 S | * | 1/2009 | Kim et al. | ................... D14/496 |
| 2003/0125079 A1 | * | 7/2003 | Park et al. | ................... 455/556 |
| 2004/0132499 A1 | | 7/2004 | Abe | |
| 2004/0166907 A1 | | 8/2004 | Yajima | |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

| JP | D1250487 | 9/2005 |
|---|---|---|
| KR | 30-0394921 | 12/2005 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, <URL:http://www.engadget.com>.
Hilon LG DMB MP3 FM35,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549>.
eFashion Magazine, No. 12 (2004), p. 60.
eFashion Magazine, No. 119 (Jun. 1, 2005), p. 45.
eFashion Magazine, No. 172 (Apr. 2006), p. 26.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.
U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.
U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57)          **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device showing our new design;

FIG. **2** is a rear perspective view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a side view thereof;

FIG. **6** is another side view thereof;

FIG. **7** is a top view thereof;

FIG. **8** is a bottom view thereof;

FIG. **9** is a front perspective view of another embodiment of an electronic device showing our new design;

FIG. **10** is a rear perspective view thereof;

FIG. **11** is a front view thereof;

FIG. **12** is a rear view thereof;

FIG. **13** is a side view thereof;

FIG. **14** is another side view thereof;

FIG. **15** is a top view thereof;

FIG. **16** is a bottom view thereof;

FIG. **17** is a front perspective view of another embodiment of an electronic device showing our new design;

FIG. **18** is a rear perspective view thereof;

FIG. **19** is a front view thereof;

FIG. **20** is a rear view thereof;

FIG. **21** is a side view thereof;

FIG. **22** is another side view thereof;

FIG. **23** is a top view thereof; and,

FIG. **24** is a bottom view thereof.

The broken line showing of portions of the electronic device are for the purpose of illustrating environment structure and form no part of the claimed design. The shade lines in the Figures show contour and not surface ornamentation

**1 Claim, 6 Drawing Sheets**

SAMNDCA00373632



FIG. 1



FIG. 2

SAMNDCA00373633



FIG. 3

FIG. 4

FIG. 7

FIG. 8

FIG. 5          FIG. 6

SAMNDCA00373634

U.S. Patent     Sep. 15, 2009     Sheet 3 of 6     US D600,241 S



FIG. 9

FIG. 10

SAMNDCA00373635



FIG. 11

FIG. 12

FIG. 13    FIG. 14

FIG. 15

FIG. 16

SAMNDCA00373636

U.S. Patent

Sep. 15, 2009

Sheet 5 of 6

US D600,241 S

FIG. 18

FIG. 17

SAMNDCA00373637



FIG. 19

FIG. 20

FIG. 23

FIG. 24

FIG. 21          FIG. 22

SAMNDCA00373638