# EXHIBIT 38

US00D629799S

# (12) United States Design Patent
Andre et al.

(10) Patent No.: **US D629,799 S**
(45) Date of Patent: ** **Dec. 28, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/358,070**

(22) Filed: **Mar. 22, 2010**

### Related U.S. Application Data

(60) Division of application No. 29/319,239, filed on Jun. 5, 2008, now Pat. No. Des. 615,083, which is a continuation-in-part of application No. 29/306,950, filed on Apr. 18, 2008, now Pat. No. Des. 600,241, which is a continuation of application No. 29/306,334, filed on Apr. 7, 2008, now Pat. No. Des. 602,015, said application No. 29/319,239 is a continuation-in-part of application No. 29/306,334, filed on Apr. 7, 2008, now Pat. No. Des. 602,015.

(51) **LOC (9) Cl.** ................................................. 14-02
(52) **U.S. Cl.** ................................................... D14/341

(58) Field of Classification Search ........ D14/341–347,
D14/137, 138, 138.1, 138 AA, 138 R, 138 AB,
D14/138 AC, 138 AD, 138 C, 138 G, 496,
D14/203.1, 203.3, 203.4, 203.5, 203.6, 203.7,
D14/426, 427, 428, 432, 429, 129, 130, 420,
D14/439–441, 448, 125, 147, 156, 218, 247–248,
D14/250, 389, 336; D10/65, 104; D18/6–7;
D21/29, 686, 33, 324, 329, 330; D6/596,
D6/601, 605; D19/60; 345/169, 901, 905;
348/169; 361/814; 341/122; 346/173; 379/433.04,
379/433.07, 433.11, 433.12, 433.13, 910,
379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D337,569 S | | 7/1993 | Kando |
| D420,354 S | | 2/2000 | Morales |
| D424,535 S | * | 5/2000 | Peltola ...................... D14/336 |
| 6,297,795 B1 | | 10/2001 | Kato et al. |
| D498,754 S | | 11/2004 | Blyth |
| D504,889 S | | 5/2005 | Andre et al. |
| D505,950 S | | 6/2005 | Summit et al. |
| D511,342 S | * | 11/2005 | Chien ........................ D14/346 |
| D514,590 S | | 2/2006 | Naruki |
| D519,116 S | | 4/2006 | Tanaka et al. |
| D520,020 S | | 5/2006 | Senda et al. |
| D527,379 S | | 8/2006 | Oe et al. |
| D528,542 S | | 9/2006 | Luminosu et al. |
| D528,561 S | | 9/2006 | Ka-Wei et al. |
| D529,045 S | | 9/2006 | Shin |
| D532,791 S | | 11/2006 | Kim |
| D533,565 S | * | 12/2006 | Kim ........................ D14/203.7 |
| D534,143 S | | 12/2006 | Lheem |
| D535,281 S | | 1/2007 | Yang |
| D536,691 S | * | 2/2007 | Park .................... D14/138 AD |
| D536,962 S | | 2/2007 | Tanner |
| D541,298 S | | 4/2007 | Andre et al. |
| D541,299 S | | 4/2007 | Andre et al. |
| D546,313 S | * | 7/2007 | Lheem ................ D14/138 AD |
| D548,732 S | | 8/2007 | Cebe et al. |
| D548,747 S | | 8/2007 | Andre et al. |
| 7,269,443 B2 | * | 9/2007 | Park et al. ................. 455/556.2 |
| D556,211 S | | 11/2007 | Howard |
| D557,238 S | | 12/2007 | Kim |
| D557,259 S | | 12/2007 | Hirsch |



| | | | |
|---|---|---|---|
| D558,460 S | | 1/2008 | Yu et al. |
| D558,756 S | | 1/2008 | Andre et al. |
| D558,757 S | | 1/2008 | Andre et al. |
| D558,758 S | | 1/2008 | Andre et al. |
| D558,792 S | | 1/2008 | Chigira |
| D559,220 S | | 1/2008 | Lee et al. |
| D560,192 S | | 1/2008 | Lee et al. |
| D560,229 S | * | 1/2008 | Yagi .......................... D14/496 |
| D560,230 S | * | 1/2008 | Yagi .......................... D14/496 |
| D560,683 S | | 1/2008 | Lee |
| D560,686 S | | 1/2008 | Kim |
| D561,153 S | | 2/2008 | Hong et al. |
| D561,204 S | * | 2/2008 | Toh ........................... D14/496 |
| D561,782 S | | 2/2008 | Kim |
| D562,285 S | | 2/2008 | Lim |
| D562,315 S | * | 2/2008 | Lyles ......................... D14/248 |
| D563,432 S | | 3/2008 | Kim |
| D563,929 S | * | 3/2008 | Park .................... D14/138 AD |
| D564,977 S | * | 3/2008 | Youn et al. ................. D13/168 |
| D565,041 S | * | 3/2008 | Burns et al. ................ D14/248 |
| D568,309 S | | 5/2008 | Cebe et al. |
| D569,861 S | * | 5/2008 | Lyles ......................... D14/248 |
| D570,834 S | * | 6/2008 | Cobb ......................... D14/248 |
| D570,835 S | * | 6/2008 | Cobb et al. ................. D14/248 |
| D571,795 S | * | 6/2008 | Lyles et al. ................ D14/248 |
| D571,823 S | * | 6/2008 | Ledbetter et al. ........... D14/496 |
| D572,729 S | * | 7/2008 | Ledbetter et al. ........... D14/496 |
| D575,259 S | | 8/2008 | Kim et al. |
| D577,713 S | * | 9/2008 | Kim et al. .................. D14/218 |
| D578,500 S | | 10/2008 | Lee et al. |
| D579,898 S | | 11/2008 | Lee et al. |
| D580,387 S | | 11/2008 | Andre et al. |
| D580,430 S | * | 11/2008 | Wei ........................... D14/341 |
| D580,923 S | * | 11/2008 | Harju et al. ................. D14/248 |
| D581,384 S | | 11/2008 | Kim et al. |
| D581,922 S | | 12/2008 | Andre et al. |
| D583,345 S | | 12/2008 | Kim et al. |
| D583,369 S | * | 12/2008 | Boyd et al. ................. D14/248 |
| D584,272 S | | 1/2009 | Chung et al. |
| D584,303 S | | 1/2009 | Andre et al. |
| D584,646 S | * | 1/2009 | Sanguinetti ................. D10/65 |
| D584,711 S | | 1/2009 | Kim et al. |
| D584,738 S | | 1/2009 | Kim et al. |
| D585,384 S | | 1/2009 | Andre et al. |
| D585,411 S | | 1/2009 | Eaton |
| D585,886 S | * | 2/2009 | Hang ......................... D14/248 |
| D586,800 S | | 2/2009 | Andre et al. |
| 7,495,633 B2 | * | 2/2009 | Oku et al. ..................... 345/2.3 |
| D587,697 S | * | 3/2009 | Bjorninen et al. .......... D14/248 |
| D588,146 S | | 3/2009 | Tsuboi |
| D589,021 S | * | 3/2009 | Millora ................ D14/138 AD |
| D589,024 S | * | 3/2009 | Yoo .................... D14/138 AB |
| D589,040 S | * | 3/2009 | Turner ....................... D14/247 |
| D591,252 S | | 4/2009 | Kim et al. |
| D591,260 S | * | 4/2009 | Kim et al. ........... D14/138 AB |
| D592,628 S | | 5/2009 | Kim et al. |
| D593,087 S | | 5/2009 | Andre et al. |
| D594,031 S | * | 6/2009 | Rayn ......................... D14/496 |
| D594,917 S | | 6/2009 | Stellander |
| D597,082 S | * | 7/2009 | Bang et al. ................. D14/218 |
| D600,241 S | * | 9/2009 | Andre et al. ................ D14/341 |
| D602,014 S | | 10/2009 | Andre et al. |
| D602,015 S | * | 10/2009 | Andre et al. ................ D14/341 |
| D602,016 S | | 10/2009 | Andre et al. |
| D602,486 S | | 10/2009 | Andre et al. |
| D604,297 S | | 11/2009 | Andre et al. |
| D606,505 S | * | 12/2009 | Seflic et al. ............ D14/138 G |
| D607,858 S | * | 1/2010 | Millora ................ D14/138 AD |
| D609,221 S | * | 2/2010 | Kim et al. .................. D14/218 |
| D609,702 S | * | 2/2010 | He ............................ D14/247 |
| D610,568 S | * | 2/2010 | Yu ............................ D14/203.7 |
| D611,041 S | * | 3/2010 | Eguchi et al. .............. D14/248 |
| D612,359 S | * | 3/2010 | Oh et al. .............. D14/138 AD |
| D613,706 S | * | 4/2010 | He ...................... D14/138 AA |
| D614,171 S | * | 4/2010 | Son et al. ................... D14/218 |
| D615,083 S | * | 5/2010 | Andre et al. ............... D14/341 |
| D615,945 S | * | 5/2010 | Kim et al. .............. D14/138 G |
| D617,321 S | * | 6/2010 | Aarras ....................... D14/248 |
| D618,228 S | * | 6/2010 | Oh et al. .................... D14/248 |
| 2004/0132499 A1 | | 7/2004 | Abe |
| 2004/0166907 A1 | | 8/2004 | Yajima |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. |
| 2008/0004085 A1 | | 1/2008 | Jung et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], retrieved on Feb. 20, 2007. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan., 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>.
Hilon LG DMB MP3 FM35,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549>.
eFashion Magazine, No. 12 (2004), p. 60.
eFashion Magazine, No. 119 (Jun. 1, 2005), p. 45.
eFashion Magazine, No. 172 ( Apr. 2006), p. 26.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.
U.S. Appl. No. 29/343,293, Andre et al., Electronic Device, filed Sep. 10, 2009.
U.S. Appl. No. 29/344,079, Andre et al., Electronic Device, filed Sep. 23, 2009.

* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

SAMNDCA00373722

US D629,799 S

Page 3

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device showing our new design;

FIG. **2** is a rear perspective view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a side view thereof;

FIG. **6** is another side view thereof;

FIG. **7** is a top view thereof; and,

FIG. **8** is a bottom view thereof.

The broken lines show portions of the electronic device which form no part of the claimed design. The shade lines in the Figures show contour and not surface ornamentation.

**1 Claim, 2 Drawing Sheets**

SAMNDCA00373723



FIG. 1

FIG. 2



FIG. 3   FIG. 4   FIG. 5   FIG. 6   FIG. 7   FIG. 8

SAMNDCA00373725