# EXHIBIT 39

US00D602015S

## (12) United States Design Patent
### Andre et al.

(10) Patent No.: **US D602,015 S**
(45) Date of Patent: ** **Oct. 13, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/306,334**

(22) Filed: **Apr. 7, 2008**

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** ................... **D14/341**; D14/496; D14/203.7
(58) **Field of Classification Search** ........ D14/341–347, D14/420, 426, 427, 432, 439–441, 448, 496, D14/125, 129–130, 137, 138, 147, 156, 218, D14/247–248, 250, 389, 203.1–203.7; D10/65, D10/104; D18/6–7; D21/329, 686; D6/596, D6/601, 605; 455/90.3, 6.1, 556.2, 575.1, 455/575.3, 575.4; 379/433.01, 433.04, 433.06, 379/433.07; 361/814; 341/22; 345/169; 346/173

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D337,569 S * 7/1993 Kando ........................ D14/341

(Continued)

FOREIGN PATENT DOCUMENTS

JP       D1250487         9/2005

(Continued)

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57)                    **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device showing our new design;

FIG. **2** is a rear perspective view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a side view thereof;

FIG. **6** is another side view thereof;

FIG. **7** is a top view thereof;

FIG. **8** is a bottom view thereof;

FIG. **9** is an enlarged perspective view of the top portion of the front face of the device as shown in FIG. **1**;

FIG. **10** is an enlarged front view of the top portion of the front face of the device as shown in FIG. **3**;

FIG. **11** is an enlarged perspective view of the bottom portion of the device as shown in FIG. **1**; and,

FIG. **12** is an enlarged view of the bottom portion of the device as shown in FIG. **8**.

The broken lines shown in the drawings represent unclaimed portions of the electronic device and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**




SAMNDCA00373584

US D602,015 S
Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D420,354 S | | 2/2000 | Morales |
| D424,535 S | | 5/2000 | Peltola |
| 6,297,795 B1 | * | 10/2001 | Kato et al. .................. 345/684 |
| D498,754 S | | 11/2004 | Blyth |
| D504,889 S | * | 5/2005 | Andre et al. ............... D14/341 |
| D505,950 S | | 6/2005 | Summit et al. |
| D514,590 S | * | 2/2006 | Naruki ................... D14/203.3 |
| D519,116 S | | 4/2006 | Tanaka et al. |
| D520,020 S | | 5/2006 | Senda et al. |
| D527,379 S | * | 8/2006 | Oe et al. .................... D14/248 |
| D528,542 S | | 9/2006 | Luminosu et al. |
| D528,561 S | | 9/2006 | Ka-Wei et al. |
| D529,045 S | | 9/2006 | Shin |
| D532,791 S | | 11/2006 | Kim |
| D534,143 S | | 12/2006 | Lheem |
| D535,281 S | * | 1/2007 | Yang ....................... D14/203.3 |
| D536,691 S | | 2/2007 | Park |
| D536,962 S | * | 2/2007 | Tanner ........................ D9/424 |
| D541,298 S | | 4/2007 | Andre et al. |
| D541,299 S | * | 4/2007 | Andre et al. ............... D14/496 |
| D546,313 S | | 7/2007 | Lheem |
| D548,732 S | | 8/2007 | Cebe et al. |
| D548,747 S | | 8/2007 | Andre et al. |
| D556,211 S | | 11/2007 | Howard |
| D557,238 S | | 12/2007 | Kim |
| D557,259 S | * | 12/2007 | Hirsch ....................... D14/217 |
| D558,460 S | | 1/2008 | Yu et al. |
| D558,756 S | * | 1/2008 | Andre et al. ............... D14/341 |
| D558,757 S | * | 1/2008 | Andre et al. ............... D14/341 |
| D558,758 S | * | 1/2008 | Andre et al. ............... D14/341 |
| D558,792 S | | 1/2008 | Chigira |
| D559,220 S | | 1/2008 | Lee et al. |
| D560,192 S | | 1/2008 | Lee et al. |
| D560,683 S | | 1/2008 | Lee |
| D560,686 S | | 1/2008 | Kim |
| D561,153 S | | 2/2008 | Hong et al. |
| D561,204 S | * | 2/2008 | Toh ........................... D14/496 |
| D561,782 S | | 2/2008 | Kim |
| D562,285 S | | 2/2008 | Lim |
| D563,432 S | * | 3/2008 | Kim .......................... D14/496 |
| D563,929 S | | 3/2008 | Park |
| D568,309 S | * | 5/2008 | Cebe et al. ................. D14/341 |
| D575,259 S | | 8/2008 | Kim et al. |
| D578,500 S | | 10/2008 | Lee et al. |
| D579,898 S | | 11/2008 | Lee et al. |
| D580,387 S | * | 11/2008 | Andre et al. ............ D14/138 R |
| D581,384 S | | 11/2008 | Kim et al. |
| D581,922 S | | 12/2008 | Andre et al. |
| D583,345 S | * | 12/2008 | Kim et al. ............ D14/138 AD |
| D584,272 S | * | 1/2009 | Chung et al. ............ D14/138 R |
| D584,303 S | * | 1/2009 | Andre et al. ............... D14/341 |
| D584,646 S | * | 1/2009 | Sanguinetti ................. D10/65 |
| D584,711 S | * | 1/2009 | Kim et al. ............... D14/138 G |
| D584,738 S | * | 1/2009 | Kim et al. .................. D14/496 |
| 2003/0125079 A1 | * | 7/2003 | Park et al. .................... 455/556 |
| 2004/0132499 A1 | | 7/2004 | Abe |
| 2004/0166907 A1 | | 8/2004 | Yajima |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. |

2008/0004085 A1   1/2008   Jung et al.

FOREIGN PATENT DOCUMENTS

KR   30-0394921   12/2005

OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>.
Hilon LG DMB MP3 FM35,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549>.
eFashion Magazine, No. 12 (2004), p. 60.
eFashion Magazine, No. 119 (Jun. 1, 2005), p. 45.
eFashion Magazine, No. 172 (Apr. 2006), p. 26.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.
U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.
U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.
U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

* cited by examiner

SAMNDCA00373585



FIG. 1



FIG. 2

SAMNDCA00373586



FIG. 3　　FIG. 4
FIG. 5　FIG. 6　　FIG. 7
　　　　　　　　　　FIG. 8

SAMNDCA00373587



FIG. 9

FIG. 10

FIG. 11

FIG. 12

SAMNDCA00373588