# EXHIBIT 40

US00D642563S

(12) **United States Design Patent**   (10) Patent No.:   **US D642,563 S**
Akana et al.   (45) Date of Patent: **   **Aug. 2, 2011**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Jeremy Bataillou**, San Francisco, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/367,997**

(22) Filed: **Aug. 16, 2010**

(51) **LOC (9) Cl.** .................................................. 14-02
(52) **U.S. Cl.** .................................................... D14/341
(58) **Field of Classification Search** ......... D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 AC, 138 AD, 138 C, 138 G, 496, D14/203.1, 203.3, 203.4, 203.5, 203.6, 203.7, D14/426, 427, 428, 432, 429, 129, 130, 420, D14/439–441, 448, 125, 147, 156, 218, 247–248, D14/250, 389, 336; D10/65, 104; D18/6–7; D21/29, 686, 33, 324, 329, 330; D6/596, D6/601, 605; D19/60; 345/169, 901, 905; 348/169; 361/814; 341/122; 346/173; 379/433.04, 379/433.07, 433.11, 433.12, 433.13, 910, 379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D337,569 S  *  7/1993  Kando ........................ D14/341
D504,889 S     5/2005  Andre et al.
D558,757 S  *  1/2008  Andre et al. ................ D14/341
D561,782 S  *  2/2008  Kim ........................... D14/496

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/384,861, Andre et al., "Electronic Device", filed Feb. 4, 2011.

*Primary Examiner* — Cathron Brooks
*Assistant Examiner* — Barbara Fox
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox PLLC

(57)   **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front bottom perspective view of an electronic device showing our new design;
FIG. **2** is a rear bottom perspective view thereof;
FIG. **3** is a rear top perspective view thereof;
FIG. **4** is a front top perspective view thereof;
FIG. **5** is a front view thereof;
FIG. **6** is a rear view thereof;
FIG. **7** is a side view thereof;
FIG. **8** is another side view thereof;
FIG. **9** is a top view thereof;
FIG. **10** is bottom view thereof; and,
FIG. **11** is an enlarged view of a portion of the electronic device taken in FIG. **10**.
The broken lines shown in the Figures show unclaimed portions of the electronic device and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**




SAMNDCA00373794

U.S. PATENT DOCUMENTS

| Patent | | Date | Inventor | Class |
|---|---|---|---|---|
| D565,596 S | * | 4/2008 | Kim | D14/496 |
| D580,387 S | * | 11/2008 | Andre et al. | D14/138 G |
| D583,346 S | | 12/2008 | Jung et al. | |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| D586,800 S | * | 2/2009 | Andre et al. | D14/341 |
| D593,087 S | * | 5/2009 | Andre et al. | D14/341 |
| D599,342 S | * | 9/2009 | Andre et al. | D14/341 |
| D600,241 S | * | 9/2009 | Andre et al. | D14/341 |
| D601,558 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,014 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,015 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,016 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,017 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,486 S | * | 10/2009 | Andre et al. | D14/341 |
| D602,488 S | * | 10/2009 | Jiang et al. | D14/341 |
| D604,297 S | * | 11/2009 | Andre et al. | D14/341 |
| D613,735 S | * | 4/2010 | Andre et al. | D14/341 |
| D613,736 S | | 4/2010 | Andre et al. | |
| D615,083 S | * | 5/2010 | Andre et al. | D14/341 |
| D618,204 S | | 6/2010 | Andre et al. | |
| D622,720 S | | 8/2010 | Andre et al. | |
| D624,536 S | | 9/2010 | Andre et al. | |
| D626,937 S | | 11/2010 | Yeo et al. | |
| D630,630 S | | 1/2011 | Andre et al. | |
| D633,091 S | | 2/2011 | Andre et al. | |
| D634,742 S | | 3/2011 | Andre et al. | |
| 2008/0316121 A1 | * | 12/2008 | Hobson et al. | 343/702 |
| 2009/0067141 A1 | * | 3/2009 | Dabov et al. | 361/753 |
| 2009/0245564 A1 | * | 10/2009 | Mittleman et al. | 381/361 |

* cited by examiner

SAMNDCA00373795



FIG. 1

SAMNDCA00373796



FIG. 2

SAMNDCA00373797



FIG. 3

SAMNDCA00373798



FIG. 4

SAMNDCA00373799



FIG. 5

SAMNDCA00373800



FIG. 6

SAMNDCA00373801

FIG. 7

FIG. 8

SAMNDCA00373802

U.S. Patent        Aug. 2, 2011        Sheet 8 of 8        US D642,563 S



FIG. 9



FIG. 10



FIG. 11

SAMNDCA00373803