# EXHIBIT 41

US00D627778S

## (12) United States Design Patent
### Akana et al.

(10) Patent No.: **US D627,778 S**
(45) Date of Patent: ⋆⋆ **Nov. 23, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Jeremy Bataillou**, San Francisco, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(⋆⋆) Term: **14 Years**

(21) Appl. No.: **29/360,036**

(22) Filed: **Apr. 19, 2010**

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Classification Search** ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 G, 138 A, 496, 426, 429, 129, 130, D14/420, 439–441, 448, 125, 147, 156, 218, D14/250, 389, 336, 203.1, 203.3, 203.4, 203.7, D14/315; D21/324, 329, 330; D10/65, 104; D18/6–7; 345/169, 901, 905, 156, 157, 168, 345/173; 361/814, 680, 686, 679.27, 679.3; 341/22; 348/168; 379/433.04, 433.07, 433.11, 379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D297,518 S     9/1988   Yuen
D300,831 S  ⋆  4/1989   Jenkins et al. ............. D14/218

(Continued)

FOREIGN PATENT DOCUMENTS

EM        000569157-0005        9/2006

OTHER PUBLICATIONS

"LG KE850 Prada," http://www.gsmarena.com/lg_ke850_prada-1828.php. Downloaded Feb. 20, 2007. 4 pages.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a bottom front perspective view of an electronic device showing our new design;
FIG. 2 is a top front perspective view thereof;
FIG. 3 is a top rear perspective view thereof;
FIG. 4 is a bottom rear perspective view thereof;
FIG. 5 is a front view thereof;
FIG. 6 is a rear view thereof;
FIG. 7 is a top view thereof;
FIG. 8 is a bottom view thereof;
FIG. 9 is a left side view thereof; and,
FIG. 10 is a right side view thereof.
The shade lines in the Figures show contour and not surface ornamentation.
The broken lines in the figures show portions of the electronic device which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**




SAMNDCA00373704

## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| D302,336 S | | 7/1989 | Erickson | |
| D490,420 S | | 5/2004 | Solomon et al. | |
| 6,781,819 B2 | | 8/2004 | Yang et al. | |
| D506,937 S | | 7/2005 | Lee et al. | |
| D511,347 S | | 11/2005 | Naruki | |
| D513,617 S | * | 1/2006 | Tierney | D14/496 |
| D524,809 S | | 7/2006 | Alcouloumre et al. | |
| D534,890 S | * | 1/2007 | Kim | D14/138 AD |
| D546,803 S | | 7/2007 | Lee et al. | |
| D556,211 S | | 11/2007 | Howard et al. | |
| D558,757 S | | 1/2008 | Andre et al. | |
| D558,758 S | | 1/2008 | Andre et al. | |
| D560,231 S | | 1/2008 | Lee | |
| D561,204 S | | 2/2008 | Toh | |
| D562,285 S | | 2/2008 | Lim | |
| 7,330,741 B2 | | 2/2008 | Park et al. | |
| D563,938 S | | 3/2008 | Kim et al. | |
| D567,819 S | | 4/2008 | Devericks et al. | |
| D569,837 S | * | 5/2008 | Baik et al. | D14/138 G |
| D577,371 S | | 9/2008 | Hu et al. | |
| D579,898 S | | 11/2008 | Lee et al. | |
| D579,902 S | * | 11/2008 | Kim et al. | D14/138 AD |
| D580,387 S | | 11/2008 | Andre et al. | |
| D581,384 S | | 11/2008 | Kim et al. | |
| D581,922 S | | 12/2008 | Andre et al. | |
| D582,377 S | | 12/2008 | Kim et al. | |
| D582,887 S | | 12/2008 | Poandl | |
| D583,346 S | | 12/2008 | Jung et al. | |
| D584,272 S | | 1/2009 | Chung et al. | |
| D584,646 S | | 1/2009 | Sanguinetti | |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| D591,252 S | | 4/2009 | Kim et al. | |
| D592,166 S | | 5/2009 | Song | |
| D592,628 S | | 5/2009 | Kim et al. | |
| D593,087 S | | 5/2009 | Andre et al. | |
| D598,414 S | | 8/2009 | Joung et al. | |
| D598,887 S | * | 8/2009 | Xiao et al. | D14/138 AA |
| D599,342 S | | 9/2009 | Andre et al. | |
| D600,241 S | | 9/2009 | Andre et al. | |
| D601,530 S | * | 10/2009 | Park et al. | D14/138 AA |
| D601,987 S | * | 10/2009 | Park et al. | D14/138 AA |
| D602,014 S | | 10/2009 | Andre et al. | |
| D602,015 S | | 10/2009 | Andre et al. | |
| D602,016 S | | 10/2009 | Andre et al. | |
| D602,017 S | | 10/2009 | Andre et al. | |
| D602,486 S | | 10/2009 | Andre et al. | |
| D604,297 S | | 11/2009 | Andre et al. | |
| D606,129 S | | 12/2009 | Ben-Moshe | |
| D613,735 S | * | 4/2010 | Andre et al. | D14/341 |
| D613,736 S | | 4/2010 | Andre et al. | |
| D615,083 S | | 5/2010 | Andre et al. | |
| D615,949 S | * | 5/2010 | Kim | D14/138 G |
| D618,204 S | | 6/2010 | Andre et al. | |
| 2006/0281501 A1 | * | 12/2006 | Zuo et al. | 455/575.1 |
| 2009/0315690 A1 | * | 12/2009 | Hwang et al. | 340/407.2 |

## OTHER PUBLICATIONS

"Meizu's M8? Apple lawyers, start your engines," http://www.engadget.com/2007/01/29/meizus-m8-apple-lawyers-start-your-engines/. Downloaded Sep. 13, 2007. 3 pages.

* cited by examiner

SAMNDCA00373705



FIG. 1

SAMNDCA00373706



FIG. 2

SAMNDCA00373707

FIG. 3

SAMNDCA00373708

FIG. 4

SAMNDCA00373709

**U.S. Patent**  Nov. 23, 2010  Sheet 5 of 8  **US D627,778 S**



FIG. 5

SAMNDCA00373710

U.S. Patent      Nov. 23, 2010      Sheet 6 of 8      US D627,778 S



FIG. 6

SAMNDCA00373711



FIG. 7



FIG. 8

SAMNDCA00373712



FIG. 9            FIG. 10

SAMNDCA00373713