# EXHIBIT 44

US00D633493S

(12) **United States Design Patent**
**Akana et al.**

(10) **Patent No.: US D633,493 S**
(45) **Date of Patent: ** Mar. 1, 2011**

# (54) ELECTRONIC DEVICE

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Jeremy Bataillou**, San Francisco, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/363,172**

(22) Filed: **Jun. 5, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 29/360,110, filed on Apr. 20, 2010, which is a continuation of application No. 29/360,036, filed on Apr. 19, 2010.

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................... **D14/341**
(58) **Field of Classification Search** ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 G, 138 A, 496, 426, 429, 129, 130, D14/420, 439–441, 448, 125, 147, 156, 218, D14/250, 389, 336, 203.1, 203.3, 203.4, 203.7, D14/315; D21/324, 329, 330; D10/65, 104; D18/6–7; 345/169, 901, 905, 156, 157, 168, 345/173; 361/814, 680, 686, 679.27, 679.3; 341/22; 348/168; 379/433.04, 433.07, 433.11, 379/916, 433.01, 433.06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D297,518 | S | 9/1988 | Yuen |
| D300,831 | S | 4/1989 | Jenkins et al. |
| D302,336 | S | 7/1989 | Erickson |
| D490,420 | S | 5/2004 | Solomon et al. |
| 6,781,819 | B2 | 8/2004 | Yang et al. |
| D506,937 | S | 7/2005 | Lee et al. |

(Continued)

OTHER PUBLICATIONS

"LG KE850 Prada," http://www.gsmarena.com/lg_ke850_prada-1828.php. Downloaded Feb. 20, 2007. 4 pages.
"Meizu's M8? Apple lawyers, start your engines,"http://www.engadget.com/2007/01/29/meizus-m8-apple-lawyers-start-your-engines/. Downloaded Sep. 13, 2007. 3 pages.

*Primary Examiner*—Cathron C Brooks
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

## (57) CLAIM

The ornamental design for an electronic device, as shown and described.

## DESCRIPTION

FIG. **1** is a bottom front perspective view of an electronic device showing our new design;

FIG. **2** is a top front perspective view thereof;

FIG. **3** is a top rear perspective view thereof;

FIG. **4** is a bottom rear perspective view thereof;

FIG. **5** is a front view thereof;

FIG. **6** is a rear view thereof;

FIG. **7** is a top view thereof; and,

FIG. **8** is a bottom view thereof.

The shade lines in the Figures show contour and not surface ornamentation.

The broken lines in the figures show portions of the electronic device which form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D511,347 S | | 11/2005 | Naruki | |
| D513,617 S | | 1/2006 | Tierney | |
| D524,809 S | | 7/2006 | Alcouloumre et al. | |
| D546,803 S | | 7/2007 | Lee et al. | |
| D556,211 S | | 11/2007 | Howard | |
| D558,757 S | | 1/2008 | Andre et al. | |
| D558,758 S | | 1/2008 | Andre et al. | |
| D560,231 S | | 1/2008 | Lee | |
| D561,204 S | | 2/2008 | Toh | |
| D562,285 S | | 2/2008 | Lim | |
| 7,330,741 B2 | | 2/2008 | Park et al. | |
| D563,938 S | | 3/2008 | Kim et al. | |
| D567,819 S | | 4/2008 | Devericks et al. | |
| D577,371 S | | 9/2008 | Hu et al. | |
| D579,898 S | | 11/2008 | Lee et al. | |
| D580,387 S | | 11/2008 | Andre et al. | |
| D581,384 S | | 11/2008 | Kim et al. | |
| D581,922 S | | 12/2008 | Andre et al. | |
| D582,377 S | | 12/2008 | Kim et al. | |
| D582,887 S | | 12/2008 | Poandl | |
| D583,346 S | | 12/2008 | Jung et al. | |
| D583,796 S | * | 12/2008 | Tanaka | D14/155 |
| D584,272 S | | 1/2009 | Chung et al. | |
| D584,646 S | | 1/2009 | Sanguinetti | |
| D584,738 S | | 1/2009 | Kim et al. | |
| D591,252 S | | 4/2009 | Kim et al. | |
| D592,166 S | | 5/2009 | Song | |
| D592,628 S | | 5/2009 | Kim et al. | |
| D593,087 S | | 5/2009 | Andre et al. | |
| D598,414 S | | 8/2009 | Joung et al. | |
| D599,342 S | | 9/2009 | Andre et al. | |
| D600,241 S | | 9/2009 | Andre et al. | |
| D602,014 S | | 10/2009 | Andre et al. | |
| D602,015 S | | 10/2009 | Andre et al. | |
| D602,016 S | | 10/2009 | Andre et al. | |
| D602,017 S | | 10/2009 | Andre et al. | |
| D602,486 S | | 10/2009 | Andre et al. | |
| D603,834 S | * | 11/2009 | Lyman et al. | D14/155 |
| D604,297 S | | 11/2009 | Andre et al. | |
| D606,129 S | | 12/2009 | Ben-Moshe | |
| D613,735 S | | 4/2010 | Andre et al. | |
| D613,736 S | | 4/2010 | Andre et al. | |
| D615,083 S | | 5/2010 | Andre et al. | |
| D618,204 S | | 6/2010 | Andre et al. | |

* cited by examiner

SAMNDCA00373747



U.S. Patent Mar. 1, 2011 Sheet 1 of 7 US D633,493 S

FIG. 1

SAMNDCA00373748



FIG. 2



U.S. Patent Mar. 1, 2011 Sheet 3 of 7 US D633,493 S

FIG. 3

SAMNDCA00373750



U.S. Patent Mar. 1, 2011 Sheet 4 of 7 US D633,493 S

FIG. 4

SAMNDCA00373751



U.S. Patent Mar. 1, 2011 Sheet 5 of 7 US D633,493 S

FIG. 5

SAMNDCA00373752



U.S. Patent Mar. 1, 2011 Sheet 6 of 7 US D633,493 S

FIG. 6

SAMNDCA00373753



U.S. Patent Mar. 1, 2011 Sheet 7 of 7 US D633,493 S

FIG. 7

FIG. 8

SAMNDCA00373754