# EXHIBIT 45

US00D558758S

## (12) United States Design Patent
### Andre et al.

(10) Patent No.: **US D558,758 S**
(45) Date of Patent: ** **Jan. 1, 2008**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/270,888**

(22) Filed: **Jan. 5, 2007**

(51) **LOC (8) Cl.** ............................................. **14-02**
(52) **U.S. Cl.** ..................... **D14/341**; D14/138; D14/496
(58) **Field of Classification Search** ............... D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D18/6, D18/7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/443.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605; D13/168
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D289,873 S | | 5/1987 | Gemmell et al. |
| D337,569 S | * | 7/1993 | Kando ........................ D14/341 |
| D456,023 S | | 4/2002 | Andre et al. |
| D489,731 S | | 5/2004 | Huang |
| D498,754 S | * | 11/2004 | Blyth ........................ D14/341 |
| D499,423 S | | 12/2004 | Bahroocha et al. |
| D502,173 S | * | 2/2005 | Jung et al. .................. D14/240 |
| D504,889 S | * | 5/2005 | Andre et al. ............... D14/341 |
| D505,950 S | * | 6/2005 | Summit et al. ............ D14/341 |
| D507,003 S | | 7/2005 | Pai et al. |
| D514,121 S | * | 1/2006 | Johnson ..................... D14/496 |
| D514,590 S | * | 2/2006 | Naruki ...................... D14/496 |
| D519,523 S | | 4/2006 | Chiu et al. |
| D520,020 S | | 5/2006 | Senda et al. |
| D528,542 S | * | 9/2006 | Luminosu et al. .......... D14/346 |
| D528,561 S | * | 9/2006 | Ka-Wei et al. ............. D14/496 |
| D529,045 S | * | 9/2006 | Shin .......................... D14/496 |
| D532,791 S | * | 11/2006 | Kim .......................... D14/496 |
| D534,143 S | * | 12/2006 | Lheem ...................... D14/138 |
| D535,281 S | * | 1/2007 | Yang ......................... D14/167 |
| D536,691 S | * | 2/2007 | Park ......................... D14/138 |
| D538,822 S | | 3/2007 | Andre et al. |
| D541,298 S | | 4/2007 | Andre et al. |
| D541,299 S | | 4/2007 | Andre et al. |
| D546,313 S | * | 7/2007 | Lheem ...................... D14/138 |
| D548,747 S | * | 8/2007 | Andre et al. ............... D14/496 |
| 2005/0130715 A1 | * | 6/2005 | Fujisawa .................. 455/575.1 |
| 2006/0281501 A1 | * | 12/2006 | Zuo et al. ................. 455/575.1 |

FOREIGN PATENT DOCUMENTS

KR   30-0452432   6/2007

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.*
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.*
LG KE850, Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.*
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.*
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://wwwmobilewhack.com>.*




SAMNDCA00373544

Meizu M8 posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>☐☐ .*
iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.
"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.

* cited by examiner

*Primary Examiner*—Cathron Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Beyer Weaver LLP

(57)                    **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device in accordance with the present design.
FIG. **2** is a rear perspective view for the electronic device.
FIG. **3** is a front view for the electronic device.
FIG. **4** is a rear view for the electronic device.
FIG. **5** is a top view for the electronic device.
FIG. **6** is a bottom view for the electronic device.
FIG. **7** is a left side view for the electronic device; and,
FIG. **8** is a right side view for the electronic device.

The broken lines depicted in FIGS. **1**, **2**, and **6** of the inner rectangle, in the center of the electronic device, represent the bounds of the claimed design while the broken lines inside that rectangle, only in FIG. **6**, are directed to environment. The broken line depiction of the rectangle on the front of FIGS. **1** and **3** represents the bounds of the claimed design. All other broken lines are superimposed on a continuous surface and are for illustrative purposes only; the broken lines form no part of the claimed design.

The surfaces of the electronic device are illustrated with color designations. The front surface includes a black interior portion excluding the rectangular feature (e.g., display region) and a metallic edge portion. The back surface is divided between a metallic top portion and a black bottom portion. The top surface is divided between a metallic front portion and a metallic back portion. The bottom surface is black. The right and left surfaces are divided between a metallic front portion and a metallic back portion. The back portion also includes a bottom black portion. An appendix including color photographs is included herewith.

More generally, the invention pertains to an ornamental design for an article of manufacture. The article is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item, or toy, and/or the like.

**1 Claim, 2 Drawing Sheets**

SAMNDCA00373545

U.S. Patent    Jan. 1, 2008    Sheet 1 of 2    US D558,758 S



**FIG. 1**



**FIG. 2**

SAMNDCA00373546



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7    FIG. 8

SAMNDCA00373547