# EXHIBIT 46

US00D581922S

# (12) United States Design Patent
## Andre et al.

(10) Patent No.: **US D581,922 S**
(45) Date of Patent: ✱✱ **Dec. 2, 2008**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/282,834**

(22) Filed: **Jul. 30, 2007**

### Related U.S. Application Data

(63) Continuation of application No. 29/270,888, filed on Jan. 5, 2007, now Pat. No. Des. 558,758.

(51) **LOC (8) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** ............. **D14/341**; D14/138 G; D14/203.7; D14/248
(58) **Field of Classification Search** ................ D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D289,873 S | | 5/1987 | Gemmell et al. |
| D337,569 S | | 7/1993 | Kando |
| D424,535 S | * | 5/2000 | Peltola .................. D14/336 |
| D456,023 S | | 4/2002 | Andre et al. |
| D489,731 S | | 5/2004 | Huang |
| D498,754 S | | 11/2004 | Blyth |
| D499,423 S | | 12/2004 | Bahroocha et al. |
| D502,173 S | | 2/2005 | Jung et al. |
| D504,889 S | | 5/2005 | Andre et al. |
| D505,950 S | | 6/2005 | Summit et al. |
| D507,003 S | | 7/2005 | Pai et al. |
| D514,121 S | | 1/2006 | Johnson |
| D514,590 S | | 2/2006 | Naruki |
| D519,116 S | * | 4/2006 | Tanaka et al. .......... D14/341 |
| D519,523 S | | 4/2006 | Chiu et al. |
| D520,020 S | | 5/2006 | Senda et al. |
| D528,542 S | | 9/2006 | Luminosu et al. |
| D528,561 S | | 9/2006 | Ka-Wei et al. |
| D529,045 S | | 9/2006 | Shin |
| D532,791 S | | 11/2006 | Kim |
| D534,143 S | | 12/2006 | Lheem |
| D535,281 S | | 1/2007 | Yang |
| D536,691 S | | 2/2007 | Park |
| D538,822 S | | 3/2007 | Andre et al. |
| D541,298 S | | 4/2007 | Andre et al. |
| D541,299 S | | 4/2007 | Andre et al. |
| D546,313 S | | 7/2007 | Lheem |
| D548,732 S | * | 8/2007 | Cebe et al. ............. D14/341 |
| D548,747 S | | 8/2007 | Andre et al. |
| D556,211 S | * | 11/2007 | Howard .................. D14/496 |
| D557,238 S | * | 12/2007 | Kim ....................... D14/138 |
| D558,756 S | * | 1/2008 | Andre et al. ............ D14/341 |
| D558,757 S | * | 1/2008 | Andre et al. ............ D14/341 |
| D558,792 S | * | 1/2008 | Chigira .................. D14/496 |
| D560,686 S | * | 1/2008 | Kim ....................... D14/496 |
| D561,153 S | * | 2/2008 | Hong et al. ............. D14/138 |
| D561,204 S | * | 2/2008 | Toh ........................ D14/496 |



SAMNDCA00373552

| | | |
|---|---|---|
| 2005/0130715 A1 | 6/2005 | Fujisawa |
| 2006/0281501 A1 | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | 4/2007 | Yoon et al. |
| 2008/0004085 A1 * | 1/2008 | Jung et al. ................. 455/566 |

FOREIGN PATENT DOCUMENTS

KR   30-0452432   6/2007

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, <URL:http://www.engadget.com>.
iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.
"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html, Oct. 26, 2004.

* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design of an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device in accordance with the present invention;

FIG. **2** is a rear perspective view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a top view thereof;

FIG. **6** is bottom view thereof;

FIG. **7** is a left side view thereof; and,

FIG. **8** is a right side view thereof.

The broken lines showing portions of the electronic device form no part of the claimed design. The dot dash line on the front of the electronic device represents an unclaimed boundary line and forms no part of the claimed design.

The surfaces of the electronic device are illustrated with color designations. The front surface includes a black interior portion excluding the rectangular feature (e.g., display region) and a metallic edge portion. By way of example, the metallic portions may be selected from steel, aluminum, anodized aluminum, chrome, nickel, and/or the like.

More generally, the invention pertains to an ornamental design for an article of manufacture. The article is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item, or toy, and/or the like.

**1 Claim, 2 Drawing Sheets**

SAMNDCA00373553



FIG. 1



FIG. 2

SAMNDCA00373554



FIG. 3    FIG. 4    FIG. 5    FIG. 6    FIG. 7    FIG. 8