# EXHIBIT 48

US00D633908S

(12) **United States Design Patent** (10) **Patent No.: US D633,908 S**
**Akana et al.** (45) **Date of Patent: ** Mar. 8, 2011**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Jody Akana**, San Francisco, CA (US); **Bartley K. Andre**, Menlo Park, CA (US); **Jeremy Bataillou**, San Francisco, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/360,110**

(22) Filed: **Apr. 20, 2010**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/360,036, filed on Apr. 19, 2010.

(51) **LOC (9) Cl.** .................................................. **14-02**

(52) **U.S. Cl.** .................................................... **D14/341**

(58) **Field of Classification Search** ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 G, 138 A, 496, 426, 429, 129, 130, D14/420, 439–441, 448, 125, 147, 156, 218, D14/250, 389, 336, 203.1, 203.3, 203.4, 203.7, D14/315; D21/324, 329, 330; D10/65, 104; D18/6–7; 345/169, 901, 905, 156, 157, 168, 345/173; 361/814, 680, 686, 679.27, 679.3; 341/22; 348/168; 379/433.04, 433.07, 433.11, 379/916, 433.01, 433.06

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D297,518 S 9/1988 Yuen
D300,831 S 4/1989 Jenkins et al.
D302,336 S 7/1989 Erickson
D490,420 S 5/2004 Solomon et al.
6,781,819 B2 8/2004 Yang et al.
D506,937 S 7/2005 Lee et al.
D511,347 S 11/2005 Naruki
D513,617 S 1/2006 Tierney
D524,809 S 7/2006 Alcouloumre et al.
D546,803 S 7/2007 Lee et al.
D556,211 S 11/2007 Howard
D558,757 S 1/2008 Andre et al.
D558,758 S 1/2008 Andre et al.
D560,231 S 1/2008 Lee
D561,204 S 2/2008 Toh
D562,285 S 2/2008 Lim
7,330,741 B2 2/2008 Park et al.
D563,938 S 3/2008 Kim et al.
D567,819 S 4/2008 Devericks et al.
D577,371 S 9/2008 Hu et al.
D579,898 S 11/2008 Lee et al.
D580,387 S 11/2008 Andre et al.
D581,384 S 11/2008 Kim et al.
D581,922 S 12/2008 Andre et al.
D582,377 S 12/2008 Kim et al.
D582,887 S 12/2008 Poandl
D583,346 S 12/2008 Jung et al.
D583,796 S * 12/2008 Tanaka ...................... D14/155
D584,272 S 1/2009 Chung et al.
D584,646 S 1/2009 Sanguinetti
D584,738 S 1/2009 Kim et al.
D591,252 S 4/2009 Kim et al.
D592,166 S 5/2009 Song
D592,628 S 5/2009 Kim et al.
D593,087 S 5/2009 Andre et al.
D598,414 S 8/2009 Joung et al.
D599,342 S 9/2009 Andre et al.
D600,241 S 9/2009 Andre et al.
D602,014 S 10/2009 Andre et al.
D602,015 S 10/2009 Andre et al.
D602,016 S 10/2009 Andre et al.
D602,017 S 10/2009 Andre et al.
D602,486 S 10/2009 Andre et al.
D603,834 S * 11/2009 Lyman et al. .............. D14/155
D604,297 S 11/2009 Andre et al.

| | | | |
|---|---|---|---|
| D606,129 | S | 12/2009 | Ben-Moshe |
| D613,735 | S | 4/2010 | Andre et al. |
| D613,736 | S | 4/2010 | Andre et al. |
| D615,083 | S | 5/2010 | Andre et al. |
| D618,204 | S | 6/2010 | Andre et al. |

FOREIGN PATENT DOCUMENTS

EM 000569157-0005 9/2006

OTHER PUBLICATIONS

"LG KE850 Prada," http://www.gsmarena.com/lg_ke850_prada-1828.php. Downloaded Feb. 20, 2007. 4 pages.
"Meizu's M8? Apple lawyers, start your engines," http://www.engadget.com/2007/01/29/meizus-m8-apple-lawyers-start-your-engines/. Downloaded Sep. 13, 2007, 3 pages.

* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a bottom front perspective view of an electronic device showing our new design;

FIG. **2** is a top front perspective view thereof;

FIG. **3** is a top rear perspective view thereof;

FIG. **4** is a bottom rear perspective view thereof;

FIG. **5** is a front view thereof;

FIG. **6** is a rear view thereof;

FIG. **7** is a top view thereof;

FIG. **8** is a bottom view thereof;

FIG. **9** is a left side view thereof; and,

FIG. **10** is a right side view thereof.

The shade lines in the Figures show contour and not surface ornamentation.

The surfaces of the portable display device shown in FIGS. **1-10** are illustrated to show color and contrast, specifically, the front and back surfaces are black and the side surfaces are a stainless steel color.

The broken lines in the figures show portions of the electronic device which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**

U.S. Patent        Mar. 8, 2011        Sheet 1 of 8        US D633,908 S



FIG. 1

SAMNDCA00373757



FIG. 2

SAMNDCA00373758



FIG. 3

SAMNDCA00373759



FIG. 4

SAMNDCA00373760

FIG. 6

SAMNDCA00373762



FIG. 7



FIG. 8

SAMNDCA00373763




SAMNDCA00373764



**U.S. Patent**     Mar. 8, 2011     Sheet 8 of 8     **US D633,908 S**

FIG. 9

FIG. 10