# EXHIBIT 49

US00D622720S

# (12) United States Design Patent
## Andre et al.

(10) Patent No.: **US D622,720 S**
(45) Date of Patent: ** *Aug. 31, 2010

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iullis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/319,433**

(22) Filed: **Jun. 9, 2008**

### Related U.S. Application Data

(63) Continuation of application No. 29/306,334, filed on Apr. 7, 2008.

(51) **LOC (9) Cl.** ............................................. **14-02**
(52) **U.S. Cl.** .................. **D14/341**; D14/496; D14/203.7
(58) **Field of Classification Search** ........ D14/341–347, D14/420, 426, 427, 432, 439–441, 448, 496, D14/125, 129–130, 137, 138, 147, 156, 218, D14/247–248, 250, 389, 203.1–203.7; D10/65, D10/104; D18/6–7; D21/329, 686; D6/596, D6/601, 605; 455/90.3, 6.1, 556.2, 575.1, 455/575.3, 575.4; 379/433.01, 433.04, 433.06, 379/433.07; 361/814; 341/22; 345/169; 346/173

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D337,569 S | * | 7/1993 | Kando | D14/341 |
| D420,354 S | | 2/2000 | Morales | |
| D424,535 S | | 5/2000 | Peltola | |
| 6,297,795 B1 | * | 10/2001 | Kato et al. | 345/684 |
| D498,754 S | | 11/2004 | Blyth | |
| D504,889 S | * | 5/2005 | Andre et al. | D14/341 |
| D505,950 S | | 6/2005 | Summit et al. | |
| D514,590 S | * | 2/2006 | Naruki | D14/203.3 |
| D519,116 S | | 4/2006 | Tanaka et al. | |
| D520,020 S | | 5/2006 | Senda et al. | |
| D527,379 S | * | 8/2006 | Oe et al. | D14/248 |
| D528,542 S | | 9/2006 | Luminosu et al. | |
| D528,561 S | | 9/2006 | Ka-Wei et al. | |
| D529,045 S | | 9/2006 | Shin | |
| D532,791 S | | 11/2006 | Kim | |
| D534,143 S | | 12/2006 | Lheem | |
| D535,281 S | * | 1/2007 | Yang | D14/203.3 |
| D536,691 S | | 2/2007 | Park | |
| D536,962 S | | 2/2007 | Tanner | D9/424 |
| D541,298 S | | 4/2007 | Andre et al. | |
| D541,299 S | * | 4/2007 | Andre et al. | D14/496 |
| D546,313 S | | 7/2007 | Lheem | |
| D548,732 S | | 8/2007 | Cebe et al. | |
| D548,747 S | | 8/2007 | Andre et al. | |
| D556,211 S | | 11/2007 | Howard | |
| D557,238 S | | 12/2007 | Kim | |
| D557,259 S | * | 12/2007 | Hirsch | D14/217 |
| D558,460 S | | 1/2008 | Yu et al. | |
| D558,756 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,757 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,758 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,792 S | | 1/2008 | Chigira | |
| D559,220 S | | 1/2008 | Lee et al. | |
| D560,192 S | | 1/2008 | Lee et al. | |
| D560,683 S | | 1/2008 | Lee | |
| D560,686 S | | 1/2008 | Kim | |
| D561,153 S | | 2/2008 | Hong et al. | |
| D561,204 S | * | 2/2008 | Toh | D14/496 |
| D561,782 S | | 2/2008 | Kim | |
| D562,285 S | | 2/2008 | Lim | |
| D563,432 S | * | 3/2008 | Kim | D14/496 |
| D563,929 S | | 3/2008 | Park | |
| D568,309 S | * | 5/2008 | Cebe et al. | D14/341 |
| D575,259 S | | 8/2008 | Kim et al. | |
| D579,898 S | | 11/2008 | Lee et al. | |



SAMNDCA00373684

| | | | | |
|---|---|---|---|---|
| D580,387 S | * | 11/2008 | Andre et al. | D14/138 R |
| D581,384 S | | 11/2008 | Kim et al. | |
| D581,922 S | | 12/2008 | Andre et al. | |
| D583,345 S | * | 12/2008 | Kim et al. | D14/138 AD |
| D584,272 S | * | 1/2009 | Chung et al. | D14/138 R |
| D584,303 S | * | 1/2009 | Andre et al. | D14/341 |
| D584,646 S | * | 1/2009 | Sanguinetti | D10/65 |
| D584,711 S | * | 1/2009 | Kim et al. | D14/138 G |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| 2003/0125079 A1 | * | 7/2003 | Park et al. | 455/556 |
| 2004/0132499 A1 | | 7/2004 | Abe | |
| 2004/0166907 A1 | | 8/2004 | Yajima | |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>.
Hilon LG DMB MP3 FM35,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549>.
eFashion Magazine, No. 12 (2004), p. 60.
eFashion Magazine, No. 119 (Jun. 1, 2005), p. 45.
eFashion Magazine, No. 172 (Apr. 2006), p. 26.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.
U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.
U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.
U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

* cited by examiner

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Barbara Fox
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

The patent or application file contains at least one drawing executed in color. Copies of this patent or patent application publication with color drawing(s) will be provided by the Office upon request and payment of the necessary fee.

FIG. **1** is a front view of an electronic device showing our new design;

FIG. **2** is a front perspective view thereof;

FIG. **3** is a side view thereof;

FIG. **4** is a rear perspective view thereof;

FIG. **5** is a rear view thereof;

FIG. **6** is another rear perspective view thereof;

FIG. **7** is another side view thereof;

FIG. **8** is another front perspective view thereof;

FIG. **9** is another front perspective view thereof;

FIG. **10** is another front perspective view thereof;

FIG. **11** is a bottom view thereof;

FIG. **12** is a top view thereof;

FIG. **13** is a front view of a portion thereof;

FIG. **14** is a front view of another embodiment of an electronic device showing our new design;

FIG. **15** is a front perspective view thereof;

FIG. **16** is a side view thereof;

FIG. **17** is a rear perspective view thereof;

FIG. **18** is a rear view thereof;

FIG. **19** is another rear perspective view thereof;

FIG. **20** is another side view thereof;

FIG. **21** is another front perspective view thereof; and,

FIG. **22** is a front perspective view thereof.

**1 Claim, 10 Drawing Sheets**
**(10 of 10 Drawing Sheet(s) Filed in Color)**

SAMNDCA00373685



FIGURE 1



FIGURE 2

SAMNDCA00373686



FIGURE 3



FIGURE 4

SAMNDCA00373687



FIGURE 5



FIGURE 6

SAMNDCA00373688



FIGURE 7



FIGURE 8

SAMNDCA00373689



**FIGURE 9**



**FIGURE 10**



**FIGURE 11**



**FIGURE 12**

SAMNDCA00373690



**FIGURE 13**



**FIGURE 14**

SAMNDCA00373691



**FIGURE 15**



**FIGURE 16**

SAMNDCA00373692



FIGURE 17



FIGURE 18

SAMNDCA00373693



**FIGURE 19**



**FIGURE 20**

SAMNDCA00373694



**FIGURE 21**



**FIGURE 22**

SAMNDCA00373695