# EXHIBIT 52

US00D630630S

# (12) United States Design Patent
## Andre et al.

(10) Patent No.: **US D630,630 S**
(45) Date of Patent: ⁎⁎ **Jan. 11, 2011**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Evans Hankey**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/363,575**

(22) Filed: **Jun. 11, 2010**

### Related U.S. Application Data

(60) Continuation of application No. 29/341,272, filed on Aug. 3, 2009, now Pat. No. Des. 617,792, which is a division of application No. 29/324,137, filed on Sep. 6, 2008, now Pat. No. Des. 599,342, which is a continuation of application No. 29/324,130, filed on Sep. 5, 2008, now Pat. No. Des. 602,017.

(51) **LOC (9) Cl.** ................................................. **14-02**
(52) **U.S. Cl.** ..................................................... **D14/341**

(58) Field of Classification Search ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/138 AC, 138 AD, 138 C, 138 G, 496, D14/203.1, 203.3, 203.4, 203.5, 203.6, 203.7, D14/426, 427, 428, 432, 429, 129, 130, 420, D14/439–441, 448, 125, 147, 156, 218, 247–248, D14/250, 389; D10/65, 104; D18/6–7; D21/29, D21/686, 33, 324, 329, 330; D6/596, 601, D6/605; D19/60; 455/556.1, 556.2, 566, 455/575.1, 575.3, 575.4, 90.3, 6.1; 379/433.04, 379/433.07, 433.11, 433.12, 433.13, 910, 379/916, 433.01, 433.06; 345/169, 901, 345/905; 348/169; 361/814; 341/122; 346/173
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D337,569 S | * | 7/1993 | Kando ........................ | D14/341 |
| D340,917 S | * | 11/1993 | Sakaguchi et al. ......... | D14/345 |
| D346,793 S |   | 5/1994 | Iino et al. | |
| D357,025 S | * | 4/1995 | Tokiyama et al. .......... | D14/258 |
| D420,354 S | * | 2/2000 | Morales ..................... | D14/191 |
| D424,535 S | * | 5/2000 | Peltola ....................... | D14/336 |
| D458,252 S | * | 6/2002 | Palm et al. ................. | D14/343 |
| D478,310 S |   | 8/2003 | Andre et al. | |
| D498,754 S | * | 11/2004 | Blyth .......................... | D14/341 |
| D504,889 S | * | 5/2005 | Andre et al. ................ | D14/341 |
| D505,950 S | * | 6/2005 | Summit et al. ............. | D14/341 |
| D514,590 S | * | 2/2006 | Naruki ..................... | D14/203.3 |
| D519,116 S | * | 4/2006 | Tanaka et al. .............. | D14/341 |
| D520,020 S | * | 5/2006 | Senda et al. ............. | D14/203.7 |
| D527,379 S | * | 8/2006 | Oe et al. ..................... | D14/248 |
| D528,542 S | * | 9/2006 | Luminosu et al. .......... | D14/346 |
| D528,561 S | * | 9/2006 | Ka-Wei et al. ........... | D14/203.3 |
| D529,045 S | * | 9/2006 | Shin ......................... | D14/203.7 |
| D532,791 S | * | 11/2006 | Kim .......................... | D14/203.7 |
| D534,143 S | * | 12/2006 | Lheem ................. | D14/138 AD |
| D535,281 S | * | 1/2007 | Yang ....................... | D14/203.3 |
| D536,691 S | * | 2/2007 | Park .................... | D14/138 AD |
| D536,962 S | * | 2/2007 | Tanner ........................ | D9/424 |
| D539,815 S |   | 4/2007 | Lai et al. | |




| | | | | |
|---|---|---|---|---|
| D541,298 S | * | 4/2007 | Andre et al. | D14/496 |
| D546,313 S | * | 7/2007 | Lheem | D14/138 AD |
| D548,732 S | * | 8/2007 | Cebe et al. | D14/341 |
| D548,747 S | * | 8/2007 | Andre et al. | D14/496 |
| D556,211 S | * | 11/2007 | Howard | D14/496 |
| D557,238 S | * | 12/2007 | Kim | D14/138 AD |
| D557,259 S | * | 12/2007 | Hirsch | D14/217 |
| D558,460 S | * | 1/2008 | Yu et al. | D6/308 |
| D558,756 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,757 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,758 S | * | 1/2008 | Andre et al. | D14/341 |
| D558,792 S | * | 1/2008 | Chigira | D14/496 |
| D559,220 S | * | 1/2008 | Lee et al. | D14/138 AD |
| D559,862 S | * | 1/2008 | Bennett et al. | D14/496 |
| D560,192 S | * | 1/2008 | Lee et al. | D14/138 AD |
| D560,683 S | * | 1/2008 | Lee | D14/496 |
| D560,686 S | * | 1/2008 | Kim | D14/496 |
| D561,153 S | * | 2/2008 | Hong et al. | D14/138 AA |
| D561,204 S | * | 2/2008 | Toh | D14/496 |
| D561,782 S | * | 2/2008 | Kim | D14/496 |
| D562,285 S | * | 2/2008 | Lim | D14/138 G |
| D563,432 S | * | 3/2008 | Kim | D14/496 |
| D563,929 S | * | 3/2008 | Park | D14/138 AD |
| D565,596 S | * | 4/2008 | Kim | D14/496 |
| D565,599 S | | 4/2008 | Jang et al. | |
| D567,819 S | * | 4/2008 | Devericks et al. | D14/496 |
| D569,830 S | | 5/2008 | Kwak | |
| D570,346 S | | 6/2008 | Suk et al. | |
| D570,839 S | | 6/2008 | Hofer et al. | |
| D575,259 S | * | 8/2008 | Kim et al. | D14/138 AD |
| D580,387 S | * | 11/2008 | Andre et al. | D14/138 G |
| D581,385 S | | 11/2008 | Park et al. | |
| D581,922 S | * | 12/2008 | Andre et al. | D14/341 |
| D584,304 S | * | 1/2009 | Lin | D14/346 |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| D586,800 S | * | 2/2009 | Andre et al. | D14/341 |
| D590,278 S | * | 4/2009 | Madonna et al. | D14/218 |
| D590,382 S | * | 4/2009 | Shi | D14/248 |
| D591,739 S | * | 5/2009 | Matsuoka | D14/341 |
| D593,087 S | * | 5/2009 | Andre et al. | D14/341 |
| D599,342 S | | 9/2009 | Andre et al. | |
| D600,241 S | | 9/2009 | Andre et al. | |
| D602,014 S | | 10/2009 | Andre et al. | |
| D602,015 S | | 10/2009 | Andre et al. | |
| D602,016 S | | 10/2009 | Andre et al. | |
| D602,017 S | | 10/2009 | Andre et al. | |
| D602,486 S | | 10/2009 | Andre et al. | |
| D604,297 S | | 11/2009 | Andre et al. | |
| D613,735 S | | 4/2010 | Andre et al. | |
| D615,083 S | | 5/2010 | Andre et al. | |
| D620,004 S | | 7/2010 | Andre et al. | |
| 2004/0132499 A1 | * | 7/2004 | Abe | 455/566 |
| 2004/0166907 A1 | * | 8/2004 | Yajima | 455/575.3 |
| 2004/0223004 A1 | * | 11/2004 | Lincke et al. | 345/649 |
| 2006/0284848 A1 | | 12/2006 | Lin | |
| 2007/0082718 A1 | * | 4/2007 | Yoon et al. | 455/575.4 |
| 2008/0004085 A1 | * | 1/2008 | Jung et al. | 455/566 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>.
Hilon LG DMB MP3 FM35,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549>.
eFashion Magazine, No. 12 (2004), p. 60.
eFashion Magazine, No. 119 (Jun. 1, 2005), p. 45.
eFashion Magazine, No. 172 ( Apr. 2006), p. 26.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.
U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.
U.S. Appl. No. 29/332,683, Andre et al., Electronic Device, filed Feb. 23, 2009.
U.S. Appl. No. 29/345,051, Andre et al., Electronic Device, filed Oct. 8, 2009.
U.S. Appl. No. 29/344,079, Andre et al., Electronic Device, filed Sep. 23, 2009.
U.S. Appl. No. 29/358,070, Andre et al., Electronic Device, filed Mar. 22, 2010.

\* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device showing our new design;

FIG. **2** is a rear perspective view thereof;

FIG. **3** is another perspective view thereof;

FIG. **4** is another perspective view thereof;

FIG. **5** is a front view thereof;

FIG. **6** is a rear view thereof;

FIG. **7** is a side view thereof;

FIG. **8** is another side view thereof;

FIG. **9** is a top view thereof; and,

FIG. **10** is a bottom view thereof.

The broken lines in the Figures show portions of the electronic device which form no part of the claimed design.

The shade lines in the Figures show contour and not surface ornamentation.

1 Claim, 8 Drawing Sheets

SAMNDCA00373727



FIG. 1

SAMNDCA00373728



FIG. 2

SAMNDCA00373729



FIG. 3

SAMNDCA00373730



FIG. 4

SAMNDCA00373731



FIG. 5

SAMNDCA00373732



FIG. 6

SAMNDCA00373733



*FIG. 7*        *FIG. 8*

SAMNDCA00373734



FIG. 9



FIG. 10

SAMNDCA00373735