# EXHIBIT 53

US00D622718S

(12) **United States Design Patent**
Andre et al.

(10) **Patent No.:** **US D622,718 S**
(45) **Date of Patent:** ** **Aug. 31, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Vincent Keane Seid**, legal representative, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/284,269**

(22) Filed: **Sep. 4, 2007**

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Classification Search** ................ D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 78, 104, 46; D13/168; D18/6, 7; D21/329, 686; D6/596, D6/601, 605; 455/90.3, 556.1, 556.2, 575.1, 455/575.3, 575.4; 379/433.01, 433.04, 433.06, 379/433.07; 361/814; 341/22; 345/169, 345/173

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D289,873 | S | | 5/1987 | Gemmell et al. |
| D337,569 | S | | 7/1993 | Kando |
| D340,917 | S | * | 11/1993 | Sakaguchi et al. ......... D14/345 |
| D346,793 | S | * | 5/1994 | Iino et al. ................... D14/341 |
| D424,535 | S | | 5/2000 | Peltola |
| D456,023 | S | | 4/2002 | Andre et al. |
| D478,310 | S | * | 8/2003 | Andre et al. ............... D13/110 |
| D478,546 | S | * | 8/2003 | Andre et al. ............... D13/110 |
| D489,731 | S | | 5/2004 | Huang |
| D498,754 | S | | 11/2004 | Blyth |
| D499,423 | S | | 12/2004 | Bahroocha et al. |
| D502,173 | S | | 2/2005 | Jung et al. |
| D504,889 | S | | 5/2005 | Andre et al. |
| D505,950 | S | | 6/2005 | Summit et al. |
| D507,003 | S | | 7/2005 | Pai et al. |
| D514,121 | S | | 1/2006 | Johnson |
| D514,590 | S | * | 2/2006 | Naruki .................... D14/203.3 |
| D515,082 | S | * | 2/2006 | Moskaluk et al. ......... D14/341 |
| D519,116 | S | | 4/2006 | Tanaka et al. |
| D519,523 | S | | 4/2006 | Chiu et al. |
| D519,922 | S | * | 5/2006 | Andre et al. ............... D13/110 |
| D520,020 | S | | 5/2006 | Senda et al. |
| D527,379 | S | * | 8/2006 | Oe et al. .................... D14/248 |
| D528,542 | S | | 9/2006 | Luminosu et al. |
| D528,561 | S | | 9/2006 | Ka-Wei et al. |
| D529,045 | S | | 9/2006 | Shin |
| D532,791 | S | | 11/2006 | Kim |
| D534,143 | S | | 12/2006 | Lheem |
| D535,281 | S | * | 1/2007 | Yang ...................... D14/203.3 |
| D536,329 | S | * | 2/2007 | Lee ........................ D14/203.6 |
| D536,691 | S | | 2/2007 | Park |
| D536,962 | S | * | 2/2007 | Tanner ........................ D9/424 |
| D538,822 | S | | 3/2007 | Andre et al. |
| D541,298 | S | | 4/2007 | Andre et al. |
| D541,299 | S | | 4/2007 | Andre et al. |
| D542,771 | S | * | 5/2007 | Cho et al. ........... D14/138 AB |
| D546,313 | S | | 7/2007 | Lheem |
| D548,732 | S | | 8/2007 | Cebe et al. |
| D548,747 | S | | 8/2007 | Andre et al. |
| D556,211 | S | | 11/2007 | Howard |
| D557,238 | S | | 12/2007 | Kim |
| D557,259 | S | * | 12/2007 | Hirsch ....................... D14/217 |
| D558,756 | S | | 1/2008 | Andre et al. |
| D558,757 | S | | 1/2008 | Andre et al. |
| D558,758 | S | | 1/2008 | Andre et al. |





SAMNDCA00373589

## US D622,718 S

Page 2

| | | | | |
|---|---|---|---|---|
| D558,792 S | | 1/2008 | Chigira | |
| D560,686 S | | 1/2008 | Kim | |
| D561,153 S | | 2/2008 | Hong et al. | |
| D561,204 S | * | 2/2008 | Toh ........................... D14/496 | |
| D563,432 S | * | 3/2008 | Kim ........................... D14/496 | |
| D565,599 S | * | 4/2008 | Jang et al. ................... D14/496 | |
| D569,830 S | * | 5/2008 | Kwak ................. D14/138 AD | |
| D570,839 S | * | 6/2008 | Hofer et al. ................. D14/341 | |
| D580,387 S | * | 11/2008 | Andre et al. ........... D14/138 G | |
| D584,303 S | * | 1/2009 | Andre et al. ................. D14/341 | |
| 2003/0125079 A1* | | 7/2003 | Park et al. ................... 455/556 | |
| 2005/0130715 A1 | | 6/2005 | Fujisawa | |
| 2006/0281501 A1* | | 12/2006 | Zuo et al. ................ 455/575.1 | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 000569157-0005 | 5/2006 |
| KR | 30-0452432 | 7/2007 |

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, http://www.gsmarena.com.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, http://www.gsmarena.com.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet , http://www.gsmarena.com.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet , http://www.gsmarena.com.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, http://www.mobilewhack.com.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, http://www.engadget.com.
iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.
"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.
U.S. Appl. No. 29/270,887, Andre et al., Electronic Device, filed Jan. 8, 2007.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,834, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

* cited by examiner

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)                    **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device showing our new design;

FIG. **2** is a rear perspective thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a left side view thereof;

FIG. **6** is right side view thereof;

FIG. **7** is a top plan view thereof;

FIG. **8** is a bottom plan view thereof;

FIG. **9** is an enlarged elevational view of a representative corner of the electronic device;

FIG. **10** is a front perspective view of an electronic device showing our new design;

FIG. **11** is a rear perspective thereof;

FIG. **12** is a front view thereof;

FIG. **13** is a rear view thereof;

FIG. **14** is a left side view thereof;

FIG. **15** is right side view thereof;

FIG. **16** is a top plan view thereof;

FIG. **17** is a bottom plan view thereof; and,

FIG. **18** is an enlarged elevational view of a representative corner of the electronic device.

The broken lines showing portions of the electronic device are for the purpose of illustrating portions of the electronic device which form no part of the claimed design.

The surfaces of the electronic device shown in FIGS. **1-18** show different stippling to indicate contrasting surface treatment. Another embodiment, not shown because the figures would be the same as FIGS. **1-18**, is the same as FIGS. **1-18** except the light stippling represents a shiny or glossy surface treatment and the dark stippling represents a matte or flat surface treatment.

**1 Claim, 10 Drawing Sheets**



FIG. 1



FIG. 2

SAMNDCA00373591



FIG. 3



FIG. 4

SAMNDCA00373592

SAMNDCA00373593

FIG. 5

FIG. 6





# FIG. 7



# FIG. 8

SAMNDCA00373594



# FIG. 9

SAMNDCA00373595



FIG. 10



FIG. 11

SAMNDCA00373596



FIG. 12



FIG. 13

SAMNDCA00373597



FIG. 14                    FIG. 15



# FIG. 16



# FIG. 17

SAMNDCA00373599



# FIG. 18

SAMNDCA00373600