# EXHIBIT 55

US00D586800S

# (12) United States Design Patent
## Andre et al.

(10) Patent No.: **US D586,800 S**
(45) Date of Patent: ⁂⁂ **Feb. 17, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/282,832**

(22) Filed: **Jul. 30, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 29/270,885, filed on Jan. 5, 2007.

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................. **D14/341**; D14/432; D14/203.7
(58) **Field of Classification Search** ................ D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S    5/1987   Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

JP    D1159881    12/2002

(Continued)

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57)    **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device in accordance with the present invention;

FIG. **2** is a rear perspective view of the electronic device in FIG. **1**;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a top view thereof;

FIG. **6** is bottom view thereof;

FIG. **7** is a left side view thereof; and,

FIG. **8** is a right side view thereof.

The features shown in broken lines in the various Figures are for illustrating environmental structure and form no part of the claimed design.

The article is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant and a communication device (e.g., cellular phone).

**1 Claim, 2 Drawing Sheets**



**US D586,800 S**

Page 2

## U.S. PATENT DOCUMENTS

| Patent | | | Date | Inventor | Class |
|---|---|---|---|---|---|
| D337,569 | S | * | 7/1993 | Kando | D14/341 |
| D420,354 | S | * | 2/2000 | Morales | D14/191 |
| D424,535 | S | * | 5/2000 | Peltola | D14/336 |
| D456,023 | S | | 4/2002 | Andre et al. | |
| D489,731 | S | | 5/2004 | Huang | |
| D498,754 | S | * | 11/2004 | Blyth | D14/341 |
| D499,423 | S | | 12/2004 | Bahroocha et al. | |
| D502,173 | S | * | 2/2005 | Jung et al. | D14/240 |
| D504,889 | S | | 5/2005 | Andre et al. | |
| D505,950 | S | * | 6/2005 | Summit et al. | D14/341 |
| D507,003 | S | | 7/2005 | Pai et al. | |
| D514,121 | S | * | 1/2006 | Johnson | D14/496 |
| D514,590 | S | * | 2/2006 | Naruki | D14/496 |
| D519,116 | S | * | 4/2006 | Tanaka et al. | D14/341 |
| D519,523 | S | | 4/2006 | Chiu et al. | |
| D520,020 | S | | 5/2006 | Senda et al. | |
| D528,542 | S | * | 9/2006 | Luminosu et al. | D14/346 |
| D528,561 | S | * | 9/2006 | Ka-Wei et al. | D14/496 |
| D529,045 | S | * | 9/2006 | Shin | D14/496 |
| D532,791 | S | * | 11/2006 | Kim | D14/496 |
| D534,143 | S | * | 12/2006 | Lheem | D14/138 |
| D535,281 | S | * | 1/2007 | Yang | D14/167 |
| D536,691 | S | * | 2/2007 | Park | D14/138 |
| D538,822 | S | | 3/2007 | Andre et al. | |
| D541,298 | S | | 4/2007 | Andre et al. | |
| D541,299 | S | | 4/2007 | Andre et al. | |
| D546,313 | S | * | 7/2007 | Lheem | D14/138 |
| D548,732 | S | * | 8/2007 | Cebe et al. | D14/341 |
| D548,747 | S | * | 8/2007 | Andre et al. | D14/496 |
| D556,211 | S | * | 11/2007 | Howard | D14/496 |
| D557,238 | S | * | 12/2007 | Kim | D14/138 |
| D558,756 | S | * | 1/2008 | Andre et al. | D14/341 |
| D558,757 | S | * | 1/2008 | Andre et al. | D14/341 |
| D558,792 | S | * | 1/2008 | Chigira | D14/496 |
| D560,686 | S | * | 1/2008 | Kim | D14/496 |
| D561,153 | S | * | 2/2008 | Hong et al. | D14/138 |
| D561,204 | S | * | 2/2008 | Toh | D14/496 |
| 2005/0130715 | A1 | * | 6/2005 | Fujisawa | 455/575.1 |
| 2006/0281501 | A1 | * | 12/2006 | Zuo et al. | 455/575.1 |
| 2007/0082718 | A1 | * | 4/2007 | Yoon et al. | 455/575.4 |
| 2008/0004085 | A1 | * | 1/2008 | Jung et al. | 455/566 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 6/2007 |

## OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL: http://www.mobilewhack.com>.*

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL: http://www.engadget.com>☐☐.*

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.

"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.

\* cited by examiner

SAMNDCA00373557



**FIG. 1**



**FIG. 2**

SAMNDCA00373558

FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7    FIG. 8

SAMNDCA00373559