# EXHIBIT 58

US00D601558S

# (12) United States Design Patent
Andre et al.

(10) Patent No.: **US D601,558 S**
(45) Date of Patent: ** **Oct. 6, 2009**

| | | |
|---|---|---|
| (54) | **ELECTRONIC DEVICE** | |
| (75) | Inventors: | **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US) |
| (73) | Assignee: | **Apple Inc.**, Cupertino, CA (US) |
| (**) | Term: | **14 Years** |
| (21) | Appl. No.: | **29/332,350** |
| (22) | Filed: | **Feb. 13, 2009** |
| | **Related U.S. Application Data** | |
| (60) | Division of application No. 29/282,832, filed on Jul. 30, 2007, now Pat. No. Des. 586,800, which is a continuation of application No. 29/270,885, filed on Jan. 5, 2007, now Pat. No. Des. 558,757. | |
| (51) | **LOC (9) Cl.** ................................................. **14-02** | |
| (52) | **U.S. Cl.** .............. **D14/341**; D14/138 G; D14/203.7 | |
| (58) | **Field of Classification Search** ........ D14/341–347, D14/137, 138, 138 AA, 138 R, 138 AB, 138 AC, D14/138 AD, 138 C, 138 G, 496, 203.1, D14/203.3, 203.4, 203.5, 203.6, 203.7, 426, D14/427, 428, 429, 129, 130; D21/333, D21/324, 329, 330; D18/7; D10/65; 485/556.1, 485/556.2, 566, 575.1, 575.3, 575.4, 90.3; D19/60; 379/433.04, 433.07, 433.11, 433.12, 379/433.13, 910, 916; 345/169, 901, 905 See application file for complete search history. | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873 S     5/1987    Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EM     000569157-0005     5/2006

(Continued)

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

(Continued)

*Primary Examiner*—Jennifer Rivard
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57)     **CLAIM**

The ornamental design for an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device in accordance with the present invention;

FIG. **2** is a rear perspective view of the electronic device in FIG. **1**;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a top view thereof;

FIG. **6** is bottom view thereof;

FIG. **7** is a left side view thereof; and,

FIG. **8** is a right side view thereof.

The area within the broken lines on the front of the device and the broken line on the rear of the device represent unclaimed environmental subject matter.

The article is not limited to the scale shown herein.

**1 Claim, 2 Drawing Sheets**



SAMNDCA00373620

# US D601,558 S
Page 2

## U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | |
|---|---|---|---|---|
| D337,569 S | | 7/1993 | Kando | |
| D340,917 S | | 11/1993 | Sakaguchi et al. | |
| D420,354 S | | 2/2000 | Morales | |
| D424,535 S | | 5/2000 | Peltola | |
| D456,023 S | | 4/2002 | Andre et al. | |
| D489,731 S | | 5/2004 | Huang | |
| D498,754 S | | 11/2004 | Blyth | |
| D499,423 S | | 12/2004 | Bahroocha et al. | |
| D502,173 S | | 2/2005 | Jung et al. | |
| D504,889 S | | 5/2005 | Andre et al. | |
| D505,950 S | | 6/2005 | Summit et al. | |
| D507,003 S | | 7/2005 | Pai et al. | |
| D514,121 S | | 1/2006 | Johnson | |
| D514,590 S | | 2/2006 | Naruki | |
| D519,116 S | | 4/2006 | Tanaka et al. | |
| D519,523 S | | 4/2006 | Chiu et al. | |
| D520,020 S | | 5/2006 | Senda et al. | |
| D528,542 S | | 9/2006 | Luminosu et al. | |
| D528,561 S | | 9/2006 | Ka-Wei et al. | |
| D529,045 S | | 9/2006 | Shin | |
| D532,791 S | | 11/2006 | Kim | |
| D534,143 S | | 12/2006 | Lheem | |
| D535,281 S | | 1/2007 | Yang | |
| D536,691 S | | 2/2007 | Park | |
| D536,962 S | | 2/2007 | Tanner | |
| D538,822 S | | 3/2007 | Andre et al. | |
| D541,298 S | | 4/2007 | Andre et al. | |
| D541,299 S | | 4/2007 | Andre et al. | |
| D541,785 S | | 5/2007 | Hwang et al. | |
| D546,313 S | | 7/2007 | Lheem | |
| D548,732 S | | 8/2007 | Cebe et al. | |
| D548,747 S | | 8/2007 | Andre et al. | |
| D554,098 S | | 10/2007 | Lee | |
| D556,211 S | | 11/2007 | Howard | |
| D557,238 S | | 12/2007 | Kim | |
| D557,259 S | | 12/2007 | Hirsch | |
| 7,303,424 B2 | | 12/2007 | Tu et al. | |
| D558,460 S | | 1/2008 | Yu et al. | |
| D558,756 S | | 1/2008 | Andre et al. | |
| D558,757 S | | 1/2008 | Andre et al. | |
| D558,758 S | | 1/2008 | Andre et al. | |
| D558,792 S | | 1/2008 | Chigira | |
| D559,220 S | | 1/2008 | Lee et al. | |
| D560,192 S | | 1/2008 | Lee et al. | |
| D560,683 S | | 1/2008 | Lee | |
| D560,686 S | | 1/2008 | Kim | |
| D561,153 S | | 2/2008 | Hong et al. | |
| D561,204 S | | 2/2008 | Toh | |
| D561,782 S | | 2/2008 | Kim | |
| D562,285 S | | 2/2008 | Lim | |
| D563,432 S | | 3/2008 | Kim | |
| D563,929 S | | 3/2008 | Park | |
| D568,309 S | * | 5/2008 | Cebe et al. | D14/341 |
| D580,387 S | | 11/2008 | Andre et al. | |
| D581,922 S | | 12/2008 | Andre et al. | |
| D584,303 S | * | 1/2009 | Andre et al. | D14/341 |
| D584,738 S | * | 1/2009 | Kim et al. | D14/496 |
| D586,800 S | * | 2/2009 | Andre et al. | D14/341 |
| D593,087 S | * | 5/2009 | Andre et al. | D14/341 |
| 2004/0132499 A1 | | 7/2004 | Abe | |
| 2004/0166907 A1 | | 8/2004 | Yajima | |
| 2004/0223004 A1 | | 11/2004 | Lincke et al. | |
| 2005/0130715 A1 | | 6/2005 | Fujisawa | |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 7/2007 |

## OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, online1,[retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.com>.
Meizu M8, posted Jan., 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>L1 D.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
Hilon LG DMB MP3 FM35,,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak./a8810005549.
eFashion Magazine, 2004, vol. No. 12 p. 60, China.
eFashion Magazine, (Jun. 1, 2005), vol. No. 119, p. 45, China.
eFashion Magazine, (Apr. 2006), vol. No. 172 p. 26, China.
Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL2007300148719.0, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

* cited by examiner



**FIG. 1**



**FIG. 2**

SAMNDCA00373622



FIG. 3
FIG. 4
FIG. 5
FIG. 6
FIG. 7
FIG. 8

SAMNDCA00373623