# EXHIBIT 59

D 7298014

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 27, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D618,678*
ISSUE DATE: *June 29, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

## (12) United States Design Patent
Andre et al.

(10) Patent No.: **US D618,678 S**
(45) Date of Patent: ** *Jun. 29, 2010

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/332,683**

(22) Filed: **Feb. 23, 2009**

**Related U.S. Application Data**

(60) Division of application No. 29/282,831, filed on Jul. 30, 2007, which is a continuation of application No. 29/270,887, filed on Jan. 5, 2007, now Pat. No. Des. 580,387.

(51) **LOC (9) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Classification Search** ............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873  S        5/1987  Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EM       000569157-0005         5/2006

(Continued)

OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)                **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electronic device in accordance with the present invention;

FIG. **2** is a rear perspective view of the electronic device of FIG. **1**;

FIG. **3** is a front view thereof;

FIG. **4** is a rear view thereof;

FIG. **5** is a top view thereof;

FIG. **6** is bottom view thereof;

FIG. **7** is a left side view thereof; and,

FIG. **8** is a right side view thereof.

As indicated above, the article of manufacture is an electronic device. Examples of an electronic device are a computer, a portable or hand-held electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone).

The broken lines show portions of the electronic device which form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



APL-ITC796-0000000443

U.S. PATENT DOCUMENTS

| Patent | Kind | Date | Name | Class |
|---|---|---|---|---|
| D337,569 | S | 7/1993 | Kando | |
| D420,354 | S | 2/2000 | Morales | |
| D424,535 | S | 5/2000 | Peltola | |
| D456,023 | S | 4/2002 | Andre et al. | |
| 6,501,967 | B1 * | 12/2002 | Makela et al. | 455/567 |
| D489,731 | S | 5/2004 | Huang | |
| D496,645 | S * | 9/2004 | Yoo et al. | D14/138 G |
| D498,754 | S | 11/2004 | Blyth | |
| D499,423 | S | 12/2004 | Bahroocha et al. | |
| D502,173 | S | 2/2005 | Jung et al. | |
| D504,889 | S | 5/2005 | Andre et al. | |
| D505,950 | S | 6/2005 | Summit et al. | |
| D507,003 | S | 7/2005 | Pai et al. | |
| D514,121 | S | 1/2006 | Johnson | |
| D514,590 | S | 2/2006 | Naruki | |
| D519,116 | S | 4/2006 | Tanaka et al. | |
| D519,523 | S | 4/2006 | Chiu et al. | |
| D520,020 | S | 5/2006 | Senda et al. | |
| D528,542 | S | 9/2006 | Luminosu et al. | |
| D528,561 | S | 9/2006 | Ka-Wei et al. | |
| D529,045 | S | 9/2006 | Shin | |
| D532,791 | S | 11/2006 | Kim | |
| D534,143 | S | 12/2006 | Lheem | |
| D535,281 | S | 1/2007 | Yang | |
| D536,691 | S | 2/2007 | Park | |
| D536,962 | S | 2/2007 | Tanner | |
| D538,822 | S | 3/2007 | Andre et al. | |
| D541,298 | S | 4/2007 | Andre et al. | |
| D541,299 | S | 4/2007 | Andre et al. | |
| D541,785 | S | 5/2007 | Hwang et al. | |
| D546,313 | S | 7/2007 | Lheem | |
| D548,732 | S | 8/2007 | Cebe et al. | |
| D548,747 | S | 8/2007 | Andre et al. | |
| D554,098 | S | 10/2007 | Lee | |
| D556,211 | S | 11/2007 | Howard | |
| D557,238 | S | 12/2007 | Kim | |
| 7,303,424 | B2 | 12/2007 | Tu et al. | |
| D558,460 | S | 1/2008 | Yu et al. | |
| D558,726 | S * | 1/2008 | Wang et al. | D14/138 AD |
| D558,756 | S | 1/2008 | Andre et al. | |
| D558,757 | S | 1/2008 | Andre et al. | |
| D558,758 | S | 1/2008 | Andre et al. | |
| D558,792 | S | 1/2008 | Chigira | |
| D560,683 | S | 1/2008 | Lee | |
| D560,686 | S | 1/2008 | Kim | |
| D561,153 | S | 2/2008 | Hong et al. | |
| D561,204 | S | 2/2008 | Toh | |
| D561,782 | S | 2/2008 | Kim | |
| D562,285 | S | 2/2008 | Lim | |
| D563,432 | S | 3/2008 | Kim | |
| D563,929 | S | 3/2008 | Park | |
| D575,259 | S * | 8/2008 | Kim et al. | D14/138 AD |
| 7,409,059 | B2 * | 8/2008 | Fujisawa | 379/433.13 |
| D580,387 | S | 11/2008 | Andre et al. | |
| D581,922 | S | 12/2008 | Andre et al. | |
| D583,346 | S * | 12/2008 | Jung et al. | D14/138 AD |
| D585,411 | S * | 1/2009 | Eaton | D14/138 G |
| D586,800 | S * | 2/2009 | Andre et al. | D14/341 |
| 2004/0132499 | A1 | 7/2004 | Abe | |
| 2004/0166907 | A1 | 8/2004 | Yajima | |
| 2004/0223004 | A1 | 11/2004 | Lincke et al. | |
| 2005/0130715 | A1 | 6/2005 | Fujisawa | |
| 2006/0094464 | A1 * | 5/2006 | Kyou et al. | 455/556.1 |
| 2006/0281501 | A1 | 12/2006 | Zuo et al. | |
| 2007/0082718 | A1 | 4/2007 | Yoon et al. | |
| 2008/0004083 | A1 * | 1/2008 | Ohki et al. | 455/566 |
| 2008/0004085 | A1 | 1/2008 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 7/2007 |

OTHER PUBLICATIONS

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007, onlinel, [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.
Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.corn>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet,<URL:http://www.engadget.com>L1 D.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,832, Andre at al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/328,018, Andre et al., Electronic Device, filed Nov. 18, 2008.
Hilon LG DMB MP3 FM35,,posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a8810005549.
eFashion Magazine, 2004, vol. No. 12 p. 60, China.
eFashion Magazine, (Jun. 1, 2005), vol. No. 119, p. 45, China.
eFashion Magazine, (Apr. 2006), vol. No. 172 p. 26, China.
Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL2007300148719.0, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

* cited by examiner

**U.S. Patent**      Jun. 29, 2010      Sheet 1 of 2      US D618,678 S



*FIG. 1*



*FIG. 2*

APL-ITC796-0000000445

U.S. Patent  Jun. 29, 2010  Sheet 2 of 2  US D618,678 S



FIG. 3
FIG. 4
FIG. 5
FIG. 6
FIG. 7
FIG. 8

APL-ITC796-0000000446