UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br>　　　　Plaintiff(s)<br><br>　　　　VS.<br><br>SAMSUNG ELECTRONICS, CO. LTD., ET AL,<br>　　　　Defendant(s). | Case No: 11-CV-01846 LHK<br><br>CLERK'S NOTICE CHANGING COURTROOM LOCATION FOR MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

PLEASE TAKE NOTICE that the hearing and Case Management Conference scheduled before Judge Lucy H. Koh on Thursday, June 21, 2012 at 1:30 p.m. in the above entitled matter will be heard in Courtroom 1 on the 5th Floor of the San Jose Courthouse.

Dated: June 13, 2012

　　　　　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　RICHARD W. WEIKING, Clerk


　　　　　　　　　　　　　　　　　　　　/s/ Martha Parker Brown
　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Martha Parker Brown
　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk