| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 1060, 1061, 1063, 1067, 1069, and 1074) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

**Declaration of Michael J. Wagner in Support of Samsung's Reply In Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Wagner Declaration") (Dkt. No. 1060-35)**

2. Exhibit B to the Wagner Declaration is a true and correct copy of Volume I of the April 20, 2012 Corrected Expert Report of Michael J. Wagner. I am informed and believe that this report contains information confidential to Samsung, as set forth in the Declaration of Bill Trac in Support of Samsung's Administrative Motions to File Documents Under Seal (Dkt. No. 1071), and therefore I have reviewed only a redacted version of the report. The portion of the report I have reviewed contains non-public Apple confidential information relating to Apple's products, and could be used to Apple's disadvantage by competitors if it were not filed under seal. Because this expert report contains the confidential information of both parties, they have stipulated that it should be submitted under seal in full and not on the public record. Exhibit B should be sealed in its entirety.

3. Exhibit C to the Wagner Declaration is a true and correct copy of a summary of Apple's Licenses and Agreements. It contains highly confidential and commercially sensitive business information, including confidential information regarding licensing agreements and potential licensing agreements with business partners. The documents discussed contain Apple and third party proprietary information that is highly sensitive and highly confidential to the company and to those third parties. Exhibit C should be sealed in its entirety.

4. To the extent the Wagner Declaration itself refers to or discusses the exhibits above, it should be sealed for the same reasons.

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3157567

1

1  **Declaration of Christopher Price In Support of Samsung's Reply In Support of**
2  **Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories**
3  **("Price Declaration") (Dkt. 1060-3)**

4   5.   Exhibits 1-6 and 13 to the Price Declaration are true and correct copies of license agreements and licensing-related documents between Apple and third parties, which are subject to non-disclosure agreements. They contain highly confidential and commercially sensitive business information, including confidential information regarding licensing agreements and potential licensing agreements with business partners. These exhibits should be sealed in its entirety.

6.   Exhibit 20 to the Price Declaration is a true and correct copy of a document produced by Apple in this case as Bates number APLNDC-Y0000055416 and marked "Highly Confidential—Attorneys' Eyes Only." This document contains specific non-public financial data that is highly confidential to Apple. The exhibit should be sealed in its entirety.

7.   Exhibit 21 to the Price Declaration is a true and correct copy of a document produced by Apple in this case as Bates number APLNDC-Y0000055417 and marked "Highly Confidential—Attorneys' Eyes Only." This document contains specific non-public financial data that is highly confidential to Apple. It should be sealed in its entirety.

8.   Exhibit 29 to the Price declaration is a true and correct copy of an excerpt of the transcript of the April 20, 2012 deposition of Sanjay Sood, Ph.D. It discusses the focus of a confidential consumer research study. This business information was created at a significant cost to Apple, and could be used by Apple's competitors to its disadvantage, particularly because it discusses Apple's direct competitors. The exhibit should be sealed in its entirety.

9.   To the extent the Price Declaration itself refers to or discusses the exhibits above, it should be sealed for the same reasons.

10.  Apple does not maintain a claim of confidentiality over Exhibit 30 to the Price Declaration.

**Declaration of Joby Martin In Support of Samsung's Reply In Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts ("Martin Declaration") (Dkt. 1061-2)**

11. Apple does not maintain a claim of confidentiality over Exhibits 1 or 4-7 to the Martin Declaration.

**Declaration of Brian Von Herzen, Ph.D., In Support of Samsung's Reply In Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Von Herzen Declaration") (Dkt. No. 1067-2)**

12. Apple does not maintain a claim of confidentiality over Exhibits 4-6 to the Von Herzen Declaration.

**Declaration of Bill Trac In Support of Samsung's Reply In Support of Samsung's Motion for Summary Judgment ("Trac Declaration") (Dkt. No. 1068)**

13. Exhibit 14 to the Trac Declaration is a true and correct copy of a letter from counsel for Samsung to counsel for Apple. It contains highly confidential and commercially sensitive business information, including confidential discussions between the parties relating to legal disputes and discovery procedures. The letter also contains internal Apple code names for its products and trade secret information reflecting Apple's product design process, and should be partially sealed. A proposed redacted version is attached as **Exhibit A**.

14. Exhibit 15 to the Trac Declaration is a true and correct copy of a letter from counsel for Samsung to counsel for Apple. It contains highly confidential and commercially sensitive business information, including confidential discussions between the parties relating to legal disputes and discovery procedures, and should be partially sealed. A proposed redacted version is attached as **Exhibit B**.

15. Exhibit 16 to the Trac Declaration is a true and correct copy of a letter from counsel for Samsung to counsel for Apple. It contains highly confidential and commercially sensitive business information, including confidential discussions between the parties relating to legal disputes and discovery procedures, and should be partially sealed. A proposed redacted version is attached as **Exhibit C**.

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3157567

3

16. Exhibit 17 to the Trac Declaration is a true and correct copy of a letter from counsel for Samsung to counsel for Apple. It contains highly confidential and commercially sensitive business information, including confidential discussions between the parties relating to legal disputes and discovery procedures, and should be partially sealed. A proposed redacted version is attached as **Exhibit D**.

17. Exhibits 19-21 to the Trac Declaration are portions of unpublished patent applications. Unpublished patent applications are so highly confidential that courts recognize a heightened relevancy standard for their production, as the Court has acknowledged. (*See, e.g.*, Order Granting-in-Part Samsung's Motions to Compel and to Enforce [Dkt No. 867] at 4-5) (discussing "clear congressional determination that a design patent application is entitled to a period of confidentiality" and "significant risk of competitive harm that could result from disclosure of [Apple's] pending design patents"). These exhibits should be sealed in their entirety.

18. To the extent the Trac Declaration itself refers to or discusses the exhibits above, it should be sealed for the same reasons.

19. Apple does not maintain a claim of confidentiality over Exhibits 1-2, 8-10, 18, 22-24, or 26-28 to the Trac Declaration.

**Declaration of Trevor Darrell in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Darrell Declaration") (Dkt. No. 1074-2)**

20. Apple does not maintain a claim of confidentiality on Exhibits D and E to the Darrell Declaration.

*** *** ***

21. Samsung's Reply In Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories and Samsung's Reply In Support of Samsung's Motion for Summary Judgment should be sealed to the extent they refer to or discuss the exhibits above for the same reasons.

22. It is Apple's policy not to disclose or describe its non-public business strategy information, licensing agreements, financial data, consumer research data, information relating to

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3157567

4

legal disputes and discovery procedures, and unpublished patent application information to third parties. The above-described documents reveal highly confidential information that, if disclosed, could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June, 2012 at Cupertino, California.

                          */s/ Cyndi Wheeler*
                          Cyndi Wheeler

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3157567

5

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: June 14, 2012                         */s/ Michael A. Jacobs*
                                                              Michael A. Jacobs