# EXHIBIT A

# EXHIBIT 14
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000  FAX: (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(213) 443-3180**

November 1, 2011

WRITER'S INTERNET ADDRESS
**michaelzeller@quinnemanuel.com**

<u>VIA E-MAIL</u>

Jason Bartlett
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482

Re:     *Apple v. Samsung Electronics, et al.*, No. 5:11-cv-01846-LHK (N.D. Cal.)

Dear Jason:

As you are aware, we have noted repeatedly the deficient nature of Apple's productions relating to its design patent inventors.  The depositions of Apple's designers have only served to highlight the extent of Apple's production deficiencies.



quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000  FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000  FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600  FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400  FAX (312) 705-7401
WASHINGTON, DC | 1101 Pennsylvania Avenue NW, 6th Floor, Washington, District of Columbia  20004-2544 | TEL (202) 756-1950  FAX (202) 756-1951
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711  FAX +81 3 5510 1712

Jason Bartlett
November 1, 2011
Page 2



1989 "Brain Box"

Finally, it has come to Samsung's attention that Apple may have in its possession additional potential prior art relating to the '889 design patent in the form of a product or protoype referred to as the "Brain Box" – a flat panel display and keyboard designed in 1989 by Apple designers, including Gavin Ivester, Tony Guido and Sigmar Wilnauer.  Samsung requests that Apple produce or make available for inspection all documents and things, including all models and

Jason Bartlett
November 1, 2011
Page 3

prototypes, related to the Brain Box.  These materials are responsive to (at least) Samsung's Request for Production No. 98.

In light of these and other production deficiencies, Samsung reserves the right to pursue motion practice and to re-call all deponents impacted by Apple's production failures for an additional day of deposition.

Sincerely,

*/s/ Michael T. Zeller*

Michael T. Zeller