UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NOS. 1060, 1063, AND 1069)** |

In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Samsung has filed an administrative motion for an order to seal the following documents:

1. The confidential, unredacted version of the Declaration of Michael J. Wagner in Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Wagner Declaration") (Dkt. No. 1060-35 et seq.) and Exhibits B and C thereto;

2. The confidential, unredacted version of the Declaration of Christopher Price in Support of Samsung's Reply In Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories ("Price Declaration") (Dkt. 1060-3 et seq.) and Exhibits 1-6, 13, 20, 21, and 29 thereto;

3. The confidential, unredacted version of the Declaration of Bill Trac In Support of Samsung's Reply In Support of Samsung's Motion for Summary Judgment ("Trac Declaration") (Dkt. No. 1068) and Exhibits 14-17 and 19-21 thereto;

4. The confidential, unredacted version of Samsung's Reply In Support of Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories (Dkt. No. 1060-2) and Samsung's Reply In Support of Samsung's Motion for Summary Judgment (Dkt. No. 1063-2).

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Administrative Motions to File under Seal (Dkt. Nos. 1060, 1063, and 1069). The above-referenced documents shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____    _____
                                        Hon. Lucy H. Koh
                                        United States District Judge