1   [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:     June 21, 2012<br>Time:    1:30 pm<br>Place:   Courtroom 1, 5th Floor<br>Judge:   Hon. Lucy H. Koh |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 11-CV-01846-LHK
sf- 3159630

Under Civil Local Rule 16-10(d), the parties jointly submit this Joint Case Management Statement.

**1.    Progress or Changes Since Last Statement:**

Discovery is complete, pending resolution of motions relating to the April 12, 2012 Order granting-in-part motions to compel and to enforce (Docket No. 867).  The motions will be heard by Magistrate Judge Grewal the morning of June 21.

On April 26, Apple moved to clarify the April 12 Order. [Dkt. No. 885.] Magistrate Judge Grewal will hear the motion on June 21.

On May 1, Apple moved for sanctions relating to alleged spoliation of evidence. [Dkt No. 895]. Magistrate Judge Grewal will hear the motion on June 21.

On May 7, the parties filed statements narrowing claims to be asserted at trial.

On May 15, Samsung moved to clarify the May 4, 2012 order granting Apple's motion for sanctions. [Dkt. No. 922.] Magistrate Judge Grewal will hear the motion on June 19.

On May 17, the parties filed motions for summary judgment, motions to strike, and *Daubert* motions.  On June 21, the Court will hear the summary judgment and *Daubert* motions and Magistrate Judge Grewal will hear the motions to strike.

On May 18, Apple renewed its motion for preliminary injunction.  On May 26, Samsung moved for leave to file a motion for reconsideration of the May 21 Order declining to entertain new evidence with respect to the issuance of preliminary injunction. [Dkt. No. 962.] Apple responded on June 6. [Dkt. No. 1035.] The Court denied Apple's renewed motion for preliminary injunction without prejudice on jurisdictional grounds. [Dkt. No. 1032.] The Court also denied Samsung's motion for reconsideration without prejudice. [Dkt. No. 1032.]

On May 22, Samsung moved to enforce the April 12, 2012 Order relating to materials from related proceedings and additional depositions awarded to Samsung. [Dkt. No. 965.] Magistrate Judge Grewal will hear the motion on June 21.

Also on May 22, Samsung moved for sanctions relating to Apple's production of transcripts from related proceedings. [Dkt. No. 968]. Magistrate Judge Grewal will hear the motion on June 21.

On May 29, the Court entered an order dismissing claims without prejudice. [Dkt No. 981.]

## 2. The Parties' Views on the Remainder of Case:

The schedule for the remainder of the case is addressed in the May 2, 2012 Minute Order and Case Management Order.

Samsung believes that the case is currently not sufficiently narrowed for trial of 25 hours per side. Samsung incorporates by reference its prior filings at Docket Nos. 907 and 959. Apple disagrees and incorporates its own prior filings at Docket Nos. 902, 910-1 and 958.

## 3. Settlement and ADR:

The parties participated in in-person settlement discussions with Magistrate Judge Joseph Spero on May 21 and 22, 2012. (*See* Civil Minute Order, May 23, 2012 [Dkt. No. 969]; *see also* [Dkt. No. 970 (filed under seal)].)

| | | |
|---|---|---|
| 1 | Dated:  June 14, 2012 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | | hmcelhinny@mofo.com |
| 2 | | MICHAEL A. JACOBS (CA SBN 111664) |
| | | mjacobs@mofo.com |
| 3 | | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | | jtaylor@mofo.com |
| 4 | | ALISON M. TUCHER (CA SBN 171363) |
| | | atucher@mofo.com |
| 5 | | RICHARD S.J. HUNG (CA SBN 197425) |
| | | rhung@mofo.com |
| 6 | | JASON R. BARTLETT (CA SBN 214530) |
| | | jasonbartlett@mofo.com |
| 7 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 8 | | San Francisco, California  94105-2482 |
| | | Telephone:  (415) 268-7000 |
| 9 | | Facsimile:  (415) 268-7522 |

10  WILLIAM F. LEE
    william.lee@wilmerhale.com
11  WILMER CUTLER PICKERING
    HALE AND DORR LLP
12  60 State Street
    Boston, MA 02109
13  Telephone: (617) 526-6000
    Facsimile: (617) 526-5000

14

15  MARK D. SELWYN (SBN 244180)
    mark.selwyn@wilmerhale.com
16  WILMER CUTLER PICKERING
    HALE AND DORR LLP
17  950 Page Mill Road
    Palo Alto, California 94304
18  Telephone: (650) 858-6000
    Facsimile: (650) 858-6100

19

20

21  By:   */s/ Michael A. Jacobs*
          Michael A. Jacobs

22      Attorneys for Plaintiff and
        Counterclaim-Defendant
23      APPLE INC.

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 11-CV-01846-LHK
sf-3159630

3

| | | |
|---|---|---|
| 1 | Dated: June 14, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 3 | | charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 4 | | San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |

Dated: June 14, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:   */s/ Victoria Maroulis*
         Victoria Maroulis

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 11-CV-01846-LHK
sf-3159630

4

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs , am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: June 14, 2012

/s/ *Michael A. Jacobs*
Michael A. Jacobs