QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/4812640.1

I, Bill Trac, declare:

1.     I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, and Samsung Electronics America, Inc. (collectively "Samsung").  I submit this declaration in support of Apple Inc.'s ("Apple's") Administrative Motions to File Documents Under Seal (Dkt. Nos. 1052, 1056, and 1059).  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.     The requested relief is necessary to protect the confidentiality of information contained in Apple's Reply in Support of its Motion for Summary Judgment ("MSJ Reply") (Dkt. 1052), the Reply Declaration of Marc Pernick in Support of Apple's Motion to Strike Portions of Samsung's Expert Reports ("Pernick Declaration") (Dkt. 1056), and Apple's Reply in Support of its Motion to Exclude Testimony of Samsung's Experts ("*Daubert* Reply") (Dkt. 1059).

3.     The May 24, 2012 Declarations of Joby Martin in Support of Apple's Administrative Motions to File Documents Under Seal ("May 24 Samsung Declarations") (Dkt. Nos. 975, 976), and the June 1 Declarations of Ketan Patel and Hankil Kang in Support of Samsung's Administrative Motions to File Under Seal ("June 1 Samsung Declarations") (Dkt. Nos. 1008, 1016) in connection with Apple's motions and Samsung's oppositions are incorporated by reference as if fully set out herein.

4.     It is Samsung's policy not to disclose or describe the design or development of products that it releases.  This information is confidential to Samsung.  Such information may used by Samsung's competitors to Samsung's disadvantage.

5.     The confidential, unredacted version of Apple's MSJ Reply (Dkt. 1052) discusses and/or references the information described in the May 24 Samsung Declarations and the June 1 Samsung Declarations and should be sealed for the same reasons.

02198.51855/4812640.1

6.      Exhibits 10 and 11 to the Pernick Declaration consist of tables prepared by Apple's experts based on highly confidential documents produced by Samsung.  The tables reflect Samsung's internal, confidential financial data and could be used to Samsung's detriment by its competitors.  The documents containing Samsung's financial data were marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibits 10 and 11 should therefore be sealed.

7.      The confidential, unredacted version of the Pernick Declaration consists of information describe in paragraph 6 above and should be sealed for the same reason.

8.      The confidential, unredacted version of Apple's *Daubert* Reply (Dkt. 1059) discusses and/or references the information described in the May 24 Samsung Declarations and the June 1 Samsung Declarations and should be sealed for the same reasons.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on June 14, 2012.

      /s/ Bill Trac_____
      Bill Trac

-2-                      Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing Declaration.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Bill Trac.

Date: June 14, 2012                                    */s/ Victoria Maroulis*