| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGING OF CORRECTED EXHIBIT B TO THE DECLARATION OF MIA MAZZA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE OPINIONS OF CERTAIN OF APPLE'S EXPERTS**<br><br>Date:    June 21, 2012<br>Time:    1:30 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

1  TO:   THE CLERK OF THE COURT AND DEFENDANTS:

2      PLEASE TAKE NOTICE that Plaintiff Apple Inc. is hereby lodging with the Clerk's
3  office a corrected Exhibit B to the Declaration of Mia Mazza in Support of Apple's Opposition to
4  Samsung's Motion to Exclude Opinions of Certain of Apple's Experts dated May 31, 2012 (Dkt.
5  No. 991-4), which was submitted under seal on June 1, 2012.

6      Like the original Exhibit B, Corrected Exhibit B is an excerpt of a transcript of a
7  confidential deposition of Michael A. Wagner.  Original Exhibit B contained the transcript of Mr.
8  Wagner's deposition of September 14, 2011.  Apple intended, however, to lodge Corrected
9  Exhibit B, which is Mr. Wagner's May 14, 2012 deposition transcript, as reflected in the
10 Declaration of Mia Mazza (Dkt. No. 991-4 ¶ 2).  Like the original Exhibit B, corrected Exhibit B
11 contains confidential damages-related information that Samsung designated as "Highly
12 Confidential – Attorneys' Eyes Only."  Therefore, Apple requests that corrected Exhibit B be
13 filed under seal pursuant to Apple's Administrative Motion to File Under Seal Documents re
14 Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts,
15 Docket No. 991, filed May 31, 2012.

Dated:  June 18, 2012                               MORRISON & FOERSTER LLP

                                                    By:   */s/ Michael A. Jacobs*
                                                          Michael A. Jacobs

                                                          Attorneys for Plaintiff and
                                                          Counterclaim-Defendant
                                                          APPLE INC.

NOTICE OF LODGING OF CORRECTED EXHIBIT B TO MAZZA DECLARATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3160220