UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER REGARDING SCHEDULING |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The hearing on the parties' cross-motions to exclude expert witnesses from trial, as well as the case management conference currently set for June 21, 2012 is hereby continued to June 29, 2012 at 1:30 p.m. The hearing on the parties' cross-motions for summary judgment will remain as set for June 21, 2012. The final pretrial conference date and the trial date also remain as set.

**IT IS SO ORDERED.**

Dated: June 18, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge