# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 19, 2012                              Time in Court: [10:13 to 10:51(38 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

---

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Alison Tucher, Marc Pernick and Matt Ahn
Defendant Attorney(s) present: Victoria Maroulis, Mark Tung and Joby Martin

---

### PROCEEDINGS:
### Samsung's Motion for Clarification Regarding the Court's May 4, 2012 Order (Doc. 922)

Counsel present oral arguments.
The Court takes matter under submission; written order after hearing to be issued.

///