| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> Kevin P.B. Johnson (Cal. Bar No. 177129) <br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> 555 Twin Dolphin Drive 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Michael T. Zeller (Cal. Bar No. 196417) <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 <br><br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** <br><br> **HEARING ON SUMMARY JUDGMENT MOTIONS** <br><br> **JUNE 21, 2012** |

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple, "the Parties") seek to use certain equipment and devices at the summary judgment motions hearing on June 21, 2012;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1. The Parties and their attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the summary judgment motions hearing on June 21, 2012;

2. The Parties and their attorneys, paralegals, assistants and consultants may bring the devices referenced in their motions for summary judgment, including prior art devices and the accused products, into the courtroom for use at the summary judgment motions hearing on June 21, 2012; and

3. Beginning at 10:00 a.m. on Thursday, June 21, 2012, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

1 **IT IS SO STIPULATED.**

2 Dated: June 19, 2012                    MORRISON & FOERSTER LLP

4                                         By:    */s/ Michael A. Jacobs*
                                                 Michael A. Jacobs

                                          MORRISON & FOERSTER LLP
                                          425 Market Street
                                          San Francisco, California  94105-2482
                                          Telephone:  (415) 268-7000
                                          Facsimile:  (415) 268-7522

                                          Attorneys for Plaintiff
                                          APPLE INC.

Dated: June 19, 2012                      QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP


                                          By:    */s/ Todd Briggs*
                                                 Todd Briggs


                                          QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
                                          555 Twin Dolphin Drive 5th Floor
                                          Redwood Shores, California 94065
                                          Telephone: (650) 801-5000
                                          Facsimile: (650) 801-5100

                                          Attorneys for Defendants
                                          SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS
                                          AMERICA, INC. and SAMSUNG
                                          TELECOMMUNICATIONS
                                          AMERICA, LLC

---

STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM
CASE NO. 11-CV-01846-LHK
sf-3160547

2

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: June_____, 2012          By: _____
                                      The Honorable Lucy H. Koh
                                      United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated: June 19, 2012                         */s/Michael A. Jacobs*
                                             Michael A. Jacobs

sf-3079668