| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3160777

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 1088 and 1090) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

**Declaration of Adam S. Cashman in Support of Samsung's Opening Memorandum Regarding Claim Construction ("Cashman Declaration") (Dkt. No. 1091)**

2. Exhibit 4 to the Cashman Declaration is a copy of an excerpt of the transcript of the March 27, 2012 deposition of David Bungo. Exhibit 4 contains trade secret information reflecting: Apple's product design process, specifics regarding the iPad design project, and the inner workings of Apple's industrial design group. This exhibit also contains discussion of documents marked as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY as well as extensive references to confidential internal code names. This information is highly sensitive and could be used by Apple's competitors to Apple's disadvantage. It should be sealed in its entirety.

3. Exhibit 17 to the Cashman Declaration is a copy of an excerpt of the transcript of the October 21, 2011 deposition of Daniele De Iuliis. Exhibit 17 contains trade secret information reflecting: Apple's product design process, specifics regarding the iPad design project, and the inner workings of Apple's industrial design group. This information is highly sensitive and could be used by Apple's competitors to Apple's disadvantage. Exhibit 17 should be partially sealed, and a proposed redacted version is attached as **Exhibit A.**

4. Exhibit 18 to the Cashman Declaration is a copy of an excerpt of the transcript of the November 4, 2011 deposition of Christopher Stringer. Exhibit 18 contains trade secret information reflecting: Apple's product design process, specifics regarding the iPad design project, and the inner workings of Apple's industrial design group. This information is highly sensitive and could be used by Apple's competitors to Apple's disadvantage. It should be sealed in its entirety. Exhibit 18 should be partially sealed, and a proposed redacted version is attached as **Exhibit B.**

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3160777

1

1           5.      Apple does not maintain a claim of confidentiality over Exhibits 14, 15, 19, 20, 29, or 63-66 to the Cashman Declaration.

**Reply Declaration of Diane C. Hutnyan in Support of Samsung's Motion for Rule 37 Sanctions ("Hutnyan Declaration") (Dkt. No. 1088-3)**

            6.      Exhibit 10 to the Hutnyan Declaration is a copy of an excerpt of the transcript of the February 22, 2012 deposition of Daniele De Iuliis in the ITC-796 case.  Exhibit 10 contains trade secret information reflecting Apple's product design process, specifics regarding the iPhone design project, and the inner workings of Apple's industrial design group.  This information is highly sensitive and could be used by Apple's competitors to Apple's disadvantage.  Exhibit 10 should be partially sealed, and a proposed redacted version is attached as **Exhibit C**.

            7.      Apple does not maintain a claim of confidentiality over Exhibits 7-9 or 11-13 to the Hutnyan Declaration.

*** *** ***

            8.      Samsung's Opening Memorandum Regarding Claim Construction and Reply in Support of Motion for Rule 37 Sanctions should be sealed to the extent they refer to or discuss the exhibits above for the same reasons.

            9.      It is Apple's policy not to disclose or describe its non-public industrial design information, business practices, development information, or internal code names to third parties.  The above-described documents reveal highly confidential information that, if disclosed, could be used by Apple's competitors to Apple's disadvantage.  The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

            I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of June, 2012 at Cupertino, California.

                                                                        */s/ Cyndi Wheeler*
                                                                        Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: June 19, 2012                             */s/ Michael A. Jacobs*
                                                          Michael A. Jacobs

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3160777

3