# Exhibit A

# EXHIBIT 17
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4   APPLE INC., a California
    corporation,
5

6            Plaintiff,

7   vs.                          Case No. 11-CV-01846-LHK

8   SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
9   SAMSUNG ELECTRONICS AMERICA,
    INC., a New York corporation;
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,

12           Defendants.
    ----------------------------------/
13

14

15

16

17       CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19    VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
              Redwood Shores, California
20              Friday, October 21, 2011

21

22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23  JOB NO. 43000

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1        Friday, October 21, 2011

2              10:13 a.m.

3

4   Videotaped Deposition of DANIELE De

5   IULIIS, held at the offices of Quinn

6   Emanuel Urqhart & Sullivan, LLP, 555

7   Twin Dolphin Drive, Suite 560, Redwood

8   Shores, California, before Lorrie L.

9   Marchant, a Certified Shorthand

10  Reporter, Registered Professional

11  Reporter, Certified Realtime Reporter,

12  California Certified Realtime Reporter

13  and Certified LiveNote Reporter.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1              A P P E A R A N C E S:

2   FOR THE PLAINTIFF APPLE INC.:

3        MORRISON & FOERSTER
         BY:  ANDREW E. MONACH, ESQ.
4        425 Market Street
         San Francisco, California 94105
5        Phone:  (415) 268-7588
         Fax:  (415) 268-7522
6        e-mail:  amonach@mofo.com

7   FOR THE DEFENDANTS SAMSUNG:

8        QUINN EMANUEL URQUHART & SULLIVAN
         BY:  MARGRET CARUSO, ESQ.
9             SCOTT HALL, ESQ.
         555 Twin Dolphin Drive
10       Redwood Shores, California 94065
         Phone:  (650) 801-5000
11       Fax:  (650) 801-5100
         e-mail:  margretcaruso@quinnemanuel.com
12                scotthall@quinnemanuel.com

13  ALSO PRESENT:

14       Lisa Olle, Apple Senior Corporate Counsel, Litigation

15       Jason Kocol, Videographer

16                 ---oOo---

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

1          THE VIDEOGRAPHER: This is the start of
2  tape labeled No. 1 of the videotaped deposition of
3  Daniele de Iuliis in the matter Apple, Incorporated
4  versus Samsung Electronics Company, Limited, in the
5  United States District Court, Northern District of
6  California, San Jose Division. Case No.
7  11-CV-01846-LHK.
8          This deposition is being held at 555 Twin
9  Dolphin Drive, Redwood Shores, California, on
10 October 21st, 2011, at approximately 10:13 a.m. My
11 name is Jason Kocol. I'm the legal video specialist
12 from TSG Reporting, Incorporated, headquartered at
13 747 Third Avenue, New York, New York.
14         The court reporter is Lorrie Marchant in
15 association with TSG Reporting.
16         Will counsel please introduce yourselves
17 for the record.
18         MS. CARUSO: Margret Caruso from Quinn,
19 Emanuel, Urquhart, Sullivan for defendant Samsung.
20         MR. MONACH: Andrew Monach, Morrison &
21 Foerster, representing Apple and the witness.
22         THE VIDEOGRAPHER: Will the court reporter
23 please swear in the witness.
24         THE REPORTER: Do you solemnly swear or
25 affirm under the penalties of perjury that the

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

1  testimony you are about to offer will be the truth,
2  the whole truth and nothing but the truth?
3        THE WITNESS:  I do.
4        EXAMINATION BY MS. CARUSO
5    BY MS. CARUSO:
6    Q.  Good morning.
7    A.  Good morning.
8    Q.  Have you ever been deposed before?
9    A.  I have not.
10   Q.  Okay.  If at any point during the
11 deposition you would like some more water or would
12 like to take a break, just let me know.  We can
13 accommodate that.
14   A.  Okay.
15   Q.  I just ask that you finish answering
16 whatever question I asked at the time.
17   A.  Thank you.
18   Q.  Let's just step back a little bit.  There's
19 going to be a lot of memory lane for you.  If you
20 could tell me a little bit about your education
21 since graduating from high school.
22   A.  I graduated from Central School of Art and
23 Design in London in 1983 with a BA in industrial
24 design engineering.  I've been a professional since
25 then.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 184

```
 1              THE WITNESS:  This, I believe, is the power
 2   button.
 3              BY MS. CARUSO:
 4       Q.   Is the power button on the iPod touch a
 5   continuous form at its top?
 6              MR. MONACH:  Objection.  Vague.
 7              THE WITNESS:  Help me understand that
 8   question.
 9              BY MS. CARUSO:
10       Q.   So in Figure 7, the figure that is shown in
11   C --
12       A.   Yes.
13       Q.   -- has a broken lozenge shape.  Do you see
14   that?
15              MR. MONACH:  Object to the form of the
16   question.
17              THE WITNESS:  I see a lozenge, and it's
18   badly photocopied and -- or what appears to be a
19   lozenge, and that is broken in a couple of places.
20              BY MS. CARUSO:
21       Q.   Do you have any understanding of why it's
22   broken in a couple of places?
23       A.   I don't understand why it would be broken
24   in a couple of places.
25       Q.   You're not aware of any feature of the iPod
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 185

1  touch that would require depicting this button in
2  this fashion?
3           MR. MONACH:  Objection to the extent it
4  lacks foundation.  Calls for speculation or calls
5  for a legal conclusion.
6           THE WITNESS:  These drawings are drawings
7  made by a patent attorney.  I don't know the reasons
8  why they would be drawn in this manner.
9           BY MS. CARUSO:



Page 186

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 187

[Lines 1-19 redacted]

```
20        Q.   You've been handed what has been marked as
21   Exhibit 8, Lutton Exhibit 8.  Do you have that in
22   front of you?
23        A.   Yes.
24        Q.   Do you -- and that is US Design Patent
25   504889 --
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 188

```
 1     A.   Yes.
 2     Q.   -- correct?
 3          You're named as an inventor of this design;
 4  is that correct?
 5     A.   Yes.
 6     Q.   Did you participate in the team that
 7  created this design?
 8     A.   I did.
```



```
24     Q.   In Figure 1 of the D889 patent, there's
25  a -- a line that's thicker than the other lines.  Do
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 189

1    you see that?
2           MR. MONACH:  Objection.  Vague.  Objection
3    to the extent it may not accurately reflect the
4    drawing.
5           THE WITNESS:  I see a bad photocopy.
6           BY MS. CARUSO:
7       Q.  Starting at the left, do you see three
8    parallel lines on the left-hand side of the top
9    drawing?
10      A.  I do.
11      Q.  Do you see the middle line of those three?
12      A.  I do.
13      Q.  Does it appear to you to be thicker than
14   the other two?
15      A.  Yes.
16      Q.  Do you have an understanding of why it's
17   thicker?
18          MR. MONACH:  Objection.  Lack of
19   foundation.  Objection to the extent it calls for a
20   legal conclusion.
21          THE WITNESS:  I don't.
22          BY MS. CARUSO:
23      Q.  Do you have any understanding of what that
24   middle line represents?
25          MR. MONACH:  Same objection.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

```
1           MR. MONACH:  Objection.  Vague.
2           THE WITNESS:  I don't understand if I
3    understand your definition.
4           BY MS. CARUSO:
5       Q.  Did the gap -- why was there a gap?  I'll
6    ask that question.
7       A.  I really don't remember.
8       Q.  If you'd look at this --
9       A.  Thank you.
```







Page 194

[lines 1-7 redacted]

8    Q.   Would you describe the surface of the
9  iPhone as extending to the outside of the product?
10         MR. MONACH:  Objection.  Vague.
11         BY MS. CARUSO:
12    Q.   I'll reask the question.
13         Would you describe the glass surface of the
14  iPhone as extending to the outside of the product?
15    A.   I would describe the glass surface
16  extending to the bezel.
17         MS. CARUSO:  We need to take a short break
18  to change the tape.
19         THE VIDEOGRAPHER:  This marks the end of
20  Tape No. 3 in today's deposition of Daniele de
21  Iuliis.  The time is 5:29 p.m.  We are off the
22  record.
23         (Recess taken, from 5:29 to 5:38.)
24         THE VIDEOGRAPHER:  This marks the beginning
25  of Tape No. 4 in today's deposition of Daniele de

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 196

1      MS. CARUSO:  No further questions.
2      MR. MONACH:  I have no questions.  Thank
3  you, sir.
4      MS. CARUSO:  Thank you.
5      THE VIDEOGRAPHER:  This marks the end of
6  Tape No. 4 of 4 and concludes today's deposition of
7  Daniele de Iuliis.  The time is 5:41 p.m.  We are
8  off the record.
9          (Time Noted:  5:41 p.m.)
10                 ---oOo---
11
12
13                    _____
14                    DANIELE De IULIIS
15  Subscribed and sworn to
    before me this 14 day
16  of November 2011.
17  _____
18
19
20
21
22
23
24
25