Exhibit B

# EXHIBIT 18
# FILED UNDER SEAL

Highly Confidential - Outside Counsel's Eyes Only

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3                SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16      H I G H L Y   C O N F I D E N T I A L
17        O U T S I D E   C O U N S E L   O N L Y
18
19   VIDEOTAPED DEPOSITION OF CHRISTOPHER STRINGER
20           REDWOOD SHORES, CALIFORNIA
21             FRIDAY, NOVEMBER 4, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   TSG JOB NO. 43706
```

Highly Confidential - Outside Counsel's Eyes Only

Page 2

1   FRIDAY, NOVEMBER 4, 2011

2   9:56 a.m.

3

4

5

6   VIDEOTAPED DEPOSITION OF CHRISTOPHER

7   STRINGER, taken at QUINN EMANUEL URQUHART &

8   SULLIVAN, LLP, 555 Twin Dolphin Drive,

9   Suite 560, Redwood Shores, California,

10  Pursuant to Notice, before me,

11  ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,

12  CSR License No. 9830.

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Outside Counsel's Eyes Only

Page 3

1  A P P E A R A N C E S:

2

3        FOR APPLE INC.:

4        MORRISON & FOERSTER

5        By:  MICHAEL A. JACOBS, Esq.

6        425 Market Street

7        San Francisco, California 94105

8

9

10

11

12       FOR SAMSUNG ELECTRONICS CO. LTD:

13       QUINN EMANUEL URQUHART & SULLIVAN

14       By:  MICHAEL T. ZELLER, Esq.

15       865 South Figueroa Street, 10th Floor

16       Los Angeles, California 90017

17

18

19

20       ALSO PRESENT:  Benjamin Gerald, Videographer

21                      Cyndi Wheeler, Apple, Inc.

22

                    ---oOo---

23

24

25

Highly Confidential - Outside Counsel's Eyes Only

Page 4

1              REDWOOD SHORES, CALIFORNIA

2              FRIDAY, NOVEMBER 4, 2011

3                      9:56 a.m.

4

5

6

7        THE VIDEOGRAPHER:  Good morning.  This marks

8   the beginning of the disc labeled No. 1 of the

9   videotaped deposition of Chris Stinger --

10       MR. JACOBS:  Stringer.

11       THE VIDEOGRAPHER:  -- Stringer.  In the

12  matter Apple, Incorporated versus Samsung Electronics

13  Company Limited, et al.

14       Held in the United States District Court for

15  the Northern District of California, San Jose

16  Division.  Case number is 11-cv-01846-LHK.

17       This deposition is being held at 555 Twin

18  Dolphin Drive, in the city of Redwood Shores,

19  California.  Taken on November 4th, 2011, at

20  approximately 9:56 a.m.

21       My name is Benjamin Gerald from TSG

22  Reporting, Incorporated, and I am the legal video

23  specialist.  The court reporter is Andrea Ignacio, in

24  association with TSG Reporting.

25       At this time, will counsel please identify



Highly Confidential - Outside Counsel's Eyes Only

Page 95

1   A   I don't know.

2   Q   Direct your attention back to the '889 design
3   patent.

4   A   Yes.

5   Q   Do you have any knowledge or information as
6   to whether or not photographs of that physical mockup
7   that you have in front of you, the 035 mockup, were
8   submitted to the patent office as part of the
9   application and prosecution process for the
10  '889 design patent?

11  A   In my preparations for today, we looked at
12  copies of photographs of this object that I understand
13  are attached to this patent.

14  Q   And so if I understand you correctly, it's
15  your understanding that the photographs that were
16  submitted to the patent office as part of the
17  '889 design patent depict the three-dimensional mockup
18  that you have in front of you that we call the 035?

19  A   It is my understanding, and my recollection
20  of yesterday's discussion, that the photographs that I
21  saw related to this model and this patent.

22  Q   Right.

23      And I guess I'm trying to now figure out
24  what -- what photographs we're talking about so that
25  we're on the same page.  So let me -- let me provide

Highly Confidential - Outside Counsel's Eyes Only

Page 96

1   some, and maybe that will help.
2           What's the next number?
3           THE REPORTER:  1171.
4           MR. ZELLER:  1171?
5           THE REPORTER:  Yes.
6           MR. ZELLER:  Please mark as Exhibit 1171
7   excerpts from the prosecution history of the
8   504,889 design patent.
9           (Document marked Exhibit 1171
10           for identification.)
11          THE WITNESS:  Thank you.
12          MR. ZELLER:  So you have both sets in front
13  of you at the same time, let's also please mark as
14  Exhibit 1172 -- I'm sorry.  Actually, we marked this
15  before.  What's this exhibit number?  I think it's
16  841.
17          MR. JACOBS:  He has the better photos.  He
18  has the better photos.
19          MR. ZELLER:  Don't worry.  I gave you the
20  other set, too.  I'm not trying to be totally unfair
21  here.
22          So I'm going to show you what I am fairly
23  confident was previously marked as Exhibit 841.  We'll
24  in the interim confirm that that is the exhibit
25  number, but I believe I have it memorized now.

Highly Confidential - Outside Counsel's Eyes Only

Page 97

1    MR. JACOBS:  Just put the Bates range into
2 the record.
3    MR. ZELLER:  Yeah.  And this, for the record,
4 is APLPROS000018778 through '18798.
5    MR. JACOBS:  Mr. Stringer, as you're
6 discussing the meeting we had yesterday, if you can
7 describe what you did, as opposed to any particular
8 communications that you and I had on the subject, that
9 would avoid the need for me to instruct you each time
10 Mr. Zeller asks you a question.
11    THE WITNESS:  Sorry.  Say that again, please.
12    MR. JACOBS:  If you can describe what you did
13 at the meeting by way of comparison, rather than what
14 I -- what -- what your and my discussion was on the
15 topic.
16    THE WITNESS:  What I did yesterday?
17    MR. JACOBS:  Yes.
18    THE WITNESS:  In comparing these --
19    MR. JACOBS:  As Mr. Zeller is asking you
20 questions --
21    THE WITNESS:  Okay.  Oh.
22    MR. JACOBS:  If you can describe what you did
23 rather than our discussion --
24    THE WITNESS:  Got it.
25    MR. JACOBS:  -- then I don't have to engage

Page 98

1  in privilege discussions each time.
2          THE WITNESS:  Right.
3          MR. ZELLER:  Just generally speaking, avoid
4  disclosing the substance of the communications you had
5  with your counsel.
6          THE WITNESS:  Got it.
7          MR. ZELLER:  I put in front of you two
8  exhibits.  One is Exhibit 1171, and another one is
9  Exhibit 841.
10     Q    Are -- are either of these photographs --
11     A    Oh, 841.  Okay.
12     Q    Yes.
13          Or do they include photographs that you're
14  referring to?
15     A    So document 1171 is of no material value, on
16  account of it appearing to be largely blank, with the
17  exception of some very poor-quality shadowy images.
18  So I would prefer to not refer to that in any way or
19  form.
20          Document 841 for the most part resembles
21  photographs that I reviewed yesterday, but there
22  appear differences that may be immaterial to the
23  questioning.

Highly Confidential - Outside Counsel's Eyes Only



Page 99

Highly Confidential - Outside Counsel's Eyes Only

Highly Confidential - Outside Counsel's Eyes Only



Page 100

Highly Confidential - Outside Counsel's Eyes Only



Page 101



Page 102

Highly Confidential - Outside Counsel's Eyes Only



Page 103

Highly Confidential - Outside Counsel's Eyes Only

Page 104

1       So let's, for the record, please mark as the
2   version of 841 that now has Mr. Stringer's marking on
3   it on page '18791 as Exhibit 841A.
4           (Document marked Exhibit 841A
5            for identification.)
6           MR. ZELLER:  If we can go back to
7   Exhibit 1170.  And by the way, did you want to send
8   those mockups back?
9           MR. JACOBS:  That would be great.
10          MR. ZELLER:  Okay.  So let's go off the
11  record.
12          THE VIDEOGRAPHER:  The time is 2:42 p.m., and
13  we are off the record.
14          (Recess taken.)
15          THE VIDEOGRAPHER:  The time is 2:55 p.m., and
16  we are back on the record.
17          MR. ZELLER:  Direct your attention to the
18  '889 design patent, which was previously marked as
19  Exhibit 8.
20          MR. JACOBS:  I'll just hand you my copy.
21          THE WITNESS:  All right.  Thank you.
22          MR. ZELLER:  Q.  Please take a look at
23  Figure 1.
24      A   Yes.
25      Q   You'll see on Figure 1 that at least as part

Highly Confidential - Outside Counsel's Eyes Only

Page 105

1   of the -- at least along part of the -- generally what
2   we'll call the perimeter area of the front, there's a
3   darker, thicker line?
4       A   Which figure are you looking at?
5       Q   This is Figure 1.
6       A   Figure 1.
7       Q   Do you see where at least on part of the
8   perimeter, there is a line that is darker and thicker?
9       A   Which would be the second line from the left
10  on the left side of the figure.
11      Q   Right, on the left side.
12          And then on the bottom portion of Figure 1,
13  it appears to run -- to be the line that is -- that
14  the -- is the edge, at least from that perspective?
15      A   It looks like the edge, yes.
16      Q   Do you know what that thicker line depicts?
17      A   It's -- on the lower edge, it's the -- it
18  looks like the edge of the housing.
19      Q   Well, what about on the left side?
20      A   It's the edge of the housing.
21      Q   So on both the left side and the bottom side,
22  you construe that darker, thicker line to be where the
23  edge of the housing is?
24      A   I do construe that.  And it's -- my
25  assumption is confirmed by looking at Figure 3 that

Highly Confidential - Outside Counsel's Eyes Only

Page 123

1        J U R A T

2

3

4   I, CHRISTOPHER STRINGER, do hereby certify

5   under penalty of perjury that I have read the

6   foregoing transcript of my deposition taken

7   on November 4, 2011; that I have made such

8   corrections as appear noted herein in ink,

9   initialed by me; that my testimony as

10  contained herein, as corrected, is true and

11  correct.

12

13

14  DATED this ____ day of _____, 2011,

15  at _____, California.

16

17

18

19  _____

20          SIGNATURE OF WITNESS

21

22

23

24

25