# Exhibit C

# EXHIBIT 10
# UNDER SEAL

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

In the Matter of:

Investigation No.

CERTAIN ELECTRONIC DIGITAL MEDIA DEVICES AND COMPONENTS THEREOF

337-TA-796

CONFIDENTIAL ATTORNEYS' EYES ONLY

PURSUANT TO THE PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF DANIELE DE IULIIS

San Francisco, California

Wednesday, February 22, 2012

REPORTED BY:

CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

JOB NO. 45581

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

APPEARANCES:

FOR COMPLAINANT APPLE INC.:

MORRISON & FOERSTER
BY: HAROLD J. McELHINNY, ESQ.
425 Market Street
San Francisco, California 94105

FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY, LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:

QUINN EMANUEL URQUHART & SULLIVAN
BY: SCOTT B. KIDMAN, ESQ.
865 South Figueroa Street
Los Angeles, California 90017

ALSO PRESENT:

Danielle Coleman, Esq., Apple Inc.
Lisa Olle, Esq., Apple Inc.
Pete Sais, Videographer

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

just maybe circle that line that we're talking about?

A. Circle?

Q. Or indicate it with an arrow, yes, and label that A.

A. (Witness complies.)

Q. So the dashed line that we've labeled as A -- first of all, does that look like a dashed line to you?

A. Yes.

Q. And do you know what that particular line depicts --

MR. McELHINNY: Objection.

BY MR. KIDMAN:

Q. -- in the '678 patent?

A. I don't.

Q. And above the dashed line that we've labeled A is a -- is a second dashed line.

Do you see that?

A. I do.

Q. And do you know what that second dashed line depicts in the '678 patent?

MR. McELHINNY: Objection.

THE WITNESS: I don't.

//

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

BY MR. KIDMAN:

Q. And looking at Figure 1, if you look at the front face of the device, do you see a series of diagonal lines?

A. I do.

Q. And do you know what those diagonal lines depict in the '678 patent?

MR. McELHINNY: Objection.

THE WITNESS: I don't.

BY MR. KIDMAN:

Q. And looking at the chin of the device, there is a circle in dashed lines.

Do you see that?

A. I do.

Q. And do you know what that circle and dashed lines depict in the '678 patent?

MR. McELHINNY: Objection.

THE WITNESS: I don't.

BY MR. KIDMAN:

Q. If you turn the page to Figure 3, and Figure 3 is described in the patent as a front view of the device. And do you see in Figure 3 a solid rectangular line that is above the dashed circular line in the chin and below the lozenge-shaped opening that's in the forehead?

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

A. I see the rectangle.

Q. And do you know what that rectangle depicts in the '678 patent?

MR. McELHINNY: Objection.

THE WITNESS: I don't know what that depicts.

BY MR. KIDMAN:

Q. And then do you see a second solid line that -- well, let me focus you.

Do you see a dashed line that runs around the perimeter of the front of the device shown in Figure 3?

A. This line here (indicating)?

Q. The outermost --

A. Yes --

Q. -- dashed line.

A. -- I see it.

Q. Okay. And then inside of that outermost dashed line is a second dashed line that runs contiguous with the outermost dashed line.

Do you see that?

MR. McELHINNY: Objection.

THE WITNESS: I don't know if I would use "contiguous." It's -- yeah, it's not

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

contiguous. I see this dashed line.

BY MR. KIDMAN:

Q. You see the outermost dashed line and then to the interior you see a second dashed line --

A. I do.

Q. -- also follows the same outline as that first same dashed line; correct?

A. Yes.

Q. And then do you also see a solid line that follows the same path as that second dashed line?

A. I see that line.

Q. And do you know what that -- what that solid line represents or depicts in the '678 patent?

MR. McELHINNY: Objection.

THE WITNESS: I don't know what that depicts.

BY MR. KIDMAN:

Q. How is it that you recognize the design that's shown in the '678 patent as being the original iPhone?

A. I can see that it is a representation of the iPhone when I look at all the images, but

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order



as to what each specific line represents, as I said earlier, I'm not a patent lawyer or patent draftsperson, and I don't know what those lines may or may not represent.

Q. Do you know what invention is claimed by the '678 patent?

MR. McELHINNY: Objection.

THE WITNESS: I don't recall.

BY MR. KIDMAN:

Q. If you take a look at Figure 1, does Figure 1 show a continuous glass surface on the front of the device?

MR. McELHINNY: Objection.

THE WITNESS: I don't know.

BY MR. KIDMAN:

Q. Does Figure 1 show a continuous flat surface on the top of the device?

MR. McELHINNY: Objection.

THE WITNESS: I don't know.

BY MR. KIDMAN:

Confidential Attorneys' Eyes Only
Pursuant to the Protective Order

Page 218

[redacted]

//

TSG Reporting - Worldwide 877-702-9580

:ss

COUNTY OF SAN MATEO )

I, CYNTHIA MANNING, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action, nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have subscribed my name this 22nd day of February 2012.

________________________________________

CYNTHIA MANNING, CSR No. 7645, CCRR, CLR

I N D E X