UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S OPENING MEMORANDUM REGARDING CLAIM CONSTRUCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a motion to file under seal (Dkt. No. 1090) relating to Samsung's Opening Memorandum Regarding Claim Construction and related exhibits.  Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motion to File Under Seal ("Wheeler Declaration").  The Wheeler Declaration provides sufficient evidence that certain documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal, to the extent and as described in the Wheeler Declaration:

- Exhibits 4, 17, and 18 to the Declaration of Adam S. Cashman in Support of Samsung's Opening Memorandum Regarding Claim Construction;
- The confidential, unredacted version of Samsung's Opening Memorandum Regarding Claim Construction.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Lucy H. Koh
                                    United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3161143

1