1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE SAMSUNG'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3161160

1  Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a motion to file under seal (Dkt. No. 1088) relating to Samsung's Reply in Support of Motion for Rule 37 Sanctions and related exhibits.  Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motion to File Under Seal ("Wheeler Declaration").  The Wheeler Declaration provides sufficient evidence that certain documents and information designated as confidential by Apple, and filed under seal by Samsung, are "privileged or protectable as a trade secret or otherwise entitled to protection under the law," and thus sealable.  Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal, to the extent and as described in the Wheeler Declaration:

- Exhibit 10 to the Reply Declaration of Diane C. Hutnyan in Support of Samsung's Motion for Rule 37 Sanctions;
- The confidential, unredacted version of Samsung's Reply in Support of Motion for Rule 37 Sanctions.

**IT IS SO ORDERED.**

Dated: _____     _____
                                   Hon. Paul S. Grewal
                                   United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3161160

1