QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L. R. 7-11 TO STAY ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (RE: DOCKET NOS. 769, 799, 822, 824, 845), FOR EXTENSION OF TIME, AND TO SEAL DOCUMENTS** |

## DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1. I am a member of the Bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have reviewed the Court's Order Denying Administrative Motions to File Under Seal (Re: Docket Nos. 769, 799, 822, 824, 845) (Dkt. No. 1105) (the "Order"). As a result of an administrative oversight, Samsung did not file the declarations in support of Apple's motions to file under seal referenced in the Order earlier.

3. On June 19, 2012, after reviewing the Order, I telephoned Richard Hung, counsel for Apple in this matter. I informed Mr. Hung that certain of the documents referenced in the Order contain highly confidential Samsung information, and that Samsung intended to file an emergency request to seal those documents. I asked Mr. Hung whether Apple would oppose such a request. Mr. Hung replied that he was not in a position to say whether Apple would agree to Samsung's request because his client contact is out of town and may not be available until the morning of June 20, 2012. Mr. Hung agreed that, if Samsung needed to file the emergency request that night, I could inform the Court of his response. I requested that Mr. Hung advise me as soon as he had spoken with his client. But, as of the time of the filing of this declaration, I have not received any further response from Mr. Hung regarding Samsung's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 19, 2012, at Los Angeles, California.

*/s/ Anthony P. Alden*
Anthony P. Alden