QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit the appended declaration of Hankil Kang in Support of Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 769, 799, 822, 824, and 845), to establish that the following are sealable:

- The confidential, unredacted version of Apple's Reply in Support of Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders (Dkt. No. 769);

- The confidential, unredacted version of the Reply Declaration of Minn Chung in Support of Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders("Chung Declaration"), and Exhibits A – S thereto;

- Exhibit to 2 to the Reply Declaration of Eric J. Olson in Support of Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders ("Olson Declaration");

- The confidential, unredacted version of Apple's Combined Reply in Support of Its Motion to Compel Depositions of Samsung's Purported "Apex" Witnesses and Opposition to Samsung's Motion for a Protective Order ("Apple's Apex Reply") (Dkt. No. 799);

- The confidential, unredacted version of the Declaration of Mia Mazza in Support of Apple's Apex Reply ("Mazza Apex Declaration"), and  Exhibits 5-32, 34, 35, and 38-40 thereto;

- The confidential, unredacted version of Apple's Reply Brief in Support of Rule 37(b)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order ("Apple's Damages Sanctions Reply") (Dkt. No. 822);

- The confidential, unredacted version of the Declaration of Erik J. Olson in Support of Apple's Damages Sanctions Reply ("Olson Damages Declaration"), and Exhibits A, D and I thereto;

- The confidential, unredacted version of the Declaration of Eric R. Roberts in Support of Apple's Damages Sanctions Reply ("Roberts Declaration"), and Exhibits A - C thereto;

- Exhibits 10 and 13-18 to the Declaration of Grant Kim in Support of Apple's Damages Sanctions Reply; and

- Exhibit D to the Reply Declaration of Marc J. Pernick in Support of Apple's Rule 37(b)(2) Motion Based on Samsung's Violation of the Court's December 22, 2011 Order Regarding Source Code ("Pernick Declaration") (Dkt. No. 845).

## DECLARATION OF HANKIL KANG

I, Hankil Kang, do hereby declare as follows:

1.       I am Legal Counsel at Samsung Electronics Co., Ltd.  I submit this Declaration in support of Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 769, 799, 822, 824, and 845).  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

### Docket No. 769

2.       The originals of Exhibits A-S of the Reply Declaration of Minn Chung in Support of Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders are documents which were produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  These documents and their translations reveal Samsung's strategies regarding design, product development and engineering, consumer research and marketing strategies, product evaluation and competitive analyses.  These documents contain highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers and other employees relating to the design and development of Samsung's products, as well as confidential information regarding strategies for marketing, evaluating, improving, and reviewing Samsung's and competitive products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

3.      The original of Exhibit A to the Chung Declaration is a document which was produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's strategies regarding design, competitive analysis, and suggested improvements of its product.  This document contains highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designer relating to the design of Samsung's products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

4.      The original of Exhibit B to the Chung Declaration is an email which was produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's strategies regarding design, the development of its products, and strategies relating to its competitive analysis of other products.  This document contains highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers, developers, and business operations relating to the development and competitive evaluation of Samsung's products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

5.      The originals of Exhibits C-E to the Chung Declaration are emails which were produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  These documents and their translations reveal strategies and proposals regarding the design and development of technical features of Samsung's products.  These documents contains highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's engineers or information exchanged between Samsung's employees and its business consultants relating to the design of Samsung's products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

1    6.    The originals of Exhibits F and H to the Chung Declaration are emails which were

2  produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

3  ATTORNEYS' EYES ONLY.  These documents and their translations reveal Samsung's

4  strategies regarding design, the development of its products, and strategies relating to its

5  competitive analysis of various features of other products.  These documents contain highly

6  confidential and commercially sensitive business information, including confidential information

7  from the files of Samsung's designers, developers, and business operations relating to the

8  development and competitive evaluation of Samsung's products.  This information is confidential

9  and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not

10  filed under seal.

11    7.    The original of Exhibit G to the Chung Declaration is a document which was

12  produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

13  ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's strategies

14  regarding design, the development of its products, timelines and business plans, and strategies

15  relating to its competitive analysis of other products.  This document contains highly confidential

16  and commercially sensitive business information, including confidential information from the files

17  of Samsung's management and business operations relating to the development and competitive

18  evaluation of Samsung's products.  This information is confidential and proprietary to Samsung,

19  and could be used to its disadvantage by competitors if it were not filed under seal.

20    8.    The originals of Exhibits I and L to the Chung Declaration are documents which

21  were produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

22  ATTORNEYS' EYES ONLY.  These documents and their translations reveal Samsung's analysis

23  of products from one of its competitors.  These documents contain highly confidential and

24  commercially sensitive business information, including confidential information from the files of

25  Samsung's business operations relating to the competitive evaluation of mobile phone products,

26  internal suggestions and proposals for marketing strategies, and internal research relating to the

27

28

1   mobile phone market.  This information is confidential and proprietary to Samsung, and could be

2   used to its disadvantage by competitors if it were not filed under seal.

3           9.      The originals of Exhibits J and K to the Chung Declaration are emails which were

4   produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

5   ATTORNEYS' EYES ONLY.  These documents and their translations reveal Samsung's

6   strategies for business organization, marketing and launch regions, and comparative or

7   competitive analysis of various features of other products.  These documents contain highly

8   confidential and commercially sensitive business information, including confidential information

9   from the files of Samsung's designers, developers, and business operations relating to the

10  development and competitive evaluation of Samsung's products.  This information is confidential

11  and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not

12  filed under seal.

13          10.     The original of Exhibit M to the Chung Declaration is a document which was

14  produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

15  ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's strategies

16  regarding design and user experience, as well as Samsung's internal competitive analysis of other

17  products.  This document contains highly confidential and commercially sensitive business

18  information, including confidential information from the files of Samsung's management and

19  business operations relating to the development and competitive evaluation of Samsung's

20  products.  This information is confidential and proprietary to Samsung, and could be used to its

21  disadvantage by competitors if it were not filed under seal.

22          11.     The original of Exhibit N to the Chung Declaration is a document which was

23  produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

24  ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's strategies

25  regarding the review of competitive products.  This document contains highly confidential and

26  commercially sensitive business information, including confidential information from the files of

27  Samsung's management and business operations relating to the competitive evaluation of

28

1   Samsung's products.  This information is confidential and proprietary to Samsung, and could be

2   used to its disadvantage by competitors if it were not filed under seal.

3          12.     The original of Exhibit O to the Chung Declaration is a document which was

4   produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

5   ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's strategies

6   regarding its internal business organization, innovative business structure and planning, and the

7   development of its products.  This document contains highly confidential and commercially

8   sensitive business information, including confidential information from the files of Samsung's

9   management and business operations relating to the strategy for Samsung's product development.

10   This information is confidential and proprietary to Samsung, and could be used to its disadvantage

11   by competitors if it were not filed under seal.

12          13.     The original of Exhibit P to the Chung Declaration is a document which was

13   produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-

14   ATTORNEYS' EYES ONLY.  This document and its translation reveal Samsung's internal

15   review of a competitive product.  This document contains highly confidential and commercially

16   sensitive business information, including confidential information from the files of Samsung's

17   management, marketing or design team relating to the competitive evaluation of Samsung's

18   products.  This information is confidential and proprietary to Samsung, and could be used to its

19   disadvantage by competitors if it were not filed under seal.

20          14.     The original of Exhibit Q of the Chung Declaration is a document that reflects

21   information which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES

22   ONLY.  This document lists Samsung's designers whose identities and information regarding their

23   roles and responsibilities at Samsung have been provided in confidential discovery responses.

24   This document contains highly confidential and commercially sensitive business information,

25   including confidential information regarding Samsung's business and design organization.  This

26   information is confidential and proprietary to Samsung, and could be used to its disadvantage by

27   competitors if it were not filed under seal.

28

15.     The original of Exhibit R of the Chung Declaration is an excerpt from a document which was produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  This document reveals Samsung's internal evaluation and the results of consumer research relating to Samsung's product and a competitive product.  This document contains highly confidential and commercially sensitive business information, including confidential information relating to Samsung's consumer research and marketing strategies.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

16.     The original of Exhibit S to the Chung Declaration is an excerpt from a document which was produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  This document reveals Samsung's internal evaluation and the results of its internal evaluation relating to various competitive mobile products.  This document contains highly confidential and commercially sensitive business information, including confidential information relating to Samsung's internal review and evaluation strategies.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

17.     The Reply Declaration of Minn Chung in Support of Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders summarizes and describes the contents of Exhibits A-S, which are Samsung documents designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and discussed in paragraphs 2 – 16 above.  The Declaration therefore contains highly confidential and commercially sensitive business information, including confidential information from the files of Samsung's designers, marketing representatives, engineers, and management relating to the design of Samsung's products, confidential information regarding the technical development of features of Samsung's products, and confidential information regarding Samsung's strategies regarding design, customer research, marketing, product evaluation and competitive analysis.  This information is confidential and

1  proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed

2  under seal.

3      18.     The original of Exhibit 2 of the Reply Declaration of Erik J. Olson in Support of

4  Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders

5  appears to be an excerpt from a document which was produced by Samsung in this matter with the

6  designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY.  This document reveals

7  the results of Samsung's consumer research relating to Samsung's products and/or competitive

8  products.  This document contains highly confidential and commercially sensitive business

9  information, including confidential information relating to Samsung's consumer research and

10  marketing and survey strategies.  This information is confidential and proprietary to Samsung, and

11  could be used to its disadvantage by competitors if it were not filed under seal.

12      19.     Apple's Reply in Support of its Motion for Rule 37(b)(2) Sanctions for Samsung's

13  Violation of Two Discovery Orders summarizes, describes and/or directly cites to the confidential

14  Chung Declaration and the confidential exhibits discussed in paragraphs 2 to 18 above.  Therefore,

15  this document should remain under seal for the same reasons as articulated above.

16      **Docket No. 799**

17      20.     The original of Exhibit 5 to the Mazza Apex Declaration includes slides from a

18  presentation made by Samsung to one of its carrier partners.  It contains Samsung's confidential

19  business information, including regarding the design and development of products (*see, e.g.,*

20  SAMNDCA10202846-57, 72, 74), financial data (*see, e.g.,* SAMNDCA10202831, 34, 36),

21  internal organizational structure (*see, e.g.,* SAMNDCA10202832-33), and the nature of

22  Samsung's relationship with a partner (*see, e.g.,* SAMNDCA10202873).  This information is

23  confidential and proprietary, and could be used by competitors to the detriment of Samsung, its

24  suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document

25  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it

26  should be sealed.

27

28

21.     The original of Exhibit 6 to the Mazza Apex Declaration is an excerpt from the transcript of the February 29, 2012 deposition of Seogguen Kim.  It contains Samsung's confidential business information, including regarding the design and development of products (*see, e.g.,* Tr. at 34:3-11) and internal organizational structure (*see, e.g.,* Tr. at 8:4-9:14; 36:9-37:20; 40:13-41:19).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

22.     The original of Exhibit 7 to the Mazza Apex Declaration is an excerpt from the transcript of the February 17, 2012 deposition of Don Joo Lee.  It contains Samsung's confidential business information, including regarding marketing strategy (*see, e.g.,* Tr. at 47:12-48:7) and internal organizational structure (*see, e.g.,* Tr. at 15:7-17:2; 52:12-21).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

23.     The original of Exhibit 8 to the Mazza Apex Declaration is a Korean-language document and what Apple claims to be its English translation.  They contain Samsung's confidential business information regarding the design and development of products (*see, e.g.,* SAMNDCA10249771).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

24.     The original of Exhibit 9 to the Mazza Apex Declaration is an email chain between various Samsung employees.  It contains Samsung's confidential business information, including regarding the design and development of products (*see, e.g.,* SAMNDCA10885548-49), Samsung's relationships with carrier partners (*see, e.g.,* SAMNDCA10885538-40), and pricing

strategy (*see, e.g.,* SAMNDCA10885541).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners. Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

25.     The original of Exhibit 10 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information regarding the design and development of products (*see* SAMNDCA10907801-02).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

26.     The original of Exhibit 11 to the Mazza Apex Declaration is a Korean-language document and what Apple claims to be its English translation.  They contain Samsung's confidential business information regarding the design and development of products and internal organizational structure (*see* SAMNDCA10422392-93).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

27.     The original of Exhibit 12 to the Mazza Apex Declaration is a Korean-language document and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see* SAMNDCA00196657-59) and internal organizational structure (*see* SAMNDCA00196651). This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

28.     The original of Exhibit 13 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products, relationships with carrier partners, pricing strategy, and internal organizational structure (*see* SAMNDCA10774544-50).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

29.     The original of Exhibit 14 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products and internal organizational structure (*see* SAMNDCA10775880-82).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

30.     The original of Exhibit 15 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding marketplace analysis (*see* SAMNDCA10911067, 69-70), financial data (*see* SAMNDCA10911070), and internal organizational structure (*see* SAMNDCA10911067-69).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

31.     The original of Exhibit 16 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products

1   (*see, e.g.,* SAMNDCA10771080-83), relationship with a carrier partner (*see, e.g., id.*), and internal

2   organizational structure (*see, e.g.,* SAMNDCA10771078-79).  This information is confidential and

3   proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its

4   carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL

5   – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

6          32.     The original of Exhibit 17 to the Mazza Apex Declaration is a Korean-language

7   email chain and what Apple claims to be its English translation.  They contain Samsung's

8   confidential business information, including regarding the design and development of products

9   (*see* SAMNDCA10764503-08), relationship with a carrier partner (*see id.*), and internal

10  organizational structure (*see, e.g.,* SAMNDCA10764503).  This information is confidential and

11  proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its

12  carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL

13  – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

14         33.     The original of Exhibit 18 to the Mazza Apex Declaration is an excerpt from the

15  transcript of the February 3, 2012 deposition of Jinsoo Kim.  It contains Samsung's confidential

16  business information, including regarding the design and development of products (*see, e.g.,* Tr. at

17  39:22-40:9) and internal organizational structure (*see, e.g.,* Tr. at 34:2-36:7).  This information is

18  confidential and proprietary, and could be used by competitors to the detriment of Samsung, its

19  suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this testimony

20  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it

21  should be sealed.

22         34.     The original of Exhibit 19 to the Mazza Apex Declaration is a document containing

23  slides.  It contains Samsung's confidential business information regarding the results of a market

24  survey (*see, e.g.,* SAMNDCA00533134-39).  This information is confidential and proprietary, and

25  could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.

26  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL –

27  ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

28

DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS  TO FILE
DOCUMENTS UNDER SEAL

35.     The original of Exhibit 20 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see, e.g.* SAMNDCA11115224-26), relationship with a carrier partner (*see* SAMNDCA11115224-29), and internal organizational structure (SAMNDCA11115223).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

36.     The original of Exhibit 21 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see* SAMNDCA10185356-64), relationship with carrier partners (*see id.*), and internal organizational structure (*see, e.g.,* SAMNDCA10185256).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

37.     The original of Exhibit 22 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see* SAMNDCA10172484-86) and internal organizational structure (*see id.*).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

38.     The original of Exhibit 23 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's

confidential business information, including regarding the design and development of products (*see* SAMNDCA10167858-65) and internal organizational structure (*see id.*).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

39.     The original of Exhibit 24 to the Mazza Apex Declaration is a Korean-language email and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see* SAMNDCA10181789-93), relationships with carrier partners (*see, e.g.,* SAMNDCA10181790-01), and pricing strategy (*see, e.g.,* SAMNDCA10181790).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

40.     The original of Exhibit 25 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see* SAMNDCA10247568-70) and internal organizational structure (*see id.*).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

41.     The original of Exhibit 26 to the Mazza Apex Declaration is a Korean-language email chain and what Apple claims to be its English translation.  They contain Samsung's confidential business information, including regarding the design and development of products (*see* SAMNDCA11023144-61), relationship with a carrier partner (*see id.*), and internal organizational structure (*see id.*).  This information is confidential and proprietary, and could be

1  used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.

2  Accordingly, Samsung has designated the document HIGHLY CONFIDENTIAL –

3  ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

4       42.    The original of Exhibit 27 to the Mazza Apex Declaration is a Korean-language

5  email chain and what Apple claims to be its English translation.  They contain Samsung's

6  confidential business information regarding the design and development of products (*see*

7  SAMNDCA10320161-62).  This information is confidential and proprietary, and could be used by

8  competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly,

9  Samsung has designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

10  ONLY under the Protective Order, and it should be sealed.

11       43.    The original of Exhibit 28 to the Mazza Apex Declaration is a Korean-language

12  email chain and what Apple claims to be its English translation.  They contain Samsung's

13  confidential business information, including regarding the design and development of products

14  (*see* SAMNDCA0053256063) and internal organizational structure (*see id.*).  This information is

15  confidential and proprietary, and could be used by competitors to the detriment of Samsung, its

16  suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document

17  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it

18  should be sealed.

19       44.    The original of Exhibit 29 to the Mazza Apex Declaration is an email chain.  It

20  contains Samsung's confidential business information, including regarding Samsung financial

21  data, internal organizational structure, and business strategy (*see* S-ITC-500000322).  This

22  information is confidential and proprietary, and could be used by competitors to the detriment of

23  Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the

24  document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective

25  Order, and it should be sealed.

26       45.    The original of Exhibit 30 to the Mazza Apex Declaration is a Korean-language

27  email chain and what Apple claims to be its English translation.  They contain Samsung's

28

1   confidential business information, including regarding financial data (*see, e.g.,* S-ITC-500043609-

2   10), relationships with carrier partners (*see, e.g., id.*), and product strategy (*see, e.g.,* S-ITC-

3   500043608).  This information is confidential and proprietary, and could be used by competitors

4   to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has

5   designated the document HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the

6   Protective Order, and it should be sealed.

7          46.     The original of Exhibit 31 to the Mazza Apex Declaration is a Korean-language

8   email chain and what Apple claims to be its English translation.  They contain Samsung's

9   confidential business information, including regarding the design and development of products

10  (*see* SAMNDCA10248549-51) and internal organizational structure (*see id.*).  This information is

11  confidential and proprietary, and could be used by competitors to the detriment of Samsung, its

12  suppliers, and/or its carrier partners.  Accordingly, Samsung has designated the document

13  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it

14  should be sealed.

15         47.     The original of Exhibit 32 to the Mazza Apex Declaration is an excerpt from the

16  transcript of the February 29, 2012 deposition of Heonseok Lee.  It contains Samsung's

17  confidential business information, including regarding the design and development of products

18  (*see, e.g.,* Tr. at 24:3-29:4) and internal organizational structure (*see, e.g.,* Tr. at 8:17-9:4).  This

19  information is confidential and proprietary, and could be used by competitors to the detriment of

20  Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this

21  testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective

22  Order, and it should be sealed.

23         48.     The original of Exhibit 34 to the Mazza Apex Declaration is a letter from counsel

24  for Apple to counsel for Samsung.  The letter discusses various documents and a deposition.  It

25  contains Samsung's confidential business information, including regarding the design and

26  development of products (*see* pp. 2-5), and it should be sealed.

27

28

49.     The original of Exhibit 35 to the Mazza Apex Declaration is an excerpt from the transcript of the March 7, 2012 deposition of Seong Hee Hwang.  It contains Samsung's confidential business information, including regarding the design and development of products (*see, e.g.,* Tr. at 27:16-28:2; 31:10-14; 48:4-7).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

50.     The original of Exhibit 38 to the Mazza Apex Declaration is an excerpt from the transcript of the March 8, 2012 deposition of Kiwon Lee.  It contains Samsung's confidential business information, including regarding the design and development of products and internal organizational structure (*see, e.g.,* Tr. at 5:24-25; 22:1-20; 23:13-25:1).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

51.     The original of Exhibit 39 to the Mazza Apex Declaration is an excerpt from the transcript of the March 1, 2012 deposition of Sungsik Lee.  It contains Samsung's confidential business information regarding the design and development of products (*see, e.g.,* Tr. at 64:10-13; 65:7-66:2) and internal organizational structure (*see, e.g.,* Tr. at 9:11-12).  This information is confidential and proprietary, and could be used by competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly, Samsung has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, and it should be sealed.

52.     The original of Exhibit 40 to the Mazza Apex Declaration is an excerpt from the transcript of the March 7, 2012 deposition of Dong Hoon Chang.  It contains Samsung's confidential business information, including regarding product strategy (*see, e.g.,* Tr. at 79:24-80:2; 83:10-89:11; 91:4-93:13; 117:1-10) and internal organizational structure (*see, e.g.,* Tr. at

1  89:14-91:3; 117:12-118:1).  This information is confidential and proprietary, and could be used by

2  competitors to the detriment of Samsung, its suppliers, and/or its carrier partners.  Accordingly,

3  Samsung has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

4  ONLY under the Protective Order, and it should be sealed.

5       53.     The confidential, unredacted version of the Mazza Apex Declaration discusses

6  and/or refers to information described in paragraphs 20 to 52 above, and therefore should be

7  sealed for the same reasons.

8       54.     The confidential, unredacted version of Apple's Apex Reply discusses and/or refers

9  to information described in paragraphs 20 to 53 above, paragraphs 3-15 of the Declaration of

10  Hankil Kang in Support of Samsung's Administrative Motion to File Documents Under Seal (Dkt.

11  754-1); paragraphs 2-3 of the Declaration of Hankil Kang in Support of Samsung's Administrative

12  Motion to File Documents Under Seal (Dkt. 773-2), and/or paragraphs 2-30 of the Declaration of

13  Melissa Chan in Support of Apple's Administrative Motion to File Documents Under Seal (Dkt.

14  791), and should be sealed for the same reasons.

15       **Docket Nos. 822 and 824**

16       55.     The original of Exhibit A to the Olson Declaration is a copy of a document

17  produced by Samsung in ITC Investigation No. 337-TA-796 ("796 Investigation") bearing Bates

18  label S-ITC-500005400.  This document, which Samsung has designated CONFIDENTIAL

19  BUSINESS INFORMATION under the Protective Order in the 796 Investigation, contains highly

20  sensitive financial information concerning Samsung's methodology for inventory forecasting, the

21  accuracy of that methodology and ways to improve it.  This document also contains information

22  relating to the value of Samsung's inventories, Samsung's production planning and means of

23  procurement, lead times for procurement, Samsung's weekly sales data, and bills of materials for

24  certain Samsung products.  This information is confidential and proprietary to Samsung, and could

25  be used by competitors to its detriment if not filed under seal.

26       56.     The original of Exhibit D to the Olson Declaration consists of excerpts from the

27  March 10, 2012 deposition transcript of JaeHwang Sim, a vice president in the Management

28

1   Support Team of Samsung Electronics Co., Ltd. ("SEC").  This document, which Samsung has

2   designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective

3   Order, contains sensitive information relating to the accounting and financial methods or

4   conventions followed by Samsung in the ordinary course of business, Samsung's Samsung's

5   record keeping and its financial data. This information is confidential and proprietary to Samsung,

6   and could be used by competitors to its detriment if not filed under seal.

7          57.     The original of Exhibit I to the Olson Declaration, filed on March 20, 2012 as

8   Docket No. 822-7, consists of excerpts from the February 29, 2012 deposition transcript of

9   Timothy Sheppard, Vice President of Finance and Operations at Samsung Telecommunications

10  America, LLC ("STA").  This document, which Samsung has designated HIGHLY

11  CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order, contains sensitive

12  information relating financial documents prepared by Samsung in the ordinary course of business,

13  Samsung's recordkeeping, as well as Samsung's revenues, unit sales, profits, and costs of goods

14  sold.  This information is confidential and proprietary to Samsung, and could be used by

15  competitors to the detriment of Samsung if not filed under seal.

16         58.     The confidential, unredacted version of the Olson Declaration discusses numerous

17  documents produced by Samsung in this litigation and designated HIGHLY CONFIDENTIAL –

18  ATTORNEY'S EYES ONLY under the Protective Order.  The Olson Declaration reveals the

19  contents of these sensitive financial documents, which include financial statements, market

20  analyses, and profit and loss statements.  Examples of the documents discussed in the Olson

21  Declaration were previously filed under seal, and therefore the Olson Declaration should be filed

22  under seal for the reasons set forth in paragraphs 3 – 6, 9 and 10 of the Declaration of Joby Martin

23  in Support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. No. 801-1).

24         59.     The original of Exhibit A to the Roberts Declaration is a translated copy of a

25  document produced by Samsung in this litigation, bearing Bates label SAMNDCA10198194.

26  This document, which Samsung has designated HIGHLY CONFIDENTIAL – ATTORNEY'S

27  EYES ONLY under the Protective Order, contains detailed information concerning Samsung's

28

1   unit sales, profit and loss, and average selling prices.  This document further contains information

2   relating to Samsung's financial goals for its U.S. operations and planned responses to market

3   developments.  This information is confidential and proprietary to Samsung, and could be used by

4   competitors to the detriment of Samsung if not filed under seal.

5        60.     The original of Exhibit B to the Roberts Declaration is a copy of a document

6   produced by Samsung in this litigation, bearing Bates label SAMNDCA00322209.  This

7   document, which Samsung has designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES

8   ONLY under the Protective Order, contains sensitive commercial information concerning

9   Samsung's accounting methods, as well as statements of STA's financial position, assets, income,

10  revenues, costs of goods sold, profit and operating expenses.  This information is confidential and

11  proprietary to Samsung, and could be used by competitors to the detriment of Samsung if not filed

12  under seal.

13       61.     The original of Exhibit C to the Roberts Declaration is a copy of a document

14  produced by Samsung in the ITC 796 Investigation, bearing Bates label SAMNDCA00322209.

15  This document, which Samsung has designated CONFIDENTIAL BUSINESS INFORMATION

16  under the Protective Order in the 796 Investigation, contains highly sensitive information

17  concerning the components of Samsung's products, the price Samsung pays for those components.

18  This information is confidential and proprietary, and could be used by competitors to the detriment

19  of Samsung and its suppliers if not filed under seal.

20       62.     The confidential, unredacted version of the Roberts Declaration reveals the

21  contents of financial spreadsheets produced by Samsung in this litigation, as well as the manner in

22  which Samsung maintains its financial database.  This information is confidential and proprietary

23  to Samsung, and could be used by competitors to the detriment of Samsung if not filed under seal.

24       63.     The original of Exhibit 9 to the Kim Declaration is a copy of Apple Inc.'s

25  Objections and Responses to Samsung Electronics Co. Ltd.'s First Set of Interrogatories to Apple

26  Inc.  This document, which has been designated HIGHLY CONFIDENTIAL – ATTORNEY'S

27  EYES ONLY under the Protective Order, contains information relating to confidential

28

DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS  TO FILE
DOCUMENTS UNDER SEAL

negotiations between the parties and Apple's claims for damages.  This information is confidential and proprietary to Samsung, and could be used by competitors to the detriment of Samsung if not filed under seal.

64.     The original of Exhibit 16 to the Kim Declaration is a copy of a document produced by Samsung in this litigation, bearing Bates label SAMNDCA00315873.  This document, which has been designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order, contains information concerning Samsung's public relations campaign prior to the launch of Samsung's Galaxy S II Epic 4G Touch product, and reveals Samsung's marketing strategies, advertising budgets, and sales targets.  This information is confidential and proprietary to Samsung, and could be used by competitors to the detriment of Samsung if not filed under seal.

65.     The original of Exhibit 17 to the Kim Declaration is a copy of a document produced by Samsung in this litigation, bearing Bates label SAMNDCA11120929.  This document, which has been designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order, contains sensitive information concerning the design and development process leading to the launch of Samsung's Galaxy S II Skyrocket product and the operation of Samsung's TouchWiz interface.  This information is confidential and proprietary to Samsung, and could be used by competitors to the detriment of Samsung if not filed under seal.

66.     The original of Exhibit 18 to the Kim Declaration is a copy of a document produced by Samsung in this litigation, bearing Bates label SAMNDCA00522001.  This document, which has been designated HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order, contains sensitive information concerning Samsung's Galaxy Tab 10.1 LTE product, namely Samsung's product planning efforts, specifications, material costs, marketing strategies and sales targets.  This information is confidential and proprietary to Samsung, and could be used by competitors to the detriment of Samsung if not filed under seal.

67.     The confidential, unredacted version of Apple's Damages Sanctions Reply summarizes, describes, or directly cites to the confidential Olson Declaration, the confidential

DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS  TO FILE DOCUMENTS UNDER SEAL

1  Roberts Declaration, and the confidential exhibits discussed in paragraphs 55 to 66.  Therefore,

2  this document should remain under seal for the same reasons articulated above.

3  **Docket No. 845**

4  68.     Exhibit D to the Pernick Declaration is a copy of a document produced by Samsung

5  in this litigation, bearing Bates label SAMNDCA00324067.  This document contains sensitive

6  information concerning changes and updates made to the source code of the accused products, and

7  directly cites Samsung source code.   This information is confidential and proprietary to Samsung,

8  and could be used by competitors to the detriment of Samsung if not filed under seal.

9

10     I declare under penalty of perjury that the forgoing is true and correct to the best of my

11  knowledge.

12     Executed this 20th day of June, 2012, in Suwon, South Korea.

13

14

15

16

17     _____

   Hankil Kang

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS  TO FILE
DOCUMENTS UNDER SEAL