QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Hankil Kang in support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 1089), to establish that the following is sealable:

- Exhibit 10 to the Declaration of Mia Mazza in Support of Apple's Opening Design Patent Claim Construction Brief ("Mazza Declaration").

**DECLARATION OF HANKIL KANG**

I, Hankil Kang, do hereby declare as follows:

1.      I am Legal Counsel at Samsung Electronics Co., Ltd.  I submit this Declaration in support of Apple's Administrative Motions to File Documents Under Seal (Dkt. No. 1089).  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.      Exhibit 10 to the Mazza Declaration consists of excerpts from the deposition transcripts of Samsung employee Jungmin Yeo.  This document, which has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order in this case, contains sensitive commercial information regarding cost considerations and other constraints that factor into the design and development process of Samsung products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if these documents were not filed under seal.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.  Executed in Suwon, South Korea on June 20, 2012.

_____
Hankil Kang