99999.7789

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>           vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Apple, Inc. ("Apple") has filed an Administrative Motion to File Documents Under Seal (Dkt. No. 1089). Pursuant to Civil L.R. 79-5(d), Apple moved to seal certain documents and information designated as "HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY" by defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").

Samsung has filed the declaration required under Civil L.R. 79-5(d) and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

1   establishes that information contained in the below documents has been designated as HIGHLY

2   CONFIDENTIAL – ATTORNEY'S EYES ONLY by Samsung.

3        Accordingly, for good cause shown, the Court ORDERS that the following documents

4   shall be filed under seal:

5              1.  The confidential, unredacted version of Exhibit 10 to the Declaration of Mia

6                   Mazza in Support of Apple's Opening Design Patent Claim Construction Brief.

7

8        **IT IS SO ORDERED.**

9

10  DATED:   June _____, 2012

11

12

13                                             Hon. Lucy H. Koh
                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99999.7789

**[PROPOSED ORDER] GRANTING APPLE'S ADMINISTRATIVE
MOTIONS TO FILE DOCUMENTS UNDER SEAL**