| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> Kevin P.B. Johnson (Cal. Bar No. 177129) <br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> 555 Twin Dolphin Drive 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Michael T. Zeller (Cal. Bar No. 196417) <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 <br><br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** <br><br> **HEARING ON SUMMARY JUDGMENT MOTIONS** <br><br> **JUNE 21, 2012** |

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple, "the Parties") seek to use certain equipment and devices at the summary judgment motions hearing on June 21, 2012;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that

1. The Parties and their attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at the summary judgment motions hearing on June 21, 2012;

2. The Parties and their attorneys, paralegals, assistants and consultants may bring the devices referenced in their motions for summary judgment, including prior art devices and the accused products, into the courtroom for use at the summary judgment motions hearing on June 21, 2012; and

3. Beginning at 10:00 a.m. on Thursday, June 21, 2012, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with the hearing as scheduled.

1   **IT IS SO STIPULATED.**

2   Dated: June 19, 2012                           MORRISON & FOERSTER LLP

4                                                  By:   */s/ Michael A. Jacobs*
5                                                         Michael A. Jacobs

6                                                  MORRISON & FOERSTER LLP
                                                   425 Market Street
7                                                  San Francisco, California  94105-2482
                                                   Telephone:  (415) 268-7000
8                                                  Facsimile:  (415) 268-7522

9                                                  Attorneys for Plaintiff
                                                   APPLE INC.

10  Dated: June 19, 2012                           QUINN EMANUEL URQUHART &
11                                                 SULLIVAN, LLP

14                                                 By:   /s/ *Todd Briggs*
                                                         Todd Briggs

16                                                 QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP
17                                                 555 Twin Dolphin Drive 5th Floor
                                                   Redwood Shores, California 94065
                                                   Telephone: (650) 801-5000
18                                                 Facsimile: (650) 801-5100

19                                                 Attorneys for Defendants
                                                   SAMSUNG ELECTRONICS CO.,
20                                                 LTD., SAMSUNG ELECTRONICS
                                                   AMERICA, INC. and SAMSUNG
21                                                 TELECOMMUNICATIONS
                                                   AMERICA, LLC

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: June __20__, 2012        By: _Lucy H. Koh_
                                    The Honorable Lucy H. Koh
                                    United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Todd Briggs has concurred in this filing.

Dated:  June 19, 2012                    */s/Michael A. Jacobs*
                                          Michael A. Jacobs

sf-3079668