| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California  94105-2482 | Palo Alto, California 94304 |
| Telephone:  (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile:  (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF INTENT TO DISMISS CLAIMS CONCERNING U.S. PATENT NO. D617,334 WITHOUT PREJUDICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The Court previously ordered the parties to identify the specific claims that they intend to assert at trial and to dismiss without prejudice their remaining claims and counterclaims. (Dkt. Nos. 901, 912). To this end, both parties previously submitted (1) a Statement Identifying the Claims that It Will Assert at Trial (Dkt. Nos. 902, 907) and (2) a Joint Stipulation and Proposed Order Dismissing Claims Without Prejudice (as entered, Dkt. No. 981).

To further streamline and simplify the issues for trial, Apple intends to request that the Court also dismiss without prejudice the parties' claims and counterclaims relating to U.S. Patent No. D617,334. Samsung has indicated its agreement to Apple's request, and the parties currently are working on a stipulation to effect this dismissal without prejudice.

Dated:  June 21, 2012                    MORRISON & FOERSTER LLP

By: /s/ *Harold McElhinny*

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

WILLIAM F. LEE
MARK D. SELWYN

Attorneys for APPLE INC.