# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 21, 2012     Time in Court: [9:01-11:39; 11:48-12:50 (3 hours 40 minutes)]

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Lee-Anne Shortridge

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK**
Plaintiff Attorney(s) present: Alison Tucher, Michael Jacobs, Mark Selwyn, Richard Hung, William Lee, Peter Kolovos
Defendant Attorney(s) present: Victoria Maroulis, Kathleen Sullivan and Diane Hutnyan

### PROCEEDINGS:
1.) Apple's Motion for Adverse Inference Jury Instructions Due to Samsung's Spoliation of Evidence (Doc. 895)
2.) Samsung's Motion for Rule 37 Sanctions for Apple's Violation of December 22, 2011 Court Order (Doc. 968)
3.) Apple's Motion for Clarification of April 12, 2012 Order (Doc. 885)
4.) Samsung's Motion to Enforce April 12, 2012 Order (Doc. 965)
5.) Apple's Motion to Strike Portions of Samsung's Expert Reports (Doc. 939)
6.) Samsung's Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories (Doc. 934)

The Court addresses Samsung's 6/20/2012 emergency request to stay 6/19/2012 order denying Apple's administrative motions to file under seal. The motion is deemed submitted.
Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///