| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | QUINN EMANUEL URQUHART & |
| hmcelhinny@mofo.com | SULLIVAN, LLP |
| MICHAEL A. JACOBS (CA SBN 111664) | Charles K. Verhoeven (Cal. Bar No. |
| mjacobs@mofo.com | 170151) |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 50 California Street, 22nd Floor |
| jtaylor@mofo.com | San Francisco, California 94111 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (415) 875-6600 |
| atucher@mofo.com | Facsimile: (415) 875-6700 |
| RICHARD S.J. HUNG (CA SBN 197425) | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| rhung@mofo.com | Victoria F. Maroulis (Cal. Bar No. 202603) |
| JASON R. BARTLETT (CA SBN 214530) | 555 Twin Dolphin Drive 5th Floor |
| jasonbartlett@mofo.com | Redwood Shores, California 94065 |
| MORRISON & FOERSTER LLP | Telephone: (650) 801-5000 |
| 425 Market Street | Facsimile: (650) 801-5100 |
| San Francisco, California  94105-2482 | Michael T. Zeller (Cal. Bar No. 196417) |
| Telephone:  (415) 268-7000 | 865 S. Figueroa St., 10th Floor |
| Facsimile:  (415) 268-7522 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| Attorneys for Plaintiff and | Facsimile: (213) 443-3100 |
| Counterclaim-Defendant APPLE INC. | |
| | Attorneys for SAMSUNG ELECTRONICS |
| | CO., LTD., SAMSUNG ELECTRONICS |
| | AMERICA, INC. and SAMSUNG |
| | TELECOMMUNICATIONS AMERICA, |
| | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS CONCERNING U.S. PATENT NO. D617,334 WITHOUT PREJUDICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1

2  *Additional attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.*

3

4  WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
5  HALE AND DORR LLP
   60 State Street
6  Boston, MA 02109
   Telephone: (617) 526-6000
7  Facsimile: (617) 526-5000

8  MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
9  WILMER CUTLER PICKERING
   HALE AND DORR LLP
10 950 Page Mill Road
   Palo Alto, California 94304
11 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS CONCERNING D617,334 W/O PREJUDICE
CASE NO. 11-CV-01846-LHK
sf- 3148137

0

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's May 10, 2012 Order Regarding Parties' Statements Narrowing Claims to be Asserted at Trial (Dkt. No. 912), the parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on April 15, 2011;

WHEREAS, pursuant to the Court's May 2, 2012 Case Management Order, trial in this action is currently scheduled to commence on July 30, 2012 (Dkt. No. 901);

WHEREAS, both parties have previously represented to each other and to the Court that each is willing to dismiss certain claims and counterclaims in the interests of streamlining and simplifying the issues in this case (Dkt. Nos. 893, 902);

WHEREAS, both parties previously submitted a Joint Stipulation and Proposed Order Dismissing Claims Without Prejudice, which was entered by the Court on May 29, 2012 (Dkt. No. 981);

WHEREAS, both parties are willing to dismiss their claims and counterclaims with respect to U.S. Patent No. D617,334 in the interests of streamlining and simplifying the issues in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1. This Stipulation and Order dismisses without prejudice any claims by Apple against Samsung for infringement of U.S. Patent No. D617,334 ("D'334 Patent") (Seventeenth Claim for Relief).

2. Samsung agrees that its corresponding counterclaims seeking declaratory judgment of non-infringement and invalidity for Apple's dismissed claim for infringement of the D'334 Patent should be dismissed without prejudice. This stipulation of dismissal without prejudice is made subject to Samsung's reservation of rights to reassert these or other

counterclaims and defenses relating to Apple's dismissed claims should any such dismissed claim be revived or reasserted by Apple for any reason.

      3.    This Stipulation and Order is not an adjudication on the merits of any of the claims or counterclaims that are hereby dismissed without prejudice.

Dated: June 21, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: /s/ *Harold McElhinny*<br>   HAROLD J. MCELHINNY<br>   MICHAEL A. JACOBS<br>   JENNIFER LEE TAYLOR<br>   ALISON M. TUCHER<br>   RICHARD S.J. HUNG<br>   JASON R. BARTLETT<br><br>   WILLIAM F. LEE<br>   MARK D. SELWYN<br><br>Attorneys for APPLE INC. | By: /s/ *Todd Bridges*<br>   CHARLES K. VERHOEVEN<br>   KEVIN P.B. JOHNSON<br>   VICTORIA F. MAROULIS<br>   EDWARD DEFRANCO<br>   MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012    By: _____
                                                                   The Honorable Lucy H. Koh
                                                                   United States District Judge