QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 FOR A LIMITED STAY OF THE COURT'S JUNE 21, 2012 ORDER [DKT. NO. 1115] PENDING RESOLUTION OF SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** |

Pursuant to Civil L.R. 7-11, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully requests an order for a limited stay of this Court's June 21, 2012 Order Denying Administrative Motions to Stay, for Extension of Time, and to Seal Documents (Dkt. No. 1115), pending the District Court's resolution of Samsung's forthcoming Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

1. From March 5, 2012, through June 19, 2012, Apple, Inc. filed certain administrative motions to file documents under seal (Dkt. Nos. 769, 799, 822, 824, and 845) (collectively, "motions to file under seal"). On June 19, 2012, the Court issued an Order Denying Administrative Motions to File Under Seal (Re: Docket Nos. 769, 799, 822, 824, 845) (Dkt. No. 1105) (the "Order"), because no supporting declarations had been filed. Later that day, Samsung filed an Emergency Miscellaneous Administrative Request Pursuant to Civil L.R. 7-11 to Stay Order Denying Administrative Motions to File Under Seal (Re: Docket Nos. 769, 799, 822, 824, 845), for Extension of Time, and to Seal Documents (the "emergency request"). Dkt. No. 1109.

2. On June 21, 2012, the Court denied Samsung's emergency request, noting that Samsung's proposed order was not sufficiently "narrowly tailored" and sought to seal some exhibits that had "no discernable proprietary interest." Dkt. No. 1115.

3. On or before Monday, June 25, 2012, Samsung will file a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, objecting to portions of the Court's June 21 Order, pursuant to Rule 72 of the Federal Rules of Civil Procedure, and Civil L. R. 72-2. Samsung's Motion for Relief will be limited, seeking to keep sealed only a narrowly tailored subset of the documents, or information within documents, that were subject to Samsung's emergency request.

4. A stay pending resolution of Samsung's Motion for Relief is necessary to protect Samsung's highly sensitive, confidential business information. Although, as the Court's June 21 Order noted, portions of some documents subject to Samsung's emergency request were not proprietary, it is clear that other documents contain Samsung's highly confidential business information, including but not limited to the design and development of Samsung's products,

1  highly confidential financial data, product development and engineering, product evaluation and
2  competitive analysis, marketing research and strategies, and the nature of Samsung's relationships
3  with its business partners.  The disclosure of this information will inflict serious and irreversible
4  harm on Samsung.

5      5.  A stay will not prejudice Apple, any third party, or the public interest in access to
6  court records because the stay will be for a short, definite period.  On the other hand, Samsung
7  will suffer material harm if its confidential information is made public due merely from an
8  administrative oversight.  The confidential information Samsung seeks to keep sealed is just the
9  kind of information that courts have long recognized would be harmful if made publically
10 available.  *See Powertech Techn., Inc. v. Tessera, Inc.*, 2012 WL 1969039, at *1-2 (N.D. Cal. May
11 31, 2012) (granting plaintiff's motion to seal to prevent harm caused by "by giving its competitors
12 [] proprietary information"); *Davis v. Soc. Serv. Coordinators*, 2012 WL 1940677, at *3 (E.D.
13 Cal. May 29, 2012) (granting request to seal documents where disclosure may cause movant
14 "competitive harm").

15     6.  As explained in the accompanying Declaration of Anthony P. Alden, Samsung
16 sought to obtain consent from Apple before filing the present motion pursuant to Civil L.R. 7–11.
17 However, at the time of the filing of this request, counsel for Apple had not responded.  (Alden
18 Dec., ¶ 3.)

19     For all these reasons, Samsung respectfully requests that the Court grant a limited stay of
20 the Order Denying Administrative Motions to Stay, for Extension of Time, and to Seal Documents
21 (Dkt. No. 1115), pending the District Court's consideration of Samsung's Motion for Relief.
22     A proposed order is submitted herewith.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

-2-   Case No. 11-cv-01846-LHK
SAMSUNG'S EMERGENCY MISC. ADMIN. REQUEST FOR A LIMITED STAY OF ORDER

1  Respectfully,

2  DATED: June 22, 2012                    QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4

5                                          By  /s/ Victoria F. Maroulis
                                               Charles K. Verhoeven
6                                              Kevin P.B. Johnson
                                               Victoria F. Maroulis
7                                              Michael T. Zeller

8
                                               Attorneys for SAMSUNG ELECTRONICS CO.,
9                                              LTD., SAMSUNG ELECTRONICS AMERICA,
                                               INC. and SAMSUNG
10                                             TELECOMMUNICATIONS AMERICA, LLC