QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ANTHONY P. ALDEN IN SUPPORT OF SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 FOR A LIMITED STAY OF THE COURT'S JUNE 21, 2012 ORDER [DKT. NO. 1115] PENDING RESOLUTION OF SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** |

## DECLARATION OF ANTHONY P. ALDEN

I, Anthony P. Alden, declare as follows:

1. I am a member of the Bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have reviewed the Court's June 21, 2012 Order Denying Motion to Stay Order Denying Administrative Motions to Stay, for Extension of Time, and to Seal Documents (the "Order"), Dkt. No. 1115.

3. On June 21, 2012, after reviewing the Order, I sent an email to Richard Hung, counsel for Apple in this matter. I asked Mr. Hung whether he would agree to a stay of the Order pending resolution of Samsung's Motion for Relief from Nondispositive Pretrial Order, which Samsung will file on or before Monday, June 25, 2012. A true and correct copy of my email is attached as Exhibit A. But, as of the time of the filing of this Declaration, I have not received any response from Mr. Hung regarding Samsung's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 21, 2012, at Los Angeles, California.

*/s/ Anthony P. Alden*
Anthony P. Alden

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing Declaration. In compliance with General Order 45 (X)(B), I hereby attest that Anthony Alden has concurred in this filing.

DATE: June 22, 2012                                              */s/ Victoria Maroulis*