# EXHIBIT A

| | |
|---|---|
| **From:** | Anthony Alden |
| **Sent:** | Thursday, June 21, 2012 11:10 PM |
| **To:** | Hung, Richard S. J. |
| **Cc:** | Samsung v. Apple; AppleMoFo |
| **Subject:** | Samsung v. Apple:  Request for Stipulation |

Richard: we intend to file tonight a motion with Judge Grewal requesting a limited stay of his order denying Samsung's renewed motion to seal, pending resolution of Samsung's Motion for Relief from Non-dispositive Pretrial Order (which we expect to file on or before Monday).  Please let me know if Apple will stipulate to the limited stay, and confirm that it will not disclose the relevant documents to Apple or anyone else pending resolution of Samsung's motions.

Thanks,


Anthony P. Alden | Partner | **quinn emanuel urquhart & sullivan, llp** | 865 S. Figueroa Street, 10th Floor | Los Angeles, CA 90017 | 213-443-3159 Direct | 213-443-3000 Main Office Number | 213-443-3100 Fax | anthonyalden@quinnemanuel.com | www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.