UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11** |

Apple Inc. ("Apple") filed several Administrative Motions to File Documents Under Seal (Dkt. Nos. 769, 799, 822, 824, and 845). On June 19, 2012, the Court issued an Order denying these motions (Dkt. No. 1105). Later that day, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed an Emergency Miscellaneous Administrative Request Pursuant to Civil L.R. 7-11 to stay the Order, for an extension of time to file the accompanying Declaration of Hankil Kang pursuant to Civil L.R. 79-5, and for an order granting in part Apple's motions to file under seal. Dkt. No. 1109. On June 21, 2012, the Court denied that request (the "June 21 Order"). Dkt.

02198.5185

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L. R. 7-11

1  No. 1115.   The following day, Samsung moved for a limited stay of the Court's June 21 Order
2  pending resolution of its Motion for Relief from Nondispositive Pretrial Order, which it intends to
3  file on or before Monday, June 25, 2012.
4      Accordingly, for good cause shown, the Court GRANTS Samsung's Emergency
5  Miscellaneous Administrative Request for a Limited Stay, and STAYS implementation of its June
6  21, 2012 Order, pending resolution of Samsung's Motion for Relief from Nondispositive Pretrial
7  Order.
8      IT IS FURTHER ORDERED that within twenty-four hours of resolution of Samsung's
9  Motion for Relief from Nondispositive Order, Samsung will advise the Court of said resolution.

**IT IS SO ORDERED.**

DATED:   _____, 2012

                                                                   Honorable Paul S. Grewal
                                                                     United States Magistrate Judge