# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: June 22, 2012  Time in Court: 9 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (1:31 to 1:40)

**TITLE: Apple, Inc v. Samsung Electronics Co., Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK

Plaintiff Attorney(s) present: Michael Jacobs, *telephonically*

Defendant Attorney(s) present: Victoria Maroulis, *telephonically* and Anthony Alden, *telephonically*

### PROCEEDINGS:
### Hearing on Samsung's Motion for Limited Stay of Court's June 21, 2012 Order

Telephonic hearing held.
The court stays 6/21/2012 order for purpose of allowing Samsung to file motion for reconsideration. Motion to be filed no later than 6/25/2012 by 9:00 a.m. and is to be directed to Judge Grewal.

///