HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846 LHK (PSG) <br><br> **APPLE INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE ARGUMENTS MADE AT JUNE 21 HEARING** |

At oral argument, counsel for Samsung made several misstatements with respect to Apple's production of transcripts after April 27. Apple therefore moves for leave to file a supplemental response to correct the record.

Samsung asserts that Apple produced in May and June transcripts that should have been produced earlier pursuant to the December 22 and April 12 Orders. In particular, Samsung claimed at the hearing that Apple continued to produce transcripts subject to the Court's orders from *Elan* matters well into June.

Apple produced no new transcripts from the *Elan* matters in May or June. Transcripts or transcript excerpts that were *exhibits* to court documents from the *Elan* matter were produced. Without exception, however, every one of them was (a) a duplicate of a transcript *already produced* before April 27, or (b) a transcript whose production was not called for by the December 22 and April 12 Orders because it involves a non-employee. (*See* Declaration of Nathan B. Sabri in Support of Apple's Supp. Response ("Sabri Decl.") Ex. A.)

Apple also produced in May and June court documents from other proceedings, such as the *Motorola* matters, that likewise contained transcripts and transcript excerpts that were court documents. Apple has re-reviewed every transcript and transcript excerpt produced and confirmed that it was (a) previously produced, (b) a non-Apple employee, or (c) from a case with no technological nexus. (Sabri Decl. ¶ 2, Ex. A.)

Only three transcripts outside the foregoing categories were produced by Apple after April 27. These were transcripts prepared no earlier than April 9, 2012 (Nima Parivar); April 10, 2012 (William Stewart); and April 11, 2012 (Greg Novick), and were taken in the ongoing Motorola litigation. (*Id.* ¶ 4.) Due to the proximity of these three depositions to the date of the April 12 Order, the transcripts were not in the set that counsel for Apple in *Motorola* provided for production to Samsung immediately after the Order issued. (*Id.*) After Samsung's counsel in this action, which also represents Motorola in that litigation, inquired about more recent transcripts, we immediately contacted counsel for Apple in all of the related matters again to ask whether any new deposition transcripts had come in. (*Id.*) The three transcripts discussed above were among the transcripts provided in response, and Apple produced them promptly. (*Id.*) Apple notes

1 | further that the transcripts are *not* "prior" testimony. (Dkt. No. 536 (December 22 Order) at 5

2 | (relating to production of "Transcripts of **Prior** Deposition Testimony of Apple Witnesses"); Dkt.

3 | No. 867 (April 12 Order) at 8 ("In relevant part, the court's December 22 Order addressed

4 | Samsung's motion to compel 'transcripts of **prior** deposition testimony of Apple witnesses

5 | testifying in their employee capacity.'")) (emphasis added).)

MORRISON & FOERSTER LLP

Dated: June 22, 2012

By: */s/ Michael A. Jacobs*
Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.