HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT  IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE ARGUMENTS MADE AT JUNE 21 HEARING** |

I, JASON R. BARTLETT, declare as follows:

1.   I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Supplemental Response re Arguments Made at June 21 Hearing.

2.   Pursuant to Local Rule 7-11(a) at 2:05 pm on June 22, 2012 sent a request by email to Samsung requesting that Samsung stipulate to Apple's accompanying Motion for Leave to File its Supplemental Response Regarding Arguments Made at June 21 Hearing. Counsel for Samsung replied that Samsung will oppose.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June, 2012 at San Francisco, California.

                                           */s/ Jason R. Bartlett*
                                           Jason R. Bartlett

SABRI DECL. ISO MOT. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE JUNE 21 HEARING
CASE NO. 11-CV-01846 LHK (PSG)
sf-3162643

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: June 22, 2012          */s/ Michael A. Jacobs*
                              Michael A. Jacobs

SABRI DECL. ISO MOT. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE JUNE 21 HEARING
CASE NO. 11-CV-01846 LHK (PSG)
sf-3162643

2