| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000  MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., Plaintiff, v. SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | Case No.    11-cv-01846-LHK (PSG) **DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE ARGUMENTS MADE AT JUNE 21 HEARING** |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Supplemental Response re Arguments Made at June 21 Hearing.

2. Attached as **Exhibit A** is a true and correct index of all transcript excerpts and transcripts produced by Apple to Samsung after April 27, 2012. Except for three transcripts discussed below, Apple produced all of these transcript excerpts and transcripts because they were part of court documents filed in related proceedings. Several transcripts produced were taken in a case which does *not* have a technological nexus. They were produced only because they were made part of court documents in cases having a technological nexus.

3. On the morning of April 13, my colleague forwarded to counsel for Apple in the related matters a copy of the April 12 Order and requested that they produce "the deposition transcripts of *all* Apple employees." Apple promptly produced all of the transcripts that had not been produced earlier in the litigation upon receipt from Apple's counsel in the related matters, including transcripts received from counsel in the *Motorola* matter the same day.

4. On May 25, 2012, Samsung's counsel in this action, which also represents Motorola in the ongoing litigation between Apple and Motorola, noted that Apple's production of transcripts did not include transcripts from after March 27, 2012. My colleague immediately contacted counsel for Apple in the related matters again to ask whether any new deposition transcripts had come in. Three transcripts taken in the ongoing Motorola litigation and prepared no earlier than three days before the April 12 Order—April 9, 2012 (Nima Parivar); April 10, 2012 (William Stewart); and April 11, 2012 (Greg Novick)—were provided in response. Due to the proximity of these three depositions to the date of the April 12 Order, these transcripts were not among the transcripts provided to us on April 13.

5. Attached as **Exhibit B** are true and correct copies of cover pages and court reporter signature pages from these three transcripts.

SABRI DECL. ISO MOT. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE JUNE 21 HEARING
CASE NO. 11-CV-01846 LHK (PSG)
sf-3162333

1

1     I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June, 2012 at San Francisco, California.

                                  */s/ Nathan Sabri*
                                  Nathan Sabri

SABRI DECL. ISO MOT. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE JUNE 21 HEARING
CASE NO. 11-CV-01846 LHK (PSG)
sf-3162333

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Nathan Sabri has concurred in this filing.

Dated: June 22, 2012            */s/ Michael A. Jacobs*
                                Michael A. Jacobs

SABRI DECL. ISO MOT. FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE JUNE 21 HEARING
CASE NO. 11-CV-01846 LHK (PSG)
sf-3162333

3