# Exhibit A

| Transcript Excerpt or Transcript Produced as Part of Court Documents | Date Produced | Reason Production Not Violation |
|---|---|---|
| 11/10/10 Eric Jue, Elan ITC | 6/19/2012 | Duplicate, produced before deadline at APLNDC-Y0000231187 |
| 11/17/10 Wayne Westerman, Elan ITC | 6/19/2012 | Duplicate, produced before deadline at APLNDC0001224201 |
| 11/15/10 Wayne Chang, Elan ITC | 6/19/2012 | Non-employee |
| 11/15/10 Ian Chung, Elan ITC | 6/19/2012 | Non-employee |
| 10/12/10 Paul Haughey, Elan ITC | 6/19/2012 | Non-employee |
| 9/27/10 Steve Bisset, Elan ITC | 6/19/2012 | Non-employee |
| 11/19/10 Steven Hotelling, Elan ITC | 6/19/2012 | Duplicate, produced before deadline at APLNDC-X0000000642 |
| 11/15/10 Ian Chung, Elan ITC | 6/11/2012 | Non-employee |
| 9/8/11 Costen Burch, Moto Wis. | 6/7/2012 | Duplicate, produced before deadline at APLNDC0003108478 |
| 7/8/11 Richard Lutton, Moto ITC 745 and 750 | 6/7/2012 | Duplicate, produced before deadline at APLNDC0001249107 |
| 11/22/11 Ken Kinwa Ho, Moto Wis. | 6/7/2012 | Non-employee |
| 7/14/11 Deborah Coutant, Moto ITC 750 | 6/7/2012 | Non-employee *and* duplicate, produced before deadline at APLNDC0003112779 |
| 7/7/11 Boris Teksler, Moto ITC 750 | 6/7/2012 | Duplicate, produced before deadline at APLNDC0001220501 |
| 8/3/11 Marc Foodman, Moto ITC 750 | 6/7/2012 | Non-employee |
| 7/9/10 Greg Bomberger, Nokia ITC 704 | 6/7/2012 | Non-employee |
| 3/30/12 Nima Parivar, Moto Ill. (Prepared 4/9/2012) | 5/30/2012 | Not prior testimony |
| 4/5/12 Greg Novick, Moto Ill. (Prepared 4/11/2012) | 5/30/2012 | Not prior testimony |
| 4/10/12 William Stewart, Moto Ill. (Preparation date not shown) | 5/30/2012 | Not prior testimony |
| 7/8/11 Mark Buckley, Moto ITC 750 | 5/6/2012 | Duplicate, produced before deadline at APLNDC0003112642 |
| 9/8/11 Costen Burch, Moto Wis. | 5/1/2012 | Duplicate, produced before deadline at APLNDC0003108478 |
| 8/17/11 Louis Finkelstein, Moto Wis. | 5/1/2012 | Non-employee |
| 7/8/11 William Manning, Moto ITC 745 | 5/1/2012 | Case does not have technological nexus |
| 7/13/11 Costen Burch, Moto ITC 745 | 5/1/2012 | Case does not have technological nexus |
| 9/7/11 Robert Newberry, Moto Wis. | 5/1/2012 | Duplicate, produced before deadline at APLNDC0003110992 |
| 9/8/11 Paul Rekieta, Moto Wis. | 5/1/2012 | Duplicate, produced before deadline at APLNDC0003111762 |
| 7/8/11 Richard Lutton, Moto ITC 745 and 750 | 5/1/2012 | Duplicate, produced before deadline at APLNDC0001249107 |
| 7/13/11 Latonia Gordon, Moto ITC 745 | 5/1/2012 | Non-employee, case does not have technological nexus |
| 5/13/11 David Singer, Moto ITC 745 | 5/1/2012 | Case does not have technological nexus |
| 8/19/11 Jeffrey Smolinske, Moto Wis. | 5/1/2012 | Non-employee |
| 6/28/11 Tyler Brown, Moto ITC 745 | 5/1/2012 | Non-employee, case does not have technological nexus |
| 4/1/11 Richard Lutton, Moto Wis. | 5/1/2012 | Duplicate, produced before deadline at APLNDC-Y0000251169 |
| 7/19/11 Tom Mavrakakis, Moto ITC 745 | 5/1/2012 | Non-employee, case does not have technological nexus |
| 6/8/11 Neill Taylor, Moto ITC 745 | 5/1/2012 | Non-employee, case does not have technological nexus |
| 4/12/11 Kirk Dailey, Moto ITC 745 | 5/1/2012 | Non-employee, case does not have technological nexus |
| 6/3/11 Brian Blasius, Moto ITC 745 | 5/1/2012 | Non-employee, case does not have technological nexus |
| 9/13/11 Mark Cudak, Moto Wis. | 5/1/2012 | Non-employee |
| 8/9/11 Dominic Tolli, Moto Wis | 5/1/2012 | Non-employee |
| 5/6/11 David Andrus, Moto ITC 745 | 5/1/2012 | Case does not have technological nexus |

1