# Exhibit B

# In The Matter Of:

*Apple, Inc.*
*vs.*
*Motorola, Inc., et al*

---

*Nima Parivar*

*March 30, 2012*

---

***Apple's Confidential Business Information***
****Subject to Protective Order****

MERRILL CORPORATION
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000383929

**Apple's Confidential Business Information - Subject to Protective Order**
**Nima Parivar March 30, 2012**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

APPLE INC. and NeXT SOFTWARE, INC., (f/k/a NeXT COMPUTER, INC.),

Plaintiffs,

vs. No. 1:11-cv-08540

MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,

Defendants.

_______________________________/

Apple's Confidential Business Information

Subject to Protective Order

DEPOSITION OF NIMA PARIVAR

March 30, 2012

Reported by:

Natalie Y. Botelho

CSR No. 9897

**Merrill Corporation - Chicago**
**(312) 386-2000** **www.merrillcorp.com/law**

**Highly Confidential - Attorneys' Eyes Only** **APLNDC-Y0000383930**

Page 102

Page 104

Page 103

CERTIFICATE OF REPORTER

I, Natalie Y. Botelho, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled.

The said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition review of the transcript [ ] was|[X] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: April 9, 2012

Natalie Y. Botelho, CSR No. 9897

# In The Matter Of:

*Apple, Inc.*
*vs.*
*Motorola, Inc., et al*

---

*Gregory Brian Novick*

*April 5, 2012*

---

***CONFIDENTIAL APPLE BUSINESS INFORMATION***
****Attorneys' Eyes Only - Under Protective Order****

MERRILL CORPORATION
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
--oOo--

APPLE INC. and NEXT SOFTWARE, INC., (f/k/a NeXT COMPUTER, INC.),

Plaintiffs and Counterclaim-Defendants,

vs. No. 11-CV-8540 (RAP)

MOTOROLA, INC. and MOTOROLA MOBILITY, INC.,

Defendants and Counterclaim-Plaintiffs.

______________________________/

CONFIDENTIAL APPLE BUSINESS INFORMATION
ATTORNEYS' EYES ONLY - UNDER PROTECTIVE ORDER

VIDEOTAPED 30(b)(6) DEPOSITION OF
GREGORY BRIAN NOVICK

________________________________

THURSDAY, APRIL 5, 2012

REPORTED BY: DIANE M. WINTER, RMR, CRR, CSR NO. 3186

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000383986

Confidential Apple Business Information - Attorneys' Eyes Only - Under Protective Order
Gregory Brian Novick April 5, 2012

Page 70

Page 72

Page 71

CERTIFICATE OF REPORTER

I, DIANE M. WINTER, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: April 11, 2012

______________________________

DIANE M. WINTER, CSR No. 3186

Page 73

Pages 70 to 73

Merrill Corporation - Chicago
(312) 386-2000 www.merrillcorp.com/law

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000384004

# In The Matter Of:

*Apple, Inc.*
*vs.*
*Motorola, Inc., et al*

---

*William George Stewart*

*April 10, 2012*

---

*****CONFIDENTIAL*****
***Attorneys' Eyes Only***

MERRILL CORPORATION
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000384016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

---o0o---

APPLE, INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.),

Plaintiff,

vs. Case No. 1:11-cv-08540

MOTOROLA, INC. and MOTOROLA MOBILITY, INC.,

Defendants.

/

VIDEOTAPED DEPOSITION OF

WILLIAM GEORGE STEWART

---

Tuesday, April 10, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: RACHEL FERRIER, CSR 6948

(3-442701)

Page 62

Page 63

CERTIFICATE OF REPORTER

I, RACHEL FERRIER, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony was thereafter reduced to typewriting by computer under my direction and supervision and is a true record of the testimony given by the witness;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED:

____________________________

RACHEL FERRIER, CSR No. 6948

Page 64