1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE ARGUMENTS MADE AT JUNE 21 HEARING** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Having considered Apple's Motion for Leave to File Supplemental Response re
2  Arguments Made at June 21 Hearing, Apple's motion for leave is GRANTED.

**IT IS SO ORDERED.**

Dated: June ____, 2012

                                          HONORABLE PAUL S. GREWAL
                                          United States Magistrate Judge