UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h46m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE  DATE: 6/21/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: C11-01846LHK

CASE TITLE: APPLE, INC.  VS.  SAMSUNG ELECTRONICS CO. LTD., ET AL

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

  HAROLD J. MCELHENNEY                        KEVIN P. B. JOHNSON

  MICHAEL A. JACOBS, WILLIAM F. LEE           VICKI MAROULIS

  MARK D. SELWYN                              MIKE ZELLER


**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.    { } PRE-TRIAL CONF.    {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| {X} | { } | { } | 1. FOR SUMMARY JUDGMENT |
| { } | {X} | { } | 2. FOR SUMMARY JUDGMENT |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

**DISPOSITION of TODAY'S PROCEEDINGS**

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

**[ ] BRIEFS TO BE FILED AS FOLLOWS:**

{    } Cont'd to          @            For

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: MOTIONS ARE ARGUED. THE COURT WILL ISSUE A WRITTEN ORDER.