| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE** |

In accordance with Northern District of California Civil Local Rule 7-11, Apple respectfully moves the Court for leave to file an Objection to Reply Evidence in Samsung's Reply in Support of Motion for Summary Judgment (Dkt. No. 1063).

Samsung cited new reply evidence (Exhibit 25 to the Declaration of Bill Trac in Support of Samsung's Reply in Support of Motion for Summary Judgment (Dkt. No. 1068-25)), which the Court asked about during the 6/21/2012 hearing, in its summary judgment motion reply briefing. During that hearing, counsel for Apple made an oral motion for leave to submit the Supplemental Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment and provided the Court and opposing counsel with copies.

To ensure completeness of the record, Apple requests that the Court grant this motion so that Apple may have a fair opportunity to respond to Samsung's contentions regarding this exhibit. Copies of the proposed objection and accompanying declaration are attached hereto as Exhibits A and B.

Counsel for Samsung opposes the filing of this motion. (Declaration of Jason R. Bartlett in Support of Apple Inc.'s Administrative Motion for Leave to File Objection to Reply Evidence, filed herewith, ¶ 2.)

Dated:  June 22, 2012                                          MORRISON & FOERSTER LLP

                                                               By:  /s/ Michael A. Jacobs
                                                                    Michael A. Jacobs
                                                                    Attorneys for Plaintiff
                                                                    APPLE INC.