1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S MOTION FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE** |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2 ("Apple") has filed an administrative motion for an order to seal portions of the following
3 documents:

    1. The confidential, unredacted version of Supplemental Declaration Of Ravin Balakrishnan, Ph.D., In Support Of Apple's Opposition To Samsung's Motion For Summary Judgment (Exhibit B to Apple's Administrative Motion for Leave to File Objection to Reply Evidence).

Having considered the arguments and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File Under Seal.  The above-referenced document shall be filed under seal.

**IT IS SO ORDERED.**

Dated: June _____, 2012          By: _____
                                                                      Honorable Lucy H. Koh
                                                                       United States District Judge