| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   5:11-cv-01846-LHK |
| Plaintiff, | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[DOCKET NO. 1121-1]** |
| Defendants. | |

1    Apple hereby moves the Court to remove the following document from ECF, submitted
2    electronically on June 22, 2012:
3    Apple's Objection to Reply Evidence, which is Exhibit A to Apple's Administrative
4    Motion for Leave to File Objection to Reply Evidence [Docket No. 1121-1].
5    Apple's Objection inadvertently contained confidential information that was not properly
6    redacted.  The ECF Help Desk has already been contacted and has been asked to lock the
7    document in question, and is awaiting the Court's order to remove it from the record.
8    Apple will today file and lodge with the Clerk's Office a motion to seal this document.
9    Apple anticipates that Samsung or third party MERL will submit a declaration and proposed
10   sealing order pursuant to Local Rule 79-5(d).
11   For the foregoing reasons, Apple respectfully requests that the Court grant Apple's
12   Motion to Remove Incorrectly Filed Document [Docket No. 1121-1].

Dated: June 22, 2012                         MORRISON & FOERSTER LLP

                                             By:  */s/ Michael A. Jacobs*
                                                  MICHAEL A. JACOBS

                                                  Attorneys for Plaintiff and
                                                  Counterclaim-Defendant
                                                  APPLE INC.