1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DOCKET NO. 1121-1]** |

1  Apple has moved this Court to remove incorrectly filed Docket No. 1121-1, which
2  contains information that has been designated as confidential under the protective order.  Apple
3  has filed a motion to seal this document and anticipates that Samsung or third party MERL will
4  submit a declaration and proposed sealing order pursuant to Local Rule 79-5(d).
5  Having considered the arguments of the parties and the papers submitted, and finding
6  good cause therefor,
7  The Court hereby grants Apple's Motion to Remove Incorrectly Filed Document [Docket
8  No. 1121-1] and orders that it be removed from the publicly available docket.
9  **IT IS SO ORDERED.**

Dated: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 11-CV-01846 LHK (PSG)
sf-3162809