| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br> <br> Plaintiff, <br> <br> v. <br> <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br> <br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br> <br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE** |

1  In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") submits this motion for an order to seal the following document or portions thereof:
3      1.   The confidential, unredacted Objection to Reply Evidence (Exhibit A to Apple's
4           Administrative Motion for Leave to File Objection to Reply Evidence), which has
5           been designated confidential as set forth below.
6  The Objection to Reply Evidence contains information that Samsung has represented was
7  designated "under the protective order" by third party MERL, and which Samsung designated
8  "Highly Confidential – Attorneys' Eyes Only" until it could confer with third Party MERL about
9  the appropriate designation.  Apple expects that, pursuant to Civil Local Rule 79-5(d), either
10 Samsung or third party MERL will file a declaration seeking to establish good cause to permit the
11 sealing of these materials.  A copy of this motion will concurrently be sent to third party MERL.
12 Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the documents at
13 issue.

Dated: June 22, 2012                    MORRISON & FOERSTER LLP

                                        By:   */s/ Michael A. Jacobs*
                                              MICHAEL A. JACOBS

                                        Attorneys for Plaintiff
                                        APPLE INC.