1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S MOTION FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal portions of the following
3  documents:
4      1.  The confidential, unredacted version of Objection To Reply Evidence (Exhibit A
5          to Apple's Administrative Motion for Leave to File Objection to Reply Evidence).
6  Having considered the arguments and the papers submitted, and GOOD CAUSE
7  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
8  Under Seal. The above-referenced document shall be filed under seal.
9  **IT IS SO ORDERED.**
10 Dated: June _____, 2012          By: _____
11                                       Honorable Lucy H. Koh
                                         United States District Judge

PROPOSED ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3162808