UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.5185

-1-  Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE

1  Having considered Apple's Administrative Motion for Leave to File Objection to Reply
2  Evidence, and Samsung's Opposition thereto, the Court DENIES Apple's motion.

4  **IT IS SO ORDERED.**

6  DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER DENYING APPLE'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE OBJECTION TO REPLY EVIDENCE