1
2
3
4
5
6
7
8

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11                                   SAN JOSE DIVISION

| | |
|---|---|
| 12  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| 13              Plaintiff, | **[PROPOSED] ORDER DENYING APPLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE ARGUMENTS MADE AT JUNE 21 HEARING** |
| 14              vs. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16 | |
| 17 | |
| 18              Defendants. | |
| 19 | |

20
21
22
23
24
25
26
27
28

1  Having considered Apple's Motion for Leave to File Supplemental Response Re
2  Arguments Made at June 21 Hearing and Samsung's Response thereto, Apple's Motion is
3  DENIED.

4

5  **IT IS SO ORDERED.**

6

7  DATED: _____, 2012

8

9

10  _____
    Honorable Paul S. Grewal
11  United States Magistrate Judge