# EXHIBIT 1

**Table A - Documents Not to Be Filed Under Seal**

| Docket Entry | Documents Not to Be Filed Under Seal |
|---|---|
| 769 | The unredacted version of Apple's Reply in Support of Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders ("Apple's Two Orders Sanctions Reply"). |
| | The unredacted version of the Reply Declaration of Minn Chung in Support of Apple's Two Orders Sanctions Reply ("Chung Decl."), and Exhibits D-S thereto. |
| | The unredacted version of the Reply Declaration of Eric J. Olson in Support of Apple's Two Orders Sanctions Reply, and Exhibits 1 and 2 thereto. |
| 799 | The unredacted version of Apple's Combined Reply in Support of its Motion to Compel Depositions of Samsung's Purported "Apex" Witnesses and Opposition to Samsung's Motion for a Protective Order ("Apple's Apex Reply"). |
| | The unredacted version of the Declaration of Mia Mazza in Support of Apple's Apex Reply ("Mazza Decl."), and Exhibits 5-25, 27-29, 31, 32, 34, 36, 37, 39, and 40 thereto. |
| 822 | The unredacted version of the Declaration of Erik J. Olson in Support of Apple's Reply in Support of Rule 37(B)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order ("Apple's Damages Sanctions Reply") ("Olson Decl."), and Exhibits B, D, F, and H thereto. |
| | The unredacted version of the Declaration of Eric R. Roberts in Support of Apple's Damages Sanctions Reply ("Roberts Decl."). |
| | The unredacted version of the Declaration of Grant L. Kim in Support of Apple's Damages Sanctions Reply ("Kim Decl."), and Exhibits 9-10, 13-15, and 17 thereto. |

1

**Table B – Portions of Documents To Be Sealed**

| Dkt. No. | Document | Pages with Redactions | Reason |
|---|---|---|---|
| 769 | Chung Decl., Ex. C | Bates -604-06 | Confidential Samsung information regarding algorithm used for certain features on Samsung smartphones. |
| | Chung Decl., Ex. D | Bates -822-23 | Confidential Samsung information regarding Samsung's source code. |
| | Chung Decl., Ex. E | Bates -706 | Confidential Samsung information regarding Samsung's source code. |
| 799 | Mazza Decl., Ex. 26 | Bates -144-63 | Confidential Samsung information regarding features included in Samsung's unreleased products and/or for a certain carrier partner. |
| | Mazza Decl., Ex. 30 | Bates -609-10 | Confidential Samsung financial information regarding Samsung's market share and total sales. |
| | Mazza Decl., Ex. 35 | 27-28, 31-33, 46 | Confidential Samsung information regarding Samsung's source code. |
| | Mazza Decl., Ex. 38 | 22-25 | Confidential Samsung information regarding Samsung's source code. |
| 822 | Apple's Damages Sanctions Reply | 1, 4 n.2, 6, 14 | Confidential Samsung financial information regarding Samsung's profits. |
| | Olson Decl., Ex. A | Bates -401-11, 414, 417-22, 427-28 | Confidential Samsung financial information regarding Samsung's supply chain and inventory management, including past performance and future projections. |

| Dkt. No. | Document | Pages with Redactions | Reason |
|---|---|---|---|
| | | Bates -412-13, 415-16 | Confidential Samsung financial information regarding Samsung's material costs. |
| | Olson Decl., Ex. I (*see also* Dkt. No. 824 (moving to seal Olson Decl., Ex. I)) | 88, 123-25, 146 | Confidential Samsung financial information regarding Samsung's sales and profits. |
| | Roberts Decl. | 5-7, 9-11 | Confidential Samsung financial information regarding Samsung's sales and profits. |
| | Roberts Decl., Ex. A | Bates -194-266, -269-72, -274-748, -280-82, -284, -286, -288-91, -293-97, -299-301, -303, -305-07, -309-11, -313-15, -317, -319, -321, -323-77 (includes several unmarked pages). | Confidential Samsung financial information, including information regarding Samsung's profits, material costs, and market share. |
| | Roberts Decl., Ex. B | Bates -212-38 | Confidential Samsung internal financial statements. |
| | Roberts Decl., Ex. C | Bates -394-455 | Confidential Samsung financial information regarding Samsung's material costs. |
| | Kim Decl., Ex. 16 | Bates -873-74 | Confidential Samsung financial information regarding Samsung's marketing costs and estimated sales. |

| Dkt. No. | Document | Pages with Redactions | Reason |
|---|---|---|---|
|  | Kim Decl., Ex. 18 | Bates -002 | Confidential Samsung financial information regarding Samsung's material costs. |
| 845 | Ex. D to Pernick Reply Decl. in Support of Apple's Rule 37(b)(2) Motion Based on Violation of Dec. 22 Order Re: Source Code | Last column only. | Confidential Samsung information regarding Samsung's source code. |