QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF SAMSUNG'S MOTION FOR RECONSIDERATION AND APPLE'S MOTIONS TO FILE UNDER SEAL (DKT. NOS. 769, 799, 822, 824, AND 845)**<br><br>Judge:  The Hon. Paul S. Grewal<br>Courtroom:  5, 4th Floor |

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit the appended Declaration of Hankil Kang in Support of Samsung's Motion for Reconsideration of the Court's June 21, 2012 Order (Dkt. No. 1115) and Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 769, 799, 822, 824, and 845), to establish that the following are sealable:

- Portions of Exhibits C, D, and E to the Reply Declaration of Minn Chung in Support of Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two Discovery Orders ("Chung Declaration") (Dkt. No. 769);

- Portions of Exhibit Nos. 26, 30, 35, and 38 to the Declaration of Mia Mazza in Support of Apple's Combined Reply in Support of its Motion to Compel Depositions of Samsung's Purported "Apex" Witnesses and Opposition to Samsung's Motion for a Protective Order ("Mazza Declaration") (Dkt. No. 799);

- Portions of the unredacted version of Apple's Reply Brief in Support of Rule 37(b)(2) Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order ("Apple's Damages Sanctions Reply") (Dkt. No. 822);

- Portions of Exhibits A and I to the Declaration of Erik J. Olson in Support of Apple's Damages Sanctions Reply ("Olson Damages Declaration") (Dkt. No. 822);

- Portions of the unredacted version of the Declaration of Eric R. Roberts in Support of Apple's Damages Sanctions Reply ("Roberts Declaration"), and portions of Exhibits A - C thereto (Dkt. No. 822);

- Portions of Exhibits 16 and 18 to the Declaration of Grant Kim in Support of Apple's Damages Sanctions Reply ("Kim Declaration") (Dkt. No. 822); and

- Portions of Exhibit D to the Reply Declaration of Marc J. Pernick in Support of Apple's Rule 37(b)(2) Motion Based on Samsung's Violation of the Court's December 22, 2011 Order Regarding Source Code ("Pernick Declaration") (Dkt. No. 845).

**DECLARATION OF HANKIL KANG**

I, Hankil Kang, do hereby declare as follows:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. I submit this Declaration in support of Samsung's Motion for Reconsideration of the Court's June 21, 2012 Order (Dkt. No. 1115) and Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 769, 799, 822, 824, and 845). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibits C, D and E to the Chung Declaration are emails which were produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. The portions of these documents, and their translations, that Samsung requests be sealed reveal strategies and proposals regarding the design and development of technical features of Samsung's products, as well as the specific source code files and algorithms used to implement those features. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of each document should be sealed are explained in the table below and proposed redacted versions of these documents are attached as Exhibits 1, 2, and 3.

3. Exhibit Nos. 26 and 30 to the Mazza Declaration are emails which were produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. The portions of these documents, and their translations, that Samsung requests be sealed reveal strategies and proposals regarding the design and development of technical features of Samsung's products, as well as the specific source code files and algorithms used to implement those features. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of each document should be sealed are explained in the table below and proposed redacted versions of these documents are attached as Exhibits 4 and 5.

4. Exhibit Nos. 35 and 38 to the Mazza Declaration are excerpts from the transcripts of the March 7, 2012 deposition of Seong Hee Hwang and the March 8, 2012 deposition of Kiwon

1  Lee, respectively.  These transcripts have been designated HIGHLY CONFIDENTIAL –
2  ATTORNEYS' EYES ONLY by Samsung.  The portions of the excerpts that Samsung requests be
3  sealed reveal strategies and proposals regarding the design and development of technical features
4  of Samsung's products, as well as the specific source code files and algorithms used to implement
5  those features.  This information is confidential and proprietary to Samsung, and could be used to
6  its disadvantage by competitors if it were not filed under seal.  The reasons why each portion of
7  each excerpt should be sealed are explained in the table below and proposed redacted versions of
8  these excerpts are attached as Exhibits 6 and 7.

9       5.     The limited portions of Apple's Damages Sanctions Reply that Samsung requests
10 be sealed contain Samsung's highly confidential financial data.  This information was derived by
11 Apple from documents produced by Samsung in this matter with the designation HIGHLY
12 CONFIDENTIAL – ATTORNEYS' EYES ONLY.  The financial data, including specific
13 information about Samsung's profits, is confidential and proprietary to Samsung, and could be
14 used to its disadvantage by competitors if it were not filed under seal.  The reasons why each
15 portion of the document should be sealed are explained in the table below and a proposed redacted
16 version of the document is attached as Exhibit 8.

17      6.     Exhibit A to the Olson Damages Declaration is a document produced by Samsung
18 in a related investigation before the International Trade Commission ("ITC") with the designation
19 CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER.  The
20 portions of the document that Samsung requests be sealed reveal information about Samsung's
21 supply chain, inventory management, and confidential financial data, including past performance
22 and future projections related to Samsung's inventory management, and specific financial
23 information about material costs.  This information is confidential and proprietary to Samsung,
24 and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons
25 why each portion of the document should be sealed are explained in the table below and a
26 proposed redacted version of the document is attached as Exhibit 9.

27
28

7. Exhibit I to the Olson Damages Declaration is an excerpt from the transcript of the February 29, 2012 deposition of Timothy Sheppard. This transcript has been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY by Samsung. The portions of the excerpt that Samsung requests be sealed contain highly confidential and commercially sensitive Samsung business information, including specific information about Samsung's profits. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of the excerpt should be sealed are explained in the table below and a proposed redacted version of the excerpt is attached as Exhibit 10.

8. The limited portions of the Roberts Declaration that Samsung requests be sealed contain Samsung's highly confidential financial data. This information was derived by Apple from documents produced by Samsung in this matter with the designation HIGHLY-CONFIDENTIAL ATTORNEYS' EYES ONLY. The financial data, including specific information about Samsung's profits, is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of the document should be sealed are explained in the table below and a proposed redacted version of the document is attached as Exhibit 11.

9. Exhibits A-C to the Roberts Declaration are documents produced by Samsung in this matter and in a related investigation before the ITC with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER. The portions of the documents that Samsung requests be sealed reveal Samsung's financial data. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of each document should be sealed are explained in the table below and proposed redacted versions of these documents are attached as Exhibits 12, 13, and 14.

10. Exhibits 16 and 18 to the Kim Declaration are documents produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. The limited portions of these documents that Samsung requests be sealed reveal Samsung's highly confidential and commercially sensitive financial data. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of each document should be sealed are explained in the table below and proposed redacted versions of these documents are attached as Exhibits 15 and 16.

11. Exhibit D to the Pernick Declaration is a document produced by Samsung in this matter with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY. The portions of this document that Samsung requests be sealed reveal strategies and proposals regarding the design and development of technical features of Samsung's products, as well as the specific source code and algorithms used to implement those features. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal. The reasons why each portion of the document should be sealed are explained in the table below and a proposed redacted version of the document is attached as Exhibit 17.

12. The following table describes the reasons why each portion of each document Samsung requests be sealed should be sealed.

| Dkt. No. | Document | Pages with Redactions | Reason |
| --- | --- | --- | --- |
| 769 | Chung Decl., Ex. C | Bates -604-06 | Confidential Samsung information regarding algorithm used for certain features on Samsung smartphones. |
| | Chung Decl., Ex. D | Bates -822-23 | Confidential Samsung information regarding Samsung's source code. |
| | Chung Decl., Ex. E | Bates -706 | Confidential Samsung information regarding Samsung's source code. |

| Dkt. No. | Document | Pages with Redactions | Reason |
|---|---|---|---|
| 799 | Mazza Decl., Ex. 26 | Bates -144-63 | Confidential Samsung information regarding features included in Samsung's unreleased products and/or for a certain carrier partner. |
|  | Mazza Decl., Ex. 30 | Bates -609-10 | Confidential Samsung financial information regarding Samsung's market share and total sales. |
|  | Mazza Decl., Ex. 35 | 27-28, 31-33, 46 | Confidential Samsung information regarding Samsung's source code. |
|  | Mazza Decl., Ex. 38 | 22-25 | Confidential Samsung information regarding Samsung's source code. |
| 822 | Apple's Damages Sanctions Reply | 1, 4 n.2, 6, 14 | Confidential Samsung financial information regarding Samsung's profits. |
|  | Olson Decl., Ex. A | Bates -401-11, 414, 417-22, 427-28 | Confidential Samsung financial information regarding Samsung's supply chain and inventory management, including past performance and future projections. |
|  |  | Bates -412-13, 415-16 | Confidential Samsung financial information regarding Samsung's material costs. |
|  | Olson Decl., Ex. I (*see also* Dkt. No. 824 (moving to seal Olson Decl., Ex. I)) | 88, 123-25, 146 | Confidential Samsung financial information regarding Samsung's sales and profits. |
|  | Roberts Decl. | 5-7, 9-11 | Confidential Samsung financial information regarding Samsung's sales and profits. |
|  | Roberts Decl., Ex. A | Bates -194-266, -269-72, -274-748, -280-82, -284, -286, -288-91, -293-97, -299-301, -303, -305-07, -309-11, -313-15, -317, -319, -321, -323-77 (includes | Confidential Samsung financial information, including information regarding Samsung's profits, material costs, and market share. |

| Dkt. No. | Document | Pages with Redactions | Reason |
|---|---|---|---|
|  |  | several unmarked pages). |  |
|  | Roberts Decl., Ex. B | Bates -212-38 | Confidential Samsung internal financial statements. |
|  | Roberts Decl., Ex. C | Bates -394-455 | Confidential Samsung financial information regarding Samsung's material costs. |
|  | Kim Decl., Ex. 16 | Bates -873-74 | Confidential Samsung financial information regarding Samsung's marketing costs and estimated sales. |
|  | Kim Decl., Ex. 18 | Bates -002 | Confidential Samsung financial information regarding Samsung's material costs. |
| 845 | Pernick Decl., Ex. D | Last column only. | Confidential Samsung information regarding Samsung's source code. |

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this 25th day of June, 2012, in Suwon, South Korea.

_____
Hankil Kang