# KANG DECLARATION EXHIBIT 1

# EXHIBIT C

# FILED UNDER SEAL

Taehyung Kim

318 Lambert Ave.
Northvale NJ 07647

201-562-4937
tedkim1210@gmail.com

March 2, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of the
SAMNDCA10850604 – SAMNDCA10850607
is an accurate and complete rendering of the contents of the source
document to the best of my knowledge. I further certify that I
translated said document and that I am a professional competent in
both languages with more than seven (7) years of professional
experience.

BY: _____

Taehyung Kim

From: Sangwook Han <whan@nemustech.com>
Sent: Thursday, October 28, 2010 10:57 PM
To: seungyun75.lee@samsung.com
Cc: Wookyun Kho, Chi Hoon Ryu; zaharang@nemustech.com; Aries-frame@nemustech.com
Subject: Re: [List Bouncing] Questions regarding bouncing
Attachments: Screenshot 2010-10-29 PM 2.49.52.png

Hello, this is Sang Wook Han of Nemustech.

Actually since until last weekend, we reviewed the bounce issues and until the day before yesterday, we have been reviewing the deceleration speed issues while on scroll mode.

With regards to bounce, we used the ⬛⬛⬛⬛ model which was modeled after the actual physical effect and obtained the bounce effect that is similar to the iPad. A new Scroller (instead of Interpolator) was created but overall impression is that there was no substantial difference from the conventional method of changing the parameter of Interpolator. Accordingly, we did not release it.

The final curve that was used is as follows.



1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850604

.

I will send you next Monday those framework ListView files where the new Scroller is applied.
Thank you.

Sangwook Han
swhan@nemustech.com

2

**Highly Confidential - Attorneys' Eyes Only**

**SAMNDCA10850605**

Oct. 29, 2:20 PM, 2010, by Seung Yeon Lee:

Principal Engineer Sang Wook Han, Executive Seung Min Lee is added.

----------- Original Message-----------
Sender: Wookyun Kho wk.kho@samsung.com  E4/GA Group(Mobile)/SEC
Date: 10/29/2010 11:59 (GMT +09:00)
Title:  [List Bouncing] Questions regarding bouncing

Hello, This is Wookyun Kho of Samsung Electronics.

I have some questions to ask with regards to list bouncing tuning.
At the time of last tuning, I remember that we agreed to proceed with two tunings.
The items that were forwarded previously have been applied at the first tuning.
I would like to know the current status of the production of the "interpolater" for the smoother bouncing which is to be applied at the 2nd tuning.

Upon our internal review with regards to bouncing, ████████████████ that we used for the previous bouncing is a simple
████ which has low flexibility and made a little awkward impression.
████ However, compared to our competitor's product (you know well which one T^T), it is still not satisfactory. There was an internal opinion to

If there is a better way that is under development that is separate from what was proposed from our internal review, please let us know.
If there isn't any decision made with regards to the bouncing algorithm, it would be a good idea to consider ████.

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10850606

SAMNDCA10850607

Thank you.

Wookyun Kho

<2010102914208829_44YDKKW4.jpg>

4

Highly Confidential - Attorneys' Eyes Only

**From:** Sangwook Han <swhan@nemustech.com>
**Sent:** Thursday, October 28, 2010 10:57 PM
**To:** seungyun75.lee@samsung.com
**Cc:** 고우균; 류치훈; zaharang@nemustech.com; Aries-frame@nemustech.com
**Subject:** Re: [리스트 바운싱] 바운싱 관련 문의 드립니다.
**Attachments:** 스크린샷 2010-10-29 오후 2.49.52.png

안녕하세요 네무스텍 한상욱입니다

사실 지난 주말까지 바운스에 대해서, 그제까지 scroll 중 감속 속도에 관해서 검토를 계속 진행하였습니다 .
바운스에 대해서는 실제 물리 효과를 모델링한 ▉▉▉를 활용하여 iPad 와 비슷한 bounce 효과를 얻었는데,
Scroller(Interpolator 대신)는 새로 작성하셨지만 결과적인 느낌은 기존의 Interpolator 의 parameter를 변경한 것과 큰 차이가
없었습니다. 그래서, 힐리즈는 하지 않았습니다.

최종적으로 사용한 곡선은 다음과 같습니다.

SAMNDCA10850604

Highly Confidential - Attorneys' Eyes Only

감사합니다.

Sangwook Han
swhan@nemustech.com

SAMNDCA10850605

Highly Confidential - Attorneys' Eyes Only

2010. 10. 29., 오후 2:20, 이승연 작성:

한상욱 수석님, 이승민 이사님 이사님 추가했습니다.

------- Original Message -------
Sender : 고우균<wk.kho@samsung.com> D4(선임)/선임/GA 그룹(무선)/삼성전자
Date : 2010-10-29 11:59 (GMT+09:00)
Title : [리스트 바운싱] 바운싱 관련 문의 드립니다.

안녕하세요 삼성전자 고우균 입니다.

리스트 바운싱 튜닝 관련해서 문의드릴 게 있어 연락 드립니다.

지난번 튜닝 맡 두 번에 걸쳐서 튜닝을 진행하기로 얘기가 되었던 것으로 기억합니다.

1 차적으로 지난번에 전달해주신 사항이 적용되있는데요.

2 차로 진행하기로 했던 좀 더 부드러운 바운싱을 위한 'interpolater' 제작 건이 어떻게 진행되고 있는지 궁금합니다.



저희 내부에서 바운싱 관련해서 검토한 결과, 기존에 바운싱을 위해 사용되었던 [redacted] 단순한 [redacted]
유연성이 낮아 조금 여색한 느낌을 연출했었습니다. [redacted]
경쟁사 제품말 안해도 핀자 아시겠죠? ^^)에 비해서도 아직 부족한 것 같습니다. 내부 검토 결과로는 [redacted]

저희 내부에서 나온 제안 사항과는 별개로 현재 진행하고 계신 사항이 있다면 공유 부탁 드립니다.
만약 아직 바운싱 알고리즘과 관련해 결정된 사항이 없다면 [redacted] 사용을 한번 생각해 보는 것도 좋을 것 같습니다.

3

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850606

SAMNDCA10850607

감사합니다.
고우균

<20101029142082 9_44Y0XKW4.jpg>

4

Highly Confidential - Attorneys' Eyes Only