# KANG DECLARATION EXHIBIT 2

# EXHIBIT D

# FILED UNDER SEAL

Jason Kim

1903 South Harvard Blvd.
Los Angeles, CA 90018

323-608-3740
the1jasonkim@gmail.com

March 2, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of the
SAMNDCA10850822 – SAMNDCA10850824
is an accurate and complete rendering of the contents of the source
document to the best of my knowledge. I further certify that I
translated said document and that I am a professional competent in
both languages with more than seven (7) years of professional
experience and several years of apprenticeship in Korean to English translation.

BY: _____
            Jason Kim

**From:** Sangwook Han <swhan@nemustech.com>
**Sent:** Wednesday, July 21, 2010 11:05 PM
**To:** Seung Yun Lee
**Cc:** 'Seung Min Lee'; 'Eun Jung Kim'; 'Wookyun Kho'; ky07.lee@samsung.com; 'NamJo Hur'; 'JiYong Chung'; aries-frame@nemustech.com
**Subject:** Re: [Tiffany Effect] P1 Application Case / Additional Review Items Inquiry

Hello. This is SangWook Han at NemusTech.

I will send the additional sample of Tiffany library update and worldclock list today.
I would like to discuss again tomorrow the necessary items for the additional practice exercise for Tiffany in detail. Today is just too chaotic.

Additional review items
1. List item order change
  – Programming is possible without a modification of Library or conflicts of functions.

2. Bounce in Grid
If you're talking about ▇▇▇▇▇, it's currently does not exist.
The function exists in ▇▇▇ but an immediate release seems difficult as it's in the process of function modification.
I think it'd be possible to apply the modification of ▇▇▇ by Tuesday next week.

Thank you.

Sangwook Han
swhan@nemustech.com

2010. 7. 22., 12:34 PM, Seung Yun Lee wrote:

Principal Sangwook Han,

The Effect case you have sent has been reviewed.

1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850822

First, it seems that a schedule adjustment is necessary for

The application of an Effect like Tiffany Grid will be difficult as we are working towards 7/29 NR as our goal.
As Tiffany's immediate possibility as stated can cover some ground, so we are considering consulting at that level for phase 1.
We have set to review the additional possibilities with
It'd be a great help if you could publish an additional practice exercise regarding the stated possibility of Tiffany's immediate application.
Also, the Worldclock's list delete that you have sent yesterday is an Effect with a wide range of application. So please publish it when complete.

Here are additional review items.

1. For Worldclock, a review is in progress for changing the list to be identical to that of iPhone.
This part seems to be possible through           , please confirm this does not conflict with WorldClock's list delete effect.
If possible, can we receive a WorldClock practice exercise with the effect in the image below and list item delete effect applied together?

<image001.png>

2. There is a request to insert                                    was modified, but it had not been applied in P1 when we verified.
We assumed that it would work in
I'm inquiring if there is any additional part you will work on for us. Please let me know of the application status too. 😊

Thank you~

---

**From:** Sangwook Han [mailto:swhan@nemustech.com]
**Sent:** Wednesday, July 21, 2010 7:47 PM
**To:** Seung Yun Lee
**Cc:** Seung Min Lee; Eun Jung Kim; Wookyun Kho; ky07.lee@samsung.com; NamJo Hur; JiYong Chung; aries-frame@nemustech.com
**Subject:** Re: [Tiffany Effect] P1 Application Case

Hello. This is Sangwook Han at NemusTech.

First I have attached the review comment in the xls file.

It seems like there are 2 issues that can be supported by modifying Tiffany. There are sections to modify in TFAnimatedListView and TFAnimatedGridView, and each takes about 1 to 2 weeks.

Most of the rest will be neat in shape when created In the app.

The animations with performance-related comments seem to be functionally possible, but they are realistically close to impossible. There is a low possibility that the animation will be smooth.

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850823

Thank you.

Sangwook Han
swhan@nemustech.com

3

SAMNDCA10850824

Highly Confidential - Attorneys' Eyes Only

| | |
|---|---|
| **From:** | Sangwook Han <swhan@nemustech.com> |
| **Sent:** | Wednesday, July 21, 2010 11:05 PM |
| **To:** | 이슬연 |
| **Cc:** | '이흥민'; '김은정'; '고우균'; ky07.lee@samsung.com; '하남조'; '정지용'; aries-frame@nemustech.com |
| **Subject:** | Re: [Tiffany Effect] P1 적용 건 / 추가 검토 사항 문의 |

안녕하세요 네무스텍 한상욱입니다.

Tiffany library update 와 worldclock list 추가 샘플은 오늘 보내드리겠습니다
Tiffany 추가 예제는 구체적으로 필요한 항목을 내일 다시 얘기했으면합니다. 오늘은 너무 정신이 없네요.

추가 검토사항
1. List item 순서 변경
 – Library 수정 없이, 기능 충돌 없이 구현 가능합니다.

2. Grid 에서 Bounce ███████████████ 를 말씀하시는 것이라면, 현재 되어있지 않습니다.
███████████████ 에는 기능이 되어있는데 기능 보강 작업중이라 당장 돌리지는 어려울 것 같습니다.
이 수정은 내주 화요일이면 적용이 가능하리라 생각합니다.

감사합니다.

Sangwook Han
swhan@nemustech.com

2010. 7. 22., 오후 12:34, 이슬연 작성:

한상욱 수석님,

보내주신 Effect 건에 대해 검토해 봤습니다.

1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850822

우선 추가 개발이 가능하다는 것에 대해서는 일정 조정이 필요할 것으로 보입니다.

저희가 7/29 NR 을 목표로 진행하고 있어서 Tiffany Grid 같은 Effect 는 적용이 어려울 것 같습니다.
현재 Tiffany 즉시 가능이라고 해주신 부분만으로도 어느 정도 커버가 될 수 있어 1차로 그 수준으로 협의를 해볼까 합니다.
그 밖에 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇에 대해서 검토하도록 했습니다.
Tiffany 즉시 적용으로 해주신 부분에 대해서 추가 예제 발행해주시면 도움이 많이 될 것 같습니다.
그리고, 어제 보내주신 Worldclock 의 list delete 는 굿에서 사용될 수 있는 Effect 이니 완료되시면 바로 발행 부탁드립니다.

추가 검토사항이 있어 문의드립니다.

1. WorldClock 의 경우 리스트를 변경하는 것을 iPhone 과 동일하게 하는 것에 대해서도 검토가 진행되고 있습니다.
이 부분을 기재 공한 Tiffany 가능으로 커버가 가능할 것 같은데, 이것이 WorldClock 의 list delete effect 와 충돌은 없을지 확인해 주셨으면 합니다.
가능하면 아래 그림의 effect 와 list item delete effect 가 같이 적용 됐을 WorldClock 예제를 받을 수 있을까요?

<image001.png>

2. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 넣어달라는 요구사항이 있는데요.
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 작할까라 생각했는데, P1 에서 확인해 보니 적용이 안되어 있네요.
추가로 작업해 주실 부분이 있는지 문의드리고 적용 여부도 알려주세요 ☺

감사합니다~

---

**From:** Sangwook Han [mailto:swhan@nemustech.com]
**Sent:** Wednesday, July 21, 2010 7:47 PM
**To:** 이승연
**Cc:** 이승민; 김은정; 고우군; ky07.lee@samsung.com; 하남조; 정지용; aries-frame@nemustech.com
**Subject:** Re: [Tiffany Effect] P1 적용 건

안녕하세요 네무스텍 한상욱입니다.

우선 xls 파일에 검토의견을 붙였습니다.

Tiffany 에서 수정하여 지원할 수 있는 이슈는 2 가지 같습니다. TFAnimatedListView 와 TFAnimatedGridView 를 수정할 부분이 있는데 각 1~2 주 소요됩니다.

나머지 대부분은 app 에서 구현하는 것이 형태적으로 깔끔합니다.

성능 관련 코멘트를 붙임 animation 들은 가능적으로는 구현이 가능하다고 보이나, 현실적으로 불가능에 가까운 것들입니다. 애니메이션이 부드럽게 나올 가능성이 별로 없습니다.

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10850823

감사합니다.

Sangwook Han
swhan@nemustech.com

3

SAMNDCA10850824

Highly Confidential - Attorneys' Eyes Only