# KANG DECLARATION EXHIBIT 3

# EXHIBIT E

# FILED UNDER SEAL

Peter Mauro Schroepfer
6397 Thornhill D.
Oakland, CA 94611

510.290.3439
schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

March 4, 2010

I hereby certify that this Korean to English translation of SAMNDCA10851706 – SAMNDCA1081707 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I translated said document and that I am competent in both languages with twenty years of professional Korean to English translation experience.

By: _____
Peter Mauro Schroepfer

TRANSLATION

October 16, 2010, 11:48PM Chihoon Ryu wrote:
Hello this is Chihoon Ryu from Nemustech.

I am sending the results of the list bounce effect tuning.
It is a  source file.
The newly applied parameter and logic seem like they should not cause any problem when applied both to S1 and P1.

I am including a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that has the same parameter and logic applied, so you may simply test it on any sample without applying the above file.

Thank you.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

/**
*Nemustech (Corp)
*Chihoon Ryu Lead Researcher
*Office 02.521.8290 | Fax 02.521.8296
*rhoon@nemustech.com
*/


October 15, 2010 5:31 pm, WookyunKho wrote:

>    Hello this is Wookyun Kho from Samsung Electronics.
>    At this point, I usually only oversee the "Settings" side so I think I mainly saw the flicking effect in that area.
>    I cannot see a particular pattern like I did before, and the current condition is such that it happens only once in a while so I do not know the particular route to reproduce this effect. T^T
>    It just seems that the flicking effect happens where there is a list.
>    It seems to happen more frequently when scrolling multiple times in a short list rather than a long list.
>
>    In addition, there is also the fact that the return effect is too fast with the bouncing effect. You keep comparing it with the iPad…when I look at the iPad, its bouncing return speed is very slow. Ours is very fast.
>    I think it will be good to set our goal to adjusting the bouncing speed and fixing the occasional flicking effect.
>
>    Then I will see you tomorrow at 2pm with my sample ^^;
>
>    Thank you.
>    Wookyun Kho

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10851706

TRANSLATION

……………………………………………………………………………………………………………

**From**: Sangwook Han [mailto:swhan@nemustech.com]
**Sent**: Friday, October 15, 2010 12:21 PM
**To**: Wookyun Kho
**Cc**: Seung Yun Lee; Eunjung Kim; Aries-frame@nemustech.com
**Subject**: Re: [P1] ListView Bouncing Effect Tuning Request

Hello, this is Sangwook Han from Nemustech.

I agree with the need for tuning.

The problem is how much we should investigate and in what areas. Did you record the areas where the flicking effect was often discovered or the locations where the flicking effect got disconnected? If you remember anything, please contact us. If you have VOC it will be very helpful.

I will first start with assessing the current condition.

Thank you.

Sangwook Han
swhan@nemustech.com


October 10, 2010 12:05PM, WookyunKho wrote:

Hello, this is Wookyun Kho from Samsung Electronics.

I am contacting you because I have a request regarding the P1 bouncing effect.
Currently when I use the P1, I observe an occasional flicking effect during the list bouncing.
Also, there are minor problems that I can see such as scrolling that seems to get disconnected and occasionally disappear.

It is possible that such phenomena are more noticeable due to the uniqueness of P1's hardware compared to the other devices.
Hence I would like to request tuning of the P1's list bouncing effect one more time. I would like to request the due date to be **Wednesday (October 20)** to reflect next week's MR.
I know it is not enough time, but please look into this one last time.

We are planning to investigate the relevant areas and see if there can be any improvements.
Please contact me if you have any questions regarding this matter.

Thank you.
Wookyun Kho

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10851707

2010. 10. 16., 오후 11:48, 류치훈 작성:

안녕하세요 네무스텍 류치훈입니다.

리스트 바운스 효과 튜닝한 결과물 보내드립니다.
▇▇▇▇▇▇▇▇▇▇▇▇▇ 쏘스 파일입니다.
새로 적용된 파라미터와 로직은 S1 과 P1 에 공통적용해도 문제 없을 것으로 보입니다.

위 파일을 적용해보지 않아도 간단히 아무 시료에나 올려서 테스트 할 수 있도록 있도록,
같은 파라미터와 로직이 적용된 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 함께 보내드립니다.

감사합니다.

```
/**
 * 네무스텍(주)
 * 류 치 훈 | 책임연구원
 * Office 02.521.8290 | Fax 02.521.8296
 * rhoon@nemustech.com
 */
```

2010. 10. 15., 오후 5:31, WookyunKho 작성:

안녕하세요 삼성전자 고우균 입니다.

팅김현상이 주로 발견되는 곳은 저는 주로 'Settings' 쪽만 보는 상태라 주로 이 부분에서 봤던 것 같습니다.
전처럼 특정 패턴이 잘 보이질 않고 어쩌다 한번씩 발생하는 상태라 구체적인 재현 경로 등은 알 수 없습니다. T^T
그저 리스트가 있는 곳이면 간혹 한번씩 팅기는 현상이 발생하는 것 같네요...
긴 리스트 보다는 짧은 리스트에서 여러 번 반복 스크롤 시에 재현이 잘 되는 것 같습니다.

추가적으로 바운싱 효과 시 return 효과가 너무 빠르다-는 것도 있습니다.
계속 아이패드를 비교 하시고 있는데요... 아이패드를 보니 바운싱 리턴 속도가 상당히 느리네요. 저희꺼는 굉장히 빠르구요.
이 바운싱 속도 조절과 간혹 팅기는 현상 해결- 정도를 목표로 하는 게 좋을 것 같습니다.

그럼 내일 제가 시료 들고 오후 2시에 찾아 뵙도록 하겠습니다 ^^;

감사합니다.
고우균

Highly Confidential - Attorneys' Eyes Only                                          SAMNDCA10851706

From: Sangwook Han [mailto:swhan@nemustech.com]
Sent: Friday, October 15, 2010 12:21 PM
To: WookyunKho
Cc: 이승연; 김 은정; Aries-frame@nemustech.com
Subject: Re: [P1] ListView 바운싱 효과 Tuning 요청

안녕하세요 네무스텍 한상욱입니다.

튜닝의 필요성에 대해서 공감합니다.

문제는 어느 부분을 어느 만큼 살펴야 할 것인가 하는 부분인데요. 튕김현상이 주로 발견되는 부분이나 잘 끊기는 위치에 대해서 기록해두신 것이 있으신가요? 기억나는 부분이라도 있으시면 전달 부탁드립니다. 혹시나 VOC가 있다면 아주 많은 도움이 될 것 같습니다.

일단은 현황 파악부터 시작하겠습니다.

감사합니다.

Sangwook Han
swhan@nemustech.com


2010. 10. 15., 오후 12:05, WookyunKho 작성:

안녕하세요 삼성전자 고우균 입니다.

P1 바운싱 효과와 관련해 요청 사항이 있어 연락 드립니다.
현재 P1을 사용해보면 리스트 바운싱 시에 간혹 튕김 현상이 관찰되고 있습니다.
또한 끊기는 듯한 스크롤, 간혹 사라지기도 하는 등의 소소하지만 눈에 보이는 문제들도 있습니다.

P1의 하드웨어 특이성 때문에 다른 기기들에 비해 이런 현상이 더 두드러져 보이는 것도 있는 것 같은데요,
이에 P1의 리스트 바운싱 효과에 대해 한번 더 튜닝 요청 드립니다. 기한은 다음주 MR 반영을 목표로 **수요일(10월 20일)**까지 부탁 드립니다.
충분한 시간은 아니겠지만 마지막으로 한번 더 봐주시길 부탁 드립니다.

저희 쪽에서도 해당 부분에 대해 살펴보고 개선점이 있는지 볼 계획입니다.
관련해서 문의사항이 있으시면 저한테 연락 주시기 바랍니다.

감사합니다.
고우균

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10851707