# KANG DECLARATION EXHIBIT 4

Exhibit 26

Filed Under Seal

SangChae Choi
2765 Centerboro Dr., #466
Vienna, VA 22181

571-215-5613
Scchoi777@gmail.com

Certificate of Translation

March 7, 2012

I hereby certify that this Korean to English translation of
SAMNDCA11023144 to SAMNDCA11023164
Is an accurate and complete rendering of the contents of the source document to
the best of my knowledge, except for the word "TRANSLATION" at the upper
right corner of each translated page. I further certify that I translated said document
and that I am a competent in both languages.

By: _____

SangChae Choi

Translation

**From:** °ỉµ¿Åø <dj.koh@samsung.com>
**Sent:** Friday, September 23, 2011 8:03 AM
**To:** htchang@sta.samsung.com; °éÁ¼À°. °ỦÇô¿ȷ̀: ¾Æ¨ ®½¢; ¿Á°Ë¯ ±ø°Ë¯ ¼ªÀ¿Àµµ; ÀÓÀ∅¾À®; ÀÓÀ¿±; °U±æÀÇ; ÀåÀ¿ȷ̧ø°: ùµ¿¾® ; ÇÑø°¼ü; dongseok.ryu@sta.samsung.com; À̧ỉÈ¯ ; Àȷ̀ô·æ; ÀÓ½Àå; ±å½¾ÆÇȷ̧µ; ±ø°Ïµ; ±ø°Ô¾À®; ±ø°Å
nÈÑ; °UϤEñ; ¾çÀÅØ¿ȷ̧ ±é¾À̀Ù°: °UȷøÅ¾; Êè¿ȷ̧Ø°; À̧ÙµÀÅØ
À̀À̀̀Àȷ̀; °̀À¾ȷ̧µ; cheimer@sta.samsung.com; ¾çÀ̀̀½¾À, ÀÓ°ô¾À; À̀À¿¾½À; À̀ÄÂȷ̧¯; À̀À¿¾Å¯; À̀ÀµÀÅ¾; ¿øÀ̀ÎÈÈ; À±¾ô¾À¤; À¯¾ÀÇÄ;
°̀À̀¿¾À®; °Çµ̀Çõ; +±¾½À̧° ®¿µÑȷ̧ ¾À̀¤ÅåÇ¼¿+ À̀µ+Çõ ¾À̀ÏÇÈÆ¿¾ À±¿µÇ¾®¿® À̀À¿±È ¾±¾Ñ¾µ®
**Cc:**
**Subject:**

Executive Vice President Won-Pyo Hong and Executive Vice President Don Ju Lee,

Please read this e-mail carefully.  I am afraid the conversation might be running in place.  The issue at hand is whether or not we need a separate [redacted]  The Office of Development is prepared to make as many accommodations as possible, but still, you will have to have Sales and PM departments consult with the carrier to eliminate any time-consuming requirements.

I am not going to reiterate the tired complaint that it is unfair for them to do this to us when Apple is not required to make any customi[z]ations. I ask that you designate appropriate executives to sort out the issue.

Senior Vice President Byung Hwan Kim,

Please take a look yourself and figure how much work it's going to be.  In any event, don't we have to make preparations in case we have to do this work?  However, if this has a decisive impact on OS upgrades, it is best to resolve the issue through consultation with the carrier.

Vice President Han Gil Yoon,

Your attention on this matter is urgently needed as well.

Sincerely,

Dong Jin Koh

--- Original Message ---
From:  Hyoungtaek Chang
Date:   2011/09/23 07:00 (GMT-07:00)

The carrier keeps making stronger and stronger demands.

Should you find that it is difficult to give support, please specify the answers to each of the following:

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023144

Translation

- Exactly how great the delay in the schedule for implementation is;
- Rationale which explains whether our company's UX is better.

So that our people, including Dong Seok Ryu, Lead, who are working hard on-site, to consult with carriers.

As you can see in the email thread below, the carrier is making very strong demands—so strong as to say that they would not even allow shipping into their Lab.  Under the circumstances, I am at a loss for what explanation to use to convince them to use Samsung's UX.

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

**From:** Jong Eun Baek [mailto: jongeun.baek@samsung.com]
**Sent:** Friday, September 23, 2011  6:13 AM
**To:** hw27.park@samsung.com; 'Alex'; 'Kang Hwan Oh'; 'Byung Hwan Kim'; 'Jae Hoon Sul'; 'Eung Do Kim'; 'Joon Suk Yim'; 'Jae Gu Choi'; 'Gil Jae Park'; 'Chang Won Jang'; 'Sang Bum Han'; dongseok.ryu@sta.samsung.com; 'Myung Hwan Lee'; 'Sang Ryong Lee'; 'Seung Jin Choi'; 'Tae Hoon Kim'; 'Youn Jung Kim'; 'Hyung Taek Jang'; 'A-Young Kim'; 'Sang In Kim'; 'Sang Sub Kim'; 'Jung Hee Kim'; 'Mi Hee Park'; 'Joon Yong Yang'; 'Min Joo Kim'; 'Won Jong Park'
**Cc:** 'Jang Woo Lee'; 'Jwa Young Bu'; cheimer@sta.samsung.com; 'Jung Shik Sung'; 'Duk Shik Yim'; 'Jung Yun Cho'; 'Sung Shik Lee'; 'DongHoon Chang'; 'Joon Ho Won'; 'Su Jung Yoon'; 'Seung Hun Yoo'; 'Yong Sung Park'; 'Do Hyun Kwon'; 'Sung Eun Kim'; 'Young Bu Bin'; 'Hyun Jung Song'; 'Yoon Hyang Lee'; 'Pil Sun Song'; 'Jae Seok Jung'
**Subject** ▇▇▇▇▇▇▇▇▇

To: Alex, Associate
From: Jongeun Baek, Senior

How are you?

I included the emails in the attached Excel file.

═══════════════════
Jongeun, Baek
S4/Engineer
S/W R&D Group 2 - North America
TEL. +82 31 301 0747, +82 10 8883 5212
E-mail. jongeun.baek@samsung.com
═══════════════════

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023145

Translation

..............................................
**From:** HyungWook Park [mailto: hw27.park@samsung.com]
**Sent:** Friday, September 23, 2011  6:37 PM
**To:** 'Alex'; 'Kang Hwan Oh'; 'Byung Hwan Kim'; 'Jae Hoon Sul'; 'Eung Do Kim'; 'Joon Suk Yim'; 'Jae Gu Choi'; 'Gil Jae Park'; 'Chang Won Jang'; 'Sang Bum Han'; dongseok.ryu@sta.samsung.com; 'Myung Hwan Lee'; 'Sang Nyong Lee'; 'Seung Jin Choi'; 'Tae Hoon Kim'; 'Youn Jung Kim'; 'Hyung Taek Jang'; 'A-Young Kim'; 'Sang In Kim'; 'Jong Eun Baek'; 'Sang Sub Kim'; 'Jung Hee Kim'; 'Mi Hee Park'; 'Joon Yong Yang'; 'Min Joo Kim'; 'Won Jong Park'
**Cc:** 'Jang Woo Lee'; 'Jwa Young Bu'; cheimer@sta.samsung.com; 'Jung Shik Sung'; 'Duk Shik Yim'; 'Jung Yun Cho'; 'Sung Shik Lee'; 'DongHoon Chang'; 'Joon Ho Won'; 'Su Jung Yoon'; 'Seung Hun Yoo'; 'Yong Sung Park'; 'Do Hyun Kwon'; 'Sang Eun Kim'; 'Young Bu Bin'; 'Hyun Jung Song'; 'Yoon Hyang Lee'; 'Pil Sun Song'; 'Jae Seok Jung'
**Subject:** ███████████

To: Alex, Associate  │  North America Product Planning Group
From:  Hyun Wook Park, Senior  │  North America R&D Team

How are you?
I am Park Hyung Wook of North America R&D Team.

This is to provide respond to Calendar issues, based on the reply from Platform Team.
Please refer to the attached Excel file.

Thank you.

------- Original Message ----------
Sender: Kang Hwan Oh <khoh@samsung.com>  R&D Executive (VP)/Executive in Charge/GA Lab. (Mobile)/Samsung Electronics
Date:  2011-09-22  17:23 (GMT+09:00)
Title: ████████████████

Senior Vice President -- If at all possible, we will implement ATT req on our platform.

------- Original Message ----------
Sender: BYUNGHWAN KIM
Date: 2011/09/22 16:35 (GMT+09:00)

Vice President Kang Hwan Oh,

I suggest that you review whether or not we should implement ███████████ and use them on the Europe-bound version as well.

**Highly Confidential -- Attorneys' Eyes Only**

SAMNDCA11023146

Translation

Kim.Byung Hwan (Kim Byung Hwan)
Vice President
email : kbhwan@samsung.com
Tel : +82-31-301-6422
HHP : +82-10-9530-6422
===================================
Multimedia Mobile R&D team
Mobile Communication Division
Digital Media & Communications Business
===================================

--------- Original Message ---------
Sender : HyunWook Park<hw27_park@samsung.com> S4/Engineer/S/W R&D Group 2 - North America/Samsung Electronics
Date : 2011-09-22 16:21 (GMT+09:00)
Title: 

To: Jae Hoon Sul, Lead │ GA Lab
From:   Hyun Wook Park, Senior │ North America R&D Team

How are you, Mr. Sul!
I am Park Hyung Wook of North America R&D Team.

As you see in the email thread below, because the ████████████ that has continually requested have to all be applied for models to be released through at&t in 2012,
████████████

Of these, except for the issue of font size change, all have been applied in ████ either as a common concept or as an att feature.

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023147

By contrast, in the case of ▮▮▮ it appears that 3 issues still have not been implemented, judging from the binary used in the European open model.

For each issue, I updated the attached Excel spreadsheet with information on whether or not it has been reflected, along with comments.
Note that some of these issues are shown as implemented as a common concept, but in reality they are not implemented. These need to be verified by the Platform side, and I request hereby accordingly.

Particularly regarding the ▮▮▮ in the attached file, I request that you update the file with information on whether they have been implemented on Galaxy note and, in the case of platform implementation issues, the date when revision can be made.

Thank you.

To: Alex, Associate  │  Product Planning Team

How are you?
The items below have been issues since Dempsey, and in May, the R&D Management Group even convened a big meeting with representatives of all the relevant departments participating.
We have continued to receive, and responded to, multiple verification requests subsequently, however.
I cannot help thinking that the discussion keeps running in place … perhaps because the communication among UX, Product Planning, and Platform has not been timely shared with us.
I hope that we share information better so that we can address and resolve issues better together.

Thank you.

————— Original Message —————

Sender : Alex Chang Lee<alex.c.lee@samsung.com> M3/Associate/Product Planning Group - North America/Samsung Electronics

Date : 2011-09-21 17:06 (GMT+09:00)

Title: ▮▮▮▮▮▮

To: Yong Seok Park, Lead/ UX Design Part
    Yong Do Kim, Principal; Sang In Kim, Lead; Sang Sub Kim, Lead; Min Joo Kim, Lead/
    North America S/W R&D Group 2

From:  Alex Lee/ North America Product Planning

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023148

Translation

How are you?  I am Alex Lee of North America Product Planning.

In preparation for the upcoming annual meeting between executives of AT&T and our company scheduled for 9/29, I am summarizing ██████ scheduled for 10/3, being on the very front. ██████ are on the line-up as 2012 launching models, with ██████

Regarding the 29 email requirements and ██████, I request that each person in charge specify in the attached Excel spreadsheet whether or not the item has been revised or when the revision could be made, and send to me a completed sheet by 9/23.

Thank you.

Alex Lee

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023149

Translation



SAMNDCA11023150

Highly Confidential – Attorneys' Eyes Only

Translation



-----Original Message-----
Sender: EUNGDO KIM <eungdo7.kim@samsung.com> E6/Principal Engineer/S/W R&D Group 2 -North America/Samsung Electronics
Date: 2011-09-15 18:45 (GMT+09:00)
Title: ▮

Hello.

This is Principal Engineer Eungdo Kim from SW R&D Group 2 in the U.S.

We have experienced the same with ▮ but the carrier is very adamant about its demands and it looks like the ▮ instead ▮ will be affected.

Lead Sang In Kim (EAS) and Sang Sub Kim (Calendar), please discuss with the people in charge in Platform and UX and let me know of the progress after setting up R&R.

Thank you

EungDo Kim
Principle Engineer
S/W R&D Group -North America/GSM
Samsung Electronics Co., Ltd.
Tel : +82-31-301-8252 , Fax : +82-31-301-1399 , Mobile : +82-10-2023-7798
E-mail : eungdo7.kim@samsung.com

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023151

Translation

------ Original Message ------
Sender : Jun Yim<junseok.yim@samsung.com> M6/Senior Manager/Product Planning Group -North America/Samsung Electronics
Date : 2011-09-15 17:46 (GMT+09:00)
Title : ▇▇▇

Dear Dong Seok Ryu (Lead),

All the members under Senior Vice Presidents Jae Koo Cho and Gil Jae Park have been included as recipients.

Consequently, we have put forth great effort into R&D to expedite the timetable.  Moreover, Sales, Corporate, and Product Planning have expressed high hopes for this main project.

It is my working-level opinion that at this point we cannot have any risk factors that might threaten the release date of this and future projects.

After verifying with Seung Hun Yoo (Lead), Platform and North America US have started a discussion regarding this matter.  Since the carrier are very adamant about their position, it would be best to steer towards granting their requests as much as possible and to come up with an agreement between Platform UX and North America UX specifications.

Thank you.

------ Original Message ------
Sender : Dongseok Ryu<dongseok.ryu@sta.samsung.com>
Date : 2011-09-15 16:57 (GMT+09:00)
Title : ▇▇▇

+ Adding GA Lab + Android UX team

To : HQ ATT PP, GA Lab et al
From : Dongseok Ryu, Lead / MNO's Lab

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023152

Translation

Hello.

We are well aware that our SW Team of Headquarters is working hard in attending to the efficiency matters for Platform.  In addition, we consider the Platform efficiency to be the right course of action and are cognizant of the resulting changes to the operational system.  However, the email and calendar are something that are frequently used and are taken very seriously by the Americans in the real world.   Please accept and listen to the carrier's overall conclusion and its request to follow their requirements.

If then, who will take responsibility?

Please take this situation seriously, and come up with a solution as soon as possible.
Attached are the guidelines that have been elevated to requirements for your review.

Thank you.
Dong Seok Ryu

**From:** Weiqiang Wu
**Sent:** Thursday, September 15, 2011 12:37 AM
**To:** Myung Hwan Lee (Hans Lee); Jun Suk Yim ; alex.c.lee@samsung.com ; sjj.choi@samsung.com ; Tae Hun Kim
**Cc:** EUNGDO KIM; Paul Marzolf; Todd Allen; Aston Cole; Loretta Hong; Jason E. Adams; James Zerbe; Steven Cistulli; Jang Woo Lee ; Joah Young Boo ; Christine Heimer;
Julie
Pack; Nina Park; Dong Seok Ryu
**Subject:**
**Importance:** High

HQ Product Planning team,

I would like to raise this issue to you to address on executive level at HQ side. We MUST support these.
, please DO take AT&T early warning seriously.

SAMNDCA11023153

**Highly Confidential – Attorneys' Eyes Only**

Translation

SAMNDCA11023154

Thanks,
Wei

**From:** Weiqiang Wu
**Sent:** Thursday, September 15, 2011 12:27 AM
**To:** Jong Eun Baek; EUNGDO KIM; Myung Hwan Lee; Yong Sung Park; Sangin Kim; Ilya; Min Joo Kim; Jung Hun Ahn; Minsung Kim; Won Jong Park
**Cc:** Julie Park
**Subject:** ███████
**Importance:** High

Jong eun,

Please understand that per your statement in the spreadsheet, ████████

Please read carefully what Julie has said earlier:



Thanks,
Wei

**From:** JONGEUN BAEK [mailto:jongeun.baek@samsung.com]
**Sent:** Thursday, September 15, 2011 12:21 AM
**To:** EUNGDO KIM; Weiqiang Wu; Myung Hwan Lee; Yong Sung Park; Sangin Kim; Ilya; Min Joo Kim; Jung Hun Ahn; Minsung Kim; Won Jong Park
**Subject:** ███████

Yong Sung

I already sent the answer regarding this issue Sep. 5th.

**Highly Confidential – Attorneys' Eyes Only**

Translation



SAMNDCA11023155

Highly Confidential – Attorneys' Eyes Only

Translation

SAMNDCA11023156

Highly Confidential – Attorneys' Eyes Only

Translation



-----Original Message-----
Sender: EUNGDO KIM<eungdo7.kim@samsung.com> E6/Principal Engineer/S/W R&D Group 2 -North America/Samsung Electronics
Date: 2011-09-15 15:52 (GMT+09:00)
Title: ███████████████████

Sangin,

Would you check this issue and be ready for next project like ████████ ?
You need to check with UX team whether this request from AT&T could be integrated as a Samsung global concept.

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023157

Translation

Thanks,

Eung Do Kim
Principal Engineer
S/W R&D Group - North America/GSM
Samsung Electronics Co., Ltd.
Tel : +82-31-301 -8252 , Fax : +82-31-301 -1399 , Mobile : +82-10- 2023-7798
E-mail : eungdo7.kim@samsung.com

------ Original Messag e -------
Sender : Weiqiang Wu< wwu@sta.samsung.com>
Date : 2011-09-15 15:30 (GMT+09:00)
Title :

**From:** Yong Sung Park [mailto:ys1977.park@samsung.com]
**Sent:** Wednesday, September 14, 2011 9:42 PM
**To:** Julie Paek; Yong Sung Park; Hyun Jung Song; Ji Young Moon ; Min Kyung Joh; Sang Hee Bae; Seung Hun Yoo; Jung Mee Lee; Sangin Kim; Jong Eun Baek; Hyun Wook Park;
**Cc:** Alex; Chul Woo Yang; Myung Hwan Lee; Seung Jin Choi; Jun Suk Yim; Tae Hun Kim; Yun Suk Hahm; Paul Marzolf; Loretta Hong; Jason E. Adams; Aston Cole; Todd Allen; Weiqiang Wu; Hyoungtaek Chang; Jin Hong No; Dong Seok Ryu
**Subject:**

+adding R&D team, Sang In Kim, Lead; Jong Eun Baik Senior; Hyun Wook Park, Senior

**Yong Sung Park** | Senior UX Designer
Design Group, Mobile Communication Division, SAMSUNG ELECTRONICS
ys1977.park@samsung.com | +82 -2-2255 -5196 | +82 -10 -5543 -5198

------ Original Message -------

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023158



Translation 

Sender : Julie Paek<jpaek@sta.samsung.com>
Date : 2011-09-14 03:57 (GMT+09:00)
Title :

Youngsung,

Please see the attached email from AT&T.

Thank you,

**Julie Paek**
User Experience Design |Samsung Mobile

**From:** Julie Paek
**Sent:** Thursday, September 01, 2011 12:14 PM
**To:** Dongseok Ryu ( dongseok.ryu@sta.samsung.com ); Hyunjung Song (songah.song@samsung.com ); Jiyoung Moon (jy4924.moon@samsung.com ); Minkyung Cho [mking.cho@samsung.com] ; SANGHEE BAE; Stanley Yoo [sh93.yoo@samsung.com] ; Yongsung Park ( ys1977.park@samsung.com ); 이[한]성
**Cc:** 'Alex Lee'; 'Chulwoo Yang'; 'Hans Lee'; 'John Choi'; 'Junseok Yim'; 'Kevin Kim'; Nathan Yoonsik Nam (yoonsik.ham@samsung.com); Paul Marzolf; Loretta Hong; Jason E. Adams; Aston Cole; Todd Allen; Weiqiang Wu
**Subject:**
**Importance:** High

Dear UX Team,

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023159

Thank you,

**Julie Paek**
User Experience Design |**Samsung Mobile**

**From:** Julie Paek
**Sent:** Thursday, August 25, 2011 6:39 PM
**To:** Dongseok Ryu ( dongseok.ryu@sta.samsung.com ); Hyunjung Song (songah.song@samsung.com ); Jyoung Moon (jy4924.moon@samsung.com ); Minkyung Cho [mking.cho@samsung.com] ; SANGHEE BAE; Stanley Yoo [sh93.yoo@samsung.com] ; Yongsung Park ( ys1977.park@samsung.com ); 이경민
**Cc:** 'Alex Lee'; 'Chulwoo Yang'; 'Hans Lee'; 'John Choi'; 'Junseok Yim'; 'Kevin Kim'; Nathan Yoonsik Nam (yoonsik.ham@samsung.com); Paul Marzolf; Loretta Hong; Jason E. Adams; Aston Cole; Todd Allen; Weiqiang Wu
**Subject:** ███████████

Dear UX Team,

I am hearing that any product that is planned to be launching in 2012 is considered a 2012 product by AT&T. All the items we received waiver for so far in our Gingerbread devices need to be applied starting with all devices that are launching in 2012 (Example: Galaxy Note –Samsung Gingerbread). Please inform R&D so that they can start implementing these items as soon as possible if they haven't done so already. As Justin mentioned before, AT&T UX team is creating a document with internal teams to make

SAMNDCA11023160

Translation

Thank you,

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023161

Translation



**Julie Paek**
Project Manager |**Samsung Mobile**

6 Concourse Parkway, Suite 750, Atlanta, GA 30328
desk: +1 678 443 7893
cell: +1 678 488 8911
fax: +1 678 443 7889
email: jpaek@sta.samsung.com

-------OriginalMessage--------
Sent: "LATTANZI,MICHAELL" <ml0536@att.com>
Date: Tue,13 Sep 2011 11:03:32-0500
Subject

SAMNDCA11023162

**Highly Confidential – Attorneys' Eyes Only**



Translation

<DONGSEOK.RYU@STA.SAMSUNG.COM><ML0536@ATT.COM></JPAEK@STA.SAMSUNG.COM<
/JPAEK@STA.SAMSUNG.COM></JPAEK@STA.SAMSUNG.COM<
/JPAEK@STA.SAMSUNG.COM



**Jun S. Yim**
Senior Manager
Product Strategy
Telecommunication Network Business

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023163

Translation

Samsung Electronics

junseok.yim@samsung.com
Office +82.31.301.2988
Mobile +82.10.9363.1000

Disclaimer:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are
notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**Alex C. Lee (Associate)**
Product Planning Part - North America
Product Strategy Team, Mobile Comm.,
Samsung Electronics CO., LTD. Lab.

P : +82 -31-*** -****
M : +82 -10 -2074 -6197
E-mail : alex.c.lee@samsung.com

**H Y U N W O O K P A R K**
North America GSM SW | Samsung Electronics | TEL: +82-31-301-5089 | hw27.park@samsung.com

**H Y U N W O O K P A R K**
North America GSM SW | Samsung Electronics | TEL: +82-31-301-5089 | hw27.park@samsung.com

**Highly Confidential – Attorneys' Eyes Only**

SAMNDCA11023164

**From:** °ìµ¿Áø <dj.koh@samsung.com>
**Sent:** Friday, September 23, 2011 8:03 AM
**To:** htchang@sta.samsung.com; 'éÁ¾Á°' 'ÜÇòû¡; ¾Æ¨°%º· ¿Á°È¯· ±è°°È¯· ¼ª¿Áç̬; ¼ªÃ¼¿,ø· ·ÜÇÀ¼ï®; ÀºÀ¼¿,ø· ÀâÃ¼¿,ø·
uµ¿¼@®; ÇÑwó¹û; dongseok.ryu@sta.samsung.com; ÀÏ¡É¯· Àⱉ æ; Ãò°¥À¾· ±è¾ÀÁµ· ±èªÀ¼· ±èÀ
±Ên; 'Ù'¹Éñ; ¾çÁﻌï®· ±è¹ÀÇ· 'Ù¡¿A¾¼· É«¿ØÇ¥· Àîµ·ÀÖ
ÀìÀÃ¡µ; ¹ÀÀ¼µ; cheimer@sta.samsung.com; ¼ª¹Ä¼¼A; Àⱉª¼; Àâµ¡È¼È· ¿ØÀØ¼È· Àⱉ¼Àⱉ· Àⱉ¼Á¡;
'Ü¿Ø¼¼°· ±ÇµÇ¼À¼; °¾µ¹ºï; ¼ÜÇÖ¼Àⱉ¼ÀⱉºÈ¼µ; ÀÌÀ¶¼¼; Àⱉ¼¼
**Cc:**
**Subject:**

홍원표 부사장님, 이돈주 부사장님

이 메일 내용을 좀 보여주시기 바랍니다. 지적 공전들 내용입니다. 요지는 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■ 를 것인지가 관건인데 개발에서는 가능한 하는 방송으로 방향을 가져올 것이나 영업, PM 조직에서 사업자와 협의하여 시간이 너무 걸리거나 하는 것들은 배수 서애 하겠습니다.

Apple은 Customisation이 하나 없이도 하는데 우리를 가지고 이라는 것은 옳지 않다고 본다는 해무은 이야기는 하지 않겠습니다. 임원들을 지장하여 임을 정리하여 주시기를 부탁 합니다.

김병환 전무님

직접 보시고 임의 양을 가능해 주시기 바랍니다. 어차피 할 일이라면 하는 방송으로 준비를 해 놓도록 해야하지 않겠습니까? 그러나 이러한 행위가 OS upgrade 등에 결정적인 영향을 미친다면 사업자와 협의하여 폴도록 함이 바람직하겠지요.

윤한길 상무

실패부 주기를 당부 합니다.

고동진 을임

---원본 메시지---
발신인 : Hyoungtaek Chang
발신일자 : 2011/09/23 07:00 (GMT-07:00)

동 건 관련 사업자의 요청인 날이 갈수록 강도를 더해가고 있습니다.

만약에라도 지원이 어렵다면 구체적으로 항목별로

1

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023144

- 구현에 일정이 구체적으로 어느 정도 지연됨
- 당사의 UX가 더 좋은지 설명할 수 있는 로직은
제공을 해주셔야 현지에서 열심히 따고 있는 류동석 책임 등이 사업자와 협의를 할 수 있습니다.

하기 메일에서 보시듯이 사업자의 요청이 상당히 강하고, 아예 Lab임고도 안시켜주겠다는 초강수를 두고 있는데 우리는 단순히 삼성의 UX를 써라라고 어떻게 설명을 할지 난감합니다.

**From:** 백종은 [mailto:jongeun.baek@samsung.com]
**Sent:** Friday, September 23, 2011 6:13 AM
**To:** hw27.park@samsung.com; '알빅스'; '오강훈'; '김병환'; '설재훈'; '김윤도'; '임준석'; '최재구'; '박길재'; '장정원'; '한상범'; dongseok.ryu@sta.samsung.com; '이용환'; '이상률'; '최승진'; '김대환'; '김연정'; '장용학'; '김아영'; '김상인'; '김상섭'; '김정희'; '박미희'; '양민주'; '양은홍'; '임민주'; '박병종'
**Cc:** '이정우'; '부좌영'; cheimer@sta.samsung.com; '방경식'; '임덕신'; '조종언'; '이성식'; '조동훈'; '임준호'; '유수정'; '유승현'; '박용성'; '권도현'; '김성은'; '김성은'; '민영부'; '송현정'; '이응환'; '송필신'; '정재석'
**Subject:**

수신: 알빅스 사원
발신: 백종은 선임

안녕하세요?

첨부 엑셀파일에 email도 추가하였습니다.

=============================
Jongeun. Baek
S4/Engineer
S/W R&D Group 2 - North America
TEL. +82 31 301 0747, +82 10 8883 5212
E-mail: jongeun.baek@samsung.com
=============================

SAMNDCA11023145

Highly Confidential - Attorneys' Eyes Only

**From:** HyunWook Park [mailto:hw27.park@samsung.com]
**Sent:** Friday, September 23, 2011 6:37 PM
**To:** 알렉스; 오강환; 김명환; 설재민; 김응도; 임준식; 최재구; 박길재; 장청원; 한상범; dongseok.ryu@sta.samsung.com; 이영환; 이상룡; 최승진; 김태훈; 김연정; 장휘탁; 김이영; 김상인; 박철은; 김상섭; 김정희; 박미희; 양준웅; 김민주; 박원종;
**Cc:** 이정우; 부좌장; cheimer@sta.samsung.com; 성묵시; 임덕신; 조종민; 이성식; 장동훈; 권도원; 김성은; 민영부; 송현정;
이문향; 송물석; 정재석
**Subject:**

수신 : 알렉스 사원 | 북미상품기획그룹
발신 : 박현욱 선임 | 미주개발팀

안녕하세요,
미주개발팀 박현욱입니다.

틀핫줌팀의 답변을 바탕으로 Calendar 이슈들에 대해 답변 드립니다.
첨부한 엑셀파일 참고 부탁드립니다.

감사합니다.

---------- Original Message ----------
Sender : 오강환<knob@samsung.com> 연구원(상무)/응용응워/GA Lab. (무선)/삼성전자
Date : 2011-09-22 17:23 (GMT+09:00)
Title :

전무님, 가급적이면 ATT req를 플레폼 내재화를 하도록 하겠습니다

---원본 메시지---
발신인 : BYUNGHWAN KIM
발신일자 : 2011/09/22 16:35 (GMT+09:00)

오강환 상무

오상무가 전체적으로

유럽향도 같이 사용해야 하는 지를 파악해 보기 바랍니다.

3

SAMNDCA11023146

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023147

Kim.Byung Hwan (김병환)
Vice President
email : kbhwan@samsung.com
Tel : +82-31-301-6422
HHP : +82-10-9530-6422

Multimedia Mobile R&D team
Mobile Communication Division
Digital Media & Communications Business

------ Original Message ------
Sender : Hyunwook Park<hw27_park@samsung.com> S4/Engineer/S/W R&D Group 2 - North America/Samsung Electronics
Date : 2011-09-22 16:21 (GMT+09:00)
Title :

수신 : 설재훈 책임 | GA Lab
발신 : 박현욱 선임 | 미주개발팀

안녕하세요, 책임님
미주개발팀 박현욱입니다.

아래의 메일과 같이 2012년에 at&t로 출시되는 모델들에 대해서



이중 Font size 변경 이슈를 제외한 공통컨센으로는 att feature로는 모두 적용 되었습니다.

Highly Confidential - Attorneys' Eyes Only

하지만 ████████ open장 바이너리로 확인해본 결과 본 3개 이슈가 적용되지 않은것으로 보입니다.

각 이슈에 대해 현재 수정여부 및 comment를 첨부의 엑셀파일에 update 하였습니다.

이 중 일부 이슈는 공통컨셉으로 반영되었으나, 실제로는 구현이 되어있지 않는 등, platform쪽의 확인이 필요한 이슈들이 있어 확인을 요청 드립니다.

첨부파일의 ████████ Galaxy note의 수정여부와, platform 구현 이슈의 경우 수정가능 날짜를 업데이트 부탁드리겠습니다.

감사합니다.

수신 : 알렉스 사원 | 상품기획팀

안녕하세요,

아래의 이슈들은 Dempsey 때부터 이슈화 되어, 지난 5월에는 개발관리그룹 주최로

각 부서에서 참석하여 대대적으로 최익까지 썼으던 내용입니다.

이후에도 여러 차례 같은 확인요청이 들어와서, 답변을 여러차레 드렸었는데

UX/상품기획/Platform 간에 주 고받으신 내용이 저에게 까지 전달이 되지 않아서 그런지...

항상 제자리에서 반복하고 있다는 느낌이 듭니다.

정보 공유가 더 잘된다면, 이슈 대응 및 해결에 더욱 도움이 되지 않을까 생각됩니다.

감사합니다.

——————— Original Message ———————

Sender : Alex Chang Lee<alex.c.lee@samsung.com> M3/Associate/Product Planning Group - North America/Samsung Electronics

Date : 2011-09-21 17:06 (GMT+09:00)

Title : ████████████████

수신 : 박용석 책임 /UX 디자인파트
        김동도 수석, 김상인 책임, 김상섭 책임, 김민주 책임 / 미주S/W개발2그룹

발신 : Alex Lee /북미상품기획

5

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023148

SAMNDCA11023149

안녕하세요 북미상품기획 Alex Lee입니다

오는 9/29日 AT&T-당사 임원진간 연례 미팅이 예정되어 있어 ███████████████████████████████████정리하고자 합니다. 2012년초 출시 모델로
███████████████████가 라인업에있으며 현재써로는 ████████████████████████████████████████████

███████████████████████ 10/3 일 ██████████ 제출 예에있습니다.

담당자분들께서는 Email requirement 10개、███████████████████ 수정여부 및 수정가능 날짜를 정부의 엑셀표에 작성하셔서 9/23일전까지 송부
요청드립니다.

감사합니다.
Alex Lee



6

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023150

7

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023151

------- Original Message -------

Sender : EUNGDO KIM<eungdo7_kim@samsung.com> E6/Principal Engineer/S/W R&D Group 2 - North America/Samsung Electronics

Date : 2011-09-15 18:45 (GMT+09:00)

Title :

안녕하십니까.

미주 SW 개발2그룹 김응도 수석입니다.

께서도 이미 겪은 사항이지만 사용자의 요구 강도가 매우 큰 상황이어서 이제는 워졌다는 것으로 보입니다.

감성인 책임(EAS), 김상섭 책임(Calendar) 께서는 Platform 담당자 및 UX 담당자와 의논하여
R&R 을 설정하시고 진행 경과를 알려주시기 바랍니다.

감사합니다.

EungDo Kim(김응도)
Principle Engineer (수석 연구원)
S/W R&D Group - North America/GSM(미주 GSM SW 개발그룹)
Samsung Electronics Co., Ltd.
Tel : +82-31-301-8252 , Fax : +82-31-301-1399 , Mobile : +82-10-2023-7798
E-mail : eungdo7_kim@samsung.com

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023152

------- Original Message -------

Sender : Jun Yi <jun.yi@samsung.com> M6/Senior Manager/Product Planning Group - North America/Samsung Electronics

Date : 2011-09-15 17:46 (GMT+09:00)

Title :

류동석 책임님.

최재구 전무님, 박길재 전무님 이하 개발 임원 제위 수신처에 추가해 답신드립니다.

[redacted]

따라서 일정을 최대한 단축하기 위해 개발에서 최선의 노력을 경주 중이며, 영업, 법인, 상품기획에서도 큰 기대를 걸고 있는 주요 과제입니다.

제 실무가 의견을 뿐입니다만, 현 시점에서 본 과제 및 향후 과제의 출시 일정을 위협할 수 있는 잠재요소도 있어서는 안될 것이라 생각합니다.

유승한 책임과 확인한 결과, 본 사안에 대해 Platform 복미 UX간 이미 논의가 진행중이라고 들었습니다.
사업자가 매우 강경한 입장을 취하고 있는 만큼, 아직 촉박하나 시간이 있을 때 요청 사항을 최대한 수용할 수 있는 방향으로 Platform UX와 복미 UX상 간 협의점이 도출된다면 좋겠습니다.

감사합니다.

------- Original Message -------

Sender : Dongseok Ryu <dongseok.ryu@sta.samsung.com>

Date : 2011-09-15 16:57 (GMT+09:00)

Title :

+ Adding GA Lab + Android UX team

수신 : HQ ATT PP, GA Lab 외
발신 : 류동석 책임 / MNO's Lab

Highly Confidential - Attorneys' Eyes Only

안녕하세요.

본사 SW team에서 여러가지 Platform 효율화를 위해서 고생하고 계신 것을 현지에서도 잘 알고 있습니다.
또한 플랫폼 효율화하는 맞는 방향이라 생각하고 이로 인한 업무체계의 변화도 알고 있습니다.
하지만, E-mail과 Calendar는 미국사람들이 가장 심각하게 현실 세계에서 밀접하게 사용하게 있는 상황입니다.
사용자에서 종합적인 결론을 가지고 이것 만을 지켜달라고 하는 내용들 이것이고 가 기울여 주셨으면 좋겠습니다.

대응은 누가 지설치 걱정이 됩니다.

이 상황을 심각히 보시고, 향후 진행에 참고해 주시고 조속히 해결방안을 만들어 주시면 좋겠습니다.
첨부는 기존까지는 Guideline이었다가Requirement로 작성한 내용이오니 확인 부탁 드립니다.

감사합니다.
류동석 드림.

**From:** Weiqiang Wu
**Sent:** Thursday, September 15, 2011 12:37 AM
**To:** 이영호 (Hans Lee); 임준석; alex.c.lee@samsung.com; sji.choi@samsung.com; 김태훈
**Cc:** EUNGDO KIM; Paul Marzolf; Todd Allen; Aston Cole; Loretta Hong; Jason E. Adams; James Zerbe; Steven Cistulli; 이장우; 부표영; Christine Heimer; Julie Paek; Nina Park; Dongsenk Ryu
**Subject:**
**Importance:** High

HQ Product Planning team,

I would like to raise this issue to you to address on executive level at HQ side. We MUST support these.

please DO take AT&T early warning seriously.

10

SAMNDCA11023153

Highly Confidential - Attorneys' Eyes Only

Thanks,
Wei

**From:** Weiqiang Wu
**Sent:** Thursday, September 15, 2011 12:27 AM
**To:** Jong Eun Baek; EUNGDO KIM; 이명현; 박용성; Sangin Kim; 윤아; 김민주; 안정호; Minsung Kim; 박원종
**Cc:** Julie Paek
**Subject:**
**Importance:** High

Jong eun,

Please understand that per your statement in the spreadsheet ▮

Please read carefully what Julie has said earlier:

Thanks,
Wei

**From:** JONGEUN BAEK [mailto:jongeun.baek@samsung.com]
**Sent:** Thursday, September 15, 2011 12:21 AM
**To:** EUNGDO KIM; Weiqiang Wu; 이명환; 박용성; Sangin Kim; 윤아; 김민주; 안정호; Minsung Kim; 박원종
**Subject:**

Yong Sung

I already sent the answer regarding this issue Sep. 5th.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023154

SAMNDCA11023155

12

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023156

13

Highly Confidential - Attorneys' Eyes Only



-------- Original Message --------

Sender : EUNGDO KIM<eungdo7.kim@samsung.com> E6/Principal Engineer/S/W R&D Group 2 - North America/Samsung Electronics

Date : 2011-09-15 15:52 (GMT+09:00)

Title ▉

Sangin,

Would you check this issue and be ready for next project like ▉

You need to check with UX team whether this request from AT&T could be integrated as a Samsung global concept.

14

SAMNDCA11023157

Highly Confidential - Attorneys' Eyes Only

Thanks.

EungDo Kim(김응도)
Principle Engineer (수석 연구원)
S/W R&D Group - North America/GSM(미주 GSM SW 개발그룹)
Samsung Electronics Co., Ltd.
Tel : +82-31-301-8252 , Fax : +82-31-301-1399 , Mobile : +82-10-2023-7798
E-mail : eungdo7.kim@samsung.com

--------- Original Message ---------

Sender   : Weiqiang Wu<www.wu@sta.samsung.com>

Date : 2011-09-15 15:30 (GMT+09:00)

Title :

**From:** 박용성 [mailto:ys1977.park@samsung.com]
**Sent:** Wednesday, September 14, 2011 9:42 PM
**To:** Julie Paek; 박용성; 송현경; 문지영; 조미경; 배상화; 유승현; 이정미; Sangin Kim; Jong Eun Baek; 박현욱
**Cc:** 알렉스; 양철우; 이영화; 최송진; 임준석; 김대훈; 황윤식; Paul Marzolf; Loretta Hong; Jason E. Adams; Aston Cole; Todd Allen; Weiqiang Wu; Hyoungtaek
Chang; Jin Hong No; Dongseok Ryu
**Subject:**

+adding R&D team. 김상인 책임. 백종우 선임. 박현욱 선임

**Yong Sung Park** | Senior UX Designer
Design Group, Mobile Communication Division, SAMSUNG ELECTRONICS
ys1977.park@samsung.com | +82-2-2255-5196 | +82-10-5543-5198

--------- Original Message ---------

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023158

Sender : Julie Paek<j.paek@sta.samsung.com>

Date : 2011-09-14 03:57 (GMT+09:00)

Title :

Youngsung,

Please see the attached email from AT&T.

Thank you,

**Julie Paek**
User Experience Design | **Samsung Mobile**

**From:** Julie Paek
**Sent:** Thursday, September 01, 2011 12:14 PM
**To:** Dongseok Ryu (dongseok.ryu@sta.samsung.com); Hyunjung Song (songah.song@samsung.com); Jiyoung Moon (jy4924.moon@samsung.com); Minkyung Cho [mking.cho@samsung.com] ; SANGHEE BAE; Stanley Yoo [sh93.yoo@samsung.com] ; Yongsung Park (ys1977.park@samsung.com); 이정미
**Cc:** 'Alex Lee'; 'Chulwoo Yang'; 'Hans Lee'; 'John Choi'; 'Junseok Yim'; 'Kevin Kim'; Nathan Yoonsik Nam (yoonsik.ham@samsung.com); Paul Marzolf; Loretta Hong; Jason E. Adams; Aston Cole; Todd Allen; Weiqiang Wu
**Subject:**
**Importance:** High

Dear UX Team,

16

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11023159

Thank you,

**Julie Paek**
User Experience Design | **Samsung Mobile**

**From:** Julie Paek
**Sent:** Thursday, August 25, 2011 6:39 PM
**To:** Dongseok Ryu (dongseok.ryu@sta.samsung.com); Hyunjung Song (songah.song@samsung.com); Jiyoung Moon (jy4924.moon@samsung.com); Minkyung Cho [mking.cho@samsung.com] ; SANGHEE BAE; Stanley Yoo [sh93.yoo@samsung.com] ; Yongsung Park (ys1977.park@samsung.com); 이정미
**Cc:** 'Alex Lee'; 'Chulwoo Yang'; 'Hans Lee'; 'John Choi'; 'Junseok Yim'; 'Kevin Kim'; Nathan Yoonsik Nam (yoonsik.ham@samsung.com); Paul Marzolf; Loretta Hong; Jason E. Adams; Aston Cole; Todd Allen; Weiqiang Wu
**Subject:** █████████████

Dear UX Team,

17

SAMNDCA11023161

18

Highly Confidential - Attorneys' Eyes Only

**Julie Paek**
Project Manager | **Samsung Mobile**

6 Concourse Parkway, Suite 750, Atlanta, GA 30328
desk: +1 678 443 7893
cell: +1 678 488 8911
fax: +1 678 443 7889
email: jpaek@sta.samsung.com

---------Original Message---------
Sent: "LATTANZI, MICHAEL L" <ml0536@att.com>
Date: Tue, 13 Sep 2011 11:03:32 -0500
Subject:

19

SAMNDCA11023162

Highly Confidential - Attorneys' Eyes Only



</DONGSEOK.RYU@STA.SAMSUNG.COM</ML05369@ATT.COM</JPAEK@STA.SAMSUNG.COM</JPAEK@STA.SAMSUNG.COM</JPAEK@STA.SAMSUNG.COM

**Jun S. Yim**
Senior Manager
Product Strategy
Telecommunication Network Business

20

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023163

Samsung Electronics

*junseok.yim@samsung.com*
*Office +82.31.301.2988*
*Mobile +82.10.9363.1000*

Disclaimer:
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**Alex C. Lee  (Associate)**
Product Planning Part - North America
Product Strategy Team, Mobile Comm.,
Samsung Electronics CO., LTD. Lab.

P : +82-31-***-****
M : +82-10-2074-6197
E-mail : alex.c.lee@samsung.com

**H Y U N W O O K  P A R K**
North America GSM SW | Samsung Electronics | TEL : +82-31-301-5089 | hw27.park@samsung.com

**H Y U N W O O K  P A R K**
North America GSM SW | Samsung Electronics | TEL : +82-31-301-5089 | hw27.park@samsung.com

21

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11023164