# KANG DECLARATION EXHIBIT 5

# Exhibit 30

# Filed Under Seal

# Ju-Yup (Jerry) Lee, J.D.

23038 Arlington Ave #15
Torrance, CA 90501

619-246-4855
UFJerryLee@gmail.com

March 6th, 2012

## Certificate of Translation

I hereby certify that the Korean to English translation of the
S-ITC-500043605 - S-ITC-500043611
is an accurate and complete rendering of the contents of the source document to the best of my knowledge. I further certify that I translated said document and that I am a professional competent in both languages with more than eight (8) years of professional experience and several years of apprenticeship in Korean to English translation.

By: _____
Ju-Yup (Jerry) Lee

TRANSLATION

| | |
|---|---|
| FROM : | Brent (Byung Gil) Yoo |
| DATE : | Friday, June 24th 2011 2:12 |
| TO : | Brian Rosenberg; Omar Khan; Nicholas Dicarlo; Sang Kyun Kim; Todd Pendleton; Paul Golden; Drew Blackard; Corey Kerstetter |
| CC: | Dale Sohn; YK Yongki Min; Ji-Ung Park; Byung Hee Choi; Eric Rhee; Reza Rahman; Paul Chapple; Johnny Hart; Travis Warren; Hyoung Taek Chang; ???; 'Jihoon Lee'; Justin R. Denison; Thomas Chun; Christopher J. Belter; Brian Charity; Bruce Parkhurst |
| TITLE : | (DJ Lee) GSII sales/marketing strategy to attack Apple FW: RE: (?????)  Re: STA ?? ?? ?? ?? |
| ATTACHMENTS : | 201106231054568_BEI0XT4N.jpg; 201106231054755_2LL5XOK0.gif |

Brian/ Todd/Omar/Justin Denison,


As DJ Lee reinforced the importance of GSII to STA as well as to Global Samsung in the Tuesday conference call this week,

Thru a separate email to Dale, DJ is asking STA to come up with a clear winning strategy in relation with making big

impact on Apple's rise in the U.S.. DJ believes that in order to make a big impact on Apple in the U.S., STA needs to make a

holistic strategy around our 3 GSII products (Gaudi/Seine/Hercules). Success of GSII in the US market is even more critical considering

Apple iPhone 5 is likely to be launched. If we fail to succeed in GSII, STA and Samsung will be struggling even more by Apple taking

more and more share in the marketplace.


Below is what DJ mentioned in this email that STA needs to have clear plan:

1. What are the other superphones that GSII will compete against? (Apple/HTC/Moto···.) Assess thoroughly the competitiveness

of GSII with Spec/Price comparison. Then, what should be STA's winning strategy based upon the analysis?

2. On Marketing front, what should be STA's ATL/BTL strategy/plan along with our GSII branding strategy?

3. Our GSII plan should be built taking into consideration of 2012 GSIII launch strategy. (for example, R/P price positioning

over the lifecycle, what should be core message to consumers? And etc.)


As Dale challenged us many times, we also need to have the followings in our GSII strategy in addition to the above DJ Lee's points:

1. Do we believe GSII is competitive and wow enough compared to

Confidential Business Information,                                    S-ITC-500043605
Subject to Protective Order

competing models? If not, STA also needs to raise our voice with the reasoning.

2. Need to get a sense on how much carrier customers are excited about this products.

3. We need to simulate GSII forecast considering Apple iPhone 5 launches as well as other superphones from competitor.

4. Do we need to reallocate some of our MDF from Tablet to GSII if we believe injecting MDF on GSII will be strategically

more viable to STA than focusing on Galaxy Tab in terms of hurting Apple in the U.S.?

As soon as draft version is done, Dale would like to have a STA internal meeting to finalize the strategy.

Timeline: We need to have draft done at least by mid next week and have a meeting with Dale by the end of next week.


Brian/Todd/Omar/Justin,

Please take the lead on making this task move forward in a timely manner.


Thank you,

Brent



------- Original Message -------
Sender: Dale Sohn <dale.sohn@samsung.com> Exec. Dir./CEO/STA (North America)/Samsung Electronics

Date: 2011-06-24 00:19 (GMT+09:00)

Title: RE: (To CEO) Re: STA weekly sales status report

To: Yongil Lee <yongil.lee@samsung.com> Ji-Ung Park <jupark@sta.samsung.com> Byunggil Yoo <byunggil.yoo@samsung.com> Yonggi Min <ykmin@samsung.com> Moonchul Lee <moonchul.lee@samsung.com> Sangryong Lee <samlee21@samsung.com> Sungho Byun <iou.dyun@samsung.com> Yongki Min <ykmin@samsung.com>

Executive Director Lee,

Thank you for your opinion.  After I review it, I will send you the proposal from corporate.

Head of Division Yoo,

Please quickly prepare a GS2 response meeting at corporate.  Please include marketing strategy, sales simulations, and complaint elements regarding competitiveness and simulation results

Confidential Business Information,                               S-ITC-500043606
Subject to Protective Order

regarding apple's product release.  Let's review re-distributions of marketing costs and linking with the tab.


CEO

From: Yongil Lee [mailto:yoongil.lee@samsung.com]
Sent: Thursday, June 23, 2011 1:59 AM
To: Dale Sohn: Byunggil Yoo: Yong KI Min: Mooncheol Lee: Sangryong Lee: Seongho Byun
Subject: (To CEO) Re: STA weekly sales status report


Exec. Director Sohn,

I am sending you details that I wanted to share with you from the contents of the conversation I had with team leader Don Joo Lee in Seoul.

- From releasing the 3 models (Dempsey/Nexus/Charge), it seems that we have succeeded in keeping HTC at bay, but Apple seems to have taken no damage.

Therefore, we should start thinking about how to hurt Apple.  I think the three GS2 brothers' successful release can achieve this.

- Since it is going to be difficult to pressure Apple with the Android tablet, we should use the money that we have, other than the money we have for this year's tablet launch, for the successful launching activities of the GS2.


I will divert some manpower from the tablet strategic team and deploy them to work on delivering a blow to Apple by getting us the successful launching of the GS2.

Please think about the focus within corporate and let us have a phone conversation afterwards.


I will keep in touch.

Sincerely,
Yongil Lee

------- Original Message -------
Sender: Donju Lee <donjlee@samsung.com> Exec. Vice President/Team Leader/Strategic Marketing Team (Wireless) / Samsung Electronics
Date: 2011-06-23 11:23 (GMT+09:00)
Title: Re: STA weekly sales status report

Confidential Business Information,                                    S-ITC-500043607
Subject to Protective Order

Executive Director Dale Sohn,

In reading the attached weekly report,

1. I could not help but feel's Apple's power.

2. And felt that if the I-phone 5 is launched this September as we expect, the U.S. market will probably be swept away by Apple's wave.

The last counter-attack that Samsung can launch this year is stated as..

"I think the way to do it is to successfully launch the Galaxy S2 3 brothers (Galaxy S2, Hercules, Gaudi) bundled into key features; 4G, dual Core, S-Amoled."

In regards to his,

1. What are Samsung's winning strategies against the competitors' (Apple, HTC, Motorola's new models) new product introduction strategies? (Including pricing positions)

2. What are the ATL/BTL plans, including the branding strategy?

3. Please give me feedback on the results regarding what the groundwork strategy related to the GS3

introduction is.

I hope that Exec. Dir. Yongil Lee, Exec. Dir. Yonghee Lee actively participates, and helps in creating a comprehensive and in-depth strategy (one that directly affects the competitor's sales)

Confidential Business Information,                    S-ITC-500043608
Subject to Protective Order

TRANSLATION

Thank you.


Sincerely,
Wireless Strategic Marketing Team Leader


------- Original Message --------
Sender :  Byunghee Choi <philipchoi@samsung.com> M6(Sr. Mgr.)/Sr. Mgr. in charge/STA(North America)/Samsung Electronics
Date : 2011-06-23 04:22 (GMT+09:00)
Title : STA weekly sales status report


☐ To: America Export Group, Global Management Team, North America Product Planning Group
☐ Cc: Strategic Marketing Team Leader, Product Strategy Team Leader, Production Technology Center Leader
☐ From: Byunghee Choi (STA)


2.  Competitor sales status


Confidential Business Information,       S-ITC-500043609
Subject to Protective Order

- Apple's Sales: 0.53 million units (last week 0.5 million units)

. Verizon 186K (including 56K the Apple store) and ATT 344K (128K from the Apple store)
- HTC's sales: 0.26 million units (last week 0.24 million units)



Please see the attachment for detailed sales contents.

That is all.

Philip(Byunghee) Choi

Director, Business Planning

Samsung Telecommunications America

Office : 972-761-7194

Mobile : 972-795-5148

E-mail : HYPERLINK "mailto:philipchoi@samsung.com"
₩nphilipchoi@samsung.com

Confidential Business Information,                    S-ITC-500043610
Subject to Protective Order

TRANSLATION

http://ext.w2.samsung.net/mailcheck/SeenTimeChecker?do=db3ce3fb2fc4f7756
6915f898dcb8a8f4c3d2877fddfa3949f1cbabd0ca4aa4f458662bc2b1ae520b7f13cf5b
ae7b386af372934a39757bd94f7845afcd58fe4404ff9c90f61f251cf878f9a26ce15a0

Confidential Business Information,                    S-ITC-500043611
Subject to Protective Order

| | |
|---|---|
| 差出人: | Brent (Byung Gil) Yoo |
| 送信日時: | 2011年 6月 24日 金曜日 2:12 |
| 宛先: | Brian Rosenberg; Omar Khan; Nicholas Dicarlo; Sang Kyun Kim; Todd Pendleton; Paul Golden; Drew Blackard; Corey Kerstetter |
| CC: | Dale Sohn; YK Yongki Min; Ji-Ung Park; Byung Hee Choi; Eric Rhee; Reza Rahman; Paul Chapple; Johnny Hart; Travis Warren; Hyoung Taek Chang; ???; 'Jihoon Lee'; Justin R. Denison; Thomas Chun; Christopher J. Belter; Brian Charity; Bruce Parkhurst |
| 件名: | (DJ Lee) GSII sales/marketing strategy to attack Apple FW: RE: (?????) Re: STA ?? ?? ?? ?? |
| 添付ファイル: | 201106231054568_BEI0XT4N.jpg; 201106231054755_2LL5XOK0.gif |

Brian/ Todd/Omar/Justin Denison,

As DJ Lee reinforced the importance of GSII to STA as well as to Global Samsung in the Tuesday conference call this week,

Thru a separate email to Dale, DJ is asking STA to come up with a clear winning strategy in relation with making big

impact on Apple's rise in the U.S.. DJ believes that in order to make a big impact on Apple in the U.S., STA needs to make a

holistic strategy around our 3 GSII products (Gaudi/Seine/Hercules).
Success of GSII in the US market is even more critical considering

Apple iPhone 5 is likely to be launched. If we fail to succeed in GSII, STA and Samsung will be struggling even more by Apple taking

more and more share in the marketplace.

Below is what DJ mentioned in this email that STA needs to have clear plan:

1. What are the other superphones that GSII will compete against? (Apple/HTC/Moto….) Assess thoroughly the competitiveness

of GSII with Spec/Price comparison. Then, what should be STA's winning strategy based upon the analysis?

2. On Marketing front, what should be STA's ATL/BTL strategy/plan along with our GSII branding strategy?

3. Our GSII plan should be built taking into consideration of 2012 GSIII launch strategy. (for example, R/P price positioning

over the lifecycle, what should be core message to consumers? And etc.)

As Dale challenged us many times, we also need to have the followings in our GSII strategy in addition to the above DJ Lee's points:

1. Do we believe GSII is competitive and wow enough compared to

Confidential Business Information,
Subject to Protective Order

S-ITC-500043605

competing models? If not, STA also needs to raise our voice with the reasoning.

2. Need to get a sense on how much carrier customers are excited about this products.

3. We need to simulate GSII forecast considering Apple iPhone 5 launches as well as other superphones from competitor.

4. Do we need to reallocate some of our MDF from Tablet to GSII if we believe injecting MDF on GSII will be strategically

more viable to STA than focusing on Galaxy Tab in terms of hurting Apple in the U.S.?

As soon as draft version is done, Dale would like to have a STA internal meeting to finalize the strategy.

Timeline: We need to have draft done at least by mid next week and have a meeting with Dale by the end of next week.

Brian/Todd/Omar/Justin,

Please take the lead on making this task move forward in a timely manner.

Thank you,

Brent

-------- Original Message --------

Sender : 손대일<dale.sohn@samsung.com> 전무/법인장/STA(북미)/삼성전자

Date : 2011-06-24 00:19 (GMT+09:00)

Title : RE: (법인장님께) Re: STA 주간 판매 현황 보고

To : 이용일<yoongil.lee@samsung.com> Ji-Ung Park<jupark@sta.samsung.com> 유병길<byunggil.yoo@samsung.com> 민용기<ykmin@samsung.com> 이문철<moonchul.lee@samsung.com> 이상룡<samlee21@samsung.com> 변성호<iou.byun@samsung.com> 민용기<ykmin@samsung.com>

이전무님,

의견 감사 드립니다. 검토하고 법인의 제안을 드리도록 하겠습니다.

유부장

법인의 GS2의 대책회의를 조속히 준비바랍니다. 판매 시뮬레이션과 마케팅 전략도 포함하고 제품 경쟁력 관련 불안

Confidential Business Information,　　　　　　　　　　　　　　S-ITC-500043606
Subject to Protective Order

요소등과 경쟁사 제품 동향, 애플 출시 관련 시뮬레이션 결과 도 포함바라고 tab과의 연계 및 마케팅 비용 재분배등에 대해 검토합시다.

법인장

From: 이용일 [mailto:yoongil.lee@samsung.com]
Sent: Thursday, June 23, 2011 1:59 AM
To: Dale Sohn; 유병길; Yong KI Min; 이문철; 이상룡; 변성호
Subject: (법인장님께) Re: STA 주간 판매 현황 보고

손전무님,

금일 이돈주 팀장님께서 서울에서 전화하여 하기 관련하여 추가로 손전무님과 share 했으면 하는 내용 송부드립니다.

- 3 개 모델 (Dempsey/Nexus/Charge) 의 출시로 HTC 는 어느 정도 저지하는데 성공하였으나 Apple 은 조금도 타격이 없어 보이니

이제는 어떻게 Apple 에 타격을 줄 수 있는지를 가지고 고민해야 할 듯 하고, GS2 3 형제의 성공적인 출시가 그 관건이 될
것 같음.

- Android tablet 은 어차피 Apple 을 앞도하기는 당장은 힘들 것이니 금년 tablet launch 를 위해서 기 집행한 비용 이외에 tablet 을

위해 준비하였던 자금은 GS2의 성공적인 launching 활동을 위해서 사용하였으면 좋겠음.

저도 tablet 전담팀을 통해 집중하였던 전력의 일부를 Apple 타도 전략 및 GS2 성공적인 launching 구상을 함께 하는데 투입할 예정이오니

법인장님께서도 법인내에 focus 등을 한번 생각해보시고 통화한번 하였으면 합니다.

연락드리겠습니다.

이용일 드림

-------- Original Message --------

Sender : 이돈주<donjlee@samsung.com> 부사장/팀장/전략마케팅팀(무선)/삼성전자

Date : 2011-06-23 11:23 (GMT+09:00)

Title : Re: STA 주간 판매 현황 보고

Confidential Business Information,
Subject to Protective Order

S-ITC-500043607

손대일 전무님,

별첨 주간 리포터를 보면서,

1. 새삼 애플의 Power를 느끼지 않을 수가 없습니다.
2. 만약 정보 대로 금년 9월에 I-phone 5가 도입이 되면, 미국시장은
   다시한번 급속히 애플의 소용돌이에 빠질것 같습니다.

금년 당사가 할 수 있는 최후의 마지막 반격이,

"9월에 론칭하게 되어 있는 Galaxy S2 3형제(Galaxy S2, Hercules, Gaudi)를
 '4G, Dual Core, S-Amoled'라는 Key Feature로 묶어서 성공적 론칭을 하는 방법
 이라고 생각을 합니다."

관련하여,

1. 경쟁상황(Apple, HTC, Moto 신규모델), 경쟁사 신규 도입전략에 따른
   당사의 Winning Strategy가 무엇인지 ? (가격 Positioning을 포함)

2. 관련하여 Branding전략을 포함한 ATL/BTL 계획은 무엇인지 ?

3. 내년 GS3도입과 연계한 사전 포석 전략은 무엇인지에 대해

최대한 숙의한 결과로 Feedback해 주기 바라며,

이용일 전무, 이영희 전무도 현지와 적극적으로 동참하여, 종합적이고 심도있는
전략(경쟁사 모델 판매에 결정적 영향을 미치는)이 수립되기를 기대 합니다.

Confidential Business Information,
Subject to Protective Order

S-ITC-500043608

감사 합니다.

무선 전마팀장 배

-------- Original Message --------

Sender : 최병희<philipchoi@samsung.com> M6(차장)/담당차장/STA(북미)/삼성전자

Date : 2011-06-23 04:22 (GMT+09:00)

Title : STA 주간 판매 현황 보고

- 수신 : 미주수출그룹, Global 운영팀, 북미상품기획그룹
- 참조 : 전마팀장, 상품전략팀장, 제조기술센터장
- 발신 : 최병희 차장 (STA)



2. 경쟁사 판매 현황

Confidential Business Information,
Subject to Protective Order

S-ITC-500043609

- Apple사 판매: 53만대 (前週 50만대)

  . Verizon向 186K (Apple store 65K 포함) 및 ATT 344K (Apple store 128K 포함)
- HTC사 판매: 26만대 (前週 24만대)

  . ATT Inspire 4G($99) 41K, VZW Thunderbolt($249) 25K, TMO Sensation($199) 33K, Sprint EVO($149) 41K등



- 스마트폰내 M/S 판매: Apple 30%, HTC 13%

세부 판매 내역 첨부 참조하시기 바랍니다.

이상

Philip(Byunghee) Choi

Director, Business Planning

Samsung Telecommunications America

Office : 972-761-7194

Mobile : 972-795-5148

E-mail : HYPERLINK "mailto:philipchoi@samsung.com"
₩nphilipchoi@samsung.com

Confidential Business Information,
Subject to Protective Order

S-ITC-500043610

http://ext.w2.samsung.net/mailcheck/SeenTimeChecker?do=db3ce3fb2fc4f7756
6915f898dcb8a8f4c3d2877fddfa3949f1cbabd0ca4aa4f458662bc2b1ae520b7f13cf5b
ae7b386af372934a39757bd94f7845afcd58fe4404ff9c90f61f251cf878f9a26ce15a0

Confidential Business Information,
Subject to Protective Order

S-ITC-500043611