# KANG DECLARATION EXHIBIT 9

# EXHIBIT A

# FILED UNDER SEAL

S-ITC-500005400

# Inventory Task Team

## 2/4`/2011



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

# Summary – Inventory Task Force Team

- Task Force Team Objectives:
  - Propose simple methodology for procurement of materials
  - Identify mechanism to determine proper levels of inventory
  - Develop a structured policy on inventory aging

- Key findings:
  - Forecasting
    - Reliant on ▉▉▉ not weighted toward ▉▉▉
    - Analysis of actual return rates vs. forecasted rates is insufficient and not leveraged for improved forecast accuracy
  - Lead Times
    - Lead times for key product types (PBA's, LCD's) are ▉▉▉
    - The average BOM has 23 materials, but at least one item on every BOM has a ▉▉▉ lead time
  - Systems
    - Systems in place are likely sufficient, but ▉▉▉ at several points diminishes effectiveness of system capability

- Key Recommendations:
  - ▉▉▉
  - ▉▉▉
  - ▉▉▉
  - ▉▉▉
  - ▉▉▉



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500005401



# Current Challenge

## Procurement

- Parts order Management
- Purchase
- Parts Supply

## Storage STA

- Forecasting buffer
- Receiving
- Customer Order Mgmt
- Goods Issue

## Production/Repair

- Production Planning
- Repair

Procurement Process:

- Two Phase Solution
  - Phase I:
  - Phase II

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500005402

3



# FORECASTING

**Procurement**
- **PARTS ORDER MANAGEMENT**
- Purchase
- Parts Supply

**Storage STA**
- **FORECASTING BUFFER**
- Receiving
- Customer Order Mgmt
- Goods Issue

**Production/Repair**
- Production Planning
- Repair

Goal: ▇ Accuracy Rate

Improvement: ▇ Day forecasting buffer

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

4

S-ITC-500005403

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

## Forecasting

- Inventory Breakdown in line with current Forecast Accuracy Rates



| Last Demand | Material IDs | % Mat'l IDs Current | Value | % Inv Value Current | Average Age |
|---|---|---|---|---|---|
| 0-45 Days | | | $ | | |
| 45-75 Days | | | $ | | |
| 76-105 Days | | | $ | | |
| 106-165 Days | | | $ | | |
| 166+ | | | $ | | |
| **Totals** | | | **$** | | |

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500005404

5



# Forecasting

## Forecasting Improvement

- As Is
  - Current methodology heavily weighted on
  - System produces only         , no
  - Variables could include carrier, model type, OS, seasonality, marketing programs, etc
  - Minimal ability/effort placed
  - 60 Day accuracy rate
- To Be

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500005405

6



# Forecast accuracy effect on Inventory Levels

- **Basis:**
  - Monthly throughput of
  - Cycle time of
    - Lead time
    - GR/GI process
    - Production Planning
    - Repair
- **Goal:**
  - Drive          accuracy rate
    to          consistently

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500005406

7

# Current Forecast Accuracy Results

AT&T | Metro | Sprint



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

8

S-ITC-500005407

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

# Forecast Forecast Accuracy Results

**T-Mobile**

**Verizon**

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

9

S-ITC-500005408



CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

# Lead Times

## Procurement

- PARTS ORDER MANAGEMENT
- Purchase
- **Parts Supply**

## Storage & I/A

- FORECASTING BUFFER
- Receiving
- Customer Order Mgmt
- Goods Issue

## Production/Repair

- Production Planning
- Repair

Goal –
- 
- 

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER



S-ITC-500005409

# Lead time performance — Prev 6 months

- Actual lead times stretch to

- Average BOM –

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500005410

11



# Lead times by Material Category

| Category | Average Lead Time | Average Price | Total Material IDs |
|---|---|---|---|
| PBA | | $ | |
| LCD | | $ | |
| Camera | | | |
| Packaging | | | |
| Cable | | | |
| Adapter | | | |
| Cover | | | |
| Key/Keypad | | | |
| Battery | | | |
| Audio Components | | | |
| Other | | | |
| Label | | | |
| Electronic Components | | | |



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500005411

12

# Lead Times– PBA's

| Model | Material ID | Description | Lead Time to Plant | Price | Category | Use Rate |
|---|---|---|---|---|---|---|

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

S-ITC-500005412

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

# Lead Times – LCD's

| Model | Material ID | Description | Lead Time to Plant | Price | Category | Usage Rate |
|---|---|---|---|---|---|---|

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

S-ITC-500005413



# Lead Times

## Lead Time Improvement

- As Is
  - Ordering is based on an assumed _____ lead time
  - Actual Avg PBA lead time is
  - Actual Avg LCD lead time is
  - Average difference between long/short lead time of BOM material is

- To Be

S-ITC-500005414

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

# BOM – Sprint Galaxy S (D700)

| Material ID | Description | Lead Time | Price | Material ID | Description | Lead Time | Price |
|---|---|---|---|---|---|---|---|

S-ITC-500005415

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

SAMSUNG

# BOM – Verizon Galaxy S (I500)

| Material ID | Description | Lead Time | Price |
|---|---|---|---|
| | | | |

S-ITC-500005416

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER



# Order Cycle/Inv Turns

**Production/Repair**
- Production Planning
- Repair

**Storage STA**
- **FORECASTING BUFFER**
- Receiving
- Customer Order Mgmt
- Goods Issue

**Procurement**
- PARTS ORDER MANAGEMENT
- Purchase
- Parts Supply

Goal

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

S-ITC-500005417

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER



# 2010 Inventory Turns Analysis

**Turn Rate Improvement**

- Average Turn rate = 
- Turns Recommendations

  — | | |



**Inventory Turns**



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

# Increased Turns effect on Inventory Levels



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER



# Production Planning

**Production / Repair**

- **Production Planning**
- Repair

**Storage STA**

- **FORECASTING BUFFER**
- Receiving
- Customer Order Mgmt
- Goods Issue

**Procurement**

- PARTS ORDER MANAGEMENT
- Purchase
- Parts Supply

Goal -
- 

S-ITC-500005420

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

# Production Planning



- As Is
- To Be

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500005421

22

# Complexity of Production Planning

S-ITC-500005422

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

SAMSUNG

- Insert slide on RMA Accuracy



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

24

S-ITC-500005423

- Insert slide on Inventory visibility by model

S-ITC-500005424

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.



CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

- Insert slide on manual vs. auto sales orders

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

SAMSUNG

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

S-ITC-500005425

27

S-ITC-500005426

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

- Insert slide WIP levels and Usage Rates



CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

# Objectives

- A simple methodology on procurement of material
  - Methodology may be simple – hard work is building the structure that feeds the methodology
  - Simplify scope of procurement
  - Methodology is explainable, measurable and consistent
- Determine the 'right' levels of inventory considering lead time and forecast challenges
  - Reporting must be tied to a █████████
  - Teams/individuals must own targets – monitor and act on issues early
- A policy on inventory aging
  - What are the appropriate recourses on inventory aging?
  - Eliminate the █████████



Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

S-ITC-500005427

CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

# Procurement Methodology

- Procurement Methodology

S-ITC-500005428

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER