# KANG DECLARATION EXHIBIT 10

# EXHIBIT I

# FILED UNDER SEAL

Highly Confidential - Attorneys Eyes Only

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

   APPLE, INC., a California
5  corporation,

6

7                        Plaintiff,

8

        -vs-                        No. 11-CV-01846-LHK
9

   SAMSUNG ELECTRONICS CO., LTD.,
10 a Korean business entity; et al.,

11                        Defendants.
                                    /
12

13  VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD - 30(b)(6)

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15           SAN FRANCISCO, CALIFORNIA

16        WEDNESDAY, FEBRUARY 29, 2012

17

18

19

20

21  Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575

22           Certified LiveNote Reporter

23

24

25  JOB NO: 47031

Highly Confidential - Attorneys Eyes Only

Page 2

1

2                        WEDNESDAY, FEBRUARY 29, 2012

3                        1:26 p.m.

4

5

6

7        Deposition of TIMOTHY SHEPPARD,

8    held at the offices of Morrison & Foerster, 425 Market

9    Street, San Francisco, California, before Louise Marie

10   Sousoures, a Certified Shorthand Reporter and a

11   Certified LiveNote Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4            MORRISON & FOERSTER

5            755 Page Mill Road

6            Palo Alto, CA  94304

7            BY:  ERIK J. OLSON

8            ejolson@mofo.com

9

10

11   AND

12           WILMERHALE

13           950 Page Mill Road

14           Palo Alto, CA  94304

15           BY: MARK D. SELWYN

16               mark.selwyn@wilmerhale.com

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 4

```
1          A P P E A R A N C E S  (CONTINUED)

2

3

4    FOR THE DEFENDANT:

5          QUINN EMANUEL URQUHART & SULLIVAN

6          865 South Figueroa Street

7          Los Angeles, CA  90017

8          BY:  ANTHONY P. ALDEN

9              anthonyalden@quinnemanuel.com

10

11

12

13

14   THE VIDEOGRAPHER:

15         ALINE MAYER

16

17   ALSO PRESENT:

18         JULIE J. HAN

19         SENIOR LITIGATION COUNSEL, SAMSUNG

20

21

22

23

24

25
```

Highly Confidential - Attorneys Eyes Only

Page 5

1

2

3          IT IS HEREBY STIPULATED AND AGREED

4   by and between the attorneys for the

5   respective parties herein, that filing and

6   sealing be and the same are hereby waived.

7          IT IS FURTHER STIPULATED AND AGREED

8   that all objections, except as to the form

9   of the question, shall be reserved to the

10  time of the trial.

11         IT IS FURTHER STIPULATED AND AGREED

12  that the within deposition may be sworn to

13  and signed before any officer authorized

14  to administer an oath, with the same

15  force and effect as if signed and sworn

16  to before the Court.

17

18

19

20                  - oOo -

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 6

1              P R O C E E D I N G S

2                   -oOo-

3         (Exhibit Nos. 1918 and 1919 were marked.)        13:26

4         THE VIDEOGRAPHER:  Good afternoon.  Here         13:26

5    marks the beginning of the deposition for Tim         13:26

6    Sheppard, 30(b)(6) in the matter of Apple,            13:26

7    Incorporated versus Samsung Electronics Company,      13:26

8    Limited et al., in the United States District Court,  13:26

9    Northern District of California, San Jose Division,   13:26

10   case 11-CV-01846-LHK.                                 13:26

11        Deposition is being held at 425 Market Street    13:26

12   in San Francisco, California on February 29th, 2012 at 13:26

13   approximately 1:26.                                   13:26

14        I am Aline Mayer, a legal video specialist       13:26

15   from TSG Reporting, headquartered at 747 Third Avenue, 13:26

16   New York, New York, and our court reporter is Louise  13:26

17   in association with TSG Reporting.                    13:26

18        Counsel, please introduce yourselves and         13:26

19   state who you represent for the record.               13:27

20        MR. OLSON:  Eric Olson from Morrison &           13:27

21   Foerster representing Apple.                           13:27

22        MR. SELWYN:  Mark Selwyn from WilmerHale also    13:27

23   on behalf of Apple.                                    13:27

24        MR. ALDEN:  Anthony Alden on behalf of Quinn     13:27

25   Emanuel for Samsung and the witness, Tim Sheppard.    13:27

Highly Confidential - Attorneys Eyes Only

Page 7

1      MS. HAN:  Julie Han from Samsung.            13:27

2      THE VIDEOGRAPHER:  The court reporter will   13:27

3   now please swear in the witness.               13:27

4                    --oOo--

5            TIMOTHY SHEPPARD,

6         having been first duly sworn by the

7         Certified Shorthand Reporter to tell

8         the truth, the whole truth, and nothing

9         but the truth, testified as follows:

10            EXAMINATION BY MR. OLSON:

11   Q.  Mr. Sheppard, you have been deposed in this  13:27

12   case before, correct?                          13:27

13   A.  Correct.                                   13:27

14   Q.  And have your job responsibilities changed in  13:27

15   a material way since your deposition in January of  13:27

16   this year?                                     13:27

17   A.  No.                                        13:27

18   Q.  And is it correct that you are responsible  13:27

19   for accounting functions at Samsung Technology --  13:27

20   excuse me, Telecommunications America?         13:27

21   A.  Yes.                                       13:27

22   Q.  And if I refer to that as STA, you would   13:27

23   understand what I was referring to?            13:27

24   A.  Yes.                                       13:28

25   Q.  Do you have any role in the accounting at  13:28

Highly Confidential - Attorneys Eyes Only

Page 8

| | | |
|---|---|---|
| 1 | Samsung Electronics America? | 13:28 |
| 2 | A.  No. | 13:28 |
| 3 | Q.  Are you here to testify on behalf of Samsung | 13:28 |
| 4 | with respect to any topics under a Rule 30(b)(6) | 13:28 |
| 5 | notice? | 13:28 |
| 6 | A.  I believe so. | 13:28 |
| 7 | Q.  Are you here to testify on behalf of Samsung | 13:28 |
| 8 | Telecommunications America? | 13:28 |
| 9 | A.  You mean STA? | 13:28 |
| 10 | Q.  Yes. | 13:28 |
| 11 | A.  Yes. | 13:28 |
| 12 | Q.  Did I say it wrong? | 13:28 |
| 13 | A.  No.  I thought you previously said you were | 13:28 |
| 14 | going to refer to it as STA. | 13:28 |
| 15 | Q.  I meant if I do refer to it, we will know | 13:28 |
| 16 | what I was talking about. | 13:28 |
| 17 | A.  Yes. | 13:28 |
| 18 | Q.  And just given that, let me make sure the | 13:28 |
| 19 | record is clear. | 13:28 |
| 20 | You are here to testify on behalf of STA or | 13:28 |
| 21 | Samsung Telecommunications America with respect to the | 13:28 |
| 22 | notice? | 13:28 |
| 23 | A.  Yes. | 13:28 |
| 24 | Q.  And are you here to testify on behalf of | 13:28 |
| 25 | Samsung Electronics America with respect to the | 13:28 |

Highly Confidential - Attorneys Eyes Only

Page 9

1    notice?                                                13:28

2        A.   Yes.                                          13:28

3        Q.   And are you here to testify on behalf of     13:28

4    Samsung Electronics Corporation, the Korean parent in  13:28

5    any way?                                               13:29

6        A.   No.                                           13:29

7        Q.   Let me hand you what I've had the court       13:29

8    reporter mark as Exhibit 1918 and also what I've had   13:29

9    her mark as Exhibit 1919.                              13:29

10            Starting with Exhibit 1918, can you tell me   13:29

11   what that is?                                          13:29

12       A.   Reading the front cover appears to be a       13:29

13   deposition notice.                                     13:29

14       Q.   Have you ever seen Exhibit 1918 before?       13:29

15       A.   It's possible.  I'm not --                    13:29

16       Q.   Did you see any list of topics you were being 13:30

17   designated to respond to before you came to the        13:30

18   deposition today?                                      13:30

19       A.   Yes.                                          13:30

20       Q.   In what form did you see that?                13:30

21       A.   In the form of a Word document.               13:30

22       Q.   From whom?                                    13:30

23            MR. ALDEN:  Well, let me just state, caution  13:30

24   you to the extent that counsel sent you a document in  13:30

25   connection with the preparation of the deposition I'll 13:30

Highly Confidential - Attorneys Eyes Only

Page 37

| | | |
|---|---|---|
| 1 | A.  No. | 14:06 |
| 2 | Q.  Were you ultimately able to validate whether | 14:06 |
| 3 | the report you were looking at was accurate? | 14:07 |
| 4 | A.  Yes. | 14:07 |
| 5 | Q.  And was it accurate? | 14:07 |
| 6 | A.  Yes. | 14:07 |
| 7 | MR. ALDEN:  Objection, asked and answered. | 14:07 |
| 8 | THE WITNESS:  Yes. | 14:07 |
| 9 | MR. OLSON:  I'm going to mark as the first | 14:07 |
| 10 | exhibit in order -- the next exhibit in order, | 14:07 |
| 11 | Exhibit 1920, a document that has been printed from a | 14:07 |
| 12 | native spreadsheet that was given to us on February | 14:07 |
| 13 | 3rd and the Bates number of the document as it came to | 14:07 |
| 14 | us was SAMNDCA 323946. | 14:07 |
| 15 | I have placed that Bates number on the | 14:07 |
| 16 | document as well on the first page, an indication it | 14:07 |
| 17 | was marked highly confidential. | 14:07 |
| 18 | (Exhibit No. 1920 was marked.) | 14:08 |
| 19 | BY MR. OLSON: | 14:08 |
| 20 | Q.  Mr. Sheppard, while you take a look at that, | 14:08 |
| 21 | I'm going to have marked as the next exhibit in order | 14:08 |
| 22 | Exhibit 1921 a document that is SAMNDCA 3259495 to | 14:08 |
| 23 | 503. | 14:08 |
| 24 | MR. ALDEN:  Let me state for the record as | 14:08 |
| 25 | discussed with counsel prior to the deposition there | 14:08 |

Highly Confidential - Attorneys Eyes Only

Page 38

1    have been some additional spreadsheets produced which    14:08

2    I believe would supersede Exhibits 1920 and 1921.    14:08

3         (Exhibit No. 1921 was marked.)    14:08

4         MR. OLSON:  So are you representing 1920 and    14:08

5    1921 are incomplete or inaccurate?    14:08

6         MR. ALDEN:  No, I believe that most of the    14:09

7    data in the new spreadsheets is the same as the data    14:09

8    in the old spreadsheets, but my understanding is that    14:09

9    they -- the new spreadsheets are intended to replace    14:09

10   the old ones and consolidate the two spreadsheets    14:09

11   you've marked as Exhibit 1920 and 1921.    14:09

12        MR. OLSON:  So let me ask and have you    14:09

13   represent it for the benefit of the record.  Is it the    14:09

14   case, then, the new document solely combines what is    14:09

15   Exhibit 1920 and 1921?    14:09

16        MR. ALDEN:  I am not in a position to make    14:09

17   that representation.    14:09

18   BY MR. OLSON:    14:09

19     Q.  Mr. Sheppard, have you ever seen Exhibit 1920    14:09

20   before?    14:09

21     A.  Yes.    14:09

22     Q.  When did you see it?    14:09

23        MR. ALDEN:  Again, I'll object and instruct    14:10

24   you not to answer on the basis of the attorney-client    14:10

25   privilege to the extent you saw it during the meeting    14:10

Highly Confidential - Attorneys Eyes Only

Page 39

| | | |
|---|---|---|
| 1 | with counsel.  If you otherwise saw it, you can answer | 14:10 |
| 2 | the question. | 14:10 |
| 3 | BY MR. OLSON: | 14:10 |
| 4 | Q.  Have you ever seen Exhibit 1920 other than in | 14:10 |
| 5 | the presence of counsel? | 14:10 |
| 6 | A.  No. | 14:10 |
| 7 | Q.  Do you understand Exhibit 1920 to have been | 14:10 |
| 8 | solely prepared for the purposes of this litigation? | 14:10 |
| 9 | A.  Yes, my understanding. | 14:10 |
| 10 | Q.  Was any part of it prepared in the ordinary | 14:10 |
| 11 | course of business on behalf of STA? | 14:10 |
| 12 | MR. ALDEN:  Objection, vague and ambiguous. | 14:10 |
| 13 | BY MR. OLSON: | 14:10 |
| 14 | Q.  Let me ask a better question. | 14:10 |
| 15 | Was any document in the format of | 14:10 |
| 16 | Exhibit 1920 prepared at STA in the ordinary course of | 14:10 |
| 17 | business? | 14:10 |
| 18 | A.  No. | 14:10 |
| 19 | Q.  Was any document in the format of | 14:10 |
| 20 | Exhibit 1920 prepared in the ordinary course of | 14:10 |
| 21 | business at SEA? | 14:11 |
| 22 | A.  No. | 14:11 |
| 23 | Q.  Was any document in the format of | 14:11 |
| 24 | Exhibit 1920 prepared in the ordinary course of | 14:11 |
| 25 | business at SEC? | 14:11 |

Highly Confidential - Attorneys Eyes Only

Page 40

1     MR. ALDEN:  Objection, beyond the scope.     14:11

2     THE WITNESS:  I have no personal knowledge of     14:11

3  what's prepared at SEC.     14:11

4  BY MR. OLSON:     14:11

5     Q.  Do you know who prepared Exhibit 1920?     14:11

6     A.  I do not.     14:11

7     Q.  Do you have any information on where the     14:11

8  information prepared in 1920 comes from?     14:11

9     A.  I know where the data for STA and SEA comes     14:11

10  from.     14:11

11     Q.  All right.  Is it your understanding that     14:11

12  Exhibit 1920 was prepared at the instructions of     14:11

13  counsel?     14:12

14     MR. ALDEN:  Objection, to the extent that     14:12

15  your knowledge would -- comes from discussions with     14:12

16  counsel, I'll instruct you not to answer that     14:12

17  question.     14:12

18     If otherwise, you can answer that question.     14:12

19     THE WITNESS:  I think I explained earlier I     14:12

20  don't know who prepared this document.     14:12

21  BY MR. OLSON:     14:12

22     Q.  Do you know whether it's a member of your     14:12

23  staff that prepared it?     14:12

24     A.  I don't know means I don't know.     14:12

25     Q.  Are your answers the same as to Exhibit 1921?     14:12

Highly Confidential - Attorneys Eyes Only

Page 44

1    A.  So in the context of answering the question    14:16

2    do I have any information about this document that    14:16

3    didn't come from counsel, the answer is no.    14:16

4        MR. OLSON:  Let me have marked as the next    14:17

5    exhibit in order, Exhibit 1922, a document marked    14:17

6    Bates numbered SAMNDCA 354292 to 354385 and I'll    14:17

7    represent for the record this was received yesterday    14:17

8    at approximately 3 p.m.    14:17

9        (Exhibit No. 1922 was marked.)    14:17

10   BY MR. OLSON:    14:17

11   Q.  Let me first ask you, Mr. Sheppard, have you    14:18

12   ever seen Exhibit 1922 other than in the presence of    14:18

13   counsel?    14:18

14   A.  No.    14:18

15   Q.  Is it your understanding that Exhibit 1922    14:18

16   was prepared solely for purposes of this litigation?    14:18

17   A.  That is my understanding.    14:18

18   Q.  Do you have any understanding as to how    14:18

19   Exhibit 1922 differs from Exhibit 1920 and 1921?    14:19

20   A.  Yes, I have some understanding.    14:19

21   Q.  What's your understanding?    14:19

22   A.  Let me just validate one moment.    14:19

23       My understanding is the individual pages at    14:20

24   the product level are the same in both reports, but    14:20

25   the products in this I believe is a different list    14:20

Highly Confidential - Attorneys Eyes Only

Page 48

| | | |
|---|---|---|
| 1 | THE WITNESS:  I've only reviewed this | 14:24 |
| 2 | document in the presence of counsel. | 14:24 |
| 3 | So I don't think I can give you an answer. | 14:24 |
| 4 | BY MR. OLSON: | 14:24 |
| 5 | Q.  What, if anything, have you done to validate | 14:24 |
| 6 | whether the data that's contained in Exhibit 1922 is | 14:24 |
| 7 | accurate? | 14:24 |
| 8 | A.  I selected one product and I reran SAP data | 14:24 |
| 9 | to confirm that it matches the data in this report. | 14:24 |
| 10 | Q.  Which product was that? | 14:24 |
| 11 | A.  The I500. | 14:24 |
| 12 | Q.  The I500? | 14:25 |
| 13 | A.  Yes. | 14:25 |
| 14 | Q.  Does that product also have another name? | 14:25 |
| 15 | A.  Not to me. | 14:25 |
| 16 | Q.  And did you only seek to validate unit sales | 14:25 |
| 17 | and revenue or did you validate any other lines? | 14:25 |
| 18 | A.  I validated all five lines. | 14:25 |
| 19 | Q.  And by the five lines, you mean the five | 14:25 |
| 20 | lines that are listed under STA quantity, sales, COGS, | 14:25 |
| 21 | expense and operating profit? | 14:25 |
| 22 | A.  Correct. | 14:25 |
| 23 | Q.  Did you seek to validate any of the | 14:25 |
| 24 | information in the SEC category -- excuse me, SEA | 14:25 |
| 25 | category? | 14:25 |

Highly Confidential - Attorneys Eyes Only

Page 49

1     A.  Yes.                                              14:25

2     Q.  What did you do in that regard?                   14:25

3     A.  I think I had discussions with the colleague      14:26

4  I mentioned before at SEC, Giho Ro.                      14:26

5     Q.  And Mr. Ro gave you information on the SEA        14:26

6  category?                                                14:26

7     A.  Yes.                                              14:26

8     Q.  What information did he give you to validate      14:26

9  that the information regarding SEA was valid?            14:26

10    A.  He confirmed that the data is -- is a pure        14:26

11 extract from an SAP system.                              14:26

12    Q.  Was he the one who extracted it?                  14:26

13    A.  I do not know.                                    14:26

14    Q.  How did you validate that's true?                14:26

15    A.  I don't know.  I didn't ask him to validate       14:26

16 in that sense.                                           14:26

17        When you say validate it's true, what's true      14:26

18 are you referring to?                                    14:27

19    Q.  How did he validate that the information          14:27

20 that's contained in Exhibit 1922 is from the SAP         14:27

21 database on behalf of SEA?                               14:27

22    A.  Oh, okay.                                         14:27

23        In that case, I have to actually say he did       14:27

24 send me a confirmation e-mail that explained which       14:27

25 fields he had extracted from SEA, from the SAP system.   14:27

Highly Confidential - Attorneys Eyes Only

Page 50

1    Q.  When did he send this e-mail to you?         14:27

2    A.  Last night.                                   14:27

3    Q.  And which fields did he say were extracted    14:27

4    from the SAP database?                            14:27

5    A.  I don't recall the fields.                    14:27

6    Q.  There's only five fields there, correct?      14:27

7    A.  Yes, there are five lines, but that doesn't   14:27

8    represent five fields in SAP.                     14:27

9    Q.  Do you know which lines he validated that are 14:28

10   under SEA?                                        14:28

11   A.  He validated all five lines on the            14:28

12   spreadsheet.                                      14:28

13   Q.  And what's your understanding as to how he    14:28

14   did that?                                         14:28

15   A.  So have you read the spreadsheet?             14:28

16   Q.  I have.                                        14:28

17   A.  Okay, good.                                   14:28

18       So as you can tell, the summary page here     14:28

19   appears to be a list of the many pages behind it. 14:28

20       Would you agree with that?                    14:28

21   Q.  Actually, in the case of 1920, it wasn't.     14:28

22       So I haven't been able to do the math since   14:28

23   yesterday at seven when I got this.               14:28

24       Are you able to tell me that's true?          14:28

25   A.  I thought you got this at three.              14:28

Highly Confidential - Attorneys Eyes Only

Page 51

1    Q.  It was sent to us at three.                      14:28

2    A.  Okay.                                            14:29

3    Q.  Are you able to tell me whether or not the       14:29

4    totals on the first five pages are, in fact, the     14:29

5    addition of all of the material that's behind it?    14:29

6    A.  I cannot tell you that I -- I can tell you I      14:29

7    have not validated that calculation on the           14:29

8    spreadsheet.                                          14:29

9    Q.  You don't know?                                  14:29

10   A.  I don't know.                                    14:29

11   Q.  Do you know whether that's true of the unit      14:29

12   sales data?                                           14:29

13   A.  Well, I haven't established, I don't know.  I     14:29

14   think you can ask this question a hundred ways and    14:29

15   I'll still have to give you the same answer.          14:29

16   Q.  The same as to any line item?                    14:29

17   A.  Yes.                                             14:29

18   Q.  How did -- who was the gentleman in your         14:29

19   general accounting department that you spoke to about 14:29

20   this document?  I've forgotten his name.             14:29

21   A.  Christopher Park.                                14:29

22   Q.  Yes.  How did Mr. Park validate the              14:29

23   information around the I500?                          14:29

24   A.  He was able to run a report out of SAP for       14:30

25   that particular model.                                14:30

Highly Confidential - Attorneys Eyes Only

Page 52

1    Q.  And does the report only include the five        14:30

2    lines that are listed under STA?                     14:30

3    A.  The report he ran contained more than five       14:30

4    lines.                                               14:30

5    Q.  Other than checking the I500, have you done      14:30

6    anything else to determine whether or not the data   14:30

7    that's in Exhibit 1922 is valid?                     14:30

8    A.  Yes.                                             14:31

9    Q.  What?                                            14:31

10   A.  The data for the STA was prepared by STA         14:31

11   staff.                                               14:31

12   Q.  Who prepared the data?                           14:31

13   A.  So Jaehee -- what's the last name, I forgot      14:31

14   her last name, J-A-E-H-E-E, I forgot the last name for  14:31

15   the moment.                                          14:32

16   Q.  To whom -- is that a male or female?             14:32

17   A.  Female.                                          14:32

18   Q.  To whom did she give the data?                   14:32

19   A.  I do not know.                                   14:32

20   Q.  How did it get from her to being included in     14:32

21   Exhibit 1922?                                        14:32

22   A.  I think I said before I don't know who           14:32

23   prepared this report.                                14:32

24   Q.  How do you know that her work -- this            14:32

25   document is an accurate reflection of her work?      14:32

Highly Confidential - Attorneys Eyes Only

Page 53

1    A.  So two answers to that.                          14:32

2         One, the conversation I had in counsel's         14:32

3    presence with SEC staff that I referred to earlier and  14:32

4    more importantly he was validating it by validation    14:33

5    with Christopher Park.                                  14:33

6    Q.  With respect to the one product?                   14:33

7    A.  Yes.                                               14:33

8    Q.  What is it about the conversation you had         14:33

9    with the person from SEC that causes you to believe    14:33

10   her work is accurately reflected in Exhibit 1922?      14:33

11   A.  Because he told me because -- it was accurate      14:33

12   as reflected in this report.                            14:33

13   Q.  How did he know?                                   14:33

14   A.  I don't know.                                      14:33

15   Q.  Was he involved in the preparation of             14:33

16   Exhibit 1922?                                          14:33

17   A.  I don't know who prepared Exhibit 1922.           14:33

18   Q.  I didn't ask that question.                       14:33

19        Was this gentleman involved in the               14:33

20   preparation of Exhibit 1922 in any way?               14:33

21   A.  I don't know who prepared the Exhibit 1922.       14:34

22   It's very hard for me to then speculate as to who may  14:34

23   have been involved in the preparation of document     14:34

24   1922.                                                  14:34

25   Q.  What's your understanding as to how he knew       14:34

Highly Confidential - Attorneys Eyes Only

Page 54

1    that the information was -- that's in Exhibit 1922 is    14:34

2    an accurate representation of what's in STA's system?    14:34

3        A.  Can you repeat that question?    14:34

4        Q.  Right.  What -- see if I can rephrase it in a    14:34

5    way that may be easier for you to understand.    14:34

6            What did he tell you that caused you to    14:34

7    believe that Exhibit 1922 is an accurate reflection of    14:34

8    information that's in STA's system of record?    14:34

9        A.  He told me that no one at SEC had prepared    14:34

10   any data for STA and the data had been prepared by STA    14:35

11   staff.    14:35

12       Q.  Did he identify who?    14:35

13       A.  Yes, I just named the person.    14:35

14       Q.  Mr. Park?    14:35

15       A.  No, Giho.    14:35

16       Q.  Did he identify anybody else?    14:35

17       A.  No.    14:35

18       Q.  Did he identify anything else he had done to    14:35

19   validate the data in any way as to STA?    14:35

20       A.  No.    14:35

21       Q.  Are you able to say on behalf of Samsung on    14:35

22   the record whether or not this document is a -- 1922    14:35

23   is a complete and authoritative and accurate statement    14:35

24   of the quantity of each of the products that are    14:35

25   listed -- quantity sold by period of each of the    14:35

Highly Confidential - Attorneys Eyes Only

Page 55

| | | |
|---|---|---|
| 1 | products that are listed on Exhibit 1922? | 14:35 |
| 2 | MR. ALDEN:  Objection, vague and ambiguous | 14:35 |
| 3 | and Mr. Sheppard is designated on behalf of STA and | 14:35 |
| 4 | SEA only so his answers can only be on behalf of those | 14:35 |
| 5 | entities. | 14:36 |
| 6 | THE WITNESS:  Do you want to -- | 14:36 |
| 7 | BY MR. OLSON: | 14:36 |
| 8 | Q.  Sure.  Let me see if I can correct it in a | 14:36 |
| 9 | way that you can answer. | 14:36 |
| 10 | On behalf of STA and SEA, are you able to say | 14:36 |
| 11 | whether Exhibit 1922 is an authoritative and accurate | 14:36 |
| 12 | statement of the unit sales of each of the products | 14:36 |
| 13 | that are listed under the category STA and SEA in | 14:36 |
| 14 | Exhibit 1922? | 14:36 |
| 15 | A.  Yes. | 14:36 |
| 16 | MR. ALDEN:  Objection, vague and ambiguous. | 14:36 |
| 17 | THE WITNESS:  Authoritative -- so best of my | 14:36 |
| 18 | knowledge based on the analysis I've done I believe | 14:36 |
| 19 | these are accurate -- these spreadsheets contain | 14:36 |
| 20 | accurate data about the sales of the units listed in | 14:36 |
| 21 | this document. | 14:36 |
| 22 | BY MR. OLSON: | 14:36 |
| 23 | Q.  All right.  Not quite my question. | 14:36 |
| 24 | Are you able to state one way or the other, | 14:36 |
| 25 | yes or no, whether this document Exhibit 1922 is an | 14:37 |

Highly Confidential - Attorneys Eyes Only

Page 56

1   authoritative and accurate statement of the unit sales    14:37

2   of each of the products that are listed as it relates    14:37

3   to the category STA and SEA on the spreadsheet?    14:37

4        MR. ALDEN:  Same objection.    14:37

5        THE WITNESS:  I'm not familiar with the term    14:37

6   authoritative in the accounting context.    14:37

7        So what I can say is that I believe this data    14:37

8   is an accurate reflection of what is contained in our    14:37

9   SAP database for STA and SEA.    14:37

10  BY MR. OLSON:    14:37

11    Q.  And other than speaking to Mr. Park and    14:37

12  Mr. Ro, what other analysis or information do you have    14:37

13  that causes you to believe that?    14:37

14    A.  That that's it.    14:38

15        MR. OLSON:  Let me have marked as the next    14:38

16  exhibit in order, Exhibit 1923, a document that is    14:38

17  SAMNDCA 354386 through 354600.    14:38

18        (Exhibit No. 1923 was marked.)    14:38

19  BY MR. OLSON:    14:38

20    Q.  Mr. Sheppard, let me ask you first:  Have you    14:39

21  ever seen Exhibit 1923 before other than in the    14:39

22  presence of counsel?    14:39

23    A.  Give me a second and try to figure out what    14:40

24  this is.    14:40

25        I'd have to say no, I've not.    14:40

Highly Confidential - Attorneys Eyes Only

Page 70

1       THE VIDEOGRAPHER:  Here marks the end of tape          15:00

2    1 in today's deposition, we're off the record, it's       15:00

3    3:00 o'clock.                                             15:00

4       (Recess taken.)                                        15:00

5       THE VIDEOGRAPHER:  Here marks the beginning           15:14

6    of tape 2 in the deposition of Mr. Sheppard.             15:14

7       We are back on the record, the time is 3:15.          15:14

8    BY MR. OLSON:                                             15:14

9    Q.  Mr. Sheppard, did you have anyone on your            15:14

10   staff check any of the information as to any of the       15:14

11   products that are included in Exhibit 1923?              15:14

12   A.  No.                                                   15:14

13   Q.  Did you ask anybody at SEA or SEC's staff to         15:14

14   check the information as to any of the products that     15:14

15   are in Exhibit 1923?                                      15:14

16   A.  No, but 1923 doesn't contain any SEA data.           15:15

17   Q.  So obviously, then, you didn't do it as to           15:15

18   SEA.                                                      15:15

19       Did you ask anybody at SEC to validate any of        15:15

20   the information as to a specific product like you did    15:15

21   with Mr. Park in any of the products in Exhibit 1923?    15:15

22   A.  No.  Once I had established how the data was         15:15

23   extracted from SAP, and I was available to validate      15:15

24   the point that Mr. Ro had made to me, I was quite        15:15

25   comfortable these were actual reflections what is in     15:15

Highly Confidential - Attorneys Eyes Only

Page 71

1    SAP.                                                       15:15

2         Q.   Did you see Mr. Ro?                              15:15

3         A.   Yes, remember I said earlier I had spoken to     15:15

4    Mr. Ro at SEC.                                             15:15

5         Q.   I thought I heard Rowland so I wanted to make    15:15

6    sure.                                                      15:15

7         A.   It's R-O, not a common name.                     15:15

8         Q.   And what is your understanding as to how the    15:15

9    data that's included on Exhibit 1922 and 1923 was         15:16

10   extracted?                                                 15:16

11        A.   1922 and 1923, oh -- so ignoring the summary    15:16

12   page which I believe this just represents a               15:16

13   spreadsheet, but if you actually go to --                 15:16

14        Q.   Let me pause you there.  When you say           15:16

15   'spreadsheet,' the addition of the other items?          15:16

16        A.   So I -- in my mind, the front -- so in native   15:16

17   form you would see this, I think, as a -- I would         15:16

18   imagine you would see this, I haven't seen this in        15:16

19   native form -- at least I don't think so -- in the        15:16

20   first page this would be the first tab of a               15:16

21   spreadsheet.                                               15:16

22             After that, you then see a tab for each --      15:16

23   each product.                                              15:16

24             And by validating the data back to SAP for      15:16

25   the I500, I'm confident each tab then represents just     15:17

Highly Confidential - Attorneys Eyes Only

Page 72

1    a straight extract from SAP and summarized in this      15:17

2    spreadsheet format.                                      15:17

3        Q.  And how did you -- how did you come to the       15:17

4    understanding that this was an extract from SAP?         15:17

5        A.  Because that's our system of record.             15:17

6        Q.  But did someone tell you that or did you know    15:17

7    that the minute you saw it?                              15:17

8        A.  I suspected that the minute I saw it, but I      15:17

9    validated it with a discussion with Mr. Ro.              15:17

10           Then I asked one of my -- Mr. Park to            15:17

11   actually reperform the extract to validate it was        15:17

12   accurately done.                                         15:17

13       Q.  With respect to the I500, did Mr. Park do it     15:17

14   just for one period of time or for all periods of        15:17

15   time?                                                    15:17

16       A.  He did it for all the periods that were in --    15:17

17   let me see which one did he do.                          15:17

18           He did it for the periods 2010, 2011.           15:17

19           So I didn't want him to just do it an extract   15:18

20   for one month.  I wanted to see a broader validation.    15:18

21           I wanted to be very confident this was          15:18

22   complete data and I knew where it came from.             15:18

23       Q.  If you'll grab Exhibit 1922, please, if         15:18

24   you'll first turn to the page that's marked at the top   15:18

25   Acclaim and at the bottom 354296.                        15:18

Highly Confidential - Attorneys Eyes Only

Page 88

1    Q.  In this case if you look at the next page it          15:40

2    shows what your total sales were, right?                  15:40

3    ▮▮ ▮▮▮                                             ▮▮▮▮

4    ▮  ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                     15:40

5    A.  Using that ratio of about 10 percent it's in          15:40

6    the right ballpark.                                       15:40

7        This number is net of whatever the number             15:40

8    was.                                                      15:40

9        Yes, this sounds about right.                         15:40

10   Q.  Do you have any understanding as to why there         15:40

11   is no information in the category manufacturing below     15:40

12   with respect to the months August, September and          15:40

13   December?                                                 15:40

14   A.  This is the SEC part of the document.                 15:40

15       I don't know how they prepared this.  I can           15:40

16   only speculate they would -- no manufacturing occurred    15:40

17   in that period.                                           15:41

18   Q.  Do you have any understanding as to why               15:41

19   there's nothing in the category COGS or expense for       15:41

20   STA in September of 2011?                                 15:41

21   A.  If we hadn't sold any units we wouldn't have          15:41

22   any COGS entries to book.                                 15:41

23       So we would have to have sold some products           15:41

24   through to be able to record an entry there or had to     15:41

25   receive DOA units back to record a reverse entry.         15:41

Highly Confidential - Attorneys Eyes Only

Page 123

1    A.  To the best of my knowledge, they are kept in    16:33

2    a spreadsheet, but I don't know for sure.    16:33

3         If you have a better suggestion, we're very    16:33

4    interested.    16:33

5    Q.  How much profit did STA transfer to SEC in    16:33

6    2010 through the transfer pricing mechanism?    16:33

7         MR. ALDEN:  Objection, assumes facts not in    16:34

8    evidence.    16:34

9         THE WITNESS:  I don't know off the top of my    16:34

10   head.    16:34

11   ██████████████████████████████████    ████    16:34

     ████████████████████████████████████████    ████

     ██████████████████████████████████████    ████

     ██████████    16:34

15        But I'm not sure, I'd have to go look at the    16:34

16   financials to figure out how much was actually    16:34

17   transferred to SEC and how much was expenses incurred    16:34

18   locally that got us to that right answer.    16:34

19   BY MR. OLSON:    16:34

20   ██  ████████████████████████████████    ████    16:34

     ██████████████████████    ████

     ██  ████  ██████    ████

     ████████████████████████████████    ████

     ██████████████████████████████████    ████

     ████████████████████████████████    16:34

Highly Confidential - Attorneys Eyes Only

Page 124

1 ██████████████████  That's the way the math  16:35

2 works out.                                      16:35

3    So to get █████████████████, you have     16:35

4 to deduct local expenses which would be my expense, my  16:35

5 salary, and a number of different activities, local  16:35

6 rents and offices and all the employee work force and  16:35

7 then you deduct the cost of the -- of the inventory  16:35

8 that SEC sold to us which we sold on to carriers.  16:35

9    Q.  Let me see if I'm understanding it.  16:35

10 █████████████████████                    ███  

██ ████████████████████████████            ███

██ ████                                     ███

██    ███ ██████████████████████            ███

██ ███████████████████████████              ███

██ █████████████████████████                ███

██ ███████████████████████████              ███

██ ██████                                   ███

██    ███ ██████████████████████████        ███

██ ████████████████████████████            ███

██ █████████████████████████████           

██ ███████████████████████████             16:36

22    MR. ALDEN:  Objection, vague and ambiguous,  16:36

23 assumes facts not in evidence.                 16:36

24    THE WITNESS:  Well, supply chain is       16:36

25 complicated and spans multiple countries.    16:36

Highly Confidential - Attorneys Eyes Only

Page 125

1     I don't know where profit is earned in the          16:36

2     whole entire supply chain.                           16:36

3        So if manufacturing is -- supplies are in         16:36

4     multiple countries, I don't know where their         16:36

5     individual relative profits lie in the entire supply 16:36

6     chain.                                               16:36

7        So it could be China, could be the U.S., if       16:36

8     we have supplies in the U.S., making profit that are 16:36

9     selling to Samsung, there's a lot of people involved 16:36

10    in manufacturing handsets.                           16:36

11    BY MR. OLSON:                                        16:36

12       Q.  So in the hypothetical situation in which on  16:36

13    a consolidated basis from STA all the way up through 16:36

14    all the subsidiaries, Samsung collectively is making 16:36

15    ███████████, the plan by means of the APA ███████    16:37

16    ████████████████████████████████████      ████████

      ██  ██████████████████████████████████               16:37

18       MR. ALDEN:  Objection, assumes facts not in       16:37

19    evidence, vague and ambiguous.                       16:37

20       THE WITNESS:  Well, firstly, I don't know         16:37

21    what the actual total consolidated profit is so I    16:37

22    don't know if it's ████████████.  Sounds like a      16:37

23    wonderful number to get to, but I don't know what the 16:37

24    reality is.                                          16:37

25       In terms of attempting to move profit, I          16:37

Highly Confidential - Attorneys Eyes Only

Page 126

1    don't think that's the way it works.                    16:37

2          So the negotiation for the APA is really a        16:37

3    three-party negotiation between the Korean IRS, the     16:37

4    U.S. IRS and Samsung to say based on our economic       16:37

5    activity, they hire economists, we hire economists,     16:37

6    the Korean government hires economists and says based   16:37

7    on the activity STA does, this is a fair and            16:37

8    reasonable amount of profit that reflects the activity  16:38

9    that STA is doing.                                      16:38

10         Based on that, that's how the tax is paid.        16:38

11         So the tax is paid no matter whether STA's        16:38

12   having a good or bad year, guaranteed income to the     16:38

13   U.S. government.                                        16:38

14   BY MR. OLSON:                                           16:38

15     Q.  What I'm trying to understand is the              16:38

16   guarantee is limited to by virtue of the Berry ratio    16:38

17   ultimately approximately one to one and a half          16:38

18   percent; is that correct?                               16:38

19     A.  Yeah, but it's guaranteed no matter what.         16:38

20         There's no risk from the U.S. government          16:38

21   point of view.  They're in a good position.             16:38

22     Q.  Any other profits go to other entities and        16:38

23   would be paid taxes elsewhere outside the United        16:38

24   States, correct?                                        16:38

25     A.  I don't know if there are profits.  You're        16:38

Highly Confidential - Attorneys Eyes Only

Page 142

1        MR. OLSON:  Let me have marked as the next        17:18

2    exhibit in order 1926 a document that's identified as    17:18

3    S-ITC 500028870 to 28895 and labeled on the front as    17:18

4    part of a global consolidation package system.          17:18

5        (Exhibit No. 1926 was marked.)                      17:18

6        THE WITNESS:  Okay.                                 17:20

7    BY MR. OLSON:                                            17:20

8    Q.  What is Exhibit 1926?                               17:20

9    A.  It's an example of a global consolidation           17:20

10   package system report.                                  17:20

11   Q.  And is this provided by STA to SEC every            17:20

12   month?                                                  17:20

13   A.  Yes.                                                17:20

14   Q.  And does it reflect information on STA's            17:20

15   financial results as of the end of a fiscal period?     17:20

16   A.  It does.                                            17:20

17   Q.  And in this case, it's February 2010,               17:20

18   correct?                                                17:20

19   A.  Correct.                                            17:20

20   Q.  And one of these is prepared for every month?       17:20

21   A.  Yes.                                                17:20

22   Q.  If you'll turn to the section that starts at        17:20

23   the top income statement, is this a detailed statement  17:20

24   of the accounts and their balances or amounts for that  17:21

25   period of February 2010 -- February 28th, 2010 from     17:21

Highly Confidential - Attorneys Eyes Only

Page 143

1   STA?                                                    17:21

2         MR. ALDEN:  Objection, vague and ambiguous.      17:21

3         THE WITNESS:  So running from left to right,     17:21

4   the left-hand column represents the account GL code    17:21

5   from the standard global chart of accounts.            17:21

6         The account name is the name used globally.      17:21

7         February 2010, the third column represents       17:21

8   activity for the month of February 2010 and the next   17:21

9   column represents activity for the month of February   17:21

10  2011.                                                   17:21

11        And all this -- it says top right-hand corner    17:21

12  local currency.  All these numbers are U.S. dollars.   17:21

13  BY MR. OLSON:                                           17:21

14  Q.  So if you look at the first section it says        17:22

15  sales and it goes down to a new item that says cost of 17:22

16  goods sold.                                             17:22

17        Do you see that?                                  17:22

18  A.  Yes.                                                17:22

19  Q.  Looking at Exhibit 1922 and 1923 where it          17:22

20  says STA sales, would it be -- would that information  17:22

21  that's presented there be available in the detail that 17:22

22  is provided in -- on this page?                         17:22

23  A.  So let's -- the short answer is yes, but let       17:22

24  me qualify that because this could get a little        17:22

25  confusing.                                              17:22

Highly Confidential - Attorneys Eyes Only

Page 144

1    So this activity here represents all activity    17:22

2    for businesses for STA which includes network, handset    17:22

3    sales, represent accessory sales, represent all    17:22

4    activity, whereas this report is looking at specific    17:22

5    products.    17:22

6    So if I take -- so this would include    17:22

7    activity for selling parts to add warranty, repair    17:22

8    fenders, it would include the revenue for R&D that's    17:23

9    required to be booked under the APA agreement.    17:23

10    This activity here contains a lot more than    17:23

11    just on this document.    17:23

12    Q.   Understood.   Is the information that's in    17:23

13    1922 and 1923 in that sales line available at this    17:23

14    level of detail?    17:23

15    MR. ALDEN:   Objection, vague and ambiguous.    17:23

16    THE WITNESS:   Yes, it is.    17:23

17    Both of these are just pure extracts straight    17:23

18    from SAP.    17:23

19    BY MR. OLSON:    17:23

20    Q.   And the same then would be true as to -- that    17:23

21    the cost of goods line, COGS line is available in the    17:23

22    degree of detail that's available under cost of goods    17:23

23    sold on Exhibit 1926, correct?    17:23

24    MR. ALDEN:   Same objection.    17:23

25    THE WITNESS:   I'm sorry.   Yes.    17:23

Highly Confidential - Attorneys Eyes Only

Page 145

1        The account code on the left is the lowest        17:23

2    level in the GL that you can extract account level        17:23

3    information at the general ledger.        17:24

4        I don't know how familiar you are with SAP,        17:24

5    there are other modules you can get to a finer level        17:24

6    of granularity, depending on what data you want to        17:24

7    look at, but from a general ledger point of view, this        17:24

8    is as low as you go from an account code point of        17:24

9    view.        17:24

10   BY MR. OLSON:        17:24

11     Q.  Let me simplify the need to go through any of        17:24

12   these.        17:24

13        All of the line items in sales COGS expense        17:24

14   are available from the GL at this level of detail as        17:24

15   presented in page -- Exhibit 1926?        17:24

16     A.  Correct, and when I referred earlier that I        17:24

17   validated the data, when I pulled the data for the        17:24

18   I500, I went to this level of detail to confirm that        17:24

19   this data was exactly matching.        17:24

20     Q.  When you said "this level of detail," that's        17:24

21   the level of detail in Exhibit 1926?        17:24

22     A.  This is -- yes, exactly.        17:24

23        So the thing about SAP, you can extract the        17:25

24   data and say show me at the sales COGS operating, show        17:25

25   me those four lines because you can pull it at that        17:25

Highly Confidential - Attorneys Eyes Only

Page 146

1   level or you can say show me at this line and pull      17:25
2   every single line item.                                 17:25
3        You pull it either way it's an extraction          17:25
4   from the same database the same way.                    17:25
5        It's a question of whether you want a              17:25
6   spreadsheet with 400 lines or you want it with five     17:25
7   lines.                                                  17:25
8        The answer is going to be the same either          17:25
9   way.                                                    17:25
10   Q.  From your understanding how you understand          17:25
11  the material in Exhibit 1922 and 1923 to have been      17:25
12  prepared, that as to the information in either of       17:25
13  those, ███████████████████████████████          █████

█████      ██   ███████████████████████          █████

█████         ███████████████████          █████

█████         █████████████████████████          █████

█████   ██████████████████████████████   ██     █████

█████   ██████████████████████████████████     █████

█████   ███████████████                              17:26

20   Q.  I'm talking about in the SEA and STA part.         17:26
21   A.  Just want to be sure we're talking about the       17:26
22  same thing.                                             17:26
23   Q.  In the line that says expense under SEA and        17:26
24  STA in 1922 and 1923, does it incorporate what is       17:26
25  labeled as I4 and I5 or is it just one of them?         17:26

Highly Confidential - Attorneys Eyes Only

Page 173

1   do was mark the entire transcript as highly          18:13

2   confidential attorneys' eyes only under the protective 18:13

3   order.                                               18:13

4           MR. OLSON:  All right.                        18:13

5           MR. ALDEN:  I should say and all the exhibits 18:13

6   attached to the transcript.                          18:13

7           MR. OLSON:  No objection to that.             18:13

8           We -- handful of things.                     18:13

9           One, I do not feel we're in a position to    18:13

10  close this deposition in part because of the late    18:13

11  production of documents in violation of a court order, 18:13

12  in fact, I believe in violation of two court orders. 18:13

13          And believe that in certain categories,      18:13

14  Mr. Sheppard was not adequately prepared, but with   18:13

15  that reservation, I don't have any questions and don't 18:13

16  have any objection to the marking of the transcript  18:14

17  confidential.                                        18:14

18          MR. ALDEN:  I'll just say that we disagree    18:14

19  with counsel's position that the deposition is not   18:14

20  closed or that Mr. Sheppard hasn't been adequately   18:14

21  prepared.                                            18:14

22          This is Mr. Sheppard's fourth deposition in  18:14

23  connection with Samsung-Apple matters, his second   18:14

24  deposition in the Northern District of California.  I 18:14

25  believe his life has been sufficiently interrupted and 18:14

Highly Confidential - Attorneys Eyes Only

Page 174

1    consider the deposition closed.                          18:14

2          I have nothing further, though.                    18:14

3          THE VIDEOGRAPHER:  Here marks the end of           18:14

4    today's deposition of Tim Sheppard, total number of      18:14

5    tapes used is three.  We are off the record, it's        18:14

6    6:14.                                                    18:14

7

8

9          (Whereupon, at 6:14 p.m. the deposition of

10   TIMOTHY SHEPPARD was adjourned.)

11

12

13

14

15                        TIMOTHY SHEPPARD

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 175

1           I, LOUISE MARIE SOUSOURES, duly

2   authorized to administer oaths pursuant to Section

3   2093(b) of the California Code of Civil Procedure, do

4   hereby certify: That the witness in the foregoing

5   deposition was by me duly sworn to testify the truth

6   in the within-entitled cause; that said deposition was

7   taken at the time and place therein cited; that the

8   testimony of the said witness was reported by me and

9   was hereafter transcribed under my direction into

10  typewriting; that the foregoing is a complete and

11  accurate record of said testimony; and that the

12  witness was given an opportunity to read and correct

13  said deposition and to subscribe the same.

14     Should the signature of the witness not be affixed

15  to the deposition, the witness shall not have availed

16  himself or herself of the opportunity to sign or the

17  signature has been waived.

18     I further certify that I am not of counsel, nor

19  attorney for any of the parties in the foregoing

20  deposition and caption named, nor in any way

21  interested in the outcome of the cause named in said

22  caption.

23  DATE: 3-1-2012

24              LOUISE MARIE SOUSOURES, CSR. #3575

25

Highly Confidential - Attorneys Eyes Only

Page 176

1

2                    INDEX OF EXAMINATIONS

3                                                PAGE

4    BY MR. OLSON                                7, 172

5    BY MR. ALDEN                                170

6

7

8

9

10                   INDEX OF EXHIBITS

11

12   NUMBER          DESCRIPTION                 PAGE

13   Exhibit 1918 Apple, Inc.'s seventh rule of      6

14                30(b)(6) deposition notice

15   Exhibit 1919 Document showing product names     6

16   Exhibit 1920 Document production Nos.          37

17                SAMNDCA 00323946

18   Exhibit 1921 Document production Nos.          38

19                SAMNDCA 00325459 to 503

20   Exhibit 1922 Document production Nos.          44

21                SAMNDCA 00354292 to 385

22   Exhibit 1923 Document production Nos.          56

23                SAMNDCA 00354386 to 4600

24   Exhibit 1924 Document production Nos.         106

25                SAMNDCA 00280457 to 465

Highly Confidential - Attorneys Eyes Only

Page 177

1                     I N D E X (CONTINUED)

2       NUMBER          DESCRIPTION                    PAGE

3       Exhibit 1925 Document production Nos.           136

4                    S-ITC 500030711 to 714

5       Exhibit 1926 Document production Nos.           142

6                    S-ITC 500028870 to 895

7       Exhibit 1927 Document production Nos.           153

8                    S-ITC 003362010 to 045

9       Exhibit 1928 Document production Nos.           164

10                   S-ITC 500018418 to 467

11      Exhibit 1929 Document production Nos.           164

12                   SAMNDCA 11172582 to 590

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys Eyes Only

Page 178

1          ERRATA SHEET FOR THE TRANSCRIPT OF:

2   Case Name: Apple Inc v. Samsung Electronics Company Limited

3   Dep. Date: Wednesday, February 29, 2012

4   Deponent: TIMOTHY SHEPPARD

5   CORRECTIONS:

6   Pg. Ln. Now Reads        Should Read       Reason

7   ___ ___ _____ _____ _____

8   ___ ___ _____ _____ _____

9   ___ ___ _____ _____ _____

10  ___ ___ _____ _____ _____

11  ___ ___ _____ _____ _____

12  ___ ___ _____ _____ _____

13  ___ ___ _____ _____ _____

14  ___ ___ _____ _____ _____

15  ___ ___ _____ _____ _____

16  ___ ___ _____ _____ _____

17  ___ ___ _____ _____ _____

18  _____

19  Signature of Deponent

20  SUBSCRIBED AND SWORN BEFORE ME

    THIS____DAY OF_____, 2011.

21

    _____

22  (Notary Public) MY COMMISSION EXPIRES:_____

23

              TIMOTHY SHEPPARD

24

25