# KANG DECLARATION EXHIBIT 12

# EXHIBIT A

# FILED UNDER SEAL

Jason Kim

1903 South Harvard Blvd.
Los Angeles, CA

(323) 608-3740
the1jasonkim@gmail.com

March 19, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA10198194 through SAMNDCA10199201
of the document with the beginning Bates number SAMNDCA10198194
is an accurate and complete rendering of the contents of the source document to the best of my
knowledge, except for the word "TRANSLATION" at the upper right corner of each translated
page.  I further certify that I translated said document and that I am fluent in both Korean and
English with seven years of professional experience in Korean to English translation.

BY:

_____
Jason Kim

Taehyung Kim

318 Lambert Ave.
Northvale NJ 07647

201-562-4937
tedkim1210@gmail.com

March 8, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of the
SAMNDCA10198202 – SAMNDCA10198216
is an accurate and complete rendering of the contents of the source
document to the best of my knowledge. I further certify that I
translated said document and that I am a professional competent in
both languages with more than seven (7) years of professional
experience.

BY: _____
Taehyung Kim

Kyu Whang

2745 S. Fremont Ave., #2
Alhambra, CA

(310) 619-7041
realkyu@yahoo.com

March 19, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA10198217 through SAMNDCA10198266
of the document with the beginning Bates number SAMNDCA10198217
is an accurate and complete rendering of the contents of the source document to
the best of my knowledge, except for the word "TRANSLATION" at the upper
right corner of each translated page.  I further certify that I translated said
document and that I am fluent in both Korean and English.

BY:

_____
Kyu Whang

Jason Kim

1903 South Harvard Blvd.
Los Angeles, CA 90018

323-608-3740
the1jasonkim@gmail.com

March 8, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of the
SAMNDCA10198267 – SAMNDCA10198323
is an accurate and complete rendering of the contents of the source
document to the best of my knowledge. I further certify that I
translated said document and that I am a professional competent in
both languages with more than seven (7) years of professional
experience and several years of apprenticeship in Korean to English translation.

BY: _____
Jason Kim

Jonathan Moon

3549 Hughes Ave. #302
Los Angeles, CA 90034

213.245.5298
jonathanjmoon@gmail.com

March 19, 2012

Certificate of Translation

I hereby certify that the Korean to English translation of
SAMNDCA10198324 – SAMNDCA10198341
is an accurate and complete rendering of the contents of the document to the best of my
knowledge.  I further certify that I translated said document and that I am fluent in both Korean
and English.

BY: _____
Jonathan Moon

# Ju-Yup (Jerry) Lee, J.D.

23038 Arlington Ave #15
Torrance, CA 90501

619-246-4855
UFJerryLee@gmail.com

March 7th, 2012

## Certificate of Translation

I hereby certify that the Korean to English translation of the
SAMNDCA10198342 - SAMNDCA10198377
is an accurate and complete rendering of the contents of the source document to the best of
my knowledge.  I further certify that I translated said document and that I am a professional
competent in both languages with more than eight (8) years of professional experience and
several years of apprenticeship in Korean to English translation.

By: _____

Ju-Yup (Jerry) Lee

Jason Kim

1903 South Harvard Blvd.
Los Angeles, CA

(323) 608-3740
the1jasonkim@gmail.com

March 20, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of page
SAMNDCA10198369
of the document with the beginning Bates number SAMNDCA10198342
is an accurate and complete rendering of the contents of the source document to the best of my
knowledge, except for the word "TRANSLATION" at the upper right corner of each translated
page.  I further certify that I translated said document and that I am fluent in both Korean and
English with seven years of professional experience in Korean to English translation.

BY:

_____
Jason Kim

| From: | ±è°'¼ö <hidaniel.kim@samsung.com> |
|---|---|
| Sent: | Wednesday, March 09, 2011 8:59 PM |
| To: | Ì»ó·æ; °¯¼°È£; ÀÓÁ¾±¢; °íµ¿Àø; ÃÓÀç¸; ¹ÚÖÇÏ; ¹ÚÁØÈ£; ÀÓÁØ¼®; °¿øµµ; ½Å¿¬¼½Ä; ±ÇÈñÀ¶; Ã¯¼°½Ä; ¼±åÇò; ÀüÀ°Ê¯; °Àò¼ö; Á¶¶¹Çò; ±è½½½¾Æ |
| Subject: | [°áÀç Àê°·]11³â 2ºÐ±â °í¹Ä ÆÇ°·¡ Ç°ÀÇ |
| Attachments: | 11_2Q °í¹Ä °¡°Ý Ç°ÀÇ_Final_0305.gul; 11_2Q °í¹Ä_simulation_final_0305.xlsx; 11_2Q °í¹Ä °¡°Ý Æ÷Æ®®Æ¼ú®¸À ¿í¿µÄ®Ð_final_0305.pptx; 11_2Q °í¹ÄCDMA °¡°Ý¾Ñ_final_0305.gul; 11_2Q °í¹ÄGSM °¡°Ý¾Ñ_final_0305.gul |



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10198194



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198195



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198196



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198197



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198198



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198199



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198200



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198201

■    PUMI      ☐    Report

| Drafted Date: 2/28/2011 | N. America Head of Group | Agreed | Agreed | | Product Strategy Team Leader | Head of Business Operation |
|---|---|---|---|---|---|---|
| Drafted Dept. N.America Product Planning | | America Export: | Global Sales & Marketing Senior VP: Purchasing Team Leader: Supporting Team Leader: | | | |
| Title: [North America] 2011, 2Q Sale Price PUMI | | | | | | |

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198202



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198203

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198204



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198205



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198206



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198207



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198208



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198209



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198210



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198211



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198212



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198213



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198214



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198215



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198216



TRANSLATION

'11 2Q North America Selling Price Operation Proposal

North America Product Planning
2011. 02. 25

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198267

1

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198268

2



Highly Confidential - Attorneys' Eyes Only

3

SAMNDCA10198269



Highly Confidential - Attorneys' Eyes Only

4
SAMNDCA10198270



Highly Confidential - Attorneys' Eyes Only

5

SAMNDCA10198271



Highly Confidential - Attorneys' Eyes Only

6

SAMNDCA10198272

TRANSLATION

AT&T

Highly Confidential - Attorneys' Eyes Only

7

SAMNDCA10198273



Highly Confidential - Attorneys' Eyes Only

8
SAMNDCA10198274



Highly Confidential - Attorneys' Eyes Only

9

SAMNDCA10198275



Highly Confidential - Attorneys' Eyes Only

10
SAMNDCA10198276



Highly Confidential - Attorneys' Eyes Only

11

SAMNDCA10198277



Highly Confidential - Attorneys' Eyes Only

12
SAMNDCA10198278



Sprint

Highly Confidential - Attorneys' Eyes Only

13

SAMNDCA10198279



Highly Confidential - Attorneys' Eyes Only

14

SAMNDCA10198280



Highly Confidential - Attorneys' Eyes Only

15

SAMNDCA10198281



Highly Confidential - Attorneys' Eyes Only

16
SAMNDCA10198282

TRANSLATION



17

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198283



Highly Confidential - Attorneys' Eyes Only

18
SAMNDCA10198284

TRANSLATION



Boost Mobile

Highly Confidential - Attorneys' Eyes Only

19

SAMNDCA10198285



Highly Confidential - Attorneys' Eyes Only

20
SAMNDCA10198286



T-Mobile

Highly Confidential - Attorneys' Eyes Only

21

SAMNDCA10198287



Highly Confidential - Attorneys' Eyes Only

22
SAMNDCA10198288



Highly Confidential - Attorneys' Eyes Only

23
SAMNDCA10198289



Highly Confidential - Attorneys' Eyes Only

24
SAMNDCA10198290



Highly Confidential - Attorneys' Eyes Only

25
SAMNDCA10198291

TRANSLATION



Regional

Highly Confidential - Attorneys' Eyes Only

26

SAMNDCA10198292



Highly Confidential - Attorneys' Eyes Only

27

SAMNDCA10198293



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198294



Highly Confidential - Attorneys' Eyes Only

29
SAMNDCA10198295



Highly Confidential - Attorneys' Eyes Only

30

SAMNDCA10198296



Highly Confidential - Attorneys' Eyes Only

31

SAMNDCA10198297

TRANSLATION



32

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198298



Highly Confidential - Attorneys' Eyes Only

33
SAMNDCA10198299



Highly Confidential - Attorneys' Eyes Only

34

SAMNDCA10198300



Highly Confidential - Attorneys' Eyes Only

35
SAMNDCA10198301

TRANSLATION



Open (STA)

Highly Confidential - Attorneys' Eyes Only

36

SAMNDCA10198302



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198303

TRANSLATION



BMC

Highly Confidential - Attorneys' Eyes Only

38

SAMNDCA10198304



Highly Confidential - Attorneys' Eyes Only

39

SAMNDCA10198305



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198306



Highly Confidential - Attorneys' Eyes Only

41
SAMNDCA10198307

TRANSLATION



Telus

Highly Confidential - Attorneys' Eyes Only

42

SAMNDCA10198308



Highly Confidential - Attorneys' Eyes Only

43
SAMNDCA10198309



Highly Confidential - Attorneys' Eyes Only

44
SAMNDCA10198310



Highly Confidential - Attorneys' Eyes Only

45

SAMNDCA10198311

TRANSLATION



Rogers

Highly Confidential - Attorneys' Eyes Only

46

SAMNDCA10198312



Highly Confidential - Attorneys' Eyes Only

47
SAMNDCA10198313



Highly Confidential - Attorneys' Eyes Only

48
SAMNDCA10198314



Highly Confidential - Attorneys' Eyes Only

49

SAMNDCA10198315

TRANSLATION



Wind Mobile

Highly Confidential - Attorneys' Eyes Only

50

SAMNDCA10198316



Highly Confidential - Attorneys' Eyes Only

51
SAMNDCA10198317

TRANSLATION



Videotron

Highly Confidential - Attorneys' Eyes Only

52

SAMNDCA10198318



Highly Confidential - Attorneys' Eyes Only

53
SAMNDCA10198319

TRANSLATION



Mobilicity

Highly Confidential - Attorneys' Eyes Only

54

SAMNDCA10198320



Highly Confidential - Attorneys' Eyes Only

55



MTS

Highly Confidential - Attorneys' Eyes Only

56

SAMNDCA10198322



Highly Confidential - Attorneys' Eyes Only

57
SAMNDCA10198323



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198324



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198325



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198326



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198327



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198328



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198329



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198330



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198331



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198332



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198333



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198334



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198337

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198338



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198339



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198342



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198344



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198345



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198346



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198347

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198348



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198349



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198350



Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198352



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198353

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198354



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198355



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198356



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198357



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198358



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198359



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198361

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198362

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198363



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198364



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198365



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198366



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198368



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198369



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198370



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198371



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198372



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198374



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198375



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198376



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198377



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198194



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198195



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198197

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198199



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198200



8

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198201

■품의 □보고

| 작성일자 : 2011.02.28. | 북미그룹장 | 합의 | 합의 | 상품전략팀장 | 사업부장 |
|---|---|---|---|---|---|
| 작성부서: 북미상품기획 | | 미주수출: | 전마팀장: <br> 구매팀장: <br> 지원팀장: | | |

Title : [북미] '11. 2分期 販價 품의

# Ⅰ. 시장 및 당사 현황

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198202



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198203



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198204



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



- 6 -

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198208



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198210



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198211



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198216





# '11 2Q 북미 판가 운영 案

북미 상품기획
2011. 02. 25

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10198268



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198270



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10198272



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10198273



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10198275



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

12

SAMNDCA10198278



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10198279



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198280



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198281



Highly Confidential - Attorneys' Eyes Only



VMU

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198283



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198284



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10198287



22



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10198289



24

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198290



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198291



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198292



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198293



28



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198295



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198296



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198297



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10198298



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198299



34

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198301



Open (STA)

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10198302



37



BMC

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10198304



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198306



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198307



Telus

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198310



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10198311



Rogers

46

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198313



48

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10198314



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198315



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198316



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198317



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10198319



Mobilicity

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198320



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198321



Highly Confidential - Attorneys' Eyes Only



57

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198323



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198325



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198326



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198327



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198331



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198332



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198333



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198335



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198336



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198337



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198338



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198339



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198340



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198341



Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198343



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198344



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198345



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198346



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198347



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198348



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198349



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198350



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198351



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198353



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198354



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198355

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198356



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198357



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198359



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198360



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198361



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198363



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198364



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198365



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198366



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198367



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198370



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198372



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198373



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198374



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198375



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198376



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10198377