# KANG DECLARATION EXHIBIT 14

# EXHIBIT C

# FILED UNDER SEAL

Kyu Whang


2745 S. Fremont Ave., #2
Alhambra, CA


(310) 619-7041
realkyu@yahoo.com




March 18, 2012




Certificate of Translation

I hereby certify that this Korean to English translation of pages
S-ITC-007385394 to S-ITC-007385455
of the document with the beginning Bates number S-ITC-007385394
is an accurate and complete rendering of the contents of the source document to
the best of my knowledge, except for the word "TRANSLATION" at the upper
right corner of each translated page.  I further certify that I translated said
document and that I am fluent in both Korean and English.




BY:


_____
Kyu Whang

Confidential Business Information -- Subject to Protective Order

S-ITC-007385394

S-ITC-007385395

Confidential Business Information -- Subject to Protective Order

S-ITC-007385396



Confidential Business Information -- Subject to Protective Order                                    S-ITC-007385397



Confidential Business Information -- Subject to Protective Order



S-ITC-007385399



Confidential Business Information -- Subject to Protective Order





S-ITC-007385403



Confidential Business Information -- Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

S-ITC-007385405

Confidential Business Information -- Subject to Protective Order                                    S-ITC-007385406



S-ITC-007385407



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385408



Confidential Business Information -- Subject to Protective Order

S-ITC-007385410

Confidential Business Information -- Subject to Protective Order                    S-ITC-007385411



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order   S-ITC-007385415



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385416



Confidential Business Information -- Subject to Protective Order          S-ITC-007385417



 S-ITC-007385418



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385420



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385421



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385424



Confidential Business Information -- Subject to Protective Order

S-ITC-007385425



Confidential Business Information -- Subject to Protective Order      S-ITC-007385426



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385428



Confidential Business Information -- Subject to Protective Order

S-ITC-007385429



Confidential Business Information -- Subject to Protective Order          S-ITC-007385430



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385435



 S-ITC-007385436



S-ITC-007385437



Confidential Business Information -- Subject to Protective Order

S-ITC-007385438



S-ITC-007385439



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385441



Confidential Business Information -- Subject to Protective Order     S-ITC-007385442



Confidential Business Information -- Subject to Protective Order

S-ITC-007385443



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385444



Confidential Business Information -- Subject to Protective Order   S-ITC-007385445



Confidential Business Information -- Subject to Protective Order

S-ITC-007385446



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order    S-ITC-007385448





Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order   S-ITC-007385452



Confidential Business Information -- Subject to Protective Order

S-ITC-007385453



Confidential Business Information -- Subject to Protective Order                                          S-ITC-007385454



Confidential Business Information -- Subject to Protective Order   S-ITC-007385455



Confidential Business Information -- Subject to Protective Order

S-ITC-007385394



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order          S-ITC-007385396



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385398



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385399



Confidential Business Information -- Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

S-ITC-007385402



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385406



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385408



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385411



Confidential Business Information -- Subject to Protective Order

S-ITC-007385412



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385421



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385426



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385431



S-ITC-007385432



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385434



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385436

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

S-ITC-007385439



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385441



Confidential Business Information -- Subject to Protective Order

S-ITC-007385442



Confidential Business Information -- Subject to Protective Order

Confidential Business Information -- Subject to Protective Order

S-ITC-007385444



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385449





Confidential Business Information -- Subject to Protective Order

S-ITC-007385451



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385452



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385396

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385399



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385400



Confidential Business Information -- Subject to Protective Order

S-ITC-007385401



Confidential Business Information -- Subject to Protective Order

S-ITC-007385402

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385405



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385407



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385409



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385411



Confidential Business Information -- Subject to Protective Order

S-ITC-007385412



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385417



Confidential Business Information -- Subject to Protective Order

S-ITC-007385418

Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385420



Confidential Business Information -- Subject to Protective Order

S-ITC-007385421



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385423



Confidential Business Information -- Subject to Protective Order

S-ITC-007385424



Confidential Business Information -- Subject to Protective Order     S-ITC-007385425



Confidential Business Information -- Subject to Protective Order

S-ITC-007385426





Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385435



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order          S-ITC-007385437



Confidential Business Information -- Subject to Protective Order

S-ITC-007385438



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385441



Confidential Business Information -- Subject to Protective Order





Confidential Business Information -- Subject to Protective Order   S-ITC-007385444



Confidential Business Information -- Subject to Protective Order          S-ITC-007385445



Confidential Business Information -- Subject to Protective Order

S-ITC-007385446



Confidential Business Information -- Subject to Protective Order

S-ITC-007385447



Confidential Business Information -- Subject to Protective Order



S-ITC-007385449



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order                    S-ITC-007385451



Confidential Business Information -- Subject to Protective Order



Confidential Business Information -- Subject to Protective Order

S-ITC-007385453



Confidential Business Information -- Subject to Protective Order                S-ITC-007385454



Confidential Business Information -- Subject to Protective Order

S-ITC-007385455