# KANG DECLARATION EXHIBIT 15

# EXHIBIT 16

# FILED UNDER SEAL

# Gaudi PR launch (MCE 5613)

## SAMSUNG

| | |
|---|---|
| Objectives | - Increase awareness of the Galaxy S II launch; drive pre-registrations and pre-orders |
| Description | - Sprint was disappointed by pre-registration numbers of Epic and believes by working with us, we can build higher pre-registrations and pre-orders.<br>- We have not had a joint PR event for the last two years with Sprint.  Sprint requested this event for Gaudi.<br>- We did not allow a joint PR event on Epic and Sprint believed this, in part, led to lower pre-registration numbers for Epic versus Evo.  We also did not have time to allow for PR event for Nexus S 4G.<br>- Samsung committed to Sprint at the Executive Summit on 12/21/2010 that we would join Sprint in doing a separate PR event around Gaudi.<br>- See attached slide for further detail on the event. |
| Cost | ▮▮▮▮▮. Please see attached Excel sheet for an estimated ▮▮▮▮▮<br>&gt; This is splitting ▮▮▮▮▮ break-out of costs. |
| Return | - Having higher pre-registration numbers drives higher pre-orders and higher initial POs.<br>- If we sell an incremental 3,000 units, we will have broken-even or covered the cost of the event.  (We had ▮▮ pre-registrations for Epic and ▮▮ for Nexus S.)<br>- We are estimating a 5% lift from this program or 20,000 incremental units. |
| Milestones | • Planning meetings happening with Sprint weekly. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00315873

# Galaxy S II PR Plan: Launch

  

- **Launch the FIRST Galaxy S II with Sprint:**
  - Timing: August 18th
    - Host a media/key influencer news conference/launch event in New York City to kick off the launch of the **FIRST** Galaxy S II phone
      - Extend media invitation list beyond tech and online media to focus on entertainment media/trades (Variety, Entertainment Weekly, etc.) and long-lead lifestyle media outlets (i.e. Cosmopolitan, Men's Journal, etc.)
      - 200+ media/influencers
      - Exact location TBD
      - Cocktails and hors d'œuvres
    - Dan Hesse & Samsung executive to unveil and discuss key features of Gaudi with Sprint
    - Create experiential pods to highlight key/differentiating features of each device
    - Budget estimate:

Case 5:11-cv-01846-LHK   Document 1129-17   Filed 06/25/12   Page 4 of 4

SAMNDCA00315874

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY