# KANG DECLARATION EXHIBIT 16

# EXHIBIT 18

# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00052200

**Confidential**

# VZW向 "SCH-i905(P4_LTE)"
## Market Requirement Document



| | 입 안 | 심 사 | 결 정 |
|---|---|---|---|
| 결 | Electronic Approval | | |
| 재 | Kihwan Suh | Junho Park | |
| | | | |

**Product Planning Group**

**2011. 03. 31.**

**Product Planning Group**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522002

# I. Product Overview

**Confidential**

---

1. Project Name :  P4_LTE
2. Concept : Android Tablet
3. Target Launch :  Jun. '11 (TA: May)
4. Target Positioning: Wholesale: ▮▮▮▮
5. Current Material Cost ▮▮▮▮▮▮▮

6. Target Market :  North America
7. Target Carrier : VZW
8. Target Segment : Mobile Pioneer
9. Project Level :  Basic
10. Backbone : N/A

---

**11. Industrial Design**
  - *Iconic Design*



**12. Project Concept & Main features**
  - **Fully Interactive PC-like experience with Honeycomb**

① **Design**
  - Solid & Compact  in **256.6 x 175.3 x 8.6**mm
②**User Experience**
  - Android Honeycomb Google Experienced Device
  - Network: LTE,  WiFi (802.11 a/b/g/n)
  - Chipset: nVidia T20 + CMC220 + VIA7.1
  - Display: 10.1" WXGA TFT, Capacitive type
  - Camera: 3MP AF + 2MP VT
  - Memory: 16GB iNand + 1GB LPDDR
  - Sensor: Accelerometer, Light, Compass, Gyro
  - USB 2.0 HS, BT 2.1+EDR, 3.5mm Standard
Headset

**13. Basic Package(Small sized Eco Packaging)**
 Device, MTA , Data Cable, QRG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522003

# II. Product Concept & Sales Point

## 1. STP Strategy (1/2)

Confidential

| | Mobile pioneers | Tech enthusiasts | Business professionals | Social media tribe | Expressionists | Value maximizers | Simplicity seekers | Voice-centrics |
|---|---|---|---|---|---|---|---|---|
| | 6% | 12% | 12% | 14% | 8% | 16% | 12% | 20% |
| Demo | •26-35yrs 41% | •??yrs 19% •??yrs 31% | •36-45 yrs 27% •46-55 yrs 35% | •13-18yrs 11% •19-25 yrs 23% •26-35 yrs 38% | •13-18yrs 29% •19-25 yrs 27% •26-35yrs 24% | •36-45 yrs 24% •46-55 yrs 32% | •46-55 yrs 35% •56-65 yrs 26% | •46-55 yrs 30% •56-65 yrs 33% |
| | •Male 67% | •??% | •Male 69% | •Male 54% | •Female 55% | •Female 68% | •Female 58% | •Female 61% |
| Meaning of phone | •A quintessential part of my life everyday, and it is my connection to the world | •Representation of my sophisticated taste and enthusiasm for technology | •An essential tool to increase work efficiency | •Social center to stay closely with my relationship and share experience | •A tool to express my unique style & interests | •A utility tool that helps me through the day | •A simple & reliable tool to communicate with close relationship | •An emergency tool to be reachable |
| Core characteristics | •Core techie & lead user  •Web addicted (Always connected)  •S/w, H/w upgrade for performance optimization | •Want to catch up with newest trend to be cool  •Love for latest technology  •Phone =Status symbol | •Typical business person looking for productivity  (in particular while on-the go) | •Socially active & extrovert  • Has multi layered relationship  • Heavy messaging & SNS | • Phone is self expression  • Personal customization of UI and exterior to be unique  •Small in numbers but deep social circle | • Family centric  •Want value for quality  • Utilize all the key functions & features that think practical | • Want simple & UI & design  • SMS and voice are main usage  • Reliable core functions/ features | • Primary usage is call reception usually in case of urgency  • Tech aversive  •Highly price sensitive |

Primary Target

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522004

# II. Product Concept & Sales Point

## 1. STP Strategy (2/2)

**Confidential**



## Mobile Pioneers (6%) - lifestyle and personality

**PERSONALITY**

**I AM**



| | |
|---|---|
| Leader | 49% |
| Brand Style | |
| Early Adopter | 87% |
| Extrovert | |
| Price Conscious | -39% |

-90%   -60%   -30%   0%   30%   60%   90%

* % deviation from the average

**I LOVE**




I have a active and exciting life. I am an online shopper, a blogger, a video gamer, a movie junkie, and a sports enthusiast.

I love the power that technology gives me. I can really improve my life. I always adopt new technology when it's first released.

I am a tech geek and an expert. I'm only impressed by genuine innovation and improvement.

**ENTERTAINMENT & NEW MEDIA USE (across all platforms)**



| | | | % of everyday | Market % of everyday |
|---|---|---|---|---|
| Listen to music | X1/week | Everyday | 77% | 47% |
| View/Take photo or video | X1/week | Everyday | 64% | 30% |
| Play games | X1/week | Everyday | 64% | 28% |
| Use IM | X1/week | Everyday | 79% | 33% |
| Use SNS | X1/week | Everyday | 74% | 36% |

0%   20%   40%   60%   80%   100%

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522005

## II. Product Concept & Sales Point – 1. Product Concept Development

Confidential



# "Stay Connected with Massive Media"
# - Google Experienced Device -



**Honeycomb LTE Tablet**

### "Android Honeycomb Tablet"

Honeycomb, Dedicated Android version for Tablet

Massive Google Contents & Mobile Services

### "Optimized Device for Multimedia"

Dual Core CPU : PC-like powerful multitasking

Maximized view experience (10.1" WXGA)

Light & Compact design(8.6mm thicknesS)



### "World First LTE 10.1"

High Speed LTE connectivity

Fastest wireless connection



Dual Band
(2.4G + 5G)



50Mbps

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522006

## II. Sales Point – Design

Confidential

# Design Concept

- **Dynamic & Tension Design and Ergonomic Comfortable Grip**
- **Slim & Light for Portability**
- **No front H/W keys for giving 4 way rotating usages**
  **(Only Power & Volume keys on left top side)**
- **Wide & Large Touch Display : 10.1" WXGA (1280x800) TFT**

### Weight

- *Lighter ever (590g)*



iPad
(607g)

P4
(599g)

### Dimension

- *Wider view with compact size*

**< Thickness : P4 vs iPad >**

|           | P4     | iPad   |
|-----------|--------|--------|
| Thickness | 8.6mm  | 8.8mm  |

< iPad2 >                    < P4-LTE >

185.7 mm

241.2 mm        8.8mm        256.6mm        8.6 mm

175.3 mm

### Other Facts

- *Dual speaker for Stereo sound*
- *No front Hard key for 4 way use*



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522007

## II. Sales Point – Android Honeycomb

CONFIDENTIAL
Confidential

✓ *Android Honeycomb Tablet*

- *Honeycomb, Android Tablet version with dedicated Tablet UX*

    . *Tablet Home Screen*

    . *Split screen etc*



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522008



CONFIDENTIAL
Confidential

## II. Sales Point – Chipset

### " Powerful Chipset "

- 30% faster speed than single core

< Elipse Time (ms) >



Tegra 250 (1GHz*2): 9158
30% Faster
C110 (1GHz): 15363

0    5000    10000    15000    20000
※ SunSpider Java script benchmark
('10년 7월 DMC 연구소)

- Faster and More power effective

< Power Efficiency >



137
219mW
192mW
60

Power Effi. mW/GBps
Power

mDDR    LPDDR

< Spec, mDDR vs LPDDR>

|  | mDDR (iPad) | LPDDR (P3) |
|---|---|---|
| CLK Freq. | ~200MHz | ~400MHz |
| Bandwidth | ~1.6GB/s | ~3.2GB/s |

※ Clock Speed of LPDDR2 for P3_LTE is 300MHz    ※ Memory 사업부 자료 ('10년 10월)

### " Faster Web & Advance Services "

- Faster Web experience

< Web Loading Time >

| Sites | C110  1GHz | T20 1GHx2 | Rate |
|---|---|---|---|
| Google | 1.5 sec | 1.1 sec | 27% |
| Yahoo | 6.6 sec | 4.2 sec | 36% |
| Youtube | 4.7 sec | 3.5 sec | 26% |

※ '10년 7월 DMC 연구소

- Dual core efficiently executes multi-threading

< Split Screen with Multi Threading >



< Augmented Reality with additional information >



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522009



## II. Sales Point – Display & Others

### ✓ Best viewing experience ever

- Wide view with high resolution (1280x800)



- Fast, Clear, Less Power with PLS TFT LCD

|  | PLS | VA | TN |
|---|---|---|---|
| Viewing Angle | GOOD | NORMAL | BAD |
| Contrast Ratio | 800:1 | 900:1 | 500:1 |
| Response Time — Black to White | 20ms | 15ms | 30ms |
| Response Time — Grey to Grey | 25ms | 80ms | 55ms |
| BLU Power Consumption (Test w/ 3" WVGA) | 320mW | 367mW | 350mW |

※'10년 8월 H/W Platform

### ✓ Easy and fast way to use

- 10 Finger Multi-touch for
   More Creative game scenario
   Exclusive theme of  application

  

### ✓ Communicate with any devices

- USB On The Go enables any connection
   with USB devices



Highly Confidential - Attorneys' Eyes Only

**II. Sales Point** – **Seamless Connection**

Confidential

# Advanced Network Service

*"Fast data transfer speeds*



SAMNDCA00522010

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522012

# III. Product Realization Plan

Confidential

## 1. Project Schedule



|  | 2010 | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | Dec | Jan | Feb | Mar | Apr | May | Jun |
| Design | 실장검토 |  |  |  |  |  |  |
| Product Planning | MRD |  |  |  |  |  |  |
| Standard Approval |  |  |  |  | IOT 3/7 ~ 4/22 FCC /CTIA 3/20 ~ 4/22 |  |  |
| DV |  |  |  | DV W15(4/11) | DVR W15(4/15) |  |  |
| PV |  |  |  | PV W13(3/29~) | PVR W17(4/30) |  |  |
| PR |  |  |  |  | PRA W19(5/9) |  |  |
| TA |  |  |  |  |  | TA W20(5/20) |  |
| Shipment |  |  |  |  |  | SRA W20(5/20) | Launch W23(6/8) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522012

# III. Product Realization Plan

Confidential

## 3. Project Members

| 부서 | | 담당 임원 | 실 무 |
|---|---|---|---|
| 상품기획 | PP | 한상범 부장 | 박준호 차장, 서기환 대리 |
| | PM | | 서기환 대리 |
| | VPS | 김종인 상무 | 김태길 차장, 정창원 대리, 김달원 대리 |
| Enabling | | 이용배 상무 | 이용석 차장, 김성철 과장, 김해밀 사원 |
| 개발 | PM | 황정욱 상무 | 김세열 수석 |
| | PL | | 박병화 책임 |
| | H/W | | |
| | S/W | 권도현 전무 / 김용석 상무 | 오강환 상무, 박현호 상무 / 김진태 수석 |
| | 기구 | 송현명 전무 | 백승협 수석, 정상혁 책임 |
| | 음향 Lab. | 김준태 상무 | 김경엽 책임, 이병희 선임, 한정은 선임 |
| | 안테나 | 김석호 상무 | 변준호 수석, 정성대 책임, 박규복 책임, 이희준 선임 |
| | SE 그룹 | 김태식 상무 | 신동익 책임, 김호진 선임, 이서영 선임 |
| 디자인 | 제품 | 김석근 전무 | 김진수 수석, 여정민 사원 |
| | UX | 장동훈 전무 | 김민경 책임, 이승명 선임, 김준석 선임, 류동석 책임, 이주현 선임 |
| 개발관리 | | 고동진 전무 | 정재훈 과장, 최희찬 대리 |
| 영업 | | 변성호상무 | 문준기 과장, 박영택 대리 |
| 구매 | | 임종권 전무 | 양경훈 과장, 김민희 대리 |
| MSC | | | 이동석 과장 |
| CS팀(원류품질/신뢰성) | | 이상규 상무 | 이종규 과장, 김형종 과장/김용 과장, 권경남 대리, 김은현 대리 |
| 제품기술 H/W | | 하동인 상무 | 이창영 부장, 박남수 차장 |
| S/W | | 안영준 상무 | 이동목 부장, 남재후 차장 |

Confidential

# Appendix

[ Product Planning Group ]

© 2010 SAMSUNG Electronics. All rights reserved.

SAMSUNG CONFIDENTIAL

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522014

# I. Product Specification

## 1. H/W Specification

| Category | Description |
|---|---|
| B/B Chipset | VIA CBP 7.1 |
| Standard | EVDO Rev A,  LTE |
| RF Band | CDMA/PCS(800MHz/1900MHz), LTE(700MHz) |
| Additional Chip | Dual Core T20 (1GHz x 2) |
| Dimension | 256.6 X 175.3 X 8.6mm, 590g(TBD) |
| Display | 10.1" WXGA TFT LCD (PLS type) |
| Camera | 3MP AF , 2MP FF |
| Flash | LED Flash |
| Memory | RAM : 8Gb LPDDR2,<br>ROM: 16GB/32GB/64GB iNAND |
| Ex. Memory | microSD ( up to 32GB) |
| Antenna | Integrated Antenna |
| SIM | Sliding Type, 3V Only |
| Battery | Li-pol 6800 mAh (내장형) |
| - Surfing Web | 목표치: 10 hours (WiFi) / 9 hours (3G) |

| Category | Description |
|---|---|
| Connectivity | WiFi 802.11 a/b/g/n (2.4GHz & 5GHz)<br>BT v2.1<br>USB 2.0 High Speed |
| IF Connector | 30 pin connector |
| Speaker | . Size       : Dual 15 x 11 x 3.5t<br>공명 공간 : 1cc<br>음량 기준 : 신뢰성 65dB<br>. Mono Mic |
| Ear Jack | Φ3.5 4극 |
| CMF | **Front** : 강화유리<br>**Main Color :** Silver |
| VPS | **Package**  : Manual, TA, Data Cable<br>**Option**    : Car charger,<br>         Keyboard Dock, Desktop Dock |
| User Benefit | - Powerful performance with Dual core CPU<br>- Best Media Experience via 10.1" WXGA PLS TFT<br>-  WiFi 802.11a supported<br>- Gyroscope sensor for precise motion detection<br>- Long lasting 6800mAh battery<br>- High speed LTE device |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522015

# I. Product Specification

## 2. S/W Specification

| Category | Description |
|---|---|
| OS | Android Honeycomb |
| Message | SMS / MMS(OMA v 1.2)<br>E-mail (POP3/IMAP/SMTP)<br>Exchange ActiveSync E-mail (Push e-mail) |
| Codec | ▪ **Audio** : MP3, OGG, AAC, AAC+, eAAC+, AMR-NB, AMR-WB, WMA, WAV, MID, AC3, IMY, AAC(Mono), AMR_NB<br>▪ **Video**<br>- Codec : Mpeg4, H.264, H.263, H263Sorenson, Divx/XviD, VC-1<br>- Format : 3gp(mp4), wmv(asf), avi(divx), mkv, flv<br>▪ **Image** : JPEG, PNG, GIF, WBMP, BMP, AGIF |
| WAP | Android Browser, HTML 5.0<br>HTTP, OTA provisioning supported<br>Flash 10.2 supported |
| GPS | A-GPS, S-GPS |
| JAVA (JSR's) | Android Darvik |
| DRM | OMA DRM 1.0 Full (FL, CD, SD) |

| Category | Description |
|---|---|
| Bluetooth | ▪ Bluetooth v2.1 + EDR<br>▪ Profile : GAP, SSP, SDAP, A2DP, AVRCP, SPP, OPP, PBAP, HID |
| Service | Google Contents Service<br>Hubs : MediaHub(MR)<br>B2B Solution(MR)<br>QuickOffice HD, Pulse(RSS Reader) |
| USB | USB 2.0 OTG |
| Video | 1080p Playback |
| User Benefit | ▪ Enjoy Rich contents with MediaHub<br>▪ B2B Enterprise Solution |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522016

# I. Product Specification

## 3. CMF and Keys



**3.5mm Ear Deco**
SUS

**REAR Deco**
PC 도장 (Metallic Sliver)

**VGA CAM deco**
AL 아노다이징

**FLASH**
아크릴

**SIM Cover**
PC 도장

**Verizon Logo**

SAMSUNG

**Label 영역**

**MAIN WINDOW**
강화 GLASS

**BATT COVER**
-CMF미결정
(open향 메인:Black softfeel)
(open향 추가01:White유광 100%)

**VOLUME KEY/POWER KEY**
PC 부식/도장

**30Pin**

**MiC**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522017

# I. Product Specification

## 4. VPS

| | Item | Spec. | Image | Remark | 재료비 | 판가(RP) |
|---|---|---|---|---|---|---|
| **Package** | Manual (Quick Reference Guide) | - | | English 1EA | | - |
| | Detachable Multi TA Header | Micro USB type | | Common | | - |
| | TA USB Cable | Micro USB Type | | Common | | |
| | Sub Total | | | | | - |
| **Option** | Keyboard Dock | - | | Common | | |
| | Desktop Dock | - | | Common | | |
| | Car Charger | Micro USB type | | | | |
| | USB Data Cable | Micro USB type | | Common | | |
| | Bluetooth Headset | BT Headset | | Common | | |

17

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522018



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522019

# Mobile Pioneers (6%) – demographic profile



I am deeply interested in technological advances and love using tech in new ways.
Technology is a way of improving and speeding up your life and makes things easier and more interesting.

## SEGMENT SIZE

By number of people: 6%

By value: 11%

(0% 10% 20% 30%)

## AGE



- 46+ (12%)
- 13-18 (3%)
- 19-25 (15%)
- 26-35 (41%)
- 36-45 (30%)

## HOUSEHOLD INCOME

- <$30,000(8%)
- >$100,000(31%)
- $30,000~$49,999(15%)
- $50,000~$99,000(46%)

## GENDER



- Female (33%)
- Male (67%)



# Mobile Pioneers (6%) – product & service needs

## Innovative new phones & services that push the limit on existing technology

Highly Confidential - Attorneys' Eyes Only

**HIGHLIGHTS**

**Mobile addicted (Always connected) & Big data spenders**



| Owns a smart phone | Internet usage via mobile phone (more than once per day) | Mobile streaming (more than once per day) | Monthly spend for media, games, and apps. | Sync the phone with other devices everyday |
|---|---|---|---|---|
| **84%** (av 23%) | **75.4%** (av 25.2%) | **54.1%** (av 12.8%) | **$34.2** Per month (av $7.2 per mth) | **39%** (av. 7%)) |

**CURRENT USE OF SERVICE AND FEATURE**

**Heavy monthly service spend. Largest segment of data plan subscribers. Highest smart phone ownership.**

| SERVICE | | | CURRENT PHONE | | |
|---|---|---|---|---|---|
| | Post-paid | **92%** (av 86%) | | Multiple phone | **54%** (av 32%) |
| | Monthly spend | **$103** (av $89) | | Smart phone | **84%** (av 30%) (inc, iPhone 15%) |
| | Voice 300min+ | **78%** (av 56%) | | Touch | **34%** (av 13%) |
| | > 6 SMS/MMS a day | **71%** (av 42%) | | Qwerty | **34%** (av 27%) |
| | Unlimited data plan | **100%** (av 27%) | | Touch&Qwerty | **30%** (av 14%) |

SAMNDCA00522020

Highly Confidential - Attorneys' Eyes Only

# Mobile Pioneers (6%) - lifestyle and personality

**I have an active life filled with excitement and entertainment. I hunt down the newest technology and must always be connected to the digital world**

## I AM

**PERSONALITY**



| Personality | Value |
|---|---|
| Leader | 49% |
| Brand Style | |
| Early Adopter | 87% |
| Extrovert | |
| Price Conscious | -39% |

*axis: -90% -60% -30% 0% 30% 60% 90%*

\* % deviation from the average

## I LOVE



I have a active and exciting life. I am an online shopper, a blogger, a video gamer, a movie junkie, and a sports enthusiast.

I love the power that technology gives me. I can really improve my life. I always adopt new technology when it's first released.

I am a tech geek and an expert. I'm only impressed by genuine innovation and improvement.

## ENTERTAINMENT & NEW MEDIA USE (across all platforms)



| | | % of everyday | Market % of everyday |
|---|---|---|---|
| Listen to music | X1/week — Everyday | 77% | 47% |
| View/Take photo or video | X1/week — Everyday | 64% | 30% |
| Play games | X1/week — Everyday | 64% | 28% |
| Use IM | X1/week — Everyday | 79% | 33% |
| Use SNS | X1/week — Everyday | 74% | 36% |

*axis: 0% 20% 40% 60% 80% 100%*

SAMNDCA00522021

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522022



# Mobile Pioneers (6%) – detailed usage & attitude

## I constantly communicate and get information through phone. I love the infinite adaptability to expand the phone's feathers through using apps

## MY CURRENT PHONE

**Smart phone: 84% (av 23%)**     **Qwerty: 34% (av. 27%)**     **2-3 MP:  54% (av 33%)**
**WiFi: 95% (av 72%)**     **Touch :33% (av13%)**     **5-8 MP or above: 31% (av 9%)**
**Multi SIMs: 36% (av 17%)**     **Touch&Qwerty: 30% (av 14%)**

### BRAND

7%  8%  3%     43%     15%     25%

0%   20%   40%   60%   80%   100%

LG (av 21%)     Nokia (av 8%)
Samsung (av 20%)     Others (av 19%)
Motorola (av 18%)
Blackberry (av 14%)

## MY PHONE MEANS

| | |
|---|---|
| Convergent devices | 42% |
| Freedom and Security | 4% |
| Advanced social comm. | 19% |
| Fashion/Status symbol | 48% |
| Emergency Calls only | -1% |
| Basic comm tool | 6% |
| Business necessity | 42% |

-80%   -40%   0%   40%   80%

## KEY BUYING FACTORS

**Data Speed & Access 25% (av 9%)**

**User Interface  15% (av 13%)**

**Productivity Function  9% (av 4%)**

**Expandable Functionality 6% (av 2%)**

## WHAT I DO WITH MY PHONE TODAY

| | | | | | | Avg. | Market Avg. |
|---|---|---|---|---|---|---|---|
| **Communication** | | | | | | | |
| Voice min/mth | 120-300 | 301-600 | 600-1200 | | >1200 | 617mins | 466 mins |
| SMS/day | 0 | 1-2 | 3-5 | 6-10 | 11-20 | 21-40 | >40 | 16.71 | 11 |
| Emails sent/day | 0 | 1-2 | 3-5 | 6-10 | 11-20 | 21-40 | 11.79 | 2.64 |
| | | | | | | % everyday | Mkt avg % everyday |
| Use IM | X1/week | Everyday | | | | 62.3% | 29.8% |
| SNS(update status) | X1/week | Everyday | | | | 63.9% | 18.1% |
| SNS(upload content) | X1/week | Everyday | | | | 42.6% | 11.2% |
| **Infomedia** | | | | | | | |
| Music | X1/week | Everyday | | | | 68.9% | 19.5% |
| Photo/video viewing | X1/week | Everyday | | | | 50.8% | 22.4% |
| Games | X1/week | Everyday | | | | 49.2% | 13.8% |
| Streaming | X1/week | Everyday | | | | 54.1% | 12.8% |
| Internet | X1/week | Everyday | | | | 75.4% | 25.2% |
| GPS | X1/week | Everyday | | | | 36.1% | 7.7% |
| **Productivity** | | | | | | | |
| Manage calendars | X1/week | Everyday | | | | 52.5% | 24.0% |
| Work email | X1/week | Everyday | | | | 62.3% | 17.1% |
| Doc view/edit | X1/week | Everyday | | | | 50.8% | 11.4% |

0%   20%   40%   60%   80%   100%

**Advanced**

**App. download s 4.35 per month**     **App. choice Multimdia 36% Infotnmnt 36%**     **Spending on media, games and apps $34.2 per month**

**Sync. >1/week 96% (av 28%)**     **Content sharing HIGH 19% (av 10%)**

## COMMERCIAL

**Monthly Spend**     **% Post Pay**     **% bill spent on data**

**HIGH $ 103 (av $90)**     **HIGH 92% (av 86%)**     **HIGH 27% (av 10%)**

**Willingness to pay**     **Replacement Frequency**     **More than 1 handset**

**HIGH (> $190)**     **HIGH 15mth (av 23mth)**     **HIGH 54% (av 32%)**

### CHANNEL

31%     20%     26%   3%   15%   5%

Network Store (49%)     Gn. Electronic store (5%)
Netwrk website (16%)     Gn Retail store (5%)
specialty store(14%)     Other (6%)
Operator store (6%)

0%   20%   40%   60%   80%   100%

**\* NOTE:**  line shows average across all segments

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00522023



# Mobile Pioneers (6%) – detailed needs & preferences

**Full-featured smart phone with the best technology and the coolest design.**

## MY NEXT PHONE SHOULD BE

| | | |
|---|---|---|
| The best technology and newest features | HIGH | 67% |
| The latest and coolest design | HIGH | 40% |
| Price as the driving factor in purchase | LOW | 23% |

*(scale: 0%, 25%, 50%)*

**TYPE**
Smartphone  93% (av 55%)

**INPUT METHOD**
Traditional (12 keys): 0% (av 11%)
Touch  18% (av 21%)
Qwerty 34% (av 27%)
Touch & Qwerty 36%(av.41%)

**OPERATING SYSTEM**
Blackberry OS 38% (av 16%)
Window Mobile 25% (av 17%)
Apple OS 18% (av 11%)

**BRAND**

8% | 3% | 0% | 8% | 30% | 36% | 5%

*(scale: 0%, 20%, 40%, 60%, 80%, 100%)*

Motorola (av 12%)
LG (av15%)
Samsung (av 11%)
Nokia (av 8%)
AppleiPhone(av15%)
Blackberry (av 16%)
Others (av 23%)

## DESIGN

**APPEARANCE**

Tough or waterproof 84% (av 83%)
Easy to carry 85% (av 89%)
Has a case, clip for easy transport and access
72% (av 56%)

**NEUTRAL COLORS**

Black  75% (av. 66%)
Silver  8% (av. 16%)
Gray 10%  (av. 12%)
White  7%  (av. 6%)

**CHROMATIC COLORS**

Navy blue 45%
(av 37%)

Aqua Blue 23%
(av 23%)

Red 23%
(av 19%)

## FEATURE NEEDS

### HARDWARE NEEDS

| | | | |
|---|---|---|---|
| Camera | Built-in high resolution camera | HIGH | 82% |
| Storage | Large storage for multimedia | HIGH | 89% |
| Screen | Large and vivid screens | AVG | 82% |
| Full touch | Full touch experience | HIGH | 89% |
| Battery | Long battery life | AVG | 89% |
| Wi-Fi | Wi-Fi as internet connection | HIGH | 90% |
| GPS/Nav. | Built-in GPS | HIGH | 84% |
| Bluetooth | Bluetooth connectivity | HIGH | 77% |
| Eco Friendly | 'Green' handset made of recyclable materials | HIGH | 66% |

*(scale: 0%, 25%, 50%, 75%, 100%)*

### SOFTWARE NEEDS

| | | | |
|---|---|---|---|
| Music | Listen to music on phone | HIGH | 82% |
| Movies/video streaming | Select and stream content on phone | HIGH | 79% |
| Games | Play games online/offline | HIGH | 100% |
| Internet | High speed data capability e.g. HSDPA | HIGH | 89% |
| Apps download | Expandable functionality through apps | HIGH | 89% |
| SNS | SNS on mobile, allowing real-time updates | HIGH | 84% |
| IM | IM on mobile | HIGH | 77% |
| Email | Easy to use, PC-like email experience | HIGH | 82% |
| Transportation | Buy or recharge my tickets on public transportation | HIGH | 59% |

*(scale: 0%, 25%, 50%, 75%, 100%)*

* NOTE: ︱ine shows average across all segments



Highly Confidential - Attorneys' Eyes Only

# VI. Competitiveness Analysis

| | P4_LTE | iPad2 |
|---|---|---|
| Design |  |  |
| Launch | '11 Jun | '11 Mar |
| Price(T/P) | LTE : 16GB($629) | 3G(CDMA) : 16GB($629), 32GB($729), 64GB($829) |
| AP | nVidia T20 (**Cortex A9 1GHz x 2**) | A5 (Cortex A9 1GHz) |
| Dimension | **256.6 X 175.3 X 8.6mm, 599g(TBD)** | 241.2 x 185.7 x 8.8 mm<br>WiFi+3G (607g), WiFi (601g) |
| Band | CDMA 900/1800<br>LTE 700MHz Upper C Band | CDMA 900/1800 |
| LCD | 10.1" WXGA (1280x800) (PLS) | 9.7" XGA (1024x768) (IPS) |
| Camera + Flash | **3MP AF /w Flash, 2MP FF** | Front & Rear Cam(VGA) |
| Battery | 6800 mAh (25W, 3.7V) | 25W, 3.7V |
| Memory | . RAM : **1GB LPDDR2**<br>. ROM : 16(Default)/32GB iNand | . RAM : 512MB DRAM<br>. ROM : 16/32/64GB Nand |
| Connectivity | WiFi a/b/g/n, BT2.1+EDR, GPS, USB2.0 HS | WiFi a/b/g/n, BT2.1+EDR, GPS, USB2.0 |
| OS | Android Honeycomb | iOS 4.3 |
| Sensor | Accelerometer, Light, Compass, Gyroscope | Accelerometer, Light, Compass, Gyroscope |
| Additional Features | Google Contents & Mobile Services | 자석부착식 커버<br>HDMI Port Accessory |

SAMNDCA00522024

**- END -**

Highly Confidential - Attorneys' Eyes Only