UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 21, 2012 ORDER (DKT. NO. 1115) DENYING SAMSUNG'S REQUEST TO STAY, FOR EXTENSION OF TIME, AND TO SEAL DOCUMENTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Reconsideration of the Court's June 21 Order (Dkt. No. 1115) Denying Samsung's Request to Stay, For Extension of Time, and to Seal Documents.

Samsung requests that Apple's Administrative Motions (Dkt. Nos. 769, 799, 822, 824, and 845) to file documents under seal be granted in part.   Specifically, Samsung requests that the portions of the following documents be filed under seal:

1    - Portions of Exhibits C, D, and E to the Reply Declaration of Minn Chung in Support of
2      Apple's Motion for Rule 37(b)(2) Sanctions for Samsung's Violation of Two
3      Discovery Orders ("Chung Declaration") (Dkt. No. 769);

4    - Portions of Exhibit Nos. 26, 30, 35, and 38 to the Declaration of Mia Mazza in Support
5      of Apple's Combined Reply in Support of its Motion to Compel Depositions of
6      Samsung's Purported "Apex" Witnesses and Opposition to Samsung's Motion for a
7      Protective Order ("Mazza Declaration") (Dkt. No. 799);

8    - Portions of the unredacted version of Apple's Reply Brief in Support of Rule 37(b)(2)
9      Motion Re: Samsung's Violation of January 27, 2012 Damages Discovery Order
10     ("Apple's Damages Sanctions Reply") (Dkt. No. 822);

11   - Portions of Exhibits A and I to the Declaration of Erik J. Olson in Support of Apple's
12     Damages Sanctions Reply ("Olson Decl.") (Dkt. No. 822);

13   - Portions of the unredacted version of the Declaration of Eric R. Roberts in Support of
14     Apple's Damages Sanctions Reply ("Roberts Decl."), and portions of Exhibits A - C
15     thereto (Dkt. No. 822);

16   - Portions of Exhibit Nos. 16 and 18 to the Declaration of Grant Kim in Support of
17     Apple's Damages Sanctions Reply ("Kim Decl.") (Dkt. No. 822); and

18   - Portions of Exhibit D to the Reply Declaration of Marc J. Pernick in Support of
19     Apple's Rule 37(b)(2) Motion Based on Samsung's Violation of the Court's December
20     22, 2011 Order Regarding Source Code ("Pernick Decl.") (Dkt. No. 845).

Samsung has also filed the Declaration of Hankil Kang in Support of Samsung's Motion for Reconsideration and Apple Inc.'s Motions to File Under Seal establishing good cause for sealing portions of the documents.

Accordingly, for good cause shown, the Court GRANTS Samsung's Motion for Reconsideration and ORDERS sealed all portions of the documents identified below, and in the highlighted versions lodged with the Court.

| Dkt. No. | Document | Pages with Redactions |
|---|---|---|
| 769 | Chung Decl., Ex. C | Bates -604-06 |
|  | Chung Decl., Ex. D | Bates -822-23 |
|  | Chung Decl., Ex. E | Bates -706 |
| 799 | Mazza Decl., Ex. 26 | Bates -144-63 |
|  | Mazza Decl., Ex. 30 | Bates -609-10 |
|  | Mazza Decl., Ex. 35 | 27-28, 31-33, 46 |
|  | Mazza Decl., Ex. 38 | 22-25 |
| 822 | Apple's Damages Sanctions Reply | 1, 4 n.2, 6, 14 |
|  | Olson Decl., Ex. A | Bates -401-11, 414, 417-22, 427-28 |
|  |  | Bates -412-13, 415-16 |
|  | Olson Decl., Ex. I (*see also* Dkt. No. 824 (moving to seal Olson Decl., Ex. I)) | 88, 123-25, 146 |
|  | Roberts Decl. | 5-7, 9-11 |
|  | Roberts Decl., Ex. A | Bates -194-266, -269-72, -274-748, -280-82, -284, -286, -288-91, -293-97, -299-301, -303, -305-07, -309-11, -313-15, -317, -319, -321, -323-77 (includes several unmarked pages). |
|  | Roberts Decl., Ex. B | Bates -212-38 |
|  | Roberts Decl., Ex. C | Bates -394-455 |
|  | Kim Decl., Ex. 16 | Bates -873-74 |
|  | Kim Decl., Ex. 18 | Bates -002 |
| 845 | Pernick Decl., Ex. D | Last column only. |

02198.5185

-3-    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 21. 2012 ORDER (DKT. NO. 1115)

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Paul S. Grewal
United States Magistrate Judge