UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER REGARDING JUNE 29, 2012 HEARING |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Today, the mandate from the Federal Circuit has been received and docketed by the Clerk. *See* ECF No. 1130. Therefore, jurisdiction has been restored to this Court with respect to Apple's motion for a preliminary injunction on the Galaxy Tab 10.1. The parties shall be prepared to discuss the preliminary injunction at the hearing currently set for June 29, 2012.

At the hearing, the parties may address the two issues identified in the limited remand order by the Federal Circuit: (1) whether the balance of the hardships favors issuing a preliminary injunction, and (2) whether the public interest favors issuing a preliminary injunction. No further briefing or evidence will be permitted.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING HEARING