QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal the following:

1. The confidential, unredacted version of Samsung's Motion for Leave to Seek Reconsideration of the Court's June 25, 2012 Order to the Extent it Precludes Consideration of a Preliminary Injunction on the '889 Patent Based on Current Evidence ("the Motion"); and

2. Unredacted Exhibits 1, 2, 3, 10, 12, 13, 14, and 20 to the Watson Declaration.

In short, the above documents discuss, refer to, or comprise excerpts of documents that has been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Protective Order.   This Administrative Motion is supported by the Court's June 4, 2012 Order Granting in Part, Denying in Part Motions to Seal that upheld the sealing of the above referenced documents except for Exhibit 20 to the Watson Declaration, which was not submitted to the Court when Samsung initially sought leave for reconsideration of the Court's May 21, 2012 Order. (*See* Dkt. 1034 at 1-3 (citing the Anderson Declaration [sic], which is actually the Watson Declaration that is being refilled in support of this Motion; *see also* Dkt. 978-2.)

With respect to Exhibit 20 to the Watson Declaration, Apple has designated the Peter Bressler deposition transcript as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Samsung expects that Apple will file a declaration pursuant to Civil L.R. 79-5(d) establishing good cause to seal this exhibit.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.   Redacted versions of Samsung's Motion and Exhibits 3 and 10 to the Watson Declaration have been filed concurrently with this motion.

| | | |
|---|---|---|
| 1 | DATED: June 26, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By  */s/ Victoria Maroulis* |
| 5 | | Charles K. Verhoeven |
|   | | Kevin P.B. Johnson |
| 6 | | Victoria F. Maroulis |
|   | | Michael T. Zeller |
| 7 | | |
| 8 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG |
| 9 | | TELECOMMUNICATIONS AMERICA, LLC |