QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK(PSG)<br><br>**DECLARATION OF THOMAS WATSON IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF THE COURT'S JUNE 25, 2012 ORDER TO THE EXTENT IT PRECLUDES CONSIDERATION OF A PRELIMINARY INJUNCTION ON THE '889 PATENT BASED ON CURRENT EVIDENCE**<br><br>Date:  N/A<br>Time:  N/A<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, Thomas Watson, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of Exhibit 30 to the Expert Report of Terry Musika.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of Schedule 11.2 to the Expert Report of Michael J. Wagner.

4. Attached hereto as **Exhibit 3** is a true and accurate excerpt from the November 4, 2011 deposition of Christopher Stringer.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of exhibit 841a to the November 4, 2011 deposition of Christopher Stringer.

6. Attached hereto as **Exhibit 5** is a true and accurate excerpt from the October 25, 2011 of Quin Hoellwarth.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of a photograph depicting the "035 mockup" and the iPad2, from a side view, as produced by Apple at APLNDC-X00005874.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of a photograph depicting the "035 mockup" and the iPad2, from a back view, as produced by Apple at APLNDC-X00005857.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of a photograph depicting the "035 mockup" and the iPad2, from a front view, as produced by Apple at APLNDC-X00005858.

10. Attached hereto as **Exhibit 9** is a true and accurate copy of a photograph depicting the "035 mockup," showing a corner close-up, as produced by Apple at APLNDC-X00005885.

11.     Attached hereto as **Exhibit 10** is a true and accurate excerpt from the October 21, 2011 deposition of Daniele De Iuliis.

12.     Attached hereto as **Exhibit 11** is a true and accurate excerpt from the October 31, 2011 deposition of Richard Howarth

13.     Attached hereto as **Exhibit 12** is a true and accurate excerpts from a file history for a design patent application, bearing Bates numbers APLNDC-Y0000309166-68, 309185-91, and 309316-342.

14.     Attached hereto as **Exhibit 13** is a true and accurate excerpts from a file history for a design patent application, bearing Bates numbers APLNDC-Y0000310117-33, and 310154-249.

15.     Attached hereto as **Exhibit 14** is a true and accurate excerpts from a file history for a design patent application, bearing Bates numbers APLNDC-Y0000311030-45, and 311822-91.

16.     Attached hereto as **Exhibit 15** is a true and accurate excerpt from the April 27, 2012 deposition of Russell Winer.

17.     Attached hereto as **Exhibit 16** is a true and accurate copy of the Expert Report of Kent D. Van Liere, Ph.D. This report was served on Samsung by Apple on March 22, 2012.

18.     Attached hereto as **Exhibit 17** is a true and accurate excerpt for the D618677 design patent, bearing Bates numbers APLPROS0000011930-11937. This excerpt consists of a letter entitled Reply to Office Action of October 2, 2009, and is signed by Tracy-Gene Durkin on behalf of Apple.

19.     Attached hereto as **Exhibit 18** is a true and accurate copy of the file history for the D618678 design patent, bearing Bates numbers APL-ITC796-0000003880-3885. This excerpt consists of a letter entitled Reply to Office Action of November 13, 2009, and is signed by Tracy-Gene Durkin on behalf of Apple. Page one of this letter does not appear in the full file history as produced by Apple.

20.     Attached hereto as **Exhibit 19** is a true and accurate copy of a March 28, 2012 letter from Apple's counsel to Samsung's counsel.

21.     Attached hereto as **Exhibit 20** is a true and accurate excerpt from the April 24, 2012 deposition of Peter Bressler.

1   I declare under penalty of perjury that the foregoing is true and correct. Executed in
2   Redwood Shores, California, on June 26, 2012.
3
4
5                                                          /s/ Thomas Watson
6                                                         Thomas Watson

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Thomas Watson.

                 */s/ Victoria Maroulis*