1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2   charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone: (415) 875-6600
4   Facsimile: (415) 875-6700

5   Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
6   Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
7   555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065-2139
8   Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
9
    Michael T. Zeller (Bar No. 196417)
10  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
    Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
14  INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

20                  Plaintiff,                      **MANUAL FILING NOTIFICATION FOR
                                                    EXHIBIT 1 TO THE DECLARATION OF
21          vs.                                     THOMAS WATSON**

22  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
23  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
24  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
25
                    Defendant.
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding:      EXHIBIT 1 TO DECLARATION OF THOMAS WATSON

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

_____      Voluminous Document (PDF file size larger than efiling system allowances)

_____      Unable to Scan Documents

_____      Physical Object (description):

_____      Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_\_      Item Under Seal

_____      Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____      Other (description):  _____

DATED:  June 26, 2012                    Respectfully submitted,

                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By\_\_\_\_/s/_____
                                            Victoria F. Maroulis
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC. and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC