# EXHIBIT 3

Highly Confidential - Outside Counsel's Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                    Plaintiff,
 7
     vs.                            CASE NO.  11 cv 01846 LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                  Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          O U T S I D E   C O U N S E L   O N L Y
18
19      VIDEOTAPED DEPOSITION OF CHRISTOPHER STRINGER
20            REDWOOD SHORES, CALIFORNIA
21              FRIDAY, NOVEMBER 4, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   TSG JOB NO. 43706
```

Highly Confidential - Outside Counsel's Eyes Only

Page 94

1   A   Yes.



Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 4 of 14
Case 5:11-cv-01846-LHK Document 1031-5 Filed 06/04/12 Page 5 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 95

1    ▮         ▮   ▮▮▮▮▮▮▮

2         Q    Direct your attention back to the '889 design

3    patent.

4         A    Yes.

5         Q    Do you have any knowledge or information as

6    to whether or not photographs of that physical mockup

7    that you have in front of you, the 035 mockup, were

8    submitted to the patent office as part of the

9    application and prosecution process for the

10   '889 design patent?

11        A    In my preparations for today, we looked at

12   copies of photographs of this object that I understand

13   are attached to this patent.

14        Q    And so if I understand you correctly, it's

15   your understanding that the photographs that were

16   submitted to the patent office as part of the

17   '889 design patent depict the three dimensional mockup

18   that you have in front of you that we call the 035?

19        A    It is my understanding, and my recollection

20   of yesterday's discussion, that the photographs that I

21   saw related to this model and this patent.

22        Q    Right.

23             And I guess I'm trying to now figure out

24   what    what photographs we're talking about so that

25   we're on the same page.  So let me    let me provide

Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 5 of 14
Case 5:11-cv-01846-LHK Document 1031-5 Filed 06/04/12 Page 5 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 96

1   some, and maybe that will help.
2           What's the next number?
3           THE REPORTER:  1171.
4           MR. ZELLER:  1171?
5           THE REPORTER:  Yes.
6           MR. ZELLER:  Please mark as Exhibit 1171
7   excerpts from the prosecution history of the
8   504,889 design patent.
9           (Document marked Exhibit 1171
10           for identification.)
11          THE WITNESS:  Thank you.
12          MR. ZELLER:  So you have both sets in front
13  of you at the same time, let's also please mark as
14  Exhibit 1172   I'm sorry.  Actually, we marked this
15  before.  What's this exhibit number?  I think it's
16  841.
17          MR. JACOBS:  He has the better photos.  He
18  has the better photos.
19          MR. ZELLER:  Don't worry.  I gave you the
20  other set, too.  I'm not trying to be totally unfair
21  here.
22          So I'm going to show you what I am fairly
23  confident was previously marked as Exhibit 841.  We'll
24  in the interim confirm that that is the exhibit
25  number, but I believe I have it memorized now.

Case 5:11-cv-01846-LHK Document 1032-5 Filed 06/26/12 Page 6 of 14
Case 5:11-cv-01846-LHK Document 1031-5 Filed 06/04/12 Page 7 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 97

1  MR. JACOBS: Just put the Bates range into
2  the record.
3  MR. ZELLER: Yeah. And this, for the record,
4  is APLPROS000018778 through '18798.
5  MR. JACOBS: Mr. Stringer, as you're
6  discussing the meeting we had yesterday, if you can
7  describe what you did, as opposed to any particular
8  communications that you and I had on the subject, that
9  would avoid the need for me to instruct you each time
10 Mr. Zeller asks you a question.
11 THE WITNESS: Sorry. Say that again, please.
12 MR. JACOBS: If you can describe what you did
13 at the meeting by way of comparison, rather than what
14 I — what — what your and my discussion was on the
15 topic.
16 THE WITNESS: What I did yesterday?
17 MR. JACOBS: Yes.
18 THE WITNESS: In comparing these
19 MR. JACOBS: As Mr. Zeller is asking you
20 questions
21 THE WITNESS: Okay. Oh.
22 MR. JACOBS: If you can describe what you did
23 rather than our discussion
24 THE WITNESS: Got it.
25 MR. JACOBS: then I don't have to engage

Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 7 of 14
Case 5:11-cv-01846-LHK Document 1031-5 Filed 06/04/12 Page 8 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 98

1  in privilege discussions each time.
2         THE WITNESS:  Right.
3         MR. ZELLER:  Just generally speaking, avoid
4  disclosing the substance of the communications you had
5  with your counsel.
6         THE WITNESS:  Got it.
7         MR. ZELLER:  I put in front of you two
8  exhibits.  One is Exhibit 1171, and another one is
9  Exhibit 841.
10    Q    Are   are either of these photographs
11    A    Oh, 841.  Okay.
12    Q    Yes.
13         Or do they include photographs that you're
14  referring to?
15    A    So document 1171 is of no material value, on
16  account of it appearing to be largely blank, with the
17  exception of some very poor quality shadowy images.
18  So I would prefer to not refer to that in any way or
19  form.
20         Document 841 for the most part resembles
21  photographs that I reviewed yesterday, but there
22  appear differences that may be immaterial to the
23  questioning.
24    Q    Focusing on the photographs that are marked
25  here as Exhibit 841, is the three dimensional mockup

Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 8 of 14
Case 5:11-cv-01846-LHK Document 1031-5 Filed 06/04/12 Page 9 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 99

1  that's depicted in the photographs that we marked as
2  Exhibit 841, where the -- where the mockup is shown,
3  the same physical mockup that you have in front of you
4  that we call the 035 mockup?
5      A   I believe you're asking me, are these
6  photographs of the subject?  And it is my belief that
7  these are photographs of the object.
8      Q   And so the record is clear, when you say --
9      A   Oh.
10     Q    "the photographs," you're referring to the
11 photographs that are depicted in 841, and then the
12 object that you're pointing to and referring to is
13 what we call the 035 model?
14     A   Yes.
15         MR. JACOBS:  If we could just ask you,
16 Mr. Zeller, is this -- these -- this writing on this,
17 is this in the '841 that you -- that is in the record?
18 I'm looking at '18792.
19         MR. ZELLER:  This is exactly how it was
20 produced to us.
21         MR. JACOBS:  Oh, with these lines on it?
22         MR. ZELLER:  Right.
23         THE WITNESS:  I recall those lines yesterday.
24         MR. JACOBS:  Okay.
25         MR. ZELLER:  All right.

Highly Confidential - Outside Counsel's Eyes Only

Page 100

1  Q  And setting aside the various lines and
2  drawings that appear to be on these photographs, you
3  understood I was asking you about the object that's
4  depicted in the actual photographs; is that correct?
5  A  Yes.
6  Q  And without disclosing the substance of what
7  you discussed with your counsel, did   did you
8  satisfy yourself that the 035 mockup is, in fact,
9  what's in the    the photographs that we've marked as
10 Exhibit 841?
11 A  I am convinced from studying both the object
12 035 and the Document 841 that these are one and the
13 same object.
14 Q  And that comparison that you did led you to
15 be satisfied that they're one and the same?
16 A  Yes.  I studied the photographs.  I studied
17 the object.  I believe that these are photographs of
18 model Apple Proto 035.

Highly Confidential - Outside Counsel's Eyes Only

Page 101



7  Q  And that's one of the comparisons that you
8  see between the photographs and the three dimensional
9  model, the 035 model, that satisfied you that they're
10 one and the same?
11 A  That is one of the details that satisfied me
12 that it was one and the same.
13 Q  Directing your attention to '18790.
14 A  Yes.
15 Q  You'll see that, at least as shown in this
16 image here, there appears to be a somewhat thicker,
17 darker line that runs at least part of the perimeter
18 of the front of the device that can be seen there on
19 the front; do you see that?
20 A  There are a number of parallel lines, one of
21 which is darker and broader than others.

Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 11 of 14
Case5:11-cv-01846-LHK Document1031-5 Filed06/04/12 Page12 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 102

3    Q   Well, let me   let me try it with another
4  image, and maybe we'll come back to this in a minute.
5  If you'd take a look at the next page, which is
6  '18791.
7    A   Yes.
8    Q   And maybe this is a better image to try and
9  work from, but you'll see that there is a   a darker
10 line that runs in between the lighter colored housing
11 and then the so called glass, but is really plastic
12 flat surface; do you see that darker line?
13   A   Yes.



Highly Confidential - Outside Counsel's Eyes Only



Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 13 of 14
Case 5:11-cv-01846-LHK Document 1031-5 Filed 06/04/12 Page 14 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 104

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4     (Document marked Exhibit 841A
5     for identification.)
6     MR. ZELLER: If we can go back to
7 Exhibit 1170. And by the way, did you want to send
8 those mockups back?
9     MR. JACOBS: That would be great.
10     MR. ZELLER: Okay. So let's go off the
11 record.
12     THE VIDEOGRAPHER: The time is 2:42 p.m., and
13 we are off the record.
14     (Recess taken.)
15     THE VIDEOGRAPHER: The time is 2:55 p.m., and
16 we are back on the record.
17     MR. ZELLER: Direct your attention to the
18 '889 design patent, which was previously marked as
19 Exhibit 8.
20     MR. JACOBS: I'll just hand you my copy.
21     THE WITNESS: All right. Thank you.
22     MR. ZELLER: Q. Please take a look at
23 Figure 1.
24   A  Yes.
25   Q  You'll see on Figure 1 that at least as part

Case 5:11-cv-01846-LHK Document 1132-5 Filed 06/26/12 Page 14 of 14
Case 5:11-cv-01846-LHK Document 1031-2 Filed 06/04/12 Page 15 of 15
Highly Confidential - Outside Counsel's Eyes Only

Page 105

1   of the -- at least along part of the -- generally what
2   we'll call the perimeter area of the front, there's a
3   darker, thicker line?
4       A   Which figure are you looking at?
5       Q   This is Figure 1.
6       A   Figure 1.
7       Q   Do you see where at least on part of the
8   perimeter, there is a line that is darker and thicker?
9       A   Which would be the second line from the left
10  on the left side of the figure.
11      Q   Right, on the left side.
12          And then on the bottom portion of Figure 1,
13  it appears to run -- to be the line that is -- that
14  the -- is the edge, at least from that perspective?
15      A   It looks like the edge, yes.
16      Q   Do you know what that thicker line depicts?
17      A   It's -- on the lower edge, it's the -- it
18  looks like the edge of the housing.
19      Q   Well, what about on the left side?
20      A   It's the edge of the housing.
21      Q   So on both the left side and the bottom side,
22  you construe that darker, thicker line to be where the
23  edge of the housing is?
24      A   I do construe that.  And it's -- my
25  assumption is confirmed by looking at Figure 3 that