# EXHIBIT 6



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-X000005874