# EXHIBIT 8



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-X000005858