# EXHIBIT 10

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4   APPLE INC., a California
     corporation,
 5

 6              Plaintiff,

 7   vs.                            Case No. 11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,

12              Defendants.
     ---------------------------------/
13

14

15

16

17        CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19      VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
               Redwood Shores, California
20               Friday, October 21, 2011

21

22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23   JOB NO. 43000

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

1  MR. MONACH: Objection. Vague.
2  THE WITNESS: I don't understand if I
3  understand your definition.
4  BY MS. CARUSO:
10  Q. -- and if you could just hold that up again
11  for the camera.
12  THE VIDEOGRAPHER: I didn't get a shot of
13  the front. You have to hold it longer for me.
14  Thank you. Great.
15  BY MS. CARUSO:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 192

```
15            BY MS. CARUSO:
16        Q.  But you can't recall right now what that
17   was?
18        A.  I can't recall.
```

```
25            MR. MONACH:  Object to the form of the
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 193



7    BY MS. CARUSO:
8    Q.   I take it that as with the other design
9    patents we discussed, you can't call out any
10   particular contribution made by any member of the
11   design team with respect to the design of the D889
12   patent; is that correct?
13   A.   That's correct.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 194

1      BY MS. CARUSO:

[redacted]
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

8      Q.  Would you describe the surface of the
9  iPhone as extending to the outside of the product?
10         MR. MONACH:  Objection.  Vague.
11         BY MS. CARUSO:
12     Q.  I'll reask the question.
13         Would you describe the glass surface of the
14  iPhone as extending to the outside of the product?
15     A.  I would describe the glass surface
16  extending to the bezel.
17         MS. CARUSO:  We need to take a short break
18  to change the tape.
19         THE VIDEOGRAPHER:  This marks the end of
20  Tape No. 3 in today's deposition of Daniele de
21  Iuliis.  The time is 5:29 p.m.  We are off the
22  record.
23         (Recess taken, from 5:29 to 5:38.)
24         THE VIDEOGRAPHER:  This marks the beginning
25  of Tape No. 4 in today's deposition of Daniele de