# EXHIBIT 11

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4  APPLE INC., a California
    corporation,
 5
              Plaintiff,              Case No.
 6
       vs.                            11-CV-01846-LHK
 7
    SAMSUNG ELECTRONICS CO., LTD.,
 8  a Korean business entity;
    SAMSUNG ELECTRONICS AMERICA,
 9  INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
10  AMERICA, LLC, a Delaware
    limited liability company,
11
              Defendants.
12
13
14
15    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17     VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
18            San Francisco, California
19             Monday, October 31, 2011
20
21
22
23  REPORTED BY:
24  CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25  JOB NO. 43007
```

Highly Confidential - Attorneys' Eyes Only

Page 102

1  your understanding.
2          THE WITNESS:  My understanding is that's
3  what that is trying to represent.
4  BY MR. ZELLER:
5      Q.  It is perspective, but you're not
6  certain?
7          MR. MONACH:  Object to the form of the
8  question.
9          THE WITNESS:  It's possible that that's
10 what that represents.
11 BY MR. ZELLER:
12     Q.  But, again, you can't say with certainty
13 whether or not that's -- that tapering is because
14 of perspective, as opposed to whether or not the
15 design is actually showing that there is some kind
16 of tapering?
17         MR. MONACH:  Objection; lack of
18 foundation.  Objection, to the extent it calls for
19 a legal conclusion; asked and answered.
20         You can do it again.
21         THE WITNESS:  In my opinion, as an
22 industrial designer and not a patent lawyer, I
23 think that that looks like it is an object with
24 perspective and not a tapering geometry.
25 //

1  BY MR. ZELLER:
2      Q.  And from your perspective, is that -- is
3  that an accurate depiction of perspective?
4          MR. MONACH:  Objection; lack of
5  foundation, incomplete hypothetical.  Objection;
6  vague.
7          THE WITNESS:  Yes, it could be.
8  BY MR. ZELLER:
9      Q.  Can you say with any certainty if it is?
10         MR. MONACH:  Same objection.
11         THE WITNESS:  I can't say with any
12 certainty without -- whether that's an absolutely
13 accurate perspective view.  But it looks okay.  It
14 looks possible.
15 BY MR. ZELLER:
16     Q.  You'll see also in Figure 9 that there is
17 a portion of it that has a thicker, darker line
18 that runs around the perimeter of the front.
19         Do you see that?
20     A.  Yes, I see that.
21     Q.  What does that depict?
22         MR. MONACH:  Objection; lack of
23 foundation.  Object, to the extent it calls for a
24 legal conclusion.
25         THE WITNESS:  It's unclear to me exactly

1  what that is trying to depict.
2  BY MR. ZELLER:
3      Q.  Does it depict a gap or a groove?
4      MR. MONACH:  Same objection; lack of
5  foundation.  Objection, to the extent it calls for
6  a legal conclusion.
7      THE WITNESS:  I'm not sure what that
8  precise detail is trying to depict.  But it looks
9  like the separation between two parts to me.  Not
10 the separation; it looks like the joint between
11 two parts.
12 BY MR. ZELLER:
13     Q.  And directing your attention to Figure 1,
14 you'll see that also at least on part of the
15 perimeter of this front surface there is a darker
16 line there as well, darker, thicker line?
17     A.  I see that.
18     Q.  And do you have an understanding as to
19 what that's depicting?
20     MR. MONACH:  Objection; lack of
21 foundation.  Object, to the extent it calls for a
22 legal conclusion.
23     THE WITNESS:  I couldn't tell you exactly
24 what that's trying to depict.
25 //

Highly Confidential - Attorneys' Eyes Only

1    BY MR. ZELLER:
2         Q.   Is that darker, thicker line depicting a
3    gap or a groove?
4              MR. MONACH:  Same objection.  Lack of
5    foundation, calls for a legal conclusion.
6              THE WITNESS:  In my opinion as an
7    industrial designer, it doesn't look like that's
8    trying to depict a groove or a gap.  It looks like
9    it's perhaps trying to show a radius or an
10   intersection of the rear housing, perhaps.
11   BY MR. ZELLER:
12        Q.   But you're not certain?
13             MR. MONACH:  Same objection.  Asked and
14   answered.
15             THE WITNESS:  I'm not certain.
16   BY MR. ZELLER:
17        Q.   You'll see that the date of this design
18   patent for filing -- and this is on the first
19   page --
20        A.   Okay.
21        Q.   -- in the middle of the first column,
22   March 17th, 2004.
23             Do you see that date there?
24        A.   Yes, I do.
25        Q.   Prior to March 17th, 2004, which is the