# EXHIBIT 15

## INTENTIONALLY LEFT BLANK