# EXHIBIT 16
## INTENTIONALLY LEFT BLANK