UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO SEEK RECONSIDERATION OF THE COURT'S JUNE 25, 2012 ORDER TO THE EXTENT IT PRECLUDES CONSIDERATION OF A PRELIMINARY INJUNCTION ON THE '889 PATENT BASED ON CURRENT EVIDENCE** |

1    The Court has before it Defendants Samsung Electronics Co. Ltd.'s, Samsung Electronics
2 America, Inc.'s, and Samsung Telecommunications America, LLC's (collectively, "Samsung's")
3 Motion For Leave to Seek Reconsideration of the Court's June 25, 2012 Order to the Extent it
4 Precludes Consideration of a Preliminary Injunction on the '889 Patent Based on Current
5 Evidence.
6    Having considered the Motion, the Memorandum of Points and Authorities, and the
7 evidence submitted in support thereof, IT IS HEREBY ORDERED that the Motion for Leave to
8 Seek Reconsideration is GRANTED.   Samsung's Motion for Leave is deemed a Motion for
9 Reconsideration filed as of this date.   Apple's opposition shall be filed on or before _____.
10 Any reply shall be filed on or before _____.

12 DATED:    _____, 2012

15    Hon. Lucy H .Koh
    United States District Judge