1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3  San Francisco, California 94111
Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
8  Telephone: (650) 801-5000
Facsimile: (650) 801-5100

9
Michael T. Zeller (Cal. Bar No. 196417)
10  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
11  Los Angeles, California 90017
Telephone: (213) 443-3000
12  Facsimile: (213) 443-3100

13  Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

15

16                          UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19            Plaintiff,

20            vs.                                  **CERTIFICATE OF SERVICE**

21  SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,
24
            Defendants.
25

26

27

28

02198.51855/4649774.1
                                                        Case No. 11-cv-01846-LHK
                                                   CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 55 California Street, San Francisco, California.

On June 26, 2012, I served true copies of the documents described as

1.  Samsung's Motion For Leave to Seek Reconsideration of the Court's June 25, 2012 Order; and

2.  The Declaration of Thomas Watson In Support of Samsung's Motion For Leave to Seek Reconsideration of the Court's June 25, 2012 Order, and exhibits thereto.

by emailing a link to the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

HAROLD J. MCELHINNY
HMcElhinny@mofo.com

MICHAEL A. JACOBS
MJacobs@mofo.com

JENNIFER LEE TAYLOR
JLeeTaylor@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com

JASON R. BARTLETT
JasonBartlett@mofo.com

DEOK KEUN MATTHEW AHN
dahn@mofo.com
GRANT L. KIM
gkim@mofo.com

ALISON M. TUCHER
atucher@mofo.com

STEPHEN E. TAYLOR

staylor@tcolaw.com

STEPHEN MCG. BUNDY
sbundy@tcolaw.com

JOSHUA R. BENSON
jbenson@tcolaw.com

WILLIAM F. LEE
william.lee@wilmerhale.com

MARK D. SELWYN, ESQ.
mark.selwyn@wilmerhale.com

DAVID B. BASSETT
david.bassett@wilmerhale.com

MICHAEL J. BETTINGER
mike.bettinger@klgates.com

ROBERT DONALD CULTICE
robert.cultice@wilmerhale.com

MARK D. FLANAGAN

-2-

mark.flanagan@wilmerhale.com

ANDREW MONACH
amonach@mofo.com

ERIK J. OLSON
ejolson@mofo.com

VICTOR F. SOUTO
vic.souto@wilmerhale.com

EMILY R. WHELAN
emily.whelan@wilmerhale.com

JAMES C. BURLING
james.burling@wilmerhale.com

ROBERT J. GUNTHER, JR.
robert.gunther@wilmerhale.com

PETER J. KOLOVOS
peter.kolovos@wilmerhale.com

BRIAN LARIVEE
brian.larivee@wilmerhale.com

JEREMY WINER
jeremy.winer@wilmerhale.com

ESTHER KIM
ekim@mofo.com

RICHARD GOLDENBERG
richard.goldenberg@wilmerhale.com

MICHAEL SAJI
michael.saji@wilmerhale.com

BRIAN SEEVE
brian.seeve@wilmerhale.com

Executed on June 26, 2012, at San Francisco, California.


_____/s/ Joby Martin_____
JOBY MARTIN

02198.51855/4649774.1

Case No. 11-cv-01846-LHK

**CERTIFICATE OF SERVICE**