| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | |
| 6 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | MORRISON & FOERSTER LLP<br>425 Market Street | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | Facsimile: (415) 268-7522 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF SUSAN KARE IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S OPENING MEMORANDUM REGARDING DESIGN PATENT CLAIM CONSTRUCTION** |

1        I, Susan Kare, do hereby declare as follows:

2        1.        My name is Susan Kare. I previously submitted my Expert Report in the current matter on March 22, 2012. I also submitted my Rebuttal Expert Report on April 16, 2012. I am currently a graphic designer at Susan Kare Design, which I founded in 1987.

        2.        My professional work has focused on the design of icons and interface graphics. I have approximately 30 years of experience in this type of design and have created icons for hundreds of clients. My qualifications are set forth in my March 22, 2012 Expert Report.

        3.        I have been asked by counsel for Apple to opine on the visual appearances of design depicted in U.S. Design Patent No. D604,305; the availability of designs that constitute alternatives to the design depicted in the D'305 patent; the relationship between functionality and visual appearances of the designs depicted in the D'305 patent.

        4.        A true and correct copy of excerpts of my March 22, 2012 Expert Report is attached hereto as Exhibit 1. A true and correct copy of excerpts of my April 16, 2012 Rebuttal Expert Report is attached hereto as Exhibit 2. My opinions are accurately set forth in these reports.

        I declare under penalty of perjury that the foregoing, including statements from my Expert Report and Rebuttal Expert Report, is true and correct to the best of my knowledge and that this Declaration was executed on June 26, 2012, at San Francisco, CA.

                                        _____
                                        Susan Kare

CASE NO. 11-CV-01846-LHK (PSG)
sf-3162957