1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
      kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
      victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9

10    Michael T. Zeller (Bar No. 196417)
      michaelzeller@quinnemanuel.com
11  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14  Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15  AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                     UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20  APPLE INC., a California corporation,    | CASE NO. 11-cv-01846-LHK (PSG)

21             Plaintiff,                    | **NOTICE OF APPEAL**

22       vs.

23  SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
24  ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
25  TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
26  company,

27             Defendant.

28

**NOTICE IS HEREBY GIVEN** that Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC appeal to the United States Court of Appeals for the Federal Circuit from the June 26, 2012 Order Granting Preliminary Injunction entered in the above-captioned action, Docket No. 1135, and each and every part thereof.

DATED: June 26, 2012  Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Victoria Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC