1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **DECLARATION OF ADAM CASHMAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S OPENING CLAIM CONSTRUCTION BRIEF** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:  July 18, 2012<br>Time:  2:00 pm<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

Case No. 11-cv-01846-LHK
DECLARATION OF ADAM CASHMAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S OPENING
CLAIM CONSTRUCTION BRIEF

I, Adam Cashman, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration in support of Samsung's Opposition to Apple's Opening Claim Construction Brief. I have personal knowledge of the facts set forth in this declaration except where noted and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of the May 2, 2012 transcript of proceedings in Case No. 11-CV-1846-LHK.

3. Attached as Exhibit 2 is a true and correct copy of a depiction of the Fujitsu Stylistic ST4120, as obtained from http://www.tomsguide.com/us/the-digital-writing-pad,review-144-9.html, on June 26, 2012.

4. Attached as Exhibit 3 is a true and correct copy of Japanese Design Registration No. 921403, including a certified translation.

5. Attached as Exhibit 4 is a true and correct copy of US. Design Patent 461,802, as obtained from the U.S. P.T.O.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the June 1, 2012 transcript of proceedings before the United States International Trade Commission in Investigation No. 337-TA-796.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on June 26, 2012.

By _____
Adam S. Cashman

1  **GENERAL ORDER ATTESTATION**

2      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the
3  foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the
4  electronic filing of this document has been obtained from Adam Cashman.

6                                          */s/ Victoria Maroulis*