# EXHIBIT 2

| WEB LIFE | GADGETS | SOFTWARE | STYLE | DOWNLOADS | SHOPPING | TECH SUPPORT | Tom's Hardware | Tom's Games |

### Gadgets

Sign Up | Sign In

**GADGETS**  **NEWS**  **ARTICLES**

Ads



Tom's Guide > Gadgets > Computers > Article Notebooks > The Digital Writing Pad: Tablet PCs

# The Digital Writing Pad: Tablet PCs

1:00 PM - June 2, 2003 - by Axel Mino

Like 2 | Send | Twitter 0 | 0 | StumbleUpon 0 | Share 2

Previous                                                                 Next

## 9. Fujitsu Stylistic ST4120



The Stylistic ST4120 slate is a very mature device with many selling points. The back of the case is almost completely covered in a layer that is velvety to the touch. This makes the ST4120 pleasant to hold and also keeps it from sliding off a tabletop. Compared to it, the pure plastic cases of its competitors are more awkward. However, fault can be found with this tablet PC: it gets quite hot during operation. When the CPU and hard drive are in constant use, the back gets so hot that it is unpleasant to hold for longer periods. One advantage, however, is that the function buttons next to the display on the edge of the case work immediately after the device is turned on. This allows the user to alter the boot routine or call up the BIOS without an external keyboard. The keys even let you make changes to the BIOS.

As far as features are concerned, the Fujitsu device does not stand out from the other tablet PCs: 933 MHz Ultra-Low-Voltage CPU, 256 MB RAM and a 10.4" TFT display, including digitizer, are standard. Its performance, compared to the rest of the test panel, is only adequate: 14.2 dots in the Content Creation Winstone 2002 benchmark are good, but pure hard drive and CPU performance leave something to be desired. However, the battery life is that much more of a selling point because of it: at 3 hours and 37 minutes, it is the second best in the test.

The Fujitsu interpretation of Microsoft's tablet PC design is very successful. With its ergonomic design, good features and smart details, the Stylistic ST4120 gets our recommendation.

### Best offers

| | | |
|---|---|---|
| | Chinese Expert Writing Pad | $135.09 PCNation.com More info |
| | Staples, 8-1/2" x 14", Canary,... | $58.39 Amazon.com More info |
| | Penpower Chinese Expert (Writing Pad... | $49.99 Amazon.com More info |
| | Penpower Chinese Expert Writing Pad | $126.99 TheNerds.net More info |

Ads by Google

**Window 7 Tablets Cheap**
Window 7 Tablet Computers to Meet Your Needs. Find Deals & Save Big!
smarter.com/Window7TabletsCheap

| PREVIOUS | 9. Fujitsu Stylistic ST4120 | NEXT |

**Rugged Computer Solution**
Industrial, military and vehicle Custom and off the shelf systems
www.roc-solidcomputing.com.au

**NEWSLETTERS**

☑ Tom's Guide Weekly

Share:

**Read More**   The , Digital , Writing , Pad

## We recommend

**Googler Wants Error 451 for Government Censorship**

**Sony, Universal, Fox Caught Pirating via BitTorrent**

Paid Distribution
**Microsoft Surface Tablet: 8 Big Questions Remain**

**Kindle Fire 2 Could Launch in July**

## From Around The Web

Apple Store in Georgia Turns Away Farsi-speaking Customer

3D TV, Not Ready for Prime Time (Television Info)

Billionaires Dump Stocks – 100% Chance of Global Recession (Moneynews)

Acer's Quad-Core Tablet is Iconia Tab A510

Subscribe to the Tom's Guide Newsletter

**Ads by Google**

**Microsoft Official Site**
We'll Help You Find A New Windows 7 PC That Fits Your Needs & Budget.
windows.microsoft.com

**Nextbook Tablet at HSN**
Find the Nextbook Touchscreen Color Tablet with Wi-Fi & Apps at HSN!
www.HSN.com

Ads

## Comment:

**Comment:**

**RELATED STORIES** | **LATEST NEWS**

04/01 –  PlayStation Phone Now On Sale...
05/17 –  The Pad That Makes Your USB Port...
06/27 –  The Great iPhone Caper
06/23 –  More Pen-Based Products And...
12/18 –  More Pen-Based Products And...
06/02 –  Table Of Features, Continued

06/02 – Table Of Features
06/02 – Our Recommendation
06/02 – Benchmarks, Continued
06/02 – Benchmarks

Read More

### Ads by Google

**Digital Note Taker**
Capture everything you write, draw Free Shipping on orders over $39.99
www.keytoi.com

**Mobile Computing**
Online Undergrad Certificate in Mobile Computing from APU. Apply.
www.APUS.edu

## See more

| | |
|---|---|
| Cameras | Digital Entertainment |
| Home Theater | How To |
| Smart Phones | Software |
| Special Report | |

### News and Reviews
COMPUTING
DIGITAL ENTERTAINMENT
MOBILITY
SOFTWARE
THE INTERNET

### Tech Support

### Forums
SECURITY & VIRUS
HARDWARE
WINDOWS XP
WINDOWS VISTA
PC GAMING

### Downloads
TOP 50 DOWNLOADS
SOFTWARE
WALLPAPER

### Follow Tom's Guide

**TOM'S GUIDE AROUND THE WORLD**

| | |
|---|---|
| GERMANY | FRANCE |
| ITALY | IRELAND |
| UK | |

About Us | Contact Us | Legal | Term of Use | Privacy | Advertising
® 2012 BestofMedia All rights reserved.

Ad choices