# EXHIBIT 4

US00D461802S

(12) **United States Design Patent**  (10) Patent No.:   **US D461,802 S**
Tu                                    (45) Date of Patent: ** Aug. 20, 2002

(54) **TABLET**

(75) Inventor:  **Hsin-Hung Tu**, Hsinchu (TW)

(73) Assignee: **AIPTEK International Inc.**, Hsinchu (TW)

(**) Term: **14 Years**

(21) Appl. No.: **29/147,460**

(22) Filed: **Aug. 29, 2001**

(51) **LOC (7) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Search** ............................... D14/341, 342; D19/59, 60; 345/104, 156, 173, 168; 178/18.03; 349/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,927,986 A | * | 5/1990 | Daly ........................ | 178/19.01 |
| D319,434 S | * | 8/1991 | Lund ......................... | D14/341 |
| D346,366 S | * | 4/1994 | Kim et al. ................. | D14/342 |
| D346,591 S | * | 5/1994 | Lee ........................... | D14/342 |
| D362,662 S | * | 9/1995 | Baudot ...................... | D14/389 |
| D363,468 S | * | 10/1995 | Mieki et al. ............... | D14/342 |
| D390,211 S | * | 2/1998 | Yates et al. ................ | D14/341 |
| D395,639 S | * | 6/1998 | Ham et al. ................. | D14/389 |

* cited by examiner

Primary Examiner—Freda Nunn

(57) **CLAIM**

The ornamental design for a tablet, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a tablet showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side elevational view thereof;
FIG. 5 is right side elevational view thereof;
FIG. 6 is a top view thereof; and,
FIG. 7 is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**





**FIG. 1**



FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



**FIG. 6**



**FIG. 7**