| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO SAMSUNG'S DESIGN CLAIM CONSTRUCTION** |

1               In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.

2   ("Apple") submits this motion for an order to seal the following documents or portions thereof:

3           1.      The confidential, unreacted Declaration of Peter Bressler in Support of Apple's

4                   Response to Samsung's Opening Memorandum Regarding Design Patent Claim

5                   Construction ("Bressler Declaration"), portions of which have been designated

6                   confidential as set forth below;

7           2.      Exhibits 2-11, 20, 31-37, 39-40 and 72-77 to the Declaration of Peter Bressler in

8                   Support of Apple's Response to Samsung's Opening Memorandum Regarding

9                   Design Patent Claim Construction, which has been designated confidential as set

10                  forth below; and

11          3.      Exhibits 1-14 and 27 to the Declaration of Jason R. Bartlett In Support of Apple's

12                  Response to Samsung's Opening Memorandum Regarding Design Patent Claim

13                  Construction ("Bartlett Declaration"), which has been designated confidential as

14                  set forth below.

15          Exhibits 2-11, 31-37, and 72-77 to the Bressler Declaration and Exhibits 1-3 and 5-12 to

16  the Bartlett Declaration contain information that is highly confidential as set out in the

17  Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents

18  Under Seal (Wheeler Declaration"). It is Apple's policy not to disclose or describe to third

19  parties its confidential patent strategy, design and product development information. (Wheeler

20  Declaration ¶ 4.) The Apple-confidential material in these exhibits relate to such confidential

21  information, as detailed in the Wheeler Declaration. (*Id*. ¶ 2-3.) This information is highly

22  confidential to Apple and could be used by Apple's competitors to Apple's disadvantage if

23  disclosed publicly. (*Id*.) The relief requested in this motion is necessary and is narrowly tailored

24  to protect confidential information, focusing only on specific portions of the documents at issue.

25  (*Id*. ¶ 6.)

26          Exhibits 20 and 39-40 to the Bressler Declaration and Exhibits 4 and 13-14 to the Bartlett

27  Declaration contain materials that Samsung has designated as confidential under the protective

28

order entered in this case. Apple expects that, pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Finally, to extent the Bressler Declaration refers to or discusses the above-referenced confidential materials, it could be used to Apple's disadvantage by competitors if not filed under seal, for the same reasons. (*Id.* ¶ 5.)

Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the documents at issue.

Dated: June 26, 2012         MORRISON & FOERSTER LLP

By:  */s/ Michael A. Jacobs*
     MICHAEL A. JACOBS

     Attorneys for Plaintiff
     APPLE INC.