1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S DESIGN CLAIM CONSTRUCTION** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") has filed an administrative motion for an order to seal portions of the following
3   documents:
4       1. The confidential, unreacted Declaration of Peter Bressler in Support of Apple's
5          Response to Samsung's Opening Memorandum Regarding Design Patent Claim
6          Construction ("Bressler Declaration");
7       2. Exhibits 2-11, 20, 31-37, 39-40 and 72-77 to the Declaration of Peter Bressler in
8          Support of Apple's Response to Samsung's Opening Memorandum Regarding
9          Design Patent Claim Construction; and
10      3. Exhibits 1-14 and 27 to the Declaration of Jason R. Bartlett In Support of Apple's
11         Response to Samsung's Opening Memorandum Regarding Design Patent Claim
12         Construction ("Bartlett Declaration").
13  Having considered the arguments and the papers submitted, and GOOD CAUSE
14  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
15  Under Seal. The above-referenced documents shall be filed under seal.
16  **IT IS SO ORDERED.**
17  Dated: _____, 2012
18                                              Honorable Lucy H. Koh
                                                United States District Judge