| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.    11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S OPENING MEMORANDUM REGARDING DESIGN PATENT CLAIM CONSTRUCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| | **EXHIBITS 1-14 AND EXHIBIT 27 ARE SUBMITTED UNDER SEAL** |
| Defendants. | |

I, JASON R. BARTLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Response to Samsung's Design Patent Claim Construction Brief.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Jonathan Ive, taken December 1, 2011.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Christopher Stringer, taken August 3, 2011.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Tang Tan, taken March 2, 2012.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of J.M. Yeo, taken February 2, 2012.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of Jonathan Ive, taken February 7, 2012.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Christopher Stringer, taken November 4, 2011.

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Phil Hobson, taken February 28, 2012.

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the deposition transcript of Tang Tan, taken March 5, 2012.

10. Attached as **Exhibit 9** is a true and correct copy of a production document, Bates numbered APLND0002303105 – 134.

11. Attached as **Exhibit 10** is a true and correct copy of a production document, Bates numbered APLNDC0002454404 – 412.

12. Attached as **Exhibit 11** is a true and correct copy of a production document, Bates numbered APLNDC0002329800 – 801.

BARTLETT DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S DESIGN PATENT CLAIM CONSTRUCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3163729

1

1   13.   Attached as **Exhibit 12** is a true and correct copy of a production document, Bates
2   numbered APLNDC0002336678 – 679.

3   14.   Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition
4   transcript of M.H. Lee, taken March 3, 2012.

5   15.   Attached as **Exhibit 14** is a true and correct copy of excerpts from the deposition
6   transcript of GiYoung Lee, taken February 17, 2012.

7   16.   Attached as **Exhibit 15** is a true and correct copy of excerpts from the expert
8   report of Itay Sherman, dated March 23, 2012.

9   17.   Attached as **Exhibit 16** is a true and correct copy of the oath filed in U.S. Patent
10  No. D627,777.

11  18.   Attached as **Exhibit 17** is a true and correct copy of the oath filed in U.S. Patent
12  No. D637,596.

13  19.   Attached as **Exhibit 18** is a true and correct copy of US D618,678.

14  20.   Attached as **Exhibit 19** is a true and correct copy of Samsung 5.3 inch Note
15  specifications, downloaded from www.samsung.com.

16  21.   Attached as **Exhibit 20** is a true and correct copy of Samsung Galaxy Tab 7.0
17  specifications, downloaded from www.samsung.com.

18  22.   Attached as **Exhibit 21** is a true and correct copy of Samsung Galaxy Tab 7.7
19  specifications, downloaded from www.samsung.com.

20  23.   Attached as **Exhibit 22** is a true and correct copy of Samsung Galaxy Tab 8.9 spec
21  specifications, downloaded from www.samsung.com.

22  24.   Attached as **Exhibit 23** is a true and correct copy of Samsung Galaxy Tab 10.1
23  specifications, downloaded from www.samsung.com.

24  25.   Attached as **Exhibit 24** is a true and correct copy of Samsung Tablet 11.6 inch
25  Series 7 Slate specifications, downloaded from www.samsung.com.

26  26.   Attached as **Exhibit 25** is a true and correct copy of excerpts from the deposition
27  transcript of Sean Roarty, taken March 7, 2012.

28

BARTLETT DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S DESIGN PATENT CLAIM CONSTRUCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3163729

2

1    27.  Attached as **Exhibit 26** is a true and correct copy of exhibit 1871 to the deposition of Dongseok Ryu, taken February 29, 2012.

2    28.  Attached as **Exhibit 27** is a true and correct copy of a production document, Bates labeled SAMNDCA10496327.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of June, 2012 at San Francisco, California.

                                          /s/ *Jason R. Bartlett*
                                            Jason R. Bartlett

BARTLETT DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S DESIGN PATENT CLAIM CONSTRUCTION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3163729

3

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: June 26, 2012         /s/ *Michael A. Jacobs*
                             Michael A. Jacobs