# Exhibit 5
# (Submitted Under Seal)