# Exhibit 6

Highly Confidential - Outside Counsel's Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                         CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13               Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          O U T S I D E   C O U N S E L   O N L Y
18
19      VIDEOTAPED DEPOSITION OF CHRISTOPHER STRINGER
20             REDWOOD SHORES, CALIFORNIA
21               FRIDAY, NOVEMBER 4, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   TSG JOB NO. 43706
```

Highly Confidential - Outside Counsel's Eyes Only

Page 2

1      FRIDAY, NOVEMBER 4, 2011
2           9:56 a m.
3
4
5
6    VIDEOTAPED DEPOSITION OF CHRISTOPHER
7    STRINGER, taken at QUINN EMANUEL URQUHART &
8    SULLIVAN, LLP, 555 Twin Dolphin Drive,
9    Suite 560, Redwood Shores, California,
10   Pursuant to Notice, before me,
11   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
12   CSR License No. 9830.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES:
2
3        FOR APPLE INC.:
4        MORRISON & FOERSTER
5        By:  MICHAEL A. JACOBS, Esq.
6        425 Market Street
7        San Francisco, California 94105
8
9
10
11
12       FOR SAMSUNG ELECTRONICS CO. LTD:
13       QUINN EMANUEL URQUHART & SULLIVAN
14       By:  MICHAEL T. ZELLER, Esq.
15       865 South Figueroa Street, 10th Floor
16       Los Angeles, California 90017
17
18
19
20       ALSO PRESENT:  Benjamin Gerald, Videographer
21            Cyndi Wheeler, Apple, Inc.
22
                      ---oOo---
23
24
25

Page 4

1         REDWOOD SHORES, CALIFORNIA
2           FRIDAY, NOVEMBER 4, 2011
3                9:56 a.m.
4
5
6
7       THE VIDEOGRAPHER:  Good morning.  This marks
8    the beginning of the disc labeled No. 1 of the
9    videotaped deposition of Chris Stinger --
10      MR. JACOBS:  Stringer.
11      THE VIDEOGRAPHER:  -- Stringer.  In the
12   matter Apple, Incorporated versus Samsung Electronics
13   Company Limited, et al.
14      Held in the United States District Court for
15   the Northern District of California, San Jose
16   Division.  Case number is 11-cv-01846-LHK.
17      This deposition is being held at 555 Twin
18   Dolphin Drive, in the city of Redwood Shores,
19   California.  Taken on November 4th, 2011, at
20   approximately 9:56 a.m.
21      My name is Benjamin Gerald from TSG
22   Reporting, Incorporated, and I am the legal video
23   specialist.  The court reporter is Andrea Ignacio, in
24   association with TSG Reporting.
25      At this time, will counsel please identify

Page 5

1    themselves for the record.
2       MR. ZELLER:  Mike Zeller for Samsung.
3       MR. JACOBS:  Michael Jacobs from Morrison &
4    Foerster for Apple.  With me is Cyndi Wheeler from
5    Apple Legal.
6       THE VIDEOGRAPHER:  Thank you.
7       Will the reporter please swear the witness.
8
9          CHRISTOPHER STRINGER,
10      having been sworn as a witness,
11      by the Certified Shorthand Reporter,
12         testified as follows:
13
14      THE VIDEOGRAPHER:  Thank you.
15      Please proceed.
16
17       EXAMINATION BY MR. ZELLER
18      MR. ZELLER:  Let's please mark as
19   Exhibit 1161 the Reply Declaration of Christopher
20   Stringer in Support of Apple's Motion for Preliminary
21   Injunction.
22         (Document marked Exhibit 1161
23          for identification.)
24      MR. ZELLER:  Q.  Please let me know when
25   you've reviewed 1161.

Highly Confidential - Outside Counsel's Eyes Only



Page 18

1
2   Q   Focusing your attention at the first page --





Page 104

| | |
|---|---|
| 1 | So let's, for the record, please mark as the |
| 2 | version of 841 that now has Mr. Stringer's marking on |
| 3 | it on page '18791 as Exhibit 841A. |
| 4 | (Document marked Exhibit 841A |
| 5 | for identification.) |
| 6 | MR. ZELLER:  If we can go back to |
| 7 | Exhibit 1170.  And by the way, did you want to send |
| 8 | those mockups back? |
| 9 | MR. JACOBS:  That would be great. |
| 10 | MR. ZELLER:  Okay.  So let's go off the |
| 11 | record. |
| 12 | THE VIDEOGRAPHER:  The time is 2:42 p m., and |
| 13 | we are off the record. |
| 14 | (Recess taken.) |
| 15 | THE VIDEOGRAPHER:  The time is 2:55 p m., and |
| 16 | we are back on the record. |
| 17 | MR. ZELLER:  Direct your attention to the |
| 18 | '889 design patent, which was previously marked as |
| 19 | Exhibit 8. |
| 20 | MR. JACOBS:  I'll just hand you my copy. |
| 21 | THE WITNESS:  All right.  Thank you. |
| 22 | MR. ZELLER:  Q.  Please take a look at |
| 23 | Figure 1. |
| 24 | A  Yes. |
| 25 | Q  You'll see on Figure 1 that at least as part |

Page 105

 1  of the -- at least along part of the -- generally what
 2  we'll call the perimeter area of the front, there's a
 3  darker, thicker line?
 4     A  Which figure are you looking at?
 5     Q  This is Figure 1.
 6     A  Figure 1.
 7     Q  Do you see where at least on part of the
 8  perimeter, there is a line that is darker and thicker?
 9     A  Which would be the second line from the left
10  on the left side of the figure.
11     Q  Right, on the left side.
12        And then on the bottom portion of Figure 1,
13  it appears to run -- to be the line that is -- that
14  the -- is the edge, at least from that perspective?
15     A  It looks like the edge, yes.
16     Q  Do you know what that thicker line depicts?
17     A  It's -- on the lower edge, it's the -- it
18  looks like the edge of the housing.
19     Q  Well, what about on the left side?
20     A  It's the edge of the housing.
21     Q  So on both the left side and the bottom side,
22  you construe that darker, thicker line to be where the
23  edge of the housing is?
24     A  I do construe that.  And it's -- my
25  assumption is confirmed by looking at Figure 3 that

Highly Confidential - Outside Counsel's Eyes Only

Page 122

1  No. 3 of 3 and concludes today's deposition of Chris
2  Stringer.
3       The time is 3:23 p m., and we are off record.
4       (WHEREUPON, the deposition ended at
5       3:23 p.m.)
6              ---oOo---

Page 123

1                J U R A T
2
3
4  I, CHRISTOPHER STRINGER, do hereby certify
5  under penalty of perjury that I have read the
6  foregoing transcript of my deposition taken
7  on November 4, 2011; that I have made such
8  corrections as appear noted herein in ink,
9  initialed by me; that my testimony as
10 contained herein, as corrected, is true and
11 correct.
12
13
14  DATED this ____ day of _____, 2011,
15  at _____, California.
16
17
18
19  _____
20       SIGNATURE OF WITNESS

Page 124

1              CERTIFICATE OF REPORTER
2
3
4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;
8
9       That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;
15
16      That I am a disinterested person to the said
17 action.
18
19      IN WITNESS WHEREOF, I have hereunto set my
20 hand this 4th day of November 2011.
21
22  _____
23  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

Page 125

1                I N D E X
2
3  DEPOSITION OF CHRISTOPHER STRINGER
4
5            EXAMINATION
6                          PAGE
7       BY MR. ZELLER         5
8       BY MR. JACOBS       119
9
10           E X H I B I T S
11 EXHIBIT                          PAGE
12 Exhibit 1161  Reply Declaration of Christopher    5
13      Stringer in support of Apple's
14      Motion for a Preliminary
15      injunction; 50 pgs.
16 Exhibit 1162  Colored Photograph Ad of iPad      26
17      Thinner and Lighter; 1 pg.
18 Exhibit 1163  U.S. Patent No. D627,777 S;        41
19      7 pgs.
20 Exhibit 1164  U.S. Patent No. D637,596 S;        41
21      7 pgs.
22 Exhibit 1165  U.S. Patent No. D621,825 S;        41
23      14 pgs.
24 Exhibit 1166  Sketchbooks, Bates Nos.            41
25      APLNDC0000037650 - '95; 46 pgs.