# Exhibit 7
# (Submitted Under Seal)