Exhibit 16

## Declaration for Patent Application

Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

As a below named inventor, I hereby declare that:

My residence, mailing address and citizenship are as stated below next to my name.

I believe I am an original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled **Portable Display Device**, the specification of which is attached hereto unless the following box is checked:

☒ was filed on January 6, 2010;

as United States Application Number 29/353,307; and

was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information that is material to patentability as defined in 37 C.F.R. § 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Authorization to Permit Access to Application by Participating Offices**

☒ If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

Send Correspondence to:     Customer No. 63975

Direct Telephone Calls to:     (202) 371-2600

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| | |
|---|---|
| Full name of first Inventor: | Jody AKANA |
| Signature of first Inventor: | /Jody R. Akana/  Date: 4/19/2010 |
| Residence: | San Francisco, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |
| Full name of second Inventor: | Bartley K. ANDRE |
| Signature of second Inventor: | /signature/  Date: 4-19-10 |
| Residence: | Menlo Park, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

- Page 2 of 7 -

Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | | |
|---|---|---|
| Full name of third Inventor: | **Daniel J. COSTER** | |
| Signature of third Inventor: | [signature] | Date: 4-6-10 |
| Residence: | San Francisco, California | |
| Citizenship: | New Zealand | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |
| Full name of fourth Inventor: | **Daniele DE IULIIS** | |
| Signature of fourth Inventor: | [signature] | Date: 4/11/10 |
| Residence: | San Francisco, California | |
| Citizenship: | Italy | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |
| Full name of fifth Inventor: | **Evans HANKEY** | |
| Signature of fifth Inventor: | [signature] | Date: 4-11-10 |
| Residence: | San Francisco, California | |
| Citizenship: | United States | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | |
|---|---|
| Full name of sixth Inventor: | **Richard P. HOWARTH** |
| Signature of sixth Inventor: | Date: 4.8.10 |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of seventh Inventor: | **Jonathan P. IVE** |
| Signature of seventh Inventor: | Date: 4/19/10 |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of eighth Inventor: | **Steve JOBS** |
| Signature of eighth Inventor: | Date: |
| Residence: | Palo Alto, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 301-CEO<br>Cupertino, California  95014 |

Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | |
|---|---|
| Full name of ninth Inventor: | **Duncan Robert KERR** |
| Signature of ninth Inventor: | _Kerr_      Date: 4/8/10 |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain and United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |
| Full name of tenth Inventor: | **Shin NISHIBORI** |
| Signature of tenth Inventor: | _[signature]_      Date: 4/2/10 |
| Residence: | Portola Valley, California |
| Citizenship: | Japan |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |
| Full name of eleventh Inventor: | **Matthew Dean ROHRBACH** |
| Signature of eleventh Inventor: | _[signature]_      Date: 4/8/10 |
| Residence: | San Francisco, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | |
|---|---|
| Full name of twelfth Inventor: | Peter RUSSELL-CLARKE |
| Signature of twelfth Inventor: | [signature]   Date: 4/1/10 |
| Residence: | San Francisco, California |
| Citizenship: | Australia |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |
| Full name of thirteenth Inventor: | Christopher J. STRINGER |
| Signature of thirteenth Inventor: | [signature]   Date: 4/14/10 |
| Residence: | Woodside, California |
| Citizenship: | Australia |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |
| Full name of fourteenth Inventor: | Eugene Antony WHANG |
| Signature of fourteenth Inventor: | [signature]   Date: 09/13/10 |
| Residence: | San Francisco, California |
| Citizenship: | Canada |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | |
|---|---|
| Full name of fifteenth Inventor: | Rico ZORKENDORFER |
| Signature of fifteenth Inventor: | [signature]  Date: 3/31/10 |
| Residence: | San Francisco, California |
| Citizenship: | Germany |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

1088130v1



# Declaration for Patent Application

Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

As a below named inventor, I hereby declare that:

My residence, mailing address and citizenship are as stated below next to my name.

I believe I am an original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled **Portable Display Device**, the specification of which is attached hereto unless the following box is checked:

☒ was filed on January 6, 2010;

as United States Application Number 29/353,307; and

was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information that is material to patentability as defined in 37 C.F.R. § 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Authorization to Permit Access to Application by Participating Offices**

☒ If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.



Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

Send Correspondence to:     Customer No. 63975

Direct Telephone Calls to:     (202) 371-2600

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| | |
|---|---|
| Full name of first Inventor: | **Jody AKANA** |
| Signature of first Inventor: | √                                                          Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of second Inventor: | **Bartley K. ANDRE** |
| Signature of second Inventor: | √                                                          Date: √ |
| Residence: | Menlo Park, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |



Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| Full name of third Inventor: | **Daniel J. COSTER** |
|---|---|
| Signature of third Inventor: | √                                                      Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | New Zealand |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of fourth Inventor: | **Daniele DE IULIIS** |
| Signature of fourth Inventor: | √                                                      Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | Italy |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of fifth Inventor: | **Evans HANKEY** |
| Signature of fifth Inventor: | √                                                      Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |



Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| Full name of sixth Inventor: | Richard P. HOWARTH | |
|---|---|---|
| Signature of sixth Inventor: | | Date: |
| Residence: | San Francisco, California | |
| Citizenship: | Great Britain | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 | |
| Full name of seventh Inventor: | Jonathan P. IVE | |
| Signature of seventh Inventor: | | Date: |
| Residence: | San Francisco, California | |
| Citizenship: | Great Britain | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 | |
| Full name of eighth Inventor: | Steve JOBS | |
| Signature of eighth Inventor: | *[signature]* | Date: 5/7/10 |
| Residence: | Palo Alto, California | |
| Citizenship: | United States | |
| Mailing Address: | 1 Infinite Loop, MS 301-CEO<br>Cupertino, California 95014 | |



Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | |
|---|---|
| Full name of ninth Inventor: | **Duncan Robert KERR** |
| Signature of ninth Inventor: | √                                        Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain and United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of tenth Inventor: | **Shin NISHIBORI** |
| Signature of tenth Inventor: | √                                        Date: √ |
| Residence: | Portola Valley, California |
| Citizenship: | Japan |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of eleventh Inventor: | **Matthew Dean ROHRBACH** |
| Signature of eleventh Inventor: | √                                        Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |


Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| | |
|---|---|
| Full name of twelfth Inventor: | **Peter RUSSELL-CLARKE** |
| Signature of twelfth Inventor: | √                                    Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | Australia |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of thirteenth Inventor: | **Christopher J. STRINGER** |
| Signature of thirteenth Inventor: | √                                    Date: √ |
| Residence: | Woodside, California |
| Citizenship: | Australia |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |
| Full name of fourteenth Inventor: | **Eugene Antony WHANG** |
| Signature of fourteenth Inventor: | √                                    Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | Canada |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |



Appl. No. 29/353,307
Atty. Docket No. 2607.2330000(P8654US1)/TGD/ECW

| Full name of fifteenth Inventor: | **Rico ZORKENDORFER** |
|---|---|
| Signature of fifteenth Inventor: | √                                                    Date: √ |
| Residence: | San Francisco, California |
| Citizenship: | Germany |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California  95014 |

1088130v1