# Exhibit 19

Case 5:11-cv-01846-LHK   Document 1140-22   Filed 06/26/12   Page 2 of 4

NEWS | ABOUT SAMSUNG | LOGIN



**SHOP PRODUCTS**   **BUSINESS SOLUTIONS**   **CONNECTED LIVING**

**MY ACCOUNT**   **SUPPORT**

Home > Cell Phones > Specifications >

## Samsung Galaxy Note (Carbon Blue)

Tweet 434   Like Confirm   SHOP ▸

SGH-I717   ★★★★★ 199 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖨 Print This

| Carrier | |
|---|---|
| Type | AT&T |

| Size | |
|---|---|
| Product Dimensions (inches) | 5.78" x 3.27" x 0.38" |
| Weight (ounces) | 6.28 Ounces |

| Color | |
|---|---|
| Color | Carbon Blue |

| Battery | |
|---|---|
| Battery, Standby | 10.4 Days |
| Battery, Usage Time | 10 Hours |
| Battery Type and Size | 2,500mAh |

| Network | |
|---|---|
| Data Speed | GSM Quad-band: 850/900/1800/1900MHz; UMTS; Tri-band: 850/1900/2100MHz; LTE; Dual Band: Band 4 & Band 17 |

| Platform | |
|---|---|
| Platform | Android™ 2.3, Gingerbread |

| CPU / Processor | |
|---|---|
| Processor Speed, Type | 1.5GHz dual-core |

| Display | |
|---|---|
| Main Display Resolution | 1280 x 800 Pixel |
| Main Display Size | 5.3" |
| Main Display Technology | HD Super AMOLED™ |

| User Interface | |
|---|---|
| Features | Widgets; TouchWiz; Social Hub; Smart Unlock; Accelerometer |

## Camera

| | |
|---|---|
| **Camera Resolution** | 8.0 Megapixel |
| **Front-facing Camera Resolution** | 2.0 Megapixel |
| **Digital Optical Zoom** | 4x |
| **Features** | Auto Focus; Camcorder; DivX HD® ; HD Recording; HD Playback; TV-Out |

## Audio

| | |
|---|---|
| **Features** | Music Player |

## Video

| | |
|---|---|
| **Features** | Video Player; Video, Streaming |

## Fun and Entertainment

| | |
|---|---|
| **Features** | Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Media Hub HD |

## Business & Office

| | |
|---|---|
| **Features** | Microsoft® Office-compatiblel;SAFE™ Samsung approved for Enterprise |

## Messaging Options

| | |
|---|---|
| **Features** | Email; Corporate Email; Picture Messaging; Text Messaging; Video Messaging; Swype™ ; Predictive Text (T9®/XT9®) |

## Connectivity

| | |
|---|---|
| **Features** | Bluetooth®; Bluetooth® Profiles, HID; Wi-Fi® ; Wi-Fi® Hotspot; HTML Browser; GPS |

## Memory

| | |
|---|---|
| **Internal Memory** | 16GB |
| **External Memory/microSD™ Capacity** | 32GB |

## Calling Functions

| | |
|---|---|
| **Features** | Speakerphone; Voice Recognition; Voicemail; Speech-to-text; Text-to-speech; Etiquette/Gesture Mode; Music ID; Picture Caller ID; Multitasking; Hearing Aid Compatible (HAC); TTY; Airline Mode |

### Who We Are
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

### What We Make

**TV + Video**
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

**Mobile**
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

**Photo**
- Cameras
- Camcorders
- SD Cards

**Computing**
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

**Home Appliances**
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

### How can we help you?
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us

http://www.samsung.com/us/mobile/cell-phones/SGH-I717ZBAATT-specs[6/26/2012 5:56:06 PM]

