# Exhibit 20

NEWS | ABOUT SAMSUNG | LOGIN



SHOP PRODUCTS          BUSINESS SOLUTIONS          CONNECTED LIVING

MY ACCOUNT             SUPPORT

Home > Galaxy Tab > Specifications >

## Samsung Galaxy Tab™ 7.0 Plus (Wi-Fi) 16GB

Tweet  51   Like  Confirm   SHOP ▸

GT-P6210   $349.99   ★★★★★  111 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖨 Print This

| Carrier | |
|---|---|
| Carrier | Wi-Fi Only |

| Form Factor | |
|---|---|
| Form Factor | Touchscreen Tablet |

| Color | |
|---|---|
| Color | Metallic Gray |

| Operating System | |
|---|---|
| Operating System | Android™ 3.2, Honeycomb |

| Camera | |
|---|---|
| Camera (Front) | 2.0 Megapixel |
| Camera (Rear) | 3.0 Megapixel Auto Focus with Flash |
| Features | Auto Focus; DivX®; HD Recording; HD Playback (on another HD device) |

| Dimensions (W x H x D) | |
|---|---|
| Dimensions (W x H x D) | 7.6 x 4.8 x .39 inches |

| Weight | |
|---|---|
| Weight | 12.1 Ounces |

| Battery | |
|---|---|
| Battery | 4000mAh |
| Usage Time | Up to 8 hours |
| Standby Time | Up to 600 hours (Wi-Fi on), Up to 1500 hours (Wi-Fi off) |

| Memory | |
|---|---|
| Internal | 16GB |
| External | micro SD card slot supports up to 32GB |

| Network | |
|---|---|
| Frequencies and | Wi-Fi Only |

| Data Type | |
|---|---|

## CPU

| CPU | Samsung Exynos™ 2x1.2GHz |
|---|---|

## Display

| Display | 7" Display |
|---|---|
| Main Display Resolution | 1024 x 600 Pixel |
| Main Display Size | 7" Display |
| Main Display Technology | TFT |

## User Interface

| User Interface | Widgets; TouchWiz; Social Hub; Accelerometer |
|---|---|

## Audio

| Audio | Music player; Compatible Music Files- MP3, AAC, AAC+, eAAC+, FLAC, WMA, Vorbis, Midi, AMR NB/WB, AC3(only with Video), WAV |
|---|---|

## Video

| Video | Video Player; Compatible Video Files- 1080p playback (HW codec only)Format: 3gp(mp4), avi(divx), wmv(asf), flv, mkv, webm Codec: HW - MPEG4, H.263, H.264, VC-1, DivX; VP8, WMV7/8, DivX3.11, Sorenson H.263 |
|---|---|

## Fun and Entertainment

| Fun and Entertainment | Android Market™, Samsung Media Hub, Social Hub, Peel Smart Remote, Amazon™ Kindle™, AllShare™, Kies Air, Next Issue, Photo Editor, Pulse |
|---|---|

## Business and Office

| Business and Office | Microsoft® Exchange ActiveSync, Virtual Private Network (VPN) Access, Polaris® Office, Video Chat, Cisco WebEx, EAS IT Policy, HW Encryption, Sybase Afaria |
|---|---|

## Messaging Options

| Messaging Options | Email; Corporate Email; Instant Messaging; Swype™ |
|---|---|

### Who We Are
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

### What We Make

**TV + Video**
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

**Mobile**
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

**Photo**
- Cameras
- Camcorders
- SD Cards

**Computing**
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

**Home Appliances**
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

### How can we help you?
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English   +1 4.5k   Like Confirm   Copyright © 1995-2012 SAMSUNG All rights reserved.