Exhibit 21



NEWS | ABOUT SAMSUNG | LOGIN

**SHOP PRODUCTS**  **BUSINESS SOLUTIONS**  **CONNECTED LIVING**
**MY ACCOUNT**  **SUPPORT**

Home > Galaxy Tab > Specifications >

## Samsung Galaxy Tab™ 7.7 (Verizon)

Tweet 10   Like Confirm   SHOP ▸

SCH-I815  ★★★★★  5 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖨 Print This

### Carrier
| | |
|---|---|
| Carrier | Verizon |

### Form Factor
| | |
|---|---|
| Form Factor | Touch Screen, Tablet |

### Color
| | |
|---|---|
| Color | Light Silver |

### Operating System
| | |
|---|---|
| Operating System | Android 3.2, Honeycomb |

### Camera
| | |
|---|---|
| Camera (Front) | 2.0 Megapixel |
| Camera (Rear) | 3.2 Megapixel |
| Features | Auto Focus; Shot Modes, Action, Panorama, Single, Smile; Smile Shot; Geo-tagging; Editing Modes; TV-Out with HDMI Dock or Adapter; Online Image Uploading |
| Camcorder | Video capture and playback |

### Dimensions (W x H x D)
| | |
|---|---|
| Dimensions (W x H x D) | 7.74" x 5.24" x 0.31" |

### Weight
| | |
|---|---|
| Weight | 12 Ounces |

### Battery
| | |
|---|---|
| Battery | 5100mAh |
| Usage Time | Up to 13 hrs in 3G; Up to 12.5 hrs in 4G LTE |
| Standby Time | Up to 16.25 Days in 3G; Up to 10.4 Days in 4G LTE |

### Memory
| | |
|---|---|
| Internal | 16GB |
| External | 32GB |
| SD Card | SDHC/SHD SD Card |

## Network

| | |
|---|---|
| **Frequencies and Data Type** | 1x/EV-DO RevA/LTE: 850/1900/700MHz |
| **Data Speed** | 4G LTE |

## CPU

| | |
|---|---|
| **CPU** | Samsung Exynos 4210 1.4GHz Dual-core |

## Display

| | |
|---|---|
| **Main Display Resolution** | 1280 x 800 WXGA |
| **Main Display Size** | 6.5" x 4.06" |
| **Main Display Technology** | Super AMOLED™ Plus |

## User Interface

| | |
|---|---|
| **User Interface** | Widgets; TouchWiz™ ; Social Hub; Smart Unlock |

## Audio

| | |
|---|---|
| **Audio** | Music Player; Compatible Music Files, AAC, AAC+, AC3, eAAC+, IMY, FLAC, MID, MP3, WAV, WMA; Audio, Streaming; Ringtones, Polyphonic; MP3/Music Tones |

## Video

| | |
|---|---|
| **Video** | Video Player; Compatible Video Files, 3G2, 3GP, AVI, DivX/XviD, FLV, H.263, H.264, MKV, MPEG4, WMV; Video, Streaming |

## Fun and Entertainment

| | |
|---|---|
| **Fun and Entertainment** | Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Samsung Media Hub; Netflix |

## Business and Office

| | |
|---|---|
| **Business and Office** | Microsoft® Office-compatible; OCR/Business Card Scanner; vCard/vCalendar; Voice Memo; Quick Office Pro HD |

## Messaging Options

| | |
|---|---|
| **Messaging Options** | Email; Corporate Email; Instant Messaging; Swype™ ; Predictive Text (XT9®) |

## Sensor Type

| | |
|---|---|
| **Sensor Type** | Gyroscope, Accelerometer, Ambient light sensor, Digital Compass, Proximity |

**Who We Are**
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

**What We Make**

TV + Video
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

Mobile
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops

Photo
- Cameras
- Camcorders
- SD Cards

Computing
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors

Home Appliances
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges

**How can we help you?**
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles

http://www.samsung.com/us/mobile/galaxy-tab/SCH-I815LSAVZW-specs[6/26/2012 5:48:45 PM]

Specs - Verizon Tabs SCH-I815 | Samsung Galaxy Tab



http://www.samsung.com/us/mobile/galaxy-tab/SCH-I815LSAVZW-specs[6/26/2012 5:48:45 PM]