# Exhibit 22

Specs - Wi-Fi Tabs GT-P7310/M16 | Samsung Galaxy Tab

NEWS | ABOUT SAMSUNG | LOGIN



SHOP PRODUCTS | BUSINESS SOLUTIONS | CONNECTED LIVING

MY ACCOUNT | SUPPORT

Home > Galaxy Tab > Specifications >

## Samsung Galaxy Tab™ 8.9 (Wi-Fi Only) - 16GB Metallic Gray

GT-P7310/M16    $399.99    ★★★★★ 101 REVIEWS

Tweet 93    Like  Confirm    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖨 Print This

### Carrier
| | |
|---|---|
| Carrier | Wi-Fi- Only |

### Form Factor
| | |
|---|---|
| Form Factor | Touchscreen Tablet |

### Color
| | |
|---|---|
| Color | Metallic Gray |

### Operating System
| | |
|---|---|
| Operating System | Android 3.1, Honeycomb |

### Camera
| | |
|---|---|
| Camera (Front) | Front Camera: 2.0 Megapixel |
| Camera (Rear) | Rear Camera: 3.0 Megapixel Auto Focus with Flash |

### Dimensions (W x H x D)
| | |
|---|---|
| Dimensions (W x H x D) | 9.1 x 6.2 x .34 inches |

### Weight
| | |
|---|---|
| Weight | 15.8 oz. |

### Battery
| | |
|---|---|
| Battery | Li-polymer, 6100mAh |
| Usage Time | Up to 9 hours |
| Standby Time | Up to 850 hours (Wi-Fi on), Up to 2500 hours (Wi-Fi off) |

### Memory
| | |
|---|---|
| Internal | 16GB Internal Memory |

### Connectivity
| | |
|---|---|
| WiFi | WiFi 802.11 a/b/g/n |
| USB | USB 2.0 H/S |
| Bluetooth | Bluetooth 3.0 |

| Display | |
|---|---|
| Display | 8.9" WXGA (1280x800) TFT (PLS) |

| User Interface | |
|---|---|
| User Interface | Widgets, Smart Unlock, Accelerometer, Bilingual: Spanish/English |

| Audio | |
|---|---|
| Audio | MP3, M4A, MP4, 3GP, 3GA, WMA, OGG, ACC, FLAC |

| Video | |
|---|---|
| Video | 1080p playback, 3GP, MP4, AVI, WMV, FLV, MKV (Codec: MPEG4, H.263, Sorenson H.263, H.264, VC-1 |

| Fun and Entertainment | |
|---|---|
| Fun and Entertainment | Full HTML Web Browser, Books, Browser, Email, Gallery, Gmail™, Google Maps™, Android Market, Google Search™, Google Talk™, Voice Search, Latitude, Music Hub, Navigation, Places, Pulse, Polaris Office, Samsung Apps, YouTube, Music Player, Media Hub, Social Hub |

| Business and Office | |
|---|---|
| Business and Office | DOCUMENT FILES<br>Word File: doc, docx, xml, txt, rtf, dot, dotx Excel File: xls, xlsx, csv, xlt, xltx PowerPoint: ppt, pptx, pot, potx, pps, ppsx PDF: pdf |

Who We Are
About Samsung
Careers
Sustainability
News
Investor Relations

What We Make
TV + Video
TVs
Blu-ray & DVD Players
Home Theater Systems

Mobile
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

Photo
Cameras
Camcorders
SD Cards

Computing
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

Home Appliances
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

How can we help you?
Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Follow Us:

Business  |  Apps  |  Privacy  |  Legal  |  Sitemap  |  RSS  |  USA / English      +1  4.5k      Like Confirm      Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/galaxy-tab/GT-P7310MAAXAR-specs[6/26/2012 5:41:16 PM]