# Exhibit 23

NEWS | ABOUT SAMSUNG | LOGIN



SHOP PRODUCTS   BUSINESS SOLUTIONS   CONNECTED LIVING

MY ACCOUNT   SUPPORT

Home > Galaxy Tab > Specifications >

# Samsung Galaxy Tab™ 10.1 (Verizon 4G LTE) – 16GB Metallic Gray

SCH-I905    $529.99    ★★★★☆   16 REVIEWS

Tweet  33    Like  Confirm    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

🖶 Print This

| Carrier | |
|---|---|
| Type | Verizon |

| Size | |
|---|---|
| Product Dimensions (inches) | 10.1" x 6.9" x 0.34" |

| Color | |
|---|---|
| Color | Metallic Gray and White |

| Battery | |
|---|---|
| Battery, Standby | Standby time: 400 hours |
| Battery, Usage Time | Continuous usage time: 12 hours |

| Network | |
|---|---|
| Operating System | Android 3.1, Honeycomb |

| Display | |
|---|---|
| Main Display Resolution | 1280 x 800 pixels |
| Main Display Size | 10.1" Display |

| Camera | |
|---|---|
| Camera Resolution | 3.0 Megapixel rear-facing camera |

---

**Who We Are**
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

**What We Make**

TV + Video
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

Mobile
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

Photo
- Cameras
- Camcorders
- SD Cards

Computing
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

Home Appliances
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

**How can we help you?**
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us



Copyright © 1995-2012 SAMSUNG All rights reserved.