# Exhibit 24

NEWS | ABOUT SAMSUNG | LOGIN



SHOP PRODUCTS

BUSINESS SOLUTIONS

CONNECTED LIVING

MY ACCOUNT

SUPPORT

Home > Tablet PCs > Specifications >

Series 7 11.6" Slate

Tweet 85    Like Confirm    SHOP ▸

XE700T1A    $1,349.99    ★★★★★ 45 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

**Samsung recommends Windows® 7.**

Your PC, simplified.  Windows 7

🖨 Print This

| Operating System | |
|---|---|
| Operating System | Genuine Windows® 7 Home Premium (64-bit) |

| CPU/ Processor | |
|---|---|
| CPU/ Processor | Intel® Core™ i5-2467M Processor |

| Display | |
|---|---|
| Resolution | 1366 x 768 HD LED backlit |
| Screen Size | 11.6" Superbright™ Plus Technology |
| Brightness | 400 nits, 16:9 |

| Graphics | |
|---|---|
| Maximum Graphics Memory | Shared |
| Graphic Chip | Intel® HD Graphics 3000 |

| Processor | |
|---|---|
| Standard System Memory | 4GB |
| Max. System Memory | 4GB |

| Storage | |
|---|---|
| Hard Drive | 128GB SSD (mSATA) |

| Multimedia | |
|---|---|
| Speakers | 3W Stereo Speaker (1.5W x 2) w/ Woofer |
| Web Camera | 2.0MP HD (Front)Webcam, 3.0MP HD (Rear) Webcam |

| Connectivity | |
|---|---|
| Wireless LAN | 802.11 a/b/g/n |
| Bluetooth | BT v3.0 + HS |
| WiDi | WiDi capable |

| | |
|---|---|
| Additional | *Wired LAN available with Docking Option |

### I/O Ports

| | |
|---|---|
| HDMI | Yes |
| Headphone Out | Yes (Headphone/MIC combo) |
| Microphone In | Yes (Headphone/MIC combo) |
| USB Ports | 1 |
| Multi Card Slot | 1 Micro SD Slot |
| Docking Connector | Comes with Docking Station with Bluetooth Keyboard |

### Input Devices

| | |
|---|---|
| Touch Screen | 10 Finger Sensing |

### Power

| | |
|---|---|
| AC Adapter | 40W |
| Battery Type | 4 Cell / Li-Po<br>5520mAh, 40Wh |

### Design

| | |
|---|---|
| Color | Black |

### Dimensions

| | |
|---|---|
| Dimensions (W x D x H) | 11.66" x 7.24" x 0.51" |

### Weight

| | |
|---|---|
| Weight (Including Battery) | 1.98 lbs. |

### Warranty

| | |
|---|---|
| Warranty | 1 Year |

**Who We Are**
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

**What We Make**

TV + Video
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

Mobile
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

Photo
- Cameras
- Camcorders
- SD Cards

Computing
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

Home Appliances
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

**How can we help you?**
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us

Follow Us:

http://www.samsung.com/us/computer/tablet-pcs/XE700T1A-A03US-specs[6/26/2012 5:54:35 PM]

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English   +1  4.5k   Like Confirm    Copyright © 1995-2012 SAMSUNG All rights reserved.