# Exhibit 25

Attorneys' Eyes Only Pursuant to Protective Order

Page 1

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | 09:03 |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | 09:03 |
| 3 | | 09:03 |
| 4 | APPLE, INC.,                    ) | 09:03 |
| | ) | 09:03 |
| 5 | Plaintiff      ) | 09:03 |
| | ) No. 11-CV-01846-LHK | 09:03 |
| 6 | vs.              ) | 09:03 |
| | ) | 09:03 |
| 7 | SAMSUNG ELECTRONICS, LTD.    ) | 09:03 |
| | et al.,                      ) | 09:03 |
| 8 | ) | 09:03 |
| | Defendants    ) | 09:03 |
| 9 | ------------------------------) | 09:03 |
| 10 | | 09:03 |
| 11 | *** | 09:03 |
| 12 | ATTORNEYS' EYES ONLY | 09:03 |
| 13 | PURSUANT TO THE PROTECTIVE ORDER | 09:03 |
| 14 | *** | 09:03 |
| 15 | | 09:03 |
| 16 | VIDEOTAPED DEPOSITION OF SEAN ROARTY | 09:03 |
| 17 | New York, New York | 09:03 |
| 18 | Wednesday, March 7, 2012 | 09:03 |
| 19 | | 09:03 |
| 20 | | 09:03 |
| 21 | | 09:03 |
| 22 | Reported by: | 09:03 |
| 23 | THOMAS A. FERNICOLA, RPR | 09:03 |
| 24 | JOB NO. 47239 | 09:03 |
| 25 | | |

### Page 2

```
 1                                          09:03
 2                                          09:03
 3                                          09:03
 4          March 7, 2012                   09:03
 5          9:07 a.m.                       09:03
 6                                          09:03
 7                                          09:03
 8      VIDEOTAPED DEPOSITION of SEAN ROARTY, held   09:03
 9   at the Offices of Willkie Farr & Gallagher, LLP,   09:03
10   787 Seventh Avenue, New York, New York,
11   before Thomas A. Fernicola, a Registered     09:03
12   Professional Reporter and Notary Public of the   09:03
13   State of New York.                         09:03
14                                          09:03
```

### Page 3

```
 1   A P P E A R A N C E S:                  09:03
 2                                           09:03
 3                                           09:03
 4       MORRISON & FOERSTER
 5       Attorneys for Plaintiff             09:03
 6          425 Market Street                09:03
 7          San Francisco, California  94105
 8
 9       BY:  PATRICK ZHANG, ESQ.
10                                           09:03
11                                           09:03
12                                           09:03
13       QUINN EMANUEL URQUHART & SULLIVAN
14       Attorneys for Samsung               09:03
15          865 South Figueroa St.
16          Los Angeles, California  90017   09:03
17
18       BY:  CURRAN M. WALKER, ESQ.         09:03
19                                           09:03
20                                           09:03
```

### Page 4

```
 1   A P P E A R A N C E S (Continued):      09:03
 2                                           09:03
 3                                           09:03
 4       WILLKIE FARR & GALLAGHER
 5       Attorneys for Bloomberg and the Witness   09:03
 6          787 Seventh Avenue               09:03
 7          New York, New York  10019
 8
 9       BY:  DEIRDRE N. HYKAL, ESQ.         09:03
10                                           09:03
11                                           09:03
12   ALSO PRESENT:                           09:03
13       MATTHEW SMITH, Videographer         09:03
```

### Page 5

```
 1            STIPULATIONS                   09:03
 2                                           09:03
 3   IT IS HEREBY STIPULATED AND AGREED by and between   09:03
 4   the attorneys for the respective parties herein    09:03
 5   that this examination may be sworn to before any   09:03
 6   Notary Public.                          09:03
 7                                           09:03
 8   IT IS FURTHER STIPULATED AND AGREED that the       09:03
 9   filing and certification of the said examination   09:03
10   shall be waived.                        09:03
11                                           09:03
12   IT IS FURTHER STIPULATED AND AGREED that all       09:56
13   objections to questions, except as to the form of  09:56
14   the question, shall be reserved for the time of    09:56
15   trial.                                  09:56
16                                           09:57
17   This examination shall be furnished to the         09:58
18   attorney for the witness being examined without    09:58
19   charge.                                 09:58
```

Page 150

1  other separate person.                          12:49
2     A.  Right.                                   12:49
3     Q.  Did you speak to Mr. Masamichi in        12:49
4  preparation for today's testimony?              12:50
5     A.  No.                                      12:50
6     Q.  And is it correct that none of           12:50
7  Bloomberg's LCD terminals are touch screens?    12:50
8     A.  That's correct.                          12:50
9     Q.  So none of the designs that we spoke     12:50
10 about today were designed to be touch screen    12:50
11 monitors; is that correct?                      12:50
12    A.  That's correct.                          12:50
13    Q.  And do you have an understanding as      12:50
14 to whether different design concepts were       12:51
15 considered in the development of the Bloomberg  12:51
16 flat panel display -- actually, let me ask a    12:51
17 different question.                             12:51
18    Is it your understanding that two            12:51
19 different designs were considered during the    12:51
20 development of the Bloomberg flat panel         12:51
21 display?                                        12:52
22    MS. HYKAL:  Objection.                       12:52
23    A.  Well, I don't think so.                  12:52
24    Q.  Is it your opinion that the design       12:52
25 that was eventually commercially released which 12:52

Page 151

1  did not have a translucent covering over the    12:52
2  LCD display, was a different design than the    12:52
3  design that was in consideration earlier in the 12:52
4  development process which had a clear covering  12:52
5  over the entire front surface?                  12:52
6     MS. HYKAL:  Objection.                       12:52
7     A.  So can you -- to paraphrase it, are      12:52
8  you asking me if in my opinion if there are two 12:52
9  different designs?                              12:52
10    Q.  Yes.                                     12:53
11    A.  I would say they weren't two             12:53
12 different designs.  It was an iteration of the  12:53
13 original design concept.  It wasn't markedly    12:53
14 different.  It was an element changed, but      12:53
15 there are elements changed, too, in terms of    12:53
16 the draft angle might be specified at a certain 12:53
17 degree and then it might get changed by a       12:53
18 couple of degrees or the base thickness or the  12:53
19 footprint might change and grow.                12:53
20    But overall -- the overall appearance        12:53
21 and the overall approach, in my opinion, was    12:53
22 the same or mostly similar.                     12:53
23    Q.  I believe you testified earlier today    12:53
24 that the clear covering over the commercially   12:53
25 released version of the panel was removed for a 12:53

Page 152

1  utilitarian use; is that correct?               12:53
2     MS. HYKAL:  Objection.                       12:53
3     A.  I'm not sure.  I'm not sure if I'm       12:54
4  understanding you when you say "utilitarian."   12:54
5     Q.  Sure.                                    12:54
6     Do you recall giving a reason for why        12:54
7  the clear panel was removed from the            12:54
8  commercially released product earlier today?    12:54
9     A.  Yes, I do.                               12:54
10    Q.  And what was that reason?                12:54
11    A.  People reacted negatively to the         12:54
12 mirror or the glare effect, the diminished      12:54
13 resolution, in their opinion.  To them it was   12:54
14 they preferred to see the screen directly.      12:54
15    Q.  Do you recall whether a design having    12:54
16 fully translucent front surface was more        12:54
17 expensive to manufacture than the design that   12:54
18 did not have the fully translucent front        12:54
19 surface?                                        12:54
20    A.  Not specifically.  But I would           12:54
21 imagine it would be, just by nature of more     12:54
22 material.                                       12:54
23    Q.  And was it your understanding that       12:54
24 Bloomberg had a lot of freedom in terms of the  12:54
25 industrial design for its flat panel displays   12:55

Page 153

1  in terms of making it in a number of different  12:55
2  ways if it wanted to?                           12:55
3     A.  Yes.                                     12:55
4     Q.  And so there's no particular             12:55
5  functional reason that mandated this particular 12:55
6  design of the Bloomberg terminal; is that       12:55
7  correct?                                        12:55
8     A.  Correct.  No functional.  Sorry,         12:55
9  reasoning.                                      12:55
10    Q.  And is it correct that the Bloomberg     12:55
11 LCD displays were always sold in pairs?  And,   12:55
12 I'm sorry, actually, I should rephrase.         12:55
13    And is it correct that the Bloomberg         12:55
14 LCD displays were always made and provided to   12:55
15 others in pairs?                                12:55
16    A.  Provided to customers in pairs.          12:55
17 Typically provided internally in pairs,         12:55
18 although we did allow ourselves the luxury of   12:55
19 installing a single head as opposed to on a     12:55
20 stand.                                          12:56
21    Q.  Are you aware of any instances where     12:56
22 the Bloomberg LCD terminals were made available 12:56
23 to customers in a single head configuration?    12:56
24    A.  No.                                      12:56
25    MR. ZHANG:  I don't have anything            12:56

Attorneys' Eyes Only Pursuant to Protective Order

Page 158

```
 1     (The exhibits were retained by the        12:06
 2     court reporter to be attached to the      12:06
 3     transcript.)                   12:06
 4                                    12:06
 5                                    12:06
 6                                    12:06
 7                                    12:06
 8                                    12:06
 9                                    12:06
10                                    12:06
11                                    12:06
12                                    12:06
13                                    12:06
14                                    12:06
15                                    12:06
16                                    12:06
17           _____    12:06
18                SEAN ROARTY         12:06
19                                    12:06
20     Subscribed and sworn to before me         12:06
21     this    day of        2012.              12:06
22                                    12:06
23     _____          12:06
24
25
```

Page 159

```
 1                                    12:06
 2           C E R T I F I C A T E    12:06
 3                                    12:06
 4     STATE OF NEW YORK )            12:06
 5              ) ss.:                12:06
 6     COUNTY OF NEW YORK )           12:06
 7                                    12:06
 8        I, THOMAS A. FERNICOLA, Registered    12:06
 9     Reporter and Notary Public within and for 12:06
10     the State of New York, do hereby certify  12:06
11     that the within is a true and accurate    12:06
12     transcript of the proceedings held on     12:06
13     March 7, 2012.                 12:06
14        That I am not related to any of the    12:06
15     parties to this action by blood or        12:06
16     marriage; and that I am in no way         12:06
17     interested in the outcome of this matter. 12:06
18        IN WITNESS WHEREOF, I have hereunto    12:06
19     set my hand this 7th day of March 2012.   12:06
20                                    12:06
21          _____  12:06
22          THOMAS A. FERNICOLA, RPR   12:06
23
24
25
```

Page 160

```
 1  ----------------------- INDEX ------------------   12:06
 2  ATTORNEY                    PAGE       12:06
                                            12:06
 3  Mr. Walker                    7        12:06
                                            12:06
 4  Mr. Zhang                    135       12:06
                                            12:06
 5  Mr. Walker                   154       12:06
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 161

```
 1  ---------------------- EXHIBITS ----------------   12:06
 2  S. ROARTY'S                              12:06
 3  DESCRIPTION                 PAGE  LINE   12:06
 4  Exhibit 1 Letter from Scott Hall   14   16   12:06
 5  to Thomas Golden dated February 1,           12:06
 6  2012,                                    12:06
 7  Exhibit 2 Artist/Designer          49    3   12:06
 8  Renderings,                              12:06
 9  Exhibit 2A Enhanced Version of    125   19   12:06
10  Exhibit 2,                               12:06
11  Exhibit 3 Series of E-Mails, Bates 65   18   12:06
12  No. BLPAS00037 through 39,               12:06
13  Exhibit 4 Renderings of 17 and     78    8   12:06
14  19-inch flat panels,                     12:06
15  Exhibit 4A Enhance Version of     125   22   12:06
16  Exhibit 4,                               12:06
17  Exhibit 5 Documents re: Bloomberg  86    9   12:06
18  flat panels,                             12:06
19  Exhibit 5A Enhance Version of     125   25   12:06
20  Exhibit 5,                               12:06
21  Exhibit 6 E-Mail from Alex Chong   96   13   12:06
22  to Mari Ozolins dated 8/28/02,           12:06
23  Exhibit 7 Copy of Fax,            100   22   12:06
24
25
```