# Exhibit 26

