Exhibit 1

Peter W. Bressler, FIDSA

Founder & Board Chair, Bresslergroup, Inc.
Adjunct Associate Professor, University of Pennsylvania
Fellow Member of the Industrial Designers Society of America (IDSA)

**Personal Information**   Date of Birth: June 24, 1946
                          Marital Status: Married

**Education**   B.F.A. Industrial Design
                    Rhode Island School of Design, Providence R.I., 1968
                Graduate Research in Design for Disabilities
                    Rhode Island School of Design, Providence R.I, 1969-70
                Certification, Synectics Group Creativity Process, Philadelphia, PA 1972
                Certification: Design Patent Expert Witness Seminar, IDSA, 2008

**Employment**

2010 to present   Contracted Innovation Process consultant to the Delaware Valley Industrial Resource Center

2006 to present   Adjunct Associate Professor, Integrated Product Design Program, University of Pennsylvania.

1998 to 2011      Founder and Board Chair, Solar Roofing Systems, Inc. T/A SRS Energy

2009 to present   Board Chair, Bresslergroup, Inc.

1988 to 2009      Principal and CEO, Bresslergroup, Inc....A 22 person design research, strategic product planning, industrial design, product development and engineering consulting firm. Noted by *Businessweek* magazine as "one of the top award winning firms".

1972 to 1988      Principal and President, Designs for Medicine, Inc. T/A Peter Bressler Design Associates...5 to 12 person User research, Product Design, Packaging & Graphic design consulting firm.

1973 to 1974      Contracted consultant to the Franklin Institute Research Laboratories founded "Center for the Enhancement of the Capabilities of the Handicapped."

1970              Founded Designs for Medicine, Inc.

**Teaching Experience**

| | |
|---|---|
| 2006 to present | Adjunct Associate Professor, Integrated Product Design Program, University of Pennsylvania |
| Fall 2005 | Adjunct Associate Professor, Ergonomics 1332, Philadelphia University, Philadelphia, PA |
| Fall 2001 | Visiting Lecturer, Business Practices, University of the Arts, Philadelphia, PA |
| Spring 2000 | Adjunct Associate Professor, Ergonomics DES 164, Lehigh University, Bethlehem, PA |
| Fall 1983 | Visiting Lecturer, Industrial Design Studio, Rhode Island School of Design, Providence, R.I. |
| Spring 1972 | Instructor, Industrial Design Structures, Philadelphia College of Art, Philadelphia, PA. |
| 1971-72 | Instructor, ID Prototype Shop Philadelphia College of Art, Philadelphia, PA. |

**Expert Witness Experience**

*8.11.11 completed testimony in US District court in Richmond, VA in Utility patent infringement case regarding consumer electronic kitchen appliances. Awaiting permission to list specifics.*

Blanco v Tots in Mind et al (2010) (Scherffius, Ballard, Still & Ayres, Atlanta, GA.) ; *Products Liability*

Becton Dickinson & Co. And Mdc Investment Holdings, Inc., V. Retractable Technologies, Inc., Civil Action No. 5:07-Cv-137 , United States District Court For The Eastern District Of Texas Texarkana Division (2009) (Wilmer Hale, Washington, DC) *Utility patent*

Atlas Equipment Co. LLC v. Weir Slurry Group, Inc., et al. (2008) (Perkins-Coie, Seattle, Washington) ; *Trade Dress*

AJ Intermediate Holdings LLC; and AJ Acquisition 1 LLC d/b/a National Paintball Supply v. Procaps L. P., et al, Civil Action No 1:07-00192, JHR-AMDM, United States District Court of New Jersey (2007) (Volpe-Koenig, Philadelphia, PA); *Trade Dress*

Symbol Technologies, Inc. v. Metrologic Instruments, Inc., Civil Action No. 2:05cv509, LED, United States District. Court of Pa., Eastern District (2007) *Utility Patent*

Becton, Dickinson and Company v. Tyco Healthcare Group LP, Civil Action No. 02-1694-GMS,  United States District Court of Delaware (2004) (Wilmer Hale, Washington, DC) *Utility patent*

**Awards and Recognitions**

2010    Industrial Designers Society of America  Personal Recognition Award for lifetime achievement

2008    IDSA Industrial Design Excellence Awards, Silver

2007    Appliance Manufacturer's EID Award, 1 Gold

2006    IDSA Industrial Design Excellence Award, Gold
        Appliance Manufacturer's EID Award, 3 Gold

2005    R&D Magazine R&D100 Award, Gold

        Consumer Electronics Association Award

2004   IDSA Industrial Design Excellence Award, Bronze

2003   Appliance Manufacturers' Award

2002   Good Design Awards

2001   IDSA Industrial Design Excellence Award. Bronze

   Good Design Award

   Good Design Award

2000   IF Hanover Award

2000   Appliance Magazine Award

   Consumer Electronics Show Innovations Award

1999   IDSA Industrial Design Excellence Awards, Bronze

1998   Product Design and Development Gold Award

   Consumer Electronics Show Innovations Award

1997   ID Magazine Design Distinction Award

1996   IDSA Industrial Design Excellence Awards, Gold

   Consumer Electronics Show Innovations Award

1995   G-Mark, Japan

1994   IF Award Hanover Fair, Germany

1994   IDSA Industrial Design Excellence Awards, Gold

1994   IDSA Industrial Design Excellence Awards, Bronze

1994   G-Mark, Japan

1993   Consumer Electronics Design Engineering Award, M Series Speakers, Polk Audio

   AudioVideo International Grand Prix, M3 Speaker, Polk Audio

1991   IDSA Industrial Design Excellence Awards, Gold

1991   ID Magazine Design Review, Honorable Mention

| | |
|---|---|
| 1991 | IDSA Industrial Design Excellence Awards, Bronze |
| 1990 | ID Magazine Design Review, Honorable Mention |
| 1989 | Certificate of Excellence, American Institute of Graphic Artists |
| 1988 | ID Magazine Design Review<br>2 Selections<br>3 Honorable Mentions<br><br>IDSA Industrial Design Excellence Awards Recognition<br><br>Retailer's Choice Award of Distinction<br><br>The Krupps International Design Competition, Honorable Mention<br><br>Desi Award for Packaging |
| 1987 | IDSA Excellence awards, Recognition |
| 1986 | ID Magazine Designers Choice Award |
| 1985 | IDSA Industrial Design Excellence Awards, Recognition<br><br>3 products selected for exhibition in The United States Information Agency Traveling Exhibit for Eastern Europe, "Design America"<br><br>Worldesign '85 Certificate of Gratitude |
| 1984 | Products selected for "the Process of Design Exhibit", The Katonah Museum |
| 1982 | "DESI" award for packaging design<br><br>Package Design Council Award of Excellence |
| 1981 | Package Design Council Award of Excellence |
| 1979 | DESI" award for packaging design |
| 1976 | ID Magazine Annual Design Review Award |
| 1974 | ID Magazine Annual Design Review Award |
| 1973 | American Iron and Steel Institute<br>Design in Steel" Award for Scientific and Medical Equipment<br><br>Citation in Engineering for Scientific and Medical Equipment |

| | |
|---|---|
| 1971 | Ventures in Design Award |
| 1968 | Alcoa and Industrial Designers Society of America Merit Awards |

**Publications, Juries and Lectures**

| | |
|---|---|
| 2011 | Invited Speaker, United States Patent and Trademark Office, Global IP Academy |
| 2009 | Invited Speaker, Industrial Design Evolution, From Visual to Visceral to Virtual, Project Fusion Conference. Miami, FL |
| 2009 | Invited Speaker, Entrepreneur's Panel, Wharton Energy Conference, Philadelphia, PA |
| 2008 | Invited Speaker, Sustain 08, Chicago, "SRS Energy, Sustainability in Roofing Products |
| 2008 | Invited Speaker, Villanova University, "Doing Well by Doing Good". |
| 2008 | Invited Speaker, IDSA Spotlight Webinar, Residual Income, the Holy Grail |
| 2007 | University of Pennsylvania 20/20 lecture series |
| | Juror, CES Innovation Award |
| 2006 | Juror, CES Innovation Award |
| | Juror, Dyson awards |
| | Juror, P&G Innovations Award |
| 2005 | Juror, CES Innovation Award |
| | Invited Speaker, National Conference of the Industrial Designers Society of America, Wash DC |
| | Invited Speaker, The Green Conference, Boston, Massachusetts |
| 2004 | Juror, National Housewares Association innovations Awards |
| 2003 | Invited Speaker, Product Development Management Association, Philadelphia, PA |
| 2001 | Invited speaker, Paper presentation, Designing for Global Products, Rockwell Global Learning Fair: A Passport to Asia-Pacific, Cleveland, Ohio |
| 2001 | Invited Speaker, the Housewares Manufacturer's Association meeting, Chicago, Illinois |
| 1999 | Invited Speaker, the Housewares Manufacturer's Association meeting, Chicago, Illinois |

| | |
|---|---|
| 1998 | Invited Speaker, Industrial Designers Society of America Southern District Conference, St Augustine, FL |
| 1998 | Invited Speaker, The Housewares Manufacturer's Association meeting, Chicago, Illinois |
| 1998 | Invited Speaker, Temple University Association of Retired Professionals, Philadelphia, PA |
| 1997 | Invited Speaker, The Housewares Manufacturer's Association meeting, Chicago, Illinois |
| 1996 | Invited Juror, Innovative Use of Materials Award, Philadelphia Furniture Show, Philadelphia, PA |
| 1995 | Jury Chair, Industrial Designers Society of America's Industrial Design Excellence Awards program |
| 1993 | Invited Speaker, Quality in Design Workshop, National Academy of Sciences, Washington, DC |
| 1993 | Invited Juror, Industrial Designers Society of America's Industrial Design Excellence Awards program |
| 1992 | Invited Speaker, 14th Annual Design Interaction, Auburn University, Alabama |
| 1992 | Invited Speaker, The World Class Product Design Conference, Lehigh University, Bethlehem, PA ("The Emergence of Industrial Design") |
| 1991 | Invited Speaker,  EEC Design conference, Toulon, France (" Designing the Product Development Team") |
| 1991 | Invited Speaker, Taidi' 91 Conference, Taipei, Taiwan  ("The product design process") |
| 1990 | Invited Speaker, IDSA Annual Conference, Santa Barbara, California  (" Designing the Product Development Team") |
| | Invited Speaker, Design forum '90, Taipei, Taiwan  ("The product's role in corporate identity") |
| | Invited Speaker, Benjamin Franklin Technology Seminar Series ( "How to evaluate and contract Industrial Design services") |
| 1989 | Invited Juror, The Krupps International Design Competition |
| | Invited Speaker, The International Congress of Societies of Industrial Design, Nagoya, Japan ("Design excellence in a socio/cultural context") |
| 1988 | Invited Juror ID Magazine Design Review |
| 1987 | Invited Consultant and Lecturer ( 2 weeks) to The Peoples Republic of China, Tianjin, China ("Consumer electronics in western markets") |
| 1986 | Invited presenter to Yugoslavia for the "Design America" Exhibit by the United States Information Agency ("Design Consulting in the USA") |

1985    Invited presenter at the International Congress of Industrial Designers International Conference, Washington, DC ('The concurrent design process")

1982    Invited Juror, Industrial Designers Society of America's Industrial Design Excellence Awards program

1975    Invited Juror, ID Magazine 1975 Design Review

1974    Invited participant of the National Academy of Sciences, National Research Council's 1st Workshop on Mobility for Spinal-cord Impaired People

Invited presentation of a Paper, "The Development of The Standup Wheelchair", to the American Society of Mechanical Engineers

1 971    " The Stand up Wheelchair" Published in Industrial Design, Interiors and Fortune Magazines; also AP and UP releases

1969    Publication of "The Standup Wheelchair" in Design News, Industrial Design and other professional journals

## Associations / Affiliations

2011    Secretary / Treasurer, Industrial Designers Society of America

2007    Academy of Presidents, Industrial Designers Society of America

2005    Chair of the 2005 Design Gallery, IDSA National Conference in Washington, DC

1999    North East District Vice President, IDSA, two year term

1995    1996 National Conference Committee, IDSA

1994    National Special Awards Committee, IDSA

1993    Industrial Design Excellence Awards Program, Chair

1992    Awarded Fellowship, Industrial Designers Society of America

1991    Chair of the Board, Industrial Designers Society of America, 2 year term

President, The Worldesign Foundation, 2 year term

1989    President, Industrial Designers Society of America, 2 year term

Executive Vice President, The Worldesign Foundation, 2 year term

1987    Executive Vice President, Industrial Designers Society of America

|  |  |
|---|---|
|  | IDSA Planning Committee, Chair |
| 1985 | Secretary/Treasurer, Industrial Designers Society of America, 2 year term |
| 1984 | Developer and Chair, Design Excellence Gallery, Worldesign '85 |
| 1984 | Management & Planning Committee, ICSID Worldesign '85 (meeting of the International Congress of Societies of Industrial Design) |
| 1981 | National Vice President, Board of Directors, Industrial Designers Society of America, 2 year term |
| 1979 | Director, National Board of Directors, Industrial Designers Society of America, 2 year term |
| 1977 | Co-chair, National Committee for development of a professional field definition and entry level professional qualifications |
| 1976 | IDSA Annual Conference Chair |
| 1973 to 1977 | Co-founder and Chapter Chair, The Philadelphia Chapter, Industrial Designers Society of America |

## Patents (authorship or co-authorship)

| 1 | 7018344 | Retractable needle shielding device |
|---|---|---|
| 2 | 7000988 | Lift chair |
| 3 | D511203 | Hose coupling |
| 4 | 6926700 | Needle assembly |
| 5 | 6925716 | Shaving apparatus |
| 6 | 6881202 | Needle assembly |
| 7 | D501673 | Hose coupling |
| 8 | 6651890 | Combination hand-held and counter-top Omni directional scanner |
| 9 | D479405 | Shark tooth shaped suede shoe brush |
| 10 | 6553882 | Pencil sharpener with integral receptacle |
| 11 | D471409 | Ice cream scoop |

| | | |
|---|---|---|
| 12 | D469789 | Table saw |
| 13 | 6412738 | Portable stenographic machine stand |
| 14 | D455666 | Streamlined pressure gauge |
| 15 | D450257 | Pressure gauge |
| 16 | 6257492 | Combination hand-held and counter-top Omni-directional scanner |
| 17 | 6241091 | Decorative container for storing plunger |
| 18 | 6206600 | Combination toothbrush and toothpaste dispenser |
| 19 | D427200 | Stand for a hand held optical scanner |
| 20 | D409931 | Compact tire pressure gauge |
| 21 | 5904806 | Tape dispensing applicator and replaceable tape cartridge |
| 22 | D409509 | Deluxe tire pressure gauge |
| 23 | D408806 | Optical scanner |
| 24 | D408532 | Hand held optical scanner |
| 25 | 5830779 | Method of making photovoltaic module |
| 26 | D399121 | Slide latch |
| 27 | 5735999 | Applicator |
| 28 | D385881 | Home health care terminal |
| 29 | 5670014 | Tape dispensing applicator and replaceable tape cartridge |
| 30 | 5590495 | Solar roofing system |
| 31 | 5558232 | Apparatus for sorting documents |
| 32 | 5518576 | Applicator |
| 33 | 5466223 | Needle assembly having single-handedly activatable needle barrier |
| 34 | D361785 | Tape applicator |
| 35 | D351839 | Speaker |
| 36 | D351388 | Combined speaker and integral stand |
| 37 | 5348544 | Single-handedly actuatable safety shield for needles |
| 38 | D343782 | Sealed lever latch |
| 39 | 5248286 | Aerobic climbing step/bench |
| 40 | 5118096 | Aerobic climbing step/bench |

| | | |
|---|---|---|
| 41 | 5116044 | Aerobic climbing step/bench |
| 42 | 5096186 | Aerobic climbing step/bench |
| 43 | D324165 | Flexible draw latch |
| 44 | D320950 | Combined transmitter buoy and bracket therefor |
| 45 | D319799 | Transmitter buoy |
| 46 | D319407 | Transmitter buoy |
| 47 | D313761 | Actuator plate for temperature control valve |
| 48 | D313719 | Bathroom cabinet |
| 49 | 4981453 | Emergency transmitter buoy and bracket assembly |
| 50 | D303044 | Lighted mirror |
| 51 | 4856811 | Device for transporting ski equipment |
| 52 | 4636613 | Combination dryer and iron |
| 53 | D285200 | Handset telephone unit |
| 54 | D285197 | Handset telephone unit |
| 55 | D278831 | Paper and document handling and counting apparatus |
| 56 | D274520 | Paper and document handling apparatus |
| 57 | D267553 | Engine analyzer |
| 58 | D265482 | Telescope |
| 59 | D262442 | Engine analyzer |
| 60 | 4269312 | Apparatus for inflating a deflated tire |
| 61 | 4255640 | Door mounted oven controls |
| 62 | 4129278 | Tripod |
| 63 | D247854 | Telescope |
| 64 | 6918891 | Safety device |
| 65 | D253598 | Telescope mount |
| 66 | D253238 | Telescope cradle |
| 67 | D253113 | Telescope |
| 68 | D313761 | Actuator Plate for Temperature Control Valve |
| 69 | 6753554 | Water Flow Regulating Device |

| | | |
|---|---|---|
| 70 | 4553711 | Modular Holder for Paper Rolls |
| 71 | 4255640 | Door Mounted Microwave Oven Controls |
| 72 | 3839751 | Modular Therapy Pool Construction |
| 73 | 3589769 | The Stand up Wheelchair |

As a Design Consultant for the past 40 years, Bressler has provided product design and development services to the following selected partial list of regional, national, and international Clients:

Applica
Becton Dickinson
Black & Decker
Bose Corporation
Clairol Inc.
Dentsply International, Inc.
E.I. Dupont de Nemours Co.
Edmund Scientific
Energizer
Honeywell
IBM R&D
Litton, Microwave Division

Motorola, Inc.
Polk Audio
RCA, Broadcast Division
Scott Paper Company
Schick Wilkinson Sword
Siemens
Southco Inc.
Thomson Consumer Electronics
Teleflex
Trojan Yachts
Vidar Corporation
Zenith Products Corp.