Exhibit 12

Exhibit 13

Coby Kyros



KYROS

Model: MID8120   DC IN 5V
Coby Electronics Corp. Made in China

4GB FC CE ☒

S/N: 081110006928







GridPad 2050



Motion Computing LS800



Freescale Smartbook concept

Panasonic Toughbook CF-HI







Sony Reader



Reader

DIGITAL BOOK READER PRS-350   Sony Corporation
MADE IN CHINA   This Class B digital apparatus complies with Canadian ICES-003.
Cet appareil numérique de la classe B est conforme à la norme NMB-003 du Canada.

N50  FC  CE





# SONY

 Continue Reading

## User Guide
Sony Corporation

Last read : 1-1-2010 12:42 AM



 Books (7)                              See All ⟶



 New



User Guide
Sony Corporation

Instructions: How to g…
Sony Corporation

Caught (Excerpt)
Harlan Coben







Periodicals (0)

Collections (3)

All Notes (0)

|  Home |  Applications | Settings |



< 📖 >        🏠        🔍        OPTIONS

Barnes & Noble Nook Tablet













Sony Tablet P







Sony Tablet S





















