Exhibit 13

# EXHIBIT J

Case 5:11-cv-01846-LHK   Document 172-10   Filed 07/22/11   Page 3 of 13

(2)



**A**



**A'**

( 3 )





( 4 )

( 5 )



.



(6)



本物品　　　スピーカー　　表示部　　　増設用プレーヤー



入力ペン

( 7 )



I certify that the following Japanese to English translation of the Japanese language document entitled, "JP-S-1142127" is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Japanese to English translation of various legal, technical or business documents.

Translation Date: August 16, 2011

*Robert M. Ginns*

Translator's Signature                                    Date: August 16, 2011
Robert Ginns

(19) [Issue Country] JPO (JP)
(45) [Issuance Date] May 27, 2002
(12) [Gazette Classification] Design Gazette (S)
(11) [Registration No.] : Design Registration No. 1142127 (D1142127)
(24) [Registration Date]: March 29, 2002
(54) [Article related to design] Electronic Calculator
(52) [Design Classification] H5-41
(51) [International Design Classification (reference)] 14-02
[D theme] HFHBA01, HFHBB00, HFHCA05, HFHCB00
(21) [Application NO.] Design 2001-25618 (D2001-25618)
(22) [Application Date] August 31, 2001
(72) [Creators] Iseki, Ikeda, Katayama
[Location] Hitachi Industries Design Headquarters **-280** Higashi Koigakubo, Kokubunji,. Tokyo
(73) [Owner of design rights]
[Identification No.] 000005108
[Name or Title] Hitachi Industries, Ltd.
[Location or Residence] **- 6** Kanda Surugadai Chiyoda-ku **Tokyo**
**(74) [Representative]**
**[Identification No.] 100068504**
**[Agent or Patent Attorney] Ogawa**
**[Examiner] Maehata, Saori**
**(56) [References] Design 864446, Design 887554, Design 992438, Design 1056385, among others in a catalog.**
**(55) [Description of the article related to the design] This article, is an electronic calculator that, along with providing communication functions, can provide every kind of data processing by operating key or guidance displayed on a display part indicated by "front view showing energy conditions." In addition, this article is used as a mobile-type, for example, when used on top of a table. As shown by the " front view that indicates use conditions", the article can be mounted on a main platform that provides for every kind of expansion. It is possible to use while performing data communications through a rectangular wireless connection part established on the back side.**
**(55) [Description of the Design] Within the drawings that indicate the use conditions, parallel slanted lines in the display part are light transparent materials.**
**[Drawings]**
**[Perspective drawing]**



【正面図】 1



【右側面図】 2

1-front view, 2-right side surface view



1 【左側面図】



【平面図】 2

1-  left side surface view, 2-level view



【底面図】  1

【背面図】  2

1-base view, 2-back view



【内部機構省略のＡ－Ａ'断面図】



【使用状態を示す参考図】　2

1- cross-section along the line A-A' with internal structure omitted, 2-reference drawing showing use conditions



1-main article, 2-speaker, display, 4-player for expansion, 5-[reference drawings for indicating name of every part], 6-input pen, 7-[front view showing electric current conditions]

