Exhibit 16

# EXHIBIT F

US00D461802S

(12) **United States Design Patent**　(10) Patent No.:　**US D461,802 S**

Tu　(45) **Date of Patent:**　★★ **Aug. 20, 2002**

(54) **TABLET**

(75) Inventor: **Hsin-Hung Tu**, Hsinchu (TW)

(73) Assignee: **AIPTEK International Inc.**, Hsinchu (TW)

(**) Term: **14 Years**

(21) Appl. No.: **29/147,460**

(22) Filed: **Aug. 29, 2001**

(51) **LOC (7) Cl.** .................................................. **14-02**
(52) **U.S. Cl.** .................................................. **D14/341**
(58) **Field of Search** .............................. D14/341, 342; D19/59, 60; 345/104, 156, 173, 168; 178/18.03; 349/12

(56)　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,927,986 A | * | 5/1990 | Daly | ..................... | 178/19.01 |
| D319,434 S | * | 8/1991 | Lund | ....................... | D14/341 |
| D346,366 S | * | 4/1994 | Kim et al. | ................. | D14/342 |
| D346,591 S | * | 5/1994 | Lee | ........................... | D14/342 |
| D362,662 S | * | 9/1995 | Baudot | ..................... | D14/389 |
| D363,468 S | * | 10/1995 | Mieki et al. | ............... | D14/342 |
| D390,211 S | * | 2/1998 | Yates et al. | ............... | D14/341 |
| D395,639 S | * | 6/1998 | Ham et al. | ................. | D14/389 |

* cited by examiner

*Primary Examiner*—Freda Nunn

(57)　　**CLAIM**

The ornamental design for a tablet, as shown and described.

　　**DESCRIPTION**

FIG. **1** is a perspective view of a tablet showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** right side elevational view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**



U.S. Patent          Aug. 20, 2002          Sheet 1 of 7          US D461,802 S



# FIG. 1



# FIG. 2

Case 5:11-cv-01846-LHK Document 1140-47 Filed 06/26/12 Page 6 of 10
Case 5:11-cv-01846-LHK Document 172-6 Filed 08/22/11 Page 6 of 9



# FIG. 3

Case 5:11-cv-01846-LHK Document 1140-47 Filed 06/26/12 Page 7 of 10
Case5:11-cv-01846-LHK Document172-6 Filed08/22/11 Page 6 of 9



# FIG. 4

Case 5:11-cv-01846-LHK Document 1140-47 Filed 06/26/12 Page 8 of 10
Case 5:11-cv-01846-LHK Document 72-6 Filed 08/22/11 Page 7 of 9



# FIG. 5

Case 5:11-cv-01846-LHK Document 1140-47 Filed 06/26/12 Page 9 of 10
Case 5:11-cv-01846-LHK Document 172-6 Filed 08/22/11 Page 9 of 10



# FIG. 6



# FIG. 7