Exhibit 18

# EXHIBIT D

## Fidler 1994 Tablet Mockup

*front* *back* 





*edge*

*front* *back*




*edge*

**'D889**