Exhibit 19



APLNDC-Y0000233929



**APLNDC-Y0000233930**





APLNDC-Y0000233932

Case 5:11-cv-01846-LHK   Document 1140-50   Filed 06/26/12   Page 6 of 10



APLNDC-Y0000233933



APLNDC-Y0000233934



APLNDC-Y0000233935



APLNDC-Y0000233936

