Exhibit 21



APLNDC-Y0000234013



APLNDC-Y0000234014



APLNDC-Y0000234015



APLNDC-Y0000234016



APLNDC-Y0000234017



APLNDC-Y0000234018



APLNDC-Y0000234019



APLNDC-Y0000234020



APLNDC-Y0000234021