Exhibit 22



APLNDC-Y0000233754



APLNDC-Y0000233755



APLNDC-Y0000233756



APLNDC-Y0000233757



APLNDC-Y0000233758



APLNDC-Y0000233759



APLNDC-Y0000233760



APLNDC-Y0000233761

APLNDC-Y0000233762