Exhibit 23

