Exhibit 24



APLNDC-Y0000233095



APLNDC-Y0000233096



APLNDC-Y0000233097



APLNDC-Y0000233098



APLNDC-Y0000233099



APLNDC-Y0000233100



APLNDC-Y0000233101



APLNDC-Y0000233102



APLNDC-Y0000233103