Exhibit 25


