Exhibit 26

Galaxy Tab Accessories | Samsung

**PRODUCTS**        **BUSINESS**        **APPS**        SAMSUNG        **SUPPORT**        **MY ACCOUNT**        Search

Home > Accessories >

**Galaxy Tab Accessories**

Tweet ‹ 36        Like ‹ 87



# Ready for Anything

Get even more out of your tablet. The Galaxy Tab 10.1 Keyboard Dock makes it even easier to e-mail and stay productive wherever business takes you.

See the Galaxy Tab™ 10.1 Keyboard Dock



**Filter Results**

- Adapters
- Cables
- Chargers
- Docks
- Extras
- Cases
- Headphones
- Keyboards

Reset Filter

## Showing 1–12 of 37 Matching Accessories

Results per page [ 12 ▾ ]    View All    Sort by [ Featured ▾ ]    ‹ Page [ 1 ] of 4 ›

**Galaxy Tab™ 10.1 Multi-Media Dock**
EDD-D1B1BEG
★★☆☆☆ (8)
**$34.99**
SHOP ›

**Galaxy Tab™ 10.1 Keyboard Dock (Full-Size)**
ECR-K14AWEG
★★★★☆ (11)
**$79.99**
SHOP ›

**Galaxy Tab™ 10.1 Leather Pouch**
EFC-1B1LBEG
☆☆☆☆☆ (0)
**$29.99**
SHOP ›

APLNDC-Y0000238871

Galaxy Tab Accessories | Samsung



**Galaxy Tab™ 10.1 Book Cover Case**
EFC-1B1NBEG
★★★★★ (15)
$59.99
SHOP ›

**Galaxy Tab™ 7.0 HDMI Cable**
ECC1HC0BBEG
☆☆☆☆☆ (0)
$19.99
SHOP ›

**Galaxy Tab™ Adapter (USB)**
EPL-1PL0BEG
★★★★★ (12)
$19.99
SHOP ›

**Galaxy Tab™ HDTV Adapter**
EPL-3PHPBEG
☆☆☆☆☆ (0)
$39.99
SHOP ›

**Galaxy Tab 8.9 Leather Pouch**
EFC-1C9LBE
☆☆☆☆☆ (0)
$29.99
SHOP ›

**Galaxy Tab™ 10.1 Bluetooth Keyboard Case**
BKC-1B1USBG
★★★★★ (6)
$149.99
SHOP ›

**Galaxy Tab™ 8.9 Book Cover Case, Black**
EFC-1C9NBEG
☆☆☆☆☆ (0)
$64.99
SHOP ›

**Galaxy Tab™ 8.9 Bluetooth Keyboard Case**
BKC-1C9USBG
☆☆☆☆☆ (0)
$149.99
SHOP ›

**Galaxy Tab™ 8.9 Keyboard Dock**
ECR-K15AWEG
☆☆☆☆☆ (0)
$79.99
SHOP ›

Results per page [12 ▼]   View All   Sort by [Featured ▼]   ‹ Page [1] of 4 ›

## Featured Accessories

Galaxy Tab Accessories   |   Galaxy Tab Accessories   Galaxy Tab Accessories   Galaxy Tab Accessories

APLNDC-Y0000238872

Case 5:11-cv-01846-LHK   Document 1140-57   Filed 06/26/12   Page 4 of 5



APLNDC-Y0000238873



APLNDC-Y0000238874