Exhibit 29



**NO-NONSENSE BUYING ADVICE SINCE 1979**

Search for Laptops, Printers, Tablet PCs, Desktop PCs, or Components...

| DESKTOPS | LAPTOPS | TABLETS | APPLE | PRINTERS | COMPONENTS | STORAG |
|---|---|---|---|---|---|---|
| ALL TABLETS | ANDROID TABLETS | | E-READERS | BEST PRICES | REVIEWS | |

Home > Tablets > Reviews > Coby Kyros Internet 8" Touchscreen Tablet (MID8024)

# Coby Kyros Internet 8" Touchscreen Tablet (MID8024) Review and Ratings

**EDITORS' RATING:**
★★★☆☆


*Reviewer*
*William Harrel*

**Our Verdict:** This strong-performing, well-built tablet is an inexpensive Internet and media appliance, but be aware of its lack of support for Flash and the Android Market before diving in. Read More…



**Manufacturer's Price: $249.99 (mfr. est., as tested)**

### What We Liked…
- Entry-level price
- USB device support
- 1080p HD HDMI output

### What We Didn't…
- No Flash support
- No multi-touch support
- No Android Market support

## Coby Kyros Internet 8" Touchscreen Tablet (MID8024) Review

*By William Harrel, reviewed May 18, 2011*

| Introduction | **Design** | Features | Performance & Conclusion | How We Test Tablets |

**Share This Review:**

   

APLNDC-Y0000233696

**Design**

The first thing we noticed about the Kyros Tablet is how well-built and sturdy it seems. It weighs just over a pound and looks and feels substantial. At slightly over 6 inches wide in the upright, or portrait, orientation, it's a bit too big for a small-handed person to hold in one hand comfortably. This width is almost perfect for reaching all of the keys when typing on the onscreen keyboard with both hands. Overall, though, we didn't find typing on this entry-level tablet quite as comfortable—and, therefore, as fast as—the 4.7-inch-wide Samsung Galaxy Tab.



*The Kyros Internet 8" Touchscreen Tablet is attractive and well built.*

The 8-inch display with 800x600 (SVGA) resolution provides a nice-size view, but it's not as bright and colorful as most other tablet displays we've seen. Also, the relatively low resolution doesn't provide as much detail as some of the 1,024x600 and 1,024x768 handhelds we've reviewed, either. In addition, the 4-to-3 aspect ratio—as opposed to the 16-to-9 HD aspect ratio on some more costly tablets—displays HD formatted videos in a letterbox format that often makes use of only about half of the screen, depending on the format of the source video. Also, since it doesn't support multi-touch (two-fingered gestures) for zooming in and out, this tablet provides zoom options through Zoom-in and Zoom-out icons in the lower-right corner of the display. Coby Electronics says multi-touch gestures (and Flash) will be supported on its soon-to-be-released 10-inch version of the tablet, but we still count this is as a serious misstep. Any tablet coming out in 2011 or later needs to have multi-touch support—period.

The power connection and all other ports, including a mini-HDMI output and a MicroSD slot, are located on the bottom edge of the tablet. The power button and volume control are on the right

APLNDC-Y0000233697

side, near the top of the device. There's also a front-facing 2.1-megapixel camera and a microphone at the top, on the bezel just above the screen. There is no camera on the back. This configuration is great for videoconferencing and recording videos of yourself, but not at all handy for snapping pictures and recording videos of anything or anybody else. The front-facing camera leaves you looking at the back of the device when operating it—you can't see what you're capturing, or even the onscreen camera control icons, for that matter.



*Along the bottom, you'll find the microSD card slot, the power jack, a mini USB port, a headphone jack, and a mini HDMI port for video output.*

Along the back is a set of speakers, and though they're not very loud, they're adequate and sound pretty good. Still, we got much better sound quality from the included set of stereo headphones.

Aside from the somewhat finicky touch screen and the lack of a rear camera, using the tablet is easy enough. As with other tablets, typing is handled with a virtual keyboard that pops up contextually, or when the text cursor is on any text-composing screen or input field. The interface is standard Android, which allows you to customize the multi-page home screen to your liking. Across the bottom, just beneath the display, is a row of glowing navigation buttons—Browser, Menu, Home, Back, and Search—which makes getting around on this device fairly straightforward. The Home button, a small, circular disc that blinks red when the device is charging, is a nice touch. It's an actual physical button that requires deliberate pressing to activate it, which makes inadvertently returning to the Home screen less likely.

◀ Back to Introduction                                    Continue to Features ▶

| Introduction | Design | Features | Performance & Conclusion | How We Test Tablets |

**Related Reading**                                       **Specifications**

See All Reviews of Coby Electronics Products
Apple iPad 2 (Wi-Fi & 3G Version, AT&T) Review
Samsung Galaxy Tab (Sprint Version) Review

**Comments**

Like    4 people liked this.                              DISQUS

APLNDC-Y0000233698



## Add New Comment

Login



**Showing 6 comments**                                    Sort by popular now

 **Larry**

I like my Mid8024. But, although your article and others say USB Flash drives can be used, my system doesn't recognize a USB drive. It doesn't show up to be mounted. And it flashes, which indicates it's receiving power. How do I get my Coby to recognize it. This is the only complaint I have.

Yes the screen isn't great for touch, but for serious work, I use a USB keyboard and mouse.

And yes, the manual says 4 GB is the max for the USB Flash drive. So I bought one. Still no cigar.

Thank you,

Larry Brouhard
larry@lbrouhard.com

4 months ago   1 Like                                              Like   Reply

 **Hammerheadfence**

I read you have to go into settings then advanced settings and choose usb and change to host

2 months ago   in reply to Larry   2 Likes                         Like   Reply

 **Am5411803**

I purchased 2 of this tablets; 1 worked and the other did not fortunately I bought the WARRANTY for 29.00 for 2 years..so I was able to return 1 and get my money back. other than that I am not too pleased with the one working. my kids prefer to use and use my Ipad. so I have the kyros pickingup dust. sorry no good for the amount of money paid I could have gotten anothed Ipad.

1 month ago                                                         Like   Reply

**Vickivent**

Bought 3 of these for my 3 grandsons for Christmas and only one grandson got one that worked. Called the number listed and was told someone would call me back, but they

APLNDC-Y0000233699



never did. Finally got someone and was told I could send it back with $15 if I had the original box it came in. The problem is when you get a gift a at Christmas the kids rip into it, so we didn't have the original box. Now I have 2 tablets that don't work and have had to replace them with other brands for my two grandsons. Don't but this and if you do just know you may be stuck with a tablet that's not worth a crap!

1 month ago                                                                                    Like   Reply

**Sarah**

Very informative. Thanks

2 months ago                                                                                   Like   Reply

**Roupp2**

can you email through this

2 months ago                                                                                   Like   Reply

M   Subscribe by email   S   RSS

Search about tablets

# Top-Rated Tablets



| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Apple iPad (2012 Version, Wi-Fi) | Sony Tablet S | Apple iPad 2 (Wi-Fi & 3G Version, AT&T) | Apple iPad 2 (Wi-Fi) | Apple iPod Touch (Fourth Generation, 2010 Version) |
| READ OUR REVIEW | READ OUR REVIEW | READ OUR REVIEW | READ OUR REVIEW | READ OUR REVIEW |
| from $629.99 | from $499.00 | from $529.99 | from $399.99 | from $187.99 |

**Win A Workstation For CAD**

APLNDC-Y0000233700

Enter to win the ultimate Dell Precision Workstation w/ NVIDIA
▶ www.bestforcad.com/Win
*Buy a Link Now*

APLNDC-Y0000233701