Exhibit 30



APLNDC-Y0000233306



APLNDC-Y0000233307



APLNDC-Y0000233308




Case 5:11-cv-01846-LHK   Document 1140-61   Filed 06/26/12   Page 6 of 10

APLNDC-Y0000233310



APLNDC-Y0000233311



APLNDC-Y0000233312

APLNDC-Y0000233313

APLNDC-Y0000233314