Exhibit 43

US00D562794S

## (12) United States Design Patent
### Kim et al.

(10) Patent No.: **US D562,794 S**
(45) Date of Patent: ** **Feb. 26, 2008**

| | | |
|---|---|---|
| (54) | **MOBILE PHONE** | |
| (75) | Inventors: | **Young-Soo Kim**, Goyang-si (KR); **Joon-Suh Kim**, Anyang-si (KR); **Chang-Soo Lee**, Incheon (KR) |
| (73) | Assignee: | **Samsung Electronics Co., Ltd.**, Suwon-Si (KR) |
| (**) | Term: | **14 Years** |
| (21) | Appl. No.: | **29/273,169** |
| (22) | Filed: | **Feb. 28, 2007** |
| (30) | | Foreign Application Priority Data |

Dec. 14, 2006 (KR) .................. 30-2006-0049764

(51) **LOC (8) Cl.** ................................. **14-03**
(52) **U.S. Cl.** ................................... **D14/138**
(58) **Field of Classification Search** ......... D14/137, D14/138, 147, 218, 247–248, 341–347, 496; 455/90.3, 556.1, 556.2, 575.1, 575.3, 575.4; 379/433.01–433.13; 361/814; 348/14.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D489,052 | S | * | 4/2004 | Shiraki et al. | ............. | D14/156 |
|---|---|---|---|---|---|---|
| D499,424 | S | * | 12/2004 | Bahroocha | ................. | D14/496 |
| D526,300 | S | * | 8/2006 | Lee | ........................... | D14/138 |
| D528,528 | S | * | 9/2006 | Moon et al. | ............... | D14/138 |
| D529,465 | S | * | 10/2006 | Kim et al. | ................. | D14/138 |
| D529,471 | S | * | 10/2006 | Park | .......................... | D14/138 |
| D529,890 | S | * | 10/2006 | Park et al. | ................. | D14/138 |
| D534,143 | S | * | 12/2006 | Lheem | ...................... | D14/138 |
| D534,145 | S | * | 12/2006 | Lheem | ...................... | D14/138 |
| D534,517 | S | * | 1/2007 | Cho et al. | .................. | D14/138 |
| D534,888 | S | * | 1/2007 | Kim et al. | ................. | D14/138 |
| D534,890 | S | * | 1/2007 | Kim | .......................... | D14/138 |
| D534,891 | S | * | 1/2007 | Park et al. | ................. | D14/138 |
| D535,274 | S | * | 1/2007 | Lee | .......................... | D14/138 |
| D535,637 | S | * | 1/2007 | Park et al. | ................. | D14/138 |
| D536,690 | S | * | 2/2007 | Lee | .......................... | D14/138 |
| D537,062 | S | * | 2/2007 | Kim et al. | ................. | D14/138 |
| D539,814 | S | * | 4/2007 | Andre et al. | ............... | D14/496 |
| D541,785 | S | * | 5/2007 | Hwang et al. | ............. | D14/138 |
| D546,313 | S | * | 7/2007 | Lheem | ...................... | D14/138 |
| D546,809 | S | * | 7/2007 | Kim et al. | ................. | D14/138 |
| 2004/0242288 | A1 | * | 12/2004 | Balle et al. | ............. | 455/575.1 |
| 2005/0014538 | A1 | * | 1/2005 | Hyun et al. | .............. | 455/575.4 |
| 2007/0037618 | A1 | * | 2/2007 | Lee | ......................... | 455/575.4 |
| 2007/0123179 | A1 | * | 5/2007 | Lim | .......................... | 455/90.3 |
| 2007/0142101 | A1 | * | 6/2007 | Seshagiri et al. | ........ | 455/575.4 |

OTHER PUBLICATIONS

Gigabyte g-YoYo, announced 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*
LG M6100, announced Jan. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*
Sony Ericsson S500, announced May 2007, [online], [retrieved on May 18, 2007]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

*Primary Examiner*—Jeffrey Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mobile phone;
FIG. **2** is a front view of the mobile phone of FIG. **1**;
FIG. **3** is a rear view of the mobile phone of FIG. **1**;
FIG. **4** is a left-side view of the mobile phone of FIG. **1**;
FIG. **5** is a right-side view of the mobile phone of FIG. **1**;
FIG. **6** is a top plan view of the mobile phone of FIG. **1**;
FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**;
FIG. **8** is a perspective view of the mobile phone of FIG. **1** displaying its capacity to attach a laser pointer; and,
FIG. **9** is a perspective view of the mobile phone of FIG. **1** with an attached speaker.

The broken line showing of accessory components are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



APLNDC-Y0000232351

FIG.1



APLNDC-Y0000232352



FIG.2   FIG.3

APLNDC-Y0000232353



FIG.4　　FIG.5

FIG.6



FIG.7



APLNDC-Y0000232355

FIG.8





FIG.9

APLNDC-Y0000232357