Exhibit 44

US00D624046S

## (12) United States Design Patent
### Lee et al.

(10) Patent No.: **US D624,046 S**
(45) Date of Patent: ** **Sep. 21, 2010**

| | | | | | |
|---|---|---|---|---|---|
| (54) | **CELLULAR PHONE** | | | | |
| (75) | Inventors: | **Hye-Jeong Lee**, Seoul (KR); **Chang-Hwan Hwang**, Seongnam-si (KR); **Beom-Ku Han**, Seoul (KR); **Nam-Mi Kim**, Seoul (KR); **Min-Ah Koh**, Seoul (KR); **Ji-Hye Youn**, Seongnam-si (KR) | | | |
| (73) | Assignee: | **Samsung Electronics Co., Ltd.**, Suwon-si, Gyeonggi-do (KR) | | | |
| (**) | Term: | **14 Years** | | | |
| (21) | Appl. No.: | **29/356,905** | | | |
| (22) | Filed: | **Mar. 4, 2010** | | | |
| (51) | LOC (9) Cl. ................................................ **14-03** | | | | |
| (52) | U.S. Cl. ................................................ **D14/138 G** | | | | |
| (58) | Field of Classification Search ............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/247–248, 137, 147, 218, 341–347; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3 See application file for complete search history. | | | | |

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| D343,366 | S | * | 1/1994 | Dreher .......................... D10/104 |
|---|---|---|---|---|
| D457,883 | S | * | 5/2002 | Sugioka et al. .............. D14/342 |
| D509,814 | S | * | 9/2005 | Shin et al. ............. D14/138 AC |
| D519,998 | S | * | 5/2006 | Park .......................... D14/346 |
| D525,225 | S | * | 7/2006 | Lee ..................... D14/138 AD |
| D527,369 | S | * | 8/2006 | Chung et al. ......... D14/138 AD |
| D554,097 | S | * | 10/2007 | Lee ..................... D14/138 AD |
| D555,138 | S | * | 11/2007 | Park et al. ............ D14/138 AD |
| D555,616 | S | * | 11/2007 | Lin ....................... D14/138 AD |
| D555,618 | S | * | 11/2007 | Mursalie et al. ...... D14/138 AD |
| D556,168 | S | * | 11/2007 | Kim et al. ............ D14/138 AD |
| D562,295 | S | * | 2/2008 | Lindner et al. ....... D14/138 AB |
| D575,762 | S | * | 8/2008 | Ou ......................... D14/138 G |
| D589,505 | S | * | 3/2009 | He .............................. D14/248 |
| D590,802 | S | * | 4/2009 | Shin et al. ............. D14/138 AD |
| D591,740 | S | * | 5/2009 | Luke et al. ................. D14/341 |
| D603,356 | S | * | 11/2009 | Sterzick et al. ........ D14/138 G |
| D605,156 | S | * | 12/2009 | Kim et al. ............ D14/138 AB |
| D605,621 | S | * | 12/2009 | Kim et al. ............ D14/138 AD |
| D608,752 | S | * | 1/2010 | He ....................... D14/138 AA |
| D615,945 | S | * | 5/2010 | Kim et al. .............. D14/138 G |
| D616,857 | S | * | 6/2010 | Kim et al. ............ D14/138 AD |
| D619,557 | S | * | 7/2010 | Han et al. ............. D14/138 AD |
| D619,988 | S | * | 7/2010 | Ji et al. ................... D14/138 G |
| 2002/0187818 | A1 | * | 12/2002 | Kang .......................... 455/575 |
| 2010/0022277 | A1 | * | 1/2010 | An et al. ..................... 455/566 |

### OTHER PUBLICATIONS

Samsung I5700 Galaxy Spica, announced Sep. 2009, [online], [retrieved on Oct. 28, 2009]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Samsung S8500 Wave, announced Feb. 2010, [online], [retrieved on Feb. 17, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

*Primary Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Lexyoume IP Group, PLLC.

### (57)                 CLAIM

The ornamental design for a cellular phone, as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of a cellular phone showing our new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left side elevational view thereof;

FIG. **5** is a right side elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**




**U.S. Patent**  Sep. 21, 2010  Sheet 1 of 6  **US D624,046 S**

FIG.1



APLNDC-Y0000232375

FIG.2



APLNDC-Y0000232376

FIG.3



APLNDC-Y0000232377

FIG.4



APLNDC-Y0000232378

FIG.5



APLNDC-Y0000232379

FIG.6



FIG.7



APLNDC-Y0000232380