Exhibit 46

US00D629780S

(12) **United States Design Patent** (10) Patent No.: **US D629,780 S**

Woo et al. (45) Date of Patent: ** **Dec. 28, 2010**

(54) **MOBILE PHONE**

(75) Inventors: **Sang-Sung Woo**, Seoul (KR); **Sang-Min Hyun**, Seoul (KR); **Jung-Hyeok Im**, Sungnam-si (KR)

(73) Assignee: **Samsung Electronics Co., Ltd.** (KR)

(**) Term: **14 Years**

(21) Appl. No.: **29/359,686**

(22) Filed: **Apr. 14, 2010**

(30) **Foreign Application Priority Data**

Jan. 22, 2010 (KR) ..................... 30-2010-0002692

(51) **LOC (9) Cl.** ................................................. **14-03**
(52) **U.S. Cl.** .............................................. **D14/138 G**
(58) **Field of Classification Search** ............ D14/138 R,
D14/138 AD, 138 AC, 138 C, 138 G, 191,
D14/203.1–203.8, 496, 138 AA, 138 AB,
D14/247–248, 137, 147, 218, 341–347; D10/65,
D10/78, 104; D13/168; D18/7; 455/566,
455/575.1, 575.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D356,548 S | * | 3/1995 | Bottcher et al. ............ D14/341 |
| D514,558 S | * | 2/2006 | Nagel et al. ................ D14/341 |
| D524,809 S | * | 7/2006 | Alcouloumre et al. ..... D14/341 |
| D551,226 S | * | 9/2007 | Lee et al. ................... D14/341 |
| 7,342,776 B1 | * | 3/2008 | Chan ..................... 361/679.27 |
| D572,160 S | * | 7/2008 | Cherneff et al. ........... D10/104 |
| D580,392 S | * | 11/2008 | Kim et al. ............ D14/138 AD |
| D580,905 S | * | 11/2008 | Park et al. ............ D14/138 AD |
| D597,092 S | * | 7/2009 | Wang et al. ............... D14/346 |
| D598,914 S | * | 8/2009 | Song et al. ................ D14/345 |
| D602,463 S | * | 10/2009 | Eguchi ................. D14/138 G |

| | | | |
|---|---|---|---|
| D604,263 S | * | 11/2009 | Kim ...................... D14/138 G |
| D608,228 S | * | 1/2010 | Miyawaki ................... D10/65 |
| D614,601 S | * | 4/2010 | Kataoka et al. ............ D14/142 |
| D615,951 S | * | 5/2010 | Kim et al. .............. D14/138 G |
| D618,650 S | * | 6/2010 | Hyun et al. ............ D14/138 G |
| D619,989 S | * | 7/2010 | Huang ................. D14/138 G |
| 7,764,489 B2 | * | 7/2010 | Kim et al. .............. 361/679.16 |
| 2002/0107044 A1 | * | 8/2002 | Kuwata et al. ............. 455/550 |

(Continued)

OTHER PUBLICATIONS

Philips Xenium K700, announced Nov. 2009, [online], [retrieved on Dec. 7, 2009]. Retrieved from Internet, <URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—NSIP Law

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mobile phone;

FIG. **2** is a front view of the mobile phone of FIG. **1**;

FIG. **3** is a rear view of the mobile phone of FIG. **1**;

FIG. **4** is a left-side view of the mobile phone of FIG. **1**;

FIG. **5** is a right-side view of the mobile phone of FIG. **1**;

FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,

FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 5 Drawing Sheets**




APLNDC-Y0000232389

**US D629,780 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0112250 A1* | 8/2002 | Koplar et al. | 725/153 |
| 2004/0087346 A1* | 5/2004 | Johannsen et al. | 455/566 |
| 2005/0054393 A1* | 3/2005 | Fagerstrom et al. | 455/575.1 |
| 2007/0040030 A1* | 2/2007 | Kranzley et al. | 235/451 |
| 2009/0061947 A1* | 3/2009 | Park et al. | 455/566 |
| 2009/0286573 A1* | 11/2009 | Jang et al. | 455/566 |
| 2010/0048253 A1* | 2/2010 | Park et al. | 455/566 |

OTHER PUBLICATIONS

Philips Xenium K600, announced Apr. 2010, [online], [retrieved on Jun. 11, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*
LG GD510 Pop, announced Sep. 2009, [online], [retrieved on Oct. 1, 2009]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

* cited by examiner

FIG. 1



APLNDC-Y0000232391

FIG. 2



APLNDC-Y0000232392

FIG. 3



FIG. 4                              FIG. 5




APLNDC-Y0000232394

FIG. 6



FIG. 7



APLNDC-Y0000232395