Exhibit 47

Exhibit 47

NEWS  ABOUT SAMSUNG  LOGIN

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS              CONNECTED LIVING

MY ACCOUNT             SUPPORT

Home > Cell Phones >

Tweet  18        Like  470        SHOP

Samsung Galaxy S™ II, Epic™ 4G Touch (White)

SPH-D710        95 REVIEWS


Black


White

Print This

### Product Features

See All Features ▶

**A faster phone on a 4G network**

The fastest, state-of-the-art networks are 4G, so naturally, the Epic™ 4G Touch is designed for speed. With 4G, every download, upload, app, game, connection and feature runs almost as fast as you can push the button.

**The brightest, most colorful screen**

The Epic™ 4G Touch has a spacious 4.52" Super AMOLED™ Plus Screen that's preferred 2 to 1 in side by side tests with the current leading smartphone†. Notice we said "current," because when you see the deeper, richer color with unmatched detail and contrast, you're going to want your very own Epic™ 4G Touch. The secret is that the Super AMOLED™ Plus has the ability to deliver brilliant colors with the most contrast, providing a vivid and crisp viewing experience. It's a visual treat you won't get from other screens. You don't even have to be directly in front of it to see a perfect image, thanks to its superior viewing angle. It's the best. That's right. We said it. It's the best.

Watch Video >>

**A faster phone with a 1.2 GHz dual core processor**

We've virtually eliminated waiting and disruptions by installing a 1.2 GHz dual core processor. And with the 4G network, movies don't stall, websites don't drag and time never stands still.

**Entertaining with movies and TV shows**

With Samsung Media Hub, thousands of hit movies and TV shows are under your control and ready to watch. And of course, they look awesome on our big, beautiful screen. So now you have the power to demand the kind of entertainment you want at the moment. Thanks to progressive download optimized for mobile phones, you can begin watching movies in seconds. If you love gaming, Media Hub also offers console like gaming experience* with a wide selection of the most popular games – even those based on Adobe® Flash® Technology.

The Epic 4G Touch brings another top-notch Android device to Sprint's portfolio, with its fast performance, large, vibrant screen, and excellent multimedia experience. *See Full Review*



### Specifications

### Explore the Galaxy S II

Carrier
Sprint

Color
White

Display
Display Size: 4.52"

Display
Display Technology: Super AMOLED Plus

Camera
Rear-facing Resolution: 8.0 MP

Camera
Front-facing Camera Resolution: 2.0 MP

Camera
Digital Optical Zoom: 4x

See Full Specs

Samsung Galaxy S™ II unleashes ground-breaking smartphone technology to deliver a mobile experience like nothing that's come before.

**Experience the new Samsung Galaxy S II.**



### Tips & Tricks for the Epic 4G Touch

From optimizing your battery life to syncing your social networks, get the most out of your Epic 4G Touch with a few helpful hints.
**Check out our tips and tricks.**

### Galaxy S II Feature Video

### TV Commercial

### ChatON Keeps You Connected
Easily communicate with your contacts, even if they don't have an Android device, with this great new app. **Learn more about ChatON.**



### Galaxy S II Stands Up to the Cold
A test conducted at the Technical Research Centre of Finland found that the Galaxy S II can still function in sub-zero weather.
**Check out the test results.**



Man of Many Devices
### Head in the Clouds

### S.A.F.E. for Business

### Easily Transfer Media


**Harness the power of cloud computing.**


**See our corporate mobile solutions.**


**Learn to transfer files to your phone.**

## Owner Reviews  *See All*

Overall:    Features:    Performance:    Design:    Value:

### "GREAT DEVICE"

LIGHT AND FUN DEVICE. APPS WORKS GREAT NO FREEZING…Read More »

**FLIPSIDE** on June 04, 2012

### "Best smartphone ever"

THIS IS THE BEST PHONE EVER, VERY SNAPPY DEPENDABLE, AND GOOD LOOKING, I AM VERY IMPRESSED WITH THIS PHONE.…Read More »

**moises1204** on May 25, 2012

### "Best phone I ever used!"

This has been by far the best phone I have ever used. From it's processing speed to it's bright, vivid and large display to it's ease of use and design. Good sound, nice camera, smooth multitasking, it's definitely the phone to beat!…Read More »

**callmetip** on May 13, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## Accessories  *See All*


**Galaxy SII Desktop Dock & Wall Charger**
EDD-D1D9BEGSTA
(0)
$49.99
SHOP    Learn More


**Galaxy SII Spare Battery and Charging System 1800 mAh**
ET-CGPK009GSTA
(0)
$49.99
SHOP    Learn More


**Galaxy SII Vehicle Navigation Mount**
ECS-K1D9BEGSTA
(6)
$39.99
SHOP    Learn More


**Galaxy SII Standard Battery (1800 mAh)**
EB625152VABSTD
(0)
$39.99
SHOP    Learn More

*Available when a software update is made available.

**Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

†Based on a blind test administered by Strategy Analytics.
BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network.

Android and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States

and/or other countries. Gameloft, the Gameloft logo and N.O.V.A. Near Orbit Vanguard Alliance are trademarks of Gameloft in the U.S. and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.5k | Like | 615k | Copyright © 1995-2012 SAMSUNG All rights reserved. |