Exhibit 48



PROMOTIONS | NEWS | ABOUT SAMSUNG | DEALER LOCATOR | MY SAMSUNG | PRODUCT REGISTRATION

**PRODUCTS** **BUSINESS** **SAMSUNG APPS** **SUPPORT** **LONDON 2012**

Search

Home > Mobile Devices > Smartphones > Android OS >

## Galaxy Ace

🖶 Print-friendly

GT-S5830 ★★★★☆ 165 REVIEWS

g+1 32    ✆Tweet 8

WHERE TO BUY ▶

| OVERVIEW | FEATURES | TECH SPECS | GALLERY | REVIEWS | SUPPORT |

# Show your stylish edge with this Galaxy smartphone

- Chic minimal design features large 3.5" HVGA screen
- Discover the Android Market with 400000 apps
- Hear the latest news with Samsung's Social Hub
- 800MHz processor deliver the blazing performance

WHERE TO BUY ▶

MICROSITE



🖂 Email a Friend  |  🖶 Print-friendly

## Product Features See All



**Minimal Yet Sophisticated Design**

GALAXY Ace takes a minimal approach in its design, resulting in a sophisticated mobile that will allure. The smooth rounded edges and slim, compact size are a pleasure to wrap your fingers around, just as the large 3.5" HVGA screen is a delight to watch.

**A Market with Limitless Fun**

With approximately 100000 apps available on the Android Market, there's no end to what your mobile can do. Enjoy countless games, utilities, news, health and finance applications with more being added each day. The scope of what GALAXY Ace can do is virtually unlimited!



## Specifications See All

**Platform**
- 3G Band: 900 / 2100MHz
- HSDPA 7.2Mbps 3G network & data
- Android 2.2 OS

**Physical Specification**
- 112.4 x 59.9 x 11.5mm handset size
- 113g - handset weight

**Battery**
- 1350mAh standard battery capacity
- Up to 660min (2G) up to 390min (3G) standard talk time
- Up to 640hrs (2G), up to 420hrs (3G)

**Design**
- Full-touch Bar device

**Display**
- TFT display
- HVGA (480 x 320) display resolution
- 3.5 inch Main display size

**Camera**
- 5MP Camera Resolution
- Up to 2x Digital zoom
- Flash (LED)
- Auto focus

## Expert Reviews See All

**Samsung Galaxy Ace S5830 preview: First look**

Well, you've met the family, now here is one of the new kids on the block. Midrange Froyo deserts for all it is, and the Samsung Galaxy Ace leads the gang. In an attempt to bring smartphone sales even higher, Samsung is ...

Read More



**Samsung Galaxy Ace review**

Samsung's made the right sacrifices to keep the cost of the Galaxy Ace down. It has a relatively low-res screen and lacks the power to play Flash video, but this Android phone is packed with fun features and looks much more expensive than it is.

Read More



alaTest has collected and analysed 1656 reviews of Samsung S5830 Galaxy ACE from international magazines and websites.

1664 reviews
June, 2012

---

## Consumer Ratings & Reviews   See All

Overall ★★★★☆    Features ★★★★☆    Performance ★★★★☆    Design ★★★★☆    Value ★★★★☆

" "
★★★★★

That Phone internet is good and unlimited

Read More

Amir on 2012-06-15

**"Amazing"**
★★★★★

This is the first Android phone I have had and it is so good. It is easy to use and carry around. It has great apps and I am so glad I bought this phone. It is worth the price and it is a great phone....

Read More

SansungLover on 2012-05-27

**"Easy to use."**
★★★★★

As a tecno phobic i found this phone so easy to use. Never had an android alway really basic phones. So for a first time user for facebook, emails and apps i would recommend this phone. i'am so please...

Read More

PTM1967 on 2012-05-12

**Like it? A lot? A little? Tell us.**

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW ▶

---

## Buy Samsung products online now at:





IN STOCK          IN STOCK          IN STOCK

VISIT STORE       VISIT STORE       VISIT STORE

---

## Similar Products   See All

☐ Check to Compare      ☐ Check to Compare      ☐ Check to Compare      ☐ Check to Compare






Galaxy Y Pro          Galaxy Pro          Galaxy Europa          Galaxy Portal

★★★★☆ (3)      ★★★★☆ (12)      ★★★☆☆ (89)      ★★★☆☆ (12)

WHERE TO BUY ▶    WHERE TO BUY ▶    WHERE TO BUY ▶    WHERE TO BUY ▶

## Ask & Answer  See All

411 Questions | 125 Answers

 **Is the screen on this phone glass or plastic?**
djeu on 2011-03-06

 glass :-)
Read More
ifaz59 on 2011-05-08

 **why does the battery drain so fast?**
lumby on 2011-10-11

 Unfortunately the battery on a smartphone does not last as long as older phones. However there are applications availabl...
Read More
scotland the brave on 2012-02-25

Read more about Policies and Guideline

**ASK A QUESTION ▶**

## Samsung Presents: Samsung Galaxy S & Galaxy Tab



The world is buzzing about the Galaxy family. It's all here: performance, apps and more.
Get the scoop on the features.

## What Makes Smart Phones Smart

Put your phone to work for you.





## Google Android OS Explained

A New OS shouldn't leave you in the dark.

Discover what it can do.

## You May Also Like

‹ ›



**Genio II**

★★★★☆ (6)



**Tocco Icon**

★★★★☆ (32)



**Galaxy S II**

★★★★★ (699)



**Galaxy Gio**

★★★★☆ (4)



