Exhibit 49



PROMOTIONS | NEWS | ABOUT SAMSUNG | DEALER LOCATOR | MY SAMSUNG | PRODUCT REGISTRATION

**SAMSUNG**

PRODUCTS  BUSINESS  SAMSUNG APPS  SUPPORT  LONDON 2012

Search

Home > Mobile Devices > Smartphones > Android OS >

# Galaxy Note White

Print-friendly

GT-N7000  ★★★★☆ 13 REVIEWS      +1  7    Tweet  0    Like          WHERE TO BUY

OVERVIEW | FEATURES | TECH SPECS | GALLERY | REVIEWS | SUPPORT

## The ultimate on-the-go device.
## The Samsung Galaxy Note

- See entertainment come alive on 5.3" Super AMOLED display
- Enjoy PC-like performance thanks to 1.4GHz Dual Core processor
- Amend documents, insert images and capture screens on the go
- Create, edit and share notes and ideas with S-pen and S-memo

Now with Premium Suite and Android 4.0 Ice Cream Sandwich upgrades.

Watch the guide to upgrading to Ice Cream Sandwich on YouTube.


WHERE TO BUY

VIEW DEMO VIDEO



Email a Friend | Print-friendly

## Product Features  See All



**The 1st HD Super AMOLED**
HD quality (1280 x 800) Super AMOLED display gives you clear and crisp viewing experience anytime anywhere.

**Feel Free, It's Note!**
· Immersive screen with smartphone portability
· Easy tasking on the full screen
· Free capturing and creation
· Powerful performance



## Specifications  See All

**Platform**
- 850 / 900 / 1900 / 2100
- 850 / 900 / 1800 / 1900
- 850 / 900 / 1800 / 1900
- HSPA+ 21Mbps
- Android 2.3 (Gingerbread)
- EGSM900: Head: 0.256W/Kg, GSM1800: Head: 0.114W/Kg, WCDMA900: Head: 0.211W/Kg, WCDMA2100: Head: 0.181W/Kg, WLAN: Head: 0.116W/Kg

**Regional Availability**
- Global

**Physical Specification**
- 146.85 x 82.95 x 9.65mm
- 178g

**CPU**
- ARM cortex A9
- Dual 1.4GHz

**Design**
- Full Touch

**Display**
- 5.29" WXGA HD sAMOLED
- 800 x 1280
- 5.29"
- 16 Million Internal Colour Depth

## Consumer Ratings & Reviews  See All

**Overall** ★★★★☆   **Features** ★★★★☆   **Performance** ★★★★☆   **Design** ★★★★★   **Value** ★★★★☆

### "GALAXY NOTE"
★★★★★

i recommend this phone to my friends & i enjoy by using this

Read More

surjit on 2012-06-22

### "AWESOME!!"
★★★★★

So far after a month I believe this is the best phone I ever had! I had a previous Galaxy model and an iPhone too. This goes beyond my expectations! I stop using my tablet, my netbook and forgot about...

Read More

Samito on 2012-06-04

### "amazing phone but needs sIII specs!!"
★★★★★

what an amazing mid-way point between a smart phone and a tablet ('phablet'), the size is perfect with its massive 5.3" amoled screen, the only down fall is it was brought to the shelf's the same time...

Read More

tgodwin on 2012-05-30

**Like it? A lot? A little? Tell us.**

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▶**

---

## Buy Samsung products online now at:

**vodafone** — IN STOCK — **VISIT STORE**

**3** — IN STOCK — **VISIT STORE**

---

## Similar Products  See All

☐ Check to Compare

**Galaxy Y Pro**

★★★★☆ (3)

**WHERE TO BUY ▶**

☐ Check to Compare

**Galaxy Pro**

★★★★☆ (12)

**WHERE TO BUY ▶**

☐ Check to Compare

**Galaxy Europa**

★★★☆☆ (89)

**WHERE TO BUY ▶**

☐ Check to Compare

**Galaxy Portal**

★★★☆☆ (12)

**WHERE TO BUY ▶**

---

## Ask & Answer  See All

22 Questions | 13 Answers

**Q** — May sound stupid but what is texting like on this?:)
Olliee on 2012-05-01

**A** — texting is quite easy every thing is in one place , cant really go wrong
Read More

**Q** — Does Galaxy Note support Sky Go?
vkalbhut on 2012-05-07

**A** — We would kindly ask that you redirect this query towards the support team at SkyGo, as we have no information on compati...
Read More

korin on 2012-05-06     Samsung Service on 2012-05-08

Read more about Policies and Guideline    **ASK A QUESTION ▶**

## Samsung Presents: Samsung Galaxy S & Galaxy Tab



The world is buzzing about the Galaxy family. It's all here: performance, apps and more.

Get the scoop on the features.

## What Makes Smart Phones Smart

Put your phone to work for you.



## Google Android OS Explained



A New OS shouldn't leave you in the dark.

Discover what it can do.



**Who We Are**
About Samsung
Careers
Sustainability
News
Affiliated Companies
Investor Relations

**What We Make**

**Mobile Devices**
Mobile Phones
Smartphones
Galaxy Note
Tablets

**TV / Audio / Video**
Televisions
Home Entertainment
Blu-ray Players
DVD
Set-Top Box
MP3 Digital Audio

**Camera / Camcorder**
NX System
Compact Cameras
Camcorders

**Notebooks / Display**
Notebook Computers
Chrome Devices
Monitors
Professional LFD Displays

**Print Solutions**
Colour Printers
Mono Printers
Faxes
Colour Multi-function Printers
Mono Multi-function Printers
Supplies & Options

**Home Appliances**
Refrigeration
Laundry
Vacuum Cleaners
Microwaves
Ovens
Cooker Hobs
Cooker Hoods
Air Conditioning

**Memory / Storage**
SSD
Memory Cards
HDD
ODD

**Accessories**
Mobile Phone Accessories
Tablet Accessories
TV / AV Accessories
NX Accessories
NX Lenses
Compact Accessories
PC Accessories

**How can we help you?**
Find product support
Get downloads
How-to Guides
Articles
Contact us
Accessibility Help

Search

UK / English    View low bandwidth version    FEEDBACK ▶

Business | Samsung Mobile Apps | Privacy | Legal | Sitemap    Copyright © 1995-2012 SAMSUNG All rights reserved.