Exhibit 50













