Exhibit 51











