Exhibit 52



APLNDC-Y0000234022



APLNDC-Y0000234023



APLNDC-Y0000234024



**APLNDC-Y0000234025**

APLNDC-Y0000234026



APLNDC-Y0000234027





PLNDC-Y0000234029



APLNDC-Y0000234030



APLNDC-Y0000234031