Exhibit 53



Case 5:11-cv-01846-LHK   Document 1140-84   Filed 06/26/12   Page 3 of 10















