Exhibit 54



APLNDC-Y0000239159



APLNDC-Y0000239160



APLNDC-Y0000239161



APLNDC-Y0000239162

APLNDC-Y0000239163



APLNDC-Y0000239164



APLNDC-Y0000239165



APLNDC-Y0000239166



APLNDC-Y0000239167

APLNDC-Y0000239168