Exhibit 55



SAMSUNG

APLNDC-Y0000239138



with Google™

APLNDC-Y0000239139



with Google™

APLNDC-Y0000239140



SAMSUNG

APLNDC-Y0000239141



with Google™

APLNDC-Y0000239142



APLNDC-Y0000239143



APLNDC-Y0000239144



APLNDC-Y0000239145



APLNDC-Y0000239146



SAMSUNG
2:06 PM
Alarm Clock
Browser
Calculator
Calendar
Camera
Email
Gallery
Gmail
Latitude
Maps
Market
Music
Navigation
Places
Settings
Talk
talk
Phone
Contacts
Messaging
Home

APLNDC-Y0000239147



SAMSUNG
2:07 PM
Task Manager
ThinkFree Office
Voice Dialer
Voice Search
YouTube
Phone
Contacts
Messaging
Home

APLNDC-Y0000239148