Exhibit 56

Case 5:11-cv-01846-LHK   Document 1140-87   Filed 06/26/12   Page 2 of 5

TIP US    FACEBOOK    TWITTER    GOOGLE+    RSS    LOG IN    SIGN UP

HOME   NEWS   REVIEWS   BLOG   COMPARE   COVERAGE   GLOSSARY   FAQ   CONTACT US    Search

Case 5:11-cv-01846-LHK   Document 1140-87   Filed 06/26/12   Page 3 of 5

## LG KG800 pictures

More | Specifications | User opinions | Post your opinion | 360° view



**LG KG800 gallery**



LG KG800 pictures, official photos     Case 5:11-cv-01846-LHK   Document 1140-87   Filed 06/26/12   Page 4 of 5     http://www.mgsmartphone.com/lg-kg800-pictures-1533.php



LG KG800 photos from the built-in camera

LG KG800 display screenshots

3 of 4                                                                                                                                                                                                                                    6/25/12 5:08 PM



Home  News  Reviews  Blog  Compare  Coverage  Glossary  FAQ  Links    RSS feed         Facebook       Twitter
© 2000-2012  GSMArena.com    Mobile version   Contact us   Advertising   Privacy   Terms of use