Exhibit 57



**APLNDC-Y0000233237**



**APLNDC-Y0000233238**



**APLNDC-Y0000233239**



APLNDC-Y0000233240



APLNDC-Y0000233241



APLNDC-Y0000233242



APLNDC-Y0000233243



**APLNDC-Y0000233244**



**APLNDC-Y0000233245**

**APLNDC-Y0000233246**



APLNDC-Y0000233247