Exhibit 58



Motorola RAZR XT910 review: Through thick and thin

Apple iPad 3 review: Hotter than ever

Nokia
Samsung
Motorola
Sony Ericsson
Sony
LG
Apple
HTC
BlackBerry
HP
Huawei
Acer
Asus
Dell
Alcatel
Vodafone
T-Mobile
Sharp
Toshiba
Gigabyte
Pantech
ZTE
Micromax
BLU
Spice
Icemobile
verykool
Vertu
Celkon
Plum
ALL BRANDS
RUMOR MILL
PHONE FINDER

# HTC Hero pictures

More Specifications | User opinions | Post your opinion | 360° view

CellPhoneShop Screen Protector For Sprint HTC...

| SHOP FROM | SELLER RATING | PRICE | |
|---|---|---|---|
| CellPhoneShop | | $1.99 | SEE IT |

ALL SELLERS ▸ Tax & Shipping Info.

PriceGrabber





APLNDC-Y0000238770



**HTC Hero gallery**

