Exhibit 63



APLNDC-Y0000233277





**APLNDC-Y0000233279**



APLNDC-Y0000233280



APLNDC-Y0000233281





**PLNDC-Y0000233283**



**APLNDC-Y0000233284**



APLNDC-Y0000233285