Exhibit 64



Pocket PC
SAMSUNG
mits
MOBILE INTELLIGENT TERMINAL
verizon
OK

APLNDC-Y0000233947



Pocket PC
SAMSUNG
MITS
MOBILE INTELLIGENT TERMINAL
verizon
OK

APLNDC-Y0000233948



SAMSUNG

APLNDC-Y0000233949

APLNDC-Y0000233950



MITS
MOBILE INTELLIGENT TERMINAL
Pocket PC
SAMSUNG
verizon
OK

APLNDC-Y0000233951

Microsoft
Windows
Powered
SAMSUNG
RESET

LHK Document 1140-95 Filed 06

RESET

APLNDC-Y0000233953


HK Document 1140-95 Filed 0

APLNDC-Y0000233954



APLNDC-Y0000233955



APLNDC-Y0000233956