Exhibit 67

We're changing! Try out TechRadar's new look in Beta →

Log in / Join TechRadar and get our free newsletter

**f** Connect with Facebook

# techradar.com
Deep into technology

| NEWS | ▶ REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | 🔥 IPAD 3 |
|------|-----------|-------|--------|----------|-----------|-----------|

Browse categories ▶ Mobile phones ▶ Computing ▶ Tablets ▶ Cameras ▶ AV ▶ Latest Reviews ▶ How to buy

Where am I? ▶ Reviews ▶ Phones ▶ Mobile phones

📶 All feeds  ✉ Get weekly new

**MOBILE PHONES REVIEW**

# Nokia Lumia 800 review

**Updated:** Have the battery life issues finally been rectified?

Our Score ★★★★☆                                   Last reviewed: March 8th

🐦 Tweet          g +1  30

| REVIEW | USER REVIEWS ( 324 ) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER |
|--------|----------------------|--------|-----------|---------------|---------------|

Page 1: Overview, Design and Feel ▾

**UPDATED:** *We've now updated this review based on usage of the Nokia Lumia 800 for around four months, which has included the first formal OS update, so take a look at our updated findings, complete with star rating.*

The Nokia Lumia 800 is the first Windows Phone handset to spring from the Microsoft / Nokia tie-up announced roughly a year ago.

The Nokia Lumia 800 shares its exterior styling with the previously substantially less hyped Nokia N9, a Meego-based smartphone, although the screen size is reduced from 3.9 inches (854 x 480 pixels) to 3.7 inches (800 x 480 pixels) to conform to the Windows Phone spec list.

TechRadar's definitive Nokia Lumia 800 review

**BEST DEAL**

**Nokia Lumia 800**

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

**SEE DEAL**

All Nokia Lumia 800 deals

**PRODUCT SUMMARY**

## Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

**PHONES@TEC**

Our guide to the

**Latest**
HTC One X
HTC One S
HTC One V
LG Optimus 4X
Sony Xperia S
Galaxy S3
Galaxy Nexus
Moto Razr
HTC Explorer
Wave 3
Sensation XE
Xperia Arc S
Galaxy Ace 2

**Plus**
iPhone 5  ∘  Mob
Best phones (UK
Best Android pho





Find a revi



APLNDC-Y0000233566

Case 5:11-cv-01846-LHK   Document 1140-98   Filed 06/26/12   Page 3 of 35

We're changing! Try out TechRadar's new look in Beta →







ASK AN OWNER    What's this?

**RELATED LINKS**

▸ TechRadar's Review Guarantee
▸ Phones@TechRadar - our dedicated mobile phones channel

**GET MORE FR[O]M TECHRADAR**

▸ New iPad 3
▸ Samsung Gala[xy] S3: what you nee[d] to know
▸ Samsung Gala[xy] Ace
▸ iPhone 5 relea[se] date, news and rumours
▸ 20 best mobile phones in the wo[rld] today
▸ Sony Xperia S
▸ Nokia Lumia 8[00]
▸ Raspberry Pi: everything you n[eed] to know
▸ PS Vita
▸ Hands on: Windows 8 revie[w]
▸ BlackBerry PlayBook
▸ Hands on: HT[C] One S review
▸ Hands on: HT[C] One X review
▸ Hands on: Nik[on] D800 review
▸ iPhone 4S
▸ HTC Explorer
▸ Samsung Gala[xy] Nexus

The CPU, however, increases from the 1GHz ARM Cortex-A8 to the 1.4GHz MSM8255 Snapdragon/Scorpion which certainly helps add snap to the Windows Phone Mango operating system.



The Nokia Lumia 800 (£400 SIM-free), although being the more expensive of the two Nokia Windows Phone offerings (the other being the £299 SIM-free/ £199 PAYG Nokia Lumia 710) shares the Nokia N9's 16-bit AMOLED ClearBlack display whereas the Nokia Lumia 710 sports a 24-bit ClearBlack TFT.



APLNDC-Y0000233567

We're changing! Try out TechRadar's new look in Beta →



This being said, even though the colour depth is theoretically deeper than in the Nokia Lumia 710, AMOLED screens are seen as better than the older TFT technology due to the more vivid colours and better contrast ratios.



Moving away from Nokia comparisons, the Lumia 800 also has to compete with the likes of HTC Titan and HTC Radar Windows Mango phones. When we compare screen size we find the Nokia Lumia 800 feeling a little small with the HTC Radar and HTC Titan entering the fray with 3.8-inch and 4.7-inch screens respectively although all competitors are limited to the same 800 x 480 pixel resolution.

Obviously the iPhone has managed to be a success with a smaller screen at 3.5 inches, but the trend towards bigger displays is increasing all the time, and we have to say we're fans of those over four inches thanks to the improved internet and media experience.

---

**NEWEST**

**TECH REVIEWS**

▶ Samsung Gala
  Mobile phones re

▶ HTC Sensatio
  Mobile phones re

▶ HTC Rezound
  Mobile phones re

▶ Sony Xperia S
  Mobile phones re

**RECOMMENDE**

▶ UBS: iPad
  Secret Wea

▶ 5 Reasons
  (MamasLati

▶ Drop the C

▶ HTC confir
  phones (Dig

▶ 10 Apps Ev

**TECHRADAR P**

**What do you th**

○ Magical

○ It's rubbish

○ Argh! You're
  fanboys!

VOTE

**Top 50 best f**
Top apps for you

APLNDC-Y0000233568

**We're changing! Try out TechRadar's new look in Beta →**



This means that the pixel density on the Lumia 800 is a little sharper, but in our side by side comparisons we noted very little difference between them.

When it comes to internal storage the Nokia Lumia 800 and HTC Titan are equal with 16GB of fixed internal storage, with the Nokia Lumia 710 and HTC Radar weighing in with 8GB a piece.

Based on the two manufacturer's product specs it soon becomes apparent that the Nokia Lumia 800 is intended to compete against the HTC Titan and the Nokia Lumia 710 with the HTC Radar.

When compared dimensionally with the HTC Titan (131.5mm x 70.7mm x 9.9mm and 160g) we note that the Nokia Lumia 800 (116.5mm x 61.2mm x 12.1mm and 142g) cuts a very slim profile, with a lighter yet reassuring weight.

The physical appearance of the Nokia Lumia 800 is a dream to observe and handle, with its smooth curves fitting snugly to the hand both with and without the protective case provided in the purchase packaging.

That said, if you're used to handling the current crop of super slim handsets doing the rounds in today's phone shops, you can't help but feel the Lumia 800 is a little on the chunky side, even compared to the iPhone 4S thanks to it being around 10 per cent thicker.



APLNDC-Y0000233569

**We're changing! Try out TechRadar's new look in Beta →**

Nokia has worked very hard on the unibody design here, using top-mounted flaps to cover the charging port and SIM slot, but sadly leaving the battery inaccessible. Intriguingly, we're seeing a microSIM here, which seems to be the fashion for the next wave of smartphones.



The battery is something we can get on board with as this isn't the first Nokia device to have an enclosed power pack and makes sense if it allows a greater design freedom.

There was no easy option for battery removal on the Nokia N8 or Nokia E7, for example. The problem is that with a charge lasting no more than a day, the option to switch out the battery, as with the Nokia Lumia 710, would have been nice.

The microSIM is somewhat more of an annoyance, since we couldn't even carry an old Nokia as a back-up because the SIM card is a different size.

SIM card adaptors are available, but use them at your own risk since they have a tendency to wedge in some phones. Add to this the frustration when you find that some operators charge for providing a microSIM when on a standard SIM contract.

APLNDC-Y0000233570

**We're changing! Try out TechRadar's new look in Beta →**



The SIM to microSIM switch comes down to the simple issue of space. In the phone, the microSIM sits within the metal assembly bottom right.

The Nokia Lumia 800 is quite reasonably priced, costing nothing on as little as a £26 Orange or Vodafone contract with Carphone Warehouse compared with HTC Titan starting at £31 pm with Vodafone and £36 pm with Orange.

## Next Page: Interface

*(Reviewed by Martyn Brett - TechRadar )*

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone

    

**1** 2 3 4 5 6 7 Next >

---

**BEST DEALS**

## Nokia Lumia 800 on Contract

| Model, Tariff & Offer | Mins & Texts | Handset cost | Contract length | Monthly cost | Available from |
|---|---|---|---|---|---|
| **Nokia Lumia 800** Vodafone Standard | **300** free minutes **Unlimited** free texts No internet data allowance | £29.99 | **24** months | £15.50 | e2save More info |
| **Nokia Lumia 800** Dolphin + 100MB | **30** free minutes **500** free texts **100MB** internet usage | £119.99 | **24** months | £10.50 | e2save More info |

APLNDC-Y0000233571



Log in | Join TechRadar and get our free newsletter

Search news, reviews, blogs

MOBILE SOLUTIONS FOR BUSINESS
Mobile Device Management from AT&T
• Control costs and optimize performance
• Monitor and manage network devices
• Deploy, configure, update and troubleshoot applications
FIND OUT MORE

NEWS | REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | IPAD 3

Premier Partner Samsung

Browse categories | Mobile phones | Computing | Tablets | Cameras | AV | Latest Reviews | How to buy | Galaxy S3 | PS Vita | New iPad

Where am I? Reviews Phones Mobile phones | All feeds | Get weekly newsletter | Join TechRadar

MOBILE PHONES REVIEW

# Nokia Lumia 800 review: Interface

## Updated: Have the battery life issues finally been rectified?

Our Score ★★★★☆ Last reviewed: March 8th

Tweet

REVIEW | USER REVIEWS ( 324) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER

Page 2: Interface

The major difference between Nokia Lumia series and other Nokia phones is the fact that it uses the Microsoft Windows Phone operating system. The system itself is nothing new, of course, releasing its latest incarnation (WP 7.5) on the HTC Titan and HTC Radar in 2011 and due for an update to Windows Phone Tango later this year.

A major point for and against WP7 for some is that it looks completely different to iPhone, Android, Symbian and Meego as the concept of application grids is nowhere to be seen.

BEST DEAL

## Nokia Lumia 800

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

SEE DEAL

All Nokia Lumia 800 deals

PRODUCT SUMMARY

## Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

ORIGINAL REVIEW FROM

techradar.com Deep into technology

reevoo impartial reviews

ASK AN OWNER What's this?

RELATED LINKS

TechRadar's Review Guarantee

PHONES@TECHRADAR

Our guide to the best new mobile phones

| Latest | Top rated | Compare tariffs |
|---|---|---|
| HTC One X | Galaxy S2 | Search all deals |
| HTC One S | iPhone 4S | Contract |
| HTC One V | Lumia 800 | PAYG |
| LG Optimus 4X | HTC Desire HD | Deals & offers |
| Sony Xperia S | HTC Sensation | Galaxy S2 |
| Galaxy S3 | Galaxy Ace | iPhone 4S |
| Galaxy Nexus | Incredible S | Lumia 800 |
| Moto Razr | HTC Wildfire | Galaxy Note |
| HTC Explorer | Galaxy Europa | HTC Sensation |
| Wave 3 | Xperia Mini | iPhone 4 |
| Sensation XE | HTC Desire S | HTC Desire HD |
| Xperia Arc S | HTC Wildfire S | HTC Desire S |
| Galaxy Ace 2 | | Galaxy Ace |
| | | HTC Wildfire S |

**Plus**

iPhone 5 ◦ Mobile phone reviews
Best phones (UK) ◦ Best cellphone (US)
Best Android phone

**20 best mobile phones in the world today**
Top mobile phones compared: what phone is best for you?

Compare phone contracts and SAVE UP TO 40%
Quickly compare millions of phone deals to find the best offer.
GO

Find a review Search reviews

**Best Android phone - which should you buy?**
Top 10 best Android phones compared

Instead of the more standard home screen, or "Start Screen" in the case of Windows phone 7.5, the Nokia Lumia 800 uses "Live Tiles", fitting a 2x4 grid (although Calendar and Pictures tiles are full screen width) of tiles on the screen, vertically scrolling to display as many tiles as you wish to add.

Adding tiles to the Start screen is as easy as left swiping to the apps list, long pressing an app and selecting "pin to start", with removing a tile requiring a long press on the tile on the Start page and then tapping the drawing pin with a line through it.

Moving tiles around is just as easy, requiring a long press and then dragging them to the desired location.



At first we were unsure about the large tile based layout, finding it a little cumbersome and poor screen real estate wise, but within a couple of days our opinion changed. The major advantage is speed of use. You don't need to be looking as closely at your phone to use it as the chances of miss pressing are greatly reduced.

Having now used the phone for a few months, finding our way around the GUI is second nature. However, it still feels that the Start Screen could be better used, since although the 2 x 4 grid of Live Tiles visible at any one time act more as information sources as well as application icons, we still miss having access to more apps from a single switchable home screen.

Going forward, there will also be more advantages to the system as the Live Tiles as applications are able to show dedicated information instead of an icon - for instance, the BA app will turn into a QR code when you're about to board a flight which can be used in place of a boarding pass.

The other section of the home screen is the apps list, which is quite standard, and somewhat antiquated in some ways as it is just an alphabetical list of your apps, or app groups in the case of Office and Games.



In its defence this form of app list layout is, again, easy to navigate, knowing exactly where an app will sit in the list as done in the Windows PC start menu. This is further aided by the soft search button on the left hand side of the list providing a live filter of the list based on text entry.

Phones@TechRadar - our dedicated mobile phones channel



This all means that folders are long gone, but after a while you realise that in this format, you don't need them - although as you fill the phone with apps, we would like the ability to sort them into little groups. Being able to search by letter isn't enough - we want customisation in the same way users are able to group together contacts and pin them to the start menu.

A backward step in WP7 is that the top status bar is not interactive like we have become accustomed to with other operating systems.



To toggle Bluetooth, Wi-Fi and Flight Mode on/off you have to go through Settings, which was a major frustration until we found an app on the Marketplace called Connectivity Shortcuts which brought this functionality to the Start screen as Tiles.

Another frustration is that the status bar often only displays the time, meaning you have no knowledge of connectivity or remaining power until you swipe down from the top of the screen to see these elements.

Microsoft thinks this cleans the screen up, but given knowing your signal is a pre-requisite for a lot of applications, we'd at least like the option to keep it there constantly - plus too many applications don't support the swipe-down method.

On a more positive slant, the repeated use of familiar icons throughout the user interface for specific functions, means that you know what a button does at a glance without having to read it. In this way the GUI feels intuitive rather than learnt.



Another feature Symbian users have become accustomed to over the years is the use of profiles to quickly switch between different scenarios in their daily life like, General, Silent, Meeting, Outdoor, Pager and Offline. Sadly, these are all gone except for Offline, which is now Flight Mode, and the ability to put the phone into vibrate only mode.

Although profiles have been around for many years, their usefulness has increased more recently with the invention of location and time-based auto profile switching apps, and this is what we really missed.



We had become used to having our phones automatically switching to sleep mode at night, conserving battery, dimming the screensaver and changing response to phone calls and messages at night and returning to normal mode the following morning.

One major area of frustration while using the Nokia Lumia 800 has been repeatedly hitting the back button to close Internet Explorer and other apps, because there's no Close/Exit button. The current WP7 coding means that apps close via the back button, but only from a specific screen which has to be navigated back to before the app can be closed/exited.

We have identified a way to ease the pain in Internet Explorer by opening the menu, selecting tabs, and closing all open tabs, at which point, a single tap on the back button now exits the app.



Even long pressing the back button to open the task manager does not provide an option to close open apps, but only permits switching between apps. This said, however we did not note any speed reduction with six apps showing in the Task Manager.

This is assisted by the fact that only a very select set of the apps on WP7 devices can run in the background and the rest are suspended (disabled) when not on top - we were very impressed with the speed of the Lumia 800 throughout testing and in truth, didn't see any real necessity to actually shut down the applications.

One major problem we did note: sliding your finger across the touchscreen would sometimes be inexplicably registered as a tap, opening an app or zooming into the text. We had hoped that the joint Microsoft OS and Nokia FW updates released in February would have fixed this, but sadly not, although the issue does appear to be occurring less often.

If you want to learn more about the new Microsoft mobile operating system, then check out our Windows Phone 7.5 Mango review.

Next Page: Messaging

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone



< Previous 1 2 3 4 5 6 7 Next >

## BEST DEALS

### Nokia Lumia 800 on Contract



| Model, Tariff & Offer | Mins & Texts | Handset cost | Contract length | Monthly cost | Available from |
|---|---|---|---|---|---|
| Nokia Lumia 800 Vodafone Standard | 300 free minutes Unlimited free texts No internet data allowance | £29.99 | 24 months | £15.50 | e2save More info |

APLNDC-Y0000233575



MOBILE PHONES REVIEW

# Nokia Lumia 800 review: Messaging

## Updated: Have the battery life issues finally been rectified?

Our Score ★★★★☆

Last reviewed: March 8th

The Nokia Lumia supports the standard SMS, MMS and email with a few differences.

During initial phone set-up you are asked to set up email + accounts settings which enables the user to add Windows Live (Hotmail, Xbox LIVE, Messenger,

BEST DEAL

**Nokia Lumia 800**

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

SEE DEAL

All Nokia Lumia 800 deals

PRODUCT SUMMARY

### Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

PHONES@TEC

Our guide to the

Latest
HTC One X
HTC One S
HTC One V
LG Optimus 4X
Sony Xperia S
Galaxy S3
Galaxy Nexus
Moto Razr
HTC Explorer
Wave 3
Sensation XE
Xperia Arc S
Galaxy Ace 2

Plus
iPhone 5 ◦ Mob
Best phones (Uk
Best Android pho

We're changing! Try out TechRadar's new look in Beta →

providing advanced setup to manually use your accounts.

One interesting thing we found was your LinkedIn account is added automatically if it is linked to your Windows Live account. Another thing to note is that during initial phone setup you are asked for a Windows Live and Nokia account. The Windows Live account you use at this point cannot be removed from the phone.





Once all of your accounts are set-up there are a number of ways to get social. The first is the Messaging app which merges SMS, MMS, Windows Messenger and Facebook chat although they are not grouped so you have to laterally swipe to switch between SMS/MMS and Facebook.

We were also surprised that Nokia Chat contacts aren't imported alongside Facebook contacts, since they could be associated with the Windows Live and Nokia accounts already added.

This may be down to Nokia's gradual phasing out of its OVI/Nokia service or the result of the lack of influence Nokia was able to gain over the current Windows OS. Whatever the reason, the impact is minimal based on the alternative social communications methods available.











ASK AN OWNER    What's this?

**RELATED LINKS**

▸ TechRadar's Review Guarantee
▸ Phones@TechRadar - our dedicated mobile phones channel

**GET MORE FRO**
**TECHRADAR**

▸ New iPad 3
▸ Samsung Gala
S3: what you ne
to know
▸ Samsung Gala
Ace
▸ iPhone 5 relea
date, news and
rumours
▸ 20 best mobile
phones in the wo
today
▸ Sony Xperia S
▸ Nokia Lumia 8
▸ Raspberry Pi:
everything you n
to know
▸ PS Vita
▸ Hands on:
Windows 8 revie
▸ BlackBerry
PlayBook
▸ Hands on: HTC
One S review
▸ Hands on: HTC
One X review
▸ Hands on: Nikc
D800 review
▸ iPhone 4S
▸ HTC Explorer
▸ Samsung Gala
Nexus

**Best phones**
Which are the to

APLNDC-Y0000233577

Case 5:11-cv-01846-LHK   Document 1140-98   Filed 06/26/12   Page 14 of 35

We're changing! Try out TechRadar's new look in Beta →



The integration of Facebook and Twitter into the base OS makes communicating easy, with the ability to instant status post and check on People's (contacts') activity quickly from the People or Me app.

If you do wish to do more, Microsoft has created a Facebook app and Twitter has its own. You can also add to this with self-developed apps from Foursquare, Flickr, GetGlue, Evernote and many more.

Text entry is clean and easy with its keys large enough for the average fingers to work around without many incorrect presses and an auto complete suggestions bar between the keyboard and the entry field.



Words are automatically selected depending on which information you're adding, which is a nice touch, and you can tap on a word to be given the option to add it to the dictionary or long press to bring up a cursor to select elements of text.



APLNDC-Y0000233578

We're changing! Try out TechRadar's new look in Beta →



However, this long press takes ages when you're trying to just tap an element of the text to interact with - it's miles slower than the competition. This does leave us reminiscing about the simplicity of operation of simple arrow navigation screens provided on other operating systems.



The keyboard is excellent on the Nokia Lumia 800 though, with fast typing speeds easy to attain. But it's not as intuitive as the Symbian, Apple or Android options out there, since we noted around two or three more mistakes per message and less accurate second-guessing of what our fudge-fingered keyboard mashings were actually trying to say.

Finally, we were surprised to see that although Microsoft Communicator has been rolled out to all Nokia Symbian Anna devices, it doesn't appear in the new Nokia Lumia 800. This may be down to the lack of our use of the Nokia Lumia 800's Exchange Server integration and the associated functionality provided.

Next Page: Contacts and Calling

(MamasLati...

Drop the C...

Your Voice
You Thoug

Facebook C



TECHRADAR P
- - - - - - - - - - -
**What do you th**

○ Magical

○ It's rubbish

○ Argh! You're
fanboys!

VOTE



APLNDC-Y0000233579

**We're changing! Try out TechRadar's new look in Beta →**

Log in | Join TechRadar and get our free newsletter

f Connect with Facebook

**techradar.com**
Deep into technology

4G LTE
spectrum by LG
Android Smartphone
Buy one for $199⁹⁹

| NEWS | ▶ REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | 🔥 IPAD 3 |

Browse categories | **Mobile phones** | Computing | Tablets | Cameras | AV | Latest Reviews | How to buy

Where am I? ▶ Reviews ▶ Phones ▶ Mobile phones        📶 All feeds   ✉ Get weekly new

**MOBILE PHONES REVIEW**

# Nokia Lumia 800 review: Contacts and Calling

**Updated:** Have the battery life issues finally been rectified?

Our Score ★★★★☆                                    Last reviewed: March 8th

f Like  427   💬 Send   🐦 Tweet  41   g+1  1

| REVIEW | USER REVIEWS ( 324 ) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER |

Page 4: Contacts and Calling ▼



## Contacts

Initial set-up of the Nokia Lumia 800 generates a cloud based
"People" (contacts) list based on Windows Live, LinkedIn, Facebook, Twitter,

### BEST DEAL

**Nokia Lumia 800**

> Tariff/offer: Vodafone
  Standard
> Mins/text: 300 mins,
  Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

**SEE DEAL**

**All Nokia Lumia 800 deals**

### PRODUCT SUMMARY

## Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at
  times
> No Flash video
> Zune player takes ages to copy
  video across
> Video recording not impressive
> Battery issues still prevail

**PHONES@TEC**

Our guide to the

**Latest**
HTC One X
HTC One S
HTC One V
LG Optimus 4X
Sony Xperia S
Galaxy S3
Galaxy Nexus
Moto Razr
HTC Explorer
Wave 3
Sensation XE
Xperia Arc S
Galaxy Ace 2

**Plus**
iPhone 5  ·  Mob
Best phones (UK
Best Android pho

APLNDC-Y0000233580

**We're changing! Try out TechRadar's new look in Beta →**

This relies mainly on the same contact names used across the services with any remaining duplicates easily merged by opening a Person (contact) from the list and tapping on the link button and selecting another Person (contact) to merge with them.

It's all about making things more personal and we love the easy way suggestions of people to link can be added by a single tap.



In addition to this, People (contacts) can be transferred from your old Bluetooth-enabled phone in seconds via the pre-installed Contacts Transfer app to be merged with the cloud based information previously downloaded.

The only downside to this system is that we have not been able to find a way to hide some contacts and show others from the same service. You can set all contacts to display, link up all your buddies, then shut down the rest of the people from Facebook or Twitter you don't want to see, but this can lead to erratic contact info in our tests.











ASK AN OWNER

What's this?

**RELATED LINKS**

▸ TechRadar's Review Guarantee
▸ Phones@TechRadar - our dedicated mobile phones channel

**GET MORE FROM TECHRADAR**

▸ New iPad 3
▸ Samsung Galaxy S3: what you need to know
▸ Samsung Galaxy Ace
▸ iPhone 5 release date, news and rumours
▸ 20 best mobile phones in the world today
▸ Sony Xperia S
▸ Nokia Lumia 8
▸ Raspberry Pi: everything you need to know
▸ PS Vita
▸ Hands on: Windows 8 review
▸ BlackBerry PlayBook
▸ Hands on: HTC One S review
▸ Hands on: HTC One X review
▸ Hands on: Nikon D800 review
▸ iPhone 4S
▸ HTC Explorer
▸ Samsung Galaxy Nexus

**Best phones**
Which are the top



APLNDC-Y0000233581

Case 5:11-cv-01846-LHK   Document 1140-98   Filed 06/26/12   Page 18 of 35

We're changing! Try out TechRadar's new look in Beta →





A nice way of achieving this would be to group/categorise contacts in the different services and display or hide contacts via the groups/categories they are in.

A frustration that can occur when merging People is that if a specific field is slightly different between services it is duplicated for each service.

Once everything is set up the People list can be swiped vertically, searched via the soft search icon (magnifying glass in a circle) or quick navigated by tapping on one of the start letter indicators which brings up a quick A-Z with any unpopulated start letters greyed out.

A left swipe transitions to the What's New screen showing recent posts from your People on the services that you have set up (such as Twitter and Facebook) where a single tap enters a reply to post/conversation screen.







A second left swipe transitions to a tile list of your recently interacted with People records and a third and final swipe returns to the original People list.

APLNDC-Y0000233582

We're changing! Try out TechRadar's new look in Beta →

"Phone" tile which opens a phone history screen which equates to a call log. At the base of this screen, the soft bar contains, from left to right: voicemail access, dial screen access, People access and search functionality for the phone history screen.



Once in the dial screen, all is kept excessively simple as although the dial pad shows letters there is no way to make use of them in terms of smart dialling to bring up contacts. In this area we had come to like the live search/matching window above the dial pad on Symbian devices.

Call quality on the Nokia Lumia 800 is excellent, partially due to its polycarbonate chassis meaning that there are no large pieces of metal for radio signals to bounce off. This is also the reason for the high speed and accuracy of GPS fix discussed later in the Maps section.

We used an Orange SIM for the initial testing, and found that signal was maintained well, with the 3G signal switching quickly between Orange and T-Mobile on the Nokia Lumia 800.

Since then we've also used Vodafone, T-Mobile and O2 microSIMs, with no change in performance.

## Next Page: Internet

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone

Like    Send    427 likes. Sign Up to see what your friends like.

Tweet 41    +1 1

< Previous 1 2 3 4 5 6 7 Next >

› Is it time to
ultrabook?
› If You Have
(AppStorm)
› Steve Lione
(Intelligence

TECHRADAR P

What do you th

○ Magical
○ It's rubbish
○ Argh! You're
fanboys!

VOTE



We're changing! Try out TechRadar's new look in Beta →

Log in | Join TechRadar and get our free newsletter

**f** Connect with Facebook

techradar.com
Deep into technology

| NEWS | REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | IPAD 3 |

Browse categories | Mobile phones | Computing | Tablets | Cameras | AV | Latest Reviews | How to buy

Where am I? ▶ Reviews ▶ Phones ▶ Mobile phones

All feeds | Get weekly new

MOBILE PHONES REVIEW

# Nokia Lumia 800 review: Internet

**Updated:** Have the battery life issues finally been rectified?

Our Score ★★★★☆

Last reviewed: March 8th

Tweet 41        +1  2

| REVIEW | USER REVIEWS ( 324 ) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER |

Page 5: Internet



When it comes to the internet, the Nokia Lumia 800 is one of the fastest mobile internet experiences we have encountered, with lightning response loading pages in less than a second and the weight of the TechRadar website in less than 3 seconds when connected to a Wi-Fi hotspot only capable of c.1.5Mbps (on its best run).

**PHONES@TEC**

Our guide to the

**Latest**
HTC One X
HTC One S
HTC One V
LG Optimus 4X
Sony Xperia S
Galaxy S3
Galaxy Nexus
Moto Razr
HTC Explorer
Wave 3
Sensation XE
Xperia Arc S
Galaxy Ace 2

**Plus**
iPhone 5  ·  Mob
Best phones (UK
Best Android ph

**BEST DEAL**

## Nokia Lumia 800

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

SEE DEAL

All Nokia Lumia 800 deals

**PRODUCT SUMMARY**

## Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

LTE is a trademark

APLNDC-Y0000233584

**We're changing! Try out TechRadar's new look in Beta →**

We tested all three devices side by side over a 3G and Wi-Fi connection, and out of three tests, only once did the Lumia 800 manage to load a site faster than both devices, which was the mobile version of the BBC site.

For heavier web browsing, we'd still recommend something from the iOS or Android stables (with a comparable processor, that is. Dual core technology seems to be a big boon here).



That problem we mentioned earlier with the touchscreen being erratic is most problematic here - you're trying to scroll through text and it will start to zoom in and out, even though no taps are registered. Nokia needs to sort this, and FAST.

Although there is an Internet Explorer icon most people start the internet session with a search which is where the bottom right search button (magnifying glass) and the Local Scout app come into their own.





 ASK AN OWNER   What's this?

**RELATED LINKS**

▶ TechRadar's Review Guarantee
▶ Phones@TechRadar - our dedicated mobile phones channel





**GET MORE FR(
TECHRADAR**

▶ New iPad 3
▶ Samsung Gala
S3: what you ne
to know
▶ Samsung Gala
Ace
▶ iPhone 5 relea
date, news and
rumours
▶ 20 best mobile
phones in the w
today
▶ Sony Xperia S
▶ Nokia Lumia 8
▶ Raspberry Pi:
everything you n
to know
▶ PS Vita
▶ Hands on:
Windows 8 revie
▶ BlackBerry
PlayBook
▶ Hands on: HT(
One S review
▶ Hands on: HT(
One X review
▶ Hands on: Nik
D800 review
▶ iPhone 4S
▶ HTC Explorer
▶ Samsung Gala
Nexus

**Best phones**
Which are the to

APLNDC-Y0000233585

We're changing! Try out TechRadar's new look in Beta →



One tap on the Search button and up pops the Bing search app, but when you look closer this is so much more than the standard Bing website. At the bottom of the screen in the soft bar, are three or four icons, depending on if you have permitted the search app to use your location information, which are, from left to right:

- **Local Scout***:* Tap the buildings icon and the separate Location Scout app will start, displaying local places of interested based on food, entertainment and shops, and generally comes up with good and relevant results, even in the UK.



- **Music Recognition***:* Tap the musical note icon and the phone listens for music in the background, identifies and provides a link to an album containing it on the Marketplace. Again, the implementation is excellent and probably will have the likes of Shazam worried.

- **Text Translator and QR Code/ Microsoft Tag scanner***:* Tap the eye icon and the camera turns on, and if you position a section of text in



NEWEST

TECH REVIEWS

▶ Samsung Gala
  Mobile phones re
▶ HTC Sensation
  Mobile phones re
▶ HTC Rezound
  Mobile phones re
▶ Sony Xperia S
  Mobile phones re

RECOMMENDE

  ▶ Why iPads
    (Fox Small
  ▶ 10 Worst C
  ▶ iPad 3 a Ga
  ▶ The Top 5 i
  ▶ 15 pictures
    seen (Tecca

TECHRADAR P

What do you th

○ Magical
○ It's rubbish
○ Argh! You're
fanboys!

VOTE


**We're changing! Try out TechRadar's new look in Beta →**

- **Audio Search**: Tap the microphone icon and the microphone turns on and anything you say will be entered in the search field and the results of a web search will be displayed as if you had typed it in and pressed enter. It's nothing compared to Apple's Siri - but it's still OK if you want to eschew tapping words into the phone.

All this said, the one big limitation is that Adobe flash player does not support the Nokia Lumia 800, providing the message "Sorry Adobe Flash Player is not available from Adobe for your device's operating system or browser."



We were informed by Nokia, during the initial testing and review period, that this is a result of Adobe playing catch up with Internet Explorer 9, and that support is soon to be provided. But sadly as time has progressed, this issue continues to annoy and limit the usability at times.

The debate over Flash video on mobile devices is still raging, and now Adobe has announced it's scrapping the system in favour for HTML 5, we're excited at the prospect of it being over.

However, the fact remains that the Lumia 800 still can't render internet content properly - we've marked down the iPhone for this consistently, as the Galaxy S2 shows mobile Flash video can look fantastic without impacting system resources.

We can't guarantee that the issue is related, but we haven't been able to access a single Nokia competition page on Facebook within Internet Explorer on either of the Nokia Lumia devices, either.

## Next Page: Camera

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone

   

< Previous  1 2 3 4 **5** 6 7 Next >

APLNDC-Y0000233587



We're changing! Try out TechRadar's new look in Beta →

Log in | Join TechRadar and get our free newsletter | Connect with Facebook | Search news, reviews, blogs

techradar.com Deep into technology

4G LTE spectrum by LG Android Smartphone WITH A 4.5" TRUE HD SCREEN LTE is a trademark of ETSI. verizon

NEWS | REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | IPAD 3 | Premier Partner Samsung

Browse categories | Mobile phones | Computing | Tablets | Cameras | AV | Latest Reviews | How to buy | Galaxy S3 | PS Vita | New iPad

Where am I? Reviews Phones Mobile phones | All feeds | Get weekly newsletter | Join TechRadar

MOBILE PHONES REVIEW

# Nokia Lumia 800 review: Camera

## Updated: Have the battery life issues finally been rectified?

Our Score ★★★★☆ Last reviewed: March 8th

Tweet +1 0

REVIEW | USER REVIEWS ( 324) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER

Page 6: Camera

One of the big changes for Nokia is that the new Nokia Windows Phones lack a front facing camera which places them on the back foot to start with when compared with the HTC Titan and HTC Radar and other non-WP7 devices.

This move came as a surprise as Nokia devices have long had front facing cameras with the similarly packaged Nokia N9 having one in the bottom corner.

This is exacerbated by the recent acquisition of Skype by Microsoft providing an even stronger link to video calling.

BEST DEAL

Nokia Lumia 800

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

SEE DEAL

All Nokia Lumia 800 deals

PRODUCT SUMMARY

### Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

ORIGINAL REVIEW FROM

techradar.com Deep into technology

reevoo impartial reviews

ASK AN OWNER What's this?

RELATED LINKS

TechRadar's Review Guarantee

PHONES@TECHRADAR

Our guide to the best new mobile phones

| Latest | Top rated | Compare tariffs |
|---|---|---|
| HTC One X | Galaxy S2 | Search all deals |
| HTC One S | iPhone 4S | Contract |
| HTC One V | Lumia 800 | PAYG |
| LG Optimus 4X | HTC Desire HD | Deals & offers |
| Sony Xperia S | HTC Sensation | Galaxy S2 |
| Galaxy S3 | Galaxy Ace | iPhone 4S |
| Galaxy Nexus | Incredible S | Lumia 800 |
| Moto Razr | HTC Wildfire | Galaxy Note |
| HTC Explorer | Galaxy Europa | HTC Sensation |
| Wave 3 | Xperia Mini | iPhone 4 |
| Sensation XE | HTC Desire S | HTC Desire HD |
| Xperia Arc S | HTC Wildfire S | HTC Desire S |
| Galaxy Ace 2 | | Galaxy Ace |
| | | HTC Wildfire S |

Plus

iPhone 5 ◦ Mobile phone reviews
Best phones (UK) ◦ Best cellphone (US)
Best Android phone

20 best mobile phones in the world today
Top mobile phones compared: what phone is best for you?

Find a review | Search reviews

Best Android phone - which should you buy?
Top 10 best Android phones compared

Compare phone contracts and SAVE UP TO 40%
Quickly compare millions of phone deals to find the best offer. GO

We're changing! Try out TechRadar's new look in Beta →

and those using video chat make a very small portion of the market. As the range expands these kinds of features are sure to return at some point.

Although the Nokia Lumia 710 also falls short with its lack of a front-facing camera, the upcoming Nokia Lumia 900 is to incorporate a 1.3 CMOS camera at last. This is an opportune time for this to be re-introduced based on the recent release of the first Skype beta for Windows Phone.

The rear camera on the Nokia Lumia 800 sports the same specification as that on the HTC Titan with a 8MP f/2.2 camera lens and Dual-LED flash, capable of up to 720p HD video recording.

It's a step forward when compared with Nokia's Symbian phones, as there's a touch-based method of focussing and capture feature like that offered on the iPhone enabling better control on the subject focus on photographs.



The Camera app comes with the standard settings to control Scenes (default: Auto), White Balance (default: Auto), Exposure Value (default: 0), ISO (default: Auto), Effects (default: Normal), Contrast (default: Normal), Saturation (default: Normal), Focus Mode (default: (Macro) and Resolution (default: 8MP 4:3) as well as a new Metering Mode (default: Centre Weighted) which controls how the camera manages exposure based on the light conditions across the photograph.

A nice touch on the Nokia Lumia 800 Camera app is that you are able to transition directly between the Camera and the Captured Shots and Videos by tapping the soft arrow icon or swiping towards the WP7 hard button bar, returning to the Camera by swiping away from the hard button bar again. This kind of seamless integration shows this is a next generation phone.

Once in the image viewer, there are options to share on Facebook, use as wallpaper, delete, add to favourites or auto-fix. Having played with auto-fix, it does a good job, with the only pity being that it does not remove red-eye, so you'll need a third party app for this.

Also when you select to share to Facebook, auto face recognition kicks in if you tap the tag icon on the upload screen, enable the naming of the image and tagging of anyone in it prior to uploading.





▶ New iPad 3
▶ Samsung Galaxy S3: what you need to know
▶ Samsung Galaxy Ace
▶ iPhone 5 release date, news and rumours
▶ 20 best mobile phones in the world today
▶ Sony Xperia S
▶ Nokia Lumia 800
▶ Raspberry Pi: everything you need to know
▶ PS Vita
▶ Hands on: Windows 8 review
▶ BlackBerry PlayBook
▶ Hands on: HTC One S review
▶ Hands on: HTC One X review
▶ Hands on: Nikon D800 review
▶ iPhone 4S
▶ HTC Explorer
▶ Samsung Galaxy Nexus

**Best phones for music 2012**
Which are the top music phones around for sound?

| NEWEST | MOST READ |

**TECH REVIEWS**

▶ Samsung Galaxy Ace
Mobile phones reviews — Our Review ★★★★★
▶ HTC Sensation XE
Mobile phones reviews — Our Review ★★★★★
▶ HTC Rezound
Mobile phones reviews — Our Review ★★★★★
▶ Sony Xperia S
Mobile phones reviews — Our Review ★★★★★

APLNDC-Y0000233589

We're changing! Try out TechRadar's new look in Beta →



**TAP FOCUS & CAPTURE - CLOSE:** This was taken with tap to focus and capture with a near field subject.



**TAP FOCUS & CAPTURE - DISTANT:** This was taken with tap to focus and capture with a distant subject.



**MAXIMUM ZOOM:** Maximum zoom provides good resolution and colours.

▸ Doro shows off smartphone and cloud services for the elderly *(Computer Active)*
▸ UBS: iPad Buzz is Nice, But iPhone 5 is Apple's Secret Weapon *(Fox Business)*
▸ Apple's New iPad: Do You Want the Good News or the Bad News? *(MamasLatinas)*
▸ Drop the Cell Phone Contract? *(Daily Finance)*
▸ The Top 5 iPhone Apps for This Spring *(Femguide)*

[What's this?]

**TECHRADAR POLL**
----------------------------------------

**What do you think of the new iPad?**

○ Magical        ○ It's okay
○ It's rubbish   ○ I'll stick with the iPad 2
○ Argh! You're such Apple   ○ What's an iPad?
fanboys!

 VOTE     Results

**Top 50 best free iPhone apps 2012**
Top apps for your iPhone - download them today!

We're changing! Try out TechRadar's new look in Beta →



**RED-EYES:** Night Mode with flash provides a good colours, but there is no red-eye flash.



**FIREWORKS:** Night Mode with no flash provide a good colour and contrast of fireworks display.

Next Page: Video

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone

  

< Previous  1 2 3 4 5 6 7 Next >

We're changing! Try out TechRadar's new look in Beta →

Log in | Join TechRadar and get our free newsletter

Connect with Facebook

**techradar**.com
Deep into technology

| NEWS | REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | IPAD 3 |

Browse categories | Mobile phones | Computing | Tablets | Cameras | AV | Latest Reviews | How to buy

Where am I? ▸ Reviews ▸ Phones ▸ Mobile phones          All feeds   Get weekly new

MOBILE PHONES REVIEW

# Nokia Lumia 800 review: Video

**Updated:** Have the battery life issues finally been rectified?

Our Score ★★★★☆                                    Last reviewed: March 8th

Like  427    Send    Tweet  41    +1  2

| REVIEW | USER REVIEWS ( 324 ) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER |

Page 7: Video

When it comes to Video capture on the Nokia Lumia 800 we were quite disappointed, since it's not possible to change zoom while recording, which seems mad.

To make things worse, continued press zooming is achieved by step changes between six levels, which feels very clunky.



CLICK  to watch this video full screen

Video quality in daylight provides good colour depth and sound, but the speed of response to changes in brightness and focal range is very poor. Although the

## PHONES @TEC

Our guide to the

**Latest**

HTC One X
HTC One S
HTC One V
LG Optimus 4X
Sony Xperia S
Galaxy S3
Galaxy Nexus
Moto Razr
HTC Explorer
Wave 3
Sensation XE
Xperia Arc S
Galaxy Ace 2

**Plus**

iPhone 5  ∘  Mot
Best phones (UK
Best Android pho

### BEST DEAL

**Nokia Lumia 800**

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

SEE DEAL

All Nokia Lumia 800 deals

### PRODUCT SUMMARY

## Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

APLNDC-Y0000233592

We're changing! Try out TechRadar's new look in Beta →

In low light, the Nokia Lumia 800 struggles to focus even more. The dual LED flash can be turned on permanently while videoing, enabling focus and colour settings to achieve closer to daylight quality.

## Next Page: Media

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone

 Like    Send    427 likes. Sign Up to see what your friends like.

 Tweet  41    +1  2   

< Previous 1 2 3 4 5 6 7 8 Next >





**ASK AN OWNER**   What's this?

**RELATED LINKS**

▶ TechRadar's Review Guarantee
▶ Phones@TechRadar - our dedicated mobile phones channel





**GET MORE FRO TECHRADAR**

▶ New iPad 3
▶ Samsung Gala S3: what you nee to know
▶ Samsung Gala Ace
▶ iPhone 5 relea date, news and rumours
▶ 20 best mobile phones in the wo today
▶ Sony Xperia S
▶ Nokia Lumia 8
▶ Raspberry Pi: everything you n to know
▶ PS Vita
▶ Hands on: Windows 8 revie
▶ BlackBerry PlayBook
▶ Hands on: HTC One S review
▶ Hands on: HTC One X review
▶ Hands on: Nik D800 review
▶ iPhone 4S
▶ HTC Explorer
▶ Samsung Gala Nexus

**Best phones**
Which are the to

---

### BEST DEALS

## Nokia Lumia 800 on Contract

| Model, Tariff & Offer | Mins & Texts | Handset cost | Contract length | Monthly cost | Available from |
|---|---|---|---|---|---|
| Nokia Lumia 800 Vodafone Standard | 300 free minutes Unlimited free texts No internet data allowance | £29.99 | 24 months | £15.50 | e2save More info |
| Nokia Lumia 800 Dolphin + 100MB | 30 free minutes 500 free texts 100MB internet usage | £119.99 | 24 months | £10.50 | e2save More info |
| Nokia Lumia 800 Ultimate Internet | 500 free minutes 5000 free texts Unlimited internet usage | FREE | 24 months | £28.00 | 3 More info |

SEE ALL NOKIA LUMIA 800 DEALS

---

Ads by Google

**Best 5 Cell Phones**
Want The Best Cell Phone On The Market? See The 5 Cell Phones!
CellPlus.com

**No Contract Cell Phone**
Pay As You Go! $9.99/Mo Unlimited Min/Text. Why Pay More & Get Less?
FreshDeals.com

**T-Mobile® Official Site**
Get the Fastest Smartphones Running On America's Largest 4G Network®.
T-Mobile.com

APLNDC-Y0000233593



Log in | Join TechRadar and get our free newsletter

| NEWS | ▶ REVIEWS | BLOGS | FORUMS | TR STORE | MAGAZINES | 🔥 IPAD 3 |

Browse categories ▸ Mobile phones ▸ Computing ▸ Tablets ▸ Cameras ▸ AV ▸ Latest Reviews ▸ How to buy

Where am I? ▶ Reviews ▸ Phones ▸ Mobile phones        | All feeds   Get weekly new

MOBILE PHONES REVIEW

# Nokia Lumia 800 review: Media

**Updated:** Have the battery life issues finally been rectified?

Our Score ★★★★☆                                 Last reviewed: March 8th

Tweet

| REVIEW | USER REVIEWS ( 324 ) | PHOTOS | FULL SPEC | COMPARE DEALS | ALSO CONSIDER |

Page 8: Media

**Music**

Music playback on the Nokia Lumia 800 is to Nokia's usual standard through headphones, but the speaker playback is disappointingly tinny when compared to that of previous Nokia models like the Nokia N8.

## PHONES@TEC

Our guide to the

**Latest**
HTC One X
HTC One S
HTC One V
LG Optimus 4X
Sony Xperia S
Galaxy S3
Galaxy Nexus
Moto Razr
HTC Explorer
Wave 3
Sensation XE
Xperia Arc S
Galaxy Ace 2

**Plus**
iPhone 5  ∘  Mob
Best phones (UK
Best Android ph

### BEST DEAL

#### Nokia Lumia 800

> Tariff/offer: Vodafone Standard
> Mins/text: 300 mins, Unlimited texts
> Handset cost: £29.99
> Contract length: 24 months
> Network: Vodafone
> Monthly cost: £15.50
> Offered by: e2save

SEE DEAL

All Nokia Lumia 800 deals

### PRODUCT SUMMARY

#### Lumia 800

**For**
> Quality design
> Clever interface
> Speedy browser
> Intuitive contact linking
> Xbox integration

**Against**
> Internet text display dodgy at times
> No Flash video
> Zune player takes ages to copy video across
> Video recording not impressive
> Battery issues still prevail

APLNDC-Y0000233594

A nice touch is that music playback creates an overlay bar that slides down over all apps when the volume keys are pressed to provide play/pause fast-forward and rewind functionality when tapped, no matter where you are in the phone.



When it comes to selecting what to listen to the Nokia Lumia 800 provides Nokia Music and the Music and Video default group.

Nokia Music opens to show the number of tracks saved on the phone. A quick tap then opens an A-Z list via either Artist, Album, Song, Genre or Playlist.

Tapping on your selection from the list opens functions differently depending on the filter being used. The Genre, Artist and Album tabs start instant playback is the right hand play symbol or album art is tapped, but open a lower level selection screen if the text is tapped which is a nice touch, missing from the Symbian music player.

A swipe to the left from the main Nokia Music screen provides access to the Mix Radio which is a streaming service transmitted through the data connection so Wi-Fi is strongly recommended as most mobile data contracts aren't unlimited.

**ORIGINAL REVIEW FROM**





 What's this?

**RELATED LINKS**

▶ TechRadar's Review Guarantee
▶ Phones@TechRadar - our dedicated mobile phones channel



**Find a revie**




WIN
Samsung S
CHRONOS N


Tech
Save over



**GET MORE FRO
TECHRADAR**

▶ New iPad 3
▶ Samsung Gala
S3: what you nee
to know



Case 5:11-cv-01846-LHK   Document 1140-98   Filed 06/26/12   Page 32 of 35



▶ Samsung Gala
Ace
▶ iPhone 5 relea
date, news and
rumours
▶ 20 best mobile
phones in the wo
today
▶ Sony Xperia S
▶ Nokia Lumia 8
▶ Raspberry Pi:
everything you n
to know
▶ PS Vita
▶ Hands on:
Windows 8 revie
▶ BlackBerry
PlayBook
▶ Hands on: HTC
One S review
▶ Hands on: HTC
One X review
▶ Hands on: Niko
D800 review
▶ iPhone 4S
▶ HTC Explorer
▶ Samsung Gala
Nexus

The good news is that the playlists are refreshed each week and there's a choice of genres to pick from that you can either listen to over-the-air or download to your device to listen to offline.

And overall, we're mixed in our feelings over Mix Radio. Sure, we like having genre-based playlists to pop on in the background, but for some people they'll have to sit through hours of songs they don't like over a month of listening.

Also, we found that when the screen mis-read our scrolls for taps, it would open up another playlist. It's easy to duck back out of it, but then you'll find you can't skip tracks any more as your allocation has been 'used up'.

Another swipe displays the Mp3 Store providing the ability to purchase music and a final swipe transitions to a local gigs list which is nice if you fancy seeing an artist live.







Moving on to Music and Videos, this app grouping is the standard Windows Phone option, lumping in Music, Videos, Podcasts, Radio and items from the

APLNDC-Y0000233596

Marketplace. From this screen you can swipe left, transitioning to playback history, New media, applications (which lists Nokia Music) and back to the initial screen.

Tapping on Music opens a similar interface to that presented in the Nokia Music app other than that the Zune Smart DJ feature is available which finds similar artists and creates a playlist of similar music. It's easy to use and songs open quickly, with the aforementioned quality of audio impressing.



Tapping on Podcasts opens a swipeable screen displaying a list of either audio or video podcasts which performs the same as the album and artists lists for music with a tap on the left hand image starting playback and tapping the name opening a list of all podcasts on that feed.

Tapping on Radio opens a standard FM radio which requires headphones to work as the radio antenna and thus does not playback though the phone speaker. The simple radio is FM only and supports station favourites.



NEWEST

TECH REVIEWS

Samsung Gala
Mobile phones re

HTC Sensation
Mobile phones re

HTC Rezound
Mobile phones re

Sony Xperia S
Mobile phones re

RECOMMENDE

Bad Ad Pla
Trouble (Di
10 Worst C
The Top 5 i
iPad 3 a Ga
10 Apps Ev

TECHRADAR P

What do you th

○ Magical
○ It's rubbish
○ Argh! You're
fanboys!

VOTE





Finally, tapping on Marketplace opens the Marketplace, which provides access to purchase additional music for your personal collection from the Microsoft store.

One thing missing is audiobooks, because there's no support for users to listen to them unless you obtain all of your literary soundbites via the OverDrive (an eBook host) and access it through the mobile client - but many people won't be willing to do this.

## Pictures

The Nokia Lumia 800 uses a Pictures (gallery) app which show images from the Camera roll (showing captured images and video) and Albums (displaying images from the Camera Roll and personal SkyDrive and Facebook pictures).



It also provides a view sorted by date and a view showing your favourite images. Finally two left hand swipes transitions to a What's New screen showing recent image posts from all social accounts set-up on the phone.

## Video

Video playback on the Nokia Lumia 800 is accessed through the same group as Music, displaying a list of all videos with the ability to swipe to lists in television shows, music videos, films and personal videos (captured on the device).

The media select interface works in the same way as the music interface as they are parts of the same app.

APLNDC-Y0000233598

Case 5:11-cv-01846-LHK   Document 1140-98   Filed 06/26/12   Page 35 of 35



Playback is limited to landscape phone orientation and is an enjoyable experience due to the high quality screen providing excellent contrast ratios and the simplistic interface with a transparent controls overlay sliding off the bottom of the screen after a few second delay.

There's also a fit to screen option which maintains the aspect ratio, but expands the image to fit the screen whist cropping where necessary.



The only limitation on playback is the quality of the speaker mentioned above if you can' be bothered monkeying about with headphones.

Next Page: Battery and Connectivity

Tags: Nokia Lumia 800, Lumia, Lumia 800, Windows Phone, Windows Phone 7.5, smartphone, cameraphone




< Previous  2 3 4 5 6 7  8  9  Next >

APLNDC-Y0000233599