Exhibit 70

Case 5:11-cv-01846-LHK   Document 1140-101   Filed 06/26/12   Page 2 of 4

REVIEWS

# Nokia X5-01 review: Round the square

GSMArena team, 01 November 2010.

Nokia X5-01 specs | User opinions and reviews | Comments (58)

Pages: 1 2 3 4 5 6 7 8 » 1. Introduction

Tags: Nokia, Touch UI, Symbian S60

## Introduction

On occasion Nokia will experiment with form factor and shape. The Nokia X5-01 is the kind of phone that might just leave you wondering. Is it having a bad slider day or a great square day? No, the Nokia X5 is better than that. It's a neat and chubby Symbian smartie with a QWERTY keyboard and a 5MP camera.

Nokia X5-01 official photos

The struggle to provide a better system of text input while keeping the size down is still ongoing. Touchscreen provides an answer of sorts, but nothing yet really beats an old-fashioned hardware QWERTY keyboard.

The full four-row keyboard on the Nokia X5 has a long list of applications – from SMS and email, to IM and social networking. The Nokia X5-01 sports a dedicated media key too – it's no square when it comes to having fun.

The 5MP camera is a constant source of photos to share with friends and you can do it over Wi-Fi, no need for a data plan. The Nokia X5-01 is a full-blown smartphone too – 600MHz and 256MB RAM put it within a stone's throw of the Nokia N8 performance. And the Ovi Store is steadily growing with new and useful apps.

We were a little disappointed to find the X5-01 doesn't have a GPS receiver. Check out our list of pros and cons to see what made the cut and what didn't.

## Key features

- Full QWERTY slider form factor
- Quad-band GSM/EDGE, tri-band 3G with HSDPA and HSUPA
- Symbian S60 UI, 3rd edition FP2
- 600MHz processor, 256MB RAM; 200MB user-accessible storage
- 2.36" 256K-color QVGA display
- 5 megapixel fixed-focus camera, LED flash, VGA@15fps video recording
- Standard microUSB port (charging)
- microSD card slot (32GB supported, 2GB included)
- Wi-Fi b/g; DLNA and UPnP support
- Bluetooth (with A2DP)
- Accelerometer-based controls
- Dedicated media key
- Stereo FM radio with RDS, Internet radio
- 3.5mm audio jack
- Excellent audio quality
- Comes With Music bundle in select markets
- Good email and social networking support
- Office document viewer; ZIP file support
- Quick Business and Personal homescreen toggle

## Main disadvantages

MOST POPULAR PHONES

Samsung I9300 Galaxy S III

Nokia 808 PureView

Samsung Galaxy Y S5360

- Samsung Galaxy Ace S5830
- Samsung I9100 Galaxy S II
- Sony Xperia S

BLOG

Skype gets more than 70 million downloads for Android, makes an infographic to celebrate it

Google Nexus 7 tablet leaks ahead Google I/O, reveals its specs and design

- No GPS receiver
- No office document editing
- Small, low-resolution screen
- Non-hot-swappable microSD card under the battery
- Fixed focus camera
- Poor video recording
- No camera lens protection
- No DivX or XviD video support out-of-the-box
- No smart dialing

So, some things were left out, but Nokia managed to fit a lot of features in a small package. The last square-shaped QWERTY messenger we reviewed was the Motorola Flipout, which had its own set of pros and cons. For one thing, the Nokia X5-01 is a cheaper entry into the world of smart messengers. And it's an entry with a bang.

Nokia X5-01 live shots

It's clearly not a phone that will appeal to everyone, but some will fall for its looks and rectangular charm. And as far as non-touch smartphones go, the Nokia X5-01 actually ranks pretty high on features.

It has a couple of nice accelerometer-based tricks too. If you press and hold the volume key, then shake the X5-01 it will "knock" several times – according to how many new messages you have. You can also skip a music track by shaking the phone.

Now, you can go ahead and skip to the next page for the hardware tour. We begin with unboxing and the 360-degree spin.

NEXT PAGE »

Like 132 +1 2 Tweet 28 Share 56

Pages: 1 2 3 4 5 6 7 8 » 1. Introduction

Nokia X5-01 specs | User opinions and reviews | Comments (58)

Reviews > Nokia X5-01 review: Round the square

HTC One X
Sony Ericsson Xperia Arc S

LATEST NEWS

Upcoming BlackBerry 10 devices leak out, show their screen specs
Meizu flagship renamed to MX 4-core, available June 30
Samsung expects to sell 10 million Galaxy S III units by July
Korean Galaxy S III to be the first quad-core LTE phone

more news

LATEST REVIEWS

Huawei Ascend P1 review: Up and comer
Nokia 808 PureView review: Photo Finnish
Nokia 808 PureView in low-light: From dusk till dawn

more reviews

This Asus Transformer Pad Infinity promo video might make you want one

Apple quietly quits claiming that its Mac OS X is virus proof

GSMArena.com Home News Reviews Blog Compare Coverage Glossary FAQ Links RSS feed Facebook Twitter

© 2000-2012 GSMArena.com Mobile version Contact us Advertising Privacy Terms of use





