1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |         Plaintiff,                    |
20 |    vs.                                | **CERTIFICATE OF SERVICE**
21 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       |
22 | ELECTRONICS AMERICA, INC., a New      |
   | York corporation; SAMSUNG             |
23 | TELECOMMUNICATIONS AMERICA,           |
   | LLC, a Delaware limited liability company, |
24 |                                       |
   |         Defendants.                   |
25

26

27

28

Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Redwood Shores, California.

On June 19, 2012, I served true copies of the documents described as

1. Samsung's Opposition to Apple's Claim Construction Brief; and
2. Exhibit 5 to the Declaration of Adam Cashman in Support of Samsung's Opposition to Apple's Claim Construction Brief

by emailing the aforementioned documents to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

| | |
|---|---|
| HAROLD J. MCELHINNY<br>HMcElhinny@mofo.com | STEPHEN MCG. BUNDY<br>sbundy@tcolaw.com |
| MICHAEL A. JACOBS<br>MJacobs@mofo.com | JOSHUA R. BENSON<br>jbenson@tcolaw.com |
| JENNIFER LEE TAYLOR<br>JLeeTaylor@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| RICHARD S.J. HUNG<br>rhung@mofo.com | MARK D. SELWYN, ESQ.<br>mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT<br>JasonBartlett@mofo.com | DAVID B. BASSETT<br>david.bassett@wilmerhale.com |
| DEOK KEUN MATTHEW AHN<br>dahn@mofo.com | MICHAEL J. BETTINGER<br>mike.bettinger@klgates.com |
| GRANT L. KIM<br>gkim@mofo.com | ROBERT DONALD CULTICE<br>robert.cultice@wilmerhale.com |
| ALISON M. TUCHER<br>atucher@mofo.com | MARK D. FLANAGAN<br>mark.flanagan@wilmerhale.com |
| STEPHEN E. TAYLOR<br>staylor@tcolaw.com | ANDREW MONACH<br>amonach@mofo.com |

| | |
|---|---|
| ERIK J. OLSON<br>ejolson@mofo.com | JEREMY WINER<br>jeremy.winer@wilmerhale.com |
| VICTOR F. SOUTO<br>vic.souto@wilmerhale.com | ESTHER KIM<br>ekim@mofo.com |
| EMILY R. WHELAN<br>emily.whelan@wilmerhale.com | RICHARD GOLDENBERG<br>richard.goldenberg@wilmerhale.com |
| JAMES C. BURLING<br>james.burling@wilmerhale.com | MICHAEL SAJI<br>michael.saji@wilmerhale.com |
| ROBERT J. GUNTHER, JR.<br>robert.gunther@wilmerhale.com | BRIAN SEEVE<br>brian.seeve@wilmerhale.com |
| PETER J. KOLOVOS<br>peter.kolovos@wilmerhale.com | |
| BRIAN LARIVEE<br>brian.larivee@wilmerhale.com | |

Executed on June 26, 2012, at San Francisco, California.

　　　　　　　　　　　　　　　　　　*/s/ Bill Trac*
　　　　　　　　　　　　　　　　　　Bill Trac

02198.51855/4830950.1

-2-　　　　　　Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Bill Trac.

/s/ Victoria Maroulis