| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
**[Code Civ. Proc sec. 1010.6]**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 26, 2012, I served a copy of:

**EXHIBITS 1-14 AND EXHIBIT 27 TO THE DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S OPENING MEMORANDUM REGARDING DESIGN PATENT CLAIM CONSTRUCTION BRIEF [SUBMITTED UNDER SEAL];**

**DECLARATION OF PETER BRESSLER IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S OPENING MEMORANDUM REGARDING DESIGN PATENT CLAIM CONSTRUCTION BRIEF [SUBMITTED UNDER SEAL]; AND**

**EXHIBITS 2-11, 20, 31-37, 39-40 AND 72-77 TO THE DECLARATION OF PETER BRESSLER IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S OPENING MEMORANDUM REGARDING DESIGN PATENT CLAIM CONSTRUCTION BRIEF [SUBMITTED UNDER SEAL]**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com | Kevin P.B. Johnson<br>kevinjohnson@quinnemanuel.com |
| Victoria F. Maroulis<br>victoriamaroulis@quinnemanuel.com | Liv Herriot<br>liv.herriot@wilmerhale.com |
| William H. Lee<br>william.lee@wilmerhale.com | Mark D. Selwyn<br>mark.selwyn@wilmerhale.com |
| Alexander B. Binder<br>alex.binder@quinnemanuel.com | Sara Jenkins<br>SaraJenkins@quinnemanuel.com |
| Sherrin Vanetta<br>sherrinvanetta@quinnemanuel.com | Joby Martin<br>JobyMartin@quinnemanuel.com |
| Rene Unger<br>reneunger@quinnemanuel.com | Gisele Darwish<br>GiseleDarwish@quinnemanuel.com |
| Peter Kovolos<br>peter.kovolos@wilmerhale.com | S. Calvin Walden<br>calvin.walden@wilmerhale.com |

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3164078

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 26, 2012.

                                              */s/ Cyndi Knisely*
                                              Cyndi Knisely

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3164078