| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **NOTICE OF WITHDRAWAL OF APPLE'S MOTION TO EXCLUDE OPINIONS OF SAMSUNG EXPERT ITAY SHERMAN BASED ON HIS QUALIFICATIONS** <br><br> **Date:**  June 29, 2012 <br> **Time:**  1:30 PM <br> **Place:**  **Courtroom 8, 4th Floor** <br> **Judge:**  **Hon. Lucy H. Koh** |

1  As part of its Motion to Exclude Testimony of Samsung's Experts (Dkt. No. 940), Apple moved to exclude the testimony of Samsung's design expert Itay Sherman for two reasons: (1) Mr. Sherman is not qualified to offer expert opinions on obviousness or anticipation; and (2) Mr. Sherman applied incorrect legal tests for design patent obviousness and functionality and trade dress functionality.

To streamline the issues for the Court's consideration at the June 29, 2012 hearing on both parties' motions, Apple withdraws its motion to exclude as to Mr. Sherman on the first ground above. Apple instead will proceed with its challenges to Mr. Sherman's qualifications via cross-examination rather than pre-trial motion. Apple maintains its motion to exclude Mr. Sherman's testimony on the second ground above, *i.e.,* that he applied incorrect legal tests.

Dated: June 27, 2012

MORRISON & FOERSTER LLP

By: /s/ *Harold McElhinny*

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

WILLIAM F. LEE
MARK D. SELWYN

Attorneys for APPLE INC.