1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19             Plaintiff, | **DECLARATION OF VICTORIA F. MAROULIS SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME** |
| 20        vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24             Defendant. | |

I, Victoria F. Maroulis, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Shorten Time For Briefing and Hearing on its Motion to SDtay June 26, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On June 27, 2012, I contacted counsel for Apple via email in order to propose a shortened briefing schedule whereby Samsung would file a motion to stay the preliminary injunction pending appeal on Wednesday, June 27, 2012, Apple would file its opposition brief by 12:00 p.m. on Friday, June 29, 2012, Samsung would waive its right to file a reply brief, and the Court decide Samsung's Motion to Stay with any oral argument that the Court deems appropriate. Attached hereto as Exhibit 1 is a true and correct copy of my email to Apple's counsel.

3. After initially refusing to agree to any shortened briefing schedule, counsel for Apple replied that Apple would agree to a shortened briefing schedule, provided that its opposition was due no later than Monday, July 2, 2012. Attached hereto as Exhibit 2 is a true and correct copy of Apple's response to my email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 27th of June, 2012, in Palo Alto, California.

                                       ___/s/ *Victoria F. Maroulis*_____
                                              Victoria F. Maroulis