# EXHIBIT 1

## Joby Martin

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Wednesday, June 27, 2012 11:42 AM |
| **To:** | 'Bartlett, Jason R.' |
| **Cc:** | 'AppleMoFo'; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' |
| **Subject:** | RE: Apple/Samsung: motion to shorten |

Rich,

Samsung intends to file a Motion to Stay enforcement of yesterday's preliminary injunction order pending appeal. Samsung intends to move on a shortened schedule. Please advise by 2 pm today whether Apple will agree to the following schedule:

Samsung's Motion – to be filed today;
Apple's opposition – due Friday by noon;
No replies; hearing, if any, at Court's preference.

Thank you.


**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.