# EXHIBIT 2

## Joby Martin

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Wednesday, June 27, 2012 1:08 PM |
| **To:** | Victoria Maroulis; Bartlett, Jason R. |
| **Cc:** | AppleMoFo; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | RE: Apple/Samsung: motion to shorten |

Vicki,

After further consideration, Apple will not oppose Samsung's motion to shorten time on a schedule that allows Apple to file its opposition by Monday. Please inform the Court of Apple's position in your motion.

Rich

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Wednesday, June 27, 2012 11:42 AM
**To:** Bartlett, Jason R.
**Cc:** AppleMoFo; Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** RE: Apple/Samsung: motion to shorten

Rich,

Samsung intends to file a Motion to Stay enforcement of yesterday's preliminary injunction order pending appeal. Samsung intends to move on a shortened schedule. Please advise by 2 pm today whether Apple will agree to the following schedule:

Samsung's Motion – to be filed today;
Apple's opposition – due Friday by noon;
No replies; hearing, if any, at Court's preference.

Thank you.

Victoria Maroulis
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------