UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO STAY** |

    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have moved pursuant to Civil Local Rules 6-3 for an order shortening the briefing and hearing schedule for Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal ("Motion to Stay").

    Having considered the arguments of the parties and the papers submitted, and finding good cause therefor, the Court hereby grants Samsung's Motion to Shorten Time for Briefing and

1  Hearing.   Apple may file and serve its opposition on Samsung no later than 12:00 p.m. on Friday,
2  June 29, 2012.   Samsung will not file a reply brief.

3

4      **IT IS SO ORDERED.**

5

6  DATED:   June _____, 2012

7

8
                                                              _____
9                                                             Hon. Lucy H. Koh
                                                              United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28