QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1        Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung

2   Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3   America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to

4   seal:

5           1.  Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction

6               Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay

7               Pending Appeal ("Motion to Stay").

8        In short, the above document discusses and refers to documents which the parties have

9   designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY ,under the Protective

10   Order.    This administrative motion is supported by the Court's June 4, 2012 Order Granting-in-

11   Part, Denying-in Part Motions to Seal (Dkt. No. 1034), which held that the confidential documents

12   discussed or referred to in Samsung's Motion to Stay were properly filed under seal.

13        Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

14   for *in camera* review and served on all parties.

15

16

17   DATED: June 27, 2012          QUINN EMANUEL URQUHART &

18                                     SULLIVAN, LLP

19

20                            By   */s/ Victoria Maroulis*

21                               Charles K. Verhoeven

                            Kevin P.B. Johnson

22                               Victoria F. Maroulis

                            Michael T. Zeller

23                               Attorneys for SAMSUNG ELECTRONICS CO.,

                            LTD., SAMSUNG ELECTRONICS AMERICA,

24                               INC., and SAMSUNG

                            TELECOMMUNICATIONS AMERICA, LLC

25

26

27

28