02198.5185

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal, in connection with Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal.

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declaration

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1  establishes that the below documents contain information that has been designated by Samsung as
2  HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.
3       Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:
5       1. Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction
6          Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay
7          Pending Appeal.

10  **IT IS SO ORDERED.**

12  DATED: _____, 2012

15      Honorable Lucy H. Koh
    United States District Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL