UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY AND SUSPEND THE JUNE 26, 2012 PRELIMINARY INJUNCTION PENDING APPEAL OR, ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL** |

　　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision By Federal Circuit On Stay Pending Appeal.

　　For good cause shown, the Court ORDERS that, pursuant to Rule 62(c) of the Federal Rules of Civil Procedure, the Court's June 26, 2012 Order Granting Preliminary Injunction (Dkt. No. 1135) shall be STAYED pending Samsung's appeal to the Federal Circuit.

1   In the alternative, the Court ORDERS that the Court's June 26, 2012 Order Granting
2   Preliminary Injunction (Dkt. No. 1135) shall be STAYED pending the Federal Circuit's decision
3   on Samsung's motion for stay pending appeal.

6   **IT IS SO ORDERED.**

8   DATED:   _____, 2012

_____
Honorable Lucy Koh
United States District Court Judge