# EXHIBIT 1

**Table A - Documents Not to Be Filed Under Seal**

| Docket Entry | Documents Not to Be Filed Under Seal |
|---|---|
| 925 | The unredacted version of Apple's Notice of Motion and Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867 and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460 ("Apple's MSJ"). |
|  | Exhibit Nos. 4, 5, 7, 9, 12-16, and 26 to the Declaration of Mark D. Selwyn in Support of Apple's MSJ ("Selwyn Declaration"). |
| 1013 | Exhibit No. 8 to the Declaration of Karl Kramer in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Apple's MSJ Opposition") ("Kramer Declaration"). |
|  | Exhibits H-K, and P-R to the Declaration of Michel Maharbiz, Ph.D. in Support of Apple's MSJ Opposition ("Maharbiz Declaration"). |
| 1020 | Exhibit Nos. 7, 21, 25, 33-35, 37, 38, 40-42, 45-47, 63, 65, 66, 68, 69, 71, and 72 to the Declaration of Jason Bartlett in Support of Apple's MSJ Opposition ("Bartlett Declaration"). |
| 1022 | Exhibit Nos. 21, 22, 25-30, 32-35, 39-41, 69, and 71 to the Declaration of Peter W. Bressler in Support of Apple's MSJ Opposition ("Bressler Declaration"). |
| 1024 | Exhibit No. 2 to the Declaration of Dr. Karan Singh, Ph.D. in Support of Apple's MSJ Opposition ("Singh Declaration"). |
|  | Exhibits C and J to the Declaration of Terry L. Musika in Support of Apple's MSJ Opposition ("Musika Declaration"). |

## Table B – Portions of Documents To Be Sealed

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| 925 | Selwyn Decl., Ex. 10 | p. 56 | Confidential Samsung information relating to the efforts of Samsung engineers to integrate certain technologies into a single portable electronic device. |
| | Selwyn Decl., Ex. 17 | pp. 4-9 | Confidential Samsung information relating to valuations of Samsung's patented technologies. |
| | Selwyn Decl., Ex. 22 | p. 92 | Confidential Samsung information relating to the efforts of Samsung engineers to integrate certain technologies into a single portable electronic device. |
| 1013 | Kramer Decl., Ex. 3 | p. 6 | Confidential Samsung information regarding the structure and operation of the touchscreen panels, touchscreen controllers, and integrated circuits of certain of the Samsung accused products. |
| | Kramer Decl., Ex. 4 | pp. 6-8 | Confidential Samsung information regarding the structure and operation of the touchscreen panels, touchscreen controllers, and integrated circuits of certain of the Samsung accused products. |
| | Kramer Decl., Ex. 10 | pp. 9, 14-16 | Confidential Samsung information regarding operation of the touchscreens of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
| | Maharbiz Decl., Ex. C | Bates Nos. -768-83 | Confidential Samsung information regarding structure and operation of the touchscreens of certain Samsung accused products. |

2

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Maharbiz Decl., Ex. D | Bates Nos. -286-301 | Confidential Samsung information regarding the structure and operation of the touchscreens of certain Samsung accused products. |
| | Maharbiz Decl., Ex. L | Bates No. -095-96, -098 | Confidential Samsung information regarding Samsung's strategies in expanding the market for touchscreen devices, as well as Samsung's actual and projected sales of devices with capacitative and resistive touchscreen panels. |
| | Maharbiz Decl., Ex. M | Bates Nos. -827-70 | Confidential Samsung information regarding the structure, operation and capabilities of the touchscreen panels manufactured by Atmel and incorporated into certain Samsung products, as well as the circuitry and controller chips comprising those touchscreen panels. |
| | Maharbiz Decl., Ex. N | Bates Nos. -465-66 | Confidential Samsung information regarding the touchscreen panels manufactured by Atmel and incorporated into certain Samsung products, including information relating to the structure and operation of those touchscreen panels, advantages over competitors' products, and Atmel's manufacturing and quality control processes. |
| | Maharbiz Decl., Ex. O | Bates No. -873, -883 | Confidential Samsung financial data relating to Samsung's materials costs and internal analysis of component costs in the marketplace. |
| | Maharbiz Decl., Ex. S | Bates Nos. -931, -932, -934 | Confidential Samsung information regarding the non-public technical specifications of tablet products, including unreleased products. |
| 1020 | Bartlett Decl., Ex. 22 | Bates Nos. -899-902, -904-09 | Confidential Samsung information regarding specific design, pricing, and marketing strategy. |

3

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Bartlett Decl., Ex. 30 | pp. 38-53 | Confidential Samsung information regarding the operation of the touchscreens of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
| | Bartlett Decl., Ex. 36 | pp. 76-81, 87-90 | Confidential Samsung information regarding products which have not yet been released in the United States, as well as design guidelines which Samsung currently applies in the process of designing products which have not yet been released to the public. |
| | Bartlett Decl., Ex. 39 | pp. 151-52, 169-70 | Confidential Samsung information regarding products which have not yet been released in the United States, as well as design guidelines which Samsung currently applies in the process of designing products which have not yet been released to the public. |
| | Bartlett Decl., Ex. 43 | pp. 89-90 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and product planning processes leading to the release of Samsung's Infuse 4G product. |
| | Bartlett Decl., Ex. 44 | p. 80 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading up to the release of Samsung's Galaxy Prevail product. |
| | Bartlett Decl., Ex. 70 | Bates Nos. -771-80 | Confidential Samsung information regarding Samsung's review of numerous features or functions of the Galaxy Tab 10.1, including specific source code and software applications, as well as analysis and suggestions for improving those features and alternative ways of executing certain functions. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Bartlett Decl., Ex. 73 | Bates Nos. -706-07 | Confidential Samsung information regarding strategies and proposals regarding the design and development of technical features of certain Samsung products, as well as the specific source code files and algorithms used to implement those features. |
| | Bartlett Decl., Ex. 74 | Bates Nos. -604-06 | Confidential Samsung information regarding strategies and proposals regarding the design and development of technical features of certain Samsung products, as well as the specific source code files and algorithms used to implement those features. |
| 1022 | Bressler Decl., Ex. 31 | Bates Nos. -734, -737-79, -783, -788-89, -790, -796, -799, -800, -803, -810-12, -814-21, -823-28, -834-37, -839, -841, -843-45, -847, -851-58, -859-69 | Confidential Samsung information regarding Samsung's design philosophy, guidelines and strategies for implementing that philosophy in smartphone products, as well as numerous designs which have not yet been implemented in commercially released products. |
| | Bressler Decl., Ex. 36 | Bates Nos. -460, -462, -470-73, -475, -476-97, -499-525, -527-60 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and product planning processes leading to the release of Samsung's Sidekick product. |

5

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Bressler Decl., Ex. 37 | Bates Nos. -409-13, -416-17, -424-432, -434, -440-41, -443, -489 | Confidential Samsung information regarding design strategy, past financial performance, future financial projections, and specific pricing strategy. |
| | Bressler Decl., Ex. 38 | Bates Nos. -464-67 | Confidential Samsung information regarding Samsung's Galaxy S product, including actual and projected sales volumes and profits, as well as Samsung's marketing strategy for the Galaxy S. |
| | Bressler Decl., Ex. 67 | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading to the release of certain Samsung accused products. |
| | Bressler Decl., Ex. 68 | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading to the release of certain Samsung accused products. |
| | Bressler Decl., Ex. 70 | Bates Nos. -460, -462, -470-73, -475, -476-97, -499-525, -527-60 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and product planning processes leading to the release of Samsung's Sidekick product. |
| | Bressler Decl., Ex. 72 | Bates Nos. -689, -698, -700-04, -707-08, -710, -712-14, -716-23, -725-27, -729-35, -737-40, -742-53, -755-58 | Confidential Samsung information regarding alternative designs, design strategy, and non-public financial information, including past performance, future projections, and pricing strategy. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
|  | Bressler Decl., Ex. 94 | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading to the release of certain Samsung accused products. |
| 1023 | Decl. of Russell Winer ISO Apple's MSJ Opp., Ex. 1 | pp. 48, 53-54, 58, 60-64, 66-67, 73 | Confidential Samsung information regarding consumer studies and market research conducted by or on behalf of Samsung, as well as executive-level meetings relating to the design and development of Samsung's products. |
| 1024 | Singh Decl., Ex. 1 | pp. 85-86, 88-89, 91-99, 103-04, 108-10, 121-22 | Confidential Samsung information regarding the operation of the touchscreens and graphical user interfaces of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
|  | Singh Decl., Ex. 8 | pp. 2-10, 12, 16, 25 | Confidential Samsung information regarding the operation of the touchscreens and graphical user interfaces of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
|  | Musika Decl., Ex. B | Seal in entirety (document not Bates labeled) | Highly confidential non-public Samsung financial data, including specific information regarding units of products sold and market share. |
|  | Musika Decl., Ex. F | Seal in entirety (document not Bates labeled) | Highly confidential non-public Samsung financial data, including specific information regarding units of products sold, revenue, cost of goods sold, and profits. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Musika Decl., Ex. G | Seal in entirety (document not Bates labeled) | Highly confidential non-public Samsung financial data, including specific information regarding units of products sold, revenue, cost of goods sold, and profits. |
| | Musika Decl., Ex. H | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding the design and development process for certain accused Samsung products. |
| | Musika Decl., Ex. K | Bates No. -138 | Confidential Samsung information regarding the development of certain Samsung accused products, including specific information about features strategy. |
| | Musika Decl., Ex. L | Bates Nos. -347-48 | Confidential Samsung information regarding the design and development of technical features included in certain Samsung accused products. |
| | Musika Decl. | pp. 6-7 | Confidential Samsung information regarding confidential, non-public financial information and information regarding the development of features. |