1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100

9

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17            UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK (PSG)

              Plaintiff,                          **DECLARATION OF ANTHONY P.**
20                                                **ALDEN IN SUPPORT OF SAMSUNG'S**
          vs.                                     **MISCELLANEOUS ADMINISTRATIVE**
21                                                **REQUEST PURSUANT TO CIVIL L.R. 7-**
   SAMSUNG ELECTRONICS CO., LTD., a               **11 FOR EXTENSION OF TIME TO FILE**
22 Korean business entity; SAMSUNG                **CIVIL L.R. 79-5(d) DECLARATION AND**
   ELECTRONICS AMERICA, INC., a New               **TO SEAL DOCUMENTS**
23 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,                    Judge: Hon. Lucy H. Koh
24 LLC, a Delaware limited liability company,     Place: Courtroom 8, 4th Floor

25            Defendants.

26

27

28

1

DECLARATION OF ANTHONY P. ALDEN

2

I, Anthony P. Alden, declare as follows:

3

1.        I am a member of the Bar of the State of California and a partner at Quinn Emanuel

4

Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics

5

America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I

6

make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I

7

could and would testify competently thereto.

8

2.        On May 17, 2012, and June 1, 2012, Apple, Inc. ("Apple") filed six administrative

9

motions to file documents under seal (collectively, "motions to file under seal") (Dkt. Nos. 925,

10

1013, 1020, 1022, 1023, and 1024).  As a result of an inadvertent calendaring error, Samsung did

11

not file declarations supporting Apple's motions within the time specified by Civil L.R. 79-5(d).

12

3.        On June 25, 2012, I emailed Richard Hung, counsel for Apple in this matter.  I

13

informed Mr. Hung that Samsung intends to file an administrative motion to permit the filing of a

14

declaration in support of several of Apple's administrative motions to file under seal.  I asked Mr.

15

Hung to confirm by 6:00 p.m. that day that Apple will not oppose Samsung's request.  Attached as

16

Exhibit A is a true and correct copy of my June 25, 2012 email to Mr. Hung.  As of the time of the

17

filing of this declaration, I have not received any response from Mr. Hung to my email.

18

I declare under penalty of perjury under the laws of the United States of America that the

19

foregoing is true and correct.

20

Executed June 27, 2012, at Los Angeles, California.

21

22

*/s/ Anthony P. Alden*
Anthony P. Alden

23

24

25

26

27

28

-1-                        Case No. 11-cv-01846-LHK (PSG)
ALDEN DECL. ISO SAMSUNG'S ADMIN. REQUEST FOR EXTENSION AND TO SEAL

1

**GENERAL ORDER ATTESTATION**

2          I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the

3    foregoing Declaration.  In compliance with General Order 45 (X)(B), I hereby attest that Anthony

4    P. Alden  has concurred in this filing.

5

6    DATE: June 27, 2012                                                    */s/ Victoria Maroulis*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28