# ALDEN DECLARATION

# EXHIBIT 1

| | |
|---|---|
| **From:** | Anthony Alden |
| **Sent:** | Monday, June 25, 2012 1:53 PM |
| **To:** | Hung, Richard S. J. |
| **Cc:** | Samsung v. Apple; AppleMoFo |
| **Subject:** | Samsung v. Apple 11-CV-01846 LHK (PSG) |

Richard:  Samsung intends to file an administrative motion tonight or tomorrow morning to permit the filing of declaration(s) in support of at least the following Apple Motions to Seal (designated by docket number):  1013, 1020, 1022, 1023, and 1024.   Please confirm by 6:00 p.m. PDT today that Apple will not oppose Samsung's motion.

Thanks,

Anthony P. Alden | Partner | **quinn emanuel urquhart & sullivan, llp** | 865 S. Figueroa Street, 10th Floor | Los Angeles, CA 90017 | 213-443-3159 Direct | 213-443-3000 Main Office Number | 213-443-3100 Fax
| anthonyalden@quinnemanuel.com | www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.