QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NOS. 925, 1013, 1020, AND 1022-1024)** |

1    Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung

2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3 "Samsung") submit the declaration of Hankil Kang in Support of Apple's Administrative Motions

4 to File Documents Under Seal (Dkt. Nos. 925, 1013, 1020, and 1022-1024), to establish that the

5 following documents, or portions thereof, are sealable:

6    • Exhibit Nos. 10, 17 and 22 to the Declaration of Mark D. Selwyn in Support of Apple's

7       Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867

8       and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460  ("Selwyn

9       Declaration") (Dkt. No. 925);

10   • Exhibit Nos. 3, 4, and 10 to the Declaration of Karl Kramer in Support of Apple's

11      Opposition to Samsung's Motion for Summary Judgment ("Kramer Declaration")

12      (Dkt. No. 1013);

13   • Exhibits C, D, L, M, N, O, and S to the Declaration of Michel Maharbiz, Ph.D. in

14      Support of Apple's Opposition to Samsung's Motion for Summary Judgment

15      ("Maharbiz Declaration") (Dkt. No. 1013);

16   • Exhibit Nos. 22, 30, 36, 39, 43, 44, 70, 73 and 74 to the Declaration of Jason R.

17      Bartlett in Support of Apple's Opposition to Samsung's Motion for Summary

18      Judgment ("Bartlett Declaration") (Dkt. No. 1020);

19   • Exhibit Nos. 31, 36, 37, 38, 67, 68, 70, 72 and 94 to the Declaration of Peter W.

20      Bressler in Support of Apple's Opposition to Samsung's Motion for Summary

21      Judgment ("Bressler Declaration") (Dkt. No. 1022);

22   • Exhibit No. 1 to the Declaration of Dr. Russell S. Winer in Support of Apple's

23      Opposition to Samsung's Motion for Summary Judgment ("Apple's Opp. to MSJ")

24      ("Winer Declaration") (Dkt. No. 1023);

25   • Exhibit Nos. 1 and 8 to the Declaration of Dr. Karan Singh, Ph.D. in Support of

26      Apple's Opp. to MSJ ("Singh Declaration") (Dkt. No. 1024); and

27

28

- The Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Musika Declaration") and Exhibits B, F, G, H, K, and L thereto (Dkt. No. 1024).

**DECLARATION OF HANKIL KANG**

I, Hankil Kang, do hereby declare as follows:

1.      I am Legal Counsel at Samsung Electronics Co., Ltd.  I submit this Declaration in support of Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 925, 1013, 1020, 1022, 1023, and 1024).  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

**Docket No. 925**

2.      Exhibit No. 10 to the Selwyn Declaration is an excerpt from the Expert Report of J. Paul Dourish, Ph.D. Regarding Invalidity of the Asserted Claims of U.S. Patent No. 7,456,893, which is designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of this document that Samsung requests be sealed contain confidential information relating to the efforts of Samsung engineers to integrate certain technologies into a single portable electronic device.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why each portion of the excerpt should be sealed are explained in the table below and a proposed redacted version of the excerpt is attached as Exhibit 1.

3.      Exhibit No. 17 to the Selwyn Declaration consists of excerpts from the expert report of Ramamirtham Sukumar, entitled "Results from A Survey Measuring Use and Valuation of Four Patented Features (Patented Features: 460,893, 711, 871) and A Survey of World Clock Patented Feature Usage (Patented Feature 055)."  The portions of this document that Samsung requests be sealed contain confidential information relating to valuations of Samsung's patents and the technological features claimed by Samsung's patents.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why each portion of the excerpt should be sealed are explained in the table below and a proposed redacted version of the excerpt is attached as Exhibit 2.

1        4.      Exhibit No. 22 to the Selwyn Declaration is an excerpt from the Expert Report of

2 Mani Srivastava, Ph.D. Regarding Invalidity of the Asserted Claim of U.S. Patent No. 7,577,460,

3 which is designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the

4 Protective Order.  The portions of this document that Samsung requests be sealed contain

5 confidential information relating to the efforts of Samsung engineers to integrate certain

6 technologies into a single portable electronic device.  This information is confidential and

7 proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed

8 under seal.  The reasons why each portion of the excerpt should be sealed are explained in the

9 table below and a proposed redacted version of the excerpt is attached as Exhibit 3.

10        **Docket No. 1013**

11        5.      Exhibit No. 3 to the Kramer Declaration is an excerpt from Samsung's

12 Supplemental Objections and Responses to Apple's Sixteenth Set of Interrogatories (No. 81),

13 which Samsung has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under

14 the Protective Order.  The portions of the excerpt that Samsung requests be sealed contain

15 sensitive information relating to the structure and operation of the touchscreen panels, touchscreen

16 controllers, and integrated circuits of the Samsung accused products.  This information is

17 confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it

18 were not filed under seal.  The reasons why each portion of the excerpt should be sealed are

19 explained in the table below and a proposed redacted version of the excerpt is attached as Exhibit

20 4.

21        6.      Exhibit No. 4 to the Kramer Declaration is an excerpt from Samsung's Second

22 Supplemental Objections and Responses to Apple's Sixteenth Set of Interrogatories (No. 81),

23 which Samsung has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under

24 the Protective Order.  The portions of the excerpt that Samsung requests be sealed contain

25 sensitive information relating to the structure and operation of the touchscreen panels, touchscreen

26 controllers, and integrated circuits of the Samsung accused products.  This information is

27 confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it

28 were not filed under seal.  The reasons why each portion of the excerpt should be sealed are

KANG DECLARATION IN SUPPORT OF APPLE'S ADMIN. MOTIONS TO FILE UNDER SEAL

explained in the table below and a proposed redacted version of the excerpt is attached as Exhibit 5.

7.      Exhibit No. 10 to the Kramer Declaration is an excerpt from the Rebuttal Expert Report of Stephen Gray Regarding Non-Infringement of Asserted Claims of U.S. Patent Nos. 7,844,915 and 7,864,163, which Samsung has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of the excerpt that Samsung requests be sealed contain sensitive information relating to the operation of the touchscreens of Samsung's accused products, including specific source code modules which execute certain functions when the accused products receive user input.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why each portion of the excerpt should be sealed are explained in the table below and a proposed redacted version of the excerpt is attached as Exhibit 6.

8.      Exhibit C to the Maharbiz Declaration is a document produced by Samsung in this litigation bearing Bates labels beginning SAMNDCA10903768, and with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.  This document contains highly confidential business information of a Samsung supplier, Atmel, Corp. ("Atmel"), including detailed information concerning the structure and operation of the touchscreens of Samsung's accused products.  The information contained in this document is confidential and proprietary, and could be used by competitors to the disadvantage of Samsung and Atmel if it were not filed under seal.  The reasons why this document should be filed under seal are explained in the table below.

9.      Exhibit D to the Maharbiz Declaration is a document produced by third-party Atmel in this litigation bearing Bates labels beginning ATMEL-SAMSUNG00000287, and with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  It contains detailed information concerning the structure and operation of the touchscreens of Samsung's accused products.  The information contained in this document is confidential and proprietary, and could be used by competitors to the disadvantage of Samsung and Atmel if it

1  were not filed under seal.  The reasons why this document should be filed under seal are explained

2  in the table below.

3            10.  Exhibit L to the Maharbiz Declaration is a document produced by Samsung in this

4  litigation bearing Bates labels beginning SAMNDCA10890091, and with the designation

5  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.   The

6  portions of the document that Samsung requests be sealed contain highly sensitive information

7  concerning Samsung's strategies in expanding the market for touchscreen devices, as well as

8  Samsung's actual and projected sales of devices with capacitive and resistive touchscreen

9  panels.  The information contained in this document is confidential and proprietary to Samsung,

10  and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons

11  why each portion of the document should be sealed are explained in the table below and a

12  proposed redacted version of the document is attached as Exhibit 7.

13            11.  Exhibit M to the Maharbiz Declaration is a document produced by Samsung in this

14  litigation bearing Bates labels beginning SAMNDCA10903827, and with the designation

15  HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.  This

16  document contains highly confidential business information of Atmel, including detailed

17  information concerning the structure and operation of the touchscreens of Samsung's accused

18  products.  The information contained in this document is confidential and proprietary, and could

19  be used by competitors to the disadvantage of Samsung and Atmel if it were not filed under seal.

20  The reasons why this document should be filed under seal are explained in the table below.

21            12.  Exhibit N to the Maharbiz Declaration is a document produced by Samsung in this

22  litigation bearing Bates labels beginning SAMNDCA10765465, and with the designation

23  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  This

24  document contains sensitive information concerning the touchscreen panels manufactured by

25  Atmel and incorporated into certain Samsung products, including information relating to the

26  structure and operation of those touchscreen panels, advantages over competitors' products, and

27  Atmel's manufacturing and quality control processes.  The information contained in this document

28  is confidential and proprietary, and could be used by competitors to the disadvantage of Samsung

1   and Atmel if it were not filed under seal.  The reasons why this document should be filed under

2   seal are explained in the table below.

3          13.     Exhibit O to the Maharbiz Declaration is a document produced by Samsung in this

4   litigation bearing Bates labels beginning SAMNDCA10765465, and with the designation

5   HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.   The

6   portions of the document that Samsung requests be sealed contain highly sensitive financial data

7   relating to Samsung's material costs and internal analysis of component costs in the marketplace.

8   This information is confidential and proprietary to Samsung, and could be used to its disadvantage

9   by competitors if it were not filed under seal.  The reasons why each portion of the document

10  should be sealed are explained in the table below and a proposed redacted version of the document

11  is attached as Exhibit 8.

12         14.     Exhibit S to the Maharbiz Declaration is a document produced by Samsung in this

13  litigation bearing Bates labels beginning SAMNDCA10765465, and with the designation

14  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.   The

15  portions of the document that Samsung requests be sealed contain confidential, non-public

16  information concerning the technical specifications of tablet products, including unreleased

17  products.  This information is confidential and proprietary to Samsung, and could be used to its

18  disadvantage by competitors if it were not filed under seal.  The reasons why each portion of the

19  document should be sealed are explained in the table below and a proposed redacted version of the

20  document is attached as Exhibit 9.

21         **Docket No. 1020**

22         15.     Exhibit No. 22 to the Bartlett Declaration is a document produced by Samsung in

23  this litigation bearing Bates labels beginning SAMNDCA00515899, and with the designation

24  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The

25  portions of the document that Samsung requests be sealed contain confidential information

26  concerning the design and development process that led to the Samsung accused products, and

27  non-public financial information, including specific information about design, marketing, and

28  pricing strategy.  This information is confidential and proprietary to Samsung, and could be used

1  to its disadvantage by competitors if it were not filed under seal.  The reasons why each portion of

2  the document should be sealed are explained in the table below and a proposed redacted version of

3  the document is attached as Exhibit 10.

4        16.    Exhibit No. 30 to the Bartlett Declaration consists of excerpts from the May 4,

5  2012 deposition transcript of Stephen Gray.  Samsung has designated the transcript HIGHLY

6  CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of the

7  excerpts that Samsung requests be sealed contain highly sensitive information relating to the

8  operation of the touchscreens of Samsung's accused products, including specific source code

9  modules which execute certain functions when the accused products receive user input.  This

10  information is confidential and proprietary to Samsung, and could be used to its disadvantage by

11  competitors if the excerpts were not filed under seal.  The reasons why each portion of the

12  excerpts should be sealed are explained in the table below and a proposed redacted version of the

13  excerpts is attached as Exhibit 11.

14        17.    Exhibit No. 36 to the Bartlett Declaration consists of excerpts from the February

15  29, 2012 deposition transcript of Seog Guen Kim, taken in ITC Investigation No. 337-TA-796

16  ("796 Investigation").  Samsung has designated the transcript CONFIDENTIAL BUSINESS

17  INFORMATION under the protective order in place in the 796 Investigation.  The portions of the

18  excerpts that Samsung requests be sealed contain confidential information concerning Samsung

19  products which have not yet been released in the United States, as well as design guidelines which

20  Samsung currently applies in the process of designing products which have not yet been released

21  to the public.  This information is confidential and proprietary to Samsung, and could be used to

22  its disadvantage by competitors if the excerpts were not filed under seal.  The reasons why each

23  portion of the excerpts should be sealed are explained in the table below and a proposed redacted

24  version of the excerpts is attached as Exhibit 12.

25        18.    Exhibit No. 39 to the Bartlett Declaration consists of excerpts from the March 2,

26  2012 deposition transcript of Seog Guen Kim, taken in the 796 Investigation.  Samsung has

27  designated the transcript CONFIDENTIAL BUSINESS INFORMATION under the protective

28  order in place in the 796 Investigation.   The portions of the excerpts that Samsung requests be

1   sealed contain confidential information concerning products which have not yet been released in

2   the United States, as well as design guidelines which Samsung currently applies in the process of

3   designing products which have not yet been released to the public.  This information is

4   confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

5   the excerpts were not filed under seal.  The reasons why each portion of the excerpts should be

6   sealed are explained in the table below and a proposed redacted version of the excerpts is attached

7   as Exhibit 13.

8           19.     Exhibit No. 43 to the Bartlett Declaration consists of excerpts from the January 11,

9   2012 deposition transcript of Bo-Ra Kim.  Samsung has designated the transcript HIGHLY

10  CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of the

11  excerpts that Samsung requests be sealed contain confidential information regarding alternative

12  designs considered by Samsung during the design and product planning processes leading to the

13  release of Samsung's Infuse 4G product.  Samsung has not implemented these designs in a

14  commercially released product, but may do so in the future.  This information is therefore

15  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

16  the excerpts were not filed under seal.  The reasons why each portion of the excerpts should be

17  sealed are explained in the table below and a proposed redacted version of the excerpts is attached

18  as Exhibit 14.

19          20.     Exhibit No. 44 to the Bartlett Declaration consists of excerpts from the February 8,

20  2012 deposition transcript of Hangil Song.  Samsung has designated the transcript HIGHLY

21  CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of the

22  excerpts that Samsung requests be sealed contain confidential information concerning alternative

23  designs considered by Samsung during the design and development process leading up to the

24  release of Samsung's Galaxy Prevail product.  Samsung has not yet implemented these alternative

25  designs into released products, but may do so in the future.  This information is therefore

26  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

27  the excerpts were not filed under seal.  The reasons why each portion of the excerpts should be

28

1   sealed are explained in the table below and a proposed redacted version of the excerpts is attached

2   as Exhibit 15.

3          21.    Exhibit No. 70 to the Bartlett Declaration is a document produced by Samsung in

4   this litigation bearing Bates labels beginning SAMNDCA00201771, and with the designation

5   HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The

6   document contains detailed information concerning Samsung's review of numerous features or

7   functions of the Galaxy Tab 10.1, including specific source code and software applications, as

8   well as analysis and suggestions for improving those features and alternative ways of executing

9   certain functions.  This information is confidential and proprietary to Samsung, and could be used

10  to its disadvantage by competitors if it were not filed under seal.  The reasons why this document

11  should be filed under seal are included in the table below.

12         22.    Exhibit Nos. 73 and 74 to the Bartlett Declaration are documents produced by

13  Samsung in this litigation bearing Bates labels beginning SAMNDCA10851706 and

14  SAMNDCA10850604, respectively, and with the designation HIGHLY CONFIDENTIAL-

15  ATTORNEYS' EYES ONLY under the Protective Order.  The portions of these documents that

16  Samsung requests be sealed contain confidential information concerning strategies and proposals

17  regarding the design and development of technical features of Samsung's products, as well as the

18  specific source code files and algorithms used to implement those features.  This information is

19  confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if

20  these documents were not filed under seal.  The reasons why each portion of each document

21  should be sealed are explained in the table below and proposed redacted versions of these

22  documents are attached as Exhibits 16 and 17.

23         **Docket No. 1022**

24         23.    Exhibit No. 31 to the Bressler Declaration is a document produced by Samsung in

25  this litigation bearing Bates labels beginning SAMNDCA10809734, and with the designation

26  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.   The

27  portions of the document that Samsung requests be sealed contain confidential information

28  concerning Samsung's design philosophy, guidelines and strategies for implementing that

KANG DECLARATION IN SUPPORT OF APPLE'S ADMIN. MOTIONS TO FILE UNDER SEAL

1  philosophy in smartphone products, as well as numerous designs which have not yet been

2  implemented in commercially released products.  This information is confidential and proprietary

3  to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.

4  The reasons why each portion of this document should be sealed are explained in the table below

5  and a proposed redacted version of this document is attached as Exhibit 18.

6          24.     Exhibit No. 36 to the Bressler Declaration is a document produced by Samsung in

7  this litigation bearing Bates labels beginning SAMNDCA10131459, and with the designation

8  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The

9  portions of the document that Samsung requests be sealed contain confidential information

10  regarding alternative designs considered by Samsung during the design and product planning

11  processes leading to the release of Samsung's Sidekick product.  Samsung has not implemented

12  these designs in a commercially released product, but may do so in the future.  This information is

13  therefore confidential and proprietary to Samsung, and could be used to its disadvantage by

14  competitors if it were not filed under seal.  The reasons why each portion of this document should

15  be sealed are explained in the table below and a proposed redacted version of this document is

16  attached as Exhibit 19.

17          25.     Exhibit No. 37 to the Bressler Declaration is a document produced by Samsung in

18  this litigation bearing Bates labels beginning SAMNDCA00530405, and with the designation

19  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The

20  portions of the document that Samsung requests be sealed contain confidential information

21  regarding the design and development process and non-public financial information, including

22  Samsung's design strategy, past performance, future projections, and specific pricing strategy.

23  This information is confidential and proprietary to Samsung, and could be used to its disadvantage

24  by competitors if it were not filed under seal.  The reasons why each portion of this document

25  should be sealed are explained in the table below and a proposed redacted version of this

26  document is attached as Exhibit 20.

27          26.     Exhibit No. 38 to the Bressler Declaration is a document produced by Samsung in

28  the 796 Investigation bearing Bates labels beginning S-ITC-007849424, and with the designation

CONFIDENTIAL BUSINESS INFORMATION pursuant to the protective order in place in the 796 Investigation.  The portions of the document that Samsung requests be sealed contain highly sensitive financial data concerning Samsung's Galaxy S product, including actual and projected sales volumes and profits, as well as Samsung's marketing strategy for the Galaxy S.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why each portion of this document should be sealed are explained in the table below and a proposed redacted version of this document is attached as Exhibit 21.

27.     Exhibit Nos. 67 and 68 to the Bressler Declaration are documents produced by Samsung in this litigation with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order.  The documents consist of images of alternative designs considered by Samsung during the design and development process leading to the release of certain of the accused products.  Samsung has not yet implemented these designs in released products, but may do so in the future.   The information conveyed by these images is therefore confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if these documents were not filed under seal.  The reasons why these documents should be sealed are explained in the table below.

28.     Exhibit No. 70 to the Bressler Declaration is a document produced by Samsung in this litigation bearing Bates labels beginning SAMNDCA10131459, and with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  This document is a duplicate of Exhibit No. 36 to the Bressler Declaration and should therefore be partially sealed for the same reasons.  (*See* ¶ 24, *supra*, Ex. 19).

29.     Exhibit No. 72 to the Bressler Declaration is a document produced by Samsung in this litigation bearing Bates labels beginning SAMNDCA10808682, and with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of the document that Samsung requests be sealed contain confidential information regarding the design and development process and non-public financial information, including Samsung's design strategy, past performance, future projections, and specific pricing strategy.

1  This information is confidential and proprietary to Samsung, and could be used to its disadvantage

2  by competitors if it were not filed under seal.  The reasons why each portion of this document

3  should be sealed are explained in the table below and a proposed redacted version of this

4  document is attached as Exhibit 22.

5       30.     Exhibit No. 94 to the Bressler Declaration consists of images of alternative designs

6  considered by Samsung during the design and development process leading to the release of

7  certain of the accused Samsung products.  Samsung has not yet implemented these designs in

8  released products, but may do so in the future.  The information conveyed by these images, which

9  Samsung has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the

10  Protective Order, is therefore confidential and proprietary to Samsung, and could be used to its

11  disadvantage by competitors if it were not filed under seal.  The reasons why this document should

12  be sealed are explained in the table below.

13       **Docket No. 1023**

14       31.     Exhibit No. 1 to the Winer Declaration is the Expert Report of Russell S. Winer.

15  This document quotes, references, or describes documents produced by Samsung in this litigation

16  with the designation HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the

17  Protective Order.  The portions of the document that Samsung requests be sealed reveal the

18  contents of consumer studies and market research conducted by or on behalf of Samsung, as well

19  as executive-level meetings relating to the design and development of Samsung's products.  This

20  information is confidential and proprietary to Samsung, and could be used by competitors to the

21  detriment of Samsung if this document is not filed under seal.  The reasons why each portion of

22  this document should be sealed are explained in the table below and a proposed redacted version

23  of this document is attached as Exhibit 23.

24       **Docket No. 1024**

25       32.     Exhibit No. 1 to the Singh Declaration is the Expert Report of Karan Singh, Ph.D.

26  Regarding Infringement of U.S. Patent Nos. 7,864,163 and 7,853,891, which Samsung has

27  designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.

28  The portions of the document that Samsung requests be sealed contain highly sensitive

1    information relating to the operation of the touchscreens and graphical user interfaces of

2    Samsung's accused products, including specific source code modules which execute certain

3    functions when the accused products receive user input.  This information is confidential and

4    proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed

5    under seal.  The reasons why each portion of this document should be sealed are explained in the

6    table below and a proposed redacted version of this document is attached as Exhibit 24.

7          33.    Exhibit No. 8 to the Singh Declaration is an infringement claim chart for U.S.

8    Patent No. 7,844,915 against the Galaxy Tab 10.1 and has been designated HIGHLY

9    CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.   The portions of the

10   document that Samsung requests be sealed contain highly sensitive information relating to the

11   operation of the touchscreens and graphical user interfaces of Samsung's Galaxy Tab 10.1,

12   including specific source code modules which execute certain functions when the product receives

13   user input.  This information is confidential and proprietary to Samsung, and could be used to its

14   disadvantage by competitors if it were not filed under seal.  The reasons why each portion of this

15   document should be sealed are explained in the table below and a proposed redacted version of

16   this document is attached as Exhibit 25.

17         34.    Exhibit B to the Musika Declaration consists of tables and notes prepared by

18   Apple's damages expert based on documents produced by Samsung in this litigation with the

19   designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective

20   Order.  The tables and notes contain Samsung's highly sensitive, non-public financial information,

21   including specific information about the number of Samsung accused products sold and the market

22   shares of the same.  This information is confidential and proprietary to Samsung, and could be

23   used to its disadvantage by competitors if it were not filed under seal.  The reasons why the

24   entirety of this document should be filed under seal are explained in the table below.

25         35.    Exhibit F to the Musika Declaration consists of a table and notes prepared by

26   Apple's damages expert based on documents produced by Samsung in this litigation with the

27   designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective

28   Order.  The table and notes contain Samsung's highly sensitive, non-public financial information,

including specific information about the number of Samsung accused products sold, Samsung's revenue, cost of goods sold, and profits.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why the entirety of this document should be filed under seal are explained in the table below.

36.     Exhibit G to the Musika Declaration consists of a table and notes prepared by Apple's damages expert based on documents produced by Samsung in this litigation with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The table and notes contain Samsung's highly sensitive, non-public financial information, including specific information about the number of Samsung accused products sold, Samsung's revenue, cost of goods sold, and profits.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why the entirety of this document should be filed under seal are explained in the table below.

37.     Exhibit H to the Musika Declaration consists of tables prepared by Apple's expert based, in part, on documents produced by Samsung in this litigation with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The tables contain confidential information about the design and development process regarding certain Samsung accused products.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons why the entirety of this document should be filed under seal are explained in the table below.

38.     Exhibit K to the Musika Declaration consists of excerpts of a document produced by Samsung in this litigation bearing Bates labels beginning SAMNDCA11104115, and with the designation HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The portions of the document that Samsung requests be sealed contain confidential information regarding the development of certain Samsung accused products, including specific information about features strategy.  This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.  The reasons

KANG DECLARATION IN SUPPORT OF APPLE'S ADMIN. MOTIONS TO FILE UNDER SEAL

1    why each portion of this document should be sealed are explained in the table below and a

2    proposed redacted version of this document is attached as Exhibit 26.

3         39.    Exhibit L to the Musika Declaration is a document produced by Samsung in this

4    litigation bearing Bates labels beginning SAMNDCA00525347, and with the designation

5    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.  The

6    portions of this document that Samsung requests be sealed contain confidential information

7    concerning strategies for the design and development of technical features included in certain

8    Samsung products.  This information is confidential and proprietary to Samsung, and could be

9    used to its disadvantage by competitors if these documents were not filed under seal.  The reasons

10   why each portion of this document should be sealed are explained in the table below and a

11   proposed redacted version of this document is attached as Exhibit 27.

12        40.    The limited portions of the Musika Declaration that Samsung requests be sealed

13   discuss the information described in paragraphs 35, 36, 38, and 39, above.  This information is

14   confidential and proprietary to Samsung, and the Declaration should be sealed for the same

15   reasons as described above.  A proposed redacted version of the Declaration is attached as Exhibit

16   28.

17        41.    The following table describes the reasons why each portion of each document

18   Samsung requests be sealed should be sealed.

19

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| 925 | Selwyn Decl., Ex. 10 | p. 56 | Confidential Samsung information relating to the efforts of Samsung engineers to integrate certain technologies into a single portable electronic device. |
| | Selwyn Decl., Ex. 17 | pp. 4-9 | Confidential Samsung information relating to valuations of Samsung's patented technologies. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Selwyn Decl., Ex. 22 | p. 92 | Confidential Samsung information relating to the efforts of Samsung engineers to integrate certain technologies into a single portable electronic device. |
| 1013 | Kramer Decl., Ex. 3 | p. 6 | Confidential Samsung information regarding the structure and operation of the touchscreen panels, touchscreen controllers, and integrated circuits of certain of the Samsung accused products. |
| | Kramer Decl., Ex. 4 | pp. 6-8 | Confidential Samsung information regarding the structure and operation of the touchscreen panels, touchscreen controllers, and integrated circuits of certain of the Samsung accused products. |
| | Kramer Decl., Ex. 10 | pp. 9, 14-16 | Confidential Samsung information regarding operation of the touchscreens of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
| | Maharbiz Decl., Ex. C | Bates Nos. -768-83 | Confidential Samsung information regarding structure and operation of the touchscreens of certain Samsung accused products. |
| | Maharbiz Decl., Ex. D | Bates Nos. -286-301 | Confidential Samsung information regarding the structure and operation of the touchscreens of certain Samsung accused products. |
| | Maharbiz Decl., Ex. L | Bates No. -095-96, -098 | Confidential Samsung information regarding Samsung's strategies in expanding the market for touchscreen devices, as well as Samsung's actual and projected sales of devices with capacitative and resistive touchscreen panels. |
| | Maharbiz Decl., Ex. M | Bates Nos. -827-70 | Confidential Samsung information regarding the structure, operation and capabilities of the touchscreen panels manufactured by Atmel and incorporated into certain Samsung products, as well as the circuitry and controller chips comprising those touchscreen panels. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Maharbiz Decl., Ex. N | Bates Nos. -465-66 | Confidential Samsung information regarding the touchscreen panels manufactured by Atmel and incorporated into certain Samsung products, including information relating to the structure and operation of those touchscreen panels, advantages over competitors' products, and Atmel's manufacturing and quality control processes. |
| | Maharbiz Decl., Ex. O | Bates Nos. -873, -883 | Confidential Samsung financial data relating to Samsung's materials costs and internal analysis of component costs in the marketplace. |
| | Maharbiz Decl., Ex. S | Bates Nos. -931, -932, -934 | Confidential Samsung information regarding the non-public technical specifications of tablet products, including unreleased products. |
| 1020 | Bartlett Decl., Ex. 22 | Bates Nos. -899-902, -904-09 | Confidential Samsung information regarding specific design, pricing, and marketing strategy. |
| | Bartlett Decl., Ex. 30 | pp. 38-53 | Confidential Samsung information regarding the operation of the touchscreens of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
| | Bartlett Decl., Ex. 36 | pp. 76-81, 87-90 | Confidential Samsung information regarding products which have not yet been released in the United States, as well as design guidelines which Samsung currently applies in the process of designing products which have not yet been released to the public. |
| | Bartlett Decl., Ex. 39 | pp. 151-52, 169-70 | Confidential Samsung information regarding products which have not yet been released in the United States, as well as design guidelines which Samsung currently applies in the process of designing products which have not yet been released to the public. |
| | Bartlett Decl., Ex. 43 | pp. 89-90 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and product planning processes leading to the release of Samsung's Infuse 4G product. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Bartlett Decl., Ex. 44 | p. 80 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading up to the release of Samsung's Galaxy Prevail product. |
| | Bartlett Decl., Ex. 70 | Bates Nos. -771-80 | Confidential Samsung information regarding Samsung's review of numerous features or functions of the Galaxy Tab 10.1, including specific source code and software applications, as well as analysis and suggestions for improving those features and alternative ways of executing certain functions. |
| | Bartlett Decl., Ex. 73 | Bates Nos. -706-07 | Confidential Samsung information regarding strategies and proposals regarding the design and development of technical features of certain Samsung products, as well as the specific source code files and algorithms used to implement those features. |
| | Bartlett Decl., Ex. 74 | Bates Nos. -604-06 | Confidential Samsung information regarding strategies and proposals regarding the design and development of technical features of certain Samsung products, as well as the specific source code files and algorithms used to implement those features. |
| 1022 | Bressler Decl., Ex. 31 | Bates Nos. -734, -737-79, -783, -788-89, -790, -796, -799, -800, -803, -810-12, -814-21, -823-28, -834-37, -839, -841, -843-45, -847, -851-58, -859-69 | Confidential Samsung information regarding Samsung's design philosophy, guidelines and strategies for implementing that philosophy in smartphone products, as well as numerous designs which have not yet been implemented in commercially released products. |

KANG DECLARATION IN SUPPORT OF APPLE'S ADMIN. MOTIONS TO FILE UNDER SEAL

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Bressler Decl., Ex. 36 | Bates Nos. -460, -462, -470-73, -475, -476-97, -499-525, -527-60 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and product planning processes leading to the release of Samsung's Sidekick product. |
| | Bressler Decl., Ex. 37 | Bates Nos. -409-13, -416-18, -420, -424-32, -434, -440-41, -443, -489 | Confidential Samsung information regarding design strategy, past financial performance, future financial projections, and specific pricing strategy. |
| | Bressler Decl., Ex. 38 | Bates Nos. -464-67 | Confidential Samsung information regarding Samsung's Galaxy S product, including actual and projected sales volumes and profits, as well as Samsung's marketing strategy for the Galaxy S. |
| | Bressler Decl., Ex. 67 | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading to the release of certain Samsung accused products. |
| | Bressler Decl., Ex. 68 | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading to the release of certain Samsung accused products. |
| | Bressler Decl., Ex. 70 | Bates Nos. -460, -462, -470-73, -475, -476-97, -499-525, -527-60 | Confidential Samsung information regarding alternative designs considered by Samsung during the design and product planning processes leading to the release of Samsung's Sidekick product. |

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Bressler Decl., Ex. 72 | Bates Nos. -689, -698, -700-04, -707-08, -710, -712-14, -716-23, -725-27, -729-35, -737-40, -742-53, -755-58 | Confidential Samsung information regarding alternative designs, design strategy, and non-public financial information, including past performance, future projections, and pricing strategy. |
| | Bressler Decl., Ex. 94 | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding alternative designs considered by Samsung during the design and development process leading to the release of certain Samsung accused products. |
| 1023 | Winer Decl., Ex. 1 | pp. 48, 53-54, 58, 60-64, 66-67, 73 | Confidential Samsung information regarding consumer studies and market research conducted by or on behalf of Samsung, as well as executive-level meetings relating to the design and development of Samsung's products. |
| 1024 | Singh Decl., Ex. 1 | pp. 85-86, 88-89, 91-99, 103-04, 108-10, 121-22 | Confidential Samsung information regarding the operation of the touchscreens and graphical user interfaces of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
| | Singh Decl., Ex. 8 | pp. 2-10, 12, 16, 25 | Confidential Samsung information regarding the operation of the touchscreens and graphical user interfaces of certain Samsung accused products, including specific source code modules which execute certain functions when the accused products receive user input. |
| | Musika Decl., Ex. B | Seal in entirety (document not Bates labeled) | Highly confidential non-public Samsung financial data, including specific information regarding units of products sold and market share. |

KANG DECLARATION IN SUPPORT OF APPLE'S ADMIN. MOTIONS TO FILE UNDER SEAL

| Dkt. No. | Document | Pages with Redactions | Reasons for Sealing |
|---|---|---|---|
| | Musika Decl., Ex. F | Seal in entirety (document not Bates labeled) | Highly confidential non-public Samsung financial data, including specific information regarding units of products sold, revenue, cost of goods sold, and profits. |
| | Musika Decl., Ex. G | Seal in entirety (document not Bates labeled) | Highly confidential non-public Samsung financial data, including specific information regarding units of products sold, revenue, cost of goods sold, and profits. |
| | Musika Decl., Ex. H | Seal in entirety (document not Bates labeled) | Confidential Samsung information regarding the design and development process for certain accused Samsung products. |
| | Musika Decl., Ex. K | Bates No. -138 | Confidential Samsung information regarding the development of certain Samsung accused products, including specific information about features strategy. |
| | Musika Decl., Ex. L | Bates Nos. -347-48 | Confidential Samsung information regarding the design and development of technical features included in certain Samsung accused products. |
| | Musika Decl. | pp. 6-7 | Confidential Samsung information regarding confidential, non-public financial information and information regarding the development of features. |

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.  Executed this 27th day of June, 2012, in Suwon, South Korea.

_____
Hankil Kang

Case No. 11-cv-01846-LHK (PSG)
KANG DECLARATION IN SUPPORT OF APPLE'S ADMIN. MOTIONS TO FILE UNDER SEAL