# KANG DECLARATION EXHIBIT 7

# Exhibit L
# (Submitted Under Seal)

Doosung Choi

255 S. Grand Ave. Apt 1101
Los Angeles, CA 90012

(310) 850-2612
mchoi31@gmail.com

March 19, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA10890091, SAMNDCA10890093, SAMNDCA10890094, SAMNDCA10890095,
and SAMNDCA10890097
of the document with the beginning Bates number SAMNDCA SAMNDCA10890091
is an accurate and complete rendering of the contents of the source document to the best of my
knowledge, except for the word "TRANSLATION" at the upper right corner of each translated
page.  I further certify that I translated said document and that I am fluent in both Korean and
English.

BY:

_____
Doosung Choi

# Mobile Communications Division Future TSP Management Strategy

2009. 10. 20

**Platform Development Team
Visual Part**

Highly Confidential - Attorneys' Eyes Only            SAMNDCA10890091

1

# TSP Technology Trend

**TSP Response Strategy**

▶ **Global TSP Trends**



**Expansion Centered Around C-Type**

- **R-Type Domniant → Increase in Proportion of C-Type**
  **(Superior optical properties and reliability)**

- **On-Cell Touch → First commercialization in 2010**
  **(10 % share in 2013)**

**LCD Companies' Entrance Becoming Visible**



**Current Status of Competitors Using TSP**  TSP Response Strategy

### Competitor TSP Trends

**Touch Phones are mainly released by X Company, A company, H Company and R Company.**

※ **N Company released only 2 models**

**N Company**

Main Model: Xpress 5800
LCD size: 3.2"
Touch: R-type

Main Supplier: Nissha (Japan)

- Currently, only released R-type TSP products
- C-type TSP model "X6" scheduled for release → Synaptics chip used
- In the future proceed with both C-type and R-type in parallel

**A Company**

Main Model: I-Phone
LCD size: 3.5"
Touch: C-type

Main Supplier: TPK (Taiwan)
                Wintek (China)

- Acquired Finger Works business in 2006
  Proceeding strategically with C-type
  → Using exclusive IC
- Continuing to use [TSP] ever since iPhone 2G

**X Company**

Main Model: Blaxklabel4
LCD size: 4.0"
Touch: C-type

Main Supplier: Hitachi
                ELK (Korea)

- Focused mainly on conventional R-type TSP
  → Transition to C-type TSP in progress
  : Emphasis on improved optical properties
  → Synaptics, Cypress, Melfas IC currently used

**Our Company TSP Progress Plan** — **TSP Response Strategy**



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10890095

5



# 무선사업부 향후 TSP 운영 전략

2009. 10. 20

Platform 개발팀
Visual Part

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10890091

| 순서 | TSP 운영 전략 |

1. TSP 기술 Trend
2. TSP 적용 경쟁사 현황
3. 당사 진행 방안
    - 당사 기본 진행 案
    - 당사 C/R-TSP 운영 전략
    - 당사 기술 운영 전략
    - 당사 향후 대응 전략

2

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10890092



Highly Confidential - Attorneys' Eyes Only

3

SAMNDCA10890093



Highly Confidential - Attorneys' Eyes Only

4

SAMNDCA10890094



Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10890095

5



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only			SAMNDCA10890097



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10890098

# Thank you...

9

Highly Confidential - Attorneys' Eyes Only           SAMNDCA10890099