# KANG DECLARATION EXHIBIT 8

# Exhibit O
# (Submitted Under Seal)



# APPLE IPAD 분석 보고서

2010. 4. 30
개발실 개발관리팀

무선 개발실 개발관리팀

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10281869

1



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10281870



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281871



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281872



Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10281873

## 2. Cost Analysis - 2

[ 재료비 상세내역 ]

| 모델명 | | Apple iPad (WiFi) - 16GB | | Apple iPad (3G,WiFi) - 16GB |
|---|---|---|---|---|
| | | 구매팀 검토 | Isuppli 검토 | |
| 사진 | | - 242.8×189.7×13.4mm, 680g<br>- 16GB, Wi-Fi, BT | | - 242.8×189.7×13.4mm, 730g<br>- 16GB, 3G, Wi-Fi, BT, GPS |
| 출시월 | | '10.04 | | '10.05 |
| 판가(TP) | | $499 | | $629 |
| 재료비(3Q 예상) | | $282.29 (56.58%) | $250.6 (50.22%) | $317.31 (50.45%) |
| 반도체 RF | AP | A4,1GHz ($15 / Apple) | $19.5 | A4,1GHz ($15 / Apple) |
| | MCP | 2Gb ($6.7 / SEC)<br>NOR Flash 8Mb ($0.8 / ATMEL)<br>16GB MOVINAND, 32n ($25.5 / SEC) | $7.3<br>$29.5 | 2Gb ($6.7 / SEC)<br>NOR Flash 8Mb ($0.8 / ATMEL)<br>16GB MOVINAND, 32n ($25.5 / SEC)<br>128M+128M,NOR+DDR ($2.76 / SEC) |
| | B/B | - | - | X-Gold, HSDPA ($16.58 / Infineon) |
| | BT/WiFi | BCM4329,Discrete ($3.85 / Broadcom) | - | BCM4329, Discrete ($3.85 / Broadcom) |
| | GPS | - | - | PMB2525 추정 ($1.28 / Infineon) |
| | 기타 | $14.76 | - | $26.34 |
| | 소계 | $66.61 | - | $98.80 |
| Display | LCD | TFT 9.7", XGA ($75.05/LCD총괄) | $65 | TFT 9.7", XGA($75.05 / LCD총괄) |
| | TSP | 9.7" C-TSP, ITO Glass ($57 / Wintek) | $30 | 9.7" C-TSP, ITO Glass ($57 / Wintek) |
| | Cont roller | BCM5973,BCM5974 ($ 4.28 / Bradcom)<br>CD3240A ($0.95 / TI) | $3.7<br>$1.8 | BCM5973,BCM5974 ($ 4.28 / Bradcom)<br>CD3240A ($0.95 / TI) |
| | Camera | - | - | - |
| | 소계 | $137.28 | $100.5 | $137.28 |
| 전기물 | Battery | 3300mAh 2EA + Smart Module ($13.21) | $21 | 3300mAh 2EA + Smart Module ($13.21) |
| | TA,Cable | 5V,2A, 30Pin ($5.225), 30Pin cable ($1.5) | - | 5V, 2A, ($5.225), 30Pin cable ($1.5) |
| | PCB | 10층, 111.3×81 ($4.28 / Compeq)<br>5층, 30×185 FPCB ($5.32) | - | 10층, 111.3×81($4.28 / Compeq)<br>5층, 30×185 FPCB ($5.32)<br>3G Module PCB ($1.33) |
| | 기타 | $10.53 | - | $11.52 |
| | 소계 | $40.07 | - | $42.39 |
| 기구물 | Spec | - Front : 이중사출,무도장<br>- Bracket : 無<br>- Rear : Al 단조, 아노다이징, CNC, 용접 | Rear case<br>$10.5 | - Front : 이중사출,무도장<br>- Bracket : 無<br>- Rear(Al단조, 아노다이징, CNC, 용접) + Deco Rear(사출, 도장) |
| | 소계 | $38.34 | | $38.84 |

무선 개발실 개발관리팀

6



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281875



Highly Confidential - Attorneys' Eyes Only            SAMNDCA10281876

8



Highly Confidential - Attorneys' Eyes Only                                SAMNDCA10281877



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10281878



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281879



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281880



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281881



Highly Confidential - Attorneys' Eyes Only                           SAMNDCA10281882

14

## 4. Spec. Compare To P1

| 모델명 | Samsung GT-P1000 | Apple iPad |
|---|---|---|
| 사 진 | | |
| 출시일 | 2010.09 | 2010.04 |
| 통신 방식 / Band | EDGE 850MHz / 900MHz / 1800MHz / 1900MHz<br>3G 900MHz / 1900MHz / 2100MHz | Wi-fi |
| Dimension | 189.9 x 121.9 x 11.45 / 390g | 189.7 x 242.8 x 13.4 / 0.68kg (0.73kg WiFi+3G) |
| B/B | PMB9801 | PMB 8878 (3G Version only) |
| A/P | SC3C110X | Apple A4 1GHz |
| LCD Main | 7.0", 1024x600 TFT | 9.7", 1024x768 TFT, IPS패널 |
| Camera | 3M AF / 1.3M | - |
| Battery | 4,000mAh | 6600mAh |
| WiFi | 802.11 b/g/n | 802.11 b/g/n |
| 기타 특징 | Android2.1, HSDPA7.2Mbps / HSUPA5.76Mbps<br>BT 3.0, 조도 / 가속 | HSDPA (3G Version only)<br>BT 2.1, 조도 / 가속 |
| 재료비 | | Wi-Fi $282.29 / 3G $317.31 |

무선 개발실 개발관리팀

15

Highly Confidential - Attorneys' Eyes Only                 SAMNDCA10281883



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10281884



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281885



Highly Confidential - Attorneys' Eyes Only	SAMNDCA10281886