# KANG DECLARATION EXHIBIT 9

# Exhibit S
# (Submitted Under Seal)



| | | 對外秘 | |
|---|---|---|---|
| | | 작성자 | Visual Part |
| **Tablet TSP 사양 비교** | | 작성일 | 2011.03.30 |

| | ITEM | | iPad | iPad2 | iPad3 |
|---|---|---|---|---|---|
| 치수 (mm) | 공급 업체 | | Wintek, TPK | Wintek, TPK | ? |
| | 구조 ( : ITO) | | GG 구조<br>Window-G 0.9 t<br>OCA 0.25 t<br>Sensor-G 0.3 t<br>IK+OC Film 0.075<br>Total 1.725t | GG 구조<br>Window-G 0.65 t<br>OCA 0.35 t<br>Sensor-G 0.4 t<br>IK+OC Film 0.075<br>Total 1.475t | GG 구조? |
| | Module 크기 | | 237×183.6 | 238×182 | |
| | LCD VA | | 198×148 | 198×148 | |
| | 인쇄BM 좌우/상하(최소) | | 17.8/19.4 (5.0/12.0) | 17.1/20.3 (5.0/12.0) | |
| 광학 특성 | TSP 투과율 | | 93.7% | 92.3% | |
| | TSP 반사율 | | 6.5% | 6.4% | |
| | SET 반사율 | | 9.1% | 8.5% | |
| 성능 사양 | IC | | BCM5974+BCM5973 | BCM5974+BCM5973 | |
| | Ch 수 | | 40 × 30 | 40 × 30 | |
| | Pitch Size | | 4.95 × 4.93m | 4.95 × 4.93 | |
| 인식 면적 | Click | | 5pi | 5pi | |
| | Drawing | | 5pi | 5pi | |
| | Linearity | | 5pi | 5pi | |
| Scan time | Idle(ms) | | 40 | 40 | |
| | Active(ms) | | 16 | 16 | |
| 소모 전류 | Idle(mA) | | | | |
| | Active(mA) | | | | |

- 1 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11003931



對外秘

무선사 Tablet LCD 사양 비교

| 작성자 | Visual Part |
| 작성일 | 2011.04.01 |

| ITEM | | |
|---|---|---|
| LCD | Size | |
| | 해상도 | |
| | PPI | |
| | 종류 | |
| | 업체 | |
| 소모전력 (Full white Image) | Total | |
| | Logic | |
| | BLU | |
| | SET 휘도 | |
| TCON 실장면적 | 면적 | |
| | X x Y | |
| | PCB 두께 | |
| | 형상 | |
| BM (A/A ~ LCD 외곽) | 상 | |
| | 하 | |
| | 좌 | |
| | 우 | |

- 2 -

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA11003932


對外秘

경쟁사 Tablet LCD 사양 비교

| 작성자 | Visual Part |
| 작성일 | 2011.04.01 |

| ITEM | | iPad | iPad2 | iPad3 |
|---|---|---|---|---|
| LCD | Size | 9.68" | 9.68" | 9.68" |
| | 해상도 | 1024 x 768 | 1024 x 768 | 2048 x 1536 |
| | PPI | 132 | 132 | 265 |
| | 종류 | TFT - PLS | TFT - PLS | TFT - PLS |
| | 업체 | LCD 사업부 LGD | LCD 사업부 | LCD 사업부 |
| 소모전력 (Full white Image) | Total | 3050mW | 3050mW | 7.55W |
| | Logic | 950mW | 950mW | 1.30W (1.1W@ w/o 효율) |
| | BLU | 2150mW | 2150mW | 6.25W (5W@w/o 효율) |
| | SET 휘도 | 360nits | 360nits | 450nits |
| TCON 실장면적 | 형상 | | | - |
| | X x Y | 173.51 x 13 | 160.50 x 13 | - |
| | 두께 | 0.8T | 0.8T | - |
| | 면적 | 2255.63 | 2086.5 | - |
| BM (A/A ~ LCD 외곽) | 상 | 5.05 (예상) | 5.05 | - |
| | 하 | 13.7 (예상) | 11.7 | - |
| | 좌 | 6.3 | 6.3 | - |
| | 우 | 7.3 | 7.3 | - |

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11003933



* 참고 : TCON B'd 형상

| Model | |
|---|---|
|  | |

- 4 -

**Highly Confidential - Attorneys' Eyes Only**                                                     **SAMNDCA11003934**