# KANG DECLARATION EXHIBIT 10

# Exhibit 22
# (Submitted Under Seal)

**From:** Seung-Jai Lee [sj2001.lee@samsung.com]
**Sent:** Wednesday, March 09, 2011 8:19 AM
**To:** 김태길
**Cc:** 현상훈; 김병수; 조재민; 김달원; 안남식; 오종성
**Subject:** Re: Re: Fwd: Re: [Rescheduling] Changes of Tablet spec

김태길차장님,

███████████ 사이즈가 아직 결정이 안된것 같습니다.

참고하세요.


------ Original Message ------
Sender : 안남식<ns.ahn@samsung.com> M6(차장)/담당차장/CDMA사업자파트(무선)/삼성전자
Date : 2011-03-09 22:07 (GMT+09:00)
Title : 법인검토의견요청_Fwd: Galaxy Tab 10.1 인치 도입 전략 관련

To : 유병길<byunggil.yoo@samsung.com> 민용기<ykmin@samsung.com> 최병희<philipchoi@samsung.com> 손대일<dale.sohn@samsung.com> 심상선<sshim@samsung.com> 현상훈<sean.hyun@samsung.com> 오종성<jongsung.oh@samsung.com> 이문철<moonchul.lee@samsung.com> 이용일<yoongil.lee@samsung.com> 변성호<iou.byun@samsung.com> 문준기<j.moon@samsung.com> 박영택<youngtaik.park@samsung.com> 정태진<tj322.chung@samsung.com> 엄윤성<joshua.eom@samsung.com> 이승재<sj2001.lee@samsung.com>

수신 : 유병길 부장 / STA
참조 : 손대일 법인장, 민용기 부장 / STA
       이용일 전무, 변성호 상무, 현상훈 부장 / 미주수출그룹
발신 : 안남식


유부장님,


금주 일요일(3/13, 오후 1시 30분) 사장님 주재 4대 사업자 개발점검회의 실시 예정이며
차주 월요일(3/14)엔 PRM 회의시 ███████████ 모델이 협의 안건으로 상정되어 있습니다.



이에따라, 금주 일요일 사장님주재 개발점검회의시 ███████ 에 대한



3/9/2011

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA00515899

영업의견 보고가 이루어져야 할 것으로 보여 집니다

동건 관련, 법인검토의견을 요청 드리오니 챙겨 주시면 고맙겠습니다

감사합니다

██████████████████████████ 구매팀에 자재발주 현황 정리 요청완료
         사장님 최종지침 확인 후 ████████████████

------- **Original Message** -------
**Sender** : 박준호<junhopark@samsung.com> M7(부장)/담당부장/북미상품기획그룹(무선)/삼성전자
**Date** : 2011-03-09 20:46 (GMT+09:00)
**Title** : Fwd: Galaxy Tab 10.1 인치 도입 전략 관련

수신: 황정욱 상무, 박병화 수석
      이용일 전무, 변성호 상무, 안남식 차장
참조: 최재구 전무, 권도현 전무, 허문기 상무
발신: 박준호 부장

██ 관련해서 새로운 변경이 발생하여 긴급하게 개발과 영업쪽에 문의를 드리고자 합니다.



3/9/2011

**Highly Confidential - Attorneys' Eyes Only**                                    SAMNDCA00515900



어려우시겠지만, 금요일까지 검토를 하셔서 일요일에 보고가 되도록 요청드립니다.
감사합니다.


------- Original Message -------
Sender : 채원철<woncheol.chai@samsung.com> 상무/그룹장/개발관리그룹(무선)/삼성전자
Date : 2011-03-09 13:35 (GMT+09:00)
Title : Re: Re: Re: Re: Re: [긴급]

조부장님

개발에서 다시 준비를 하도록 하겠읍니다.


박주하상무님, 박진영상무님

향후 판매지역 및 영업계획을 수립하여 회신해 주시기 바랍니다.
회신결과에 따라 지역개발팀을 포함한 과제를 셋업하도록 하겠읍니다.


차원철드림


------- Original Message -------
Sender : 조홍상<hongsang1@samsung.com> M7(부장)/담당부장/Europe Global Business(무선)/삼성전자
Date : 2011-03-09 11:54 (GMT+09:00)
Title : Re: Re: Re: Re: [긴급

차 상무님, 송무님 메일 받고 전마팀장 협의드렸으며 지금 전마팀장께서
구두로 하기와 같이 전달 및 공유해 달라고 하십니다.


3/9/2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00515901

██████████████████████

이상이며 필요시 사업부장님께 확인하시면 된다고 하셨습니다. 전화드리겠습니다.

감사합니다.

조홍상 올림


---원본 메시지---
발신인 : 이돈주
발신일자 : 2011/03/08  16:10 (GMT+09:00)

사장님, I-Pad II 에 대한 당사의 ██ 대한 전략을 아래와 같이 정리해 보았습니다. 결론적으로 말씀을 드리면, ████████████
████████

우선, ████████████

1. ████████████████

2. ████████████████
(마케팅팀은 새로운 소비자 명을 검토해 주시기 바랍니다.)

3. ████████████████████
████████████████████
( 이철환부사장님, 윤한길 상무님 Confirm 해 주기 바랍니다.)

둘째, 마케팅 Communication 전략은 간접적으로 ████████
████████████████ (예, 
████████████████

셋째, 시장 도입 전략은,

████████████████

████████████████

████████████████

████████████████████

3/9/2011
Highly Confidential - Attorneys' Eyes Only                                                                           SAMNDCA00515902

넷째, 3월 22일 CTIA Unpack 관련하여,

██████████████████████████████████████

상기 전략과 관련하여, 관련임원들의 의견부탁합니다.

전마팀장 배


NaRa Cho
Senior Manager
Smartphone Product Planning
Mobile Communication Division
Samsung Electronics CO., LTD.
Tel : 82-31-301-9885
Seung-Jai Lee


N.America Sales & Marketing Group
Mobile Communications Division
Digital Media & Communications Business
SAMSUNG ELECTRONICS CO.,LTD

TEL : 82-(0)31-301-2146
MP : 82-(0)10-4607-5212
email: sj2001.lee@samsung.com


------- Original Message -------
Sender : BYUNGSOO KIM<hidaniel.kim@samsung.com> M6/Senior Manager/Product Planning Group - North America/Samsung Electronics
Date : 2011-03-09 15:46 (GMT+09:00)
Title : Re: Fwd: Re: [Rescheduling] Changes of Tablet spec

오과장, 안차장님,

████████████████ 변동 없이 기존 스펙, 일정대로 진행 합니다.
악세사리에서의 혼란도 예상 되므로 초기부터 악세사리, 부자재 준비 등에서
법인과 충분히 커뮤니케이션할 수 있도록 지원 바랍니다.

3/9/2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00515903

김병수, **Daniel BS Kim**
Product Planning in Mobile Communication
**SAMSUNG ELECTRONICS CO.,LTD**
Mobile : +82 10 8997 4594
Office  : +82 31 301 1410
E-mail : Hidaniel.kim@samsung.com

------- **Original Message** -------

**Sender** : JONG SUNG OH<jongsung.oh@samsung.com> M5/Manager/North America Sales & Marketing Group/Samsung Electronics

**Date** : 2011-03-09 15:26 (GMT+09:00)

**Title** : Fwd: Re: [Rescheduling] Changes of Tablet spec

▫ 수신: Account 長
▫ 발신: 오종성 과장

Tablet 두께 변경 관련하여 신규 일정을 상품기획이 STA와 communication하고 있습니다.
가장 급한 것은 ███ 일정인 것 같습니다.

안차장님께 말씀드린 것 처럼, VZW STA Account팀과 실시간으로 두께/일정 관련 확정 사항 공유해주시기 바랍니다.

감사합니다.

------- **Original Message** -------

**Sender** : BYUNGSOO KIM<hidaniel.kim@samsung.com> M6/Senior Manager/Product Planning Group - North America/Samsung Electronics

**Date** : 2011-03-09 13:01 (GMT+09:00)

**Title** : Re: [Rescheduling] Changes of Tablet spec

The schedule is based on the global platform which is delayed 1~2 months.
As Paul and Jun elaborated, it takes a few more days to get the final schedule from US R&D team because
they also should get a rescheduled time-line from the global R&D team.
If there is a serious feedback about 1 month delaying ███████████ we may keep the original schedule without change.
HQ PPT will share the final dates ASAP.
If STA has any unexpected side effects, plz let me know.

김병수, **Daniel BS Kim**
Product Planning in Mobile Communication
**SAMSUNG ELECTRONICS CO.,LTD**
Mobile : +82 10 8997 4594

3/9/2011

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA00515904

Office : +82 31 301 1410
E-mail : Hidaniel.kim@samsung.com

------- Original Message -------

Sender : Paul Shin<yspaul.shin@samsung.com> M6/Senior Manager/Product Planning Group - North America/Samsung Electronics

Date : 2011-03-08 21:01 (GMT+09:00)

Title : Re: [Rescheduling] Changes of Tablet spec

In case of ▮▮▮▮ the schedule effect was not discussed with R&D yet, you'd better think of 'to be schedule" as an assumption.

------- Original Message -------

Sender : BYUNGSOO KIM<hidaniel.kim@samsung.com> M6/Senior Manager/Product Planning Group - North America/Samsung Electronics

Date : 2011-03-08 20:11 (GMT+09:00)

Title : [Rescheduling] Changes of Tablet spec

Team.

Below is the recent schedule of relative Tablet models changing slimmer.



3/9/2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00515905



\* Tickness can be changed after a detail H/W design.

Regards.

### 김병수, Daniel BS Kim

Product Planning in Mobile Communication
**SAMSUNG ELECTRONICS CO.,LTD**
Mobile  : +82 10 8997 4594
Office   : +82 31 301 1410
E-mail  : Hidaniel.kim@samsung.com

-------- Original Message --------
Sender : YK Yongki Min<ykmin@sta.samsung.com>
Date : 2011-03-08 01:56 (GMT+09:00)
Title : Changes of Tablet spec

Daniel/ Jongsung,

Please, provide us with final schedule of projects and implication of these changes.

Thanks
YK



3/9/2011

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00515906



**From:** Benjamin Lee [mailto:yoongil.lee@samsung.com]
**Sent:** Sunday, March 06, 2011 9:05 PM
**To:** 손대일; 오종성; 헌상훈; 민용기; 유병길
**Subject:** Fwd: [금주 중 전략 재협의] 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포

Ipad 2에 대응하려는 것 같습니다. 관련자들 배포하여 뒷 배경에 대한 이해를 가지도록 했으면 좋겠습니다.

------ Original Message ------

**Sender** : BYUNGSOO KIM<hidaniel.kim@samsung.com> M6/Senior Manager/Product Planning Group - North America/Samsung Electronics
**Date** : 2011-03-07 11:00 (GMT+09:00)
**Title** : [금주 중 전략 재협의] 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포

지난 토요일 진행된
대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록입니다.(개발관리에서 작성)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 확정 일정은 개발실 협의 결과를 기준으로
다시 공유 드리겠습니다.
수정 일정을 확정되면 이를 법인 및 Tiger TF와 공유하고,
기존 로드맵에서 치질이 예상되는 사항을 리뷰하여, 대응방안을 마련토록 영업과 협의토록 하겠습니다.
금주 금요일 상품전략회의 전까지 1차 수정안을 완료하는 것이 목표입니다.

참고하십시오.

**김병수, Daniel BS Kim**
Product Planning in Mobile Communication
**SAMSUNG ELECTRONICS CO.,LTD**
Mobile  : +82 10 8997 4594
Office  : +82 31 301 1410
E-mail  : Hidaniel.kim@samsung.com

------ Original Message ------

Sender : 최준일<joonil.choi@samsung.com> G5(과장)/담당과장/개발관리그룹(무선)/삼성전자
Date : 2011-03-05 19:44 (GMT+09:00)
Title : 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포

□ 수 신 : 수신처 제위
□ 발 신 : 개발관리그룹
□ 제 목 : 대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록 배포


안녕하십니까?
개발관리그룹 최준일 입니다.

금일 진행된
대표이사 부회장님 주관 개발실 주요이슈 점검회의 회의록을 하기 및 첨부와 같이
배포하오니, 업무에 참조하여 주시기 바랍니다.


[ 회 의 록 ]

□ 일 시 : 3월 5일(토)
      13:30 ~ 15:00

□ 장 소 : R3 27층 Board Room

□ 주요 의사 결정 사항



3/9/2011

Highly Confidential - Attorneys' Eyes Only                                                              SAMNDCA00515908



Action Item 및 기타 자세한 사항은 첨부 참조 바랍니다.

감사합니다.

※ 첨부 : 대표이사 주관 점검회의 회의록(110305)

---

최준일(JOON IL, CHOI)
과장(Manager)
개발 관리그룹(R&D Management Group)
Mobile & Communication Division
Telecommunication Network
SAMSUNG ELECTRONICS CO.,LTD.

Office : +82-31-301-6948
Mobile : +82-10-7260-6948
E-Mail : joonil.choi@samsung.com

---

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하며 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

손석륜 (Sukryun, Son)

TEL : 82-31-301-2024
Anycall : 82-10-9263-1988
E-mail : sukryun.son@samsung.com

3/9/2011

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA00515909

Important.----------------------------------------------------------------

Confidentiality: This communication is intended for the above-named person and may be confidential and/or legally privileged. Any opinions expressed in this communication are not necessarily those of the company. If it has come to you in error you must take no action based on it, nor must you copy or show it to anyone; please delete/destroy and inform the sender immediately.

--------------------------------------------------------------------------

Ahn, Jee Chull

Mobile Communication Division

SAMSUNG ELECTRONICS CO.,LTD.

TEL : 82-31-301-2383
Mobile : 82-10-9992-2320

E-mail : jeechull.ahn@samsung.com

NaRa Cho
Senior Manager
Smartphone Product Planning
Mobile Communication Division
Samsung Electronics CO., LTD.
Tel : 82-31-301-9885

3/9/2011

Highly Confidential - Attorneys' Eyes Only                        SAMNDCA00515910