# KANG DECLARATION EXHIBIT 14

# Exhibit 43
# (Submitted Under Seal)

```
                                                              Page 1
 1             UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California           )
     corporation,                       )
 5                                      )
                   Plaintiff,           )
 6                                      )
         vs.                            )  No: 11-CV-01846-LHK
 7                                      )
     SAMSUNG ELECTRONICS CO., LTD,      )
 8   a Korean business entity;          )
     SAMSUNG ELECTRONICS AMERICA,       )
 9   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS         )
10   AMERICA, LLC, a Delaware           )
     limited liability company          )
11                                      )
                   Defendants.          )
12   _____)
13
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16             DEPOSITION OF BO-RA KIM
17              San Francisco, California
18             Wednesday, January 11, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 45307
```

Highly Confidential - Attorneys' Eyes Only

Page 5

1          and with me is Corey Cho.
2               MS. CARUSO: Margaret Caruso Quinn
3          Emanuel, Urquhart & Sullivan for
4          Defendant Samsung.
5               THE VIDEOGRAPHER: Would the                 09:18
6          reporter please swear the witness and
7          interpreters?
8                    BO-RA KIM
9          Having been duly sworn by the
10         Certified Shorthand Reporter, through the       09:19
11         Korean Interpretes, was examined and
12         testified as follows:
13              THE VIDEOGRAPHER: Thank you.
14         Please proceed.
15                   EXAMINATION                            09:19
16 BY MR. ZHANG:
17     Q.   Good morning, Mr. Kim.
18     A.   Good morning.
19     Q.   You understand that you're
20 testifying under oath here today?                        09:19
21     A.   Yes, I do.
22     Q.   And at times your attorney will
23 object; however, unless she instructs you not to
24 answer a question, you should answer my questions
25 fully and truthfully.                                    09:19

Page 88

1        know.
2           Q.   Do you have any idea why a picture
3    of this design is included in a document that is
4    titled "Dempsey" but doesn't relate to the
5    infusion 4G?                                              03:34
6              MS. CARUSO:  Objection.  Vague.
7        Mischaracterizes the record.
8              THE WITNESS:  I would not really
9        know the reason why because this is not a
10       document that I prepared.                             03:34
11             MR. ZHANG:  I would like to mark
12       as Exhibit 1227 a document bearing the
13       Bates label SAMNDCA 000508091.
14             (Exhibit 1227 was marked for
15       identification.)                                      03:35
16   BY MR. ZHANG:
17          Q.   Mr. Kim, do you recognize this
18   document?
19          A.   Yes.  I know about this.
20          Q.   Did you write this document?                  03:35
21          A.   No.
22          Q.   On the page that ends 91, the
23   front page, is the drawing under "Dempsey"
24   referring to the components that make up the
25   bezel of the Dempsey phone?                               03:36

1             MS. CARUSO:  Objection.  Vague.
2       Vague as to time.
3             THE WITNESS:  It is correct that
4       this portion is indicating the section
5       that's on the side of the window of                    03:37
6       Dempsey.
7       Q.    Does this figure on the right-hand
8 side of the document represent final design of
9 the Dempsey phone?
10            MS. CARUSO:  Objection.  Vague.                  03:37
11      Obviously this is only a portion of the
12      Dempsey, not the complete design.
13            THE WITNESS:  It would be
14      difficult for me to say that this would
15      be a finalized drawing just by looking at             03:39
16      a portion of this section, not the
17      entirety.  And basically I would think
18      that this is not the final version.
19      Q.    ███████████████████████
███████████████████████████████████████  ███
███████████████████████████████████████
████████
    ███  ██████████████████
██████████████████████████████████
██████████████████████████████████                           03:40

Highly Confidential - Attorneys' Eyes Only

Page 90

1 ███████████████████████████████████

2         (Discussion in Korean between

3         Interpreters.)

4  BY MR. ZHANG:

5      Q.  ███████████████████████████  ███

   ███████████████████████████████████

   ███████████████████████████████████████

   ██████

9         MS. CARUSO:  Objection.  Vague,

10  ambiguous, and compound.                        03:41

11         THE WITNESS:  ██████████████████

   ██████████████████████████

   ████████████████████████████

   ██████████████

   ██  ████████████████████████████     ███

   ██████████████████████████████████

   ██  ██████████████

   ██  ████████████████████████████

   ████████████████████████████████

   ██████████████████████                          03:43

21         MS. CARUSO:  Objection.  Vague.

22         THE WITNESS:  ██████████████████

   ████████████████████████████████  ██

   ██████████████████████████████

   ██████████████████████████                      03:46

Highly Confidential - Attorneys' Eyes Only

Page 116

1      C E R T I F I C A T E
2  STATE OF CALIFORNIA       )
3                            )
4  COUNTY OF SAN FRANCISCO   )
5      I, LINDA VACCAREZZA, a Certified
6  Shorthand Reporter for the State of
7  California, do hereby certify:
8      That BO-RA KIM, the witness whose
9  deposition is hereinbefore set forth, was
10 duly sworn by me and that such deposition
11 is a true record of the testimony given
12 by such witness.
13     I further certify that I am not
14 related to any of the parties to this
15 action by blood or marriage; and that I
16 am in no way interested in the outcome of
17 this matter.
18     IN WITNESS WHEREOF, I have hereunto
19 set my hand this 11th day of January,
20 2012.
21
22 _____
23  LINDA VACCAREZZA, CSR. NO. 10201
24
25