# KANG DECLARATION EXHIBIT 16

Exhibit 73
(Submitted Under Seal)

Peter Mauro Schroepfer
6397 Thornhill D.
Oakland, CA 94611

510.290.3439
schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

March 4, 2010

I hereby certify that this Korean to English translation of SAMNDCA10851706 – SAMNDCA1081707 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I translated said document and that I am competent in both languages with twenty years of professional Korean to English translation experience.

By: _____
Peter Mauro Schroepfer

TRANSLATION

October 16, 2010, 11:48PM Chihoon Ryu wrote:
Hello this is Chihoon Ryu from Nemustech.

I am sending the results of the ▆▆▆▆ tuning.
It is a ▆▆▆▆ source file.
▆▆▆▆

I am including a ▆▆▆▆ base test application binary that has ▆▆▆▆, so you may simply test it on any sample without applying the above file.

Thank you.

▆▆▆▆

/**
*Nemustech (Corp)
*Chihoon Ryu Lead Researcher
*Office 02.521.8290 | Fax 02.521.8296
*rhoon@nemustech.com
*/


October 15, 2010 5:31 pm, WookyunKho wrote:

    Hello this is Wookyun Kho from Samsung Electronics.
    At this point, I usually only oversee the ▆▆▆▆ side so I think I mainly saw the ▆▆▆▆ in that area.
    I cannot see a particular pattern like I did before, and the current condition is such that it happens only once in a while so I do not know the particular route to reproduce this effect. T^T
    It just seems that the ▆▆▆▆ happens where there is a list.
    It seems to happen more frequently when ▆▆▆▆

    In addition, there is also the fact tha▆▆▆▆

    Then I will see you tomorrow at 2pm with my sample ^^;

    Thank you.
    Wookyun Kho

Highly Confidential - Attorneys' Eyes Only      SAMNDCA10851706

TRANSLATION

**From**: Sangwook Han [mailto:swhan@nemustech.com]
**Sent**: Friday, October 15, 2010 12:21 PM
**To**: Wookyun Kho
**Cc**: Seung Yun Lee; Eunjung Kim; Aries-frame@nemustech.com
**Subject**: Re: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Request

Hello, this is Sangwook Han from Nemustech.

I agree with the need for tuning.

The problem is how much we should investigate and in what areas. Did you record the areas where the ▉▉▉▉▉▉▉ was often discovered or the locations where the ▉▉▉▉▉▉ got disconnected? If you remember anything, please contact us. If you have ▉▉ it will be very helpful.

I will first start with assessing the current condition.

Thank you.

Sangwook Han
swhan@nemustech.com


October 10, 2010 12:05PM, WookyunKho wrote:

Hello, this is Wookyun Kho from Samsung Electronics.

I am contacting you because I have a request regarding the ▉▉▉▉▉▉▉▉▉
Currently when I use the ▉▉ I observe an ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Also, there are minor problems that I can see such as ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉

It is possible that such phenomena are more noticeable due to the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉

Hence I would like to request tuning of the ▉▉▉▉▉▉▉▉▉▉ one more time. I would like to request the due date to be **Wednesday (October 20)** to reflect next week's ▉▉
I know it is not enough time, but please look into this one last time.

We are planning to investigate the relevant areas and see if there can be any improvements. Please contact me if you have any questions regarding this matter.

Thank you.
Wookyun Kho

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10851707

2010. 10. 16., 오후 11:48, 류치훈 작성:

안녕하세요 네무스텍 류치훈입니다.

▇▇▇▇▇▇▇▇▇▇▇▇ 튜닝한 결과물 보내드립니다.
▇▇▇▇▇▇▇▇▇▇ 쏘스 파일입니다.
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

위 파일을 적용해보지 않아도 간단히 아무 시료에나 올려서 테스트 할 수 있도록 있도록,
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 기반 테스트 어플 바이너리를 함께 보내드립니다.

감사합니다.



```
/**
 * 네무스텍(주)
 * 류 치 훈 | 책임연구원
 * Office 02.521.8290 | Fax 02.521.8296
 * rhoon@nemustech.com
 */
```

2010. 10. 15., 오후 5:31, WookyunKho 작성:

안녕하세요 삼성전자 고우균 입니다.

▇▇▇▇▇▇▇ 주로 발견되는 곳은 저는 주로 ▇▇▇▇ 쪽만 보는 상태라 주로 이 부분에서 봤던 것 같습니다.
전처럼 특정 패턴이 잘 보이질 않고 어쩌다 한번씩 발생하는 상태라 구체적인 재현 경로 등은 알 수 없습니다. T^T
그저 리스트가 있는 곳이면 간혹 ▇▇▇▇▇▇▇▇▇▇ 발생하는 것 같네요...

그럼 내일 제가 시료 들고 오후 2시에 찾아 뵙도록 하겠습니다 ^^;

감사합니다.
고우균

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10851706

**From:** Sangwook Han [mailto:swhan@nemustech.com]
**Sent:** Friday, October 15, 2010 12:21 PM
**To:** WookyunKho
**Cc:** 이승연; 김 은정; Aries-frame@nemustech.com
**Subject:** Re: ███████████████████████

안녕하세요 네무스텍 한상욱입니다.

튜닝의 필요성에 대해서 공감합니다.

문제는 어느 부분을 어느 만큼 살펴야 할 것인가 하는 부분인데요. ███ 주로 발견되는 부분이나 잘 끊기는 위치에 대해서 기록해두신 것이 있으신가요? 기억나는 부분이라도 있으시면 전달 부탁드립니다. 혹시나 ███가 있다면 아주 많은 도움이 될 것 같습니다.

일단은 현황 파악부터 시작하겠습니다.

감사합니다.

Sangwook Han
swhan@nemustech.com


2010. 10. 15., 오후 12:05, WookyunKho 작성:


안녕하세요 삼성전자 고우균 입니다.

███████████ 관련해 요청 사항이 있어 연락 드립니다.
현재 ███을 사용해보면 ████████████████████████████████████████████████████████

████████████████ 다른 기기들에 비해 이런 현상이 더 두드러져 보이는 것도 있는 것 같은데요,
████████████████████ 대해 한번 더 튜닝 요청 드립니다. 기한은 다음주 ███ 반영을 목표로 **수요일(10월 20일)**까지 부탁 드립니다.
충분한 시간은 아니겠지만 마지막으로 한번 더 봐주시길 부탁 드립니다.

저희 쪽에서도 해당 부분에 대해 살펴보고 개선점이 있는지 볼 계획입니다.
관련해서 문의사항이 있으시면 저한테 연락 주시기 바랍니다.

감사합니다.
고우균

Highly Confidential - Attorneys' Eyes Only                                          SAMNDCA10851707