# KANG DECLARATION EXHIBIT 17

Exhibit 74
(Submitted Under Seal)

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

10 May 2012

I hereby certify that this Korean          to Engl ish transl ation of pages
SAMNDCA10850604 to SAMNDCA1085060 7 of t he document with the
beginning Bates num    ber SAMNDCA  10850604 is an accurate and
complete rendering of the contents of  the source docum ent to the best of
my knowledge, except for the word  "TRANSLATION" at the upper ri ght
corner of each translated page. I furt her certify that I am  competent in both
languages and have twenty  years of professional experience in Korean t  o
English translation.

By: _____
              Peter Mauro Schroepfer

From: Sangwook Han <whan@nemustech.com>
Sent: Thursday, October 28, 2010 10:57 PM
To: seungyun75.lee@samsung.com
Cc: Wookyun Kho, Chi Hoon Ryu; zaharang@nemustech.com; Aries-frame@nemustech.com
Subject: Re: ██████████ Questions regarding ███████
Attachments: Screenshot 2010-10-29 PM 2.49.52.png


Hello, this is Sang Wook Han of Nemustech.

Actually since until last weekend, we reviewed the ████████ issues and until the day before yesterday, we have been reviewing ████████
████████████████████████████████
With regards to ████████
████████████████████████████████ Accordingly, we did not release it.

The final curve that was used is as follows.
We use only ████████████████████████████████
████████████████████████████

1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850604



I will send you next Monday those ███████████████ files where the new ███████ s applied.
Thank  you.

Sangwook Han
swhan@nemustech.com

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850605

Oct. 29, 2:20 PM, 2010, by Seung Yeon Lee:

Principal Engineer Sang Wook Han, Executive Seung Min Lee is added.

--------------- Original Message----------------------
Sender: Wookyun Kho wk.kho@samsung.com  E4/GA Group(Mobile)/SEC
Date: 10/29/2010 11:59  (GMT +09:00)
Title: ▮▮▮▮▮▮▮  Questions regarding ▮▮▮▮▮

Hello, This is Wookyun Kho of Samsung Electronics.

I have some questions to ask with regards to ▮▮▮▮▮▮▮▮▮
At the time of last tuning, I remember that we agreed to proceed with ▮▮ tunings.
The items that were forwarded previously have been applied at the ▮▮▮ tuning.
I would like to know the current status of the production of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is to be applied at the ▮▮ tuning.

Upon our internal review with regards to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

It seems that the reason why simple ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was applied in Android is because of the computation complexity. As you said earlier, it seems possible t▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If there is a better way that is under development that is separate from what was proposed from our internal review, please let us know.
If there isn't any decision made with regards to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Highly Confidential - Attorneys' Eyes Only                                      SAMNDCA10850606

Thank you.

Wookyun Kho

&lt;201010291420829_44YDXKW4.jpg&gt;

4

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850607

.

**From:**         Sangwook Han <swhan@nemustech.com>
**Sent:**         Thursday, October 28, 2010 10:57 PM
**To:**           seungyun75.lee@samsung.com
**Cc:**           고우균; 류치훈; zaharang@nemustech.com; Aries-frame@nemustech.com
**Subject:**      Re: ██████████████ 문의 드립니다.
**Attachments:**  스크린샷 2010-10-29 오후 2.49.52.png


안녕하세요 네무스텍 한상욱입니다

사실 지난 주말까지 █████████████████████████████████ 계속 진행하였습니다 .
████████ 대해서는 ████████████████████████████████████████████
████████████ 그래서, 릴리즈는 하지 않았습니다.

최종적으로 사용한 곡선은 다음과 같습니다.
████████████ 사용합니다. ████████████████████████████████
████████████████████████████████████

1

**Highly Confidential - Attorneys' Eyes Only**                    **SAMNDCA10850604**



다음 월요일에 새 ███████ 가 적용된 ███████████████ 파일들을 보내드리겠습니다.

감사합니다.

Sangwook Han
swhan@nemustech.com

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10850605

2010. 10. 29., 오후 2:20, 이승연 작성:


한상욱 수석님, 이승민 이사님 추가했습니다.


------- Original Message -------
Sender : 고우균<wk.kho@samsung.com> E4(선임)/선임/GA 그룹(무선)/삼성전자
Date : 2010-10-29 11:59 (GMT+09:00)
Title : ████████████████ 문의 드립니다.

안녕하세요 삼성전자 고우균 입니다.

████████████ 관련해서 문의드릴 게 있어 연락 드립니다.
지난번 튜닝 때 ███████████ 튜닝을 진행하기로 얘기가 되었던 것으로 기억합니다.
███████지난번에 전달해주신 사항이 적용되었는데요,
███████████████████████████████ 제작 건이 어떻게 진행되고 있는지 궁금합니다.

저희 내부에서 ██████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

안드로이드에서 ████████████████████████████████ 아무래도 computation complexity 를 고려한 것이
아닌가 싶은데요, 전에 말씀하셨던 것과 같이 ██████████
██████████████████████████████████
████████████████████

저희 내부에서 나온 제안 사항과는 별개로 현재 진행하고 계신 사항이 있다면 공유 부탁 드립니다.
만약 아직 ████████████████████████████████████

3

Highly Confidential - Attorneys' Eyes Only                                  SAMNDCA10850606

감사합니다.

고우균


<201010291420829_44YDXKW4.jpg>

4

Highly Confidential - Attorneys' Eyes Only                                                          SAMNDCA10850607