# KANG DECLARATION
# EXHIBIT 18
# PART 1 OF 5

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 31 (Part 1 of 5)

# Filed Under Seal

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

10 May 2012

I hereby certify that this Korean to English translation of pages SAMNDCA10809734 to SAMNDCA10809875 of the document with the beginning Bates number SAMNDCA10809734 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
Peter Mauro Schroepfer

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

## a question ???




Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809735

## a question ???



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809736

TRANSLATION



2008.05.13
Samsung Electronics; Telecommunications Business
Mobile Communications Division; Design Group;

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809737

TRANSLATION

## Contents



Highly Confidential - Attorneys' Eyes Only

TRANSLATION

# Contents



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809739

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809740

TRANSLATION





The Story of Apple's Creative Management that enraptured the world

Steve Jobs'
**Creative Charisma**

By Younghan Kim

"The future depends on creative management."
- Gunhee Lee

Secrets to success of 'the world's most promising company' and 'the most creative CEO' Steve Jobs

Reader's Book

"20th century management and 21st century management are different.  In the 20th century, we became number 1 if we just made good products, but there is hardly any disparity in quality now. In the 21st century, on top of that, we need to make something creative that is a complex blend of design, marketing and R&D in order to survive." Steve Jobs was caught in a left-brained mindset that 'excellence in technology can resolve everything.' Macintosh failed because it fell victim to overconfidence in technology.

There is no such thing as everlasting number 1 in management.
Out of the companies chosen to be in the top 500 US Companies in 1955, only 160 remained in business 40 years later. The lesson was learned through painful failure that a full-brain mindset using both sides of the brain is required for creative management.

In 21st century business competition where competition is progressively accelerating, win or lose depends on who

- From Steve Jobs' 'Creative Charisma'

leads technology, products and the market with creative initiative.

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10809741

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809742

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10809743

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809744

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809745

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809746

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809747

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809748

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809749

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809750

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809751

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809752

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809754

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809755

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

TRANSLATION



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809757

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

TRANSLATION



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809759

TRANSLATION



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809760

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809761

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809762

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809763

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809764

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809765

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809766

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809767

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809768



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809769

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10809770

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809771

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809772

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809773

TRANSLATION



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809774

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809775

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809776

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809777

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809778

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809779

TRANSLATION

"Thank You"

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809780



Highly Confidential - Attorneys' Eyes Only

TRANSLATION

# "Take off for the new decade"

Take off for smooth sailing in the next 10 years

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809782

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809783



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809784

TRANSLATION

# Technology 2010

Acceleration of convergence among different types of networks, such as wireless network, cable, and broadcast network.

Full-scale evolution to super-speed mobile communications network: 2.5G → 3G → 4G (Post 2010)



Highly Confidential – Attorneys' Eyes Only

TRANSLATION

# Product 2010

**There is a reversal of demand for smart phones over normal phones in developed markets.**



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809786

TRANSLATION

# Market 2010

**1.23 billion units in 2008 → 1.4 billion units in 2010 with an average growth rate of 7% per year**



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809787

TRANSLATION



# SAMSUNG 2010

Where **SAMSUNG** is going?

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809788



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809789