# KANG DECLARATION
# EXHIBIT 18
# PART 2 OF 5

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 31 (Part 2 of 5)

# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809790

# SAMSUNG 2010

**Hero models for every segments**



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809791



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809792



## Market Share
### vs.
## Mind Share

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809793



**Maker
vs.
Creator**

Highly Confidential - Attorneys' Eyes Only

SAMSUNG 2010

# "Creating WoW"

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809795



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809796



Two way slide

Smart Bar



Two step slide





Digital button

New DaCP



DaCP in Half Touch





Blue Dial



DaCP in full Touch



Half Disk

Two Disk UI



**Highly Confidential - Attorneys' Eyes Only**

**SAMNDCA10809797**



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809798

# SAMSUNG 2010



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809799

TRANSLATION

# 2010 Archetype Design Project   2008 2nd half



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809800



Highly Confidential - Attorneys' Eyes Only



**Planning for WOW 2011-2012**

# Mobile Knowledge Worker

**Highly Confidential - Attorneys' Eyes Only**

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809803

What is happening?

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809804

TRANSLATION

# Dynamic Increase of Smart Phone

**Demands for smart phones to overtake those of normal phones in developed markets**
**Smartphone use will be widespread in 2015.**



Source: 2010 Project Brief. MCC

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809805

TRANSLATION

# Movement of Apple

**STEP 01**

[Apple] introduced open source applications along with products turning to those with PC–like performance / product modulization → Changed the concept of [mobile] phone to be a device with the ability to expand functions as desired by user

**STEP 02**

By reducing phone prices for the purpose of mass volume distribution of the device, [Apple] expanded contact base of consumers who want to use Apple services

**STEP 03**

The objective is to lead personal Cloud service, further to Cloud computing*. (That is, device itself becomes Thin Client).

*Cloud Computing refers to personal computers or a separate web servers using large-scale computer groups, and the difference from the existing web hard drive is that it not only provides simple server supports but it also possess the ability to utilize applications, storage, various API, and so forth, allowing user to access Cloud Computing resources through a variety of devices at any time (PC, mobile devices or electronic products, and so forth).



As service integrating mail (providing ID@me.com mail account), contacts, schedule manager, album, and web disk, Apple makes possible synchronization among computer-web-iPod/iPhone.

App Store is a new business model, implementing open innovations through 3rd party participation, maximizing user satisfaction level through strict quality control, and utilizing telecommunications carriers' billing systems.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809806

TRANSLATION

# Movement of Nokia

**STEP 01**
Specializing products per function

**STEP 02**
In order to transition into service business, supports sharing and integration of music, games, map sales and contents through the internet portal Ovi as gateway. Test operation of content distribution service Mosh.

**STEP 03**
Opened Symbian to the public, as an attempt to respond to Apple's App Store (announced opening of Symbian to the public in June 2008).
→ Since Symbian accounts for 60% of the mobile market, it seems plausible to compete with Apple within a short period of time.



Conceptualization of Nokia's internet portal Ovi (left) and content sharing service Mosh

Highly Confidential - Attorneys' Eyes Only

# What are major driving forces?

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809808

# Mega Trends

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809809

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809810

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809811

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809812

TRANSLATION

# Increase of Knowledge Workers

Following societal demand Knowledge Workers are growing and projected to reach 40.6% by 2015.

*A 4th industry , "Industry related to the heart," includes meditation, psychotherapy, spiritual experience, zen meditation, yoga, energy training, etc

Growth of Knowledge Workers

[Fast Growth of Information Sector by 2016, US]

Within the service-providing sectors, professional and business services is projected to generate the greatest number of jobs, with employment increasing by 4.1 million during 2006–16 period (2.1 % per year). In terms of output, the information sector is projected to have the fastest growth, increasing by 5.3 % per year and reaching $1.7 trillion by 2016.

Much of the employment growth in the professional and business services sector will be seen in management, scientific, and technical consulting services. This industry is projected to have the fastest employment growth of all industries and the fourth largest employment increase.

Source: US Bureau of Labor Statistics,2007



[Employment trends by broad occupation, shares in %, EU−25+]

Reach 40.6%

| | Legislators, senior officials & managers |
| | Professionals |
| | Technicians and associate professionals |
| | Clerks |
| | Service workers and shop and market sales workers |
| | Skilled agricultural & fishery workers |
| | Craft and related trades workers |
| | Plant and machine operators and assemblers |
| | Elementary occupations |

Source: IER estimates based on Cambridge Econometrics E3ME model.

Highly Confidential - Attorneys' Eyes Only

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809814

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809815

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809816

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809817

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809818

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809819

TRANSLATION

SAMNDCA10809820

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809821

TRANSLATION

# Expected Output 02

Propose new style, Mechanism,
and strategic CMF



Highly Confidential - Attorneys' Eyes Only

TRANSLATION



Example. UX Roap 2010



**Highly Confidential - Attorneys' Eyes Only**                    **SAMNDCA10809823**



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809824

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

TRANSLATION

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809826

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809827

TRANSLATION





The End of the Report

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809829

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809830

**SAMSUNG 2010**

# Infotainment

# Multimedia

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809831

# 2010 Archetype Design

## Infotainment  &  Multimedia

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809832

# 2009 Archetype Design



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809833

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809834

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809835

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809836



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809837



SAMNDCA10809838



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809839



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809840



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809841



Highly Confidential - Attorneys' Eyes Only

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809843



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809844



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809845



## New **Plastic**

## New **Metal**



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809847