# KANG DECLARATION
# EXHIBIT 18
# PART 3 OF 5

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 31 (Part 3 of 5)

# Filed Under Seal

**SAMSUNG 2010**

# Inspiration Workshop

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809848



**Highly Confidential – Attorneys' Eyes Only**                    **SAMNDCA10809849**



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809850



**Highly Confidential - Attorneys' Eyes Only**                    **SAMNDCA10809851**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809852



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809853

THEME DIRECTIONS
6 SUB-THEMES



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809855



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809856



Highly Confidential - Attorneys' Eyes Only                                        SAMNDCA10809857

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809858