# KANG DECLARATION
# EXHIBIT 18
# PART 4 OF 5

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 31 (Part 4 of 5)

# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809859



Highly Confidential - Attorneys' Eyes Only SAMNDCA10809860

TRANSLATION



2010 Archetype Design Inspiration Workshop

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809861



**Highly Confidential - Attorneys' Eyes Only**                                    **SAMNDCA10809862**



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809863



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809864



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809865



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809866



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809867



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809868



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809869

TRANSLATION



2010 Archetype Design Inspiration Workshop
MEMBERS

### A
(New york – Copenhagen – Tokyo)

Style & Business

6 people (Total 8 people)

| | |
|---|---|
| Minhyouk Lee | Principal Designer |
| Jinsoo Kim | Lead Designer |
| Taejoong Kim | Lead Designer |
| Yongseok Bang | Lead Designer |
| Joonghyuk Lim | Lead Designer |
| Hayool Chung | Lead Designer |
| Namsoo Kim | Senior Designer |
| Jaewoong Chung | Senior Designer |

### B
(London – Barcelona – New york)

Infotainment & Multimedia

8 people (Total 9 people)

| | |
|---|---|
| Seungmin Park | Principal Designer |
| Sungkwon Kim | Lead Designer |
| Bumsoo Park | Lead Designer |
| Taewan Kim | Lead Designer |
| Jinman Chung | Lead Designer |
| Joonyong Song | Lead Designer |
| Junghyun Choi | Lead Designer |
| Sangsik Park | Lead Designer |
| Hyuksoo Choi | Lead Designer |

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809870

TRANSLATION



2010 Archetype Design Inspiration Workshop
SCHEDULE

A
(New york – Copenhagen – Tokyo)

Style & Business

8/26/2008 (Tues) ~ 9/4 (Thurs)
Total of 9 nights 10 days

2008/ 8/26 ~ 8/30 – New york

8/30 ~ 9/ 1 – Copenhagen

9/ 2 ~ 9/ 4 – Tokyo

9/ 4 – Arrive in Seoul

B
(London – Barcelona – New york)

Infotainment & Multimedia

8/26/2008 (Tues) ~ 9/4 (Thurs)
Total of 9 nights 10 days

2008/ 8/26 ~ 8/29 – London
(SDE meeting)

8/29 ~ 8/31 – Barcelona

8/31 ~ 9/ 4 – New york

9/ 4 – Arrive in Seoul

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809871

TRANSLATION

## 2010 Archetype Design Inspiration Workshop

Inspiration Points



London
- Serpentine Gallery
- Sarah Morris / Maison's Yard
- The Wonder Rooms / Selfridges
- The Photographers Gallery
- 'skin and bones' Exhibition / Somerset house
- Laban Dance Centre
- 'Volume'.by United Visual Artists / V&A museum
- Rivington Place by David Adaye
- InVIA Gallery

New York
- Five Franklin place
  Inter Active Corp. NYC
- New museum of Contemporary Art
- Stella McCartney
- Apple Store
- la Maison unique / Longchamp
- Nike ID
- The Museum of Modern Art
- P.S.1 Contemporary Art Center
- International Center of Photography

ToKyo
- Ginza and Omotesando
- Amadana, Omotesando Hills
- NE Apartment by Yuji Nakae
- Gyre Omotesando, Jingumae Shibuya-ku
- Reihoku community hall by Hitoshi Abe

Copenhagen
- Kastrup Airport
- Black Diamond City
- Fox Hotel

Barcelona
- 'Els Colors' Kindengarten
- Gracia
- Santa Caterina Market, La Rbera

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809872

TRANSLATION

# Material Workshop

Objective: New Materials Theme/ Product Design Motif Exploration and Workshop

Date: **9. 8~ 11** (5 days)

Location: London and 4 other cities in Europe

Attendance: **SDE –** Eliot Kim and 2 product designers, 1 material designer

**MC Cluster –** Principal Designer Seoggeun Kim, Principal Designer Seungmin Park and two product designers

**CMF Lab –** Lead Designer Jinsoo Kim and 2 other people (in charge of metal, plastic)

**Color Lab –** Senior Designer Joonsung Hyun

**Material Consultant RED –** 1 Consultant

Schedule

### Day 1
Concept Sharing workshop (Initial idea sketches)

### Day 2-5
This trip needs to involve not only material-related companies or studios but also some inspirational places for design concepts. In order to get a design motives and stories, TV team had workshop sessions in some local places such as lighting of candles or how to make transparent colors of the traditional glass in Finland, for example. While traveling, designers can visualize their ideas by doing sketches, which will be a effective concept developing session.



Highly Confidential - Attorneys' Eyes Only

TRANSLATION

# Material Workshop

New Materials Theme / Product Design Motif Workshop Detailed Schedule

## Potential tour sites

This is a preliminary list of potential sites. We would need to select the most appropriate depending on availability, time with guides and logistics. The intent is to show the diversity of industries and advanced production practices.

**Switzerland**

• **Watch making**
IWC / Shaffenhausen
Villa JeanRichard / Neuchâtel
Musee Horlogie / Neuchâtel

**Austria**

• **Violin maker**
Nagyvary Violins / Vienna
Vienna philharmonics
• **Art**
MUMOK
Museum of modern art / Vienna
Institute of fine arts / Vienna
Kunsthaus Bregenz (Zumtor) / Bregenz
Kunsthaus Graz (peter cook - Archigram)
• **Automotive**
Mercedes G-wagen factory / Grenz
• **Gun making**
Glock factory / Graz

**Germany**

• **Industrial design**
Bauhaus museum + school / Weimar
• **Camera factory**
Leica factory museeum / Solms
• **Sports apparel**
Adidas headquarters / Herzogenaurach
• **Material collection**
MaterialConnexin / Cologne
• **Aviation**
Zeppelin factory & museeum BodenSee
Friedrichshafen

**Denmark**

• **Furniture**
Rud Rasmussen carpentry
• **Architecture**
Airport terminal
(Wilhelm lauritzen) –
Bellevue (Arne jacobsen)
• **Art**
Cronhammer / lejre
• **Ceramics**
Ole Jensen design studio
Royal Copenhagen
• **Silver**
Georg Jensen
• **Food**
Camilla plum farm



SAMNDCA10809874



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809875



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809734



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809735



Highly Confidential - Attorneys' Eyes Only                     SAMNDCA10809736

Mobile communication Cluster 運營 (案)

2006.05.13
삼성전자 정보통신총괄 무선 사업부 디지털3팀 MC Cluster

표지|

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809737



Highly Confidential - Attorneys' Eyes Only                              SAMNDCA10809738



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809739



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809740

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only               SAMNDCA10809742



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809743



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809744



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809745



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809746



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809747



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809748



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809749



**Highly Confidential - Attorneys' Eyes Only**

17

**SAMNDCA10809750**



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809751



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809752



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809753



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809754



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809755



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809756



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809757



**Highly Confidential - Attorneys' Eyes Only**                    **SAMNDCA10809758**



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10809759



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809760



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809761



29

SAMNDCA10809762



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809763