# KANG DECLARATION
# EXHIBIT 18
# PART 5 OF 5

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 31 (Part 5 of 5)

# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809764



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809765



33

**Highly Confidential - Attorneys' Eyes Only**          **SAMNDCA10809766**



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809767



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809768



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809769



**Highly Confidential - Attorneys' Eyes Only**



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809771



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809772



Highly Confidential - Attorneys' Eyes Only SAMNDCA10809773



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809774



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809775



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809776



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809777



45



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809779

"감사 합니다"

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809780



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809781

"**Take off** for the new **decade**"

향후 10년간의 順航을 위한 離陸

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809782



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809783



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809784

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809785

# Product 2010

선진시장  Smart phone의 Normal phone 수요 역전



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809786



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809787



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809788



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809789



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809790



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809791

**Mindset 2010**

# "Game Changer"

Highly Confidential - Attorneys' Eyes Only     SAMNDCA10809792



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809793



**Maker
vs.
Creator**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809794

SAMSUNG 2010

# "Creating WoW"

Highly Confidential – Attorneys' Eyes Only        SAMNDCA10809795



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809796



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809798



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809799



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10809800



Highly Confidential – Attorneys' Eyes Only          SAMNDCA10809801

Version 1.0

Planning for WOW 2011-2012

# Mobile Knowledge Worker

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809802



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10809803

What is happening?

Highly Confidential – Attorneys' Eyes Only        SAMNDCA10809804



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809805



MobileMe 설명:  http://xiles.tistory.com/114

Highly Confidential - Attorneys' Eyes Only

## Movement of Nokia

**STEP 01**
세종을 기능 별로 특화

**STEP 02**
서비스업체로 전환하기 위해 인터넷 포탈인 Ovi를 gateway로하여 뮤직, 게임, 지도 상태 및 컨텐츠 공유와 연동을 지원. 컨텐츠 유통 서비스인 Mosh 지원 운영.

**STEP 03**
실비안 개방을 통해 애플의 App Store 대응하고자 한 다만이 다한 실비안 개방 신언보.
→실비안폰 모바일 시장 6.9%인 각 치화로임 단기간 내 애플을 대응 가능한 최소로 보임.



Highly Confidential - Attorneys' Eyes Only

What are major driving forces?

75

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809808

Mega Trends

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809809



Highly Confidential - Attorneys' Eyes Only SAMNDCA10809810



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809811



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809812



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809813



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809814



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809815



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809816



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809817



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809818



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809819



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809820



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809821

## Expected Output 02

새로운 Style. Mechanism. 전략
CMF 제안



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809822



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809823



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809824



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809825



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809826



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10809827

# WOW | Schedule | Workshop

## Workshop 9.01~05 (Tokyo / SDJ)

**Preparation**
- User Categories
- Platform
- Design theme
- WOW factors
- Major engineering applications
- Environment
- 성능 가격, 24 개월 로드맵 관련 feedback
- 전략 CMF 안
- 전략 UX안

**Activities**
- Inspiration w/s
- Concept / Idea Sketch
- Major keywords
- Design Style approach by category
- Sketch 1st PT (9-05 Fri)

**Inspiration w/s (Inspiring places in Tokyo)**
*21-21 Design Sight*
*Harajuku*
*Tod's Omotesando*
*Maison Hermes*
*Meguro Dori, etc.*

**WS** 참 가인원
- 우선 **Cluster Studio3** 전원(7명)
- **CNB** (4명/대 책자) + **UDS** (2명/대 책자)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809828

The End of the Report

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809829

**SAMSUNG 2010**

# Style
# Business

97

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809830

SAMSUNG 2010

# Infotainment

# Multimedia

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809831

**2010** Archetype Design

Infotainment & Multimedia

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809832



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809833



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809834



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809835



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809836



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809837



Highly Confidential – Attorneys' Eyes Only        SAMNDCA10809838



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809839



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809840



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809841



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809842



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809843



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809844



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809845



Highly Confidential – Attorneys' Eyes Only          SAMNDCA10809846



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809847

**SAMSUNG 2010**

# Inspiration Workshop

Highly Confidential – Attorneys' Eyes Only          **SAMNDCA10809848**



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809849



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809850



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10809851



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809852



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809853



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809854



122

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809855



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809856



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809857



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809858



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809859



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809860



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10809861



Highly Confidential - Attorneys' Eyes Only            SAMNDCA10809862



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809863



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809864



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10809865



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809866



134

SAMNDCA10809867



135

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809868



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10809869

2010 원행디자인 Inspiration Workshop
MEMBERS

| A | B |
|---|---|
| (New york - Copenhagen - Tokyo) | (London - Barcelona - New york) |
| Style & Business | Infotainment & Multimedia |
| 6명 (총 8명) | 7명 (총 9명) |
| 이민혁 수석 | 박승민 수석 |
| 김진수 책임 | 김선권 책임 |
| 김태준 책임 | 박범수 책임 |
| 박윤서 책임 | 김태완 책임 |
| 임종현 책임 | 정진단 책임 |
| 권희윤 책임 | 송준용 선임 |
| 권난수 선임 | 최정현 선임 |
| 정재웅 선임 | 박상식 선임 |
| | 최현수 선임 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809870



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

## Material Workshop

목 적 : 신소재 테마/제품디자인 모티브 발굴 및 워크샵

일 시 : 9. 8~11 (5일간)

장 소 : 핀란드 유럽 4개 도시

참 석 : **SDE - Eliot Kim** 및 제품디자이너 2명, 소재디자이너 1명

**MC Cluster** - 김석균 수석, 박승민 수석 외 제품디자이너 2명

**CMF Lab** - 김진수 책임 외 2명 (패턴, 투과소재 담당)

**Color Lab** - 이준성 선임

**Material Consultant RED** - 컨설턴트 1명

일 정

**Day 1**
Concept Sharing workshop (initial idea sketches)

**Day 2-5**
This trip needs to involve not only material-related companies or studios but also some inspirational places for design concepts. In order to get a design motives and stories. TV team had workshop sessions in some local places such as lighting of candles or how to make transparent colors of the traditional glass in Finland, for example. While traveling, designers can visualize their ideas by doing sketches, which will be a effective concept developing session.



140

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809873



Highly Confidential - Attorneys' Eyes Only

Thank You.

142

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809875