# KANG DECLARATION EXHIBIT 19

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 36

# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131459

## Agenda

| | |
|---|---|
| *10:00 - 10:45* | **1H 2010 Product Review** |
| | - *1H 2010 Wins and Focus (TMO)* |
| | - *2H 2010 Samsung Opportunities (TMO)* |
| *10:45 - 11:15* | **1H 2010 Product Status Update** |
| *12:00 - 13:30* | **Lunch** |
| *13:30 - 14:30* | ████████████████████ |
| *14:30 - 15:30* | ████████████████████ |
| *15:30 - 16:00* | **Windows Mobile Product Plan** |
| | - *WM 7.0 Plans and Opportunity (TMO)* |
| | ███████████████ |
| *16:00 - 16:30* | **2010 Key Technology Asks (TMO)** |
| | - *HSPA+ Update (Samsung)* |
| *16:30 - 17:00* | **TMO/Samsung Business Discussion** |
| *17:00 - 17:30* | **2011 Archetype Design Status** |
| *17:30 - 18:00* | **Wrap Up & Action Plan** |

Samsung Electronics. All Rights Reserved. Confidential and Proprietary     2

Highly Confidential - Attorneys' Eyes Only     SAMNDCA10131460



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131461



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131462



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131463



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131464



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131465



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131466



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131467



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131468



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10131469



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131470



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131471



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131472



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131473



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131474



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10131475



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10131476



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131477



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131478



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only      SAMNDCA10131481



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131482



Highly Confidential - Attorneys' Eyes Only    SAMNDCA10131483



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10131484



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131485



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131486



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131487



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131488



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131489



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131490



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131491



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131493



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131494



Highly Confidential - Attorneys' Eyes Only       SAMNDCA10131495



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131496



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131497



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131498



Highly Confidential - Attorneys' Eyes Only SAMNDCA10131499



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131501



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10131502



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131503



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131504



Highly Confidential - Attorneys' Eyes Only               SAMNDCA10131505



Highly Confidential - Attorneys' Eyes Only                SAMNDCA10131506



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131507



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10131509



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131510



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131511



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131512



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131513



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131514



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131515



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131516



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131518



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131519



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131520



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131521



Highly Confidential - Attorneys' Eyes Only         SAMNDCA10131522



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131523



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131524



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131525



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131526



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131529



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131530



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10131531



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131533



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131534



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131535



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131537



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131538



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131539



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131540



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131541



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131543



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131544



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131546



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10131547



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131548



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131549



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131550



Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131552

95

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131553



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131554



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131555

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131556



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131557



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131558

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131559



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131560



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10131561



## G-Star (Gravity Touch)

**Product Concept**

| Stylish Qwerty slider w/ Touch experience Optimized TouchWiz, myFaves3.0 |
| --- |

**Schedule**

| TA | '10. 04. 05 |
| --- | --- |
| Launch | '10. 05 |

**Specification**

| | | | | |
| --- | --- | --- | --- | --- |
| OS | Proprietary | Size | 109 x 57.6 x 16.2mm |
| Chipset | Qualcomm MSM6246 | Browser | Dolfin Browser |
| Camera | 2Megapixel | Audio | MP3/AAC/AAC+/WMA/WAV/MIDI |
| Display | 2.8", 240x320, 262K TFT | Video | MPEG4 |
| Network | GSM Quad-band UMTS Dual-band (Band IV, I) | Battery | 1200mAh |
| | | TMO Service | myFaves3.0, VVM, Audio Postcard, Self Help, Consumer E-mail |
| Memory | 50MB(User Memory) | | |
| Messaging | MMS: 1MB | Connectivity | USBv2.0, BTv2.1 |
| | IM: AIM, Yahoo, Windows Live | Additional Feature (C&S) | Active Sync, Online Widget Widget Storefront |
| | E-mai: POP3, IMAP4, SMTP, Active Sync | | |

SAMSUNG

Samsung Electronics. All Rights Reserved. Confidential and Proprietary

104

Highly Confidential - Attorneys' Eyes Only



### Gravity3 (SGH-T479)

**Product Concept**

Mass 3G Messaging w/ Qwerty keypad

**Schedule**

| TA | '10. 04. 26 |
|----|-------------|
| Launch | '10. 06 |

**Specification**

| OS | Proprietary | Size | 116.3x54.2x15.7mm |
|----|-------------|------|-------------------|
| Chipset | Qualcomm MSM6246 | Browser | Dolfin Browser |
| Camera | 2Megapixel | Audio | MP3, AAC, AAC+, WMA, MIDI, WAV |
| Display | 2.4" 240x320 262K, TFT | Video | MPEG4 |
| Network | GSM Quad Band UMTS Single Band (Band IV) | Battery | 1000mAh |
| | | TMO Service | myFaves3.0, Self Help, Visual Voice Mail, Consumer Email, NGP |
| Memory | 50MB(User Memory), | | |
| Messaging | MMS: 1MB IM: AIM, Yahoo, Windows Live Email: Native Email Client | Connectivity | BT v2.0, |
| | | Additional Feature (C&S) | Active Sync |

SAMSUNG

Samsung Electronics. All Rights Reserved. Confidential and Proprietary

105

Highly Confidential - Attorneys' Eyes Only



## Puzzle (SGH-T359)

**Product Concept**

| Messaging Centric Entry Qwerty Slider |
|---|

**Schedule**

| TA | '10. 03. 22 |
|---|---|
| Launch | '10. 05 |

**Specification**

| OS | Proprietary | | Size | 99.5 x 59.5 x 15.7 mm |
|---|---|---|---|---|
| Chipset | Qualcomm QSC6240 | | Browser | Access NF3.5 |
| Camera | 1.3Megapixel | | Audio | MP3, AAC, AAC+, WMA, MIDI, WAV |
| Display | 2.6", 240x320, 262K TFT | | Video | MPEG4 |
| Network | GSM Quad-band WEDGE Band IV | | Battery | 960mAh |
| | | | TMO Service | myFaves 3.0, VVM, Simplified Menu, Self Help |
| Memory | 50MB(User Memory) | | Connectivity | USBv2.0, BTv2.1 |
| Messaging | MMS: 1MB IM: AIM, Yahoo, Windows Live E-mail: POP3, IMAP4, SMTP | | Additional Feature (C&S) | Predicted text input Full HTML Browsing, Active Sync |

SAMSUNG

Samsung Electronics. All Rights Reserved. Confidential and Proprietary

106

Highly Confidential - Attorneys' Eyes Only



## Memoir2 (SGH-T949)

**Product Concept**

Ultimate Imaging Device w/ Full Touch

**Schedule**

| TA     | '10. 03. 29 |
|--------|-------------|
| Launch | '10. 05     |

**Specification**

| | |
|---|---|
| OS | Proprietary |
| Chipset | Qualcomm MSM6290 + S3C6410 |
| Camera | 12Megapixel, Xenon Flash + LED |
| Display | 3.1" 480X800  16M AMOLED |
| Network | GSM Quad Band<br>HSPA Dual Band(Band I, IV) |
| Memory | 200MB(TBD) |
| Messaging | MMS: 1MB<br>IM : AIM, Yahoo, Windows Live<br>E-mail: POP3, IMAP4, SMTP, Active Sync |

| | |
|---|---|
| Size | 111 x 55 x 14.4 mm |
| Browser | Dolfin (Webkit browser) |
| Audio | MP3/AAC/AAC+/eAAC+/WMA/AMR<br>MIDI/SP-MIDI/ i-melody/WAV/MMF |
| Video | MPEG4 |
| Battery | 1100mAh |
| TMO Service | myFaves3.0, NAB, VVM, Self Help |
| Connectivity | WiFi, USB 2.0 High Speed , BT v2.1 |
| Additional<br>Feature (C&S) | Face Beauty & Lomo Effect(Camera)<br>Accelerometer Sensor |

SAMSUNG

Samsung Electronics. All Rights Reserved . Confidential and Proprietary

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131565



## Corby 3G (SGH-T569)

### Product Concept

| Futuristic Design & CMF w/ Enhanced Feature |
|---|

### Schedule

| TA | '10. 03. 15 |
|---|---|
| Launch | '10. 04 |

### Specification

| OS | Proprietary | Size | 111.4x55.3x12.45 mm |
|---|---|---|---|
| Chipset | Qualcomm QSC6270 | Browser | Dolfin browser |
| Camera | 2Megapixel | Audio | MP3/AAC/AAC+/WMA/AMR/MIDI |
| Display | 3.0", 240x400, 16M TFT (Touch) | Video | MPEG4 |
| | | Battery | 1000mAh |
| Network | GSM Quad Band UMTS Single-band (Band IV) | TMO Service | myFaves3.0, Mobile Backup, VVM, Self Help, IMS |
| Memory | 50MB(User Memory) | Connectivity | Bluetooth v2.0, USB 2.0 |
| Messaging | MMS: 1MB IM: AIM, Yahoo, Windows Live E-mail: POP3, IMAP4, SMTP, Active Sync | Additional Feature (C&S) | TouchWiz2.0, Online Widget Widget Storefront |

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

108

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131566



*Mayon (SGH-T139)*

**Product Concept**

Low-cost Prepaid Folder

**Schedule**

| TA | '10. 01. 04 |
|---|---|
| Launch | '10. 02 |

**Specification**

| OS | Proprietary |
|---|---|
| Chipset | NXP PNX 4902 |
| Camera | VGA |
| Display | 1.77" 128x160 65K TFT<br>1.0" 96x96 B&W |
| Network | GSM Dual Band<br>GPRS |
| Memory | 10MB(User Memory) |
| Messaging | MMS: 300KB<br>IM: Yahoo, AOL, Windows Live |

| Size | 95 x 48 x 18.4mm |
|---|---|
| Browser | Access NF3.4 Lite |
| Audio | MP3/AMR/MIDI |
| Video | N/A |
| Battery | 800mAh |
| TMO Service | myFaves, Mobile Backup, Audio<br>Postcard, Self Help |
| Connectivity | Bluetooth v2.0 |
| Additional<br>Feature (C&S) | - |

Samsung Electronics. All Rights Reserved. Confidential and Proprietary.

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10131567



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10131568