# KANG DECLARATION EXHIBIT 20

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 37

# Filed Under Seal

Highly Confidential - Attorneys' Eyes Only

# Mobile Planview

: Mobile Market & Vendor Analysis 2009.2Q ~2010.1Q

April , 2010

Design Strategy | Mobile Design Group

SAMNDCA00530405

Mobile Planview

# Contents

- ### **Market Overview**
  Market Overview / Style Overview

  - Market Size, Vendor Share & Smartphone
  - Style Map : 2009 Top10 vs. All vendors (09.2Q~10.1Q)

- ### **Vendor Analysis**
  Nokia / Samsung / LG / Sony Ericsson / Motorola / HTC / RIM / Apple

  - Market Performance & Strategy
  - Segment Portfolio
  - Design Face

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530406

Highly Confidential - Attorneys' Eyes Only

Mobile Planview

# Market Overview

- Summary
  - Market Overview / Style Overview

- Market Overview
  - Market Size
  - Vendor Share
  - Smartphone Market

- Style Overview
  - Style Map : All vendors (09.2Q~10.1Q)
  - Style Map : 2009 Top10 (Smartphone & Feature phone)
  - Style Map by each vendor
    (Nokia / Samsung / LG / Sony Ericsson / Motorola / HTC / RIM / Apple)

SAMNDCA00530407

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530408

Mobile Planview > Summary

# Market Overview

## Market Insight

- **Global Mobile Market 성장 회복**

  '10년 휴대폰 9.7% 성장률 회복으로, 약 12억 8천만대 물량 기대

- **Smartphone Mass化**

  Mid/Entry tier의 비중 2배 이상 증가 : '09년 14% → '12년 32%
  High/Premium tier의 비중 여전히 과반수 이상 예측 : '09년 86% → '12년 68%



[Global Smartphone Sales Forecast by Price-tier '08~'12]

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530409

Mobile Planview > Summary

# Market Overview

## Market Insight

- **Smartphone 제조사[1] 의 괄목할만한 영업성과**

  '09년 전체 **물량의 6%**으로 전체 **이익의 45%**를 차지

  ███████████████████████ ASP와 영업이익률 기록

  1) Smartphone 제조사: Apple, RIM, HTC



**[Vendor 별 ASP 및 영업이익률]**



Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Summary

# Style Overview

## Style Insight : Style Frame

**Design Style을
7가지의 Theme로 정의한 Map**

: Minimal을 중심으로 바깥 축으로 갈수록
style의 degree가 expressive해짐을 의



SAMNDCA00530410

Mobile Planview > Summary

# Style Overview

## Style Insight : Sweet Style Zone

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530411

Highly Confidential - Attorneys' Eyes Only

Mobile Planview
# Style Overview

## Style Insight : '09 HHP Style



- **Timeless Zone**[1) 
  - 기본 확보되어야 하는 휴대폰 Style

  -Futuristic(Samsung), Organic(HTC), Minimal(LG) style을 적용한
  차별화된 디자인 시도
  -주로 Buzz 및 Flagship 모델에 적용

1) **Timeless Style**: '09년 HHP 전체 모델 매핑 중 4개 이상의 제조사 위치하는 zone

SAMNDCA00530412

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Summary

# Style Overview

## Style Insight : '09 vs '10~11 Samsung Style



SAMNDCA00530413

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530414

Mobile Planview > Market Overview > Market Trend

# Market Size : 글로벌 휴대폰 물량

- '09년 글로벌 휴대폰 물량은 경기 침체로 저조: '08년 대비 -2.1%의 줄어든 약 11억 7천만대
- '10년 글로벌 휴대폰 물량은 경기회복으로 **9.7%대의 성장률**: 약 12억 8천만대로 기대
- 글로벌 휴대폰 마켓 성숙으로 인한 성장률 둔화 예상: 2015년 -1.8%의 성장률 예상

unit: million unit

unit: %



[글로벌 휴대폰 물량 2006~2015]

[글로벌 휴대폰 물량 성장률 2006~2015]

*Source*. SA, "Global Handset Sales Forecast by Country 2002 to 2015" Mar.10

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530415

Mobile Planview > Market Overview > Market Trend

# Market Size : Smarphone vs. Feature phone

▪ **Smart-phone의 급속한 성장**
: '10년 현재 약 2억 2천만대로 전체 물량의 19%를 차지
: 연평균 성장률 20%의 성장을 지속하며 '14년 약 4억 4천만대로 전체 물량의 30%를 차지할 것으로 예상

▪ **Feature-phone의 상대적 비중 감소**
: '10년 약 7억 1천만대로 전체 물량의 60%를 차지
: Smart-phone의 확산 및 mass化로 인하여 '14년에는 48%로 비중 감소 예상



[Smartphone, Feature phone 별 글로벌 휴대폰 물량 2005~2014]

*Source.* SA, "Global handset forecast by type," Sep 09   11

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530416

Mobile Planview > Market Overview > Market Trend

# Market Size : 지역별 물량

▪ N. America, W. Europe의 기존 선진시장은 전체 글로벌 마켓의 32%를 차지하나, 성숙된 시장으로 3~5%대의 둔화된 성장률
▪ Africa, Asia(China, India) 등의 Emerging market은 10%이상의 높은 성장률
▪ '09년 경기불황으로 크게 둔화된 양상을 보였던 Latin America와 Africa 등의 성장률이 전년대비 20%정도 상승할 것으로 예측



[지역별 휴대폰 물량 & market share 2009]                 [지역별 휴대폰 물량 성장률 2007~2015]

*Source*: SA, "Global Handset Sales Forecast by Country 2002 to 2015" Mar.10
*Source*: SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb 10

Mobile Planview > Market Overview > Market Trend

# Vendor Share : **Time-series Market Share Analysis**

▪ **Smart-phone vendors의 꾸준한 성장 (Apple 83%, HTC 59%의 성장률)**
▪ Nokia : 큰 폭의 물량성장에도 불구하고 시장 점유율 하락 ('07.4Q 40.6% → '09.4Q 37.7%)

**[vendor별 글로벌 휴대폰 물량 추이'07.1Q~'09.4Q]**          **[vendor별 글로벌 휴대폰 물량 성장률 2009]**



*Source:* SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb 10    13

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530417

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Market Overview > Market Trend

# Vendor Share : 평균판매가격 & 영업이익률

*Source*: SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb 10   14

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530419

Mobile Planview > Market Overview > Market Trend

# Vendor Share : **Smartphone vendors vs. Top5 mega vendors**

- 물량 및 영업이익 기준 MS를 Top 5 mega vendors와 Apple, RIM, HTC의 smart-phone vendors로 grouping해서 살펴보면
  **전체 물량의 6%를 차지하고 있는 smart-phone vendors가 전체 이익의 45%를 차지**



**[Volume share]**

**[Profit share (Operation profit)]**

■ Others
▨ - Apple + RIM + HTC
▨ - Top 5 Mega Vendor

\* Top 5 Mega Vendor : Nokia, Samsung, LG, Sony Ericsson, Motorola

*Source*: SA, "VALUE SHARE: Global Handset Market Update: Q4 2009" Feb 10  15

Mobile Planview > Market Overview > Market Trend

Highly Confidential - Attorneys' Eyes Only



- Nokia
- Samsung
- LG
- Sony Ericsson
- Motorola
- RIM
- Apple
- HTC
- Sharp
- Others

SAMNDCA00530420

*Source*: SA, "VALUE SHARE: Global Handset Market Update: Q4 2009" Feb 10   16

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530421

Mobile Planview > Market Overview > Market Trend

# Smartphone Market : Vendor Share & Growth 추이

- RIM, Apple은 물량과 M/S가 동시에 상승하여 질적/양적 성장추세
- Enterprise Email 시장을 장악하고 있는 **RIM은 북미 이외 지역에서 성장률 강세** : 북미25.8% 대비 중남미300%, 서유럽 90%
- **Motorola의 경우** 전체실적은 부진하지만, **Droid출시와 함께 09.4Q 미주 Smartphone MS 13% 달성**

**[Smartphone Vendor Share Global 2009]**

unit: million unit



**[Smartphone Vendor Growth YoY Global 2009]**



*Source*: SA, "Global Smartphone Vendor Market Share by Region" Feb 10
"Global Handset Market by Region: Q42009" Feb 10

17

Mobile Planview > Market Overview > Market Trend

# Smartphone Market : OS Platform share & forecasting

- ' 09년 smart-phone OS market share: : 1위: Symbian 48.1%, 2위는 RIM 19.2%, 3위 Apple 12.1%, 4위 8.9%의 Win-mo
- Symbian의 하락 예상: '09년 48% → '13년 35%로 하락, 1위는 유지
- Android의 급속한 확산 기대: '09년 5% → '13년 20%로 급속한 확산, 2위 OS가 될 전망

[Smartphone OS Share Global '07~'13]



*Source*: Gartner, "Forecast Smartphone by Operating System, Worldwide, 2007-2013" Feb 10

18

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530422

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530423

Mobile Planview > Market Overview > Market Trend

# Smartphone Market : Price-tier

▪ **Mid/Entry 스마트폰 비중 증가로 Smart-phone 의 대중화, 동시에 고가군 물량 지속적 유지 전망**
  : Premium, High 스마트폰 '09년 84%→ '13년 60%로 비중 감소
   Mid와 Entry 가격대의 '09년 14% → '13년 40% 비중 증가

**[Global Smartphone Sales Forecast by Price-tier '07~'13]**



*Source*. SA, "Global smartphone sales forecast by price tier" Feb 10 19

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530424

Mobile Planview > Market Overview > Style Trend

# Style Trend Analysis : Methodology

## HHP Style Trend Analysis

1) Top 8 vendor: Nokia, Samsung, LG, Motorola, Sony Ericsson, Apple, HTC, RIM

20

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Market Overview > Style Trend

# Style Sweet Zone : '09 Top10 lists



SAMNDCA00530425

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530426

Mobile Planview > Market Overview > Style Trend

# Style Analysis : All vendors (09.2Q~10.1Q)

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Market Overview > Style Trend

# Style Analysis : Nokia

▪ Nokia는 Mechanic에 집중된 보수적인 style portfolio를 갖고 있으며, Casual에서 좀더 새로운 style을 확장

SAMNDCA00530427

Mobile Planview > Market Overview > Style Trend

# Style Analysis : **Samsung**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530428

Mobile Planview > Market Overview > Style Trend

# Style Analysis : LG

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530429

Mobile Planview > Market Overview > Style Trend

# Style Analysis : Sony Ericsson

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530430

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Market Overview > Style Trend

# Style Analysis : **Motorola**

SAMNDCA00530431

Mobile Planview > Market Overview > Style Trend

# Style Analysis : Apple, HTC, RIM

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530432

Highly Confidential - Attorneys' Eyes Only

Mobile Planview
# Vendor Analysis

- Nokia
- Samsung
- LG
- Sony Ericsson
- Motorola
- HTC
- Apple
- RIM

SAMNDCA00530433

Highly Confidential - Attorneys' Eyes Only

Mobile Planview
# Vendor Analysis

## Vendor Analysis

SAMNDCA00530434

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530435

Mobile Planview > Summary

# Vendor Analysis

## Archetype

- **지속원형**
  : Design Face가 유지되면서 진화하는 원형

   

- **독립원형**
  : spec 및 폼팩터 variation된 단발성 원형



- **개별 Face**
  : 지속 및 연관성 없이 개별적인 Design face



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530436

Mobile Planview > Vendor Analysis > Nokia

# Nokia

## Market Performance & Strategy

▪ 전년대비 시장점유율(38.5%, 08.4Q → 37.7%, 09.4Q), 이익 모두 하락하며 저조한 실적을 보였으나
**'09.4Q 스마트폰 라인업 강화로 기대이상의 실적** (영업이익률 QoQ 5.5%p 상승)

▪ **차세대 모바일 시장을 겨냥한 리눅스 기반 MeeGo OS 출시**

## Design Portfolio & Face Analysis

▪ **1년 포트폴리오의 70.8%을 7개의 지속원형으로 운영
5 Series는 CMF 변화를 통해 C Series로 파생 및 6,3,2,1 Series는 기존 Nokia Style Mix 운영**



**'08 2Q ~**

| 5030 Radio | 5730 XM | 5630 XM | 5530 XM | 5800 Navigation | 5230 | 5235 |
| | 09. 2Q | | 09. 3Q | | 09. 4Q | 10. 1Q |

C6(rumor)

▪ **Youth Entertainment 컨셉 독립원형 X Series 출시**
(독립원형 1개/3모델)

▪ '10년 2.5″ 이하 중저가에서 신규 개별 Face 단발진행



| X6 | X3 | 7230 | 6700 slide | 5330 |

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Nokia

# Nokia : Performance & Strategy

- 전년대비 시장점유율, 수익 모두 하락하며 저조한 실적을 보였으나 4분기 스마트폰 라인업 강화로 급격히 개선된 실적 발표
- 스마트폰, MID뿐 아니라 인터넷 TV, 자동차, 미디어폰 등 차세대 모바일 시장을 겨냥한 리눅스 기반 MeeGo OS 출시
- 위치기반 서비스, 모바일 브라우저 등 서비스 사업 강화를 통한 다양한 신규수익원 창출 위한 노력

## Performance

- 강점을 보였던 **저가폰 및 스마트폰 시장에서 고전하며 전년 대비 실적 저조**
  - 불황 및 삼성/LG 선전으로 저가폰 시장에서 영향력 감소, 애플/RIM 등의 스마트폰 전문 업체들의 강세로 스마트폰 시장지배력 하락
  - **3분기에는 4억 2천 6백만 유로의 적자 기록하며 13년만의 손실 발생**
  - ULC 시장에서 강점을 보인 중국, 동유럽을 제외한 전 시장에서 시장점유율 하락

- **4분기 스마트폰 강화로 인한 제품 믹스 개선으로 기대 이상의 실적 발표**
  - 전년 동기 대비 **65% 증가한** 13억2천만 달러의 **영업이익,**
    **5.5%p 개선된** 14.9%의 **영업이익률** 기록
  - 스마트폰 시장 점유율 3분기 35%에서 **40%로 크게 증가**
  - N시리즈 등 high-end 모델 부진 이슈는 여전히 존재하지만 새로 출시된 X6, N97 mini, 5230 등이 좋은 반응을 얻음



X6        N97 mini        5230



[Revenue & Profit]    [Shipment & Wholesale ASP]    [Regional Market Share]

## Strategy

### Product
- 규모의 경제로 **공격적 가격정책**: ULC 뿐 아니라 **스마트폰 ASP도 지속적 인하**
  - '10년 1월 스마트폰 가격 10% 이상 인하 (e.g. 5230: 소매가 200€→170€)
  - **저가 스마트폰 라인업 강화**: C3, C6, E5 2~3분기 시판 발표
    ➤ C3:90€, E5:180€, C6:220€ (소비자 판매가)



C3     C6     E5

### OS/ Service
**'10년 2월 발표된 플랫폼 전략**
- 가격대에 따른 **OS 차별화 전략**: 미고, 심비안, S40 체제
  - 인텔과 협력, 리눅스기반 오픈소스 OS **MeeGo** 출시
    ➤ 스마트폰, MID뿐 아니라 **인터넷 TV, 자동차, 미디어폰 등**
      **다양한 제품에 적용 가능 → 차세대 모바일기기 시장 겨냥**
  - 심비안 오픈소스로 전환, 급성장중인 안드로이드에 대응
    ➤ 첫번째 버전인 심비안 3.0 공개. 3분기 출시 예정. 하반기에는 4.0도 공개 예정
- 모바일 종합포털 Ovi 를 중심으로 서비스사업 강화하고 있으나 시장 반응은 미약
  - 디지털음원서비스 **Comes With Music**: 브라질 등 신흥시장 위주 제한적 성공
    ➤ 유럽시장에서 전용단말로 X6 출시하였으나 반응 미약하여 서비스 제외한 버전 출시 예정

### Recent Issues and Forecast
- 모바일 서비스 사업을 중심으로 **다양한 신규수익원 창출 위한 노력**
  - '07년 Naveteq 인수 후, **신성장동력으로 위치기반 서비스 강화** 및 이를 통한 차량용 내비게이션, 유료 서비스, 광고 서비스 시장 진출 움직임
    ➤ 위치기반검색기술업체 MetaCarta인수, 모바일내비게이션 Ovi Maps 무료 제공 발표 등
  - **태블릿 시장 진출**: 아이패드와 비슷한 컨셉의 태블릿 3분기 글로벌 출시 예정
  - 모바일 브라우저 업체인 노바라(Novarra)를 인수

33

Mobile Planview > Vendor Analysis > Nokia

# Nokia : **Portfolio**



Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Nokia

# Nokia : Design Face

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530439

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Samsung

# Samsung



SAMNDCA00530440

Mobile Planview > Vendor Analysis > Samsung

# Samsung : **Performance & Strategy**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530441

Mobile Planview > Vendor Analysis > Samsung

# Samsung : **Portfolio**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530442

Mobile Planview > Vendor Analysis > Samsung

# Samsung : Design Face

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530443



Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > LG

# LG

## Market Performance & Strategy

- **스마트폰 라인업 부진**으로 **영업이익은 전년 대비 34% 하락**

- **강력한 mid-tier 터치/메시징 포트폴리오**와
  **성공모델을 중심으로 한 라인업 확장**이 volume 성장세 견인

- 스마트폰 라인업 본격 출시, **Multi-OS 운영**



**KP500 Cookie**  **KS360**  **KU990 Viewty**

**GW990 MID**  **GM750**  **GW620**  **GT540 Swift**

## Design Portfolio & Face Analysis

- 3" 대의 **Mid-Touch 모델 중심**으로
  **지속원형 운영** (3개 원형 / 10개 모델)

  – Arena 원형, Viewty 원형 지속

- **Design Buzz 위주의 portfolio** 전략을 바탕으로
  **독립원형 및 개별 Face 모델 운영**

  – 개별 Face 모델 43개로 1년 포트폴리오의 75% 차지

**5**

**3**

09. 2Q · 09. 3Q · 09. 4Q · 10.1Q (E)

   

**KM900**  **GM730**  **GM750**  **KU2100 GS290**

  

**GC900**  **GW520**  **GW550**

   

**Lollipop**  **Crystal**  **New Chocolate**

SAMNDCA00530444

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530445

Mobile Planview > Vendor Analysis > LG

# LG : Performance & Strategy

▪ 시장점유율 상승에도 불구하고 스마트폰 라인업 부진으로 인해 영업이익은 전년 대비 34% 하락한 10억 달러 기록
▪ 강력한 mid-tire 터치/메시징 포트폴리오와 성공모델을 중심으로 한 라인업 확장이 volume 성장세 견인
▪ 독자 OS개발 없이 multi OS 전략 추구

| Performance | Strategy |
|---|---|

**Performance**

• 전년 대비 17% 증가한 출하량 1억 1천 4백만대 달성 및 **시장점유율 상승**에도 불구하고 **영업이익은 전년 대비 34%하락**
 – 특히 지난 **4분기 이후** 영업이익을 급락: 8.8%(3Q09) → 1.7%(4Q09)

• 강력한 **mid tier 터치/메시징 포트폴리오**가 판매량 성장세 견인
 – KP500 Cookie, KS360, KU990 Viewty등의 빅히트로 유럽 시장에서 급성장

• 저가폰 위주인 신흥시장 **출하량이 크게 증가**한 반면, **스마트폰과 같은 고수익 제품군은 부진**하여 Product Mix가 악화된 것이 **수익성 하락의 원인**

 KP500
 KS360
 KU990

**[Revenue & Profit]**

(Bil $)

11.2  13.3  13.4

19%↗  1%↗

0.9  1.5  1.0

2007  2008  2009

**[Shipment & Wholesale ASP]**

(Mil units)

80.5  100.8  114

$139  $132  $114

2007  2008  2009

**[Regional Market Share]**

■2008
■2009

25%
20%
15%
10%
5%
0%

NA  W EUR  APAC  CALA  CE EUR  AME

**Strategy**

**Product**
• **Mid tier 터치/메시징에 집중 지속, 성공모델을 중심으로 한 라인업 확장**



Cookie 시리즈 — Cookie Fresh, Cookie Plus
KS360 / KU990 후속 모델 — GT350, GC900 Viewty Smart
한국 → 유럽 모델 — Lollipop, Icecream

• **스마트폰 라인업 본격적 출시**
 – High end ~ Low-mid tier 여러 seg에 걸쳐 출시
  ➢ High-end: GW990(MeeGo OS, 4.8"), GW820(모바일프로젝터)
  ➢ Mass: GW620, GM750 등
 – 디자인 차별화 시도: GT540



MeeGo
GW990 MID  GW820 eXpo  GM750  GW620  GT540 Swift

**OS/ Service**
• **독자 OS 개발 없이** 안드로이드, 윈도우 모바일에 집중
• GW990 MID에 MeeGo OS 최초 탑재

**Recent Issues and Forecast**
• 늦은 진입으로 **부진한 스마트폰 시장에서의 경쟁력 확보**가 최대 이슈
 – 현재 디자인과 스펙 모두 타사 스마트폰에 비해 **차별화되지 않음**
  : 첫 안드로이드 폰 GW620의 실패
 – 스마트폰 사업부 신설, 연구인력을 확대(예정) 등 적극 대응

Mobile Planview > Vendor Analysis > LG

# LG : **Portfolio**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530446

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530447

Mobile Planview > Vendor Analysis > LG

# LG : Design Face

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Sony Ericsson

# Sony Ericsson

## Market Performance & Strategy

- 스마트폰과 저가폰 중심으로 성장하는 **시장에 적절히 대응하지 못하여 실적 악화**
  전년 대비 41% 감소한 5천 7백만대의 출하량과 10억 2천만 달러의 적자를 기록하며 하락세 지속

- **XPERIA 시리즈 출시 등 스마트폰 라인업 강화로 포트폴리오 믹스 개선 노력** 중이나
  X2,X10 납기지연으로 시장의 신뢰를 잃고 있음

## Design Portfolio & Face Analysis

- **지속원형 없이 신규 독립원형 발굴,** 다양한 폼팩터 전개로 라인업 확장

  - **OS별로 신규 독립원형 운영**
    (Android, WM 각 2개 원형 / 5모델)





- **중저가 모델은 개별 Face로 운영**되며, **SE의 전형적인 W Series, C Series Style** 유지

SAMNDCA00530448

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Sony Ericsson

# Sony Ericsson : Performance & Strategy

- 전년 대비 41% 감소한 5천 7백만대의 출하량과 10억 2천만 달러의 적자를 기록하며 하락세 지속
- XPERIA 시리즈 출시 등 스마트폰 라인업 강화로 포트폴리오 믹스 개선 노력 중

| Performance | Strategy |
|---|---|

## Performance

- 전년 대비 41% 감소한 출하량, 43% 감소한 매출액과 10억 2천만 달러의 **적자를 기록하며 하락세 지속**

- 휴대폰 시장의 성장이 대부분 스마트폰과 신흥시장의 저가폰을 중심으로 이루어지고 있음에도 이에 적절히 대응하지 못하여 실적 악화

- 전통적인 강세 지역인 **유럽 지역을 비롯한 전 지역에서 M/S 하락**
  - 심비안 탑재한 플래그십 모델인 Satio가 소프트웨어 bug 문제로 영국에서 판매 중단되어 유럽 판매량에 악영향



Satio



[Revenue & Profit]  [Shipment & Wholesale ASP]  [Regional Market Share]

## Strategy

**Product**
- '09년 4분기 이후 **스마트폰 대거 출시하며 포트폴리오 믹스 개선 노력**
- OS별 **주요 모델의 폼팩터 변형 방식으로 스마트폰 라인업 확장**
  - XPERIA X10 시리즈 확장
    - X10: 첫 안드로이드폰; 4", 8MP
    - X10 Mini: X10의 축약판; 2.55", 5MP
    - X10 Mini Pro: x10 Mini에 qwerty 추가
  - Vivaz - Vivaz Pro 확장
    - Vivaz: S60, 3.2", 8MP, HD 동영상 촬영
    - Vivaz Pro: Vivaz에 qwety추가, 5MP
- 전체적인 포트폴리오 축소에도 불구하고 **친환경 휴대폰 GreenHeart 시리즈**는 지속적으로 확대
  - Aspen, Hazel, Elm, J105





Aspen    Hazel    Elm    J105 Naite

**OS/ Service**
- 안드로이드, 윈도우 모바일, 심비안 등 오픈 OS 집중
- SNS 기능 강조한 독자 UI인 Timescape , Mediascape 탑재로 기존 안드로이드폰과 차별화
- PlayNow service Kiosk를 런칭, Offline 매장을 통해 DRM Free인 컨텐츠 판매

**Recent Issues and Forecast**
- XPERIA X2, XPERIA X10 등의 납기 지연으로 시장의 신뢰를 잃고 있음
- 재정적 어려움으로 원가 절감 위해 2,500여명 구조조정

*Source*: SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb 10
*Source*: SA, "VALUE SHARE: Global Handset Market Update: Q4 2009" Feb 10

45

SAMNDCA00530449

Mobile Planview > Vendor Analysis > Sony Ericsson

# Sony Ericsson : Portfolio

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530450

Mobile Planview > Vendor Analysis > Sony Ericsson

# Sony Ericsson : Design Face

지속원형

독립원형

모델개수

이슈모델

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Motorola

# Motorola

## Market Performance & Strategy

- Droid의 대성공에도 전년 대비 39% 감소한 매출액
  9억달러 손실을 기록하며 **대규모 적자 지속**

- 사업의 중심을 스마트폰으로 빠르게 이동하며
  **스마트폰과 ULC Bar로 양극화된 포트폴리오 구성**

 

DROID            MOTOBLUR UI

- 안드로이드에 집중한 **단일 플랫폼 전략과** SNS에 최적화된 **Motoblur 제품군으로 차별화 시도**

## Design Portfolio & Face Analysis

- 원형 유지보다는, **대부분의 모델을 개별 face로 운영**
  (1년 포트폴리오의 89%인 16모델)

   

MILESTONE    XT720    MT710    QUENCH
(DROID)

- 지속원형은 부재한 채
  폼팩터를 변형한 1개의 독립원형 운영

 

DEXT MB220    BACKFLIP
(CLIQ)

SAMNDCA00530452

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530453

Mobile Planview > Vendor Analysis > Motorola

# Motorola : Performance & Strategy

- **Droid의 대성공에도 전년 대비 39% 감소한 매출액, 9억달러의 손실 기록하며 대규모 적자 지속**
- **사업의 중심을 스마트폰으로 빠르게 이동하며 스마트폰-ULC Bar로 양극화된 포트폴리오 구성**
- **안드로이드에 집중하는 단일 플랫폼 전략 추구, SNS에 최적화된 Motoblur UI 탑재 제품군으로 차별화 시도**

| Performance | Strategy |
|---|---|

## Performance

· **Droid**의 대성공에도 전년 대비 매출액은 39% 감소, 대규모 적자 지속
  – 4분기에 안드로이드폰을 200만대 판매했음에도 9억달러의 손실 발생
  – Verizon의 보조금 정책에 기반한 Droid의 대성공과는 달리
    **Cliq/Dext, Milestone에 대한 시장 반응은 미약**
    ➢ Droid: Verizon의 전략모델, 4분기에 백만대 판매
    ➢ Cliq: T-Mobile의 아이폰킬러 디바이스,
       배터리 이슈로 부진

 

Droid     Cliq/Dext

  – 스마트폰 출시에 따른 마케팅 비용 증가로 **영업이익률은 -7.2%** 기록

· **북미, 중국 시장에 집중**하고 있으며, 고수익 스마트폰 포트폴리오 확장으로 변화 꾀함
· **북미 스마트폰 시장점유율은 3분기 1.2% → '4분기 12.8%**로 급격한 성장

[Revenue & Profit]  [Shipment & Wholesale ASP]  [Regional Market Share]



## Strategy

**Product**
· 사업의 중심을 피처폰에서 스마트폰으로 빠르게 이동
  **: 안드로이드 스마트폰과 ULC Bar로 양극화된 포트폴리오**
  – 휴대폰 사업을 ODM, Feature폰, 스마트폰으로 구분하여,
    ODM을 통해 일부 수익성을 추구하고
    **Feature폰은 iDEN 제외하고는 투자 중단,**
    궁극적으로 스마트폰에 집중하는 전략

스마트폰-피처폰 mix변화


**OS/ Service**
· 구조조정 이후 단일 플랫폼 운영하며 **자체 OS개발 없이 안드로이드에 집중**
· SNS에 최적화된 **독자UI Motoblur**를 탑재하여 기존 안드로이드와 **차별화 시도**
  – 다양한 Social network(Face book, My space, twitter 등)를 휴대폰 전화번호
    부에 통합하여 한눈에 status 관리 기능
· 중국 독자 앱스토어 오픈 예정: 중국 스마트폰시장에서의 수도권 확보 위해 노력

**Recent Issues and Forecast**
· 스마트폰 시장에서마저 실패한다면 급격한 부진으로 이어질 것
· **회사규모를 줄이고 스마트폰라인업 중심으로 volume보다는 수익성 위주의 전략**을
  펼치고 있어 중장기적으로는 애플, RIM 같은 스마트폰 전문업체로 거듭날 가능성
  – 연구개발 및 판매조직 대폭 축소: 점유율 20%대의 **major**업체로 돌아오기는 어
    려울 것으로 전망

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Motorola

**Motorola** : **Portfolio**

Mobile Planview > Vendor Analysis > Motorola

# Motorola : Design Face

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530455

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530456

Mobile Planview > Vendor Analysis > HTC

# HTC

## Market Performance & Strategy

- 스마트폰 제조사로는 이례적으로
  전년대비 8.0% 감소한 매출액과 13.8% 감소한 물량

- **Multi-OS 전략을 바탕으로 안드로이드 시장으로 영역 확장**

- Sense UI 탑재 등 OEM공급을 넘어
  **자체 브랜드 인지도 강화 중**



**HTC만의 차별화 시도한 Sense UI**

## Design Portfolio & Face Analysis

- **4개의 지속원형 위주의 Design Face 운영**
  (1년 포트폴리오의 82%인 14모델)

  – 지속원형 중 50% 모델이
    **Nexus 원형과 Magic 원형을 중심으로
    Design Face 확장 전개**

  – Diamond Series는 Soft, Minimal한 방향으로 진화









Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530457

Mobile Planview > Vendor Analysis > HTC

## HTC : Performance & Strategy

- 스마트폰 제조사로는 이례적으로 전년대비 8.0% 감소한 매출액과 13.8% 감소한 물량을 기록, 마이너스 성장
- **High-end**부터 보급형까지 스마트폰 포트폴리오 확장
- **Multi-OS** 전략을 바탕으로 안드로이드 시장으로 영역 확장 중이며, **OEM공급을 넘어 자체 브랜드 인지도 강화 중**

### Performance

- '09년 4분기 기준 전체 물량의 1.2%의 점유율로 8위, 스마트폰 시장점유율은 6% 로 노키아-RIM-애플에 이어 4위 달성

- 스마트폰 제조사로는 이례적으로 전년대비 **8.0% 감소한 매출액과 13.8% 감소한 물량을 기록**하였으나 high-end 스마트폰 라인업 강화로 ASP는 6.7% 증가

- 북미와 유럽시장을 비롯해 전 지역에서 고르게 점유율 상승

- **Verizon** 등 통신사와의 파트너십으로 북미 시장에서 지속적 성장
  - '09년 북미 시장 점유율 9.3%로 3위 기록
  - 전체 물량 중 54%가 북미에서 발생: 북미 지역에 집중된 포트폴리오



| [Revenue & Profit] | [Shipment & Wholesale ASP] | [Regional Market Share] |
|---|---|---|

### Strategy

**Product**
- **High-end에서부터 보급형까지** 균형잡힌 포트폴리오: HD2출시로 high-end 강화, Smart로 보급형 강화할 예정
  - HD2: "monster pocket PC"라는 평가
  - Smrat: BREW OS 탑재한 저가 스마트폰



- 넥서스원, 디자이어 출시 등으로 그동안 강세를 보여온 윈도우 모바일뿐 아니라 **안드로이드에서도 영역 확장중이며, OEM공급을 넘어 자체 브랜드 인지도 강화 중**
  - 넥서스원과 같은 하드웨어 사양의 Desire 출시 등 자체 안드로이드 라인업 강화
  - 한편, 구글 주도로 출시한 넥서스원은 예상보다 저조한 반응을보이고 있음
    ➢ 보조금을 지급하지 않아 가격이 상대적으로 높고, 구글 온라인스토어에서만 판매하는 유통전략으로 인해 Droid나 iPhone에 비해서는 실적이 저조

 

Nexux One   Desire

**OS/ Service**
- 안드로이드, 윈도우 모바일, BREW등 **다양한 OS 운영 전략**
  - 퀄컴사의 BREW(Binary Runtime Environment for Wireless) OS: 저가 스마트폰에 탑재
- **독자 UI인 Sense UI** (Hero에 최초 탑재)와 Espresso UI를 통해 차별화

**Recent Issues and Forecast**
- 아이폰 특허침해 혐의로 미국 국제무역위원회(ITC)와 델라웨어 지방법원에 제소됨
- OS문제와 애플과 소송 등 특허문제를 한번에 해결하기 위해 M&A시장에 매물로 나온 미국 스마트폰 업체 팜(Palm)을 인수할 가능성
- 원가 압박으로 대체 칩셋 제조사 검토중(MediaTek)

*Source*: SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb 10
*Source*: SA, "VALUE SHARE: Global Handset Market Update: Q4 2009" Feb 10

53

Mobile Planview > Vendor Analysis > HTC

## HTC : Portfolio

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530458

Mobile Planview > Vendor Analysis > HTC

# HTC : Design Face

Highly Confidential - Attorneys' Eyes Only

속원형

립원형

델개수

슈모델

SAMNDCA00530459

55

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530460

Mobile Planview > Vendor Analysis > RIM

# RIM

## Market Performance & Strategy

- 스마트폰 시장 성장에 힘입어 전년 대비 48% 성장한 매출액, 22억 달러의 영업이익 달성
  **북미 성장률 25.8% 대비, 중남미 300%, 서유럽 90%**로 북미 이외 지역 성장

- 성장하고 있는 **B2C 스마트폰 시장 경쟁력 강화를 위해**
  **터치 모델을 지속적으로 출시**하고 있으나 큰 반응은 없으며
  웹브라우징 개선, 애플리케이션 스토어 개발 등의 노력 중이나 아직 미약한 상황

## Design Portfolio & Face Analysis

- **독립원형이나 개별모델 없이 모두 지속원형으로 운영** (2개 원형/4모델)

  - **Storm Series, Bold Series 2개의 지속원형**

  - Bold Series 지속원형은
    Bold 조형과 Curve 조형 결합 운영



Storm
08. 4Q

Bold
08. 2Q

Curve
07. 3Q

Storm2 9520
09. 4Q
1

Tour 9630   Curve 8520
09. 3Q

Bold 9700
09. 4Q
3

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530461

Mobile Planview > Vendor Analysis > RIM

# RIM : Performance & Strategy

▪ 스마트폰 시장 성장에 힘입어 전년 대비 매출액 성장률 48% 달성, 22억 달러의 영업이익 달성
▪ 성장하고 있는 B2C 스마트폰 시장에서의 경쟁력 강화 위해 웹브라우징 개선, 애플리케이션 스토어 개발 등의 노력 중

| Performance | Strategy |
| --- | --- |

## Performance

• 스마트폰 시장 성장에 힘입어 **전년 대비 매출액 성장률 48%** 달성

• Curve 8520, Bold 9700 판매 호조로
**전통적 강세지역인 북미 이외의 지역에서도**
**고르게 성장**

 

Curve 8520    Bold 9700

• 최근 안드로이드폰의 급성장으로 **북미지역에서의 스마트폰 시장점유율은**
'09년 3분기 51% 에서 4분기 44%로 **하락**
 – 동 기간 내 HTC, Motorola의 안드로이드폰이  미국 스마트폰 시장의 18% 점유

**[Revenue & Profit]**    **[Shipment & Wholesale ASP]**    **[Regional Market Share]**

(Bil $)
50
40
30
20
10
0
105%  8.0  48%  11.9
3.9  1.8  2.2
1.0
2007  2008  2009

(Mil units)
500
400
300
200
100
0
$343  $342  $344
11.4  23.5  34.5
2007  2008  2009
$600  $500  $400  $300  $200  $100  $0

■2008  ■2009
20%
10%
0%
NA  W EUR  APAC  CALA  CE EUR  AME

## Strategy

**Product**
• 이메일에 특화된 편의성을 강점으로 **B2B 시장에 집중된 포트폴리오**를 지님
• **터치 모델을 지속적으로 출시하고 있으나**, 경쟁사 제품 대비
강점 부재로 **큰 반응을 얻지 못하고 있음**
 – Strom2 9520:기 출시 되었던 Strom의 후속작으로
문제점으로 지적되었던 느린 터치감과 복잡한 인터페이스
개선하였으나 아이폰 등의 제품에는 뒤떨어진다는 지적



Storm 2 9520

**OS/ Service**
• B2B 시장에서 하드웨어, 소프트웨어, 개발 툴 및 서비스를 통합하는 포괄적인(end-
to-end) 솔루션을 제공하며 **성숙한 에코시스템 보유**
 – BES(Blackberry Enterprise Server) 솔루션
  ➢ 보안성 높고 기존의 엔터프라이즈 시스템과 무선으로 연동 가능
  ➢ 최근 소규모 기업을 위한 무료 버전 BES Express 출시
• B2C 경쟁력 강화 위해 **애플리케이션 스토어 런칭**하였으나 아직 개발 단계
 – BlackBerry App World: '09년 3월 런칭히였으나 B2C용 애플리케이션은 미약

**Recent Issues and Forecast**
• B2C 시장 경쟁력 강화 위한 **웹브라우징 개선 노력**
 – Qwerty에 최적화된 소프트웨어 플랫폼을 터치 모델에 적합하게 개선
 – '09년 8월 Torch Mobile 인수, Open Screen Project 참여

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530462

Mobile Planview > Vendor Analysis > RIM

# RIM : Portfolio

Mobile Planview > Vendor Analysis > RIM

# RIM : **Design Face**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530463

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Apple

# Apple

## Market Performance & Strategy

- 전년 대비 83% 증가한 2천 5백만대의 출하량과 117% 증가한 51억 달러의 영업이익을 기록하며 **양적 / 질적 성장 지속**

- Mass 시장을 대상 **iPad를 성공적으로 출시**하며 기존의 강점인 **에코시스템을 더욱 강화**

- **I-Phone 4G 디자인 및 OS Upgrade에 대한 시장 기대 형성**



9.7" Portrait Default Type
새로운 Entertainment Device

기존 디자인 대비 직선이 더 강해지고,
평면 구간이 많아짐
전면 카메라, 해상도, 배터리 체적 향상

iPhone 3G    iPhone 3Gs    iPhone 4G (Rumor)

SAMNDCA00530464

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Apple

# Apple : Performance & Strategy

- 전년 대비 83% 증가한 2천 5백만대의 출하량과 117% 증가한 51억 달러의 영업 이익을 기록하며 양적 / 질적 성장 지속
- **Mass 시장 대상 태블릿 iPad를 성공적으로 출시하며 기존의 강점인 에코시스템을 더욱 강화**
- 차기 모델 I-Phone 4G에 대한 디자인 유출과 함께 **Upgrade된 OS 에 대한 시장 기대 형성**

## Performance

- 전년 대비 83% 증가한 2천 5백만대 출하량, **117% 증가한 51억 달러의 영업이익(영업이익률; 34%)** 을 기록하며 지속적 성장

- 복수 사업자 계약, 유통망 확대, 신규시장 진입 등의 **사업영역 확대로 판매량 증대**
  - **독점 판매 정책 변경으로 France, Italy, UK, Canada 등에서 복수 사업자 공급을** 시작한 지역에서 판매량 급증
    ➢ 프랑스: 스마트폰 시장 M/S 40%, 전체 휴대폰 시장 M/S 10.6% 달성
    ➢ 향후 다른 지역에서도 복수사업자 전략 가능성: e.g. 북미 Verizon
  - 월마트, 테스코 등 **소매 유통망으로 유통망 확대 중**
  - 한국, 중국시장 등 **신규시장 진입**

- **안드로이드폰으로 인한 경쟁 심화로 QoQ 시장점유율은 소폭 하락**



[Revenue & Profit]   [Shipment & Wholesale ASP]   [Regional Market Share]

## Strategy

**Product**
- **iPad의 성공적 출시로 새로운 personal entertainment** 사업모델 구축 
  - 기존 포더블 단말들의 주요기능을 흡수한 하이브리드 단말로 spec/가격 측면에서 **mass시장을 타겟팅**
  - **예상을 크게 초과하는 수요로 출시 1주일만에 50만대 가량 판매**
  - 인터넷 기반 TV 컨텐츠 서비스 사업 진출 가속화하며 **기존의 에코시스템 강화**
    ➢ iTunes Pass TV 준비중, CBS 및 디즈니와 콘텐츠 공급협상 중

**OS/ Service**
- 아이폰 3GS 출시 1년만인 **'10년 여름, 새 OS 탑재한 아이폰4G 출시** 발표
  - 주요 기능:멀티 태스킹 지원, 폴더 기능, 통합 인박스 기능, 전자책 기능(iBooks), 모바일 광고 기능(iAd), 게임센터, 기업용 솔루션 강화
  - **스마트폰 시장 뿐 아니라 모바일 광고, 전자책, 게임시장까지 공략**
- iTunes Store, App Store 및 iBookstore의 지속적 성장
  - '10년 2월 기준아이튠즈 스토어 음악 다운로드 횟수 100억건 돌파
- 모바일미: 클라우드 통한 데이터 관리 서비스

**Recent Issues and Forecast**
- 기타 기술 / 사업 동향
  - 3D: iSpecs(휴대폰과 연결해 3D 영상 볼 수 있는 안경) 특허 신청
  - Wearable technology: 웨어러블 컴퓨터 전문가 Richard DeVaul '수석 원형 엔지니어(senior prototype scientist)'로 영입
  - 모바일 검색 광고시장: '10년 1월 모바일 광고업체 '쿼트로 와이어리스'를 인수

SAMNDCA00530465

*Source: SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb 10*
*Source: SA, "VALUE SHARE: Global Handset Market Update: Q4 2009" Feb 10*

61

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Vendor Analysis > Apple

# Apple : Portfolio

SAMNDCA00530466

Highly Confidential - Attorneys' Eyes Only

Mobile Planview

# Appendix

- 지역별 Smartphone, Feature-phone Top 10

- 지역별 Share
  - 지역별 Smartphone 비중
  - 지역별 Vendor share
  - 지역별 Vendor Smartphone share

- Vendor Style map

SAMNDCA00530467

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530468

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : Global

- **Nokia가 압도적으로 많음**
- **SP**: Nokia가 9개로 압도적 / 5800 Xpressmusic 과 Apple iPhone이 가장 인기가 많은 Touch 모델 / 다양한 form factor가 나타나고 있으나 Slide가 가장 많음 /
- **FP**: Nokia의 Bar 가 대세

| [Vendor] | | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM |
|---|---|---|---|---|---|---|---|---|
| SP | | 9 | | | | | 1 | |
| FP | | 10 | | | | | | |

| [Form Factor] | | Touch | Qwerty Bar | Slide | Folder | Bar |
|---|---|---|---|---|---|---|
| SP | | 2 | 2 | 4 | | 2 |
| FP | | | | | | 10 |

## [글로벌 Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | APPLE | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 5800 XPRESSMUSIC | 6120 CLASSIC | E71 | N95 | E66 | IPHONE 3G 8GB | N95 8GB | 5320 XPRESSMUSIC | E63 | 6210 NAVIGATOR |
| Sales unit | 7,083,971 | 3,632,341 | 3,597,459 | 2,530,099 | 2,453,383 | 2,328,494 | 2,005,281 | 1,855,830 | 1,806,631 | 1,760,862 |
| OS | Symbian | Symbian | Symbian | Symbian | Symbian | iPhone OS | Symbian | Symbian | Symbian | Symbian |
| LCD/CAM | 3.2" / 3.15MP | 2" / 2MP | 2.36"/3.15MP | 2.6" / 5MP | 2.4"/ 3.15MP | 3.5"/ 3.15MP | 2.8"/ 5MP | 2.0"/ 2MP | 2.36"/ 2MP | 2.4"/ 3.15MP |
| Date | 2008.10 | 2007.04 | 2008.06 | 2006.11 | 2008.06 | 2009.06 | 2007.08 | 2008.04 | 2008.11 | 2008.02 |

## [글로벌 Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 1208 | 1209 | 1202 | 1200 | 6300 | 1661 | 2630 | 1650 | 1680CLASSIC | 2760 |
| Sales unit | 24,873,751 | 19,896,191 | 18,696,640 | 16,990,709 | 13,593,114 | 12,781,527 | 11,900,679 | 11,489,805 | 10,736,380 | 10,638,126 |
| LCD/CAM | 1.5"/ X | 1.4"/ X | 1.3"/ X | 1.5"/ X | 2.0"/ 2MP | 1.8"/ X | 1.8"/ VGA | 1.8"/ X | 1.85"/ VGA | 1.9"/ VGA |
| Date | 2007.05 | 2008.01 | 2008.11 | 2007.05 | 2006.11 | 2008.11 | 2007.05 | 2007.05 | 2008.04 | 2007.05 |

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : Europe

◯ : Global Hit model
Local : Local only model

- 글로벌 평균보다 높은 가격대의 제품들이 인기이며, Nokia의 비중이 상대적으로 적음
- **SP**: Apple의 iPhone이 매우 인기, Touch(5개)와 Qwerty(2개) 비중 높음, Bar 비중 낮음
- **FP**: 다양한 Form factor가 인기이며, Touch가 2개 리스팅 되어 있음 Slide 비중도 높음

[Vendor]

| | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM |
|---|---|---|---|---|---|---|---|
| SP | 5 | | | | | 3 | 2 |
| FP | 5 | 3 | 1 | | 1 | | |

[Form Factor]

| | Touch | Qwerty Bar | Slide | Folder | Bar |
|---|---|---|---|---|---|
| SP | 5 | 3 | 1 | | 1 |
| FP | 2 | | 4 | 1 | 3 |

[Glocal]

| | Global Hit Model | Local only model |
|---|---|---|
| SP | 6 | |
| FP | 3 | |

[Europe Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | APPLE | APPLE | NOKIA | NOKIA | BLACKBERRY | NOKIA | NOKIA | APPLE | BLACKBERRY |
| Model | 5800 XPRESSMUSIC | IPHONE 3G 8GB | IPHONE 3GS 16GB | 6210 NAVIGATOR | E71 | 8900 CURVE | N97 | E51 | IPHONE 3G 16GB | BOLD 9000 |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 3,614,465 | 1,671,172 | 1,137,355 | 1,080,786 | 993,503 | 956,013 | 860,882 | 738,606 | 660,705 | 614,215 |
| OS | Symbian | iPhone OS | iPhone OS | Symbian | Symbian | BlackBerry OS | Symbian | Symbian | iPhone OS | BlackBerry OS |
| LCD/CAM | 3.2" / 3.15MP | 3.5"/ 3.15MP | 3.5"/ 3.15MP | 2.4"/ 3.15MP | 2.36"/3.15MP | 2.4" / 3.15MP | 3.5" / 5MP | 2.0" / 2MP | 3.5"/ 3.15MP | 2.6" / 2MP |
| Date | 2008.10 | 2009.06 | 2009.06 | 2008.02 | 2008.06 | 2008.11 | 2008.11 | 2007.09 | 2009.06 | 2008.05 |

[Europe Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | SAMSUNG | NOKIA | NOKIA | NOKIA | NOKIA | SAMSUNG | NOKIA | LG | SEMC | SAMSUNG |
| Model | S5230 STAR | 6300 | 2630 | 2760 | 1208 | SGH-J700 | 2680 SLIDE | KP500 COOKIE | W595 | SGH-E250 |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 3,906,026 | 3,564,156 | 3,438,142 | 3,345,334 | 3,338,612 | 3,111,738 | 2,913,252 | 2,833,518 | 2,784,805 | 2,675,943 |
| LCD/CAM | 3.0" / 3.15MP | 2.0"/ 2MP | 1.8"/ VGA | 1.9" / VGA | 1.5" / X | 2.0" / 1.3MP | 1.85" / VGA | 3.0" / 3.15MP | 2.2"/ 3.15MP | 2.0"/ VGA |
| Date | 2009.03 | 2006.11 | 2007.05 | 2007.05 | 2007.05 | 2008.02 | 2008.04 | 2008.09 | 2008.07 | 2006.10 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530469

65

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : CIS

○ : Global Hit model
Local : Local only model

- **SP는 high-end Touch, FP은 저가 Bar로 양분, Nokia의 비중이 상대적으로 적음, 삼성 비중 높음**
- **SP**: Touch (5개) 비중 높음
- **FP**: 저가의 Bar 중심이나 자사 Star는 유일하게 리스팅

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530470

**[Vendor]**

| | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM |
|---|---|---|---|---|---|---|---|
| SP | 7 | 1 | | | | 2 | |
| FP | 6 | 3 | 1 | | | | |

**[Form Factor]**

| | Touch | Qwerty Bar | Slide | Folder | Bar |
|---|---|---|---|---|---|
| SP | 5 | 1 | 1 | | 3 |
| FP | 1 | | | | 9 |

**[Glocal]**

| | Global Hit Model | Local only Model |
|---|---|---|
| SP | 4 | |
| FP | 5 | |

## [CIS Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | SAMSUNG | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | APPLE | APPLE |
| Model | 5800 XPRESSMUSIC | SGH-I900 OMNIA8GB | E66 | 5530 XPRESSMUSIC | E51 | N73 | N82 | E71 | IPHONE 3G 8GB | IPHONE 3G 16GB |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 538,978 | 230,971 | 154,137 | 148,281 | 143,396 | 133,306 | 127,677 | 111,665 | 108,751 | 99,125 |
| OS | Symbian | WIN MOBILE | Symbian | SYMBIAN | Symbian | SYMBIAN | SYMBIAN | Symbian | iPhone OS | iPhone OS |
| LCD/CAM | 3.2" / 3.15MP | 3.2"/ 5MP | 2.4"/ 3.15MP | 2.9"/ 3.15MP | 2.0" / 2MP | 2.4" / 3.15MP | 2.4" / 5MP | 2.36"/3.15MP | 3.5"/ 3.15MP | 3.5"/ 3.15MP |
| Date | 2008.10 | 2008.06 | 2008.06 | 2009.06 | 2007.09 | 2006.04 | 2007.11 | 2008.06 | 2009.06 | 2009.06 |

## [CIS Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | SAMSUNG | NOKIA | NOKIA | NOKIA | LG | **SAMSUNG** | NOKIA | SAMSUNG | NOKIA | NOKIA |
| Model | E1070 | 1202 | 6300 | 1208 | KP105 | **S5230STAR** | 5130 XPRESSMUSIC | E1100 | 1209 | 1200 |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 1,728,751 | 1,667,957 | 1,555,242 | 1,126,628 | 1,106,655 | 763,525 | 757,244 | 732,537 | 721,279 | 692,161 |
| LCD/CAM | 1.38"/ X | 1.3"/ X | 2.0"/ 2MP | 1.5"/ X | 1.5"/ X | 3.0" / 3.15MP | 2.0"/ 2MP | 1.52"/ X | 1.4"/ X | 1.5"/ X |
| Date | 2009.02 | 2008.11 | 2006.11 | 2007.05 | 2008.04 | 2009.03 | 2008.11 | 2009.02 | 2008.01 | 2007.05 |

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : SEA

: Global Hit model
Local : Local only model

- **SP는 high-end Touch, FP은 저가 Bar로 양분, Nokia의 비중 높음, Global 상관관계 높음**
- **SP**: 고가의 Touch (5개), Qwerty (1개) 비중 높음
- **FP**: Nokia의 Bar 대세



| [Vendor] | | | | | | | | [Form Factor] | | | | | | [Glocal] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM | | Touch | Qwerty | Bar | Slide | Folder | Bar | Global Hit Model | Local only model |
| SP | 8 | | | | | 2 | | SP | 4 | 2 | 1 | | | 3 | SP | 8 |
| FP | 10 | | | | | | | FP | | | 10 | | | | FP | 7 |

## [SEA Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | APPLE | NOKIA | NOKIA | APPLE |
| Model | E71 | 5800 XPRESSMUSIC | E63 | 6120 CLASSIC | 5320 XPRESSMUSIC | N70 Music edition | IPHONE 3G 8GB | 6210 NAVIGATOR | N97 | IPHONE 3GS 16GB |
| | | | | | | | | | | |
| Sales unit | 791,961 | 721,938 | 654,786 | 589,835 | 271,084 | 253,052 | 243,269 | 224,235 | 222,661 | 206,312 |
| OS | SYMBIAN | Symbian | Symbian | Symbian | Symbian | SYMBIAN | iPhone OS | Symbian | SYMBIAN | iPhone OS |
| LCD/CAM | 2.36"/3.15MP | 3.2" / 3.15MP | 2.36"/ 2MP | 2" / 2MP | 2.0"/ 2MP | 2.1"/ 2MP | 3.5"/ 3.15MP | 2.4"/ 3.15MP | Symbian | 3.5"/ 3.15MP |
| Date | 2008.06 | 2008.10 | 2008.11 | 2007.04 | 2008.04 | 2005.2Q | 2009.06 | 2008.02 | 3.5" / 5MP | 2009.06 |

## [SEA Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 1202 | 1208 | 1200 | 6300 | 5130 XPRESSMUSIC | 2600 CLASSIC | 1661 | 3110CLASSIC | 1650 | 2630 |
| | | | | | | | | | | |
| Sales unit | 3,932,037 | 2,705,207 | 2,572,624 | 1,814,731 | 1,813,078 | 1,643,557 | 1,586,832 | 1,487,192 | 1,434,581 | 1,337,234 |
| LCD/CAM | 1.3"/ X | 1.5"/ X | 1.5"/ X | 2.0"/ 2MP | 2.0"/ 2MP | 1.77"/ VGA | 1.8"/ X | 1.8"/ 1.3MP | 1.8"/ X | 1.8"/ VGA |
| Date | 2008.11 | 2007.05 | 2007.05 | 2006.11 | 2008.11 | 2008.07 | 2008.11 | 2007.02 | 2007.05 | 2007.05 |

SAMNDCA00530471

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530472

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : SWA

: Global Hit model
: Local only model

- **Bar 비중 SP, FP 모두 높음, Nokia의 비중이 매우 높음 (SP, FP 모두 100%), 글로벌 상관관계 낮음**
- **SP**: bar 비중 높음(7개), Touch (1개) 비중 낮음
- **FP**: 저가의 Bar 중심



| [Vendor] | | | | | | | | [Form Factor] | | | | | | [Glocal] | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM | | Touch | Qwerty | Bar | Slide | Folder | Bar | Global Hit Model | Local only model |
| SP | 10 | | | | | | | SP | 1 | 2 | | | | 7 | SP | 4 |
| FP | 10 | | | | | | | FP | | | 10 | | | | FP | 4 |

## [SWA Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 5800 XPRESSMUSIC | N73 Music edition | E71 | E63 | N79 | E51 | 5320 XPRESSMUSIC | N72 | N73 | N70 Music edition |
| Sales unit | 174,558 | 164,491 | 161,000 | 154,962 | 68,107 | 45,413 | 42,069 | 33,597 | 30,117 | 26,778 |
| OS | Symbian | SYMBIAN | Symbian | SYMBIAN | SYMBIAN | Symbian | Symbian | SYMBIAN | SYMBIAN | SYMBIAN |
| LCD/CAM | 3.2" / 3.15MP | 2.4" / 3.15MP | 2.36"/3.15MP | 2.36"/ 2MP | 2.4"/ 5MP | 2.0" / 2MP | 2.0"/ 2MP | 2.1"/ 2MP | 2.4" / 3.15MP | 2.1"/ 2MP |
| Date | 2008.10 | 2006.04 | 2008.06 | 2008.11 | 2008.08 | 2007.09 | 2008.04 | 2006.04 | 2006.04 | 2005.2Q |

## [SWA Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 1209 | 1202 | 1650 | 3110 CLASSIC | 1661 | 1203 | 2626 | 5130 XPRESSMUSIC | 1662 | 7210 SUPERNOVA |
| Sales unit | 8,707,494 | 4,850,244 | 4,200,484 | 3,609,820 | 3,411,144 | 3,110,844 | 2,820,621 | 2,078,111 | 1,892,832 | 1,879,561 |
| LCD/CAM | 1.4"/ X | 1.3"/ X | 1.8"/ X | 1.8"/ 1.3MP | 1.8"/ X | 1.3"/ X | 1.5"/ X | 2.0"/ 2MP | 1.8"/ X | 2.0"/ 2MP |
| Date | 2008.01 | 2008.11 | 2007.05 | 2007.02 | 2008.11 | 2008.11 | 2006.11 | 2008.11 | 2009.2Q | 2008.06 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530473

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : CHN

○ : Global Hit model
Local : Local only model

- **Nokia의 비중 높음 (SP: 9개, FP: 8개), Global 상관관계는 평균이나, Local only 모델이 다수 포함 (SP: 1개, FP: 3개)**
- **SP**: Slide 높음 (3개), bar 비중 높음 (4개)
- **FP**: 저가의 Bar 중심, Slide 모델 1개

| [Vendor] | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM |
|---|---|---|---|---|---|---|---|
| SP | 9 | | | 1 | | | |
| FP | 8 | 2 | | | | | |

| [Form Factor] | Touch | Qwerty Bar | Slide | Folder | Bar |
|---|---|---|---|---|---|
| SP | 2 | 1 | 3 | | 4 |
| FP | | | 1 | | 9 |

| [Glocal] | Global Hit Model | Local only model |
|---|---|---|
| SP | 6 | 1 |
| FP | 5 | 3 |

## [CHN Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | MOTOROLA |
| Model | 6120 CLASSIC | 5320 XPRESSMUSIC | N81 | 5800 XPRESSMUSIC | E66 | 5320 (2G) XPRESSMUSIC | N72 | E66 2G | E71 | A1200 |
| Sales unit | 1,015,066 | 902,060 | 868,701 | 777,382 | 688,490 | 668,558 | 628,835 | 597,196 | 554,575 | 520,562 |
| OS | Symbian | Symbian | SYMBIAN | Symbian | Symbian | SYMBIAN | SYMBIAN | Symbian | Symbian | LINUX |
| LCD/CAM | 2" / 2MP | 2.0" / 2MP | 2.4" /2MP | 3.2" / 3.15MP | 2.4" 3.15MP | 2.0" / 2MP | 2.1" / 2MP | 2.4" / 3.15MP | 2.36"/3.15MP | 2.4" / 2MP |
| Date | 2007.04 | 2008.04 | 2007.08 | 2008.10 | 2008.06 | 2008.04 | 2006.04 | 2008.06 | 2008.06 | 2005.12 |

## [CHN Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | SAMSUNG | NOKIA | SAMSUNG |
| Model | 1681C (China only) | 1208 | 1200 | 1680CLASSIC | 6300 | 1209 | 2680 SLIDE | GT-E1100C | 1202 | GT-E1110C |
| Sales unit | 6,102,455 | 4,169,695 | 3,724,008 | 3,110,517 | 2,526,995 | 2,238,219 | 2,207,265 | 1,854,242 | 1,816,346 | 1,813,446 |
| LCD/CAM | 1.8"/ X | 1.5"/ X | 1.5"/ X | 1.85"/ VGA | 2.0"/ 2MP | 1.4"/ X | 1.85"/ VGA | 1.52"/ X | 1.3"/ X | 1.52"/ X |
| Date | 2008.08 | 2007.05 | 2007.05 | 2008.04 | 2006.11 | 2008.01 | 2008.04 | 2009 | 2008.11 | 2009 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530474

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : MEA

- **Nokia의 비중 높음 (SP: 10개, FP: 9개), Slide 비중 높음, Bar 비중 높음, 글로벌 상관관계 높은 편**
- **SP**: Slide 높음 (4개), bar 비중 높음 (4개)
- **FP**: 저가의 Bar 중심, Slide 모델 1개

: Global Hit model
Local : Local only model

| [Vendor] | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM |
| SP | 10 | | | | | | |
| FP | 9 | 1 | | | | | |

| [Form Factor] | | | | |
|---|---|---|---|---|
| | Touch | Qwerty Bar | Slide | Folder | Bar |
| SP | 1 | 1 | 4 | | 4 |
| FP | | | 1 | | 9 |

| [Glocal] | |
|---|---|
| | Global Hit Model | Local only model |
| SP | 6 | |
| FP | 7 | |

## [MEA Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 6120 CLASSIC | 5800 XPRESSMUSIC | E71 | E66 | N95 8GB | N73 Music edition | N96 | E51 | N95 | N79 |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 1,318,357 | 1,060,184 | 827,068 | 803,886 | 733,011 | 649,484 | 608,037 | 491,783 | 488,911 | 474,659 |
| OS | Symbian | Symbian | Symbian | Symbian | Symbian | SYMBIAN | SYMBIAN | Symbian | Symbian | SYMBIAN |
| LCD/CAM | 2" / 2MP | 3.2" / 3.15MP | 2.36"/3.15MP | 2.4"/ 3.15MP | 2.8"/ 5MP | 2.4" / 3.15MP | 2.8"/ 5MP | 2.0" / 2MP | 2.8"/ 5MP | 2.4"/ 5MP |
| Date | 2007.04 | 2008.10 | 2008.06 | 2008.06 | 2007.08 | 2006.04 | 2008.02 | 2007.09 | 2007.08 | 2008.08 |

## [MEA Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vendor | NOKIA | NOKIA | NOKIA | NOKIA | SAMSUNG | NOKIA | NOKIA | NOKIA | NOKIA | NOKIA |
| Model | 1200 | 1202 | 1208 | 1209 | SGH-E250 | 6300 | 2630 | 1650 | 1680 CLASSIC | 1203 |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 7,004,687 | 6,398,163 | 5,758,122 | 5,263,051 | 3,941,301 | 3,625,538 | 2,729,669 | 2,659,667 | 2,496,039 | 2,405,334 |
| LCD/CAM | 1.5"/ X | 1.3"/ X | 1.5"/ X | 1.4"/ X | 2.0"/ VGA | 2.0"/ 2MP | 1.8"/ VGA | 1.8"/ X | 1.85"/ VGA | 1.3"/ X |
| Date | 2007.05 | 2008.11 | 2007.05 | 2008.01 | 2006.10 | 2006.11 | 2007.05 | 2007.05 | 2008.04 | 2008.11 |

Mobile Planview > Appendix > 지역별 Top 10

# 2009 Top 10 : LA

○ : Global Hit model
Local : Local only model

- 다양한 **Form Factor**가 인기 있음(**Bar** 비중 낮음, **Slide**, **Folder** 비중 높음), **Nokia**의 비중 낮은 편, 삼성 비중 높은 편, **Local only** 모델 비중 높은 편 (3개)
- **SP**: Motorola 제품 비중 높은 편(SP: 2개), Touch 제품 다수(3개),  Slide 높음(3개), bar 비중 높음(3개)
- **FP**: 다양한 Form Factor가 인기, Folder 모델 인기 (4개)

**[Vendor]**

| | Nokia | Samsung | LG | Motorola | SEMC | Apple | RIM |
|----|----|----|----|----|----|----|----|
| SP | 6 | | | 2 | | 1 | 1 |
| FP | 4 | 3 | 2 | | 1 | | |

**[Form Factor]**

| | Touch | Qwerty Bar | Slide | Folder | Bar |
|----|----|----|----|----|----|
| SP | 3 | 1 | 3 | | 3 |
| FP | | | 1 | 4 | 5 |

**[Glocal]**

| | Global Hit Model | Local only model |
|----|----|----|
| SP | 6 | |
| FP | 4 | 3 |

## [LA Smartphone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|----|----|----|----|----|----|----|----|----|----|----|
| Vendor | NOKIA | MOTOROLA | MOTOROLA | NOKIA | NOKIA | NOKIA | NOKIA | BLACKBERRY | APPLE | NOKIA |
| Model | N95 | ROKRZ6 | A1200 | N95 8GB | N73 | 6120 CLASSIC | 5800 XPRESSMUSIC | 8100 PEARL | IPHONE 3G 16GB | E71 |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 1,033,476 | 687,035 | 566,274 | 397,230 | 302,092 | 204,702 | 196,466 | 168,759 | 158,723 | 157,687 |
| OS | Symbian | LINUX | LINUX | Symbian | SYMBIAN | Symbian | Symbian | RIM | iPhone OS | Symbian |
| LCD/CAM | 2.6" / 5MP | 2.1"/ 2MP | 2.4"/ 2MP | 2.8"/ 5MP | 2.4" / 3.15MP | 2" / 2MP | 3.2" / 3.15MP | 2.2"/ 1.3MP | 3.5"/ 3.15MP | 2.36"/3.15MP |
| Date | 2006.11 | 2007.07 | 2005.12 | 2007.08 | 2006.04 | 2007.04 | 2008.10 | 2006.09 | 2009.06 | 2008.06 |

## [LA Feature-phone Top 10]

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|----|----|----|----|----|----|----|----|----|----|----|
| Vendor | NOKIA | NOKIA | SAMSUNG | NOKIA | LG | SAMSUNG | NOKIA | SAMSUNG | LG | SEMC |
| Model | 1208 | 2760 | SGH-F250 | 2630 | KP106RUBY | SGH-E215 | 1661 | SGH-C275L | MG370LYNX | W380I |
| |  |  |  |  |  |  |  |  |  |  |
| Sales unit | 6,305,936 | 5,346,541 | 3,216,614 | 2,995,662 | 2,769,480 | 2,731,904 | 2,435,563 | 2,374,234 | 2,348,023 | 2,344,583 |
| LCD/CAM | 1.5"/ X | 1.9"/ VGA | 2.0"/ 1.3MP | 1.8"/ VGA | 1.5" | 2.0"/ VGA | 1.8"/ X | 1.5"/ X | 1.5"/ X | 1.9"/ 1.3MP |
| Date | 2007.05 | 2007.05 | 2007.08 | 2007.05 | 2008.3Q | 2008.08 | 2008.11 | 2008 | 2007 | 2007.11 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530475

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530476

Mobile Planview > Appendix > 지역별 Share

# Regional Share : Vendor Volume Share

- Nokia는 Central & Eastern Europe, Middle East Africa 등의 Emerging market에서 강세
- 삼성은 N. America와 Western Europe의 선진 시장에서 강세
- Smart-phone 제조사는 N. America와 Eastern Europe의 선진 시장에서 강세

**Western Europe**



**Central & Eastern Europe**




**North America**




**Central & Latin America**



**Middle East Africa**



**Asia Pacific**



*Source.* SA, "VENDOR SHARE: Global Handset Market by Region: Q4 2009" Feb.09

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530477

Mobile Planview > Appendix > 지역별 Share

# Regional Share : Smartphone 비중



**North America**

**Western Europe**

**Central & Eastern Europe**

**Central & Latin America**

**Middle East Africa**

**Asia Pacific**

*Source:* SA, "Global Smartphone Vendor Market Share by Region" Feb 10

Highly Confidential - Attorneys' Eyes Only

Mobile Planview > Appendix > 지역별 Share

# Regional Share : Smartphone Vendor Share

**North America**



**Western Europe**

**Central & Eastern Europe**

**Central & Latin America**



**Middle East Africa**

**Asia Pacific**



*Source*: SA, "Global Smartphone Vendor Market Share by Region" Feb 10

Mobile Planview > Appendix > Style Map

# Style Frame Overview



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530479

Mobile Planview > Appendix > Style Map

# Style Frame: Keywords



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530480

Mobile Planview > Appendix > Style Map

# Style Frame: Image Mapping



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530481

Mobile Planview > Appendix > Style Map

# Style Frame: HHP Mapping



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530482

Mobile Planview > Appendix > Style map

# Samsung



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530483

# Nokia



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530484

Mobile Planview > Appendix > Style map





Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530485

Mobile Planview > Appendix > Style map

# Sony Ericsson



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530486

Mobile Planview > Appendix > Style map

# Motorola



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530487

Mobile Planview > Appendix > Style map

# Apple, HTC, RIM



Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530488

Mobile Planview > Appendix > Style map

# Samsung '10, '11 Roadmap

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00530489

Highly Confidential - Attorneys' Eyes Only

# End.

SAMNDCA00530490

86