# KANG DECLARATION EXHIBIT 21

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 38

# Filed Under Seal

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611


510.290.3439
schroepfer@gmail.com
seobanseok@gmail.com


Certificate of Translation


March 12, 2012


I hereby certify that this Korean to English translation the document
with the beginning Bates number S-ITC-007849424 is an accurate and
complete rendering of the contents of the source document to the best
of my knowledge, except for the word "TRANSLATION" at the
upper right corner of each translated page. I further certify that I
translated said document, that I am competent in both languages and
have twenty years of professional experience in Korean to English
translation.


By: _____

Peter Mauro Schroepfer

TRANSLATION

Confidential Business Information -- Subject to Protective Order

S-ITC-007849424

# Aries-Q (GT-I9050)
## Global GSM Level. 2

| Department | | Responsible Executive | Working Level |
|---|---|---|---|
| Product Planning | PP | Vice President HanGil Yoon | Senior Manager ByungJin Kang, Assistant Manager IkSun Kang |
| | PM | Vice President JoonYoung Kim | Senior Manager HyukMin Kwon, Manager HyunDuk Yang |
| | VPS | Vice President JongIn Kim | Senior Manager TaeGil Kim, Assistant Manager DalWon Kim |
| Enabling | | Vice President YongBae Lee | Manager JongHoon Park, Associate EonJi Lee |
| Development | PM | Vice President TaeMoon Noh | Vice President TaeMoon Noh |
| | PL | | Vice President HakSang Kim |
| | H/W | | Lead SangRyul Park |
| | S/W | Senior Vice President SeungHwan Cho | Principal WonIk Ahn |
| | Device | Vice President HyunMyung Song | Lead ByungJoon Lee, Senior HeeJun Lee |
| | Sound Lab. | Vice President JunTae Kim | Senior JoBong Cho, Associate SookKyung Kim |
| | Antenna | Vice President SukHo Kim | Lead DongHwan Kim, Associate JaeHo Lim |
| | SE Group | Vice President TaeShik Kim | Lead DongIk Shin, Lead JongSook Lee, Associate SungRae Cho |
| Design | Product | Vice President SukGeun Kim | Principal MinHyouk Lee, Associate GiYoung Lee |
| | UX | Vice President DongHoon Chang | AUI Lead JoongSam Yoon, UI Senior YoungMi Kim, GUI Lead SoYoung Yoon |
| R&D Management | | Senior Vice President DongJin Ko | Senior Manager JinGyu Kim, Manager YoungJoong Kim |
| Sales | | Senior Vice President HeungShik Cho, Senior Vice President YoungWoo Lee, Vice President GiYong Suh, Vice President GeunIk Yoo, Vice President MyungDong Park, Vice President ChulJin Kim | |
| Purchasing | | Vice President JongKwon Lim | Senior Manager,ImSoon Lee , Assistant Manager GyungPil Kim |
| MSC | | Vice President KyungHan Lee | Head of Department SungWon Cho, Assistant Manager HyungSoo Kim |
| CS Team (Reliability) | | Vice President DooPyo Yoon | Senior Manager JungTae Lee, Manager Yong Kim |
| Product Technology | H/W | Vice President TekWon Ryu | Senior Manager HyunGyu Park |
| | S/W | Vice President JungHo Baek | Manager DongGu Kim, Manager YoonDo Huh |

TRANSLATION

Confidential Business Information -- Subject to Protective Order

S-ITC-007849425

# Aries-Q (GT-I9050)

## Global GSM Level. 2

| Department | | Responsible Executive | Working Level |
|---|---|---|---|
| Product Planning | PP | Vice President Hangil Yoon | Senior Manager ByungJin Kang, Associate JiWon Ahn |
| | PM | Vice President Joonyoung Kim | Senior Manager HyukMin Kwon, Manager HyunDuk Yang |
| | VPS | Vice President Jongin Kim | Senior Manager TaeGil Kim, Assistant Manager DalWon Kim |
| Enabling | | Vice President Yongbae Lee | Manager JongHoon Park, Associate EonJi Lee |
| Development | PM | Vice President Taemoon Noh | Vice President HakSang Kim |
| | PL | | Principal ByungDo Ahn |
| | H/W | | Lead YeonBum Kim |
| | S/W | Senior Vice President Seunghwan Cho | Lead JoonHyuk Lee |
| | Device | Vice President Hyunmyung Song | Senior oonChul Lee |
| | Sound Lab. | Vice President Juntae Kim | Senior JoBong Cho, Associate SookKyung Kim |
| | Antenna | Vice President Sukho Kim | Lead DongHwan Kim, Associate JaeHo Lim |
| | SE Group | Vice President Taeshik Kim | Lead DongIk Shin, Lead JongSook Lee, Associate SungRae Cho |
| Design | Product | Vice President Sukgeun Kim | Principal MinHyouk Lee, Associate JinHoo Lee |
| | UX | Vice President DongHoon Chang | AUI Lead JoongSam Yoon, UI Senior HyoYoung Kim, GUI Senior JunSuk Kim |
| R&D Management | | Senior Vice President DongJin Ko | Senior Manager JinGyu Kim, Assistant Manager SungMi Kim |
| Sales | | Senior Vice President HeungShik Cho,  Senior Vice President YoungWoo Lee, Vice President GiYong Suh, Vice President GeunIk Yoo, Vice President MyungDong Park, Vice President ChulJin Kim | |
| Purchasing | | Vice President JongKwon Lim | ImSoon Lee Senior Manager, , Assistant Manager GyungPil Kim |
| MSC | | Vice President KyungHan Lee | Department Head SungWon Cho, Manager HyungSoo Kim |
| CS Team (Reliability) | | Vice President DooPyo Yoon | Senior Manager JungTae Lee,  Manager Yong Kim |
| Product Technology H/W | | Vice President TekWon Ryu | Senior Manager HyunGyu Park |
| S/W | | Vice President JungHo Baek | Manager DongGu Kim, Manager YoonDo Huh |

Confidential Business Information -- Subject to Protective Order

# 0. Content

CONFIDENTIAL

**1. Positioning**
- Roadmap
- Competition map

**2. Sales Point**

**3. Competitor Comparison**

**4. Evaluation**

**5. Specification**
- H/W
- S/W
- UX
- Service
- CMF
- Assignment Check List

**6. VPS**

**7. Target Sales Volume, Price and Profit**

**8. PLC**

**9. Schedule**

**10. Summary**

S-ITC-007849426

Confidential Business Information -- Subject to Protective Order

S-ITC-007849427

# 1-1. Positioning – Roadmap


CONFIDENTIAL

| Competitor | 2009 | 2010 |
|---|---|---|
| | 2H | 1H |

**Sony Ericsson Xperia X10**
'10.03
8MP
4" qHD
Rachael UI
3.5pi earjack

**Moto Milestone**
'09.11
5MP
3.7 WVGA
Eclair

**HTC Hero**
'09.06
5MP
3.2 HVGA
Sense UI

**LG GW620**
'09.11
5MP
3.0 HVGA
S Class UI

**HTC Tattoo**
'09.10
3MP
2.8 QVGA
Sense UI
Multi-Touch

**I7500 (Galaxy)**
'09.07
5MP/HSUPA
3.2" HVGA AMOLED
8GB + microSD
Cupcake

**I5700 (Spica)**
'09.10
3MP/HSDPA3.6
3.2" HVGA
Affordable Android
Cupcake → Eclair

**Halo**
'10.05
8MP/HSUPA5.76
3.7 WVGA OCT AMOLED
Mobile Projector GII
Eclair

**Aries-Q**
'10.06
5MP/HSUPA5.76
4.0 WVGA OCT AMOLED
Touch+QWERTY
Eclair

**Aries**
'10.05
5MP/HSUPA5.76
4.0 WVGA OCT AMOLED
9.9mm
Eclair

China Only
**Saturn**
'10.02
3MP/HSUPA 5.76
3.2" HVGA AMOLED
Eclair

**Apollo**
'10.05
3MP/HSDPA3.6
3.2" WQVGA
1GB MicroSD
Eclair

**Europa**
'10.06
2MP/HSDPA7.2
2.8" QVGA
1GB MicroSD
Eclair

# 1-2. Positioning – Competition map

CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849428



**OS X / WM**

**Samsung Android**

**Android**

**iPhone 3G S**
`09.06
HSDPA
3M, 3.5" HVGA
Cortex A8/iPhoneOS

**HD2**
`09.11
HSDPA
5M, 4.3" WVGA
QSD8250/WM 6.5

**Aries-Q**
`10.06
HSUPA
5M, 4.0" WVGA
6160+C110/Éclair(2.1)

**Aries**
`10.05
HSUPA
5M, 4.0" WVGA
6160+C110/Éclair(2.1)

**XPERIA X10**
`10.03
HSDPA
8M, 4.0" FWVGA
QSD8250/Donut

**Nexus One**
`10.01
HSDPA
5M, 3.7" WVGA
QSD8250/Éclair(2.1)

**MOTOROI**
`10.02
HSDPA
8M, 3.7" FWVGA
OMAP3430/Éclair(2.0)

**Droid (Milestone)**
`09.11
HSDPA
5M, 3.7" WVGA
OMAP3430/Éclair(2.0)

**Bravo**
`10.04
HSDPA
5M, 3.7" WVGA
QSD8250/Éclair(2.1)

Confidential Business Information – Subject to Protective Order

S-ITC-007849429

# 2. Sales Point

 CONFIDENTIAL

## *" The S : Samsung Superior Smartphone "*

 **Stylish, Slim & Minimal Design**

- 4.0" Large Super AMOLED
- 9.9t Ultra-Slim w/ 1500 mAh Batt.
- Seamless Tempered Glass

**Powerful Performance**

- Higher CPU Performance (1GHz)
- HD Video (720p) Play/Recording
- Fast Speed: WiFi n, BT3.0, HSUPA 5.76

 **Fully ranged Accessories**

- Speaker Cradle, External Battery
- Projector, Navi-kit



**New User eXperience** 

- Social Hub : Integrated Phonebook
- TouchWiz 3.0 w/ Hybrid Widgets
  (Hybrid Clock/Stock, Daily Briefing etc)
- Smart Life Enabler: Context-Aware

**Advanced Features** 

- Augmented Reality w/ Global POI
- Convergence by *AllShare*
- Enhanced Multimedia & Security

**Rich Contents** 

- E-book optimized for Large OCTA
- Expandable by Samsung Kies

*"Google Co-marketing "*

with 

6

Confidential Business Information -- Subject to Protective Order

S-ITC-007849430

# 2. Sales Point – Design

CONFIDENTIAL

## *Design Concept*

- *Wide & Large Touch Display*
- *Ultra-Slim (9.9t) : 64.2 x 122.4 x 9.9 mm*
- *Minimal Design*
- *Comfortable Hand Grip*









**9.9t**

Competitors

Apple
iPhone 3GS

12.3 mm

HTC
NexusOne

11.5 mm

*Upward round for
comfortable hand grip*

- *4.0 " WVGA  On-Cell TSP AMOLED Display*
- *9.9t Ultra-Slim Thickness (w/ 1500mAh battery)*
- *Refined Minimal Design*
- *Ergonomic Edge for Comfortable One-hand grip*

# 2. Sales Point - Display


CONFIDENTIAL

## "Super AMOLED : Crystal-clear & Ultra-thin Large Display"

✓ **OCTA (On-Cell TSP AMOLED) : No Air Gap between Window Glass & LCD**



Vivid Color   High Contrast

Outstanding Luminescence



- Borderless Display
- Better Sunlight Visibility

## Super AMOLED



Normal AMOLED     Super AMOLED

Window Glass

0.53t save

TSP

Window Glass

AMOLED

Super AMOLED

2.87t     2.34t

[ Structure Comparison ]

|  | AMOLED | Super AMOLED | improvement |
|---|---|---|---|
| Thickness | 2.87t | 2.34t | 0.53t down (no air gap) |
| Luminance | 240cd/㎡ | 300cd/㎡ | 1.25 times up |
| Reflectance | 16% | 4% | 1.3 times Visibility up |

[ Spec Comparison ]

Confidential Business Information -- Subject to Protective Order

Confidential Business Information – Subject to Protective Order

S-ITC-007849432

# 2. Sales Point – HW Performance

CONFIDENTIAL

## *"Powerful Performance & Fast Speed"*

✓ **C111 : ARM CortexA8 1GHz, 89.5 M tri/s 3D Graphics**

✓ **WiFi b/g/n, HSUPA 5.76**

 . WiFi-n : up to 75 Mbps, x2 wider range than WiFi-g





# 2. Sales Point - Multimedia



## *"Maximized Multimedia Experience"*

✓ **Outstanding Multimedia & Entertainment**

- HD (720p) Play & Recording, Video & Image Editor and Additional Music Info(Kies)
- Capacitive-type Multi-Touch Support
- First VT Camera for Android



[HD Play & Recording]

[Music Info by Samsung Kies]

[Video & Image Editor]



[C-type Multi-Touch]

[VT camera for Android]

Confidential Business Information -- Subject to Protective Order

S-ITC-007849433

CONFIDENTIAL

10

# 2. Sales Point – Social Hub

CONFIDENTIAL



Confidential Business Information – Subject to Protective Order

S-ITC-007849434

## *"Share Life Experiences While on the Go"*

✓ **Integrated Phonebook with SNS, IM, E-mail, SMS & MMS**
   - Immediate accessibility and interaction with SNS, IM, E-mail, SMS & MMS

✓ **Life Manager : Unified Calendar**



**[Contact with Updated Status]**
- Unified view of SNS, IM, E-mail, SMS, MMS



**[Multiple Calendar Integration]**
- Integration of Google, Outlook & Facebook Calendar

11

Confidential Business Information – Subject to Protective Order

S-ITC-007849435

# 2. Sales Point - Widgets



## *"Hybrid Widgets to Create New Experiences"*

✓ **Up-to-date Information from Multiple Widgets**

✓ **Maximize Homescreen Experience through Various Information**





**[Hybrid Clock: Weather]**



**[Buddies Now]**



**[Days]**



**[Daily Briefing]**

12

Confidential Business Information – Subject to Protective Order

S-ITC-007849436

# 2. Sales Point – Context-Aware

CONFIDENTIAL

## *"Smart Life Enabler by Context-Awareness"*

✓ **Customized & Evolved by Aggregating Behavior Patterns**

✓ **Always Your Smart & Friendly Companion**



[ "Phone" concept customized for frequent calls ]



[ Smart Alarm ]

13

Confidential Business Information – Subject to Protective Order

S-ITC-00784 9437

# 2. Sales Point – Augmented Reality



## *"Augmented Reality-based Social Browser"*

✓ **Show User's Surroundings & Display Information on Camera-view**

✓ **Global Core POI Information powered by Google Maps**

    - Easy POI Search / More Accurate Search / Rich DB & Maintenance



[Real Image synthesized with POI]



[Global POI by Google maps]

14

Confidential Business Information – Subject to Protective Order

S-ITC-007849438

# 2. Sales Point - Convergence

CONFIDENTIAL

## *"Center of Convergence with All-around Multimedia"*

✓ **Easy & Convenient Convergence powered by DLNA (A*llShare*)**



[Share your Multimedia across 3 Screens]

Video, Photos, Music
(a))share™
dlna
WiFi-n



[Enhance your Experience across Devices]

- Internet Access -        - Playing Games -



[TV QWERTY Remote Controller]

15

Confidential Business Information – Subject to Protective Order

S-ITC-007849439

# 2. Sales Point - Advanced Features

CONFIDENTIAL

## "Fun Multimedia Experience"

### - Enhanced Camera Features for Perfect & Extraordinary Photos



[Face Detection]



[Smile Recognition]



[Action shot]

## "Smart Security"

## "Expandable Connectivity"



[Find Location]
- My Phone location on the map

[Remote Back-up & Remote Lock]
- Back-up my Data to Server
- Lock or Wipeout my phone



Media Management | Link to Web

**Samsung Kies**

Cross Device Support | DLNA

Contents Delivery Channel

[Samsung Kies]
- PC Studio for Contents Management

TRANSLATION

# 2. Sales Point – E-book



Confidential Business Information – Subject to Protective Order

S-ITC-007849440

## *"Best In-class Reading Experience"*

✓ **E-Book Experience optimized for 4.0" Large OCTA LCD**

✓ **Convenient & Customized for Reading Books**

  - Customizable Themes, Easy Text search, and Intuitive Book list Management



    **[ Customizable Themes ]**        **[ Easy Text Search ]**        **[ Book List]**

Confidential Business Information – Subject to Protective Order

S-ITC-007849441

# 2. Sales Point – Aries-Q



## "Best Input Interface for Mobile Web"

- ✓ **Touch + QWERTY : Most Preferred Input Interface of End-users**
- ✓ **Optimized UX for QWERTY-slide**
    - Dedicated Key for "Write & Go"



18

Confidential Business Information – Subject to Protective Order

S-ITC-007849442

# 2. Sales Point - Accessories

CONFIDENTIAL

## *"Fully ranged Accessories"*

✓ **A Variety of Accessories for Universal Multimedia Life**

- Dedicated Accessories: External Battery, Projector, Navigation Kit



[ Projector Module ]

TV-out(3.5pi)



[ Speaker Cradle]

| Acc. | Speaker Dock Cradle | External Battery Pack | Navigation Kit | Projector | Portable Dock Cradle |
|---|---|---|---|---|---|
| Image | | | | | |
| Spec. | Charger/Data Sync Int.Batt(1,500mAh) | 4,000 mAh Micro USB * 2EA | Car Cradle Suction Holder Car Charger | WVGA(480x800) Composite 2*1W SPK,2000 mAh | Charger/Data Sync Portable, Slim 1,500 mAh |

Confidential Business Information – Subject to Protective Order

S-ITC-007849443

# 3. Competitor comparison

CONFIDENTIAL

|  | Aries (S1) (GT-I9000) | NexusOne | iPhone 3G S |
|---|---|---|---|
| Design | | | |
| Launch | '10.05 (SRA Standard) | '10.01 | '09.06 |
| Price(T/P) | €380 (16GB) / €350 (8GB) | €379 (R/P Standard) | €465(16GB) / €535(32GB) |
| OS | Android Éclair 2.1 | Android Éclair 2.1 | iPhone OS 3.0 |
| Processor | S5PC111 (1GHz) | QSD8250 (1GHz) | S5PC100 (600 MHz) |
| Dimension | 64.2 x 122.4 x 9.9 mm, 118 g | 59.8 x 119 x 11.9 mm, 130 g | 62.1 x 115.5 x 12.3 mm, 135 g |
| Band | GSM (850/900/1800/1900) HSUPA5.76 (900/1900/2100) | GSM (850/900/1800/1900) HSDPA 7.2 (900/2100) | GSM (850/900/1800/1900) HSDPA 7.2 (850/1900/2100) |
| LCD | 4.0" WVGA (480x800) On-Cell AMOELD | 3.7" WVGA (480x800) AMOLED | 3.5" HVGA (320x480) TFT |
| Touch Type | C-type | C-type | C-type |
| Camera + Flash | 5MP AF w/o LED Flash | 5MP AF w/ LED Flash | 3MP AF w/o LED Flash |
| Battery | 1500 mAh | 1400 mAh | 1200 mAh |
| Memory | 4Gb+3Gb+1Gb / MoviNAND 16GB microSD (upto 32GB) | 4Gb + 4Gb / microSD 4GB microSD (upto 32GB) | 4 Gb RAM / 16GB NAND Flash |
| Connectivity | BT 3.0, USB 2.0, GPS, WiFi 802.11 b/g/n microUSB, 3.5pi | BT 2.1, USB 2.0, GPS, WiFi 802.11 b/g microUSB, 3.5pi | BT 2.1, USB 2.0, GPS, WiFi 802.11 b/g microUSB, 3.5pi |
| Sensor | Accelerometer, Digital compass, Proximity, Light | Accelerometer, Digital compass, Proximity, Light | Accelerometer, Digital compass, Proximity, Light |

20

Confidential Business Information – Subject to Protective Order

# 3. Competitor comparison (Our Company)

CONFIDENTIAL 

| | Aries(S1) (GT-I9000) | Kessler | Lismore (GT-S8500) |
|---|---|---|---|
| Design | | | |
| Launch | '10.05 | '10.09 | '10.04 |
| Price(T/P) | € 380 | € 380 | € 245 |
| OS | Android Éclair 2.1 | LiMo (Linux OS 2.6.29) | bada |
| Processor | S5PC111 | S5PC111 | S5PC111 |
| Dimension | 64.2 x 122.4 x 9.9 mm | 66.9 x 124.8 x 9.9 mm | 118 x 56 x 10.9 mm |
| Band | GSM (850/900/1800/1900) HSUPA 5.76 (900/1900/2100) | GSM (850/900/1800/1900) HSUPA 5.76 (900/1900/2100) | GSM (850/900/1800/1900) HSDPA 3.6 (900/2100) |
| LCD | 4.0" WVGA (480x800) On-Cell AMOLED | 4.3" WVGA (800x480) On-Cell AMOLED | 3.3" WVGA (480x800) On-Cell AMOLED (Curved Glass) |
| Touch Type | C-type | C-type | C-type |
| Camera + Flash | 5MP AF w/o LED Flash | 5MP AF w/o LED Flash | 5MP AF w/ LED Flash |
| Battery | 1500 mAh | 1500 mAh | 1500 mAh |
| Memory | 4Gb+3Gb+1GB / MoviNAND 16GB microSD(up to 32GB) | 4Gb+3Gb+1GB / MoviNAND 16GB microSD(up to32GB) | 4Gb+2Gb+1GB / MoviNAND 8GB microSD(up to 32GB) |
| Connectivity | BT 3.0, USB 2.0, WiFi 802.11 b/g/n | BT 3.0, USB 2.0, WiFi 802.11 b/g/n | BT 3.0, USB 2.0, WiFi 802.11 b/g/n |
| Sensor | Accelerometer, Light, Proximity, Digital compass | Accelerometer, Light, Proximity, Digital compass | Accelerometer, Light, Proximity, Digital compass |
| Video | 720p@30fps, DivX/XviD | 720p@30fps, DivX/XviD | 720p@30fps, DivX/XviD |

S-ITC-007849444

TRANSLATION

Confidential Business Information -- Subject to Protective Order

| 4-1. Evaluation – Aries | CONFIDENTIAL |
|---|---|

| Design Evaluation Result | 8.1 (Acceptable) |
|---|---|

| Category | Evaluation Result | | Remarks |
|---|---|---|---|
| Exterior Design | 8 | Appropriate | • A new change tried by applying the curved glass on the lower front.<br>• Applying to the lower backside a curve with the opposite value from that of the front created a connected feel and a better grip feel, and protects the surface when laid down. |
| Color/Material | 8 | Appropriate | • Added luxurious feel by applying the metal edge to the simple black body |
| Usability | 8.2 | Appropriate | • Very slim for its size, and the key operation is highly stable. |

| Problems/Issues | Solutions |
|---|---|
| • No hanger hole, camera key, flash, or mirror | • Hanger hole to be added; camera key/flash/mirror are strategically removed for the competitiveness in design and size (confirmed by the Head of the Division on 1/19) |
| • Need to mark high/low division on the volume key – imprint or apply separated high/low keys (refer to the Samsung Standard Proposal) | • High/low division to be marked on the volume key |

TRANSLATION

# 4-1. Evaluation – Aries-Q

*CONFIDENTIAL*

Confidential Business Information — Subject to Protective Order

S-ITC-007849446

| Design Evaluation Results | 8.0 (Appropriate) |
|---|---|

| Category | Evaluation Result | | Remarks |
|---|---|---|---|
| Exterior Design | 8 | Appropriate | ► A new change tried by applying the curved glass on the lower front.<br>► Applying to the lower backside a curve with the opposite value from that of the front created a connected feel and a better grip feel, and protects the surface when laid down.<br>► Samsung logo on the front and the back seems a bit small. |
| Color//Material | 8 | Appropriate | ► Added luxurious feel through the balanced application of the metal edge to the simple black body<br>► Luxurious feel by using the appropriate contrast of gloss and matte |
| Usability | 8 | Appropriate | ► Very slim for its size;ue to the curve at the bottom, high stability during front surface/QWERTY key usage |

| Problems/Issues | Fix Action |
|---|---|
| ► No hanger hole, camera key, flash, or mirror | ► Hanger hole to be added; camera key/flash/mirror are strategically removed for the competitiveness in design and size (confirmed by the Head of the Division on 1/19) |
| ► Need to mark high/low division on the volume key – imprint or apply separated high/low keys (refer to the Samsung Standard Proposal) | ► High/low division to be marked on the volume key |

23

TRANSLATION

Confidential Business Information -- Subject to Protective Order

# 4-2. Evaluation (Feature) — Aries



CONFIDENTIAL

| Feature Evaluation Results | 8.44 (+21.9%) |
|---|---|

| Model that is Compared Against | iPhone 3GS |
|---|---|
| Image | |

| Detailed Evaluation Results | | Remarks |
|---|---|---|
| Superior Items | 19 | Instant Messenger, WAP browser, Changeable covers, Camera resolution, Camera extra features, Video resolution, BT version, BT profile, WiFi extra features, Display type/resolution/diagonal, Audio codec, FM radio, Memory card slot/max capa, JAVA, Games, In-box acc. |
| Inferior Items | 1 | Multi-language |

| Problems/Issues | Solutions |
|---|---|
| - Multi-language | Aries (14 languages, Samsung XT9 Keyboard standard) is currently inferior to iPhone (30 languages), but in process of developing 15 additional Locales, and to review consequent expansion |

*Ref.* MOBILE Phone Feature Optimization     24

S-ITC-007849447

TRANSLATION

# 4-3. Evaluation (Service) – Aries




| Service Evaluation Results | 8.2 (▲10%) |
|---|---|
| Comparison Target Model | iPhone 3GS |
| Image | |

| Detailed Evaluation Results | | Remarks |
|---|---|---|
| Superior Items | 5 | Superior: SNS, IM, Widget, Kies<br>Equal: Video, E-book |
| Inferior Items | 2 | Photo-upload Application, Android Market |

| Problems/Issues | Solutions |
|---|---|
| Android Market is inferior compared to Appstore | 1) Google plans to have a Global Promotion of the Android Market in the second quarter of 2010<br>2) Respond to the Needs of Local consumers by loading More Widgets that will allow Samsung to be distinguished<br>3) In countries where the Android Market is not available, load Slideme to provide a Marketplace in place of the Android Market. |

Confidential Business Information -- Subject to Protective Order

S-ITC-007849448

TRANSLATION

# 5-1. H/W Spec.



CONFIDENTIAL

| Category | Description |
|---|---|
| B/B Chipset | IFX6160 |
| Standard | HSUPA 5.76 Mbps, HSDPA 7.2 Mbps<br>EDGE/GPRS Class 12 |
| RF Band | Tri band UMTS 900/1900/2100<br>Quad band GSM 850/900/1800/1900 |
| Additional Chip | S5PC111 (1GHz) |
| Dimension | Aries: 64.2 x 122.4 x 9.9 mm<br>Aries-Q: 64.2 x 126 x 13.5 mm (Manual, PK) |
| Display | 4.0" WVGA On-Cell AMOLED, C-type touch |
| Camera | 5M AF |
| Flash | N/A |
| Memory | 4Gb+3Gb+1Gb, 16GB MoviNAND |
| Ex. Memory | microSD (upto 32GB) |
| Antenna | Integrated Antenna |
| SIM | Sliding Type, 3V Only |

| Category | Description |
|---|---|
| Battery | Li-polymer 1500mAh |
| - STD time | 250H (@PP2) |
| - Talk time | 5H (@PL5) |
| Connectivity | WiFi 802.11 b/g/n<br>USB 2.0 H/S<br>BT v3.0 |
| IF Connector | microUSB |
| Speaker | Size     : 1115<br>SPK/RCV :   Separated type 12x07<br>Resonance Space: 0.625 cc<br>Volume Standard: Reliability 65dB |
| Ear Jack | $\Phi$3.5 4·Pole |
| CMF | Front :   Reinforced glass<br>Rear  :   PC molding<br>Main Color : Noble Black |
| VPS | Package  : Batt., Manual, TA, Earphone etc<br>Option : Car charger, BT headset, Data cable |
| User Benefit | - 4.0" Large Super AMOLED optimized for<br>Enhanced Outdoor Visibility & HD Experience<br>- 9.9t Ultra Slim for Comfortable Hand Grip<br>- Large 1500 mAh Batt. for Long Multimedia<br>Experience |

Confidential Business Information -- Subject to Protective Order

TRANSLATION

# 5-2. S/W Spec.



Confidential Business Information -- Subject to Protective Order

S-ITC-007849450

| Category | Description |
|---|---|
| OS | Android Éclair 2.1 |
| Message | SMS / MMS(OMA v 1.2)<br>E-mail (POP3/IMAP/SMTP)<br>Exchange ActiveSync E-mail (Push e-mail) |
| Codec | - **Audio** : MP3, OGG, AAC, AAC+, eAAC+, AMR-NB, WMA, WAV, MID, AC3, IMY, AAC(Mono), AMR_NB<br>-**Video** :<br>. Codec: Mpeg4, H.264, H.263, H263Sorenson, Divx/XviD, VC-1<br>. Format: 3gp(mp4), wmv(asf), avi(divx), mkv, flv<br>**Image** : JPEG, PNG, GIF, WBMP, BMP, AGIF |
| WAP | No support of WAP in android<br>Chrome Lite Browser, HTML 5.0<br>HTTP, OTA provisioning supported |
| GPS | A-GPS (Supports SUPL) |
| JAVA (JSR's) | Variably applied depending on the carrier's request |
| DRM | OMA DRM 1.0 Full (FL, CD, SD),<br>WMDRM/ MTP (SEUK Spec) |

| Category | Description |
|---|---|
| Bluetooth | ▪ Bluetooth v3.0<br>▪ Profile : GAP, SSP, SDAP, HSP, HFP1.5, A2DP, AVRCP, SPP, DUN, FTP, SAP, BPP, OPP, PBAP |
| SyncML | MS Outlook Exchangeable<br>SyncML DS v1.2, SyncML DM v1.2,<br>FOTA |
| Others | ▪ TouchWiz 3.0<br>. Homescreen, Hybrid Widgets<br>▪ Integrated Messaging<br>▪ Google Mobile Services<br>▪ Kies, DLNA, FM Radio<br>▪ Media Browser, Photo Editor, Write & Go |
| User Benefit | ▪ TouchWiz 3.0 UX<br>. 7 home screens  & editable menu<br>. Hybrid widgets<br>▪ Stay connected with friends in real time<br>. Integrated Contact with SNS, IM, Email<br>▪ Sync with PC, Mobile and Social Event<br>. Integrated Calendar<br>▪ Push Service (SNS, Email, IM)<br>▪ Easy Photo Management with Media Browser<br>▪ VT Call for Android |

TRANSLATION

# 5-2. S/W Spec. ( **Features** with **License Payments** )

CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849451

## Planned Applications

| Type | Category Guide (52 Types) | Planned Applications (13 Types) |
|---|---|---|
| Basic Features | Pocket PC/Smartphone, MS Active Sync,MMV,QVM,MPEG-2 SYSTEM<br>H.264 AVC,JAVA,Vsuite,Global Map,NDIS,<br>MTP/PTP/DFU, SS, Smile/blink Detection, ArcSoft Video Editor, Codec package<br>Audio amp,3D graphic Flashplayer, vibration solution , Browser<br>DIVIX, Music ID( sound source recognition ),<br>Media Player, Aricont(Emuzed), UMA-compliant moWLAN<br>Navigation S/W,Kastor Engine,Rich media,Open SVG solution, video edit,<br>Dataviz Activesync.3D sound/ bass boost,USB Driver,<br>EA game title  SyncML/ FOTA<br>WAP Browser,Caps Engine, Digital Bridges game title<br>Caps Engine..AlexVG Engine/Player<br>ARICENT video codec OMA DRM, Photo Slides / Zoomer,<br>Flashplayer. UMA-compliant MoWLAN<br>Localization, Steam house game contents , MBX Core (3D Graphic Accelerator), o photo, DRM / JAVA / Music / Vidoo Game(Asphalt4), Russian recognition and dictionary capability | MPEG-2 System, H.264 AVC, JAVA, Vsuite, Smile/Blink Detection, JTEK, Flashplayer,<br>Vibration solution, video CODEC, document viewer, editor<br>SyncML/FOTA, Caps Engine,<br>AlexVG Engine/player |
| New/Additional Features | | Layar, Evernote, Flipfont, Bump |

## New/Additional Features

| New/Additonal Features | Feature Summary | Reason for Application |
|---|---|---|
| Layar | Augmented Reality browser | - Favorable local consumer response when installed on Galaxy |
| Evernote | Web-based Note | - Enhance User note function |
| Flipfont | Font Change | - Font change differentiation for Android possible |
| Bump | Business card exchange function | - Fun function |

TRANSLATION

Confidential Business Information -- Subject to Protective Order

# 5-2. S/W Spec. ( Features with License Payments )

CONFIDENTIAL

| Planned Applications / Type | Category Guide (52 Types) | Planned Applications (13 Types) |
|---|---|---|
| Basic Features | Pocket PC/Smartphone, MS Active Sync (MFC)/XP/MPEG-2 SYSTEM, H.264 AVC, JAVA, Vsafe/Global Key, NDIS, MTP/PTP/GDI.BS, Bluetooth, Demodulation, AudioFit/Video, Eimer, Codec package, Global Key change, Audio seq. 3B graphic, Papspeaker, vibration solution, Browser, DWIX, Mario IQ mode/ marks recognition, Multi-View, AlexUIFlexuX, USM Compose, print modify.AN, Navigation SKD/Aztkat Engine/Activradar/Open SKD-orction, new ent., Distanc Astreeye.4.3D scanat/NDIS 5000S,USB Deve., EX game title, Spectrl / FOTA, WAP Browser/Class Engine, Digital Btifpad, same title, Caps Engine, AlexVG Engine/Player, MIRCBK/ video solution, Dial, Chess, Bluetri, Zoome, Flash/player, USM computer 5XP/WLAN, Localization, Stream house game contents, MIR Core-30 3D Graphic, AutoZoomout, u photos, EPSF / JAVA / Music 1V2000, Game/Papspd3, Russian recognition and dictionary capability | MPEG 2 System, H.264 AVC, JAVA, Vsafe, Smile/Blink Detection, JTEK, Flashplayer, Vibration solution, video CODEC, document viewer, editor, SyncMLFOTA, Caps Engine, AlexVG Engine/player |
| New/Additional Features | | Layar, Evernote, Flipfont, Bump |

| New/Additional Features | Feature Summary | Reason for Application |
|---|---|---|
| New/Additional Features | | |
| Layar | Augmented Reality browser | - Favorable local consumer response when installed on Galaxy |
| Evernote | Web-based Note | - Enhance User note function |
| Flipfont | Font Change | - Font change differentiation for Android possible |
| Bump | Business card exchange function | - Fun function |

NDIS: ACM Modem Driver/NDIS Driver for MAC PC

TRANSLATION

Confidential Business Information -- Subject to Protective Order

S-ITC-007849453

# 5-4. UX RELATED

Confidential

**PLANNED ARIES UX APPLICATION**

**DISTINGUISHING POINTS**

## Basic

1 **Android OS UI Based**
   **:Basic component, pop-**
   **up, settings, wireless**
   **controls**

2. **Apply Samsung**
   **TouchWiz 3.0 UI**

## New features

1. Enhanced SNS UX
   - **Support integrated phonebook & Calendar**
   - **Add Online album to the Media browser**
   - **Support push event (Email, SNS activities), Support IM**

2. New widgets
   - Buddies now, hybrid clocks, Daily briefing …

3. **Add Additional Features**
   - Multi-media UX for a fun (Add me, Action shot, Stop motion),
   Write & Go

29

TRANSLATION

# 5-4. UX RELATED

Confidential

## New Features

Confidential Business Information – Subject to Protective Order

S-ITC-007849454

### 1. Enhanced SNS UX

**Integrated phonebook**



**Integrate Calendar with SNS**



**Online media album**



### 2. New widgets

**Buddies now**



**Hybrid clock**



**Daily briefing**



## 3. Distinguishing the Additional Features

**Action shot**



**Stop motion**



Confidential Business Information -- Subject to Protective Order

S-ITC-007849455

# 5-4. Service Spec.



| Category | | Description |
|---|---|---|
| **Widget for Android** | **2.5** | **Hybrid Widgets**<br>- Display Multiple Information on single Widget<br>- Hybrid Clock (Clock + Weather, Finance, Calendar)<br>- Daily Brief (Alarm + Weather, News, Stock…)<br>- Days (Photo diary on my hand)<br><br>**eRobert Parker**<br>- World famous wine vintage guide |

**Daily Brief**

**eRobert Parker**

**Hybrid Clock**

**Days**

* UI screenshot may change

Confidential Business Information -- Subject to Protective Order

# 5-4. Service Spec. (Cont'd)



CONFIDENTIAL

| Category | | Description |
|---|---|---|
| SNS | 4.0 | **Phonebook integration**<br>-User can check SNS feeds on the phonebook and comment on them directly from the phonebook.<br>-Person-centric network/communication service will be provided on an application.<br><br>**Unified feeds and update**<br>- Multiple SNS on single widget (Facebook, Twitter, MySpace)<br>- Display feeds and update my status on single widget |

**SNS Widgets**

**facebook**

**myspace** .com

**Phonebook Integration**

**SNS Applications**

* UI screenshot may change

S-ITC-007849456

# 5-4. Service Spec. (Cont'd)

CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849458

| Category | Description |
|---|---|
| **Calendar Integration** | **Social Calendar**<br>- Real-time 2 way sync with Google and Yahoo<br>- Get event from facebook<br>- Supporting EAS calendar sync feature<br>- Calendar 1.0 + facebook, Yahoo, Google<br> |

* UI screenshot may change

TRANSLATION

# 5-4. Service Spec. (Cont'd)

CONFIDENTIAL

| Category | Description |
|---|---|
| **Kies 1.5** | - **Samsung Kies is an integration PC SW for Samsung Digital Devices**<br> - Easy Data Backup/Sync, Contents Management<br> - Contents Delivery Channel (Music/Video/Application)<br> - Cross-Device Content Share through DLNA<br> - User Beneficial Features<br> - PC : Support Windows XP/Vista/7 |

**PC SW for Mobile handset**

PC Studio (GSM)    PC Link, PMP (CDMA)    PC Manager    NPS (HHP)

**PC SW for digital device**

EmoDio (MP3P)    Samsung Master(DSC)    Cyberlink (Camcorder)    AV Station (PC)

**Samsung kies**

- Integrate PC SW
- Improve usability with user-friendly interface

Confidential Business Information -- Subject to Protective Order

S-ITC-007849459

TRANSLATION

# 5-5. CMF Spec. – Aries-Q

Confidential Business Information – Subject to Protective Order

S-ITC-007849461



TRANSLATION

# 5-6. Project Review Checklist

Confidential Business Information -- Subject to Protective Order

Presentation of the Development PL

- Presentation focused on main issues

TRANSLATION

Confidential Business Information – Subject to Protective Order

S-ITC-007849463

# 6. VPS

CONFIDENTIAL



| | Item | Spec. | Image | Remark | Material Cost | Sale Price (Target) |
|---|---|---|---|---|---|---|
| **Package** | Standard Battery | Li-Polymer, 1500mA | | Common | $3.31 | |
| | Manual (Quick guide+Manual) | - User guide<br>- PC Suite user guide<br>- CD Installer | | English 1EA | $0.30 | |
| | Travel Adapter | microUSB | | Common | $1.14 | |
| | Earphone | EHS60<br>In-canal Stereo<br>3.5mm 4p, Mini Mic | | Common | $1.25 | |
| | Data Cable | microUSB | | Common | $0.40 | |
| **Option** | B/T Headset (Mono) | HM3100 | | Common | - | $49.9 |
| | B/T Headset (Stereo) | SBH650 | | Common | - | $89.9 |
| | Wired Speaker | SP100<br>2 * 2 Watt | | Common | - | $29.9 |
| | Speaker Dock Cradle | 2 * 1 Watt<br>1,500 mAh | TBD | Dedicated | - | $45.9 |
| | Portable Dock Cradle | 1,500 mAh | TBD | Dedicated | - | $34.9 |
| | Navigation Kit | - Car Cradle<br>- Suction Holder<br>- CLA | TBD | Dedicated | - | $44.9 |
| | External Battery Pack | 4,000 mAh<br>Micro USB | TBD | Common | - | $69.9 |
| | Mobile Beam Projector | MBP110<br>WVGA(854*480)<br>2,000mAh, TV-out & HDMI | TBD | Common | - | $249.9 |

Confidential Business Information – Subject to Protective Order

S-ITC-007849464



TRANSLATION

# 7. Target Sales Volume, Price and Profit

## Aries



40

TRANSLATION

Confidential Business Information – Subject to Protective Order

S-ITC-007849465

# 7. Target Sales Volume, Price and Profit



## Aries-Q



41

# 8. PLC (Aries)

CONFIDENTIAL

Confidential Business Information – Subject to Protective Order



S-ITC-007849466

# 8. PLC (Aries-Q)

CONFIDENTIAL

Confidential Business Information – Subject to Protective Order

S-ITC-007849467

TRANSLATION

Confidential Business Information – Subject to Protective Order

S-ITC-007849468

# 9. Schedule : Development Schedule    - Aries


CONFIDENTIAL

| | 2009 | 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
| Design | → | → Final Design W2 (1/15) → Mount Review W4 (1/29) | | | | | | |
| Product Planning | → | | → DIA Completion W5 (2/3) | | | | | |
| Standard Approval | | | | | | | | |
| DV | DV ———— | | | → DVR W12 (3/24) | | | | |
| PV | | | | PV ———— | → PVR W16 (4/21) | | | |
| PR | | | | | ——— → PRA W18 (5/6) | | | |
| TA | | | | | | | | |
| Shipment | | | | | | ○ Internal Target SRA W20 (5/20) | Announced SRA | ○ Announced SRA W26 (7/2) |
| Sample | | ○ MWC W/S 10EA W5 (2/5) | ○ Pre-MKT 500EA W7 (2/19) | | | | | |

# 9. Schedule : Development Schedule — Aries-Q


CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849469

|  | 2009 | 2010 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
| Design |  | Design Confirmation W2 (1/15) Review as Mounted | | | | | | | |
| Product Planning |  | W3 (1/22) DIA Completion W5 (2/3) | | | | | | | |
| DV |  | DV | | | → DVR W16 (4/23) | | | | |
| PV |  | | | | PV — | → PVR W20 (5/20) | | | |
| PR |  | | | | | → PRA W22 (6/4) | | | |
| TA |  | | | | | | | | |
| Shipment |  | | | | | | ○ Internal Goal SRA W24 (6/18) | | ○ Official SRA W31 (8/2) |
| Sample |  | | | ○ Pre-MKT 300EA W12 (3/26) | | | | | |

TRANSLATION

# 9. Schedule : Global Launch Plan

CONFIDENTIAL

**Aries Regional Development Schedule (Based on Internal Goal SRA 5/20)**

Confidential Business Information -- Subject to Protective Order

S-ITC-007849470



| Classification | Dimension (Thickness: mm) | 2010 | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | March | April | May | June | July | August | September | October | November | December |
| G. GSM (open) | 9.9T | DIA 2/3 → | | SRA 5/20 | | | | | | | |
| GPG 4 Major Carriers | | | | | SRA 6/25 | | | | | | |
| North America GSM TMO | | DIA 2/8 | | | | SRA 7/14 | | | | | |
| Domestic | | DIA 2/3 → SRA 3/30 | | | | | | | | | |
| China CMCC | 10.8T | DIA 2/17 | | | | SRA 7/14 → | | | | | |
| Central/South America | | DIA 2/3 → | | SRA 5/20 | | | | | | | |
| Japan | | DIA 2/24 → | | | | | | | | | SRA 11/30 |

# Schedule - Service

CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849471

| | PVR | PRA | SRA |
|---|---|---|---|
| **Widget** | • Check contract with CPs<br>• Check embedding widget list<br>• Check regional coverage of each widget<br>• Complete widget development<br>• Complete unit test | • Complete unit test<br>• Check local language translation<br>• Interoperability test among device, Widget server, and each CP server | |
| **SNS** | • Check development status of widget and application<br>• Check contract with each SNS SPs<br>• Check supporting SNS list | • Interoperability test among device, Samsung server, and each SNS server | |
| **Integrated Phonebook** | • Check contract with each ISPs<br>• Check supporting ISP list<br>• Check development status of following S/W<br>  SEVEN Engine<br>  IM Client<br>  Email Client<br>  Service Integration | • Interoperability test among device, Samsung server,  and each ISP server | |
| **kles** | • Check PC Application development status<br>• Complete unit test | • Check connectivity test between PC and device | |

47

Confidential Business Information – Subject to Protective Order

S-ITC-007849472

# Aries(S1) (I9000)

Smartphone for Smart Life



| Bearer | Cam. | LCD | OS | Type |
|--------|------|-----|-----|------|
| HSUPA | 5M | 4.0" WVGA | Android (Éclair) | Touch |

| Availability | May 2010 | T/P | € 380 |
|--------------|----------|-----|-------|

**Predecessor**
GT-I7500 (5MP, Android)



Infotainment
Rich Media

Operator's
Category

## Key Features (USP):

1. Large(4.0") & Thin(9.9t) Stylish Design
   - Slimmest w/ 1500mAh Battery

2. Ultra Vivid Display with On-Cell AMOLED
   - Best Readability & Low Power Consumption

3. Social Hub: Unified Social Life
   - Integrated  Phonebook w/ SNS, IM, E-mail
   - Life Manager : Unified Calendar

4. Widget Almighty
   - Multiple Information In a Widget
   . Hybrid Clock, Buddies Now etc

**Main Color**        TBD

**Freq. Band**        3G  900/1900/2100
                      2G  850/900/1800/1900

TRANSLATION

Confidential Business Information -- Subject to Protective Order

S-ITC-007849473

| I9000 | GPP Aries(S1) | |
|---|---|---|
| Galaxy(I7500)'s Successor | Smartphone for Smart Life | |

**Jan. 31th 2010**

**Target Category**

- Infotainment

## Form Factor & Design



| Slider | Folder | Bar | Touch | Qwerty |
|---|---|---|---|---|
| | | ○ | ○ | |

## Dimensions & Weight

- 64.2 x 122.4 x 9.9 mm,  TBD g

## USPs

1. Large(4.0") & Thin(9.9t) Stylish Design
   - Slimmest w/ 1500mAh Battery
2. Ultra Vivid Display with OOAMOLED
   - Best Readability & Low Power Consumption
3. Social Hub: Unified Social Life
   - Integrated  Phonebook w/ SNS, IM etc
   - Life Manager : Unified Calendar
4. Widget Almighty
   - Multiple Information In a Widget
   . Hybrid Clock, Buddies Now etc

## Main Features

| Operating System | Android OS Éclair 2.1 |
|---|---|
| Chipset | BB: IFX6160  / AP: S5P C110 |
| Camera | 5MP AF w/o LED flash |
| Display Resolution/Size | 4.0"  WVGA  On-Cell AMOLED |
| 3G Bearer &Band | HSUPA 5.76 Mbps  900/1900/2100 |
| 2G Bearer &Band | EDGE/GPRS 850/900/1800/1900 |
| Connectivity | BT 2.1, USB 2.0,  WiFi(b/g/n),  MicroUSB |
| GPS | A-GPS |
| Radio | FM Radio with RDS |
| Audio | MP3, AAC, AAC+, eAAC+, WMA, RA |
| Video | MPEG4, H.263, H.264, WMV, RV, DivX, Xvid |
| Memory | 4Gb+3Gb+1Gb/16GB MoviNAND, MicroSD (upto 32GB) |
| Additional Applications | TouchWiz 3.0 for Android, Multistage, Augmented Reality, Integrated phonebook with SNS, IM &E-mail |
| Talk/Standby time | 1500 mAh |
| SPK | 11x15 |

| | 1 (Main) | 2 (option) | 3 (option) |
|---|---|---|---|
| CMF | - | | |
| SRA | '10.05 | | |
| M/C, ASP | $205, €380(16GB) | | |
| Release Area | Global | | |

**Target Segment**

- Rich Media

**Main competitors**

- iPhone 3G S
- NexusOne
- Moto Droid
- SEMC X10
- HTC Bravo

**Inbox VPS**

- Data Cable
- TA
- Headset

**Optional VPS**

- Basic Cradle
- Stereo Speaker
- Project Module
- Car Navi-kit
- BT Headset
- C-type Stylus Pen

Confidential Business Information -- Subject to Protective Order

S-ITC-007849474

# Aries-Q (S1-Q) (I9050)

Innovative Social Bridge – Easier to Cross

| Infotainment Rich Media | Operator's Category |



| Bearer | Cam. | LCD | OS | Type |
|--------|------|-----|-----|------|
| HSUPA | 5M | 4.0 " WVGA | Android (Éclair) | Touch+ QWERTY |

| Availability | Jun. 2010 | T/P | € 400 |

**Predecessor**
GT-I9000 (5MP, Android)



## Key Features (USP):

1. Best Input Interface for Mobile Web
   - Optimal input interface for GMS, IM & Write & Go

2. Ultra Vivid and Clear Display with AMOLED +
   - Best readability & Low power consumption

3. Unified Social Life
   - Integrated  Phonebook w/ SNS, IM, E-mail
   - Real-time Update : Push Services
   - Life Manager : Unified Calendar

4. Widget Almighty
   - Multiple Information In a Widget
   . Hybrid Clock, Living Buddies, Days etc

| **Main Color** | TBD |
| **Freq. Band** | 3G  900/1900/2100 |
| | 2G  850/900/1800/1900 |

Confidential Business Information -- Subject to Protective Order

S-ITC-007849475

| GT-I9050 | GPP Aries-Q (S1-Q) | | | | | Feb. 3rd 2010 |
|---|---|---|---|---|---|---|
| Aries(I9000)'s Successor | Innovative Social Bridge – Easier to Cross | | | | | |

**Target Category**

- Infotainment

## Form Factor & Design



| Slider | Folder | Bar | Touch | Qwerty |
|---|---|---|---|---|
| ○ | | | ○ | ○ |

### Dimensions & Weight

- 126 x 64.2 x 13.5 mm,  TBD g

### USPs

- Best Input Interface for Mobile Web
- Unified Social Life
  . Integrated PB with SNS, IM, E-mail
  . Real-time Update : Push Services
  . Life Manager : Unified Calendar
- Widget Almighty
  . Unified Multiple Widgets
- Focus & Find
  . Augmented Reality Social Browser
- Powerful Multimedia

## Main Features

| Operating System | Android OS Éclair 2.1 |
|---|---|
| Chipset | BB: IFX6160  / AP: S5P C110 |
| Camera | 5MP AF w/o LED Flash |
| Display Resolution/Size | 4.0"  WVGA  On-Cell AMOLED |
| 3G Bearer &Band | HSUPA 5.76 Mbps  900/1900/2100 |
| 2G Bearer &Band | EDGE/GPRS 850/900/1800/1900 |
| Connectivity | BT 2.1, USB 2.0,  WiFi(b/g/n),  MicroUSB |
| GPS | A-GPS |
| Radio | FM Radio with RDS |
| Audio | MP3, AAC, AAC+, eAAC+, WMA, RA |
| Video | MPEG4, H.263, H.264, WMV, RV, DivX, Xvid |
| Memory | 4Gb+3Gb+1Gb+16GB moviNAND, MicroSD (up to 32GB) |
| Additional Applications | TouchWiz 3.0 for Android, Multistage, Augmented Reality, Integrated phonebook with SNS, IM, E-mail, etc. |
| Talk/Standby time | 1500 mAh |
| SPK | 11x15 |

| | 1 (Main) | 2 (option) | 3 (option) |
|---|---|---|---|
| CMF | - | | |
| SRA | '10.06 | | |
| M/C, ASP | $217, €400 (16GB) | | |
| Release Area | Global | | |

**Target Segment**

- Rich Media

**Main competitors**

- Moto Droid
- HTC Bravo
- Google Nexus One

**Inbox VPS**

- Data Cable
- TA
- Headset

**Optional VPS**

- Basic Cradle
- Stereo Speaker
- Project Module
- Car Navi-kit
- BT Headset

Confidential Business Information -- Subject to Protective Order

# Appendix

S-ITC-007849476

Confidential Business Information -- Subject to Protective Order

S-ITC-007849477

# Competitiveness Review

CONFIDENTIAL

### Strengths compared to iPhone

- Multi-tasking supported

  (Up to 6 viewable on Aries, possible as permitted by memory)

- Diverse video file formats supported

  (iPhone only supports mp4)

- Carrier customization allowed

- **Universal search** (Local+Web search)

- FOTA upgrade allowed

(has to connect to iTunes via cable and download at home for iPhone)

- Adobe Flash 9 Supported

### Strengths compared to other Androids

- Samsung Android UX applied

- Superior HW spec

  (Super AMOLED, 1GHz Chipset, VT Call support, etc.)

- Additional marketplace other than Android Market provided, such as More Widget, Slideme, etc.

- Plenty of User Memory Provided for storing applications and contents (16GB default)

- Multi-touch Pinch zoom in/out applied

- Convergence between devices: 3 Screen (DLNA)



### [Shared Strengths]

- Fast typing with Swype Integration
- Social Hub (Integrated Phonebook) Supported
- **Hybrid Widgets**
- Context Awareness UX applied

53

Confidential Business Information -- Subject to Protective Order

S-ITC-007849478

# Android Platform Roadmap



| | | |
|---|---|---|
| **Android 1.0**<br>**(Sep '08)** | ✓ Linux kernel 2.6.25<br>✓ MSM 7K chipsets<br>✓ RIL, Wi-Fi, BT 2.0 support<br>✓ HVGA support | |
| **Cupcake**<br>**(Apr '09)** | ✓ Linux kernel 2.6.27<br>✓ UI refinement<br>✓ Performance improvements<br>- Faster camera start-up & image capture | - Faster acquisition of GPS location<br>- Smoother pad scrolling in browser<br>✓ New features |
| **Donut**<br>**(Sep '09)** | ✓ Linux kernel 2.6.29<br>✓ Open core 2<br>✓ Support for CDMA<br>✓ Various LCD resolution<br>(QVGA, HVGA, WVGA, WQVGA) | ✓ Text-to-speech engine(Pico) and APIs<br>✓ VPN support<br>✓ Quick Search Box (Universal Search)<br>✓ New features |
| **Éclair**<br>**(Nov '09)** | ✓ Linux kernel 2.6.30<br>✓ Support 3D engine<br>✓ OpenGL ES 2.0<br>✓ Improved audio routing<br>✓ Browser support for HTML5 | ✓ Exchange support<br>✓ Refreshed UI<br>✓ Social Contacts support<br>✓ New features |
| **Froyo**<br>**(May/Jun '10)** | ✓ JIT (Just in Time) Compiler<br>✓ App installation on SD Card<br>✓ Flash support via Adobe Flash plugin<br>✓ New UI for Music & Gallery Application | ✓ Unbundling of apps with platform<br>✓ Exchange Calendar Sync<br>✓ Tethering / DUN on Bluetooth<br>✓ New features |

Copyright © 2009 Samsung Electronics. All Rights Reserved. STRICTLY CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849479

# Android 1.5 – New Feature

## Android 1.5 (Cupcake)

User interface refinements:
System-wide:
     Refinement of all core UI elements
     Animated window transitions (off by default)
     Accelerometer-based application rotations

Performance improvements:
- Faster Camera start-up and image capture
- Much faster acquisition of GPS location (powered by SUPL AGPS)
- Smoother page scrolling in Browser

Applications
- Camera & Gallery ; Video recording / Video playback (MPEG-4 & 3GP formats)
- Browser ; Updated with latest Webkit browser & Squirrelfish Javascript engines, Copy 'n paste in browser,, etc.
- Contacts ; Shows user picture for Favorites, Specific date/time stamp for events in call log, etc.

Application framework
- On-screen soft keyboard ; Works in both portrait and landscape orientation, User dictionary for custom words, etc.
- Home screen ; Widgets, Live folders
- UI framework ; Framework for easier background/UI thread interaction, New SlidingDrawer widget, etc.
- Home Screen framework ; APIs for creating secure home screen widgets, etc.
- Media framework ; Raw audio recording and playback APIs, Interactive MIDI playback engine, Media search Intent, etc.
- Input Method framework ; Text prediction engine, Ability to provide downloadable IMEs to users
- Speech recognition framework ; Support for using speech recognition libraries via Intent
- Misc API additions

 for more, visit <u>HERE</u>

Copyright © 2009 Samsung Electronics.  All Rights Reserved. STRICTLY CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849480

# Android 1.6 – New Feature

## Android 1.6 (Donut)

User interface refinements:
- Quick Search Box: search across multiple sources from home screen (browser bookmarks, history, contacts, and the web)
- Battery usage indicator: lets users see which apps and services are consuming battery power
- Camera: Integrated camera, camcorder, and gallery experience, enable user to select multiple photos

Performance improvements:
- Faster Camera experience: launching the camera, completing one shot to the next

Android Market Updates
- At the homescreen, users can choose among Apps, Games, and Downloads.
- Inside a category, users can explore titles that are Top paid, Top free, and Just in.
- For each title, users can now see screenshots submitted by developers in addition to reviews from other users

Application framework
- VPN, 802.1x: VPN control panel in Settings
- Text-to-speech engine(Pico): allows any Android application to "speak" a string of text with an accent (supports the following languages: English (American and British accents), French, Italian, German and Spanish)
- Gestures: creating, storing, loading, and recognizing gestures and associating them with specific actions (GestureBuilder tool included in the Android 1.6 SDK)
- Accessibility: accessibility plugins that respond to user input, such as making a sound when a new window is shown, vibrating when navigating to the top of a list, and providing spoken feedback

 for more, visit HERE

Copyright © 2009 Samsung Electronics.  All Rights Reserved. STRICTLY CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849481

# Android 2.0 – New Feature

## Android 2.0 (Éclair)

User interface refinements
• Contacts & accounts: Sync support for contact sync from multiple data sources including Exchange. Handset manufacturers will need EAS license for distribution.
• Mail: Exchange support. Handset manufacturers will need EAS license for distribution. Merged folders across multiple accounts for inbox, unread, flagged
• Camera : Support for built-in flash
• Android keyboard : Improved layout and better responsiveness,  Smarter dictionary
• Browser:  Refreshed UI with actionable browser URL bar, Support for double-tap to zoom
• Calendar:  Agenda view with infinite scrolling, Attendee status and guest invites
• Messaging: Ability to search SMS and MMS messages, Auto-delete old messages when short on storage

New Platform Technologies
• Media framework: Completely revamped graphics architecture for improved performance enabling better hardware acceleration
• Bluetooth: New BT profiles(Object Push Profile (OPP), Phone Book Access Profile (PBAP), Bluetooth 2.1

New Developer APIs
◦ Bluetooth: Turn on/off Bluetooth, device and service discovery, send/receive data
• Sync adapters: New APIs for contacts sync adapters to connect to any backend
• Account Manager API: Centralized account manager API to securely store and access auth tokens/passwords across one or more services
• Contacts APIs: New contacts APIs that allow for data from multiple accounts, Support for 3rd party sync adapters
• WebView:  HTML5 support(Database API, Application cache, Geolocation API, <video> tag support in Fullscreen mode)
• Framework: Framework support for simultaneous touch events

Copyright © 2009 Samsung Electronics.  All Rights Reserved. STRICTLY CONFIDENTIAL

# Android Froyo Features

Confidential Business Information – Subject to Protective Order

## Android Froyo (Former Flan)

- OS version upgrade with the goal of improving performance as well as increasing user convenience

- More features than the Éclair but same or less RAM/ROM requirement through OS optimization (fit & polish)

- Scheduled for announcement 2010 May or June, Official Letter is scheduled for delivery to partner companies by the second week of February

| Performance Improvement | • JIT(Just in Time Compiler) loaded – Increase performance of JAVA application (Also loaded on the Éclair but function revitalized for the first time with Froyo)<br>• Loaded Stagefright instead of the formerly used Opencore to make the OS more lighter and faster<br>• Kernel: 2.6.32 (Éclair: 2.6.30) |
|---|---|
| Increasing User Convenience | • Applications can be saved on the SD card (formerly: Only savable on the internal memory)<br>• Adobe Flash supported: Adobe Flash Browser Plugin downloadable through Android Market<br>• Unbundling of apps with platform<br>  - Update possible for Google Mobile Services as well as system app through Android Market<br>• New UI as well as partial UI refresh for Music & Gallery App |
| Etc. | • Exchange Support – Calendar Sync, Password Admin (Remote Wipe function loaded)<br>• Tethering function using USB as well as BT(DUN)<br>• Publication of referential sample code scheduled to support game developers |

Copyright © 2009 Samsung Electronics.  All Rights Reserved.  STRICTLY CONFIDENTIAL

S-ITC-007849482

# Apple App Store vs. Google Android Market

Confidential Business Information -- Subject to Protective Order

S-ITC-007849483

| Apple App Store | | Google Android Market |
|---|---|---|
|  | **Image** |  |
| 77 Countries | **Coverage** | 26 Countries |
| Developer 70%, Apple 30% | **R/S Model** | Developer 70%, Operator 30% |
| 133,979 | **Number of Applications** | 23,475 |
| Game, Apps (20 Categories) | **Categories** | Games, Apps (18 Categories) |
| On-Device Client (Wireless)<br>iTunes(Non-Wireless) | **Store Channel** | On-Device Client (Wireless) |
| Credit Card, iTunes Gift Card | **Payment** | Credit Card, Operator Billing |
| · Superiority of Apps with a variety of local apps through entering many countries<br><br>· Membership fee $99 (individual), $299 (corporations) | **Etc.** | · Comparatively inferior expansion speed as it is not a source of profit but only uses GSM's partial appl<br><br>· Memership fee $25 (same)<br>· Business friendly by sharing 30% profit |
| · Continuous expansion and growth in number of apps along with the iPhone, iPad (300,000 anticipated by the end of 2010) | **Assessment** | · The number of Apps is comparatively lesser due to a slower terminal expansion speed of the iPhone however a an Android Market Promotion is scheduled for the middle of 2010 |

Copyright © 2009 Samsung Electronics.  All Rights Reserved. STRICTLY CONFIDENTIAL

Confidential Business Information -- Subject to Protective Order

S-ITC-007849484

# Intuitive Touch UX (1)

## ● Easier & More Customizable UX, TouchWiz 3.0

### 1. Integrated Home Screen

- 4 Menu Customizing  possible  within the Widget screen

→ Combined Home screen

- Title set-up possible by Widget/Menu page

→ Easy of Managing



### 2. Maximizing Contents Area

- Maximize contents within the screen with simple Menu/Key arrangements on screens such as Video, Browser



### 3. Efficient Multitasking, Quick Panel

- Maximization of the Multi-Tasking environment with Quick Panel, Task Switcher and others



Quick Panel



Task Switcher

### 4. Gesture Interaction

- Eliminated unnecessary interaction and strengthened usability by inserting Quick Panel & More Option window through Sweeping Up/Down Gesture



# Intuitive Touch UX (2)

● Hybrid Widget

- **Improved information gathering by comprising various features in one Widget.**

  ✓ Info alarm – **weather, stock, latest news information real time Update**

  ✓ Hybrid clock - clock with various contents (finance, weather etc.)

- **Consolidated management of SNS and Contact Update status possible in one Widget (Live Buddy, etc.)**



Advanced widgets       Menu/widget page edit

Confidential Business Information -- Subject to Protective Order

S-ITC-007849485

Confidential Business Information -- Subject to Protective Order

S-ITC-007849486

# Intuitive Touch UX (3)

● **More Comfortable Input Mechanism**



**Ex) Inputting the word "cool"**

- SWYPE

✓ **Fast word input possible with a finger or stylus gliding on the keyboard**

✓**SWYPE vs. iPhone performance comparison (Inputting 25 words)
: SWYPE 39sec vs. iPhone 79sec → 1.5x faster**

- XT9 

✓ **Provides words frequently used by the user in advance by prediction (able to set on/off)**

✓ **Able to add & edit desired words by the user**

- Voice Command

✓**Improved user convenience by providing various voice recognition features (Voice Dialing/Playing/Recording)**

✓**Provides notifications to the user through Text-to-Speech control (Time & Date, Battery Level, Signal Strength, Memory Status, etc.)**

→ **Provides Beyond Touch Experience**

Confidential Business Information -- Subject to Protective Order

S-ITC-007849487

# Unified Social Life (1)

● Real-time Push Service



**Establishes 'Always-on Communication Channel' through real time updates based on PIMS(Phonebook/Calendar), SNS, Messaging(IM, Email) Push**



TRANSLATION

Confidential Business Information -- Subject to Protective Order

S-ITC-007849488

# Unified Social Life (2)

● **Unified Phonebook**



  - Consolidated management possible on phone through integrating 4 portals and major SNS

  - IM Login confirmation and chatting possible in Contact info



**Contact List Consolidation**



● **Unified Calendar**

- Consolidated management possible on phone through integrating Outlook and Facebook
- Displays the integrated schedule information sorted by the source

  

**Schedule Information Consolidation**



● **Easy Email Set-up**

- Easy set-up of Email using the Email address and Password possible by providing information for more than 10 thousand Email ISPs

TRANSLATION

Confidential Business Information – Subject to Protective Order

S-ITC-007849489

# More Intelligent Web Experience

● **Customizing Google Chrome browser**

   **- Value-added Features added on Chrome Browser provided by Android Éclair version**

   ✓ |Flash Lite 3.1 support : Displays Flash videos on major portals

   ✓ Improved Download feature : OMA Download support → DRM Contents Download possible

   → **Provides PC-like Web Experience compared to other Android Phones**



iPhone                    S1

[Flash support]

Confidential Business Information -- Subject to Protective Order

S-ITC-007849490

TRANSLATION

# Special Embedded Features

- **Layar**

  - **Social browser based on Augmented-Reality**
    - ✓ **Displays the location of desired contents as an icon through Camera View (Wikipedia, restaurant location and phone number, others' SNS, etc.)**



- **EverNote**

  - **Record & Access possible anytime, anywhere through Text, Photo, and Audio**

    - ✓ **Text, photo & audio notes creation possible**

    - ✓ **Text search possible within image**

    - ✓ **Share and Synce of all created Note among Phone, PC, and Server**



- **FlipFont**  fl*i*p*font*

  - **Phone Title/Menu font can be modified to a font downloaded by the user**

    - → **Customizing possible according to the user preference**

Confidential Business Information – Subject to Protective Order

S-ITC-007849491

# Enhanced Connectivity (1)

● Faster, Broader, and More Efficient Wi-Fi Experience



- **Improved Wireless Access performance by supporting 802.11 b/g + 802.11 n**

-**WiFi usability improvement**

**(Image modification planned)**

✓ Quick Panel : **WiFi on/off setting possible in Idle screen**

✓ Auto Connecting : **WiFi automatic access possible when the frequented AP is found after the AP search**



[ Quick Panel]                    [ Auto-Connecting]

TRANSLATION

Confidential Business Information -- Subject to Protective Order

S-ITC-007849492

# Enhanced Connectivity (2)

- Upgrade Short-Distance Communication, **Bluetooth** *3.0*

  - **Expands utilization of short-distance communication through mobile phone by supporting various Bluetooth 3.0 Profile**

    ✓ **Added features such as BPP (Remote Printing), FTP (File sending) unsupported by iPhone**

- Mobile AP

  - Supports Tethering Application which utilizes mobile phone as Wireless Access Point

  → 3G N/W communication from WiFi enabled Mobile Device possible through mobile phone

  → Internet access anytime & anywhere



Confidential Business Information — Subject to Protective Order

- E N D -

S-ITC-007849493

# Aries (GT-I9000)

## Global GSM Level. 2

| 부서 | | 담당 임원 | 실 무 |
|---|---|---|---|
| 상품기획 | PP | 윤한길상무 | 강병진 차장, 강익선 대리 |
| | PM | 김준영상무 | 권혁민 차장, 양현덕 과장 |
| | VPS | 김동인상무 | 김태길 차장, 김달원 대리 |
| Enabling | | 이용배상무 | 박종훈 과장, 이언지 사원 |
| 개발 | PM | 노태문상무 | 노태문 상무 |
| | PL | | 김학상 상무 |
| | H/W | | 박상욱 책임 |
| | S/W | 조승환 전무 | 안원익 수석 |
| | 기구 | 송현명상무 | 이병준 책임, 이효진 선임 |
| | 음향 Lab. | 김준배상무 | 조봉조 선임, 김수경 사원 |
| | 안테나 | 김석호상무 | 김동환 책임, 임재호 사원 |
| | SE 그룹 | 김태식상무 | 신동익 책임, 이종숙 책임, 조성래 사원 |
| 디자인 | 제품 | 김석근상무 | 이민혁 수석, 이기영 사원 |
| | UX | 장동훈전무 | AUI 운종삼 책임, UI 김영미 선임, GUI 윤소영 책임 |
| 개발관리 | | 고동진전무 | 김진규 차장, 김영종 과장 |
| 영업 | | | 조홍식 전무, 이영우 전무, 서기용 전무, 박명동 상무, 김철진 상무 |
| 구매 | | 임종관상무 | 이임순 차장, 김경필 대리 |
| MSC | | 이경한상무 | 조성원 부장, 김형수 차장 |
| CS팀(신뢰성) | | 윤두표상무 | 이정태 차장, 김웅 과장 |
| 제품기술 H/W | | 류태원상무 | 박현규 차장 |
| S/W | | 박정호상무 | 김동구 과장, 허은도 과장 |

S-ITC-007849424

# Aries-Q (GT-I9050)

## Global GSM Level. 2

| 부서 | | 담당임원 | 실무 |
|---|---|---|---|
| 상품기획 | PP | 문한길상무 | 강병진 차장, 안지원 사원 |
| | PM | 김준영상무 | 권혁민 차장, 양현덕 과장 |
| | VPS | 김동인상무 | 김태길 차장, 김일현 대리 |
| | Enabling | 이용배상무 | 박종훈 과장, 이인지 사원 |
| 개발 | PM | 노태문상무 | 김학상상무 |
| | PL | | 안병도 수석 |
| | H/W | | 김연범 책임 |
| | S/W | 조승환 전무 | 이준혁 책임 |
| | 기구 | 송현영상무 | 이준철 선임 |
| | 음향 Lab. | 김준태상무 | 조봉조 선임, 김속경 사원 |
| | 안테나 | 김석호상무 | 김동환 책임, 임제호 사원 |
| | SE 그룹 | 김태식상무 | 신동익 책임, 이종숙 책임, 조성래 사원 |
| | 제품 | 김석근상무 | 이민혁 수석, 이진후 사원 |
| 디자인 | UX | 장동훈전무 | AUI 운용상 책임, UI 김호영 선임, GUI 김준석 선임 |
| 개발관리 | | 고동진전무 | 김진규 차장, 김성미 대리 |
| 영업 | | | 조홍식 전무, 이영우 전무, 서기용 전무, 박동통 상무, 김철진 상무 |
| 구매 | | 임동진상무 | 이임순 차장, 김경필 대리 |
| MSC | | 이경한상무 | 조성원 부장, 김현수 과장 |
| CS팀(신뢰성) | | 문두표상무 | 이정태 차장, 김웅 과장 |
| 제품기술 | H/W | 류태원상무 | 박현규 차장 |
| | S/W | 백정호상무 | 김동구 과장, 허은도 과장 |

Confidential Business Information -- Subject to Protective Order

S-ITC-007849425

CONFIDENTIAL

3

# 0. Content

1. **Positioning**
   . Roadmap
   . Competition map
2. **Sales Point**
3. **Competitor Comparison**
4. **Evaluation**
5. **Specification**
   . H/W
   . S/W
   . UX
   . Service
   . CMF
   . 과제 점검 List
6. **VPS**
7. **Target Sales Volume, Price and Profit**
8. **PLC**
9. **Schedule**
10. **Summary**

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 1-1. Positioning – Roadmap



| Competitor | 2009 | 2010 | |
|---|---|---|---|
| | 2H | 1H | |

**Sony Ericsson Xperia X10**
'10.03
8MP
4" qHD
Rachael UI
3.5pi earjack

**Moto Milestone**
'09.11
5MP
3.7 WVGA
Éclair

**HTC Hero**
'09.06
5MP
3.2 HVGA
Sense UI

**LG GW620**
'09.11
5MP
3.0 HVGA
S Class UI

**HTC Tattoo**
'09.10
3MP
2.8 QVGA
Sense UI
Multi-Touch

**I7500 (Galaxy)**
'09.07
5MP/HSUPA
3.2 HVGA AMOLED
8GB + microSD
Cupcake

**I5700 (Spica)**
'09.10
3MP/HSDPA3.6
3.2" HVGA
Affordable Android
Cupcake → Éclair

**China Only**
**Saturn**
'10.02
3MP/HSUPA 5.76
3.2" HVGA AMOLED
Éclair

**Halo**
'10.05
8MP/HSUPA5.76
3.7 WVGA OCT AMOLED
Mobile Projector GII
Éclair

**Aries-Q**
'10.06
5MP/HSUPA5.76
4.0 WVGA OCT AMOLED
Touch+QWERTY
Éclair

**Aries**
'10.05
5MP/HSUPA5.76
4.0 WVGA OCT AMOLED
9.9mm
Éclair

**Apollo**
'10.05
3MP/HSDPA3.
6
3.2" WQVGA
1GB MicroSD
Éclair

**Europa**
'10.06
2MP/HSDPA7.
2MP/HSDSD
2.8" QVGA
1GB MicroSD
Éclair

CONFIDENTIAL

# 1-2. Positioning – Competition map



**Android**

**XPERIA X10**
'10.03
HSDPA
8M, 4.0" FWVGA
QSD8250/Donut

**Nexus One**
'10.01
HSDPA
5M, 3.7" WVGA
QSD8250/Éclair(2.1)

**MOTOROI**
'10.02
HSDPA
8M, 3.7" FWVGA
OMAP3430/Éclair(2.0)

**Droid (Milestone)**
'09.11
HSDPA
5M, 3.7" WVGA
OMAP3430/Éclair(2.0)

**Bravo**
'10.04
HSDPA
5M, 3.7" WVGA
QSD8250/Éclair(2.1)

**Samsung Android**

**Aries-Q**
'10.06
HSUPA
5M, 4.0" WVGA
6160+C110/Éclair(2.1)

**Aries**
'10.05
HSUPA
5M, 4.0" WVGA
6160+C110/Éclair(2.1)

**OS X / WM**

**iPhone 3G S**
'09.06
HSDPA
3M, 3.5" HVGA
Cortex A8/iPhoneOS

**HD2**
'09.11
HSDPA
5M, 4.3" WVGA
QSD8250/WM 6.5

CONFIDENTIAL

# 2. Sales Point

## "The S : Samsung Superior Smartphone"

**4**

### New User eXperience

- Social Hub : Integrated Phonebook
- TouchWiz 3.0 w/ Hybrid Widgets
  (Hybrid Clock/Stock, Daily Briefing etc)
- Smart Life Enabler: Context-Aware

**5**

### Advanced Features

- Augmented Reality w/ Global POI
- Convergence by AllShare
- Enhanced Multimedia & Security

**6**

### Rich Contents

- E-book optimized for Large OCTA
- Expandable by Samsung Kies





*"Google Co-marketing"*

with Google™

**1**

### Stylish, Slim & Minimal Design

- 4.0" Large Super AMOLED
- 9.9t Ultra-Slim w/ 1500 mAh Batt.
- Seamless Tempered Glass

**2**

### Powerful Performance

- Higher CPU Performance (1GHz)
- HD Video (720p) Play/Recording
- Fast Speed: WiFi n, BT3.0, HSUPA 5.76

**3**

### Fully ranged Accessories

- Speaker Cradle, External Battery
- Projector, Navi-kit

CONFIDENTIAL

# 2. Sales Point - Design

## Design Concept

- Wide & Large Touch Display
- Ultra-Slim (9.9t) : 64.2 x 122.4 x 9.9 mm
- Minimal Design
- Comfortable Hand Grip



**Competitors**

Apple iPhone 3GS — 12.3 mm

HTC NexusOne — 11.5 mm

9.9t

*Upward round for comfortable hand grip*

- 4.0 " WVGA On-Cell TSP AMOLED Display
- 9.9t Ultra-Slim Thickness (w/ 1500mAh battery)
- Refined Minimal Design
- Ergonomic Edge for Comfortable One-hand grip

S-ITC-007849430

CONFIDENTIAL

8

# 2. Sales Point - Display

## "Super AMOLED : Crystal-clear & Ultra-thin Large Display"

✓ OCTA (On-Cell TSP AMOLED) : No Air Gap between Window Glass & LCD



*Vivid Color*   *High Contrast*

*Outstanding Luminescence*

Samsung AMOLED
ULTRA REAL AND DISPLAY

- Borderless Display
- Better Sunlight Visibility

## Super AMOLED

|  | AMOLED | Super AMOLED | improvement |
|---|---|---|---|
| Thickness | 2.87t | 2.34t | *0.53t down (no air gap)* |
| Luminance | 240cd/m² | 300cd/m² | *1.25 times up* |
| Reflectance | 16% | 4% | *1.3 times Visibility up* |

[ Spec Comparison ]



**Normal AMOLED**      **Super AMOLED**

**←  0.53t save  →**

**Window Glass**      **Window Glass**

**TSP**      **Super AMOLED**
**2.34t**

**AMOLED**
**2.87t**

[ Structure Comparison ]



L

CONFIDENTIAL

Case 5:11-cv-01846-LHK   Document 1150-29   Filed 06/28/12   Page 80 of 141

# 2. Sales Point – HW Performance

## *"Powerful Performance & Fast Speed"*

✓ **C111 : ARM CortexA8 1GHz, 89.5 M tri/s 3D Graphics**

✓ **WiFi b/g/n, HSUPA 5.76**

. WiFi-n : up to 75 Mbps, x2 wider range than WiFi-g

[WiFi-n]



[Fast Multimedia & UI powered by 1 GHz AP(C110)]

| | Apple iPhone 3GS (S5PC100) | Motorola Droid (OMAP3430) | HTC HD2 (QSD8250) | Samsung Aries (S5PC110) |
|---|---|---|---|---|
| **3D Acc.** | 33M tri/s | 10M poly/s | 22M tri/s | **89.5M tri/s** |
| **Video** | 720 30fps | 720 30fps | 720 30fps | 720 30fps |
| **CPU** | CortexA8 667MHz | CortexA8 600MHz | CortexA8n 800MHz~1GHz | **CortexA8n 1GHz** |

Confidential Business Information -- Subject to Protective Order

S-ITC-007849432

10

# 2. Sales Point - Multimedia

## *"Maximized Multimedia Experience"*

### ✓ Outstanding Multimedia & Entertainment

- HD (720p) Play & Recording, Video & Image Editor and Additional Music Info(Kies)

- Capacitive-type Multi-Touch Support

- First VT Camera for Android





**[C-type Multi-Touch]**



**[VT camera for Android]**



**[Music Info by Samsung Kies]**

**[HD Play & Recording]**





**[Video & Image Editor]**

Confidential Business Information -- Subject to Protective Order

S-ITC-007849433

CONFIDENTIAL

CONFIDENTIAL

# 2. Sales Point – Social Hub

## "Share Life Experiences While on the Go"

✓ **Integrated Phonebook with SNS, IM, E-mail, SMS & MMS**

- Immediate accessibility and interaction with SNS, IM, E-mail, SMS & MMS

✓ **Life Manager : Unified Calendar**



**[Contact with Updated Status]**
- Unified view of SNS, IM, E-mail, SMS, MMS

**[Multiple Calendar Integration]**
- Integration of Google, Outlook & Facebook Calendar

11

CONFIDENTIAL

# 2. Sales Point - Widgets

## "Hybrid Widgets to Create New Experiences"

✓ Up-to-date Information from Multiple Widgets

✓ Maximize Homescreen Experience through Various Information



[Daily Briefing]



[Days]



[Buddies Now]



[Hybrid Clock: Weather]

12

CONFIDENTIAL

# 2. Sales Point – Context-Aware

## *"Smart Life Enabler by Context-Awareness"*

✓ **Customized & Evolved by Aggregating Behavior Patterns**

✓ **Always Your Smart & Friendly Companion**



[ Smart Alarm ]



[ "Phone" concept customized for frequent calls ]

13

CONFIDENTIAL

14

# 2. Sales Point – Augmented Reality

## *"Augmented Reality-based Social Browser"*

✓ **Show User's Surroundings & Display Information on Camera-view**

✓ **Global Core POI Information powered by Google Maps**

- Easy POI Search / More Accurate Search / Rich DB & Maintenance



[Global POI by Google maps]



[Real Image synthesized with POI]

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 2. Sales Point - Convergence

## *"Center of Convergence with All-around Multimedia"*

✓ **Easy & Convenient Convergence powered by DLNA (All*Share*)**



[Enhance your Experience across Devices]

- Internet Access -

- Playing Games -

[TV QWERTY Remote Controller]

[Share your Multimedia across 3 Screens]

Video, Photos, Music
(all)share™
dlna
*WiFi-n*

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 2. Sales Point - Advanced Features

## *"Fun Multimedia Experience"*

### - Enhanced Camera Features for Perfect & Extraordinary Photos



[Action shot]



[Smile Recognition]



[Face Detection]

## *"Expandable Connectivity"*

**Samsung Kies**

| Media Management | Link to Web |
| Cross Device Support | DLNA |

Contents Delivery Channel

[Samsung Kies]

- PC Studio for Contents Management

## *"Smart Security"*



[Find Location]

- My Phone location on the map



[Remote Back-up & Remote Lock]

- Back-up my Data to Server
- Lock or Wipeout my phone

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 2. Sales Point – E-book

## *"Best In-class Reading Experience"*

✓ **E-Book Experience optimized for 4.0" Large OCTA LCD**

✓ **Convenient & Customized for Reading Books**

- Customizable Themes, Easy Text search, and Intuitive Book list Management



[ Customizable Themes ]     [ Easy Text Search ]     [ Book List ]

Confidential Business Information -- Subject to Protective Order

S-ITC-007849440

CONFIDENTIAL

# 2. Sales Point – Aries-Q

## "Best Input Interface for Mobile Web"

✓ **Touch + QWERTY : Most Preferred Input Interface of End-users**

✓ **Optimized UX for QWERTY-slide**

   - Dedicated Key for "Write & Go"

---

**Most Preferred Interface**

Q. What's your perfect mobile input interface?



- Touch 13%
- Other 9%
- 3x4 Keypad 8%
- QWERTY 12%
- Touch + QWERTY 58%

---

**QWERTY Optimized UX**

■ Dedicated Key for Write & Go



Press the Key → Write First

Dedicated Key

**Save in**
Calendar
Memo

**Status Update**
Facebook
Twitter
MySpace

**Send to**
Message
Email

18

19

CONFIDENTIAL

# 2. Sales Point - Accessories

## *"Fully ranged Accessories"*

### ✓ A Variety of Accessories for Universal Multimedia Life

- Dedicated Accessories: External Battery, Projector, Navigation Kit

[ Speaker Cradle ]

[ Projector Module ]

TV-out(3.5pi)



| Acc. | Speaker Dock Cradle | External Battery Pack | Navigation Kit | Projector | Portable Dock Cradle |
|------|---------------------|----------------------|----------------|-----------|----------------------|
| Image | | | | | |
| Spec. | Charger/Data Sync Int.Batt(1,500mAh) | 4,000 mAh Micro USB * 2EA | Car Cradle Suction Holder Car Charger | WVGA(480x800) Composite 2*1W SPK,2000 mAh | Charger/Data Sync Portable, Slim 1,500 mAh |

S-ITC-007849442



# 3. Competitor comparison

|  | Aries (S1) (GT-I9000) | NexusOne | iPhone 3G S |
|---|---|---|---|
| Design | | | |
| Launch | '10.05 (SRA 기준) | '10.01 | '09.06 |
| Price(T/P) | €380 (16GB) / €350 (8GB) | €379 (R/P 기준) | €465(16GB) / €535(32GB) |
| OS | Android Éclair 2.1 | Android Éclair 2.1 | iPhone OS 3.0 |
| Processor | S5PC111 (1GHz) | QSD8250 (1GHz) | S5PC100 (600 MHz) |
| Dimension | 64.2 x 122.4 x 9.9 mm, 118 g | 59.8 x 119 x 11.9 mm, 130 g | 62.1 x 115.5 x 12.3 mm, 135 g |
| Band | GSM (850/900/1800/1900) HSUPA5.76 (900/1900/2100) | GSM (850/900/1800/1900) HSDPA 7.2 (900/2100) | GSM (850/900/1800/1900) HSDPA 7.2 (850/1900/2100) |
| LCD | 4.0" WVGA (480x800) On-Cell AMOELD | 3.7" WVGA (480x800) AMOELD | 3.5" HVGA (320x480) TFT |
| Touch Type | C-type | C-type | C-type |
| Camera + Flash | 5MP AF w/o LED Flash | 5MP AF w/ LED Flash | 3MP AF w/o LED Flash |
| Battery | 1500 mAh | 1400 mAh | 1200 mAh |
| Memory | 4Gb+3Gb+1Gb / MoviNAND 16GB microSD (upto 32GB) | 4Gb + 4Gb / microSD 4GB microSD (upto 32GB) | 4 Gb RAM / 16GB NAND Flash |
| Connectivity | BT 3.0, USB 2.0, GPS, WiFi 802.11 b/g/n microUSB, 3.5pi | BT 2.1, USB 2.0, GPS, WiFi 802.11 b/g microUSB, 3.5pi | BT 2.1, USB 2.0, GPS, WiFi 802.11 b/g microUSB, 3.5pi |
| Sensor | Accelerometer, Digital compass, Proximity, Light | Accelerometer, Digital compass, Proximity, Light | Accelerometer, Digital compass, Proximity, Light |

20

CONFIDENTIAL

# 3. Competitor comparison (담사)

| | Aries(S1) (GT-I9000) | Kessler | Lismore (GT-S8500) |
|---|---|---|---|
| Design |  | | |
| Launch | '10.05 | '10.09 | '10.04 |
| Price(T/P) | € 380 | € 380 | € 245 |
| OS | Android Éclair 2.1 | LiMo (Linux OS 2.6.29) | bada |
| Processor | S5PC111 | S5PC111 | S5PC111 |
| Dimension | 64.2 x 122.4 x 9.9 mm | 66.9 x 124.8 x 9.9 mm | 118 x 56 x 10.9 mm |
| Band | GSM (850/900/1800/1900) HSUPA 5.76 (900/1900/2100) | GSM (850/900/1800/1900) HSUPA 5.76 (900/1900/2100) | GSM (850/900/1800/1900) HSDPA 3.6 (900/2100) |
| LCD | 4.0'' WVGA (480x800) On-Cell AMOLED | 4.3'' WVGA (800x480) On-Cell AMOLED | 3.3'' WVGA (480x800) On-Cell AMOLED (Curved Glass) |
| Touch Type | C-type | C-type | C-type |
| Camera + Flash | 5MP AF w/o LED Flash | 5MP AF w/o LED Flash | 5MP AF w/ LED Flash |
| Battery | 1500 mAh | 1500 mAh | 1500 mAh |
| Memory | 4Gb+3Gb+1GB / MoviNAND 16GB microSD(up to 32GB) | 4Gb+3Gb+1GB / MoviNAND 16GB microSD(up to32GB) | 4Gb+2Gb+1GB / MoviNAND 8GB microSD(up to 32GB) |
| Connectivity | BT 3.0, USB 2.0, WiFi 802.11 b/g/n | BT 3.0, USB 2.0, WiFi 802.11 b/g/n | BT 3.0, USB 2.0, WiFi 802.11 b/g/n |
| Sensor | Accelerometer, Light, Proximity, Digital compass | Accelerometer, Light, Proximity, Digital compass | Accelerometer, Light, Proximity, Digital compass |
| Video | 720p@30fps, DivX/XviD | 720p@30fps, DivX/XviD | 720p@30fps, DivX/XviD |

COMPANY PRIVATE

# 4-1. Evaluation – Aries

## 디자인 평가 결과     8.1 (적합)

| 구 분 | 평가결과 | 비 고 |
|---|---|---|
| 디자인 외관 | 8 | ▶ 전면 하단부에 curved glass 적용하여 새로운 변화 시도<br>▶ 후면 하단부는 전면과 반대값으로 커브를 적용하여 연결성 있게 표현했으며 그립감을 좋게하고 바닥에 놓았을 때 표면을 보호함 |
| 컬러/소재 | 8 | ▶ 심플한 블랙 바디에 금속 테두리 적용으로 고급감을 더함 |
| 사용성 | 8.2 | ▶ 크기에 비해 매우 슬림하며 하단 curve로 인해 기 조작 시 안정감 높음 |

| 문제점/이슈사항 | 조치사항 |
|---|---|
| ▶hanger hole, 카메라키, flash, mirror 없음<br><br>▶볼륨키 상하 경계 구분 필요 - 강인 혹은 상하로 볼리형 적용 (당사 표준안 참조) | ▶hanger hole 추가예정, 카메라키/flash/mirror는 디자인 및 사이즈 경량화를 위해 전략적으로 삭제(사양부장 컨펌, 1/19)<br><br>▶볼륨키 상하 경계 구분 적용 예정 |

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 4-1. Evaluation – Aries-Q

23

| 디자인 평가 결과 | | 8.0(적합) |
|---|---|---|
| 구 분 | 평가결과 | 비 고 |
| 디자인 외관 | 8<br>적합 | ▶ 전면 하단부에 curved glass 적용하여 새로운 변화 시도<br>▶ 후면 하단부는 전면과 반대값으로 커브를 적용하여 연결성 있게 표현을 보우며 그립감을 좋게하고 바닥에 놓았을 때<br>▶ 전면, 후면 삼성 로고 다소 작은 느낌 |
| 컬러/소재 | 8<br>적합 | ▶ 심플한 블랙 바디에 금속 디테일을 균형감 있게 적용하여 고급감을 더함<br>▶ 유광과 무광의 적절한 대비로 고급스러움 |
| 사용성 | 8<br>적합 | ▶ 크기에 비해 매우 슬림하며 하단 curve로 인해 전면/QWERTY 키 조작 시 안정감 돋음 |

| 문제점/이슈사항 | 조치사항 |
|---|---|
| ▶ hanger hole, 카메라, flash, mirror 없음<br><br>▶ 볼륨기 상하 경계 구분 필요 - 각인 혹은 상 하 몰리형 적용 (당사 표준안 참조) | ▶ hanger hole 추가예정, 카메라/flash/mirror는 디자인 및 사이즈 경쟁력을 위해 전략적으로 삭제 (사업부장 컨펌, 1/19)<br><br>▶ 볼륨기 상하 경계 구분 적용 예정 |

S-ITC-007849446

CONFIDENTIAL

24

# 4-2. Evaluation (Feature) – Aries

| Feature 평가 결과 | 8.44 (+21.9%) |
|---|---|
| 비교 대상 모델 | iPhone 3GS |
| Image |  |

## 상세 평가 결과

| 비 교 | | |
|---|---|---|
| 우세항목 | 19 | Instant Messenger, WAP browser, Changeable covers, Camera resolution, Camera extra features, Video resolution, BT version, BT profile, WiFi extra features, Display type/resolution/diagonal, Audio codec, FM radio, Memory card slot/max capa, JAVA, Games, In-box acc. |
| 열세항목 | 1 | Multi-language |

| 문제점/이슈사항 | 조치사항 |
|---|---|
| - Multi-language | - 현재 iPhone(30개 언어) 대비 Aries(14개 언어,<br>Samsung XT9 Keyboard 기준)가 열세이나,<br>15개 Locale 추가 개발 중이며 추후 확대 검토 |

*Ref.* MOBILE Phone Feature Optimization

CONFIDENTIAL

# 4-3. Evaluation (Service) – Aries

| Service 평가 결과 | 8.2 (▲10%) |
|---|---|
| 비교 대상 모델 | iPhone 3GS |
| | Image |

| 상세 평가 결과 | 비 고 |
|---|---|
| 우세항목 | 5 | 우세 : SNS, IM, Widget, Kies<br>동등 : Video, E-book |
| 열세항목 | 2 | Photo-upload Application, Android Market |

| 문제점/이슈사항 | 조치사항 |
|---|---|
| - Appstore 대비 Android Market 열세 | 1) Google에서 2010년 2분기에 Android Market을 Global Promotion 할 계획임<br><br>2) Samsung 차별화 가능한 More Widgets 탑재하여 Local 소비자 Needs에 대응<br><br>3) Android Market을 사용할 수 없는 국가 에서는 Slideme 탑재하여 Android Market의 대체 Marketplace 제공 |

Confidential Business Information -- Subject to Protective Order    S-ITC-007849448

CONFIDENTIAL

# 5-1. H/W Spec.

| Category | Description |
|---|---|
| B/B Chipset | IFX6160 |
| Standard | HSUPA 5.76 Mbps, HSDPA 7.2 Mbps<br>EDGE/GPRS Class 12 |
| RF Band | Tri band UMTS 900/1900/2100<br>Quad band GSM 850/900/1800/1900 |
| Additional Chip | S5PC111 (1GHz) |
| Dimension | Aries: 64.2 x 122.4 x 9.9 mm<br>Aries-Q: 64.2 x 126 x 13.5 mm (수동, PK) |
| Display | 4.0" WVGA On-Cell AMOLED, C-type touch |
| Camera | 5M AF |
| Flash | N/A |
| Memory | 4Gb+3Gb+1Gb, 16GB MoviNAND |
| Ex. Memory | microSD (upto 32GB) |
| Antenna | Integrated Antenna |
| SIM | Sliding Type, 3V Only |

| Category | Description |
|---|---|
| Battery | Li-polymer 1500mAh |
| - STD time | 250H (@PP2) |
| - Talk time | 5H (@PL5) |
| Connectivity | WiFi 802.11 b/g/n<br>USB 2.0 H/S<br>BT v3.0 |
| IF Connector | microUSB |
| Speaker | Size    : 1115<br>SPK/RCV : 분리형 12x07<br>공명 공간 : 0.625 cc<br>음량 기준 : 신뢰성 65dB |
| Ear Jack | Φ3.5 4극 |
| CMF | Front : 강화유리<br>Rear : PC사출<br>Main Color : Noble Black |
| VPS | Package : Batt., Manual, TA, Earphone etc<br>Option : Car charger, BT headset, Data cable |
| User Benefit | - 4.0" Large Super AMOLED optimized for<br>Enhanced Outdoor Visibility & HD Experience<br>- 9.9t Ultra Slim for Comfortable Hand Grip<br>- Large 1500 mAh Batt. for Long Multimedia<br>Experience |

CONFIDENTIAL

# 5-2. S/W Spec.

| Category | Description |
|---|---|
| OS | Android Éclair 2.1 |
| Message | SMS / MMS(OMA v 1.2)<br>E-mail (POP3/IMAP/SMTP)<br>Exchange ActiveSync E-mail (Push e-mail) |
| Codec | - Audio : MP3, OGG, AAC, AAC+, eAAC+, AMR-NB, WMA, WAV, MID, AC3, IMY, AAC(Mono), AMR_NB<br>-Video :<br>. Codec: Mpeg4, H.264, H.263, H263Sorenson, Divx/XviD, VC-1<br>. Format: 3gp(mp4), wmv(asf), avi(divx), mkv, flv<br>Image : JPEG, PNG, GIF, WBMP, BMP, AGIF |
| WAP | No support of WAP in android<br>Chrome Lite Browser, HTML 5.0<br>HTTP, OTA provisioning supported |
| GPS | A-GPS (SUPL지원) |
| JAVA (JSR's) | 사업자의 요청에 따라서 가변적으로 적용 |
| DRM | OMA DRM 1.0 Full (FL, CD, SD),<br>WMDRM/ MTP (SEUK 향) |

| Category | Description |
|---|---|
| Bluetooth | ▪ Bluetooth v3.0<br>▪ Profile : GAP, SSP, SDAP, HSP, HFP1.5, A2DP, AVRCP, SPP, DUN, FTP, SAP, BPP, OPP, PBAP |
| SyncML | MS Outlook Exchangeable<br>SyncML DS v1.2, SyncML DM v1.2, FOTA |
| Others | ▪ TouchWiz 3.0<br>.Homescreen, Hybrid Widgets<br>▪ Integrated Messaging<br>▪ Google Mobile Services<br>▪ Kies, DLNA, FM Radio<br>▪ Media Browser, Photo Editor, Write & Go |
| User Benefit | ▪ TouchWiz 3.0 UX<br>.7 home screens & editable menu<br>.Hybrid widgets<br>▪ Stay connected with friends in real time<br>.Integrated Contact with SNS, IM, Email<br>.Sync with PC, Mobile and Social Event<br>.Integrated Calendar<br>▪ Push Service (SNS, Email, IM)<br>▪ Easy Photo Management with Media Browser<br>▪ VT Call for Android |

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 5-2. S/W Spec.(기술료 지급 기능)

## 적용 계획

| 구 분 | Category Guide (52종) | 적용 계획 (13종) |
|---|---|---|
| 기본 기능 | Pocket PC/Smartphone, MS Active Sync,MMV,QVM,MPEG-2 SYSTEM<br>H.264 AVC,JAVA,Vsuite,Global 지도,NDIS,<br>MTP/PTP/DFU, SS, Smile/blink Detection, ArcSoft Video Editor, Codec package<br>Audio amp,3D 그래픽, Flashplayer, 진동솔루션, Browser DIVIX, Music ID(음원 인식), Media Player, Aricent(Emuzed),<br>UMA-compliant moWLAN<br>Navigation S/W, Kastor Engine, Rich media, Open SVG 솔루션, 동영상 편집<br>Dataviz Activesync,3D sound/중지음보강,USB Driver, EA 게임 타이틀,SyncML/ FOTA<br>WAP Browser,Caps Engine, Digital Bridges 게임 타이틀,<br>Caps Engine,,AlexVG Engine/Player<br>ARICENT 동영상코덱, OMA DRM, Photo Slides / Zoomer,<br>Flashplayer, UIMA-compliant MoWLAN<br>Localization, 스팀하우스 게임 컨텐츠, MBX Core (3D Graphic Accelerator), e-photo, DRM / JAVA / Music / Video<br>Game(Asphalt4), 러시아어 인식 및 듯 사전기능 | MPEG-2 System, H.264 AVC, JAVA, Vsuite, Smile/Blink Detection, JTEK, Flashplayer, 진동 솔루션, 동영상 코덱, 문서 뷰어/편집기, SyncML/FOTA, Caps Engine, AlexVG Engine/player |
| 신규/추가 기능 | | Layar, Evernote, Flipfont, Bump |

## 신규/추가 기능

| 신규/추가 기능 | 기능 개요 | 적용 사유 |
|---|---|---|
| Layar | Augmented Reality browser | - Galaxy 탑재시 현지 소비자 반응 좋음 |
| Evernote | Web-based Note | - User note 기능 강화 |
| Flipfont | Font 변경 | - Android용 font변경 차별화 기능 |
| Bump | 명함 교환 기능 | - Fun function |

# 5-2. S/W Spec.(기술료 지급 기능)

CONFIDENTIAL

| 적용 계획 | | |

| 구 분 | Category Guide (52종) | 적용 계획 (13종) |
|---|---|---|
| 기본 기능 | Pocket PC/Smartphone, MS Active Sync,MMV,QVM,MPEG-2 SYSTEM<br>H.264 AVC,JAVA,Vsuite,Global 지도,NDIS, MTP/PTP/DFU, SS, Smile/blink Detection, ArcSoft Video Editor, Codec package<br>Audio amp,3D 그래픽, Flashplayer, 진동솔루션, Browser DIVIX, Music ID(음원 인식), Media Player, Aricent(Emuzed), UMA-compliant moWLAN<br>Navigation S/W,Kastor Engine,Rich media,Open SVG 솔루션, 동영상 편집<br>Dataviz Actvesync,3D sound(증저음보강),USB Driver, EA 게임 타이틀,SyncML/ FOTA<br>WAP Browser,Caps Engine, Digital Bridges 게임 타이틀, Caps Engine.,AlexVG Engine/Player<br>ARICENT 동영상 코덱, OMA DRM, Photo Slides / Zoomer, Flashplayer, UMA-compliant MoWLAN<br>Localization, 스림화우스 게임 컨텐츠, MBX Core (3D Graphic Accelerator), e-photo, DRM / JAVA / Music / Video Game(Asphalt4), 러시아어 인식 및 사전기능 | MPEG-2 System, H.264 AVC, JAVA, Vsuite, Smile/Blink Detection, JTEK, Flashplayer, 진동 솔루션, 동영상 코덱, 문서 뷰어/편집기, SyncML/FOTA, Caps Engine, AlexVG Engine/player |
| 신규/추가 기능 | | Layar, Evernote, Flipfont, Bump |

| 신규/추가 기능 | | |

| 신규/추가 기능 | 기능 개요 | 적용 사유 |
|---|---|---|
| Layar | Augmented Reality browser | - Galaxy 탐재시 현지 소비자 반응 좋음 |
| Evernote | Web-based Note | - User note 기능 강화 |
| Flipfont | Font 변경 | - Android용 font변경 차별화 기능 |
| Bump | 명함 교환 기능 | - Fun function |

NDIS: Mac PC용 ACM Modem Driver/NDIS Driver

28

Confidential

29

# 5-4. UX 관련

## Aries UX 적용계획

### 차별화 포인트

## New features

### 1. Enhanced SNS UX

- Integrated phonebook & Calendar 지원
- Media browser에 Online album 추가
- Push event지원 (Email, SNS activities), IM지원

### 2. New widgets

- Buddies now, hybrid clocks, Daily briefing …

### 3. 부가 기능 추가

- Multi-media UX for a fun (Add me, Action shot, Stop motion), Write & Go

## Basic

### 1. Android OS UI 기반
: Basic component, pop-up, settings, wireless controls

### 2. 삼성 TouchWiz 3.0 UI 적용

Confidential

# 5-4. UX 관련

## New Features

### 1. Enhanced SNS UX

**Integrated phonebook**



**Integrate Calendar with SNS**



**Online media album**



### 2. New widgets

**Buddies now**



**Hybrid clock**



**Daily briefing**



### 3. 부가 기능 차별화

**Stop motion**



**Action shot**



# 5-4. Service Spec.

| Category | Description |
|---|---|
| **2.5**<br><br>**Widget for Android** | **Hybrid Widgets**<br>- Display Multiple Information on single Widget<br>- Hybrid Clock (Clock + Weather, Finance, Calendar)<br>- Daily Brief (Alarm + Weather, News, Stock...)<br>- Days (Photo diary on my hand)<br><br>**eRobert Parker**<br>- World famous wine vintage guide<br><br><br>**eRobert Parker**  **Daily Brief**  **Hybrid Clock**<br><br>**Days**<br><br>* UI screenshot may change |

CONFIDENTIAL

CONFIDENTIAL

# 5-4. Service Spec. (Cont'd)

| Category | | Description |
|---|---|---|
| SNS | 4.0 | **Phonebook integration**<br>-User can check SNS feeds on the phonebook and comment on them directly from the phonebook.<br>-Person-centric network/communication service will be provided on an application.<br><br>**Unified feeds and update**<br>- Multiple SNS on single widget (Facebook, Twitter, MySpace)<br>- Display feeds and update my status on single widget |



SNS Widgets



SNS Applications

facebook

myspace.com

Phonebook Integration

\* UI screenshot may change

CONFIDENTIAL

# 5-4. Service Spec. (Cont'd)

| Category | | Description |
|---|---|---|
| **Video** | **1.0** | **Samsung Movies (Online Video Store)**<br>- Full-length movies & TV shows for Download to Own/ Download to Rent<br>- Mobile version available to be side-loaded to device<br><br>**Browse & Download**          **Side-load to device & Watch** |
| **Game** | **2.0** | **• Full Embedded Game : Tetris refresh**<br>- Consumers enjoy Full embed game for free<br><br>**Localization**<br><br>**Segmentation**<br><br>**Feature maximizer** |

CONFIDENTIAL

# 5-4. Service Spec. (Cont'd)

| Category | Description |
|---|---|
| **Calendar Integration** | **Social Calendar**<br>- Real-time 2 way sync with Google and Yahoo<br>- Get event from facebook<br>- Supporting EAS calendar sync feature<br>- Calendar 1.0 + facebook, Yahoo, Google<br><br> |

CONFIDENTIAL

# 5-4. Service Spec. (Cont'd)

| Category | Description |
|---|---|
| **Kies 1.5** | **- Samsung Kies is an integration PC SW for Samsung Digital Devices**<br><br>- Easy Data Backup/Sync, Contents Management<br>- Contents Delivery Channel (Music/Video/Application)<br>- Cross-Device Content Share through DLNA<br>- User Beneficial Features<br>- PC : Support Windows XP/Vista/7<br><br>**Samsung kies**<br>- Integrate PC SW<br>- Improve usability with user-friendly interface<br><br>**PC SW for Mobile handset**<br>PC Studio (GSM)   PC Link, PMP (CDMA)   PC Manager   NPS (HHP)<br><br>**PC SW for digital device**<br>EmoDio (MP3P)   Samsung Master(DSC)   Cyberlink (Camcorder)   AV Station (PC) |

S-ITC-007849459

# 5-5. CMF Spec. - Aries



3.5pi Ring
SUS

Camera Deco
SUS/크롬도금

Logo
인쇄

Batt. Cover
PC/사출

REAR
PC/사출

RCV Grill
SUS

FRONT
PC/증착

TSP (C-Type)
강화유리

Android KEY
Touch Key

HOME KEY
PC/도장

Confidential Business Information -- Subject to Protective Order

# 5-5. CMF Spec. – Aries-Q



3.5pi RING
SUS

CAMERA DECO
SUS/크롬도금

VOLUME KEY
PC/도장

LOGO
인쇄

REAR
PC/사출

Batt COVER
PC/사출

UPPER
PC/증착

TSP (C-Type)
강화유리

QWERTY KEY
PK사출

FRONT
PC/증착

ANDROID KEY
Touch Key

HOME KEY
PC/도장

Confidential Business Information -- Subject to Protective Order

5-6. 과제 점검 Check-list



개발 PL 발표

- 주요 이슈 사항 위주로 발표

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 6. VPS

| | Item | Spec. | Image | Remark | 재료비 | 판가(목표) |
|---|---|---|---|---|---|---|
| **Package** | Standard Battery | Li-Polymer, 1500mA |  | Common | $3.31 | |
| | Manual (Quick guide+Manual) | - User guide<br>- PC Suite user guide<br>- CD Installer |  | English 1EA | $0.30 | |
| | Travel Adapter | microUSB |  | Common | $1.14 | |
| | Earphone | EHS60<br>In-canal Stereo<br>3.5mm 4p, Mini Mic |  | Common | $1.25 | |
| | Data Cable | microUSB |  | Common | $0.40 | |
| **Option** | B/T Headset (Mono) | HM3100 |  | Common | - | $49.9 |
| | B/T Headset (Stereo) | SBH650 |  | Common | - | $89.9 |
| | Wired Speaker | SP100<br>2 * 2 Watt |  | Common | - | $29.9 |
| | Speaker Dock Cradle | 2 * 1 Watt<br>1,500 mAh |  | Dedicated | - | $45.9 |
| | Portable Dock Cradle | 1,500 mAh |  | Dedicated | - | $34.9 |
| | Navigation Kit | - Car Cradle<br>- Suction Holder<br>- CLA |  | Dedicated | - | $44.9 |
| | External Battery Pack | 4,000 mAh<br>Micro USB |  | Common | - | $69.9 |
| | Mobile Beam Projector | MBP110<br>WVGA(854*480)<br>2,000mAh, TV-out & HDMI |  | Common | - | $249.9 |

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

40

# 7. Target Sales Volume, Price and Profit

Aries

Confidential Business Information -- Subject to Protective Order

S-ITC-007849464

41

CONFIDENTIAL

# 7. Target Sales Volume, Price and Profit

Aries-Q



Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

8. PLC (Aries)



Confidential Business Information -- Subject to Protective Order

43

**CONFIDENTIAL**

**8. PLC (Aries-Q)**



Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# 9. Schedule : 개발일정 - Aries

| | 2009 | 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul |
| **Design** | | 디자인 확정 W2 (1/15)  실장검토 W4 (1/29) | | | | | | |
| **Product Planning** | | | DIA완료 W5 (2/3) | | | | | |
| **Standard Approval** | | | | | | | | |
| **DV** | DV | | | DVR W12 (3/24) | | | | |
| **PV** | | | | PV | FVR W16 (4/21) | | | |
| **PR** | | | | | PRA W18 (5/6) | | | |
| **TA** | | | | | | | | |
| **Shipment** | | | | | | 내부목표 SRA W20 (5/20) | | 공식 SRA W26 (7/2) |
| **Sample** | | | MWC W/S 10EA W5 (2/5)  Pre-MKT 500EA W7 (2/19) | | | | | |

CONFIDENTIAL

# 9. Schedule : 개발일정 – Aries-Q

| | 2009 | 2010 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | |
| **Design** | | 디자인 확정 W2 (1/15) 실장검토 W3 (1/22) | | | | | | | | |
| **Product Planning** | | | DIA완료 W5 (2/3) | | | | | | | |
| **DV** | | DV | | | DVR W16 (4/23) | | | | | |
| **PV** | | | | | PV | PVR W20 (5/20) | | | | |
| **PR** | | | | | | | PRA W22 (6/4) | | | |
| **TA** | | | | | | | | | | |
| **Shipment** | | | | Pre-MKT 300EA W12 (3/26) | | | 내부목표 SRA W24 (6/4) | | 공식 SRA W31 (8/2) | |
| **Sample** | | | | | | | | | | |

CONFIDENTIAL

# 9. Schedule : Global Launch Plan

## Aries 지역별 개발 일정 (내부목표 SRA 5/20 기준)

| 구분 | Dimension (Thickness: mm) | 3월 | 4월 | 5월 | 6월 | 7월 | 8월 | 9월 | 10월 | 11월 | 12월 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G. GSM (open) | | DIA 2/3 | | SRA 5/20 | | | | | | | |
| GPG 4대 사업자 | 9.9T | | | | SRA 6/25 | | | | | | |
| 미주 GSM TMO | | DIA 2/8 | | | | SRA 7/14 | | | | | |
| 국판 | | DIA 2/3 SRA 3/30 | | | | | | | | | |
| 중국CMCC | | DIA 2/17 | | | | SRA 7/14 | | | | | |
| 중남미 | 10.8T | DIA 2/3 | | SRA 5/20 | | | | | | | |
| 일본 | | DIA 2/24 | | | | | | | | SRA 11/30 | |

2010

Confidential Business Information -- Subject to Protective Order

CONFIDENTIAL

# Schedule – Service

| | PVR | PRA | SRA |
|---|---|---|---|
| **Widget** | • Check contract with CPs<br>• Check embedding widget list<br>• Check regional coverage of each widget<br>• Complete widget development<br>• Complete unit test | • Complete unit test<br>• Check local language translation<br>• Interoperability test among device, Widget server, and each CP server | |
| **SNS** | • Check development status of widget and application<br>• Check contract with each SNS SPs<br>• Check supporting SNS list | • Interoperability test among device, Samsung server, and each SNS server | |
| **Integrated Phonebook** | • Check contract with each ISPs<br>• Check supporting ISP list<br>• Check development status of following S/W<br>  SEVEN Engine<br>  IM Client<br>  Email Client<br>  Service Integration | • Interoperability test among device, Samsung server, and each ISP server | |
| **kies** | • Check PC Application development status<br>• Complete unit test | • Check connectivity test between PC and device | |

| | Operator's Category |
| --- | --- |
| | Infotainment Rich Media |

# Aries(S1) (I9000)

Smartphone for Smart Life

**Key Features (USP):**

1. Large(4.0") & Thin(9.9t) Stylish Design
   - Slimmest w/ 1500mAh Battery

2. Ultra Vivid Display with On-Cell AMOLED
   - Best Readability & Low Power Consumption

3. Social Hub: Unified Social Life
   - Integrated Phonebook w/ SNS, IM, E-mail
   - Life Manager : Unified Calendar

4. Widget Almighty
   - Multiple Information In a Widget
   . Hybrid Clock, Buddies Now etc

**Main Color** TBD
**Freq. Band** 3G 900/1900/2100
2G 850/900/1800/1900



| Bearer | Cam. | LCD | OS | Type |
| --- | --- | --- | --- | --- |
| HSUPA | 5M | 4.0" WVGA | Android (Éclair) | Touch |

| Availability | May 2010 | **T/P** | € 380 |
| --- | --- | --- | --- |

**Predecessor**
GT-I7500 (5MP, Android)

Confidential Business Information -- Subject to Protective Order

**Jan. 31th 2010**

| I9000 | GPP Aries(S1) |
|---|---|
| Galaxy(I7500)'s Successor | Smartphone for Smart Life |

## Target Category

- Infotainment

## Target Segment

- Rich Media

## Main competitors

- iPhone 3G S
- NexusOne
- Moto Droid
- SEMC X10
- HTC Bravo

## Inbox VPS

- Data Cable
- TA
- Headset

## Optional VPS

- Basic Cradle
- Stereo Speaker
- Project Module
- Car Navi-kit
- BT Headset
- C-type Stylus Pen

## Form Factor & Design

| Slider | Folder | Bar | Touch | Qwerty |
|---|---|---|---|---|
| | | ○ | ○ | |

## Main Features

| | |
|---|---|
| Operating System | Android OS Éclair 2.1 |
| Chipset | BB: IFX6160 / AP: SSP C110 |
| Camera | 5MP AF w/o LED flash |
| Display Resolution/Size | 4.0" WVGA On-Cell AMOLED |
| 3G Bearer &Band | HSUPA 5.76 Mbps 900/1900/2100 |
| 2G Bearer &Band | EDGE/GPRS 850/900/1800/1900 |
| Connectivity | BT 2.1, USB 2.0, WiFi(b/g/n), MicroUSB |
| GPS | A-GPS |
| Radio | FM Radio with RDS |
| Audio | MP3, AAC, AAC+, eAAC+, WMA, RA |
| Video | MPEG4, H.263, H.264, WMV, RV, DivX, Xvid |
| Memory | 4Gb+3Gb+1Gb/16GB MoviNAND, MicroSD (upto 32GB) |
| Additional Applications | TouchWiz 3.0 for Android, Multistage, Augmented Reality, Integrated phonebook with SNS, IM &E-mail |
| Talk/Standby time | 1500 mAh |
| SPK | 11x15 |

## Dimensions & Weight

- 64.2 x 122.4 x 9.9 mm, TBD g

| | 1 (Main) | 2 (option) | 3 (option) |
|---|---|---|---|
| CMF | - | | |
| SRA | '10.05 | | |
| M/C, 판가 | $205, €380(16GB) | | |
| 출시지역 | Global | | |

## USPs

1. Large(4.0") & Thin(9.9t) Stylish Design
   - Slimmest w/ 1500mAh Battery
2. Ultra Vivid Display with OOAMOLED
   - Best Readability & Low Power Consumption
3. Social Hub: Unified Social Life
   - Integrated Phonebook w/ SNS, IM etc
   - Life Manager : Unified Calendar
4. Widget Almighty
   - Multiple Information in a Widget
   . Hybrid Clock, Buddies Now etc

Confidential Business Information -- Subject to Protective Order

S-ITC-007849473

# Aries-Q (S1-Q) (I9050)

Innovative Social Bridge – Easier to Cross

| | Operator's Category |
|---|---|
| **Infotainment Rich Media** | |

**Key Features (USP):**

1. Best Input Interface for Mobile Web
   - Optimal input interface for GMS, IM & Write & Go

2. Ultra Vivid and Clear Display with AMOLED +
   - Best readability & Low power consumption

3. Unified Social Life
   - Integrated Phonebook w/ SNS, IM, E-mail
   - Real-time Update : Push Services
   - Life Manager : Unified Calendar

4. Widget Almighty
   - Multiple Information In a Widget
   . Hybrid Clock, Living Buddies, Days etc

**Main Color**   TBD
**Freq. Band**   3G  900/1900/2100
                 2G  850/900/1800/1900



| Bearer | Cam. | LCD | OS | Type |
|---|---|---|---|---|
| HSUPA | 5M | 4.0" WVGA | Android (Éclair) | Touch+ QWERTY |

| Availability | Jun. 2010 |
|---|---|

| T/P | € 400 |
|---|---|

**Predecessor**
GT-I9000 (5MP, Android)

Confidential Business Information -- Subject to Protective Order

S-ITC-007849474

**Feb. 3rd 2010**

| GT-I9050 | GPP Aries-Q (S1-Q) |
|---|---|
| Aries(I9000)'s Successor | **Innovative Social Bridge – Easier to Cross** |

## Target Category
- Infotainment

## Target Segment
- Rich Media

## Main competitors
- Moto Droid
- HTC Bravo
- Google Nexus One

## Inbox VPS
- Data Cable
- TA
- Headset

## Optional VPS
- Basic Cradle
- Stereo Speaker
- Project Module
- Car Navi-kit
- BT Headset

## Main Features

| | |
|---|---|
| Operating System | Android OS Éclair 2.1 |
| Chipset | BB: IFX6160 / AP: SSP C110 |
| Camera | 5MP AF w/o LED Flash |
| Display Resolution/Size | 4.0" WVGA On-Cell AMOLED |
| 3G Bearer &Band | HSUPA 5.76 Mbps 900/1900/2100 |
| 2G Bearer &Band | EDGE/GPRS 850/900/1800/1900 |
| Connectivity | BT 2.1, USB 2.0, WiFi(b/g/n), MicroUSB |
| GPS | A-GPS |
| Radio | FM Radio with RDS |
| Audio | MP3, AAC, AAC+, eAAC+, WMA, RA |
| Video | MPEG4, H.263, H.264, WMV, RV, DivX, Xvid |
| Memory | 4Gb+3Gb+1Gb+16GB moviNAND, MicroSD (up to 32GB) |
| Additional Applications | TouchWiz 3.0 for Android, Multistage, Augmented Reality, Integrated phonebook with SNS, IM, E-mail, etc. |
| Talk/Standby time | 1500 mAh |
| SPK | 11x15 |

| | 1 (Main) | 2 (option) | 3 (option) |
|---|---|---|---|
| CMF | - | | |
| SRA | '10.06 | | |
| M/C, 판가 | $217, €400 (16GB) | | |
| 출시지역 | Global | | |

## Form Factor & Design



| Slider | Folder | Bar | Touch | Qwerty |
|---|---|---|---|---|
| ○ | | | ○ | ○ |

## Dimensions & Weight
- 126 x 64.2 x 13.5 mm, TBD g

## USPs
- Best Input Interface for Mobile Web
- Unified Social Life
  . Integrated PB with SNS, IM, E-mail
  . Real-time Update : Push Services
  . Life Manager : Unified Calendar
- Widget Almighty
  . Unified Multiple Widgets
- Focus & Find
  . Augmented Reality Social Browser
- Powerful Multimedia

Confidential Business Information -- Subject to Protective Order

# Appendix

S-ITC-007849476

*COMPLAINT*
*L*

53

# Competitiveness Review

## [iPhone 대비 강점]

- Multi-tasking 가능
  (Aries는 6개까지 보임, memory 허용하는 만큼 가능)
- 다양한 동영상 포맷 지원
  (iPhone의 경우 mp4만 지원)
- 사업자 customization 가능
- Universal search (Local+Web search)
- FOTA upgrade 가능
  (iPhone의 경우 iTunes 유선 연결 후 제택 다운로드)
- Adobe Flash 9 지원

## [타사 Android 대비 강점]

- Samsung Android UX 적용
- HW spec 우세
  (Super AMOLED, 1GHz Chipset, VT Call 지원 등)
- Android Market 외에도 More Widget,
  Slideme 등 추가적인 Marketplace 제공
- Application 및 Contents를 저장할 수 있는
  충분한 User Memory 제공 (16GB default)
- Multi-touch Pinch zoom in/out 적용
- 기기간 Convergence : 3 Screen (DLNA)

## [공통 강점]

- Swype Integration으로 빠른 typing 가능
- Social Hub(Integrated Phonebook) 지원
- Hybrid Widgets
- Context Awareness UX 적용

# Android Platform Roadmap

## Android 1.0 (Sep '08)
- ✓ Linux kernel 2.6.25
- ✓ MSM 7K chipsets
- ✓ RIL, Wi-Fi, BT 2.0 support
- ✓ HVGA support

## Cupcake (Apr '09)
- ✓ Linux kernel 2.6.27
- ✓ UI refinement
- ✓ Peformance improvements
- Faster camera start-up & image capture
- Faster acquisition of GPS location
- Smoother pad scrolling in browser
- ✓ New features

## Donut (Sep '09)
- ✓ Linux kernel 2.6.29
- ✓ Open core 2
- ✓ Support for CDMA
- ✓ Various LCD resolution (QVGA, HVGA, WVGA, WQVGA)
- ✓ Text-to-speech engine(Pico) and APIs
- ✓ VPN support
- ✓ Quick Search Box (Universal Search)
- ✓ New features

## Éclair (Nov '09)
- ✓ Linux kernel 2.6.30
- ✓ Support 3D engine
- ✓ OpenGL ES 2.0
- ✓ Improved audio routing
- ✓ Browser support for HTML5
- ✓ Exchange support
- ✓ Refreshed UI
- ✓ Social Contacts support
- ✓ New features

## Froyo (May/Jun '10)
- ✓ JIT (Just in Time) Compiler
- ✓ App installation on SD Card
- ✓ Flash support via Adobe Flash plugin
- ✓ New UI for Music & Gallery Application
- ✓ Unbundling of apps with platform
- ✓ Exchange Calendar Sync
- ✓ Tethering / DUN on Bluetooth
- ✓ New features

Copyright © 2009 Samsung Electronics.  All Rights Reserved.  STRICTLY CONFIDENTIAL

# Android 1.5 – New Feature

## Android 1.5 (Cupcake)

User interface refinements:
System-wide:
    Refinement of all core UI elements
    Animated window transitions (off by default)
    Accelerometer-based application rotations

Performance improvements:
- Faster Camera start-up and image capture
- Much faster acquisition of GPS location (powered by SUPL AGPS)
- Smoother page scrolling in Browser

Applications
- Camera & Gallery ; Video recording / Video playback (MPEG-4 & 3GP formats)
- Browser ; Updated with latest Webkit browser & Squirrelfish Javascript engines, Copy 'n paste in browser,, etc.
- Contacts ; Shows user picture for Favorites, Specific date/time stamp for events in call log, etc.

Application framework
- On-screen soft keyboard ; Works in both portrait and landscape orientation, User dictionary for custom words, etc.
- Home screen ; Widgets, Live folders
- UI framework ; Framework for easier background/UI thread interaction, New SlidingDrawer widget, etc.
- Home Screen framework ; APIs for creating secure home screen widgets, etc.
- Media framework ; Raw audio recording and playback APIs, Interactive MIDI playback engine, Media search Intent, etc.
- Input Method framework ; Text prediction engine, Ability to provide downloadable IMEs to users
- Speech recognition framework ; Support for using speech recognition libraries via Intent
- Misc API additions

 for more, visit <u>HERE</u>

Copyright © 2009 Samsung Electronics.  All Rights Reserved.  STRICTLY CONFIDENTIAL

S-ITC-007849479

# Android 1.6 – New Feature

## Android 1.6 (Donut)

**User interface refinements:**
- Quick Search Box: search across multiple sources from home screen (browser bookmarks, history, contacts, and the web)
- Battery usage indicator: lets users see which apps and services are consuming battery power
- Camera: Integrated camera, camcorder, and gallery experience, enable user to select multiple photos

**Performance improvements:**
- Faster Camera experience: launching the camera, completing one shot to the next

**Android Market Updates**
- At the homescreen, users can choose among Apps, Games, and Downloads.
- Inside a category, users can explore titles that are Top paid, Top free, and Just in.
- For each title, users can now see screenshots submitted by developers in addition to reviews from other users

**Application framework**
- VPN, 802.1x: VPN control panel in Settings
- Text-to-speech engine(Pico): allows any Android application to "speak" a string of text with an accent (supports the following languages: English (American and British accents), French, Italian, German and Spanish)
- Gestures: creating, storing, loading, and recognizing gestures and associating them with specific actions (GestureBuilder tool included in the Android 1.6 SDK)
- Accessibility: accessibility plugins that respond to user input, such as making a sound when a new window is shown, vibrating when navigating to the top of a list, and providing spoken feedback

 for more, visit <u>HERE</u>

Copyright © 2009 Samsung Electronics.  All Rights Reserved.  STRICTLY CONFIDENTIAL

# Android 2.0 – New Feature

## Android 2.0 (Éclair)

**User interface refinements**

- Contacts & accounts: Sync support for contact sync from multiple data sources including Exchange. Handset manufacturers will need EAS license for distribution.
- Mail: Exchange support. Handset manufacturers will need EAS license for distribution. Merged folders across multiple accounts for inbox, unread, flagged
- Camera : Support for built-in flash
- Android keyboard : Improved layout and better responsiveness,  Smarter dictionary
- Browser:  Refreshed UI with actionable browser URL bar, Support for double-tap to zoom
- Calendar:  Agenda view with infinite scrolling, Attendee status and guest invites
- Messaging: Ability to search SMS and MMS messages, Auto-delete old messages when short on storage

**New Platform Technologies**

- Media framework: Completely revamped graphics architecture for improved performance enabling better hardware acceleration
- Bluetooth: New BT profiles(Object Push Profile (OPP), Phone Book Access Profile (PBAP), Bluetooth 2.1

**New Developer APIs**

- Bluetooth: Turn on/off Bluetooth, device and service discovery, send/receive data
- Sync adapters: New APIs for contacts sync adapters to connect to any backend
- Account Manager API: Centralized account manager API to securely store and access auth tokens/passwords across one or more services
- Contacts APIs: New contacts APIs that allow for data from multiple accounts, Support for 3rd party sync adapters
- WebView:  HTML5 support(Database API, Application cache, Geolocation API, <video> tag support in Fullscreen mode)
- Framework: Framework support for simultaneous touch events

Copyright © 2009 Samsung Electronics.  All Rights Reserved.  STRICTLY CONFIDENTIAL

S-ITC-007849481

# Android Froyo Features

## Android Froyo (구 Flan)

- **Performance 향상 및 사용자 편의성 증대를 목적으로 OS 버전 upgrade**
- **OS 최적화(fit & polish)를 통해 Eclair 보다 feature 많지만 RAM/ROM requirement가 같거나 더 적음**
- **2010년 5~6월에 발표 예정, 공식 Letter는 2월 둘째 주 안에 파트너사에 전달 예정임**

| Performance 향상 | • JIT(Just in Time Compiler) 탑재 – JAVA 어플리케이션의 performance 향상 (Eclair 에도 탑재되었으나 Froyo에서 최초로 기능 활성화) <br> • 기존에 사용되던 Opencore 대신 Stagefright를 탑재하여 OS를 더 가볍고 빠르게 만듦 <br> • Kernel: 2.6.32 (Eclair: 2.6.30) |
|---|---|
| 사용자 편의성 증대 | • Application을 SD card에 저장 가능 (기존: internal memory에만 저장 가능) <br> • Adobe Flash 지원 : Android Market을 통해 Adobe Flash Browser plugin 다운로드 가능 <br> • Unbundling of apps with platform <br> – Google Mobile Services 및 system app의 Android Market을 통한 update 가능 <br> • Music & Gallery App의 새로운 UI 및 부분적인 UI refresh |
| 기타 | • Exchange Support - Calendar Sync, Password Admin (Remote Wipe 기능 탑재) <br> • USB 및 BT(DUN)를 이용한 Tethering 기능 <br> • Game 개발자 지원을 위해 reference 용 sample code 발행 예정 |

Copyright © 2009 Samsung Electronics.  All Rights Reserved.  STRICTLY CONFIDENTIAL

# Apple App Store vs. Google Android Market

| | Apple App Store | | Google Android Market |
|---|---|---|---|
| Image | | | |
| Coverage | 77개국 | | 26개국 |
| R/S Model | Developer 70%, Apple 30% | | Developer 70%, Operator 30% |
| 어플 개수 | 133,979개 | | 23,475개 |
| Categories | Game, Apps (20 Categories) | | Games, Apps (18 Categories) |
| Store Channel | On-Device Client (무선) iTunes (유선) | | On-Device Client (무선) |
| Payment | Credit Card, iTunes Gift Card | | Credit Card, Operator Billing |
| 기타 | ・많은 국가 진출로 다양한 Local Apps 우위 ・가입비 $99(개인), $299(기업) | | ・수익원이 아닌 GSM의 일부 App로 만 사용하므로 상대적 확산 속도 열세 ・가입비 $25 (공통) ・30% 수익제공으로 사업자 친화적 |
| 평가 | ・iPhone, iPad 와 함께 지속적으로 Apps 수 가속 확대 (2010년 말 30만개 예상) | | ・단말 확산 속도가 iPhone보다 느려 Apps 의 개수 상대적 열세이나 2010년 중순 Android Market Promotion 예정 |

(2009년 12월말 기준)

Copyright © 2009 Samsung Electronics.  All Rights Reserved  STRICTLY CONFIDENTIAL

# Intuitive Touch UX (1)

## ● Easier & More Customizable UX, TouchWiz 3.0

### 1. Integrated Home Screen



- Widget 화면 내 4개 Menu Customizing 가능

→ 통합된 Home screen

- Widget/Menu Page별

Title 설정 가능

→ Easy of Managing

### 2. Maximizing Contents Area



- Video, Browser 등 화면에서

Simple한 Menu/Key 구성을 통해

화면 내 Contents 영역 최대화

### 3. Efficient Multitasking, Quick Panel




Quick Panel                Task Switcher

- Quick Panel, Task Switcher 등으로

Multi-Tasking 환경 극대화

### 4. Gesture Interaction




- Sweeping Up/Down Gesture를 통해

Quick Panel & More Option 창을 띄움으로써

불필요한 Interaction 제거 및 사용성 강화

Confidential Business Information -- Subject to Protective Order

# Intuitive Touch UX (2)

● **Hybrid Widget**

- 다양한 기능들을 1가지 Widget에 구성함으로써 정보 접근성을 강화함

✓ Info alarm – 날씨, 주식, 최신 뉴스 정보 실시간 Update

✓ Hybrid clock - clock with various contents (finance, weather etc.)

- SNS 및 Contact Update 상황을 하나의 Widget으로 통합 관리 가능 (Live Buddy 外)




**Menu/widget page edit**








**Advanced widgets**

Confidential Business Information -- Subject to Protective Order

# Intuitive Touch UX (3)



["cool" 단어 입력 예시]

● **More Comfortable Input Mechanism**

- SWYPE

✓ 손가락 또는 Stylus로 Keyboard 위를 지나가면서 빠르게 단어 입력 가능

✓ SWIPE vs. iPhone 성능 비교 (25단어 입력時)

: SWYPE 39초 vs. iPhone 71초 → 1.5배 빠름

- XT9



✓ 사용자 사용 빈도수가 높은 단어를 미리 Prediction 해 제공 (on/off 설정 가능)

✓ 사용자가 원하는 단어를 추가 & 편집 가능

- Voice Command

✓ 다양한 음성 인식 기능을 제공해 사용자 편의성 향상 (Voice Dialing/Playing/Recording)

✓ Text-to-Speech control을 통해 사용자에게 Notification 제공

(Time & Date, Battery Level, Signal Strength, Memory Status 등)

→ **Beyond Touch Experience 제공**

Confidential Business Information -- Subject to Protective Order

# Unified Social Life (1)

● Real-time Push Service

- PIMS(Phonebook/Calendar), SNS, Messaging(IM, Email) Push 기반의
실시간 업데이트를 통해 Always-on Communication Channel 확립



Confidential Business Information -- Subject to Protective Order

# Unified Social Life (2)

● **Unified Phonebook**

- 4개 Portal 및 주요 SNS Contact List와 연동해 Phone에서 통합 관리 가능

- Contact 정보에서 IM Login 확인 및 Chatting 가능

4대 Portal

주요 SNS



Contact List 통합

● **Unified Calendar**

- Outlook 및 Facebook 일정 정보와 연동해 Phone에서 통합 관리 가능

- 연동된 일정 정보가 어디에 등록되어 있던 것인지 구분해 표현



일정 정보 통합



● **Easy Email Set-up**

- 약 1만 여개의 Email ISP 정보를 제공함으로써 Email Address 및 Password 입력 만으로도 Email 쉽게 설정 가능함

Confidential Business Information -- Subject to Protective Order

# More Intelligent Web Experience

● Google Chrome browser의 Customizing

- Android Éclair 버전에서 제공하는 Chrome Browser에 Value-added Feature 추가

  ✓ Flash Lite 3.1 지원 : 주요 Portal 內 Flash 영상을 깨짐 없이 보여줌

  ✓ Download 기능 강화 : OMA Download 지원 → DRM Contents Download 가능

→ 他 Android Phone 대비 PC-like한 Web Experience 제공



iPhone  vs.  S1

[Flash 지원]

Confidential Business Information -- Subject to Protective Order

# Special Embedded Features




● **Layar**

- Augmented-Reality 기반의 Social browser

✓ Camera View를 통해 사용자가 원하는 Contents 위치를 Icon으로 표시 (Wikipedia, 식당 위치 및 전화번호, 타인의 SNS 등)

● **EverNote**

- Text, Photo, Audio 등의 방식으로 Anytime, Anywhere Record & Access 가능

✓ Text, photo & audio notes 작성 가능

✓ Image내에 있는 Text search 가능

✓ 작성된 모든 Note는 Phone, PC, Server간 Share 및 Sync 가능

● **FlipFont** flipfont

- Phone Title/Menu 등을 사용자가 Download 받은 Font로 변경 가능

→ 사용자 취향에 맞춰 Customizing 가능

Confidential Business Information -- Subject to Protective Order    S-ITC-007849490




# Enhanced Connectivity (1)

● **Faster, Broader, and More Efficient Wi-Fi Experience**

- 802.11 b/g + 802.11 n 지원함으로써 Wireless Access 성능 향상

- Wi-Fi 사용성 개선

*(Image 변경 예정)*

✓ Quick Panel : Idle 화면에서 Wi-Fi on/off 설정 가능

✓ Auto Connecting : AP Search 후 자주 접속하는 AP 발견 時 WiFi 자동 접속 가능



[ Quick Panel]                    [ Auto-Connecting]

Confidential Business Information -- Subject to Protective Order

# Enhanced Connectivity (2)

● **Upgrade Short-Distance Communication,**  <br>**Bluetooth™ 3.0**

- 다양한 Bluetooth 3.0 Profile 지원함으로써 휴대폰을 통한 근거리 통신 활용 확대

  ✓ BPP (Remote Printing), FTP (File 전송) 등 iPhone 未지원 기능 추가

● **Mobile AP**

- 휴대폰을 Wireless Access Point로 활용하는 Tethering Application 지원

→ Wi-Fi 기능이 포함된 Mobile Device에서 휴대폰을 통해 3G N/W 통신 가능

→ AnyTime & AnyWhere Internet 사용 가능



Confidential Business Information -- Subject to Protective Order



- END -