# KANG DECLARATION EXHIBIT 22

# Bressler Decl. In Support of Apple's Opp. to Samsung's Mot. For Summary Judgment

# Ex. 72

# Filed Under Seal

# Business

**Archetype Design 2009**

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808682

**Objective**

Building Biz product identity in global market

Expanding Samsung Biz product portfolios



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808683

**Contents**

## Business Overview

Market Situation

Competitor Analysis

## Design Direction

Product Concept

Design Language

Design Factors

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808684

## Market Situation : Consumer perspectives

- Target Consumer 증가
: Enterprise Solution을 통해 수익 창출이 가능한 Market은 약 4.5억 명으로 추정
: Mobile work 인구의 증가로 일과 개인생활 영역의 경계 모호
: Data service에 대한 소비자 관심 증가





Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10808685

**Market Situation : Segment Characteristics**

· Business vs. Consumer
: Biz Device는 타겟과 사용목적, 기능 등의 요소에 따라 크게 Business와 Consumer segment 들로 나뉨
: 특히 2010년을 넘어서는 멀티미디어에 대한 니즈 증가, 그에 따른 다양한 인터페이스의 증가, 디바이스의
가격인하로 인해 Consumer segment가 우위를 점할 것으로 예상.



[Smartphone Market Forecast by Category] (M Units)

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808686



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808687

**Regional Characteristics**

- NOKIA와 RIM이 자체 개발한 OS, 그에 기반한 다양한 Service/contents와 제품 portfolio로 강력한 마켓 우위를 점하고 있음.
- 그 이외의 다른 경쟁사들은 개별 제품의 마켓 성공에 의지한 시장 점유를 보임



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808688



8

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10808689



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808690



**Competitor Analysis**

## RIM(BlackBerry)

- Expand the device formfactor to Full touch & Clamshell

8830(Curve)

2.5" LCD(320 * 240)

Bold 9000(July)

2.6" LCD(420 * 320)
AT&T

Thunder (3Q.'08)

Over 3.5" LCD
Full Touch / VZW

8130(Pearl)

2.2" LCD(240 * 260)

Kickstart(Sept.)

Over 2.2' LCD
T Mobile

10

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808691

**Competitor Analysis**

HTC

: 사업자와 MS와의 전략적인 관계 유지로 경쟁력 있는 smartphone 제조사로써 발전
: 다양한 제품 포트폴리오가 강점이나, 서비스와 컨텐츠와의 연결성 부족이 약점

| Portfolio |
| --- |
| • 다양한 플랫터의 Smartphone 포트폴리오를 가지고 있음 |
| • 사업자: MS, Google2와의 Good Relationship |
| • 자체 디자인 아이덴티티보다는 OEM 요구 중심의 디자인 운영 |
| • TouchFlo의 탑재의 'Touch'의 출시 |
| • '08년 Android 탑재의 Business와 Consumer segment 모두 해당하는 convergence제품 2~3 도별 출시 예정 |

| Design & Interface |
| --- |
| • Traditional Business phone의 QWERTY BAR 형태의 디자인을 탈피한 Convergence 제품이 주류 |
| • QWERTY키패드와 TOUCH를 적용한 디자인 선보임 |
| • Touch Flo UI |
| : 한손으로 모든기능을 컨트롤 할 수 있음 |
| : 3D 인터페이스 제공 |

11

Highly Confidential - Attorneys' Eyes Only

## Competitor Analysis

### HTC

- Expand the device form factor to Hybrid(Touch + QWERTY )



**P3470**

2.8" QVGA (320 * 240)

**Diamond(4Q.'08)**

2.8" VGA (480 * 640)
Full Touch / Sprint

**Raphael(4Q.'08)**

2.8" VGA (480 * 640)
Full Touch & QWERTY
Sprint

**Touch**

2.6" QVGA(240 * 260)

**Touch Dual**

2.8" QVGA(GSM)

12

**Competitor Analysis**

### Apple

: Multimedia Smartphone으로써의 iphone의 성공적인 출시 : smartphone에 대한 마켓 인식의 변화
: Business 기능 강화로 Smartphone으로써의 입지 확대



| Portfolio |
|---|
| • iPhone은 다른 제품에 비해 email과 PIM기능 약하지만, Smartphone이 비즈니스 커뮤니케이터로만 강화된 인식을 멀티미디어 제품으로 전환을 시킨 제품<br><br>• Business 기능을 강화를 통해 마켓 확장 노력 (Push Email, Security, Organizer)<br><br>• iPhone 가격 인하로 ($200 정도) 시장 확대를 노림 |

| Design & Interface |
|---|
| • iPod시리즈로 부터 연상되는 Apple만의 심플한 디자인<br>• Multi-touch UI<br>: Touch의 단점을 Smart word completion 기능으로 보완<br>: 다양한 Visual GUI |

13

Highly Confidential - Attorneys' Eyes Only



Highly Confidential – Attorneys' Eyes Only         SAMNDCA10808695

**Competitor Analysis**

Featured Messaging for consumer market



Voyager ('07.11)          KT610(GSM)  Symbian OS          ENV2 ('08.2Q)

15

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808696

**Competitor Analysis**

Featured Messaging for consumer market

| | AT&T | Verizon | Sprint | T−Mobile |
|---|---|---|---|---|
| Samsung | Sangria<br>- HSDPA<br>- '08.4Q | Craft2<br>- EVDO<br>- '09.1Q<br><br>Cleo-M<br>- 1x<br>- '09.2Q | Neo-M2<br>- EVDO<br>- '08.9<br><br>Fontana<br>- 1x<br>- '09.1Q | '09.1<br>Holic |
| LG | | '07.11<br>Voyager<br><br>'08.2Q<br>VX9100<br>(Env2) | '07.09<br>Rumor | |
| Moto<br>Nokia | – | – | – | – |

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10808697

**Business Strategy**



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808698

# Design Direction

18

Highly Confidential - Attorneys' Eyes Only
SAMNDCA10808699



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808700



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808701



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808702



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808703



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808704



**Style-driven Market**

2007

2008

Bold (9000)

July.'08(AT&T)

2.6" HVGA(480 x 320)
114 x 66 x 14 mm

Thunder (9500)

3Q.'08(VZW)

Full touch
Over 3.5″ LCD

24

**Style-driven Market**



## Diamond

4Q.'08

2.8″ VGA(480*640)
Full Touch, WiFi

25



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808707



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808708

**Biz Product Portfolio**



| | | |
|---|---|---|
| **Biz Messaging** | Full Touch Qwerty<br>Qwerty Bar<br>Qwerty Slide | |
| **Biz Smartphone** | Smart  Slide & Bar<br>Dual SIM Slide &Bar | |
| **Featured Messaging** | Mass Full Qwerty<br>Young messaging<br>New form factors | |

28



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808710

# Full Touch Qwerty

Highly Confidential - Attorneys' Eyes Only            SAMNDCA10808711

**'09 Business Archetype Design**



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808712



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808713



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808714



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808715



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808716



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808717



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808718



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808719



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808720



40

Highly Confidential - Attorneys' Eyes Only



41

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10808722



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808723



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808724



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10808725



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808726



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808727



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808728



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808729



49
SAMNDCA10808730



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808731



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10808732



Highly Confidential - Attorneys' Eyes Only         SAMNDCA10808733



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808734



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808735



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808736



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808737



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808738



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808739



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10808740

# Featured Messaging

**New form factors as SAMSUNG's killer Devices '09**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808741



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808742



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808743



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808744



Highly Confidential - Attorneys' Eyes Only        SAMNDCA10808745



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808746



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10808747



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808748



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808749



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808750



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808751



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10808752



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808753



73

Highly Confidential - Attorneys' Eyes Only           SAMNDCA10808754



Highly Confidential - Attorneys' Eyes Only SAMNDCA10808755



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808756



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808757



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10808758