# KANG DECLARATION EXHIBIT 23

DOCUMENT NOT FILED PUBLICLY

HIGHLIGHTED VERSION SUBMITTED TO COURT