# KANG DECLARATION EXHIBIT 24

DOCUMENT NOT FILED PUBLICLY

HIGHLIGHTED VERSION SUBMITTED TO COURT