# KANG DECLARATION EXHIBIT 26

# Exhibit K
# (Submitted Under Seal)



# Browser Zooming Methods UX Exploration Study
Samsung Telecommunications America | User Experience

4-17-2009

Contact: Sang Hung 1.214.862.2578

Samsung | Confidential | STA UX

Highly Confidential - Attorneys' Eyes Only					SAMNDCA11104115

Pages Intentionally Omitted



Highly Confidential - Attorneys' Eyes Only                SAMNDCA11104133

Pages Intentionally Omitted





Highly Confidential - Attorneys' Eyes Only                     SAMNDCA11104138

Pages Intentionally Omitted