# KANG DECLARATION EXHIBIT 27

# Exhibit L
# (Submitted Under Seal)

YeWon Min

612 S. Flower Street No. 1112
Los Angeles, CA

March 13, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA00525347 and SAMNDCA525348
of the document with the beginning Bates number SAMNDCA00525347
is an accurate and complete rendering of the contents of the source document to the best of my knowledge,
except for the word "TRANSLATION" at the upper right corner of each translated page.  I further certify that I
translated said document and that I am fluent in both Korean and English.

BY:

*[signature]*

_____
YeWon Min

Translation

**From:** Jaegwan Shin [jgsin@samsung.com]
**Sent:** Wednesday, October 06, 2010 12:07 AM
**To:** Ioi Lam; Waddah Kudaimi
**Cc:** Ciaran Rochford; Bartley Calder; Eui Suk Chung; Qi Ling
**Subject:** RE: [P1 Browser] Request for Implementation of Additional Effects

All,

Please do not proceed for this specific request.

Mr. Chung wants to prepare for more comprehensive effect solution for P1 than preparing for each specific application.

Thanks,

Jaegwan

**From:** Jaegwan Shin [mailto:jgsin@samsung.com]
**Sent:** Tuesday, October 05, 2010 3:24 PM
**To:** Ioi Lam; Waddah Kudaimi
**Cc:** Ciaran Rochford; 'Bartley Calder'; Eui Suk Chung; 'Qi Ling'
**Subject:** RE: [P1 Browser] Request for Implementation of Additional Effects

Here are some list for Browser screen effect from HQ. HQ is asking us to make it for P1 project.
I will put the all video clip on server.



Thanks,
Jaegwan

**From:** SeungHwan Han [mailto:ritter.han@samsung.com]
**Sent:** Tuesday, October 05, 2010 6:22 AM
**To:** Jaegwan Shin
**Cc:** Gook Tae Choi; Sang Hun Kim; Joosik Hwang; BUYTELI
**Subject:** RE: [P1 Browser] Request for Implementation of Additional Effects

To:  Principal Jaegwan Shin.
From:  Senior Seung Hwan Han.

10/6/2010

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00525347

*Translation*

Hello Principal Shin,

  At today's meeting to review the UX team's P1's usability and effect related analysis, we were requested to implement additional effects for browser related portions that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

  The requested effect items are as below:



10/6/2010

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA00525348

*Translation*

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

10/6/2010

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00525349