# KANG DECLARATION EXHIBIT 28

## DOCUMENT NOT FILED PUBLICLY

## HIGHLIGHTED VERSION SUBMITTED TO COURT