UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 FOR EXTENSION OF TIME TO FILE CIVIL L.R. 79-5(d) DECLARATION AND TO SEAL DOCUMENTS** |

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Miscellaneous Administrative Request Pursuant to Civil L.R. 7-11 for Extension of Time to File Civil L.R. 79-5(d) Declaration and to Seal Documents.

    Samsung requests that Apple's Administrative Motions (Dkt. Nos. 925, 1013, 1020, 1022, 1023, and 1024) to file documents under seal be granted in part. Specifically, Samsung requests that the following documents, or portions thereof, be filed under seal:

- Exhibit Nos. 10, 17 and 22 to the Declaration of Mark D. Selwyn in Support of Apple's Motion for Summary Judgment of Non-Infringement of U.S. Patent Number 7,362,867

1 and Invalidity of U.S. Patent Numbers 7,456,893 and 7,577,460 ("Selwyn
2 Declaration") (Dkt. No. 922);

- Exhibit Nos. 3, 4, and 10 to the Declaration of Karl Kramer in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Kramer Declaration") (Dkt. No. 1013);

- Exhibits C, D, L, M, N, O, and S to the Declaration of Michel Maharbiz, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Maharbiz Declaration") (Dkt. No. 1013);

- Exhibit Nos. 22, 30, 36, 39, 43, 44, 70, 73 and 74 to the Declaration of Jason R. Bartlett in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Bartlett Declaration") (Dkt. No. 1020);

- Exhibit Nos. 31, 36, 37, 38, 67, 68, 70, 72 and 94 to the Declaration of Peter W. Bressler in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Bressler Declaration") (Dkt. No. 1022);

- Exhibit No. 1 to the Declaration of Dr. Russell S. Winer in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Winer Declaration") (Dkt. No. 1023);

- Exhibit Nos. 1 and 8 to the Declaration of Dr. Karan Singh, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Singh Declaration") (Dkt. No. 1024); and

- The Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Musika Declaration") and Exhibits B, F, G, H, K, and L thereto (Dkt. No. 1024).

Samsung has also filed the Declaration of Hankil Kang in Support of Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 925, 1013, 1020, and 1022-1024) to establish compelling reasons for sealing these documents, or portions thereof.

Having reviewed the relevant documents, and Mr. Kang's declaration, the Court GRANTS Samsung's Miscellaneous Administrative Request and ORDERS sealed all portions of the documents identified below and in the highlighted versions lodged with the Court.

| Dkt. No. | Document | Pages with Redactions |
|---|---|---|
| 925 | Selwyn Decl., Ex. 10 | p. 56 |
|  | Selwyn Decl., Ex. 17 | pp. 4-9 |
|  | Selwyn Decl., Ex. 22 | p. 92 |
| 1013 | Kramer Decl., Ex. 3 | p. 6 |
|  | Kramer Decl., Ex. 4 | pp. 6-8 |
|  | Kramer Decl., Ex. 10 | pp. 9, 14-16 |
|  | Maharbiz Decl., Ex. C | Bates Nos. -768-83 |
|  | Maharbiz Decl., Ex. D | Bates Nos. -286-301 |
|  | Maharbiz Decl., Ex. L | Bates No. -095-96, -098 |
|  | Maharbiz Decl., Ex. M | Bates Nos. -827-70 |
|  | Maharbiz Decl., Ex. N | Bates Nos. -465-66 |
|  | Maharbiz Decl., Ex. O | Bates Nos. -873, -883 |
|  | Maharbiz Decl., Ex. S | Bates Nos. -931, -932, -934 |
| 1020 | Bartlett Decl., Ex. 22 | Bates Nos. -899-902, -904-09 |
|  | Bartlett Decl., Ex. 30 | pp. 38-53 |
|  | Bartlett Decl., Ex. 36 | pp. 76-81, 87-90 |
|  | Bartlett Decl., Ex. 39 | pp. 151-52, 169-70 |
|  | Bartlett Decl., Ex. 43 | pp. 89-90 |
|  | Bartlett Decl., Ex. 44 | p. 80 |
|  | Bartlett Decl., Ex. 70 | Bates Nos. -771-80 |

| Dkt. No. | Document | Pages with Redactions |
|---|---|---|
|  | Bartlett Decl., Ex. 73 | Bates Nos. -706-07 |
|  | Bartlett Decl., Ex. 74 | Bates Nos. -604-06 |
| 1022 | Bressler Decl., Ex. 31 | Bates Nos. -734, -737-79, -783, -788-89, -790, -796, -799, -800, -803, -810-12, -814-21, -823-28, -834-37, -839, -841, -843-45, -847, -851-58, -859-69 |
|  | Bressler Decl., Ex. 36 | Bates Nos. -460, -462, -470-73, -475, -476-97, -499-525, -527-60 |
|  | Bressler Decl., Ex. 37 | Bates Nos. -409-13, -416-18, -420, -424-32, -434, -440-41, -443, -489 |
|  | Bressler Decl., Ex. 38 | Bates Nos. -464-67 |
|  | Bressler Decl., Ex. 67 | Seal in entirety (document not Bates labeled) |
|  | Bressler Decl., Ex. 68 | Seal in entirety (document not Bates labeled) |
|  | Bressler Decl., Ex. 70 | Bates Nos. -460, -462, -470-73, -475, -476-97, -499-525, -527-60 |
|  | Bressler Decl., Ex. 72 | Bates Nos. -689, -698, -700-04, -707-08, -710, -712-14, -716-23, -725-27, -729-35, -737-40, -742-53, -755-58 |
|  | Bressler Decl., Ex. 94 | Seal in entirety (document not Bates labeled) |
| 1023 | Winer Decl., Ex. 1 | pp. 48, 53-54, 58, 60-64, 66-67, 73 |
| 1024 | Singh Decl., Ex. 1 | pp. 85-86, 88-89, 91-99, 103-04, 108-10, 121-22 |
|  | Singh Decl., Ex. 8 | pp. 2-10, 12, 16, 25 |
|  | Musika Decl., Ex. B | Seal in entirety (document not Bates labeled) |
|  | Musika Decl., Ex. F | Seal in entirety (document not Bates labeled) |
|  | Musika Decl., Ex. G | Seal in entirety (document not Bates labeled) |
|  | Musika Decl., Ex. H | Seal in entirety (document not Bates labeled) |
|  | Musika Decl., Ex. K | Bates No. -138 |
|  | Musika Decl., Ex. L | Bates Nos. -347-48 |

| Dkt. No. | Document | Pages with Redactions |
|---|---|---|
|  | Musika Decl. | pp. 6-7 |

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Lucy H. Koh
United States District Judge