1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19            Plaintiff, | |
| 20       vs. | **CERTIFICATE OF SERVICE** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24            Defendants. | |
| 25 | |

26
27
28

02198.51855/4833829.1

Case No. 11-cv-01846-LHK
**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa St., 10th Floor, Los Angeles, California 90017.

On June 28, 2012, I served true copies of un-redacted, highlighted versions of the following documents:

1. Exhibits 1-28 to the Declaration of Hankil Kang in Support of Apple's Administrative Motions to File Documents Under Seal (Dkt. Nos. 925, 1013, 1020, and 1022-1024).

by placing the documents on an FTP site maintained by Quinn Emanuel Urquhart & Sullivan, LLP and sending an email with credentials to access the FTP site to the interested parties in this action as follows:

**Counsel for Apple, Inc.**

MORRISON & FOERSTER, LLP
AppleMoFo@mofo.com

WILMER CUTLER PICKERING HALE AND DORR LLP
WHAppleSamsungNDCalService@wilmerhale.com

Executed on June 28, 2012, at Los Angeles, California.

                                              _/s/ Prashanth Chennakesavan_

1
2 **GENERAL ORDER ATTESTATION**
3       I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the
4 foregoing **CERTIFICATE OF SERVICE.**   In compliance with General Order 45 (X)(B), I
5 hereby attest that Prashanth Chennakesavan has concurred in this filing.
6
7 DATE: June 28, 2012                                               */s/ Victoria Maroulis*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28