UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER GRANTING MOTION TO SHORTEN TIME |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung has moved for a stay of the preliminary injunction entered against the Samsung Galaxy Tab 10.1 pending an appeal before the Federal Circuit. Samsung concurrently filed a motion to shorten time. The Court GRANTS, in part, Samsung's motion to shorten time and partially adopts Samsung's proposed briefing schedule. Apple's opposition to the motion for a stay of the preliminary injunction shall be filed by 9:00 a.m. on Saturday, June 30, 2012. Apple's opposition shall not exceed 15 pages. There shall be no reply and no hearing will be set on the motion.

**IT IS SO ORDERED.**

Dated: June 28, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING MOTION TO SHORTEN TIME