1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

10

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16  APPLE INC., a California corporation,

17                Plaintiff,

18         v.

19  SAMSUNG ELECTRONICS CO., LTD., a
    Korean corporation; SAMSUNG
20  ELECTRONICS AMERICA, INC., a New
    York corporation; and SAMSUNG
21  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
22
                  Defendants.
23

Case No. 11-cv-01846-LHK (PSG)

**ADMINISTRATIVE MOTION TO
FILE UNDER SEAL DOCUMENTS
REGARDING APPLE'S
OPPOSITION TO SAMSUNG'S
MOTION TO STAY AND SUSPEND
THE JUNE 26, 2012 PRELIMINARY
INJUNCTION PENDING APPEAL
OR, ALTERNATIVELY, PENDING
DECISION BY FEDERAL CIRCUIT
ON STAY PENDING APPEAL**

24

25

26

27

28

1    In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc.

2    ("Apple") submits this motion for an order to seal the following documents or portions thereof:

3    1.    The confidential, unreacted Opposition to Samsung's Motion to Stay and Suspend

4    the June 26, 2012 Preliminary Injunction Pending Appeal or, Alternatively,

5    Pending Decision by Federal Circuit on Stay Pending Appeal ("Opposition");

6    2.    Exhibits A to the Declaration of Jason R. Bartlett In Support of Apple's

7    Opposition to Samsung's Motion to Stay and Suspend the June 26, 2012

8    Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision by

9    Federal Circuit on Stay Pending Appeal ("Bartlett Declaration") which has been

10   designated confidential as set forth below.

11   The Opposition and Exhibit A to the Bartlett Declaration contain materials that Samsung

12   has designated as confidential under the protective order entered in this case.  Apple expects that,

13   pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good

14   cause to permit the sealing of these materials.

15   Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the documents at

16   issue.

17

18   Dated: June 29, 2012[1]                    MORRISON & FOERSTER LLP

19

20                                      By:    _/s/ Michael A. Jacobs_____
                                              Michael A. Jacobs

21
                                              Attorneys for Plaintiff
22                                            APPLE INC.

23

24

25

26

27   [1] Reflects date of filing via email as instructed by the Court due to ECF outage.

28