UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STAY AND SUSPEND THE JUNE 26, 2012 PRELIMINARY INJUNCTION PENDING APPEAL OR, ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal portions of the following
3  documents:
4      1.  The confidential, unreacted Opposition to Samsung's Motion to Stay and Suspend
5         the June 26, 2012 Preliminary Injunction Pending Appeal or, Alternatively,
6         Pending Decision by Federal Circuit on Stay Pending Appeal; and
7      2.  Exhibit A to the Declaration of Jason R. Bartlett In Support of Apple's Opposition
8         to Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary
9         Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit
10        on Stay Pending Appeal.
11 Having considered the arguments and the papers submitted, and GOOD CAUSE
12 HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
13 Under Seal.  The above-referenced documents shall be filed under seal.
14 **IT IS SO ORDERED.**
15 Dated: _____, 2012

                                         Honorable Lucy H. Koh
                                         United States District Judge