| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br>                  Plaintiff, <br>       v. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br>                  Defendants. | Case No. 11-cv-01846-LHK (PSG) <br> <br> **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S MOTION TO STAY AND SUSPEND THE JUNE 26, 2012 PRELIMINARY INJUNCTION PENDING APPEAL OR, ALTERNATIVELY, PENDING DECISION BY FEDERAL CIRCUIT ON STAY PENDING APPEAL** |

**EXHIBIT A IS SUBMITTED UNDER SEAL**

Decl. of Jason R. Bartlett ISO Apple's Opposition to Motion to Stay Prelim Inj.
Case No. 11-cv-01846-LHK (PSG)
sf-3165300

1     I, JASON R. BARTLETT, declare as follows:

2     1.     I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.
3 ("Apple"). I am licensed to practice law in the State of California and admitted to practice before
4 this Court. I have personal knowledge of the matters stated herein or understand them to be true
5 from members of my litigation team. I make this declaration in support of Apple's Opposition to
6 Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction.

7     2.     On June 27, 2012, Apple posted the bond required by the Court's June 26, 2012
8 Order.

9     3.     Attached as **Exhibit A** is a true and correct copy of excerpts of the Confidential
10 Brief of Defendants-Appellees that Samsung filed in the Federal Circuit in connection with
11 Apple's appeal from this Court's December 2, 2011 Order.

12    4.     Attached as **Exhibit B** is a true and correct copy of photos of the unreleased tablet
13 model from the Federal Circuit appellate record (A8626-43), which Samsung relied on in its
14 appellate brief (Ex. A at 63). Samsung submitted these same photos to this Court on October 18,
15 2011, as Exhibit R to the Tung Declaration In Support of Samsung's Notice of Lodging of
16 Materials In Opposition to Apple's Motion for Preliminary Injunction.

17    5.     Attached as **Exhibit C** is a true and correct copy of excerpts of the Reply Brief of
18 Appellant that Apple filed in the Federal Circuit.

19    6.     Attached as **Exhibit D** is a true and correct copy of excerpts of the D'889
20 prosecution history, from the Federal Circuit appellate record. As indicated by these excerpts,
21 Apple's application for the D'889 patent referred to "an appendix showing various photographs
22 of an electronic device in accordance with one embodiment." (A9245.) The Examiner responded
23 by cancelling this statement as improper. (A9280-81.) Accordingly, this statement does not
24 appear in the D'889 patent, as finally issued.

25    7.     Attached as **Exhibit E** is a true and correct copy of excerpts of Defendants-
26 Appellees' Petition for Panel Rehearing and Rehearing En Banc that Samsung filed in the Federal
27 Circuit.

28

DECL. OF JASON R. BARTLETT ISO APPLE'S OPPOSITION TO MOTION TO STAY PRELIM INJ.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3165300

1

1       8.      Attached as **Exhibit F** is a true and correct copy of an article titled *Samsung Tablet Enjoined from US Sales*, that appeared in the San Francisco Daily Journal on June 28, 2012.

        9.      Attached as **Exhibit G** is a true and correct copy of an online news article titled *Samsung says Galaxy Tab 10.1, blocked from sales is an old model… says, "no impact,"* obtained electronically from http://money.joinmsn.com/news/article/article.asp?total_id=8598298&ctg=1100 on June 28, 2012, and a certified translation of that article from Korean to English.

        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of June, 2012 at San Francisco, California.


                                                                /s/  Jason R. Bartlett
                                                                     Jason R. Bartlett

DECL. OF JASON R. BARTLETT ISO APPLE'S OPPOSITION TO MOTION TO STAY PRELIM INJ.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3165300

2

**ATTESTATION**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: June 29, 2012        /s/ Harold J. McElhinny
                            Harold J. McElhinny

DECL. OF JASON R. BARTLETT ISO APPLE'S OPPOSITION TO MOTION TO STAY PRELIM INJ.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3165300

3