Exhibit G

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

29 June 2012

I hereby certify that I translated this online news article titled "Samsung says Galaxy Tab 10.1, blocked from sales, is an old model… says, 'no impact'" obtained electronically on 28 June 2012 at http://money.joinsmsn.com/news/article/article.asp?total_id=8598298&ctg=1100 from Korean to English, and that is an accurate and complete rendering of the contents of the source document, except for the word "TRANSLATION" at the upper right corner of the translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
    Peter Mauro Schroepfer

TRANSLATION

**Samsung says Galaxy Tab 10.1, blocked from sales, is an old model… says, "no impact"**
Published online 10:24PM KST June 28, 2012

Samsung Electronics has revealed that its position is that it will not suffer real harm because of the Galaxy Tab 10.1 that received a court decision prohibiting sales in the United States. It also dismissed the possibility that the resulting waves will spread to other products like the Galaxy S3.

"Our view is that in the U.S. this will not deal a big blow to sales of tablet PC's, since the successor model to the Galaxy Tab 10.1 is already on the market," said Samsung Electronics on June 28th.

On June 27, the U.S. District Court for the Northern District of California accepted Apple's request for an injunction prohibiting sales of Samsung Electronics' Galaxy Tab 10.1 in the U.S.

This injunction decision was the same matter from July of last year, in which Apple filed a motion for a preliminary injunction against Samsung Electronics' smartphone and tablet PC but was dismissed before an appeals court sent it back, ordering a rehearing only on what covered the Galaxy Tab 10.1.

At issue was whether Samsung Electronics had infringed no Apple's design patent of 'what is four-sided, oval-cornered and has a display in the middle.'

In accordance with this order Samsung Electronics becomes unable to do further sales of the Galaxy Tab 10.1 in the U.S., except for volume already in supply. The sales ban takes effect immediately after Apple posts a court-stipulated bond (USD2.6 million) within the next few days.

Samsung Electronics said, "We think it could restrict the industry's design innovation and development for Apple to use broad design characteristics to demand a sales ban on another company's product," but nonetheless stressed there will be no great direct hit to sales from this court decision.

That's because the Galaxy Tab 10.1 that is subject to this sales ban is an old model that came out in the summer of last year, and then it does not apply to new products like the Galaxy Tab 7, 7, 8.9 [sic].

What's more, unlike is the case with smartphones, with which it has overtaken Apple, [SEC's] share of the U.S. market for tablet PC's remains insignificant. Indeed, in the case of the U.S. tablet PC market, Apple's iPad has a market share of close to 70 percent. Samsung Electronics' Galaxy Tab series is said to have a market share that stops at six to seven percent.

Ironically, the low volume of sales becomes what lessens the harm done by the sales ban.

It is expected, however, that this decision will lead to stronger pushing by Apple targeting new Samsung Electronics' products like the Galaxy S3. It is also possible that this decision could unfavorably impact Samsung in the main trial, when it is actually determined whether the two companies infringed on each others patents.

"We will take the necessary legal steps against this decision," said a Samsung Electronics official. "It will be hard for there to be any other products banned."

http://money.joinsmsn.com/news/article/article.asp?total_id=8598298&ctg=1100

삼성, 판금 '갤탭 10.1'은 구형… "영향 없다"
입력 2012.06.28 10:24

삼성전자가 미국내 판매금지 판결을 받은 갤럭시탭 10.1 로 인한 실질적인 피해가 크지 않을 것이라는 입장을 밝혔다. 갤럭시 S3 등 다른 제품으로 파장이 번질 가능성에 대해서도 일축했다.

삼성전자는 28 일 "미국 내에는 이미 갤럭시탭 10.1 의 후속 모델이 나와 있어 태블릿 PC 판매에는 큰 타격이 없을 것으로 보고 있다"고 밝혔다.

지난 27 일 미국 캘리포니아 북부 연방지방법원은 삼성전자 갤럭시탭 10.1 의 미국 내 판매를 금지해 달라는 애플의 가처분 신청을 받아들였다.

이번 가처분 판결은 지난해 7 월 애플이 삼성전자 스마트폰과 태블릿 PC 에 대한 가처분 신청을 냈다 기각된 뒤 항소법원이 갤럭시탭 10.1 부분만 재심리를 하라며 환송했던 건이다.

'사각형에 타원형 모서리를 갖고 있고, 가운데 디스플레이가 있는' 애플의 디자인 특허를 삼성전자가 침해했는지를 가렸다.

이번 결정에 따라 삼성전자는 미국 내에 이미 공급된 수량을 제외하곤 갤럭시탭 10.1 을 미국에서 더이상 팔지 못하게 됐다. 판매 금지는 며칠 내로 애플이 법원이 명시한 공탁금(260 만달러)을 예치하면 바로 실행된다.

삼성전자는 "애플이 포괄적인 디자인 특성을 가지고 타사 제품의 판매금지를 주장하는 것은 업계의 디자인 혁신과 발전을 제한할 수 있는 조치라고 생각한다"면서도 이번 판결로 인한 직접적인 매출 타격은 크지 않을 것이라고 강조했다.

판매금지를 당한 갤럭시탭 10.1 은 지난해 여름 나온 구형 모델이고 갤럭시탭 7,7, 8.9 등 신제품에는 적용되지 않기 때문.

게다가 애플을 추월한 스마트폰과 달리 태블릿 PC 에서는 아직 미국 시장내 점유율이 미미하다. 실제 미국 태블릿 PC 시장의 경우 애플 아이패드 점유율이 70%에 육박한다. 삼성전자의 갤럭시탭 시리즈는 점유율 6~7%에 그치고 있는 것으로 알려졌다.

아이러니하게도 판매량 저조가 판매금지로 인한 피해를 덜어주는 꼴이 됐다.

하지만 이번 판결로 인해 갤럭시 S3 등 삼성전자 신제품을 타깃으로 한 애플의 견제가 거세질 것으로 예상된다. 또 양 사의 특허침해 여부를 실질적으로 가리는 본안소송에서 이번 판결이 삼성에 불리한 영향을 줄 가능도 있다.

삼성전자 관계자는 "이번 판결에 대한 필요한 법적 조치를 할 것"이라며 "더이상의 판매금지 제품은 나오기 힘들 것"이라고 밝혔다.