1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19             Plaintiff, | **DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S** |
| 20        vs. | **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24             Defendants. | |

25
26
27
28

02198.51855/4830896.1

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Apple's Administrative Motion to File Under Seal Documents Regarding Apple's Administrative Motion for Leave to File Objection to Reply Evidence (Dkt No. 1125) . Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Apple's Objection to Reply Evidence ("Objection") and the Supplemental Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Balakrishnan Decl.").

3. Both Apple's Objection and the Balakrishnan Decl. include discussion of and/or screenshots from confidential files produced by Mitsubishi Electric Research Laboratories (MERL), a third party to this litigation. This discussion and the accompanying screenshots include information regarding the contents and structure of DiamondTouch software files, DTFlash libraries, demonstrations and videos for the DiamondTouch system, and other executable files that have been produced by MERL as Highly Confidential – Attorney's Eyes Only under the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on June 29, 2012.

/s/ Bill Trac

**Declaration of ECF Technical Failure**

In compliance with General Order 45.VI.E and Local Rule 5-1, I made at least two attempts on June 29, 2012 to file the Declaration of Bill Trac in Support of Apple's Administrative Motion to File Under Seal Documents Regarding Apple's Administrative Motion for Leave to File Objection to Reply Evidence (Dkt No. 1125), once at approximately 5pm and again at approximately 8:30pm.   However, I was unable to file this Declaration due to technical difficulties on the ECF website.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in San Francisco, California on June 30, 2012.

*/s/ Bill Trac*

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

/s/ Victoria Maroulis