UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h37m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEE-ANNE SHORTRIDGE            DATE: 6/29/12
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                            CASE #: C 11-01846HK

CASE TITLE: APPLE    VS.    SAMSUNG, ET AL

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| HAROLD J. MCELHINNY; MICHAEL | KEVIN P.B. JOHNSON; MICHAEL T. |
| JACOBS; WILLIAM F. LEE; | ZELLER; VICTORIA F. MAROULIS; |
| MARK D. SELWIN | JOHN B. QUINN; CARL ANDERSON |

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   {X} CASE MANAGEMENT CONF.   { x } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED       [ ] SUBMITTED       [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to     @          For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments: THE MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.