IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____, Plaintiff   )      Case No: _____

v.                                                        )

_____, Defendant  )

**NOTIFICATION OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras. Further information may be found at http://cand.uscourts.gov/cameras.

   Date of scheduled proceeding:  \_\_\_/\_\_\_/_____  (mm/dd/yyyy)

   _____
   (Describe proceeding.)

**By July 9, 2012, all parties must complete the attached form, PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING, and email it to cameras@cand.uscourts.gov.**

\_\_\_/\_\_\_/_____                    _____
Date (mm/dd/yyyy)                             Chris Wolpert, Chief Deputy of Operations