IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____, Plaintiff   )     Case No: _____

v.                                                            )

_____, Defendant   )

**PARTY RESPONSE TO REQUEST FOR VIDEO RECORDING**

A request has been made for the following proceeding to be video recorded, pursuant to General Order 65 and the Judicial Conference Committee on Court Administration and Case Management Guidelines adopted herein.

_____
 (Describe proceeding.)

Date of scheduled proceeding: \_\_\_/\_\_\_/_____ (mm/dd/yyyy)

Check the appropriate box(es) below and on the next page to indicate whether you consent to the recording of some or all of this proceeding:

☐ I consent to the recording of this entire proceeding.

☐ I consent to the recording of some, but not all, of this proceeding.

➔ Explain the specific parts of the proceeding for which you do not consent to recording:

| Part of proceeding | Reason Not to Video Record |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

I consent to the recording of this proceeding. The following witnesses have expressed a preference not to be recorded, for the reasons indicated.

→ Name the specific witnesses for whom you do not consent to recording:

| Witness Name | Reason Not to Video Record |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

I do not consent to the recording of any of this proceeding.

→ Explain your reasons for not consenting:

_____

I submit and sign this form on behalf of the party I represent and the witnesses I may call.

_____
Signature

_____
Name (please print)

_____
Position (e.g., attorney of record)

___/___/_____ (mm/dd/yyyy)
Date

**This completed form should be submitted to cameras@cand.uscourts.gov. Do NOT docket this form.**