UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING JURY SELECTION |

At the case management conference on June 29, 2012, the parties discussed the jury selection procedures for the upcoming trial. The Court amends its previous oral rulings. The following jury selection procedures will apply:

The Court will empanel 9 jurors for the trial. Each side will be allowed 4 peremptory challenges. The parties shall meet and confer on a four-page jury questionnaire and shall submit the joint proposed jury questionnaire no later than July 9, 2012. Instead of mailing out the jury questionnaire in advance, the prospective jurors will answer the questionnaire on the morning of July 30, 2012.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING JURY SELECTION