QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1   I, Joby Martin, declare as follows:

2   I am employed in San Francisco County, California.  I am over the age of eighteen years

3   and not a party of the within-entitled action.  My business address is 50 California Street,

4   22nd Floor, San Francisco, California 94111.

5   On June 29, 2012, I served the following document:

6   **SAMSUNG'S NOTICE OF PRIOR ART PURSUANT TO 35 U.S.C. 282**

7   BY ELECTRONIC SERVICE:  I caused all documents to be sent by E-Mail to the individuals

8   indicated below:

9   **Counsel for Apple, Inc.**

10   MORRISON & FOERSTER, LLP
   AppleMoFo@mofo.com

11

12   WILMER CUTLER PICKERING HALE AND DORR LLP
   WHAppleSamsungNDCalService@wilmerhale.com

13

14   I declare under penalty of perjury under the laws of the State of California that the

15   foregoing is true and correct.

16   Executed on July 3, 2012 at San Francisco, California.

17

18

19   _____/s/_____
   Joby Martin

20

21

22

23

24

25

26

27

28

02198.51855/4840899.1

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK]