1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10   Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21                  Plaintiff, | **CERTIFICATE OF SERVICE** |
| 22          vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26                  Defendant. | |

I, Rachel Arteaga, declare as follows:

I am employed in San Mateo County, California. I am over the age of eighteen years and not a party of the within-entitled action. My business address is 555 Twin Dolphin Drive, Fifth Floor, Redwood Shores, California 94065.

On July 3, 2012, I served the following document:

**AMENDED NOTICE PURSUANT TO 35 U.S.C. § 282**

BY ELECTRONIC SERVICE: I caused the document to be sent by E-Mail to the individuals indicated below:

**Counsel for Apple, Inc.**

MORRISON & FOERSTER, LLP
AppleMoFo@mofo.com

WILMER CUTLER PICKERING HALE AND DORR LLP
WHAppleSamsungNDCalService@wilmerhale.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 3, 2012 at San Francisco, California.

_____/s/_____
Rachel Arteaga