UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3165835


Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed motions to file under seal (Dkt. Nos. 1132, 1139, and 1147) relating to Samsung's Motion for Leave to Seek Reconsideration of the Court's June 25, 2012 Order ("Motion for Reconsideration"), Samsung's Opposition to Apple's Claim Construction Brief, and Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal ("Motion to Stay").  Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motions to File Under Seal ("Wheeler Declaration").  Consistent with the Wheeler Declaration and the Court's June 4, 2012 Order (Dkt. No. 1034), the following documents may be filed under seal:

- Exhibits 1, 3, 10, and 12-14 to the Declaration of Thomas Watson in Support of Samsung's Motion for Reconsideration;

- The confidential, unredacted version of Samsung's Motion for Reconsideration to the extent it refers to the above-referenced exhibits;

- The confidential, unredacted version of Samsung's Motion to Stay.

**IT IS SO ORDERED.**

Dated: _____    _____
                                        Hon. Lucy H. Koh
                                        United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3165835

1