| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 1132, 1139, and 1147) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung's Motion for Leave to Seek Reconsideration of the Court's June 25, 2012 Order ("Motion for Reconsideration") and Exhibits 1, 3, 10, and 12-14 to the Declaration of Thomas Watson in Support of the Motion for Reconsideration ("Watson Declaration") contain Apple-confidential information. As explained in Samsung's Motion to File Under Seal (Dkt. No. 1132), the confidentiality of this information was already addressed in the Court's June 4, 2012 Order Granting-in-Part, Denying-in-Part Motions to Seal (Dkt. No. 1034), which held that the confidential documents at issue in Samsung's Motion to Stay were properly filed under seal. Apple had supported the confidentiality of the Apple-confidential information in these exhibits in a declaration filed on June 4, 2012 (Dkt. No. 1031).

3. Apple does not maintain a claim of confidentiality on Exhibit 20 to the Watson Declaration.

4. Apple does not maintain a claim of confidentiality on Samsung's Opposition to Apple's Claim Construction Brief or Exhibit 5 to the Declaration of Adam Cashman in Support of Samsung's Opposition to Apple's Claim Construction Brief.

5. Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal Or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal ("Motion to Stay") contains Apple-confidential information. As explained in Samsung's Motion to File Under Seal (Dkt. No. 1147), the confidentiality of this information was already addressed in the Court's June 4, 2012 Order Granting-in-Part, Denying-in-Part Motions to Seal (Dkt. No. 1034), which held that the confidential documents at issue in Samsung's Motion to Stay were properly filed under seal. Apple had supported the confidentiality of the Apple-confidential information in these exhibits in a declaration filed on June 4, 2012 (Dkt. No. 1031).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of July, 2012, in Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: July 3, 2012                         By:         */s/ Jason R. Bartlett*
                                                              Jason R. Bartlett