| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California  94105-2482 | 950 Page Mill Road |
| Telephone:  (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile:  (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S REPLY REGARDING DESIGN PATENT CLAIM CONSTRUCTION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Jason R. Bartlett, declare as follows:

I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this declaration in support of Apple's Reply Regarding Design Patent Claim Construction. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

1. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Jonathan Ive, taken on December 1, 2011.

2. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition transcript of Peter Bressler, taken on April 24, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of July, 2012, at San Francisco, California.

*/s/ Jason R. Bartlett*
Jason R. Bartlett

DECL. OF J. BARTLETT ISO APPLE'S REPLY REGARDING DESIGN PATENT CLAIM CONSTRUCTION
CASE NO. 11-cv-01846-LHK (PSG)
sf-3166596

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Reply Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated:  July 3, 2012          */s/ Michael A. Jacobs*
                              Michael A. Jacobs

DECL. OF J. BARTLETT ISO APPLE'S REPLY REGARDING DESIGN PATENT CLAIM CONSTRUCTION
CASE NO. 11-cv-01846-LHK (PSG)
sf-3166596

2