Exhibit 1

Highly Confidential - Outside Counsels' Eyes Only

Page 1

1                UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                      SAN JOSE DIVISION
4
5   APPLE INC., a California corporation,
6
                    Plaintiff,
7
    vs.                              CASE NO.  11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                  Defendants.
    _____/
14
15
16          H I G H L Y   C O N F I D E N T I A L
17            O U T S I D E   C O U N S E L   O N L Y
18
19       VIDEOTAPED DEPOSITION OF JONATHAN IVE
20             SAN FRANCISCO, CALIFORNIA
21              THURSDAY, DECEMBER 1, 2011
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 43920

Highly Confidential - Outside Counsels' Eyes Only

Page 5

1      MR. ZHANG:  Patrick Zhang, Morrison &
2  Foerster, for Apple.
3      THE VIDEOGRAPHER:  Will the court reporter
4  please swear in the witness.
5
6              JONATHAN IVE,
7         having been sworn as a witness
8        by the Certified Shorthand Reporter,
9              testified as follows:
10
11     THE VIDEOGRAPHER:  You may proceed.
12
13           EXAMINATION BY MR. ZELLER
14     MR. ZELLER:  Q.  Good morning.
15   A   Good morning.
16   Q   I understand you've had the pleasure of being
17  deposed at least a couple of times before, but one, if
18  I understand correctly, and tell me if -- if you
19  recall this, was a case called Apple versus Future
20  Power?
21   A   Yes, I do recall.
22   Q   All right.
23       And generally speaking, that was about the
24  iMac?
25   A   Yes.

Highly Confidential - Outside Counsels' Eyes Only

Page 185

1   what you've described?
2          MR. JACOBS:  Objection; asked and answered.
3          THE WITNESS:  I think the drawings -- I think
4   Figure 1, in conjunction with Figure 3, I can't see
5   any other interpretation than the one that I've --
6   I've given you.
7          MR. ZELLER:  Q.  Directing your attention to
8   Figure 2 --
9      A   Yes.
10     Q   -- you'll see that there are those three sets
11  of diagonal lines --
12     A   Yes.
13     Q   -- as shown on the back surface?
14     A   Yes.
15     Q   And then if you take a look at Figure 4,
16  you'll see that this is another view of the back
17  surface, but it doesn't have those diagonal lines; do
18  you see that?
19     A   Yes.
20     Q   Do you have an understanding as to why?
21     A   No.  My -- my thought as a designer
22  interpreting this drawing would be that in Figure 2,
23  those three sets of lines make it clear that the back
24  surface is flat, and that that has been established
25  and communicated.

Highly Confidential - Outside Counsels' Eyes Only

Page 186

1    And then in Figure 4, it's showing that this
2 is a continuous single piece with radii that become
3 the vertical wall.  And again, those two figures seem
4 unambiguous to me.
5    Q   Please take a look at Figure 1.  You'll see
6 that it has diagonal lines on the front surface.
7    A   Yes.
8    Q   Do you have an understanding as to what those
9 lines depict?
10   A   Well, my -- my sense would be as a designer
11 and the way that I would interpret this would be that
12 they suggest that that surface is flat.  And then also
13 in the way that they cross the -- the dotted line of
14 the display aperture, that that surface is clear.  So
15 my interpretation as a designer would be that it is
16 both flat and clear.
17   Q   All right.
18       Directing your attention to Figure 3, you'll
19 see that Figure 3, another viewpoint of that --
20   A   Yes.
21   Q   -- front surface, also has the diagonal
22 lines?
23   A   Yes.
24   Q   Do you see that?
25       And I take it if you -- if I asked you that

1   CERTIFICATE OF REPORTER

2

3

4        I, ANDREA M. IGNACIO HOWARD, hereby certify

5   that the witness in the foregoing deposition was by me

6   duly sworn to tell the truth, the whole truth, and

7   nothing but the truth in the within-entitled cause;

8

9        That said deposition was taken in shorthand

10  by me, a Certified Shorthand Reporter of the State of

11  California, and was thereafter transcribed into

12  typewriting, and that the foregoing transcript

13  constitutes a full, true and correct report of said

14  deposition and of the proceedings which took place;

15

16       That I am a disinterested person to the said

17  action.

18

19       IN WITNESS WHEREOF, I have hereunto set my

20  hand this 2nd day of December, 2011.

21

22       _____

23  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25