Exhibit 2

```
                                                          Page 1
 1      IN THE UNITED STATES DISTRICT COURT
 2           OF NORTHERN CALIFORNIA
 3              San Jose Division
 4           Case No. 11-CV-846 LHK
 5   _____
 6   APPLE, INCORPORATED,                    )
 7                              Plaintiff,   )
 8        v.                                 )
 9   SAMSUNG ELECTRONICS COMPANIES,          )
10   et al,                                  )
11                              Defendants.  )
12   _____ )
13
14      H I G H L Y  C O N F I D E N T I A L
15           * ATTORNEYS' EYES ONLY *
16
17         DEPOSITION OF PETER BRESSLER
18
19               Washington, D.C.
20                April 24, 2012
21
22
23
24   Reported by:  Mary Ann Payonk, RDR-CRR
25   Job No. 48797
```

Highly Confidential - Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | PETER BRESSLER, | 09:13 |
| 2 | called as a witness, having been duly | 09:13 |
| 3 | sworn, was examined and testified as | 09:13 |
| 4 | follows: | 09:13 |
| 5 | EXAMINATION | 09:13 |
| 6 | BY MR. ZELLER: | 09:13 |
| 7 | Q.   Good morning. | 09:13 |
| 8 | A.   Good morning. | 09:13 |
| 9 | MR. ZELLER:  Let's please mark as | 09:13 |
| 10 | Exhibit 3510 a copy of United States | 09:13 |
| 11 | design patent 504889. | 09:13 |
| 12 | (P. Bressler Exhibit No. 3510 was marked | 09:14 |
| 13 | for identification.) | 09:14 |
| 14 | MR. ZELLER:  Please mark as | 09:14 |
| 15 | Exhibit 3511 a copy of United States | 09:14 |
| 16 | design patent 593087. | 09:14 |
| 17 | (P. Bressler Exhibit No. 3511 was marked | 09:14 |
| 18 | for identification.) | 09:14 |
| 19 | MR. ZELLER:  Please mark as | 09:14 |
| 20 | Exhibit 3512 a copy of United States | 09:14 |
| 21 | design patent 618677. | 09:14 |
| 22 | (P. Bressler Exhibit No. 3512 was marked | 09:14 |
| 23 | for identification.) | 09:14 |
| 24 | MR. ZELLER:  Please mark as | 09:14 |
| 25 | Exhibit 3513 a copy of United States | 09:14 |

Highly Confidential - Attorneys' Eyes Only

Page 50

| | | |
|---|---|---|
| 1 | Do you see that? | 10:40 |
| 2 | A.  I do. | 10:40 |
| 3 | Q.  As we talked about, when you compare | 10:40 |
| 4 | figure 1 and figure 3, there are diagonal lines | 10:40 |
| 5 | on both of those figures. | 10:40 |
| 6 | A.  Correct. | 10:40 |
| 7 | Q.  And you understand that figure 1 and | 10:40 |
| 8 | figure 3 are different perspectives of the top | 10:40 |
| 9 | view of the electronic device, design? | 10:40 |
| 10 | A.  Top view? | 10:40 |
| 11 | Q.  Right. | 10:40 |
| 12 | A.  Is that how it's stated? | 10:40 |
| 13 | Q.  If you look at the description, | 10:40 |
| 14 | you'll see. | 10:40 |
| 15 | A.  Okay. | 10:41 |
| 16 | Q.  Then you understand that figures 2 | 10:41 |
| 17 | and 4 are views of the bottom -- | 10:41 |
| 18 | A.  Yes. | 10:41 |
| 19 | Q.  -- of the electronic device design. | 10:41 |
| 20 | So you'll see figures 1 and 3 and figures 2 and | 10:41 |
| 21 | 4 correspond to one another. | 10:41 |
| 22 | A.  Correct. | 10:41 |
| 23 | Q.  Do you have any understanding or | 10:41 |
| 24 | explanation as to why there are diagonal lines | 10:41 |
| 25 | on figure 2, but not on figure 4, and why the | 10:41 |

Highly Confidential - Attorneys' Eyes Only

Page 51

| | | |
|---|---|---|
| 1 | fact that those diagonal lines are also, in | 10:41 |
| 2 | fact, on both figures 1 and figure 3? | 10:41 |
| 3 | MR. BARQUIST:  Objection, vague and | 10:41 |
| 4 | ambiguous, misstates the document. | 10:41 |
| 5 | A.   I believe that the diagonal lines | 10:41 |
| 6 | included in figure 2 are used to help identify | 10:41 |
| 7 | the topography of figure 4 to illustrate that | 10:41 |
| 8 | it is flat. | 10:41 |
| 9 | Q.   Is the bottom of the design shown in | 10:42 |
| 10 | the '889 design patent reflective, translucent, | 10:42 |
| 11 | or transparent? | 10:42 |
| 12 | A.   I don't believe so. | 10:42 |
| 13 | Q.   Directing your attention to figure 9, | 10:42 |
| 14 | you'll see that there's a human figure in | 10:42 |
| 15 | dotted line, at least in part.  You'll see his | 10:42 |
| 16 | hand is still not excluded. | 10:43 |
| 17 | A.   Yes. | 10:43 |
| 18 | Q.   But setting that aside for a moment, | 10:43 |
| 19 | you generally understanding that the depiction | 10:43 |
| 20 | of the human figure here is to show orientation | 10:43 |
| 21 | and environment for the device? | 10:43 |
| 22 | A.   That's what it explains in the | 10:43 |
| 23 | description, yes. | 10:43 |
| 24 | Q.   Do you have an understanding as to | 10:43 |
| 25 | whether or not this tablet computer design that | 10:43 |

Highly Confidential - Attorneys' Eyes Only

Page 281

1          C E R T I F I C A T E

2   DISTRICT OF COLUMBIA:

3

4        I, MARY ANN PAYONK, CRR-RDR, CBC, CCP,

5   CLR, shorthand reporter, do hereby certify:

6        That the witness whose deposition is

7   hereinbefore set forth was duly sworn, and that

8   such deposition is a true record of the

9   testimony given by such witness.

10       I further certify that I am not related

11  to any of the parties to this action by blood

12  or marriage, and that I am in no way interested

13  in the outcome of this matter.

14       IN WITNESS WHEREOF, I have hereunto set

15  my hand this 24th day of April, 2012.

16

17       _____

18       MARY ANN PAYONK, CRR-RDR, CBC, CCP, CLR

19       Shorthand Reporter

20

21

22

23

24

25