1  [counsel listed on the last page]

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **JOINT CASE NARROWING STATEMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Pursuant to the Court's instructions at the June 29, 2012 hearing, the parties submit this statement identifying their further efforts to narrow the list of claims each will assert at trial.

### A. Apple's Statement Regarding Claim Narrowing

Apple proposes to dismiss without prejudice the remaining claim of the '607 patent and the trade dress allegations against the original Tab 7.0.  Apple also clarifies that it is not accusing the F700 of infringing Apple's trade dress.

### B. Samsung's Statement Regarding Claim Narrowing

Samsung has made significant reductions in the number of claims it is asserting over the course of this action.  Samsung initially asserted 12 patents and a total of 75 claims from those patents.  On May 7, 2012, Samsung reduced the number of patents to 7 and reduced the number of claims to 15.  (Docket No. 907).  Samsung is now willing to further reduce the number of claims it will assert at trial to 9 from 6 of its patents.[1]  Those claims that will be asserted at trial are identified below:

- U.S. Patent No. 7,675,941 (Claims 10 and 15)
- U.S. Patent No. 6,928,604 (Claims 17 and 18)
- U.S. Patent No. 7,447,516 (Claims 15 and 16)
- U.S. Patent No. 7,698,711 (Claim 9)
- U.S. Patent No. 7,577,460 (Claim 1)
- U.S. Patent No. 7,546,893 (Claim 10)

\* \* \*

The parties intend to file a stipulation of dismissal without prejudice and [proposed] order on Thursday, July 5, 2012, with respect to the foregoing claims each will no longer assert at the July 30, 2012 trial.

---

[1] One of Samsung's patents – U.S. Patent No. 7,362,867 – is no longer at issue as a result of the summary judgment proceedings.

Dated: July 3, 2012

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/Alison M. Tucher*<br><br>  Attorneys for Plaintiff and<br>  Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>   Charles K. Verhoeven (Cal. Bar No. 170151)<br>   charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>   Kevin P.B. Johnson (Cal. Bar No. 177129)<br>   kevinjohnson@quinnemanuel.com<br>   Victoria F. Maroulis (Cal. Bar No. 202603)<br>   victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>   Michael T. Zeller (Cal. Bar No. 196417)<br>   michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:   */s/ Victoria Maroulis*<br>         Victoria Maroulis<br><br>Attorneys for Defendants and<br>Counterclaim-Plaintiffs<br>SAMSUNG ELECTRONICS CO.,<br>LTD., SAMSUNG ELECTRONICS<br>AMERICA, INC. and SAMSUNG<br>TELECOMMUNICATIONS<br>AMERICA, LLC |

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing pleading. In compliance with General Order 45 (X)(B), I hereby attest that Alison M. Tucher has concurred in this filing.

DATE: July 3, 2012                                             */s/ Victoria Maroulis*