1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation,          | CASE NO. 11-cv-01846-LHK
19 |         Plaintiff,                             | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |   vs.                                          |
21 | SAMSUNG ELECTRONICS CO., LTD., a               |
   | Korean business entity; SAMSUNG                |
22 | ELECTRONICS AMERICA, INC., a New               |
   | York corporation; SAMSUNG                      |
23 | TELECOMMUNICATIONS AMERICA,                    |
   | LLC, a Delaware limited liability company,     |
24 |                                                |
   |         Defendants.                            |
25

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5    1. Samsung's Reply in Support of Opening Memorandum Regarding Claim
6       Construction; and
7    2. Exhibits 1-3 to the Declaration of Katharine Barach in Support of Samsung's Reply
8       in Support of Opening Memorandum Regarding Claim Construction.

9    In short, the above documents discuss, refer to, or comprise documents which Apple has
10 designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.   Samsung expects
11 that Apple will file the declaration required by Local Rule 79-5(d) to establish these documents as
12 sealable.

13   Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
14 for *in camera* review and served on all parties.

DATED: July 3, 2012                QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  */s/ Victoria Maroulis*
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       Michael T. Zeller
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC