QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/4842122.1

Case No. 11-cv-01846-LHK
**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this Declaration in support of Samsung's Administrative Motion to File Documents Under Seal. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. The requested relief is necessary to protect the confidentiality of information contained in the following documents:

    a. The confidential, unredacted version of Samsung's Reply in Support of Opening Memorandum Regarding Claim Construction; and

    b. Exhibits 1-3 to the Declaration of Katharine Barach in Support of Samsung's Reply in Support of Opening Memorandum Regarding Claim Construction ("Barach Declaration").

3. Exhibit 1 to the Barach Declaration consists of excerpts from the October 25, 2011 deposition of Quin Hoellwarth. Apple has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY under the protective order. To the extent that this document contains Apple confidential information, Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing that the information therein as sealable.

4. Exhibit 2 to the Barach Declaration consists of excerpts from the October 27, 2011 deposition of Daniel Coster. Apple has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY under the protective order. To the extent that this document contains Apple confidential information, Samsung trusts that Apple will file the declaration required by Civ. L. R. 79-5(d) establishing that the information therein as sealable.

5. Exhibit 3 to the Barach Declaration consists of excerpts from the November 8, 2011 deposition of Douglas Satzger. Apple has designated this testimony HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY under the protective order. To the extent that

1  this document contains Apple confidential information, Samsung trusts that Apple will file the
2  declaration required by Civ. L. R. 79-5(d) establishing that the information therein as sealable.
3
4     I declare under penalty of perjury that the foregoing is true and correct.   Executed in
5  Redwood Shores, California on July 3, 2012.
6
7                                                    */s/ Bill Trac*
8                                                    Bill Trac

02198.51855/4842122.1

-3-   Case No. 11-cv-01846-LHK
**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

*/s/ Victoria Maroulis*

02198.51855/4842122.1

-4-                      Case No. 11-cv-01846-LHK
**DECLARATION OF BILL TRAC IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**