1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Reply in Support of Opening Memorandum Regarding Claim Construction, and the Declaration of Katharine Barach thereto.  Portions of these documents have been filed under seal.

    Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  Apple has filed the supporting declarations to provide evidence of the same.  The declarations establishes that the

1  below documents contain information that has been designated by the parties as HIGHLY
2  CONFIDENTIAL – ATTORNEY'S EYES ONLY.
3       Accordingly, for good cause shown, the Court ORDERS that the following documents
4  shall be filed under seal:
5       1. Samsung's Reply In Support Of Opening Memorandum Regarding Claim
6          Construction; and
7       2. Exhibits 1-3 to the Declaration of Katharine Barach in Support of Samsung's Reply
8          In Support Of Opening Memorandum Regarding Claim Construction.

10  **IT IS SO ORDERED.**

12  DATED:   _____, 2012

           _____
15         Honorable Lucy H. Koh
           United States District Judge