1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15

16                      UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

18 | | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **DECLARATION OF KATHARINE BARACH IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF OPENING MEMORANDUM REGARDING CLAIM CONSTRUCTION** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:   July 18, 2012<br>Time:   2:00 pm<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |
| Defendants. | |

Case No. 11-cv-01846-LHK
**DECLARATION OF KATHARINE BARACH IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF
OPENING MEMORANDUM RE CLAIM CONSTRUCTION**

I, Katharine Barach, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I make this declaration in support of Samsung's Reply in Support of Opening Memorandum Regarding Claim Construction. I have personal knowledge of the facts set forth in this declaration except where noted and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the October 25, 2011 deposition of Quin Hoellwarth.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the October 27, 2011 deposition of Daniel Coster.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the November 8, 2011 deposition of Douglas Satzger.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood City, California on July 3, 2012.

By  */s/ Katharine Fiedler Barach*
  Katharine Barach

-1-  Case No. 11-cv-01846-LHK
**DECLARATION OF KATHARINE BARACH IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF OPENING MEMORANDUM RE CLAIM CONSTRUCTION**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Katharine Barach.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Victoria Maroulis