QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/4838939.2

Case No. 11-cv-01846-LHK
DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") submit the Declaration of Hankil Kang in Support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 1140), to establish that the following documents, or portions thereof, are sealable:

- Exhibit Nos. 13 and 14 to the Declaration of Jason R. Bartlett in Support of Apple's Response to Samsung's Opening Memorandum Regarding Design Patent Claim Construction ("Bartlett Declaration"); and

- Exhibit Nos. 20, 39 and 40 to the Declaration of Peter W. Bressler, FIDSA, in Support of Apple's Response to Samsung's Opening Memorandum Regarding Design Patent Claim Construction ("Bressler Declaration").

## <u>DECLARATION OF HANKIL KANG</u>

I, Hankil Kang, do hereby declare as follows:

1.      I am Legal Counsel at Samsung Electronics Co., Ltd.   I submit this Declaration in support of Apple's Administrative Motion to File Documents Under Seal Regarding Apple's Opposition to Samsung's Design Claim Construction (Dkt. No. 1140).   I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2.      Exhibit No. 13 to the Bartlett Declaration consists of excerpts from the March 2, 2012 deposition transcript of Minhyouk Lee, Samsung's Vice President of the Mobile Communications Division Design Team.   These excerpts have been designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.   The portions of the excerpts that Samsung requests be sealed contain confidential information relating to the development of the Galaxy S phone, including Samsung's design methodology and philosophy, device manufacturing techniques, and hardware development.   This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if it were not

DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1    filed under seal.    A proposed redacted version of the excerpts from Mr. Lee's deposition

2    transcript is attached as Exhibit 1.

3           3.      Exhibit No. 14 to the Bartlett Declaration consists of excerpts from the February

4    17, 2012 deposition transcript of Gi-Young Lee, Volume 2, which is designated HIGHLY

5    CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order.    Certain portions of

6    the excerpts that Samsung requests be sealed contain confidential information relating to the

7    development of potential products considered by Samsung during the design and development

8    process.    Samsung has not yet released these products, but may do so in the future.    Other

9    portions of the excerpts contain confidential information relating to the factors Samsung considers

10   in designing Samsung products.    This information is therefore confidential and proprietary to

11   Samsung, and could be used to its disadvantage by competitors if it were not filed under seal.    A

12   proposed redacted version of the excerpts from Ms. Lee's deposition transcript is attached as

13   Exhibit 2.

14          4.      Exhibit Nos. 20, 39 and 40 to the Bressler Declaration consist of images of

15   alternative designs considered by Samsung during the design and development process leading to

16   the release of certain of the accused Samsung products.    Samsung has not yet implemented these

17   designs in released products, but may do so in the future.    The information conveyed by these

18   images, which Samsung has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES

19   ONLY under the Protective Order, is therefore confidential and proprietary to Samsung, and could

20   be used to its disadvantage by competitors if it were not filed under seal.

21          I declare under penalty of perjury that the forgoing is true and correct to the best of my

22   knowledge.    Executed this 3rd day of July, 2012, in Suwon, South Korea.

23

24

25

26   _____

27   Hankil Kang

28

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.    In compliance with General Order 45(X)(B), I hereby attest that Hankil Kang has concurred in this filing.

/s/ Victoria Maroulis