# Exhibit 13
# (Submitted Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                         SAN JOSE DIVISION

 3    APPLE, INC., a California
      corporation,
 4                                              CASE NO.
              Plaintiff,                        11cv01846-LHK
 5
      v.
 6
      SAMSUNG ELECTRONICS, CO., LTD.,
 7    a Korean business entity;
      SAMSUNG ELECTRONICS AMERICA,
 8    INC., a New York corporation;
      SAMSUNG TELECOMMUNICATIONS
 9    AMERICA, LLC, a Delaware limited
      liability company,
10
              Defendants.
11    _____

12    SAMSUNG ELECTRONICS, CO., LTD.,
      a Korean business entity;
13    SAMSUNG ELECTRONICS AMERICA,
      INC., a New York corporation;
14    SAMSUNG TELECOMMUNICATIONS
      AMERICA, LLC, a Delaware limited
15    liability company,

16            Counterclaim-Plaintiffs,

17    v.
      APPLE, INC., a California
18    corporation,

19            Counterclaim-Defendant.

20

21        *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22             VIDEOTAPED PERSONAL DEPOSITION OF:
                          MINHYOUK LEE
23
                          March 2, 2012
24                         Kim & Chang
                        Seoul, South Korea
25                   9:03 A.M. - 3:47 P.M.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

1  We understand the court reporter is not
2  authorized to administer oaths in this venue.
3  Nevertheless we request that he administer the oath and we
4  stipulate that we waive any objection to the validity of
5  the deposition based on the oaths.
6          THE REPORTER:  Counsel, agreed?
7          MR. ZELLER:  It is.
8          THE VIDEOGRAPHER:  Our court reporter, Mike
9  Miller of American Realtime Court Reporters Asia, will now
10 swear in the interpreters and the witness, and we shall
11 proceed.
12         (Interpreters sworn.)
13                 MINHYOUK LEE,
14   having been duly sworn, testified as follows:
15                  EXAMINATION
16 BY MR. STERN:
17    Q.   Good morning, sir.  Could you please state your
18 name for the record?
19    A.   My name is MinHyouk Lee.
20         LEAD INTERPRETER:  M-I-N-H-Y-O-U-K, L-E-E.
21 BY MR. STERN:
22    Q.   By whom are you employed, Mr. Lee?
23    A.   My employer?
24    Q.   Yes.
25    A.   Samsung Electronics Co.  Is that what you're

Page 7

1  asking?  I don't understand exactly when you say
2  "employer."  Are you asking about the group or the
3  representative?  I'm confused.
4    Q.   By what particular entity of Samsung
5  Corporation are you employed?
6    A.   Samsung Electronics Company.
7    Q.   And what's your current title at Samsung
8  Electronics?
9    A.   I am a vice president.
10   Q.   Vice president of what, Mr. Lee?
11   A.   Mobile Communications Division, Design Team.
12 I'm the vice president there, MinHyouk Lee.
13   Q.   And in that position, you are currently a
14 member of the Design Group; is that correct?
15   A.   That is correct.
16   Q.   And within the Design Group, are you a member
17 of any other particular subgroup or organization?
18   A.   Based on the design team, are you asking of a
19 department above that design team, or below that design
20 team?  Could you clarify, please?
21   Q.   I'm asking you what portion of the Design Group
22 are you a member of.
23   A.   Oh, within the design team, I'm part of the
24 product design team.
25   Q.   When did you assume your current position?

Page 8

1    A.   My current position, December 2010.
2    Q.   So do I understand correctly that since
3  December 2010 you have been vice president of the Mobile
4  Communications Team?
5    A.   That is correct.
6         CHECK INTERPRETER:  "Yes."
7  BY MR. STERN:
8    Q.   Has your title changed since December 2010?
9    A.   No.
10        (MH Lee Deposition Exhibit 2105 marked.)
11 BY MR. STERN:
12   Q.   I'm going to ask the court reporter to mark as
13 Exhibit 2105 a document, which I'll ask you to take a look
14 at, Mr. Lee.  It's a document which bears Bates number
15 S-ITC-003006128.
16        Mr. Lee, do you see your name on Exhibit 2105?
17   A.   Yes.
18   Q.   And does this document accurately reflect your
19 current title and position within Samsung Electronics?
20   A.   Title and position, I believe are the same
21 thing, and this is a list of the team members I had that I
22 led last year.
23        CHECK INTERPRETER:  Excuse me.  "Title and
24 position I believe are the same, and this is the list of
25 the team organizations I was a part of at last year."

Page 9

1         MR. STERN:  Understood.
2  BY MR. STERN:
3    Q.   Mr. Lee, prior to December 2010, what was your
4  title at Samsung Electronics?
5         (A discussion was had off the record between
6  Lead Interpreter and Check Interpreter in Korean.)
7    A.   Before December 2010, I was a principal.
8         CHECK INTERPRETER:  "Principal engineer."
9         LEAD INTERPRETER:  I stand by her rendition.
10 BY MR. STERN:
11   Q.   And as principal engineer prior to
12 December 2010, what portion of the Design Group were you a
13 member of?
14   A.   I think it's designer or principal designer.
15        I was a unit leader of the IDC.
16        CHECK INTERPRETER:  "Group."
17 BY MR. STERN:
18   Q.   The IDC is the ID Cluster; is that correct?
19   A.   That is correct.
20   Q.   Okay.  Exhibit 2105 lists you as director of
21 the ID Cluster.  Do you see that?
22   A.   Yes, I see that.  It says "part leader."  I
23 think there's a little bit of a confusion, but it's part
24 leader.
25        CHECK INTERPRETER:  "I think there's a little

Page 18

1  design alone.
2         CHECK INTERPRETER: "Yes, I find it vague
3  myself. Design is not about only one aspect. The design
4  has all different aspects involved, and all these come
5  together to become a product. And there are design
6  engineers who get involved, and maybe one find the design
7  to be a part of it, so -- another one may not, so I don't
8  think you can really make any decision or determination
9  just based on that alone, and I found it vague."
10 BY MR. STERN:
11    Q.   In the paragraph that we've been looking at,
12 the third bullet point in the middle of page 10251327,
13 Mr. Lee, do you see a reference to "emotion"?
14    A.   Yes.
15    Q.   When you were designing the Galaxy S, did you
16 try to create a product that would have emotional appeal
17 for customers?
18    A.   Now, it says here in the paragraph "based on
19 emotional CMF." That is what we're referring to here. If
20 you look at the back end, there's new technologies in
21 regards with CMF that we're introducing. This is going to
22 bring about new emotions. Basically, CMF stands for
23 color, material, finishing.
24    Q.   In general as a designer, do you believe it's
25 important to design products that will have an emotional

Page 19

1  appeal to customers?
2         MR. ZELLER: The question is vague, overbroad.
3     A.   Yes, I also feel that is the case. To give you
4  an example, the first Ford T Model vehicle, whether it's
5  beautiful or not, we can't say; but it has historic
6  meaning, and that is because it was the first ever vehicle
7  to be mass produced.
8         When you evaluate design elements, you cannot
9  just focus on this one part or ask questions that are too
10 broad. With that alone, we could talk for several days
11 and sort of just focus on one aspect for it to be too
12 broad. I can't answer.
13 BY MR. STERN:
14    Q.   I understand that different people may find the
15 same object beautiful or not beautiful. However, when you
16 design a cell phone product, how do you try to design it
17 so that it has emotional appeal for as many people as
18 possible?
19        MR. ZELLER: Assumes facts, it's vague,
20 overbroad.
21    A.   Your question was too long. I'm sorry, could
22 you ask it again?
23 BY MR. STERN:
24    Q.   Sure.
25        How do you try to design cell phone products

Page 20

1  that have emotional appeal for as many people as possible?
2         MR. ZELLER: Assumes facts, vague, overbroad.
3     A.   As I repetitively say, Samsung is a company
4  that mass produces, and we cannot just focus on emotional
5  appeal alone. Good manufacturing, that's a guideline for
6  design as well you see. So just one aspect, we talk about
7  did you design towards this or not, I cannot say.
8         CHECK INTERPRETER: Interjection: "As I
9  repeatedly say, there are many different elements in the
10 design, and Samsung is a company that does mass
11 production, and designers cannot really focus in on
12 emotional appeal only. The mass production and thorough
13 guideline thereof is an important element, so you cannot
14 really make a judgment based on that alone."
15 BY MR. STERN:
16    Q.   Directing your attention to page 6 of this
17 document, Mr. Lee, with the Bates sequence ending in 333,
18 you see here a number of products listed. Can you explain
19 to me, please, the relationship between these various
20 products?
21        MR. ZELLER: The question is overbroad and
22 vague.
23    A.   It's talking about the Galaxy S, yes. The
24 Galaxy S.
25 BY MR. STERN:

Page 21

1     Q.   Are all of the products listed on this page
2  variants of the Galaxy S design?
3     A.   Yes, Galaxy S products.
4  ███████████████████████████████████████
5  ████████████████████████████████
6  ███████████████████████████████████████
7  ██████████
8  ███████████████████████████████████████
9  ████████████████
10 ██████████████████████████████
11 ████████████████████
12 ██████████
13 ███████████████████████████████████████
14 ████████████████
15 ███████████████████████████████████████
16 ███████████████████████████████████████
17 ███████████████████████████████████████
18 ████████████████
19 █████████████████████████████
20        MR. STERN: Okay. Let me back up then.
21 BY MR. STERN:
22    Q.   Once more, with respect to page ending 333,
23 Mr. Lee, am I correct that you and your team designed a
24 product called the Galaxy S?
25    A.   My team and also another team was also there,

Page 22

```
1   yeah.
2        Q.   And was that Galaxy S design used to
3   manufacture various cell phone products that were sold in
4   various countries throughout the world?
5             CHECK INTERPRETER:  Correction.
6             (A discussion was had off the record between
7   Lead Interpreter and Check Interpreter in Korean.)
8             MR. ZELLER:  The question is vague.
9        A.   It's hard for me to exactly understand your
10  question regarding that.
11  BY MR. STERN:
12       Q.   This page lists a number of different products
13  under various product names, such as Captivate, Fascinate,
14  Vibrant and so on.  Are all the products listed on this
15  page based on the Galaxy S design?
16       A.   It is based on the Galaxy S platform.
17            CHECK INTERPRETER:  I think it's actually:
18  "Rather, they are based on the Galaxy S platform."
19  BY MR. STERN:
20       Q.   Directing your attention to Bates page ending
21  335, Mr. Lee, you see in the middle of the page, there is
22  a reference to an article from the Financial Times that
23  says, "Hopeful Samsung wheels out a would-be iPhone
24  killer."
25       A.   Yes, I see that.
```

Page 23

```
1        Q.   Was the Galaxy S designed to compete with the
2   iPhone?
3        A.   That is not the case.
4             (MH Lee Deposition Exhibit 2107 marked.)
5   BY MR. STERN:
6        Q.   You've been handed a one-page document that's
7   marked as Exhibit 2107, Mr. Lee.  It has Bates number
8   SAMNDCA10763590.  What is this document, Mr. Lee?
9        A.   It is a recommendation for 2010 iF Product
10  Design Awards.
11       Q.   Do you see your name listed as one of the
12  designers on this document for the Galaxy S?
13       A.   Yes.
14       Q.   In the section that is labeled "Concept
15  Summary," about three-quarters of the way down the page,
16  please take a look at that section, if you would.
17            (Witness reviews document.)
18  BY MR. STERN:
19       Q.   Could I ask you to please read the paragraph
20  that is next to the phrase "Concept Summary"?
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```

Page 24

```
1   [REDACTED]
2   [REDACTED]
3   [REDACTED]
4   [REDACTED]"
5             CHECK INTERPRETER:  I'd like to note that the
6   main interpreter was asked to provide a side translation
7   impromptu.  As to the actual quality of the translation,
8   it will have to be -- undergo further proof work.
9             MR. STERN:  Sure.
10  BY MR. STERN:
11  [REDACTED]
12  [REDACTED]
13  [REDACTED]
14  [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18  [REDACTED]
19  [REDACTED]
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```

Page 25

```
1   [REDACTED]
2   [REDACTED]
3   [REDACTED]
4   [REDACTED]
5   [REDACTED]
6        Q.   Do you remember receiving this award, Mr. Lee?
7        A.   Yes.
8        Q.   And this document reflects the award that you
9   received?
10            MR. ZELLER:  The question is vague.
11       A.   This is the recommendation template.
12  BY MR. STERN:
13       Q.   But the template was submitted on behalf of
14  your design team to receive the award; is that correct?
15       A.   This is not the team.  I personally did this
16  design, so it's my design, you see.  And working together,
17  there's other ancillary work that has to be taken care of
18  when doing this.  That's why you see the name of another
19  designer.
20            CHECK INTERPRETER:  Just one minor correction:
21  "This is not for the team."
22            THE WITNESS:  Have we been going on for an
23  hour?
24            MR. STERN:  Sure.  Should we take a break?
25            THE WITNESS:  I have to take a restroom break.
```

Page 34
1  to a massive production or they could not.  Or sometimes
2  the creativity plays a bigger role with a designer or
3  sometime it doesn't.
4          "So when it comes to archetype design, in
5  overall design aspect of it, setting aside what is
6  presented here, archetype design encompasses many
7  different events and many different experiences for the
8  designers."
9      A.   So archetype design should not be limited in
10 any way, you see?  It could be designers traveling or
11 taking trips all over the world, for instance, Egypt,
12 Vietnam, France, the United Kingdom.  That could be
13 archetype design, and it's basically having a new
14 experience, understanding cultures.  That is a part of
15 design.
16          And also, for instance, technology could be
17 included.  Regional characteristics are also a part of
18 that.  In a sense design, all of the aspects in design in
19 general, overall, is what it is.
20 BY MR. STERN:
21     Q.   Was the design for the Galaxy S based on any
22 particular archetype design at Samsung?
23          MR. ZELLER:  The question is vague as to
24 "archetype design."
25     A.   Well, to talk about my experience, and not just

Page 35
1  pertaining to the Galaxy S.  I mean, I started to draw
2  when I was three years old, and in university, I majored
3  and studied in automotive design, product design.  I've
4  been designing automobiles for five years, and now at
5  Samsung it's been ten years doing design work.
6          And that's just a part of my life, all of the
7  experiences that I have, that I have accumulated within
8  me, you know, that is what it is.  Ten -- everything that
9  I've seen ten years ago, yesterday, based on my experience
10 is where it comes out, not some particular archetype
11 design.
12         CHECK INTERPRETER:  "So it's difficult to say
13 what it's based on.  I think it's rather vague and
14 difficult to express it that way."
15 BY MR. STERN:
16     Q.   Okay.  Mr. Lee, were you the lead designer for
17 the Galaxy S?
18     A.   Yes.
19     Q.   How did the design process for the Galaxy S
20 begin?
21         MR. ZELLER:  The question is overbroad.
22     A.   The beginning of the Galaxy S, it's hard to
23 really pinpoint that, where it started in terms of whether
24 it spurred out of design, hardware, product, planning, and
25 so forth.  So it's really hard to pinpoint that.

Page 36
1  BY MR. STERN:
2      Q.   Are you able to identify for me a point in time
3  at which the design process for the Galaxy S began?
8      A.   So I cannot accurately recall, I don't remember
9  accurately, see, and the reason for that is because I do
10 several projects at the same time.  And when I was working
11 on the Galaxy S, concurrently I was working on other
12 projects, and so exactly when I -- it was -- I was
13 involved, the exact date, I cannot really tell you.
14 BY MR. STERN:

Page 37
1  BY MR. STERN:
2      Q.   What's the first concrete step that you
3  remember taking in regard to the design of the Galaxy S?
4          (A discussion was had off the record between
5  Lead Interpreter and Check Interpreter in Korean.)
20 BY MR. STERN:
21     Q.   Did someone else at Samsung instruct you to
22 begin work on designing the Galaxy S?
23     A.   Someone else at Samsung?
24     Q.   Yes.  For example, one of your superiors.
25     A.   Yes.  At the design team, my superior told me

Page 54

1   A.   Within the S Project, this is one of the design
2   drafts.
3   Q.   In addition to Aries, can you recall any other
4   design drafts within the S Project that you haven't told
5   me about yet?
6        MR. ZELLER:  The question is grossly
7   misleading.  You're suggesting that he's withheld
8   something, design drafts from you?  There's no -- assumes
9   facts, argumentative, vague, lacks foundation.
10       MR. STERN:  Let me clear this up.
11  BY MR. STERN:
12  Q.   Mr. Lee, within the S Project, in addition to
13  Aries, can you recall any other drafts or candidates by
14  their names as you sit here today?
15  A.   Well, the Vesta, but in the S Project, there
16  are various design directions that we can take, and I
17  took -- I gave it to you through mock-ups or files, I
18  opened it.  But to say how many there are, it's very
19  difficult and hard for me to really count that, because in
20  design, even the most minute changes we can call that a
21  different design, or we can call that the same design.
22       So there are a -- I remember that we talked
23  about a lot of different possibilities and talked a long
24  time about that.
25       CHECK INTERPRETER:  "Yes, the Vesta could be

Page 55

1   one of them.  I'm not very good with memorializing or
2   remembering project names.  But there are lots of
3   different design suggestions for the S Project, and I
4   believe I opened that through mock-ups and my files.  But
5   trying to come up with how many there were, I cannot
6   really give you an exact answer to that, because even
7   however slight the modification or change might take
8   place, when it comes to design, we might consider that as
9   a different design proposal, or it may be considered the
10  same.
11       "So within the S Project, there were many
12  different discussions over a period of time."
13       (MH Lee Deposition Exhibit 2111 marked.)
14  BY MR. STERN:
15  Q.   I'm going to ask the reporter to hand you
16  another document, Mr. Lee.  This will be Exhibit 2111.
17  It's a multipage document running from SAMNDCA10144232
18  through 280, and it's entitled "Design Mock-Up History."
19  And I'd like to direct your attention to the page ending
20  in 242, particularly at row 74.
21  A.   Can I look at the document first?
22  Q.   Sure.
23       (Witness reviews document.)
24  A.   This type of document, where was it made?
25  BY MR. STERN:

Page 56

1   Q.   Well, that's my question for you.  Do you
2   recognize this document?
3   A.   A document in this format, I have not seen
4   before.
5   Q.   Do you recognize this as a document created by
6   Samsung to list design mock-up histories?
7        (A discussion was had off the record between
8   Lead Interpreter and Check Interpreter in Korean.)
9   A.   Well, it appears to me that this has been
10  extracted from software or something like that and not
11  made.  It's the first time for me as well to see this
12  format of a document.  Maybe it's just because I didn't
13  print it out before, but yes, anyway...
14       CHECK INTERPRETER:  "I'm seeing this type
15  document for the first time."
16  BY MR. STERN:
17  Q.   At row 74, do you see a reference to "Aries 4.0
18  Touch Phone"?
19  A.   74?
20  Q.   Row 74, yes, on page ending 242.
21  A.   Yes.
22  Q.   Okay.  Is that the design that ultimately
23  became the Galaxy S?
24  A.   It is a draft of the S Project.
25  Q.   Are you able to tell me whether this draft was

Page 57

1   the draft that ultimately became the Galaxy S?
2   A.   Well, I cannot say exactly that it is this
3   draft, because before the release of the product, the
4   design constantly changes.  This is one draft among the
5   many, and this design, like it takes off clothes and it
6   changes like that, and until the release, newly it's built
7   up, we build it up.  And so I cannot say that this is
8   exactly the draft.  The connection would be not big, to
9   say it like that.
10       (MH Lee Deposition Exhibit 2112 marked.)
11  BY MR. STERN:
12  Q.   Okay.  I have another document for you here,
13  Mr. Lee.  This would be Exhibit 2112, correct, which bears
14  Bates numbers S-ITC-007754234 through 239.  Do you
15  recognize this document, Mr. Lee?
16  A.   This is the first time I am seeing this format
17  of a document.  This is not something under my purview.
18  Q.   Do you have any doubt that it was created by
19  Samsung?
20       MR. ZELLER:  The question lacks foundation.
21  A.   No, I'm not saying that.  I'm saying that I
22  haven't seen this format of a document before, and
23  performing DIA and the sort is other work that is not
24  related to me, is what I'm saying.
25  BY MR. STERN:

Page 58

1  Q.  What is DIA?
2  A.  I don't know what exactly it is, DIA.
3      (MH Lee Deposition Exhibit 2113 marked.)
4  BY MR. STERN:
5  Q.  Okay. I've got another document for you here,
6  Mr. Lee. It would be Exhibit 2113. It's a multipage
7  document extending from S-ITC-007849424 through 492.
8      MR. ZELLER: I'm sorry, I have ending 493.
9      MR. STERN: I'm sorry, you're right, 493.
10 A.  I will look over it.
11     (Witness reviews document.)
12 BY MR. STERN:
13 Q.  Do you see your name on the first page of
14 Exhibit 2113, Mr. Lee?
15 A.  Yes, I do.
16 Q.  And you're identified as product designer,
17 correct?
18 A.  That is correct.
19 Q.  And the document is entitled "Aries (GT-I9000)
20 Global GSM Level 2." Are you able to tell me what this
21 document is, Mr. Lee?
22 A.  Well, this was not prepared by the design team,
23 and I myself do not know well if it was made by product
24 planning or marketing. So I don't know what "Level 2"
25 refers to here.

Page 59

1  Q.  But you believe it was created by the product
2  planning or the marketing department at Samsung; is that
3  correct?
4  A.  Yes, well that is my guess. It is not -- it
5  could not be accurate, though, maybe.
6  Q.  Have you seen a document like this in the past?
7  A.  Well, yes, I have, although I did not look
8  through something like this in great detail. I cannot
9  remember all the sentences, but yes, I did.
10 Q.  Do you have any doubt that it's a document
11 created internally in Samsung?
12     MR. ZELLER: Lacks foundation, calls for
13 speculation.
14 A.  Well, I cannot give you an exact answer, but it
15 looks like related content. I believe it is made by
16 Samsung.
17     CHECK INTERPRETER: "I think it is made by
18 Samsung."
19 BY MR. STERN:
20 Q.  Directing your attention to the page that ends
21 with 428 in this document, page entitled "Positioning -
22 Competition Map"?
23 A.  Yes.
24 Q.  And towards the left-hand side of the page you
25 see a reference to the iPhone 3GS?

Page 60

1      Mr. Lee, when you were designing the Galaxy S,
2  did you consider the Apple iPhone 3GS product in any
3  regard?
4      MR. ZELLER: First of all, the question is a
5  non sequitur as to this document, which he has already
6  testified he hasn't seen before, so there's no foundation
7  as to that. And the question is vague and ambiguous,
8  since it appears to be linking these up.
9  A.  Looking at this positioning competition map,
10 this map, looking at this and asking that, I don't
11 understand the -- because the positioning meaning here or
12 the document meaning, I don't know.
13     CHECK INTERPRETER: "Looking at this
14 positioning competition map, I don't know why you're
15 coming up with that document based on this mapping. I
16 don't understand as to the meaning, based on this
17 mapping."
18 BY MR. STERN:
19 Q.  Putting aside this document for a moment,
20 you're familiar with the Apple iPhone 3GS, correct?
21 A.  Yes, I know it.
22 Q.  When you were asked to begin work on designing
23 the Galaxy S, did anybody say to you, "We need a product
24 to compete with the iPhone 3GS," or words to that effect?
25 A.  No, that was not the case. We needed a

Page 61

1  smartphone, and we did not have in mind a particular model
2  in the design or development.
3  Q.  Did anybody say to you when you undertook
4  design of the Galaxy S that you should design a product
5  that looked like the iPhone or words that effect?
6  A.  No, that didn't -- that did not take place.
7  Q.  Did anybody say to you, "Don't design a product
8  that looks like the iPhone," or words to that effect?
9      MR. ZELLER: The question is argumentative,
10 vague.
11 A.  Whether that was said or not, no, I've never
12 heard of that before, and as the leader of the project, I
13 just proceeded in the perspective of developing the
14 Galaxy S.
15 BY MR. STERN:
16 Q.  What does that mean, "proceeded in the
17 perspective of developing the Galaxy S"?
18 A.  We took the given hardware specs, the design
19 direction from the Haptic, the Jet, to the Galaxy S, and
20 afterwards, just took the perspective of that design and
21 concentrated only on that and did not refer to anything
22 that anybody else said.
23 Q.  But you knew, didn't you, Mr. Lee, that the
24 smartphone that you were developing would compete with the
25 Apple iPhone 3GS, didn't you?

Page 94

1  that, to list each one would be very difficult for you to
2  understand, so I just talked -- gave a simple one.
3  BY MR. ZELLER:
4      Q.   What you provided in your answers were examples
5  of ways that you sought to differentiate the Galaxy S?
6           MR. STERN:  Objection to the extent that it
7  purports to be a gloss or modification of his previous
8  answer.  Also object as leading.
9      A.   Differentiating the design, that is to have it
10 different from others and to have the exclusive Samsung
11 heritage, it starts from the inside of the design.  And
12 there are hundreds of considerations and different types
13 that I have given, and I just gave you one single example,
14 an easy talk.
15          But in the design concept, there's various
16 other things, such as materials and weight, so forth.
17 Weight was also an important consideration, heavy, light,
18 how do I make it?  I want it to be to consumers, "Wow,
19 this is the weight that -- it feels like what I've been
20 using."  So I, in designing the Galaxy S, concentrated as
21 well on getting the right weight.  I thought that if it
22 was the weight of a cup of coffee, it would come across as
23 friendly to consumers, what they're used to holding in the
24 morning, so I made it similar to that.
25          Some things that others do not think of, that

Page 95

1  is differentiation.  And in terms of materials, deciding
2  what parts, deciding the size, those are all cases of
3  differentiation, like the cup of coffee.
4      Q.   Do you believe that you were successful in
5  differentiating the Galaxy S in ways other than size?
6      A.   Yes, of course.  I think we succeeded and
7  differentiated in many ways.
8           MR. ZELLER:  I have nothing further.  Thank
9  you.
10          MR. STERN:  Off the record.
11          THE VIDEOGRAPHER:  The time is 3:47.  This is
12 the end of Tape 5.  We are off the record.
13          (Off the record at 3:47 p.m.)

Page 96

1  (Counsel representing this witness should arrange for
   reading and signing and thereafter distribute copies of
2  the signed Errata sheet to opposing counsel without
   involvement of the court reporter.)
3
4  STYLE OF CASE:    Apple vs. Samsung (ND CAL)
5  DEPOSITION OF:    MINHYOUK LEE
6  TAKEN:            March 2, 2012
7
8           E R R A T A   S H E E T
9  Page    LineChange          Reason
10 ___     _____
11 ___     _____
12 ___     _____
13 ___     _____
14 ___     _____
15 ___     _____
16 ___     _____
17 ___     _____
18 ___     _____
19 ___     _____
20 ___     _____
21 ___     _____
22
   I hereby certify that I have read my deposition and that
23 it is true and correct subject to any changes in form or
   substance entered here.
24 _____  _____
25  Date                   MINHYOUK LEE

Page 97

1            C E R T I F I C A T E
2   SEOUL           )
                    )
3   SOUTH KOREA     )
4           I, Michael E. Miller, Registered Diplomate
   Reporter, Certified Realtime Reporter, do hereby certify
5  that the aforementioned witness was first duly sworn by me
   pursuant to stipulation of counsel to testify to the
6  truth; that I was authorized to and did report said
   deposition in stenotype; and that the foregoing pages are
7  a true and correct transcription of my shorthand notes of
   said deposition.
8           I further certify that said deposition was
9  taken at the time and place hereinabove set forth and that
   the taking of said deposition was commenced and completed
10 as hereinabove set out.
11          I further certify that I am not attorney or
   counsel of any of the parties, nor am I a relative or
12 employee of any attorney or counsel of any party connected
   with the action, nor am I financially interested in the
13 action.
14          The foregoing certification of this
   transcript does not apply to any reproduction of the same
15 by any means unless under the direct control and/or
   direction of the certifying reporter.
16
17
18          IN WITNESS WHEREOF, I have hereunto set my
19 hand this March 4, 2012.
20
21          _____
22          MICHAEL E. MILLER
23          Certified Realtime Reporter
            Registered Diplomate Reporter
24          Realtime Systems Administrator
25