# Exhibit 14
# (Submitted Under Seal)

CONFIDENTIAL BUSINESS INFORMATION

70

1   UNITED STATES INTERNATIONAL TRADE COMMISSION

2   WASHINGTON, D.C.

3   _____

4   In the Matter of:

5   CERTAIN ELECTRONIC DIGITAL                Case No.:

6   MEDIA DEVICES AND COMPONENTS              337-TA-796

7   THEREOF

8   _____

12   *** CONFIDENTIAL BUSINESS INFORMATION ***

14   VIDEOTAPED PERSONAL DEPOSITION OF:

15   GI-YOUNG LEE, VOLUME 2

18   February 17, 2012

19   Kim & Chang

20   Daewoo, South Korea

21   9:38 a.m. to 1:43 p.m.

Page 75

1  to stipulation of counsel, was examined and testified
2  through the interpreter as follows:
3                     EXAMINATION
4  BY MR. ZHANG:
5       Q.   Good morning, Miss Lee.
6       A.   Good morning.
7       Q.   Do you recall that before we started our
8  deposition yesterday, you took an oath to tell the
9  truth?
10      A.   Yes.
11      Q.   And do you understand that you are still
12 under that oath here today?
13      A.   Yes.
14           MR. ZHANG:  I'd like to mark as the next
15 exhibit a set of CAD drawings Bates labeled
16 SAMNDCA-CAD000030.
17           (Exhibit 12 was marked for identification.)
18           VIDEOGRAPHER:  Can we go off the record for
19 one second?  I've just got to change something.  Stand
20 by.  I'm going off the record.  The time is 9:40.
21           (Recess taken from 9:40 a.m. to 9:41 a.m.)
22           VIDEOGRAPHER:  The time is 9:41.  We're back
23 on the record.
24      Q.   (By MR. ZHANG)  Miss Lee, if you could
25 please review the CAD drawings quickly.

Page 76

1            Do you recognize the design that's depicted
2  in these drawings?
3       A.   I can recognize what this design is of.
4            COURT REPORTER:  I'm sorry, "I can" or "I
5  can't"?
6            LEAD INTERPRETER A. KIM:  "I can."
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓▓▓▓▓▓▓▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15           MR. ZHANG:  I'd like to mark as the next
16 exhibit a Samsung phone model produced under number 48,
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18           (Exhibit 13 was marked for identification.)
19      Q.   (By MR. ZHANG)  Miss Lee, if you could
20 review the model and tell me if you recognize what it
21 is.
22      A.   I don't quite recognize it.
23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Page 77

1  ▓▓▓▓▓
2            MR. ZHANG:  I'll mark as the next exhibit a
3  Samsung phone model produced under number 45 ▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5            (Exhibit 14 was marked for identification.)
6       Q.   (By MR. ZHANG)  Miss Lee, if you could
7  please review the model and tell me if you recognize
8  it.
9       A.   Yes, I do.
10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 
13      Q.   Did you personally make this model?
14           MS. NEILL:  Objection, vague.
15      A.   I did not personally make this.
16      Q.   (By MR. ZHANG)  Do you know who made this
17 model?
18      A.   I don't exactly recall.
19      Q.   Does the model's physical appearance appear
20 altered to you in any way?
21           MS. NEILL:  Objection, vague.
22      A.   I'm not sure.
23      Q.   (By MR. ZHANG)  Do you see any changes in
24 the model here today that you don't recall seeing the
25 last time that you saw the model?

Page 78

1            MS. NEILL:  Objection, vague.
2       A.   I'm not quite sure, because it has been
3  quite some time since I last saw it.
4            MR. ZHANG:  Okay.  I'll mark as the next
5  exhibit a Samsung phone model produced under number 58.
6            (Exhibit 15 was marked for identification.)
7       Q.   (By MR. ZHANG)  Miss Lee, if you could
8  please review the model and tell me if you recognize
9  it.
10      A.   This is a model that I've seen before.
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14      Q.   Did you personally make this model?
15           MS. NEILL:  Objection, vague.
16      A.   As to that, I'm not sure.
17      Q.   (By MR. ZHANG)  Do you know who did make the
18 model?
19      A.   I'm not exactly sure.
20      Q.   Does the physical appearance of the model
21 look different than when the last time you saw it?
22           MS. NEILL:  Objection, vague.
23      A.   Likewise, I don't quite recall as to that,
24 given that it has been a long time now.
25           MR. ZHANG:  I'll mark as the next exhibit a

Page 99

```
 1      Q.   What do you recognize it to be?
 2      A.   This is an article reflecting in-house
 3  interview.
 4      Q.   Did you and Mr. Tae Joong Kim work together
 5  on the Galaxy Nexus?
 6           MS. NEILL:  Objection, vague, lacks
 7  foundation.
 8      A.   In some area we did together.
 9      Q.   (By MR. ZHANG)  What area did you guys -- do
10  you and Mr. Kim work together on the Nexus?
11           MS. NEILL:  Objection, vague.
12      A.   Designs . . .
13           (Interpreters conferring.)
14      A.   Design specification.
15      Q.   (By MR. ZHANG)  Is it true that you and
16  Mr. Kim prepared this blog post together?
17           MS. NEILL:  Objection, vague, lacks
18  foundation.
19      A.   We did not prepare this article as
20  reflected.
21           CHECK INTERPRETER P. KIM:  "Ourselves."
22      Q.   (By MR. ZHANG)  Do you recall my asking you
23  this question yesterday during your Northern District
24  of California deposition?
25      A.   Are you saying that you asked this same
```

Page 100

```
 1  question whether we prepared this article ourselves
 2  yesterday?
 3      Q.   I'll ask a different question.
 4           Do you recall testifying yesterday that you
 5  and Mr. Kim prepared this blog post?
 6           MS. NEILL:  Objection, mischaracterizes
 7  prior testimony.
 8      A.   We prepared it together, in part.
 9      Q.   (By MR. ZHANG)  Is it true that the front
10  face of the Galaxy Nexus is curved?
11           MS. NEILL:  Objection, vague.
12      A.   Yes.
13      Q.   (By MR. ZHANG)  What are the advantages of
14  having a front surface to a touchscreen cellular phone
15  that is curved rather than flat?
16           MS. NEILL:  Objection, vague, lacks
17  foundation.
18      A.   Like I testified earlier on NDCAL case,
19  since human face is shaped curved, I remember
20  testifying that the advantage, therefore, based on
21  that, would be advantageous to have it curved.
22      Q.   (By MR. ZHANG)  Can you think of any other
23  advantages here today?
24      A.   I don't quite recall anything else at the
25  moment.
```

Page 101

```
 1      Q.   Are there any detriments to having a curved
 2  front face for a touchscreen cellular phone?
 3           MS. NEILL:  Objection, vague.
 4      A.   I'm not sure about that.
 5      Q.   (By MR. ZHANG)  You're not aware of any
 6  increased cost associated with making the front surface
 7  of the Galaxy Nexus curved?
 8           MS. NEILL:  Objection, vague, lacks
 9  foundation.
10      A.   I would think there would be also an
11  increase in cost.
12      Q.   (By MR. ZHANG)  Aside from cost, any other
13  detriments that you're aware of for making the front
14  surface of a mobile phone curved?
15           MS. NEILL:  Objection, vague.
16      A.   Not that I can come up with at this moment.
17           MR. ZHANG:  I'd like to show the witness
18  what was previously marked as Exhibit 19 at the JinSoo
19  Kim deposition.  And that is a Galaxy Vibrant phone.
20           MS. NEILL:  Objection, mischaracterizes the
21  record.
22           MR. ZHANG:  Is it not a Vibrant phone?
23           MS. NEILL:  It's a Vibrant, it's just not
24  necessarily called Galaxy Vibrant.  It's a Samsung
25  Vibrant.
```

Page 102

```
 1           MR. ZHANG:  Oh, it's a Samsung Vibrant,
 2  okay.
 3      Q.   (By MR. ZHANG)  Miss Lee, if you could
 4  please take the phone out of the box and hold it up so
 5  that the camera can make a record of it.
 6      A.   (Deponent complies.)
 7           MR. ZHANG:  Do you have it?  Okay.  Good.
 8  Thank you.
 9      Q.   (By MR. ZHANG)  Miss Lee, do you know of a
10  reason why the speaker slot on a touchscreen mobile
11  phone could not be located at the top of the front
12  surface immediately underneath the metal band that
13  surrounds the front surface?
14           CHECK INTERPRETER P. KIM:  (Speaking in
15  Korean.)
16           MS. NEILL:  Objection, vague,
17  mischaracterizes the record.
18      A.   I'm not sure about that.
19      Q.   (By MR. ZHANG)  Does that mean you know of a
20  reason or you don't know of a reason?
21           MS. NEILL:  Same objections.
22      A.   I'm saying that I don't know about that for
23  sure.
24      Q.   (By MR. ZHANG)  Were you involved with the
25  design of a phone previously at Samsung that had its
```

Page 111

1  reasons, but none that I can come up with at this time.
2      Q.   Are you aware of any detriments to having
3  rounded corners on a touchscreen cellular phone?
4           MS. NEILL:  Objection, vague.
5      A.   None that I can think of at this time.
6      Q.   (By MR. ZHANG)  Are you aware of a detriment
7  associated with rounded corners whereby space is taken
8  away from the interior of the phone for components?
9  Maybe I can ask that better.
10          Are you aware that rounded corners on a
11 cellular phone can take away interior space for
12 components?
13          MS. NEILL:  Objection, vague.
14     A.   I think that may vary depending on the shape
15 of components.
16     Q.   (By MR. ZHANG)  So turning your attention to
17 page 2 of Exhibit 2 again, and comparing the Vibrant
18 phone that's in front of you to the photograph of the
19 
20 
21 
22          MS. NEILL:  Objection, vague.  Also object
23 to comparing a photograph to an actual object that
24 she's holding in her hand.
25     A.   So just to clarify, did you just ask me one

Page 112

1  looks different from the other?
2      Q.   (By MR. ZHANG)  Yes.
3      A.   Yes.
4  
5  
6  
7           MS. NEILL:  Objection, vague.
8      A.   I don't know about that.
9      Q.   (By MR. ZHANG)  So you have no information
10 either way; is that correct?
11          MS. NEILL:  Same objection.
12     A.   I don't think I can state as to that solely
13 by looking at the front surface of a phone, because
14 that may vary depending on what level of comfort the
15 user might feel.
16          CHECK INTERPRETER P. KIM:  "Front shape."
17          LEAD INTERPRETER A. KIM:  "The front surface
18 shape," that is.

Page 113

18     Q.   (By MR. ZHANG)  Miss Lee, do you know of a
19 reason why the active area on a touchscreen cellular
20 phone has to be centered on the front face of the
21 phone?
22          MS. NEILL:  Objection, vague.
23     A.   I think that varies depending on the phone.
24     Q.   (By MR. ZHANG)  So in your opinion, it is
25 possible to have a functioning touchscreen cellular

Page 114

1  phone where the active area is not centered on the
2  front face?
3           MS. NEILL:  Objection, vague.
4      A.   I think it may not be centered right in the
5  mid-point of the front surface.
6      Q.   
7  
8  
9  
10 
11 
12 
13     A.   I find it hard to make that distinction
14 solely by looking at this photograph.
15     Q.   (By MR. ZHANG)  So the photograph . . .
16     A.   
17                                                because
18 looking at this photograph reflected on this page, I
19 don't know whether this is a photograph depicting a
20 mock-up phone or actually a phone that has been
21 commercially released.
22     Q.   So I believe you had two concerns about the
23 question, one was that the photograph is of poor
24 quality, so if I were to ask you the same question, but
25 to just tell you that I'm only asking you to look at



## Page 131

```
 1  (Counsel representing this witness should arrange for
    reading and signing and thereafter distribute copies of
 2  the signed Errata sheet to opposing counsel without
    involvement of the court reporter.)
 3
    STYLE OF CASE:    Certain Electronic Digital Media
 4                    Devices and Components Thereof

 5  DEPOSITION OF:    GI-YOUNG LEE

 6  DATE TAKEN:       February 17, 2012

 7              E R R A T A   S H E E T

 8  Page    Line Change                Reason

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  I hereby certify that I have read my deposition and
    that it is true and correct subject to any changes in
24  form or substance entered here.
    _____                    _____
25   Date                              GI-YOUNG LEE
```

## Page 132

```
 1              C E R T I F I C A T E

 2  DAEWOO           )
                     )
 3  SOUTH KOREA      )

 4        I, Melanie L. Giamarco, Registered
    Professional Reporter and Certified Realtime Reporter,
 5  do hereby certify that the aforementioned witness was
    first duly sworn by me pursuant to stipulation of
 6  counsel to testify to the truth; that I was authorized
    to and did report said deposition in stenotype; and
 7  that the foregoing pages are a true and correct
    transcription of my shorthand notes of said deposition.

 8        I further certify that said deposition was
 9  taken at the time and place hereinabove set forth and
    that the taking of said deposition was commenced and
10  completed as hereinabove set out.

11        I further certify that I am not attorney or
    counsel of any of the parties, nor am I a relative or
12  employee of any attorney or counsel of any party
    connected with the action, nor am I financially
13  interested in the action.

14        The foregoing certification of this
    transcript does not apply to any reproduction of the
15  same by any means unless under the direct control
    and/or direction of the certifying reporter.

16

17
              IN WITNESS WHEREOF, I have hereunto set my
18  hand this 19th day of February, 2012.

19
                    _____
20
                    Melanie L. Giamarco
21                  Certified Realtime Reporter
                    Registered Professional Reporter
22                  Certified Shorthand Reporter

23

24

25
```