QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

02198.51855/4841071.1

Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") submit the Declaration of Bill Trac in Support of Apple's Administrative Motion to
4  File Documents Under Seal (Dkt. No. 1140), to establish that portions of the following document
5  are sealable:

6  • The Declaration of Peter W. Bressler, FIDSA, in Support of Apple's Response to
7  Samsung's Opening Memorandum Regarding Design Patent Claim Construction
8  ("Bressler Declaration").

9  **<u>DECLARATION OF BILL TRAC</u>**

10  I, Bill Trac, do hereby declare as follows:

11  1.  I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for
12  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
13  Telecommunications America, LLC (collectively, "Samsung").   I submit this Declaration in
14  support of Apple's Administrative Motion to File Documents Under Seal Regarding Apple's
15  Opposition to Samsung's Design Claim Construction (Dkt. No. 1140).   I have personal
16  knowledge of the facts set forth in this Declaration and, if called as a witness, could and would
17  competently testify to them.

18  2.  The Bressler Declaration contains discussion regarding alternative designs
19  considered by Samsung during the design and development process leading to the release of
20  certain of the accused Samsung products.   Samsung has not yet implemented these designs in
21  released products, but may do so in the future.   The information conveyed by the discussion of
22  these images, which Samsung has designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES
23  ONLY under the Protective Order, is therefore confidential and proprietary to Samsung, and could
24  be used to its disadvantage by competitors if it were not filed under seal.   A proposed redacted
25  version of the Bressler Declaration is attached as Exhibit 1.

26
27
28

02198.51855/4841071.1

-2-   Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1  I declare under penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.   Executed this 3rd day of July, 2012, in Redwood Shores, California.

*/s/ Bill Trac*
Bill Trac

02198.51855/4841071.1

-3-   Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

/s/ Victoria Maroulis

02198.51855/4841071.1

-4-   Case No. 11-cv-01846-LHK
DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL