QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung

2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to

4  seal the following:

5         1.  Samsung's Claim Construction Brief; and

6         2.  Exhibits 2, 4, 6, and 9-14 to the Declaration of Patrick Schmidt in Support of

7             Samsung's Claim Construction Brief.

8    In short, the above documents contain discussion or excerpts from documents and

9  materials that have been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES

10 ONLY.   Samsung has established good cause to permit filing these documents under seal through

11 the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents

12 Under Seal, filed herewith.   Samsung expects that Apple will also file a declaration under Local

13 Rule 79-5(d) establishing good cause for filing these confidential materials under seal.

14    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court

15 for *in camera* review and served on all parties.

16

17 DATED: July 5, 2012              QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
18

19

20                            By   */s/ Victoria Maroulis*
                                     Charles K. Verhoeven
21                                   Kevin P.B. Johnson
                                     Victoria F. Maroulis
22                                   Michael T. Zeller

23                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
24                                   INC., and SAMSUNG
                                     TELECOMMUNICATIONS AMERICA, LLC
25

26

27

28