1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

12

13

14

15

16

17

18

19

20

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

21

Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Claim

22

Construction Brief and Exhibits 2-6 and 8-14 attached to the Declaration of Patrick Schmidt in

23

Support of Samsung's Claim Construction Brief.    Portions of these documents have been filed

24

under seal.

25

Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.

26

62 to provide evidence of good cause for this Court to permit filing under seal.    Apple has filed

27

the supporting declarations to provide evidence of the same.    The declarations establish that the

28

1    below documents contain information that has been designated by the parties as HIGHLY

2    CONFIDENTIAL – ATTORNEY'S EYES ONLY.

3           Accordingly, for good cause shown, the Court ORDERS that the following documents

4    shall be filed under seal:

5           1.   Samsung's Claim Construction Brief; and

6           2.   Exhibits 2, 4, 6 and 9-14 to the Declaration of Patrick Schmidt in Support of

7               Samsung's Claim Construction Brief.

8

9           **IT IS SO ORDERED.**

10

11   DATED:    _____, 2012

12

13

14   _____
     Honorable Lucy H. Koh
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28