1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15
                    UNITED STATES DISTRICT COURT
16
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF SAMSUNG'S CLAIM CONSTRUCTION BRIEF** |

Case No. 11-cv-01846-LHK
**DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF SAMSUNG'S CLAIM CONSTRUCTION BRIEF**

1   I, Patrick Schmidt, declare:

2   1. I am an attorney with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,
3   counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
4   Telecommunications America, LLC (collectively "Samsung").   I make this declaration in support
5   of Samsung's Claim Construction Brief. I have personal knowledge of the facts set forth in this
6   declaration except where noted and, if called upon as a witness, I could and would testify to such
7   facts under oath.

8   2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,469,381
9   (the '381 patent).

10  3. Attached as Exhibit 2 is a true and correct copy of excerpts from the August 16,
11  2011 deposition transcript of Ravin Balakrishnan.

12  4. Attached as Exhibit 3 is a true and correct copy of Exhibit 104 from the August 16,
13  2011 deposition transcript of Ravin Balakrishnan.

14  5. Attached as Exhibit 4 is a true and correct copy of excerpts from the August 9,
15  2011 deposition transcript of Bas Ording.

16  6. Attached as Exhibit 5 is a true and correct copy of excerpts from the May 17, 2012
17  declaration of Andries van Dam in Support of Samsung's Motion for Summary Judgment
18  Regarding the Invalidity of U.S. Patent No. 7,469,381.

19  7. Attached as Exhibit 6 is a true and correct copy of an excerpt from the "Exemplary
20  Infringement Claim Chart for U.S. Patent No. 7,469,381" filed by Apple in the ITC proceeding
21  *Certain Portable Electronic Devices and Related Software*, 337-TA-797.

22  8. Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,864,163
23  (the '163 patent).

24  9. Attached as Exhibit 8 is a true and correct copy of excerpts from the March 22,
25  2012 Expert Report of Stephen Gray Regarding Invalidity of U.S. Patent Nos. 7,844,915 and
26  7,864,163.

27  10. Attached as Exhibit 9 is a true and correct copy of excerpts from the April 26, 2012
28  deposition transcript of Karan Singh (volume 1).

1      11.     Attached as Exhibit 10 is a true and correct copy of excerpts from the October 27, 2011 deposition transcript of Scott Forstall.

      12.     Attached as Exhibit 11 is a true and correct copy of excerpts from the October 26, 2011 deposition transcript of Andre Boule.

      13.     Attached as Exhibit 12 is a true and correct copy of excerpts from the October 28, 2011 deposition transcript of Richard Williamson.

      14.     Attached as Exhibit 13 is a true and correct copy of excerpts from the May 31, 2012 Declaration of Karan Singh in Support of Apple's Opposition to Samsung's Motion for Summary Judgment.

      15.     Attached as Exhibit 14 is a true and correct copy of excerpts from the April 16, 2012 Rebuttal Expert Report of Dr. Karan Singh Regarding Validity of U.S. Patent Nos. 7,864,163, 7,844,915 and 7,853,891.

      I declare under penalty of perjury that the foregoing is true and correct.   Executed in Los Angeles, California on July 5, 2012.


                              By    */s/ Patrick T. Schmidt*
                                      Patrick T. Schmidt

-2-                                               Case No. 11-cv-01846-LHK
**DECLARATION OF PATRICK SCHMIDT IN SUPPORT OF SAMSUNG'S CLAIM CONSTRUCTION BRIEF**

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Patrick Schmidt.

*/s/ Victoria Maroulis*