# EXHIBIT 3

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 *Beyond Edge* / *edge* | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 32 | 33 | 34 | 35 | 36 |



Balakrishna
EXHIBIT NO. 104
8/16/11
Andrea Ignacio, CSR 9830

02198.51855/4304701.1