| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | |
| JASON R. BARTLETT (CA SBN 214530) | MARK D. SELWYN (SBN 244180) |
| jasonbartlett@mofo.com | mark.selwyn@wilmerhale.com |
| MORRISON & FOERSTER LLP | WILMER CUTLER PICKERING |
| 425 Market Street | HALE AND DORR LLP |
| San Francisco, California 94105-2482 | 950 Page Mill Road |
| Telephone: (415) 268-7000 | Palo Alto, California 94304 |
| Facsimile: (415) 268-7522 | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S MOTIONS IN LIMINE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3166732

| | |
|---|---|
| 1 | In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, |
| 2 | Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions |
| 3 | thereof: |
| 4 |     1.    The confidential, unredacted version of Apple's Motions in Limine; |
| 5 |     2.    Exhibits to the Declaration of Jason R. Bartlett in Support of Apple's Motions in |
| 6 | Limine ("Bartlett Declaration") that have been designated confidential as set forth below. |

Apple's Motion in Limine and Exhibit 10 to the Bartlett Declaration contain information that is highly confidential as set out in the Declaration of Cyndi Wheeler in Support of Apple's Administrative Motion to File Documents Under Seal re Apple's Motions in Limine ("Wheeler Decl."). It is Apple's policy not to disclose or describe to third parties its confidential, non-public product design and development process. (Wheeler Decl. ¶4.) This information is highly confidential to Apple. (*Id.*) The information described above could be used by Apple's competitors to Apple's disadvantage if disclosed publicly. (*Id.*) The relief requested in this motion is necessary and is narrowly tailored to protect confidential information, focusing only on specific portions of the documents at issue. (*Id.*)

Exhibit 2 to the Bartlett Declaration and Apple's Motions in Limine contain materials and refer to information that Samsung has designated as highly confidential under the protective order entered in this case. Apple expects that pursuant to Civil Local Rule 79-5(d), Samsung will file a declaration seeking to establish good cause to permit the sealing of these materials.

Pursuant to Civil Local Rule 79-(c), Apple will lodge with the Clerk the documents at issue with the sealable portions highlighted.

| | | |
|---|---|---|
| Dated: July 5, 2012 | | MORRISON & FOERSTER LLP |
| | By: | /s/ *Alison M. Tucher* |
| | | ALISON M. TUCHER |
| | | Attorneys for Plaintiff |
| | | APPLE INC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Alison Tucher has concurred in this filing.

Dated: July 5, 2012

*/s/ Michael A. Jacobs*
Michael A. Jacobs