1    HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
     hmcelhinny@mofo.com                         william.lee@wilmerhale.com
2    MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
     mjacobs@mofo.com                            HALE AND DORR LLP
3    JENNIFER LEE TAYLOR (CA SBN 161368)         60 State Street
     jtaylor@mofo.com                            Boston, MA 02109
4    ALISON M. TUCHER (CA SBN 171363)            Telephone: (617) 526-6000
     atucher@mofo.com                            Facsimile: (617) 526-5000
5    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
6    JASON R. BARTLETT (CA SBN 214530)           MARK D. SELWYN (SBN 244180)
     jasonbartlett@mofo.com                      mark.selwyn@wilmerhale.com
7    MORRISON & FOERSTER LLP                     WILMER CUTLER PICKERING
     425 Market Street                           HALE AND DORR LLP
8    San Francisco, California  94105-2482       950 Page Mill Road
     Telephone:  (415) 268-7000                  Palo Alto, California 94304
9    Facsimile:  (415) 268-7522                  Telephone: (650) 858-6000
                                                 Facsimile: (650) 858-6100
10

11   Attorneys for Plaintiff and
     Counterclaim-Defendant APPLE INC.

12

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                             SAN JOSE DIVISION

16

17   APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

18              Plaintiff,                         **DECLARATION OF CYNDI WHEELER
                                                   IN SUPPORT OF APPLE'S
                                                   ADMINISTRATIVE MOTIONS TO FILE
19        v.                                       DOCUMENTS UNDER SEAL RE
                                                   APPLE'S MOTIONS IN LIMINE**
20   SAMSUNG ELECTRONICS CO., LTD., a
     Korean corporation; SAMSUNG
21   ELECTRONICS AMERICA, INC., a New York
     corporation; and SAMSUNG
22   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
23
                Defendants.
24

25

26

27

28

     DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL
     CASE NO. 11-CV-01846-LHK (PSG)
     sf-3166727

1    I, Cyndi Wheeler, hereby declare as follows:

2    1.    I am an attorney for Apple Inc. ("Apple").  I submit this declaration in support of

3    Apple's Administrative Motion to File Under Seal pursuant to Local Rules 7-11 and 79-5.  I have

4    personal knowledge of the matters set forth below.  If called as a witness I could and would

5    competently testify as follows.

6    2.    Apple's Motion in Limine contains information concerning its non-public product

7    design and development process.  This information is highly sensitive and could be used by

8    Apple's competitors to Apple's disadvantage, and thus Apple's Motions in Limine should be

9    partially sealed.

10    3.    Exhibit 10 to the Declaration of Jason R. Bartlett in support of Apple's Motions in

11    Limine ("Bartlett Declaration") contains information concerning its non-public product design

12    and development process.  Exhibit 10 has been designated as Highly Confidential – Attorneys'

13    Eyes Only.  This information is highly sensitive and could be used by Apple's competitors to

14    Apple's disadvantage and should be sealed in its entirety.

15    4.    It is Apple's policy not to disclose or describe its non-public product design and

16    development process to third parties.  Apple is well known worldwide for its corporate culture of

17    carefully maintaining the confidentiality of its business information.  Apple's Motions in Limine

18    and Exhibit 10 to the Bartlett Declaration reveal highly confidential information that, if disclosed,

19    could be used by Apple's competitors to Apple's disadvantage.  The requested relief is necessary

20    and narrowly tailored to protect the confidentiality of this information.

21    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th

22    day of July, 2012 at Cupertino, California.

23

24    */s/ Cyndi Wheeler*
      Cyndi Wheeler

25

26

27

28

DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3166727

1

1    **ATTESTATION OF E-FILED SIGNATURE**

2         I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3    Declaration.  In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has

4    concurred in this filing.

5    Dated:  July 5, 2012                                    */s/  Michael A. Jacobs*
                                                                    Michael A. Jacobs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CYNDI WHEELER IN SUPPORT OF APPLE'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3166727

2