1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S MOTIONS IN LIMINE** |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal portions of the following
3  documents:
4     1. The confidential, unredacted version of Apple's Motions in Limine; and
5     2. Exhibits 2 and 10 to the Declaration of Jason R. Bartlett in Support of Apple's
6        Motion in Limine ("Bartlett Declaration").
7  Having considered the arguments and the papers submitted, and GOOD CAUSE
8  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
9  Under Seal.  The above-referenced documents shall be filed under seal.
10 **IT IS SO ORDERED.**
11 Dated: ____ _, 2012              By: _____
                                          Honorable Paul S. Grewal
12                                        United States Magistrate Judge