HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.     11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON BARTLETT IN SUPPORT OF APPLE'S MOTIONS IN LIMINE** |

I, JASON BARTLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Motion in Limine.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Samsung's Supplemental Objections and Responses to Apple's Fifth Set of Interrogatories (11-12).

3. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the transcript of the March 30, 2012 deposition of Junho Park.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of Apple's Second Set of Request for Production of Documents (Nos. 9-52).

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of Samsung's Objections and Responses to Apple's Second Set of Requests for Production of Documents (Nos. 9-52).

6. Attached hereto as **Exhibit 5** is a true and correct copy of Japanese Patent No. D1204221, produced as SAMNDCA00256066-79.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Samsung's Pre-Hearing Brief in *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, dated May 10, 2012.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the rebuttal expert report of Peter W. Bressler, dated April 16, 2012.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Curan Walker to Alison Tucher, dated July 5, 2012 at 2:15 P.M.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the hearing in *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796, dated June 7, 2012.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the deposition of Brian Huppi, dated October 18, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of July, 2012 at San Francisco, California.

                                                                              */s/ Jason Bartlett*
                                                                                 Jason Bartlett

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason Bartlett has concurred in this filing.

Dated: July 5, 2012              /s/Michael A. Jacobs
                                 Michael A. Jacobs