Exhibit 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>         vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 9-52)** |

## OBJECTIONS COMMON TO ALL REQUESTS FOR PRODUCTION

The following objections apply to each document request in Apple Inc.'s ("Apple's") Second Set of Requests for Production of Documents and Things, whether or not stated separately in response to each particular document request.

1.      Samsung objects to each document request to the extent that it requests documents and information protected from disclosure by the attorney-client privilege, attorney work product doctrine, community of interest doctrine, joint defense privilege, and/or any other applicable privilege.  Any such documents and information will not be provided, and an inadvertent production of any document or information that Samsung believes is immune from discovery pursuant to any applicable privilege shall not be deemed a waiver.  Samsung may give written notice to Apple that the document or information inadvertently produced is privileged or otherwise protected, and upon receipt of such written notice, Apple shall immediately comply with Federal Rule of Civil Procedure 26(b)(5)(B) and the applicable provisions of any Protective Order entered in this action, including the Model Interim Protective Order.

2.      Samsung objects to each document request to the extent that it is vague, ambiguous, overly broad, oppressive, unduly burdensome, harassing, compound, fails to identify the documents and things sought with reasonable particularity, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.  Where a term is vague and ambiguous, Samsung will respond based on its understanding of the term.

3.      Samsung objects to each document request to the extent that it is not reasonably limited in time or geographic scope, and to the extent it pertains to products that are not at issue in this litigation.

4.      Samsung objects to each document request to the extent that it seeks documents that are not within its possession, custody or control.  In making objections and/or responding to any and all requests, Samsung does not indicate that responsive documents exist within the ownership, possession, custody or control of Samsung.

5.      Samsung objects to the definition of  "Samsung," "You," "Your," and "Defendants" as overly broad, unduly burdensome, vague, and as calling for documents or

1  information not in Samsung's possession, custody, or control to the extent that it defines Samsung

2  to include "all predecessors, successors, predecessors-in-interest, successors-in-interest,

3  subsidiaries, divisions, parents, and/or affiliates, past or present, any companies that have a

4  controlling interest in Defendants, and any current or former employee, officer, director, principal,

5  agent, consultant, representative, or attorney thereof, or anyone acting on their behalf."

6          6.      Samsung objects to the definition of "Apple" as overly broad.

7          7.      Samsung objects to the definition of "Products at Issue" as vague to the extent it

8  includes "similar products, and any products that Apple accuses of infringing its intellectual

9  property in this litigation."

10         8.      Samsung objects to the definition of "Hardware Design" as vague and ambiguous.

11         9.      Samsung objects to the definition of "Graphical User Interface Design" as vague

12  and ambiguous.

13         10.     Samsung objects to the definition of "Third Party" or "Third Parties" as overly

14  broad.

15         11.     Samsung objects to the definitions of "Original iPhone Trade Dress," "iPhone 3G

16  Trade Dress," "iPhone 4 Trade Dress," "iPhone Trade Dress," "iPad Trade Dress," "iPad 2 Trade

17  Dress," to the extent they imply that any aspect of the Apple products' design constitutes an

18  element of its trade dress.

19         12.     Samsung objects to the definition of "Relating" as overly broad.

20         13.     Samsung objects to Instruction Nos. 1 and 3 to the extent they ask for documents to

21  be produced "without abbreviation or redaction" or "in full."  Where applicable, Samsung will

22  redact from certain documents any non-responsive, irrelevant or privileged information.

23         14.     Samsung objects to Instruction No. 2 to the extent it asks Samsung to log any

24  privileged document dated after April 15, 2011.

25         15.     Samsung objects to each document request to the extent it seeks documents more

26  readily available to Apple than to Samsung, or equally available to Apple as to Samsung,

27  including documents and things that are publicly available.

28

16.     Samsung objects to each document request to the extent that it seeks the confidential, proprietary and/or trade secret information of third parties, and to the extent it seeks information subject to non-disclosure or other agreements between Samsung and third parties.

17.     Samsung objects to each document request to the extent that it seeks documents protected from disclosure by the constitutional and/or statutory privacy rights of third persons.

18.     Samsung objects to each document request that alleges or implies Samsung engaged in copying or other such activity as inappropriate harassment.

19.     Samsung objects to each document request to the extent that it seeks documents and things before Samsung is required to disclose such documents and things in accordance with any applicable law, such as the Northern District of California Patent Local Rules.

20.     Samsung objects to each document request to the extent that it seeks a legal conclusion.

21.     Samsung objects to each document request to the extent that it seeks to impose any requirement or discovery obligation greater or different than those imposed by the Federal Rules of Civil Procedure.

22.     Samsung further objects to each document request to the extent it seeks highly confidential documents containing Samsung's sensitive proprietary business information, the disclosure of which could cause Samsung substantial competitive harm.  Any such documents will be appropriately designated under the applicable protective order and/or redacted to exclude non-responsive, irrelevant or privileged information.

23.     Samsung's investigation and analysis of the facts and law pertaining to this lawsuit is ongoing.  Thus, Samsung's responses are made without prejudice to its right subsequently to add, modify or otherwise change, correct, or amend these responses.

## SPECIFIC RESPONSES AND OBJECTIONS

## REQUEST FOR PRODUCTION NO. 9:

All documents created within the last five years relating to Samsung's actual or projected smartphone market share.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request as overbroad in that it seeks documents and things that pertain to products not at issue in this litigation.  Samsung further objects to the Request as overbroad in that it seeks documents and things that bear on occurrences in other countries that are not at issue in this litigation.  Samsung further objects to the Request as duplicative of Apple's Request For Production No. 5.  Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further objects to the Request to the extent the requested documents are publicly available.

Subject to these objections, Samsung will produce relevant, non-privileged documents within its possession, custody, or control, if any, after conducting a reasonable search in accordance with the Patent Local Rules sufficient to show Samsung's actual or projected smartphone market share.

**REQUEST FOR PRODUCTION NO. 10:**

All documents created within the last five years relating to Samsung's actual or projected tablet computer market share.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the

1    Request as overbroad in that it seeks documents and things that pertain to products not at issue in

2    this litigation.  Samsung further objects to the Request as overbroad in that it seeks documents and

3    things that bear on occurrences in other countries that are not at issue in this litigation.  Samsung

4    further objects to the Request as duplicative of Apple's Request For Production No. 5.  Samsung

5    further objects to the Request to the extent it seeks documents equally or more readily available to

6    Apple than to Samsung.  Samsung further objects to the Request to the extent the requested

7    documents are publicly available.

8            Subject to these objections, Samsung will produce relevant, non-privileged documents

9    within its possession, custody, or control, if any, after conducting a reasonable search in

10   accordance with the Patent Local Rules sufficient to show Samsung's actual or projected tablet

11   computer market share.

12   **REQUEST FOR PRODUCTION NO. 11:**

13           Documents relating to the Hardware Design and Graphical User Interface Design of the

14   Captivate, Continuum, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G,

15   Gravity, Indulge, Infuse 4G, Intercept, Mesmerize, Showcase i500, Showcase Galaxy S,

16   Transform, Vibrant, and Galaxy S II phones and the Galaxy tablets.

17   **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

18           In addition to its Objections and Responses Common to All Requests for Production,

19   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

20   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

21   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

22   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

23   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

24   as vague and ambiguous.  For example, the terms "Hardware Design" and "Graphical User

25   Interface Design" and "relating to" are vague and ambiguous.  Samsung further objects to the

26   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

27   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

28

1 relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

2 discovery of admissible evidence.

3          Subject to these objections, Samsung is willing to meet and confer with Apple about the

4 relevance and scope of the information sought by this request.

5 **REQUEST FOR PRODUCTION NO. 12:**

6          Documents relating to the development of the designs, features, and functions in the

7 Products at Issue that are alleged in this action to infringe one or more of the Patents at Issue,

8 including, but not limited to, all documents reviewed for purposes of developing these designs,

9 features, and functions and all computer-aided design files relating to these designs, features, and

10 functions.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

12          In addition to its Objections and Responses Common to All Requests for Production,

13 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17 burdensome, and/or would require undue expense to answer.  Samsung further objects the request

18 as vague and ambiguous.  For example, the terms "Products at Issue," "relating to," "functions,"

19 and "all documents reviewed for purposes of developing" are vague, ambiguous and overbroad.

20 Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

21 claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

22 admissible evidence.  Samsung further objects to the Request as duplicative of Apple's Request

23 For Production No. 11.

24          Subject to these objections, Samsung will produce relevant, non-privileged documents

25 within its possession, custody, or control, if any, after conducting a reasonable search in

26 accordance with the Patent Local Rules.

27

28

1 **REQUEST FOR PRODUCTION NO. 13:**

2      All documents relating to the development of the Products at Issue that mention or refer to

3 Apple or Apple Products, including communications among or with Your personnel that discuss

4 whether or how to copy any design, feature, or function of an Apple Product. Documents

5 responsive to this Request include, but are not limited to, Your decision to redesign the Galaxy

6 Tab 10.1 to more closely match the design of the iPad 2.

7 **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

8      In addition to its Objections and Responses Common to All Requests for Production,

9 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13 burdensome, and/or would require undue expense to answer.  Samsung further objects the request

14 as vague and ambiguous.  For example, the terms "Products at Issue," "relating to" and "redesign"

15 are vague and ambiguous.  Samsung further objects to the Request to the extent it seeks

16 documents that are not relevant to the claims or defenses of any party and/or not reasonably

17 calculated to lead to the discovery of admissible evidence.  Samsung further objects to the Request

18 as duplicative of Apple's Request For Production Nos. 1 and 2.  Samsung further objects to the

19 Request to the extent it seeks documents that are not within the possession, custody, or control of

20 Samsung.  Samsung further objects to this request as oppressive and harassing inasmuch as it

21 implies Samsung engaged in copying and other such activity.  Documents produced in response to

22 this request, if any, do not constitute an admission that Samsung "designed the Galaxy Tab 10.1 to

23 more closely match the design of the iPad 2."

24      Subject to these objections, Samsung is willing to meet and confer with Apple about the

25 relevance and scope of the information sought by this request.

26 **REQUEST FOR PRODUCTION NO. 14:**

27      All physical samples of Apple Products in Your possession (excluding only samples, if

28 any, which may have been purchased exclusively for purposes related to this litigation by or at the

-8-

1  direction of counsel) together with all documents relating to when the samples were obtained, for

2  what purpose, and how You used them.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

4      In addition to its Objections and Responses Common to All Requests for Production,

5  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

6  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

7  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

8  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

9  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

10  Request as overbroad in that it seeks documents and things that pertain to products not at issue in

11  this litigation.  Samsung further objects to the Request as overbroad in that it is not limited to any

12  reasonable time period and seeks documents and things from time periods not at issue in this

13  litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

14  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

15  discovery of admissible evidence.  For example, the request seeks every Apple product any person

16  who was at any time an employee of Samsung has ever owned, at any time.  Samsung further

17  objects to the Request to the extent it seeks documents equally or more readily available to Apple

18  than to Samsung.  Samsung further objects to the Request to the extent the requested documents

19  are publicly available.

20      Subject to these objections, Samsung is willing to meet and confer with Apple about the

21  relevance and scope of the information sought by this request.

22  **REQUEST FOR PRODUCTION NO. 15:**

23      All documents relating to Your inspection of Apple Products.  Documents responsive to

24  this Request include, but are not limited to, photographs of Apple Products and tear-downs of

25  Apple Products, notes and memoranda that You made relating to Apple Products, and email

26  communications relating to any such inspection.

27

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference Samsung further objects the request as vague and ambiguous.  For example, the term "inspection" is vague and ambiguous.  Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects to the Request as overbroad in that it seeks documents and things that pertain to products not at issue in this litigation.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to the Request as duplicative of Apple's Request For Production Nos. 13 and 14.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 16:**

All documents relating to marketing of any Products at Issue that discuss or refer directly or indirectly to Apple or Apple Products, including copies of all advertisements or other promotional materials, marketing plans, market surveys, focus group studies, or other documents related to testing of advertisements or advertisement messaging. Documents responsive to this Request include, but are not limited to, Your "Hello" marketing campaign relating to the Galaxy S, Your "See Flash Run" marketing campaign for the Galaxy Tab, and Your "Appelmos" ("Applesauce") marketing campaign relating to the Galaxy S II.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

1  applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly

2  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

3  as vague and ambiguous.  For example, the terms "Products at Issue" and  "indirectly" are vague

4  and ambiguous.  Samsung further objects to the Request as overbroad in that it seeks documents

5  and things that bear on occurrences in other countries that are not at issue in this litigation.

6  Samsung further objects to the Request as duplicative of Apple's Request For Production No. 15.

7  Samsung further objects to the Request to the extent it seeks documents that are not within the

8  possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent

9  it seeks documents containing confidential third party information, including information subject

10  to a non-disclosure or other agreement between Samsung and a third party.

11       Subject to these objections, Samsung is willing to  meet and confer with Apple about the

12  relevance and scope of the information sought by this request.

13  **REQUEST FOR PRODUCTION NO. 17:**

14       Copies of all advertisements relating to the Products at Issue.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

16       In addition to its Objections and Responses Common to All Requests for Production,

17  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

18  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

19  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

20  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

21  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

22  as vague and ambiguous.  For example, the terms "Products at Issue" and "relating to" are vague

23  and ambiguous.  Samsung further objects to the Request as overbroad in that it is not reasonably

24  limited as to the scope of documents and things it seeks.  Samsung further objects to the Request

25  as duplicative of Apple's Request For Production No. 16.  Samsung further objects to the Request

26  to the extent it seeks documents that are not within the possession, custody, or control of Samsung.

27  Samsung further objects to the Request to the extent the requested documents are publicly

28  available.

1    Subject to these objections, Samsung is willing to meet and confer with Apple about the

2  relevance and scope of the information sought by this request.

3  **REQUEST FOR PRODUCTION NO. 18:**

4    Three samples of each Product at Issue, together with all packaging and documentation

5  that You provide to end users in connection with the Products at Issue.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

7    In addition to its Objections and Responses Common to All Requests for Production,

8  which it hereby incorporates by reference, Samsung further objects to the Request to the extent it

9  seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

10  objects to the Request to the extent the requested documents are publicly available.  Samsung

11  further objects the request as vague and ambiguous.  For example, the term "Products at Issue" is

12  vague and ambiguous.

13    Subject to these objections, Samsung is willing to meet and confer with Apple about the

14  relevance and scope of the information sought by this request.

15  **REQUEST FOR PRODUCTION NO. 19:**

16    All documents relating to when and under what circumstances You first became aware of

17  the Patents at Issue.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

19    In addition to its Objections and Responses Common to All Requests for Production,

20  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

21  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

22  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

23  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

24  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

25  as vague and ambiguous.  For example, the term "aware" is vague and ambiguous.  Samsung

26  further objects to the Request to the extent it seeks documents that are not within the possession,

27  custody, or control of Samsung.  Samsung further objects to the Request to the extent it calls for a

28  legal conclusion.

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2    within its possession, custody, or control, if any, after conducting a reasonable search in

3    accordance with the Patent Local Rules.

4    **REQUEST FOR PRODUCTION NO. 20:**

5    All documents relating to Samsung's analyses, actions, plans or attempts to exercise due

6    care to avoid infringing the Patents at Issue.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

8    In addition to its Objections and Responses Common to All Requests for Production,

9    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

14   as vague and ambiguous.  For example, the terms "analyses, actions, plans or attempts" and "due

15   care" are vague and ambiguous.  Samsung further objects to the Request as overbroad in that it

16   seeks documents and things that pertain to products not at issue in this litigation.  Samsung further

17   objects to the Request to the extent it seeks documents that are not within the possession, custody,

18   or control of Samsung.  Samsung further objects to the Request to the extent it calls for a legal

19   conclusion.

20   Subject to these objections, Samsung will produce relevant, non-privileged documents

21   within its possession, custody, or control, if any, after conducting a reasonable search in

22   accordance with the Patent Local Rules.

23   **REQUEST FOR PRODUCTION NO. 21:**

24   All documents relating to any opinions, investigations, prior art searches, legal opinions, or

25   oral or written advice regarding the patentability, novelty, validity, enforceability, infringement,

26   interpretation, or scope of any claim(s) of the Patents at Issue.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

2         In addition to its Objections and Responses Common to All Requests for Production,

3    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

4    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

5    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

6    applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

7    burdensome, and/or would require undue expense to answer.  Samsung further objects to the

8    Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

9    seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

10   the possession, custody, or control of Samsung.  Samsung further objects to the Request as

11   premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

12   the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

13   the extent it calls for a legal conclusion.

14        Subject to these objections, Samsung will produce relevant, non-privileged documents

15   within its possession, custody, or control, if any, after conducting a reasonable search in

16   accordance with the Patent Local Rules.

17   **REQUEST FOR PRODUCTION NO. 22:**

18        All documents relating to any indemnification for any infringement (including contributory

19   or inducement of infringement) of the Patents at Issue, including all documents relating to

20   agreements by Samsung to indemnify any person or third parties, agreements by any person or

21   third party to indemnify Samsung, and all documents relating to discussions, meetings, and

22   communications relating to any indemnification proposal or agreement.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

24        In addition to its Objections and Responses Common to All Requests for Production,

25   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

1   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

2   Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

3   seeks.  Samsung further objects to the Request to the extent it seeks documents that are not

4   relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

5   discovery of admissible evidence.  Samsung further objects to the Request to the extent it seeks

6   documents that are not within the possession, custody, or control of Samsung.  Samsung further

7   objects to the Request to the extent it seeks documents containing confidential third party

8   information, including information subject to a non-disclosure or other agreement between

9   Samsung and a third party.  Samsung further objects to the Request to the extent it seeks highly

10  confidential documents containing sensitive proprietary business information, the disclosure of

11  which would cause Samsung substantial competitive harm.

12          Subject to these objections, Samsung will produce relevant, non-privileged documents or

13  portions of documents within its possession, custody, or control, if any, after conducting a

14  reasonable search in accordance with the Patent Local Rules and designated at the highest

15  confidentiality level under the applicable protective order.

16  **REQUEST FOR PRODUCTION NO. 23:**

17          All documents relating to any estimate, approximation, or determination of the value of the

18  Patents at Issue.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

20          In addition to its Objections and Responses Common to All Requests for Production,

21  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

22  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

23  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

24  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

25  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

26  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

27  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

28  the possession, custody, or control of Samsung.  Samsung further objects to the Request as

1  premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

2  the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

3  the extent it calls for a legal conclusion.

4      Subject to these objections, Samsung will produce relevant, non-privileged documents

5  within its possession, custody, or control, if any, after conducting a reasonable search in

6  accordance with the Patent Local Rules.

7  **REQUEST FOR PRODUCTION NO. 24:**

8      All documents relating to any estimate, approximation, or determination of a royalty rate

9  or license fee for any patent or portfolio of patents held by Samsung.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

11      In addition to its Objections and Responses Common to All Requests for Production,

12  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

13  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

14  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

15  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

16  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

17  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

18  seeks.  Samsung further objects to the Request to the extent it seeks documents containing

19  confidential third party information, including information subject to a non-disclosure or other

20  agreement between Samsung and a third party.  Samsung further objects to the Request as

21  premature to the extent it seeks documents and things inconsistent with the timeframes set forth in

22  the Northern District of California Patent Local Rules.  Samsung further objects to the Request to

23  the extent it calls for a legal conclusion.

24      Subject to these objections, Samsung is willing to meet and confer with Apple about the

25  relevance and scope of the information sought by this request.

26

27

28

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

1   **REQUEST FOR PRODUCTION NO. 25:**

2        All documents relating to payments made by Samsung to third parties for licenses to

3   intellectual property or payments made to Samsung by third parties for licenses to intellectual

4   property.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

6        In addition to its Objections and Responses Common to All Requests for Production,

7   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

8   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

9   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

10  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

11  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

12  as vague and ambiguous.  For example, the term "relating to" is vague and ambiguous.  Samsung

13  further objects to the Request as overbroad in that it is not reasonably limited as to the scope of

14  documents and things it seeks.  Samsung further objects to the Request to the extent it seeks

15  documents containing confidential third party information, including information subject to a non-

16  disclosure or other agreement between Samsung and a third party.

17       Subject to these objections, Samsung is willing to meet and confer with Apple about the

18  relevance and scope of the information sought by this request.

19  **REQUEST FOR PRODUCTION NO. 26:**

20       All documents relating to the decision to adopt the Hardware Design of each of the

21  Captivate, Continuum, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G,

22  Gravity, Indulge, Infuse 4G, Intercept, Mesmerize, Showcase i500, Showcase Galaxy S,

23  Transform, Vibrant, and Galaxy S II phones and the Galaxy tablets.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

25       In addition to its Objections and Responses Common to All Requests for Production,

26  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

27  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

28  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

1   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

2   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

3   as vague and ambiguous.  For example, the terms "Hardware Design" and "decision" are vague

4   and ambiguous.  Samsung further objects to the Request as duplicative of Apple's Request For

5   Production No. 11.

6        Subject to these objections, Samsung will produce relevant, non-privileged documents

7   within its possession, custody, or control, if any, after conducting a reasonable search in

8   accordance with the Patent Local Rules.

9   **REQUEST FOR PRODUCTION NO. 27:**

10       All documents relating to the decision to adopt each version of the Graphical User

11  Interface Design installed on or available on each of the Products at Issue, including the decision

12  to adopt each of the icons displayed in each version of the Graphical User Interface Design

13  installed on or available on each of the Products at Issue.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

15       In addition to its Objections and Responses Common to All Requests for Production,

16  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

21  as vague and ambiguous.  For example, the terms "decision," "version" and "Graphical User

22  Interface Design" are vague and ambiguous.  Samsung further objects to the Request as

23  duplicative of Apple's Request For Production No. 11.

24       Subject to these objections, Samsung will produce relevant, non-privileged documents

25  within its possession, custody, or control, if any, after conducting a reasonable search in

26  accordance with the Patent Local Rules.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

**REQUEST FOR PRODUCTION NO. 28:**

All documents sufficient to show each of Your sales forecasts for each of the Products at Issue.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects the request as vague and ambiguous.  For example, the terms "sales forecasts" and "Products at Issue" are vague and ambiguous.  Samsung further objects to the Request to the extent it seeks highly confidential documents containing sensitive proprietary business information, the disclosure of which would cause Samsung substantial competitive harm.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 29:**

All documents relating to any testing, surveys, focus groups, studies, or other means of obtaining consumer opinions that Samsung conducted or had conducted on their behalf in connection with each of the Products at Issue.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects the request as vague and ambiguous.  For example, the term "Products at Issue" is vague and ambiguous.

1   Samsung further objects to the Request as overbroad in that it seeks documents and things that

2   bear on occurrences in other countries that are not at issue in this litigation.  Samsung further

3   objects to the Request to the extent it seeks documents that are not relevant to the claims or

4   defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

5   evidence.  Samsung further objects to the Request to the extent it seeks documents that are not

6   within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

7   the extent it seeks documents containing confidential third party information, including

8   information subject to a non-disclosure or other agreement between Samsung and a third party.

9       Subject to these objections, Samsung is willing to meet and confer with Apple about the

10  relevance and scope of the information sought by this request.

11  **REQUEST FOR PRODUCTION NO. 30:**

12      Documents sufficient to identify each Person who was involved in the design of the

13  Hardware Design of each of the Products at Issue and/or each version of the Graphical User

14  Interface Design installed on or available on each of the Products at Issue, including identifying

15  the title of each such Person and the group or department with which each such Person was

16  associated during the period of his or her involvement.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

18      In addition to its Objections and Responses Common to All Requests for Production,

19  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

20  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

21  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

22  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

23  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

24  as vague and ambiguous.  For example, the terms "Products at Issue," "Hardware Design,"

25  Graphical User Interface Design" and "each person who was involved" are vague, ambiguous and

26  overbroad.  Samsung further objects to the Request to the extent it seeks documents that are not

27  relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the

28  discovery of admissible evidence.

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2  within its possession, custody, or control, if any, after conducting a reasonable search in

3  accordance with the Patent Local Rules.

4  **REQUEST FOR PRODUCTION NO. 31:**

5    All documents authored, received, or viewed by Lee Don-Joo relating to Apple or the

6  Apple Products, including email communications.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8    In addition to its Objections and Responses Common to All Requests for Production,

9  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

14  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

15  seeks.  For example, the Request applies to "everything authored, received or viewed," without

16  limitation as to time.  Samsung further objects to the Request as overbroad in that it seeks

17  documents and things that pertain to products not at issue in this litigation.  Samsung further

18  objects to the Request to the extent it seeks documents that are not relevant to the claims or

19  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

20  evidence.

21    Subject to these objections, Samsung is willing to meet and confer with Apple about the

22  relevance and scope of the information sought by this request.

23  **REQUEST FOR PRODUCTION NO. 32:**

24    Documents sufficient to identify all retail outlets in the United States where each of the

25  Products at Issue has been, is, or will be sold.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

27    In addition to its Objections and Responses Common to All Requests for Production,

28  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

1   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

2   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

3   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

4   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

5   as vague and ambiguous.  For example, the term "Product at Issue" is vague and ambiguous.

6   Samsung further objects to the Request to the extent it seeks documents that are not within the

7   possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent

8   it seeks documents equally or more readily available to Apple than to Samsung.  Samsung further

9   objects to the Request to the extent the requested documents are publicly available.

10          Subject to these objections, Samsung is willing to meet and confer with Apple about the

11   relevance and scope of the information sought by this request.

12   **REQUEST FOR PRODUCTION NO. 33:**

13          Documents sufficient to show the date when each of the Products at Issue was first offered

14   for sale in the United States.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

16          In addition to its Objections and Responses Common to All Requests for Production,

17   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

18   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

19   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

20   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

21   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

22   as vague and ambiguous.  For example, the term "Product at Issue" is vague and ambiguous.

23   Samsung further objects to the Request as overbroad in that it is not limited to any reasonable time

24   period and seeks documents and things from time periods not at issue in this litigation.  Samsung

25   further objects to the Request to the extent the requested documents are publicly available.

26   Samsung further objects to the Request as premature to the extent it seeks documents and things

27   inconsistent with the timeframes set forth in the Northern District of California Patent Local

28   Rules.

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2  within its possession, custody, or control, if any, after conducting a reasonable search in

3  accordance with the Patent Local Rules.

4  **REQUEST FOR PRODUCTION NO. 34:**

5    Documents sufficient to identify U.S. revenues generated by each of the Products at Issue

6  on a product-by-product basis.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

8    In addition to its Objections and Responses Common to All Requests for Production,

9  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

14  as vague and ambiguous.  For example, the term "Product at Issue" is vague and ambiguous.

15  Samsung further objects to the Request to the extent the requested documents are publicly

16  available.  Samsung further objects to the Request to the extent it seeks highly confidential

17  documents containing sensitive proprietary business information, the disclosure of which would

18  cause Samsung substantial competitive harm.

19    Subject to these objections, Samsung is willing to meet and confer with Apple about the

20  relevance and scope of the information sought by this request.

21  **REQUEST FOR PRODUCTION NO. 35:**

22    All documents relating to any communications between Samsung and any third parties

23  relating to Apple or to any lawsuit currently pending in which You and Apple are adverse.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

25    In addition to its Objections and Responses Common to All Requests for Production,

26  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

27  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

28  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

Case No. 11-cv-01846-LHK

1  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

2  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

3  as vague and ambiguous.  For example, the term "adverse" is vague and ambiguous.  Samsung

4  further objects to the Request as overbroad in that it is not reasonably limited as to the scope of

5  documents and things it seeks.  Samsung further objects to the Request as overbroad in that it

6  seeks documents and things that pertain to products not at issue in this litigation.  Samsung further

7  objects to the Request as overbroad in that it seeks documents and things that bear on occurrences

8  in other countries that are not at issue in this litigation.  Samsung further objects to the Request to

9  the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not

10  reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to

11  the Request to the extent it seeks documents that are not within the possession, custody, or control

12  of Samsung.  Samsung further objects to the Request to the extent it seeks documents containing

13  confidential third party information, including information subject to a non-disclosure or other

14  agreement between Samsung and a third party.

15       Subject to these objections, Samsung is willing to meet and confer with Apple about the

16  relevance and scope of the information sought by this request.

17  **REQUEST FOR PRODUCTION NO. 36:**

18       All documents relating to any of the elements of the Original iPhone Trade Dress, iPhone

19  3G Trade Dress, iPhone 3GS Trade Dress, iPhone 4 Trade Dress, iPhone Trade Dress, iPad Trade

20  Dress, and iPad 2 Trade Dress, any of the elements identified in the descriptions in the Trade

21  Dress Registrations and the Trade Dress Applications, or any of the Registered Icon Trademarks,

22  the Purple iTunes Store Trademark, or the iTunes Eighth Note and CD Design Trademark.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

24       In addition to its Objections and Responses Common to All Requests for Production,

25  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

1  burdensome, and/or would require undue expense to answer.  Samsung further objects to the

2  Request as overbroad in that it is not reasonably limited as to the scope of documents and things it

3  seeks.  Samsung further objects to the Request to the extent it seeks documents that are not within

4  the possession, custody, or control of Samsung.  Samsung further objects to the Request to the

5  extent it seeks documents equally or more readily available to Apple than to Samsung.  Samsung

6  further objects to the Request to the extent the requested documents are publicly available.

7  Samsung further objects to the Request as premature to the extent it seeks documents and things

8  inconsistent with the timeframes set forth in the Northern District of California Patent Local

9  Rules.  Samsung further objects to the Request to the extent it calls for a legal conclusion.

10  Samsung further objects to the Request to the extent it implies any aspect of Apple products'

11  design constitutes an element of its trade dress.  Documents produced in response to this request,

12  if any, do not constitute an admission that any aspect of Apple products' design constitutes an

13  element of its trade dress.

14       Subject to these objections, Samsung is willing to meet and confer with Apple about the

15  relevance and scope of the information sought by this request.

16  **REQUEST FOR PRODUCTION NO. 37:**

17       All documents relating to Samsung's knowledge of any third party's use of any of the

18  elements of the Original iPhone Trade Dress, iPhone 3G Trade Dress, iPhone 3GS Trade Dress,

19  iPhone 4 Trade Dress, and iPhone Trade Dress, any of the elements identified in the descriptions

20  in the Trade Dress Registrations and U.S. Application Serial No. 85/299,118, or any of the

21  Registered Icon Trademarks, the Purple iTunes Store Trademark, or the iTunes Eighth Note and

22  CD Design Trademark in the field of smartphones or digital media players.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

24       In addition to its Objections and Responses Common to All Requests for Production,

25  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

1   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

2   as vague and ambiguous.  For example, the terms "any third party's use," "fields," and "digital

3   media players" are vague and ambiguous.  Samsung further objects to the Request as overbroad in

4   that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further

5   objects to the Request to the extent it seeks documents that are not relevant to the claims or

6   defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

7   evidence.  Samsung further objects to the Request as duplicative of Apple's Request For

8   Production No. 36.  Samsung further objects to the Request to the extent it calls for a legal

9   conclusion.  Samsung further objects to the Request to the extent it seeks documents containing

10  confidential third party information, including information subject to a non-disclosure or other

11  agreement between Samsung and a third party.  Samsung further objects to the Request to the

12  extent it implies any aspect of Apple products' design constitutes an element of its trade dress.

13  Documents produced in response to this request, if any, do not constitute an admission that any

14  aspect of Apple products' design constitutes an element of its trade dress.

15      Subject to these objections, Samsung is willing to meet and confer with Apple about the

16  relevance and scope of the information sought by this request.

17  **REQUEST FOR PRODUCTION NO. 38:**

18      All documents relating to Samsung's knowledge of any third party's use of any of the

19  elements of the iPad Trade Dress and iPad 2 Trade Dress, any of the elements identified in the

20  descriptions of U.S. Application Serial Nos. 77/921,838, 77/921,820, and 77/921,869, or any of

21  the Registered Icon Trademarks, the Purple iTunes Store Trademark, or the iTunes Eighth Note

22  and CD Design Trademark in the field of tablet computers.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

24      In addition to its Objections and Responses Common to All Requests for Production,

25  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

1  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

2  as vague and ambiguous.  For example, the terms "any third party's use," "fields," and "digital

3  media players" are vague and ambiguous.  Samsung further objects to the Request as overbroad in

4  that it is not reasonably limited as to the scope of documents and things it seeks.  Samsung further

5  objects to the Request to the extent it seeks documents that are not relevant to the claims or

6  defenses of any party and/or not reasonably calculated to lead to the discovery of admissible

7  evidence.  Samsung further objects to the Request as duplicative of Apple's Request For

8  Production No. 36.  Samsung further objects to the Request to the extent it calls for a legal

9  conclusion.  Samsung further objects to the Request to the extent it seeks documents containing

10  confidential third party information, including information subject to a non-disclosure or other

11  agreement between Samsung and a third party.  Samsung further objects to the Request to the

12  extent it implies any aspect of Apple products' design constitutes an element of its trade dress.

13  Documents produced in response to this request, if any, do not constitute an admission that any

14  aspect of Apple products' design constitutes an element of its trade dress.

15      Subject to these objections, Samsung is willing to meet and confer with Apple about the

16  relevance and scope of the information sought by this request.

17  **REQUEST FOR PRODUCTION NO. 39:**

18      All documents relating to actual or possible confusion, mistake or deception, or the

19  likelihood of confusion, as to source, affiliation, or sponsorship between Apple and Samsung or

20  between any of the Apple Products and any of the Captivate, Continuum, Fascinate, Galaxy Ace,

21  Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Gravity, Indulge, Infuse 4G, Intercept,

22  Mesmerize, Showcase i500, Showcase Galaxy S, Transform, Vibrant, and Galaxy S II phones and

23  the Galaxy tablets.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

25      In addition to its Objections and Responses Common to All Requests for Production,

26  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

27  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

28  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

1    applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

2    burdensome, and/or would require undue expense to answer.  Samsung further objects the request

3    as vague and ambiguous.  For example, the term "confusion, source, affiliation, sponsorship" is

4    vague and ambiguous.  Samsung further objects to the Request as overbroad in that it seeks

5    documents and things that pertain to products not at issue in this litigation.  Samsung further

6    objects to the Request to the extent it seeks documents that are not within the possession, custody,

7    or control of Samsung.

8          Subject to these objections, Samsung is willing to meet and confer with Apple about the

9    relevance and scope of the information sought by this request.

10   **REQUEST FOR PRODUCTION NO. 40:**

11         Documents sufficient to show, by month, the amount spent by Samsung in the United

12   States on advertising, marketing, and promotion of each of the Products at Issue on a product-by-

13   product basis.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

15         In addition to its Objections and Responses Common to All Requests for Production,

16   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

17   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

18   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

19   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

20   burdensome, and/or would require undue expense to answer.  Samsung further objects to the

21   Request as overbroad in that it seeks documents and things that pertain to products not at issue in

22   this litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

23   within the possession, custody, or control of Samsung.  Samsung further objects the request as

24   vague and ambiguous.  For example, the terms "Products at Issue" and "advertising, marketing,

25   and promotion" are vague and ambiguous.  Samsung further objects to the Request in that it seeks

26   data broken out by a particular time period.  Samsung further objects to the Request to the extent it

27   seeks highly confidential documents containing sensitive proprietary business information, the

28   disclosure of which would cause Samsung substantial competitive harm.

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

1   Subject to these objections, Samsung is willing to meet and confer with Apple about the

2   relevance and scope of the information sought by this request.

3   **REQUEST FOR PRODUCTION NO. 41:**

4   Documents sufficient to show, by month, the volume of sales in the United States, in units,

5   of each of the Products at Issue on a product-by-product basis.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

7   In addition to its Objections and Responses Common to All Requests for Production,

8   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

9   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

10  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

11  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

12  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

13  as vague and ambiguous.  For example, the term "Products at Issue" is vague and ambiguous.

14  Samsung further objects to the Request in that it seeks data broken out by a particular time period.

15  Samsung further objects to the Request to the extent it seeks highly confidential documents

16  containing sensitive proprietary business information, the disclosure of which would cause

17  Samsung substantial competitive harm.

18  Subject to these objections, Samsung is willing to meet and confer with Apple about the

19  relevance and scope of the information sought by this request.

20  **REQUEST FOR PRODUCTION NO. 42:**

21  Documents sufficient to show the current and past retail prices for each of the Products at

22  Issue.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

24  In addition to its Objections and Responses Common to All Requests for Production,

25  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

26  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

27  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

28  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

1    burdensome, and/or would require undue expense to answer.  Samsung further objects the request

2    as vague and ambiguous.  For example, the term "Products at Issue" is vague and ambiguous.

3    Samsung further objects to the Request to the extent it seeks documents that are not within the

4    possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent

5    it seeks highly confidential documents containing sensitive proprietary business information, the

6    disclosure of which would cause Samsung substantial competitive harm.

7         Subject to these objections, Samsung is willing to meet and confer with Apple about the

8    relevance and scope of the information sought by this request.

9    **REQUEST FOR PRODUCTION NO. 43:**

10        All documents relating to Your affirmative defenses.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

12        In addition to its Objections and Responses Common to All Requests for Production,

13   which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

14   seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

15   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

16   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

17   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

18   as vague and ambiguous.  For example, the term "relating to" is vague and ambiguous.  Samsung

19   further objects to the Request to the extent it seeks documents that are not within the possession,

20   custody, or control of Samsung.  Samsung further objects to the Request as premature to the extent

21   it seeks documents and things inconsistent with the timeframes set forth in the Northern District of

22   California Patent Local Rules.  Samsung further objects to the Request to the extent the requested

23   documents are publicly available.

24        Subject to these objections, Samsung is willing to meet and confer with Apple about the

25   relevance and scope of the information sought by this request.

26

27

28

1    **REQUEST FOR PRODUCTION NO. 44:**

2         Documents sufficient to disclose Samsung's accounting practices and methods, including

3    Samsung's theories of depreciation, assignment of debt, and allocation of expenses, profit, and

4    losses.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

6         In addition to its Objections and Responses Common to All Requests for Production,

7    which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

8    seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

9    work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

10   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

11   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

12   as vague and ambiguous.  For example, the term "theories of depreciation" is vague and

13   ambiguous.  Samsung further objects to the Request as overbroad in that it seeks documents and

14   things that pertain to products not at issue in this litigation.  Samsung further objects to the

15   Request as overbroad in that it seeks documents and things that bear on occurrences in other

16   countries that are not at issue in this litigation.  Samsung further objects to the Request to the

17   extent it seeks documents that are not relevant to the claims or defenses of any party and/or not

18   reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to

19   the Request to the extent it seeks documents that are not within the possession, custody, or control

20   of Samsung.  Samsung further objects to the Request to the extent it seeks documents equally or

21   more readily available to Apple than to Samsung.  Samsung further objects to the Request to the

22   extent the requested documents are publicly available.  Samsung further objects to the Request to

23   the extent it seeks highly confidential documents containing sensitive proprietary business

24   information, the disclosure of which would cause Samsung substantial competitive harm.

25        Subject to these objections, Samsung is willing to meet and confer with Apple about the

26   relevance and scope of the information sought by this request.

27

28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

**REQUEST FOR PRODUCTION NO. 45:**

Documents sufficient to identify Samsung's executive and management structure for each of the past three years, including documents that identify each individual holding such positions as director, CEO, CFO, CTO, CAO, president, vice president, general counsel, and management-level engineers, department heads, and sales and marketing representatives.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer. Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence. Samsung further objects to the Request to the extent it seeks documents equally or more readily available to Apple than to Samsung. Samsung further objects to the Request to the extent the requested documents are publicly available.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 46:**

Documents sufficient to identify the structure and hierarchy of all entities, divisions, departments, teams, and groups that research, develop, test, manufacture, produce, market, sell, or are otherwise responsible for any of the Products at Issue, including documents that identify Samsung's management personnel and third-party suppliers, manufacturers, and distributors.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

1  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

4  as vague and ambiguous.  For example, the terms "Products at Issue" and "research, develop, test,

5  manufacture, produce, market, sell, or otherwise responsible" are vague and ambiguous.  Samsung

6  further objects to the Request as duplicative of Apple's Request For Production No. 45.  Samsung

7  further objects to the Request to the extent it seeks documents that are not within the possession,

8  custody, or control of Samsung.  Samsung further objects to the Request to the extent it seeks

9  documents equally or more readily available to Apple than to Samsung.  Samsung further objects

10  to the Request to the extent the requested documents are publicly available.

11      Subject to these objections, Samsung is willing to meet and confer with Apple about the

12  relevance and scope of the information sought by this request.

13  **REQUEST FOR PRODUCTION NO. 47:**

14      Documents sufficient to identify the number (and percentage) of units of each of the

15  Products at Issue that has been returned to retailers by purchasers, or by retailers to, Samsung, on a

16  product-by-product basis.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

18      In addition to its Objections and Responses Common to All Requests for Production,

19  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

20  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

21  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

22  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

23  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

24  as vague and ambiguous.  For example, the terms "Products at Issue" and "returned" are vague

25  and ambiguous.  Samsung further objects to the Request as overbroad in that it seeks documents

26  and things that bear on occurrences in other countries that are not at issue in this litigation.

27  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

28  claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

1  admissible evidence.  Samsung further objects to the Request to the extent it seeks documents that

2  are not within the possession, custody, or control of Samsung.

3      Subject to these objections, Samsung is willing to meet and confer with Apple about the

4  relevance and scope of the information sought by this request.

5  **REQUEST FOR PRODUCTION NO. 48:**

6      All documents relating to purchasers' reasons for returning any of the Products at Issue to

7  retailers.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

9      In addition to its Objections and Responses Common to All Requests for Production,

10  which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

11  seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

12  work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

13  applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

14  burdensome, and/or would require undue expense to answer.  Samsung further objects the request

15  as vague and ambiguous.  For example, the terms "Products at Issue" and "returning" are vague

16  and ambiguous.  Samsung further objects to the Request as overbroad in that it seeks documents

17  and things that bear on occurrences in other countries that are not at issue in this litigation.

18  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the

19  claims or defenses of any party and/or not reasonably calculated to lead to the discovery of

20  admissible evidence.  Samsung further objects to the Request to the extent it seeks documents that

21  are not within the possession, custody, or control of Samsung.

22      Subject to these objections, Samsung is willing to meet and confer with Apple about the

23  relevance and scope of the information sought by this request.

24  **REQUEST FOR PRODUCTION NO. 49:**

25      All documents relating to any joint defense agreements between Samsung and any third

26  parties relating to the subject matter or issues of this proceeding.

27

28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.  Samsung further objects to the Request to the extent it seeks documents that are not within the possession, custody, or control of Samsung.  Samsung further objects to the Request to the extent it seeks documents subject to a protective order.

Subject to these objections, Samsung is willing to meet and confer with Apple about the relevance and scope of the information sought by this request.

**REQUEST FOR PRODUCTION NO. 50:**

A copy of each document retention policy used by Samsung during the last three years and documents sufficient to identify the dates during which each policy was in effect.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

In addition to its Objections and Responses Common to All Requests for Production, which it hereby incorporates by reference, Samsung objects to this Request to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly burdensome, and/or would require undue expense to answer.  Samsung further objects to the Request to the extent it seeks documents that are not relevant to the claims or defenses of any party and/or not reasonably calculated to lead to the discovery of admissible evidence.

1    Subject to these objections, Samsung will produce relevant, non-privileged documents

2 within its possession, custody, or control, if any, after conducting a reasonable search in

3 accordance with the Patent Local Rules.

4 **REQUEST FOR PRODUCTION NO. 51:**

5    All documents upon which Samsung relied, or to which Samsung referred, in preparing its

6 responses to Apple's Second Set of Interrogatories.

7 **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

8    In addition to its Objections and Responses Common to All Requests for Production,

9 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

10 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

11 work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

12 applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

13 burdensome, and/or would require undue expense to answer.  Samsung further objects to the

14 Request as duplicative.

15    Subject to these objections, Samsung will produce relevant, non-privileged documents

16 within its possession, custody, or control, if any, after conducting a reasonable search in

17 accordance with the Patent Local Rules.

18 **REQUEST FOR PRODUCTION NO. 52:**

19    All documents relating to agreements, contracts, or other guarantees, between You and any

20 carrier, wholesaler, retailer, or other consumer of Your mobile phones or tablet computers, that

21 would prohibit or impact Your ability to seek, enforce, or maintain an injunction against another

22 manufacturer of mobile phones or tablet computers, including, but not limited to, any "non-

23 disruption" clause, provision, or language in Your "Master Purchase Agreement" or other supply

24 agreement with AT&T.

25 **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

26    In addition to its Objections and Responses Common to All Requests for Production,

27 which it hereby incorporates by reference, Samsung objects to this Request to the extent that it

28 seeks to elicit information subject to and protected by the attorney-client privilege, the attorney

1   work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other

2   applicable privilege or immunity.  Samsung further objects to the Request to the extent it is unduly

3   burdensome, and/or would require undue expense to answer.  Samsung further objects the request

4   as vague and ambiguous.  For example, the terms "agreements, contracts, or other guarantees,"

5   "prohibit or impact," and "seek enforce, or maintain" are vague and ambiguous.  Samsung further

6   objects to the Request as overbroad in that it seeks documents and things that pertain to products

7   not at issue in this litigation.  Samsung further objects to the Request as overbroad in that it seeks

8   documents and things that bear on occurrences in other countries that are not at issue in this

9   litigation.  Samsung further objects to the Request to the extent it seeks documents that are not

10  within the possession, custody, or control of Samsung.  Samsung further objects to the Request to

11  the extent it calls for a legal conclusion.  Samsung further objects to the Request to the extent it

12  seeks documents containing confidential third party information, including information subject to

13  a non-disclosure or other agreement between Samsung and a third party.  Samsung further objects

14  to the Request to the extent it seeks highly confidential documents containing sensitive proprietary

15  business information, the disclosure of which would cause Samsung substantial competitive harm.

16          Subject to these objections, Samsung is willing to meet and confer with Apple about the

17  relevance and scope of the information sought by this request.

18

19  DATED: September 8, 2011                  Respectfully submitted,

20                                            QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
21

22

23                                            By   /s/ Todd Briggs
                                                  Charles K. Verhoeven
24                                                Kevin P.B. Johnson
                                                  Victoria F. Maroulis
25                                                Michael T. Zeller
                                                  Attorneys for SAMSUNG ELECTRONICS CO.,
26                                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                                  INC. and SAMSUNG
27                                                TELECOMMUNICATIONS AMERICA, LLC
28

SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)

## CERTIFICATE OF SERVICE

I hereby certify that on Sept. 8, 2011, I caused **SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 9-52)** to be electronically served on the following via email:

**ATTORNEYS FOR APPLE INC.**

HAROLD J. MCELHINNY
hmcelhinny@mofo.com
MICHAEL A. JACOBS
mjacobs@mofo.com
JENNIFER LEE TAYLOR
jtaylor@mofo.com
ALISON M. TUCHER
atucher@mofo.com
RICHARD S.J. HUNG
rhung@mofo.com
JASON R. BARTLETT
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on Sept. 8, 2011.

_____/s/ Melissa N. Chan_____

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND RESPONSES TO APPLE'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 9-52)