# Exhibit 5

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１６年５月１０日（２００４．５．１０）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１２０４２２１号（Ｄ１２０４２２１）
（２４）【登録日】平成１６年３月１９日（２００４．３．１９）
（５４）【意匠に係る物品】カメラ付携帯電話機
（５２）【意匠分類】Ｈ３−３０
（５１）【国際意匠分類（参考）】１４−０３
【Ｄターム】ＨＣＡＢＡ００、ＨＣＡＢＢ０３．ＨＣＡＢＣ００、ＨＣＡＣＡ００．ＨＣＡＣＣ０３、ＨＣＡＣ
Ｄ０１、ＨＣＡＣＥ００
（２１）【出願番号】意願２００３−２９２６６（Ｄ２００３−２９２６６）
（２２）【出願日】平成１５年１０月６日（２００３．１０．６）
（７２）【創作者】
【氏名】松本　潤
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７２）【創作者】
【氏名】渡辺　慎二
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７２）【創作者】
【氏名】片山　裕史
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７２）【創作者】
【氏名】小原　隆志
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７２）【創作者】
【氏名】橋内　恭人
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７２）【創作者】
【氏名】田子　學
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７３）【意匠権者】
【識別番号】０００００３０７８
【氏名又は名称】株式会社東芝
【氏名又は名称原語表記】ＫＡＢＵＳＨＩＫＩ　ＫＡＩＳＨＡ　ＴＯＳＨＩＢＡ
【住所又は居所】東京都港区芝浦一丁目１番１号
【住所又は居所原語表記】１−１，Ｓｈｉｂａｕｒａ　１−Ｃｈｏｍｅ，Ｍｉｎａｔｏ−ｋｕ，Ｔｏｋｙｏ　１
０５−８００１　ＪＡＰＡＮ
（７４）【代理人】
【識別番号】１０００８３１６１
【弁理士】
【氏名又は名称】外川　英明
【審査官】藤井　麻理
【図面】
【斜視図】

SAMNDCA00256066

(2)                                    意匠登録１２０４２２１





【使用状態の参考図】



【平面図】



SAMNDCA00256067

(3)                                意匠登録１２０４２２１

【正面図】



【底面図】



【背面図】



【左側面図】



【右側面図】



SAMNDCA00256068

(4)                                                意匠登録１２０４２２１

【たたんだ状態の斜視図】



【たたんだ状態の平面図】



【たたんだ状態の正面図】



【たたんだ状態の左側面図】



【たたんだ状態の右側面図】

SAMNDCA00256069

(5)                                           意匠登録１２０４２１



【たたんだ状態の底面図】



【たたんだ状態の背面図】



SAMNDCA00256070

I, Robert Ginns, of California, USA, hereby declare that I am a professional translator/editor experienced in translating Japanese technical documents into English, and certify that the foregoing is a true and accurate translation to the best of my knowledge and capability.

Document Name:  JPD1204221

Translation Date: January 3, 2012

*Robert M. Ginns*

Translator's Signature                                                    Date: January 3, 2012

Robert Ginns

SAMNDCA00256071

| (19) [Publication Country] | Japan Patent Office (JP) |
|---|---|
| (45) [Publication Date] | May 10 , 2004 |
| (12) [Gazette Classification] | Design Gazette (S) |
| (11) [Registration No.] | Design Registration No. 1204221 (D1204221) |
| (24) [Registration Date] | March 19, 2004 |
| (54) [Article to which the design is applied] | Camera equipped mobile telephone |
| (52) [Design Classification] | H3-30 |
| (51) [International Design Classification (Reference)] | 14-03 |
| [D theme] | HCABA00, HCABB03, HCABC00, HCACA00, HCACC03, HCACD01, HCACE00 |
| (21) [Application No.] | Design 2003-29266 (D2003-29266) |
| (22) [Application Date] | October 6, 2003 |
| (72) [Creator] | |
| [Name] | Matsumoto, (illegible); Watanabe, (illegible); Katayama, Hiroshi; Ohara, Takashi; (illegible), (Illegible); Hahako, (Illegible) |
| [Location or Residence] |  1-1 Shibaura 1- Chome Minato-ku Tokyo |
| (73) [Owner of a registered design right] | |
| [Identification No.] | 000003078 |
| [Name or Title] | Toshiba Corp. |
| [Name or Original Declared Name] | Kabushiki Kaisha Toshiba |
| [Location or Residence] | 1-1 Shibaura 1- Chome Minato-ku Tokyo |
| [Location or original Declared Residence] | 1-1 Shibaura 1- Chome Minato-ku Tokyo 105-8001 Japan |
| (74) [Representative] | |
| [Identification No.] | 100083161 |
| [Patent Attorney] | |
| [Name or Title] | Togawa, Hideaki |
| [Examiner] | (Illegible), (Illegible) |
| [Drawings] | |
| [Perspective View] | |

SAMNDCA00256072

(2)                                                    Design Registration 1204221



[Reference diagram for use conditions]

SAMNDCA00256073



[Level view]



SAMNDCA00256074

(3)                                      Design Registration 1204221

[Front view]



[Base view]



[Left side view]



[Right side view]

SAMNDCA00256075



SAMNDCA00256076

(4)                                        Design Registration 1204221

[Perspective view of folded condition]



[Level view of folded condition]



[Front view of folding condition]



[Left side view of folded condition]

SAMNDCA00256077



[Right side view of folded condition]

SAMNDCA00256078

(5)                                            Design Registration 1204221



[Base view of folded condition]



[Back view of folded condition]



SAMNDCA00256079