# Exhibit 6

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

Before The Honorable Thomas B. Pender
Administrative Law Judge

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN ELECTRONIC DIGITAL MEDIA DEVICES AND COMPONENTS THEREOF** | Investigation No. 337-TA-796 |

**SAMSUNG'S PRE-HEARING BRIEF**

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER**

I.      **INTRODUCTION**

Apple's patent claims here are just one piece of a worldwide litigation war started by Apple last year.  That assault results from Apple's fear of legitimate competition from Android alternatives, which give consumers an attractive competitive option.  Apple's desire to stop Android competition at any cost, stems from Steve Jobs himself, who reportedly said:  "I'm going to destroy Android, because it's a stolen product.  I'm willing to go thermonuclear war on this."  "I will spend my last dying breath if I need to, and I will spend every penny of Apple's $40 billion in the bank, to right this wrong."

Samsung is a leading innovator of new technologies and improvements to existing technologies.  Apple, by contrast, is not a significant innovator, but is by any standard an extraordinarily successful marketer.

Samsung's commitment to innovation is nowhere more evident than in the smartphone industry.  Samsung began developing mobile phone technology in 1991, more than 15 years before Apple announced its first phone.  Samsung has since invested billions of dollars researching and developing patented technologies, paving the way for today's smartphones.

In 2007, long after Samsung introduced its first mobile phone, Apple entered the mobile device market with the iPhone.  Apple did not become a leader in cellular communications overnight, nor did it build its smartphone platform from scratch.  Rather, Apple successfully repackaged and marketed technology developed by Samsung and others.

As Steve Jobs noted:  "Picasso had a saying, 'Good artists copy, great artists steal.'  And we [Apple] have always been shameless about stealing great ideas."  Apple was, by its own CEO's admission, the consummate copier and thief.  Yet Apple changed its tune after the success of the iPhone, warning, in 2009, that "we like competition as long as they don't rip off our IP.

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER**

Dated: May 10, 2012                    Respectfully submitted,

/s/ S. Alex Lasher
_____
Charles K. Verhoeven
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111

Kevin P.B. Johnson
Victoria F. Maroulis
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065

Eric Huang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

William Price
Robert J. Becher
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017

Paul F. Brinkman
Alan L. Whitehurst
S. Alex Lasher
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, DC  20004

Charles F. Schill
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

*Counsel for Respondents*
*Samsung Electronics Co., Ltd., Samsung*
*Electronics America, Inc. and*
*Samsung Telecommunications America, LLC*