Exhibit 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**REBUTTAL EXPERT REPORT OF PETER W. BRESSLER, FIDSA** |

**\*\*CONFIDENTIAL – CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO A PROTECTIVE ORDER\*\***

1       67.     The D'677 patent is further distinguished from the JP'638 Patent based on
2   additional differences, including the smaller speaker slot depicted in the JP'638 Patent, which is
3   narrower relative to the overall design than the speaker slot depicted in the D'677 patent, and the
4   relative narrowness of the front face of the JP'638 design as compared to the D'677 design.
5   Mr. Sherman concedes these differences.  (Sherman Report at 7.)

6       68.     As a result of Mr. Sherman's erroneous analysis, key differences between the
7   JP'638 design's front surface and the corresponding portions of the D'677 patent were ignored:
8   (1) the JP'638 design's significant camber; (2) its lack of a continuous front surface covered
9   entirely by a single piece of material; (2) its lack of edge-to-edge transparency across the front
10  surface; and (4) its lack of a black color designation.  These differences would be readily noticed
11  by the ordinary observer and given significant weight in a visual comparison.  Based on the
12  contrast in overall visual impressions, it is my opinion that an ordinary observer would not find
13  the D'677 design to be substantially the same as the JP'638 design.[6]

14      69.     **JP'221 Patent**.  I also disagree with Mr. Sherman that the JP'221 patent
15  anticipates the D'677 design.  In particular, there's no indication in the JP'221 reference that
16  there is a continuous and transparent surface covering the entire front face of the device.  Rather,
17  JP'221 shows an opaque black border around a matte gray screen.  Moreover, despite
18  Mr. Sherman's assertion otherwise (Sherman Report at 34), there is no indication that any kind of
19  transparent surface stretches over the gray display area.  Accordingly, the JP'221 Patent does not
20  disclose a continuous transparent front surface that extends over the entire front face of the
21  device.

---

[6] Mr. Sherman's analysis also refers to the Sharp 825SH product as the implementation of the JP'638 design. I am informed, however, that the Sharp 825SH product was not announced and released until 2008, after the D'677 patent had been filed in 2007 and is not prior art. Moreover, I find that there are significant differences between the JP'638 design and the Sharp 825SH phone that make it clear that the latter is not an accurate representation of the JP'638 design. Most significantly, the Sharp phone has much less camber to its front surface when compared to the JP'638 design, and the Sharp phone appears to use a black-colored transparent front surface, which is not indicated in the JP'638 design.

V.   **SUPPLEMENTATION**

426.   I reserve the right to supplement this report with new information and/or documents that may be discovered or produced in this case, or to address any new arguments offered by Samsung.

Dated: April 16, 2012

_____
Peter W. Bressler