# Exhibit 8

| | |
|---|---|
| **From:** | Curran Walker <curranwalker@quinnemanuel.com> |
| **Sent:** | Thursday, July 05, 2012 2:13 PM |
| **To:** | Tucher, Alison M.; Samsung v. Apple |
| **Cc:** | AppleMoFo; WHAppleSamsungNDCalService@wilmerhale.com |
| **Subject:** | RE: MIL exchange |

Alison,

After considering Apple proposed MILs, Samsung will be unable to stipulate to any of them at this time.

Best,

**Curran M. Walker | Quinn Emanuel Urquhart & Sullivan, LLP** | 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017
Direct: +1.213.443.3702 | Main Phone: +1.213.443.3000 | Main Fax: +1.213.443.3100 | E-mail:
curranwalker@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Tucher, Alison M. [mailto:ATucher@mofo.com]
**Sent:** Thursday, July 05, 2012 1:06 PM
**To:** Samsung v. Apple
**Cc:** AppleMoFo; WHAppleSamsungNDCalService@wilmerhale.com
**Subject:** FW:MIL exchange

If there is a member of Samsung's legal team that wants to discuss MILs, so we can identify any that will not be opposed, please let me know.

Thanks,
Alison

**From:** Tucher, Alison M.
**Sent:** Thursday, July 05, 2012 11:05 AM
**To:** Thomas Watson (tomwatson@quinnemanuel.com)
**Cc:** Diane Hutnyan (dianehutnyan@quinnemanuel.com)
**Subject:** I can do the MIL exchange that didn't happen yesterday

Please let me know when you're ready.  Thx.

---
Alison Tucher
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105

1

P: 415.268.7269
ATucher@mofo.com

-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------