# Exhibit 9

BEFORE THE

UNITED STATES INTERNATIONAL TRADE COMMISSION

_____

In the Matter of:            )   Investigation No.

CERTAIN ELECTRONIC DIGITAL   )   337-TA-796

MEDIA DEVICES AND            )

COMPONENTS THEREOF           )

_____

Main Hearing Room

United States

International Trade Commission

500 E Street, Southwest

Washington, D.C.

Thursday, June 7, 2012

Volume 6

The parties met, pursuant to the notice of the

Judge, at 8:45 a.m.

BEFORE:   THE HONORABLE THOMAS B. PENDER

```
 1   APPEARANCES:
 2
 3        For Complainant Apple, Inc.:
 4             HAROLD J. McELHINNY, ESQ.
 5             MICHAEL A. JACOBS, ESQ.
 6             RACHEL KREVANS, ESQ.
 7             MATTHEW KREEGER, ESQ.
 8             Morrison & Foerster LLP
 9             425 Market Street
10             San Francisco, CA 94105
11
12             ALEXANDER J. HADJIS, ESQ.
13             KRISTIN L. YOHANNAN, ESQ.
14             Morrison & Foerster LLP
15             2000 Pennsylvania Avenue, N.W.
16             Washington, D.C. 20006
17
18             CHARLES S. BARQUIST, ESQ.
19             Morrison & Foerster LLP.
20             555 West Fifth Street
21             Los Angeles, CA 90013
22
23
24
25
```

```
 1   APPEARANCES (Continued):

 2

 3        For Respondents Samsung Electronics Co.,

 4        Ltd., Samsung Electronics America, Inc., and

 5        Samsung Telecommunications America, LLC:

 6                CHARLES K. VERHOEVEN, ESQ.

 7                Quinn Emanuel Urquhart & Sullivan LLP

 8                50 California Street, 22nd Floor

 9                San Francisco, CA 94111

10

11                KEVIN P.B. JOHNSON, ESQ.

12                Quinn Emanuel Urquhart & Sullivan LLP

13                555 Twin Dolphin Drive, 5th Floor

14                Redwood Shores, CA 94065

15

16                RYAN S. GOLDSTEIN, ESQ.

17                MICHAEL T. ZELLER, ESQ.

18                Quinn Emanuel Urquhart & Sullivan LLP

19                865 South Figueroa St., 10th Floor.

20                Los Angeles, CA 90017

21

22                ERIC HUANG, ESQ.

23                Quinn Emanuel Urquhart & Sullivan LLP

24                51 Madison Avenue, 22nd Floor

25                New York, New York 10010
```

```
 1   APPEARANCES (Continued):
 2
 3       For Respondents Samsung Electronics Co.,
 4       Ltd., Samsung Electronics America, Inc., and
 5       Samsung Telecommunications America, LLC:
 6               JOSEPH MILOWIC, III, ESQ.
 7               Quinn Emanuel Urquhart & Sullivan LLP
 8               51 Madison Avenue, 22nd Floor
 9               New York, New York 10010
10
11               S. ALEX LASHER, ESQ.
12               PAUL BRINKMAN, ESQ.
13               Quinn Emanuel Urquhart & Sullivan LLP
14               1101 Pennsylvania Avenue
15               Washington, D.C. 20004
16
17               MARC K. WEINSTEIN, ESQ.
18               Quinn Emanuel Urquhart & Sullivan LLP
19               NBF Higiya Building, 25F, 1-1-7
20               Uchisaiwai-cho, Chiyoda-ku,
21               Tokyo, 100-0011, Japan
22
23
24
25
```

```
 1    APPEARANCES (Continued):

 2

 3       For ITC Staff:

 4              REGINALD LUCAS, ESQ.

 5                 Investigative Attorney

 6              DAVID LLOYD, ESQ.

 7                 Supervisory Attorney

 8              U.S. International Trade Commission

 9              500 E Street, S.W.

10              Washington, D.C. 20436

11

12       Attorney-Advisor:

13              GREGORY MOLDAFSKY, ESQ.

14              Attorney-Advisor

15              Office of Administrative Law Judges

16              U.S. International Trade Commission

17              500 E Street, S.W.

18              Washington, D.C. 20436

19

20       Also Present:  Albert Kim, Interpreter

21                      Ann Park, Check Interpreter

22

23

24          *** Index appears at end of transcript ***

25
```

1          JUDGE PENDER:  And the thing you
2   should be showing the witness is the backside
3   and front.  And Mr. McElhinny's exactly right.
4   I would not let you have gotten away with that
5   inside the hearing room, had he objected or
6   Mr. Barquist had objected, if they hadn't, then
7   it was up to them.
8          But here they are, they're objecting
9   now, and I'm going to sustain, if there's any
10  testimony based on that kind of situation, I'll
11  sustain an objection.  Is that clear?
12         MR. McELHINNY:  The last --
13         JUDGE PENDER:  Because I think it's
14  inherently misleading.
15         MR. McELHINNY:  I believe, literally,
16  the last issue, Your Honor, is what we call the
17  nonprior art, and this is the mirror image of
18  the judicial notice.  So we had a group of
19  patents which, as I pointed out to you, were
20  never -- post-dated patents that were never
21  shown to any witnesses.
22         There were also a group of post-dated
23  patents that were shown to witnesses at
24  depositions.
25         JUDGE PENDER:  Now, we're talking

1         (The following list of exhibits was
2   given to the court reporter and received in
3   evidence for the Robert Anders Rebuttal:
4   CX-2430C, RX-3631, RDX-32, RDX-33, RDX-37,
5   RX-0365, RX-0371, RX-0485, RX-0487, RX-0516,
6   RX-0591, RX-0595, RX-0621, RX-0691, RX-0729,
7   RX-1031, RX-1961, RX-2460, RX-2539C, RX-2739,
8   RX-2750, RPX-81, RPX-89, RPX-92, RPX-106,
9   RPX-118, RPX-124, RPX-144, RPX-149, RPX-156,
10  RPX-161, RPX-164, RPX-165, RPX-168, JX-0001,
11  JX-0002, JX-0082, JX-0083, JX-0084, and
12  JX-0100.)
13        (Whereupon, at 4:50 p.m., the hearing
14  was adjourned.)
15
16
17
18
19
20
21
22
23
24
25

1              CERTIFICATE OF REPORTER

2    TITLE:  Certain Electronic Digital Media Devices

3    INVESTIGATION NO:  337-TA-796

4    HEARING DATE:  June 7, 2012

5    LOCATION:  Washington, D.C.

6    NATURE OF HEARING:  Volume 6

7         I hereby certify that the foregoing/attached
     transcript is a true, correct and complete record of
8    the above-referenced proceedings of the U.S.
     International Trade Commission.
9    Date:  June 7, 2012

10   SIGNED:CYNTHIA OTT_____

11        Signature of the Contractor of the
          Authorized Contractor's Representative
12        1220 L Street, N.W, Suite 600
          Washington, D.C. 20005
13
          I hereby certify that I am not the Court
14   Reporter and that I have proofread the
     above-referenced transcript of the proceedings of the
15   U.S. International Trade Commission, against the
     aforementioned Court Reporter's notes and recordings,
16   for accuracy in transcription in the spelling,
     hyphenation, punctuation and speaker identification
17   and did not make any changes of a substantive nature.
     The foregoing/attached transcript is a true, correct
18   and complete transcription of the proceedings.

19   SIGNED:  H. NGUYEN  _____
               Signature of Proofreader
20
        I hereby certify that I reported the
21   above-referenced proceedings of the U.S. International
     Trade Commission and caused to be prepared from my
22   tapes and notes of the proceedings a true, correct and
     complete verbatim recording of the proceedings.
23
     SIGNED:CYNTHIA OTT _____
24       Signature of the Court Reporter

25