1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13
14
15
16
17
18
19
20

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTIONS IN LIMINE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

21
22
23
24
25
26
27
28

1      Apple has moved *in limine*, pursuant to Federal Rules of Evidence 401, 402, 403, 802,
2   1002, and 1003 to exclude certain evidence of Samsung.  The Court finds that the evidence
3   offered by Samsung fails to meet the standard of admissibility under the Federal Rules of
4   Evidence.  The Court therefore GRANTS Apple's motion in its entirety.
5          1.    The 035 tablet mock-up and photographs thereof are excluded under Federal
6   Rules of Evidence 401, 402, and 403 as irrelevant and having a substantial risk of unfair
7   prejudice, confusing the issues, and misleading the jury.
8          2.    Evidence and argument regarding non-prior art Apple or Samsung design patents
9   are excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a
10  substantial risk of unfair prejudice, confusing the issues, and misleading the jury.
11         3.    Evidence and argument regarding claimed prior art devices and documents that
12  do not qualify as prior art are excluded under Federal Rules of Evidence 401, 402, and 403 as
13  irrelevant and having a substantial risk of unfair prejudice, confusing the issues, and misleading
14  the jury.  This evidence includes but is not limited to the specific devices and documents
15  discussed in Apple's *Motions in Limine*.  Testimony on this issue is also excluded under Federal
16  Rules of Evidence 1002 and 1003.
17         4.    Testimony or exhibits regarding misleading partial views of patented designs are
18  excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a
19  substantial risk of unfair prejudice, confusing the issues, and misleading the jury.
20         5.    Evidence and argument that Samsung received legal advice regarding the
21  patents-in-suit are excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and
22  having a substantial risk of unfair prejudice, confusing the issues, and misleading the jury.
23  Testimony on this issue is also excluded under Federal Rules of Evidence 1002 and 1003.
24         6.    Evidence or argument as to how courts or tribunals have in other cases
25  construed—or ruled on the validity, enforceability, or infringement of—any Apple or Samsung
26  patent is excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a
27  substantial risk of unfair prejudice, confusing the issues, and misleading the jury.   This evidence
28  is also excluded under Federal Rule of Evidence 802 as inadmissible hearsay.

7. Evidence or argument as to statements allegedly made by Steve Jobs to Walter Isaacson is excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a substantial risk of unfair prejudice, confusing the issues, and misleading the jury. This evidence is also excluded under Federal Rule of Evidence 802 as inadmissible hearsay.

8. Evidence or argument as to the parties' alleged corporate behavior or financial circumstances unrelated to this case, including but not limited to the size of Apple's tax bill, the compensation paid to Apple's employees, working conditions related to the manufacture of Apple's products, or the overall revenues, profits, cash on hand, or wealth of either party is excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a substantial risk of unfair prejudice, confusing the issues, and misleading the jury.

9. Evidence or argument that Samsung's "profits" are anything less than the total economic profits recognized on a consolidated basis by Samsung is excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a substantial risk of unfair prejudice, confusing the issues, and misleading the jury.

10. Evidence or argument regarding the financial terms of Apple's acquisition of Fingerworks is excluded under Federal Rules of Evidence 401, 402, and 403 as irrelevant and having a substantial risk of unfair prejudice, confusing the issues, and misleading the jury.

**IT IS SO ORDERED.**

Dated: ____ __, 2012

By: _____
Honorable Lucy H. Koh
United States Judge