QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1          Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4  seal:
5          1. The unredacted version of Samsung's Motions *in Limine*; and
6          2. Exhibits C, E, G-N, S, T, V, W, and Y to the Declaration of John D'Amato in
7             Support of Samsung's Motions *in Limine*.
8          In short, the above documents discuss, refer to, or comprise information the parties have
9  designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY.   Exhibits S and T to
10 the D'Amato Declaration discuss, refer to, or comprise documents Apple Inc. ("Apple") has
11 designated as confidential.   Exhibits C, E, G-N, V, W, and Y to the D'Amato Declaration
12 discuss, refer to, or comprise documents Samsung has designated as confidential.   Samsung's
13 Motions *in Limine* and Exhibit S to the D'Amato Declaration contain information both Apple and
14 Samsung have designated as confidential.   Samsung has established good cause to seal
15 Samsung's Motions *in Limine* and Exhibits C, E, G-N, S, V, W, and Y to the D'Amato
16 Declaration through the Declaration of Hankil Kang in Support of Samsung's Administrative
17 Motion to File Documents Under Seal.   Samsung expects that Apple will file the declaration
18 required by Local Rule 79-5(d) to permit the Samsung's Motions *in Limine* and Exhibits S and T
19 to the D'Amato Declaration.
20         Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
21 for *in camera* review and served on all parties.

1  DATED: July 5, 2012            QUINN EMANUEL URQUHART &
2                                  SULLIVAN, LLP
3
4                                  By  /s/ Victoria Maroulis
                                      Charles K. Verhoeven
5                                     Kevin P.B. Johnson
                                      Victoria F. Maroulis
6                                     Michael T. Zeller
7                                     Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
8                                     INC., and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC