02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motions *In Limine*.

Samsung and Apple Inc. ("Apple") have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.   The declarations establish that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

-1-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

1   Accordingly, for good cause shown, the Court ORDERS that the following documents
2   shall be filed under seal:
3       1. The unredacted version of Samsung's Motions *in Limine*; and
4       2. Exhibits C, E, G-N, S, T, V, W, and Y to the Declaration of John D'Amato in
5          Support of Samsung's Motions *in Limine*.

7   **IT IS SO ORDERED.**

9   DATED:   _____, 2012

```
                                        _____
                                        Honorable Luch H. Koh
                                        United States District Judge
```