# D'AMATO DECLARATION EX. B

# EXHIBIT 35

## TO
## REPORT OF EXPERT PETER W. BRESSLER, FIDSA, REGARDING UNITED STATES PATENT NOS. D618,678 AND D588,757





PCWorld » Blogs » Mobile Computing

Recommend:  Like 11   157   +1 0   168   Email   1 Comment   Print

**MOBILE COMPUTING**

# Samsung Galaxy S: How Does It Measure Up to the Competition?

By Ginny Mies, PCWorld    Jun 29, 2010 5:42 PM



This spring, Samsung introduced the Samsung Galaxy S, a super Android smartphone to rival the HTC EVO 4G, the various Droids (both Motorola's and HTC's) and of course, the iPhone 4. Versions of the Galaxy S will be making its way to U.S. shores this summer in four different form factors to all four major U.S. carriers. I was lucky enough to get my hands on the original European Galaxy S and did some quick side-by-side comparisons with the other hot phones of the summer.

**Design and Display**

When I first picked up the Galaxy S, I was amazed with how thin and lightweight it was. I was also surprised by how familiar it looked. The design is actually very iPhone 3GS-like with an all black, shiny plastic body and minimal buttons on the phone's face. It is thinner than both the EVO 4G and the Droid X measuring 0.39-inches thick, but slightly beefier than the ultra-slim 0.37-inch iPhone 4. It is the lightest of the bunch, weighing a scant 4.2 ounces.

The Galaxy S's feather-light weight is due in part to the Super AMOLED technology, which the Samsung first introduced at Mobile World Congress on the Samsung Wave. Super AMOLED technology

has touch sensors on the display itself as opposed to creating a separate layer (Samsung's old AMOLED displays had this extra layer) making it the thinnest display technology on the market. Super AMOLED is fantastic; you really have to see it in real life to experience it. Colors burst out of the display and animations appeared lively and smooth.

The Galaxy S' 4-inch display is larger than the iPhone's (3.5-inches), but smaller than the HTC EVO 4G and Motorola Droid X's displays (4.3-inches). Despite its smaller size, the Galaxy S outshined both the Droid X and the EVO 4G in my casual side-by-side comparisons. The side-by-side with the iPhone 4 was a closer call. The iPhone 4's display appeared slightly sharper, but I thought the Galaxy S's colors looked more natural. It is really hard to declare a winner--both displays are stunning.

**Samsung TouchWiz 3.0 with Android 2.1**

The Samsung Galaxy S runs Android 2.1 (Eclair) with Samsung's own TouchWiz 3.0 user interface. Overall, this version of TouchWiz is a lot better than the version on the Samsung Behold II for T-Mobile, which was slow and difficult to navigate. But while this version is an improvement, I encountered some familiar issues with TouchWiz 3.0. Despite the 1GHz Hummingbird processor, the phone lags when launching apps, flipping through menus and scrolling down contact lists or Web pages. This could be due to the fact that this is a pre-production unit, however, and not everything is in perfect working order.

Like HTC Sense, Samsung has its own social media aggregator. Social Hub combines streams from your Facebook, MySpace and Twitter accounts into a single view. It is a useful feature if you need a simple way to keep track of your networks. One odd feature is Mini Diary, which lets you create blog entries with photos, weather info, texts and more. This would be a great feature if you could actually sync this information to your blog or Facebook profile--but weirdly, you can't.

**Camera**


Samsung Galaxy S Test Shot

We put the Galaxy S's 5-megapixel camera through a modified version of our PCWorld Lab Test for point-and-shoot digital cameras along with the iPhone 4, the Motorola Droid X and the HTC EVO 4G. Unfortunately our test panel was not very impressed with the Galaxy's photo quality. The Galaxy S phone earned the lowest score out of the four and an overall word score of "Fair." It finished ahead of the Evo 4G in terms of exposure quality, but finished in last place in our color accuracy, sharpness, and distortion tests.

On the other hand, it took second place in overall video quality. Its performance was skewed heavily toward good performance in bright light. According to our panel, bright-light footage looked a bit underexposed and slightly grainy in a full-screen view, but great at smaller sizes. The

Galaxy S's auto-focus searches a bit before locking onto a crisp image. Its microphone actually picks up audio a bit too well: our audio clip sounded far too loud and blown-out, while it was barely picked up at all by some of the other smartphones in this comparison. In low light, the footage was a bit too murky and undefined to earn a better rating. Read the full test results in our Smartphone Camera Battle: iPhone vs. the Android Army.

Keep an eye out for full reviews of the Samsung Galaxy S phones including the Samsung Epic 4G (Sprint), Samsung Vibrant (T-Mobile) and the Samsung Captivate and the Samsung Fascinate (Verizon).

See more like this: samsung, android, verizon, at&t, t-mobile, sprint

Would you recommend this story?  YES 113   NO 14

*Sponsored Links*

**BlackBerry® Smartphones**
Make the most of every moment with the latest BlackBerry smartphones.
BlackBerry.com

**No Contract Smartphones**
The Best Deals On The Best Phones - No Contracts. Learn More Now
IncrediCell.com

**Top 5 Prepaid Phone Plans**
Find & Compare The Cheapest Plans. No Contracts & Unlimited Plan Offer
best-cell-phone-plans.net

**Ipad Movie Downloads!**
Legally Download & Stream Unlimited Movies For Your Ipad!
www.imoviesclub.com

## Comments (1)



Sort by: **Oldest First**  |  Newest First



By **softrock**

Thu Jul 01 06:44:46 PDT 2010

how can I contact the writer of this story, Ginny Mies.

Mr. Ginny, if you see me, let me know your email address.

Recommend                                                                 Report Abuse | Reply

### Durable Small Business Laptops

Save $$$ on Lenovo's and Customize your ThinkPad T Series

### Bitdefender Sphere

Complete Antivirus Protection for ALL your MAC+PC+Android devices (Save $89).

### Color laser up to 4X faster. Brother Color Talks.

Brother Digital Color Printers are among the fastest in their class, with toll-free technical support for their life, and ranked #1 in reliability.

### Simplify your move to cloud virtualization.

Get started cutting costs and speeding deployment with HP now.

### Kaspersky ONE Universal Security Special Offer

For a limited time, get $15 Off Kaspersky ONE + H&R Block tax software free! Hurry, offer ends soon!

### Unlock breakthrough performance with HP.

Get the IDC Technology Spotlight Brief and learn more.

## Editors' Picks



SXSW Panelists: Mobile Payments Poised to Take off in US



8 Top Applespeak Marketing Slogans



iOS Update Puts 4G Label on AT&T iPhones



The New iPad, Mobile World Congress Recap and Windows 8 Consumer Preview on

Home

Android App Reviews
iPhone App Reviews
Business Center
Cameras
Camcorders
Cell Phones & PDAs
Consumer Advice
Desktop PCs
E-Readers
Gadgets
Gaming
HDTV
Home Theater
Laptops
Macs & iPods
Monitors
Printers
Software
Spyware & Security
Storage
Tablets
Tech Industry
Tech Events
Upgrading
Windows

PCWorld Business Center
Search for Tech Jobs
Careers at IDG
Macworld
MacUser
Mac OS X Hints
iPhone Central
About Us
Ad Choices
Advertise
PCWorld Content Works
Terms of Service Agreement
Privacy Policy
Site Map
Newsletters
FAQ
Contact Us
RSS Feeds
Magazine Customer Service
Community Standards

Select One

