# D'AMATO DECLARATION EX. C FILED UNDER SEAL