# D'AMATO DECLARATION EX. E FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
                HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 1                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
 2                           SAN JOSE DIVISION

 3            Civil Action No.:  11-CV-01846-LHK

 4
      APPLE, INC., a California corporation,
 5
                Plaintiff,
 6

 7    vs.

 8    SAMSUNG ELECTRONICS CO., LTD.,
      a Korean business entity;
 9    SAMSUNG ELECTRONICS AMERICA, INC.,
      a New York corporation; and
10    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability company,
11              Defendants.
      _____/
12

13

14

15             *** HIGHLY CONFIDENTIAL ***
                    ATTORNEYS' EYES ONLY
16

17         VIDEOTAPED PERSONAL DEPOSITION OF:

18                     GEE-SUNG CHOI

19

20

21              Tuesday, April 17, 2012
                       Kim & Chang
22                 Seoul, South Korea
                 1:24 p.m. to 6:24 p.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

|  |  |
|---|---|
| | 1          P R O C E E D I N G S |
| | 2               - - - |
| 01:24:28 | 3      VIDEOGRAPHER:  My name is Inga Kornev, a |
| 01:24:30 | 4  videographer with American Realtime Court |
| 01:24:32 | 5  Reporters/Asia. |
| 01:24:33 | 6      The date today is April 17th, 2012.  And the |
| 01:24:36 | 7  time on the video monitor is 1:24. |
| 01:24:40 | 8      This deposition is being held at the |
| 01:24:43 | 9  Renaissance Hotel in Seoul, South Korea. |
| 01:24:47 | 10     The caption of this case is Apple, Inc. |
| 01:24:49 | 11 versus Samsung Electronics Co., held in the |
| 01:24:54 | 12 United States District Court, Northern District |
| 01:24:57 | 13 of California, San Jose Division, with a civil |
| 01:25:00 | 14 action number of 11-CV-01846-LHK. |
| 01:25:08 | 15     The name of the witness today is Gee-Sung |
| 01:25:13 | 16 Choi, testifying in his individual capacity. |
| 01:25:16 | 17     The court reporter today is Tracey LoCastro, |
| 01:25:18 | 18 also with American Realtime Court |
| 01:25:19 | 19 Reporters/Asia. |
| 01:25:19 | 20     At this time I would like to ask all counsel |
| 01:25:24 | 21 and interpreters and all present to please state |
| 01:25:27 | 22 their appearances and whom they represent for |
| 01:25:29 | 23 the record.  And please speak up. |
| 01:25:32 | 24     MR. MCELHINNY:  My name is Harold McElhinny. |
| 01:25:35 | 25 I'm here as an attorney for Apple, Inc., and I |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

| | | |
|---|---|---|
| 01:25:37 | 1 | represent the plaintiff in these actions. |
| 01:25:39 | 2 |     MR. CHUNG:  Minn Chung from Morrison and |
| 01:25:41 | 3 | Foerster for Apple. |
| 01:25:45 | 4 |     MS. STEPHANIE KIM:  Stephanie Kim from |
| 01:25:46 | 5 | Morrison and Foerster for Apple. |
| 01:25:48 | 6 |     MR. HALL:  Scott Hall from Quinn Emanuel for |
| 01:25:51 | 7 | Samsung. |
| 01:25:52 | 8 |     MR. ZELLER:  Mike Zeller for Samsung. |
| 01:25:54 | 9 |     MR. QUINN:  John Quinn representing Samsung |
| 01:25:56 | 10 | and the witness, Mr. Choi. |
| 01:25:59 | 11 |     VIDEOGRAPHER:  All others, please state |
| 01:26:00 | 12 | their name for the record. |
| 01:26:00 | 13 |     MR. BRIAN KIM:  Brian Kim, Samsung inhouse. |
| 01:26:05 | 14 |     MR. KIJOONG KANG:  Kijoong Kang, Samsung |
| 01:26:06 | 15 | inhouse. |
| 01:26:06 | 16 |     LEAD INTERPRETER:  Albert S. Kim, |
| 01:26:07 | 17 | interpreter of record. |
| 01:26:09 | 18 |     CHECK INTERPRETER:  Ann Park, check |
| 01:26:10 | 19 | interpreter. |
| 01:26:11 | 20 |     MR. MCELHINNY:  This is a stipulation that |
| 01:26:17 | 21 | I've been given that I understand that we both |
| 01:26:19 | 22 | will join in. |
| 01:26:20 | 23 |     It says:  We understand the court reporter |
| 01:26:22 | 24 | is not authorized to administer oaths in this |
| 01:26:25 | 25 | venue; nevertheless, we request that she |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

| | | |
|---|---|---|
| 01:26:29 | 1 | administer the oaths, and we stipulate that we |
| 01:26:29 | 2 | waive any objection to the validity of the |
| 01:26:31 | 3 | deposition based on the oaths. |
| 01:26:32 | 4 | MR. QUINN:  That is fine. |
| | 5 | COURT REPORTER:  Do you solemnly swear or |
| | 6 | affirm that you will well and truly interpret |
| | 7 | the questions propounded by counsel and the |
| | 8 | answers given by the witness from Korean to |
| | 9 | English and English to Korean to the best of |
| 01:26:46 | 10 | your ability? |
| 01:26:46 | 11 | LEAD INTERPRETER:  I do. |
| 01:26:46 | 12 | CHECK INTERPRETER:  Yes, I do. |
| 01:26:46 | 13 | GEE-SUNG CHOI, |
| 01:26:46 | 14 | after having been duly sworn by the reporter, pursuant |
| 01:26:46 | 15 | to stipulation of counsel, was examined and testified |
| 01:27:02 | 16 | through the interpreter as follows: |
| 01:27:02 | 17 | THE WITNESS:  I do. |
| 01:27:02 | 18 | EXAMINATION |
| 01:27:02 | 19 | BY MR. MCELHINNY: |
| 01:27:06 | 20 | Q.   Good afternoon, Vice-Chairman Choi.  As you |
| 01:27:09 | 21 | may have heard, my name is Harold McElhinny.  I'm with |
| 01:27:13 | 22 | the law firm of Morrison and Foerster and I'm |
| 01:27:15 | 23 | representing Apple, and I'm going to ask you some |
| 01:27:17 | 24 | questions this afternoon. |
| 01:27:33 | 25 | Sir, have you ever given testimony under |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

| | | |
|---|---|---|
| 01:46:18 | 1 | Q.     Thank you. |
| 01:46:28 | 2 | A.     And in terms of those units that belong |
| 01:46:32 | 3 | under his auspices, those would be Mobile |
| 01:46:34 | 4 | Communications, Telecom Systems, IT Solutions and |
| 01:46:39 | 5 | Digital Imaging. |
| 01:46:41 | 6 | Q.     Thank you. |
| 01:46:43 | 7 | Today does Samsung Electronics have a |
| 01:46:46 | 8 | business unit which is referred to as System LSI? |
| 01:47:02 | 9 | A.     Yes, there is a business division called |
| 01:47:05 | 10 | System LSI within Semiconductor. |
| 01:47:09 | 11 | Q.     And so today that would -- |
| 01:47:10 | 12 | A.     The Semiconductor Business Unit. |
| 01:47:13 | 13 | Q.     [redacted] |
| 01:47:18 | | [redacted] |
| 01:47:22 | 15 | A.     [redacted] |
| 01:47:23 | 16 | Q.     And is it correct that my client Apple is a |
| 01:47:28 | 17 | customer of the System LSI division? |
| 01:47:41 | 18 | A.     That is correct. |
| 01:47:42 | 19 | Q.     Is Apple the largest customer of the System |
| 01:47:46 | 20 | LSI division? |
| 01:47:50 | 21 | A.     [redacted] |
| 01:48:01 | | [redacted] |
| 01:48:03 | 23 | MR. QUINN:  At this point I'm going to |
| 01:48:05 | 24 | designate this entire transcript as being highly |
| 01:48:08 | 25 | confidential and attorneys' eyes only under the |

| | | |
|---|---|---|
| 01:48:11 | 1 | terms of the protective order in this case. |
| 01:48:25 | 2 | BY MR. MCELHINNY: |
| 01:48:26 | 3 | Q.   Do you know, sir, approximately, what the |
| 01:48:29 | 4 | volume of business in U.S. dollars was that Apple did |
| 01:48:32 | 5 | with the System LSI division last year? |
| 01:48:36 | 6 | MR. QUINN:  Vague and ambiguous as to volume |
| 01:48:39 | 7 | of business. |
| 01:49:06 | 8 | A.   Well, if you want me to state it in dollars |
| 01:49:09 | 9 | I will try, but I don't know as to the exact amount. |
| 01:49:09 | 10 | BY MR. MCELHINNY: |
| 01:49:12 | 11 | Q.   Fair enough. |
| 01:49:12 | 12 | There have been reports that Apple paid |
| 01:49:15 | 13 | Samsung ███████████████████████████████   Do |
| 01:49:18 | 14 | you know whether that is accurate or not? |
| 01:49:20 | 15 | MR. QUINN:  I object to the preamble to the |
| 01:49:22 | 16 | question, assumes facts not in evidence. |
| 01:49:28 | 17 | MR. MCELHINNY:  I'm going to rephrase the |
| 01:49:29 | 18 | question. |
| 01:49:29 | 19 | BY MR. MCELHINNY: |
| 01:49:31 | 20 | Q.   Did Apple pay Samsung ███████████████████ |
| 01:49:34 | | ████████████████████ |
| 01:49:49 | 22 | A.   That I do not know for certain. |
| 01:49:51 | 23 | Q.   Okay.  Sir, do you know whether or not in |
| 01:49:56 | 24 | doing business with System LSI Apple gives to that |
| 01:50:03 | 25 | Samsung business unit confidential Apple information? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

```
01:50:08   1            MR. QUINN:  Vague and ambiguous.
01:50:32   2       A.   No, there is no such event.
01:50:37   3   
01:50:48      
01:50:52      
01:50:55      
01:50:55   7   BY MR. MCELHINNY:
01:51:00   8       Q.   Okay.  Which is my question.  First of all,
01:51:02   9   does Apple place orders with the System LSI division?
01:51:19  10       A.   Well, I know that the division does business
01:51:21  11   with Apple.
01:51:26      
01:51:28  13       Q.   Within Samsung does Samsung treat the size
01:51:37  14   of the orders that Apple places as confidential
01:51:41  15   information?
01:51:52  16            MR. QUINN:  Objection.  Lacks foundation.
01:52:17  17       A.   The company happens to have a number of
01:52:20  18   clientele, and as a matter of principle, the company
01:52:22  19   does not disclose the amount of business it does with
01:52:25  20   each of such clientele.
01:52:25  21   BY MR. MCELHINNY:
01:52:28  22       Q.   Does Apple -- does Samsung disclose to its
01:52:33  23   Mobile Communications Unit the size of the orders that
01:52:40  24   Apple has placed with its System LSI division?
01:52:45  25            MR. QUINN:  Counsel, I've listened as you've
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

| | | |
|---|---|---|
| 01:52:48 | 1 | asked a few questions in this area, and so far |
| 01:52:50 | 2 | as I'm aware, this is completely irrelevant to |
| 01:52:52 | 3 | any issue in this case.  We're here for a short |
| 01:52:58 | 4 | period of time and I'm just wondering if you can |
| 01:53:01 | 5 | explain to us the relevance of these inquiries. |
| 01:53:54 | 6 | A.    The company, as a matter of principle -- |
| 01:53:56 | 7 | MR. QUINN:  Well, wait a minute.  Excuse me, |
| 01:53:57 | 8 | excuse me.  I've asked counsel to clarify the |
| 01:53:59 | 9 | relevance, and I'm waiting for an explanation. |
| 01:54:02 | 10 | MR. MCELHINNY:  And you can wait because I'm |
| 01:54:04 | 11 | not going to take the time on the record to |
| 01:54:06 | 12 | explain it.  I'll take the answer. |
| 01:54:08 | 13 | MR. QUINN:  In my understanding in this |
| 01:54:11 | 14 | case, both sides have objected and refused to |
| 01:54:14 | 15 | disclose sensitive, irrelevant information.  And |
| 01:54:19 | 16 | I've asked for an explanation about the |
| 01:54:21 | 17 | relevance of this.  And as I understand it, |
| 01:54:24 | 18 | Counsel, you're refusing to explain it; is that |
| 01:54:26 | 19 | true? |
| 01:54:27 | 20 | MR. MCELHINNY:  I'm not going to take the |
| 01:54:28 | 21 | time on the record to explain the relevance. |
| 01:54:32 | 22 | LEAD INTERPRETER:  Yes, and interjection by |
| 01:54:35 | 23 | the interpreter. |
| 01:54:35 | 24 | With due respect to both parties, in the |
| 01:54:38 | 25 | absence of any instruction by Mr. Quinn, the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

```
01:54:42   1          gentleman did offer an answer.  The interpreter
01:54:44   2          was partially done with the interpretation.  He
01:54:46   3          is under legal obligation to render the rest of
01:54:49   4          it.  And, therefore, the interpreter would like
01:54:50   5          to remain in sync with all parties, therefore,
01:54:53   6          as to the answer by the witness.
01:54:55   7      A.  As a matter of principle, the company does
01:54:57   8  not disclose such kind of information.
01:55:00   9          LEAD INTERPRETER:  Now, as for Mr. Quinn's
01:55:02  10      objection to the witness --
01:55:05  11          MR. QUINN:  It was to the question.
01:55:08  12          LEAD INTERPRETER:  Yes.
01:55:12  13          (Colloquy was interpreted.)
01:56:11  14          MR. QUINN:  If I may make inquiry of the
01:56:15  15      interpreter whether the interpreter has
01:56:17  16      interpreted my objection as well as
01:56:19  17      Mr. McElhinny's response.
01:56:20  18          LEAD INTERPRETER:  Yes.
01:56:20  19          And if Mr. Quinn could indulge the
01:56:23  20      interpreter and just allow the interpreter to
01:56:25  21      finish one thing at a time.  Yes.
01:56:27  22          MR. QUINN:  I apologize if I cut you off.
01:56:31  23      I'll try to do better.
01:56:33  24          LEAD INTERPRETER:  No problem at all.
01:56:33  25  BY MR. MCELHINNY:
```

| | | |
|---|---|---|
| 01:56:35 | 1 | Q.    Mr. Choi, during your career at Samsung, |
| 01:56:37 | 2 | were you ever the head of the Mobile Communications |
| 01:56:40 | 3 | Unit? |
| 01:56:48 | 4 | A.    Yes. |
| 01:56:53 | 5 | Q.    And during what period was that, sir? |
| 01:57:09 | 6 | A.    It seems to me that that was from around the |
| 01:57:12 | 7 | end of 2006.  So in other words, starting in 2007 |
| 01:57:15 | 8 | through about the end of 2008 for approximately a |
| 01:57:20 | 9 | two-year period of time. |
| 01:57:21 | 10 | Q.    ███████████████████████████████████ |
| 01:57:27 | | ████████████████████████████ |
| 01:57:39 | 12 | MR. QUINN:  I have an objection.  It assumes |
| 01:57:42 | 13 |    facts not in evidence.  It's vague and |
| 01:57:44 | 14 |    ambiguous. |
| 01:57:52 | 15 | A.    ███████████████████████████████ |
| 01:58:00 | | ██████████████████████████████ |
| 01:58:00 | 17 | BY MR. MCELHINNY: |
| 01:58:04 | 18 | Q.    And first, █████████████████████ |
| 01:58:08 | | ██████████████████████████████ |
| 01:58:17 | 20 | A.    ████ |
| 01:58:20 | 21 | Q.    And what -- ████████████████████ |
| 01:58:27 | 22 | MR. QUINN:  Vague and ambiguous. |
| 01:58:39 | 23 | A.    ████████████████████████████ |
| 01:58:39 | 24 | BY MR. MCELHINNY: |
| 01:58:41 | 25 | Q.    And is the █████████████████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

123

```
06:23:57    1        Q.    ████████████████████████████████
06:23:59          ███████████████████████████████
06:24:09    3              MR. MCELHINNY:  Beyond the scope.
06:24:12    4        A.    ████████████████████████████████
06:24:24          █████████████████████████████████████████
06:24:29          ███████████████████████████████████
06:24:32          █████████████████████████████████████████
06:24:34          ██████████████
06:24:38    9              MR. QUINN:  Nothing further.
06:24:42   10              MR. MCELHINNY:  I have no further questions.
06:24:44   11              VIDEOGRAPHER:  This marks the end of disc
06:24:46   12        number 4 in the deposition of Gee-Sung Choi.
06:24:50   13        Going off the record.  The time is 6:24.
           14
           15              (Time noted:  6:24 p.m.)
           16
           17
           18
           19
           20
           21
           22
           23
           24
           25
```