# D'AMATO DECLARATION EX. G FILED UNDER SEAL