# D'AMATO DECLARATION EX. H FILED UNDER SEAL

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
     CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                         SAN JOSE DIVISION
     _____
 3
     APPLE, INC., a California corporation,
 4
     Plaintiff,
 5
     v.                                        Civil Action No.
 6                                              11-CV-01846-LHK

 7   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 8   SAMSUNG ELECTRONIC AMERICA, INC.,
     a New York corporation; and
 9   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
10
     Defendants.
11   _____

12

13         *** CONFIDENTIAL BUSINESS INFORMATION ***
                  SUBJECT TO PROTECTIVE ORDER
14

15           VIDEOTAPED PERSONAL DEPOSITION OF:

16

17                       SANGEUN LEE

18

19

20

21

22                    February 24, 2012

23                       Kim & Chang

24                    Seoul, South Korea

25                  9:00 a.m. - 2:01 p.m.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

5

| | | |
|---|---|---|
| 08:59:36 | 1 | P-R-O-C-E-E-D-I-N-G-S |
| 08:59:36 | 2 | THE VIDEOGRAPHER:  We are now on the record |
| 09:00:13 | 3 | in the matter of Apple, Inc. versus Samsung |
| 09:00:19 | 4 | Electronics Company, Ltd., et al., for the |
| 09:00:21 | 5 | United States District Court, Northern District of |
| 09:00:25 | 6 | California, San Jose Division, Case No. |
| 09:00:38 | 7 | 11-CV-01846-LHK.  Today's date is February 24th, 2012. |
| 09:00:44 | 8 | The time now is 9 o'clock. |
| 09:00:47 | 9 | This is the video record in the video |
| 09:00:50 | 10 | deposition of Sangeun Lee.  The deposition is taking |
| 09:00:57 | 11 | place at Kim & Chang, Daewoo building, Jongno-gu, |
| 09:01:03 | 12 | Seoul, Korea.  I'm Wah Kit Ip, a deposition video |
| 09:01:09 | 13 | specialist with American Realtime Court |
| 09:01:12 | 14 | Reporters/Asia.  The court reporter is Lisa Knight, |
| 09:01:16 | 15 | also with American Realtime Court Reporters/Asia. |
| 09:01:21 | 16 | Will all the attorneys please identify |
| 09:01:23 | 17 | themselves and the parties they represent. |
| 09:01:27 | 18 | MR. HO:  Francis Ho from Morrison & Foerster |
| 09:01:30 | 19 | representing Apple.  And with me is Stephanie Kim, |
| 09:01:33 | 20 | Morrison & Foerster. |
| 09:01:34 | 21 | MR. SHAUL:  David Shaul, on behalf of |
| 09:01:37 | 22 | Samsung.  With me is Edward Kim from Samsung. |
| 09:02:18 | 23 | (Interpreters sworn.) |
| 09:02:18 | 24 | SANGEUN LEE, |
| 09:02:18 | 25 | having been first duly sworn to state the whole truth |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

6

```
09:02:21   1   testified as follows:
09:02:21   2              MR. HO:  We understand the court reporter is
09:02:24   3   not authorized to administer oaths in this venue.
09:02:27   4   Nevertheless, we request that she administer the oath,
09:02:29   5   and we stipulate that we waive any objection to the
09:02:32   6   validity of the deposition based on the oaths.
09:02:35   7              THE REPORTER:  Counsel, do you agree?
09:02:35   8              MR. SHAUL:  Agreed.
09:02:35   9              THE REPORTER:  Thank you.
09:02:35  10              You may proceed.
09:02:35  11                           EXAMINATION
09:02:42  12   BY MR. HO:
09:02:42  13       Q.     Good morning, Mr. Lee.
09:02:43  14       A.     Good morning.
09:02:43  15       Q.     Can you please state your full name for the
09:02:44  16   record and spell it in English characters.
09:03:02  17       A.     My name is Sangeun Lee, family name being Lee.
09:03:07  18   It's L-e-e, S-a-n-g-e-u-n.
09:03:13  19       Q.     Mr. Lee, have you been deposed before?
09:03:15  20       A.     Never.
09:03:19  21       Q.     Let me explain just the ground rules so that
09:03:23  22   you understand how this process goes.  I will be asking
09:03:26  23   you questions about issues in this litigation, and
09:03:31  24   hopefully you can provide me some answers.  The court
09:03:33  25   reporter will record everything we say.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

19

```
09:36:14   1              MR. SHAUL:  Objection to form.
09:36:28   2       A.     That, I don't know.
09:36:28   3   BY MR. HO:
09:36:30   4       Q.     Who assigned you to be the leader of this ▮
09:36:33              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
09:36:34   6       A.     My team leader.
09:36:50   7       Q.     Who is your team leader?
09:36:52   8       A.     Doo Pyo Yoon, the executive manager.
09:37:04   9              CHECK INTERPRETER:  "Senior VP."
09:37:05  10   BY MR. HO:
09:37:05  11       Q.     Who came up with the idea for the ▮▮▮▮▮▮
09:37:08              ▮▮▮▮▮▮?
09:37:09  13       A.     That one, I don't know.
09:37:21  14       Q.     Why was -- strike that.
09:37:28  15              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
09:37:32              ▮▮▮▮▮▮?
09:37:38  17              MR. SHAUL:  Objection to form.
09:37:44  18       A.     That, I don't know.
09:37:44  19   BY MR. HO:
09:37:48  20       Q.     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
09:37:51              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
09:37:53  22              MR. SHAUL:  Objection to form.
09:38:07  23       A.     Can you re-ask the question, please?
09:38:09  24   BY MR. HO:
09:38:10  25       Q.     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

20

```
09:38:14   1    ████████████████████████████████████████████
09:38:17   2    ████████████████████████
09:38:18   3            MR. SHAUL:  Objection to form.
09:38:41   4        A.  ███████████████████████████████████
09:38:41   5    BY MR. HO:
09:38:44   6        Q.  Can you turn to page 5, please, of the
09:38:47   7    document.  ████████████████████████████
09:38:59   8        A.  ██████████████████
09:39:08   9        Q.  What does page 5 depict?
09:39:12  10        A.  ████████████████████████████████████
09:39:32  11   ████████████████████
09:39:34  12        Q.  What kind of summary is this?
09:39:35  13        A.  █████████████████████████████████████
09:39:57  14   ██████████████████████████████████████
09:40:03  15        Q.  How did you determine what are the ████
09:40:07  16   ██████████████████████████
09:40:10  17            MR. SHAUL:  Objection to form.
09:41:04  18        A.  █████████████████████████████████████
09:41:07  19   █████████████████████████
09:41:10  20    BY MR. HO:
09:41:12  21        Q.  Were these responses to questions?
09:41:19  22            MR. SHAUL:  Objection to form.
09:41:24  23        A.  Correct.
09:41:24  24    BY MR. HO:
09:41:25  25        Q.  And were the respondents customers of the
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

21

```
09:41:28    1    ████████████████
09:41:31    2         A.   ████
09:41:44    3         Q.   ████████████████████████████████████
09:41:46    4         A.   ████████████████████████
09:41:54    5         Q.   Looking at the summary, what were the reasons
09:41:59    6    why ████████████████████████████████
09:42:02    7              MR. SHAUL:  Objection to form.
09:42:27    8         A.   It's as it is in the document.
09:42:27    9    BY MR. HO:
09:42:30   10         Q.   Did you prepare this document?
09:42:31   11         A.   Yes, I collected the information and prepared
09:42:42   12    this document.
09:42:43   13         Q.   Is one of the reasons for ████████████████
09:42:48        ████████████
09:42:48   15         A.   Yes, it is.
09:43:04   16         Q.   Was one of the reasons for ████████████████
09:43:07        ████████████████████████████████
09:43:09   18         A.   Yes, it is.
09:43:24   19         Q.   And was a reason for ████████████████████████
09:43:29        ████████████████████
09:43:30   21              MR. SHAUL:  Objection to form.
09:43:53   22         A.   Yes, it is.
09:43:53   23    BY MR. HO:
09:43:57   24         Q.   For the purposes of this summary of the ██████
09:44:00        ████████████████████████████████████████████████
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

22

```
09:44:05   1            ▊▊▊▊ mean?
09:44:25   2        A.  ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:44:41   3            CHECK INTERPRETER: ▊▊▊▊▊▊▊▊
09:44:42   4            LEAD INTERPRETER:  ▊▊▊▊▊▊▊▊ I agree.
09:44:43   5   BY MR. HO:
09:44:43   6        Q.  What about ▊▊▊▊▊▊▊
09:44:46   7            MR. SHAUL:  Objection, form.
09:45:07   8        A.  ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:45:07   9   BY MR. HO:
09:45:11  10        Q.  And what about ▊▊▊▊▊?
09:45:13  11            MR. SHAUL:  Objection to form.
09:45:29  12        A.  ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:45:32      ▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:45:32  14   BY MR. HO:
09:45:35  15        Q.  By▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:45:45  16            MR. SHAUL:  Objection to form.
09:45:53  17        A.  ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:45:59  18            CHECK INTERPRETER: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:45:59  19   BY MR. HO:
09:46:04  20        Q.  By▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:46:06      ▊▊▊▊▊▊▊▊
09:46:12  22            MR. SHAUL:  Objection to form.
09:46:24  23        A.  ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
09:46:31      ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
          25   ///
```

| | | |
|---|---|---|
| 09:56:15 | 1 | Q.    And can you describe a little more about what |
| 09:56:19 | 2 | ▉ |
| 09:56:22 | | ▉ |
| 09:56:24 | 4 | MR. SHAUL:  Objection to form. |
| 09:57:04 | 5 | A.    That, I don't remember. |
| 09:57:04 | 6 | BY MR. HO: |
| 09:57:13 | 7 | Q.    Did the task force come up with the idea of |
| 09:57:17 | 8 | looking at how Apple puts specialists at Best Buy? |
| 09:57:25 | 9 | MR. SHAUL:  Objection to form. |
| 09:57:50 | 10 | A.    I don't remember exactly. |
| 09:57:50 | 11 | BY MR. HO: |
| 09:57:52 | 12 | Q.    Does Samsung have specialists at Best Buy? |
| 09:58:09 | 13 | A.    As far as I know, they do not. |
| 09:58:11 | 14 | Q.    Can you please turn to the document Bates |
| 09:58:15 | 15 | labeled -- ending in -010.  Can you please go to the row |
| 09:58:29 | 16 | that's labeled O/S, Honeycomb, and iPad.  Do you see that |
| 09:58:35 | 17 | row? |
| 09:58:35 | 18 | A.    Yes. |
| 09:58:40 | 19 | Q.    Can you tell me generally what this chart |
| 09:58:47 | 20 | depicts? |
| 09:59:24 | 21 | A.    It says that the ▉ |
| 09:59:52 | | ▉ |
| 09:59:56 | 23 | Q.    Does it also say that people ▉ |
| 10:00:01 | | ▉ |
| 10:00:04 | 25 | MR. SHAUL:  Objection to form. |

```
10:00:18    1          A.      Yes.
10:00:18    2     BY MR. HO:
10:00:19    3          Q.      And did the task force assign this ████████
10:00:25           ████████████████████████████████████
10:00:27    5                  MR. SHAUL:  Objection to form.
10:00:43    6          A.      Yes, that is how it is.
10:00:48    7                  CHECK INTERPRETER:  ". . . depicted."
10:00:48    8     BY MR. HO:
10:00:50    9          Q.      Can you please turn to the page ending in Bates
10:00:54   10     No. -021.
10:01:09   11          A.      Okay.
10:01:10   12          Q.      Earlier you testified that you received reports
10:01:19   13     indicating that customers ████████████████████████████
10:01:23          ██████████████; is that correct?
10:01:24   15                  MR. SHAUL:  Objection to form.
10:01:43   16          A.      Yes.
10:01:43   17     BY MR. HO:
10:01:44   18          Q.      Does this page reflect that reason?
10:01:52   19                  MR. SHAUL:  Objection to form.
10:01:55   20          A.      Correct.  Yes.
10:01:55   21     BY MR. HO:
10:01:58   22          Q.      Do you remember if Samsung did anything ████
10:02:00          ████████████████████████████████████████████████
10:02:07          ██████████████████████████████████████████████████
10:02:10   25                  MR. SHAUL:  Objection to form.
```

```
10:02:36    1        A.      If Samsung responded to that?  Is that your
10:02:40    2    question?
10:02:40    3    BY MR. HO:
10:02:40    4        Q.      █████████████████████████████████████████
10:02:43         ███████████████████████████
10:02:44    6                MR. SHAUL:  Objection to form.
10:02:53    7        A.      So if a proposal was made then?
10:02:55    8    BY MR. HO:
10:02:55    9        Q.      Sure.
10:02:59   10        A.      Yes, we did suggest an idea.
10:03:01   11        Q.      And what was that idea?
10:03:04   12        A.      Well, like before, ██████████████████████
10:03:20         ███████████████████████████████████████████████████
10:03:27         ███████████████████████████████████████████████████
10:03:33         ████████████
10:03:34   16        Q.      What does ██████ stand for?
10:03:38   17        A.      ██████████████████████████████████████████
10:03:51         ████████████████████████████
10:03:53   19                LEAD INTERPRETER:  Just my -- interpreter
10:03:55   20    used████████████████████████████████████████ so . . .
10:03:58   21    BY MR. HO:
10:03:58   22        Q.      Did Samsung consider ████████████████████
10:04:03         ███████████████████████████████████████████████████
10:04:06         █████████████████████████████
10:04:09   25                MR. SHAUL:  Objection to form.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

82

| | | |
|---|---|---|
| 14:00:25 | 1 | A. I've never seen this before. |
| 14:00:29 | 2 | Q. Can you tell me what it is? |
| 14:00:32 | 3 | MR. SHAUL: Objection to form. |
| 14:00:35 | 4 | A. I don't know. |
| 14:00:38 | 5 | MR. HO: That's all the questions I have for |
| 14:00:39 | 6 | you today, Mr. Lee. Thank you very much. |
| 14:00:41 | 7 | I'd just like to state for the record that |
| 14:00:43 | 8 | almost 20,000 pages of Mr. Lee's documents were |
| 14:00:46 | 9 | produced less than three days before this deposition, |
| 14:00:50 | 10 | and some less than two days before the deposition. |
| 14:00:52 | 11 | And most of it was in Korean language. |
| 14:00:54 | 12 | So we reserve the right to continue this |
| 14:00:56 | 13 | deposition, if necessary, based on the review of those |
| 14:00:59 | 14 | documents. |
| 14:00:59 | 15 | MR. SHAUL: Samsung disagrees. And we don't |
| 14:01:25 | 16 | have any questions either at this time. |
| 14:01:31 | 17 | MR. HO: Off the record. |
| 14:01:33 | 18 | THE VIDEOGRAPHER: Going off the record. |
| 14:01:34 | 19 | It's 14:01. |
| 14:01:36 | 20 | (Time noted: 2:01 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |