# D'AMATO DECLARATION EX. I FILED UNDER SEAL