# D'AMATO DECLARATION EX. J
# FILED UNDER SEAL

Attorneys' Eyes Only

Page 6

1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4
5   APPLE INC., a California           )
    Corporation,                        )
6                                       )
            Plaintiff,                  )
7                                       )
    vs.                                 )No. 11-CV-01846-LHK
8                                       )
    SAMSUNG ELECTRONICS CO., LTD. ,    )
9   a Korean business entity;           )
    SAMSUNG ELECTRONICS AMERICA,        )
10  INC., a New York corporation;       )
    SAMSUNG TELECOMMUNICATIONS          )
11  AMERICA, LLC, a Delaware            )
    limited liability company,          )
12                                      )
            Defendants,                 )
13  _____     )
14
15          BE IT REMEMBERED, that on Wednesday,
16  February 22, 2012, commencing at the hour of 9:12
17  a.m. thereof, at the offices of Morrison & Foerster,
18  755 Page Mill Road, Palo Alto, California, before
19  me, Judie A. Nicholas, a Certified Shorthand
20  Reporter of the State of California, there
21  personally appeared.
22                  TIMOTHY BENNER,
23  called as a witness by the Plaintiff, who, being by
24  me first duly sworn, was thereupon examined and
25  testified as hereinafter set forth.

Attorneys' Eyes Only

Page 8

| | | |
|---|---|---|
| 1 | firm represents Apple, Inc. | 09:12 |
| 2 | MS. CARUSO: Margret Caruso of Quinn | 09:12 |
| 3 | Emanuel Urquhart & Sullivan. With me is Michelle | 09:12 |
| 4 | Yang from Samsung. | 09:12 |
| 5 | THE VIDEOGRAPHER: Thank you. | 09:12 |
| 6 | Would the reporter please swear in the | 09:12 |
| 7 | witness. | 09:12 |
| 8 | TIMOTHY BENNER, | 09:12 |
| 9 | being first duly sworn, | 09:12 |
| 10 | was deposed and testified as follows: | 09:12 |
| 11 | THE VIDEOGRAPHER: Thank you. | 09:12 |
| 12 | EXAMINATION BY MR. ROBINSON | 09:12 |
| 13 | MR. ROBINSON: Good morning, Mr. Benner. | 09:12 |
| 14 | Thank you for being here. | 09:12 |
| 15 | Could you please state your full name for | 09:12 |
| 16 | the record. | 09:12 |
| 17 | A. Timothy John Benner. | 09:12 |
| 18 | Q. Have you ever been deposed before? | 09:12 |
| 19 | A. I have not. | 09:12 |
| 20 | Q. So the procedures are -- it's fairly | 09:12 |
| 21 | simple, but I just want to review a few of the | 09:12 |
| 22 | rules. | 09:12 |
| 23 | The court reporter here is taking down | 09:12 |
| 24 | everything that we say. I might speak a little | 09:12 |
| 25 | quickly, in which case she might grumble a little | 09:13 |

TSG Reporting - Worldwide          877-702-9580

Page 126

1  THE WITNESS: The question I think you're ▮▮▮▮ 12:17
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 12:17
3  ▮▮▮▮▮▮ 12:17
4  Q.  ▮▮▮▮▮▮▮▮▮▮▮▮ 12:17
5  A.  That I conduct. 12:17
6  Q.  Thank you. 12:17
7      And how does that ▮▮▮▮ ▮▮▮▮ work? 12:17
8  You said it ▮▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮ ▮▮▮▮ 12:17
9  A.  ▮▮▮▮ 12:17
10 Q.  Is it the ▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮ 12:17
11 ▮▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮ 12:17
12 MS. CARUSO: Objection: Vague. 12:17
13 THE WITNESS: ▮▮ ▮▮▮▮ ▮▮▮▮▮ ▮▮ 12:17
14 ▮▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮▮ 12:18
15 ▮▮▮ ▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮ 12:18
16 ▮▮▮ ▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮ 12:18
17 ▮▮▮▮▮▮▮ ▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮ 12:18
18 ▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮ ▮▮▮ ▮▮▮ 12:18
19 ▮▮▮ ▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮ ▮▮ 12:18
20 ▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮ ▮▮ 12:18
21 MR. CARUSO: Mr. Robinson, before you go 12:18
22 on to another topic, I've had this Pavlovian 12:18
23 response since your client announced lunch. 12:18
24 MR. ROBINSON: Oh, I'm so sorry, I 12:18
25 completely forgot. 12:18

Attorneys' Eyes Only

Page 127

| | | |
|---|---|---|
| 1 | Let's take a break for lunch. | 12:18 |
| 2 | THE VIDEOGRAPHER: The time is 12:18 p.m., | 12:18 |
| 3 | and we're off record. | 12:18 |
| 4 | (A lunch break was taken.) | 01:23 |
| 5 | AFTERNOON SESSION | 01:23 |
| 6 | THE VIDEOGRAPHER: The time is 1:24 p.m. | 01:23 |
| 7 | and we are back on the record. | 01:23 |
| 8 | (Exhibits 1603 marked | 01:23 |
| 9 | for identification.) | 01:23 |
| 10 | FURTHER EXAMINATION BY MR. ROBINSON | 01:23 |
| 11 | MR. ROBINSON: Q. Mr. Benner, we're back. | 01:23 |
| 12 | Before the break we were talking about the | 01:23 |
| 13 | ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. | 01:24 |
| 14 | I'm going to hand what you has been | 01:24 |
| 15 | premarked as Exhibit 1603. This is entitled | 01:24 |
| 16 | Samsung Q1 '11 ▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮, with | 01:24 |
| 17 | Bates stamp SAMNDCA00352115 through 352182. | 01:24 |
| 18 | Do you recognize Exhibit 1603? | 01:24 |
| 19 | A. Yes. | 01:24 |
| 20 | Q. Is that your name on the bottom of the | 01:24 |
| 21 | first page where it says "Owner"? | 01:24 |
| 22 | A. Yes. | 01:24 |
| 23 | Q. What does that mean? | 01:24 |
| 24 | A. That means I am the designated "Owner" of | 01:24 |
| 25 | this document in terms of whose responsibility it | 01:25 |

TSG Reporting - Worldwide        877-702-9580

```
                                                            Page 128
 1    is to, you know, produce it.                          01:25
 2         Q.  █████████████████████████████                01:25
 3    you referred to earlier in your testimony today?      01:25
 4         A.  Yes, it is.                                  01:25
 5         Q.  Is Exhibit 1603 a true and correct copy of   01:25
 6    an ██ ████████ █████?                                 01:25
 7         A.  To the best of my knowledge, yes.            01:25
 8         Q.  ████ ███ ███████ ████ ████████ ██████?       01:25
 9              MS. CARUSO:  Objection:  Vague.             01:25
10              THE WITNESS:  █████ ██████ ██ ████████      01:25
11    ██ ██ ███████ ██████ ██ ██████████.                   01:25
12              MR. ROBINSON:  Q.  ████ ██ ██ ██████        01:25
13    ███████?                                              01:25
14         ██ ███ ██████ ████████ ███ ██ ████?              01:25
15                                                          01:25
16         Q.  How often does ███ ██████ █ █████████        01:25
17    ████ ████ █ ██████ ██ ███ ████ ██ ███ ██ ████        
18    ██ ████████ ████████?                                 01:25
19              MS. CARUSO:  Objection:  Vague.             01:25
20              THE WITNESS:  █████ ██████ █████ ████      
21    █████ █████████?                                      01:25
22              MR. ROBINSON:  Q.  And by "these," are you  01:25
23    ████████ ██ ███ ██████?                               01:25
24         A.  I am referring ██ ███ █████ ████████ ██     
25    ██████                                                01:26
```

Page 129

```
 1       Q.   Are there ███████ ███████ ███████ ███████ ███████    ███
 2   ███ ███ █ █████████ █ sorry.  Strike that.                 01:26
 3           ███████ ███████ ███████ ███████ ███████ ███████    ███
 4   ███ ███ ███ ███ ███████ ███ ███ ████████?                  01:26
 5       MS. CARUSO:  Objection: Vague.                         01:26
 6       THE WITNESS:  ████████ ███ █ ██ █                      01:26
 7   ███ █████ ██ █ █████ ████ ██ ██ █████ ████                 01:26
 8   ██ ███ ████████ ███ ████ ██ ████████                       01:26
 9   █████████                                                  01:26
10       MR. ROBINSON:  Q.  Thank you for that                  01:26
11   clarification.                                             01:26
12       Is the ████ ████ ██████ ███ █ ██ █████                 01:26
13   ████ █████████ ███ ███ ███ █████ ██████ ███ ███            01:26
14   ████████ ██ ████████ ████ ███ ████████                     01:26
15   █████████                                                  01:26
16       A.   █████                                             01:26
17       Q.   What are those?                                   01:26
18       A.   ██ ██ █████ █████ ████ ██ █████ ███               01:26
19   ██████ ██ ██ █████ ███ █████████/██████ ██ ██              01:26
20   ████ ████ █ █████ ██ ████ ████ ██ ████ ████                01:26
21   ████ ███ ███████ ███████ ███████ ███████ ███               01:26
22   █████████                                                  01:27
23       Q.   You referred to ████████ ██. What does            01:27
24   ██ █████ █████                                             01:27
25       A.   █████                                             01:27
```

Page 130

1      Q.  Sorry, ███                                    01:27
2      A.  ███ ██████████ ████                           01:27
3      Q.  And you mentioned that you receive █████      01:27
4  reports.                                              01:27
5      ████ ███ ███ ████ █████ █████ ████ ███            01:27
6  ██ ████ ████ ████ █████ ████ ██ ███ ████ ███          01:27
7  ██ █████████                                          01:27
8      A.  ████ ███ ██ ████████ ██ ███ ███               01:27
9  █████ ████ ████ ██ █ ████████ █████ ██                01:27
10 █████████████████ ██ ████ ██████                      01:27
11     Q.  ████ ███ ████████ ████████ ███████            01:27
12 ██ █████ █ █████████ █████ █ █ █████ ███              01:27
13 ██ █████████                                          01:27
14     A.  █████████ █████ ██ █████ █████                01:27
15 ███ █████ ██ █ ██████ ████ ██ ██████ █                01:27
16 ████ ██ █ █████████ ██ █ █████ ██████████             01:27
17     Q.  Can you think -- are they named anything      01:27
18 in particular?                                        01:28
19     A.  No.  They're usually just data.               01:28
20     Q.  Are they large documents, or like one,        01:28
21 two-page things?                                      01:28
22     A.  ████████ ████ ███ ███████████                 01:28
23     Q.  How much does STA pay to receive the████     01:28
24 ██ █████████ ████ ████ ██ ███████                     01:28
25     A.  The cost has changed over time.               01:28

Attorneys' Eyes Only

Page 141

| | | |
|---|---|---|
| 1 | THE WITNESS: It's just a highlight of | 01:43 |
| 2 | those particular elements or those personalities to | 01:43 |
| 3 | draw attention to it. | 01:43 |
| 4 | MR. ROBINSON: Q. Do you see where it | 01:43 |
| 5 | says ■■■■■■■ | 01:43 |
| 6 | A. Yes. | 01:43 |
| 7 | Q. What does ■■■ ■■■■ ■? | 01:44 |
| 8 | A. ■■■■■■■■■■■■■■■■ | 01:44 |
| 9 | ■■■■■■■■■■■■■■■■ | |
| 10 | ■■■■■■■■ | 01:44 |
| 11 | Q. And what does that mean, in just sort of | 01:44 |
| 12 | survey terms? | 01:44 |
| 13 | A. ■■■■■■■■■■■■ | 01:44 |
| 14 | ■■■■■■■■■■■■■■ | 01:44 |
| 15 | ■■■■■■■ | 01:44 |
| 16 | Q. I see? | 01:44 |
| 17 | A. Now we'd like you to -- it's not, | 01:44 |
| 18 | actually. | 01:44 |
| 19 | I'll find it. It's here. ■■■■ | 01:44 |
| 20 | ■■■■■■ | |
| 21 | ■■■■■■■■■ | |
| 22 | ■■■■■■■■■■ | 01:44 |
| 23 | Q. What's the Bates number of the page you | 01:44 |
| 24 | just read from? | 01:44 |
| 25 | A. It is page number 7, SAMNDCA00352121. | 01:44 |

TSG Reporting - Worldwide          877-702-9580

Page 142

1    Q.   Thank you.                                              01:45
2         Why does STA consider ▇▇▇▇▇▇▇▇▇▇▇                       01:45
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                  01:45
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                    01:45
▇ ▇▇▇▇▇▇▇                                                         01:45
6    A.   That's slightly misleading in what it                   01:45
7    says. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                               01:45
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                            01:45
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                         01:45
10        Does that make sense?                                   01:45
11   Q.   Could you maybe say that in more regular                01:45
12   terms?                                                       01:45
13        MS. CARUSO:  Objection.                                 01:45
14        THE WITNESS:  I don't know if I can.  It's              01:45
15   a lot of statistical analysis.                               01:45
16        MR. ROBINSON:  Q.  Sure.                                01:45
17   A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                           01:45
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                         01:46
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                     01:46
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇                                                   01:46
21   Q.   I see.                                                  01:46
22        Could I have you turn please to page 26 of              01:46
23   this report Bates SAMNDCA00352140.                           01:46
24   A.   352140.                                                 01:46
25   Q.   352140?                                                 01:46

```
                                                          Page 143
 1         A.   Okay.                                      01:46
 2         Q.   Down at the bottom it looks like the       01:47
 3   question being asked was, ████ ██ ███ ████      █████ 01:47
 4 █ ███████████ █ ████████ █ ██ ████ █ █ █ ██████████     01:47
 5   do you see that?                                      01:47
 6         A.   Yes.                                       01:47
 7         Q.   Is that the question?                      01:47
 8         A.   It's actually ██ █ █ █████              01:47
 9         Q.   Oh, I'm sorry, ██ █ █ █████                01:47
10              And then above the charts we see a legend  01:47
11   with ██ █ █ █ █ █ █ ██ █ ██  and it                   01:47
12   ████████ ████ █ ██████/█████/████ █████ ████          01:47
13 █ ████ ██ █ ████ █ ████ ██ ███ ████ ████████            01:47
14 █ ████ ██ ████████████████████ and underneath there are 01:47
15   various charts.                                       01:47
16              Focusing on the chart above the            01:47
17   █████████████████████, what is being depicted in that 01:47
18   chart?                                                01:47
19         A.   ████ ██ ███ █████ ███ █████ ██ ███        01:47
20 █ ██████ ██████ ██ ████████ ██ ██████████ ████          01:47
21 █ ██ ███ ██████ ██████ ██████ ██████ ███ █              01:47
22 █ █████ ██ █ █████ ████ ██ ██ █████ ██████.             01:48
23 █ ████ █████ ███ ████████ █████ ██ ███ ████████         01:48
24 █ ███ ██████ █████ ██ █████ █████ ██ ██ █               01:48
25 █     ████████ ███████ ██████ █████ █████               01:48
```

Page 144

1      ████████████████████████████████████████          01:48
2      ████████████████████████████████████████          01:48
3      ████████████████████████████████████████          01:48
4      ████████                                          01:48
5          Q.   And that's a significant difference at the   01:48
6      ████████████████████, right?                      01:48
7          A.   Correct.                                 01:48
8          Q.   What this is saying is essentially ████  01:48
9      ████████████████████████████████████████          01:48
10     ████████████████████████████████████████          01:48
11     ████████████████████████████                      01:48
12         A.   No, that's not correct. ████████████     01:48
13     ████████████████████████████████████████          01:48
14     ████████████████████████████████████████          01:48
15     ████████████████████████████████████████          01:48
16     ████████████████████████████████████████          01:48
17     ████████████████                                  01:49
18         Q.   Those who saw -- ████████████████        01:49
19     ████████  What do they see?                       01:49
20         A.   ████████████████████████████████         01:49
21     ████████████████████████                          01:49
22         Q.   And, looking at that display, then nearly  01:49
23     ████████████████████████████████████████          01:49
24     ████████████████████████████████████████          01:49
25     ████████████████████████ is that right?           01:49

c5923e74-ace0-4a4b-9a3e-301208fea0d7

```
                                                              Page 145
 1        A.   What they were looking at -- ████ ██ █         01:49
 2   ██████ ██ ███ █████ ██ ███ ████. █████                   01:49
 3   █████ ██ ███ █████ ██ ███ ██████████ ██                  01:49
 4   ████ ████ ██████ ████ ███ ████████████ ██                01:49
 5   █ █████ ████ ███ █████ ████ █ ████                       01:49
 6   █████████████████.                                       01:49
 7        Q.   So, yes, in response to this prompt then,      01:49
 8   looking at -- having looked at the display of the        01:50
 9   ██████ █████ ██, █████ ████ █████████                    01:50
10   ██████ ████ ██ ██ ████████ ███ ███                       01:50
11   █████ ████ █████ ██ ███ ██████████?                      01:50
12        A.   What they thought, they said, was it was       01:50
13   █████ ██████████ ███ ██ █████ █████                      01:50
14         █ ████ ████ ████ ████ ██. ███ ███                  01:50
15   ███ ██████ ███ ███ ███ ███ █████████ ██ ███              01:50
16   █████ ██ ███ ██████ ██ ███ ████ ██ ███                   01:50
17   █████ ████ ████ ███ ██████ ███ ██ █                      01:50
18   █████ ██████ ██ ████ ██ ███ ████████ ██                  01:50
19   ████████.                                                01:50
20        Q.   What was the sample size?                      01:50
21        A.   For the people who recognized the              01:50
22   ██████ ██ ██████ ██ ███ ███.                             01:50
23        Q.   But this result shows, does it not, that       01:51
24   the ████████████ ████ ████ ██ █████████                  01:51
25   ███ ██ ██████████ ██████ ████, right?                    01:51
```

Page 146

1    A.  Yes.                                              01:51
2    Q.  Did STA consider it a problem that the           01:51
3  Galaxy Tab advertisement was being misattributed to    01:51
4  Apple?                                                  01:51
5    A.  The -- as the statement here says, the           01:51
6  ███████████████████████████████████████████            01:51
  ███████████████████████████████████████
  ████████████████████████████ Strike -- I                 01:51
9  can't say strike that.                                  01:51
10         But, ██████████████████████                    
  ████████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████████                                   01:51
14    Q.  What did STA do, if anything, about the         01:51
15  ████████████████████████████████████████              01:52
  ████████████████████████                                 01:52
17         MS. CARUSO:  Objection:  Beyond the scope;     01:52
18  lacks foundation.                                      01:52
19         THE WITNESS:  In this case, this was --        01:52
20  Samsung was breaking into the tablet market which     01:52
21  was firmly established for a period of time by        01:52
22  Apple being the only product available.  I can't     01:52
23  remember exactly how many months that, basically,    01:52
24  stronghold held.                                      01:52
25         For the Galaxy, the first Galaxy Tab ad       01:52

```
                                                         Page 147
 1   ████ ██ █████ ████ ██ ████ ████████. ███ ██       01:52
 2   █████ █████ ██ ██, ████ ██ ████ ███ ██████       01:52
 3   ██████ ██ ██████. ███ █████ ██ ██████            01:52
 4   ████ ██ ██████ ██████ ██ ████ ██ ███             01:52
 5   ████ ██ ██ ████ ███ ███ ██ ████ ██ ██ ██████     01:52
 6   ██ ████████                                       01:52
 7       Q.  Didn't the advertising change as well --  01:52
 8   the style of the advertising change as between the 01:53
 9   Galaxy Tab and Galaxy Tab 2, right?              01:53
10           MS. CARUSO:  Objection:  Assumes facts not 01:53
11   in evidence; vague.                              01:53
12           THE WITNESS:  Can you specify more exactly 01:53
13   what you're asking?                              01:53
14           MR. ROBINSON:  Q.  The ████████████ ████
15   ████ ███████ ██ ███████ ██████ ██                ████
16   ████ █████ █ █ ████████ █ ████                   ████
17   ██ ██████ ████████ █ ████ ██ █████               ████
18   ██ ███ █████████ the Samsung advertisements and  01:53
19   Apple advertisements?                            01:53
20           MS. CARUSO:  Objection:  Calls for a legal 01:53
21   conclusion; mischaracterizes the record; assumes 01:53
22   facts not in evidence; vague.                    01:53
23           THE WITNESS:  I take issue with your     01:53
24   statement of ████ ████████ ██ ███ ██ ███         ████
25   ██ █████ █████ ████████ ██ ███ ███ ██ ██         01:53
```

TSG Reporting - Worldwide            877-702-9580

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Page 148

1  ████████ ██ █████ ██ ████ ██ ████ ██ ████ ██ █████ ████

2  █ ████████ ██ █████ ██ ████ ██ ████ ██ ████ ██ █████ ████

3  █ ████████ ██ █████ ██ ████ ██ ████ ██ ████ ██ █████ ████

4  █ ████████ ██ █████ ██ ████ ██ ████ ██ ████ ██ █████ ████

5  █ ████ ██ ██ ████                                    01:54

6           This is at a time when -- breaking into     01:54

7  the market, so it's actually not ████████ ██ ██     01:54

8  ████ ████ ██ ██ ████ ████ █ ██ ██                    01:54

9  ████ ████ ███████ ██ ████ ████ ██                    01:54

10 ████████ ██ █ ██ ██ ██ ██ ██ █████                   01:54

11 █ ████████ ██ █ ██ █████ ██ ████ ████                01:54

12 █ ████ ██ ████ ██ ████ ██ █ ████                     01:54

13 █ ██████████                                         01:54

14      Q.  Does STA disagree that the ███████████     01:54

15 █ ████████ ██ █████ ██ ████ ██ ████ ██ ████████      01:54

16 █ ██ ████ █████                                     01:54

17           MS. CARUSO:  Objection: Beyond the scope;  01:54

18 lacks foundation.                                    01:54

19           THE WITNESS:  I'm sorry, could you say it  01:54

20 again?                                               01:54

21           MR. ROBINSON:  Q.  Could we have that      01:54

22 question read back, please.                          01:54

23           THE REPORTER:  Question: "Does STA         01:54

24 disagree that the ████████ ██ █████ ██ ███          01:54

25 █ ████ ██ ████ ██ ████ ██ ████ ██ ████ ██ ████      01:54

Attorneys' Eyes Only

Page 149

| | | |
|---|---|---|
| 1 | MS. CARUSO: Objection: Beyond the scope; | 01:55 |
| 2 | lacks foundation; mischaracterizes the record. | 01:55 |
| 3 | THE WITNESS: Could you rephrase the | 01:55 |
| 4 | question. I'm confused by the "Does STA disagree." | 01:55 |
| 5 | The negative phrasing of the question is throwing | 01:55 |
| 6 | me off. I'm not sure what you're asking. | 01:55 |
| 7 | MR. ROBINSON: Q. Do you agree that the | 01:55 |
| 8 | Galaxy Tab looks similar to the Apple iPad? | 01:55 |
| 9 | A. In this case, this Galaxy Tab does not. | 01:55 |
| 10 | Q. Why is that? | 01:55 |
| 11 | A. It's half the size. | 01:55 |
| 12 | (Exhibit No. 1604-1613 | 01:55 |
| 13 | marked for identification.) | 01:55 |
| 14 | Q. I think -- I want to show you a bunch of | 01:55 |
| 15 | other documents. I'm not going to ask you detailed | 01:55 |
| 16 | questions about them. | 01:55 |
| 17 | What I'm going to ask is do you recognize | 01:55 |
| 18 | this documents, do they have your name on them, and | 01:55 |
| 19 | are they true and correct copies of the documents | 01:56 |
| 20 | that they are. They have been premarked as | 01:56 |
| 21 | Exhibits 1604 through 1613, and I'll place this | 01:56 |
| 22 | enormous stack in front of you, and -- counsel, | 01:56 |
| 23 | here's your copy. And I think we can probably take | 01:56 |
| 24 | this in two phases if we wanted to go through it | 01:56 |
| 25 | more quickly. | 01:56 |

Page 170

| | | |
|---|---|---|
| 1 | MS. CARUSO: Objection: Lacks foundation; | 02:34 |
| 2 | calls for speculation. | 02:34 |
| 3 | THE WITNESS: It would be the strategy | 02:34 |
| 4 | group. | 02:34 |
| 5 | MR. ROBINSON: Q. Who is involved with | 02:34 |
| 6 | the strategy group? | 02:34 |
| 7 | A. As mentioned earlier, Justin Denison and | 02:34 |
| 8 | his team. | 02:34 |
| 9 | Q. Thank you. | 02:34 |
| 10 | I have no further questions at this time, | 02:34 |
| 11 | subject to the same reservations and the same | 02:34 |
| 12 | objection by counsel -- | 02:34 |
| 13 | MS. CARUSO: Yes. This time we're getting | 02:34 |
| 14 | out of here. | 02:34 |
| 15 | THE VIDEOGRAPHER: This marks the end of | 02:34 |
| 16 | Disk Number 2 of 2, and concludes today's | 02:34 |
| 17 | deposition of Timothy Benner. The time is | 02:34 |
| 18 | 2:35 p.m., and we are off the record. | 02:34 |
| 19 | (The deposition adjourned | |
| 20 | at 2:35 p.m.) | |
| 21 | --oOo-- | |
| 22 | | |
| 23 | Signed under penalty of perjury: | |
| 24 | _____ | |
| 25 | Timothy Benner | |