# D'AMATO DECLARATION EX. K FILED UNDER SEAL