# D'AMATO DECLARATION EX. L FILED UNDER SEAL