# D'AMATO DECLARATION EX. M FILED UNDER SEAL