# D'AMATO DECLARATION EX. N FILED UNDER SEAL