# D'AMATO DECLARATION EX. S FILED UNDER SEAL