# D'AMATO DECLARATION EX. T FILED UNDER SEAL