# D'AMATO DECLARATION EX. U

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Apple, Inc., et al.
        Plaintiff,

v.
        Case No.: 1:11−cv−08540
        Honorable Richard A. Posner

Motorola, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2012:

MINUTE entry before Honorable Richard A. Posner: Enter Order of May 31, 2012. Sealed motion [866] is granted in part and denied in part ; Motion in limine [867] is granted in part and denied in part; Motion in limine [868] is denied; Motion in limine [869] is granted in part and denied in part; Sealed motion [870] is granted; Motion in limine [871] is granted; Sealed motion [872] is granted in part and denied in part; Motion in limine [874] is denied; Sealed motion [876] is granted in part and denied in part ; Sealed motion [877] is denied; Sealed motion [878] is granted; Sealed motion [879] is granted; Sealed motion [880] is denied; Sealed motion [881] is denied; (For further details, see Order of May 31, 2012 in separate docket entry). Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.