# D'AMATO DECLARATION EX. Y FILED UNDER SEAL