| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the following documents or portions thereof:

1. The confidential, unredacted version of Apple's Opening Supplemental Claim Construction Brief;

2. The confidential, unredacted Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opening Supplemental Claim Construction Brief; and

3. Exhibit 6 to the Declaration of Deok Keun Matthew Ahn in Support of Apple's Opening Supplemental Claim Construction Brief, which have been designated confidential as set forth below.

All three documents contain information that Samsung has represented was designated "under the protective order" by third party MERL, and which Samsung designated "Highly Confidential – Attorneys' Eyes Only" until it could confer with third Party MERL about the appropriate designation. Apple expects that, pursuant to Civil Local Rule 79-5(d), either Samsung or third party MERL will file a declaration seeking to establish good cause to permit the sealing of these materials. A copy of this motion will concurrently be sent to third party MERL.

Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the documents at issue.

Dated: July 5, 2012                    MORRISON & FOERSTER LLP

                                       By:   */s/ Michael A. Jacobs*
                                             MICHAEL A. JACOBS

                                       Attorneys for Plaintiff
                                       APPLE INC.

ADMIN. MOT. TO FILE UNDER SEAL DOCUMENTS RE APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF
CASE NO. 11-CV-01846-LHK (PSG)
sf-3167363

1