1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

1   In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2   ("Apple") has filed an administrative motion for an order to seal portions of the following
3   documents:
4       1.  The confidential, unredacted version of Apple's Opening Supplemental Claim
5           Construction Brief;
6       2.  The confidential, unredacted Declaration of Ravin Balakrishnan, Ph.D. in Support
7           of Apple's Opening Supplemental Claim Construction Brief; and
8       3.  Exhibit 6 to the Declaration of Deok Keun Matthew Ahn in Support of Apple's
9           Opening Supplemental Claim Construction Brief.
10  Having considered the arguments and the papers submitted, and GOOD CAUSE
11  HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative Motion to File
12  Under Seal. The above-referenced documents shall be filed under seal.
13  **IT IS SO ORDERED.**
14  Dated: July         , 2012          By: _____
15                                          Honorable Lucy H. Koh
                                            United States District Judge

PROPOSED ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3167384