| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RAVIN BALAKRISHNAN, PH.D., IN SUPPORT OF APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

**PUBLIC REDACTED VERSION**

DECL. OF RAVIN BALAKRISHNAN, PH.D. ISO APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF
CASE NO. 11-cv-01846-LHK (PSG)
sf-3166749

I, Ravin Balakrishnan, Ph.D., declare as follows:

I am a tenured Professor in the Department of Computer Science at the University of Toronto, and have been asked by counsel for Apple Inc. ("Apple") to provide analysis of the source code for the "Tablecloth" application that has been asserted as prior art to U.S. Patent No. 7,469,381. I submit this declaration in support of Apple's Opening Supplemental Claim Construction Brief.

1. Unless otherwise indicated, I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

2. I reviewed the source code for the "Tablecloth" application contained on the hard drive produced by third party Mitsubishi Electric Research Laboratories ("MERL") bearing the Bates number MERL00000001.

3. That source code refers to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of July, 2012, at Toronto, Canada.

/s/ _____
Ravin Balakrishnan, Ph.D.

DECL. OF RAVIN BALAKRISHNAN, PH.D. ISO APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF
CASE NO. 11-cv-01846-LHK (PSG)
sf-3166749

1