HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

1    I, Deok Keun Matthew Ahn, declare as follows:

2    I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.

3    ("Apple") in this action.  I am licensed to practice law in the State of California and admitted to

4    practice before this Court.  I submit this declaration in support of Apple's Opening Supplemental

5    Claim Construction Brief.

6    1.    Unless otherwise indicated, I have personal knowledge of the matters stated

7    herein.  If called as a witness, I would testify to the facts set forth below.

8    2.    Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the

9    transcript of the 6/21/12 motions hearing before the Court.

10   3.    Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the

11   Internet and Technology Law Desk Reference (6th Ed.) (2004).

12   4.    Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the IBM

13   Dictionary of Computing (1994).

14   5.    Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the

15   Wiley Electrical and Electronics Engineering Dictionary (2004).

16   6.    Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from Barron's

17   Dictionary of Computer and Internet Terms (9th Ed.) (2006).

18   7.    Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the

19   5/2/12 transcript of the deposition of Andries Van Dam.

20   8.    Attached hereto as Exhibit 7 is a true and correct copy of a certified copy of U.S.

21   Patent No. 7,864,163.

22

23   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th

24   day of July, 2012, at San Francisco, California.

25                          */s/ Deok Keun Matthew Ahn*
                            Deok Keun Matthew Ahn
26

27

28

1

**ATTESTATION OF E-FILED SIGNATURE**

2
        I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3
Reply Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jason R.

4
Bartlett has concurred in this filing.

5
Dated:  July 5, 2012                              /s/ Michael A. Jacobs
                                                  Michael A. Jacobs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DEOK KEUN MATTHEW AHN ISO APPLE'S OPENING SUPP. CLAIM CONSTRUCTION BRIEF
CASE NO. 11-cv-01846-LHK (PSG)
sf-3166912

2