Exhibit 1

```
1                   UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                         SAN JOSE DIVISION

4

5
     APPLE INC., A CALIFORNIA        )  C-11-01846 LHK
6    CORPORATION,                    )
                                     )  SAN JOSE, CALIFORNIA
7                 PLAINTIFF,         )
                                     )  JUNE 21, 2012
8            VS.                     )
                                     )  PAGES 1-108
9    SAMSUNG ELECTRONICS CO.,        )
     LTD., A KOREAN BUSINESS         )
10   ENTITY; SAMSUNG                 )
     ELECTRONICS AMERICA,            )
11   INC., A NEW YORK                )
     CORPORATION; SAMSUNG            )
12   TELECOMMUNICATIONS              )
     AMERICA, LLC, A DELAWARE        )
13   LIMITED LIABILITY               )
     COMPANY,                        )
14                                   )
                  DEFENDANTS.        )
15   _____

16                  TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE LUCY H. KOH
17                UNITED STATES DISTRICT JUDGE

18

19

20               APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595
25


                                                                1
```

```
 1    SAN JOSE, CALIFORNIA                    JUNE 21, 2012
 2                    P R O C E E D I N G S
 3               (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5               THE CLERK:  CALLING CASE NUMBER
 6    C-11-01846 LHK, APPLE, INCORPORATED VERSUS SAMSUNG
 7    ELECTRONICS COMPANY LIMITED, ET AL.
 8               MR. MCELHINNY:  GOOD AFTERNOON, YOUR
 9    HONOR.  FOR THE PLAINTIFF, HAROLD MCELHINNY AND
10    MICHAEL JACOBS.
11               MR. LEE:  GOOD MORNING, YOUR HONOR.  ALSO
12    FOR APPLE, MARK SELWYN AND BILL LEE.
13               THE COURT:  OKAY.  GOOD AFTERNOON.
14               MR. JOHNSON:  GOOD AFTERNOON, YOUR HONOR.
15    KEVIN JOHNSON FOR SAMSUNG, AND WITH ME ARE
16    VICKI MAROULIS AND MIKE ZELLER.
17               MR. ZELLER:  GOOD AFTERNOON, YOUR HONOR.
18               THE COURT:  OKAY.  GOOD AFTERNOON.
19               OKAY.  I HAVE QUESTIONS.  SAMSUNG'S
20    MOTION CHALLENGES ALL OF APPLE'S CAUSES OF ACTION,
21    AND I HAVE QUESTIONS BASICALLY ON EACH.
22               LET'S START WITH THE TRADE DRESS, TRADE
23    DRESS DILUTION ISSUE.
24               LET ME ASK, AND IF -- MR. MCELHINNY, ARE
25    YOU HANDLING THIS ISSUE?
```

1    WAS -- LET ME ASK, WITH REGARD TO THE '381, WHETHER
2    YOU HAVE THE SAME POSITION ON CONSTRUCTION OF AN
3    "ELECTRONIC DOCUMENT," BUT YOU'RE JUST DISAGREEING
4    HOW TO APPLY THAT CONSTRUCTION?  WOULD THAT BE AN
5    ACCURATE STATEMENT, OR NO?
6              MR. JOHNSON:  I THINK THAT THERE IS SOME
7    AGREEMENT; YET, AT THE SAME TIME, I HEAR DIFFERENT,
8    DIFFERENT ARGUMENTS COMING FROM THEM ON WHETHER
9    WE -- WHAT WE SAY IS ELECTRONIC DOCUMENT IS
10   ACTUALLY MET BY WHAT THEY SAY IS AN ELECTRONIC
11   DOCUMENT.
12             SO I HONESTLY DON'T KNOW IF THERE'S A
13   SPECIFIC DISPUTE OR NOT.
14             WE THINK --
15             THE COURT:  BUT THAT STILL SOUNDS LIKE
16   YOU AGREE ON THE CONSTRUCTION, BUT YOU DISAGREE ON
17   ITS APPLICATION.  WHAT YOU JUST SAID, THAT'S WHAT
18   THAT SOUNDS LIKE TO ME.
19             MR. JOHNSON:  WELL, "ELECTRONIC DOCUMENT"
20   SPECIFICALLY, IT WASN'T SPECIFICALLY ADDRESSED IN
21   THE CONTEXT OF THE CLAIM CONSTRUCTION ORDER.  IT
22   WAS "BEYOND THE EDGE OF AN ELECTRONIC DOCUMENT."
23             SO THE ACTUAL TERM "ELECTRONIC DOCUMENT"
24   WE THINK IS FAIRLY STRAIGHTFORWARD AND REFERS TO
25   WEB PAGES AND DIGITAL IMAGES AS EXAMPLES OF

1     ELECTRONIC DOCUMENTS.
2              SO I DON'T THINK THERE'S A SPECIFIC
3     DISPUTE IN THAT RESPECT.
4              THE COURT:  WOULD YOU AGREE WITH THAT?
5              MR. JACOBS:  I THINK THAT THAT HASN'T
6     BEEN JOINED.  THE ISSUE HAS NOT BEEN JOINED
7     FORMALLY AS TO THE CONSTRUCTION OF "ELECTRONIC
8     DOCUMENT."
9              I THINK BOTH SIDES HAVE ADDUCED THEIR
10    EVIDENCE WITH IMPLICIT DEFINITIONS OF "ELECTRONIC
11    DOCUMENT."
12             FOR EXAMPLE, IN THEIR -- IN THE CASE OF
13    TABLECLOTH, THERE'S A QUESTION ABOUT WHETHER THE
14    TWO IMAGES REPRESENT A SINGLE DOCUMENT OR WHETHER
15    EACH IMAGE IS A SINGLE DOCUMENT, AND THAT CREATES
16    PART OF A FACT ISSUE ABOUT WHETHER TABLECLOTH, AS A
17    MATTER OF SUBSTANCE, IS ANTICIPATORY.
18             IN SHORT, I JUST DON'T THINK IT'S JOINED,
19    YOUR HONOR.
20             THE COURT:  WHAT DOES THAT MEAN --
21             MR. JOHNSON:  I THINK IT --
22             THE COURT:  -- THAT IT'S NOT JOINED?
23    DOES THAT MEAN IT'S NOT RIPE OR IT HASN'T --
24             MR. JOHNSON:  WELL, I THINK HE'S SAYING
25    THERE IS A DISPUTE, BECAUSE I THINK HE'S SAYING

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

/S/
_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595