Exhibit 2

# Internet and Technology Law Desk Reference
## Sixth Edition

Michael D. Scott



ASPEN
PUBLISHERS

1185 Avenue of the Americas, New York, NY 10036
www.aspenpublishers.com

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other professional assistance is required, the services of a competent professional person should be sought.

—from a *Declaration of Principles* jointly adopted by a Committee of the American Bar Association and a Committee of Publishers and Associations

© 2004, 2003, 2002, 2001, 1999 Aspen Publishers, Inc.
A Wolters Kluwer Company
*www.aspenpublishers.com*

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher. Requests for permission to reproduce content should be directed to the Aspen Publishers website at *www.aspenpublishers.com,* or a letter of intent should be faxed to the permissions department at 646-728-3048.

Printed in the United States of America

1 2 3 4 5 6 7 8 9 0

ISBN 0-7355-4743-2

*Annotation.* "DivX is capable of compressing decrypted files constituting a feature length motion picture to approximately 650 MB at a compression ratio that involves little loss of quality. While the compressed sound and graphic files then must be synchronized, a tedious process that took plaintiffs' expert between 10 and 20 hours, the task is entirely feasible. Indeed, having compared a store-bought DVD with portions of a copy compressed and synchronized with DivX (which often are referred to as 'DivX'd' motion pictures), the Court finds that the loss of quality, at least in some cases, is imperceptible or so nearly imperceptible as to be of no importance to ordinary consumers."
    *Id.* at 313-14 (footnotes omitted).

"DivX effects what is known as 'lossy' compression—it achieves its reduction in file size by eliminating some of the data in the file being compressed. The trick, however, is that it seeks to do so by eliminating data that is imperceptible, or nearly so, to the human observer."
    *Id.* at 313 n.107 (footnotes omitted).

### DMCA *(copyright)*
Acronym for the "Digital Millennium Copyright Act." *See* **Digital Millennium Copyright Act.**

### DNS *(Internet)*
Acronym for "Domain Name System." *See* **domain name system.**

### document *(general)*
Anything printed, written upon, or otherwise recorded that generally has permanence and that can be read by humans or machines; in word processing, text that can be named and stored as a separate entity. Documents can be stored, retrieved, edited, and printed via computer programs.

### documentation *(general)*
"[T]he general term for the material that a programmer must give to a user to explain how the program runs. Programs frequently come with pamphlets that explain the program's powers and limitations. The documentation must anticipate as many potential questions and exigencies as the programmer can imagine the user will face because most people do not understand computers and programs fully, and it would therefore be very difficult for users to solve their problems themselves."
    *Whelan Assocs., Inc. v. Jaslow Dental Lab., Inc.,* 797 F.2d 1222, 1231 n.21 (3d Cir. 1986), *cert. denied,* 107 S. Ct. 877 (1987).