Exhibit 3

# IBM DICTIONARY OF COMPUTING

Compiled and edited by
**GEORGE McDANIEL**

McGRAW-HILL, INC.
New York   San Francisco   Washington, D.C.   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

2 3 4 5 6 7 8 9 0  DOC/DOC  9 9 8 7 6 5 4

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

**DMA slave** A device on the Micro Channel bus that uses the system-provided direct memory access (DMA) facilities instead of having a built-in controller. See also Bus Master.

**DMH** Device message handler.

**DML** Data manipulating language.

**DNC** Dynamic network collection.

**DNIC** Data network identification code.

**DNIS** Dialed number identification service.

**DOC** Documentation.

**DOCID** Document Identification. See also object name.

**document** (1) A named, structural unit of text that can be stored, retrieved, and exchanged among systems and users as a separate unit. (T) (2) Information and the medium on which it is recorded that generally have permanence and can be read by humans or by machine. (3) In word processing, a collection of information that pertains to a particular subject or related subjects. Synonymous with file. (4) In System/36, a collection of one or more lines of text that can be named and stored as a member in a folder.

**document administrator** The person who defines, organizes, manages, controls, and protects documents. (T) (A)

**document architecture** A complete set of interrelated rules defining the possible structures of documents taken into consideration in a specific text processing environment. (T)

**document area** In OfficeVision, the area of the Writing Pad window in which text is entered.

**document assembly** Synonym for document merge. (T)

**documentation** (1) The management of documents, which may include the actions of identifying, acquiring, processing, storing, and disseminating them. (I) (A) (2) A collection of documents on a given subject. (I) (A) (3) The aids provided for understanding the structure and intended uses of an information system or its components, such as flowcharts, textual material, and end-user manuals. (A) (4) See system documentation.

**document authority** Permission granted to one user to work with documents that are owned by another user.

**document body** The contents of a document, including text and layout information, but excluding the document profile. (T)

**Document button** A LinkWay button object that lets the user display a document from a specified file.

**document class** In the OS/400 operating system, a user-defined character string, 1 through 16 characters long, that characterizes a document. It can be used to search for a filed document. For example, a document that is a memo could have a document class of MEMO; a document that is a report, REPORT.

**document conversion processor** A computer program that processes a machine-readable document, including formatting controls written in one formatter language, to produce a machine-readable document including formatting controls appropriate for another formatter language.

**document copying** The making of one or more true copies of an original on the same or a different scale by means of a document copying machine. (T)

**document copying machine** (1) A machine that uses the diazo process, electrostatic process, silver process, or thermographic process primarily to produce copies of an original without affecting the original. (T) (2) See console document copying machine, desk-top document copying machine, diazo document copying machine, electrostatic document copying machine, feed-past document copying machine, feed-through document copying machine, moving-platen document copying machine, photographic document copying machine, stationary-platen document copying machine, thermographic document copying machine.

**document delivery** The transfer of a document into the recipient's environment. (T)

**document description** Data that describe the characteristics of a document, such as document type, subject, author, and date created.

**document details** Data that describes the characteristics of a document; for example, document type, subject, author, and date created.

**document drawer** A drawer underneath a network controller for storing the operator's guide, the key that locks and unlocks machine elements, and spare lights and fuses.

**document environment group** In the 3800 Print Services Facility, an internal object that is a required part of every form definition, identifies suppression usage, identifies overlays to be used, and defines the placement of one or more pages on the form.

**electroluminescent (EL) screen** A display screen that emits light at each pixel by electrical activation of phosphors or by passing an electrical current through a semiconductor material such as gallium arsenide.

**electromagnetic delay line** A delay line whose operation is based on the time of propagation of electromagnetic waves through distributed or lumped capacitance and inductance. (A)

**electron beam recording (EBR)** In micrographics, a specific method of computer output microfilming in which a beam of electrons is directed onto an energy-sensitive microfilm. (A)

**electronic archive** A collection of documents in storage for historical or backup purposes; for example, a stored collection of various versions of a document. (T)

**electronic automatic exchange (EAX)** Electronic telephone exchange equipment.

**electronic codebook operation** A mode of operation used with block cipher cryptographic algorithms in which plaintext or ciphertext is placed in the input to the algorithm and the result is contained in the output of the algorithm.

**electronic customer support** In the AS/400 system, a part of the operating system that allows a customer to access: the question-and-answer (Q & A) function; problem analysis, reporting, and management; IBM product information; and technical information exchange.

**electronic data interchange (EDI)** The exchange of data and documents between different users according to standardized rules.

**electronic directory** An organized list of the users or services that can be addressed on a network. (T)

**electronic document** A document that is stored on a computer, instead of printed on paper.

**electronic field production (EFP)** In video production, the use of portable video equipment on location.

**electronic filing** Creating, storing, processing, and retrieving files on a recording medium such as magnetic tape, magnetic disks, or diskettes.

**electronic funds transfer system (EFTS)** A computerized payment and withdrawal system used to transfer funds from one account to another and to obtain related financial data.

**electronic mail** (1) Correspondence in the form of messages transmitted between user terminals over a computer network. (T)   (2) Correspondence in the form of messages transmitted between workstations over a network. See also chat message, voice mail.

*Note:* The term usually excludes the exchange of messages between offices that handle local mail distribution. It normally pertains to direct user-to-user transmissions of information.

**electronic mailbox** Synonym for mailbox. (T)

**electronic messaging** The creation, transfer, storage, and retrieval of text, graphics, images, or voice data by electronic means. (T)

**electronic overlay** (1) In the 3800 Print Services Facility, a collection of constant data that are electronically composed in the host processor and can be merged with variable data on a sheet during printing. Contrast with page segment. See also forms overlay, preprinted form.   (2) In the AS/400 system, an Advanced Function Printing (AFP) resource object that is a collection of predefined data, such as lines, shading, text, boxes, or logos, that can be merged with variable data on a page while printing.

**electronic publishing** The production of typeset-quality documents including text, graphics, and pictures with the assistance of a data processing system. Synonymous with computer-aided publishing, computer-assisted publishing. (T)

**Electronic Industries Association (EIA)** An organization of electronics manufacturers that advances the technological growth of the industry, represents the views of its members, and develops industry standards.

**electronic stencil** In a duplicator, a specially coated tissue or plastic-based master possessing certain electrical properties designed for creation of an image by means of an electronic stencil cutting machine. (T) See also pressure stencil, thermal stencil.

**electronic worksheet** In a personal computer spreadsheet application, the complete coded layout of the spreadsheet in memory, portions of which can be viewed on a display screen by scrolling. See Figure 51.