Exhibit 5

# Dictionary of Computer and Internet Terms

Ninth Edition

Douglas A. Downing, Ph.D.
*School of Business and Economics*
*Seattle Pacific University*

Michael A. Covington, Ph.D.
*Artificial Intelligence Center*
*The University of Georgia*

Melody Mauldin Covington
*Covington Innovations*
*Athens, Georgia*

*With the assistance of*
Catherine Anne Covington



BARRON'S

## ABOUT THE AUTHORS

Douglas Downing teaches economics and quantitative methods and is undergraduate program director for the School of Business and Economics at Seattle Pacific University. He is the author of several books in both Barron's Easy Way and Business Review series. He is also the author of *Java Programming.the Easy Way* and *Dictionary of Mathematics Terms*, published by Barron's Educational Series, Inc. He holds the Ph.D. degree in economics from Yale University.

Michael Covington is Associate Director of the Artificial Intelligence Center at the University of Georgia. He is the author of several books and over 250 magazine articles. He holds the Ph.D. degree in linguistics from Yale University.

Melody Mauldin Covington is a graphic designer living in Athens, Georgia. She is the author of *Dictionary of Desktop Publishing* (published by Barron's).

Catherine Anne Covington is a student and web designer in Athens, Georgia.

© Copyright 2006, 2003, 2000, 1998, 1996, 1995, 1992, 1989, and 1986 by Barron's Educational Series, Inc.

All rights reserved.
No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, New York 11788
http://www.barronseduc.com

Library of Congress Catalog Card No. 2005052175

ISBN-13: 978-0-7641-3417-3
ISBN-10: 0-7641-3417-5

**Library of Congress Cataloging-in-Publication Data**

Downing, Douglas.
  Dictionary of computer and Internet terms / Douglas A. Downing, Michael A. Covington, Melody Mauldin Covington.—9th ed.
    p.    cm.
  ISBN-13: 978-0-7641-3417-3
  ISBN-10: 0-7641-3417-5
    1. Computers—Dictionaries.   2. Internet—Dictionaries.   I. Covington, Michael A., 1957–   II. Covington, Melody Mauldin.   III. Title.

QA76.15.D667 2006
004'.003—dc22                                         2005052175

PRINTED IN THE UNITED STATES OF AMERICA

9 8 7 6 5 4 3 2 1

**document** a file containing a text to be printed (e.g., a letter, term paper, or book chapter) or a drawing or other piece of work that a human being is editing with the aid of the computer.

**documentation** written descriptions of computer programs. Documentation falls into several categories:

1. *Internal documentation,* consisting of comments within the program. (*See* COMMENT.) Internal documentation is addressed mostly to future programmers who may have to make corrections or other modifications.

2. *Online documentation,* information that is displayed as the program runs or that can be called up with a command such as help. The user should be able to control the amount of information displayed (more for beginners, and less as the user's experience increases). Also, help commands should be sensitive to the context in which they are invoked; for instance, typing help within an editor should call up information about the editor, not the whole operating system.

3. *Reference cards,* containing easily forgotten details for quick reference. A reference card assumes that the user is already familiar with the general principles of the program. Reference cards printed on paper are becoming obsolete, but the same kind of documentation is often made available online.

4. *Reference manuals,* setting out complete instructions for the program in a systematic way. Related information should be grouped together, and a good index should be provided.

5. *Tutorials,* serving as introductions for new users. Unlike a reference manual, a tutorial gives the information in the order in which the user will want to learn it; items are grouped by importance rather than by function or logical category.

**document mode** the normal way of typing documents that are to be printed. The word processor includes codes that indicate hyphenation, page breaks, and the like, thereby producing a special word processing file rather than a text file. *See also* NONDOCUMENT MODE; TEXT FILE.

**Documents and Settings** the directory which, in Windows 2000 and later, normally contains the "My Documents" folder and other information belonging to each specific user.

**dodge/burn tool** a photopaint tool that simulates the effects of traditional dodging and burning methods in the photgraphic darkroom: the burn tool gradually increases the darkness of the area you pass the tool over; likewise, the dodge tool lightens the area.

**DOM** (Document Object Model) a system in which a web page is viewed as a collection of objects that can be manipulated by an object-oriented scripting language such as JAVASCRIPT. *See also* DYNAMIC HTML.

Case 5:11-cv-01846-LHK   Document 1186-9   Filed 07/05/12   Page 5 of 5

**electronic document** a document intended to be read as it is displayed on a monitor. An electronic document can use HYPERTEXT to create an interactive environment for the reader. It can also use special effects such as animation, sounds, and music. Unlike with traditional printed documents, there is no extra cost for full color. WEB PAGES are a type of electronic document; so are catalogs, documentation, and MULTIMEDIA presentations distributed on CD-ROM. *See also* AUTHORING SOFTWARE.

**electronic mail** (**e-mail**) the transmission of messages by computer from one person to another. Messages are saved until the recipient chooses to read them. E-mail is much more convenient than ordinary mail or telephone calls because it arrives immediately but does not require the recipient to be present, nor does it interrupt anything else the recipient may be doing. Messages are easily printed out, saved on disk, or forwarded to other people.

In e-mail messages, the symbols : ) or -) (smiling face or tongue in cheek) denote remarks that are not to be taken seriously; this is important because the recipient cannot hear the sender's tone of voice. (*See* EMOTICON.) Ill-considered angry messages are fairly common and are called *flames*.

All users of e-mail should be aware that backup copies of the messages can be saved on disk or tape and that perfect privacy cannot be guaranteed. *Contrast* INSTANT MESSAGING; CHAT ROOM; NEWSGROUP. *See also* SPAM.

For abbreviations commonly used in electronic mail, *see* AFAIK; AFAIR; BTW; FWIW; IANAL; IMHO; IRL; RYFM; TIA; YMMV.

*See also* ELECTRONIC DATA INTERCHANGE; LOCAL-AREA NETWORK; WIDE-AREA NETWORK.

**electronic publishing**

**1.** the creation, manufacturing, and distribution of paperless documents. Examples of electronic documents are CD-ROM encyclopedias and the web pages. Each of these new formats brings new challenges and technical problems, but all need the skill of someone who knows how to work with type and how to produce a pleasing combination of graphics and text.

**2.** the use of specialized computer-controlled equipment in the publishing and printing industries. Desktop publishing may be considered part of this trend, but electronic publishing encompasses the use of equipment not readily available to the mass market (powerful workstation class computers and DIGITAL PRESSES, for example). Electronic publishing is superseding traditional methods of PREPRESS production.

**electrostatic printer** a printer that operates by using an electric charge to deposit toner on paper. Laser printers are electrostatic printers.

**element** one of the items in an ARRAY or LIST.