# Exhibit 6

# FILED UNDER SEAL

```
 1        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
 2             SAN JOSE DIVISION
 3
 4
 5
 6
    APPLE INC., A CALIFORNIA      :
 7  CORPORATION,                  :
               PLAINTIFF,         :
 8
                                  :
 9     VS.                        : CASE NO.
                                  : 11-CV-01846-LHK
10  SAMSUNG ELECTRONICS, CO.,     :
    LTD., A KOREAN BUSINESS       :
11  ENTITY; SAMSUNG ELECTRONICS   :
    AMERICA, INC., A NEW YORK     :
12  CORPORATION; SAMSUNG          :
    TELECOMMUNICATIONS AMERICA,   :
13  LLC, A DELAWARE LIMITED       :
    LIABILITY COMPANY,            :
14
                 DEFENDANTS
15
16
17
18
19
20       VIDEOTAPED DEPOSITION OF ANDRIES VAN
    DAM, an Expert Witness in the above-entitled
21  cause, taken on behalf of the Plaintiff,
    before Barbara Warner, RPR, Notary Public in
22  and for the State of Rhode Island, at the
    offices of Allied Court Reporters, 115-21 Phenix
23  Avenue, Cranston, RI, on May 2, 2012
    at 9:00 A.M.
24
25  TSG Job # 49185
```

| | | |
|---|---|---|
| 1 | (DEPOSITION COMMENCED AT 9:16 A.M.) | |
| 2 | ANDRIES VAN DAM | |
| 3 | THE VIDEOGRAPHER:  We are on the | 09:15 |
| 4 | record.  This is the beginning of disk number | 09:15 |
| 5 | 1 of the deposition of Andries van Dam in the | 09:16 |
| 6 | matter of Apple, Inc., versus Samsung | 09:16 |
| 7 | Electronics Company, Limited, United States | 09:16 |
| 8 | District Court for the Northern District of | 09:16 |
| 9 | California, C.A. Number 11-CV-01846-LHK. | 09:16 |
| 10 | This deposition is being held in Cranston, | 09:16 |
| 11 | Rhode Island on May 2, 2012.  The time is | 09:16 |
| 12 | 9:16 on the video.  My name is William White, | 09:16 |
| 13 | I am the videographer.  The court reporter is | 09:16 |
| 14 | Barbara Warner, in association with TSG | 09:16 |
| 15 | Reporting.  Would the attorneys please | 09:16 |
| 16 | identify themselves for the record. | 09:16 |
| 17 | MR. KREEGER:  Matthew Kreeger from | 09:16 |
| 18 | Morrison & Foerster for Apple. | 09:16 |
| 19 | MR. TUNG:  Mark Tung from Quinn | 09:16 |
| 20 | Emanuel for Samsung, and with me is Ailen | 09:16 |
| 21 | Kim. | 09:16 |
| 22 | ANDRIES VAN DAM | 09:16 |
| 23 | Being duly sworn, deposes and | 09:16 |
| 24 | testifies as follows: | 09:16 |
| 25 | THE REPORTER:  Would you state | 09:16 |



[redacted]

```
 1              C E R T I F I C A T E
              I, Barbara Warner, a Notary Public in
 2      and for the State of Rhode Island, duly
        commissioned and qualified to administer
 3      oaths, do hereby certify that the foreging
        Deposition of Andries van Dam, a Witness in
 4      the above-entitled cause, was taken before me
        on behalf of the Plaintiff, at the offices of
 5      Allied Court Reporters, 115 Phenix Avenue,
        Cranston, Rhode Island on May 2, 2012 at 9:00
 6      A.M.; that previous to examination of said
        witness, who was of lawful age, he was first
 7      sworn by me and duly cautioned to testify to
        the truth, the whole truth, and nothing but
 8      the truth, and that he thereupon testified in
        the foregoing manner as set out in the
 9      aforesaid transcript.
10              I further testify that the foregoing
        Deposition was taken down by me in machine
11      shorthand and was later transcribed by
        computer, and that the foregoing Deposition
12      is a true and accurate record of the
        testimony of said witness.
13
                Pursuant to Rules 5(b) and 30(f) of the
14      Federal Rules of Civil Procedure, original
        transcripts shall not be filed in Court;
15      therefore, the original is delivered to and
        retained by Plaintiff's attorney, Matthew
16      Kreeger, Esquire.
17              Correction and signature pages were sent
        to Defendant's Counsel, Mark Tung, Esquire.
18
                IN WITNESS WHEREOF, I have hereunto set
19      my hand and seal this 2nd day of May, 2012.
20
21
22
23
        _____
24      BARBARA WARNER, NOTARY PUBLIC/CERTIFIED
        COURT REPORTER
25      *My commission expires October 15, 2014
```