# EXHIBIT 1

*Apple v. Samsung*, No. 11-01846
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

## Witnesses

- Ravin Balakrishnan
- Timothy Benner
- Mark Buckley
- Joseph Cheong
- John Hauser
- Greg Joswiak
- Corey Kerstetter
- JunWon Lee
- Chip Lutton
- Michael Maharbiz
- Terry Musika
- Todd Pendleton
- Brian Rosenberg
- Peter Rossi
- Phil Schiller
- Timothy Sheppard
- Jaehwang Sim
- Karan Singh
- Dale Sohn
- Michael Tchao
- Boris Teksler

## Documents

| BegBates | Description |
|---|---|
| PX 0025 | Summary of Apple's Damages Calculations |
| PX 0026 | Summary of selected documents reflecting comments on demand for Apple's intellectual property |
| PX 0027 | Summary of selected documents reflecting comments on the smartphone and tablet marketplace |
| PX 0028 | Summary of Samsung's fixed, variable, and nonproduct costs |
| PX 0029 | Summary and comparison of Samsung financial data from different sources in Samsung's production |
| PX 0030 | Summary of Survey Conducted by Dr. Hauser |
| APL-ITC796-0000071960 | "Apple: iOS - Powering the Mobility Revolution," Bernstein Research |
| APLNDC00001103 | Apple's August 4, 2010 Presentation to Samsung |
| APLNDC0001434059 | Smartphone Market Study, Apple Market Research & Analysis, January 2011 |
| APLNDC0003149779 | Apple iPod Touch and iPad Units / Revenue Report, |
| APLNDC0003149795 | GAAP Line of Business Reporting – iPad, Phone |
| APLNDC0003149809 | Apple iPhone Units / Revenue Report |
| APLNDC-X0000006548 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q4 |
| APLNDC-Y0000023361 | iPad Buyer Survey: Initial US Results, August 2010 |
| APLNDC-Y0000025024 | iPhone Owner Study, by Apple Market Research & Analysis, May 2011 |
| APLNDC-Y0000026096 | iPhone 4S Early Buyer Survey, Apple Market Research & Analysis, November 2011 |

*Apple v. Samsung*, No. 11-01846
## EXHIBIT 1
## Witnesses and Documents Apple May Present
## Concerning the Amount of Damages

| BegBates | Description |
|---|---|
| APLNDC-Y0000029092 | iPhone Early Buyer Wave 1 Final Report, Apple Market Research & Analysis, July 2007 |
| APLNDC-Y00000408211 | IDC Worldwide Quarterly Mobile Phone Tracker, Q1 2012 |
| APLNDC-Y0000055416 | iPad Supply and Sales: 2010 - 2011 : K Units |
| APLNDC-Y0000055417 | iPhone Supply and Sales: 2010 - 2011 : K Units |
| APLNDC-Z0000000001 | IDC Worldwide Quarterly Mobile Phone Tracker, Q4 2011 |
| APLNDC-Z0000000003 | IDC Worldwide Quarterly Media Tablet Tracker, Q4 2011 |
| APLNDC-WH-A0000029886 | Apple Inc. Launch Date Net Sales by Adam Id (with ITS Billings) from 4/1/10 To 4/4/10 |
| SAMNDCA00024872 | iPhone 4.0 Quick Report & Analysis |
| SAMNDCA00025016 | Corrected Exhibit C to Declaration of Francis Ho, 11/7/11 (Title of document: STA Post Launch Consumer Insights) |
| SAMNDCA00027944 | Samsung Galaxy Tab 10.1 & 8.9 Competitive Product Experience |
| SAMNDCA00044700 | Email from Hyun Kim, ███████████████████████████ ████████████ |
| SAMNDCA00176053 | P5 Usability Evaluation Results - 4/9/11 (Translated) |
| SAMNDCA00176172 | "Premium & Mass Design Preference Study" |
| SAMNDCA00176269 | Samsung, part 1. Endless opportunities. |
| SAMNDCA00177800 | Strategy Analytics "Competitor Profile" |
| SAMNDCA00178021 | Touch Portfolio - Rollout Strategy - Recommendation Based on Consumer Insight - 12/17/08 |
| SAMNDCA00190046 | Touchscreen Mobile Browsers: Best Practice Guidelines and Browser Evaluations - November 2009 |
| SAMNDCA00190144 | J.D. Power & Associates, "2009 Wireless Consumer Smartphone Satisfaction Study Volume 1," April 30, 2009 |
| SAMNDCA00190881 | Samsung Equaliser - UX Forecast 2012-13 |
| SAMNDCA00191811 | (Gravity Tank) Touch Portfolio: Rollout Strategy - Recommendation Based on Consumer Insight |
| SAMNDCA00196646 | Results of Global Segmentation 2.0 Study, Mobile Marketing Group / Strategy & MI Part, March 2010 |
| SAMNDCA00201351 | Email from Jaegwan Shin to Arum Kumar et al., RE: '███████████████ ████████████ ", 5/7/11 |
| SAMNDCA00201771 | Analysis of Galaxy tab Operation Speed and Screen Effects (Translated) |
| SAMNDCA00202212 | WOW Project - July 2007 (Translated) |
| SAMNDCA00202336 | Phase 2 Design Strategy |
| SAMNDCA00202379 | [Blank Title], by Design Management center, 10/8/7 (Exhibit E to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |
| SAMNDCA00203016 | Experts' Evaluation Result, Self Inspection Program - Major Status on Global Design Competitiveness Evaluation, October 2007 (Translated) |
| SAMNDCA00203092 | Expert Evaluation Result [Mobile Phone] |
| SAMNDCA00203727 | Analysis of Relative Strengths and Weaknesses ███████████, 4/20/10 (Translated) |
| SAMNDCA00203811 | ███████████████████ Comparison of Competitiveness, 2/10/11 (Translated) |
| SAMNDCA00203880 | Relative Evaluation Report on S1, iPhone, 3/2/10 |
| SAMNDCA00207695 | Samsung ███████████████████████████ |
| SAMNDCA00217372 | Samsung Mobile Philosophy, Analysis of Survey Results, Mobile UX Group Samsung Electronics, 8/13/07 |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 1
**Witnesses and Documents Apple May Present
Concerning the Amount of Damages**

| BegBates | Description |
|---|---|
| SAMNDCA00218063 | Business & Messaging Users Qualitative Research Results |
| SAMNDCA00219766 | Competitor Benchmarking Samsung Qbowl 09/07 |
| SAMNDCA00220591 | Mobile Internet User Research - 1/18/08 |
| SAMNDCA00221705 | Global Evaluation Criteria For Tier 1 Design |
| SAMNDCA00228887 | Competitor Analysis Design & Layout - 2009 GUI Framework, 04/2008 |
| SAMNDCA00228934 | Competitor Analysis Design & Layout - 2009 GUI Framework, 04/2008 |
| SAMNDCA00229011 | Competitor Analysis, GUI Benchmarking, 2009 GUI Framework (Exhibit F to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |
| SAMNDCA00229396 | Email chain between Jaegwan Shin and Ioi Lam et al., RE: ███████████, 3/20/11 (Translated) |
| SAMNDCA00229399 | Email from Jaegwan Shin to Ioi Lam et al., RE: ████████████, 4/19/11 (Translated) |
| SAMNDCA00229410 | GT-P7500/P7510  Browser  Touch Performance Test (Translated) |
| SAMNDCA00229440 | Email chain between Ioi Lam and Jaegwan Shin, RE: "███████████", 3/3/11 |
| SAMNDCA00230535 | 2009 Samsung Umbrella Brand Architecture |
| SAMNDCA00232190 | Brand Attitude Survey H2 2009 Country Report: USA |
| SAMNDCA00236017 | BAS H1 2010 Final Report USA |
| SAMNDCA00236805 | DJ Koh Review - 3/16/11 |
| SAMNDCA00237349 | Ipsos OTX MediaCT, "Are we going to take to the tablet?" |
| SAMNDCA00237976 | Competitive Tablets Product Experience: Form Factor & Display Size / Aspect Ratio validation Research Report, 8/28/11 |
| SAMNDCA00238251 | Critical Findings Brief: █████████████████ |
| SAMNDCA00245494 | Brand Attitude Survey 2010 2H - Main Module: USA |
| SAMNDCA00247578 | Latest Mobile Phone Usage and Satisfaction Survey - T-Mobile Vibrant MRS Questionnaire |
| SAMNDCA00249029 | The Cambridge Group - Developing an Optimized Positioning Strategy for Samsung's U.S. Mobile Phone Business, Positioning Strategy Recommendation. Final Report. 1/30/07 |
| SAMNDCA00251457 | ███████████, 6/14/08 |
| SAMNDCA00251506 | ████████████, July 2008 |
| SAMNDCA00251538 | ██████████, 7/12/08 |
| SAMNDCA00256503 | Samsung Electronics, "2011 Strategy Planning" |
| SAMNDCA00259131 | COO Visit to STA - September, 2011 |
| SAMNDCA00261215 | STA 2012 Winning Strategy |
| SAMNDCA00274819 | BCG: █████████ |
| SAMNDCA00312245 | Samsung Epic 4G, America's First 4G-Capable Phone with Slide-out QWERTY Keyboard and Brilliant Super AMOLED Touchscreen, Coming to Sprint - 6/28/10 |
| SAMNDCA00312249 | VZW News Release - 6/28/10 |
| SAMNDCA00312263 | Samsung Mobile and U.S. Cellular Announce Availability of the Samsung Mesmerize, a Galaxy S Smartphone, at CTIA Enterprise & Applications - 10/6/10 |
| SAMNDCA00312274 | AT&T and Samsung Mobile Announce Upcoming Availability of the Samsung Captivate, a Galaxy S Smartphone - 6/17/10 |
| SAMNDCA00353414 | STA Next Big Thing Campaign Impact Measured |
| SAMNDCA00354292 | Samsung Spreadsheet - Accused Products (Produced Feb 28) |
| SAMNDCA00372946 | Samsung Spreadsheet - Accused Products (Produced March 8) |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 1
**Witnesses and Documents Apple May Present**
**Concerning the Amount of Damages**

| BegBates | Description |
|---|---|
| SAMNDCA00376623 | Samsung Spreadsheet - Accused Products (Produced March 21) |
| SAMNDCA00380801 | Samsung Q4'11 Deep Dive |
| SAMNDCA00381800 | Email from Dale Sohn to gschoi@samsung.com, et al., "(Report) 1Q Mobile Phone Business" |
| SAMNDCA00391937 | Palm Pre, Apple iPhone, HTC Magic US: UI Weakness/Strength Report - August 5, 2009 - R&D Management Group |
| SAMNDCA00392050 | Ecosystem Securing/Procuring Strategy to take the lead in the Smartphone Market |
| SAMNDCA00401853 | 2011 Business Strategy, Mobile Communications Division |
| SAMNDCA00401905 | 2012 Business Strategy, Mobile Communications Division |
| SAMNDCA00402075 | Samsung Spreadsheet - (US & WW) Accused Products [2010-Q2 to 2012-Q1] (Produced April 30) |
| SAMNDCA00402076 | Samsung Spreadsheet - Sales by Carrier (STA) [2010-Q2 to 2011-Q4](Produced April 30) |
| SAMNDCA00501719 | RBC Capital Markets, "Wireless Industry – Tablet Wars: Differentiate, Scale…or Die" |
| SAMNDCA00507826 | Email from Kim Ah-young RE ███████████████, 3/17/10 (Translated) |
| SAMNDCA00508318 | Behold3 Usability Evaluation Results, 5/10/10 (Translated) [Chung Exhibit B] |
| SAMNDCA00514511 | Email chain from Shoneel Kolhatkar, RE "████████████████", 3/7/11 (Translated) |
| SAMNDCA00514571 | Email chain between Yong Il Lee and others, RE "About Galaxy Tab 10.1 Inch Introduction Strategy", 3/11/11 (Translated) |
| SAMNDCA00521309 | Final Report, Galaxy S Market Response Survey (US), October 6 |
| SAMNDCA00522001 | VZW "SCH-i905(P4_LTE)" - Product Planning Group 3/31/2011 |
| SAMNDCA00525347 | Email from Jaegwan Shin to Ioi Lam et al., RE" "[P1 Browser] Request for Implementation of Additional Effects", 10/6/10 (Translated) |
| SAMNDCA00533366 | Email from Seung Yun Lee to Meeso Kim et al., RE: "Today's Conference Call - Action Items", 10/12/10 |
| SAMNDCA10036081 | Mercator Partners presentation: Support to STA's Counter-Apple Strategy |
| SAMNDCA10042955 | i900 Improvement Points |
| SAMNDCA10056653 | Samsung Mobile – Mobile Marketing Group, "Global Segmentation Update – Focused on Smartphone & Tablet U&A" |
| SAMNDCA10138344 | Samsung 'THOR' '11 Hero Proposal - 7/12/10 |
| SAMNDCA10154003 | ████████████████████████████████, August 2011 (Translated) |
| SAMNDCA10166661 | Touch Devices Browser User Experience Best Practices, STA UX, 2/13/09 |
| SAMNDCA10173553 | Samsung Gem(SCH-i100) Sales Point |
| SAMNDCA10175266 | Email chain from Sang Hung to YK Tongki Min, et al. RE ██████████ ██████████ 12/4/09 |
| SAMNDCA10202899 | 10 US Archetype Design Input, 10/23/08 |
| SAMNDCA10244357 | Touch Portfolio, Rollout Strategy Recommendation Based on Consumer Insight, Gravitytank collaborates with Samsung. (Exhibit K to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |
| SAMNDCA10247373 | E-mail string (Korean) , Subject "████████████████████ ███████████████" (Exhibit H to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |
| SAMNDCA10247509 | E-mail from Sungsik Lee re: Improving Touch Wiz 3.0, dated 1/13/2010 |
| SAMNDCA10247537 | E-mail from Meeyoung Kim to Bonghee Kim, with subject "██████████ ███████████" (Exhibit G to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 1
**Witnesses and Documents Apple May Present**
**Concerning the Amount of Damages**

| BegBates | Description |
|---|---|
| SAMNDCA10247549 | Exhibit I to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12 |
| SAMNDCA10252803 | GA3 Grade and Quality Satisfaction Evaluation Results, S/W Verification Group 1 (Exhibit J to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |
| SAMNDCA10257309 | 2011 Smartphone CS Project Final Report (Exhibit D to Declaration of Minn Chung, Attorney at Morrison & Foerster LLP, counsel of record for Apple, 2/8/12) |
| SAMNDCA10275576 | Acme, July 2008 |
| SAMNDCA10374460 | ███████ |
| SAMNDCA10375640 (SAMNDCA00397018) | Cover Email ("GS Choi's Direction and Request to STA") & ███████ Presentation (color version of presentation at SAMNDCA00397018) |
| SAMNDCA10410283 | Email from Nandakumar Ramachandran, 11/16/09 RE: ███████ |
| SAMNDCA10453260 | E mail from Todd Pendleton to Brian Rosenberg, et al re: ███████ |
| SAMNDCA10524415 | Email chain between Jee Won Lee and others, RE ███████, 8/17/11 |
| SAMNDCA10775587 | Samsung Galaxy S II Presentation |
| SAMNDCA10805169 | (Gravity Tank) Touch Portfolio: Key Takeaways |
| SAMNDCA10806707 | Apple iPad (untranslated document), 1/28/10 |
| SAMNDCA10807316 | McKinsey Report - Winning in smartphones: It's now or never |
| SAMNDCA10808165 | ███████, 3/16/11 |
| SAMNDCA10809390 | Feasibility Review on Standalone AP business for Smart Phone Market |
| SAMNDCA10809734 | Agenda [table of contents in Korean] |
| SAMNDCA10850604 | Email from Sangwook Han of Nemustech to Seungyun Lee of Samsung RE ███████", 10/28/10 (Translated) |
| SAMNDCA10850822 | Email from Sangwook Han of Nemustech to Seungyun Lee of Samsung RE: ███████ 7/21/10 (Translated) |
| SAMNDCA10969926 | Email from Yu Shin Kim to Lead Dae Woon Myeong. |
| SAMNDCA11082242 | Touch Devices Browser User Experience Comparison, November 2008 |
| SAMNDCA11104115 | Browser Zooming Methods UX Exploration Study, 4/17/09 |
| SAMNDCA11374409 | Email from Dong Jin Koh to Dong Hoon Chang, et al., "███████" |
| SAMNDCA11513944 | GS Choi Visit to STA |
| SAMNDCA11547401 | STA Competitive Situation: Paradigm Shift |
| SAMNDCA11547471 | STA Marketing: CFO Update |
| SAMNDCA11547506 | STA Product Strategy |
| SAMNDCA11547521 | AT&T: For HQ CFO |
| SAMNDCA11549523 | STA Presentation to COO Lee |
| SAMNDCA20012936 | ███████ |
| SAMNDCA-D-0000012 | *Confidential Samsung Financial Document* |
| SAMNDCA-D-0000013 | *Confidential Samsung Financial Document* |
| SAMNDCA-D-0000014 | *Confidential Samsung Financial Document* |
| S-ITC-001012125 | ███████ 12/14/2009 |
| S-ITC-003351732 | ███████ |
| S-ITC-003353288 | STA Factbook |
| S-ITC-005218927 | Verizon Wireless Weekly Report - Week 38 - 9/26/11 |
| S-ITC-009302888 | Final Report - i920 Usability Test & iPhone Benchmarking - UT1, 9/25/09 |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 1
**Witnesses and Documents Apple May Present**
**Concerning the Amount of Damages**

| BegBates | Description |
|---|---|
| S-ITC-010617659 | European Telecommunication Operation P5 vs. iPad 2, 5/18/11 |
| N/A | Best Buy Advertisement, "Samsung Galaxy Tab Included with Selected Samsung HDTVs" |
| N/A | Video of iPhone Launch at Macworld 2007 |
| N/A | Strategy Analytics, "USA Smartphone Vendor & OS Shipments by Operator: Q4 2010" |
| N/A | Strategy Analytics "USA Smartphone Vendor & OS Shipments by Operator: Q4 2011" |
| N/A | ThinkTech with Google Presentation, "Wireless Shoppers 2.0 How Consumers Shop for Wireless Phones Google Compete Clickstream and Survey Based Study. U.S. Feb 2010" |
| N/A | Exhibit 7 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 |
| N/A | Exhibit 20 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 |
| N/A | Exhibit 37 to Deposition of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/27/11 |
| N/A | Exhibit 40 to Deposition of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/27/11 |
| N/A | Samsung Galaxy S Launch Event (http://www.youtube.com/watch?v=PnxfnFm0Wb8) |
| N/A | Samsung Galaxy Tab 10.1 - Official Commercial (http://www.youtube.com/watch?v=OM1Pt0AXSaI) |
| N/A | Exhibit 6 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 |
| N/A | Exhibit 8 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 |
| N/A | Exhibit 10 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 |
| N/A | Exhibit 19 to Declaration of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/1/11 |
| N/A | Exhibit 29 to Deposition of Sissie Twiggs, Director of Worldwide Advertising at Apple, 7/27/11 |
| N/A | Samsung Galaxy Tab Official Commercial (http://www.youtube.com/watch?v=GHPJdqgsJ9g) |
| N/A | Time to Tab - Samsung Galaxy Tab 10.1 Global TV Commercial (http://www.youtube.com/watch?v=QL8ePbYsdc8) |
| N/A | Introducing the Samsung Galaxy Tab - It's Go Time! (http://www.youtube.com/watch?v=yGKthibnyTE) |
| N/A | Samsung Continuum - A Galaxy S Phone (Verizon) (http://www.youtube.com/watch?v=KIi32R3yciY) |
| N/A | Samsung Mobile USA, [Jo Videos] Samsung Galaxy S II Tips & Tricks - Email (http://www.youtube.com/watch?v=EhwW3cjsbAM&list=PLB06411CFD33597 A3&feature=plcp&context= C337f15fPDOEgsToPDskIFli7kLjB29rSJhGXwKF67) |
| N/A | [GALAXY Tab 10.1] Official Demo - HD (http://www.youtube.com/watch?v=7tfX3Vlz0nI&fea ture=related) |
| N/A | [GALAXY S II] Official Live Demo - Viewing (http://www.youtube.com/watch?v=LP38KF-LR0U&feature=BFa&list=PL3F63929F54D9A90A&lf=pl pp_video) |
| N/A | Gartner Press Release: "Gartner Says Worldwide Mobile Phone Sales Grew 35 |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 1
**Witnesses and Documents Apple May Present**
**Concerning the Amount of Damages**

| BegBates | Description |
|---|---|
| | Percent in Third Quarter 2010; Smartphone Sales Increased 96 Percent" |
| N/A | Strategy Analytics: "Apple iPhone Owners Most Likely to Repeat Purchase," by Paul Brown (http://www.strategyanalytics.com/default.aspx?mod=pressreleaseviewer&a0=4870) |
| N/A | Apple Inc. Form 10-K for fiscal year ended September 24, 2011, p. 43 & 63. |
| N/A | Apple Inc. Form 10-Q for the quarters ended 12/31/11 and 3/31/12, p. 2 |
| N/A | Ibbotson Cost of Capital 2010 Yearbook (data through March 2010). |
| N/A | Ibbotson Cost of Capital 2011 Yearbook (data through March 2011). |
| N/A | Interbrand's "2010 Ranking of the Top 100 Brands," dated September 15, 2010.http://www.interbrand.com/en/best-global-brands/best-global-brands-2008/best-global-brands-2010.aspx |
| N/A | Interbrand's "2011 Ranking of the Top 100 Brands," dated October 4, 2011. http://www.interbrand.com/en/best-global-brands/best-global-brands-2008/best-global-brands-2011.aspx |
| N/A | Interbrand's brand valuation methodology, http://www.interbrand.com/en/best-global-brands/best-global-brands-methodology/Overview.aspx |
| N/A | Dr. Hauser's Tablet and Smartphone Conjoint Survey Questions (Exhibits D, E, F, and G produced on March 22, 2012); Natively Produced Smartphone and Tablet Conjoint Survey Animations (Flash Audio Test.swf, Phone Camera A.swf, Phone Camera B.swf, Phone Camera C.swf, Phone Camera D.swf, Phone Connectivity A.swf, Phone Connectivity B.swf, Phone Connectivity C.swf, Phone Connectivity D.swf, Phone Touchscreen A.swf, Phone Touchscreen B.swf, Phone Touchscreen C.swf, Phone Touchscreen D.swf, Tablet Camera A.swf, Tablet Camera B.swf, Tablet Camera C.swf, Tablet Camera D.swf, Tablet Connectivity A.swf, Tablet Connectivity B.swf, Tablet Connectivity C.swf, Tablet Connectivity D.swf, Tablet Touchscreen A.swf, Tablet Touchscreen B.swf, Tablet Touchscreen C.swf, Tablet Touchscreen D.swf); Natively Produced Conjoint Survey Pretest Results (Exhibit H produced on March 22, 2012); Natively Produced Conjoint Survey Data (Final Survey Data Set.xlsx); and Natively Produced Statistical Calculations for the Smartphone and Tablet Conjoint Surveys (avss_fit.txt, avss4.csv, avss4.log, avss8.csv, avss8.log, avss12.csv, avss12.log, holdoutcalcs m, avss_mono_scrub.sas7bdat, avst_mono_scrub.sas7bdat, wtp_sphone_mono_scrub.xls, wtp_tablet_mono_scrub.xls, header.sas, import_dra.sas, wtp_sphone.sas, wtp_tablet.sas, Holdout excluding 4 rar, Holdout excluding 8.rar, Holdout excluding 12.rar, All choice tasks rar, avss_final Counts1.xls, avss_final Merge Log.txt, avss_final.att, avss_final.cbchb, avss_final.cho, avss_final.dat, avss_final.idx, avss_final.qnr, avss_final.smt, Samsung Smartphone Scrubbing Flags 3-09-12 w Resp No.csv, Samsung Tablet Scrubbing Flags 3-09-12 w Resp No..csv, avss.old, avst.old, avss.cho, avst.cho, CHO Scrub.do, avst12.csv, avst12.log, avst4.csv, avst4.log, avst8.csv, avst8.log, avst_fit.txt, avst_final Counts1.xls, avst_final Merge Log.txt, avst_final.att, avst_final.cbchb, avst_final.cho, avst_final.dat, avst_final.idx, avst_final.qnr, avst_final.smt. Certain filenames correspond to more than one unique file.) |