# EXHIBIT 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S LIST OF WITNESSES FOR TRIAL PURSUANT TO RULE 26(a)(3)** |

1   Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and

2   Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully submits the

3   following list of witnesses that it may call to testify at trial other than solely for impeachment with

4   a brief statement following each name describing the substance of the testimony to be given.   The

5   witnesses included on this list may be presented live or by deposition designation if their

6   deposition has been taken in this case.   Because the admissibility of testimony from a witness is

7   dependent on the context, the inclusion of a witness on Samsung's list of witnesses should not be

8   construed as a waiver of the right to object to the witness or to the use of testimony from the

9   witness when called by defendants.

10   Samsung reserves the right to amend or supplement its list of witnesses, including in

11   response to any evidence offered by Plaintiff at trial and/or on the basis of any information or

12   documents obtained from discovery which has not yet been completed.   In addition, Samsung

13   reserves the right to call at trial any witness on defendants' witness list.

14

15   1.   **Bryan Agnetta:**   Microsoft c/o Woodcock and Washburn**,** Cira Centre, 12th

16   Floor, 2929 Arch Street Philadelphia, Pennsylvania 19104.   Telephone number 215-568-3100.

17   This witness may provide testimony relating to prior art to Apple's '163 patent.

18   2.   **Robert John Anders**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

19   Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

20   Mr. Anders is an expert who will testify regarding non-infringement analyses for the design

21   patents and trade dress claims.

22   3.   **Creig Anderson**:   Radio Shack c/o Moses, Palmer & Howell.   309 West 7th

23   Street Fort Worth, Texas 76102.   Telephone number 817-255-9100.   Mr. Anderson may testify

24   about Radio Shack's sales and advertising of electronic devices and the authenticity of its

25   document production.

26   4.   **Bartley Andre**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

27   Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Andre may testify

28   regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

5. **Freddy Anzures**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Anzures may testify regarding the graphic user interface of Apple's iPhones and design patents.

6. **Yongseok Bang**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Bang may testify regarding Samsung design, including the design of the Seine, Galaxy S II.

7. **Benjamin Bederson:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000. This witness will provide testimony relating to prior art to Apple's '163 and '381 patents.

8. **Timothy Benner**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Benner may testify regarding Samsung consumer surveys and strategies.

9. **Steven Beyer**:   Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Beyer may testify regarding development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

10. **Craig Bishop**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Bishop, Head of Standards for Samsung's UK Division will testify regarding Samsung's activities at 3GPP/ ETSI and Samsung's IPR disclosure practices and procedures.

11. **Tony Blevins**:   WilmerHale, 60 State Street, Boston, Massachusetts 02109. Telephone number 617-526-6000.   Mr. Blevins is an Apple employee and was deposed as an

1  Apple corporate representative Mr. Blevins will testify regarding Apple's manufacturing,

2  sourcing, and purchasing of the Accused Products; Apple's communications with respect to

3  suppliers; its supply capacity, and the manufacture of the accused products, their sale for

4  importation into the United States, the facilities where the Accused Products are designed and

5  manufactured, and Apple's role in the manufacture, use, purchase and sale of the Accused

6  Products.

7       12.    **Chris Blumenberg:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San

8  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged

9  inventor on Apple's '163 patent and may provide testimony relating to that patent.

10       13.    **Adam Bogue:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

11  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

12  witness will provide testimony relating to prior art to Apple's '915 and '381 patents.

13       14.    **Robert Borchers**:   Morrison & Foerster LLP, 425 Market Street San Francisco,

14  CA 94105-2482.   Telephone number 415-268-7000.   Mr. Borchers may provide testimony

15  regarding the development of Apple's iPhone, iPad and iPod Touch products, its design patents,

16  design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

17  non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

18  construction, and design patent non-infringement.

19       15.    **Andre Boule:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San

20  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged

21  inventor on Apple's '163 patent and may provide testimony relating to that patent.

22       16.    **Peter Bressler**:   Morrison & Foerster LLP, 425 Market Street San Francisco, CA

23  94105-2482.   Telephone number 415-268-7000.   Mr. Bressler is an expert witness who will

24  testify about his opinions on claim construction, validity, and infringement of Apple's designs and

25  trade dress.

26       17.    **Andrew Bright**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

27  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Bright is an Apple

28  employee who may testify regarding the design and development of Apple's iPhone, iPad and

1  iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade

2  dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress

3  invalidity, design patent claim construction, and design patent non-infringement.

4       18.   **Robert Brunner:**  Coblentz, Patch, Duffy & Bas, One Ferry Building San

5  Francisco, California 94111.   Telephone number 415-391-4800.   Mr. Brunner may testify

6  regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

7  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

8  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

9  claim construction, and design patent non-infringement.

10       19.   **Mark Buckley**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo

11  Alto, California, 94304.   Telephone number 650-813-5600.   Mr. Buckley will authenticate

12  Apple's financial data, licensing and royalty payments, and Apple's manufacturing and distribution

13  capacity.

14       20.   **David Bungo:**  Morrison & Foerster LLP, 425 Market Street San Francisco, CA

15  94105-2482.   Telephone number 415-268-7000.   Mr. Bungo may testify regarding the design

16  and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design

17  patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-

18  dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

19  construction, and design patent non-infringement.

20       21.   **Dooju Byun:**  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

21  Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

22  This witness may provide testimony relating to the Samsung products accused of infringing

23  Apple's '381 patent.

24       22.   **Imran Chaudhri:**  Apple c/o Morrison & Foerster LLP, 425 Market Street San

25  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged

26  inventor on Apple's '163 patent and may provide testimony relating to that patent.   Mr. Chaudhri

27  will testify regarding the graphic user interface of Apple's iPhones and design patents.

28

23.     **Stephanie Chen**: TBWA Worldwide, Inc. c/o Seyfarth Shaw, 2029 Century Park East, Los Angeles, CA 90067.    Ms. Chen may provide testimony regarding marketing, advertising, and consumer demand for Apple's products.

24.     **Wei Chen**:    Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    Mr. Chen may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

25.     **Benjamin Cheung:**    Alcatel-Lucent, 600 Mountain Avenue, Room 3C-241 Murray Hill, New Jersey 07974.    Telephone number 908-582-0111.    This witness may provide testimony relating to Samsung's '941 and '516 patents and the Apple products accused of infringing those patents.

26.     **Joon-Young Cho:**    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    This witness is an inventor on Samsung's '516 patent and may provide testimony relating to that patent.

27.     **Sung Ho Choi** :    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr. Choi, a Samsung employee, will testify regarding Samsung's activities at 3GPP/ ETSI Samsung's IPR disclosure practices and procedures.

28.     **Greg Christie:**    Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.

29.     **Minhyung Chung**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr. Chung may be offered as a fact witness. He is the team leader for the technology

analysis team at Samsung. Mr. Chung may testify regarding the topics for which he was designated as a corporate witness and regarding Samsung's licenses and licensing practices.

30. **Cira Conley**:   Gravity Tank c/o Clark Hill PLC, 150 North Michigan Avenue Suite 2700 Chicago, Illinois 60601.   Telephone number 312 985-5561.   Ms. Conley may provide testimony regarding marketing, advertising, and consumer demand for Apple's products.

31. **Lance Cornish:**   ZTE, 2425 N. Central Expressway Richardson, Texas 75080. Telephone number 972-671-8885.   Mr. Cornish may testify about ZTE's sales and advertising of electronic devices and the authenticity of its document production.

32. **Daniel Coster**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Coster may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

33. **Kurt Dammermann**:   Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Dammermann may provide testimony regarding functionality and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; design patent claim construction and scope.

34. **Daniele De Iuliis**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. DeIullis may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

35. **Elisa De Martel**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Ms. De Martel may provide testimony regarding Apple's financial information.

36.     **Justin Denison**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr. Denison will testify regarding the Smartphone and tablet markets and marketing and sales of Samsung products in the United States.

37.     **Richard Dinh**:    Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    Mr. Dinh may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

38.     **Richard Donaldson**:    WilmerHale, 60 State Street, Boston, Massachusetts 02109. Telephone number 617-526-6000.    Mr. Donaldson may be offered as an expert witness. Dr. Donaldson may testify regarding the content of his expert report, including licensing on fair, reasonable, and non-discriminatory terms and conditions, the availability of injunctive relief, and exhaustion relating to Samsung's grant of a license to Intel Corp.

39.     **Tracey-Gene Durkin**:    Sterne Kessler Goldstein & Fox, 1100 New York Avenue, NW Washington, DC 20005.    Telephone number 202-371-2600.    Ms. Durkin may testify regarding the functionality and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; design patent claim construction and scope.

40.     **Sung-Ho Eun**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    This witness is an inventor on Samsung's '893 patent and will provide testimony relating to that patent.

41.     **Tony Fadell**: Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    Mr. Fadell may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-

1   dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

2   construction, and design patent non-infringement.

3          42.   **Michael Ferrazano**:   Morrison & Foerster LLP, 755 Page Mill Road Palo Alto,

4   California, 94304.   Telephone number 650-813-5600.   Mr. Ferrazano may testify regarding the

5   functionality and validity of Apple's claimed trade dresses and US Design Patents; non-

6   infringement; design patent claim construction and scope.

7          43.   **Roger Fidler**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,

8   5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Fidler

9   will testify regarding the development of tablet computer designs, including prior art he created.

10         44.   **Clifton Forlines:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

11  Dr., 5th Floor Redwood Shores, California 94065, 555 Twin Dolphin Dr., 5th Floor Redwood

12  Shores, California 94065.   Telephone number 650-801-5000.   This witness will provide

13  testimony relating to prior art to Apple's '915 and '381 patents.

14         45.   **Scott Forstall:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San

15  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged

16  inventor on Apple's '163 patent and may provide testimony relating to that patent.

17         46.   **Nitin Ganatra:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo

18  Alto, California, 94304.   Telephone number 650-813-5600.   This witness may provide

19  testimony relating to Samsung's '711, '893 and '460 patents and the Apple products accused of

20  infringing those patents.

21         47.   **Maribel Gomez:**   Intel Mobile Communications c/o Perkins Coie, 3150 Porter

22  Drive Palo Alto, CA 94304.   Telephone number   650-0838-4300.   This witness will provide

23  testimony relating to Samsung's '516, '941, and '604 patents the Apple products accused of

24  infringing those patents.

25         48.   **Jared Gosler**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

26  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Gosler may provide

27  testimony regarding the marketing of and consumer demand for the design of Apple's products

28  and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution,

1  lack of fame, design patent invalidity, design patent non-infringement and design patent claim

2  construction.

3      49.   **Stephen Gray:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

4  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

5  witness is a technical expert and may provide testimony relating to Apple's '163 and '915 patents.

6      50.   **Jessica Hammerstrom**:   Best Buy Enterprises Services, 7601 Penn Avenue South

7  B6-Legal Department Richfield, MN 55423.   Telephone number 612-292-1000.   Ms.

8  Hammerstrom may testify about Best Buy's sales and advertising of electronic devices and the

9  authenticity of its document production

10      51.   **Jefferson Han:**   Freitas, Tseng & Kaufman LLP, 100 Marine Parkway, Suite 200

11  Redwood Shores, California 94065.   Telephone number 650-730-5557.   This witness may

12  provide testimony relating to prior art to Apple's '915 patent.

13      52.   **Evans Hankey**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

14  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Ms. Hankey may testify

15  regarding the iPod Touch and the graphic user interface for the iOS, US Design Patent D627,790,

16  and D617,334.   Ms. Hankey may also testify regarding the design and development of Apple's

17  iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress

18  functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent

19  invalidity, trade dress invalidity, design patent claim construction, and design patent non-

20  infringement.

21      53.   **Christopher Harris**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

22  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Harris may testify

23  regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

24  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

25  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

26  claim construction, and design patent non-infringement.

27

28

54.   **Scott Herz:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   This witness is an alleged inventor on Apple's '915 patent and may provide testimony relating to that patent.

55.   **Arthur Hill**:   Sony c/o Andrews Kurth LLP, 4819 Emperor Boulevard, Suite 400 Durham, North Carolina 27703.   Telephone number 919-599-2639.   Mr. Hill may testify about Sony's sales and advertising of electronic devices and the authenticity of its document production.

56.   **Phil Hobson**:   Apple c/o Morrison & Foerster LLP, 555 West Fifth Street Los Angeles, California 90013.   Telephone number 213-892-5200.   Mr. Hobson may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

57.   **Quin Hoellwarth**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Mr. Hoellwarth may testify regarding design patent applications for Apple products; functionality of Apple's trade dress and US Design Patent Nos. D593,087; D618,677; D504,889; non-infringement; design patent claim construction and scope.

58.   **Chris Hood**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Hood may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

59.   **Wong Pyo Hong**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness may testify regarding Samsung's innovative technology and products.

60.   **Richard Howarth**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Howarth may testify

1  regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

2  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

3  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

4  claim construction, and design patent non-infringement.

5       61.   **Gwen Hsu**:  Asus Computers c/o General Counsel Services, 101 Church Street

6  Los Gatos, CA 95030.   Telephone number 408-354-7100.  Ms. Hsu may testify about Asus's

7  sales and advertising of electronic devices and the authenticity of its document production.

8       62.   **Jonathan Ive**:  Apple c/o Morrison & Foerster LLP, 425 Market Street San

9  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Ive may testify regarding

10  the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents,

11  design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

12  non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

13  construction, and design patent non-infringement.

14       63.   **Jacob Jacoby**:  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

15  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr.

16  Jacoby is an expert witness who may testify regarding the alleged secondary meaning of the

17  iPhone and iPad trade dress and rebut the testimony of Apple's expert, Hal Poret.

18       64.   **Michael Janning:**  Intel Mobile Communications c/o Perkins Coie, 3150 Porter

19  Drive Palo Alto, CA 94304.   Telephone number 650-0838-4300.   This witness will provide

20  testimony relating to Samsung's Samsung's '516, '941, and '604 patents the Apple products

21  accused of infringing those patents.

22       65.   **Jeffrey Johnson:**  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

23  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

24  witness is a technical expert and will provide testimony relating to Apple's '381 patent.

25       66.   **Greg Joswiak**:  Apple c/o Morrison & Foerster LLP, 425 Market Street San

26  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak may provide

27  testimony regarding the marketing of and consumer demand for the design of Apple's products

28  and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution,

1  lack of fame, design patent invalidity, design patent non-infringement and design patent claim

2  construction.

3        67.   **Eric Jue**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco,

4  CA 94105-2482.   Telephone number 415-268-7000.   Mr. Jue may provide testimony regarding

5  the marketing of and consumer demand for the design of Apple's products and the invalidity of

6  Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design

7  patent invalidity, design patent non-infringement and design patent claim construction.

8        68.   **Michael Kamins**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

9  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

10  Kamins is an expert witness who may testify regarding the alleged post-sale consumer confusion

11  of the accused products.

12        69.   **Susan Kare**:   Morrison & Foerster LLP, 425 Market Street San Francisco, CA

13  94105-2482.   Telephone number 415-268-7000.   Ms. Kare is an expert witness who will testify

14  about her opinions on claim construction, validity, and infringement of Apple's designs and trade

15  dress.

16        70.   **Duncan Kerr**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

17  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Kerr may testify regarding

18  the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents,

19  design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

20  non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

21  construction, and design patent non-infringement.

22        71.   **Wookyun Kho:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

23  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

24  witness may provide testimony relating to the Samsung products accused of infringing Apple's

25  '381 patent.

26        72.   **Emilie Kim:**   Apple c/o WilmerHale, 399 Park Avenue New York, NY 10022.

27  Telephone number 212-230-8800.   This witness may provide testimony relating to Samsung's

28  '711, '893 and '460 patents and the Apple products accused of infringing those patents.

73. **Bo-Ra Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Kim may testify regarding Samsung design, including design of the Samsung Infuse 4G.

74. **Jae Yoel Kim:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is an inventor on Samsung's '941 patent and may provide testimony relating to that patent.

75. **Jin Soo Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   The witness will testify regarding Samsung design, design of Galaxy Tab products, and Ace.

76. **Seong-Hun Kim:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is an inventor on Samsung's '941 patent and may provide testimony relating to that patent.

77. **Seong Woo Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Kim is a Samsung employee.   Mr. Kim may testify regarding the topics for which he was designated as a corporate witness and regarding Samsung's activities at 3GPP/ ETSI and Samsung's IPR disclosure practices and procedures.

78. **Young-Bum Kim:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is an inventor on Samsung's '516 patent and may provide testimony relating to that patent.

79. **Youngho Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Kim may testify regarding hypothetical design-around of U.S. Pat. Nos. 7,469,381 and 7,864,163.

80. **KPMG Witness**:   A  KPMG witness may provide testimony regarding Samsung's financial information.

81. **Benjamin Kunst**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Kunst may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

82. **Young-Jun Kwak**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is an inventor on Samsung's '516 patent and will provide testimony relating to that patent.

83. **Owen Kwon**: iRiver c/o Lee Hong Degerman Kang & Waimey, 60 South Figueroa Street, Suite 2300 Los Angeles, California 90017.   Telephone number 213-623-2221.   Mr. Kwon may testify about iRivers's sales and advertising of electronic devices and the authenticity of its document production.

84. **Henri Lamiraux**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Lamiraux may provide testimony regarding Mr. Musika's assumptions on Samsung design around time for the '381, '915' and '163 patents.

85. **Ioi Lam:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness may provide testimony relating to the Samsung products accused of infringing Apple's '381 patent.

86. **Hyeon-Woo Lee:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is an inventor on Samsung's '604 patent and will provide testimony relating to that patent.

87. **Ju-Ho Lee:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

1   This witness is an inventor on Samsung's '516 patent and may provide testimony relating to that

2   patent.

3       88.   **Jiyoung Lee**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

4   Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

5   Ms. Lee may testify regarding Samsung design, including the design of the Merit and Neonode.

6       89.   **Mark Lee**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

7   Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Lee may testify regarding

8   the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents,

9   design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

10  non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

11  construction, and design patent non-infringement.

12      90.   **Min-Hyouk Lee**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

13  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

14  5000.   Mr. Lee will testify regarding Samsung design and design of the accused Samsung

15  products.

16      91.   **Sang Eun Lee**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

17  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

18  5000.   Mr. Lee may testify regarding documents related to Samsung task force regarding returns

19  of Galaxy Tabs.

20      92.   **SungSik Lee:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

21  Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

22  Mr. Lee may testify regarding the graphic user interface of Samsung products.

23      93.   **Sungyub Lee:**   Bluebird Software, Inc., 1242 Gaepo 4-Dong Kangnam-Gu,

24  Seoul, Korea 135-964.   Telephone number 82-70-7730-8008.   Mr. Lee may testify regarding

25  patents owned by Bluebird Software, Inc., and commercial embodiments thereof, that are prior art

26  or otherwise relate to the Apple patents in-suit.

27      94.   **Mark Lehto**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,

28  5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lehto is

an expert who may testify regarding the hardware and graphical user interface of the accused products for functionality from a human factors and ergonomics perspective.

95. **Stephen O. Lemay:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.

96. **Amy Katherine Leslie**: Olympus America c/o Woodcock Washburn, 2929 Arch Street Philadelphia, PA 19104.   Telephone number 215-568-3100.   Ms. Leslie may testify about Olympus's sales and advertising of electronic devices and the authenticity of its document production.

97. **Mr. Remy Libchaber**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000. Professor Libchaber is an expert in French contract law.   He will testify concerning the application of French contract law to ETSI undertakings and other FRAND-related issues.

98. **Suzanne Lindbergh**:   Apple c/o Morrison & Foerster LLP, 1290 Avenue of the Americas New York, New York 10104.   Telephone number 212-468-8000.   Ms. Lindbergh may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design patent invalidity, design patent non-infringement and design patent claim construction.

99. **Sam Lucente**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lucente is an expert who will testify regarding invalidity of the GUI patents for anticipation and obviousness; invalidity of the design patents and trade dress allegations based on functionality; non-distinctiveness of the GUI-related trade dress; and non-infringement on the GUI for the accused devices for the design patent, and trade dress claims.

100. **Richard "Chip" Lutton**:   Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Lutton is a former Apple employee and may testify regarding Apple's licensing and awareness of patents, and Apple's

1  agreements and communications with third parties.   Mr. Lutton may also provide testimony

2  regarding design of Apple products; functionality of Apple's trade dress and US Design Patent

3  Nos. D593,087; D618,677; D504,889; and Apple's licenses and licensing practices and policies.

4    101.   **Brian Lynch**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

5  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Lynch may testify

6  regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

7  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

8  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

9  claim construction, and design patent non-infringement.

10    102.   **George Mantis**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

11  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

12  Mantis is an expert who may testify regarding the lack of point of sale confusion for phones and

13  tablets.

14    103.   **Daniel Mauney**:   HumanCentric c/o Poyner Spruill LLP, 301 Fayetteville Street

15  Raleigh, North Carolina 27601.   Telephone number 919-783-6400.   Mr. Mauney may testify

16  about the design of Apple products and trade dress and design patent functionality.

17    104.   **Michael Mazis**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

18  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

19  Mazis is an expert who may testify regarding the lack of fame of Apple's asserted trade dress.

20    105.   **Travis Merrill**: Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

21  Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

22  Mr. Merrill may testify regarding the Smartphone and tablet markets and marketing and sales of

23  Samsung products in the United States.

24    106.   **Mr. Jerry Mills**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

25  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

26  Mills is an expert in U.S. patent law.   He will testify concerning the application of U.S. patent

27  exhaustion law to the sales of Intel baseband processors abroad and related analysis of Samsung's

28  license to Intel.

107.   **Paul Min:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is a technical expert and will provide testimony relating to Samsung's '604 patent.

108.   **Nicolas Molfessis**:   WilmerHale, 60 State Street, Boston, Massachusetts 02109. Telephone number 617-526-6000.   Mr. Molfessis may be offered as an expert witness. Mr. Molfessis may testify regarding the content of his expert report, including French law as it relates to the ETSI IPR Policy.

109.   **Sang Jeong Moon:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness is an inventor on Samsung's '711 patent and will provide testimony relating to that patent.

110.   **Christopher Mount**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Mount is an expert who may testify about the history of design and its relationship to the designs and products in this case, including in particular the concept of minimalism.

111.   **Stan Ng**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Ng may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design patent invalidity, design patent non-infringement and design patent claim construction.

112.   **Shin Nishibori**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Nishibori may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, including Apple's exploration of Sony design, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

1    113.   **Vince O'Brien**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

2    Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

3    O'Brien will testify about Samsung's damages from Apple's infringement of Samsung's feature

4    patents.

5    114.   **Jeong-Seok Oh:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

6    Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

7    5000.   This witness is an inventor on Samsung's '460 patent and will provide testimony relating

8    to that patent.

9    115.   **Bas Ording:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San

10   Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged

11   inventor on Apple's '381 and '163 patents and may provide testimony relating to those patents.

12   116.   **Janusz Ordover**:   WilmerHale, 60 State Street, Boston, Massachusetts 02109.

13   Telephone number 617-526-6000.   Mr. Ordover is an economist and may be offered as an expert

14   witness.   Mr. Ordover may testify regarding the content of his expert report, including antitrust

15   topics.

16   117.   **Marcus Paltian:**   Intel Mobile Communications c/o Perkins Coie, 3150 Porter

17   Drive Palo Alto, CA 94304.   Telephone number 650-0838-4300.   This witness will provide

18   testimony relating to Samsung's '516, '941, and '604 patents the Apple products accused of

19   infringing those patents.

20   118.   **Chang-Soo Park:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

21   Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

22   5000.   This witness is an inventor on Samsung's '604 patent and may provide testimony relating

23   to that patent.

24   119.   **Hyoung Shin Park**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP,

25   555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-

26   801-5000.   Ms. Park will testify regarding Samsung design, including design of F700 and

27   contemporaneous designs.

28

120. **Jaewoo Park**:     Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr. Park may testify regarding hypothetical design around of the '381, '163, '607 and '915 patents and certain Apple design IP, and cost of design around.

121. **Ken Park**:    Pantech c/o HC Park & Associates, PLC, 8500 Leesburg PikeSuite 7500 Vienna, Virginia 22182.    Telephone number 703-288-5105.    Mr. Park may testify about Pantech's sales and advertising of electronic devices and the authenticity of its document production.

122. **Sang-Ryul Park:**    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    This witness is an inventor on Samsung's '460 patent and may provide testimony relating to that patent.

123. **Todd Pendleton**:    Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    Mr. Pendleton may testify regarding the marketing of Smartphones and tablet computers, including Samsung products in U.S.

124. **Andrew Platzer:**    Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    This witness is an alleged inventor on Apple's '915 patent and may provide testimony relating to that patent.

125. **Hal Poret**:    Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    Mr. Poret will testify about the level of distinctiveness and fame of the asserted phone and tablet trade dresses.

126. **Adam Powell**:    Google c/o Quinn Emanuel, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.    Telephone number 650-801-5000.    This witness may provide testimony relating to the operation of the Android software used on the accused Samsung products.

127. **Chris Prest**:    Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.    Telephone number 415-268-7000.    Mr. Prest may testify regarding

1   the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents,

2   design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

3   non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

4   construction, and design patent non-infringement.

5       128.   **Corrina Proctor:** Poyner Spruill LLP, 301 Fayetteville Street Raleigh, North

6   Carolina 27601.   Telephone number 919-783-6400.   Mr. Proctor may testify about the design of

7   Apple products and trade dress and design patent functionality.

8       129.   **Arthur Rangel:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo

9   Alto, California, 94304.   Telephone number 650-813-5600.   Mr. Rangel may provide testimony

10  regarding the marketing of and consumer demand for the design of Apple's products and the

11  invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of

12  fame, and design patent claim construction.

13      130.   **Sean Roarty**: Bloomberg c/o Willkie Farr & Gallagher, 787 Seventh Avenue

14  New York, New York 10019.   Telephone number 212-728-8000.   Mr. Roarty may testify

15  regarding patents owned by Bloomberg, Inc. that are prior art or otherwise relate to the Apple

16  patents in-suit.

17      131.   **Lauren Rogers**:   Kyocera International, Inc., 8611 Balboa Avenue San Diego,

18  California 92123.   Telephone number 858-882-2000.   Ms. Rogers may testify about Kyocera's

19  sales and advertising of electronic devices and the authenticity of its document production.

20      132.   **Matthew Rohrbach**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

21  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Rohrbach may testify

22  regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

23  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

24  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

25  claim construction, and design patent non-infringement.

26      133.   **Mr. Karl Heinz Rosenbrock**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555

27  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

28  5000.   Mr. Rosenbrock was the Director-General of ETSI from 1990 to 2006 and is an expert on

1   ETSI policies and practices. He will testify concerning the history and interpretation of ETSI

2   policies and practices relating to the FRAND-related defenses that have been asserted by Apple.

3         134.   **Curt Rothert:**   Apple c/o WilmerHale, 7950 Page Mill Road, Palo Alto,

4   California 94304.   Telephone number 650 858 6000.   This witness may provide testimony

5   relating to Samsung's '711, '893 and '460 patents and the Apple products accused of infringing

6   those patents.

7         135.   **Fletcher Rothkopf**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

8   Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Rothkopf may testify

9   regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

10  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

11  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

12  claim construction, and design patent non-infringement.

13        136.   **Christine Roy**:   Casio c/o Sills Cummis & Gross, P.C., 30 Rockefeller Plaza

14  New York, New York 10112.   Telephone number 212-643-7000.   Ms. Roy may testify about

15  Casio's sales and advertising of electronic devices and the authenticity of its document production.

16        137.   **Peter Russell-Clarke**:   Apple c/o Morrison & Foerster LLP, 425 Market Street

17  San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Russell-Clarke may

18  testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its

19  design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

20  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

21  claim construction, and design patent non-infringement.

22        138.   **Dongseok Ryu**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

23  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

24  5000.   Mr. Ryu may testify regarding Samsung UX design, the design of accused Samsung

25  products, and contemporaneous designs.

26        139.   **Anuj Saigal**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

27  Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Saigal may provide

28  testimony regarding Apple's supply capacity.

140.   **Alyssa Sandrowitz**:   Sterne Kessler Goldstein & Fox, 1100 New York Avenue, NW Washington, DC 20005.   Telephone number 202-371-2600.   Ms. Sandrowitz may testify regarding the functionality and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; design patent claim construction and scope.

141.   **Douglas Satzger**:   Cooper & Scully, 100 California Street San Francisco, California 94111.   Telephone number 415-956-9700.   Mr. Satzger will testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

142.   **Jeremy Schweigert**:   Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Mr. Schweigert may testify regarding functionality and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; design patent claim construction and scope.

143.   **Phillip Schiller**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Schiller may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design patent invalidity, design patent non-infringement design patent claim construction and Apple's licenses and licensing practices and policies.

144.   **Rory Sexton**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Sexton may provide testimony regarding Apple's supply capacity.

145.   **Geoff Shavey**:   Costco, 999 Lake Drive Issaquah, WA 98027.   Telephone number 425-427-3280.   Mr. Shavey may testify about Costco's sales and advertising of electronic devices and the authenticity of its document production.

146.   **Timothy Sheppard**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-

801-5000.   Mr. Sheppard will authenticate Samsung's financial data; testify that all of Samsung's costs are attributable to the manufacture and sale of the accused products; testify as to the different revenue, costs, and profits as between each different defendant; and defend the reliability of Samsung's financial data.

147.   **Itay Sherman**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Sherman is an expert who may testify that the asserted design patents are invalid because they are functional and because they are obvious and/or anticipated by the prior art.

148.   **Jason Shi**:   Apple c/o WilmerHale, 399 Park Avenue New York, NY 10022. Telephone number 212-230-8800.   Telephone number 415-268-7000.   This witness may provide testimony relating to Samsung's '516, '941, and '604 patents and the Apple products accused of infringing those patents.

149.   **Jong-wook Shim:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Shim may testify as to hypothetical design around costs.

150.   **Grace Siller**:   Casio c/o Sills Cummis & Gross, P.C., 30 Rockefeller Plaza New York, New York 10112.   Telephone number 212-643-7000.   Ms. Siller may testify about Casio's sales and advertising of electronic devices and the authenticity of its document production.

151.   **Jaehwang Sim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Sim may authenticate Samsung's financial data; testify that all of Samsung's costs are attributable to the manufacture/sale of the accused products, as to the different revenue, costs, and profits as between each different defendant; and defend the reliability of Samsung's financial data.

152.   **Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution,

1   lack of fame, design patent invalidity, design patent non-infringement and design patent claim

2   construction.

3        153.   **Mr. David Singer**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San

4   Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Singer is an Apple

5   employee, was deposed as an Apple corporate representative, and will testify regarding 3GPP,

6   ETSI, and other standards setting organizations; licensing of patents; and Apple's participation in

7   and obligations to industry groups or associations.

8        154.   **Jason Skinder:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San

9   Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness may provide

10  testimony relating to Apple's '381, '163, and '915 patents and Samsung's '516, '941, and '604

11  patents.

12       155.   **Hangil Song**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

13  Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

14  Mr. Song may testify regarding Samsung design, including the design of the Samsung Galaxy

15  Prevail.

16       156.   **Min Seung Song**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

17  Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

18  5000.   Mr. Song may testify regarding the graphic user interface of Samsung products.

19       157.   **Mr. Eric Stasik**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

20  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

21  Stasik is an expert on the history, nature and practice of FRAND licensing in the mobile

22  telecommunications industry, including the nature and purpose of the ETSI FRAND obligation

23  and its application in practice. He will testify on methodologies for assessing the essential patent

24  holdings of companies and assigning values to them, appropriate bases for calculating FRAND

25  royalties, and the appropriateness of certain proposed FRAND rates, including any issues

26  concerning the FRAND-related defenses that have been asserted by Apple.

27       158.   **Christopher Stringer**:   Apple c/o Morrison & Foerster LLP, 425 Market Street

28  San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Stringer may testify

regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

159.   **R. Sukumar**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Sukumar may provide support for the offensive damages case and rebut Dr. Hauser and rebut the testimony of Dr. Sood and Dr. Winer.

160.   **Taichi Takayanagi**:   Sony Electronics c/o Goodwin Procter, 601 South Figueroa Street Suite 4100 Los Angeles, California 90017.   Telephone number 213-426-2500.   Mr. Takyanagi may testify about Sony Electronics' sales and advertising of electronic devices and the authenticity of its document production.

161.   **Tang Tan**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Tan may provide testimony regarding Mr. Musika's assumptions on Samsung design around time for design patents and trade dress; functionality and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; and design patent claim construction and scope.

162.   **Michael Tchao**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Tchao may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design patent invalidity, design patent non-infringement and design patent claim construction.

163.   **Mr. David Teece**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr. Teece is an expert in economic issues related to ETSI standardization and FRAND licensing. He will testify on methodologies for assessing the essential patent holdings of companies and assigning values to them, appropriate bases for calculating FRAND royalties, the appropriateness

of certain proposed FRAND rates and any economic issues concerning the FRAND-related defenses that have been asserted by Apple.

164. **Boris Teksler:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Mr. Teskler is an Apple employee, was designated as an Apple corporate representative, and will testify regarding Apple's licensing, awareness of patents, and supply agreements.   Mr. Teksler may also provide testimony regarding Apple's licenses and licensing practices and policies.

165. **John Ternus**:   Apple c/o Morrison & Foerster LLP, 555 West Fifth Street Los Angeles, California 90013.   Telephone number 213-892-5200.   Mr. Ternus may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

166. **Edward Tse:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness will provide testimony relating to prior art to Apple's '915 and '381 patents.

167. **Sissie Twiggs**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Ms. Twiggs may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design patent invalidity, design patent non-infringement and design patent claim construction.

168. **Andries van Dam:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000. This witness is a technical expert and will provide testimony relating to Apple's '381 patent.

169. **Himke Van Der Velde:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-

1  801-5000.   This witness is an inventor on Samsung's '941 patent and may provide testimony

2  relating to that patent.

3       170.   **Kent Van Liere**:   Morrison & Foerster LLP, 425 Market Street San Francisco,

4  CA 94105-2482.   Telephone number 415-268-7000.   Mr. Van Liere may testify about the level

5  of consumer confusion for tablets.

6       171.   **Gert-Jan Van Lieshout:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan,

7  LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number

8  650-801-5000.   This witness is an inventor on Samsung's '941 patent and will provide testimony

9  relating to that patent and Samsung's activities at at 3GPP/ ETSI and Samsung's IPR disclosure

10 practices and procedures.

11      172.   **Ricardo Vilas-Boas**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin

12 Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.

13 Mr. Vilas-Boas will testify regarding prior art and functionality.

14      173.   **Marcel van Os:**   Apple c/o Morrison & Foerster LLP, 425 Market Street San

15 Francisco, CA 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged

16 inventor on Apple's '163 patent and may provide testimony relating to that patent.

17      174.   **Vince Voron:**   Morrison & Foerster LLP, 425 Market Street San Francisco, CA

18 94105-2482.   Telephone number 415-268-7000.   Mr. Voron may testify regarding functionality

19 and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; design

20 patent claim construction and scope.

21      175.   **Michael Wagner**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

22 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

23 Wagner will provide testimony rebutting Apple's damages claims.

24      176.   **Dr. Michael Walker**:   WilmerHale, 60 State Street, Boston, Massachusetts

25 02109.   Telephone number 617-526-6000. Dr. Walker may be offered as an expert witness. Dr.

26 Walker may testify regarding the content of his expert report, including the requirements of the

27 ETSI IPR Policy.

28

177.   **Jeeyuen Wang**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Ms. Wang may testify regarding the graphic user interface of Samsung products.

178.   **BJ Watrous**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Mr. Watrous is an Apple employee. Mr. Watrous will testify regarding Apple's licensing, awareness of patents, and Apple's activities at and knowledge of 3GPP and ETSI.   Mr. Watrous may provide testimony regarding Apple's document collection and retention; functionality and validity of Apple's trade dress and US Design Patents; Non-infringement; design patent claim construction and scope; and Apple's licenses and licensing practices and policies.

179.   **Eugene Whang**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Whang may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

180.   **Justin White**:   Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Mr. White may testify regarding the functionality and validity of Apple's claimed trade dresses and US Design Patents; non-infringement; design patent claim construction and scope.

181.   **Tamara Whiteside**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road Palo Alto, California, 94304.   Telephone number 650-813-5600.   Ms. Whiteside may provide testimony regarding the marketing of and consumer demand for the design of Apple's products and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution, lack of fame, design patent invalidity, design patent non-infringement and design patent claim construction.

182.   **Tim Williams:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

1  witness is a technical expert and will provide testimony relating to Samsung's '516 and '941

2  patents.

3       183.   **Richard Williamson:**   Apple c/o Morrison & Foerster LLP, 555 West Fifth Street

4  Los Angeles, California 90013.   Telephone number 213-892-5200.   This witness is an alleged

5  inventor on Apple's '163 patent and may provide testimony relating to that patent.

6       184.   **Erin Wong**:   Sterne Kessler Goldstein & Fox, 1100 New York Avenue, NW

7  Washington, DC 20005.   Telephone number 202-371-2600.   Ms. Wong may testify regarding

8  the functionality and validity of Apple's claimed trade dresses and US Design Patents; non-

9  infringement; design patent claim construction and scope.

10      185.   **Cooper Woodring**:   Morrison & Foerster LLP, 425 Market Street San Francisco,

11 CA 94105-2482.   Telephone number 415-268-7000.   Mr. Woodring may testify regarding the

12 design and development of Apple's iPhone, iPad and iPod Touch products, its design patents,

13 design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

14 non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

15 construction, and design patent non-infringement.

16      186.   **Anthony Wright**:   Dell c/o Hamilton & Terille, 8911 North Capital of Texas

17 Hwy Austin, Texas 78759.   Telephone number 512-338-9100.   Mr. Wright may testify about

18 Dell's sales and advertising of electronic devices and the authenticity of its document production.

19      187.   **Woodward Yang:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

20 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

21 witness is a technical expert and will provide testimony relating to Samsung's '460 and '893

22 patents.

23      188.   **Sun-young Yi:**   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555

24 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-

25 5000.   Ms. Yi may testify on Samsung user interface design for accused Samsung Android

26 phones and design arounds of the '381, '163 and '607 patents, and certain Apple design IP; and

27 hypothetical design around cost.

28

189.   **Seongwon Yoon**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Ms. Yoon may testify regarding Galaxy Tab returns, including communications with retailers.

190.   **Steve Zadesky**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Zadesky may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

191.   **Andre Zorn:**   Intel Mobile Communications c/o Perkins Coie, 3150 Porter Drive Palo Alto, CA 94304.   Telephone number 650-0838-4300.   This witness will provide testimony relating to Samsung's Samsung's '516, '941, and '604 patents and the Apple products accused of infringing those patents.

192.   **Rico Zorkendorfer**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Zorkendorfer may testify regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its design patents, design patent functionality, trade dress functionality, trade dress non-infringement, trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim construction, and design patent non-infringement.

1    DATED: July 5, 2012                    QUINN EMANUEL URQUHART &
2                                           SULLIVAN, LLP

3

4                                           By    /s/ Victoria Maroulis
                                                Charles K. Verhoeven
5                                               Kevin P.B. Johnson
                                                Victoria F. Maroulis
6                                               Michael T. Zeller
                                                Attorneys for SAMSUNG ELECTRONICS CO.,
7                                               LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC., and SAMSUNG
8                                               TELECOMMUNICATIONS AMERICA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28