# EXHIBIT 5

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | N/A | Phone and Tablet Designs Considered by Apple | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 2 | N/A | N/A | Phone and Tablet Invention CAD Images | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 3 | N/A | N/A | Timeline of Samsung Smartphones | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 4 | N/A | N/A | Timeline of Samsung Tablets | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 5 | N/A | N/A | Summary of Press Reports Regarding Samsung Tablet Designs | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 6 | N/A | N/A | Summary of Press Reports Regarding Samsung Phone Designs | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 7 | N/A | N/A | Photographs of accused Samsung devices | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 8 | N/A | N/A | Photographs of iPhone and iPad | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 9 | N/A | N/A | Translation of email from Dong Jin Koh dated September 16, 2008 | SAMNDCA11374409 | SAMNDCA11374414 | Karan Singh | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 10 | N/A | N/A | Design alternatives considered by P. Peter Bressler | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 11 | N/A | N/A | iPhone and iPad Print Advertisements | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 12 | N/A | N/A | iPhone Television Advertisements | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 13 | N/A | N/A | iPad Television Advertisements | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 14 | N/A | N/A | iPhone & iPad Appearances in Popular Media | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 15 | N/A | N/A | Apple's Sales of iPhone and iPad | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 16 | N/A | N/A | iPhone and iPad marketing expenditures | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 17 | N/A | N/A | Summary of iPhone and iPad News Coverage | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |
| 18 | N/A | N/A | Apple market research | N/A | N/A | Philip Schiller | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |
| 19 | N/A | N/A | Designs Considered by Apple | N/A | N/A | Scott Forstall | Offered in support of Apple's trade dress and design patent claims | | |
| 20 | N/A | N/A | Design alternatives considered by A. Hedge | N/A | N/A | Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 21 | N/A | N/A | Screen captures considered by S. Kare | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 22 | N/A | N/A | Design alternatives considered by S. Kare | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |

*Apple v. Samsung*, No. 11-01846

EXHIBIT 5

**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 23 | N/A | N/A | Summary of Hal Poret's Secondary Meanings Surveys | N/A | N/A | Hal Poret | Offered in support of Apple's trade dress and design patent claims | | |
| 24 | N/A | N/A | Summary of Kent Van Liere's Association/Confusion Surveys | N/A | N/A | Kent Van Liere | Offered in support of Apple's trade dress and design patent claims | | |
| 25 | N/A | N/A | Summary of Apple's damages calculations | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 26 | N/A | N/A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 27 | N/A | N/A | Summary of selected documents reflecting comments on the smartphone and tablet marketplace | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 28 | N/A | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Terry Musika | Damages | | |
| 29 | N/A | N/A | Summary and comparison of Samsung financial data from different sources in Samsung's production | N/A | N/A | Terry Musika | Damages | | |
| 30 | N/A | N/A | Summary of survey conducted by J. Hauser | N/A | N/A | John Hauser | Damages and secondary considerations. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 31 | N/A | N/A | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 | SAMNDCA-C000002368; SAMNDCA-C000002440; SAMNDCA-C000002481; SAMNDCA-C000002559; SAMNDCA-C000002807; SAMNDCA-C000003597; SAMNDCA-C000005715; SAMNDCA-C000006084; SAMNDCA-C000006277; SAMNDCA-C000003501; SAMNDCA-C000007702; SAMNDCA-C000007890; SAMNDCA-C000008045 | SAMNDCA-C000002420; SAMNDCA-C000002476; SAMNDCA-C000002529; SAMNDCA-C000002636; SAMNDCA-C000002968; SAMNDCA-C000003714; SAMNDCA-C000005969; SAMNDCA-C000006166; SAMNDCA-C000006331; SAMNDCA-C000003549; SAMNDCA-C000007786; SAMNDCA-C000008007; SAMNDCA-C000008180 | Karan Singh; Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |
| 32 | | | Video of iPhone Launch at Macworld 2007 | APLNDC-Y0000066914 | APLNDC-Y0000066914 | Boris Teksler | Damages, willfulness, secondary considerations. | | |
| 33 | | | *Apple Design* (Sabine Schulze & Ina Gratz eds.) | APLNDC-Y0000151129 | APLNDC-Y0000151450 | Philip Schiller; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 34 | Ex. 1733; Ex. 2012; Ex. 2148 | 9/1/2007 | Translation of Presentation: █████████ █████████ | SAMNDCA10809390 | SAMNDCA10809460 | Terry Musika; Seogguen Kim; Dong Hoon Chang; Sungsik Lee | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 35 | Ex. 1394 | 12/14/2008 | Email from J. Boltello re: ██████ █████████ | SAMNDCA10247689 | SAMNDCA10247704 | Susan Kare | Damages, secondary considerations, design and trade dress claims, copying. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Ex. 2006 Ex. 1654 | 12/17/2008 | Presentation: ██████████ ██████████ | SAMNDCA00191811 | SAMNDCA00191987 | Peter Bressler; Russell Winer; Others | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 37 | Ex. 2009 Ex. 2151 | 12/24/2008 | Translation of presentation: ██████████ | SAMNDCA10805169 | SAMNDCA10805175 | Seogguen Kim; Sungsik Lee; Dong Hoon Chang; Won Pyo Hong; Dale Sohn | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 38 | | 4/17/2009 | Presentation: ██████████ | SAMNDCA11104115 | SAMNDCA11104139 | Karan Singh | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 39 | Ex. 2641 | 9/9/2011 | Translation of Presentation: ██████████ | SAMNDCA20012936 | SAMNDCA20012942 | Russell Winer | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 40 | Ex. 1352 Ex. 1372 Ex. 1977 Ex. 2153 | 2/11/2010 | Translation of Email from Bong-Hee Kim regarding ██████████ ██████████ | SAMNDCA10247373 | SAMNDCA10247378 | Russell Winer; Terry Musika | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 41 | Ex. 1667 | 7/30/2012 | Presentation: ██████████ ██████████ | SAMNDCA11030081 | SAMNDCA11030359 | Susan Kare | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 42 | Ex. 2709 | 2/16/2010 | Translation of Email from Hyun Kim regarding ██████████ ██████████ | SAMNDCA00044700 | SAMNDCA00044700 | Wong Pyo Hong | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 43 | Ex. 1751 | 2/23/2010 | Translation of Email from Ki Hyun Seo regarding ██████████ ██████████ | SAMNDCA10167856 | SAMNDCA10167857 | Wong Pyo Hong | Damages, secondary considerations, design and trade dress claims, copying. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Ex. 1194; Ex. 1506; Ex. 2007; Ex. 2126; Ex. 2155 | 3/2/2010 | Translation of Presentation: ███ ███████████ | SAMNDCA00203880 | SAMNDCA00204010 | Susan Kare | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 45 | | 3/22/2010 | Translation of selected pages from Presentation: ███████ ███████ | S-ITC-000118719 | S-ITC-000118747 | Susan Kare | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 46 | Ex. 2008 | 5/10/2010 | Translation of selected pages from Presentation: ██████ ██████ | SAMNDCA00508318 | SAMNDCA00508400 | Ravin Balakrishnan | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 47 | Ex. 2164 | 5/24/2010 | Translation of Email from Saejin Cha regarding ██████ | SAMNDCA10159856 | SAMNDCA10159858 | Dong Hoon Chang | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 48 | | 7/5/2010 | Presentation: ████████ ██████████ | SAMNDCA11290567 | SAMNDCA11290652 | Dong Hoon Chang | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 49 | | | ████████████ ██████ | SAMNDCA00387536 | SAMNDCA00387585 | Karan Singh | Damages, willfulness, secondary considerations, utility patent claims, copying. | | |
| 50 | | | Best Buy Advertisement, "Samsung Galaxy Tab included with Selected Samsung HDTVs" | N/A | N/A | Terry Musika | Damages, secondary considerations, design and trade dress claims, copying. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Ex. 11; Wagner Ex. 8 | 10/5/2010 | Presentation: ▮▮▮ | APLNDC0000010886 | APLNDC0000010917 | Richard Lutton | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 52 | Ex. 5 | 8/4/2010 | Presentation: Samsung's Use of Apple Patents in Smartphones | APLNDC00001103 | APLNDC00001192 | Richard Lutton | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 53 | Ex. 2022 Ex. 2117 | | Translation of Presentation: ▮▮▮ | SAMNDCA11010883 | SAMNDCA11010884 | Seogguen Kim; Minhyouk Lee | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 54 | Ex. 2652 | 11/1/2010 | Presentation: ▮▮▮ | SAMNDCA00274819 | SAMNDCA00274854 | Terry Musika | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 55 | Ex. 1391 | | Presentation: Samsung mobile icon design for 2011 | SAMNDCA10252511 | SAMNDCA10252525 | Susan Kare | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 56 | | 2/11/2011 | Presentation: Samsung  Q4 '10 Deep Dive | SAMNDCA00526887 | SAMNDCA00526993 | Peter Bressler | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 57 | Ex. 2005 Ex. 1517 | 4/9/2011 | Translation of selected pages from Presentation: ▮▮▮ | SAMNDCA00176053 | SAMNDCA10765466 | Ravin Balakrishnan | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Ex. 2651 | 6/17/2011 | Email from Justin Denison regarding █████ | SAMNDCA10375640 | SAMNDCA10375662 | Terry Musika | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 59 | Ex. 1261 Ex. 1353 Ex. 1628 | August, 2011 | Translation of Presentation: █████ t | SAMNDCA10154003 | SAMNDCA10154053 | Peter Bressler | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 60 | Ex. 2647 | 2/16/2012 | Presentation █████ | SAMNDCA11547401 | SAMNDCA11547470 | Terry Musika | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 61 | Ex. 1982 | 4/2/2012 | Translation of Presentation: █████ | SAMNDCA10998213 | SAMNDCA10998232 | Ravin Balakrishnan; Sungsik Lee | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 62 | Vander Veen Ex. 9 | 3/25/2011 | Presentation █████ | S-ITC-003351732 | S-ITC-003351759 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 63 | | | Source Code | APLNDC0000014245 | APLNDC0000014252 | Bas Ording; Scott Forstall; Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |
| 64 | | | Video of Samsung infringement of '381 patent | N/A | N/A | Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 65 | | | Video of Samsung infringement of '163 patent | N/A | N/A | Karan Singh | Offered in support of Apple's utility patent claims. | | |
| 66 | | | Video of Samsung infringement of '915 patent | N/A | N/A | Karan Singh | Offered in support of Apple's utility patent claims. | | |
| 67 | | 4/4/2012 | Apple, Inc. Launch Date Net Sales by Adam Id (with ITS Billings) from 4/1/10 To 4/4/10 | APLNDC-WH-A-0000029886 | APLNDC-WH-A-0000029891 | Terry Musika | This exhibit is being offered as evidence of revenue earned by downloaded applications cited in Dr. O'Brien's expert report. | | |
| 68 | Sung Ho Choi 6, 7; Seung Gun Park 12 | | Samsung WCDMA Release 7 Standardization Research Project Completion Report and English translation | SAMNDCA00166606; APLNDC-WH-A0000032261 | SAMNDCA00166622; APLNDC-WH-A0000032278 | Sung Ho Choi or other Samsung Witness | This exhibit is being offered as evidence of Samsung's IPR policies and practices | | |
| 69 | | | TSG-RAN WG1 Meeting #24, Tdoc R1-02-0444, Orlando, Florida February 18-22, 2002, Text Proposal for Bit Distribution unit for HS-DSCH | APLNDC-WH-A0000011834 | APLNDC-WH-A0000011838 | Michael Walker; Richard Gitlin | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 70 | | | TSG-RAN WG1 meeting #7, TSGR1#7(99)d84, Hannover, Germany, August 30 - September 3, 1999, Text proposal for Turbo codes and rate matching in TS 25.212, TS 25.222 (rev. of R1-99d56 | APLNDC-WH-A0000010518 | APLNDC-WH-A0000010533 | Michael Walker | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |

*Apple v. Samsung*, No. 11-01846

EXHIBIT 5

**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 71 | H. Kim 1; Williams 1 | | 3GPP TS 25.214 v.6.6.0 | APLNDC-WH-A0000010733 | APLNDC-WH-A0000010790 | Hyong Kim | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 72 | | | Email from Beongjo Kim to 3GPP, dated July 9, 1999, attaching , TSGR1#6(99)892, Detailed Descriptions of Radio Frame Segmentation to 2nd Interleaver | APLNDC-WH-A000000998; APLNDC-WH-A0000010252 | APLNDC-WH-A0000009980; APLNDC-WH-A0000010257 | Michael Walker | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 73 | Rosenbrock 12; Stasik 13; Teece 18 | | 1st Expert Report of Hillebrand & Partners on FRAND | SAMNDCA00393932 | SAMNDCA00393945 | Karl Heinz Rosenbrock or other Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning the ETSI IPR policy and FRAND licensing | | |
| 74 | Sung Ho Choi 8; Korea 1; Lichaber 10; Stasik 3; Teece 7 | | Addendum 1 ETSI/GA 29(97)/SCM/3, Amendments to the ETSI Interim Intellectual Property Rights Policy | APLNDC-WH-A0000012542 | APLNDC-WH-A0000012547 | Michael Walker; Sung Ho Choi or other Samsung Witness | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 75 | Lichaber 12 | | ETSI Guide on Intellectual Property Rights (IPRs), dated November 27, 2008 | APLNDC-WH-A0000012460 | APLNDC-WH-A0000012477 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 76 | | | FRE 1006 Summary of Apple Licenses | N/A | N/A | Boris Teksler; BJ Watrous; Richard Donaldson | This exhibit is being offered as evidence of Apple's licenses and Samsung's failure to offer FRAND terms | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 77 | | | FRE 1006 Summary of Samsung Licenses | N/A | N/A | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's licenses and its failure to offer FRAND terms | | |
| 78 | | | Intel Invoices to Apple (12/22/11-12/29/11) | APL794-N0000003905 | APL794-N0000003910 | Tony Blevins | This exhibit is being offered as evidence of Apple's purchases from Intel | | |
| 79 | | | Letter from B. Teksler to SW Kim, dated April 30, 2012 | APL794-N0000015789 | APL794-N0000015791 | Boris Teksler; BJ Watrous | This exhibit is being offered as evidence of Samsung's failure to offer FRAND terms | | |
| 80 | Seongwoo Kim 6, 82 | | Letter from SW Kim to B. Teksler, dated July 25, 2011 | SAMNDCA00322740 | SAMNDCA00322741 | Boris Teksler; BJ Watrous; Seongwoo Kim | This exhibit is being offered as evidence of Samsung's failure to offer FRAND terms | | |
| 81 | | | Patent Cross License Agreement between Intel and Samsung with Amendments 1 & 2 | S-794-ITC-000000021 | S-794-ITC-000000049 | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's license with Intel | | |
| 82 | Seongwoo Kim 57; Stasik 12; Teece 14; Donaldson 9 | | Samsung presentation titled "Samsung - Motorola Licensing Discussions," dated May 2, 2005 | S-794-ITC-005280718 | S-794-ITC-005280737 | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of the value of Samsung's IPR and Samsung's failure to offer FRAND terms | | |
| 83 | Van Lieshot 3; Van Der Velde 2; Soeng-Hun Kim 4; Holmes 5 | | 3GPP TSG-RAN WG2 Meeting #43, R2-021645, Prague, Czech Republic, August 15-20, 2004, L2 Considerations for VoIP Support | APLNDC-WH0000017799 | APLNDC-WH0000017802 | Michael Walker; Gert Jan Van Lieshot or other Samsung Witness | This exhibit is being offered as evidence of the existence of alternative technologies | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 84 | | | 3GPP Website Screenshots | APLNDC-WH-A0000022854; APLNDC-WH-A0000022943 | APLNDC-WH-A0000022864; APLNDC-WH-A0000022945 | Michael Walker | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI | | |
| 85 | | | Email from Jaeyol Kim to 3GPP, dated July 8, 1999, attaching TSGR1#6(99)915 | APLNDC-WH-A 0000012263; APLNDC-WH-A 0000012451 | APLNDC-WH-A 0000012263; APLNDC-WH-A 0000012456 | Wayne Stark; Michael Walker; Jae Yoel Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 86 | Paul J. Farrell 10; Hee Won Kang 5; Michael Musella 3 | | File History for U.S. Patent No. 7,362,867 and English translation | APLNDC-WH-A0000017657; APLNDC-WH-A0000031751 | APLNDC-WH-A0000018112; APLNDC-WH-A0000031790 | Wayne Stark | This exhibit is being offered as evidence of Samsung's failure timely to disclose IPR to ETSI and 3GPP | | |
| 87 | 2; Hun-Kee Kim 2; Noh-Sun Kim 4; Jun-Sung Lee 2; Yong-Suk Moon 6; Jae-Seung Yoon 2; Paul J. Farrell 9; Michael Musella 7, Daniel Tierney 3, Richard Wesel 9 | | File History of U.S. Patent No. 792 [with certified English translation of Korean Application | APLNDC-WH-A0000017308; APLNDC-WH-A0000032329 | APLNDC-WH-A0000017614; APLNDC-WH-A0000032410 | Richard Gitlin | This exhibit is being offered as evidence of Samsung's failure timely to disclose IPR to ETSI and 3GPP | | |
| 88 | Ginkyu Choi 4; Hun-Kee Kim 7; Noh-Sun Kim 2; Yong-Suk Moon 4 | | R1-01-1231, Siemens, "Interleaver operation in conjunction with SMP" | APLNDC-WH-A0000011745 | APLNDC-WH-A0000011748 | Richard Gitlin | This exhibit is being offered as evidence of the existence of alternative technologies | | |

Apple v. Samsung, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Chang-Soo Park 13; Hyeon-Woo Lee 15 | | TSG-RAN Working Group 1 meeting #7, TS GR1#7(99)d76, Hannover, Germany, August 30 - September 3, 1999, Text proposal for 25.212 | APLNDC-WH-A0000010046 | APLNDC-WH-A0000010063 | Michael Walker; Richard Gitlin; Chang-Soo Park or other Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 90 | Hyeon Woo Lee 13 | | TSG-RAN WG1 meeting #6, TSGR1#7(99)b32, Hannover, Germany, August 30 - September 3, 1999, Transport block concatenation and code block segmentation | APLNDC-WH-A0000011302 | APLNDC-WH-A0000011307 | Michael Walker; Richard Gitlin; Hyeon Woo Lee or other Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 91 | Paul J. Farrell 8 | | File History for U.S. Patent No. 7,050,410 | APLNDC-WH-A0000013385 | APLNDC-WH-A0000014033 | Michael Walker; Jon Hamkins | This exhibit is being offered as evidence of Samsung's failure timely to disclose IPR to ETSI and 3GPP | | |
| 92 | Paul J. Farrell 15; Jon Hamkins 4; Se-Hyoung Kim 12; Paul Min 3 | | Nortel Networks, "Proposal for rate matching for turbo codes" to 3GPP | APLNDC-WH0000013765 | APLNDC-WH0000013769 | Jon Hamkins | This exhibit is being offered as evidence of the existence of alternative technologies | | |
| 93 | Se-Hyoung Kim 5 | | File History for U.S. Patent No. 7,386,001 (certified English translation of Korean application contained in file history, beginning at page 12844) | APLNDC-WH-A0000012550 | APLNDC-WH-A0000013076 | Venugopal Veeravalli | This exhibit is being offered as evidence of Samsung's failure timely to disclose IPR to ETSI and 3GPP | | |
| 94 | Min-Goo Kim 6; Se-Hyoung Kim 11 | | Email from Tim Moulsley to 3GPP, Mar. 16, 1999 | APLNDC-WH0000000009 | APLNDC-WH0000000012 | Venugopal Veeravalli | This exhibit is being offered as evidence of the existence of alternative technologies | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 95 | Williams 14 | | PCT Patent Application Publication No. 02/43332 - Petersen | APLNDC-WH0000019792 | APLNDC-WH0000019853 | Edward Knightly | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 96 | Williams 19 | | U.S. Patent App. Pub. No. 2005/0213605 - Kim et al. | APLNDC-WH-A0000029791 | APLNDC-WH-A0000029812 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 97 | Knightly 14 | | U.S. Patent No. 6,819,658 - Agarwal | APLNDC-WH0000019765 | APLNDC-WH0000019791 | Edward Knightly | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 98 | Young Bum Kim 10 | | 3GPP TR 25.896 v.6.0.0 | APLNDC-WH0000010911 | APLNDC-WH0000011089 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 99 | | | 3GPP TS 25.214 v.6.1.0 | APLNDC-WH0000013124 | APLNDC-WH00000013187 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 100 | H. Kim 8; Williams 9 | | Japanese Patent Application No. 2002-190774 and English translation | APLNDC-WH0000011737; APLNDC-WH0000032288; APLNDC-WH0000012266 | APLNDC-WH0000011760; APLNDC-WH0000032288; APLNDC-WH0000012277 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |

Apple v. Samsung, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 101 | Seong Hun Kim 12; Van Der Velde 6 | | 3GPP TSG-RAN WG2 Meeting #47 Tdoc R2-051680, Athens, Greece, May 9-13, 2005, Change Request | APLNDC-WH-A9301 | APLNDC-WH-A9310 | Edward Knightly; Michael Walker; Samsung witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 102 | Knightly 11; Williams 18; Seong Hun Kim 14; Lieshout 7; Van Der Velde 7 | | 3GPP TSG-RAN2 Meeting #47, Tdoc R2-051311, Athens, Greece, May 9-13, 2005, Segmentation and Concatenation for VoIMS | APLNDC-WH-A9816 | APLNDC-WH-A9820 | Edward Knightly; Michael Walker; Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 103 | Young Bum Kim 7; Kwak 12; Juho Lee 7; Joon Young Cho 7 | | 3GPP TSG-RAN WG1 Meeting #41, R1-050565, Athens, Greece, 9-13 May 2005, Change Request | APLNDC-WH-A0000011080 | APLNDC-WH-A0000011084 | Hyong Kim; Michael Walker; Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 104 | | | Email from Juho Lee to 3GPP, dated June 18, 2004, attaching R1-040697, R1-040689, R-1040690, and R1-040696 | S-ITC-001057684 | S-ITC-001057701 | Hyong Kim; Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP and the existence of alternative technologies | | |
| 105 | Min 24 | | Intel X-GOLD 61x Product Specification | 750DOC001172 | 750DOC002698 | Richard Gitlin; Wayne Stark | This exhibit is being offered to demonstrate the functionality of the baseband processors used in the accused Apple products. | | |
| 106 | Min 4 | | ANSI T1.413-1995 - Network and Customer Installation Interfaces - Asymmetric Digital Subscriber Line (ADSL) Metallic Interface | APLNDC-WH0000014672 | APLNDC-WH0000014857 | Richard Gitlin | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No 6,928,604. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 107 | Chang-Soo Park 6 Hyeon-Woo Lee 2 Gitlin (5/4/12) 6 Min 8 | | Bömer, L. et al., "A CDMA Radio Link with 'Turbo-Decoding': Concept and Performance Evaluation" (1995) | APLNDC-WH0000014905 | APLNDC-WH0000014910 | Richard Gitlin | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No 6,928,604. | | |
| 108 | Wesel 4 Hee Won Kang 3 Jae Yoel Kim 2 | | TSG-RAN WG1 Meeting #5, TSGR1#5(99)724, Cheju Island, Korea, June 1-4, 1999, Multiple Scrambling Codes | APLNDC-WH-A12310 | APLNDC-WH-A12316 | Wayne Stark; Michael Walker; Samsung Witness | | | |
| 109 | | | U.S. Patent No. 6,920,602 | APLNDC-WH-A16604 | APLNDC-WH-A16617 | Richard Gitlin | This exhibit is being offered as evidence of Samsung's failure timely to disclose IPR to ETSI and 3GPP | | |
| 110 | | 2003 | Apple schematics - P72C/73C Rev B & Q8 Main Logic Board Rev 05 | APLNDC-WH-A0000000001, APLNDC-WH-A0000000255 | APLNDC-WH-A0000000050, APLNDC-WH-A0000000266 | Emilie Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent | | |
| 111 | | Dates between 7/17/2003 and 2005 | iBook/iSight Sales Data | APLNDC-WH-A24824 | APLNDC-WH-A24845 | Emilie Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 112 | Dourish 9 | 2/14/2004 | KR 10-2004-0013792 and English translation | APLNDC-WH-A0000009255; APLNDC-WH-A0000032322 | APLNDC-WH-A0000009261; APLNDC-WH-A0000032329 | Paul Dourish | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 113 | | 3/8/2012 | Sony Ericsson Affidavit of Lee Hill with Attachment | APLNDC-WH-A000026930, APLNDC-WH-A000024792 | APLNDC-WH-A000026932, APLNDC-WH-A000024793 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered to corroborate on sale date(s) of invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 114 | Givargis 13 | 3/18/2012 | J2ME Tutorial: Introduction to J2ME, dated March 18, 2012 | APLNDC-WH-A25000 | APLNDC-WH-A25006 | Tony Givargis | This exhibit is being offered to corroborate the plain-meaning understanding of invalidating prior art to patent-in-suit U.S. Patent No. 7,698,711. | | |
| 115 | Givargis 12 | 6/1/2003 | Mahmoud, "The J2ME Mobile Media API" published online at http://developers. sun.com/mobility/ midp/articles/ mmapioverview (June 2003) | APLNDC-WH6738 | APLNDC-WH6749 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 116 | | 3/1/2004 | Sony Ericsson Mobile Comm. AB, "Sony K700 User Guide" (1st Ed.) March 2004 | APLNDC-WH8725 | APLNDC-WH8828 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 117 | | 3/9/2004 and 3/21/2004 | Sony Press Releases, dated March 9, 2004 and March 21, 2004 | APLNDC-WH0000008506, APLNDC-WH0000005351 | APLNDC-WH0000008507, APLNDC-WH0000005352 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered to corroborate on sale date(s) of invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 118 | Srivastava - 14 | 12/28/1999 | U.S. Patent No. 6,009,336 - Harris | APLNDC-WH6330 | APLNDC-WH6346 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 119 | Srivastava - 7 | 5/30/2000 | U.S. Patent No. 6,069,648 - Suso | APLNDC-WH5303 | APLNDC-WH5317 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 120 | Srivastava - 22 | 2/10/2004 | U.S. Patent No. 6,690,417 - Yoshida | APLNDC-WH5026 | APLNDC-WH5067 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 121 | | | Source Code Files, Camera and Photos Functionality (See Appendix 1 for Bates Numbers) | | | Emilie Kim; Paul Dourish; Mani Srivastava | This exhibit is being offered to demonstrate the cameras and photo and associated functionality of the accused Apple products. | | |
| 122 | | | Samsung ETSI IPR Statements | APLNDC-WH-A0000009374; APLNDC-WH-A0000009375; APLNDC-WH-A0000009415; S-794-ITC 0005517177; APLNDC-WH-A0000009482 | APLNDC-WH-A0000009374; APLNDC-WH-A0000009396; APLNDC-WH-A0000009431; S-794-ITC 0005517181; APLNDC-WH-A0000009486 | Seung Gun Park, Seung-Ho Ahn, Sung Ho Choi, or other Samsung Witness; Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 123 | | | FRE 1006 Summary of 3GPP WG Meeting Minutes | N/A | N/A | Michael Walker | This exhibit is being offered as evidence of Samsung's failure timely to disclose IPR to ETSI and 3GPP | | |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 5
**Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 124 | | 2003 | Apple iBook G3 800MHz laptop (2003) configured with an iSight video webcam (2003) running the Mac OS X 10.3 Panther (2003), and including Chat AV 2, iPhoto 2 and Preview 2.1.0 | | | Emilie Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 125 | | 3/1/2004 | Sony Ericsson K700i mobile phone | N/A | N/A | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |

Appendix 1
Apple Inc. Source Code Files, Camera and Photos Functionality
See Trial Ex. 121

| Bates Prefix | Bates Begin | Bates End | Date Produced |
|---|---|---|---|
| APLNDC-WH-SC | 00000058 | 00000126 | 2/9/2012 |
| APLNDC-WH-SC | 00000058 | 00000126 | 2/9/2012 |
| APLNDC-WH-SC | 00000172 | 00000179 | 2/9/2012 |
| APLNDC-WH-SC | 00000180 | 00000189 | 2/9/2012 |
| APLNDC-WH-SC | 00000190 | 00000192 | 2/9/2012 |
| APLNDC-WH-SC | 00000193 | 00000198 | 2/9/2012 |
| APLNDC-WH-SC | 00000199 | 00000220 | 2/9/2012 |
| APLNDC-WH-SC | 00000221 | 00000233 | 2/9/2012 |
| APLNDC-WH-SC | 00000234 | 00000247 | 2/13/2012 |
| APLNDC-WH-SC | 00000234 | 00000237 | 2/13/2012 |
| APLNDC-WH-SC | 00000453 | 00000457 | 2/13/2012 |
| APLNDC-WH-SC | 00007320 | 00007431 | 3/1/2012 |
| APLNDC-WH-SC | 00007459 | 00007461 | 3/1/2012 |
| APLNDC-WH-SC | 00007462 | 00007508 | 3/1/2012 |
| APLNDC-WH-SC | 00007623 | 00007625 | 3/1/2012 |
| APLNDC-WH-SC | 00007626 | 00007627 | 3/1/2012 |
| APLNDC-WH-SC | 00007628 | 00007654 | 3/1/2012 |
| APLNDC-WH-SC | 00007675 | 00007694 | 3/1/2012 |
| APLNDC-WH-SC | 00007930 | 00007930 | 3/22/2012 |
| APLNDC-WH-SC | 00007987 | 00007989 | 3/22/2012 |
| APLNDC-WH-SC | 00007990 | 00007991 | 3/22/2012 |
| APLNDC-WH-SC | 00007992 | 00007994 | 3/22/2012 |
| APLNDC-WH-SC | 00007995 | 00008014 | 3/22/2012 |
| APLNDC-WH-SC | 00008015 | 00008017 | 3/22/2012 |
| APLNDC-WH-SC | 00008018 | 00008026 | 3/22/2012 |
| APLNDC-WH-SC | 00008027 | 00008027 | 3/22/2012 |
| APLNDC-WH-SC | 00008028 | 00008029 | 3/22/2012 |
| APLNDC-WH-SC | 00008030 | 00008062 | 3/22/2012 |
| APLNDC-WH-SC | 00008063 | 00008064 | 3/22/2012 |
| APLNDC-WH-SC | 00008065 | 00008086 | 3/22/2012 |
| APLNDC-WH-SC | 00008087 | 00008088 | 3/22/2012 |
| APLNDC-WH-SC | 00008089 | 00008095 | 3/22/2012 |
| APLNDC-WH-SC | 00008096 | 00008097 | 3/22/2012 |
| APLNDC-WH-SC | 00008167 | 00008180 | 3/22/2012 |
| APLNDC-WH-SC | 00008181 | 00008206 | 3/22/2012 |
| APLNDC-WH-SC | 00008207 | 00008265 | 3/22/2012 |
| APLNDC-WH-SC | 00008630 | 00008662 | 3/22/2012 |
| APLNDC-WH-SC | 00008826 | 00008875 | 3/22/2012 |
| APLNDC-WH-SC | 00008876 | 00009142 | 3/22/2012 |
| APLNDC-WH-SC | 00009187 | 00009197 | 3/22/2012 |
| APLNDC-WH-SC | 00009197 | 00009206 | 3/22/2012 |
| APLNDC-WH-SC | 00009207 | 00009209 | 3/22/2012 |
| APLNDC-WH-SC | 00009210 | 00009210 | 3/22/2012 |
| APLNDC-WH-SC | 00009211 | 00009242 | 3/22/2012 |
| APLNDC-WH-SC | 00009243 | 00009243 | 3/22/2012 |
| APLNDC-WH-SC | 00009244 | 00009245 | 3/22/2012 |
| APLNDC-WH-SC | 00009246 | 00009248 | 3/22/2012 |
| APLNDC-WH-SC | 00009249 | 00009249 | 3/22/2012 |
| APLNDC-WH-SC | 00009250 | 00009250 | 3/22/2012 |
| APLNDC-WH-SC | 00009251 | 00009284 | 3/22/2012 |

Apple Inc. v. Samsung Electronics. Co., LTD. et al.
C.A. No. 11-CV-01846-LHK

Appendix 1
Apple Inc. Source Code Files, Camera and Photos Functionality
See Trial Ex. 121

| Bates Prefix | Bates Begin | Bates End | Date Produced |
|---|---|---|---|
| APLNDC-WH-SC | 00009285 | 00009285 | 3/22/2012 |
| APLNDC-WH-SC | 00009309 | 00009339 | 3/22/2012 |
| APLNDC-WH-SC | 00009340 | 00009345 | 3/22/2012 |
| APLNDC-WH-SC | 00009346 | 00009388 | 3/22/2012 |
| APLNDC-WH-SC | 00009389 | 00009399 | 3/22/2012 |
| APLNDC-WH-SC | 00009400 | 00009408 | 3/22/2012 |
| APLNDC-WH-SC | 00009409 | 00009411 | 3/22/2012 |
| APLNDC-WH-SC | 00009412 | 00009413 | 3/22/2012 |
| APLNDC-WH-SC | 00009414 | 00009446 | 3/22/2012 |
| APLNDC-WH-SC | 00009447 | 00009447 | 3/22/2012 |
| APLNDC-WH-SC | 00009448 | 00009449 | 3/22/2012 |
| APLNDC-WH-SC | 00009450 | 00009452 | 3/22/2012 |
| APLNDC-WH-SC | 00009453 | 00009453 | 3/22/2012 |
| APLNDC-WH-SC | 00009454 | 00009454 | 3/22/2012 |
| APLNDC-WH-SC | 00009455 | 00009455 | 3/22/2012 |
| APLNDC-WH-SC | 00009524 | 00009556 | 3/22/2012 |
| APLNDC-WH-SC | 00009557 | 00009558 | 3/22/2012 |
| APLNDC-WH-SC | 00009559 | 00009572 | 3/22/2012 |
| APLNDC-WH-SC | 00009573 | 00009573 | 3/22/2012 |
| APLNDC-WH-SC | 00009574 | 00009575 | 3/22/2012 |
| APLNDC-WH-SC | 00009576 | 00009576 | 3/22/2012 |
| APLNDC-WH-SC | 00009577 | 00009579 | 3/22/2012 |
| APLNDC-WH-SC | 00009580 | 00009580 | 3/22/2012 |
| APLNDC-WH-SC | 00009581 | 00009583 | 3/22/2012 |
| APLNDC-WH-SC | 00009584 | 00009584 | 3/22/2012 |
| APLNDC-WH-SC | 00009585 | 00009586 | 3/22/2012 |
| APLNDC-WH-SC | 00009606 | 00009606 | 3/22/2012 |
| APLNDC-WH-SC | 00009607 | 00009609 | 3/22/2012 |
| APLNDC-WH-SC | 00009610 | 00009616 | 3/22/2012 |
| APLNDC-WH-SC | 00009617 | 00009619 | 3/22/2012 |
| APLNDC-WH-SC | 00009620 | 00009623 | 3/22/2012 |
| APLNDC-WH-SC | 00009624 | 00009624 | 3/22/2012 |
| APLNDC-WH-SC | 00009625 | 00009625 | 3/22/2012 |
| APLNDC-WH-SC | 00009626 | 00009626 | 3/22/2012 |
| APLNDC-WH-SC | 00009628 | 00009629 | 3/22/2012 |
| APLNDC-WH-SC | 00009630 | 00009630 | 3/22/2012 |
| APLNDC-WH-SC | 00009631 | 00009632 | 3/22/2012 |
| APLNDC-WH-SC | 00009633 | 00009633 | 3/22/2012 |
| APLNDC-WH-SC | 00009634 | 00009635 | 3/22/2012 |
| APLNDC-WH-SC | 00009683 | 00009687 | 3/22/2012 |
| APLNDC-WH-SC | 00009688 | 00009737 | 3/22/2012 |
| APLNDC-WH-SC | 00009738 | 00009738 | 3/22/2012 |
| APLNDC-WH-SC | 00009739 | 00009739 | 3/22/2012 |
| APLNDC-WH-SC | 00009740 | 00009743 | 3/22/2012 |
| APLNDC-WH-SC | 00009744 | 00009778 | 3/22/2012 |
| APLNDC-WH-SC | 00009779 | 00009780 | 3/22/2012 |
| APLNDC-WH-SC | 00009781 | 00009786 | 3/22/2012 |
| APLNDC-WH-SC | 00009787 | 00009787 | 3/22/2012 |
| APLNDC-WH-SC | 00009795 | 00009802 | 3/22/2012 |
| APLNDC-WH-SC | 00009803 | 00009810 | 3/22/2012 |

Apple Inc. v. Samsung Electronics. Co., LTD. et al.
C.A. No. 11-CV-01846-LHK

Appendix 1
Apple Inc. Source Code Files, Camera and Photos Functionality
See Trial Ex. 121

| Bates Prefix | Bates Begin | Bates End | Date Produced |
|---|---|---|---|
| APLNDC-WH-SC | 00009857 | 00009858 | 3/22/2012 |
| APLNDC-WH-SC | 00009859 | 00009885 | 3/22/2012 |
| APLNDC-WH-SC | 00009886 | 00009887 | 3/22/2012 |
| APLNDC-WH-SC | 00009888 | 00009888 | 3/22/2012 |
| APLNDC-WH-SC | 00009889 | 00009891 | 3/22/2012 |
| APLNDC-WH-SC | 00009892 | 00009892 | 3/22/2012 |
| APLNDC-WH-SC | 00009893 | 00009895 | 3/22/2012 |
| APLNDC-WH-SC | 00009896 | 00009896 | 3/22/2012 |
| APLNDC-WH-SC | 00009897 | 00009898 | 3/22/2012 |
| APLNDC-WH-SC | 00009907 | 00009907 | 3/22/2012 |
| APLNDC-WH-SC | 00009908 | 00009910 | 3/22/2012 |
| APLNDC-WH-SC | 00009911 | 00009911 | 3/22/2012 |
| APLNDC-WH-SC | 00009912 | 00009921 | 3/22/2012 |
| APLNDC-WH-SC | 00009935 | 00009935 | 3/22/2012 |
| APLNDC-WH-SC | 00009937 | 00009937 | 3/22/2012 |
| APLNDC-WH-SC | 00009938 | 00009940 | 3/22/2012 |
| APLNDC-WH-SC | 00009948 | 00009950 | 3/22/2012 |
| APLNDC-WH-SC | 00009972 | 00009974 | 3/22/2012 |
| APLNDC-WH-SC | 00009975 | 00009979 | 3/22/2012 |
| APLNDC-WH-SC | 00009980 | 00009980 | 3/22/2012 |
| APLNDC-WH-SC | 00009981 | 00009981 | 3/22/2012 |
| APLNDC-WH-SC | 00009982 | 00009983 | 3/22/2012 |
| APLNDC-WH-SC | 00009984 | 00009987 | 3/22/2012 |
| APLNDC-WH-SC | 00009999 | 00009999 | 3/22/2012 |
| APLNDC-WH-SC | 00010000 | 00010001 | 3/22/2012 |
| APLNDC-WH-SC | 00010010 | 00010010 | 3/22/2012 |
| APLNDC-WH-SC | 00010052 | 00010055 | 3/22/2012 |
| APLNDC-WH-SC | 00010056 | 00010056 | 3/22/2012 |
| APLNDC-WH-SC | 00010057 | 00010057 | 3/22/2012 |
| APLNDC-WH-SC | 00010058 | 00010060 | 3/22/2012 |
| APLNDC-WH-SC | 00010061 | 00010090 | 3/22/2012 |
| APLNDC-WH-SC | 00010091 | 00010092 | 3/22/2012 |
| APLNDC-WH-SC | 00010093 | 00010099 | 3/22/2012 |
| APLNDC-WH-SC | 00010108 | 00010117 | 3/22/2012 |
| APLNDC-WH-SC | 00010118 | 00010125 | 3/22/2012 |
| APLNDC-WH-SC | 00010644 | 00010645 | 4/16/2012 |
| APLNDC-WH-SC | 00010656 | 00010656 | 4/16/2012 |
| APLNDC-WH-SC | 00010657 | 00010657 | 4/16/2012 |
| APLNDC-WH-SC | 00010658 | 00010672 | 4/16/2012 |
| APLNDC-WH-SC | 00010673 | 00010674 | 4/16/2012 |
| APLNDC-WH-SC | 00010675 | 00010750 | 4/16/2012 |
| APLNDC-WH-SC | 00010790 | 00010791 | 4/16/2012 |

Apple Inc. v. Samsung Electronics. Co., LTD. et al.
C.A. No. 11-CV-01846-LHK