# EXHIBIT 7

*Apple v. Samsung*, No. 11-01846
**JOINT TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1000 | | 6/29/2007 | iPhone | AS237 | AS237 | | |
| 1001 | | 7/11/2008 | iPhone 3G | N/A | N/A | | |
| 1002 | | 6/19/2009 | iPhone 3GS | AS420 | AS420 | | |
| 1003 | | 6/24/2010 | iPhone 4 | AS423 | AS423 | | |
| 1004 | | 4/3/2010 | iPad | AS426 | AS426 | | |
| 1005 | | 3/11/2011 | iPad 2 | AS425 | AS425 | | |
| 1006 | | 4/30/2010 | iPad 3G | N/A | N/A | | |
| 1007 | | 3/23/2010 | Galaxy S (i9000) | AS18 | AS18 | | |
| 1008 | | 6/9/2010 | Acclaim | AS357 | AS357 | | |
| 1009 | | 7/7/2010 | Intercept | AS28 | AS28 | | |
| 1010 | | 6/22/2010 | Galaxy S Vibrant | AS42 | AS42 | | |
| 1011 | | 6/17/2010 | Galaxy S Captivate | AS319 | AS319 | | |
| 1012 | | 6/28/2012 | Galaxy S Epic 4G | AS6 | AS6 | | |
| 1013 | | 6/28/2012 | Galaxy S Fascinate | AS145 | AS145 | | |
| 1014 | | 10/6/2010 | Transform | AS41 | AS41 | | |
| 1015 | | 11/6/2010 | Galaxy S Mesmerize | AS316 | AS316 | | |
| 1016 | | 11/8/2010 | Galaxy S Continuum | AS315 | AS315 | | |
| 1017 | | 10/6/2010 | Galaxy S Showcase 500 | AS313 | AS313 | | |
| 1018 | | 12/7/2010 | Nexus S | AS32 | AS32 | | |
| 1019 | | 2/2/2011 | Galaxy S 4G | AS16 | AS16 | | |
| 1020 | | 1/21/2011 | Gem | AS314 | AS314 | | |
| 1021 | | 3/15/2011 | Sidekick 4G | AS38 | AS38 | | |
| 1022 | | 4/5/2011 | Galaxy Prevail | AS320 | AS320 | | |
| 1023 | | 3/21/2011 | Nexus S 4G | AS151 | AS151 | | |
| 1024 | | 4/15/2011 | Replenish | AS35 | AS35 | | |
| 1025 | | 1/6/2011 | Droid Charge | AS97 | AS97 | | |
| 1026 | | 2/1/2011 | Indulge | AS221 | AS221 | | |
| 1027 | | 1/5/2011 | Infuse 4G | AS310 | AS310 | | |
| 1028 | | 6/2/2011 | Exhibit 4G | AS9 | AS9 | | |
| 1029 | | 6/2/2011 | Gravity Smart | AS23 | AS23 | | |
| 1030 | | 1/26/2011 | Galaxy Ace | AS12 | AS12 | | |
| 1031 | | 8/30/2011 | Galaxy S II (AT&T) | AS341 | AS341 | | |
| 1032 | | 2/1/2011 | Galaxy S II (i9100) | AS359 | AS359 | | |
| 1033 | | 10/12/2011 | Galaxy S II (T-Mobile) | AS88 | AS88 | | |
| 1034 | | 6/8/2011 | Galaxy S II (Epic 4G Touch) | AS123 | AS123 | | |

1

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1035 | | 11/6/2011 | Galaxy S II (Skyrocket) | AS117 | AS117 | | |
| 1036 | | 9/17/2010 | Galaxy Tab 7.0 | AS192 | AS192 | | |
| 1037 | | 2/13/2011 | Galaxy Tab 10.1 (WiFi) | 203 | 203 | | |
| 1038 | | 7/28/2011 | Galaxy Tab 10.1 (4G LTE) | AS236 | AS236 | | |
| 1039 | | 7/22/2008 | US Trademark Reg for iPhone | APLNDC-Y0000182281 | APLNDC-Y0000182283 | | |
| 1040 | Ex. 8; Ex. 880; Ex. 1036; Ex. 1132; Ex. 1174; Ex. 203; Ex. 430; Anders Ex. 8; Bressler Ex. 3510; Musika Ex. 7; Sherman Ex. 2 | 5/10/2005 | Certified copy of US D504,889, issued May 10, 2005 | APLNDC00032467 | APLNDC00032472 | | |

2

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1041 | Ex. 6; Ex. 874; Ex. 1790; Ex. 205; Ex. 426; Anders Ex. 3; Bressler Ex. 3511; Charmichael Ex. 16; Godici Ex. 3; Musika Ex. 6; Sherman Ex. 4 | 5/26/2009 | Certified copy of US D593,087, issued May 26, 2009 | APLNDC00030426 | APLNDC00030441 | | |
| 1042 | Ex. 577; Ex. 415; Kare Ex. 3 | 11/17/2009 | Certified copy of US D604,305, issued November 17, 2009 | APLNDC00030421 | APLNDC00030425 | | |
| 1043 | Ex. 7; Ex. 1790; Ex. 204; Ex. 425; Sherman Ex. 3; Bressler Ex. 3512 | 6/29/2010 | Certified copy of D618,677, issued June 29, 2010 | APLNDC00032473 | APLNDC00032478 | | |

3

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1044 | Ex. 630; Ex. 1856; Ex. 362; Ex. 328; Gray Ex. 12 | 11/30/2010 | Certified copy of US 7,844,915, issued November 30, 2010 | APLNDC00025380 | APLNDC00025432 | | |
| 1045 | Ex. 71; Ex. 109; Ex. 120; Ex. 2; Balakrishnan Ex. 2 | 12/23/2008 | Certified copy of US 7,469,381, issued December 23, 2008 | APLNDC00022467 | APLNDC00022527 | | |
| 1046 | Ex. 536; Ex. 572; Ex. 611; Ex. 741; Gray Ex. 15; Ex. 1006 | 1/4/2011 | Certified copy of US 7,864,163, issued January 4, 2011 | APLNDC00027870 | APLNDC00027921 | | |
| 1047 | Ex. 93; Ex. 405; | 12/23/2008 | Certified file history of US 7,469,381, issued December 23, 2008 | APLNDC00024705 | APLNDC00025379 | | |
| 1048 | Ex. 330 | 11/30/2010 | Certified file history of US 7,844,915, issued November 30, 2010 | APLNDC00027081 | APLNDC00027869 | | |
| 1049 | Ex. 537; Ex. 612; Ex. 613 | 1/4/2011 | Certified file history of US 7,864,163, issued January 4, 2011 | APLNDC00022528 | APLNDC00024334 | | |

4

*Apple v. Samsung*, No. 11-01846
**JOINT TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| | | | Apple would agree to include the following exhibits requested by Samsung if the Court accepts over 60 exhibits on the joint exhibit list. | | | | |
| 1050 | | | Apple iPad 2 3G (iOS 4.x) - AT&T version | | | | |
| 1051 | | | Apple iPad 2 3G (iOS 5.x) - AT&T version | | | | |
| 1052 | | | Apple iPad 3G | | | | |
| 1053 | | | Apple iPhone 3G (iOS 4.x) | | | | |
| 1054 | | | Apple iPhone 3GS (iOS 4.x or iOS 5.x) | | | | |
| 1055 | | | Apple iPhone 4 (iOS 4.x) - AT&T version | | | | |
| 1056 | | | Apple iPhone 4 (iOS 5.x) - AT&T version | | | | |
| 1057 | | | Apple iPod Touch (4th Gen.) (iOS 4.x or iOS 5.x) | | | | |
| 1058 | | | File wrapper for 6,928,604 (including file histories of U.S. Patent App. No. 10/393,784, 09/282,851, Korean Patent App. 1998-11380) | | | | |
| 1059 | | | File wrapper for 7,447,516 (including file histories of U.S. Patent App. No. 11/148,181, Korean Patent App. 10-2005-0037774) | | | | |

5

*Apple v. Samsung*, No. 11-01846
**JOINT TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1060 | | | File wrapper for 7,675,941 (including file histories of U.S. Patent App. No. 11/417,219, Korean Patent App. 10-2004-0042300, Korean Patent App. 10-2004-0062190, Korean Patent App. 10-2004-0073552, Korean Patent App. 10-2004-0093947, Korean Patent App. 10-2005-0029192) | | | | |
| 1061 | | | File wrapper for U.S. D504,889 | | | | |
| 1062 | | | File wrapper for U.S. D593,087 | | | | |
| 1063 | | | File wrapper for U.S. D604,305 | | | | |
| 1064 | | | File history for U.S. D618,677 | | | | |
| 1065 | | | File History for U.S. Patent No. 7,456,893 (including U.S. App. No. 11/167,851 and KR App. No. 10-2005-0021335) | | | | |
| 1066 | | | File wrapper for U.S. Patent No. 7,577,460 (including U.S. App. Nos. 11/493,754, 11/003,222, and 09/540,830 and KR App. No. 1999-11179) | | | | |

*Apple v. Samsung*, No. 11-01846
**JOINT TRIAL EXHIBIT LIST**

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1067 | | | File wrapper for U.S. Patent No. 7,698,711 (including U.S. App. Nos. 11/778,466, 11/390,338 and KR App. No. 10-2005-0079921) | | | | |
| 1068 | | | U.S. Patent No. 7,456,893 | | | | |
| 1069 | | | U.S. Patent No. 7,577,460 | | | | |
| 1070 | | | U.S. Patent No. 7,675,941 | | | | |
| 1071 | | | U.S. Patent No. 7,698,711 | | | | |
| 1072 | | | U.S. Patent No. 6,928,604 | | | | |
| 1073 | | | U.S. Patent No. 7,447,516 | | | | |
| 1074 | | | HP Compaq TC 1000 | | | | |
| 1075 | | | Fidler 1994 Tablet | | | | |