# EXHIBIT 8

| Trial Ex. No. | Brief Description | Substance / Purpose | Beginning Bates | End Bates | Sponsoring Witness | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| 1000 | Certified Copy of File Wrapper for U.S. Design Patent No. D504,889 | File History | APLPROS0000010188 | APLPROS0000010297 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1001 | File wrapper for U.S. Design Patent No. D593,087 | File History | APLPROS0000010774 | APLPROS0000011117 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1002 | File wrapper for U.S. Design Patent No. D604,305 | File History | APLNDC00030421 | APLNDC00030425 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1003 | File wrapper for U.S. Design Patent No. D618,677 | File History | APLPROS0000011597 | APLPROS0000011959 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1004 | Certified copy of U.S. Patent No. 7,844,915 | Patent | APLPROS0000006142 | APLPROS0000006930 | | | |
| 1005 | File History for U.S. Patent No. 7,844,915 | File History | APLPROS0000006142 | APLPROS0000006930 | | | |
| 1006 | Certified copy of U.S. Patent No. 7,864,163 | Patent | APLNDC00027870 | APLNDC00027921 | | | |
| 1007 | Certified copy of File Wrapper and Contents of U.S. Patent No. 7,864,163 | File History | APLNDC00022528 | APLNDC00022626 | | | |
| 1008 | U.S. Patent No. 7,469,381 | Patent | APLNDC00010655 | APLNDC00010713 | | | |
| 1009 | File History for Reexamination of U.S. Patent No. 7,469,381 | File History | APLNDC00024705 | APLNDC00025309 | | | |
| 1010 | U.S. Design Patent No. D504,889 | Patent | APLPROS0000018801 | APLPROS0000018805 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1011 | U.S. Design Patent No. D593,087 | Patent | APLPROS0000011118 | APLPROS0000011133 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente,  Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1012 | U.S. Design Patent No. D604,305 | Patent | APLNDC00030421 | APLNDC00030425 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente,  Quin Hoellwarth, Tracy-Gene Durkin | | |
| 1013 | U.S. Design Patent No. D618,677 | Patent | APLNDC00013791 | APLNDC00013795 | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente,  Quin Hoellwarth, Tracy-Gene Durkin | | |

| Trial Ex. No. | Brief Description | Substance / Purpose | Beginning Bates | End Bates | Sponsoring Witness | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| 1014 | U.S. Registration No. 3,470,983 | Patent | APLNDC-Y0000182281 | APLNDC-Y0000182283 | | | |
| 1015 | File Wrapper for U.S. Registration No. 3,470,983 | File History | APLNDC-Y0000182323-538 | APLNDC-Y0000182538 | | | |
| 1016 | File Wrapper for U.S. Patent No. 6,928,604 (including file histories of U.S. Patent App. No. 10/393,794, 09/282,851, Korean Patent App. 1998-11380) | File History | S-794-ITC-001165600-857 | S-794-ITC-001165857 | Paul Min, Hyeon Woo Lee, Chang Soo Park | | |
| 1017 | File Wrapper for U.S. Patent No. 7,447,516 (including file histories of U.S. Patent App. No. 11/148,181, Korean Patent App. 10-2005-0037774) | File History | APLNDC-WH-A 0000014746-5618 | APLNDC-WH-A 0000015618 | Tim Williams, Joon-Young Cho, Young Bum Kim, Young-Jun Kwak, Ju-Ho Lee | | |
| 1018 | File Wrapper for U.S. Patent No. for 7,675,941 (including file histories of U.S. Patent App. No. 11/417,219, Korean Patent App. 10-2004-0042300, Korean Patent App. 10-2004-0062190, Korean Patent App. 10-2004-0073552, Korean Patent App. 10-2004-0093947, Korean Patent App. 10-2005-0029192) | File History | SAMNDCA00007579 | SAMNDCA00007839 | Tim Williams, Seong-Hun Kim, Himke van der Velde, Ger-Jan van Lieshout | | |
| 1019 | File History for U.S. Patent No. 7,456,893 (including U.S. App. No. 11/167,851 and KR App. No. 10-2005-0021335) | File History | SAMNDCA00007240 | SAMNDCA00007468 | Woodward Yang, Sung-ho Eun | | |
| 1020 | File History for U.S. Patent No. 7,577,460 (including U.S. App. Nos. 11/493,754, 11/003,222, and 09/540,830 and KR App. No. 1999-11179) | File History | APLNDC-WH-A 0000014566 | APLNDC-WH-A 0000014688 | Woodward Yang, Jeong-Seok Oh | | |
| 1021 | File History for U.S. Patent No. 7,698,711 (including U.S. App. Nos. 11/778,466, 11/390,338 and KR App. No. 10-2005-0079921) | File History | APLNDC-WH-A 0000016733 | APLNDC-WH-A 0000017290 | Woodward Yang, Moon-Sang Jeong | | |
| 1022 | U.S. Patent No. 6,928,604 | Patent | APLNDC-WH-A 0000016618 | APLNDC-WH-A 0000016630 | Paul Min, Hyeon Woo Lee, Chang Soo Park | | |
| 1023 | U.S. Patent No. 7,447,516 | Patent | APLNDC-WH-A0000015619 | APLNDC-WH-A0000015645 | Tim Williams, Joon-Young Cho, Young Bum Kim, Young-Jun Kwak, Ju-Ho Lee | | |
| 1024 | U.S. Patent No. 7,456,893 | Patent | APLNDC-WH-A 0000018487 | APLNDC-WH-A 0000018500 | Woodward Yang, Sung-ho Eun | | |
| 1025 | U.S. Patent No. 7,577,460 | Patent | APLNDC-WH-A 0000014727 | APLNDC-WH-A 0000014745 | Woodward Yang, Jeong-Seok Oh | | |
| 1026 | U.S. Patent No. 7,675,941 | Patent | APLNDC-WH-A000009799 | APLNDC-WH-A000009815 | | | |
| 1027 | U.S. Patent No. 7,698,711 | Patent | APLNDC-WH-A 0000017299 | APLNDC-WH-A 0000017307 | Woodward Yang, Moon-Sang Jeong | | |
| 1028 | Images from File History for United States Patent D504,889 | File History | APLNDC-X0000006115 | APLNDC-X0000006129 | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Quin Hoellwarth, Scott Forstall, Peter Bressler, Robert Anders. | | |