1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE RE ARGUMENTS MADE AT JUNE 21 HEARING** |

1  Having considered Apple's Motion for Leave to File Supplemental Response re
2  Arguments Made at June 21 Hearing, Apple's motion for leave is GRANTED.

**IT IS SO ORDERED.**

Dated: June 8, 2012

_____
HONORABLE PAUL S. GREWAL
United States Magistrate Judge