# [CORRECTED]

# EXHIBIT 2

**[Corrected] Exhibit 2**

**Samsung's itemization of witnesses, documents, or other evidentiary material to be presented concerning the amount of damages.**

Witnesses

Samsung may present the following witnesses concerning the amount of damages: Youngho Kim, Vince O'Brien, Jaewoo Park, Timothy Sheppard, Jong-wook Shim, Jaehwang Sim, R. Sukumar, Michael Wagner, Sun-young Yi, Mark Buckley, Tony Blevins, Elisa De Martel, Jared Gosler, Greg Joswiak, Eric Jue, Henri Lamiraux, Suzanne Lindbergh, Stan Ng, Arthur Rangel, Anuj Saigal, Phillip Schiller, Rory Sexton, Steven Sinclair, Tang Tan, Michael Tchao, Boris Teksler, Sissie Twiggs, B.J. Watrous, Tamara Whiteside, Stephanie Chen, Cira Conley, KMPG Witness, ~~and~~ Richard "Chip" Lutton, Seong Woo Kim, Minhyung Chung, Karl Heinz Rosenbrock, Eric Stasik and David Teece.  More information about these witness is listed in Samsung's witness list, Exhibit 4.

Exhibits

Samsung may also present the following exhibits concerning the amount of damages: Exhibits 503, 527, 531, 534, 535, 536, 537, 541, 542, 544, 547, 549, 563, 568, 572, 575, 576, 581, 586, 587, 588, 589, 593, 594, 595, 598, 601, 603, 605, 613, 614, 616, 617, 618, 619, 630, 631, 676, and 677.  More information about these exhibits is listed in Samsung's exhibit list, Exhibit 6.