1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15
16                  UNITED STATES DISTRICT COURT
17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

Case No. 11-cv-01846-LHK
DECLARATION OF HANKIL KANG

Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") submit the appended declaration of Hankil Kang in support of Apple's Administrative Motions to File Documents Under Seal (Dkt. No. 1160), to establish that the following are sealable:

- The confidential, unreacted Opposition to Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal ("Opposition");
- Exhibits A to the Declaration of Jason R. Bartlett In Support of Apple's Opposition to Samsung's Motion to Stay and Suspend the June 26, 2012 Preliminary Injunction Pending Appeal or, Alternatively, Pending Decision by Federal Circuit on Stay Pending Appeal ("Bartlett Declaration")

## DECLARATION OF HANKIL KANG

I, Hankil Kang, do hereby declare as follows:

1. I am Legal Counsel at Samsung Electronics Co., Ltd. I submit this Declaration in support of Apple's Administrative Motions to File Under Seal (Dkt. No. 1160). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. Exhibit A to the Bartlett Declaration is an excerpt from the Confidential Brief of Defendants-Appellees, filed by Samsung in Apple v. Samsung, No. 2012-1105 (Fed. Cir.). This document contains confidential business information concerning Samsung's sales of the Galaxy Tab 10.1. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this document was not filed under seal.

3. The unredacted version of Apple's Opposition discusses, references, or cites to the confidential information described in paragraph 2 above. In addition, Apple's Opposition contains confidential information relating to Samsung's projected sales of the Galaxy Tab 10.1. This information is confidential and proprietary to Samsung, and could be used to its disadvantage by competitors if this document was not filed under seal.

1  I declare under penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.
3  Executed this 9th day of July, 2012, in Suwon, Korea.

*/s/ Hankil Kang*
Hankil Kang

1 **General Order 45 Attestation**

2     I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3 Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Hankil Kang has

4 concurred in this filing.

5                                                               */s/ Victoria Maroulis*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Hankil Kang has concurred in this filing.

*/s/ Victoria Maroulis*