# [CORRECTED]
# EXHIBIT 6

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 500 | iPhone App testing including photos and mail (with error message) | APLNDC-WH0000279372 | | Infringement | Emilie Kim; Nitin Ganatra |
| 501 | Fidler Tablet Specifications | FIDLER00000030 | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Roger Fidler, Robert Anders, Peter Bressler, Itay Sherman, Sam Lucente |
| 502 | *AppleDesign: The Work of the Apple Industrial Design Group*, Paul Kunkel (Graphis Inc., New York) (1997) | SAMNDCA00402898 | SAMNDCA00403188 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger |
| 503 | ETSI IPR Policy (November 1997) | S-ITC-003356882 | S-ITC-003356887 | FRAND | Karl Rosenbrock, Michael Walker |
| 504 | U.S. Design Patent No. D500,037 | SAMNDCA00027716 | SAMNDCA00027722 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger, Sean Roarty |
| 505 | Compaq TC1000 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente |
| 506 | US Pat. No. 6,919,678 | SAMNDCA00354855 | SAMNDCA00354872 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger |

| 507 | Japanese design patent JP D1204221 ("JP221") | SAMNDCA00402432 | SAMNDCA00402444 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionalityc | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 508 | Sharp Zarus SL-6000L | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu |
| 509 | Apple's 035 Prototype | APLNDC-X000006115 | APLNDC-X000006129 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Quin Hoellwarth, Scott Forstall, Peter Bressler, Robert Anders |
| 510 | Apple's 035 Prototype | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Scott Forstall, Peter Bressler, Robert Anders |

| 511 | Japanese design patent JP D1241638 ("JP638") | SAMNDCA00402580 | SAMNDCA00402598 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 512 | Korean design patent KR 30-0398307 | SAMNDCA00402644 | SAMNDCA00402654 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler , Sam Lucente |
| 513 | Bluebird Pidion BM-200 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente, Sungyub Lee |
| 514 | iRiver U10 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente, Owen Kwon |
| 515 | Korean design patent KR 30-0394921 | SAMNDCA00402633 | SAMNDCA00402643 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |

| 516 | Mac OS X 10.4 Tiger | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Chris Hood, Richard Howarth, Jonathan Ive, Duncan Kerr, Ben Kunst, Mark Lee, Brian Lynch, Shin Nishibori, Chris Prest, Matthew Rohrbach, Fletcher Rothkopf, Peter Russell-Clarke, Phillip Schiller, Christopher Stringer, John Ternus, Eugene Whang, Steve Zadesky, Rico Zorkendorfer |
| --- | --- | --- | --- | --- | --- |
| 517 | 3GPP standard - TS 25.214 v6.6.0 (2005-06) (Release 6) | APLNDC-WH-A 0000010733 | APLNDC-WH-A 0000010790 | Infringement | Tim Williams; Yong-Jun Kwak |
| 518 | Video of LaunchTile running on an HP ipaq device that was shown by Bederson at the CHI Conference and HP ipaq device running LaunchTile | Ex. D ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson |

| 519 | Korean design patent KR 30-0452985 | SAMNDCA00255357 | SAMNDCA00255365 | Design Patent Invalidity/ Design patent Non-Infringement/ Claim Construction/ Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Itay Sherman, Robert Anders, Peter Bressler, Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Sam Lucente |
| --- | --- | --- | --- | --- | --- |
| 520 | U.S. Design Patent No. D534,516 | SAMNDCA00326488 | SAMNDCA00326498 | Design patent Invalidity/design patent Non-Infringement/ Claim Construction/ Design patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 521 | LG Prada | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente |
| 522 | MPCP Project 2006 | SAMNDCA00321382 | SAMNDCA00321427 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu |
| 523 | LG Chocolate | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente |

| 526 | Samsung F700 | | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Design patent Invalidity | Itay Sherman, Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Peter Bressler, Sam Lucente |
| 527 | Patent Holdup and Royalty Stacking | S-ITC-003893262 | S-ITC-003893320 | FRAND | Eric Stasik, David Teece |
| 528 | XNav sourcecode | Ex. G ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson |
| 529 | Fidler, Roger.  "The Tablet Newspaper Vision 1981 - 2010." [Ex. 266 to Fidler Dep. Tr.] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Roger Fidler, Robert Anders, Peter Bressler, Itay Sherman, Sam Lucente |
| 531 | Samsung Licensing Presentation to Apple (September 2010) | APLNDC00000898 | APLNDC00000916 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler |
| 532 | August 25, 2005 email from Bederson to Microsoft referencing Bederson's disclosure of the XNav sourcecode | Ex. J ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson |
| 533 | iPhone User Guide for iOS 4.2 and 4.3 Software | SAMNDCA00371436 | SAMNDCA00371709 | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra |
| 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 | APLNDC0000036266 | APLNDC0000036348 | Damages | Arthur Rangel; Greg Joswiak |
| 535 | ComTech Report Q1, 2011 | APLNDC0002831037 | APLNDC0002831088 | Damages | Arthur Rangel; Greg Joswiak |

| 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot," Data filtered by setting 'Region' to "USA" and 'Device Type' to "Smartphone." | APLNDC-Z0000000001 | | Damages | Arthur Rangel |
|---|---|---|---|---|---|
| 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4, tab "Pivot Table," Data filtered by setting 'Region' to "USA" and 'Product Category' to "Media Tablet." | APLNDC-Z0000000003 | | Damages | Arthur Rangel |
| 538 | U.S. Design Patent D581,922 | SAMNDCA00414425 | SAMNDCA00414429 | Design Patent Invalidity/ Design patent Non-Infringement/ Claim Construction/ Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth and Tracy-Gene Durkin |
| 539 | iPhone User Guide for iOS 5.1 Software | SAMNDCA00371710 | SAMNDCA00371888 | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra |

| 540 | U.S. Pat. Appl. No. 29/382,846 | APLNDC-Y0000307694 | APLNDC-Y0000309349 | Design Patent Non-Infringement/ Claim Construction | Sam Lucente, Itay Sherman, Peter Bressler, Justin Dennison, Todd Pendleton, Robert Anders, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Eugene Whang |
| --- | --- | --- | --- | --- | --- |
| 541 | iPad and iPod Touch, US & WW Sales Data, through Q2FY12 | APLNDC0003149779 | APLNDC0003149794 | Damages | Mark Buckley |
| 542 | iPhone US & WW Sales Data, Q3FY07-Q2FY12 | APLNDC0003149809 | APLNDC0003149814 | Damages | Mark Buckley |
| 543 | iPhone Units/Revenue Report FY12 (2007 - 2012, Domestic) | APLNDC-Y0000051357 | APLNDC-Y00000513362 | Damages | Mark Buckley |
| 544 | iPad US Profitability on a Per Unit Basis | APLNDC-Y0000051599 | APLNDC-Y0000051605 | Damages | Mark Buckley |
| 545 | Emails between Bederson and John SanGiovanni at Microsoft on August 17, 2005 reflecting Bederson's understanding that disclosure of XNav sourcecode was not under a confidentiality agreement | Ex. K ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson |
| 546 | Bederson et al.: *Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics* | Ex. G ISO Bederson's Declaration ISO MSJ | | Prior art; invalidity | Benjamin Bederson |

| 547 | A Survey of Licensed Royalties | S-ITC-003892736 | S-ITC-003892741 | FRAND | Eric Stasik, David Teece |
| 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 through November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch and MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal and MERL DiamondTouch Table with Mandelbrot files | MERL0000001 | | Prior art; invalidity | Stephen Gray; Adam Bogue; Clifton Forlines; Edward Tse |
| 549 | Samsung's December 14, 1998 Declaration to ETSI | APLNDC-WH-A-0000009374 | | FRAND | Karl Rosenbrock, Michael Walker |
| 550 | Nomura Yasuhiro patent Japanese application | SAMNDCA00359127 | SAMNDCA00359156 | Prior art; invalidity | Stephen Gray |
| 551 | U.S. Application No. 2002/0030699 "Van Ee Application" | APLNDC-Y0000085763 | APLNDC-Y0000085767 | Prior art; invalidity | Stephen Gray |
| 552 | Clifton Forlines E-mails | Exhibits 7, 8, 14 to Clifton Forlines 3/8/2012 Deposition | | Prior art; invalidity | Stephen Gray; Adam Bogue; Clifton Forlines; Edward Tse |

| 556 | Jefferson Han TED Video - Unveiling the genius of multi-touch interface designavailable at http://www.ted.com/talks/jeff_han_demos_his_breakthrough_touchscreen.html | S-ITC-0000110899 (Samsung's Invalidity Contentions, Ex. J-5) | | Prior art; invalidity | Jefferson Han |
| 557 | 3GPP standard TS 25.322 version 6.4.0 (Release 6)] | Knightly Dep. Ex. 1 | | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 558 | U.S. Pat. No. D638,815 | SAMNDCA00414805 | SAMNDCA00414811 | Independent Creation/ Lack of copying/Trade dress functionality/Design patent functionality/Design Patent Non-infringement | Minhyouk Lee, Peter Bressler |
| 560 | Intel HW Architecture specifications for PMB8802 UMTS Coprocessor Aeneas | 750DOC000690 - 0697; 750DOC000622 - 0654 | | Infringement | Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 561 | U.S. Patent Appl. No. 60/718187 (Flynt Provisional Application for Enhanced Portable Device Navigation Tools); U.S. Patent No. 7,933,632 ("Flynt Patent") | SAMNDCA00402181-SAMNDCA00402322; APLNDC-Y0000096275-APLNDC-Y0000096300 | | Prior art; invalidity | Stephen Gray |

| 562 | E-mail re Sony vs. Apple competition | APLNDC0003040119 | APLNDC0003040124 | Influences for Apple designs at issue | Jonathan Ive, Richard Howarth, Shin Nishibori, Bart Andre, Daniel Coster, Daniele De Iuliis, Duncan Kerr, Matthew Rohrbach, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Douglas Statzger |
| --- | --- | --- | --- | --- | --- |
| 563 | Samsung Declaration to ETSI - May 16, 2006 | S-794-ITC-005517211 | S-794-ITC-005517227 | FRAND | Karl Rosenbrock, Michael Walker |
| 565 | Letter from Angel Tradacete Cocera, EC Director-General of Competition to Rosenbrock (Jun. 21, 2006) | S-794-ITC-003053503 | S-794-ITC-003053504 | FRAND | Karl Rosenbrock, Eric Stasik, David Teece |
| 566 | IReen doc | SAMNDCA00321539 | SAMNDCA00321599 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Design patent invalidity | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu, Jeeyuen Wang, Sam Lucente, Susan Kare |

| 567 | iPhone 2007 MacWorld announcement | SAMNDCA00404913.wmv | SAMNDCA00404914.wmv | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Susan Kare, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Chris Hood, Richard Howarth, Jonathan Ive, Duncan Kerr, Ben Kunst, Mark Lee, Brian Lynch, Shin Nishibori, Chris Prest, Matthew Rohrbach, Fletcher Rothkopf, Peter Russell-Clarke, Phillip Schiller, Christopher Stringer, John Ternus, Eugene Whang, Steve Zadesky, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Tamara Whiteside, Scott Forstall |
| --- | --- | --- | --- | --- | --- |
| 568 | Samsung Declaration to ETSI - August 7, 2007 | S-794-ITC-005517177 | S-794-ITC-005517181 | FRAND | Karl Rosenbrock, Michael Walker |
| 569 | Intel product specifications for X-GOLD 608 | 593DOC000523 | 593DOC002777 | Infringement | Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 572 | 4-15-11 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 [Eric Jue Deposition, Ex. 14] | APLNDC0002007608 | APLNDC0002007704 | Damages | Art Rangel; Eric Jue |
| 573 | ETSI 52ND General Assembly meeting - Chairman's report (ETSI/GA52(08)08) | APLNDC-WH0000715608 | APLNDC-WH0000715626 | FRAND | Karl Rosenbrock, Michael Walker |

| 575 | ETSI IPR Policy FAQ | S-ITC-003899001 | S-ITC-003899003 | FRAND | Karl Rosenbrock, Michael Walker |
| 576 | Third Party Published Information on Headline FRAND Rates | S-ITC-003359278 | S-ITC-003359285 | FRAND | Eric Stasik, David Teece |
| 578 | Apple internal email + meeting agenda | APL-ITC796-0000119763 - 767 | | Apple not first in many categories/Trade dress functionality/Design patent functionality | Steven Sinclair, Tamara Whiteside, Eric Jue |
| 579 | Apple internal e-mail with subject line "Re: receiver up high in Y" | APLNDC0002326562 | APLNDC0002326563 | Invalidity/ Non-infringemen/ Claim Construction/ Functionality | Richard Howarth, Eugene Whang, Itay Sherman, Andrew Bright, Jonathan Ive, Chris Stringer, Robert Anders, Mark Lehto |
| 581 | Worldwide iPhone Q3'10 Performance Summary, July 7, 2010 | APL7940000082356 | APL7940000082378 | Damages | Arthur Rangel; Greg Joswiak |
| 584 | 1994 Fidler Tablet | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Sam Lucente, Itay Sherman, Roger Fidler |
| 586 | Samsung-Apple Licensing Discussion, Oct. 5, 2010 | APLNDC00010886 | APLNDC00010917 | Damages | Richard Lutton |
| 587 | Worldwide iPhone Q4'10 Performance Summary, October 6, 2010 | APL7940001120491 | APL7940001120512 | Damages | Arthur Rangel; Greg Joswiak |
| 588 | Samsung Licensing Presentation to Apple (November 4, 2010) | S-ITC-000085099 | S-ITC-000085107 | FRAND | Seong Woo (Clayton) Kim, Richard Lutton |
| 589 | Worldwide iPhone Q1'11 Performance Summary, January 5, 2011 | APL7940000102312 | APL7940000102332 | Damages | Arthur Rangel; Greg Joswiak |

| 590 | WO 03/081458 ("Lira Patent") | SAMNDCA00020541 - 0575; SAMNDCA24748 | | Prior art; invalidity | Andries van Dam |
|---|---|---|---|---|---|
| 591 | Vinci Tablet | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Peter Bressler, Robert Anders, Itay Sherman |
| 592 | ComTech United States Report Q410 | APLNDCAL0010809 | | Lack of confusion or dilution/lack of harm/Trade dress functionality/Design patent functionality | Greg Joswiak, Arthur Rangel, Richard Lutton, Jaren Gosler, Sanjay Sood, Greg Jozwiak, Tony Fadell, Robert Borchers, Scott Forstall |
| 593 | Apple & Motorola Mobility - Settlement Discussion Presentation | APLNDC-WH0000726801 | APLNDC-WH0000726806 | FRAND | Boris Teksler |
| 594 | (Ng, Exh 3) Internal Apple email chain re: "Android shipments grow 1580%, now 'king of the hill' in Europe" | APL-ITC796-0000074705 | APL-ITC796-0000074708 | Damages | Arthur Rangel; Greg Joswiak |
| 595 | Android Market Overview, CY10 Q4 | APLNDC00004618 | APLNDC00004736 | Damages | Arthur Rangel; Greg Joswiak |
| 596 | MPCP Project 2006 | SAMNDCA00321659 | SAMNDCA00321679 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu |
| 597 | Intel ORX99 Firmware Specification | 750DOC001018 | 750DOC001051 | Infringement | Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |

| 598 | Letter re Apple's Request for Patent License from Clayton Kim to Boris Teksler (July 25, 2011) | S-ITC-003899243 | S-ITC-003899244 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler, Michael Walker |
| 599 | Anne Layne Farrar, Is the Patent Ambush Prerequisite Met? Assessing the Extent of Ex Ante IPR Disclosure within Standard Setting (August 18, 2011) | S-ITC-003360813 | S-ITC-003360839 | FRAND | Karl Rosenbrock, Eric Stasik |
| 601 | 10-20-10 E-mail String, Subject:  Joz Q4 Earnings Notes [Jue Ex. 6] | APL-ITC796-0000119893 | APL-ITC796-000011919 | Damages | Greg Joswiak |
| 603 | Letter re Apple's Request for Patent License from Clayton Kim to Boris Teksler (January 31, 2012) | S-ITC-003894720 | S-ITC-003894721 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler |
| 605 | ComTech USA Report Q411, February 10, 2012 | APLNDC-Y0000148505 | APLNDC-Y0000148555 | Damages | Arthur Rangel; Greg Joswiak |
| 606 | Samsung 3GPP Contribution Document | APLNDC-WH-A-000009816 | APLNDC-WH-A-000009820 | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 607 | 3GPP standard TS 25.212 v6.0.0 | SAMNDCA00008533 | SAMNDCA00008608 | Infringement | Paul Min; Heyeon-Woo Lee |
| 613 | ETSI Guide on IPRs, September 1-2, 2004 | S-ITC-003356758 | S-ITC-003356781 | FRAND | Karl Rosenbrock, Michael Walker |
| 614 | iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, August 2010 | APLNDC-Y0000023361 | APLNDC-Y0000023427 | Damages | Arthur Rangel; Greg Joswiak |
| 616 | Shipment Records | S-794-ITC-005276702 | S-794-ITC-005276708 | Damages | Timothy Sheppard |

| 617 | iPad Tracking Study FY11-Q2 Report, Apple Market Research & Analysis, May 2011 | APLNDC0000036349 | APLNDC0000036570 | Damages | Arthur Rangel; Greg Joswiak |
|---|---|---|---|---|---|
| 618 | Royalty Rates And Licensing Strategies For Essential Patents on LTE (4G) Telecommunication Standards | S-ITC-003893362 | S-ITC-003893367 | FRAND | Eric Stasik, David Teece |
| 619 | Technology Royalty Rates in SEC Filings | S-ITC-003893372 | S-ITC-003893379 | FRAND | Eric Stasik, David Teece |
| 620 | Nokia Fingerprint Document | SAMNDCA00405155 | SAMNDCA00405160 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Ricardo Vilas-Boas |
| 621 | Reuters Tablet Video [Ex. L to Fidler Decl. in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Roger Fidler, Robert Anders, Itay Sherman, Sam Lucente |
| 622 | Nokia 7710 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu |

| 623 | Sony CAD | APLNDC-NCC00000274 | APLNDC-NCC00000282 | Influences on Apple design/design patent functionality/Trade dress functionality | Itay Sherman, Sam Lucente, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chandhri, Richard Howarth |
| 624 | Braun comparisons | SAMNDCA00403391 | SAMNDCA00403392 | Influences on Apple design/Lack of distinctiveness/design patent claim construction | Christopher Mount, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Robert Anders |
| 625 | Untitled Mobile Design Team Presentation with images of mock-ups | SAMNDCA00321707-SAMNDCA00321726; SAMNDCA00321753-SAMNDCA00321766 | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu |
| 627 | Best Buy circulars | excerpts from BBY_Samsung 0000005-0054597 [Specific bates numbers noted on Attachment A] | | Design Patent Functionality/ Design Patent invalidity/Trade Dress Functionality/Lack of Distinctiveness/Lack of Dilution or confusion/Lack of Secondary meaning | Jessica Hammerstrom, Justin Denison, Travis Merrill |

| 628 | Home button application | SAMNDCA00404139 | SAMNDCA00404665 | Design Patent Invalidity/ Trade Dress Invalidity | Peter Bressler, Sam Lucente, Susan Kare, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chandhri, Robert Anders, Greg Jozwiak, Robert Borchers, Richard Lutton, Tony Fadell, Daniel De Iuliis, Russel Weiner, Scott Forstall |
|---|---|---|---|---|---|
| 629 | Next Big Thing television campaign | SAMNDCA00311579 - 311586; SAMNDCA00312556 - 312565 | | Lack of confusion or dilution | Todd Pendelton, Justin Denison |
| 630 | Teece Expert Report of 3/22/2012 - Exs. 3A, 3B | | | FRAND | Eric Stasik, David Teece |
| 631 | Teece Expert Report of 3/22/2012 - Ex. 4A - 4C | | | FRAND | Eric Stasik, David Teece |
| 632 | Nokia N9 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu |
| 633 | 3GPP Contribution R1-050565 and attached Change Request | APLNDC-WH-A0000011080 | APLNDC-WH-A0000011084 | Infringement | Tim Williams; Yong-Jun Kwak |

| 635 | Intel Source Code for X-GOLD Processors | 750DOC000001 – 4;<br>753DOC003318 – 3468;<br>750DOC000289 – 322;<br>750DOC000269 – 288;<br>750DOC000698 – 872;<br>750DOC002366 – 2373;<br>750DOC002398 – 2423;<br>750DOC002430 – 2441;<br>750DOC000332 – 338;<br>750DOC000339;<br>750DOC000226 – 231;<br>750DOC000354 – 359;<br>750DOC000340 – 353;<br>750DOC000360;<br>750DOC0000210 – 215;<br>750DOC000517 – 525;<br>750DOC000526 – 555;<br>750DOC002669;<br>750DOC00147 – 153;<br>750DOC002442 – 2509;<br>750DOC002292 – 2299;<br>750DOC002322 – 2348;<br>750DOC000408 – 413;<br>750DOC000414 – 425;<br>750DOC000216 – 225;<br>750DOC000426 – 434;<br>750DOC000435 – 463;<br>750DOC003015 – 3016;<br>750DOC003263 – 3269 | | Infringement | Tim Williams; Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 636 | Infineon X-GOLD 61x Product Specification | 593DOC002961 | 593DOC004487 | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |

| 645 | Apple iOS Source Code | APLNDC-WH-SC 00000433-444; APLNDC-WH-SC 00000496-498; APLNDC-WH-SC 00000448-449; APLNDC-WH-SC 00000450-452; APLNDC-WH-SC 00000298; APLNDCWH-SC 00000299; APLNDC-WH-SC 00000300; APLNDC-WH-SC 00000301-00000304; APLNDC-WH-SC 00000410-414; APLNDC-WH-SC 00000415-416; APLNDC-WH-SC 00000315-328; APLNDC-WH-SC00000333-336; APLNDC-WH-SC 00000307-314; APLNDC-WH-SC 00000337-359; APLNDC-WH-SC 00000329-332; APLNDCWH-SC 00000360-363; APLNDC-WH-SC 00000305;APLNDC-WH-SC 00000364; APLNDC-WH-SC 00000306; APLNDC-WH-SC 00000365-369;APLNDC-WH-SC 00000370-378; APLNDC-WH-SC 00000379; APLNDC-WH-SC 00000380-385;APLNDCWH- SC 00000386-389; APLNDC-WH-SC 00000390-400; APLNDC-WH-SC 00000401-403; APLNDC-WH-SC 00000404-409; APLNDC-WH-SC 00000417-432; APLNDC-WH-SC 000007874-7889; APLNDC-WH-SC 00000453-454; APLNDC-WH-SC 00000479-492; APLNDC-WH-SC 00000471-475; APLNDC-WH-SC 00000468-471; APLNDCWH-SC 00000475-479; APLNDC-WH-SC 00000458-468; APLNDC-WH-SC 00000513-517; APLNDC-WH-SC00000079-126, 235-247, 7320-7431, 7459-7508, | | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra |

| | | 7623-7994, 9559-9586, 9606-9635, 9683-9787, 9795-9810, 9857-9898, 9907-9921, 9935-9940, 9948-9987, 9999-10001, 10052-10100, 10108-10125; APLNDC-WH-SC00000078-96 | | | |
|---|---|---|---|---|---|
| 646 | Focus testing for photos and camera apps on all devices | APLNDC-WH0000279006 | | Infringement | Emilie Kim; Nitin Ganatra |
| 647 | iPhone App testing including mail and photos | APLNDC-WH0000228039 | | Infringement | Emilie Kim; Nitin Ganatra |
| 648 | iPad App testing including mail and photos | APLNDC-WH0000230081 | | Infringement | Emilie Kim; Nitin Ganatra |

| 649 | Excerpt of video of Steve Jobs' Keynote Speech at MacWorld 2007 | SAMNDCA00404913 | SAMNDCA00404914 | Infringement | Emilie Kim; Nitin Ganatra; Scott Forstall |
|---|---|---|---|---|---|
| 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to:<br>TableCloth source<br>code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash<br>Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm<br>TableCloth<br>screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 (Trac decl. Ex. 25) and MERL DiamondTouch Table with Tablecloth files | MERL0000001 | | Prior art; invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse |
| 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 | Exhibit 2 to Adam Bogue 3/9/12 Deposition | | Prior art; invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse |
| 662 | 12/12/2005 MERL DiamondTouch table and developers Kit Purchase Order | Exhibit 11 to Adam Bogue 3/9/12 Deposition | | Prior art; invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse |
| 676 | Financial Spreadsheet | SAMNDCA00402074 | SAMNDCA00402075 | Damages | Timothy Sheppard; Jaehwang Sim |

| 678 | U.S. Patent Pub. No. 2004/0041504 A1 | SAMNDCA00027692 | SAMNDCA00027708 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Sam Lucente, Itay Sherman, Sean Roarty |
|---|---|---|---|---|---|
| 680 | Youngseong Bang Sketchbook | SAMNDCA00197929 | SAMNDCA00198058 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Youngseong Bang |
| 681 | Hangil Song Sketchbook | SAMNDCA00222390 | SAMNDCA00222421 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hangil Song |
| 682 | Minhyouk Lee Sketchbook | SAMNDCA00197773 | SAMNDCA00197901 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Minhyouk Lee |
| 683 | Jinsoo Kim Sketchbook | SAMNDCA00197131 | SAMNDCA00197263 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Jinsoo Kim |
| 684 | Photographic Summary of Samsung Devices | | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Lack of dilution or confusion/Trade dress invalidity | Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Hyoung Shin Park, Gi-Young Lee |

**Attachment A to Samsung's Trial Exhibit List**

BBY_SAMSUNG_0003261;
BBY_SAMSUNG_0003265;
BBY_SAMSUNG_0003609;
BBY_SAMSUNG_0003625;
BBY_SAMSUNG_0003673;
BBY_SAMSUNG_0003693;
BBY_SAMSUNG_0003723;
BBY_SAMSUNG_0003750;
BBY_SAMSUNG_0003782;
BBY_SAMSUNG_0003798;
BBY_SAMSUNG_0003801;
BBY_SAMSUNG_0003872;
BBY_SAMSUNG_0003895;
BBY_SAMSUNG_0004405;
BBY_SAMSUNG_0004437;
BBY_SAMSUNG_0004439;
BBY_SAMSUNG_0004462;
BBY_SAMSUNG_0004465;
BBY_SAMSUNG_0004518;
BBY_SAMSUNG_0004551;
BBY_SAMSUNG_0004553;
BBY_SAMSUNG_0004759;
BBY_SAMSUNG_0004770;
BBY_SAMSUNG_0004772;
BBY_SAMSUNG_0004802;
BBY_SAMSUNG_0004860;
BBY_SAMSUNG_0005026;
BBY_SAMSUNG_0005493;
BBY_SAMSUNG_0005496;
BBY_SAMSUNG_0005498;
BBY_SAMSUNG_0005526;
BBY_SAMSUNG_0005572;
BBY_SAMSUNG_0005623;
BBY_SAMSUNG_0005627;
BBY_SAMSUNG_0005628;
BBY_SAMSUNG_0005804;
BBY_SAMSUNG_0005824;
BBY_SAMSUNG_0005827;
BBY_SAMSUNG_0005832;
BBY_SAMSUNG_0005889;
BBY_SAMSUNG_0005920;
BBY_SAMSUNG_0005925;
BBY_SAMSUNG_0005927;
BBY_SAMSUNG_0005929;
BBY_SAMSUNG_0005990;
BBY_SAMSUNG_0006393;

BBY_SAMSUNG_0006799;
BBY_SAMSUNG_0006829;
BBY_SAMSUNG_0006834;
BBY_SAMSUNG_0006844;
BBY_SAMSUNG_0006903;
BBY_SAMSUNG_0006931;
BBY_SAMSUNG_0006932;
BBY_SAMSUNG_0006933;
BBY_SAMSUNG_0006935;
BBY_SAMSUNG_0006937;
BBY_SAMSUNG_0007031;
BBY_SAMSUNG_0007092;
BBY_SAMSUNG_0007094;
BBY_SAMSUNG_0007149;
BBY_SAMSUNG_0007185;
BBY_SAMSUNG_0007202;
BBY_SAMSUNG_0007779;
BBY_SAMSUNG_0007781;
BBY_SAMSUNG_0007839;
BBY_SAMSUNG_0007923;
BBY_SAMSUNG_0008100;
BBY_SAMSUNG_0008323;
BBY_SAMSUNG_0008951;
BBY_SAMSUNG_0009054;
BBY_SAMSUNG_0009056;
BBY_SAMSUNG_0009269;
BBY_SAMSUNG_0009270;
BBY_SAMSUNG_0009272;
BBY_SAMSUNG_0009276;
BBY_SAMSUNG_0009344;
BBY_SAMSUNG_0009345;
BBY_SAMSUNG_0009375;
BBY_SAMSUNG_0009378;
BBY_SAMSUNG_0009380;
BBY_SAMSUNG_0009382;
BBY_SAMSUNG_0009528;
BBY_SAMSUNG_0009530;
BBY_SAMSUNG_0010012;
BBY_SAMSUNG_0010024;
BBY_SAMSUNG_0010043;
BBY_SAMSUNG_0010044;
BBY_SAMSUNG_0010097;
BBY_SAMSUNG_0010098;
BBY_SAMSUNG_0010099;
BBY_SAMSUNG_0010261;
BBY_SAMSUNG_0010273;
BBY_SAMSUNG_0010305;
BBY_SAMSUNG_0010310;

BBY_SAMSUNG_0010316;
BBY_SAMSUNG_0010363;
BBY_SAMSUNG_0010365;
BBY_SAMSUNG_0010380;
BBY_SAMSUNG_0010423;
BBY_SAMSUNG_0010514;
BBY_SAMSUNG_0010515;
BBY_SAMSUNG_0010516;
BBY_SAMSUNG_0010517;
BBY_SAMSUNG_0010885;
BBY_SAMSUNG_0010892;
BBY_SAMSUNG_0010894;
BBY_SAMSUNG_0010990;
BBY_SAMSUNG_0010992;
BBY_SAMSUNG_0011307;
BBY_SAMSUNG_0011316;
BBY_SAMSUNG_0011320;
BBY_SAMSUNG_0011345;
BBY_SAMSUNG_0011348;
BBY_SAMSUNG_0011395;
BBY_SAMSUNG_0011436;
BBY_SAMSUNG_0011445;
BBY_SAMSUNG_0011486;
BBY_SAMSUNG_0011535;
BBY_SAMSUNG_0011537;
BBY_SAMSUNG_0011844;
BBY_SAMSUNG_0011866;
BBY_SAMSUNG_0011871;
BBY_SAMSUNG_0012026;
BBY_SAMSUNG_0012300;
BBY_SAMSUNG_0012369;
BBY_SAMSUNG_0012391;
BBY_SAMSUNG_0012417;
BBY_SAMSUNG_0012529;
BBY_SAMSUNG_0012600;
BBY_SAMSUNG_0013084;
BBY_SAMSUNG_0013105;
BBY_SAMSUNG_0013118;
BBY_SAMSUNG_0013208;
BBY_SAMSUNG_0013258;
BBY_SAMSUNG_0013302;
BBY_SAMSUNG_0013303;
BBY_SAMSUNG_0013305;
BBY_SAMSUNG_0013913;
BBY_SAMSUNG_0013915;
BBY_SAMSUNG_0013938;
BBY_SAMSUNG_0014811;
BBY_SAMSUNG_0014823;

BBY_SAMSUNG_0014828;
BBY_SAMSUNG_0014838;
BBY_SAMSUNG_0014873;
BBY_SAMSUNG_0014949;
BBY_SAMSUNG_0015582;
BBY_SAMSUNG_0015590;
BBY_SAMSUNG_0015641;
BBY_SAMSUNG_0015684;
BBY_SAMSUNG_0015686;
BBY_SAMSUNG_0015809;
BBY_SAMSUNG_0016471;
BBY_SAMSUNG_0016497;
BBY_SAMSUNG_0016548;
BBY_SAMSUNG_0016573;
BBY_SAMSUNG_0016684;
BBY_SAMSUNG_0017294;
BBY_SAMSUNG_0017316;
BBY_SAMSUNG_0017329;
BBY_SAMSUNG_0017388;
BBY_SAMSUNG_0017429;
BBY_SAMSUNG_0017430;
BBY_SAMSUNG_0017435;
BBY_SAMSUNG_0017440;
BBY_SAMSUNG_0017450;
BBY_SAMSUNG_0017518;
BBY_SAMSUNG_0017543;
BBY_SAMSUNG_0017547;
BBY_SAMSUNG_0017644;
BBY_SAMSUNG_0018205;
BBY_SAMSUNG_0018243;
BBY_SAMSUNG_0018245;
BBY_SAMSUNG_0018250;
BBY_SAMSUNG_0018291;
BBY_SAMSUNG_0018295;
BBY_SAMSUNG_0018321;
BBY_SAMSUNG_0018426;
BBY_SAMSUNG_0018427;
BBY_SAMSUNG_0019060;
BBY_SAMSUNG_0019063;
BBY_SAMSUNG_0019078;
BBY_SAMSUNG_0019104;
BBY_SAMSUNG_0019148;
BBY_SAMSUNG_0019153;
BBY_SAMSUNG_0019193;
BBY_SAMSUNG_0019198;
BBY_SAMSUNG_0019221;
BBY_SAMSUNG_0019331;
BBY_SAMSUNG_0019843;

BBY_SAMSUNG_0019848;
BBY_SAMSUNG_0019861;
BBY_SAMSUNG_0019930;
BBY_SAMSUNG_0019935;
BBY_SAMSUNG_0019988;
BBY_SAMSUNG_0019991;
BBY_SAMSUNG_0020127;
BBY_SAMSUNG_0020181;
BBY_SAMSUNG_0020804;
BBY_SAMSUNG_0020812;
BBY_SAMSUNG_0020814;
BBY_SAMSUNG_0020840;
BBY_SAMSUNG_0020945;
BBY_SAMSUNG_0020980;
BBY_SAMSUNG_0021013;
BBY_SAMSUNG_0021093;
BBY_SAMSUNG_0021128;
BBY_SAMSUNG_0021129;
BBY_SAMSUNG_0021898;
BBY_SAMSUNG_0021924;
BBY_SAMSUNG_0021925;
BBY_SAMSUNG_0021929;
BBY_SAMSUNG_0021945;
BBY_SAMSUNG_0022013;
BBY_SAMSUNG_0022067;
BBY_SAMSUNG_0022070;
BBY_SAMSUNG_0022071;
BBY_SAMSUNG_0022072;
BBY_SAMSUNG_0022073;
BBY_SAMSUNG_0022074;
BBY_SAMSUNG_0022075;
BBY_SAMSUNG_0022083;
BBY_SAMSUNG_0023047;
BBY_SAMSUNG_0023060;
BBY_SAMSUNG_0023089;
BBY_SAMSUNG_0023101;
BBY_SAMSUNG_0023162;
BBY_SAMSUNG_0023240;
BBY_SAMSUNG_0023999;
BBY_SAMSUNG_0024000;
BBY_SAMSUNG_0024001;
BBY_SAMSUNG_0024033;
BBY_SAMSUNG_0024034;
BBY_SAMSUNG_0024043;
BBY_SAMSUNG_0024046;
BBY_SAMSUNG_0024047;
BBY_SAMSUNG_0024048;
BBY_SAMSUNG_0024061;

BBY_SAMSUNG_0024066;
BBY_SAMSUNG_0024106;
BBY_SAMSUNG_0024120;
BBY_SAMSUNG_0024178;
BBY_SAMSUNG_0024185;
BBY_SAMSUNG_0024203;
BBY_SAMSUNG_0024228;
BBY_SAMSUNG_0024229;
BBY_SAMSUNG_0024230;
BBY_SAMSUNG_0024298;
BBY_SAMSUNG_0024299;
BBY_SAMSUNG_0024300;
BBY_SAMSUNG_0024303;
BBY_SAMSUNG_0024457;
BBY_SAMSUNG_0024965;
BBY_SAMSUNG_0024979;
BBY_SAMSUNG_0024994;
BBY_SAMSUNG_0025033;
BBY_SAMSUNG_0025037;
BBY_SAMSUNG_0025042;
BBY_SAMSUNG_0025043;
BBY_SAMSUNG_0025044;
BBY_SAMSUNG_0025067;
BBY_SAMSUNG_0025072;
BBY_SAMSUNG_0025100;
BBY_SAMSUNG_0025141;
BBY_SAMSUNG_0025143;
BBY_SAMSUNG_0025145;
BBY_SAMSUNG_0025148;
BBY_SAMSUNG_0025153;
BBY_SAMSUNG_0025220;
BBY_SAMSUNG_0025221;
BBY_SAMSUNG_0025272;
BBY_SAMSUNG_0025317;
BBY_SAMSUNG_0025398;
BBY_SAMSUNG_0025507;
BBY_SAMSUNG_0025508;
BBY_SAMSUNG_0025551;
BBY_SAMSUNG_0025868;
BBY_SAMSUNG_0025940;
BBY_SAMSUNG_0025942;
BBY_SAMSUNG_0025982;
BBY_SAMSUNG_0025987;
BBY_SAMSUNG_0025991;
BBY_SAMSUNG_0025998;
BBY_SAMSUNG_0026028;
BBY_SAMSUNG_0026055;
BBY_SAMSUNG_0026092;

BBY_SAMSUNG_0026096;
BBY_SAMSUNG_0026104;
BBY_SAMSUNG_0026111;
BBY_SAMSUNG_0026112;
BBY_SAMSUNG_0026115;
BBY_SAMSUNG_0026116;
BBY_SAMSUNG_0026166;
BBY_SAMSUNG_0026168;
BBY_SAMSUNG_0026170;
BBY_SAMSUNG_0026172;
BBY_SAMSUNG_0026178;
BBY_SAMSUNG_0026223;
BBY_SAMSUNG_0026224;
BBY_SAMSUNG_0026746;
BBY_SAMSUNG_0026762;
BBY_SAMSUNG_0026763;
BBY_SAMSUNG_0026796;
BBY_SAMSUNG_0026807;
BBY_SAMSUNG_0026810;
BBY_SAMSUNG_0026848;
BBY_SAMSUNG_0026852;
BBY_SAMSUNG_0026897;
BBY_SAMSUNG_0026905;
BBY_SAMSUNG_0026984;
BBY_SAMSUNG_0027119;
BBY_SAMSUNG_0027157;
BBY_SAMSUNG_0027159;
BBY_SAMSUNG_0027659;
BBY_SAMSUNG_0027661;
BBY_SAMSUNG_0027689;
BBY_SAMSUNG_0027691;
BBY_SAMSUNG_0027738;
BBY_SAMSUNG_0027777;
BBY_SAMSUNG_0027810;
BBY_SAMSUNG_0027816;
BBY_SAMSUNG_0027823;
BBY_SAMSUNG_0028007;
BBY_SAMSUNG_0028100;
BBY_SAMSUNG_0028168;
BBY_SAMSUNG_0028645;
BBY_SAMSUNG_0028659;
BBY_SAMSUNG_0028693;
BBY_SAMSUNG_0028694;
BBY_SAMSUNG_0028713;
BBY_SAMSUNG_0028741;
BBY_SAMSUNG_0028742;
BBY_SAMSUNG_0028779;
BBY_SAMSUNG_0028807;

BBY_SAMSUNG_0028822;
BBY_SAMSUNG_0028829;
BBY_SAMSUNG_0028925;
BBY_SAMSUNG_0029626;
BBY_SAMSUNG_0029667;
BBY_SAMSUNG_0029671;
BBY_SAMSUNG_0029673;
BBY_SAMSUNG_0029782;
BBY_SAMSUNG_0029832;
BBY_SAMSUNG_0029840;
BBY_SAMSUNG_0029841;
BBY_SAMSUNG_0029942;
BBY_SAMSUNG_0029970;
BBY_SAMSUNG_0029971;
BBY_SAMSUNG_0030010;
BBY_SAMSUNG_0030014;
BBY_SAMSUNG_0030040;
BBY_SAMSUNG_0030042;
BBY_SAMSUNG_0030062;
BBY_SAMSUNG_0030063;
BBY_SAMSUNG_0030067;
BBY_SAMSUNG_0030068;
BBY_SAMSUNG_0030146;
BBY_SAMSUNG_0030147;
BBY_SAMSUNG_0030179;
BBY_SAMSUNG_0030183;
BBY_SAMSUNG_0030184;
BBY_SAMSUNG_0030404;
BBY_SAMSUNG_0030406;
BBY_SAMSUNG_0031230;
BBY_SAMSUNG_0032000;
BBY_SAMSUNG_0032002;
BBY_SAMSUNG_0032028;
BBY_SAMSUNG_0032029;
BBY_SAMSUNG_0032031;
BBY_SAMSUNG_0032033;
BBY_SAMSUNG_0032063;
BBY_SAMSUNG_0032088;
BBY_SAMSUNG_0032089;
BBY_SAMSUNG_0032091;
BBY_SAMSUNG_0032975;
BBY_SAMSUNG_0032977;
BBY_SAMSUNG_0032995;
BBY_SAMSUNG_0033026;
BBY_SAMSUNG_0033039;
BBY_SAMSUNG_0033041;
BBY_SAMSUNG_0033046;
BBY_SAMSUNG_0033050;

BBY_SAMSUNG_0033099;
BBY_SAMSUNG_0033101;
BBY_SAMSUNG_0033143;
BBY_SAMSUNG_0033146;
BBY_SAMSUNG_0033147;
BBY_SAMSUNG_0033153;
BBY_SAMSUNG_0033155;
BBY_SAMSUNG_0033224;
BBY_SAMSUNG_0033226;
BBY_SAMSUNG_0033251;
BBY_SAMSUNG_0033254;
BBY_SAMSUNG_0033257;
BBY_SAMSUNG_0033282;
BBY_SAMSUNG_0033284;
BBY_SAMSUNG_0033286;
BBY_SAMSUNG_0033364;
BBY_SAMSUNG_0033430;
BBY_SAMSUNG_0033456;
BBY_SAMSUNG_0033460;
BBY_SAMSUNG_0033461;
BBY_SAMSUNG_0033526;
BBY_SAMSUNG_0033527;
BBY_SAMSUNG_0033557;
BBY_SAMSUNG_0033558;
BBY_SAMSUNG_0033797;
BBY_SAMSUNG_0034198;
BBY_SAMSUNG_0034216;
BBY_SAMSUNG_0034231;
BBY_SAMSUNG_0034246;
BBY_SAMSUNG_0034304;
BBY_SAMSUNG_0034325;
BBY_SAMSUNG_0034327;
BBY_SAMSUNG_0034370;
BBY_SAMSUNG_0034373;
BBY_SAMSUNG_0034374;
BBY_SAMSUNG_0034376;
BBY_SAMSUNG_0034380;
BBY_SAMSUNG_0034409;
BBY_SAMSUNG_0034469;
BBY_SAMSUNG_0034471;
BBY_SAMSUNG_0034521;
BBY_SAMSUNG_0034522;
BBY_SAMSUNG_0034524;
BBY_SAMSUNG_0034535;
BBY_SAMSUNG_0034673;
BBY_SAMSUNG_0034675;
BBY_SAMSUNG_0034728;
BBY_SAMSUNG_0034779;

BBY_SAMSUNG_0034793;
BBY_SAMSUNG_0034862;
BBY_SAMSUNG_0034865;
BBY_SAMSUNG_0034866;
BBY_SAMSUNG_0034934;
BBY_SAMSUNG_0035435;
BBY_SAMSUNG_0035483;
BBY_SAMSUNG_0035564;
BBY_SAMSUNG_0035566;
BBY_SAMSUNG_0035610;
BBY_SAMSUNG_0035612;
BBY_SAMSUNG_0035614;
BBY_SAMSUNG_0035686;
BBY_SAMSUNG_0035707;
BBY_SAMSUNG_0035765;
BBY_SAMSUNG_0035767;
BBY_SAMSUNG_0035824;
BBY_SAMSUNG_0035833;
BBY_SAMSUNG_0035834;
BBY_SAMSUNG_0035836;
BBY_SAMSUNG_0035837;
BBY_SAMSUNG_0036579;
BBY_SAMSUNG_0036580;
BBY_SAMSUNG_0036595;
BBY_SAMSUNG_0036616;
BBY_SAMSUNG_0036696;
BBY_SAMSUNG_0036698;
BBY_SAMSUNG_0036700;
BBY_SAMSUNG_0036725;
BBY_SAMSUNG_0036831;
BBY_SAMSUNG_0036885;
BBY_SAMSUNG_0036886;
BBY_SAMSUNG_0036887;
BBY_SAMSUNG_0036888;
BBY_SAMSUNG_0037177;
BBY_SAMSUNG_0037741;
BBY_SAMSUNG_0037743;
BBY_SAMSUNG_0037755;
BBY_SAMSUNG_0037802;
BBY_SAMSUNG_0037810;
BBY_SAMSUNG_0037825;
BBY_SAMSUNG_0037827;
BBY_SAMSUNG_0037869;
BBY_SAMSUNG_0037873;
BBY_SAMSUNG_0037875;
BBY_SAMSUNG_0038056;
BBY_SAMSUNG_0038058;
BBY_SAMSUNG_0038066;

BBY_SAMSUNG_0038111;
BBY_SAMSUNG_0038220;
BBY_SAMSUNG_0038233;
BBY_SAMSUNG_0038239;
BBY_SAMSUNG_0038252;
BBY_SAMSUNG_0038268;
BBY_SAMSUNG_0038880;
BBY_SAMSUNG_0038881;
BBY_SAMSUNG_0038900;
BBY_SAMSUNG_0038902;
BBY_SAMSUNG_0038906;
BBY_SAMSUNG_0038935;
BBY_SAMSUNG_0038947;
BBY_SAMSUNG_0039010;
BBY_SAMSUNG_0039011;
BBY_SAMSUNG_0039012;
BBY_SAMSUNG_0039063;
BBY_SAMSUNG_0039117;
BBY_SAMSUNG_0039153;
BBY_SAMSUNG_0039252;
BBY_SAMSUNG_0039425;
BBY_SAMSUNG_0039460;
BBY_SAMSUNG_0039946;
BBY_SAMSUNG_0039954;
BBY_SAMSUNG_0039971;
BBY_SAMSUNG_0041034;
BBY_SAMSUNG_0041046;
BBY_SAMSUNG_0041073;
BBY_SAMSUNG_0041095;
BBY_SAMSUNG_0041130;
BBY_SAMSUNG_0041163;
BBY_SAMSUNG_0041164;
BBY_SAMSUNG_0041165;
BBY_SAMSUNG_0041167;
BBY_SAMSUNG_0041191;
BBY_SAMSUNG_0041212;
BBY_SAMSUNG_0041217;
BBY_SAMSUNG_0041262;
BBY_SAMSUNG_0041299;
BBY_SAMSUNG_0041300;
BBY_SAMSUNG_0041372;
BBY_SAMSUNG_0042151;
BBY_SAMSUNG_0042153;
BBY_SAMSUNG_0042187;
BBY_SAMSUNG_0042218;
BBY_SAMSUNG_0042219;
BBY_SAMSUNG_0042235;
BBY_SAMSUNG_0042280;

BBY_SAMSUNG_0042282;
BBY_SAMSUNG_0042284;
BBY_SAMSUNG_0042325;
BBY_SAMSUNG_0042327;
BBY_SAMSUNG_0042336;
BBY_SAMSUNG_0042379;
BBY_SAMSUNG_0042380;
BBY_SAMSUNG_0042385;
BBY_SAMSUNG_0042391;
BBY_SAMSUNG_0042423;
BBY_SAMSUNG_0042518;
BBY_SAMSUNG_0043348;
BBY_SAMSUNG_0043370;
BBY_SAMSUNG_0043446;
BBY_SAMSUNG_0043493;
BBY_SAMSUNG_0043495;
BBY_SAMSUNG_0043521;
BBY_SAMSUNG_0043598;
BBY_SAMSUNG_0043623;
BBY_SAMSUNG_0043631;
BBY_SAMSUNG_0043633;
BBY_SAMSUNG_0044457;
BBY_SAMSUNG_0044492;
BBY_SAMSUNG_0044494;
BBY_SAMSUNG_0044535;
BBY_SAMSUNG_0044538;
BBY_SAMSUNG_0044539;
BBY_SAMSUNG_0044548;
BBY_SAMSUNG_0044549;
BBY_SAMSUNG_0044583;
BBY_SAMSUNG_0044613;
BBY_SAMSUNG_0044614;
BBY_SAMSUNG_0044617;
BBY_SAMSUNG_0044619;
BBY_SAMSUNG_0044639;
BBY_SAMSUNG_0044645;
BBY_SAMSUNG_0044647;
BBY_SAMSUNG_0044691;
BBY_SAMSUNG_0044695;
BBY_SAMSUNG_0045492;
BBY_SAMSUNG_0045508;
BBY_SAMSUNG_0045512;
BBY_SAMSUNG_0045525;
BBY_SAMSUNG_0045569;
BBY_SAMSUNG_0045646;
BBY_SAMSUNG_0045673;
BBY_SAMSUNG_0045677;
BBY_SAMSUNG_0045681;

BBY_SAMSUNG_0045708;
BBY_SAMSUNG_0045709;
BBY_SAMSUNG_0045736;
BBY_SAMSUNG_0045762;
BBY_SAMSUNG_0045802;
BBY_SAMSUNG_0045803;
BBY_SAMSUNG_0045804;
BBY_SAMSUNG_0045805;
BBY_SAMSUNG_0045812;
BBY_SAMSUNG_0045920;
BBY_SAMSUNG_0045974;
BBY_SAMSUNG_0045975;
BBY_SAMSUNG_0045996;
BBY_SAMSUNG_0046018;
BBY_SAMSUNG_0046021;
BBY_SAMSUNG_0046040;
BBY_SAMSUNG_0046041;
BBY_SAMSUNG_0046043;
BBY_SAMSUNG_0046052;
BBY_SAMSUNG_0046055;
BBY_SAMSUNG_0046065;
BBY_SAMSUNG_0046078;
BBY_SAMSUNG_0046288;
BBY_SAMSUNG_0046424;
BBY_SAMSUNG_0046425;
BBY_SAMSUNG_0046668;
BBY_SAMSUNG_0046670;
BBY_SAMSUNG_0046680;
BBY_SAMSUNG_0046690;
BBY_SAMSUNG_0046707;
BBY_SAMSUNG_0046721;
BBY_SAMSUNG_0046732;
BBY_SAMSUNG_0046769;
BBY_SAMSUNG_0046801;
BBY_SAMSUNG_0046802;
BBY_SAMSUNG_0046803;
BBY_SAMSUNG_0046804;
BBY_SAMSUNG_0046815;
BBY_SAMSUNG_0046825;
BBY_SAMSUNG_0046855;
BBY_SAMSUNG_0046859;
BBY_SAMSUNG_0046861;
BBY_SAMSUNG_0046864;
BBY_SAMSUNG_0046865;
BBY_SAMSUNG_0046885;
BBY_SAMSUNG_0046941;
BBY_SAMSUNG_0046945;
BBY_SAMSUNG_0046946;

BBY_SAMSUNG_0046990;
BBY_SAMSUNG_0046992;
BBY_SAMSUNG_0046993;
BBY_SAMSUNG_0047010;
BBY_SAMSUNG_0047024;
BBY_SAMSUNG_0047082;
BBY_SAMSUNG_0047083;
BBY_SAMSUNG_0047147;
BBY_SAMSUNG_0047228;
BBY_SAMSUNG_0047230;
BBY_SAMSUNG_0047256;
BBY_SAMSUNG_0047336;
BBY_SAMSUNG_0047378;
BBY_SAMSUNG_0047381;
BBY_SAMSUNG_0047430;
BBY_SAMSUNG_0047482;
BBY_SAMSUNG_0047487;
BBY_SAMSUNG_0047525;
BBY_SAMSUNG_0047535;
BBY_SAMSUNG_0047541;
BBY_SAMSUNG_0047545;
BBY_SAMSUNG_0047554;
BBY_SAMSUNG_0047570;
BBY_SAMSUNG_0047571;
BBY_SAMSUNG_0047609;
BBY_SAMSUNG_0047614;
BBY_SAMSUNG_0047626;
BBY_SAMSUNG_0047674;
BBY_SAMSUNG_0047677;
BBY_SAMSUNG_0047680;
BBY_SAMSUNG_0047685;
BBY_SAMSUNG_0047731;
BBY_SAMSUNG_0047738;
BBY_SAMSUNG_0047748;
BBY_SAMSUNG_0047750;
BBY_SAMSUNG_0047780;
BBY_SAMSUNG_0047783;
BBY_SAMSUNG_0047816;
BBY_SAMSUNG_0047860;
BBY_SAMSUNG_0047882;
BBY_SAMSUNG_0047914;
BBY_SAMSUNG_0047946;
BBY_SAMSUNG_0047974;
BBY_SAMSUNG_0048007;
BBY_SAMSUNG_0048030;
BBY_SAMSUNG_0048047;
BBY_SAMSUNG_0048051;
BBY_SAMSUNG_0048052;

BBY_SAMSUNG_0048071;
BBY_SAMSUNG_0048072;
BBY_SAMSUNG_0048127;
BBY_SAMSUNG_0048178;
BBY_SAMSUNG_0048179;
BBY_SAMSUNG_0048263;
BBY_SAMSUNG_0048288;
BBY_SAMSUNG_0048295;
BBY_SAMSUNG_0048351;
BBY_SAMSUNG_0048364;
BBY_SAMSUNG_0048436;
BBY_SAMSUNG_0048437;
BBY_SAMSUNG_0048485;
BBY_SAMSUNG_0048506;
BBY_SAMSUNG_0048523;
BBY_SAMSUNG_0048565;
BBY_SAMSUNG_0048803;
BBY_SAMSUNG_0048804;
BBY_SAMSUNG_0048839;
BBY_SAMSUNG_0048849;
BBY_SAMSUNG_0048859;
BBY_SAMSUNG_0048879;
BBY_SAMSUNG_0048881;
BBY_SAMSUNG_0048887;
BBY_SAMSUNG_0048907;
BBY_SAMSUNG_0048989;
BBY_SAMSUNG_0048992;
BBY_SAMSUNG_0049018;
BBY_SAMSUNG_0049023;
BBY_SAMSUNG_0049029;
BBY_SAMSUNG_0049030;
BBY_SAMSUNG_0049034;
BBY_SAMSUNG_0049035;
BBY_SAMSUNG_0049071;
BBY_SAMSUNG_0049120;
BBY_SAMSUNG_0049123;
BBY_SAMSUNG_0049152;
BBY_SAMSUNG_0049156;
BBY_SAMSUNG_0049157;
BBY_SAMSUNG_0049160;
BBY_SAMSUNG_0049166;
BBY_SAMSUNG_0049195;
BBY_SAMSUNG_0049221;
BBY_SAMSUNG_0049240;
BBY_SAMSUNG_0049243;
BBY_SAMSUNG_0049283;
BBY_SAMSUNG_0049328;
BBY_SAMSUNG_0050026;

BBY_SAMSUNG_0050027;
BBY_SAMSUNG_0050081;
BBY_SAMSUNG_0050082;
BBY_SAMSUNG_0050083;
BBY_SAMSUNG_0050095;
BBY_SAMSUNG_0050098;
BBY_SAMSUNG_0050108;
BBY_SAMSUNG_0050119;
BBY_SAMSUNG_0050147;
BBY_SAMSUNG_0050183;
BBY_SAMSUNG_0050187;
BBY_SAMSUNG_0050261;
BBY_SAMSUNG_0050263;
BBY_SAMSUNG_0050285;
BBY_SAMSUNG_0050317;
BBY_SAMSUNG_0050384;
BBY_SAMSUNG_0050407;
BBY_SAMSUNG_0050408;
BBY_SAMSUNG_0050508;
BBY_SAMSUNG_0050509;
BBY_SAMSUNG_0050512;
BBY_SAMSUNG_0051307;
BBY_SAMSUNG_0051310;
BBY_SAMSUNG_0051312;
BBY_SAMSUNG_0051380;
BBY_SAMSUNG_0051487;
BBY_SAMSUNG_0051489;
BBY_SAMSUNG_0051511;
BBY_SAMSUNG_0051525;
BBY_SAMSUNG_0051529;
BBY_SAMSUNG_0051531;
BBY_SAMSUNG_0051567;
BBY_SAMSUNG_0051569;
BBY_SAMSUNG_0051598;
BBY_SAMSUNG_0051656;
BBY_SAMSUNG_0051657;
BBY_SAMSUNG_0051658;
BBY_SAMSUNG_0051659;
BBY_SAMSUNG_0051660;
BBY_SAMSUNG_0051752;
BBY_SAMSUNG_0051756;
BBY_SAMSUNG_0051757;
BBY_SAMSUNG_0051881;
BBY_SAMSUNG_0051926;
BBY_SAMSUNG_0052546;
BBY_SAMSUNG_0052560;
BBY_SAMSUNG_0052609;
BBY_SAMSUNG_0052613;

BBY_SAMSUNG_0052621;
BBY_SAMSUNG_0052623;
BBY_SAMSUNG_0052627;
BBY_SAMSUNG_0052650;
BBY_SAMSUNG_0052705;
BBY_SAMSUNG_0052736;
BBY_SAMSUNG_0052739;
BBY_SAMSUNG_0052741;
BBY_SAMSUNG_0052744;
BBY_SAMSUNG_0052747;
BBY_SAMSUNG_0052753;
BBY_SAMSUNG_0052754;
BBY_SAMSUNG_0052871;
BBY_SAMSUNG_0052876;
BBY_SAMSUNG_0052919;
BBY_SAMSUNG_0053078;
BBY_SAMSUNG_0053736;
BBY_SAMSUNG_0053755;
BBY_SAMSUNG_0053785;
BBY_SAMSUNG_0053802;
BBY_SAMSUNG_0053855;
BBY_SAMSUNG_0053881;
BBY_SAMSUNG_0053883;
BBY_SAMSUNG_0053895;
BBY_SAMSUNG_0053901;
BBY_SAMSUNG_0054002;
BBY_SAMSUNG_0054039;
BBY_SAMSUNG_0054080;
BBY_SAMSUNG_0054178;
BBY_SAMSUNG_0054189;
BBY_SAMSUNG_0054557