UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | MINUTE ORDER AND CASE MANAGEMENT ORDER |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of hearing:  1hr 37 min

Plaintiff Attorneys: Harold McElhinny, Michael Jacobs, Mark Selwyn, and William Lee
Defense Attorneys: John Quinn, Victoria Maroulis, Kevin Johnson, Michael Zeller, and Carl Anderson.

A case management conference was held on June 29, 2012.  A pre-trial conference is set for July 18, 2012 at 2:00 p.m.  At the case management conference on June 29, 2012, the following rulings were made orally:

TRIAL CLAIMS: The parties were ordered to file a statement, by July 3, 2012, further narrowing the claims they intend to assert at trial.

CLAIM CONSTRUCTION: The parties indicated that several additional claim terms would need to be construed prior to trial, including "electronic document," "structured electronic document," and "invoke."  The Court set the matter for hearing at the Final Pretrial Conference on July 18, 2012.  The parties were ordered to adhere to the following briefing schedule:
    Opening Brief of 10 pages due by July 5, 2012
    Responsive Brief of 10 pages due by July 10, 2012

OBJECTIONS TO DEPOSITION DESIGNATIONS AND EXHIBITS: The parties were ordered to file objections to deposition designations, and objections to exhibits, 48 hours in advance.  The Court will rule upon these objections within 24 hours in advance of the use of the deposition designations and exhibits at trial.

MOTIONS IN LIMINE AND JURY INSTRUCTIONS: Each party was ordered to provide for the Court four binders (4 copies of the same binder) containing that party's motions in limine as well as the oppositions to the motions in limine.  The parties shall also provide for the Court four binders (four copies) containing stipulated jury instructions as well as disputed jury instructions.

JURY QUESTIONNAIRES: The parties were ordered to file a joint stipulated jury questionnaire by July 3, 2012.  The Court indicated that 11 jurors would be seated.  This oral order was

superceded by the Court's written order on July 2, 2012, which indicated that only 9 jurors would be seated. *See* ECF No. 1169.

JURY BOOKS: The parties were ordered to prepare joint stipulated jury books by Friday, July 27, 2012. These jury books are to include preliminary jury instructions; patents; photographs of witnesses that depict the witnesses as they will appear at trial; a tab for the final jury instructions; and blank, lined paper for jury notes.

LIMITS ON EXHIBITS: The 125 exhibit limit includes all exhibits each party intends to use at trial, regardless of whether the exhibit is intended to be used for the party's affirmative or defensive case. Additionally, the parties agree to joint stipulated exhibits, such as accused devices and file histories, that shall not exceed 60 exhibits total. The joint stipulated exhibits are separate from, and do not count against the 125 exhibit limit imposed on each party.

PRE-TRIAL CONFERENCES: The July 18, 2012 Pretrial Conference shall address the parties' motions in limine, as well as claim construction issues. The Court also set a second pretrial conference for July 24, 2012 at 1:30 p.m. to address the jury instructions and the verdict form.

The following pretrial schedule was set:

| | |
|---|---|
| July 5, 2012 | File joint pretrial statement and exchange copies of all exhibits, summaries, charts, and diagrams to be used at trial other than solely for impeachment or rebuttal, as well as list of witnesses to be called at trial other than solely for impeachment or rebuttal. |
| July 5, 2012 | File motions *in limine* |
| July 10, 2012 | File oppositions to motions *in limine* |
| July 11, 2012 | File *voir dire* questions and proposed verdict forms. The parties shall also file the joint disputed and undisputed jury instructions. The parties shall exchange actual exhibits on this day. |
| July 13, 2012 | File objections to the use of a deposition, exhibit, or admissibility of materials identified under Rule 26(a)(3) disclosures |
| July 16, 2012 | File excerpts of deposition testimony or other discovery to be offered at trial other than solely for impeachment or rebuttal |
| July 18, 2012 at 2:00 p.m. | Final Pretrial Conference (Motions in Limine and Claim Construction) |
| July 20, 2012 | File and serve objections and counterdesignations of deposition testimony |
| July 24, 2012 at 1:30 p.m. | Final Pretrial Conference (Jury Instructions and Verdict Form) |
| July 25, 2012 | File and serve objections to counterdesignations of deposition testimony |
| July 27, 2012 | Deliver Jury Books to the Court |
| July 30, 2012 at 9:00 a.m. | Jury Trial |

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LUCY H. KOH
United States District Judge