**JUROR QUESTIONNAIRE**

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. Your answers will be used by the judge and attorneys to help select a qualified jury and will make the jury selection process shorter and easier.

Please answer the questions as completely as possible. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the people associated with the parties and the court. Some of your answers may require follow-up questions by the judge or by the attorneys. If you prefer not to answer any of the questions or prefer not to discuss your answer in an open court, please write the word "PRIVATE" next to the question or your answer, and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person. You are ordered not to read, listen to, watch any news, Internet, or other media accounts of this case. You are also ordered not to do research about any issues involved in this case. You may not blog, Tweet, or use Internet to obtain or share information about this case.

Please use the back of the questionnaire should you wish to make further comments regarding any of your answers, and please remember to indicate the corresponding question number. If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court.

PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS – JUST HONEST ONES.

**PRINT ALL ANSWERS**                                             **Juror #** _____

**FULL NAME** _____

1. Gender:      ❏ Male            ❏ Female            Age: _____
2. Place of Birth (city, state, or if applicable, city and country) _____
3. Neighborhood where you live: _____ How long? _____
4. What is the highest level of education that you have completed?

    ❏ Less than high school      ❏ High school/GED         ❏ Technical or vocational

    ❏ Some college classes       ❏ 2-year college degree   ❏ 4-year college degree

    ❏ Postgraduate classes       ❏ Postgraduate degree

    List any certificates or degrees (with major) you have obtained: _____

    _____

5. Your current employment status (check all that apply):

    ❏ Employed full-time    ❏ Homemaker    ❏ Self-employed    ❏ Retired for _____ year(s)

    ❏ Employed part-time    ❏ Disabled     ❏ Student          ❏ Unemployed, looking for work

    ❏ Other (Please explain: _____ )

6. Please answer the following questions about your current job or your last job (if you are not currently employed):

(1) Who is/was your employer? _____
(2) How long have you worked or did you work for this employer? _____
(3) What are/were your job duties? _____
(4) If you are/were employed by the government or the military, please indicate the highest rank or GS level you obtained): _____
(5) Do/did you supervise others?     ❏ Yes  ❏ No
7. Please list the jobs you have had over the past 10 years, including your job duties.

| | **JOB TITLE & DUTIES** | **EMPLOYER** | **WHEN** |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

02198.51855/4836600.1
ACTIVEUS 98297725v1

8. Do you, a family member, or close friend have any special training, education or work experience in the following areas?

|   | AREA | IF YES, WHO? | EXPLAIN |
|---|---|---|---|
| 1 | Law, law firms, court system | | |
| 2 | Patents, copyrights, trademarks | | |
| 3 | Cell phone and/or computer tablet technology, manufacturing, or sales | | |
| 4 | Computer technology, manufacturing or sales | | |
| 5 | Accounting | | |
| 6 | Contracts | | |
| 7 | Research and development | | |

9. Have you or your spouse ever owned a business?  ❑ Yes     ❑ No

   **If yes,** what type of business?_____

10. Are you currently married or living with a significant other?  ❑ Yes     ❑ No

    **If yes,** please describe his/her occupation and employer:

    _____

11. Do you, a family member, or a close friend have any business relationship (including stock ownership) with the following companies?  Check yes for all that apply and please explain the relationship.

|   | Company | Yes | EXPLAIN |
|---|---|---|---|
| 1 | Apple | | |
| 2 | Samsung | | |
| 3 | Google | | |

| 4 | Motorola | | |

12. Have you ever been on a jury? ❑ Yes ❑ No

   **If yes,** please indicate (1) whether it was a criminal or civil case, and (2) what was the outcome _____

   Were you the foreperson? ❑ Yes❑ No

13. Have you ever been involved in a lawsuit, as a plaintiff, defendant or witness? ❑ Yes ❑ No

   **If yes,** please describe your involvement and what happened:

   _____

14. Do you own a cell, mobile, and/or smart phone? ❑ Yes    ❑ No

   **If yes**, who makes your cell, mobile, and/or smart phone? _____

15. Do you own a tablet computer? ❑ Yes ❑ No

   **If yes**, who makes your tablet computer? _____

16. Is there anything that may affect your ability to serve as a juror in this case? ❑ Yes ❑ No

   **If yes,** please explain:_____

   _____