| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3168947

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a motion to file under seal (Dkt. No. 1179) relating to Samsung's Reply in Support of Opening Memorandum Regarding Claim Construction ("Claim Construction Reply") and exhibits to the Declaration of Katharine Barach in Support of Samsung's Claim Construction Reply ("Barach Declaration"). Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motions to File Under Seal ("Wheeler Declaration"). Consistent with and to the extent described in the Wheeler Declaration, the following documents may be filed under seal:

- Exhibit 1 to the Barach Declaration; and

- The confidential, unredacted version of Samsung's Claim Construction Reply to the extent it refers to the above-referenced exhibit.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Lucy H. Koh
                                    United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3168947

1