HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motion to File Under Seal (Dkt. No. 1179) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung's Reply in Support of Opening Memorandum Regarding Claim Construction ("Claim Construction Reply") and Exhibit 1 to the Declaration of Katharine Barach in Support of Samsung's Claim Construction Reply ("Barach Declaration") contain Apple-confidential information. Specifically:

3. Exhibit 1 to the Barach Declaration contains highly confidential information relating to Apple's design and development process and the genesis of Apple's design patent applications and figures therein before they are published. A proposed redacted version is attached as **Exhibit 1**.

4. Samsung's Claim Construction Reply refers to confidential information from the above exhibit. Samsung's proposed redactions on page 4 of its publicly filed version (Dkt. No. 1179-3) are sufficient for that purpose.

5. It is Apple's policy not to disclose or describe its confidential business practices, the work product of its outside counsel and patent agents, or design and development information. The above information is indicative of the way that Apple manages its business affairs and reveals highly confidential information on its design process. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

6. Based on the Court's prior orders regarding the sealing of similar materials, Apple does not seek to seal the remaining materials, including Exhibits 2 and 3 to the Barach Declaration and page 5 of Samsung's Claim Construction Reply.

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct to the best of my knowledge. Executed this 10th day of July, 2012,
3 in Cupertino, California.

                    */s/ Cyndi Wheeler*
                    Cyndi Wheeler

DECLARATION OF CYNDI WHEELER REGARDING SAMSUNG'S MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf- 3168564

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: July 10, 2012　　　　　　　　　By:　　*/s/ Jason R. Bartlett*
　　　　　　　　　　　　　　　　　　　　　　Jason R. Bartlett