IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____, Plaintiff   )        Case No: _____

v.                                                   )

_____, Defendant  )


**NOTIFICATION REGARDING PROPOSED VIDEO RECORDING**


A request has been made to video record the:

        Date of scheduled proceeding: ___/___/_____ (mm/dd/yyyy)


_____

        (Describe proceeding.)

in this case pursuant to General Order 65, as part of the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras ("Pilot Project").


        All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge the proceeding will be video recorded as part of the Pilot Project. See http://cand.uscourts.gov/cameras for more information.


        At least one party and/or the presiding judge has opposed the request to video record; the proceeding will not be video recorded.


___/___/_____                          _____
Date (mm/dd/yyyy)                          Chris Wolpert, Chief Deputy of Operations