1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,      CASE NO. 11-cv-01846-LHK

19          Plaintiff,                         **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

20          vs.

21  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
22  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
24
            Defendants.
25

26

27

28

1   Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2   Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3   America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4   seal the following:

5       1.  Samsung's Opposition to Apple's Claim Construction Brief.

6   In short, the above documents contain discussion or excerpts from documents and
7   materials that have been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES
8   ONLY.   Samsung has established good cause to permit filing these documents under seal through
9   the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
10  Under Seal, filed herewith.   Samsung expects that Apple will also file a declaration under Local
11  Rule 79-5(d) establishing good cause for filing these confidential materials under seal.

12  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
13  for *in camera* review and served on all parties.

14

15  DATED: July 10, 2012        QUINN EMANUEL URQUHART &
16          SULLIVAN, LLP

17

18      By   */s/ Victoria Maroulis*
19        Charles K. Verhoeven
      Kevin P.B. Johnson
20        Victoria F. Maroulis
      Michael T. Zeller
21
      Attorneys for SAMSUNG ELECTRONICS CO.,
22        LTD., SAMSUNG ELECTRONICS AMERICA,
      INC., and SAMSUNG
23        TELECOMMUNICATIONS AMERICA, LLC

24

25

26

27

28