| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF DEOK KEUN MATTHEW AHN IN SUPPORT OF APPLE'S REBUTTAL SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** <br><br> Hearing:  July 18, 2012 <br> Time:      2:00 p.m. <br> Place:     Courtroom 4, 5th Floor <br> Judge:    Honorable Lucy H. Koh |

I, Deok Keun Matthew Ahn, declare as follows:

I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this declaration in support of Apple's Rebuttal Supplemental Claim Construction Brief.

1. Unless otherwise indicated, I have personal knowledge of the matters stated herein. If called as a witness, I would testify to the facts set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the transcript of the 6/21/12 motions hearing before the Court.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Exhibit 10 to the Expert Report of Andries Van Dam, Ph.D. Regarding Invalidity of U.S. Patent No. 7,469,381.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the 4/20/12 transcript of the deposition of Ravin Balakrishnan.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the 8/16/11 transcript of the deposition of Ravin Balakrishnan.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the 5/2/12 transcript of the deposition of Andries Van Dam.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from Order No. 57 in ITC Investigation No. 337-TA-797 styled In the Matter of Certain Portable Electronic Devices and Related Software.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2012 at San Francisco, California.

/s/ Deok Keun Matthew Ahn
Deok Keun Matthew Ahn

DECLARATION OF DEOK KEUN MATTHEW AHN ISO APPLE'S REBUTTAL SUPP. CLAIM CONSTRUCTION BRIEF
CASE NO. 11-cv-01846-LHK (PSG)
sf-3168651

1

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |
| 2 | I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this |
| 3 | Reply Declaration.  In compliance with General Order 45, X.B., I hereby attest that Deok Keun |
| 4 | Matthew Ahn has concurred in this filing. |

Dated:  July 10, 2012             */s/ Michael A. Jacobs*
                                  Michael A. Jacobs

DECLARATION OF DEOK KEUN MATTHEW AHN ISO APPLE'S REBUTTAL SUPP. CLAIM CONSTRUCTION BRIEF
CASE NO. 11-cv-01846-LHK (PSG)
sf-3168651

2