# Exhibit 1

```
 1                  UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5
      APPLE INC., A CALIFORNIA     ) C-11-01846 LHK
 6    CORPORATION,                 )
                                   ) SAN JOSE, CALIFORNIA
 7               PLAINTIFF,        )
                                   ) JUNE 21, 2012
 8          VS.                    )
                                   ) PAGES 1-108
 9    SAMSUNG ELECTRONICS CO.,     )
      LTD., A KOREAN BUSINESS      )
10    ENTITY; SAMSUNG              )
      ELECTRONICS AMERICA,         )
11    INC., A NEW YORK             )
      CORPORATION; SAMSUNG         )
12    TELECOMMUNICATIONS           )
      AMERICA, LLC, A DELAWARE     )
13    LIMITED LIABILITY            )
      COMPANY,                     )
14                                 )
                 DEFENDANTS.       )
15    _____

16              TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595
25


                                                          1
```

```
 1    SAN JOSE, CALIFORNIA                  JUNE 21, 2012
 2                   P R O C E E D I N G S
 3              (WHEREUPON, COURT CONVENED AND THE
 4    FOLLOWING PROCEEDINGS WERE HELD:)
 5              THE CLERK:  CALLING CASE NUMBER
 6    C-11-01846 LHK, APPLE, INCORPORATED VERSUS SAMSUNG
 7    ELECTRONICS COMPANY LIMITED, ET AL.
 8              MR. MCELHINNY:  GOOD AFTERNOON, YOUR
 9    HONOR.  FOR THE PLAINTIFF, HAROLD MCELHINNY AND
10    MICHAEL JACOBS.
11              MR. LEE:  GOOD MORNING, YOUR HONOR.  ALSO
12    FOR APPLE, MARK SELWYN AND BILL LEE.
13              THE COURT:  OKAY.  GOOD AFTERNOON.
14              MR. JOHNSON:  GOOD AFTERNOON, YOUR HONOR.
15    KEVIN JOHNSON FOR SAMSUNG, AND WITH ME ARE
16    VICKI MAROULIS AND MIKE ZELLER.
17              MR. ZELLER:  GOOD AFTERNOON, YOUR HONOR.
18              THE COURT:  OKAY.  GOOD AFTERNOON.
19              OKAY.  I HAVE QUESTIONS.  SAMSUNG'S
20    MOTION CHALLENGES ALL OF APPLE'S CAUSES OF ACTION,
21    AND I HAVE QUESTIONS BASICALLY ON EACH.
22              LET'S START WITH THE TRADE DRESS, TRADE
23    DRESS DILUTION ISSUE.
24              LET ME ASK, AND IF -- MR. MCELHINNY, ARE
25    YOU HANDLING THIS ISSUE?
```

1   WAS -- LET ME ASK, WITH REGARD TO THE '381, WHETHER
2   YOU HAVE THE SAME POSITION ON CONSTRUCTION OF AN
3   "ELECTRONIC DOCUMENT," BUT YOU'RE JUST DISAGREEING
4   HOW TO APPLY THAT CONSTRUCTION?  WOULD THAT BE AN
5   ACCURATE STATEMENT, OR NO?
6            MR. JOHNSON:  I THINK THAT THERE IS SOME
7   AGREEMENT; YET, AT THE SAME TIME, I HEAR DIFFERENT,
8   DIFFERENT ARGUMENTS COMING FROM THEM ON WHETHER
9   WE -- WHAT WE SAY IS ELECTRONIC DOCUMENT IS
10  ACTUALLY MET BY WHAT THEY SAY IS AN ELECTRONIC
11  DOCUMENT.
12           SO I HONESTLY DON'T KNOW IF THERE'S A
13  SPECIFIC DISPUTE OR NOT.
14           WE THINK --
15           THE COURT:  BUT THAT STILL SOUNDS LIKE
16  YOU AGREE ON THE CONSTRUCTION, BUT YOU DISAGREE ON
17  ITS APPLICATION.  WHAT YOU JUST SAID, THAT'S WHAT
18  THAT SOUNDS LIKE TO ME.
19           MR. JOHNSON:  WELL, "ELECTRONIC DOCUMENT"
20  SPECIFICALLY, IT WASN'T SPECIFICALLY ADDRESSED IN
21  THE CONTEXT OF THE CLAIM CONSTRUCTION ORDER.  IT
22  WAS "BEYOND THE EDGE OF AN ELECTRONIC DOCUMENT."
23           SO THE ACTUAL TERM "ELECTRONIC DOCUMENT"
24  WE THINK IS FAIRLY STRAIGHTFORWARD AND REFERS TO
25  WEB PAGES AND DIGITAL IMAGES AS EXAMPLES OF

```
 1      ELECTRONIC DOCUMENTS.
 2               SO I DON'T THINK THERE'S A SPECIFIC
 3      DISPUTE IN THAT RESPECT.
 4               THE COURT:  WOULD YOU AGREE WITH THAT?
 5               MR. JACOBS:  I THINK THAT THAT HASN'T
 6      BEEN JOINED.  THE ISSUE HAS NOT BEEN JOINED
 7      FORMALLY AS TO THE CONSTRUCTION OF "ELECTRONIC
 8      DOCUMENT."
 9               I THINK BOTH SIDES HAVE ADDUCED THEIR
10      EVIDENCE WITH IMPLICIT DEFINITIONS OF "ELECTRONIC
11      DOCUMENT."
12               FOR EXAMPLE, IN THEIR -- IN THE CASE OF
13      TABLECLOTH, THERE'S A QUESTION ABOUT WHETHER THE
14      TWO IMAGES REPRESENT A SINGLE DOCUMENT OR WHETHER
15      EACH IMAGE IS A SINGLE DOCUMENT, AND THAT CREATES
16      PART OF A FACT ISSUE ABOUT WHETHER TABLECLOTH, AS A
17      MATTER OF SUBSTANCE, IS ANTICIPATORY.
18               IN SHORT, I JUST DON'T THINK IT'S JOINED,
19      YOUR HONOR.
20               THE COURT:  WHAT DOES THAT MEAN --
21               MR. JOHNSON:  I THINK IT --
22               THE COURT:  -- THAT IT'S NOT JOINED?
23      DOES THAT MEAN IT'S NOT RIPE OR IT HASN'T --
24               MR. JOHNSON:  WELL, I THINK HE'S SAYING
25      THERE IS A DISPUTE, BECAUSE I THINK HE'S SAYING
```

1  ON THAT.  FOR EXAMPLE, THEY ARGUE -- APPLE ARGUES
2  THAT A SCREEN THAT HAS MULTIPLE PHOTOGRAPHS ON IT
3  IS AN ELECTRONIC DOCUMENT.
4          SO THE QUESTION IS, WHERE DO YOU DRAW THE
5  BOUNDARIES AROUND ELECTRONIC DOCUMENT?
6          AND ULTIMATELY I THINK THE ONLY WAY TO DO
7  IT IS TO COME UP WITH EXAMPLES, TO SAY IT IS THIS,
8  IT IS NOT THIS.
9          MR. JACOBS:  AND I THINK THE POSITION IS
10 BEING SOMEWHAT OVERSIMPLIFIED.
11         AN ELECTRONIC DOCUMENT THAT CONTAINS
12 MULTIPLE IMAGES IS AN ELECTRONIC DOCUMENT.  THAT
13 DOESN'T MEAN THAT EVERY REPRESENTATION ON A SCREEN
14 OF MULTIPLE IMAGES IS A SINGLE ELECTRONIC DOCUMENT.
15         MR. JOHNSON:  WE, FRANKLY, COULD LIVE
16 WITH THE PORTION OF THE CLAIM CONSTRUCTION ORDER
17 WHICH BASICALLY SAYS, QUOTE, "UNDER THE EXPRESS
18 LANGUAGE OF THE CLAIMS, WEB PAGES AND DIGITAL
19 IMAGES ARE EXAMPLES OF ELECTRONIC DOCUMENTS."
20         WE BELIEVE THAT THAT'S SUFFICIENT AND
21 THAT COVERS MULTIPLE IMAGES.
22         MR. JACOBS:  NOT REALLY.
23         THE COURT:  WELL --
24         MR. JACOBS:  AND YOU CAN SEE EXACTLY WHY.
25         BUT I THINK ACTUALLY, WHAT WE SHOULD DO,

<u>CERTIFICATE OF REPORTER</u>

       I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

                              /S/
                            _____
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595