Exhibit 2

# EXHIBIT 10
# INVALIDITY CLAIM CHART FOR LAUNCHTILE COMMERCIALLY SOLD, PUBLICLY KNOWN, OR PUBLICLY USED BEFORE JANUARY 7, 2007  ("LaunchTile")

| U.S. Pat. No. 7,469,381 | LaunchTile |
|---|---|
| **[1A]** A computer-implemented method, comprising: | A computing device running LaunchTile discloses a computer that implements a method.  For example, LaunchTile is configured to run on mobile computing devices running versions of the Windows Mobile operating system, including the Compaq iPaq h1900 series PocketPC.<br><br>These devices include processors and memory.  For example, the Compaq iPaq h1900 series PocketPC model 1950 has a Samsung SC32442 processor and main memory of 32 MB SDRAM.<br><br>Processor   Samsung® SC32442 300 MHz Processor<br><br>Memory   User Available Memory   96 MB total memory (64 MB ROM and 32 MB SDRAM)<br>Up to 33 MB user available persistent storage memory<br><br>(HP iPaq 1950 Pocket PC QuickSpecs at 3). |
| **[1B]** at a device with a touch screen display: | A computing device running LaunchTile discloses a device with a touch screen display.  For example, LaunchTile can run on Windows Mobile devices with touch screen displays like the Compaq iPaq h1900 series PocketPC model 1950. |

| U.S. Pat. No. 7,469,381 | LaunchTile |
|---|---|
| | The user can scroll to a neighboring Zone by touching the touch screen device with a finger or a stylus and moving the finger or stylus. If the user begins in the center Zone and moves to the left, a first portion of the Zone will be displayed. The first portion is depicted in the picture below, outlined in green:<br><br>Representative Example #3:<br><br>Any set of contiguous tiles could be considered an electronic document. Accordingly, two contiguous Zones comprised of eight tiles would also constitute the electronic document recited in claim 1. Two contiguous Zones comprised of eight tiles is shown outlined in green below: |