# Exhibit 3

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4    APPLE, INC., a California Corporation

5    vs.                             CN:11-CV-01846-LHK

6    SAMSUNG ELECTRONICS COMPANY,

7    LTD, a Korean business entity; SAMSUNG

8    ELECTRONICS AMERICA, INC., a New

9    York Corporation; SAMSUNG

10   TELECOMMUNICATIONS AMERICA, LLC,

11   a Delaware Limited Liability Company.

12   _____/

13

14

15       The videorecorded deposition of RAVIN

16   BALAKRISHNAN, PH.D., was held on Friday, April 20,

17   2012, commencing at 9:07 A.M., at the Law Offices of

18   Quinn Emanuel, 1299 Pennsylvania Avenue, N.W., Suite

19   825, Washington, D.C., before Ronda J. Thomas, a

20   Notary Public.

21

22

23   REPORTED BY:

24   Ronda J. Thomas, RPR, CLR

25   JOB NO. 48807

| | | |
|---|---|---|
| 1 | Morrison and Foerster on behalf of the plaintiff, | 09:08 |
| 2 | Apple. | 09:08 |
| 3 |       MR. AHN:  Matthew Ahn of Morrison and | 09:08 |
| 4 | Forester on behalf of Apple. | 09:08 |
| 5 |       MR. BUSEY:  And, also, I'm representing the | 09:08 |
| 6 | witness. | 09:08 |
| 7 |       THE VIDEOGRAPHER:  Will the court reporter | 09:08 |
| 8 | please swear the witness. | 09:08 |
| 9 | Whereupon, | 09:08 |
| 10 |       RAVIN BALAKRISHNAN, PH.D., | 09:08 |
| 11 | called as a witness, having been first duly sworn to tell | 09:08 |
| 12 | the truth, the whole truth, and nothing but the truth, was | 09:08 |
| 13 | examined and testified as follows: | 09:08 |
| 14 |       EXAMINATION BY MR. JOHNSON: | 09:08 |
| 15 | Q    Good morning, Dr. Balakrishnan. | 09:08 |
| 16 | A    Good morning. | 09:09 |
| 17 | Q    How many times have you been deposed now? | 09:09 |
| 18 | A    I don't have a precise count.  I would say | 09:09 |
| 19 | somewhere between half a dozen and ten. | 09:09 |
| 20 |       (Brief pause.) | 09:09 |
| 21 | Q    Sorry about that. | 09:09 |
| 22 |       Is the bulk of your consulting work now for | 09:09 |
| 23 | Apple? | 09:09 |
| 24 |       MR. BUSEY:  Objection just to form. | 09:09 |
| 25 | A    The current litigation consulting I'm doing | 09:09 |

Page 186

| | | |
|---|---|---|
| 1 | Q    Well, does the array of tiles move back in | 03:46 |
| 2 | the opposite direction after the user lifts her finger? | 03:46 |
| 3 | A    In which image are you talking about? | 03:46 |
| 4 | Q    I'm just talking about in the operation of | 03:46 |
| 5 | LaunchTile. | 03:46 |
| 6 | A    It may or may not, depending on where the | 03:46 |
| 7 | finger is and where the, that blue, blue widget or blue | 03:46 |
| 8 | circle is relative to where you lift the finger up. | 03:46 |
| 9 | MR. JOHNSON:  Let's go ahead and take a | 03:46 |
| 10 | break. | 03:46 |
| 11 | THE WITNESS:  Thank you. | 03:46 |
| 12 | THE VIDEOGRAPHER:  This is the end of tape | 03:46 |
| 13 | 4.  We're off the record at 15:46. | 03:46 |
| 14 | (Off the record.) | 03:57 |
| 15 | THE VIDEOGRAPHER:  This is the beginning of | 03:58 |
| 16 | tape 5.  We're back on the record at 15:58. | 03:58 |
| 17 | BY MR. JOHNSON: | 03:58 |
| 18 | Q    What's your definition of electronic | 03:58 |
| 19 | document as it's used in the '381 patent today? | 03:58 |
| 20 | MR. BUSEY:  Objection to the extent it | 03:58 |
| 21 | calls for a legal conclusion. | 03:58 |
| 22 | (Witness reading.) | 03:58 |
| 23 | A    I believe the term is understood in this | 04:00 |
| 24 | case to be the plain and ordinary meaning of electronic | 04:00 |
| 25 | document. | 04:00 |

1   DISTRICT OF COLUMBIA, to wit:
2        I, RONDA J. THOMAS, a Notary Public of the
3   District of Columbia, do hereby certify that the
4   within-named witness personally appeared before me
5   at the time and place herein set out, and after
6   having been duly sworn by me, according to law, was
7   examined by counsel.
8        I further certify that the examination was
9   recorded stenographically by me and this transcript
10  is a true record of the proceedings.
11       I further certify that I am not of counsel to
12  any of the parties, nor in any way interested in the
13  outcome of this action.
14       As witness my hand and notarial seal this
15  21st day of April, 2012.
16
                                  _____
                                  RONDA J. THOMAS
17                                Notary Public
18
19
20
21
22
23
24  My Commission Expires:
25  August 31, 2013