| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.　　11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JOSEPH KANADA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE** |

1     I, JOSEPH KANADA, declare as follows:

2     1.     I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California and admitted to practice before this Court.  Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team.  I make this declaration in support of Apple's Opposition to Samsung's Motions in Limine.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the document produced at SAMNDCA10809390.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from the document produced at SAMNDCA11374409.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from the document produced at SAMNDCA11010883.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt from the document produced at SAMNDCA 110300081.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from the expert report of Peter Bressler, FIDSA, dated April 16, 2012.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from the transcript of the February 17, 2012 deposition of Don Joo Lee.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from Plaintiff's Trial Exhibit 26.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt from Samsung's Draft Jury Instructions.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from the transcript of the February 24, 2012 deposition of Sangeun Lee.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from the transcript of the February 22, 2012 deposition of Timothy Benner.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of Apple's Response to Interrogatory 5, dated March 4, 2012.

13.     Samsung's expert on ergonomic issues, Mark Lehto, presented numerous arguments in his expert report relating to the purported functionality of Apple's design patents and trade dress.  Many of those arguments were disclosed by Samsung for the first time in its March 7, 2012 response to Apple's Interrogatory No. 40.  Despite the timing of this disclosure, Apple did not move to strike any portion of Mark Lehto's expert report.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from the expert report of Robert Anders, IDSA, dated April 16, 2012.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a press release on the Samsung website, available at http://www.samsung.com/us/news/newsRead.do?news_seq=19816 and accessed on July 10, 2012.

16.     Attached as **Exhibit 14** is a true and correct copy of information from Samsung's website regarding the Galaxy S 4G, available at http://www.samsung.com/us/mobile/cell-phones/SGH-T959HABTMB-buy and accessed on July 8, 2012.

17.     Attached as **Exhibit 15** is a true and correct copy of information from Samsung's website regarding the Infuse 4G, available at http://www.samsung.com/us/mobile/cell-phones/SGH-I997ZKAATT and accessed on July 8, 2012.

18.     Attached as **Exhibit 16** is a true and correct copy of information from Samsung's website regarding the Tab 7 Plus, available at http://www.samsung.com/us/mobile/galaxy-tab/GT-P6210MAYXAR-buy and accessed on July 8, 2012.

19.     Attached as **Exhibit 17** is a true and correct copy of information from Samsung's website regarding the Tab 7.7, available at http://www.samsung.com/us/mobile/galaxy-tab/SCH-I815LSAVZW-buy and accessed on July 8, 2012.

20.     Attached as **Exhibits 18 and 19** are true and correct copies of information from Samsung's website regarding the Captivate with Android 2.3, available at http://www.samsung.com/us/mobile/cell-phones/SGH-I897ZKAATT  & http://www.samsung.com/us/mobile/cell-phones/SGH-I897ZKAATT-buy and accessed on July 9, 2012.

1  21. Attached as **Exhibits 20 and 21** are true and correct copies of information from
2  Samsung's website regarding the Droid Charge with Android 2.2, available at
3  http://www.samsung.com/us/mobile/cell-phones/SCH-I510RAAVZW &
4  http://www.samsung.com/us/mobile/cell-phones/SCH-I510RAAVZW-buy and accessed on
5  July 9, 2012.
6  22. Attached as **Exhibits 22 and 23** are true and correct copies of information from
7  Samsung's website regarding the Epic 4G with Android 2.3, available at
8  http://www.samsung.com/us/mobile/cell-phones/SPH-D700ZKASPR &
9  http://www.samsung.com/us/mobile/cell-phones/SPH-D700ZKASPR-buy and accessed on
10 July 9, 2012.
11 23. Attached as **Exhibits 24 and 25** are true and correct copies of information from
12 Samsung's website regarding the Exhibit 4G with Android 2.3, available at
13 http://www.samsung.com/us/mobile/cell-phones/SGH-T759ZKBTMB &
14 http://www.samsung.com/us/mobile/cell-phones/SGH-T759ZKBTMB-buy and accessed on
15 July 9, 2012.
16 24. Attached as **Exhibits 26 and 27** are true and correct copies of information from
17 Samsung's website regarding the Galaxy S 4G with Android 2.3, available at
18 http://www.samsung.com/us/mobile/cell-phones/SGH-T959HABTMB-features &
19 http://www.samsung.com/us/mobile/cell-phones/SGH-T959HABTMB-buy and accessed on
20 July 9, 2012.
21 25. Attached as **Exhibits 28 and 29** are true and correct copies of information from
22 Samsung's website regarding the Galaxy S II (Epic 4G Touch) with Android 2.3.4, available at
23 http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-features &
24 http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-buy and accessed on
25 July 9, 2012.
26 26. Attached as **Exhibits 30 and 31** are true and correct copies of information from
27 Samsung's website regarding the Gravity Smart with Android 2.2, available at
28 http://www.samsung.com/us/mobile/cell-phones/SGH-T589HBBTMB &

http://www.samsung.com/us/mobile/cell-phones/SGH-T589HBBTMB-buy and accessed on July 9, 2012.

27. Attached as **Exhibits 32 and 33** are true and correct copies of information from Samsung's website regarding the Mesmerize with Android 2.1, available at http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC & http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC-buy and accessed on July 9, 2012.

28. Attached as **Exhibits 34 and 35** are true and correct copies of information from Samsung's website regarding the Nexus S with Android 2.3, available at http://www.samsung.com/us/mobile/cell-phones/GT-I9020PWAATT & http://www.samsung.com/us/mobile/cell-phones/GT-I9020PWAATT-buy and accessed on July 9, 2012.

29. Attached as **Exhibits 36 and 37** are true and correct copies of information from Samsung's website regarding the Replenish with Android 2.3, available at http://www.samsung.com/us/mobile/cell-phones/SPH-M580ZKASPR & http://www.samsung.com/us/mobile/cell-phones/SPH-M580ZKASPR-buy and accessed on July 9, 2012.

30. Attached as **Exhibit 38** is a true and correct copy of information from Amazon's website regarding the Tab 8.9 LTE, available at http://www.amazon.com/dp/B006O13O1Q/ref=asc_df_B006O13O1Q2088406?smid=A3H89ADJHTH9SN&tag=cnet-pc-20.

31. Attached hereto as **Exhibit 39** is a true and correct copy of an excerpt from the expert report of Ravin Balakrishnan, Ph.D., dated March 22, 2012.

32. Attached hereto as **Exhibit 40** is a true and correct copy of an excerpt from the expert report of Karan Singh, Ph.D., dated March 22, 2012.

33. Attached hereto as **Exhibit 41** is a true and correct copy of an excerpt of the transcript of the March 5, 2012 deposition of Jun Won Lee.

34. The depositions of Jun Won Lee, Boris Teksler, and Chip Lutton addressed Apple's efforts to provide notice and explain its allegations.

35. Apple produced documents relating to the negotiations with Samsung in the summer and fall of 2010 in July 2011. Several of these documents were used as exhibits during Chip Lutton's deposition on July 26, 2011 and were incorporated into Samsung's opposition to Apple's motion for a preliminary injunction in August 2011.

36. Attached as **Exhibit 42** is a true and correct copy of Schedule 4.2 from the updated Tab 2 to the expert report of Michael Wagner dated May 4, 2012.

37. Attached as **Exhibit 43** is a true and correct copy of an excerpt from the transcript of the May 12, 2012 deposition of Michael Wagner.

38. Attached as **Exhibit 44** is a true and correct copy of an excerpt from the transcript of the January 24, 2012 deposition of Timothy Sheppard.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2012 at Palo Alto, California.

                                           */s/ Joseph Kanada*
                                                   Joseph Kanada

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Joseph Kanada has concurred in this filing.

Dated: July 10, 2012                           /s/Michael A. Jacobs
                                               Michael A. Jacobs