# Exhibit 14

NEWS  ABOUT SAMSUNG  LOGIN

Search

SHOP PRODUCTS                    BUSINESS SOLUTIONS                    CONNECTED LIVING

MY ACCOUNT                       SUPPORT

Home > Cell Phones > Marketplace >

Galaxy S™ 4G Android Smartphone                              Tweet  102    Like  3.5k    SHOP

SGH-T959V              604 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## Available at 1 Retailers




IN STOCK

## Stores Near You

Stores Near:  94105, CA





10 miles    20 km

Please call the store first to check actual availability of this item.

| | 8400 Edgewater Dr<br>Oakland, CA 94621<br>(510) 430-9606<br>In Stock<br>Get Directions | 13.9 miles |
|---|---|---|
| | 1400 Hilltop Mall Rd<br>Richmond, CA 94806<br>(510) 669-1342<br>In Stock<br>Get Directions | 14.0 miles |
| | 1919 Davis St<br>San Leandro, CA 94577<br>(510) 569-0200<br>Out of Stock<br>Get Directions | 15.8 miles |
| | 15555 Hesperian Blvd<br>San Leandro, CA 94579<br>(510) 351-0108<br>In Stock<br>Get Directions | 19.4 miles |

Stores: 1 - 4 of 5 total                                                                1, 2,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |