# Exhibit 15

NEWS | ABOUT SAMSUNG | LOGIN

SAMSUNG

Search

SHOP PRODUCTS | BUSINESS SOLUTIONS | CONNECTED LIVING | MY ACCOUNT | SUPPORT

Home › Cell Phones ›

**Samsung Infuse™ 4G Smartphone**

SGH-I997  ★★★★★ 1115 REVIEWS

Tweet 157 | Like 4.7k | SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- The Nation's Thinnest 4G Smartphone ›
- Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology ›
- Full Suite of Entertainment ON-THE-GO Including Media Hub ›
- 8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front-Facing Camera ›

Please check with an authorized Samsung retailer for price information

SHOP ▸



## Super slim. Super Smart.

Get access to over 150,000 Android apps on the nation's thinnest 4G smartphone.

🖨 Print This

### Product Features

See All Features ▸

**The Nation's Thinnest 4G Smartphone**

The Infuse 4G is Samsung's thinnest smartphone at just 8.99 mm at its thinnest, so it's easy to slip into a purse or pocket. You'll have access to over 150,000 Android apps, allowing you total freedom to create your own customized collection of apps to fit your individual lifestyle.

**Large 4.5" SUPER AMOLED™ Plus Touch Screen Technology**

To a smartphone, the screen is critical. The Infuse™ 4G gives you the largest touch screen on any Samsung phone. Samsung screens have a reputation for brilliant color, and the Infuse 4G's 4.5" Super AMOLED™ Plus screen exhibits our latest innovations. The screen gives you a full spectrum of rich, vivid color with high color contrast, for an incredible cinematic experience. The screen's amazing luminance allows you to easily read the display even in daylight. With its brilliant color and thin design, the Infuse 4G is fantastic for social messaging, outstanding browsing and entertainment on-the-go.

**Full Suite of Entertainment ON-THE-GO Including Media Hub**

With the Infuse 4G, you're only seconds away from being able to watch hit movies and TV shows from Samsung Media Hub. It's your best entertainment experience on-the-go in a handheld device. And there is a 2GB microSD card that comes pre-loaded with this summer's hottest movie trailers. With the brilliant color and sound, videos and TV shows come to life. Once you choose a movie or show to watch, the content can be shared with up to four other devices.

You also get a free $25 Media Hub movie credit from Samsung with your Infuse 4G phone purchase, good towards movie rentals or purchases. Read about the Media Hub credit, details and restrictions.

**8.0 MP Rear-Facing Camera with LED FLASH & 1.3 MP Front-Facing Camera**

The Infuse 4G has an incredible 8.0 Megapixel rear-facing camera with LED flash and auto-focus. It shoots 720p HD video with incredible detail!* Now you can send stunning photos and videos to friends, and have high quality images to share with your social network. There is also a 1.3 Megapixel front-facing camera for video chats.

### Specifications

Carrier
AT&T

Color
Caviar Black

Display
Display Size: 4.5"

Display
Display Technology: Super AMOLED™

Camera
Rear-facing Camera Resolution: 8.0 MP

Camera
Front-facing Camera Resolution: 1.3 MP

Camera
Digital Optical Zoom: 4x Digital

See Full Specs ▸

### Owner Reviews  See All

Overall: ★★★★☆   Features: ★★★★★   Performance: ★★★★☆   Design: ★★★★★   Value: ★★★★☆

### "this phone rocks"
★★★★★

after making the mistake of having a iphone i was looking for something better and came across the infuse its awesome the screen is awesome super vivid colours very sharp contrast its fast and packs plenty of power and fetchers.its super thin and light the battery lasts around 2-3 days and thats pla…Read More »

Anonymous on June 07, 2012

### "Super screen, features and very easy to use."
★★★★★

Love the screen size and resolution. Operating system is very stable and fast. I would buy again.…Read More »

Jimbonv on June 01, 2012

### "Brilliant"
★★★★★

I love this phone! The screen is so beautiful and the processor is awesome. Very easy to use for first timers and the 4G is fast on this phone. Great call reception, I haven't dropped a call yet!…Read More »

TechGirl1013 on May 24, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ›**

## Get Carried Away with the Infuse 4G



## Meet the Samsung Media Hub

Choose from thousands of movies and TV shows and start watching instantly in a format optimized for your device. **See what's playing.**



## Infuse 4G Tips & Tricks

From handy flashlight to barcode scanner, check out these interesting ways to use your Infuse 4G. **Get the most out of your smartphone.**



## Accessories   See All



**Samsung Infuse™ 4 G Desktop Dock & Wall Charger**
ECR-D1B7BEGSTA
★★★★★ (0)
**$49.99**
SHOP ›   Learn More



**Samsung Infuse™ 4 G Vehicle Navigation Mount**
ECS-V1B7BEGSTA
★★★★★ (0)
**$49.99**
SHOP ›   Learn More



**Samsung Infuse™ 4 G Spare Battery and Charging System**
ET-CGPK002GSTA
★★★★★ (0)
**$49.99**
SHOP ›   Learn More



**Standard Battery (1750 mAh)**
EB555157VABSTD
★★★★★ (0)
**$39.99**
SHOP ›   Learn More

### Apps for School

### TV Remote App



**Ace your classes with these mobile apps.**



**Control your TV with your Galaxy devices.**

## For Owners

**Owner's Manual**
Download the PDF

**Warranty**
Find out what's covered.

**How-to Guides**
Get the most out of every feature.

**Visit Support page**
Get help and learn more.

**Troubleshooting**
Help with any issues, big or small.

**Register this Product**
Exclusive owner benefits.

---

4G speeds delivered by HSPA+ with enhanced backhaul. Available in limited areas. Availability increasing with ongoing backhaul deployment. Learn more at att.com/network. 4G used in connection with the Samsung Infuse product name refers to the fact that the Infuse is capable of operating on AT&T's HSPA+ network with enhanced backhaul described herein.

Please Note: Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.

Screen images simulated. Appearance of Infuse 4G may vary.



Features and specifications are subject to change without prior notification

### Who We Are
About Samsung
Careers
Sustainability
News
Investor Relations

### What We Make
**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

### How can we help you?
Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Search

Follow Us:    

Business | Apps | Privacy | Legal | Sitemap | RSS    USA / English    +1 4.6k   Like 624k    Copyright © 1995-2012 SAMSUNG All rights reserved.