# Exhibit 16

NEWS | ABOUT SAMSUNG | LOGIN



Search

SHOP PRODUCTS | BUSINESS SOLUTIONS | CONNECTED LIVING | MY ACCOUNT | SUPPORT

Home > Galaxy Tab >

**Samsung Galaxy Tab™ 7.0 Plus (Wi-Fi) 16GB**



Tweet 51 | Like 675 | SHOP ▸

GT-P6210    $349.99    ★★★★★ 111 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- Entertainment on-the-go with Media Hub, Social Hub and web browsing
- "Discover, Tap and Watch" experience with Peel Smart Remote TV App
- Portable 7" display, at 12.1 oz. light and .39" thin, with dual core processor
- Customize with TouchWiz® and access to over 250K Android Market™ apps

$349.99

SHOP ▸

Prices for online and local retailers near you



 **32GB Gray**     **16GB Gray**



🖨 Print This

## Product Features

See All Features ▸

**Here's something you'll find entertaining.**
The Galaxy Tab™ 7.0 Plus provides a galaxy full of quality, all-star entertainment. The pre-loaded Samsung Media Hub gives you instant access to thousands of movies and TV shows. You also get the Samsung Social Hub, which gives you live updates from all your favorite social sites. Surf the internet just like on a PC, and get the full enjoyment of Adobe® Flash® Player compatible sites, games, and videos.

Even when you're watching your home big screen, you'll be enjoying your Tab. With a built-in IR blaster and the very intuitive, very handy Smart Remote powered by Peel, it could quickly become your favorite – and maybe your only – remote control. Smart Remote allows you to instantly find and watch your favorite TV shows and discover new shows based on your preferences, all with the tap of a screen. Peel allows users to control any home entertainment system, no hardware or cables required.

**Android with a touch of TouchWiz®.**
Galaxy Tab 7.0 Plus runs on Android™ 3.2, Honeycomb, with access to over 250K apps on Android Market™. And it's running along with the latest version of Samsung's own TouchWiz. That means you'll have even more ways to customize your Tab and get to your favorite content. TouchWiz Live Panels gives you the live content you want right on your magazine-like home screen, including email, Websites and your social networks. The Mini Apps Tray keeps your everyday features close-at-hand and very handy. And the Notification Panel keeps you completely up-to-date.

**Our latest hardware, our greatest performance.**
The Galaxy Tab 7.0 Plus is the result of generations of Samsung engineering and design. It's only .39 inches thin, with a 7" display. And that's just for starters. It also boasts a 1.2GHz dual core processor for blazing speed, a 4000mAh battery for more time between charges and an elegant, world-class design. Yes, this Tab was built to fit in your hand and fit all your computing needs. But it was also built to make you look good using it.

## Specifications

**Carrier**
Wi-Fi Only

**Operating System**
Android™ 3.2, Honeycomb

**Camera**
Front-Facing: 2.0 Megapixel

**Camera**
Rear-Facing: 3.0 Megapixel Auto Focus with Flash

**Dimensions (W x H x D)**
7.6 x 4.8 x .39 inches

See Full Specs ▸



## Get to Know Honeycomb

Built just for tablets, Andriod Honeycomb makes multitasking easier and transforms how we use computers. **Learn about Honeycomb.**



## Smart Remote Gives You Control

Find shows, share great TV and control your entertainment system with the Smart Remote powered by Peel app. **Learn what it can do.**



## Owner Reviews  *See All*

| Overall: ★★★★★ | Features: ★★★★★ | Performance: ★★★★☆ | Design: ★★★★★ | Value: ★★★★☆ |

### "Love the Size"
★★★★★

I bought the Samsung Galaxy Tab 7.0 Plus for the size. I opted for the WiFI only version to save money and I am very happy with my purchase. I use it to connect to conduct my personal home based business while I am out an about. The color is good, the features are good - it functions similar to my a… **Read More »**

**Robert686** on June 02, 2012

### "Perfect"
★★★★★

I bought this for school as an easier way to access documents and make quick edits. instead of hauling my laptop everywhere with me. I love this product I use it everyday. From checking emails, editing documents, reading books, checking calendar, paying bills. Best tablet I could have bought!… **Read More »**

**Anonymous** on April 06, 2012

### "WOW! SMALL AND PACKED with POWER!!!!!"
★★★★★

I have the iPad 2 and like to carry it around but it's too big and bulky. I wanted something I could put in my pocket. I had an iPod but wanted something a little bigger. I tried the Samsung Galaxy 5.0 Player and i'm not sure if I got a lemon or what but the wifi kept disconnecting intermittently an…**Read More »**

**Sixaranch** on April 02, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

**SUBMIT A REVIEW ▸**

## Accessories  *See All*

      

Galaxy Tab™ 7.0 Plus Multimedia Dock
EDD-D1E2BEGSTA
★★★★★ (0)
$34.99
SHOP ▸  Learn More

Galaxy Tab™ 7.0 Plus Keyboard Dock
EKD-K12AWEGSTA
★★★★★ (0)
$79.99
SHOP ▸  Learn More

Galaxy Tab™ 7.0 Plus Book Cover Case
EFC-1E2NBEGSTA
★★★★★ (5)
$49.99
SHOP ▸  Learn More

Galaxy Tab™ 30-pin Vehicle Power Adapter with Detachable Cable
ECA-P10CBEGSTA
★★★★★ (0)
$39.99
SHOP ▸  Learn More

## Easily Transfer Media

Learn to transfer files to your phone.

## Meet the Samsung Media Hub

Learn how to buy or rent thousands of movies and TV shows.

## For Owners

**Owner's Manual** — Download the PDF

**Warranty** — Find out what's covered.

**How-to Guides** — Get the most out of every feature.

**Visit Support page** — Get help and learn more.

**Troubleshooting** — Help with any issues, big or small.

**Register this Product** — Exclusive owner benefits.

Screen images simulated. Appearance of device may vary. Android, Gmail, Google Books, Google Videos, Google Maps and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

Features and specifications are subject to change without prior notification

