Exhibit 17

NEWS | ABOUT SAMSUNG | LOGIN

Search

# SAMSUNG

**SHOP PRODUCTS** | **BUSINESS SOLUTIONS** | **CONNECTED LIVING** | **MY ACCOUNT** | **SUPPORT**

Home > Galaxy Tab >

## Samsung Galaxy Tab™ 7.7 (Verizon)

SCH-I815   ★★★★★ 5 REVIEWS

 Tweet 10     Like 155    SHOP ▸

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

- The first Super AMOLED™ Plus tablet offers a best-in-class visual experience
- World's thinnest 4G LTE tablet*, 12 oz. light and 0.31" thin with a 7.7" display
- Universal remote capability to control your entertainment system
- Samsung Approved for Enterprise (SAFE™) features ideal for business users

Please check with an authorized Samsung retailer for price information

SHOP ▸



🖨 Print This

### Product Features    See All Features ▸

**Beautiful Color and Sharpness**

The Samsung Galaxy Tab™ 7.7 is the first tablet with a Super AMOLED™ Plus display. Colors are richer, contrast is deeper, and details are sharper than any competitor's display. That's what happens with the astounding 1280 X 800 pixel resolution. It makes videos, games and apps look more cinematic and lifelike. Whether you're reading an ebook or emails, your text is sharper and more legible to make reading easier on your eyes.



**Your Personal Home Theatre Manager to Control Your Entire System**

Your Samsung Galaxy Tab 7.7 has preloaded apps and features to seamlessly integrate with your home theater. The Smart Remote** helps find your favorite TV shows for you, and recommends shows you'll like, based on your preferences. The Tab 7.7 also has a built-in infrared blaster, so you can use it instead of your normal remote. It also controls your DVR, DVD player and your stereo, so now it can replace all those remotes!

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-T859 Galaxy Tab 10.1 Virtual User Guide – ENGLISH

### Specifications

**Carrier**
Verizon

**Operating System**
Android 3.2, Honeycomb

**Camera**
Front-facing Camera Resolution:
2.0 Megapixel

**Camera**
Rear-facing Camera Resolution:
3.2 Megapixel

**Dimensions (W x H x D)**
Product Dimensions: 7.74" x 5.24" x 0.31"

See Full Specs ▸

## Accessories See All






**Galaxy Tab™ 7.7" Book Cover Case**
EFC-1E3NBEGSTA
★★★★★ (0)
[SHOP] Learn More

**Galaxy Tab™ 7.7 Multimedia Dock**
EDD-D1E3BEGSTA
★★★★★ (0)
[SHOP] Learn More

**Galaxy Tab™ 7.7 Keyboard Dock**
EKD-K18AWEGSTA
★★★★★ (0)
[SHOP] Learn More

**Galaxy Tab™ 7.7 Vehicle Navigation Mount**
ECS-K1E3BEGSTA
★★★★★ (0)
[SHOP] Learn More

## Samsung Approved for Enterprise

Rigorous security standards and flexible, efficient features make our mobile devices ideal for enterprise use. **Learn about the S.A.F.E. solution.**



## Tips & Tricks: Galaxy Tab 7.7

From customizing your home screen to editing photos, our tips and tricks will help you get the most out of your device. **Check out our Galaxy Tab 7.7 tips.**



## Owner Reviews  See All

Overall: ★★★★★     Features: ★★★★★     Performance: ★★★★★     Design: ★★★★★     Value: ★★★★☆

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

[SUBMIT A REVIEW ▸]

## Tips & Tricks: How to Transfer Media

Want to access content from your computer on your Android phone? Here are four ways you can easily transfer your favorite files. **Check out our useful tips.**



## Smart Remote Gives You Control

Find shows, share great TV and control your entertainment system with the Smart Remote powered by Peel app. **Learn what it can do.**



## All About Honeycomb



**Read about the evolution of computing.**

## Meet the Samsung Media Hub



**Learn how to buy or rent thousands of movies and TV shows.**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

     Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Screen images simulated. Appearance of device may vary. Android, Gmail, Google Books, Google Videos, Google Maps and Android Market are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

*Content is accurate as of March 1, 2012.

Features and specifications are subject to change without prior notification



http://www.samsung.com/us/mobile/galaxy-tab/SCH-I815LSAVZW                                                  7/8/2012