Exhibit 18

NEWS  ABOUT SAMSUNG  LOGIN

Search

SHOP PRODUCTS BUSINESS SOLUTIONS CONNECTED LIVING

MY ACCOUNT SUPPORT

Home > Cell Phones >

Samsung Captivate™ Android Smartphone

Tweet 131   Like 7.1k   SHOP

SGH-I897          1830 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Galaxy S with Android™ 2.3, Gingerbread

Super AMOLED 4" Touchscreen

Integrated Social Networking Capabilities

Faster Texting with Swype®

Please check with an authorized Samsung retailer for price information

SHOP



Print This

## Product Features



**Galaxy S with Android 2.3**

Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Google Play™ -- everything from popular games to productivity tools to constellation maps. Powered by the Android platform this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.

**Please note:** Captivate users with Android 2.1 & 2.2, an update to Android 2.3 (Gingerbread) is available. View upgrade instructions.

**Super AMOLED 4" Touchscreen**

Your world just got brighter and you don't even need shades. Experience HD-quality video recording that's clearly detailed, extraordinarily vivid and astonishingly colorful on the brilliant 4-inch Super AMOLED screen. Movies, games and websites all come to life even in broad daylight thanks to an anti-reflective screen. One of the thinnest, most responsive smartphones in the world, it also uses less power and has a longer battery life.

**Green guides show you the way**

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SGH-I897 Captivate Galaxy S Virtual User Guide - ENGLISH

**Integrated Social Networking Capabilities**

This phone integrates your email, social networking and phone contacts into one address book -- and combines your Google Calendar and social networking calendars. Also, you can instantly post your status and upload pics to Facebook, MySpace and Twitter with the Feeds & Updates app, as well as instantly see recent posts from friends and family on your home screen thanks to Buddies Now.

## Specifications

Carrier
AT&T

Color
Black

Platform
Android 2.3, Gingerbread

Display
Display Size: 4.0"

Display
Display Technology: Super AMOLED™

Camera
Rear-facing Camera Resolution: 5.0 MP

Camera
Digital Optical Zoom: 4x

See Full Specs

## Owner Reviews  See All

Overall:                          Features:                     Performance:                  Design:                       Value:

### "Excellent product"      "My first Smart Phone"      "The best phone i have ever seen."

The phone did everything I needed it to do and more. Even after 2 years of use I only had a few minor problems with it. It's durability is great, I can't tell you the number of times it was dropped and it never cracked or quit working. Even with using the phone all day for games and etc, the battery…Read More »

Chyll on May 28, 2012

When this first came out I was excited about it. I love Samsung so it was a choice to go Android or Windows. Glad I went Android! The features are great, the screen was beautiful and most importantly I never dropped a call! When it came time to upgrade, I stuck with Samsung mainly because I'm a loya…Read More »

TechGirl1013 on May 24, 2012

The phone is very durable. It freezes up once and a while. but i think that is do to the apps, I downloaded. some apps will make your phone do crazy thing. This model is better than the Galaxy S 2. The locking back is a great feature.…Read More »

dusty6446 on April 22, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW



### Exclusive Access to ESPN Next Level

Use your Samsung mobile device to take your game to the next level with exclusive chats, stats, and analysis. See how to step up your game.

### ...the Captivate is by far AT&T's most powerful and feature-rich Android device

See Full Review





### Brighter and Better Screens with AMOLED

The screens on Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. See the brilliance of AMOLED.

### The Galaxy S Captivate

### Snappier Apps, Better Battery Life

The new Hummingbird processor means smoother games and movies, and better power consumption too.

Learn More



### Your Phone, Powered by Google

The Android Mobile OS turns your phone into a powerful web browser, entertainment center, personal assistant and more.

Learn More



Introducing cinema-quality entertainment in the palm of your hand.

## Accessories   See All



**Galaxy S i897 Desktop Dock & Wall Charger**
ECR-D981BEGSTA
(6)
$23.99
SHOP    Learn More



**Galaxy S i897 Vehicle Navigation Mount**
ECS-M981BEGSTA
(1)
$49.99
SHOP    Learn More

**Galaxy Spare Battery and Charging System 1500 mAh**
ET-CHGPKNVGSTA
(6)
$49.99
SHOP    Learn More



**Galaxy S Standard Battery (1500mAh)**
EB575152VABSTD
(0)
$39.99
SHOP    Learn More

### Better Audio. Awesome App.

From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. **See its superior specs.**   Read the rave review.



### For Owners

**Owner's Manual**
Download the PDF

**Warranty**
Find out what's covered.

**How-to Guides**
Get the most out of every feature.

**Visit Support page**
Get help and learn more.

**Troubleshooting**
Help with any issues, big or small.

**Register this Product**
Exclusive owner benefits.



Features and specifications are subject to change without prior notification

| About Samsung | **TV + Video** | **Mobile** | **Photo** | **Computing** | **Home Appliances** | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

Business   Apps   Privacy   Legal   Sitemap   RSS        USA / English       4.7k   Like  624k       Copyright © 1995-2012 SAMSUNG All rights reserved.