# Exhibit 19

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS                CONNECTED LIVING
MY ACCOUNT             SUPPORT

Home > Cell Phones > Marketplace >

Samsung Captivate™ Android Smartphone                     Tweet  131    Like  7.1k      SHOP

SGH-I897           1830 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## 2 Online Retailers




See Website for Price
                with free shipping
IN STOCK


                                            IN STOCK
See Website

## Stores Near You       Stores Near: 94105, CA



Please call the store first to check actual availability of this item.

   425 MARKET ST
                       SAN FRANCISCO, CA 94105
                       (415) 495-2220                 0.4 miles
                       **Call for Availability**
                       Get Directions

   701 MARKET ST
                       SAN FRANCISCO, CA 94103
                       (415) 281-1205                 0.7 miles
                       **Call for Availability**
                       Get Directions

                       236 KING ST
                       SAN FRANCISCO, CA 94107
                       (415) 546-5104                 0.8 miles
                       **Call for Availability**
                       Get Directions

                       845 MARKET ST SPC9304
                       SAN FRANCISCO, CA 94103
   (415) 344-0507                 0.9 miles
                       **Call for Availability**
                       Get Directions

Stores: 1 - 4 of 5 total                                1, 2,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |