Exhibit 20

Case 5:11-cv-01846-LHK   Document 1206-12   Filed 07/10/12   Page 2 of 5

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS         BUSINESS SOLUTIONS              CONNECTED LIVING
MY ACCOUNT            SUPPORT

Home > Cell Phones >

Droid Charge Smartphone

SCH-I510            512 REVIEWS

Tweet 110    Like 1.5k    SHOP

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Slimmest 4G LTE Smartphone on Verizon's lightning fast network

4.3" Super AMOLED™ Plus Touch Screen Display

Android™ 2.2 Platform

Loaded with Multimedia and Entertainment

Please check with an authorized Samsung retailer for price information

SHOP



## So slim so you can do it all

Search for favorite songs—then jog while listening to them. Light, elegant design will keep you going.

Print This

## Product Features

**Loaded with Multimedia and Entertainment Features**

Having the Droid Charge is like having your own portable entertainment headquarters. You'll have access to Samsung Media Hub with tons of hit movies and TV shows. You can enjoy fast-paced video games with no lag time. There is an expansion slot that increases your storage capacity to 32 GB, for storing all your favorite movies, songs, and games.

**Slim Design – Easy to hold with a streamlined form factor**

The Charge is slim and stylish, and not at all bulky like so many other smartphones. It fits easily into a pocket or purse. Its thin, elegant design is also easy to carry while jogging or exercising to enjoy your favorite music.

**4.3" Super AMOLED Plus Touch Screen Display**

Samsung is clearly the world leader in screen technology. This large 4.3" Super AMOLED™ Plus screen will amaze you with its vivid color and brilliant detail. The contrast and brightness are richer and more true to life than other leading smartphones. Your videos will be more enjoyable, and video games will be more exciting to play – even in full daylight.

## Specifications

Carrier
Verizon

Color
Mirror Gray

Platform
Android 2.2, Froyo OS

Display
Display Size: 4.3"

Display
Display Technology: Super AMOLED™ Plus

Camera
Rear-facing Camera Resolution: 8.0 MP

See Full Specs



## Owner Reviews  See All

Overall:

Features:　　　　Performance:　　　　Design:　　　　Value:

"**The phone has all the features I wanted.**"

The phone is fast, has lots of features, is slim and easy to operate.…Read More »

**TxtCrazy** on April 08, 2012

"**this product has a lot of great features**"

I love my new smartphone it works great and has a lot of features I can use. i carry it all the time.…Read More »

**SAM4US** on March 30, 2012

"**awesome cell phone.**"

i love it!!!!!!!! i will not tradeit for the world. can do everything need to do and so many apps for it. just download andgo. would highly reccomend over any other droid phone.…Read More »

**truelysweet32** on February 16, 2012

**Like it? A lot? A little? Tell us.**

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## The Droid Charge: Flying in at 4G Speed

## Droid Charge Tips & Tricks

From account syncing to conserving battery life to exclusive Samsung widgets, check out these tips and tricks for the Droid Charge. **Master your smartphone.**



## Meet the Samsung Media Hub

Choose from thousands of movies and TV shows and start watching instantly in a format optimized for your device. **See what's playing.**



## Accessories  See All






| Droid Charge i510 Vehicle Navigation Mount | Droid Charge i510 Spare Battery and Charging System | Droid Charge i510 Standard Battery | Droid Charge i510 Standard Battery Cover |
|---|---|---|---|
| ECS-V994BEGSTA | ET-CGPK001GSTA | EB504465IZBSTD | EBC-994SBZBSTD |
| (0) | (0) | (0) | (0) |
| $49.99 | $49.99 | $39.99 | $9.99 |
| SHOP  Learn More | SHOP  Learn More | SHOP  Learn More | SHOP  Learn More |




## Dazzle Your Devices

Skin all your devices with cool designs or your very own photos.

Shop Skinit®

## For Owners

**Owner's Manual** — Download the PDF

**Warranty** — Find out what's covered.

**How-to Guides** — Get the most out of every feature.

**Visit Support page** — Get help and learn more.

**Troubleshooting** — Help with any issues, big or small.

**Register this Product** — Exclusive owner benefits.

LTE is a trademark of ETSI. 4G LTE as used in connection with the Droid Charge by Samsung refers to the Droid Charge operating on Verizon Wireless 4G LTE network. Coverage not available everywhere.DROID is a trademark of Lucasfilm Ltd. and its related companies. Used under license.Android, Google Maps, Google Goggles, and Android Market are trademarks of Google, Inc. Talk times will vary depending on phone usage patterns and conditions. Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls, and voice, data, and other application usage patterns.Screen images simulated. Appearance may vary.



Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |

| News | DVD Players | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
|---|---|---|---|---|---|---|
| Follow Us | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | | | Monitors | Ranges | Articles |
| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | P  Like  624k | LED Lighting | Shopping guides |
| | | | | | Media Players | | | Memory & Storage | | Contact us |

Search

Copyright © 1995-2012 SAMSUNG All rights reserved.