Exhibit 21

NEWS   ABOUT SAMSUNG   LOGIN

Search 🔍

SHOP PRODUCTS                    BUSINESS SOLUTIONS              CONNECTED LIVING

MY ACCOUNT                       SUPPORT

Home > Cell Phones > Marketplace >

## Droid Charge Smartphone

SCH-I510            512 REVIEWS

Tweet 110     Like 1.5k     SHOP

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## 3 Online Retailers





### See Website for Price

**$49.99**    with new contract

**$49.99**    with contract extension

**IN STOCK**

---

**$699.99**
See Website

**$49.99**
with new contract

**$49.99**
with contract extension

**IN STOCK**

---

**$499.99**
See Website

**$99.99**
with new contract

**IN STOCK**

## Stores Near You

Stores Near: 94105, CA



Please call the store first to check actual availability of this item.

---

637 HOWARD ST.
San Francisco, CA 94105
(415) 957-1688
**Call for Availability**
Get Directions                              0.4 miles

---

199 Pine St
San Francisco, CA 94111
(415) 984-0360
**Call for Availability**
Get Directions                              0.5 miles

---

768 Market St
San Francisco, CA 94102
(415) 402-0640
**Call for Availability**
Get Directions                              0.8 miles

---

648 JACKSON STREET
San Francisco, CA 94133
(415) 788-1688
**Call for Availability**
Get Directions                              1.0 miles

---

Stores: 1 - 4 of 10 total                              1, 2, 3,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



**About Samsung**
Careers
Sustainability
News
Investor Relations

**TV + Video**
TVs
Blu-ray &
DVD Players
Home Theater
Systems

**Mobile**
Cell Phones
Tablets
Cell Phone
Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

Find product support
Register your product
Product recycling
Owner benefits
Articles
Shopping guides
Contact us

Search



Follow Us:

Business    Apps    Privacy    Legal    Sitemap    RSS       USA / English      4.7k    Like    624k

Copyright © 1995-2012 SAMSUNG All rights reserved.