Exhibit 22

NEWS  ABOUT SAMSUNG  LOGIN

Search

**SHOP PRODUCTS**       **BUSINESS SOLUTIONS**        **CONNECTED LIVING**

**MY ACCOUNT**          **SUPPORT**

Home > Cell Phones >

Samsung Epic™ 4G Android Smartphone

SPH-D700           1308 REVIEWS

Tweet  82        Like  4.8k           SHOP

OVERVIEW    FEATURES    SPECS    GALLERY    REVIEWS    ACCESSORIES    SUPPORT

Android 2.3 Platform

Super AMOLED Touchscreen

Full Suite of Entertainment On-The-Go

Swype® Text Input Technology

Please check with an authorized Samsung retailer for price information

SHOP



Print This

## Product Features

### Android 2.3 Platform

Google Play™: 250,000 apps and rising. Here you'll find useful apps for every aspect of your life – from popular games to travel guides to financial tools., the WiFi-enabled Epic 4G gives you Gmail, YouTube, Google Maps, Google Search and other great Google Mobile apps – not to mention the rest of the Web – at a touch. Speaking of Google Search, use voice-activated search to tell the Epic 4G what you're searching for and watch it serve up results based on your location (when GPS is enabled).

### Super AMOLED™ Touchscreen

The Samsung Epic paints a bright picture for movie lovers with a spacious 4-inch Super AMOLED display. The anti-reflective, anti-smudge and anti-scratch screen delivers vivid, colorful and crystal-clear resolution for the best HD-like viewing experience – even outdoors on a bright and sunny day – for an ultra brilliant performance every time. The Super AMOLED screen also uses less power for improved battery life.

### Green guides show you the way

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.

SPH-D700 Epic Virtual User Guide - ENGLISH

### Full Suite of Entertainment On-The-Go

It's not just what you want in a smartphone, but on it, too. The Epic 4G is Samsung Media Hub-Ready (coming soon), so you'll be able to watch everything from art house cinema to popcorn flicks on it. Create your own masterpieces with the 5.0MP camera & camcorder with auto-focus, flash and 720p video recording. It comes with a free 16GB memory card, and can hold up to 32GB – fill 'er up with MP3s, Amazon e-books and zippy apps.

## Specifications

Carrier
**Sprint**

Color
**Black**

Platform
**Android 2.3, Gingerbread OS**

Display
**Display Size: 4.0"**

Display
**Display Technology: Super AMOLED™**

Camera
**Rear-facing Camera Resolution: 5.0 MP**

Camera
**Digital Optical Zoom: 4x**

See Full Specs

## The Galaxy S Epic 4G

## Your Phone, Powered by Google

The Android Mobile OS turns your



phone into a powerful web browser, entertainment center, personal assistant and more.

Learn More

### Brighter and Better Screens With AMOLED



The screens on the Galaxy S phones are not only sharper and glare-free, but also consume less power than traditional touch screens. **See the brilliance of AMOLED.**

Introducing cinema-quality entertainment in the palm of your hand.

## Owner Reviews  See All

**Overall:**  **Features:**  **Performance:**  **Design:**  **Value:**

### "Amazing!"

This is one of the best phones out there. Hasn't failed me yet!…Read More »

**AndroidFan200** on June 02, 2012

### "Overall a great phone to have!"

When i first got the phone i wasn't to sure if i was going to keep it or not. But the more i started to browse around on it, the more i started to love it. And the reason why is because i work and go to school. And it helps me plan and stay up to date with every aspect of my life the features are wo…Read More »

**EWlovmyphone** on January 26, 2012

### "AWESOME"

This phone rocks. My wife got the evo shift and that phone is a piece of junk compared to the epic. I know my next phone will be of course a samsung galaxy class phone.…Read More »

**EPICrules** on January 03, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## Accessories  See All



**Galaxy S d700 Desktop Dock & Wall Charger**
ECR-D982BEGSTA
(10)
$39.99
SHOP    Learn More



**Galaxy S d700 Vehicle Navigation Mount**
ECS-M982BEGSTA
(1)
$49.99
SHOP    Learn More



**Galaxy Spare Battery and Charging System 1500 mAh**
ET-CHGPKNVGSTA
(6)
$49.99
SHOP    Learn More



**Galaxy S Standard Battery (1500mAh)**
EB575152VABSTD
(0)
$39.99
SHOP    Learn More

Man of Many Devices
## Head in the Clouds



**Harness the power of cloud computing.**

## Dazzle Your Devices



**Skin all your gear with unique designs.**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.



Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:   

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k |  Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |