# Exhibit 23

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS            BUSINESS SOLUTIONS             CONNECTED LIVING

MY ACCOUNT              SUPPORT

Home > Cell Phones > Marketplace >

Samsung Epic™ 4G Android Smartphone                       Tweet  82    Like  4.8k       SHOP

SPH-D700          1308 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## 4 Online Retailers

## Stores Near You           Stores Near: 94105, CA



See Website for Price
$49.99   with contract extension
$49.99   with new contract

IN STOCK



2000 feet       500 m

Please call the store first to check actual availability of this item.

See Website                  IN STOCK
$99.99
with new contract

388 Market Street # 105
San Francisco, CA 94111
(415) 677-0190                 0.4 miles
Call for Availability
Get Directions

See Website                  IN STOCK
$49.99
with new contract
$49.99
with contract extension

300 Pine St
San Francisco, CA 94104
(415) 986-8485                 0.6 miles
Call for Availability
Get Directions

See Website                  IN STOCK
with free shipping

652 Market St
San Francisco, CA 94104
(415) 986-1004                 0.6 miles
Call for Availability
Get Directions

821 Folsom St
Ste 102
San Francisco, CA 94107
(415) 861-6888                 0.7 miles
Call for Availability
Get Directions

Stores: 1 - 4 of 10 total                                   1, 2, ,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us: 

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |