Exhibit 25

NEWS  ABOUT SAMSUNG  LOGIN

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS               CONNECTED LIVING

MY ACCOUNT             SUPPORT

Home > Cell Phones > Marketplace >

Samsung Exhibit™ 4G Android Smartphone

SGH-T759          147 REVIEWS

Tweet 21    Like 432    SHOP

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## 3 Online Retailers





See Website for Price

IN STOCK



| | See Website | IN STOCK |
| --- | --- | --- |
| | $0.00 with new contract | |
| | $99.99 with contract extension | |
| | See Website with free shipping | IN STOCK |

## Stores Near You

Stores Near: 94105, CA





10 miles    20 km

Please call the store first to check actual availability of this item.



8400 Edgewater Dr
Oakland, CA 94621
(510) 430-9606              13.9 miles
**In Stock**
Get Directions

1400 Hilltop Mall Rd
Richmond, CA 94806
(510) 669-1342              14.0 miles
**In Stock**
Get Directions



1919 Davis St
San Leandro, CA 94577
(510) 569-0200              15.8 miles
**In Stock**
Get Directions

15555 Hesperian Blvd
San Leandro, CA 94579
(510) 351-0108              19.4 miles
**Out of Stock**
Get Directions

Stores: 1 - 4 of 5 total                                   1, 2,

Case 5:11-cv-01846-LHK Document 1206-17 Filed 07/10/12 Page 3 of 3

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |