# Exhibit 26

Case 5:11-cv-01846-LHK   Document 1206-18   Filed 07/10/12   Page 2 of 4

NEWS | ABOUT SAMSUNG | LOGIN



SHOP PRODUCTS        BUSINESS SOLUTIONS        CONNECTED LIVING

MY ACCOUNT           SUPPORT

Home > Cell Phones > Features >

Tweet    Like 3.5k    SHOP ▶

Galaxy S™ 4G Android Smartphone

SGH-T959V   ★★★★★ 604 REVIEWS



OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

## Features

Find in a Store ▶

## Specifications

### Faster Downloads, Uploads and Web Browsing at 4G Speeds

You're never without a range of instant and endless entertainment options when you have your Galaxy S™ 4G. Download and immediately start watching all your favorite movies and TV shows from the Samsung Media Hub. Video games and websites with Flash content are never a problem. With expandable memory of up to 32GB and a larger battery, you will easily have plenty of space and time to enjoy all your favorite pictures and media.



**Carrier**
- T-Mobile

**Size**
- Product Dimensions: 4.82" (L) x 2.54" (W) x 0.39" (D)
- Weight: 4.16 oz.

**Color**
- Charcoal Gray

### Video Chats without Buffering

Stay constantly connected with friends and family from practically anywhere, thanks to the front facing camera with QIK, the popular video chat app from Skype specifically for Android OS based devices. And there's no need for any buffering with T-Mobile's all new 4G network, perfect for video chats. The Galaxy S™ 4G's 5.0 Megapixel rear facing camera shoots sharp photos and HD videos with excellent resolution.



**Battery**
- Standby Time: Up to 400 Hours*
- Continuous Usage Time: Up to 6.5 Hours*
- Battery Type and Size: Lithium Ion, 1650mAh

**Network**
- Frequencies and Data Type: HSDPA 21Mbps/HSUPA 5.76Mbps
- SAR Value: Head 0.90 W/kg
- SAR Value: Body 1.23 W/kg

**Platform**
- Android 2.3, Gingerbread OS

### Green guides show you the way

In an effort to provide our customers with the latest in technology and the best user-experience, we've provided an new environmental-friendly alternative to a printed paper guide. Virtual Guides provide a "one-stop" support experience with everything from User Guides, Support Videos, Commercials, and Simulations. Take the our next step in going green.



**CPU / Processor**
- Processor Speed, Type: 1GHz, Cortex A8 Hummingbird Application Processor, Samsung

SGH-T959V Galaxy S 4G Virtual User Guide – ENGLISH

**Display**
- Display Resolution: 480x800 Pixels
- Display Size: 4.0"
- Display Technology: Super AMOLED™
- Has Touchscreen

### 1.0 GHz Processor for Accelerated Multitasking

The Galaxy S™ 4G comes equipped with a powerful 1.0GHz processor to keep all your apps and programs humming. Combine this lightning fast processing power with T-Mobile's 4G network, and you have a phone that's as speedy as it is smart. To kick-start your entertainment experience, your Galaxy S™ 4G comes with the hot new movie "INCEPTION" pre-loaded on a microSD for instant

**User Interface**
- User Interface Features: Widgets; Accelerometer



viewing!

### Responsive and Brilliant Super AMOLED™ Display



With rich, vivid colors and brilliant detail, the large 4" Super AMOLED™ display gives you a superior viewing experience of movies, videos, and gaming. And the screen is smooth and fluid to the touch when navigating between apps and websites. The Android 2.2 Froyo operating system is a new and improved Android platform, which transforms your device into a mobile hotspot, allows for Wi-Fi calling and has over 70,000 apps available at your fingertips.

### Camera
- Rear-facing Camera Resolution: 5.0 MP
- Front-facing Camera Resolution: 1.3 MP
- Digital Optical Zoom: 4x
- Camera Features: Auto Focus; Shot Modes: Multi, Panorama, Selftimer, Effects, Smile Shot; Geo-tagging; Editing Modes; Camcorder; HD Recording; HD Playback; TV-Out; Online Image Uploading

### Audio
- Audio Features: Music Player; Compatible Music Files: AAC, AAC+, eAAC, MIDI, MP3, MPEG 4, WMA, WAV; Audio, Streaming; Ringtones, Polyphonic 40-tone; MP3/Music Tones

### Video
- Video Features: Video Player; Compatible Video Files: 3GPP, H.264, H.263, MPEG4, WMV; Video, Streaming

### Fun and Entertainment
- Fun and Entertainment Features: Downloadable Content; Wallpapers, Animated; Samsung Media Hub

### Business & Office
- Business & Office Features: Microsoft® OfficeCompatible; vCard/vCalendar; Voice Memo; Smart Search

### Messaging Options
- Messaging Options: Email; Corporate Email; Picture Messaging; Text Messaging; Instant Messaging; Threaded/ChatStyle; Video Messaging; Swype™; Predictive Text (/XT9®)

### Connectivity
- Connectivity: Bluetooth®; Bluetooth® Profiles: A2DP, BPP, DUN, FTP, HFP 1.5,HSP, OPP, SPP;Wi-Fi; Wi-Fi Hotspot; HTML Browser; Flash®; Java™; GPS

### Memory
- Internal Memory: 512MB
- External Memory: Supports up to 32GB

microSD™ card

**Calling Functions**

- Calling Functions: Speakerphone; Voice Recognition; Voicemail; Visual Voicemail; Speech-to-text; Text-to-speech; Picture Caller ID; Multitasking; Call Restrictions; Hearing Aid Compatible (HAC); Airline Mode

Features and specifications are subject to change without prior notification



Who We Are

About Samsung
Careers
Sustainability
News
Investor Relations

What We Make

TV + Video
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

Mobile
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

Photo
- Cameras
- Camcorders
- SD Cards

Computing
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

Home Appliances
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

How can we help you?

- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us

Follow Us:

Business  |  Apps  |  Privacy  |  Legal  |  Sitemap  |  RSS  |  USA / English      Like 624k

Copyright © 1995-2012 SAMSUNG All rights reserved.