Exhibit 27

NEWS| ABOUT SAMSUNG| LOGIN
Search

SHOP PRODUCTS BUSINESS SOLUTIONS CONNECTED LIVING MY ACCOUNT SUPPORT

Home >Cell Phones >Marketplace >

Tweet 102 Like 3.5k SHOP ▸

## Galaxy S™ 4G Android Smartphone

SGH-T959V ★★★★★ 604 REVIEWS

OVERVIEW | FEATURES | SPECS | GALLERY | REVIEWS | ACCESSORIES | SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## Available at 1 Retailers

Walmart

IN STOCK

VISIT SITE ▸

## Stores Near You

Stores Near: 94066, CA

Please call the store first to check actual availability of this item.

| | | | |
|---|---|---|---|
| 1 | Walmart | 8400 Edgewater Dr<br>Oakland, CA 94621<br>(510) 430-9606<br>**In Stock**<br>Get Directions | 18.4 miles |
| 2 | Walmart | 1919 Davis St<br>San Leandro, CA 94577<br>(510) 569-0200<br>**Out of Stock**<br>Get Directions | 18.9 miles |
| 3 | Walmart | 15555 Hesperian Blvd<br>San Leandro, CA 94579<br>(510) 351-0108<br>**In Stock**<br>Get Directions | 21.5 miles |
| 4 | Walmart | 30600 Dyer St<br>Union City, CA 94587<br>(510) 475-5915<br>**Out of Stock**<br>Get Directions | 25.4 miles |

Stores: 1 - 4 of 5 total 1, 2,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.

Digital River POWERED BY PRICESPIDER

## Who We Are

About Samsung
Careers
Sustainability
News
Investor Relations

## What We Make

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

## How can we help you?

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Search

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English +1 4.6k Like 624k

Copyright © 1995-2012 SAMSUNG All rights reserved.



