# Exhibit 28

NEWS | ABOUT SAMSUNG | LOGIN



SHOP PRODUCTS

BUSINESS SOLUTIONS

CONNECTED LIVING

MY ACCOUNT

SUPPORT

Home > Cell Phones > Features >

Tweet     Like  4.4k     SHOP ▸

Samsung Galaxy S™ II, Epic™ 4G Touch (Black)

SPH-D710     ★★★★★  881 REVIEWS

OVERVIEW   |   FEATURES   |   SPECS   |   GALLERY   |   REVIEWS   |   ACCESSORIES   |   SUPPORT

## Features

Find in a Store ▸

## Specifications

### A faster phone on a 4G network

The fastest, state-of-the-art networks are 4G, so naturally, the Epic™ 4G Touch is designed for speed. With 4G, every download, upload, app, game, connection and feature runs almost as fast as you can push the button.

### The brightest, most colorful screen

The Epic™ 4G Touch has a spacious 4.52" Super AMOLED™ Plus Screen that's preferred 2 to 1 in side by side tests with the current leading smartphone†. Notice we said "current," because when you see the deeper, richer color with unmatched detail and contrast, you're going to want your very own Epic™ 4G Touch. The secret is that the Super AMOLED™ Plus has the ability to deliver brilliant colors with the most contrast, providing a vivid and crisp viewing experience. It's a visual treat you won't get from other screens. You don't even have to be directly in front of it to see a perfect image, thanks to its superior viewing angle. It's the best. That's right. We said it. It's the best.

Watch Video >>



### A faster phone with a 1.2 GHz dual core processor

We've virtually eliminated waiting and disruptions by installing a 1.2 GHz dual core processor. And with the 4G network, movies don't stall, websites don't drag and time never stands still.

### Entertaining with movies and TV shows

With Samsung Media Hub, thousands of hit movies and TV shows are under your control and ready to watch. And of course, they look awesome on our big, beautiful screen. So now you have the power to demand the kind of entertainment you want at the moment. Thanks to progressive download optimized for mobile phones, you can begin watching movies in seconds. If you love gaming, Media Hub also offers console like gaming experience* with a wide selection of the most popular games – even those based on Adobe® Flash® Technology.



### Shoot super sharp photos and videos

The rear facing camera is an amazing 8 MP

**Carrier**
- Sprint

**Size**
- Product Dimensions: 5.11" (L) x 2.74" (W) x .38" (D)
- Weight: 4.6 oz.

**Color**
- Vortex Black

**Battery**
- Standby Time: 10.5 Days
- Continuous Usage Time: up to 8.7 hours**
- Battery Type and Size: 3.7 Volt, Lithium Ion, 1800mAh

**Network**
- Frequencies and Data Type: 1900/800 mHz CDMA, 2.5 Ghz WiMAX
- SAR Value: Head 0.4 W/kg
- SAR Value: Body 0.54 W/kg

**Platform**
- Android 2.3.4, Gingerbread

**CPU / Processor**
- 1.2 GHz, Dual Core (Samsung Exnyos C210)

**Display**
- Display Resolution: 800x480 Pixel
- Display Size: 4.52"
- Display Technology: Super AMOLED Plus

**User Interface**
- Widgets, TouchWiz 3.0, Social Hub, Accelerometer, Supported Languages: Spanish



1080p camera for shooting super sharp photos and videos. With a cable, you can output your games, videos and Media Hub movies to your HD TV for another level entertainment. As for video chat, real communication is nonverbal. Expressions and gestures tell you more than just the voice alone. The Epic™ 4G Touch has a 2 MP front facing camera so you can look the person directly in the eye.

Check out our camera tips and tricks and start enjoying dazzling, detail-rich photos in a snap.

### Sync and share digital content with AllShare™
Transform your digital living experience by enjoying your content on multiple screens, anytime, anywhere. You can wirelessly stream your movies, music and photos from your smartphone, or tablet to your Smart TV, PC and to other DLNA Certified® devices. Samsung AllShare™ seamlessly puts your music, memories and videos in harmony.

Watch Video >>

### Optimized for business
Epic 4G Touch supports Exchange ActiveSync® for push email, contacts, and calendars, along with features like global address lookup (GAL), HTML email view, and the ability to create and respond to meeting requests. And if you need to send or request documents while you're out of the office, Galaxy S II can handle that with Polaris™ Office, which lets you view, edit, and create Microsoft®-compatible documents, spreadsheets, and presentations.

This device also offers Security and IT departmental control via device management, on-device encryption and remote lock and wipe. Another handy travel feature is the Sprint Hotspot, which lets you wirelessly share your internet connection during a meeting or a workshop with up to eight other devices.

Learn more about The S.A.F.E.™ Solution: Samsung Approved For Enterprise™.

*Available when a software update is made available.

**Battery power consumption depends on factors such as network configuration, signal strength, operating temperature, features selected, vibrate mode, backlight settings, browser use, frequency of calls and voice, data and other application usage patterns.

†Based on a blind test administered by Strategy Analytics.

BRIGHTEST, MOST COLORFUL screen based on a blind test administered by Strategy Analytics.

Screen images simulated. Appearance of device may vary. Some features may not be available in all areas. "4G" used in conjunction with a Samsung product refers to it operating with the identified carrier's applicable 4G network. Android and Google Play are trademarks of Google, Inc. Adobe and Flash are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Other company and product names mentioned herein may be trademarks of their respective owners.

**Camera**
- Rear-facing Resolution: 8.0 MP
- Front-facing Camera Resolution: 2.0 MP
- Digital Optical Zoom: 4x
- Camera Features: Auto Focus, Shot Modes: Action, Beauty, Cartoon, Panorama, Single, Smile, Geo-tagging, Editing Modes, Camcorder, DivX®, HD Recording, HD Playback (only via adaptor optional accessory), Video Share, TV-Out (only via adaptor optional accessory), Online Image Uploading (Picasa)

**Audio**
- Music Player; Compatible Music Files: AAC, AMR, AWB, M4A, MID, MP3, OGG; Audio, Streaming; Ringtones, Polyphonic: 40-levels; MP3/Music Tones

**Video**
- Video Player; Compatible Video Files: H.264, H.263, MP4; Video, Streaming

**Fun and Entertainment**
- Downloadable Content; Wallpapers, Animated; Samsung Widget Gallery; Samsung Media Hub

**Business & Office**
- Microsoft® Office Compatible: Polaris; vCard/vCalendar; Smart Search

**Messaging Options**
- Email, Corporate Email, Picture Messaging, Text Messaging, Instant Messaging, Threaded/ChatStyle Messages, Video Messaging, Swype™, Predictive Text (T9®/XT9®)

**Connectivity**
- Bluetooth®; Bluetooth® Profiles: A2DP, AVRCP, GAVDP, HFP 1.5, HSP, MAP, OPP, PBAP; WiFi®; WiFi® Hotspot; WiMAX; HTML Browser, WAP, Flash®, Java™, GPS

**Memory**
- 16GB Internal Memory
- External Memory: Supports up to 32GB microSD™ card

**Calling Functions**
- Speakerphone, Voice Recognition, Voicemail, Visual Voicemail, Speechtotext, Text-to-speech, Etiquette/Gesture Mode, MusicID, Picture Caller

ID, Multitasking, Push to Talk, Call Restrictions, Hearing Aid Compatible (HAC): T3, TTY, Airline Mode

Features and specifications are subject to change without prior notification



Who We Are
- About Samsung
- Careers
- Sustainability
- News
- Investor Relations

What We Make

TV + Video
- TVs
- Blu-ray & DVD Players
- Home Theater Systems

Mobile
- Cell Phones
- Tablets
- Cell Phone Accessories
- Laptops
- Chromebook
- Media Players

Photo
- Cameras
- Camcorders
- SD Cards

Computing
- Laptops
- All-in-One PCs
- Tablet PCs
- Chromebook
- Monitors
- Printers
- Memory & Storage

Home Appliances
- Washers & Dryers
- Refrigerators
- Microwaves
- Dishwashers
- Ranges
- LED Lighting

How can we help you?
- Find product support
- Register your product
- Product recycling
- Get downloads
- Owner benefits
- Articles
- Shopping guides
- Contact us

Follow Us:

Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English    Like 624k

Copyright © 1995-2012 SAMSUNG All rights reserved.

http://www.samsung.com/us/mobile/cell-phones/SPH-D710ZKASPR-features[7/9/2012 9:03:23 PM]