Exhibit 29

NEWS  ABOUT SAMSUNG  LOGIN

Search

SHOP PRODUCTS                BUSINESS SOLUTIONS                CONNECTED LIVING

MY ACCOUNT                   SUPPORT

Home > Cell Phones > Marketplace >

Tweet  212    Like  4.4k    SHOP

### Samsung Galaxy S™ II, Epic™ 4G Touch (Black)

SPH-D710           881 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## 3 Online Retailers



Sprint

**See Website for Price**

**$99.99**    with new contract

**IN STOCK**

BEST BUY

**See Website**

**$99.99**
with new contract

**$99.99**
with contract extension

IN STOCK

Walmart
Save money. Live better.

**See Website**

IN STOCK

## Stores Near You

Stores Near:  94105, CA



Please call the store first to check actual availability of this item.

Sprint
388 Market Street # 105
San Francisco, CA 94111
(415) 677-0190
**Call for Availability**
Get Directions
0.4 miles

Sprint
300 Pine St
San Francisco, CA 94104
(415) 986-8485
**Call for Availability**
Get Directions
0.6 miles

Sprint
652 Market St
San Francisco, CA 94104
(415) 986-1004
**Call for Availability**
Get Directions
0.6 miles

Sprint
821 Folsom St
Ste 102
San Francisco, CA 94107
(415) 861-6888
**Call for Availability**
Get Directions
0.7 miles

Stores: 1 - 4 of 15 total                              1, 2, 3, 4,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



**About Samsung**
Careers
Sustainability
News
Investor Relations

**TV + Video**
TVs
Blu-ray &
DVD Players
Home Theater
Systems

**Mobile**
Cell Phones
Tablets
Cell Phone
Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Search

Follow Us:

Business    Apps    Privacy    Legal    Sitemap    RSS         USA / English     4.7k     Like     624k                    Copyright © 1995-2012 SAMSUNG All rights reserved.