# Exhibit 30

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS            CONNECTED LIVING

MY ACCOUNT             SUPPORT

Home > Cell Phones >

Samsung Gravity® SMART QWERTY Cell Phone                Tweet 19    Like 250        SHOP

SGH-T589            84 REVIEWS

OVERVIEW    FEATURES    SPECS    GALLERY    REVIEWS    ACCESSORIES    SUPPORT

Fun and Innovative Messaging

Easy Social Networking

Now with Android™ 2.2, Froyo

Multimedia Powerhouse

Please check with an authorized Samsung retailer for price information

SHOP



Print This

## Product Features

See All Features ▶

### Modern Messaging Made Easy.

These days, messaging is a lot more than sending a text. The Samsung Gravity® SMART comes with a ton of fun and useful ways to bring you to the forefront of modern messaging and communication. Do you like to get the word out quickly? You have the choice of a slide-out QWERTY keyboard or SWYPE™ technology on the touchscreen. Would you like to simplify your life? We have that covered, too. Group Text lets you include the whole group in one message, and everyone can see each group member's reply, even if you don't have a Gravity® SMART! Emoticons give you a quick way to add some fun and share your feelings to your text messages. Pin-it notes allow you to pin important texts on your home screen. And the full HTML browser makes it easy to post to your favorite social networking sites.

### Social Animals Will Eat This Up.

Thanks to the Android and the Samsung Gravity® SMART, you'll always be right in the center of your virtual social circle. Just a touch on the big, bright, beautiful 3.2" touchscreen and you're on Facebook, Twitter, MySpace or many more social networking sites. The full browser lets you easily check out your friends' updates and photos. If you're up for being social in person, bring your friends to you with the pre-loaded location sharing apps, Latitude and Glympse.

### The Most Popular Platform in the World.

This Samsung smartphone is smart enough to include the widely popular, widely acclaimed Android™ 2.2, Froyo operating system. That means you get to enjoy over 200,000 apps on the Google Play™ and the seamless integration of Google Mobile™ Services like Google Navigation, Google Places and Google Voice Search. And if you're a fan of Wi-Fi (and who isn't), the Gravity® SMART lets you take full advantage with Wi-Fi calling and Mobile Hotspot capabilities. In other words, you'll be very connected.

### Hello, Gravity® SMART . Good-bye, Boredom.

The Samsung Gravity® SMART is not just a phone; it's an entertainment powerhouse. Under the hood, you get a crazy-fast 600MHz processor for faster and smoother streaming, downloading, playing and gaming. It comes pre-loaded with some of your favorite games – Uno, Tetris and Bejeweled 2. If you'd rather create your own fun, you'll have our 3MP camera and camcorder, with easy touchscreen access to your favorite photo management apps including Flickr, Kodak, Snapfish and Photobucket (pre-loaded).

## Specifications

Carrier
T-Mobile

Color
Berry Red , Sapphire Blue, Lunar Grey

Platform
Android 2.2, Froyo

Display
3.2" Display

Display
16M TFT

Camera
3.0 Megapixel

Camera
3x Digital Zoom

See Full Specs

## Owner Reviews  See All

Overall:                              Features:                  Performance:                   Design:                      Value:

### "great smartphone"   "Love My Gravity Smart"   "Samsung Gravity Smart"        Like it? A lot? A little? Tell us.

This is my first smartphone and I love it. My husband has a iphone and I wouldn't trade if he wanted too. Can't go wrong with this choice.…Read More »

**Hunana** on September 05, 2011

I love this phone. I love sansumg products . My last 3 phone have been in the Samsung Gravity Line of phone. I have had the Gravity 2, Gravity Touch now the Gravity Smart.…Read More »

**sistablkluv** on August 24, 2011

I have been a fan of samsung phones for a long time. I started out with a very old samsung phone and when the Gravity came out I was excited yet a little skeptical. I like the fact that it came in blue my favorite color which is very rare indeed. Me and this phone started to have a like friendship a…Read More »

**kandiegurl86** on October 19, 2011

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## Accessories  See All



**Standard Battery (1500mAh)**
EB484659VABSTD
(0)
$39.99
SHOP          Learn More



**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
(0)
$19.99
SHOP          Learn More



**Travel Charger (Micro USB)**
ATADU10JBEBSTD
(6)
$19.99
SHOP          Learn More



**Travel Charger (Detachable with USB to Micro USB Cable)**
ETA0U60JBEGSTA
(0)
$24.99
SHOP          Learn More



Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

Follow Us:

| TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|
| About Samsung | | | | | |
| Business  Apps | Privacy  Legal | Sitemap  RSS | USA / English  eras  4.7k  L  Like  624k | Washers & Dryers | Copyright © 1995-2012 SAMSUNG. All rights reserved. |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search