# Exhibit 31


NEWS ABOUT SAMSUNG LOGIN

Search

SHOP PRODUCTS BUSINESS SOLUTIONS CONNECTED LIVING

MY ACCOUNT SUPPORT

Home > Cell Phones > Marketplace >

Tweet 19 Like 250 SHOP

Samsung Gravity® SMART QWERTY Cell Phone

SGH-T589 84 REVIEWS

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

# Available at 1 Retailers

T··Mobile

**See Website for Price**

**IN STOCK**

# Stores Near You

Stores Near: 94105, CA

Please call the store first to check actual availability of this item.

1 T··Mobile
845 MARKET ST STE 9204
SAN FRANCISCO, CA 94103
(415) 546-0239 1.0 miles
**Call for Availability**
Get Directions

2 T··Mobile
50 Powell St
San Francisco, CA 94102
(415) 391-4623 1.0 miles
**Call for Availability**
Get Directions

3 T··Mobile
989A MARKET ST
SAN FRANCISCO, CA 94103
(415) 975-9813 1.2 miles
**Call for Availability**
Get Directions

4 T··Mobile
450 10TH ST
SAN FRANCISCO, CA 94103
(415) 861-1950 1.7 miles
**Call for Availability**
Get Directions

Stores: 1 - 4 of 5 total 1, 2,

Find prices, local retailers and online retailers for Samsung SGH-T589... http://www.samsung.com/us/mobile/cell-phones/SGH-T589HBBTMB-buy

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.

POWERED BY
PRICESPIDER

About Samsung
Careers
Sustainability
News
Investor Relations

**TV + Video**
TVs
Blu-ray & DVD Players
Home Theater Systems

**Mobile**
Cell Phones
Tablets
Cell Phone Accessories
Laptops
Chromebook
Media Players

**Photo**
Cameras
Camcorders
SD Cards

**Computing**
Laptops
All-in-One PCs
Tablet PCs
Chromebook
Monitors
Printers
Memory & Storage

**Home Appliances**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
LED Lighting

Find product support
Register your product
Product recycling
Get downloads
Owner benefits
Articles
Shopping guides
Contact us

Search

Follow Us:

Business Apps Privacy Legal Sitemap RSS USA / English 4.7k Like 624k

Copyright © 1995-2012 SAMSUNG All rights reserved.

2 of 2