# Exhibit 32

NEWS  ABOUT SAMSUNG  LOGIN

Search

**SHOP PRODUCTS**    **BUSINESS SOLUTIONS**    **CONNECTED LIVING**

**MY ACCOUNT**    **SUPPORT**

Home > Cell Phones >

Samsung Mesmerize™ i500 (U.S. Cellular) Android Smartphone

Tweet 48    Like 1.9k    SHOP

SCH-I500    410 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Galaxy S with Android™ 2.1 OS

Ultra-slim Design

4.0" Super AMOLED Touch Screen Display

Loaded with Multimedia and Entertainment Features

Please check with an authorized Samsung retailer for price information

SHOP



Print This

## Product Features

**Galaxy S with Android™ 2.1 OS**

Do you want the whole world in your hands? How about the whole universe? Tens of thousands of apps populate Google Play™-- everything from popular games to productivity tools to constellation maps. Powered by the latest Android platform(and upgradeable to 2.2), this phone fully integrates with Google Mobile Services. You're now at one with your Gmail account, Google Maps, YouTube videos and more.



**Ultra-slim Design**

It's amazing how much technical wizardry fits into such a sleek package, less than half an inch thick.

**4.0" Super AMOLED Touch Screen Display**

This brilliant screen gives you sharp, cinema quality images, even in bright sunlight. It eliminates the need to find a dark place to read your screen. And it's super sensitive to the slightest touch of your finger.

## Specifications

Carrier
U.S. Cellular

Color
Mirror Black

Platform
Android 2.1

Camera
5.0 Megapixel

Camera
4x digital Zoom

See Full Specs

## Owner Reviews  See All

**Overall:**                                    **Features:**                    **Performance:**                  **Design:**                      **Value:**

### "Samsung Mesmerize"

I like the large and bright display, the virtual keyboard, the slim design, the large keys on the keypad, the clear sound, the Android apps, the sync features, and the camera. It has fast performance, is user friendly, and is easy to customize.…Read More »

**CityGirl** on May 04, 2012

### "Great phone, easy to use"

this is my second android phone and i am loving them. i use it all the time at work and home. my phone tends to be faster to look things up on line than my work computers! it does freeze sometimes and everyone once in a while the touch screen wont respond right a way but i still like it over my old …Read More »

**dunwildranch** on February 12, 2012

### "Great Phone"

It has a really good phone, I like that I can ready books on it and my kindle fire and still be on the same page with both. It has great features. This my first smart phone and so far I am really happy with it.…Read More »

**FeelingNuts** on February 10, 2012

### Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

---

## Accessories  See All






**Galaxy S i500 Desktop Dock & Wall Charger**
ECR-D985BEGSTA
(10)
$29.99
SHOP    Learn More

**Galaxy S i500 Spare Battery and Charging System**
ET-CHGPKVOGSTA
(2)
$49.99
SHOP    Learn More

**Galaxy S i500 Standard Battery (1500mAh)**
EB575152YZBSTD
(0)
$39.99
SHOP    Learn More

**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
(0)
$19.99
SHOP    Learn More

---

### Better Audio. Awesome App.
From mono voice calls to crisp stereo, the HM6450 offers advanced noise cancellation, Android app compatibility and more. See its superior specs.   Read the rave review.



### For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |