# Exhibit 33

Find prices, local retailers and online retailers for Samsung SCH-I500R... http://www.samsung.com/us/mobile/cell-phones/SCH-I500RKAUSC-buy
Case 5:11-cv-01846-LHK   Document 1206-25   Filed 07/10/12   Page 2 of 3

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS                BUSINESS SOLUTIONS                CONNECTED LIVING
MY ACCOUNT                   SUPPORT

Home > Cell Phones > Marketplace >

Samsung Mesmerize™ i500 (U.S. Cellular) Android Smartphone

Tweet 48    Like 1.9k    SHOP

SCH-I500        410 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## Available at 1 Retailers





See Website for Price

IN STOCK

## Stores Near You

Stores Near: 94105, CA



50 miles   50 km

Please call the store first to check actual availability of this item.



14896 Olympic Dr. Burns Valley
CLEARLAKE, CA 95422
**Call for Availability**
Get Directions

82.8 miles



1393 North State Street
UKIAH, CA 95482
**Call for Availability**
Get Directions

110.9 miles

Stores: 1 - 2 of 2 total                                                                 1,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Follow Us:

Search

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |