# Exhibit 34

Case 5:11-cv-01846-LHK   Document 1206-26   Filed 07/10/12   Page 2 of 4

NEWS  ABOUT SAMSUNG  LOGIN

Search

**SHOP PRODUCTS**      **BUSINESS SOLUTIONS**          **CONNECTED LIVING**

**MY ACCOUNT**         **SUPPORT**

Home > Cell Phones >

Nexus S from Google

GT-I9020A            22 REVIEWS

Tweet  19     Like  65        SHOP

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Android 2.3, Gingerbread

1 GHz Processor, 16GB of Internal Memory

Brilliant 4" Contour Display

Latest Google Mobile Apps

Please check with an authorized Samsung retailer for price information

SHOP



Print This

## Product Features

### Android 2.3, Gingerbread
Gingerbread builds on some of the most popular Android features like multi-tasking and Wi-Fi hotspot and adds a refreshed user interface, an improved keyboard, near field communication (NFC) support, and more.



### Fast just got faster
1 GHz Hummingbird processor paired with 16GB of internal memory makes Nexus S one of the fastest phones on the market.

Menus open faster, tabs are more responsive, and web pages load quicker with virtually no lag time. Switch between apps effortlessly with true multitasking on Android.

Nexus S has a dedicated Graphics Processing Unit (GPU). Playing mobile games, browsing the web, and watching videos are fast, fluid, and smooth. It's like having a pocket-sized multimedia and game console.
Watch a video

### Brilliant 4" Contour Display
Nexus S is manufactured by Samsung, and it is the first smartphone to launch with a Contour Display. The curved glass screen fits comfortably in the palm of your hand and along the side of your face. A brighter screen with higher contrast means colors are incredibly vibrant, text is crisp at any size, and luminance is up to 1.5x higher than conventional LCD displays.

## Specifications

Carrier
**AT&T**

Color
**Black**

Platform
**Android 2.3, Gingerbread**

Display
**Display Size: 4.0"**

Display
**Display Technology: Super AMOLED**

Camera
**Rear-facing Camera Resolution: 5.0 MP**

Camera
**Front-facing Camera Resolution: VGA**

See Full Specs

## Owner Reviews  See All

Overall:    Features:    Performance:    Design:    Value:

## Like it? A lot? A little? Tell us.

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## NFC Technology Explained
NFC enables devices to share information with the world around you. **Find out how it works.**



## Get to Know Gingerbread
Easy to use and read for apps, Google's mobile platform makes your smartphone a powerhouse.
**Read up on Android 2.3.**



## Finger Paint Wallpaper



**Download this live wallpaper for free.**

## Nexus S Makes History



**See how NASA used it to explore space.**

## For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.

    

Learn more about Samsung Mobile USA on our social media channels. Communicate, connect & share!

Features and specifications are subject to change without prior notification

Follow Us:

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Business  Apps | Privacy  Legal  Sitemap  RSS | USA / English eras  4.7k | L  Like  624k | Washers & Dryers | Copyright © 1995-2012 SAMSUNG. All rights reserved. |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search