Exhibit 35

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS          CONNECTED LIVING
MY ACCOUNT             SUPPORT

Home > Cell Phones > Marketplace >

Nexus S from Google                                    Tweet 19    Like 65        SHOP

GT-I9020A              22 REVIEWS

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## Available at 1 Retailers





**See Website for Price**
$0.00   with contract extension
$0.00   with new contract

IN STOCK

## Stores Near You

Stores Near: 94105, CA



5 miles    10 km

Please call the store first to check actual availability of this item.

| | | 1717 Harrison St | |
| --- | --- | --- | --- |
| 1 | | San Francisco, CA 94103 | |
| | | (415) 626-9682 | 1.8 miles |
| | | In Stock | |
| | | Get Directions | |

| | | 2675 Geary Blvd | |
| --- | --- | --- | --- |
| 2 | | San Francisco, CA 94118 | |
| | | (415) 409-4960 | 3.7 miles |
| | | In Stock | |
| | | Get Directions | |

| | | 3700 Mandela Pkwy | |
| --- | --- | --- | --- |
| 3 | | Oakland, CA 94608 | |
| | | (510) 420-0323 | 7.9 miles |
| | | In Stock | |
| | | Get Directions | |

| | | 200 Colma Blvd | |
| --- | --- | --- | --- |
| 4 | | Colma, CA 94014 | |
| | | (650) 756-8711 | 9.0 miles |
| | | In Stock | |
| | | Get Directions | |

Stores: 1 - 4 of 5 total                                               1, 2,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | Home Theater Systems | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:

Business   Apps   Privacy   Legal   Sitemap   RSS   USA / English   4.7k   Like 624k   Copyright © 1995-2012 SAMSUNG All rights reserved.