# Exhibit 36

NEWS  ABOUT SAMSUNG  LOGIN

Search

SHOP PRODUCTS         BUSINESS SOLUTIONS              CONNECTED LIVING

MY ACCOUNT            SUPPORT

Home > Cell Phones >

Samsung Replenish™

SPH-M580          98 REVIEWS

Tweet 30    Like 570    SHOP

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Stay connected with friends, with work, and with the planet.

Speaking of being green, it runs Android.

Got a weak signal? You're ready with Wi-Fi.

Capture the moment. Share the moment.

Please check with an authorized Samsung retailer for price information

SHOP



Print This

## Product Features

**Stay connected with friends, with work, and with the planet.**

The Replenish™ uses recycled and recyclable plastics plus environmentally friendly packaging. You can feel good about Mother Earth, and still text your mom with the full QWERTY keyboard. The large 2.8" QVGA (Quarter View Graphics Array) touchscreen offers every color found in nature.

**Speaking of being green, it runs Android.**

Your Replenish™ runs on Android 2.3, Gingerbread, arguably the most popular and versatile operating system of any smartphone. As an Android device, you'll have access to over 150,000 apps, to customize your phone like no other.

**Got a weak signal? You're ready with Wi-Fi.**

If you ever find yourself in a place that has a weak signal from your carrier, the Replenish™ can also connect wherever there's Wi-Fi. The extra bandwidth from Wi-Fi can also come in handy for faster downloads and video chatting.

## Specifications

Carrier
Sprint

Color
Onyx Black, Arctic Blue, Raspberry Pink

Platform
Android 2.3, Gingerbread

Display
2.8" Display

Display
262K TFT

Camera
2.0 Megapixel

Camera
4x Digital

See Full Specs



## Owner Reviews  See All

Overall:                           Features:                       Performance:                       Design:                            Value:

### "Great Phone!!"                ### "Going Green!"              ### "Easy to Use/Easy on the Eyes"  Like it? A lot? A little? Tell us.

I originally upgraded from my Rant to a Trender. BIG MISTAKE!! I returned my Trender and got the Replenish. This is the phone I should have gotten the first time. The keyboard may be small, buy it is easy to use even with big hands. The screen is a good size for the phone. It fits well in my hands a…Read More »

willpon on September 10, 2011

I love that it can charge from the sun and is made of recycled parts, but it can use some upgrades in the graphics capabilities and I would love it if it supported flash. I love the fact that its super light and the speaker is very loud to rock out with thats the reason i got the phone and the capab…Read More »

gclarke4294 on September 04, 2011

I love it! Can't put it down! Easy to add apps and so many to choose from!…Read More »

Breezy23 on July 21, 2011

If you own one of these we'd like to hear what you think of it.

SUBMIT A REVIEW

## Accessories  See All


**In-Car Power Charger (Micro USB)**
CAD300UBEB/STD
(0)
$19.99
SHOP        Learn More


**Travel Charger (Micro USB)**
ATADU10JBEBSTD
(6)
$19.99
SHOP        Learn More


**Travel Charger (Detachable with USB to Micro USB Cable)**
ETA0U60JBEGSTA
(0)
$24.99
SHOP        Learn More


**MicroUSB Charging Data Cable**
APCBU10BBEBSTD
(9)
$19.99
SHOP        Learn More

Man of Many Devices
### Head in the Clouds



**Harness the power of cloud computing.**

### Samsung Upgrade



**Find out how much your phone is worth.**

### For Owners

**Owner's Manual**
Download the PDF

**How-to Guides**
Get the most out of every feature.

**Troubleshooting**
Help with any issues, big or small.

**Warranty**
Find out what's covered.

**Visit Support page**
Get help and learn more.

**Register this Product**
Exclusive owner benefits.



Features and specifications are subject to change without prior notification

| About Samsung | TV + Video | Mobile | Photo | Computing | Home Appliances | Find product support |
|---|---|---|---|---|---|---|
| Careers | TVs | Cell Phones | Cameras | Laptops | Washers & Dryers | Register your product |
| Sustainability | Blu-ray & DVD Players | Tablets | Camcorders | All-in-One PCs | Refrigerators | Product recycling |
| News | Home Theater Systems | Cell Phone Accessories | SD Cards | Tablet PCs | Microwaves | Get downloads |
| Investor Relations | | Laptops | | Chromebook | Dishwashers | Owner benefits |
| | | Chromebook | | Monitors | Ranges | Articles |
| | | Media Players | | Printers | LED Lighting | Shopping guides |
| | | | | Memory & Storage | | Contact us |

Search

Follow Us:   

| Business | Apps | Privacy | Legal | Sitemap | RSS | USA / English | 4.7k | Like | 624k | Copyright © 1995-2012 SAMSUNG All rights reserved. |