Exhibit 37

NEWS   ABOUT SAMSUNG   LOGIN

Search

SHOP PRODUCTS          BUSINESS SOLUTIONS          CONNECTED LIVING

MY ACCOUNT          SUPPORT

Home > Cell Phones > Marketplace >

**Samsung Replenish™**

SPH-M580          98 REVIEWS

Tweet  30          Like  570          SHOP

OVERVIEW   FEATURES   SPECS   GALLERY   REVIEWS   ACCESSORIES   SUPPORT

Prices, inventory and promotions may vary by retailer. Please call the store first to check actual availability of this item.

## 4 Online Retailers





### Sprint

**See Website for Price**

**$0.00**   with new contract

**IN STOCK**

## Stores Near You

Stores Near: 94105, CA

Please call the store first to check actual availability of this item.

---

RadioShack.   **See Website**   IN STOCK

---

amazon.com   **See Website**   IN STOCK
with free shipping

---

LetsTalk.com   **See Website**   IN STOCK
with free shipping
**$0.00**
with new contract
**$0.00**
with contract extension



**Sprint**
388 Market Street # 105
San Francisco, CA 94111
(415) 677-0190          0.4 miles
**Call for Availability**
Get Directions

---

**Sprint**
300 Pine St
San Francisco, CA 94104
(415) 986-8485          0.6 miles
**Call for Availability**
Get Directions

---

**Sprint**
652 Market St
San Francisco, CA 94104
(415) 986-1004          0.6 miles
**Call for Availability**
Get Directions

---

**Sprint**
821 Folsom St
Ste 102
San Francisco, CA 94107
(415) 861-6888          0.7 miles
**Call for Availability**
Get Directions

---

Stores: 1 - 4 of 10 total          1, 2, 3,

Portions Copyright © 1999-2012 All rights reserved.
Use of this information implies agreement to PriceSpider.com Terms of Service.



**Mobile**

**TV + Video**

TVs

Blu-ray &
DVD Players

Home Theater
Systems

**Mobile**

Cell Phones

Tablets

Cell Phone
Accessories

Laptops

Chromebook

Media Players

**Photo**

Cameras

Camcorders

SD Cards

**Computing**

Laptops

All-in-One PCs

Tablet PCs

Chromebook

Monitors

Printers

Memory & Storage

**Home Appliances**

Washers & Dryers

Refrigerators

Microwaves

Dishwashers

Ranges

LED Lighting

About Samsung

Careers

Sustainability

News

Investor Relations

Find product support

Register your product

Product recycling

Get downloads

Owner benefits

Articles

Shopping guides

Contact us

Search

Follow Us:

Business    Apps    Privacy    Legal    Sitemap    RSS      USA / English    4.7k    Like    624k

Copyright © 1995-2012 SAMSUNG All rights reserved.