Exhibit 38



Your Amazon.com | Today's Deals | Gift Cards | Help FREE Two-Day Shipping: See details

Computers Brands Best Sellers Laptops & Tablets Desktops & Monitors Hard Drives & Storage PC Accessories PC Components Printers & Ink Deals

Click for larger image and other views

Share your own related images

Samsung

# Galaxy Tab 8.9 LTE For AT&T

(2 customer reviews) | Like (3)

Price: $469.95

**In Stock.**
Ships from and sold by **WorldWide Distributors**.

Only 3 left in stock--order soon.

**9 new** from $421.50 **5 used** from $332.99

**Tablets at Amazon.com**
Visit our Tablet Store for the latest arrivals in tablet computers and essential accessories.

Quantity: 1
**$469.95** + Free Shipping
In Stock. Sold by **WorldWide Distributors**
Add to Cart
**or**
Sign in to turn on 1-Click ordering.

Add to Wish List

**More Buying Choices**
**14 used & new** from $332.99
Have one to sell? Sell on Amazon

Share

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

- **Samsung Galaxy Tab - $199** - Get a Refurb **Galaxy Tab 8.9** with HD Screen & 4G **LTE** Speeds at **AT&T**! www.**att**.com/**GalaxyTab**
- **AT&T Samsung Galaxy Tab** - Watch 1080p Video On The Crisp HD **LTE Galaxy Tab 8.9**. Buy Now - $199! www.**att**onlineoffers.com/
- **Samsung galaxy tab 8.9** - Buy Samsung **galaxy tab 8.9** in the Bay Area. Call 888-639-5463 www.evo2inc.com/

See a problem with these advertisements? Let us know Advertise on Amazon

## Frequently Bought Together

Customers buy this item with Samsung USB & SD Connection Kit for Samsung Galaxy Tab 10.1 / 10.v / 8.9 by Samsung $21.40

**Price For Both: $491.35**
Add both to Cart Add both to Wish List
These items are shipped from and sold by different sellers. Show details

## What Other Items Do Customers Buy After Viewing This Item?

Samsung USB & SD Connection Kit for Samsung Galaxy Tab 10.1 / 10.v / 8.9 by Samsung
(55)
$21.40

Samsung Galaxy GT-P7310MVGR (8.9-Inch Screen) 32GB Tablet - Metallic Gray by Samsung
(47)
$489.17

Samsung Galaxy Tab - GT-P7310 8.9 inch screen, 16 GB 8.9 inch Wi-Fi Tablet Metallic Gray by Samsung
(10)

Samsung Galaxy Tab 2 (10.1-Inch, Wi-Fi) by Samsung
(74)
$398.00

› **Explore similar items**

## Product Information

### Features

- Light weight, you can take along everywhere

### Warranty & Support

**Amazon.com Return Policy:** You may return any new computer purchased from

- Listen to your most favorite songs
- Access all your entertainment-movies, videos and more-anytime, anywhere.
- Brilliant Widescreen

Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable… Read more

**Technical Details**                                                                                    Expand all

| All Technical Details | |
|---|---|
| Brand Name | Samsung |
| Item model number | SAMGAL4G |
| Color | BLACK |

**Feedback**

Would you like to update product info, give feedback on images, or tell us about a lower price?

**Additional Information**

| ASIN | B006O13O1Q |
|---|---|
| Customer Reviews | ★★★☆☆ 2 reviews<br>3.0 out of 5 stars |
| Best Sellers Rank | #6,291 in Computers & Accessories (See top 100) |
| Shipping Weight | 2 pounds (View shipping rates and policies) |
| Date First Available | December 19, 2011 |

**Product Description**

Your eyes have never seen such rich, luscious color. And at 1280x800, the resolution is well above normal HD standards. Of course, everything about the Tab is above normal. The dual-core 1.5 GHz processor and AndroidTM 3.2, Honeycomb platform are the ultimate team when it comes to speed. And just wait until you hear about the network they run on. Better buckle up. There are lots of tablets on the market that can't run Flash. But "can't" is word rarely associated with the Tab. Your Tab is Flash-enabled, so you can enjoy all 175 million websites and games that are off limits without Flash. Features: Brilliant 8.9" HD Widescreen (1280x800) Display Slim and lightweight at 15.9 ounces light and 8.6mm thin Fast Multi-tasking and Browsing with Dual Core Processor and 4G LTE Speed Customize with AndroidTM 3.2, Honeycomb and TouchWiz® UX

**Customers Who Viewed This Item Also Viewed**                                                          Page 1 of 8

   

Samsung Galaxy GT-P7310MVGR (8.9-Inch Screen) 32GB Tablet - Metallic Gray
★★★★½ (47)
$489.17

Samsung Galaxy Tab - GT-P7310 8.9 inch screen, 16 GB 8.9 inch Wi-Fi Tablet Metallic Gray
★★★★★ (10)

Samsung Galaxy Tab 8.9 3G P7300 16GB Unlocked GSM Android Tablet (White)
★★★★★ (3)
$473.00

Samsung P7300 3G / 8.9 Multi-Touch / 16GB / HoneyComb / HD Video Galaxy Tab Tablet PC
★★★★☆ (3)
$478.12

 

**Product Ads from External Websites**  (What's this?)                                                              Sponsored Content


**Black Card Reader With USB Port For Samsung Galaxy Tab P7300, P7...**
**$5.99**
+ $4.99 Est. shipping
CellPhoneShop


**Temaril-P (Tablets) - 1 Tablet**
**$0.59**
+ $6.95 Est. shipping
allvetmed


**Samsung Galaxy S II 4G Android Phone (T-Mobile)**
 (31)
**$549.99**
No Shipping Info
AmazonWireless


**Dell Vostro 260 Desktop Computer- Intel Core i3-2120 processor (...**
**$474.00**
+ $9.99 Est. shipping
Dell Business


**HP Pavilion Slimline s5z A8-3850 - 2.9 GHz, 3TB HD; 6GB RAM**
**$709.99**
+ Free Shipping
HP Direct

See a problem with these advertisements? Let us know          Advertise here

---

## Customer Reviews

(2)
3.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 1 |
| 4 star | | 0 |
| 3 star | | 0 |
| 2 star | | 0 |
| 1 star | | 1 |

**Share your thoughts with other customers**
[ Write a customer review ]

See both customer reviews

### Most Helpful Customer Reviews

4 of 5 people found the following review helpful

**Rip-Off Alert**    April 25, 2012

By Brett J. Wade

**Amazon Verified Purchase**

This item is clearly labeled as a 4G tablet, but is actually a Wi-Fi only tablet. I've had a nightmare of a time trying to get my money back for this and the company (Worldwide Distributors) persist in telling me I should have read the fine print and they can't accept returns despite the fact that nowhere do they indicate it is not compatable with ANY 4G network and is Wi-Fi only. If you are looking for a 4G tablet you can use with your local carrier, this isn't it. It is Wi-Fi only.

3 Comments | Was this review helpful to you?  [Yes] [No]

**Search Customer Reviews**
[          ] [Go]
☑ Only search this product's reviews

Advertisement

2 of 4 people found the following review helpful

 **Great Tablet! Very fast connection!**    January 20, 2012

By iDroidz

I originally had iPad 2 and it was okay, but really hated the fact that it did not have flash. Now this one I must say its quite impressive and now that they have a sale going on at AT&T even more. Its fast, has beautiful display and has flash player, also love the customization(though it take a little to get use too). Really recommend. Or just keep waiting for a few months Im sure 2012 has many new gadgets under its sleeve.

Comment | Was this review helpful to you?  [Yes] [No]

› See both customer reviews

[ Write a customer review ]

---

**Tag this product** (What's this?)                    **Search Products Tagged with**

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**



---

## Customer Questions & Answers

See 1 question

---

**eGift This Item** (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.





---

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

▸ Is there any other feedback you would like to provide? **Click here**

---

WorldWide Distributors Privacy Statement    WorldWide Distributors Shipping Information    WorldWide Distributors Returns & Exchanges

---

**Your Recent History** (What's this?)



---

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |
| | | Help |

**amazon.com**

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| AbeBooks<br>Rare Books<br>& Textbooks | AmazonLocal<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| Shopbop | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |

| Designer Fashion Brands | Health, Beauty & Home Essentials | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates