1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 | Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 | vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 | |
25 | Defendants. |

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal:

1. The unredacted version of Samsung's Oppositions to Apple's Motions *in Limine* ("Samsung's Oppositions"); and
2. Exhibits A-C, and E-J to the Declaration of John D'Amato in Support of Samsung's Oppositions ("D'Amato Declaration").

In short, the above documents discuss, refer to, or comprise information the parties have designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY. Exhibits A-C, and G to the D'Amato Declaration discuss, refer to, or comprise documents Apple Inc. ("Apple") has designated as confidential. Exhibits E, F, and H-J to the D'Amato Declaration discuss, refer to, or comprise documents Samsung has designated as confidential. Samsung's Oppositions contain information both Apple and Samsung have designated as confidential. Samsung has established good cause to seal portions of Samsung's Oppositions and Exhibits E, F, and H-J to the D'Amato Declaration through the Declaration of Hankil Kang in Support of Samsung's Administrative Motion to File Documents Under Seal. Samsung expects that Apple will file the declaration required by Local Rule 79-5(d) to permit the sealing of portions of Samsung's Oppositions and Exhibits A-C, and G to the D'Amato Declaration.

Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court for *in camera* review and served on all parties.

1  DATED: July 10, 2012          QUINN EMANUEL URQUHART &
2                                 SULLIVAN, LLP
3
4                                  By   /s/ Victoria Maroulis
                                       Charles K. Verhoeven
5                                      Kevin P.B. Johnson
                                       Victoria F. Maroulis
6                                      Michael T. Zeller
7                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
8                                      INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC