1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Oppositions to Apple's Motions *In Limine*.

Samsung and Apple Inc. ("Apple") have filed the declarations required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal. The declarations establish that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

1  Accordingly, for good cause shown, the Court ORDERS that the following documents
2  shall be filed under seal:
3   1. The unredacted version of Samsung's Oppositions to Apple's Motions *in Limine*;
4      and
5   2. Exhibits A-C, and E-J to the Declaration of John D'Amato in Support of
6      Samsung's Oppositions to Apple's Motions *in Limine*.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Luch H. Koh
United States District Judge