| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139 |
| 8 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 9 | |
| 10 | Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 12 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, |
| 14 | INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOHN D'AMATO IN SUPPORT OF SAMSUNG'S MOTIONS IN LIMINE**<br><br>**Date:** July 18, 2012<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 8, 4th Floor<br>**Judge:** Hon. Lucy H. Koh |

I, John D'Amato, declare:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the November 4, 2011 deposition of Christopher Stringer.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the December 1, 2011 deposition of Jonathan Ive.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the August 3, 2011 deposition of Christopher Stringer.

5. **Exhibit D** is intentionally omitted.

6. Attached hereto as **Exhibit E** is a true and correct copy of the document bearing the Bates numbers SAMNDCA00321707-776, labeled Defendant's Trial Exhibit 625.

7. Attached hereto as **Exhibit F** is a true and correct copy of the document bearing the Bates numbers SAMNDCA00321382- 428, labeled Defendant's Trial Exhibit 522.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the June 6, 2012 hearing in *Certain Electronic Digital Media Devices and Components Thereof* (Inv. No. 337-TA-796).

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the May 12, 2011 deposition of Michael Wagner.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Advance Pricing Agreement Between Samsung Electronics America, Inc. and the Internal Revenue Service dated November 16, 2009.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the transcript of the February 29, 2012 deposition of Timothy Sheppard.

-1-   Case No. 11-cv-01846-LHK
DECLARATION OF JOHN D'AMATO

1  I declare under penalty of perjury that the foregoing is true and correct. Executed in Los
2  Angeles, California on July 10, 2012.
3
4
5                                                          /s/ John D'Amato
6                                                          John D'Amato
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-                                             Case No. 11-cv-01846-LHK
DECLARATION OF JOHN D'AMATO

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from John D'Amato.

　　　　　　　　　　　　　　　　　　　　　 */s/ Victoria Maroulis*