# D'AMATO DECLARATION EXHIBIT A FILED UNDER SEAL