# D'AMATO DECLARATION EXHIBIT B FILED UNDER SEAL