# D'AMATO DECLARATION EXHIBIT C FILED UNDER SEAL