# D'AMATO DECLARATION EXHIBIT D INTENTIONALLY OMITTED