# D'AMATO DECLARATION EXHIBIT E
# FILED UNDER SEAL