# D'AMATO DECLARATION EXHIBIT F
# FILED UNDER SEAL