# D'AMATO DECLARATION
# EXHIBIT G
# FILED UNDER SEAL