# D'AMATO DECLARATION EXHIBIT H
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5   APPLE INC., a California
    corporation,
6
                  Plaintiff,
7
    vs.                            CASE NO.  11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                Defendants.
    _____/
14
15        H I G H L Y   C O N F I D E N T I A L
16         A T T O R N E Y S'  E Y E S   O N L Y
17
18     VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                      VOLUME II
20               PALO ALTO, CALIFORNIA
21              SATURDAY, MAY 12, 2012
22
    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
    CSR LICENSE NO. 9830
24
    JOB NO. 49053
25
```

Highly Confidential - Attorneys' Eyes Only

Page 513

1   entire market value rule.                                          16:28
2          And that's what the law seems to say, and I                 16:28
3   just have to accept -- even though I don't agree with              16:28
4   it, that's what the rule is.                                       16:28
5          Because it's not the entire revenue rule.                   16:28
6   It's the entire market value rule, which to me is a                16:28
7   measure of profits and value.  And yet if you do any               16:28
8   apportionment, then I don't think it's the entire                  16:28
9   value.                                                             16:28
10         But that's clearly not what the case law says               16:28
11  and what judges say.                                               16:28
12     Q   Well, you -- what is -- as you understand                   16:28
13  what cases say, as long as you do an apportionment of              16:28
14  some type, you're meeting the rule?                                16:28
15     A   No.  You -- even though you've done some                    16:28
16  apportionment, that does not mean you're outside of                16:28
17  the entire market value rule.  If you started from the             16:28
18  total profits or sales of the product, you're until                16:29
19  there.                                                             16:29
20     Q   I see.                                                      16:29
21         Your -- so your understanding as you're                     16:29
22  applying it here for purposes of your criticisms of                16:29
23  Mr. Musika is that the entire market value rule just               16:29
24  prohibits starting with entire profitability at all?               16:29
25     A   Correct.                                                    16:29

Highly Confidential - Attorneys' Eyes Only

Page 514

```
1     Q    All right.                                        16:29
2          Let's -- let's turn, then, to the question of     16:29
3    how Mr. Musika calculates his income ranges for this    16:29
4    reference point.                                        16:29
5          Do you have a criticism of the methods he         16:29
6    uses to -- other than whether it qualifies under the    16:29
7    entire market value rule, whether it is appropriate --  16:29
8    I'll stop there.                                        16:29
9     A    Well, I -- yes.  I don't think his method is      16:29
10   appropriate as based on what I've said in my report.    16:29
11   That, again, if you use his approach and just change    16:30
12   certain assumptions, and you do his approach and you    16:30
13   separate out iPad from iPhone, it just doesn't work.    16:30
14   I mean, he would show that Samsung has no value from    16:30
15   using these patents.                                    16:30
16    Q    And what is it that causes you to believe         16:30
17   that you would change the -- what assumptions would     16:30
18   need to change in order for it to have no value?        16:30
19    A    Well, the only assumption I think you need to     16:30
20   change, [REDACTED]                                      
                                      which makes no sense   16:30
22   to me.  He should be using, just like he does for       16:30
23   Apple, the worldwide tax rate.                          16:30
24         And if you just make that one change, my          16:30
25   recollection is it's -- using his approach, Samsung is  16:30
```

Highly Confidential - Attorneys' Eyes Only

Page 515

1  generating no value from these patents.                           16:30
2       Q   Do you -- have you actually identified                   16:30
3  through discussions with Samsung what tax rate they                16:30
4  pay all in on the Accused Products?                                16:30
5       A   No.  I just know it's pursuant to a                      16:31
6  negotiation with the federal government as to                      16:31
7  arm's-length transfer pricing.                                     16:31
8       Q   And do you have any reason to disagree with               16:31
9  Mr. Sheppard's testimony that the amount of the profit             16:31
10 or the amount of the tax -- excuse me -- that the --               16:31
11 let me strike all that.                                            16:31
12          Do you have any reason to disagree with                   16:31
13 Mr. Sheppard's testimony

16      A   I'd need more information to know; but no.                16:31
17 He clearly has better information than I do.

25      Q   Well, do you have -- certainly, you don't                 16:32

Highly Confidential - Attorneys' Eyes Only

Page 516

| | | |
|---|---|---|
| 1 | have any better information regarding Samsung's U.S. | 16:32 |
| 2 | tax rate than Mr. Sheppard? | 16:32 |
| 3 | A   That's true. | 16:32 |
| 4 | Q   Why do you believe that the use of -- let me | 16:32 |
| 5 | back up. | 16:32 |
| 6 | You agree that the U.S. tax rate is a | 16:32 |
| 7 | relevant question; correct? | 16:32 |
| 8 | A   I believe it's relevant. | 16:32 |
| 9 | Q   The -- so why can't you believe that the | 16:33 |
| 10 | government would do that? | 16:33 |
| 21 | Q   When you say the same as any U.S. company, | 16:33 |
| 22 | you're talking about, like, a General Electric or | 16:33 |
| 23 | other companies that operate in the U.S.? | 16:33 |
| 24 | A   Well, that's a bad example because they are | 16:33 |
| 25 | international, and they have all the same issues that | 16:33 |

Highly Confidential - Attorneys' Eyes Only

Page 556

1        J U R A T

2

3

4    I, MICHAEL J. WAGNER, do hereby certify under

5    Penalty of perjury that I have read the

6    foregoing transcript of my deposition taken

7    on May 12, 2012; that I have made such

8    corrections as appear noted herein in ink,

9    initialed by me; that my testimony as

10   contained herein, as corrected, is true and

11   correct.

12

13

14   DATED this __24__ day of ___May_____, 2012,

15   at ___Mountain View_____, California.

16

17

18

19        _____Michael J. Wagner_____

20              SIGNATURE OF WITNESS

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 560

# ERRATA SHEET

I, MICHAEL J. WAGNER, make the following changes to my deposition taken in the matter of Apple, Inc., vs. Samsung Electronics, taken on May 12, 2012:

DATE: May 24, 2012

*Signature of Witness*

| Page | Line | Change |
|------|------|--------|
| 306 | 18 | "get" s/b "give" |
| 455 | 1 | "prove" s/b "improve" |
| 457 | 11 | "SGJ" s/b "S,G & A" |
| 470 | 12 | "disguised" s/b "discussed" |
| 490 | 22 | "day" s/b "data" |
| 513 | 18 | "until" s/b "still" |
| 517 | 13 | "go over" s/b "generate" |
| 548 | 8 | "articles. It" s/b "that" |