# D'AMATO DECLARATION
# EXHIBIT I
# FILED UNDER SEAL