# D'AMATO DECLARATION EXHIBIT J
# FILED UNDER SEAL

```
 1             IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
     APPLE, INC., a California
 5   corporation,
 6
 7                    Plaintiff,
 8
          -vs-                          No. 11-CV-01846-LHK
 9
     SAMSUNG ELECTRONICS CO., LTD.,
10   a Korean business entity; et al.,
11                    Defendants.
                                   /
12
13    VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD - 30(b)(6)
14         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15                 SAN FRANCISCO, CALIFORNIA
16               WEDNESDAY, FEBRUARY 29, 2012
17
18
19
20
21   Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575
22               Certified LiveNote Reporter
23
24
25   JOB NO: 47031
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | -oOo- | |
| 3 | (Exhibit Nos. 1918 and 1919 were marked.) | 13:26 |
| 4 | THE VIDEOGRAPHER: Good afternoon. Here | 13:26 |
| 5 | marks the beginning of the deposition for Tim | 13:26 |
| 6 | Sheppard, 30(b)(6) in the matter of Apple, | 13:26 |
| 7 | Incorporated versus Samsung Electronics Company, | 13:26 |
| 8 | Limited et al., in the United States District Court, | 13:26 |
| 9 | Northern District of California, San Jose Division, | 13:26 |
| 10 | case 11-CV-01846-LHK. | 13:26 |
| 11 | Deposition is being held at 425 Market Street | 13:26 |
| 12 | in San Francisco, California on February 29th, 2012 at | 13:26 |
| 13 | approximately 1:26. | 13:26 |
| 14 | I am Aline Mayer, a legal video specialist | 13:26 |
| 15 | from TSG Reporting, headquartered at 747 Third Avenue, | 13:26 |
| 16 | New York, New York, and our court reporter is Louise | 13:26 |
| 17 | in association with TSG Reporting. | 13:26 |
| 18 | Counsel, please introduce yourselves and | 13:26 |
| 19 | state who you represent for the record. | 13:27 |
| 20 | MR. OLSON: Eric Olson from Morrison & | 13:27 |
| 21 | Foerster representing Apple. | 13:27 |
| 22 | MR. SELWYN: Mark Selwyn from WilmerHale also | 13:27 |
| 23 | on behalf of Apple. | 13:27 |
| 24 | MR. ALDEN: Anthony Alden on behalf of Quinn | 13:27 |
| 25 | Emanuel for Samsung and the witness, Tim Sheppard. | 13:27 |

| | | |
|---|---|---|
| 1 | MS. HAN:  Julie Han from Samsung. | 13:27 |
| 2 | THE VIDEOGRAPHER:  The court reporter will | 13:27 |
| 3 | now please swear in the witness. | 13:27 |
| 4 | --oOo-- | |
| 5 | TIMOTHY SHEPPARD, | |
| 6 | having been first duly sworn by the | |
| 7 | Certified Shorthand Reporter to tell | |
| 8 | the truth, the whole truth, and nothing | |
| 9 | but the truth, testified as follows: | |
| 10 | EXAMINATION BY MR. OLSON: | |
| 11 | Q.  Mr. Sheppard, you have been deposed in this | 13:27 |
| 12 | case before, correct? | 13:27 |
| 13 | A.  Correct. | 13:27 |
| 14 | Q.  And have your job responsibilities changed in | 13:27 |
| 15 | a material way since your deposition in January of | 13:27 |
| 16 | this year? | 13:27 |
| 17 | A.  No. | 13:27 |
| 18 | Q.  And is it correct that you are responsible | 13:27 |
| 19 | for accounting functions at Samsung Technology -- | 13:27 |
| 20 | excuse me, Telecommunications America? | 13:27 |
| 21 | A.  Yes. | 13:27 |
| 22 | Q.  And if I refer to that as STA, you would | 13:27 |
| 23 | understand what I was referring to? | 13:27 |
| 24 | A.  Yes. | 13:28 |
| 25 | Q.  Do you have any role in the accounting at | 13:28 |

|     | d, Timothy |
|-----|------------|
| 1   | 16:36 |
| 2   | 16:36 |
| 3   | 16:36 |
| 4   | 16:36 |
| 5   | 16:36 |
| 6   | 16:36 |
| 7   | 16:36 |
| 8   | 16:36 |
| 9   | 16:36 |
| 10  | 16:36 |

11   BY MR. OLSON:                                                    16:36

12       Q.  So in the hypothetical situation in which on              16:36

13   a consolidated basis from STA all the way up through              16:36

14   all the subsidiaries, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  16:36

15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  16:37

16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  16:37

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                              16:37

18          MR. ALDEN:  Objection, assumes facts not in                 16:37

19   evidence, vague and ambiguous.                                    16:37

20          THE WITNESS:  Well, firstly, I don't know                  16:37

21   what the actual total consolidated profit is so ▮                  16:37

22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      ▮▮▮▮▮▮▮▮▮▮                                16:37

23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  I don't know what the                         16:37

24   reality is.                                                       16:37

25   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, I                                   16:37

| | | |
|---|---|---|
| 1 | don't think that's the way it works. | 16:37 |
| | ███████████████████████████████████ | 16:37 |
| | ███████████████████████████████████ | 16:37 |
| | ███████████████████████████████████ | 16:37 |
| | ███████████████████████████████████ | 16:37 |
| | ███████████████████████████████████ | 16:37 |
| | ███████████████████████████████████ | 16:37 |
| | ███████████████████████████████████ | 16:38 |
| | ███████████████████████████████████ | 16:38 |
| | ███████████████████████████████████ | 16:38 |
| | ███████████████████████████████████ | 16:38 |
| | ███████████████████████████████████ | 16:38 |
| | ███████████████████████████████████ | 16:38 |
| 14 | BY MR. OLSON: | 16:38 |
| 15 | Q.  What I'm trying to understand is the | 16:38 |
| 16 | guarantee ███████████████████████████ | 16:38 |
| 17 | ███████████████████████████████████ | 16:38 |
| 18 | ████████████████████ | 16:38 |
| 19 | A.  Yeah, but it's guaranteed no matter what. | 16:38 |
| 20 | ███████████████████████████████ | 16:38 |
| 21 | ██████████    ████████████████████ | 16:38 |
| 22 | Q.  ████████████████████████████████ | 16:38 |
| 23 | ███████████████████████████████ | 16:38 |
| 24 | ████████████ | 16:38 |
| 25 | A.  ██████████████████████████  █████ | 16:38 |

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 16:38 |
| 2 | ███████████████████████████████████████ | 16:38 |
| 3 | ███████████████████████████████████████ | 16:38 |
| 4 | ███████████████████████████████████████ | 16:38 |
| 5 | ███████████████████████████████████████ | 16:38 |
| 6 | ███████████████████████████████████████ | 16:38 |
| 7 | ███████████████████████████████████████ | 16:38 |
| 8 | ███████████████████████████████████████ | 16:39 |
| 9 | ███████████████████████████████████████ | 16:39 |
| 10 | ███████████████████████████████████████ | 16:39 |
| 11 | They have a much higher risk and reward | 16:39 |
| 12 | situation to deal with this. | 16:39 |
| 13 | ███████████████████████████████████ | 16:39 |
| 14 | Q. ████████████████████████████████ | 16:39 |
| 15 | ███████████████████████████████████ | 16:39 |
| 16 | ██ ████████████████████████████████ | 16:39 |
| 17 | ███████████████████████████████████ | 16:39 |
| 18 | █████████████████████████ | 16:39 |
| 19 | Q. And the amount paid in the U.S. is | 16:39 |
| 20 | approximately ████████████████████ | 16:39 |
| 21 | ██████████████ | 16:39 |
| 22 | MR. ALDEN: Objection, assumes facts not in | 16:39 |
| 23 | evidence. | 16:39 |
| 24 | THE WITNESS: ████████████████████ | 16:39 |
| 25 | ███████████████████████████████████ | 16:39 |

| | | |
|---|---|---|
| 1 | consider the deposition closed. | 18:14 |
| 2 |     I have nothing further, though. | 18:14 |
| 3 |     THE VIDEOGRAPHER:  Here marks the end of | 18:14 |
| 4 | today's deposition of Tim Sheppard, total number of | 18:14 |
| 5 | tapes used is three.  We are off the record, it's | 18:14 |
| 6 | 6:14. | 18:14 |
| 7 | | |
| 8 | | |
| 9 |     (Whereupon, at 6:14 p.m. the deposition of | |
| 10 | TIMOTHY SHEPPARD was adjourned.) | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 |     TIMOTHY SHEPPARD | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |