| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| | hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| | mjacobs@mofo.com | HALE AND DORR LLP |
| 3 | JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| | jtaylor@mofo.com | Boston, MA  02109 |
| 4 | ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| | atucher@mofo.com | Facsimile: (617) 526-5000 |
| 5 | RICHARD S.J. HUNG (CA SBN 197425) | |
| 6 | rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| | JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| 7 | jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| | MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 8 | 425 Market Street | 950 Page Mill Road |
| | San Francisco, California  94105-2482 | Palo Alto, California  94304 |
| 9 | Telephone:  (415) 268-7000 | Telephone: (650) 858-6000 |
| | Facsimile:  (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

**CERTIFICATE OF SERVICE BY ELECTRONIC SERVICE**
[Code Civ. Proc sec. 1010.6]

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 10, 2012, I served a copy of:

**APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE [SUBMITTED UNDER SEAL]; AND**

**EXHIBITS 1-7, 9, 10, 12 AND 41-44 TO THE DECLARATION OF JOSEPH KANADA IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTIONS IN LIMINE [SUBMITTED UNDER SEAL]**

by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com | Kevin P.B. Johnson<br>kevinjohnson@quinnemanuel.com |
| Victoria F. Maroulis<br>victoriamaroulis@quinnemanuel.com | Liv Herriot<br>liv.herriot@wilmerhale.com |
| William H. Lee<br>william.lee@wilmerhale.com | Mark D. Selwyn<br>mark.selwyn@wilmerhale.com |
| Alexander B. Binder<br>alex.binder@quinnemanuel.com | Sara Jenkins<br>SaraJenkins@quinnemanuel.com |
| Sherrin Vanetta<br>sherrinvanetta@quinnemanuel.com | Joby Martin<br>JobyMartin@quinnemanuel.com |
| Rene Unger<br>reneunger@quinnemanuel.com | Gisele Darwish<br>GiseleDarwish@quinnemanuel.com |
| Peter Kovolos<br>peter.kovolos@wilmerhale.com | S. Calvin Walden<br>calvin.walden@wilmerhale.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Francisco, California on July 11, 2012.

*/s/ Cyndi Knisely*
Cyndi Knisely

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)
sf-3169570