| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Michael T. Zeller (Cal. Bar No. 196417)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Attorneys for SAMSUNG ELECTRONICS CO.,<br>LTD., SAMSUNG ELECTRONICS AMERICA,<br>INC. and SAMSUNG<br>TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCOPE OF DEPOSITIONS** |

*Additional attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.*

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

The parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the parties" and individually each a "Party") on April 15, 2011;

WHEREAS, on May 17, 2012, the parties each filed a Motion to Strike (Dkt. Nos. 934 and 939), seeking to strike and preclude portions of certain expert reports.

WHEREAS, on June 27, 2012, the Court issued an Order Granting-in-Part and Denying-in-Part Motion to Strike Expert Reports (Dkt. No. 1144) ("Order"), and ordered that Stephen Gray and Dr. Ravin Balakrishnan sit for an additional two hours of deposition and that Michael Wagner sit for an additional three hours of deposition;

WHEREAS, the parties understand that the additional depositions described in the Court's Order are limited to the topics at issue in the Parties' Motions to Strike;

WHEREAS, the Court's Order called for the depositions to be completed on or before July 13, 2012;

WHEREAS, the parties agree to extend the deadline for completing these three depositions through July 17, 2012 to accommodate the schedules of the experts being deposed, and that such delay will not otherwise impact the schedule or any other deadlines in this Litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. The deposition of Dr. Ravin Balakrishnan shall be limited in scope to the products considered by him in forming his infringement position regarding U.S. Patent No. 7,469,381;

2. The deposition of Stephen Gray shall be limited in scope to the non-infringement theories and opinions in Mr. Gray's supplemental expert report and to his examination of accused products relating to the opinions expressed in that supplemental report;

3. The deposition of Michael Wagner shall be limited in scope to three hours on his Supplemental Expert Report and his alternative damages model in Tab 6 of his rebuttal expert report; and

4. The depositions of the aforementioned experts may occur up to, and including, July 17, 2012.

Dated: July 11, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: *Michael A. Jacobs*<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br><br>WILLIAM F. LEE<br>MARK D. SELWYN<br><br>Attorneys for APPLE INC. | By: *Victoria F. Maroulis*<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>EDWARD DEFRANCO<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: July 10, 2012                 */s/ Michael A. Jacobs*
                                     Michael A. Jacobs

**[PROPOSED] ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: July _____, 2012

_____
The Honorable Paul S. Grewal
United States Magistrate Judge