| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br> Plaintiff, <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br> **APPLE'S PROPOSED *VOIR DIRE* QUESTIONS** <br> <br> Judge: Hon. Lucy H. Koh <br> Place: Courtroom 8, 4th Floor <br> Trial: July 30, 2012 at 9 A.M. |

# APPLES' PROPOSED *VOIR DIRE* QUESTIONS

Pursuant to the Court's Guidelines for Final Pretrial Conference in Jury Trials, Apple hereby submits the following *voir dire* questions. These questions are in addition to those set forth in the parties' joint proposed Juror Questionnaire. To the extent questions in the proposed Questionnaire are not posed to prospective jurors in writing, Apple proposes to add them to these *voir dire* questions.

Proposed *Voir Dire* Questions:

1. Have you ever created or developed something and had the idea taken from you? If yes, please explain.
2. Have you ever been accused of taking the idea of another? If yes, please explain.
3. Have you heard or read anything about the legal dispute between Apple and Samsung? If yes, what is the source of the information you've heard or read about the dispute? What have you heard or read about the dispute?
4. Have you formed any impression of the dispute? If yes, please explain.
5. Do you do any of the following:
    a. use the Internet for search? If yes, how often?
    b. maintain a blog?
    c. maintain a Twitter account?
6. Have you ever read any books about Apple or Samsung? If yes, please identify the books and what, if any, thoughts or impressions you formed about Apple or Samsung from them.
7. What are your thoughts or impressions of the U.S. Patent system?

| | | |
|---|---|---|
| 1 | Dated: July 11, 2012 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | | hmcelhinny@mofo.com |
| 2 | | MICHAEL A. JACOBS (CA SBN 111664) |
| | | mjacobs@mofo.com |
| 3 | | JENNIFER LEE TAYLOR (CA SBN 161368) |
| | | jtaylor@mofo.com |
| 4 | | ALISON M. TUCHER (CA SBN 171363) |
| | | atucher@mofo.com |
| 5 | | RICHARD S.J. HUNG (CA SBN 197425) |
| | | rhung@mofo.com |
| 6 | | JASON R. BARTLETT (CA SBN 214530) |
| | | jasonbartlett@mofo.com |
| 7 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 8 | | San Francisco, California  94105-2482 |
| | | Telephone:  (415) 268-7000 |
| 9 | | Facsimile:  (415) 268-7522 |

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


By:     */s/  Michael A. Jacobs*
            Michael A. Jacobs

            Attorneys for Plaintiff and
            Counterclaim-Defendant
            APPLE INC.