# EXHIBIT 1

**TIMELINE OF SAMSUNG'S DISCLOSURES OF PRIOR ART REFERENCES
STRUCK BY THE JUNE 27 ORDER**

| DATE | MEANS OF DISCLOSURE | REFERENCE |
|---|---|---|
| June 16, 2011 | Apple's Amended Complaint (Dkt. No. 75) | Samsung F700 |
| August 3, 2011 | Deposition of Christopher Stringer | HP Compaq TC1000 |
| August 23, 2011 | Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 179) | • "2001: A Space Odyssey" <br> • "Tomorrow People" <br> • Samsung F700 |
| | Declaration of Itay Sherman in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 172) | • 1994 Fidler Tablets <br> • JP D1142127 <br> • HP Compaq TC1000 <br> • JP 1241638 <br> • KR30-0452985 |
| | Declaration of Roger Fidler in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 166). | 1994 Fidler Tablets |
| September 15, 2011 | Deposition of Itay Sherman | 035 Prototype |
| September 23, 2011 | Deposition of Roger Fidler | 1994 Fidler Tablets |
| October 7, 2011 | Deposition of Tracy-Gene Durkin | • D514,590 <br> • JP D1250487 <br> • KR30-0394921 |
| October 13, 2011 | Declaration of Mark Tung in Support of Samsung's Notice of Lodging of Materials in Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 456) | • EU registered design 000048061-0001 <br> • JP D1178470 <br> • Nokia Fingerprint concept phones images |
| October 18, 2011 | Deposition of Brian Huppi | Q72 iBook |
| October 21-31, 2011 | Deposition of Rico Zorkendorfer <br> Deposition of Daniele DeIuliis <br> Deposition of Matthew Rohrbach <br> Deposition of Quin Hoellwarth <br> Deposition of Daniel Coster | 035 Prototype |

| DATE | MEANS OF DISCLOSURE | REFERENCE |
|---|---|---|
| | Deposition of Richard Howarth | |
| November 1, 2011 | Letter from Michael T. Zeller to Jason Bartlett | • Brain Box Display |
| November 3, 2011 | Samsung's Corrected Notice of Prior Art, *In Re Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796 | • KR 30-0304213<br>• JP D1204221<br>• D514,590<br>• KR-30-0394921<br>• KR30-0452985<br>• Samsung F700<br>• U.S. D560,192<br>• EU Registration 000569157-0005<br>• JP D1295003<br>• U.S. D504,889<br>• JP D128057<br>• JP D1142127<br>• JP D1250487<br>• U.S. D532,791<br>• U.S. D333,574<br>• JP D1178470<br>• JP 1241638<br>• 1994 Fidler Tablets<br>• HP Compaq TC1000 |
| November 4, 2011 | Deposition of Christopher Stringer | 035 Prototype |
| November 8, 2011 | Deposition of Douglas Satzger | • Brain Box Display<br>• 035 Prototype |
| | Letter from Michael T. Zeller to Mia Mazza | 035 Prototype |
| December 16, 2011 | Samsung's Motion to Compel Production of Documents and Things (Dkt. No. 487) | Brain Box Display |
| December 19, 2011 | Samsung's Objections and Responses to Apple's Fifth Set of Interrogatories (No. 12) | • KR 30-0304213<br>• U.S. D500,037<br>• EU registered design 000048061-0001<br>• D514,590<br>• EU Registration 000569157-0005<br>• U.S. Patent No. 504,889<br>• "2001: A Space Odyssey" |

| DATE | MEANS OF DISCLOSURE | REFERENCE |
|---|---|---|
| | | • "Tomorrow People"<br>• Samsung F700 Handset<br>• JP 1241638<br>• E.U. Design Reg. 000584529-0001<br>• E.U. Design Reg. 000505532-0001<br>• E.U Design Reg. 000778741-0001<br>• KR 30-0403504<br>• KR 30-0441582<br>• JP D1189312<br>• JP D1279226<br>• U.S 6,983,424<br>• U.S. D445,428 |
| February 15, 2012 | Deposition of Christopher Stringer | D514,590 |
| | Samsung's Supplemental Response to Apple's Interrogatory No. 36, *In Re Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796 | • Brain Box Display<br>• KR 30-0304213<br>• U.S. D500,037<br>• EU registered design 000048061-0001<br>• JP D1204221<br>• D514,590<br>• iRiver U10<br>• KR30-0394921<br>• Olympus MR500i<br>• Nokia Fingerprint<br>• U.S. D497,364<br>• KR30-0452985<br>• Samsung F700<br>• EU Registration 000569157-0005<br>• U.S. D534,516<br>• Samsung K3 MP3<br>• JP D1295003<br>• U.S. Patent No. 504,889<br>• KR30-0398307<br>• Bluebird Pidion BM-200<br>• JP D1142127<br>• JP D1250487 |

| DATE | MEANS OF DISCLOSURE | REFERENCE |
|---|---|---|
| | | • JP D1104685<br>• JP D1178470<br>• JP 1241638 |
| February 23, 2012 | Deposition of Greg Joswiak | Samsung F700 |
| February 29, 2012 | Deposition of Hyoung Shin Park | Samsung F700 |
| | Deposition of Owen Kwon (iRiver, Inc.) | iRiver U10 |
| March 2, 2012 | Deposition of Min-Hyouk Lee | Samsung F700 |
| March 5, 2012 | Deposition of Robert Brunner | • Brain Box Display<br>• U. of Illinois Apple design contest Tablet |
| March 6, 2012 | Deposition of Amy Leslie (Olympus Imaging) | Olympus MR500i |
| March 7, 2012 | Deposition of Sean Roarty (Bloomberg LP) | • U.S. D500,037<br>• U.S. D497,364 |
| | Deposition of Dong Hoon Chang | • iRiver U10<br>• Samsung K3 MP3 player |
| March 8, 2012 | Deposition of Sungyub Lee (Bluebird) | Bluebird Pidion BM-200 |
| March 15, 2012 | Deposition of Evans Hankey | • Brain Box Display<br>• Sony Ericsson W950 Walkman phone |
| March 16, 2012 | Deposition of Ricardo Vilas-Boas | Nokia Fingerprint |
| March 27, 2012 | Deposition of David Bungo | • D464,344<br>• D463,797<br>• Q72 iBook |
| April 6, 2012 | Preliminary Injunction Appeal Hearing | JP 1241638 |
| April 15, 2012 | Deposition of Steve Zadesky | Sony Ericsson W950 |

| DATE | MEANS OF DISCLOSURE | REFERENCE |
|---|---|---|
| | | Walkman phone |
| April 16, 2012 | Rebuttal Report of Peter Bressler | <ul><li>U. of Illinois Apple design contest Tablet</li><li>Brain Box Display</li><li>U.S. D412,157</li><li>U.S. D500,037</li><li>EU registered design 000048061-0001</li><li>D464,344</li><li>D463,797</li><li>"2001: A Space Odyssey"</li><li>"Tomorrow People"</li><li>JP D1204221</li><li>D514,590</li><li>iRiver U10</li><li>KR30-0394921</li><li>Olympus MR500i</li><li>Nokia Fingerprint</li><li>U.S. D497,364</li><li>KR30-0452985</li><li>Samsung F700</li><li>U.S. D560,192</li><li>Documents labeled as SAMNDCA00321457-656</li><li>EU Registration 000569157-0005</li><li>U.S. D534,516</li><li>Samsung K3 MP3</li><li>JP D1295003</li><li>Sony Ericsson W950 Walkman phone</li><li>Sony K800i</li><li>035 Proto</li><li>U.S. Patent No. 504,889</li><li>Sharp Aquos Fulltouch</li><li>KR30-0398307</li><li>Bluebird Pidion BM-200</li><li>JP D1142127</li></ul> |

| DATE | MEANS OF DISCLOSURE | REFERENCE |
|---|---|---|
| April 20, 2012 | Deposition of Itay Sherman | <ul><li>U.S. D412,157</li><li>Samsung F700</li><li>Documents labeled as SAMNDCA00321457-656</li><li>1994 Fidler Tablets</li></ul> |
| April 26, 2012 | Deposition of Robert Anders | <ul><li>Samsung K3 MP3 player</li><li>U.S. D504,889</li><li>KR30-0398307</li><li>JP 1241638</li></ul> |
| May 2, 2012 | Deposition of Shin Nishibori | Sony Ericsson W950 Walkman phone |