# EXHIBIT 2

**Disclosure of References Cited in the Expert Reports of Itay Sherman and Robert Anders**

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| **1988 U. of Illinois Apple design contest Tablet**<br><br>(Sherman Report) | • March 5, 2012 Deposition of Robert Brunner, Tr. 53:1-55:19, Exhibit 2; Tr. 55:20-59:18, Exhibit 3;<br><br>• April 16, 2012 Rebuttal Report of Expert Peter Bressler ("Bressler Rebuttal Report") at 50-51. |
| **Apple "Brain Box" design**<br><br>(Sherman Report) | • Letter from Zeller to Bartlett, dated November 1, 2011;<br><br>• November 8, 2011 Deposition of Douglas Satzger ("Satzger Deposition"), Tr. at 76:2-79:21, Exhibit 1175;<br><br>• Samsung's Motion to Compel Production of Documents and Things, Dkt. No. 487 at 18-19;<br><br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00354743—SAMNDCA00354746);<br><br>• March 5, 2012 Deposition of Robert Brunner, Tr. 75:7-76:13, Exhibit 1 at 144;<br><br>• March 15, 2012 Deposition of Evans Hankey, Tr. 88:22-92:9, Exhibit 2505 at 144;<br><br>• Bressler Rebuttal Report at 47. |
| **KR 30-0304213**<br><br>(Sherman Report)<br>(Anders Report) | • December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00021593);<br><br>• November 3, 2011 Corrected Notice of Prior Art, *In Re Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796 ("ITC 796 NOPA"), Ex. F at 12, Ex. G at 12;<br><br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00021593). |
| **U.S. D412,157**<br><br>(Sherman Report) | • April 20, 2012 Deposition of Itay Sherman, Tr. 240:5-244:1, Exhibit 17;<br><br>• Bressler Rebuttal Report at 16-18. |
| **U.S. D500,037**<br><br>(Sherman Report) | • December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00027716-22);<br><br>• Samsung's Eighth Set of Supplemental Responses to Complainant's First Set of Interrogatories (Nos. 33-38), *In Re Certain Electronic Digital Media Devices and Components Thereof*, ("February 15 Response to ITC Interrogatory No. 36") |

1

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| | at 149, 179;<br>• March 7, 2012 Deposition of Sean Roarty, Tr. 20:2-36:18; 83:22-86:6; 141:10-153:9, Exhibit 2;<br>• Bressler Rebuttal Report at 13-16. |
| **EU registered design 000048061-0001**<br><br>(Sherman Report) | • October 13, 2011 Declaration of Mark Tung in Support of Samsung's Notice of Lodging of Materials in Opposition to Apple's Motion For Preliminary Injunction ("Tung PI Declaration"), Dkt. No. 456, Ex. E;<br>• December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00019932-33);<br>• February 15 Response to ITC Interrogatory No. 36 at 149, 179;<br>• Bressler Rebuttal Report at 50-51. |
| **D464,344**<br><br>(Sherman Report) | • March 27, 2012 Deposition of David Bungo ("Bungo Deposition"), Tr. at 199:24-201:15;<br>• Bressler Rebuttal Report at 50-51. |
| **D463,797**<br><br>(Sherman Report) | • Bungo Deposition, Tr. 216:15-221:14.<br>• Bressler Rebuttal Report at 50-51. |
| **Q72 iBook**<br><br>(Sherman Report) | • October 18, 2011 Deposition of Brian Huppi, Tr. 15:17-9;<br>• Bungo Deposition, Tr. 202:15-210:14. |
| **Tablet shown in "2001: A Space Odyssey"**<br><br>(Sherman Report) | • August 23, 2011 Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction ("Jenkins PI Declaration"), Ex. D (Dkt. No. 179-4);<br>• December 19, 2011 Response to Interrogatory No. 12 at 14 (SAMNDCA00020130-32);<br>• Bressler Rebuttal Report at 50-51. |
| **Tablet shown in "Tomorrow People"**<br><br>(Sherman Report) | • Jenkins PI Declaration, Ex. E (Dkt. No. 179-5);<br>• December 19, 2011 Response to Interrogatory No. 12 at 14 (SAMNDCA00022514-16);<br>• Bressler Rebuttal Report at 50-51. |
| **JP D1204221**<br><br>(Sherman Report)<br>(Anders Report) | • ITC 796 NOPA, Exs. F-G at 12;<br>• February 15 Response to ITC Interrogatory No. 36 at 145-146, 176; |

2

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| | • Bressler Rebuttal Report at 25-27, 51-52. |
| **D514,590**<br><br>(Sherman Report) | • October 7, 2011 Deposition of Tracy-Gene Durkin, Tr. 333:19-336:23, Exhibit 426<br>• December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00023918-21);<br>• February 15, 2012 Deposition of Christopher Stringer, Tr. 204:1-212:1;<br>• ITC 796 NOPA, Exs. F-G at 3-4;<br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00023918-21);<br>• Bressler Rebuttal Report at 57-59. |
| **iRiver U10**<br><br>(Sherman Report)<br>(Anders Report) | • February 29, 2012 Deposition of Owen Kwon (iRiver, Inc.), Tr. 16:6-26:4, Exhibit 3; *passim;*<br>• March 7, 2012 Deposition of Dong Hoon Chang, Tr. 29:9-30:10;<br>• February 15 Response to ITC Interrogatory No. 36 at 142-143, 151, 173, 181;<br>• Bressler Rebuttal Report at 59-61. |
| **KR30-0394921**<br><br>(Sherman Report)<br>(Anders Report) | • October 7, 2011 Deposition of Tracy-Gene Durkin, Tr. 333:19-336:23, Exhibit 426;<br>• ITC 796 NOPA, Exs. F-G at 8;<br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00255305-11);<br>• Bressler Rebuttal Report at 69. |
| **Olympus MR500i multimedia device**<br><br>(Sherman Report)<br>(Anders Report) | • March 6, 2012 Deposition of Amy Leslie (Olympus Imaging), Tr. 24:10-27:2, Exhibit 12;<br>• February 15 Response to ITC Interrogatory No. 36 at 144-145, 151, 174-175, 181;<br>• Bressler Rebuttal Report at 69. |
| **Nokia Fingerprint concept phones images**<br><br>(Sherman Report)<br>(Anders Report) | • Tung PI Declaration, Ex. J (Dkt. No 456-13);<br>• March 16, 2012 Deposition of Ricardo Vilas-Boas, Tr. 10:11-20:23;<br>• February 15 Response to ITC Interrogatory No. 36 at 146-147, |

3

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| | 176-177;<br>• Bressler Rebuttal Report at 54-57. |
| **U.S. D497,364**<br><br>(Sherman Report) | • February 15 Response to ITC Interrogatory No. 36 at 141-142, 151, 169-170, 179;<br>• March 7, 2012 Deposition of Sean Roarty, Tr. 34:25-36:16, Exhibit 1;<br>• Bressler Rebuttal Report at 69. |
| **KR30-0452985**<br><br>(Sherman Report)<br>(Anders Report) | • August 23, 2011 Declaration of Itay Sherman in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction ("Sherman PI Declaration"), Ex. EE (Dkt. No. 172-31);<br>• ITC 796 NOPA, Exs. F-G at 8;<br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00255357-65);<br>• Bressler Rebuttal Report at 62, 76. |
| **Samsung F700 Handset**<br><br>(Sherman Report) | • Apple's Amended Complaint, Dkt. No. 75 at ¶ 80;<br>• Samsung's Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 181a at 4, 14, 18, 45);<br>• Jenkins PI Declaration, Ex. H (Dkt. No. 179-10);<br>• December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00198325-26);<br>• February 23, 2012 Deposition of Greg Joswiak, Tr. 186:11-189:5.<br>• February 29, 2012 Deposition of Hyoung Shin Park, Tr. 8:2-16:15; *passim*<br>• ITC 796 NOPA, Exs. F-G at 13, 16;<br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00198325-26);<br>• March 2, 2012 Deposition of Min-Hyouk Lee, Tr. 68:15-73:1, Exhibit 2114;<br>• April 20, 2012 Deposition of Itay Sherman, Tr. 207:16-213:6;<br>• Bressler Rebuttal Report at 62. |
| **U.S. D560,192** | • ITC 796 NOPA, Exs. F-G at 12; |

4

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| (Sherman Report) <br> (Anders Report) | • Bressler Rebuttal Report at 62. |
| **Documents labeled as SAMNDCA00321457-656** <br><br> (Sherman Report) | • April 20, 2012 Deposition of Expert Itay Sherman, Tr. 207:16-213:6 (SAMNDCA00321552); <br> • Bressler Rebuttal Report at 62. |
| **EU Registration 000569157-0005** <br><br> (Sherman Report) <br> (Anders Report) | • December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00021315-19); <br> • ITC 796 NOPA, Exs. F-G at 10; <br> • February 15 Response to ITC Interrogatory No. 36 at 152, 182 (SAMNDCA00021315-19); <br> • Bressler Rebuttal Report at 65-66. |
| **U.S. D534,516** <br><br> (Sherman Report) <br> (Anders Report) | • February 15 Response to ITC Interrogatory No. 36 at 149, 179; <br> • Bressler Rebuttal Report at 66-68. |
| **Samsung K3 MP3** <br><br> (Sherman Report) <br> (Anders Report) | • March 7, 2012 Deposition of Dong Hoon Chang, Tr. 29:19-30:10; <br> • February 15 Response to ITC Interrogatory No. 36 at 151, 181; <br> • April 26, 2012 Deposition of Robert Anders, Tr. 84:18-22; <br> • Bressler Rebuttal Report at 68; |
| **JP D1295003** <br><br> (Sherman Report) | • ITC 796 NOPA, Exs. F-G at 10; <br> • February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00256150-68); <br> • Bressler Rebuttal Report at 53, 68, 71-74. |
| **Sony Ericsson W950 Walkman phone** <br><br> (Sherman Report) | • March 15, 2012 Deposition of Evans Hankey, Tr. 167:20-170:9, Exhibits 10 & 11; <br> • April 15, 2012 Deposition of Steve Zadesky, Tr. 87:15-122:3; <br> • Bressler Rebuttal Report at 30; <br> • May 2, 2012 Deposition of Shin Nishibori, Tr. 44:14-46:3. |
| **Sony K800i** <br><br> (Sherman Report) | • Bressler Rebuttal Report at 30. |

5

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| **035 Proto**<br><br>(Sherman Report) | • October 21, 2011 Deposition of Rico Zorkendorfer, Tr. 65:23-69:22;<br>• October 21, 2011 Deposition of Daniele DeIuliis, Tr. 188:9 – 194:7;<br>• October 24, 2011 Deposition of Matthew Rohrbach, Tr. 50:24-67:10;<br>• October 25, 2011 Deposition of Quin Hoellwarth, Tr. 136:22-144:12; 157:11-167:20; 176:1-183:7;<br>• October 27, 2011 Deposition of Daniel Coster, Tr. 30:22-33:3; 45:18-48:21;<br>• October 31, 2011 Deposition of Richard Howarth, Tr. 107:20-133:20;<br>• November 4, 2004 Deposition of Christopher Stringer, Tr. 95:5-100:18;<br>• November 8, 2004 Deposition of Douglas Satzger, 36:24-40:5;<br>• Letter from Zeller to Mazza, dated November 8, 2011;<br>• Bressler Rebuttal Report at 19 n.2. |
| **U.S. Patent No. 504,889**<br><br>(Sherman Report)<br>(Anders Report) | • September 15, 2011 Deposition of Itay Sherman, Tr. 214:15-217:11;<br>• December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00200769-73)<br>• July 26, 2011 Deposition of Richard Lutton, Tr. 95:10-96:15;<br>• ITC 796 NOPA, Exs. F-G at 4;<br>• February 15 Response to ITC Interrogatory No. 36 at 129-130, 159-160;<br>• April 26, 2012 Deposition of Robert Anders, Tr. 162:14-174:11;<br>• Bressler Rebuttal Report at 27-30, 52. |
| **Sharp Aquos Fulltouch**<br><br>(Sherman Report) | • Bressler Rebuttal Report at 53. |
| **KR30-0398307**<br><br>(Sherman Report)<br>(Anders Report) | • February 15 Response to ITC Interrogatory No. 36 at 127-128, 157-158;<br>• April 26, 2012 Deposition of Robert Anders, Tr. 149:23-152:16; |

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
|  | • Bressler Rebuttal Report at 74-76. |
| **Bluebird Pidion BM-200** (Sherman Report) | • February 15 Response to ITC Interrogatory No. 36 at 126-127, 150, 156-157, 181;<br>• March 8, 2012 Deposition of Sungyub Lee (Bluebird), Tr. 12:25-27:25, Exhibit 2208 ("Bluebird Pidion BM-200 Specifications");<br>• Bressler Rebuttal Report at 146. |
| **JP D128057** (Anders Report) | • ITC 796 NOPA, Exs. F-G at 11. |
| **JP D1142127** (Sherman Report) (Anders Report) | • Sherman PI Decl., Exs. J-K, Dkt. No. 172-10, 172-11;<br>• ITC 796 NOPA, Exs. F-G at 11;<br>• February 15 Response to ITC Interrogatory No. 36 at 140-141, 168-169;<br>• Bressler Rebuttal Report at 45-47. |
| **JP D1250487** (Sherman Report) (Anders Report) | • October 7, 2011 Deposition of Tracy-Gene Durkin, Tr. 333:19-336:23, Exhibit 426<br>• ITC 796 NOPA, Exs. F-G at 11;<br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00255132-46). |
| **JP D1104685** (Anders Report) | • February 15 Response to ITC Interrogatory No. 36 at 150, 180. |
| **U.S. Patent D532,791** (Anders Report) | • ITC 796 NOPA, Exs. F-G at 5; |
| **U.S. Patent D333,574** (Anders Report) | • ITC 796 NOPA, Exs. F-G at 1; |
| **JP D1178470** (Anders Report) | • Tung PI Declaration, Ex. I (Dkt. No. 456-12);<br>• ITC 796 NOPA, Exs. F-G at 8;<br>• February 15 Response to ITC Interrogatory No. 36 at 153, 183 (SAMNDCA00027686). |

| STRICKEN REFERENCE | DISCLOSURES DURING DISCOVERY |
|---|---|
| **JP 1241638**<br><br>(Anders Report) | • Sherman PI Declaration, Exs. P-Q (Dkt. No. 172-16; Dkt. No. 172-17);.<br>• October 13, 2011 Preliminary Injunction Hearing, Tr. 39:11-15; 40:12-13; 41:21-15; 53:15-17;<br>• December 19, 2011 Response to Interrogatory No. 12 at 11-12, 14 (SAMNDCA00255247);<br>• ITC 796 NOPA, Exs. F-G at 11;<br>• February 15 Response to ITC Interrogatory No. 36 at 133-134, 161-162;<br>• April 6, 2012 Preliminary Injunction Appeal Hearing, Tr. 43:20-44:17;<br>• April 24, 2012 Deposition of Peter Bressler, Tr. 182:23-183:24;<br>• April 26, 2012 Deposition of Robert Anders, Tr. 149:23-152:16. |
| **1994 Fidler Tablets**<br><br>(Anders Report) | • Declaration of Roger Fidler in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction, Dkt. No. 166 at ¶¶ 13-15, Exs. I-L;<br>• Sherman PI Declaration at ¶ 25, Ex. D;<br>• ITC 796 NOPA, Exs. F-G at 15;<br>• September 23, 2011 Deposition of Roger Fidler, Tr. 26:14-40:18;<br>• April 20, 2012 Deposition of Itay Sherman, Tr. 233:6-240:4. |
| **HP Compaq TC1000**<br><br>(Anders Report) | • August 3, 2011 Deposition of Christopher Stringer, Tr. 266:18-300:4, Exhibit 56<br>• Sherman PI Declaration at ¶ 30, Exs. L-M;<br>• ITC 796 NOPA, Exs. F-G at 15. |