# EXHIBIT 3

등록의장 30 - 0304213

# (19) 대한민국특허청(KR)
# (12) 등록의장공보(S)

| | |
|---|---|
| (52) 분류 H4 - 460 | (45) 공고일자   2002년08월16일 |
| | (11) 등록번호   30 - 0304213 |
| | (24) 등록일자   2002년07월24일 |

(21) 출원번호        30 - 2001 - 0017890
(22) 출원일자        2001년06월29일

(73) 등록권자        주식회사 이트로닉스
                    인천 부평구 청천2동 177번지

(72) 창작자          용환석
                    서울특별시서초구방배동2877 - 41

(74) 대리인          이수웅

담당심사관 이경호

(54) 포터블 오디오

입체의장 도면

의장의 대상이 되는 물품
포터블 오디오

의장의 설명

1. 재질은 합성수지 및 금속재 임.

의장 창작 내용의 요점

'포터블 오디오'의 형상과 모양의 결합을 의장창작내용의 요점으로 함.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00021593

사시도



정면도



배면도
정면도와 동일

- 2 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                            SAMNDCA00021594



좌측면도





우측면도



평면도



- 3 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00021595

총독의장 30 - 0304213

저면도

- 4 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          SAMNDCA00021596