# EXHIBIT 5

### RCD-ONLINE – Geschmacksmusterrecherche – Angaben zum GGM

Es steht jetzt Schutz für die gesamte EG durch internationale Registrierungen von industriellen Geschmacksmustern, die von der WIPO verwaltet werden, zur Verfügung. Konsultieren Sie bitte die Haager Express Datenbank hier.

| | |
|---|---|
| **Nummer des Geschmacksmusters :** | 000048061-0001 |
| **Anzahl der Ergebnisse :** | 1  von 1 |

#### Geschmacksmuster

| | |
|---|---|
| **Anmeldetag:** | 24/06/2003 |
| **Tag der Eintragung:** | 24/06/2003 |
| **Tag der Veröffentlichung (A1):** | 19/08/2003 |
| **Ablaufdatum:** | 24/06/2013 |
| **Locarno–Unterklasse:** | 14.02 |
| **Wortbestandteil:** | |
| **Verfahrensstand:** | eingetragen und bekannt gemacht (A1) |
| **Sprache der Anmeldung:** | Englisch |
| **Zweite Sprache:** | Deutsch |

#### Wiedergabe

0001.1



0001.2



0001.3



0001.4



0001.5



0001.6



0001.7



#### Angabe des Erzeugnisses

| | |
|---|---|
| **Angabe des Erzeugnisses:** | Computerbildschirme |
| | Computermonitore |

#### Inhaber

| | |
|---|---|
| **Name des Inhabers:** | Bloomberg Finance L.P. |
| **ID-Nr.:** | 315598 |
| **Natürliche oder juristische Person:** | Juristische Person |
| **Anschrift:** | 731 Lexington Avenue |
| **PLZ:** | 10022 |

07.09.2011

| | |
|---|---|
| **Stadt:** | New York, |
| **Land:** | VEREINIGTE STAATEN |
| **Korrespondenzanschrift:** | Bloomberg Finance L.P. 731 Lexington Avenue New York, NY 10022 ESTADOS UNIDOS (DE AMÉRICA) |
| **Telefon:** | |
| **Fax:** | |
| **E-Mail:** | |

### Vertreter

| | |
|---|---|
| **Name des Vertreters:** | SKW SCHWARZ RECHTSANWÄLTE |
| **ID-Nr.:** | 11354 |
| **Natürliche oder juristische Person:** | Juristische Person |
| **Anschrift:** | Wittelsbacherplatz 1 |
| **PLZ:** | 80333 |
| **Stadt:** | München |
| **Land:** | DEUTSCHLAND |
| **Korrespondenzanschrift:** | SKW SCHWARZ RECHTSANWÄLTE Postfach 20 17 42 D-80017 München ALEMANIA |
| **Telefon:** | 00 49-89286400 |
| **Fax:** | 00 49-892809432 |
| **E-Mail:** | muenchen@skwlaw.de |

### Entwerfer

| | |
|---|---|
| **Name des Entwerfers oder Entwerferteams:** | OZOLINS Helmars E. |
| **ID-Nr.:** | 1799 |

### Ausstellungspriorität
Keine Angabe unter der Geschmackmusternummer: 000048061-0001

### Priorität
Keine Angabe unter der Geschmackmusternummer: 000048061-0001

### Bekanntmachung

| | | |
|---|---|---|
| **Blatt für Geschmacksmuster Nr.:** | 2003/012 | **Eintragungsurkunde** |
| **Tag der Bekanntmachung:** | 19/08/2003 | 9 seitenzahl \| 3447 Kb |
| **Teil:** | A.1 | |
| | | |
| **Blatt für Geschmacksmuster Nr.:** | 2007/030 | |
| **Tag der Bekanntmachung:** | 27/02/2007 | |
| **Teil:** | A.3.2 | |
| | | |
| **Blatt für Geschmacksmuster Nr.:** | 2007/030 | |
| **Tag der Bekanntmachung:** | 27/02/2007 | |
| **Teil:** | A.3.2 | |
| | | |
| **Blatt für Geschmacksmuster Nr.:** | 2007/178 | |
| **Tag der Bekanntmachung:** | 29/11/2007 | |
| **Teil:** | B.2.1 | |
| | | |
| **Blatt für Geschmacksmuster Nr.:** | 2008/131 | |
| **Tag der Bekanntmachung:** | 27/06/2008 | |
| **Teil:** | C.1 | |
| | | |
| **Blatt für Geschmacksmuster Nr.:** | 2009/111 | |
| **Tag der Bekanntmachung:** | 12/06/2009 | |
| **Teil:** | B.9.1 | |

### Verlängerungen

| | |
|---|---|
| **Ablaufdatum:** | 24/06/2013 |
| **Stand der Verlängerung:** | Verlängert |
| **Verlängerungsvorgang:** | Erster |

| **Statusverlauf** (➡Glossar) | **Datum des Verfahrensstands** |
|---|---|
| Verlängert | 27/06/2008 |
| Verlängerung bezahlt | 02/06/2008 |
| Verlängerungsantrag eingegangen | 30/05/2008 |
| Erforderliche Verlängerung mitgeteilt | |

Gedruckt am: 07/09/2011 04:48 PM

07.09.2011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00019933