# EXHIBIT 6

(12) **United States Design Patent**  
Naruki

(10) Patent No.: **US D514,590 S**  
(45) Date of Patent: ∗∗ **Feb. 7, 2006**

(54) **DIGITAL AUDIO PLAYER**

(75) Inventor: **Masatomo Naruki**, Kawasaki (JP)

(73) Assignee: **Kabushiki Kaisha Toshiba** (JP)

(**) Term: **14 Years**

(21) Appl. No.: **29/216,154**

(22) Filed: **Nov. 1, 2004**

(30) **Foreign Application Priority Data**

Sep. 21, 2004   (JP) ...................................... 2004-028546

(51) **LOC (8) Cl.** .................................................... **14-03**
(52) **U.S. Cl.** .................................................... **D14/496**
(58) **Field of Classification Search** ............... D14/496, D14/435, 474, 483, 217, 188, 204, 156, 157, D14/160, 167, 168; 369/1, 2, 75.11, 86, 99; 370/342–344; 455/344–351; 273/148 B; 463/1, 43–47

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,349,575 A | * | 9/1994 | Park | 369/1 |
| 5,661,632 A | * | 8/1997 | Register | 361/683 |
| 5,859,594 A | | 1/1999 | King et al. | 340/7.55 |
| 6,041,023 A | * | 3/2000 | Lakhansingh | 369/7 |
| 6,122,526 A | | 9/2000 | Parulski et al. | 455/556.1 |
| D452,226 S | * | 12/2001 | Simpson et al. | D14/167 |
| D470,506 S | * | 2/2003 | Sadatsuki | D14/496 |
| 6,639,577 B2 | * | 10/2003 | Eberhard | 345/102 |
| D489,052 S | | 4/2004 | Shiraki et al. | |
| D497,618 S | * | 10/2004 | Andre et al. | D14/496 |
| D504,442 S | * | 4/2005 | Kim | D14/496 |
| D504,691 S | * | 5/2005 | Ohno | D14/496 |

FOREIGN PATENT DOCUMENTS

JP    1086099    9/2000

OTHER PUBLICATIONS

Creative Media Advertisement, Nomad Jukebox Zen NX, dated Oct. 28, 2003.

* cited by examiner

*Primary Examiner*—Prabhakar Deshmukh  
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57) **CLAIM**

The ornamental design for a digital audio player, as shown and described.

**DESCRIPTION**

FIG. 1 is a top, front and right side perspective view of a digital audio player showing my new design,  
FIG. 2 is a front elevational view thereof,  
FIG. 3 is a rear elevational view thereof,  
FIG. 4 is a left side elevational view thereof,  
FIG. 5 is a right side elevational view thereof,  
FIG. 6 is a top plan view thereof; and,  
FIG. 7 is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         SAMNDCA00023918

**U.S. Patent**  Feb. 7, 2006  Sheet 1 of 3  US D514,590 S

# FIG. 1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         SAMNDCA00023919

FIG. 2

FIG. 3




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00023920



**U.S. Patent**  Feb. 7, 2006  Sheet 3 of 3  US D514,590 S

FIG. 4  FIG. 5

 

FIG. 6



FIG. 7



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        SAMNDCA00023921