# EXHIBIT 7

OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
(TRADE MARKS AND DESIGNS)

Administration of Trade Marks and Designs Department
Register and related databases

Alicante, 05/09/2006

CABINET REGIMBEAU
20, rue de Chazelles
F-75847 Paris Cédex 17
FRANCIA

# Certificate of Registration[1]

**Registration No.:** 000569157
Your reference:
Applicant: LG Electronics Inc.
20, Yoido-Dong, Yongdungpo-Gu
Seoul 150-721
REPÚBLICA DE COREA (LA)

Please find enclosed the certificate of registration for Community Design no. 000569157-0005 which was published in the Community Designs Bulletin no. 2006/100 on 05/09/2006 (see OHIM's website: http://oami.europa.eu).

This certificate contains information from the Community Designs Register at the date of entry into the Register (see code 15 on the certificate). If you have filed a request for modification of data on or after that date, no new certificate will be issued. You will be notified separately of the change after which an extract from our database may be requested to reflect the administrative status of the design.

For an explanation of the codes on the certificate please see consult the Vademecum on OHIM's website: http://oami.europa.eu/pdf/design/vademecumen.pdf.

If you do not agree with the content of this certificate please do not send back the original. You should instead send the Office a letter indicating your objections, which will be dealt with separately.

Cynthia DEN DEKKER

---

[1] in accordance with Article 17(1) of Commission Regulation (EC) No 2245/02 of 21 October 2002 implementing Council Regulation (EC) No 6/02 on the Community design (http://oami.europa.eu)

Avenida de Europa, 4 • E - 03080 Alicante • Spain • Tel: +34 96 513 91 00 • Fax: +34 96 513 13 44
Internet: http://oami.europa.eu

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00021315





OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

| | | |
|---|---|---|
| 21 | 000569157-0005 | |
| 25 | EN - FR | |
| 22 | 01/08/2006 | |
| 15 | 01/08/2006 | |
| 45 | 05/09/2006 | |
| 11 | 000569157-0005 | |
| 73 | LG Electronics Inc. | |
| | 20, Yoido-Dong, Yongdungpo-Gu | |
| | Seoul 150-721 | |
| | REPÚBLICA DE COREA (LA) | |
| 74 | CABINET REGIMBEAU | |
| | 20, rue de Chazelles | |
| | F-75847 Paris Cédex 17 | |
| | FRANCIA | |
| 51 | 14 - 03 | |
| 54 | ES - Teléfonos móviles | |
| | CS - Služby mobilní telefonie | |
| | DA - Mobiltelefoner | |
| | DE - Mobiltelefon | |
| | ET - Mobiiltelefonid | |
| | EL - Κινητά τηλέφωνα | |
| | EN - Mobile phones | |
| | FR - Téléphones mobiles | |
| | IT - Apparecchi di telefonia mobile | |
| | LV - Mobilie tālruņi | |
| | LT - Mobilieji telefonai | |
| | HU - Mobiltelefonok | |
| | MT - Telefons ċellulari | |
| | NL - Mobiele telefonen | |
| | PL - Telefony komórkowe | |
| | PT - Telemóveis | |
| | SK - Mobilný telefón | |
| | SL - Mobilni telefoni | |
| | FI - Matkapuhelimet | |
| | SV - Mobiltelefoner | |
| 30 | KR - 21/02/2006 - 30-2006-0006542 | |
| 57 | | |
| 55 | | |



0005.1

0005.2

1 / 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00021317






0005.3

0005.5

0005.6

0005.4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    SAMNDCA00021318



OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



0005.7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY              SAMNDCA00021319