# EXHIBIT 9

**OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**
(TRADE MARKS AND DESIGNS)

**Administration of Trade Marks and Designs Department**
**Register and related databases**

Alicante, 14/11/2006

OFFICE ERNEST T. FREYLINGER S.A.
B.P. 48
L-8001 Strassen
LUXEMBURGO

## Certificate of Registration[1]

**Registration No.:** 000584529
Your reference: M-YOU-014/EM
Applicant: SAMSUNG ELECTRONICS CO. LTD.
Yeongtong-gu, Maetan 3-dong, No. 416
Suwon, Gyeonggi Province 443-742
REPÚBLICA DE COREA (LA)

Please find enclosed the certificate of registration for Community Design no. 000584529-0001 which was published in the Community Designs Bulletin no. 2006/128 on 14/11/2006 (see OHIM's website: http://oami.europa.eu).

This certificate contains information from the Community Designs Register at the date of entry into the Register (see code 15 on the certificate). If you have filed a request for modification of data on or after that date, no new certificate will be issued. You will be notified separately of the change after which an extract from our database may be requested to reflect the administrative status of the design.

For an explanation of the codes on the certificate please see consult the Vademecum on OHIM's website: http://oami.europa.eu/pdf/design/vademecumen.pdf.

If you do not agree with the content of this certificate please do not send back the original. You should instead send the Office a letter indicating your objections, which will be dealt with separately.

Cynthia DEN DEKKER

---

[1] in accordance with Article 17(1) of Commission Regulation (EC) No 2245/02 of 21 October 2002 implementing Council Regulation (EC) No 6/02 on the Community design (http://oami.europa.eu)

Avenida de Europa, 4 • E - 03080 Alicante • Spain • Tel: +34 96 513 91 00 • Fax: +34 96 513 13 44
Internet: http://oami.europa.eu

SAMNDCA00199220

*Registered / Enregistré 05/09/2006*

*No 000584529-0001*



**OHIM – OFFICE FOR HARMONIZATION
IN THE INTERNAL MARKET**
TRADE MARKS AND DESIGNS

**CERTIFICATE OF REGISTRATION**

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

**OHMI – OFFICE DE L'HARMONISATION
DANS LE MARCHÉ INTÉRIEUR**
MARQUES, DESSINS ET MODÈLES

**CERTIFICAT
D'ENREGISTREMENT**

Le présent Certificat d'Enregistrement est émis pour le Dessin ou Modèle Communautaire enregistré spécifié ci-dessous. Les inscriptions afférentes ont été portées au Registre des Dessins ou Modèles Communautaires.

*The President / Le Président*

*Wubbo de Boer*

SAMNDCA00199221



OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR
MARQUES, DESSINS ET MODÈLES

| | | |
|---|---|---|
| 21 | 000584529-0001 | |
| 25 | EN - FR | |
| 22 | 05/09/2006 | |
| 15 | 05/09/2006 | |
| 45 | 14/11/2006 | |
| 11 | 000584529-0001 | |
| 72 | Min-Suk Kim | |
| | Kyoung-Sik Yoon | |
| | In-Won Jong | |
| | Nho-Kyung Hong | |
| | Hee-Woong Choi | |
| 73 | SAMSUNG ELECTRONICS CO. LTD. | |
| | Yeongtong-gu, Maetan 3-dong, No. 416 | |
| | Suwon, Gyeonggi Province 443-742 |  |
| | REPÚBLICA DE COREA (LA) | 0001.1 |
| 74 | OFFICE ERNEST T. FREYLINGER S.A. | |
| | 234, route d'Arlon | |
| | L-8001 Strassen | |
| | LUXEMBURGO | |
| 51 | 14 - 04 | |
| 54 | ES - Interfaces gráficos de usuario | |
| | CS - Grafická uživatelská rozhraní | |
| | DA - Grafiske brugergrænseflader | |
| | DE - Grafische Benutzeroberflächen |  |
| | ET - Graafilised kasutajaliidesed | 0001.2 |
| | EL - Διασυνδέσεις γραφικών χρήστη | |
| | EN - Graphical user interfaces | |
| | FR - Interfaces utilisateurs graphiques | |
| | IT - Interfacce grafiche per l'utente | |
| | LV - Lietotāju grafiskie interfeisi | |
| | LT - Grafinės naudotojų sąsajos |  |
| | HU - Grafikus felhasználói interfészek | |
| | MT - Interfejs grafiku tal-utent | 0001.3 |
| | NL - Grafische gebruikersinterfaces | |
| | PL - Graficzne interfejsy użytkownika | |
| | PT - Interfaces de utilizador gráficos | |
| | SK - Grafické užívateľské rozhrania | |
| | SL - Grafični uporabniški vmesniki | |
| | FI - Graafiset käyttöliittymät | |
| | SV - Grafiska användargränssnitt | |
| 30 | KR - 23/03/2006 - 30-2006-0010835 | |
| 55 | | |

1 / 1

SAMNDCA00199222