# EXHIBIT 10

# OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
(TRADE MARKS AND DESIGNS)

**Administration of Trade Marks and Designs Department**
**Register and related databases**

Alicante, 23/05/2006

ELZABURU
Miguel Angel, 21
28010 Madrid
ESPAÑA

## Certificate of Registration[1]

**Registration No.:**      000505532
Your reference:            DMC-430
Applicant:                 SAMSUNG ELECTRONICS CO. LTD.
                           Yeongtong-gu, Maetan 3-dong, No. 416
                           Suwon, Gyeonggi Province 443-742
                           REPÚBLICA DE COREA (LA)

Please find enclosed the certificate of registration for Community Design no. 000505532-0001 which was published in the Community Designs Bulletin no. 2006/057 on 23/05/2006 (see OHIM's website: http://oami.europa.eu).

This certificate contains information from the Community Designs Register at the date of entry into the Register (see code 15 on the certificate). If you have filed a request for modification of data on or after that date, no new certificate will be issued. You will be notified separately of the change after which an extract from our database may be requested to reflect the administrative status of the design.

For an explanation of the codes on the certificate please see consult the Vademecum on OHIM's website: http://oami.europa.eu/pdf/design/vademecumen.pdf.

If you do not agree with the content of this certificate please do not send back the original. You should instead send the Office a letter indicating your objections, which will be dealt with separately.

Cynthia DEN DEKKER

---

[1] in accordance with Article 17(1) of Commission Regulation (EC) No 2245/02 of 21 October 2002 implementing Council Regulation (EC) No 6/02 on the Community design (http://oami.europa.eu)

Avenida de Europa, 4 • E - 03080 Alicante • Spain • Tel: +34 96 513 91 00 • Fax: +34 96 513 13 44
Internet: http://oami.europa.eu

SAMNDCA00199223

*Registered / Registrado 30/03/2006*

*No 000505532-0001*



**OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**
TRADE MARKS AND DESIGNS

## CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

**OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR**
MARCAS, DIBUJOS Y MODELOS

## CERTIFICADO DE REGISTRO

Este certificado de Registro se expide para el dibujo o Modelo Comunitario registrado que se indica a continuación. Las inscripciones correspondientes se han anotado en el Registro de Dibujos y Modelos Comunitarios.

*The President / El Presidente*

*Wubbo de Boer*


SAMNDCA00199224



OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS

| | |
|---|---|
| 21 | 000505532-0001 |
| 25 | EN - ES |
| 22 | 30/03/2006 |
| 15 | 30/03/2006 |
| 45 | 23/05/2006 |
| 11 | 000505532-0001 |
| 72 | Kyung-Dae Park |
| | Ae-Jung Seo |
| | Kyu-Sung Kim |
| | Jin-Gyu Seo |
| | Tae-Young Kang |
| 73 | SAMSUNG ELECTRONICS CO. LTD. |
| | Yeongtong-gu, Maetan 3-dong, No. 416 |
| | Suwon, Gyeonggi Province 443-742 |
| | REPÚBLICA DE COREA (LA) |
| 74 | ELZABURU |
| | Miguel Angel, 21 |
| | E-28010 Madrid |
| | ESPAÑA |
| 51 | 14 - 03 |
| 54 | **ES** - Teléfonos portátiles en los que aparece el dibujo indicado en la imagen |
| | **CS** - Přenosný telefon se zobrazením stylového designu |
| | **DA** - Bærbar telefon med indiceret billeddesign vist herpå |
| | **DE** - Tragbares Telefon mit darauf abgebildetem Zeichen |
| | **ET** - Pildilise kujutise näidikuga kaasaskantav telefon |
| | **EL** - Κινητά τηλέφωνα με εικόνα φόντου |
| | **EN** - Portable telephone having indicated image design displayed thereon |
| | **FR** - Téléphones portables avec l'illustration indiquée |
| | **IT** - Telefoni portatili dotati di un'immagine di sfondo |
| | **LV** - Portatīvi tālruņi ar grafisko indikatoru |
| | **LT** - Mobilusis telefonas su ant jo matomu vaizdo dizainu |
| | **HU** - Hordozható telefon, a rajta kijelzett megadott képdizájnnal |
| | **MT** - Telefon ċellulari li jindika bl-istampa fuqu |
| | **NL** - Draagbare telefoons met beeldontwerp |
| | **PL** - Telefon przenośny z widocznym na nim wzorem rysunkowym |
| | **PT** - Telefone portátil tendo símbolo da marca visível |
| | **SK** - Prenosný telefón s obrázkom dizajnu, ktorý je na ňom zobrazený |
| | **SL** - Prenosni telefoni z upodobljenim slikovnim znakom |
| | **FI** - Kannettava puhelin, jossa näkyy esitetty kuva-aihe |
| | **SV** - Bärbar telefon med en bild som visas på skärmen |
| 55 | |



0001.1



0001.2

SAMNDCA00199225



OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

OAMI - OFICINA DE ARMONIZACIÓN DEL MERCADO INTERIOR
MARCAS, DIBUJOS Y MODELOS



0001.3



0001.5



0001.4



0001.6



0001.7

2 / 2

SAMNDCA00199226