# EXHIBIT 11

**OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**
(TRADE MARKS AND DESIGNS)

**Administration of Trade Marks and Designs Department**
**Register and related databases**

Alicante, 04/09/2007

WEBER & HEIM
Irmgardstr. 3
D-81479 München
ALEMANIA

## Certificate of Registration[1]

| | |
|---|---|
| **Registration No.:** | **000778741** |
| Your reference: | S1129 |
| Applicant: | SAMSUNG ELECTRONICS CO. LTD. |
| | Yeongtong-gu, Maetan-Dong, No. 416 |
| | Suwon-Si, Gyeonggi Province 443-742 |
| | REPÚBLICA DE COREA (LA) |

Please find enclosed the certificate of registration for Community Design no. 000778741-0001 which was published in the Community Designs Bulletin no. 2007/118 on 04/09/2007 (see OHIM's website: http://oami.europa.eu).

This certificate contains information from the Community Designs Register at the date of entry into the Register (see code 15 on the certificate). If you have filed a request for modification of data on or after that date, no new certificate will be issued. You will be notified separately of the change after which an extract from our database may be requested to reflect the administrative status of the design.

For an explanation of the codes on the certificate please see consult the Vademecum on OHIM's website: http://oami.europa.eu/pdf/design/vademecum-rcd-en.pdf.

If you do not agree with the content of this certificate please do not send back the original. You should instead send the Office a letter indicating your objections, which will be dealt with separately.

Catherine DOBSON

---

[1] in accordance with Article 17(1) of Commission Regulation (EC) No 2245/02 of 21 October 2002 implementing Council Regulation (EC) No 6/02 on the Community design (http://oami.europa.eu)

SAMNDCA00199230

*Registered / Eingetragen 27/08/2007*

*No 000778741-0001*

## OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
### TRADE MARKS AND DESIGNS

## CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

---

## HABM – HARMONISIERUNGSAMT FÜR DEN BINNENMARKT
### MARKEN, MUSTER UND MODELLE

## EINTRAGUNGSURKUNDE

Diese Eintragungsurkunde wird für das unten genannte eingetragene Gemeinschaftsgeschmackmuster ausgestellt. Die entsprechenden Einträge sind in das Register für Gemeinschaftsgeschmacksmuster aufgenommen worden.

*The President / Der Präsident*





*Wubbo de Boer*

SAMNDCA00199231

OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

HABM – HARMONISIERUNGSAMT FÜR DEN BINNENMARKT
MARKEN, MUSTER UND MODELLE

| | |
|---|---|
| 21 | 000778741-0001 |
| 25 | EN - DE |
| 22 | 27/08/2007 |
| 15 | 27/08/2007 |
| 45 | 04/09/2007 |
| 11 | 000778741-0001 |
| 73 | SAMSUNG ELECTRONICS CO. LTD. |
| | Yeongtong-gu, Maetan-Dong, No. 416 |
| | Suwon-Si, Gyeonggi Province 443-742 |
| | REPÚBLICA DE COREA (LA) |
| 74 | WEBER & HEIM |
| | Irmgardstr. 3 |
| | D-81479 München |
| | ALEMANIA |
| 51 | 14 - 03 |
| 54 | BG - Мобилни телефони |

ES - Teléfonos móviles

CS - Služby mobilní telefonie

DA - Mobiltelefoner

DE - Mobiltelefon

ET - Mobiiltelefonid

EL - Κινητά τηλέφωνα

EN - Mobile phones

FR - Téléphones mobiles

IT - Apparecchi di telefonia mobile

LV - Mobilie tālruņi

LT - Mobilieji telefonai

HU - Mobiltelefonok

MT - Telefons ċellulari

NL - Mobiele telefonen

PL - Telefony komórkowe

PT - Telemóveis

RO - Telefoane mobile

SK - Mobilný telefón

SL - Mobilni telefoni

FI - Matkapuhelimet

SV - Mobiltelefoner

57

55



0001.1



0001.2

1 / 1

SAMNDCA00199232