# EXHIBIT 12

등록디자인 30-0403504

(19)대한민국특허청(KR)
(12) 등록디자인공보(S)

| | | | |
|---|---|---|---|
| (52) 분류 H3-30S | | (45) 공고일자 | 2006년01월10일 |
| | | (11) 등록번호 | 30-0403504 |
| | | (24) 등록일자 | 2005년12월30일 |

(51) 국제분류      14-03
(21) 출원번호      30-2005-0006520
(22) 출원일자      2005년02월28일

부분디자인(M01)

(73) 디자인권자      삼성전자주식회사
                    경기도 수원시 영통구 매탄동 416

(72) 창작자          하정미
                    서울 마포구 신공덕동 삼성아파트 1차 102동 1702호

(74) 대리인          김기종

담당심사관 김선진

※디자인보호법(법률 제7289호, 시행일 2005.7.1)에 의거 종전의 규정에 의한 의장은
이 법의 개정규정에 의한 디자인으로 봅니다.

(54) 화상디자인이 표시된 휴대용 전화기

디자인의 대상이 되는 물품

화상디자인이 표시된 휴대용 전화기

디자인의 설명

1. 재질은 금속 및 합성수지재임.

2. 실선으로 표현된 부분이 부분의장으로서 의장등록을 받고자 하는 부분임.

디자인 창작 내용의 요점

본원 화상디자인에 관한 부분의장은 의장의 대상인 휴대용 전화기에서 휴대폰 관리 프로그램을 사용하기 위한 S/W 사용자인터페이스(GUI)로서 다중분할 된 내부에 휴대폰, 전화부, 상자, PDA, 디지털카메라, 마이크, 기어 등의 형상을 모티브로 하여 독창적인 도안을 한 것을 의장창작내용의 요점으로 함.

- 1 -

SAMNDCA00199270

등록디자인 30-0403504

【 사시도 】
도면대용 사시사진



- 2 -

SAMNDCA00199271

등록디자인 30-0403504

【 정면도 】
도면대용 정면사진



【 정면도 】

- 3 -

SAMNDCA00199272

등록디자인 30-0403504

【 배면도 】



- 4 -

SAMNDCA00199273

등록디자인 30-0403504

【좌측면도】



- 5 -

SAMNDCA00199274



SAMNDCA00199275