# EXHIBIT 13

등록디자인 30-0441582

 (19)대한민국특허청(KR)
(12) 등록디자인공보(S)

| | |
|---|---|
| (52) 분류 H3-301S | (45) 공고일자 2007년02월27일 |
| | (11) 등록번호 30-0441582 |
| | (24) 등록일자 2007년02월21일 |

(51) 국제분류        14-04
(21) 출원번호        30-2006-0010613
(22) 출원일자        2006년03월22일

　　　부분디자인(M01)

(73) 디자인권자      삼성전자주식회사
                    경기도 수원시 영통구 매탄동 416

(72) 창작자          서애정
                    서울특별시 동대문구 회기동 103-74 203호
                    노진영
                    서울특별시 마포구 서교동 343-19 태일빌딩 3층

(74) 대리인          유미특허법인

담당심사관 한효석

(54) 화상디자인이 표시된 휴대폰

디자인의 대상이 되는 물품

화상디자인이 표시된 휴대폰

디자인의 설명

1. 재질은 금속재 및 합성수지재임.

2. 본원 디자인은 실선으로 표현된 부분이 부분디자인으로서 디자인등록을 받고자 하는 부분임.

3. 참고도 1은 디스플레이창의 확대 정면도임.

디자인 창작 내용의 요점

본원 화상디자인에 관한 부분디자인은 디자인의 대상인 휴대폰상에서 사용되는 사용자인터페이스(GUI)를 표현한 것으로, 전체적으로 심플하고 고급스러우면서 아이콘 자체적으로 완성도가 높도록 독창적인 도안을 한 것을 디자인 창작 내용의 요점으로 함.

SAMNDCA00199288

등록디자인 30-0441582

【 사시도 】



【 정면도 】



SAMNDCA00199289

등록디자인 30-0441582

【 배면도 】



【 좌측면도 】

SAMNDCA00199290

등록디자인 30-0441582

【우측면도】



【평면도】

【저면도】

SAMNDCA00199291

등록디자인 30-0441582

【 참고도 1 】



- 5 -

SAMNDCA00199292