# EXHIBIT 14

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１８年８月２１日（２００６．８．２１）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１２７９２２６号（Ｄ１２７９２２６）
（２４）【登録日】平成１８年７月７日（２００６．７．７）
（５４）【意匠に係る物品】携帯電話機
【部分意匠】
（５２）【意匠分類】Ｈ７－４３
（５１）【国際意匠分類（参考）】１４－０３
【Ｄターム】Ｈ７－４３ＡＢ、Ｈ７－４３Ｇ
（２１）【出願番号】意願２００５－１９９６８（Ｄ２００５－１９９６８）
（２２）【出願日】平成１７年７月８日（２００５．７．８）
（７２）【創作者】
【氏名】松原　隆志
【住所又は居所】東京都国分寺市東恋ヶ窪一丁目２８０番地　　　　　　株式会社日立製作所　デザイン本部内
（７２）【創作者】
【氏名】池田　稔
【住所又は居所】東京都国分寺市東恋ヶ窪一丁目２８０番地　　　　　　株式会社日立製作所　デザイン本部内
（７２）【創作者】
【氏名】岩間　徳浩
【住所又は居所】東京都国分寺市東恋ヶ窪一丁目２８０番地　　　　　　株式会社日立製作所　デザイン本部内
（７３）【意匠権者】
【識別番号】５０４１４９１００
【氏名又は名称】株式会社カシオ日立モバイルコミュニケーションズ
【住所又は居所】東京都東大和市桜が丘２－２２９番地の１
（７４）【代理人】
【識別番号】１０００９２６４６
【弁理士】
【氏名又は名称】水野　清
（７４）【代理人】
【識別番号】１０００８３７６９
【弁理士】
【氏名又は名称】北村　仁
【審査官】前畑　さおり
（５６）【参考文献】意登１０６５５３０　意登１１３５９５０　意登１１３５９６９　意登１１３５９７０　意登１１４３６８５　意登１１９５２３６　意登１２０５０７３　意登１２２９０１５　意登１２３５１２７　意登１２３５３４４　意登１２３５３４５　意登１２３５３４６　意登１２３５３４７　意登１２３５３４８　意登１２３５８５４　意登１２３６０９７　意登１２６０５０８　意登１２６０５１１　モノ　マガジン、６号、２０巻、（２００１－４－２）、７４頁、（特許庁意匠課公知資料番号ＨＡ１３０００５９９）　モバイルｉ、６号、７巻、（２００１－６－１）、１０７頁、Ｃ４０８Ｐ、（特許庁意匠課公知資料番号ＨＡ１３００４８４５）　ＤＩＭＥ、２５号、１６巻、（２００１－１１－１５）、３２頁、Ｐ５０３ｉＳ、（特許庁意匠課公知資料番号ＨＡ１３０１８９２５）　特選街、９号、２４巻、（２００２－９－１）、９頁、ＳＬ－Ａ３００、（特許庁意匠課公知資料番号ＨＡ１４０１６３０９）　カシオ計算機　株式会社、ホームページ掲載実績あり、（特許庁意匠課公知資料番号ＨＪ１４００１０３０）
（５５）【意匠に係る物品の説明】本意匠に係る物品は、正面に設けられた表示画面を、メインエリアと機能情報エリアと選択エリアの３つのエリアに区分けし、メインエリアに４行３列で配置されたアイコンから、任意のアイコンを選択すると、「表示画面拡大図１」で示すように選択したアイコンがドット表示に変化するようになっている。　そして、ドット表示されたアイコンは、「表示画面拡大図１」～「表示画面拡大図４」で示すように、上方から下方にかけて流れるようにドット表示がなされるようになっている。具体的には、「文字情報を表示した状態の拡大参考図１」～「文字情報を表示した状態の拡大参考図３」で示すように、選択されたアイコン

SAMNDCA00199346

(2)　　　　　　　　　意匠登録１２７９２２６

のドットが上方から下方に向けて徐々に減っていき、ドット表示が終了すると、選択したアイコンの機能を文字で表示するようになっている。
（５５）【意匠の説明】実線で表した部分が、部分意匠として意匠登録を受けようとする部分である。
【図面】
【正面図】



【背面図】



SAMNDCA00199347

(3)　　　　　　　　　　意匠登録１２７９２２６

【平面図】



【底面図】



【右側面図】

SAMNDCA00199348



【左側面図】



【表示画面拡大図１】

SAMNDCA00199349

(5) 意匠登録１２７９２２６



【表示画面拡大図２】



【表示画面拡大図３】

SAMNDCA00199350

(6) 意匠登録１２７９２２６



【文字情報を表示した状態の拡大参考図１】



【文字情報を表示した状態の拡大参考図２】

SAMNDCA00199351

(7)　　　　　　　　　　意匠登録１２７９２２６



【文字情報を表示した状態の拡大参考図３】



【文字情報を表示した状態の拡大参考図４】

SAMNDCA00199352

(8) 意匠登録１２７９２２６



【文字情報を表示した状態における各部の名称を示す参考図】



機能情報エリア

メインエリア

選択エリア

SAMNDCA00199353