# EXHIBIT 15

（１９）【発行国】日本国特許庁（ＪＰ）
（４５）【発行日】平成１５年１１月５日（２００３．１１．５）
（１２）【公報種別】意匠公報（Ｓ）
（１１）【登録番号】意匠登録第１１８９３１２号（Ｄ１１８９３１２）
（２４）【登録日】平成１５年９月１２日（２００３．９．１２）
（５４）【意匠に係る物品】携帯電話機
【部分意匠】
（５２）【意匠分類】Ｈ３－３０
（５１）【国際意匠分類（参考）】１４－０３
【Ｄターム】ＨＣＡＢＡ００、ＨＣＡＢＢ０３、ＨＣＡＢＣ００、ＨＣＡＣＡ０６、ＨＣＡＣＣ０３、ＨＣＡＣＤ０１、ＨＣＡＣＥ００
（２１）【出願番号】意願２００３－１０４０（Ｄ２００３－１０４０）
（２２）【出願日】平成１５年１月１７日（２００３．１．１７）
（７２）【創作者】
【氏名】横内　恭人
【住所又は居所】東京都港区芝浦一丁目１番１号　株式会社東芝　本社事務所内
（７３）【意匠権者】
【識別番号】０００００３０７８
【氏名又は名称】株式会社東芝
【住所又は居所】東京都港区芝浦一丁目１番１号
（７４）【代理人】
【識別番号】１０００８３１５０
【弁理士】
【氏名又は名称】櫻木　信義
【審査官】藤井　麻理
（５６）【参考文献】意登１１３５９５０　意登１１３５９６９　ドイツ意匠公報、１０巻、（２００１－５－２５）、２４８５頁、４０１００６１１　ジェイ・ジェイ、８号、２７巻、（２００１－８－１）、３４２頁、Ｃ４０８Ｐ
（５５）【意匠の説明】実線で囲まれた部分が、部分意匠として意匠登録を受けようとする部分である。左側面図は右側面図と対称につき省略する。
【図面】
【正面図】

SAMNDCA00199315

（2）　　　　　　　　　　　意匠登録１１８９３１２



【変化した状態を示す正面図（１）】



【変化した状態を示す正面図（２）】

SAMNDCA00199316

(3)　　　　　　　　　　意匠登録１１８９３１２



【右側面図】



【平面図】

SAMNDCA00199317

(4)  意匠登録1189312



【底面図】



【背面図】

SAMNDCA00199318

(5) 意匠登録1189312



SAMNDCA00199319