# EXHIBIT 17



US00D445428S

## (12) United States Design Patent
Pattenden

(10) Patent No.: **US D445,428 S**
(45) Date of Patent: ⁎⁎ **Jul. 24, 2001**

(54) **SET OF ICONS FOR A MOBILE COMMUNICATION DEVICE DISPLAY**

(75) Inventor: **Christopher Pattenden**, Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/121,344**

(22) Filed: **Apr. 5, 2000**

(51) LOC (7) Cl. .......................................................... **14-02**
(52) U.S. Cl. ............................................................. **D14/488**
(58) Field of Search ............... D14/485–95; D18/24–33; D21/324–33; D19/6; D20/11; 345/326, 339–58

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 388,424 | * | 12/1997 | DeMuro et al. . |
| D. 390,548 | * | 2/1998 | Maekawa et al. . |
| D. 396,458 | * | 7/1998 | Bohnert et al. . |
| D. 422,985 | * | 4/2000 | Bright . |
| D. 425,499 | * | 5/2000 | Millington . |
| D. 429,493 | * | 8/2000 | Bleizeffer et al. . |
| D. 434,419 | * | 11/2000 | Bomze et al. . |
| D. 435,258 | * | 12/2000 | Kramer et al. . |

* cited by examiner

*Primary Examiner*—M. H. Tung
(74) *Attorney, Agent, or Firm*—Jones, Day, Reavis & Pogue; Charles B. Meyer; Krishna K. Pathiyal

(57) **CLAIM**

I claim the ornamental design for a set of icons for a mobile communication device display, as shown and described.

**DESCRIPTION**

The single FIGURE is a front view of a set of icons for a mobile communication device display, the broken line drawing of a mobile communication device display is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



SAMNDCA00200533

**U.S. Patent**  Jul. 24, 2001  **US D445,428 S**



SAMNDCA00200534