QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS**<br><br>**Place:  Courtroom 8,  4th Floor**<br>**Judge: Hon. Lucy H. Koh** |

1

## SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS

2      Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

3   Telecommunications America, LLC (collectively, "Samsung") hereby submit the following *voir*

4   *dire* questions in addition to the questions included in the parties' joint proposed Juror

5   Questionnaire.

6      1.      Have you, a family member, or a close friend of yours ever worked for a company

7   other than Apple or Samsung that develops, manufactures, markets or services mobile phones or

8   tablet computers?

9      2.      Have you ever owned an iPhone, iPad or Mac computer?  If yes, which one(s)?

10      3.      Are you thinking about buying an iPhone, iPad and/or Mac computer in the future?

11      4.      Do you have any negative impressions or opinions about South Korean companies

12   or business people?

13      5.      Do you think many Asian companies steal what others have created and sell

14   products based on copied innovation?

15      6.      Have you been negatively impacted by the recent economic downturn?

16      7.      Do you think most companies with monopoly power would end up abusing their

17   monopoly power in the marketplace?

18      8.      Have you ever applied for a patent, copyright or trademark with the US Patent &

19   Trademark Office?  If so, please explain what it was for, whether or not it was granted, and when

20   it was.

21      9.      Have you heard or read anything about the legal dispute between Apple and

22   Samsung?  If yes, what have you heard about the dispute?  What is the source of the information

23   you've heard or read about the dispute?  Have you formed any impression of the dispute?

24      10.     You have been given lists of lawyers and witnesses.

25          a.      Are any of you related to, or personally acquainted with, any of the

26              lawyers?

27          b.      With any of the witnesses?

28

1    11.    If you are selected to be a member of the jury, you must follow the law that I will
2 tell you to apply, disregarding your own ideas about what the law is or should be.  Will you do
3 this?

4    12.    Jurors have to listen to the testimony of the various witnesses and decide how much
5 or how little weight to give the testimony.  Are you will and able to do that?

6    13.    Do you know of anything I haven't touched on that might affect your qualifications
7 or ability to serve as a juror in this case or prevent you from rendering an impartial verdict based
8 solely on the evidence and on my instructions to you about the law?

9

10 DATED: July 11, 2011                Respectfully submitted,

11                                     QUINN EMANUEL URQUHART &
12                                     SULLIVAN, LLP

13

14                                     By */s/ Victoria Maroulis*
15                                        Charles K. Verhoeven
                                          Kevin P.B. Johnson
16                                        Victoria F. Maroulis
                                          Michael T. Zeller
17                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
18                                        INC. and SAMSUNG
19                                        TELECOMMUNICATIONS AMERICA, LLC

20

21

22

23

24

25

26

27

28