1  HAROLD J. MCELHINNY (CA SBN 66781)      WILLIAM F. LEE
   hmcelhinny@mofo.com                     william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)       WILMER CUTLER PICKERING
   mjacobs@mofo.com                        HALE AND DORR LLP
3  JENNIFER LEE TAYLOR (CA SBN 161368)     60 State Street
   jtaylor@mofo.com                        Boston, MA 02109
4  ALISON M. TUCHER (CA SBN 171363)        Telephone: (617) 526-6000
   atucher@mofo.com                        Facsimile: (617) 526-5000
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)       MARK D. SELWYN (SBN 244180)
   jasonbartlett@mofo.com                  mark.selwyn@wilmerhale.com
7  MORRISON & FOERSTER LLP                 WILMER CUTLER PICKERING
   425 Market Street                       HALE AND DORR LLP
8  San Francisco, California  94105-2482   950 Page Mill Road
   Telephone:  (415) 268-7000              Palo Alto, California 94304
9  Facsimile:  (415) 268-7522              Telephone: (650) 858-6000
                                           Facsimile: (650) 858-6100
10

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
12

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17 APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

18                Plaintiff,                     **APPLE'S PROPOSED SPECIAL
                                                 VERDICT FORM**
19        v.

20 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG ELECTRONICS      Judge:   Hon. Lucy H. Koh
21 AMERICA, INC., a New York corporation; and   Place:   Courtroom 8, 4th Floor
   SAMSUNG TELECOMMUNICATIONS                   Trial:   July 30, 2012 at 9 A.M.
22 AMERICA, LLC, a Delaware limited liability
   company,
23
                  Defendants.
24

25

26

27

28

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON APPLE'S CLAIMS

**Apple's Utility Patent Infringement Claims Against Samsung**

    1.    Has Apple proven that it is more likely than not that Samsung directly infringed the following Apple utility patent claims?

        <u>'381 Patent</u>

        Claim 19:        Yes _____ (for Apple)    No _____ (for Samsung)

        <u>'915 Patent</u>

        Claim 8:        Yes _____ (for Apple)    No _____ (for Samsung)

        <u>'163 Patent</u>

        Claim 50:        Yes _____ (for Apple)    No _____ (for Samsung)

    2.    If you answered "Yes" to Question No. 1, has Apple proven that it is more likely than not that the Samsung Korean parent entity (SEC) induced its U.S. subsidiaries (STA and SEA) to directly infringe?

        Yes _____ (for Apple)    No _____ (for Samsung)

    3.    If you answered "Yes" to Question No. 1, has Apple proven by clear and convincing evidence that Samsung's infringement was willful?

        Yes _____ (for Apple)    No _____ (for Samsung)

    4.    Has Samsung proven by clear and convincing evidence that Apple's asserted utility patent claims are invalid?

        <u>'381 Patent</u>

        Claim 19:        Yes _____ (for Samsung)  No _____ (for Apple)

        <u>'915 Patent</u>

        Claim 8:        Yes _____ (for Samsung)  No _____ (for Apple)

        <u>'163 Patent</u>

        Claim 50:        Yes _____ (for Samsung)  No _____ (for Apple)

APPLE'S PROPOSED JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK
AvSS Apple's Proposed Special Verdict Form/pa-1533697 v12        07/1/2012 02:47 PM

1

**Apple's Design Patent Infringement Claims Against Samsung**

5.  Has Apple proven that it is more likely than not that Samsung directly infringed the following Apple design patents?

   D'305 Patent:      Yes _____ (for Apple)      No _____ (for Samsung)

   D'889 Patent:      Yes _____ (for Apple)      No _____ (for Samsung)

   D'087 Patent:      Yes _____ (for Apple)      No _____ (for Samsung)

   D'677 Patent:      Yes _____ (for Apple)      No _____ (for Samsung)

6.  If you answered "Yes" to Question 5, has Apple proven that it is more likely than not that the Samsung Korean parent entity (SEC) induced its U.S. subsidiaries (STA and SEA) to directly infringe?

   Yes _____ (for Apple)      No _____ (for Samsung)

7.  If you answered "Yes" to Question No. 5, has Apple proven by clear and convincing evidence that Samsung's infringement was willful?

   Yes _____ (for Apple)      No _____ (for Samsung)

8.  Has Samsung proven by clear and convincing evidence that Apple's asserted design patents are invalid?

   D'305 Patent:      Yes _____ (for Samsung)  No _____ (for Apple)

   D'889 Patent:      Yes _____ (for Samsung)  No _____ (for Apple)

   D'087 Patent:      Yes _____ (for Samsung)  No _____ (for Apple)

   D'677 Patent:      Yes _____ (for Samsung)  No _____ (for Apple)

**Apple's Trade Dress Claims Against Samsung**

A.  Unregistered Trade Dress Dilution Claims

9.  Has Apple proven that it is more likely than not that Samsung is liable to Apple for dilution of Apple's unregistered iPad-related trade dress?

   Yes _____ (for Apple)      No _____ (for Samsung)

10. Has Apple proven that it is more likely than not that Samsung is liable to Apple for dilution of Apple's unregistered iPhone-related trade dress?

   Yes _____ (for Apple)      No _____ (for Samsung)

APPLE'S PROPOSED SPECIAL VERDICT FORM
CASE NO. 11-CV-01846-LHK
AvSS Apple's Proposed Special Verdict Form/pa-1533697 v12                    07/1/2012 02:47 PM

2

B.  Registered Trade Dress Dilution Claims

11.  Has Apple proven that it is more likely than not that Samsung is liable to Apple for dilution of Apple's registered iPhone-related trade dress?

Yes _____ (for Apple)      No _____ (for Samsung)

C.  Trade Dress Infringement Claim

12.  Has Apple proven that it is more likely than not that Samsung is liable to Apple for infringement of its iPad-related trade dress?

Yes _____ (for Apple)      No _____ (for Samsung)

**Damages for Samsung's Infringement and/or Dilution**

13.  What is the dollar amount that Apple is entitled to receive from Samsung for Apple's utility patent infringement, design patent infringement, trade dress dilution, and trade dress infringement claims?

$_____.

APPLE'S PROPOSED SPECIAL VERDICT FORM
CASE NO. 11-CV-01846-LHK
AvSS Apple's Proposed Special Verdict Form/pa-1533697 v12                                07/1/2012 02:47 PM

3

# FINDINGS ON SAMSUNG'S CLAIMS

## Samsung's Utility Patent Infringement Claims Against Apple

1. Has Samsung proven that it is more likely than not that Apple has literally infringed the following claims of Samsung's patents?

   '516 Patent
   Claim 15:     Yes _____ (for Samsung)  No _____ (for Apple)
   Claim 16:     Yes _____ (for Samsung)  No _____ (for Apple)

   '941 Patent
   Claim 10:     Yes _____ (for Samsung)  No _____ (for Apple)
   Claim 15:     Yes _____ (for Samsung)  No _____ (for Apple)

   '604 Patent
   Claim 17:     Yes _____ (for Samsung)  No _____ (for Apple)
   Claim 18:     Yes _____ (for Samsung)  No _____ (for Apple)

   '711 Patent
   Claim 9:      Yes _____ (for Samsung)  No _____ (for Apple)

   '893 Patent
   Claim 10:     Yes _____ (for Samsung)  No _____ (for Apple)

   '460 Patent
   Claim 1:      Yes _____ (for Samsung)  No _____ (for Apple)

2. If you answered "Yes" to Question No. 1, has Samsung proven by clear and convincing evidence that Apple's infringement was willful?

   Yes _____ (for Samsung)  No _____ (for Apple)

APPLE'S PROPOSED SPECIAL VERDICT FORM
CASE NO. 11-CV-01846-LHK
AvSS Apple's Proposed Special Verdict Form/pa-1533697 v12                                    07/1/2012 02:47 PM

4

3. Has Apple proven by clear and convincing evidence that Samsung's asserted utility patent claims are invalid?

'516 Patent
Claim 15:       Yes _____ (for Apple)        No _____ (for Samsung)
Claim 16:       Yes _____ (for Apple)        No _____ (for Samsung)

'941 Patent
Claim 10:       Yes _____ (for Apple)        No _____ (for Samsung)
Claim 15:       Yes _____ (for Apple)        No _____ (for Samsung)

'604 Patent
Claim 17:       Yes _____ (for Apple)        No _____ (for Samsung)
Claim 18:       Yes _____ (for Apple)        No _____ (for Samsung)

'711 Patent
Claim 9:        Yes _____ (for Apple)        No _____ (for Samsung)

'893 Patent
Claim 10:       Yes _____ (for Apple)        No _____ (for Samsung)

'460 Patent
Claim 1:        Yes _____ (for Apple)        No _____ (for Samsung)

**Damages for Apple's Infringement**

4. What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims?

     $_____.

## FINDINGS ON APPLE'S COUNTERCLAIMS AGAINST SAMSUNG

**Breach of Contract Claims and Antitrust**

5. Has Apple proven that it is more likely than not that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?

        Yes _____ (for Apple)       No _____ (for Samsung)

APPLE'S PROPOSED SPECIAL VERDICT FORM
CASE NO. 11-CV-01846-LHK
AvSS Apple's Proposed Special Verdict Form/pa-1533697 v12

5

07/1/2012 02:47 PM

6.  Has Apple proven that it is more likely than not that Samsung has violated Section 2 of the Sherman Antitrust Act by monopolizing one or more technology markets related to the UMTS standard?

      Yes _____ (for Apple)     No _____ (for Samsung)

7.  If you answered "Yes" to Question No. 5 or Question No. 6, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's antitrust violation and/or breach of contract?

      $_____.

## Patent Exhaustion

8.  Has Apple proven that it is more likely than not that Samsung is barred from enforcing the '516, '941, and '604 patents against Apple based on the doctrine of patent exhaustion?

      Yes _____ (for Apple)     No _____ (for Samsung)

## Waiver

9.  Has Apple proven by clear and convincing evidence that Samsung has waived its rights to enforce the '516, '941, and '604 patents against Apple?

      Yes _____ (for Apple)     No _____ (for Samsung)

## Equitable Estoppel

10. Has Apple proven that it is more likely than not that Samsung is equitably estopped from enforcing the '516, '941, and '604 patents against Apple?

      Yes _____ (for Apple)     No _____ (for Samsung)

Have the presiding juror sign and date this form.

Signed:_____ Date:_____

                                                  PRESIDING JUROR

APPLE'S PROPOSED SPECIAL VERDICT FORM
CASE NO. 11-CV-01846-LHK
AvSS Apple's Proposed Special Verdict Form/pa-1533697 v12               07/1/2012 02:47 PM

6