QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPENING SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Apple's Administrative Motion to File Under Seal Documents Regarding Apple's Opening Supplemental Claim Construction Brief (Dkt No. 1186) .  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Apple's Opening Supplemental Claim Construction Brief ("Brief") and the Declaration of Ravin Balakrishnan, Ph.D. in Support of Apple's Opening Supplemental Claim Construction Brief ("Balakrishnan Declaration").

3. Both the Brief and the Balakrishnan Declaration include discussion of the confidential source code for the Tablecloth program that was produced by Mitsubishi Electric Research Laboratories (MERL), a third party to this litigation.  This source code has been produced by MERL as Highly Confidential – Attorney's Eyes Only and Highly Confidential – Source Code under the Protective Order.

4. Exhibit 6 to the Declaration of Deok Keun Matthew Ahn in Support of Apple's Opening Supplemental Claim Construction Brief ("Ahn Declaration") contains excerpts from the May 2, 2012 Deposition of Andries van Dam.  These excerpts do not contain Samsung confidential information.  An unredacted version of this document is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Redwood Shores, California on July 12, 2012.

/s/ Bill Trac

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

/s/ Victoria Maroulis