# Exhibit 6

# FILED UNDER SEAL

Page 1

```
 1         UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2              SAN JOSE DIVISION
 3
 4
 5
 6
    APPLE INC., A CALIFORNIA      :
 7  CORPORATION,                  :
                PLAINTIFF,        :
 8
                                  :
 9     VS.                        : CASE NO.
                                  : 11-CV-01846-LHK
10  SAMSUNG ELECTRONICS, CO.,     :
    LTD., A KOREAN BUSINESS       :
11  ENTITY; SAMSUNG ELECTRONICS   :
    AMERICA, INC., A NEW YORK     :
12  CORPORATION; SAMSUNG          :
    TELECOMMUNICATIONS AMERICA,   :
13  LLC, A DELAWARE LIMITED       :
    LIABILITY COMPANY,            :
14
                  DEFENDANTS
15
16
17
18
19
20      VIDEOTAPED DEPOSITION OF ANDRIES VAN
    DAM, an Expert Witness in the above-entitled
21  cause, taken on behalf of the Plaintiff,
    before Barbara Warner, RPR, Notary Public in
22  and for the State of Rhode Island, at the
    offices of Allied Court Reporters, 115-21 Phenix
23  Avenue, Cranston, RI, on May 2, 2012
    at 9:00 A.M.
24
25  TSG Job # 49185
```

1       (DEPOSITION COMMENCED AT 9:16 A.M.)
2             ANDRIES VAN DAM
3             THE VIDEOGRAPHER:  We are on the          09:15
4    record.  This is the beginning of disk number     09:15
5    1 of the deposition of Andries van Dam in the     09:16
6    matter of Apple, Inc., versus Samsung             09:16
7    Electronics Company, Limited, United States       09:16
8    District Court for the Northern District of       09:16
9    California, C.A. Number 11-CV-01846-LHK.          09:16
10   This deposition is being held in Cranston,        09:16
11   Rhode Island on May 2, 2012.  The time is         09:16
12   9:16 on the video.  My name is William White,     09:16
13   I am the videographer.  The court reporter is     09:16
14   Barbara Warner, in association with TSG           09:16
15   Reporting.  Would the attorneys please            09:16
16   identify themselves for the record.               09:16
17             MR. KREEGER:  Matthew Kreeger from      09:16
18   Morrison & Foerster for Apple.                    09:16
19             MR. TUNG:  Mark Tung from Quinn         09:16
20   Emanuel for Samsung, and with me is Ailen         09:16
21   Kim.                                              09:16
22             ANDRIES VAN DAM                         09:16
23             Being duly sworn, deposes and           09:16
24   testifies as follows:                             09:16
25             THE REPORTER:  Would you state         09:16

1  electronic document to include another                11:39
2  instance of the image that can be above or            11:39
3  below as the one shown as explained below.            11:39
4  The top and the bottom edges are off-screen.          11:39
5  They are not visible in the figure below.             11:39
6          And then I go on to explain that I            11:39
7  learned by extensive discussions with Cliff           11:39
8  Forlines, who looked at the source code, that         11:39
9  the way this is implemented is a little               11:39
10 different from how you would guess just by            11:39
11 exercising this little demo program.  They            11:39
12 keep two separate and discrete instances of           11:39
13 the electronic document, and as you scroll            11:39
14 portions of the primary image in either               11:40
15 direction, you fill up with the corresponding         11:40
16 portions of the second image.  And that is            11:40
17 the standard behavior until you reach the             11:40
18 edge of a two-copy electronic document, and           11:40
19 then you go beyond the edge in the '381 way.          11:40
20 You see gray area in the '381 way, and you            11:40
21 snap back in the opposite direction and               11:40
22 restore so that the final image in the                11:40
23 sequence is the full, primary copy of that            11:40
24 virtual desktop, the image that was used for          11:40
25 the Tablecloth demo.                                  11:40

```
 1              C E R T I F I C A T E
            I, Barbara Warner, a Notary Public in
 2    and for the State of Rhode Island, duly
      commissioned and qualified to administer
 3    oaths, do hereby certify that the foreging
      Deposition of Andries van Dam, a Witness in
 4    the above-entitled cause, was taken before me
      on behalf of the Plaintiff, at the offices of
 5    Allied Court Reporters, 115 Phenix Avenue,
      Cranston, Rhode Island on May 2, 2012 at 9:00
 6    A.M.; that previous to examination of said
      witness, who was of lawful age, he was first
 7    sworn by me and duly cautioned to testify to
      the truth, the whole truth, and nothing but
 8    the truth, and that he thereupon testified in
      the foregoing manner as set out in the
 9    aforesaid transcript.
10          I further testify that the foregoing
      Deposition was taken down by me in machine
11    shorthand and was later transcribed by
      computer, and that the foregoing Deposition
12    is a true and accurate record of the
      testimony of said witness.
13
            Pursuant to Rules 5(b) and 30(f) of the
14    Federal Rules of Civil Procedure, original
      transcripts shall not be filed in Court;
15    therefore, the original is delivered to and
      retained by Plaintiff's attorney, Matthew
16    Kreeger, Esquire.
17          Correction and signature pages were sent
      to Defendant's Counsel, Mark Tung, Esquire.
18
            IN WITNESS WHEREOF, I have hereunto set
19    my hand and seal this 2nd day of May, 2012.
20
21
22
23
      _____
24    BARBARA WARNER, NOTARY PUBLIC/CERTIFIED
      COURT REPORTER
25    *My commission expires October 15, 2014
```