QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JON STEIGER IN SUPPORT OF JOINT STIPULATION REGARDING STIPULATED AND DISPUTED JURY INSTRUCTION FILING DEADLINE** |

I, Jon Steiger, declare as follows:

1. I am a member of the State Bar of California and a partner with Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On May 3, 2012, the Court held a case management conference with counsel for Samsung and Apple Inc. ("Apple").

3. The Court issued an Order, dated May 2, adopting the parties' pretrial deadlines for various filings, including the parties' stipulated and disputed proposed jury instructions. (Dkt. No. 901.) The Court ordered that the parties file proposed jury instructions by July 11, 2012. (*Id.*)

4. On June 29, 2012, the Court held an additional case management conference with counsel for the parties.

5. The Court issued an Order, dated July 9, 2012, confirming the deadline for filing proposed jury instructions and ordering the parties to provide the Court with four binders containing the parties' stipulated and disputed proposed jury instructions. (Dkt. No. 1197.)

6. The parties first exchanged proposed jury instructions on July 6, 2012 and have worked diligently since then to try and resolved disputes regarding the proposed jury instructions.

7. Given the numerous other pre-trial deadlines and the complexities of the parties' claims and defenses, despite their best efforts, the parties were not able to file the joint proposed jury instructions by July 11, 2012.

8. After meeting and conferring, the parties agree that a short, 36-hour extension is required to file the joint proposed jury instructions.

9. The parties propose that the joint proposed jury instructions be filed by 12:00 p.m. on July 13, 2012, and that the binders with the stipulated and disputed proposed jury instructions be lodged with the Court by 3:00 p.m. on July 13, 2012.

1      10.     The Court has granted several motions filed by both parties to shorten time
2  on discovery motions.  For example, Apple filed a motion to compel on December 8, 2011 and
3  Samsung filed a motion to compel on December 12, 2011.  In both cases, the moving party sought
4  and was granted the requested Order shortening time.
5      11.     The requested time modification will not affect the overall schedule for the
6  case.
7      I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.
9      Executed July 12, 2012, at Los Angeles, California.

*/s/ Jon Steiger*
Jon Steiger

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Jon Steiger.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria Maroulis*