HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 1183 and 1185) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung filed a motion to file under seal Samsung's Claim Construction Brief and Exhibits 2, 4, 6, and 9-14 to the Declaration of Patrick Schmidt in Support of Samsung's Claim Construction Brief. Apple does not maintain a claim of confidentiality on this material.

3. Samsung filed a motion to file under seal the unredacted version of Samsung's Motions *in Limine* and Exhibits S and T to the Declaration of John D'Amato in Support of Samsung's Motions *in Limine*. These exhibits contain confidential Apple information. Specifically:

4. Exhibit S to the Declaration of John D'Amato consists of excerpts from Apple's Objections and Responses to Samsung's Fourth Set of Interrogatories, previously filed as Exhibit 67 to the Declaration of Brett Arnold in Support of Samsung's Motion for Summary Judgment (Dkt. No. 943.) Apple supported sealing with a declaration filed on May 24, 2012. (Dkt. No. 973.) Exhibit S contains discussions of manufacturing details and supply chain information. The entire document should be kept under seal.

5. Exhibit T to the Declaration of John D'Amato consists of Apple Inc.'s Amended Objections and Responses to Samsung's Interrogatory Nos. 4, 6, 7, 16, 17, and 18. This document was also previously filed as Exhibit 37 to the Declaration of Brett Arnold in Support of Samsung's Motion for Summary Judgment (Dkt. No. 943). Apple supported sealing with a declaration filed on May 24, 2012. (Dkt. No. 973.) Exhibit T contains highly confidential and commercially sensitive business information, including confidential information regarding licensing agreements and potential licensing agreements with business partners and Apple's advertising expenditures. A proposed redacted version was previously filed under Dkt. No. 973-1.

6. It is Apple's policy not to disclose or describe its confidential business practices, licensing information, or financial information such as advertising expenditures. The above information is indicative of the way that Apple manages its business affairs and reveals highly confidential information. If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage. The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of July, 2012, in Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: July 12, 2012     By:     */s/ Jason R. Bartlett*
                                    Jason R. Bartlett