1  Jeremy S. Winer *(Pro Hac Vice )*
   Jeremy.Winer@wilmerhale.com
2  WILMER CUTLER PICKERING HALE AND DORR LLP
   7 World Trade Center
3  New York, New York 10007
   Telephone: +1 (212) 230-8800
4  Facsimile: +1 (212) 230-8888

5  Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION

11 | Apple, Inc.                              ) Case No.  11-CV-01846-LHK (PSG)
                                              )
12 |        Plaintiff,                        ) **NOTICE OF CHANGE OF ADDRESS**
                                              )
13 |   vs.                                    )
                                              )
14 | Samsung Electronics Co., Ltd,. et al.    )
                                              )
15 |        Defendants.                       )
                                              )

16
17
18
19
20
21
22
23
24
25
26
27
28

1  PLEASE TAKE NOTICE that effective July 16, 2012, the New York Office of Wilmer Cutler
2  Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York
3  10007.  All facsimile and telephone numbers will remain the same.

7  Dated: July 12, 2012          WILMER CUTLER PICKERING HALE AND DORR LLP

   By: /s/ Jeremy S. Winer
         Jeremy S. Winer

   *Counsel for Plaintiff and Counterclaim-Defendant APPLE INC.*

-1-
NOTICE OF CHANGE OF ADDRESS
Case No. 11-CV-01846 (PSG)