HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STIPULATED AND DISPUTED JURY INSTRUCTION FILING DEADLINE** |

02198.51855/4854496.1

*Additional attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.*

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

02198.51855/4854496.1

Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER RE
STIPULATED AND DISPUTED JURY INSTRUCTION FILING DEADLINE

1   The parties, through their respective counsel of record, hereby stipulate and agree as
2 follows:
3   WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the
4 "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
5 Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple,
6 "the parties" and individually each a "Party") on April 15, 2011;
7   WHEREAS, the Court adopted the parties' proposed pretrial deadlines and ordered on
8 May 2, 2012 that the parties' proposed jury instructions be filed by July 11, 2012 (Dkt. No. 901);
9   WHEREAS, the Court confirmed the pretrial schedule on July 9, 2012 and further ordered
10 that the parties provide the court with four binders containing the parties' stipulated and disputed
11 proposed jury instructions (Dkt. No. 1197);
12   WHEREAS, the parties require additional time to assemble the single joint set of proposed
13 jury instructions that includes all of their respective objections to the disputed proposed jury
14 instructions; and
15   WHEREAS, the parties agree to extend the deadline for filing proposed jury instructions
16 and binders containing the stipulated and disputed proposed jury instructions, and that such delay
17 will not otherwise impact the schedule or any other deadlines in this Litigation;
18   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as
19 follows:
20   1.   The parties' joint proposed jury instructions shall be filed by 12:00 p.m. on July 13,
21 2012; and
22   2.   Four binders containing the parties' stipulated and disputed proposed jury
23 instructions shall be lodged with the Court by 3:00 p.m. on July 13, 2012.

02198.51855/4854496.1

-1-   Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER RE
STIPULATED AND DISPUTED JURY INSTRUCTION FILING DEADLINE

Dated: July 12, 2012

| | |
|---|---|
| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: /s/ Marc J. Pernick<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br>MARC J. PERNICK<br><br>WILLIAM F. LEE<br>MARK D. SELWYN<br><br>Attorneys for APPLE INC. | By: /s/ Victoria Maroulis<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 12, 2012        By: *Lucy H. Koh*
                            The Honorable Lucy H. Koh
                            United States District Judge

02198.51855/4854496.1

-2-                                                         Case No. 11-cv-01846-LHK
JOINT STIPULATION AND [PROPOSED] ORDER RE
STIPULATED AND DISPUTED JURY INSTRUCTION FILING DEADLINE