United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, ) | |
| v. ) | ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR RELIEF FROM MAGISTRATE JUDGE ORDER |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, ) | |
| Defendants. ) | |

Samsung has filed a motion for relief from the nondispositive pretrial order of Magistrate Judge Grewal. ECF No. 1216. Pursuant to Civil Local Rule 72-2, Apple may file an opposition by July 16, 2012. The matter will be deemed submitted at that time, without oral argument.

**IT IS SO ORDERED.**

Dated: July 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-01846-LHK
ORDER SETTING BRIEFING SCHEDULE