QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HANKIL KANG IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1184)** |

1   Pursuant to Civil L.R. 79-5(d), Defendants Samsung Electronics Co., Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3   "Samsung") submit the declaration of Hankil Kang in support of Apple's Administrative Motion
4   to File Documents Under Seal (Dkt. No. 1184), to establish that portions of the following
5   document are sealable:

6   - Exhibit 2 to the Declaration of Jason Bartlett in Support of Apple's Motions *in Limine*
7     ("Bartlett Declaration").

## DECLARATION OF HANKIL KANG

9   I, Hankil Kang, do hereby declare as follows:

10  1.   I am Legal Counsel at Samsung Electronics Co., Ltd.  I submit this declaration in
11  support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 1184).  I have
12  personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and
13  would competently testify to them.

14  2.   Exhibit 2 to the Bartlett Declaration contains excerpts from the written transcript of
15  the March 30, 2012 Deposition of Junho Park (Volume 2), which Samsung has designated Highly
16  Confidential – Attorneys' Eyes Only under the Protective Order.  The redacted portions contain
17  non-public information regarding specific Samsung competitive analysis practices.  This
18  information is highly confidential and could be used to Samsung's disadvantage by competitors if
19  it were not filed under seal.  The redacted portions of Exhibit 2 to the Bartlett Declaration should
20  therefore remain under seal.  A proposed redacted version of this document is attached hereto as
21  Exhibit 1.

22  I declare under penalty of perjury that the forgoing is true and correct to the best of my
23  knowledge.  Executed this 12th day of July, 2012, in Suwon, South Korea.

Hankil Kang