# Exhibit 2
# (Submitted Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

94

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3     _____

 4     APPLE, INC., a California
       corporation,
 5              Plaintiff,
       vs.                                      Civil Action. No.
 6                                               11-CV-01846-LHK
       SAMSUNG ELECTRONICS CO., LTD., a
 7     Korean business entity, SAMSUNG
       ELECTRONICS AMERICA, INC., a New
 8     York corporation, and SAMSUNG
       TELECOMMUNICATIONS AMERICA, LLC,
 9     a Delaware limited liability
       company, a California corporation.
10              Defendants.

11

12     SAMSUNG ELECTRONICS CO., LTD., a
       Korean business entity, SAMSUNG
13     ELECTRONICS AMERICA, INC., a New
       York corporation, and SAMSUNG
14     TELECOMMUNICATIONS AMERICA, LLC,
       a Delaware limited liability
15     company, a California corporation.
                Counterclaim-Plaintiffs,
16     vs.

17     APPLE, INC., a California
       corporation,
18              Counterclaim-Defendant.
       _____
19
                      *** HIGHLY CONFIDENTIAL ***
20                   *** ATTORNEYS' EYES ONLY ***

21             VIDEOTAPED INDIVIDUAL DEPOSITION OF:
                            JUNHO PARK
22                          (VOLUME 2)

23                       March 30, 2012
                           Kim & Chang
24                       Seoul, South Korea
                       1:14 p.m. - 7:12 p.m.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

```
 1   APPEARANCES:

 2   For the Plaintiff and Counterclaim-Defendant, Apple,
     Inc.
 3
                  MORRISON FOERSTER
 4                By:  Matthew Ahn, Esq.
                  755 Page Mill Road
 5                Palo Alto, California 94304-1018

 6
     For the Defendants and Counterclaim-Plaintiffs, the
 7   Samsung entities:

 8                QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
                  By:  Carl Anderson, Esq.
 9                865 South Figueroa Street
                  Los Angeles, California 90017
10
     Also present:
11
                  Jeesoo Jung, Lead Interpreter
12                Eunice Hyo-Rim Lee, Check Interpreter
                  Samantha Kim, Morrison Foerster
13                Hankil Kang, Samsung
                  Inga Kornev, Videographer
14                Jason Meadors, Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

137

```
15:18:23   1         Q.   I'll repeat it for you.
15:18:25   2    ███████████████████████████████████████████████
15:18:28   3    ███████████████████████████████████████████████
15:18:33   4    ███████████████████████████████████████████████
15:18:37   5    ██████████████████████████████████
15:19:02   6              MR. ANDERSON:  For the record, I cautioned the
15:19:04   7    witness not to reveal privileged information, and I gave
15:19:07   8    no instruction not to answer.
15:19:28   9              CHECK INTERPRETER:  (Speaking Korean.)
15:19:48  10         A.   Yes.
15:19:53  11         Q.   (By MR. AHN)  Will you tell me what that
15:19:55  12    information is?
15:19:56  13              MR. ANDERSON:  I instruct the witness not to
15:19:57  14    answer.  That's a totally inappropriate question.  That's
15:20:01  15    really outrageous.  You know, it's an ethical violation
15:20:06  16    to try to deceive a witness into breaking attorney-client
15:20:11  17    privilege.
15:20:11  18              MR. AHN:  Counsel, your comments are totally
15:20:14  19    inappropriate.  You did not instruct the witness not to
15:20:18  20    answer the question.  So I needed to ask to see if you're
15:20:21  21    going to instruct him.  It appears that you've just
15:20:23  22    instructed him, so let's find out if the witness will
15:20:26  23    answer my question or not.
15:20:27  24              MR. ANDERSON:  Again, I instruct the witness
15:20:28  25    not to answer this question.
```

| | | |
|---|---|---|
| 15:21:00 | 1 | A. I cannot answer. |
| 15:21:02 | 2 | Q. (By MR. AHN) You're following your counsel's |
| 15:21:04 | 3 | instruction, correct? |
| 15:21:14 | 4 | A. When it comes to what I was consulted with |
| 15:21:20 | 5 | counsel, I'm not able to answer. |
| 15:21:23 | 6 | Q. My question is just, are you following your |
| 15:21:25 | 7 | counsel's instruction? |
| 15:21:33 | 8 | CHECK INTERPRETER: (Speaking Korean.) |
| 15:21:34 | 9 | A. Yes. |
| 15:21:38 | 10 | Q. (By MR. AHN) I'm going to hand you what has |
| 15:21:40 | 11 | been marked as Exhibit 2548. Exhibit 2548 bears the |
| 15:21:56 | 12 | Bates numbers SAMNDCA11280015 through 0054. |
| 15:22:10 | 13 | Do you recognize Exhibit 2548? |
| 15:22:17 | 14 | A. No, I don't. |
| 15:22:19 | 15 | Q. Ever seen a document like Exhibit 2548? |
| 15:22:24 | 16 | MR. ANDERSON: Objection. Vague. |
| 15:22:28 | 17 | A. No, I have not. |
| 15:22:35 | | ████████████████████████████████████████ |
| 15:22:37 | | ████████████████████████████████████ |
| 15:22:40 | | ██████████████████████████████████████████ |
| 15:22:47 | | ██████████████ |
| 15:22:56 | | ████████████████ |
| 15:22:57 | | ██████████████████████████████████████████ |
| 15:23:01 | | ████████████████████████████████████████ |
| 15:23:06 | | ██████████████████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

207

| | | |
|---|---|---|
| 19:11:34 | 1 | Q. (By MR. AHN) You have no opinion on that, |
| 19:11:35 | 2 | correct? |
| 19:11:39 | 3 | A. Correct. |
| 19:11:41 | 4 | Q. When did you collect documents for production |
| 19:11:43 | 5 | in this case? |
| 19:12:07 | 6 | A. I delivered my PC to our legal team towards the |
| 19:12:11 | 7 | end of December 2011. |
| 19:12:16 | 8 | Q. Did you provide email messages to the legal |
| 19:12:19 | 9 | team? |
| 19:12:28 | 10 | A. I provided my entire PC. |
| 19:12:31 | 11 | Q. So your emails would have been on your PC at |
| 19:12:35 | 12 | that time; is that right? |
| 19:12:37 | 13 | A. Yes. |
| 19:12:48 | 14 | MR. AHN: That's all the questions I have |
| 19:12:50 | 15 | today. |
| 19:12:51 | 16 | MR. ANDERSON: No questions from Samsung. |
| 19:12:55 | 17 | VIDEOGRAPHER: This marks the end of Disk |
| 19:12:57 | 18 | Number 4 in the deposition of Junho Park. Going off the |
| 19:13:00 | 19 | record. The time is 7:12. |
| | 20 | (Time noted: 7:12 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1   (Counsel representing this witness should arrange for
     reading and signing and thereafter distribute copies of
 2   the signed Errata sheet to opposing counsel without
     involvement of the court reporter.)
 3
     STYLE OF CASE:   Apple v. Samsung (NDCAL)
 4   DEPOSITION OF:   JUNHO PARK

 5   DATE TAKEN:      March 30, 2012

 6                E R R A T A  S H E E T

 7   Page    Line Change              Reason

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22   I hereby certify that I have read my deposition and that
     it is true and correct subject to any changes in form or
23   substance entered here.
     _____                _____
24   Date                            JUNHO PARK

25
```

C E R T I F I C A T E

SEOUL            )
                 )
SOUTH KOREA      )

I, Jason T. Meadors, Registered Professional Reporter and Certified Realtime Reporter, do hereby certify that the aforementioned witness was first duly sworn by me pursuant to stipulation of counsel to testify to the truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of any party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of March, 2012.

_____
Jason T. Meadors
Certified Realtime Reporter
Registered Professional Reporter