QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF BILL TRAC IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 1184)** |

I, Bill Trac, declare:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Apple's Administrative Motion to File Under Seal re Apple's Motions *in Limine*.  Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify as follows.

2. The requested relief is necessary to protect the confidentiality of information discussed in Apple's Motions *in Limine*.  Samsung requests that limited portions of Apple's Motions *in Limine* be filed under seal.

3. The redacted portions of page 10 of Apple's Motion in Limine discuss material contained in Exhibit 2 to the Declaration of Jason Bartlett in Support of Apple's Motions *in Limine*, the March 30, 2012 Deposition of Junho Park (Volume 2).  Samsung has designated Mr. Park's deposition transcript Highly Confidential – Attorneys' Eyes Only under the Protective Order.  The discussion on page 10 of Apple's Motions thus reveals highly confidential information regarding specific Samsung competitive analysis practices, which could be used to Samsung's disadvantage by competitors if it were not filed under seal.  The redacted portions of page 10 of Apple's Motions *in Limine* should therefore remain under seal.

4. The redacted portions of page 16 to Apple's Motions in *Limine* contain non-public information regarding Samsung's tax arrangements and financial data, including specific information about Samsung's profits.  Samsung has designated this information Highly Confidential – Attorneys' Eyes Only under the Protective Order.  This information is highly confidential and could be used to Samsung's disadvantage by competitors if it were not filed under seal.  The redacted portions of page 16 of Apple's Motions *in Limine* should, therefore, remain under seal.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in Redwood Shores, California on July 12, 2012.

/s/ Bill Trac

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Bill Trac has concurred in this filing.

/s/ Victoria Maroulis

-4-  Case No. 11-cv-01846-LHK (PSG)
**TRAC DECLARATION IN SUPPORT OF APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL**