1  David B. Bassett *(Pro Hac Vice)*
   david.bassett@wilmerhale.com
2  WILMER CUTLER PICKERING HALE AND DORR LLP
   7 World Trade Center
3  New York, New York 10007
   Telephone: +1 (212) 230-8800
4  Facsimile: +1 (212) 230-8888

5  Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

11 | Apple, Inc.                              )  Case No.  11-CV-01846-LHK (PSG)
                                              )
12 |         Plaintiff,                       )  **NOTICE OF CHANGE OF ADDRESS**
                                              )
13 |    vs.                                   )
                                              )
14 | Samsung Electronics Co., Ltd,. et al.    )
                                              )
15 |         Defendants.                      )
                                              )

1  PLEASE TAKE NOTICE that effective July 16, 2012, the New York Office of Wilmer Cutler
2  Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York
3  10007.  All facsimile and telephone numbers will remain the same.

7  Dated: July 12, 2012       WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/David B. Bassett
       David B. Bassett

*Counsel for Plaintiff and Counterclaim-Defendant APPLE INC.*