1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed the Declaration of Thomas Watson in Support of Samsung's Proposed Jury Instructions.

Apple Inc. ("Apple") has filed the declaration required under Civil L.R. 79-5 and General Order No. 62 to provide evidence of good cause for this Court to permit filing under seal.  The declaration establishes that the below document contains information that has been designated by Apple as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

1    Accordingly, for good cause shown, the Court ORDERS that the following document shall
2 be filed under seal:
3    1.  Exhibit C to the Declaration of Thomas Watson in Support of Samsung's Proposed
4        Jury Instructions.

6    **IT IS SO ORDERED.**

8 DATED:   _____, 2012

                                        _____
                                        Honorable Luch H. Koh
                                        United States District Judge