QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendant. | CASE NO. 11-cv-01846-LHK <br><br> **DECLARATION OF THOMAS WATSON IN SUPPORT OF SAMSUNG'S PROPOSED JURY INSTRUCTIONS** <br><br> **Place:   Courtroom 8, 4th Floor** <br> **Judge:   Hon. Lucy H. Koh** |

I, Thomas Watson, declare:

1. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of Apple Inc.'s ("Apple's") Initial Disclosures Pursuant to Rule 26(A)(1), dated August 26, 2011.

3. Attached hereto as **Exhibit B** is a true and correct copy of Apple's First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(A)(1), dated March 4, 2012.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Apple's Objections and Responses to Samsung's First Set of Interrogatories, dated September 12, 2011.

5. Attached hereto as **Exhibit D** is a true and correct copy of the cover pleading from Apple's Disclosure of Asserted Claims & Infringement Contentions, dated August 26, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Redwood Shores, California on July 13, 2012.

          */s/ Thomas Watson*
          Thomas Watson

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Thomas Watson.

                              */s/ Victoria Maroulis*