# EXHIBIT A

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff Apple Inc. ("Apple") makes the following initial disclosures to Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").

Apple provides these disclosures subject to and without waiving any applicable privilege, doctrine, or right, including without limitation the attorney-client privilege, the work product doctrine, and all other rights and privileges recognized under the laws of the United States, the State of California and all relevant jurisdictions.  By these disclosures, Apple does not concede the relevance or admissibility of any particular information.  Apple makes these disclosures based on information currently available to it.  Apple reserves the right to amend or supplement these disclosures and to present additional evidence to support its claims and defenses with any filing or during any proceeding in this action, including trial.

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION
### [Fed R. Civ. P. 26(a)(1)(A)(i)]

Apple identifies the following individuals who may have discoverable information that Apple may use to support its claims, defenses, or counterclaims in this action (unless solely for impeachment).  Samsung should contact any current or former Apple employee, agent, or other representative only through Apple's counsel of record.

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Inventors of the Apple design patents-in-suit, including:<br><br>Imran Chaudhri (7,853,891; 7,864,163; D627,790; D617,334; D604,305)<br><br>Bartley Andre (D504,889; D622,270; D618,677; D593,087) | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | The Apple patents-in-suit, including, conception, reduction to practice, and inventorship; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit; other Apple products; functionality of the asserted trade dress; selection of the asserted trade dress |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Freddy Anzures (D604,305) | | |
| Daniel Coster (D504,889; D622,270; D618,677; D593,087) | | |
| Daniele De Iuliis (D504,889; D622,270; D618,677; D593,087) | | |
| Richard Howarth (D504,889; D622,270; D618,677; D593,087) | | |
| Jonathan Ive (D504,889; D622,270; D618,677; D593,087) | | |
| Duncan Kerr (D504,889; D622,270; D618,677; D593,087) | | |
| Shin Nishibori (D504,889; D622,270; D618,677; D593,087) | | |
| Matthew Rohrbach (D504,889; D622,270; D618,677; D593,087) | | |
| Peter Russell-Clark (D622,270) | | |
| Douglas Satzger (D504,889; D622,270; D618,677; D593,087) | | |
| Calvin Seid (D504,889; D622,270; D618,677; D593,087) | | |
| Christopher Stringer (D504,889; D622,270; D618,677; D593,087) | | |

| Name | Contact | Potential area(s) of knowledge (at least) |
|------|---------|-------------------------------------------|
| Eugene Whang (D504,889; D622,270; D618,677; D593,087) | | |
| Rico Zörkendörfer (D504,889; D622,270; D618,677; D593,087) | | |
| Inventors of the Apple utility patents-in-suit, including: | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | The pertinent Apple patents-in-suit, including, conception, reduction to practice, and inventorship; Apple products embodying the inventions claimed by the pertinent Apple patents-in-suit; other Apple products |
| Chris Blumenberg (7,864,163) | | |
| Steven W. Christensen (6,493,002) | | |
| Greg Christie (7,864,163) | | |
| John Elias (7,812,828) | | |
| Scott Forstall (7,864,163) | | |
| Steve Hotelling (7,663,607; 7,920,129) | | |
| Scott Herz (7,844,915) | | |
| Brian Huppi (7,663,607) | | |
| Brian Land (7,920,129) | | |
| Stephen Lemay (7,864,163) | | |
| Bas Ording (7,469,381; 7,853,891; 7,864,163) | | |
| Andrew Platzer (7,844,915) | | |
| Joshua Strickon (7,663,607) | | |
| Marcel Van Os (7,864,163) | | |
| Wayne Westerman (7,812,828) | | |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Richard Williamson (7,864,163) | | |
| Sissie Twiggs | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Advertising of Apple products |
| Art Rangel | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Damages and irreparable harm to Apple |
| Phil Schiller | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | Apple's iPhone and iPad business |
| Bruce Sewell | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | License negotiations between Apple and Samsung |
| Greg Joswiak | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | iPod, iPhone & iOS product marketing; history and business of Apple |
| Eric Jue | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | iPhone marketing |
| Stan Ng | Apple Inc. 1 Infinite Loop Cupertino, CA 95014 [contact through counsel] | iPod, iPhone & iOS product marketing |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Michael Tchao | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | iPad Marketing |
| Mark Buckley | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Damages and irreparable harm to Apple |
| Richard Lutton | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Prosecution and licensing of Apple's patents-in-suit; license negotiations between Apple and Samsung |
| Boris Teksler | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | License negotiations between Apple and Samsung |
| Jason Shi | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | UMTS implementation in Apple products |
| Morgan Grainger | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products |
| George Dicker | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Justin Santamaria | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014 | Design and operation of accused functionality in accused Apple products |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| | [contact through counsel] | |
| Thomas Alsina | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>[contact through counsel] | Design and operation of accused functionality in accused Apple products |
| Michael Mallie | Blakely, Sokoloff, Taylor & Zafman LLP<br>1279 Oakmead Parkway<br>Sunnyvale, CA  94085 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent No. 6,493,002 |
| Robert Beyers | Morgan, Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent Nos. 7,469,381 & U.S. 7,684,163 |
| Glenn Kubota | Morrison & Foerster LLP<br>555 West Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent Nos. 7,663,607, 7,812,828 & 7,920,129 |
| James Scheller | Blakely, Sokoloff, Taylor & Zafman LLP<br>1279 Oakmead Parkway<br>Sunnyvale, CA  94085 | Prosecution of Apple's utility patents-in-suit, including at least U.S. Patent Nos. 7,844,915 & 7,853,891 |
| Tracy-Gene Durkin | Sterne, Kessler, Goldstein, & Fox PLLC<br>1100 New York Avenue<br>Washington, DC 20005 | Prosecution of Apple's design patents-in-suit |
| Inventors of the Samsung Patents-in-Suit, including:<br><br>Joon-Young Cho (7,447,516)<br><br>Gin-Kyu Choi (7,200,792) | Unknown | Upon information and belief, the Samsung Patents-in-Suit, including, conception, reduction to practice, and inventorship |

| Name | Contact | Potential area(s) of knowledge (at least) |
|---|---|---|
| Soon-Jae Choi (7,050,410; 7,386,001) | | |
| Sung-ho Eun (7,577,460) | | |
| Youn-Hyoung Heo (7,447,516) | | |
| Joong-Ho Jeong (6,928,604) | | |
| Moon-Sang Jeong (7,698,711) | | |
| Beong-Jo Kim (7,050,410; 7,386,001) | | |
| Hee-Won Kang (7,362,867) | | |
| Hun-Kee Kim (7,200,792) | | |
| Jae-Yoel Kim (7,362,867) | | |
| Min-Goo Kim (7,050,410; 7,386,001) | | |
| Noh-Sun Kim (7,200,792) | | |
| Pyung-soo Kim (7,079,871) | | |
| Se-Hyoung Kim (7,050,410; 7,386,001) | | |
| Soeng-Hun Kim (7,675,941) | | |
| Yong-Jun Kwak (7,447,516) | | |
| Young-Bum Kim (7,447,516) | | |
| Hye-Young Lee (7,069,055) | | |
| Hyeon-Woo Lee (7,069,055) | | |
| Ju-Ho Lee (7,447,516) | | |

| Name | Contact | Potential area(s) of knowledge (at least) |
|------|---------|-------------------------------------------|
| Jun-Sung Lee (7,200,792) | | |
| Young-Hwan Lee (7,386,001) | | |
| Yong-Suk Moon (7,200,792) | | |
| Chang-Soo Park (6,928,604) | | |
| Hyuk-soo Son (7,456,893) | | |
| Himke Van Der Velde (7,675,941) | | |
| Gert-Jan Van Lieshout (7,675,941) | | |
| Jae-Seung Yoon (7,200,792) | | |
| Rocco S. Barrese | Upon information and belief:<br><br>Dilworth & Barrese, LLP<br>1000 Woodbury Road<br>Suite 405<br>Woodbury, NY 11797 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,577,460 |
| Michael A. Bush | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,079,871 |
| Simon G. Booth | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW<br>Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| Frank Chau | Unknown | Upon information and belief, the prosecution of the Samsung Patents- |

| Name | Contact | Potential area(s) of knowledge (at least) |
|------|---------|-------------------------------------------|
| | | in-Suit, including at least U.S. Patent No. 7,069,055 |
| Peter G. Dilworth | Upon information and belief:<br><br>Dilworth & Barrese, LLP<br>1000 Woodbury Road<br>Suite 405<br>Woodbury, NY 11797 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,069,055 and 7,577,460 |
| George C. Eckert | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. 7,698,711 |
| Paul J. Farrell | Upon information and belief:<br><br>The Farrell Law Firm, P.C.<br>290 Broadhollow Road, Suite 210E<br>Melville, New York 11747 | Upon information and belief, the prosecution of Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,050,410, 6,928,604, 7,200,792, 7,362,867, 7,386,001, 7,069,055, & 7,577,460 |
| John E. Holmes | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW<br>Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,675,941, 7,698,711, and 7,447,516 |
| Blandon S. Bludau | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW<br>Suite 600<br>Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. 7,698,711 |

| Name | Contact | Potential area(s) of knowledge (at least) |
|------|---------|-------------------------------------------|
| | | |
| Dana D. Ivey | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| Peter L. Kendall | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Stacy J. Longanecker | Upon information and belief: <br><br> Roylance, Abrams, Berdo & Goodman LLP 1300 19th Street, NW Suite 600 Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| Jundong Ma | Upon information and belief: <br><br> Roylance, Abrams, Berdo & Goodman LLP 1300 19th Street, NW Suite 600 Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Christian C. Michel | Upon information and belief: <br><br> Roylance, Abrams, Berdo & Goodman LLP 1300 19th Street, NW Suite 600 Washington D.C. 20036 | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |
| David R. Morris | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,456,893 |
| Michael J. Musella | Upon information and | Upon information and belief, the |

| Name | Contact | Potential area(s) of knowledge (at least) |
|------|---------|-------------------------------------------|
| | belief:<br><br>Dilworth & Barrese, LLP<br>1000 Woodbury Road<br>Suite 405<br>Woodbury, NY 11797 | prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent Nos. 7,200,792, 6,928,604, 7,362,867, 7,386,001, and 7,577,460 |
| Raymond B. Persino | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Brian C. Rupp | Upon information and belief:<br><br>Drinker Biddle & Reath LLP<br>191 N. Wacker Dr., Ste. 3700<br>Chicago, IL 60606-1698 | The prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,456,893 |
| Maeng-Ho Shin | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,447,516 |
| Michael D. Stein | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,079,871 |
| Daniel E. Tierney | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,200,792, 6,928,604, and 7,069,055 |
| Stanislav Torgovitsky | Upon information and belief:<br><br>Roylance, Abrams, Berdo & Goodman LLP<br>1300 19th Street, NW | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,675,941 |

| Name | Contact | Potential area(s) of knowledge (at least) |
|------|---------|-------------------------------------------|
|  | Suite 600<br>Washington D.C. 20036 |  |
| Richard A. Wulff | Unknown | Upon information and belief, the prosecution of the Samsung Patents-in-Suit, including at least U.S. Patent No. 7,456,893 |
| Seung Ho Ahn | Believed to be a current Samsung employee | License negotiations between Apple and Samsung |
| JY Lee | Believed to be a current Samsung employee | License negotiations between Apple and Samsung |
| Kwang Jun Kim | Believed to be a current Samsung employee | License negotiations between Apple and Samsung |
| Employees of Infineon Technologies AG and/or Intel Corporation | Infineon Technologies AG<br>Am Campeon 1-12<br>85579 Neubiberg<br>Germany<br><br>Intel Corporation<br>2200 Mission College Blvd.<br>Santa Clara, CA 95054 | UMTS implementation in chips supplied to Apple; any licensing of the Samsung Patents-in-Suit |

In addition to the individuals identified above, the following individuals may have discoverable information: (i) persons deposed during this litigation and persons identified during such depositions; (ii) persons identified in Samsung's Initial Disclosures; and (iii) other individuals at Samsung.

Apple will identify any testifying expert witnesses as required by Rule 26(a)(2) and any applicable Local Rule or order of the Court.

**II.     DESCRIPTION OF DOCUMENTS [Fed. R. Civ. P. 26(a)(1)(A)(ii)]**

Apple identifies the following documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claims and defenses

(unless solely for impeachment).  Concurrently with service of these Initial Disclosures, Apple is producing to Samsung documents in its possession relating to one or more of these categories.

- File histories and prior art references cited by the U.S. Patent and Trademark Office during prosecution of the Apple patents asserted in the Amended Complaint

- Documents, prototypes, and source code reflecting the conception and reduction to practice of the inventions claimed in the Apple patents asserted in the Amended Complaint

- Documents reflecting Samsung's willful infringement of the Apple patents asserted in the Amended Complaint

- Documents reflecting the damages and irreparable harm resulting from Samsung's willful infringement of the Apple patents asserted in the Amended Complaint

- File histories for the trade dress and trademark registrations asserted in the Amended Complaint

- Documents reflecting the selection of the trademarks asserted in the Amended Complaint

- Prior art to the Samsung Patents-in-Suit

- File histories of the Samsung Patents-in-Suit

- Documents depicting the design, structure, and operation of accused functionality or components of the Apple products accused of infringing the Samsung Patents-in-Suit ("accused Apple products")

- Documents sufficient to show various financial information for the accused Apple products

- Documents reflecting license negotiations between Apple and Samsung

Apple reserves the right to object to the production of documents on any basis, including that the information sought: (i) is not relevant; (ii) is protected from disclosure by an applicable privilege, doctrine, or immunity; (iii) would be unduly burdensome or expensive to produce; (iv) contains third party confidential information and cannot be produced without that party's

1   notification and consent; or (v) constitutes proprietary or trade secret information that should not

2   be produced before an appropriate protective order has been entered.

3       Apple' investigation for discoverable information that it may use to support its claims or

4   defenses in this litigation is ongoing.  Apple also may rely on documents that are produced by any

5   party to this litigation, including Apple itself and Samsung.

6   **III.    COMPUTATION OF DAMAGES [Fed. R. Civ. P. 26(a)(1)(A)(iii)]**

7       Pursuant to Rule 26(a)(1)(A)(iii), Apple intends to seek an accounting for damages,

8   enhanced or treble damages for Samsung's deliberate and willful infringement, and pre- and post-

9   judgment interest, in addition to a preliminary and permanent injunction.  However, the amount

10  of damages arising from Samsung's willful infringement is not ascertainable at this time, some or

11  all of the injuries are ongoing, and the computation of damages may require discovery and expert

12  testimony.  Apple also claims damages as a result of Samsung's anticompetitive conduct and

13  unlawful business acts and practices, including its failure to offer Apple a license on fair,

14  reasonable and non-discriminatory (FRAND) terms to Samsung's claimed standards-essential

15  patents. In addition, pursuant to Section 4 of the Clayton Act and/or Section 16750 of the

16  California Business and Professions Code, Apple is entitled to treble the amount of its actual

17  damages suffered as a result of Samsung's conduct and all reasonable attorneys fees and costs.

18      Apple does not believe that Samsung has suffered any damages as a result of any conduct

19  by Apple.  Apple intends to seek its attorneys fees and costs and other relief as is deemed

20  appropriate.  These fees and costs and amount of any other relief that may be deemed appropriate

21  are not susceptible to calculation at this time.

22  **IV.    INSURANCE AGREEMENTS [Fed. R. Civ. P. 26(a)(1)(A)(iv)]**

23      Apple is currently unaware of any insurance agreement under which an insurance business

24  may be liable to satisfy all or part of a possible judgment in this action or to indemnify or

25  reimburse Apple for payments made to satisfy such a judgment.

26

27

28

1

2
Dated:   August 26, 2011                    MORRISON & FOERSTER LLP

3                                                          By:    /s/ Michael A. Jacobs
                                                                        Michael A. Jacobs
4
                                                                  Attorneys for Plaintiff
5                                                                 APPLE INC.

6

7
Dated:   August 26, 2011                    WILMER CUTLER PICKERING
8                                                              HALE AND DORR LLP

9                                                          By:    /s/ Mark D. Selwyn
                                                                        Mark D. Selwyn
10
                                                                  Attorneys for Plaintiff
11                                                                APPLE INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28