1 | HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
2 | MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
3 | RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone:  (415) 268-7000
6 | Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Counterclaim-Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>      Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S OBJECTIONS TO THE USE OF DEPOSITIONS, EXHIBITS, OR THE ADMISSIBILITY OF MATERIALS IDENTIFIED IN SAMSUNG'S RULE 26(a)(3) DISCLOSURES** |

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure and the Court's Minute Order and Case Management Order, dated July 9, 2012, Apple hereby submits the following objections to Samsung's use of depositions, exhibits, or the admissibility of materials identified under Rule 26(a)(3).

## I. OBJECTIONS TO SAMSUNG'S IDENTIFIED TRIAL WITNESSES AND WITNESSES BY DEPOSITION DESIGNATION

1. Apple objects to Samsung's presentation of testimony by deposition from any presently-employed Samsung employee on the ground that those employees are not unavailable.

2. Apple objects to Samsung's presentation of testimony by deposition from any witness whose deposition took place after the close of fact discovery, other than depositions for which the parties explicitly agreed to waive such an objection.

3. Apple objects to Samsung calling Jae Yoel Kim to testify at trial on the ground that he lacks knowledge of the subject matter identified by Samsung for his testimony.

4. Apple objects to Samsung calling Shin Nishibori to testify at trial on the ground that it would impose an undue burden and unfair hardship on the witness.

5. Apple objects to Samsung's presentation of testimony from any of the following witnesses on the ground that they were not listed in Samsung's Rule 26(a)(1) disclosures:

| | | |
|---|---|---|
| Agnetta, Bryan | Hobson, Phil | Rogers, Lauren |
| Anderson, Creig | Hoellwarth, Quin | Rohrbach, Matthew |
| Andre, Bartley | Hong, Wong Pyo | Rothert, Curt |
| Anzures, Freddy | Hood, Chris | Rothkopf, Fletcher |
| Benner, Timothy | Howarth, Richard | Roy, Christine |
| Beyer, Steven | Hsu, Gwen | Russell-Clarke, Peter |
| Bishop, Craig | Ive, Jonathan | Ryu, Dongseok |
| Blevins, Tony | Janning, Michael | Saigal, Anuj |
| Blumenberg, Chris | Joswiak, Greg | Sandrowitz, Alyssa |
| Borchers, Robert | Jue, Eric | Satzger, Douglas |

| # | | | |
|---|---|---|---|
| 1 | Boule, Andre | Kerr, Duncan | Schiller, Phillip |
| 2 | Bright, Andrew | Kho, Wookyun | Schweigert, Jeremy |
| 3 | Brunner, Robert | Kim, Emilie | Sexton, Rory |
| 4 | Buckley, Mark | Kim, Seong Woo | Shavey, Geoff |
| 5 | Bungo, David | Kim, Youngho | Shi, Jason |
| 6 | Byun, Dooju | KPMG Witness | Shim, Jong-wook |
| 7 | Chaudhri, Imran | Kunst, Benjamin | Siller, Grace |
| 8 | Chen, Stephanie | Kwon, Owen | Sinclair, Steven |
| 9 | Chen, Wei | Lam, Ioi | Singer, David |
| 10 | Cheung, Benjamin | Lamiraux, Henri | Skinder, Jason |
| 11 | Choi, Sung Ho | Lee, Mark | Stringer, Christopher |
| 12 | Christie, Greg | Lee, SungSik | Takayanagi, Taichi |
| 13 | Chung, Minhyung | Lee, Sungyub | Tan, Tang |
| 14 | Conley, Cira | Lemay, Stephen O. | Tchao, Michael |
| 15 | Cornish, Lance | Leslie, Amy Katherine | Teksler, Boris |
| 16 | Coster, Daniel | Lindbergh, Suzanne | Ternus, John |
| 17 | Dammermann, Kurt | Lutton, Richard "Chip" | Twiggs, Sissie |
| 18 | De Iuliis, Daniele | Lynch, Brian | Van Os, Marcel |
| 19 | De Martel, Elisa | Mauney, Daniel | Voron, Vince |
| 20 | Dinh, Richard | Moon, Sang Jeong | Watrous, BJ |
| 21 | Durkin, Tracey-Gene | Ng, Stan | Whang, Eugene |
| 22 | Fadell, Tony | Nishibori, Shin | White, Justin |
| 23 | Ferrazano, Michael | Ording, Bas | Whiteside, Tamara |
| 24 | Forstall, Scott | Paltian, Marcus | Williamson, Richard |
| 25 | Ganatra, Nitin | Park, Chang-Soo | Wong, Erin |
| 26 | Gomez, Maribel | Park, Jaewoo | Woodring, Cooper |
| 27 | Gosler, Jared | Park, Ken | Wright, Anthony |
| 28 | Hammerstrom, Jessica | Platzer, Andrew | Yang, Woodward |
| | Han, Jefferson | Prest, Chris | Yoon, Seongwon |
| | Hankey, Evans | Proctor, Corrina | Zadesky, Steve |
| | Harris, Christopher | Rangel, Arthur | Zorkendorfer, Rico |
| | Herz, Scott | Roarty, Sean | Zorn, Andre |
| | Hill, Arthur | | |

6. Apple objects to Samsung's presentation of testimony from any of the following witnesses on the ground that they were not listed in Samsung's Rule 26(a)(1) disclosures until after the close of fact discovery:

| | | |
|---|---|---|
| Bogue, Adam | Lee, Sang Eun | Tse, Edward |
| Forlines, Clifton | Powell, Adam | Van Der Velde, Himke |
| Kim, Jae Yoel | Sim, Jaehwang | Van Lieshout, Gert-Jan |
| Kim, Jin Soo | Song, Han-Gil | |

## II. OBJECTIONS TO SAMSUNG'S TRIAL EXHIBITS

7. Apple's objections to Samsung's proposed trial exhibits are contained in the attached Exhibit A.

8. Without waiving its position that the Court should adopt Apple's proposed joint trial exhibit list rather than Samsung's, Apple states the following objections to certain items on Samsung's proposed joint exhibit list (Joint Pretrial Statement, Ex. 8):

   (a) <u>Exhibits 1000-03 and 1010-13</u>:  improper sponsoring witness.

   (b) <u>Exhibit 1028</u>:  FRE 402, FRE 403, improper sponsoring witness, lacks foundation.

9. Apple states the following objections to certain items that Apple included on its proposed joint exhibit list (Joint Pretrial Statement, Ex. 7) with the understanding that Samsung had sought to have these items included as joint exhibits:

   (a) <u>Exhibit 1075</u>:  FRE 402, FRE 403, not admissible as prior art.

   (b) <u>Exhibits 1050-57</u>: Apple reserves all objections until time of inspection.

In the event the Court adopts Apple's proposed joint exhibit list, Apple also reserves all objections with respect to Exhibits 1050-1075 until Samsung provides copies of these materials marked as exhibits for purposes of trial and Apple has had an opportunity to inspect them.

Dated:  July 13, 2012

                MORRISON & FOERSTER LLP

                By:     /s/ Michael A. Jacobs
                          Michael A. Jacobs

                          Attorneys for Plaintiff
                          APPLE INC.

                WILMER CUTLER PICKERING
                  HALE AND DORR LLP

                By:     /s/ Mark D. Selwyn
                          Mark D. Selwyn

                          Attorneys for Plaintiff
                          APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 13, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Mark D. Selwyn
Mark D. Selwyn