**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 500 | iPhone App testing including photos and mail (with error message) | APLNDC-WH0000279372 | | Infringement | Emilie Kim; Nitin Ganatra | |
| 501 | Fidler Tablet Specifications | FIDLER00000030 | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Roger Fidler, Robert Anders, Peter Bressler, Itay Sherman, Sam Lucente | FRE 402 FRE 403 FRE 901 FRE 1002 Misleading Improper sponsoring witness Lacks foundation |
| 502 | *AppleDesign: The Work of the Apple Industrial Design Group*, Paul Kunkel (Graphis Inc., New York) (1997) | SAMNDCA00402898 | SAMNDCA00403188 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger | FRE 402 FRE 403 FRE 802 FRCP 26 (produced after discovery close) Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 503 | ETSI IPR Policy (November 1997) | S-ITC-003356882 | S-ITC-003356887 | FRAND | Karl Rosenbrock, Michael Walker | |
| 504 | U.S. Design Patent No. D500,037 | SAMNDCA00027716 | SAMNDCA00027722 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger, Sean Roarty | FRE 402 FRE 403 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 505 | Compaq TC1000 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente | FRE 402 FRE 403 FRE 901 Limiting instruction required FRCP 26 (device not produced in discovery) |
| 506 | US Pat. No. 6,919,678 | SAMNDCA00354855 | SAMNDCA00354872 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger | FRE 402 FRE 403 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 507 | Japanese design patent JP D1204221 ("JP221") | SAMNDCA00402432 | SAMNDCA00402444 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionalityc | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 508 | Sharp Zarus SL-6000L | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu | FRE 402 FRE 403 FRE 901 FRCP 26 (not produced in discovery) Improper sponsoring witness Lacks foundation |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | distinctiveness or confusion | | Untimely disclosure of related theories |
| 509 | Apple's 035 Prototype | APLNDC-X000006115 | APLNDC-X000006129 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Quin Hoellwarth, Scott Forstall, Peter Bressler, Robert Anders | FRE 402 FRE 403 FRE 1002 Improper sponsoring witness Lacks foundation |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 510 | Apple's 035 Prototype | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Scott Forstall, Peter Bressler, Robert Anders | FRE 402 FRE 403 Improper sponsoring witness Lacks foundation |
| 511 | Japanese design patent JP D1241638 ("JP638") | SAMNDCA00402580 | SAMNDCA00402598 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Improper sponsoring witness Lacks foundation Untimely disclosure of related theories Limiting instruction required |
| 512 | Korean design patent KR 30-0398307 | SAMNDCA00402644 | SAMNDCA00402654 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent | Itay Sherman, Robert Anders, Peter Bressler , Sam Lucente | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Improper |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | Functionality/Trade dress functionality | | sponsoring witness Untimely disclosure of related theories |
| 513 | Bluebird Pidion BM-200 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente, Sungyub Lee | FRE 402 FRE 403 FRE 901 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 514 | iRiver U10 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente, Owen Kwon | FRE 402 FRE 403 FRE 901 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 515 | Korean design patent KR 30-0394921 | SAMNDCA00402633 | SAMNDCA0040263 43 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente | FRE 402 FRE 403 FRE 901 FRCP 26 (produced after discovery close) Untimely disclosure of related theories |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 516 | Mac OS X 10.4 Tiger | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Chris Hood, Richard Howarth, Jonathan Ive, Duncan Kerr, Ben Kunst, Mark Lee, Brian Lynch, Shin Nishibori, Chris Prest, Matthew Rohrbach, Fletcher Rothkopf, Peter Russell-Clarke, Phillip Schiller, Christopher Stringer, John Ternus, Eugene Whang, Steve Zadesky, Rico Zorkendorfer | FRE 402 FRE 403 FRE 901 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 517 | 3GPP standard - TS 25.214 v6.6.0 (2005-06) (Release 6) | APLNDC-WH-A 0000010733 | APLNDC-WH-A 0000010790 | Infringement | Tim Williams; Yong-Jun Kwak | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 518 | Video of LaunchTile running on an HP ipaq device that was shown by Bederson at the CHI Conference and HP ipaq device running LaunchTile | Ex. D ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson | FRE 402 FRE 403 FRE 901 |
| 519 | Korean design patent KR 30-0452985 | SAMNDCA00255357 | SAMNDCA0025565 | Design Patent Invalidity/ Design patent Non-Infringement/ Claim Construction/ Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Itay Sherman, Robert Anders, Peter Bressler, Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Sam Lucente | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Improper sponsoring witness Untimely disclosure of related theories Limiting instruction required Translation |
| 520 | U.S. Design Patent No. D534,516 | SAMNDCA00326488 | SAMNDCA0032649 8 | Design patent Invalidity/design patent Non-Infringement/ Claim Construction/ Design patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente | FRE 402 FRE 403 Improper sponsoring witness Untimely disclosure of related theories |
| 521 | LG Prada | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente | FRE 402 FRE 403 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories Limiting instruction required |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 522 | MPCP Project 2006 | SAMNDCA00321382 | SAMNDCA00321427 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu | FRE 402 FRE 403 Untimely disclosure of related theories No translation provided Limiting instruction required |
| 523 | LG Chocolate | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Itay Sherman, Robert Anders, Peter Bressler, Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Jiyoung Lee, Sam Lucente | FRE 402 FRE 403 FRE 901 Improper sponsoring witness Lacks foundation Limiting instruction required |
| 526 | Samsung F700 | | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Design patent Invalidity | Itay Sherman, Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Peter Bressler, Sam Lucente | FRE 402 FRE 403 Untimely disclosure of related theories Limiting instruction required |
| 527 | Patent Holdup and Royalty Stacking | S-ITC-003893262 | S-ITC-003893320 | FRAND | Eric Stasik, David Teece | FRE 402 FRE 403 FRE 802 Lacks foundation Mr. Stasik is an improper sponsoring witness because the document was not |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | | | cited in his report or among his materials considered Improper expert opinion |
| 528 | XNav sourcecode | Ex. G ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson | FRE 402 FRE 403 FRE 901 |
| 529 | Fidler, Roger.  "The Tablet Newspaper Vision 1981 - 2010."  [Ex. 266 to Fidler Dep. Tr.] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Roger Fidler, Robert Anders, Peter Bressler, Itay Sherman, Sam Lucente | FRE 402 FRE 403 FRE 802 FRE 1002 Improper sponsoring witness Lacks foundation Limiting instruction required |
| 531 | Samsung Licensing Presentation to Apple (September 2010) | APLNDC00000898 | APLNDC00000916 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler | FRE 408 FRE 802 Incomplete |
| 532 | August 25, 2005 email from Bederson to Microsoft referencing Bederson's disclosure of the XNav sourcecode | Ex. J ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson | FRE 402 FRE 403 Incomplete |
| 533 | iPhone User Guide for iOS 4.2 and 4.3 Software | SAMNDCA00371436 | SAMNDCA00371709 | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 | APLNDC0000036266 | APLNDC00000363 48 | Damages | Arthur Rangel; Greg Joswiak | FRE 402 FRE 403 FRE 802 Limiting instruction required |
| 535 | ComTech Report Q1, 2011 | APLNDC0002831037 | APLNDC00028310 88 | Damages | Arthur Rangel; Greg Joswiak | FRE 802 |
| 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot," Data filtered by setting 'Region' to "USA" and 'Device Type' to "Smartphone." | APLNDC-Z0000000001 | | Damages | Arthur Rangel | |
| 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4, tab "Pivot Table," Data filtered by setting 'Region' to "USA" and 'Product Category' to "Media Tablet." | APLNDC-Z0000000003 | | Damages | Arthur Rangel | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 538 | U.S. Design Patent D581,922 | SAMNDCA00414425 | SAMNDCA00414429 | Design Patent Invalidity/ Design patent Non-Infringement/ Claim Construction/ Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth and Tracy-Gene Durkin | FRE 402 FRE 403 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 539 | iPhone User Guide for iOS 5.1 Software | SAMNDCA00371710 | SAMNDCA00371788 | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra | |
| 540 | U.S. Pat. Appl. No. 29/382,846 | APLNDC-Y0000307694 | APLNDC-Y0000309349 | Design Patent Non-Infringement/ Claim Construction | Sam Lucente, Itay Sherman, Peter Bressler, Justin Dennison, Todd Pendleton, Robert Anders, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Eugene Whang | FRE 402 FRE 403 FRE 802 Improper sponsoring witness Lacks foundation |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 541 | iPad and iPod Touch, US & WW Sales Data, through Q2FY12 | APLNDC0003149779 | APLNDC0003149794 | Damages | Mark Buckley | |
| 542 | iPhone US & WW Sales Data, Q3FY07-Q2FY12 | APLNDC0003149809 | APLNDC0003149814 | Damages | Mark Buckley | |
| 543 | iPhone Units/Revenue Report FY12 (2007 - 2012, Domestic) | APLNDC-Y0000051357 | APLNDC-Y00000513362 | Damages | Mark Buckley | FRE 402 |
| 544 | iPad US Profitability on a Per Unit Basis | APLNDC-Y0000051599 | APLNDC-Y0000051605 | Damages | Mark Buckley | |
| 545 | Emails between Bederson and John SanGiovanni at Microsoft on August 17, 2005 reflecting Bederson's understanding that disclosure of XNav sourcecode was not under a confidentiality agreement | Ex. K ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior art; invalidity | Benjamin Bederson | FRE 402 FRE 403 FRE 802 |
| 546 | Bederson et al.: *Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics* | Ex. G ISO Bederson's Declaration ISO MSJ | | Prior art; invalidity | Benjamin Bederson | FRE 403 Untimely disclosure of exhibit & related theories |
| 547 | A Survey of Licensed Royalties | S-ITC-003892736 | S-ITC-003892741 | FRAND | Eric Stasik, David Teece | FRE 402 FRE 403 FRE 802 Lacks foundation Mr. Stasik is an improper sponsoring witness |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | | | because the exhibit was not cited in his report or among his materials considered Improper expert opinion |
| 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 through November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch and MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal and MERL DiamondTouch Table with Mandelbrot files | MERL0000001 | | Prior art; invalidity | Stephen Gray; Adam Bogue; Clifton Forlines; Edward Tse | FRE 403 FRE 901 FRE 1002 Misleading Untimely disclosure of related theories |
| 549 | Samsung's December 14, 1998 Declaration to ETSI | APLNDC-WH-A-0000009374 | | FRAND | Karl Rosenbrock, Michael Walker | |
| 550 | Nomura Yasuhiro patent Japanese application | SAMNDCA00359127 | SAMNDCA00359156 | Prior art; invalidity | Stephen Gray | FRCP 26 (produced after discovery close) |
| 551 | U.S. Application No. 2002/0030699 "Van Ee Application" | APLNDC-Y0000085763 | APLNDC-Y0000085767 | Prior art; invalidity | Stephen Gray | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 552 | Clifton Forlines E-mails | Exhibits 7, 8, 14 to Clifton Forlines 3/8/2012 Deposition | | Prior art; invalidity | Stephen Gray; Adam Bogue; Clifton Forlines; Edward Tse | FRE 402 FRE 403 FRE 802 FRE 1002 Improper compound exhibit |
| 556 | Jefferson Han TED Video - Unveiling the genius of multi-touch interface designavailable at http://www.ted.com/talks/jeff_han_demos_his_breakthrough_touchscreen.html | S-ITC-0000110899 (Samsung's Invalidity Contentions, Ex. J-5) | | Prior art; invalidity | Jefferson Han | FRE 402 FRE 403 Lacks foundation |
| 557 | 3GPP standard TS 25.322 version 6.4.0 (Release 6)] | Knightly Dep. Ex. 1 | | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn | |
| 558 | U.S. Pat. No. D638,815 | SAMNDCA00414805 | SAMNDCA00414811 | Independent Creation/ Lack of copying/Trade dress functionality/Design patent functionality/Design Patent Non-infringement | Minhyouk Lee, Peter Bressler | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Untimely disclosure of related theories |
| 560 | Intel HW Architecture specifications for PMB8802 UMTS Coprocessor Aeneas | 750DOC000690 - 0697; 750DOC000622 - 0654 | | Infringement | Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn | Authenticity |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 561 | U.S. Patent Appl. No. 60/718187 (Flynt Provisional Application for Enhanced Portable Device Navigation Tools); U.S. Patent No. 7,933,632 ("Flynt Patent") | SAMNDCA00402181-SAMNDCA00402322; APLNDC-Y0000096275-APLNDC-Y0000096300 | | Prior art; invalidity | Stephen Gray | FRE 402 FRE 403 FRCP 26 (produced after discovery close) |
| 562 | E-mail re Sony vs. Apple competition | APLNDC0003040119 | APLNDC00030401 24 | Influences for Apple designs at issue | Jonathan Ive, Richard Howarth, Shin Nishibori, Bart Andre, Daniel Coster, Daniele De Iuliis, Duncan Kerr, Matthew Rohrbach, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Douglas Statzger | FRE 402 FRE 403 Untimely disclosure of related theories |
| 563 | Samsung Declaration to ETSI - May 16, 2006 | S-794-ITC-005517211 | S-794-ITC-005517227 | FRAND | Karl Rosenbrock, Michael Walker | |
| 565 | Letter from Angel Tradacete Cocera, EC Director-General of Competition to Rosenbrock (Jun. 21, 2006) | S-794-ITC-003053503 | S-794-ITC-003053504 | FRAND | Karl Rosenbrock, Eric Stasik, David Teece | FRE 403 FRE 802 Lacks foundation Mr. Stasik is an improper sponsoring witness because the exhibit was not cited in his report or among his materials considered |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 566 | IReen doc | SAMNDCA00321539 | SAMNDCA00321599 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Design patent invalidity | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu, Jeeyuen Wang, Sam Lucente, Susan Kare | FRE 402 FRE 403 FRE 802 Untimely disclosure of related theories No translation provided Limiting instruction needed |
| 567 | iPhone 2007 MacWorld announcement | SAMNDCA00404913.wmv | SAMNDCA00404914.wmv | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Susan Kare, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Chris Hood, Richard Howarth, Jonathan Ive, Duncan Kerr, Ben Kunst, Mark Lee, Brian Lynch, Shin Nishibori, Chris Prest, Matthew Rohrbach, Fletcher Rothkopf, Peter Russell-Clarke, Phillip Schiller, Christopher Stringer, John Ternus, Eugene Whang, Steve Zadesky, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Incomplete Untimely disclosure of related theories |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | | Fadell, Tamara Whiteside, Scott Forstall | |
| 568 | Samsung Declaration to ETSI - August 7, 2007 | S-794-ITC-005517177 | S-794-ITC-005517181 | FRAND | Karl Rosenbrock, Michael Walker | |
| 569 | Intel product specifications for X-GOLD 608 | 593DOC000523 | 593DOC002777 | Infringement | Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn | Authenticity |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 572 | 4-15-11 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 [Eric Jue Deposition, Ex. 14] | APLNDC0002007608 | APLNDC00020077 04 | Damages | Art Rangel; Eric Jue | FRE 802 |
| 573 | ETSI 52ND General Assembly meeting - Chairman's report (ETSI/GA52(08)08) | APLNDC-WH0000715608 | APLNDC-WH0000715626 | FRAND | Karl Rosenbrock, Michael Walker | FRE 802 Mr. Rosenbrock is an improper sponsoring witness because the exhibit was not cited in his report or among his materials considered |
| 575 | ETSI IPR Policy FAQ | S-ITC-003899001 | S-ITC-003899003 | FRAND | Karl Rosenbrock, Michael Walker | FRE 802 |
| 576 | Third Party Published Information on Headline FRAND Rates | S-ITC-003359278 | S-ITC-003359285 | FRAND | Eric Stasik, David Teece | FRE 402 FRE 403 FRE 802 Lacks foundation; authenticity Mr. Teece is an improper sponsoring witness because the exhibit was not cited in his report or among his materials considered Improper expert opinion |
| 578 | Apple internal email + meeting agenda | APL-ITC796-0000119763 - 767 | | Apple not first in many categories/Trade dress | Steven Sinclair, Tamara Whiteside, Eric Jue | FRE 402 FRE 403 FRE 802 Misleading |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | functionality/Design patent functionality | | Improper sponsoring witness Lacks foundation Limiting instruction required |
| 579 | Apple internal e-mail with subject line "Re: receiver up high in Y" | APLNDC0002326562 | APLNDC00023265 63 | Invalidity/ Non-infringemen/ Claim Construction/ Functionality | Richard Howarth, Eugene Whang, Itay Sherman, Andrew Bright, Jonathan Ive, Chris Stringer, Robert Anders, Mark Lehto | FRE 402 FRE 403 FRE 802 Misleading Improper sponsoring witness Lacks foundation Limiting instruction required |
| 581 | Worldwide iPhone Q3'10 Performance Summary, July 7, 2010 | APL7940000082356 | APL79400000823 78 | Damages | Arthur Rangel; Greg Joswiak | Improper sponsoring witness |
| 584 | 1994 Fidler Tablet | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Sam Lucente, Itay Sherman, Roger Fidler | FRE 402 FRE 403 Lacks foundation |
| 586 | Samsung-Apple Licensing Discussion, Oct. 5, 2010 | APLNDC00010886 | APLNDC00010917 | Damages | Richard Lutton | |
| 587 | Worldwide iPhone Q4'10 Performance Summary, October 6, 2010 | APL7940001120491 | APL79400011205 12 | Damages | Arthur Rangel; Greg Joswiak | Improper sponsoring witness |
| 588 | Samsung Licensing Presentation to Apple (November 4, 2010) | S-ITC-000085099 | S-ITC-000085107 | FRAND | Seong Woo (Clayton) Kim, Richard Lutton | FRE 408 FRE 802 Incomplete |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 589 | Worldwide iPhone Q1'11 Performance Summary, January 5, 2011 | APL7940000102312 | APL79400001023 32 | Damages | Arthur Rangel; Greg Joswiak | Improper sponsoring witness |
| 590 | WO 03/081458 ("Lira Patent") | SAMNDCA00020541 - 0575; SAMNDCA24748 | | Prior art; invalidity | Andries van Dam | FRE 402 FRE 403 |
| 591 | Vinci Tablet | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Peter Bressler, Robert Anders, Itay Sherman | |
| 592 | ComTech United States Report Q410 | APLNDCAL0010809 | | Lack of confusion or dilution/lack of harm/Trade dress functionality/Design patent functionality | Greg Joswiak, Arthur Rangel, Richard Lutton, Jaren Gosler, Sanjay Sood, Greg Jozwiak, Tony Fadell, Robert Borchers, Scott Forstall | FRE 402 FRE 403 FRE 802 FRE 1002 Misleading Improper sponsoring witness Lacks foundation Untimely disclosure of related theories Limiting instruction required |
| 593 | Apple & Motorola Mobility - Settlement Discussion Presentation | APLNDC-WH0000726801 | APLNDC-WH0000726806 | FRAND | Boris Teksler | FRE 402 FRE 403 FRE 408 Lacks foundation |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 594 | (Ng, Exh 3) Internal Apple email chain re: "Android shipments grow 1580%, now 'king of the hill' in Europe" | APL-ITC796-0000074705 | APL-ITC796-0000074708 | Damages | Arthur Rangel; Greg Joswiak | FRE 402 FRE 403 FRE 802 FRE 1002 Lacks foundation |
| 595 | Android Market Overview, CY10 Q4 | APLNDC00004618 | APLNDC00004736 | Damages | Arthur Rangel; Greg Joswiak | FRE 402 FRE 802 Limiting instruction required |
| 596 | MPCP Project 2006 | SAMNDCA00321659 | SAMNDCA00321679 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu | FRE 402 FRE 403 Untimely disclosure of related theories No translation provided Limiting instruction required |
| 597 | Intel ORX99 Firmware Specification | 750DOC001018 | 750DOC001051 | Infringement | Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn | Authenticity |
| 598 | Letter re Apple's Request for Patent License from Clayton Kim to Boris Teksler (July 25, 2011) | S-ITC-003899243 | S-ITC-003899244 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler, Michael Walker | |
| 599 | Anne Layne Farrar, Is the Patent Ambush Prerequisite Met? Assessing the Extent of Ex Ante IPR Disclosure within Standard Setting (August 18, 2011) | S-ITC-003360813 | S-ITC-003360839 | FRAND | Karl Rosenbrock, Eric Stasik | FRE 402 FRE 403 FRE 802 Lacks foundation Mr. Stasik is an improper sponsoring witness because the exhibit was not cited in his report or among his |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | | | materials considered Improper expert opinion |
| 601 | 10-20-10 E-mail String, Subject:  Joz Q4 Earnings Notes [Jue Ex. 6] | APL-ITC796-0000119893 | APL-ITC796-000011919 | Damages | Greg Joswiak | FRE 402 FRE 403 FRE 802 FRE 1002 Incomplete |
| 603 | Letter re Apple's Request for Patent License from Clayton Kim to Boris Teksler (January 31, 2012) | S-ITC-003894720 | S-ITC-003894721 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler | FRE 802 |
| 605 | ComTech USA Report Q411, February 10, 2012 | APLNDC-Y0000148505 | APLNDC-Y0000148555 | Damages | Arthur Rangel; Greg Joswiak | FRE 802 |
| 606 | Samsung 3GPP Contribution Document | APLNDC-WH-A-000009816 | APLNDC-WH-A-000009820 | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn | |
| 607 | 3GPP standard TS 25.212 v6.0.0 | SAMNDCA00008533 | SAMNDCA00008608 | Infringement | Paul Min; Heyeon-Woo Lee | |
| 613 | ETSI Guide on IPRs, September 1-2, 2004 | S-ITC-003356758 | S-ITC-003356781 | FRAND | Karl Rosenbrock, Michael Walker | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 614 | iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, August 2010 | APLNDC-Y0000023361 | APLNDC-Y0000023427 | Damages | Arthur Rangel; Greg Joswiak | FRE 802 |
| 616 | Shipment Records | S-794-ITC-005276702 | S-794-ITC-005276708 | Damages | Timothy Sheppard | FRE 402 FRE 901 |
| 617 | iPad Tracking Study FY11-Q2 Report, Apple Market Research & Analysis, May 2011 | APLNDC0000036349 | APLNDC0000036570 | Damages | Arthur Rangel; Greg Joswiak | FRE 802 |
| 618 | Royalty Rates And Licensing Strategies For Essential Patents on LTE (4G) Telecommunication Standards | S-ITC-003893362 | S-ITC-003893367 | FRAND | Eric Stasik, David Teece | FRE 402 FRE 403 FRE 802 Lacks foundation Mr. Stasik is an improper sponsoring witness because the exhibit was not cited in his report or among his materials considered Improper expert opinion |
| 619 | Technology Royalty Rates in SEC Filings | S-ITC-003893372 | S-ITC-003893379 | FRAND | Eric Stasik, David Teece | FRE 402 FRE 403 FRE 802 Lacks foundation Mr. Stasik is an improper sponsoring witness because the exhibit was not cited in his report or among his materials |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | | | considered Improper expert opinion |
| 620 | Nokia Fingerprint Document | SAMNDCA00405155 | SAMNDCA0040 5160 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Ricardo Vilas-Boas | FRE 402 FRE 403 FRE 901 FRE 1002 FRCP 26 (produced after discovery close) Limiting instruction required |
| 621 | Reuters Tablet Video [Ex. L to Fidler Decl. in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Roger Fidler, Robert Anders, Itay Sherman, Sam Lucente | FRE 402 FRE 403 FRE 802 |
| 622 | Nokia 7710 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu | FRE 402 FRE 403 FRE 901 Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 623 | Sony CAD | APLNDC-NCC00000274 | APLNDC-NCC00000282 | Influences on Apple design/design patent functionality/Trade dress functionality | Itay Sherman, Sam Lucente, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chandhri, Richard Howarth | FRE 402 FRE 403 Misleading Untimely disclosure of related theories |
| 624 | Braun comparisons | SAMNDCA00403391 | SAMNDCA00403392 | Influences on Apple design/Lack of distinctiveness/design patent claim construction | Christopher Mount, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Robert Anders | FRE 402 FRE 403 FRE 901 FRE 1006 FRCP 26 (produced after discovery close) Misleading Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 625 | Untitled Mobile Design Team Presentation with images of mock-ups | SAMNDCA00321707-SAMNDCA00321726; SAMNDCA00321753-SAMNDCA00321766 | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Dongseok Ryu | FRE 402 FRE 403 Untimely disclosure of related theories |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 627 | Best Buy circulars | excerpts from BBY_Samsung 0000005-0054597 [Specific bates numbers noted on Attachment A] | | Design Patent Functionality/ Design Patent invalidity/Trade Dress Functionality/Lack of Distinctiveness/Lack of Dilution or confusion/Lack of Secondary meaning | Jessica Hammerstrom, Justin Denison, Travis Merrill | FRE 402 FRE 403 FRE 802 FRE 901 FRE 1002 FRCP 26 (produced after discovery close/not produced) Incomplete Untimely disclosure of related theories |
| 628 | Home button application | SAMNDCA00404139 | SAMNDCA00404665 | Design Patent Invalidity/ Trade Dress Invalidity | Peter Bressler, Sam Lucente, Susan Kare, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chandhri, Robert Anders, Greg Jozwiak, Robert Borchers, Richard Lutton, Tony Fadell, Daniel De Iuliis, Russel Weiner, Scott Forstall | FRE 402 FRE 403 FRCP 26 (produced after discovery close) Improper sponsoring witness Lacks foundation Untimely disclosure of related theories Limiting instruction required |
| 629 | Next Big Thing television campaign | SAMNDCA00311579 - 311586; | | Lack of confusion or dilution | Todd Pendelton, Justin Denison | FRE 402 FRE 403 |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | SAMNDCA00312556 - 312565 | | | | FRE 802 FRE 1006 Improper compound exhibit Improper sponsoring witness Lacks foundation Limiting instruction required |
| 630 | Teece Expert Report of 3/22/2012 - Exs. 3A, 3B | | | FRAND | Eric Stasik, David Teece | FRE 802 FRE 402 FRE 403 FRE 1002 Authenticity Misleading Lacks foundation Overbroad |
| 631 | Teece Expert Report of 3/22/2012 - Ex. 4A - 4C | | | FRAND | Eric Stasik, David Teece | FRE 403 FRE 802 Lacks foundation Misleading |
| 632 | Nokia N9 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente, Susan Kare, Jee Yong Wong, Min Seung Song, Dongseok Ryu | FRE 402 FRE 403 FRE 901 FRCP26 (not produced in discovery) Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 633 | 3GPP Contribution R1-050565 and attached Change Request | APLNDC-WH-A0000011080 | APLNDC-WH-A0000011084 | Infringement | Tim Williams; Yong-Jun Kwak | |
| 635 | Intel Source Code for X-GOLD  Processors | 750DOC000001 – 4; 753DOC003318 – 3468; 750DOC000289 – 322; 750DOC000269 – 288; 750DOC000698 – 872; 750DOC002366 – 2373; 750DOC002398 – 2423; 750DOC002430 – 2441; 750DOC000332 – 338; 750DOC000339; 750DOC000226 – 231; 750DOC000354 – 359; 750DOC000340 – 353; 750DOC000360; 750DOC0000210 – 215; 750DOC000517 – 525; 750DOC000526 – 555; 750DOC002669; 750DOC00147 – 153; 750DOC002442 – | | Infringement | Tim Williams; Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn | Authenticity |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | 2509;<br>750DOC002292 – 2299;<br>750DOC002322 – 2348;<br>750DOC000408 – 413;<br>750DOC000414 – 425;<br>750DOC000216 – 225;<br>750DOC000426 – 434;<br>750DOC000435 – 463;<br>750DOC003015 – 3016;<br>750DOC003263 – 3269 | | | | |
| 636 | Infineon X-GOLD 61x Product Specification | 593DOC002961 | 593DOC004487 | Infringement | Tim Williams;<br>Maribel Gomez;<br>Michael Janning;<br>Marcus Paltian;<br>Andre Zorn | Authenticity |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 645 | Apple iOS Source Code | APLNDC-WH-SC 00000433-444; APLNDC-WH-SC 00000496-498; APLNDC-WH-SC 00000448-449; APLNDC-WH-SC 00000450-452; APLNDC-WH-SC 00000298; APLNDCWH-SC 00000299; APLNDC-WH-SC 00000300; APLNDC-WH-SC 00000301-00000304; APLNDC-WH-SC 00000410-414; APLNDC-WH-SC 00000415-416; APLNDC-WH-SC 00000315-328; APLNDC-WH-SC00000333-336; APLNDC-WH-SC 00000307-314; APLNDC-WH-SC 00000337-359; APLNDC-WH-SC 00000329-332; APLNDCWH-SC 00000360-363; APLNDC-WH-SC 00000305;APLNDC-WH-SC 00000364; APLNDC-WH-SC 00000306; APLNDC-WH-SC 00000365-369;APLNDC-WH-SC | | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | 00000370-378; APLNDC-WH-SC 00000379; APLNDC-WH-SC 00000380-385;APLNDCWH- SC 00000386-389; APLNDC-WH-SC 00000390-400; APLNDC-WH-SC 00000401-403; APLNDC-WH-SC 00000404-409; APLNDC-WH-SC 00000417-432; APLNDC-WH-SC 000007874-7889; APLNDC-WH-SC 00000453-454; APLNDC-WH-SC 00000479-492; APLNDC-WH-SC 00000471-475; APLNDC-WH-SC 00000468-471; APLNDCWH-SC 00000475-479; APLNDC-WH-SC 00000458-468; APLNDC-WH-SC 00000513-517; APLNDC-WH-SC00000079-126, 235-247, 7320-7431, 7459-7508, 7623-7994, 9559-9586, 9606-9635, 9683-9787, 9795-9810, 9857-9898, 9907- | | | | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | 9921, 9935-9940, 9948-9987, 9999-10001, 10052-10100, 10108-10125; APLNDC-WH-SC00000078-96 | | | | |
| 646 | Focus testing for photos and camera apps on all devices | APLNDC-WH0000279006 | | Infringement | Emilie Kim; Nitin Ganatra | |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 647 | iPhone App testing including mail and photos | APLNDC-WH0000228039 | | Infringement | Emilie Kim; Nitin Ganatra | |
| 648 | iPad App testing including mail and photos | APLNDC-WH0000230081 | | Infringement | Emilie Kim; Nitin Ganatra | |
| 649 | 2-22-06 email forwarding "Sony Strives for Original Design (Business Week)." | APLNDC0001207640 | APLNDC0001207643 | Influences for Apple designs at issue; design patent functionality/trade dress functionality; design patent invalidity; design patent infringement | Jonathan Ive, Greg Jozwiak, Phil Schiller; Peter Bressler, and Tony Fadell | Incomplete |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: <u>TableCloth source code</u>: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; <u>Screenshot of Diamond Touch-Flash</u> <u>Demonstration</u>: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm <u>TableCloth screenshot</u>: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 (Trac decl. Ex. 25) and MERL DiamondTouch Table with Tablecloth files | MERL0000001 | | Prior art; invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse | FRE 402 FRE 403 FRE 1002 Improper compound exhibit Misleading Improper sponsoring witness Lacks foundation Untimely disclosure of related theories |
| 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 | Exhibit 2 to Adam Bogue 3/9/12 Deposition | | Prior art; invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse | FRE 402 FRE 403 |
| 662 | 12/12/2005 MERL DiamondTouch table and developers Kit Purchase Order | Exhibit 11 to Adam Bogue 3/9/12 Deposition | | Prior art; invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse | FRE 402 FRE 403 |
| 676 | Financial Spreadsheet | SAMNDCA00402074 | SAMNDCA00402075 | Damages | Timothy Sheppard; Jaehwang Sim | FRE 402 FRE 403 FRE 802 FRE 901 |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| | | | | | | FRCP 26 (produced after discovery close) Improper sponsoring witness |
| 678 | U.S. Patent Pub. No. 2004/0041504 A1 | SAMNDCA00027692 | SAMNDCA00027708 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Sam Lucente, Itay Sherman, Sean Roarty | FRE 402 FRE 403 Untimely disclosure of related theories |
| 680 | Youngseong Bang Sketchbook | SAMNDCA00197929 | SAMNDCA00198058 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Youngseong Bang | FRE 402 FRE 403 FRE 901 Untimely disclosure of related theories Improper/incomplete translation |
| 681 | Hangil Song Sketchbook | SAMNDCA00222390 | SAMNDCA00222421 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Hangil Song | FRE 402 FRE 403 FRE 901 Untimely disclosure of related theories No translation provided |
| 682 | Minhyouk Lee Sketchbook | SAMNDCA00197773 | SAMNDCA00197901 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Minhyouk Lee | FRE 402 FRE 403 FRE 901 Untimely disclosure of related theories Improper/incomplete translation |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Substance or Purpose | Sponsoring Witness | Objections |
|---|---|---|---|---|---|---|
| 683 | Jinsoo Kim Sketchbook | SAMNDCA00197131 | SAMNDCA0019726 3 | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality | Jinsoo Kim | FRE 402 FRE 403 FRE 901 Untimely disclosure of related theories Improper/incomplete translation |
| 684 | Photographic Summary of Samsung Devices | | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Lack of dilution or confusion/Trade dress invalidity | Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Hyoung Shin Park, Gi-Young Lee | FRE 402 FRE 403 FRE 1002 FRE 1006 Misleading Untimely disclosure of related theories Not produced/models not made available |

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

**Attachment A to Samsung's Trial Exhibit List**

BBY_SAMSUNG_0003261;
BBY_SAMSUNG_0003265;
BBY_SAMSUNG_0003609;
BBY_SAMSUNG_0003625;
BBY_SAMSUNG_0003673;
BBY_SAMSUNG_0003693;
BBY_SAMSUNG_0003723;
BBY_SAMSUNG_0003750;
BBY_SAMSUNG_0003782;
BBY_SAMSUNG_0003798;
BBY_SAMSUNG_0003801;
BBY_SAMSUNG_0003872;
BBY_SAMSUNG_0003895;
BBY_SAMSUNG_0004405;
BBY_SAMSUNG_0004437;
BBY_SAMSUNG_0004439;
BBY_SAMSUNG_0004462;
BBY_SAMSUNG_0004465;
BBY_SAMSUNG_0004518;
BBY_SAMSUNG_0004551;
BBY_SAMSUNG_0004553;
BBY_SAMSUNG_0004759;
BBY_SAMSUNG_0004770;
BBY_SAMSUNG_0004772;
BBY_SAMSUNG_0004802;
BBY_SAMSUNG_0004860;
BBY_SAMSUNG_0005026;
BBY_SAMSUNG_0005493;
BBY_SAMSUNG_0005496;
BBY_SAMSUNG_0005498;
BBY_SAMSUNG_0005526;
BBY_SAMSUNG_0005572;
BBY_SAMSUNG_0005623;
BBY_SAMSUNG_0005627;
BBY_SAMSUNG_0005628;
BBY_SAMSUNG_0005804;
BBY_SAMSUNG_0005824;
BBY_SAMSUNG_0005827;
BBY_SAMSUNG_0005832;
BBY_SAMSUNG_0005889;
BBY_SAMSUNG_0005920;
BBY_SAMSUNG_0005925;
BBY_SAMSUNG_0005927;
BBY_SAMSUNG_0005929;
BBY_SAMSUNG_0005990;
BBY_SAMSUNG_0006393;
BBY_SAMSUNG_0006799;
BBY_SAMSUNG_0006829;
BBY_SAMSUNG_0006834;
BBY_SAMSUNG_0006844;
BBY_SAMSUNG_0006903;

BBY_SAMSUNG_0006931;
BBY_SAMSUNG_0006932;
BBY_SAMSUNG_0006933;
BBY_SAMSUNG_0006935;
BBY_SAMSUNG_0006937;
BBY_SAMSUNG_0007031;
BBY_SAMSUNG_0007092;
BBY_SAMSUNG_0007094;
BBY_SAMSUNG_0007149;
BBY_SAMSUNG_0007185;
BBY_SAMSUNG_0007202;
BBY_SAMSUNG_0007779;
BBY_SAMSUNG_0007781;
BBY_SAMSUNG_0007839;
BBY_SAMSUNG_0007923;
BBY_SAMSUNG_0008100;
BBY_SAMSUNG_0008323;
BBY_SAMSUNG_0008951;
BBY_SAMSUNG_0009054;
BBY_SAMSUNG_0009056;
BBY_SAMSUNG_0009269;
BBY_SAMSUNG_0009270;
BBY_SAMSUNG_0009272;
BBY_SAMSUNG_0009276;
BBY_SAMSUNG_0009344;
BBY_SAMSUNG_0009345;
BBY_SAMSUNG_0009375;
BBY_SAMSUNG_0009378;
BBY_SAMSUNG_0009380;
BBY_SAMSUNG_0009382;
BBY_SAMSUNG_0009528;
BBY_SAMSUNG_0009530;
BBY_SAMSUNG_0010012;
BBY_SAMSUNG_0010024;
BBY_SAMSUNG_0010043;
BBY_SAMSUNG_0010044;
BBY_SAMSUNG_0010097;
BBY_SAMSUNG_0010098;
BBY_SAMSUNG_0010099;
BBY_SAMSUNG_0010261;
BBY_SAMSUNG_0010273;
BBY_SAMSUNG_0010305;
BBY_SAMSUNG_0010310;
BBY_SAMSUNG_0010316;
BBY_SAMSUNG_0010363;
BBY_SAMSUNG_0010365;
BBY_SAMSUNG_0010380;
BBY_SAMSUNG_0010423;
BBY_SAMSUNG_0010514;
BBY_SAMSUNG_0010515;
BBY_SAMSUNG_0010516;
BBY_SAMSUNG_0010517;
BBY_SAMSUNG_0010885;

BBY_SAMSUNG_0010892;
BBY_SAMSUNG_0010894;
BBY_SAMSUNG_0010990;
BBY_SAMSUNG_0010992;
BBY_SAMSUNG_0011307;
BBY_SAMSUNG_0011316;
BBY_SAMSUNG_0011320;
BBY_SAMSUNG_0011345;
BBY_SAMSUNG_0011348;
BBY_SAMSUNG_0011395;
BBY_SAMSUNG_0011436;
BBY_SAMSUNG_0011445;
BBY_SAMSUNG_0011486;
BBY_SAMSUNG_0011535;
BBY_SAMSUNG_0011537;
BBY_SAMSUNG_0011844;
BBY_SAMSUNG_0011866;
BBY_SAMSUNG_0011871;
BBY_SAMSUNG_0012026;
BBY_SAMSUNG_0012300;
BBY_SAMSUNG_0012369;
BBY_SAMSUNG_0012391;
BBY_SAMSUNG_0012417;
BBY_SAMSUNG_0012529;
BBY_SAMSUNG_0012600;
BBY_SAMSUNG_0013084;
BBY_SAMSUNG_0013105;
BBY_SAMSUNG_0013118;
BBY_SAMSUNG_0013208;
BBY_SAMSUNG_0013258;
BBY_SAMSUNG_0013302;
BBY_SAMSUNG_0013303;
BBY_SAMSUNG_0013305;
BBY_SAMSUNG_0013913;
BBY_SAMSUNG_0013915;
BBY_SAMSUNG_0013938;
BBY_SAMSUNG_0014811;
BBY_SAMSUNG_0014823;
BBY_SAMSUNG_0014828;
BBY_SAMSUNG_0014838;
BBY_SAMSUNG_0014873;
BBY_SAMSUNG_0014949;
BBY_SAMSUNG_0015582;
BBY_SAMSUNG_0015590;
BBY_SAMSUNG_0015641;
BBY_SAMSUNG_0015684;
BBY_SAMSUNG_0015686;
BBY_SAMSUNG_0015809;
BBY_SAMSUNG_0016471;
BBY_SAMSUNG_0016497;
BBY_SAMSUNG_0016548;
BBY_SAMSUNG_0016573;
BBY_SAMSUNG_0016684;

BBY_SAMSUNG_0017294;
BBY_SAMSUNG_0017316;
BBY_SAMSUNG_0017329;
BBY_SAMSUNG_0017388;
BBY_SAMSUNG_0017429;
BBY_SAMSUNG_0017430;
BBY_SAMSUNG_0017435;
BBY_SAMSUNG_0017440;
BBY_SAMSUNG_0017450;
BBY_SAMSUNG_0017518;
BBY_SAMSUNG_0017543;
BBY_SAMSUNG_0017547;
BBY_SAMSUNG_0017644;
BBY_SAMSUNG_0018205;
BBY_SAMSUNG_0018243;
BBY_SAMSUNG_0018245;
BBY_SAMSUNG_0018250;
BBY_SAMSUNG_0018291;
BBY_SAMSUNG_0018295;
BBY_SAMSUNG_0018321;
BBY_SAMSUNG_0018426;
BBY_SAMSUNG_0018427;
BBY_SAMSUNG_0019060;
BBY_SAMSUNG_0019063;
BBY_SAMSUNG_0019078;
BBY_SAMSUNG_0019104;
BBY_SAMSUNG_0019148;
BBY_SAMSUNG_0019153;
BBY_SAMSUNG_0019193;
BBY_SAMSUNG_0019198;
BBY_SAMSUNG_0019221;
BBY_SAMSUNG_0019331;
BBY_SAMSUNG_0019843;
BBY_SAMSUNG_0019848;
BBY_SAMSUNG_0019861;
BBY_SAMSUNG_0019930;
BBY_SAMSUNG_0019935;
BBY_SAMSUNG_0019988;
BBY_SAMSUNG_0019991;
BBY_SAMSUNG_0020127;
BBY_SAMSUNG_0020181;
BBY_SAMSUNG_0020804;
BBY_SAMSUNG_0020812;
BBY_SAMSUNG_0020814;
BBY_SAMSUNG_0020840;
BBY_SAMSUNG_0020945;
BBY_SAMSUNG_0020980;
BBY_SAMSUNG_0021013;
BBY_SAMSUNG_0021093;
BBY_SAMSUNG_0021128;
BBY_SAMSUNG_0021129;
BBY_SAMSUNG_0021898;
BBY_SAMSUNG_0021924;

BBY_SAMSUNG_0021925;
BBY_SAMSUNG_0021929;
BBY_SAMSUNG_0021945;
BBY_SAMSUNG_0022013;
BBY_SAMSUNG_0022067;
BBY_SAMSUNG_0022070;
BBY_SAMSUNG_0022071;
BBY_SAMSUNG_0022072;
BBY_SAMSUNG_0022073;
BBY_SAMSUNG_0022074;
BBY_SAMSUNG_0022075;
BBY_SAMSUNG_0022083;
BBY_SAMSUNG_0023047;
BBY_SAMSUNG_0023060;
BBY_SAMSUNG_0023089;
BBY_SAMSUNG_0023101;
BBY_SAMSUNG_0023162;
BBY_SAMSUNG_0023240;
BBY_SAMSUNG_0023999;
BBY_SAMSUNG_0024000;
BBY_SAMSUNG_0024001;
BBY_SAMSUNG_0024033;
BBY_SAMSUNG_0024034;
BBY_SAMSUNG_0024043;
BBY_SAMSUNG_0024046;
BBY_SAMSUNG_0024047;
BBY_SAMSUNG_0024048;
BBY_SAMSUNG_0024061;
BBY_SAMSUNG_0024066;
BBY_SAMSUNG_0024106;
BBY_SAMSUNG_0024120;
BBY_SAMSUNG_0024178;
BBY_SAMSUNG_0024185;
BBY_SAMSUNG_0024203;
BBY_SAMSUNG_0024228;
BBY_SAMSUNG_0024229;
BBY_SAMSUNG_0024230;
BBY_SAMSUNG_0024298;
BBY_SAMSUNG_0024299;
BBY_SAMSUNG_0024300;
BBY_SAMSUNG_0024303;
BBY_SAMSUNG_0024457;
BBY_SAMSUNG_0024965;
BBY_SAMSUNG_0024979;
BBY_SAMSUNG_0024994;
BBY_SAMSUNG_0025033;
BBY_SAMSUNG_0025037;
BBY_SAMSUNG_0025042;
BBY_SAMSUNG_0025043;
BBY_SAMSUNG_0025044;
BBY_SAMSUNG_0025067;
BBY_SAMSUNG_0025072;
BBY_SAMSUNG_0025100;

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

BBY_SAMSUNG_0025141;
BBY_SAMSUNG_0025143;
BBY_SAMSUNG_0025145;
BBY_SAMSUNG_0025148;
BBY_SAMSUNG_0025153;
BBY_SAMSUNG_0025220;
BBY_SAMSUNG_0025221;
BBY_SAMSUNG_0025272;
BBY_SAMSUNG_0025317;
BBY_SAMSUNG_0025398;
BBY_SAMSUNG_0025507;
BBY_SAMSUNG_0025508;
BBY_SAMSUNG_0025551;
BBY_SAMSUNG_0025868;
BBY_SAMSUNG_0025940;
BBY_SAMSUNG_0025942;
BBY_SAMSUNG_0025982;
BBY_SAMSUNG_0025987;
BBY_SAMSUNG_0025991;
BBY_SAMSUNG_0025998;
BBY_SAMSUNG_0026028;
BBY_SAMSUNG_0026055;
BBY_SAMSUNG_0026092;
BBY_SAMSUNG_0026096;
BBY_SAMSUNG_0026104;
BBY_SAMSUNG_0026111;
BBY_SAMSUNG_0026112;
BBY_SAMSUNG_0026115;
BBY_SAMSUNG_0026116;
BBY_SAMSUNG_0026166;
BBY_SAMSUNG_0026168;
BBY_SAMSUNG_0026170;
BBY_SAMSUNG_0026172;
BBY_SAMSUNG_0026178;
BBY_SAMSUNG_0026223;
BBY_SAMSUNG_0026224;
BBY_SAMSUNG_0026746;
BBY_SAMSUNG_0026762;
BBY_SAMSUNG_0026763;
BBY_SAMSUNG_0026796;
BBY_SAMSUNG_0026807;
BBY_SAMSUNG_0026810;
BBY_SAMSUNG_0026848;
BBY_SAMSUNG_0026852;
BBY_SAMSUNG_0026897;
BBY_SAMSUNG_0026905;
BBY_SAMSUNG_0026984;
BBY_SAMSUNG_0027119;
BBY_SAMSUNG_0027157;
BBY_SAMSUNG_0027159;
BBY_SAMSUNG_0027659;
BBY_SAMSUNG_0027661;
BBY_SAMSUNG_0027689;

BBY_SAMSUNG_0027691;
BBY_SAMSUNG_0027738;
BBY_SAMSUNG_0027777;
BBY_SAMSUNG_0027810;
BBY_SAMSUNG_0027816;
BBY_SAMSUNG_0027823;
BBY_SAMSUNG_0028007;
BBY_SAMSUNG_0028100;
BBY_SAMSUNG_0028168;
BBY_SAMSUNG_0028645;
BBY_SAMSUNG_0028659;
BBY_SAMSUNG_0028693;
BBY_SAMSUNG_0028694;
BBY_SAMSUNG_0028713;
BBY_SAMSUNG_0028741;
BBY_SAMSUNG_0028742;
BBY_SAMSUNG_0028779;
BBY_SAMSUNG_0028807;
BBY_SAMSUNG_0028822;
BBY_SAMSUNG_0028829;
BBY_SAMSUNG_0028925;
BBY_SAMSUNG_0029626;
BBY_SAMSUNG_0029667;
BBY_SAMSUNG_0029671;
BBY_SAMSUNG_0029673;
BBY_SAMSUNG_0029782;
BBY_SAMSUNG_0029832;
BBY_SAMSUNG_0029840;
BBY_SAMSUNG_0029841;
BBY_SAMSUNG_0029942;
BBY_SAMSUNG_0029970;
BBY_SAMSUNG_0029971;
BBY_SAMSUNG_0030010;
BBY_SAMSUNG_0030014;
BBY_SAMSUNG_0030040;
BBY_SAMSUNG_0030042;
BBY_SAMSUNG_0030062;
BBY_SAMSUNG_0030063;
BBY_SAMSUNG_0030067;
BBY_SAMSUNG_0030068;
BBY_SAMSUNG_0030146;
BBY_SAMSUNG_0030147;
BBY_SAMSUNG_0030179;
BBY_SAMSUNG_0030183;
BBY_SAMSUNG_0030184;
BBY_SAMSUNG_0030404;
BBY_SAMSUNG_0030406;
BBY_SAMSUNG_0031230;
BBY_SAMSUNG_0032000;
BBY_SAMSUNG_0032002;
BBY_SAMSUNG_0032028;
BBY_SAMSUNG_0032029;
BBY_SAMSUNG_0032031;

BBY_SAMSUNG_0032033;
BBY_SAMSUNG_0032063;
BBY_SAMSUNG_0032088;
BBY_SAMSUNG_0032089;
BBY_SAMSUNG_0032091;
BBY_SAMSUNG_0032975;
BBY_SAMSUNG_0032977;
BBY_SAMSUNG_0032995;
BBY_SAMSUNG_0033026;
BBY_SAMSUNG_0033039;
BBY_SAMSUNG_0033041;
BBY_SAMSUNG_0033046;
BBY_SAMSUNG_0033050;
BBY_SAMSUNG_0033099;
BBY_SAMSUNG_0033101;
BBY_SAMSUNG_0033143;
BBY_SAMSUNG_0033146;
BBY_SAMSUNG_0033147;
BBY_SAMSUNG_0033153;
BBY_SAMSUNG_0033155;
BBY_SAMSUNG_0033224;
BBY_SAMSUNG_0033226;
BBY_SAMSUNG_0033251;
BBY_SAMSUNG_0033254;
BBY_SAMSUNG_0033257;
BBY_SAMSUNG_0033282;
BBY_SAMSUNG_0033284;
BBY_SAMSUNG_0033286;
BBY_SAMSUNG_0033364;
BBY_SAMSUNG_0033430;
BBY_SAMSUNG_0033456;
BBY_SAMSUNG_0033460;
BBY_SAMSUNG_0033461;
BBY_SAMSUNG_0033526;
BBY_SAMSUNG_0033527;
BBY_SAMSUNG_0033557;
BBY_SAMSUNG_0033558;
BBY_SAMSUNG_0033797;
BBY_SAMSUNG_0034198;
BBY_SAMSUNG_0034216;
BBY_SAMSUNG_0034231;
BBY_SAMSUNG_0034246;
BBY_SAMSUNG_0034304;
BBY_SAMSUNG_0034325;
BBY_SAMSUNG_0034327;
BBY_SAMSUNG_0034370;
BBY_SAMSUNG_0034373;
BBY_SAMSUNG_0034374;
BBY_SAMSUNG_0034376;
BBY_SAMSUNG_0034380;
BBY_SAMSUNG_0034409;
BBY_SAMSUNG_0034469;
BBY_SAMSUNG_0034471;

BBY_SAMSUNG_0034521;
BBY_SAMSUNG_0034522;
BBY_SAMSUNG_0034524;
BBY_SAMSUNG_0034535;
BBY_SAMSUNG_0034673;
BBY_SAMSUNG_0034675;
BBY_SAMSUNG_0034728;
BBY_SAMSUNG_0034779;
BBY_SAMSUNG_0034793;
BBY_SAMSUNG_0034862;
BBY_SAMSUNG_0034865;
BBY_SAMSUNG_0034866;
BBY_SAMSUNG_0034934;
BBY_SAMSUNG_0035435;
BBY_SAMSUNG_0035483;
BBY_SAMSUNG_0035564;
BBY_SAMSUNG_0035566;
BBY_SAMSUNG_0035610;
BBY_SAMSUNG_0035612;
BBY_SAMSUNG_0035614;
BBY_SAMSUNG_0035686;
BBY_SAMSUNG_0035707;
BBY_SAMSUNG_0035765;
BBY_SAMSUNG_0035767;
BBY_SAMSUNG_0035824;
BBY_SAMSUNG_0035833;
BBY_SAMSUNG_0035834;
BBY_SAMSUNG_0035836;
BBY_SAMSUNG_0035837;
BBY_SAMSUNG_0036579;
BBY_SAMSUNG_0036580;
BBY_SAMSUNG_0036595;
BBY_SAMSUNG_0036616;
BBY_SAMSUNG_0036696;
BBY_SAMSUNG_0036698;
BBY_SAMSUNG_0036700;
BBY_SAMSUNG_0036725;
BBY_SAMSUNG_0036831;
BBY_SAMSUNG_0036885;
BBY_SAMSUNG_0036886;
BBY_SAMSUNG_0036887;
BBY_SAMSUNG_0036888;
BBY_SAMSUNG_0037177;
BBY_SAMSUNG_0037741;
BBY_SAMSUNG_0037743;
BBY_SAMSUNG_0037755;
BBY_SAMSUNG_0037802;
BBY_SAMSUNG_0037810;
BBY_SAMSUNG_0037825;
BBY_SAMSUNG_0037827;
BBY_SAMSUNG_0037869;
BBY_SAMSUNG_0037873;
BBY_SAMSUNG_0037875;

BBY_SAMSUNG_0038056;
BBY_SAMSUNG_0038058;
BBY_SAMSUNG_0038066;
BBY_SAMSUNG_0038111;
BBY_SAMSUNG_0038220;
BBY_SAMSUNG_0038233;
BBY_SAMSUNG_0038239;
BBY_SAMSUNG_0038252;
BBY_SAMSUNG_0038268;
BBY_SAMSUNG_0038880;
BBY_SAMSUNG_0038881;
BBY_SAMSUNG_0038900;
BBY_SAMSUNG_0038902;
BBY_SAMSUNG_0038906;
BBY_SAMSUNG_0038935;
BBY_SAMSUNG_0038947;
BBY_SAMSUNG_0039010;
BBY_SAMSUNG_0039011;
BBY_SAMSUNG_0039012;
BBY_SAMSUNG_0039063;
BBY_SAMSUNG_0039117;
BBY_SAMSUNG_0039153;
BBY_SAMSUNG_0039252;
BBY_SAMSUNG_0039425;
BBY_SAMSUNG_0039460;
BBY_SAMSUNG_0039946;
BBY_SAMSUNG_0039954;
BBY_SAMSUNG_0039971;
BBY_SAMSUNG_0041034;
BBY_SAMSUNG_0041046;
BBY_SAMSUNG_0041073;
BBY_SAMSUNG_0041095;
BBY_SAMSUNG_0041130;
BBY_SAMSUNG_0041163;
BBY_SAMSUNG_0041164;
BBY_SAMSUNG_0041165;
BBY_SAMSUNG_0041167;
BBY_SAMSUNG_0041191;
BBY_SAMSUNG_0041212;
BBY_SAMSUNG_0041217;
BBY_SAMSUNG_0041262;
BBY_SAMSUNG_0041299;
BBY_SAMSUNG_0041300;
BBY_SAMSUNG_0041372;
BBY_SAMSUNG_0042151;
BBY_SAMSUNG_0042153;
BBY_SAMSUNG_0042187;
BBY_SAMSUNG_0042218;
BBY_SAMSUNG_0042219;
BBY_SAMSUNG_0042235;
BBY_SAMSUNG_0042280;
BBY_SAMSUNG_0042282;
BBY_SAMSUNG_0042284;

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

BBY_SAMSUNG_0042325;
BBY_SAMSUNG_0042327;
BBY_SAMSUNG_0042336;
BBY_SAMSUNG_0042379;
BBY_SAMSUNG_0042380;
BBY_SAMSUNG_0042385;
BBY_SAMSUNG_0042391;
BBY_SAMSUNG_0042423;
BBY_SAMSUNG_0042518;
BBY_SAMSUNG_0043348;
BBY_SAMSUNG_0043370;
BBY_SAMSUNG_0043446;
BBY_SAMSUNG_0043493;
BBY_SAMSUNG_0043495;
BBY_SAMSUNG_0043521;
BBY_SAMSUNG_0043598;
BBY_SAMSUNG_0043623;
BBY_SAMSUNG_0043631;
BBY_SAMSUNG_0043633;
BBY_SAMSUNG_0044457;
BBY_SAMSUNG_0044492;
BBY_SAMSUNG_0044494;
BBY_SAMSUNG_0044535;
BBY_SAMSUNG_0044538;
BBY_SAMSUNG_0044539;
BBY_SAMSUNG_0044548;
BBY_SAMSUNG_0044549;
BBY_SAMSUNG_0044583;
BBY_SAMSUNG_0044613;
BBY_SAMSUNG_0044614;
BBY_SAMSUNG_0044617;
BBY_SAMSUNG_0044619;
BBY_SAMSUNG_0044639;
BBY_SAMSUNG_0044645;
BBY_SAMSUNG_0044647;
BBY_SAMSUNG_0044691;
BBY_SAMSUNG_0044695;
BBY_SAMSUNG_0045492;
BBY_SAMSUNG_0045508;
BBY_SAMSUNG_0045512;
BBY_SAMSUNG_0045525;
BBY_SAMSUNG_0045569;
BBY_SAMSUNG_0045646;
BBY_SAMSUNG_0045673;
BBY_SAMSUNG_0045677;
BBY_SAMSUNG_0045681;
BBY_SAMSUNG_0045708;
BBY_SAMSUNG_0045709;
BBY_SAMSUNG_0045736;
BBY_SAMSUNG_0045762;
BBY_SAMSUNG_0045802;
BBY_SAMSUNG_0045803;
BBY_SAMSUNG_0045804;

BBY_SAMSUNG_0045805;
BBY_SAMSUNG_0045812;
BBY_SAMSUNG_0045920;
BBY_SAMSUNG_0045974;
BBY_SAMSUNG_0045975;
BBY_SAMSUNG_0045996;
BBY_SAMSUNG_0046018;
BBY_SAMSUNG_0046021;
BBY_SAMSUNG_0046040;
BBY_SAMSUNG_0046041;
BBY_SAMSUNG_0046043;
BBY_SAMSUNG_0046052;
BBY_SAMSUNG_0046055;
BBY_SAMSUNG_0046065;
BBY_SAMSUNG_0046078;
BBY_SAMSUNG_0046288;
BBY_SAMSUNG_0046424;
BBY_SAMSUNG_0046425;
BBY_SAMSUNG_0046668;
BBY_SAMSUNG_0046670;
BBY_SAMSUNG_0046680;
BBY_SAMSUNG_0046690;
BBY_SAMSUNG_0046707;
BBY_SAMSUNG_0046721;
BBY_SAMSUNG_0046732;
BBY_SAMSUNG_0046769;
BBY_SAMSUNG_0046801;
BBY_SAMSUNG_0046802;
BBY_SAMSUNG_0046803;
BBY_SAMSUNG_0046804;
BBY_SAMSUNG_0046815;
BBY_SAMSUNG_0046825;
BBY_SAMSUNG_0046855;
BBY_SAMSUNG_0046859;
BBY_SAMSUNG_0046861;
BBY_SAMSUNG_0046864;
BBY_SAMSUNG_0046865;
BBY_SAMSUNG_0046885;
BBY_SAMSUNG_0046941;
BBY_SAMSUNG_0046945;
BBY_SAMSUNG_0046946;
BBY_SAMSUNG_0046990;
BBY_SAMSUNG_0046992;
BBY_SAMSUNG_0046993;
BBY_SAMSUNG_0047010;
BBY_SAMSUNG_0047024;
BBY_SAMSUNG_0047082;
BBY_SAMSUNG_0047083;
BBY_SAMSUNG_0047147;
BBY_SAMSUNG_0047228;
BBY_SAMSUNG_0047230;
BBY_SAMSUNG_0047256;
BBY_SAMSUNG_0047336;

BBY_SAMSUNG_0047378;
BBY_SAMSUNG_0047381;
BBY_SAMSUNG_0047430;
BBY_SAMSUNG_0047482;
BBY_SAMSUNG_0047487;
BBY_SAMSUNG_0047525;
BBY_SAMSUNG_0047535;
BBY_SAMSUNG_0047541;
BBY_SAMSUNG_0047545;
BBY_SAMSUNG_0047554;
BBY_SAMSUNG_0047570;
BBY_SAMSUNG_0047571;
BBY_SAMSUNG_0047609;
BBY_SAMSUNG_0047614;
BBY_SAMSUNG_0047626;
BBY_SAMSUNG_0047674;
BBY_SAMSUNG_0047677;
BBY_SAMSUNG_0047680;
BBY_SAMSUNG_0047685;
BBY_SAMSUNG_0047731;
BBY_SAMSUNG_0047738;
BBY_SAMSUNG_0047748;
BBY_SAMSUNG_0047750;
BBY_SAMSUNG_0047780;
BBY_SAMSUNG_0047783;
BBY_SAMSUNG_0047816;
BBY_SAMSUNG_0047860;
BBY_SAMSUNG_0047882;
BBY_SAMSUNG_0047914;
BBY_SAMSUNG_0047946;
BBY_SAMSUNG_0047974;
BBY_SAMSUNG_0048007;
BBY_SAMSUNG_0048030;
BBY_SAMSUNG_0048047;
BBY_SAMSUNG_0048051;
BBY_SAMSUNG_0048052;
BBY_SAMSUNG_0048071;
BBY_SAMSUNG_0048072;
BBY_SAMSUNG_0048127;
BBY_SAMSUNG_0048178;
BBY_SAMSUNG_0048179;
BBY_SAMSUNG_0048263;
BBY_SAMSUNG_0048288;
BBY_SAMSUNG_0048295;
BBY_SAMSUNG_0048351;
BBY_SAMSUNG_0048364;
BBY_SAMSUNG_0048436;
BBY_SAMSUNG_0048437;
BBY_SAMSUNG_0048485;
BBY_SAMSUNG_0048506;
BBY_SAMSUNG_0048523;
BBY_SAMSUNG_0048565;
BBY_SAMSUNG_0048803;

**Exhibit A -- Apple's Objections to Samsung's Exhibit List**

BBY_SAMSUNG_0048804;
BBY_SAMSUNG_0048839;
BBY_SAMSUNG_0048849;
BBY_SAMSUNG_0048859;
BBY_SAMSUNG_0048879;
BBY_SAMSUNG_0048881;
BBY_SAMSUNG_0048887;
BBY_SAMSUNG_0048907;
BBY_SAMSUNG_0048989;
BBY_SAMSUNG_0048992;
BBY_SAMSUNG_0049018;
BBY_SAMSUNG_0049023;
BBY_SAMSUNG_0049029;
BBY_SAMSUNG_0049030;
BBY_SAMSUNG_0049034;
BBY_SAMSUNG_0049035;
BBY_SAMSUNG_0049071;
BBY_SAMSUNG_0049120;
BBY_SAMSUNG_0049123;
BBY_SAMSUNG_0049152;
BBY_SAMSUNG_0049156;
BBY_SAMSUNG_0049157;
BBY_SAMSUNG_0049160;
BBY_SAMSUNG_0049166;
BBY_SAMSUNG_0049195;
BBY_SAMSUNG_0049221;
BBY_SAMSUNG_0049240;
BBY_SAMSUNG_0049243;
BBY_SAMSUNG_0049283;
BBY_SAMSUNG_0049328;
BBY_SAMSUNG_0050026;
BBY_SAMSUNG_0050027;
BBY_SAMSUNG_0050081;
BBY_SAMSUNG_0050082;
BBY_SAMSUNG_0050083;
BBY_SAMSUNG_0050095;
BBY_SAMSUNG_0050098;
BBY_SAMSUNG_0050108;
BBY_SAMSUNG_0050119;
BBY_SAMSUNG_0050147;
BBY_SAMSUNG_0050183;
BBY_SAMSUNG_0050187;
BBY_SAMSUNG_0050261;
BBY_SAMSUNG_0050263;
BBY_SAMSUNG_0050285;
BBY_SAMSUNG_0050317;
BBY_SAMSUNG_0050384;
BBY_SAMSUNG_0050407;
BBY_SAMSUNG_0050408;
BBY_SAMSUNG_0050508;
BBY_SAMSUNG_0050509;
BBY_SAMSUNG_0050512;
BBY_SAMSUNG_0051307;

BBY_SAMSUNG_0051310;
BBY_SAMSUNG_0051312;
BBY_SAMSUNG_0051380;
BBY_SAMSUNG_0051487;
BBY_SAMSUNG_0051489;
BBY_SAMSUNG_0051511;
BBY_SAMSUNG_0051525;
BBY_SAMSUNG_0051529;
BBY_SAMSUNG_0051531;
BBY_SAMSUNG_0051567;
BBY_SAMSUNG_0051569;
BBY_SAMSUNG_0051598;
BBY_SAMSUNG_0051656;
BBY_SAMSUNG_0051657;
BBY_SAMSUNG_0051658;
BBY_SAMSUNG_0051659;
BBY_SAMSUNG_0051660;
BBY_SAMSUNG_0051752;
BBY_SAMSUNG_0051756;
BBY_SAMSUNG_0051757;
BBY_SAMSUNG_0051881;
BBY_SAMSUNG_0051926;
BBY_SAMSUNG_0052546;
BBY_SAMSUNG_0052560;
BBY_SAMSUNG_0052609;
BBY_SAMSUNG_0052613;
BBY_SAMSUNG_0052621;
BBY_SAMSUNG_0052623;
BBY_SAMSUNG_0052627;
BBY_SAMSUNG_0052650;
BBY_SAMSUNG_0052705;
BBY_SAMSUNG_0052736;
BBY_SAMSUNG_0052739;
BBY_SAMSUNG_0052741;
BBY_SAMSUNG_0052744;
BBY_SAMSUNG_0052747;
BBY_SAMSUNG_0052753;
BBY_SAMSUNG_0052754;
BBY_SAMSUNG_0052871;
BBY_SAMSUNG_0052876;
BBY_SAMSUNG_0052919;
BBY_SAMSUNG_0053078;
BBY_SAMSUNG_0053736;
BBY_SAMSUNG_0053755;
BBY_SAMSUNG_0053785;
BBY_SAMSUNG_0053802;
BBY_SAMSUNG_0053855;
BBY_SAMSUNG_0053881;
BBY_SAMSUNG_0053883;
BBY_SAMSUNG_0053895;
BBY_SAMSUNG_0053901;
BBY_SAMSUNG_0054002;
BBY_SAMSUNG_0054039;

BBY_SAMSUNG_0054080;
BBY_SAMSUNG_0054178;
BBY_SAMSUNG_0054189;
BBY_SAMSUNG_0054557