1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG)
19 |               Plaintiff,              | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |               vs.                     |
21 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       |
22 | ELECTRONICS AMERICA, INC., a New      |
   | York corporation; SAMSUNG             |
23 | TELECOMMUNICATIONS AMERICA,           |
   | LLC, a Delaware limited liability company, |
24 |                                       |
   |               Defendants.             |
25

26

27

28

1  Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal the following:

5  1. Exhibit A to Samsung's Objections to Apple's Exhibit List, Proposed Joint Exhibit
6  List and Deposition Designations

7  In short, the above document contains discussion or excerpts from documents and
8 materials that have been designated as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES
9 ONLY.   Samsung has established good cause to permit filing these documents under seal through
10 the Declaration of Bill Trac in Support of Samsung's Administrative Motion to File Documents
11 Under Seal, filed herewith.

12  Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
13 for *in camera* review and served on all parties.

15 DATED: July 13, 2012  QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

18  By  */s/ Victoria Maroulis*
  Charles K. Verhoeven
19  Kevin P.B. Johnson
  Victoria F. Maroulis
20  Michael T. Zeller

  Attorneys for SAMSUNG ELECTRONICS CO.,
22  LTD., SAMSUNG ELECTRONICS AMERICA,
  INC., and SAMSUNG
23  TELECOMMUNICATIONS AMERICA, LLC