1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

         Plaintiff,

    vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

         Defendants.

CASE NO. 11-cv-01846-LHK (PSG)

**[PROPOSED] ORDER GRANTING
SAMSUNG'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS
UNDER SEAL**

12

13

14

15

16

17

18

19

20

      Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

Telecommunications America, LLC (collectively, "Samsung") have filed Exhibit A to Samsung's

Objections to Apple's Exhibit List, Proposed Joint Exhibit List and Deposition Designations under

seal.

      Samsung has filed the declaration required under Civil L.R. 79-5 and General Order No.

62 to provide evidence of good cause for this Court to permit filing under seal.    The declaration

establishes that the below document contains information that has been designated by the parties

as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

21

22

23

24

25

26

27

28

1    Accordingly, for good cause shown, the Court ORDERS that the following document shall

2 be filed under seal:

3        1.  Exhibit A to Samsung's Objections to Apple's Exhibit List, Proposed Joint Exhibit

4            List and Deposition Designations.

5

6    **IT IS SO ORDERED.**

7

8 DATED:      _____, 2012

9

10

11                                         _____
                                           Honorable Lucy H. Koh
                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL