1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                          UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |       Plaintiff,                      | **SAMSUNG'S OBJECTIONS TO APPLE'S EXHIBIT LIST, PROPOSED JOINT EXHIBIT LIST AND DEPOSITION DESIGNATIONS**
20 |       vs.                             |
21 | SAMSUNG ELECTRONICS CO., LTD., a      |
   | Korean business entity; SAMSUNG       | Trial Date: July 30, 2012
22 | ELECTRONICS AMERICA, INC., a New      | Time: 8:00 a.m.
   | York corporation; SAMSUNG             | Place: Courtroom 8, 4th Floor
23 | TELECOMMUNICATIONS AMERICA,           | Judge: Hon. Lucy H. Koh
   | LLC, a Delaware limited liability company, |
24 |                                       |
   |       Defendants.                     |
25

26

27

28

02198.51855/4858216.1

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") hereby submit Objections to
3  Apple's Exhibit List, Apple's Proposed Joint Exhibit List and the list of witnesses from whom
4  Apple has indicated it may submit deposition designations.
5  Exhibit A sets forth Samsung's general objections to Apple's Exhibit List and Samsung's
6  specific objections to each of Apple's exhibits.   Exhibit B sets forth Samsung's general objections
7  to Apple's Proposed Joint Exhibit List and Samsung's specific objections to each of the exhibits
8  on the Proposed Joint List.   The codes used for Samsung's objections are attached as Exhibit C.
9  In addition, Exhibit D sets forth Samsung's general objections to the individuals Apple
10 identified in the Joint Pretrial Statement as witnesses it may call by deposition designation.
11 Because the parties have not yet exchanged pages and lines of testimony that will be designated
12 for use at trial, Samsung reserves its right to add additional objections and to object to the specific
13 testimony designated by Apple according to the Court-ordered schedule.

15 DATED: July 13, 2012                    QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                          By */s/ Victoria F. Maroulis*
                                             Victoria F. Maroulis
                                             Attorneys for SAMSUNG ELECTRONICS
                                             CO., LTD., SAMSUNG ELECTRONICS
                                             AMERICA, INC., and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC