# EXHIBIT B

**Exhibit B - Samsung's General Objections to Apple's Proposed "Joint" Exhibit List**

Samsung generally objects to Apple's Exhibit List for all the reasons discussed in Samsung's motions *in limine*, filed on July 5, 2012. Samsung also reserves the right to raise additional objections during the proceedings, depending on the manner in which an exhibit is offered into evidence.

**Samsung's Objection To Apple's Failure To Submit A True Joint Exhibit List**

The July 9, 2012 Minute Order and Case Management Order recognizes that the parties "agree to joint stipulated exhibits, such as accused devices and file histories, that shall not exceed 60 exhibits total." Despite this directive, Apple served a proposed joint exhibit list that contains physical exhibits selected by Apple (7 Apple products and 32 accused Samsung products), certified copies of Apple's asserted patents and file histories for Apple's asserted patents, but does not include any of Samsung's asserted patents or the file histories for those patents. Even though the Court stated at the June 29, 2012 hearing that prior art could be placed on the joint list, Apple's proposed joint exhibit list also does not include a single one of the prior art references that Samsung asked Apple to include on the joint exhibit list. Apple's inclusion in its "joint" list of only exhibits it wishes to use at trial and its refusal to include exhibits requested by Samsung is contrary to the Court's intent that the joint exhibit list contain stipulated exhibits and benefit both parties equally. In contrast to Samsung's proposed joint exhibit list, there is nothing joint about Apple's list and it should be stricken for this reason.

## Joint Trial Exhibit List

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1000 | | 6/29/2007 | iPhone | AS237 | AS237 | | | |
| 1001 | | 7/11/2008 | iPhone 3G | N/A | N/A | | | |
| 1002 | | 6/19/2009 | iPhone 3GS | AS420 | AS420 | | | |
| 1003 | | 6/24/2010 | iPhone 4 | AS423 | AS423 | | | |
| 1004 | | 4/3/2010 | iPad | AS426 | AS426 | | | |
| 1005 | | 3/11/2011 | iPad 2 | AS425 | AS425 | | | |
| 1006 | | 4/30/2010 | iPad 3G | N/A | N/A | | | |
| 1007 | | 3/23/2010 | Galaxy S (i9000) | AS18 | AS18 | | | 402, 403, U, MIL 3 |
| 1008 | | 6/9/2010 | Acclaim | AS357 | AS357 | | | 402, 403, U, MIL 3 |
| 1009 | | 7/7/2010 | Intercept | AS28 | AS28 | | | 402, 403, U, MIL 3 |
| 1010 | | 6/22/2010 | Galaxy S Vibrant | AS42 | AS42 | | | |
| 1011 | | 6/17/2010 | Galaxy S Captivate | AS319 | AS319 | | | 402, 403, U, MIL 3 |
| 1012 | | 6/28/2012 | Galaxy S Epic 4G | AS6 | AS6 | | | 402, 403, U, MIL 3 |
| 1013 | | 6/28/2012 | Galaxy S Fascinate | AS145 | AS145 | | | |
| 1014 | | 10/6/2010 | Transform | AS41 | AS41 | | | |
| 1015 | | 11/6/2010 | Galaxy S Mesmerize | AS316 | AS316 | | | |
| 1016 | | 11/8/2010 | Galaxy S Continuum | AS315 | AS315 | | | 402, 403, U, MIL 3 |
| 1017 | | 10/6/2010 | Galaxy S Showcase 500 | AS313 | AS313 | | | 402, 403, U, MIL 3 |
| 1018 | | 12/7/2010 | Nexus S | AS32 | AS32 | | | |
| 1019 | | 2/2/2011 | Galaxy S 4G | AS16 | AS16 | | | |
| 1020 | | 1/21/2011 | Gem | AS314 | AS314 | | | MIL 3, not disclosed as an accused device for the '381 patent |
| 1021 | | 3/15/2011 | Sidekick 4G | AS38 | AS38 | | | |
| 1022 | | 4/5/2011 | Galaxy Prevail | AS320 | AS320 | | | |
| 1023 | | 3/21/2011 | Nexus S 4G | AS151 | AS151 | | | |
| 1024 | | 4/15/2011 | Replenish | AS35 | AS35 | | | |
| 1025 | | 1/6/2011 | Droid Charge | AS97 | AS97 | | | 402, 403, U, MIL 3 |
| 1026 | | 2/1/2011 | Indulge | AS221 | AS221 | | | 402, 403, U, MIL 3 |
| 1027 | | 1/5/2011 | Infuse 4G | AS310 | AS310 | | | |
| 1028 | | 6/2/2011 | Exhibit 4G | AS9 | AS9 | | | |
| 1029 | | 6/2/2011 | Gravity Smart | AS23 | AS23 | | | 402, 403, U, MIL 3 |
| 1030 | | 1/26/2011 | Galaxy Ace | AS12 | AS12 | | | 402, 403, U, MIL 3 |
| 1031 | | 8/30/2011 | Galaxy S II (AT&T) | AS341 | AS341 | | | 402, 403, U, MIL 3, not disclosed as an accused device |

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1032 | | 2/1/2011 | Galaxy S II (i9100) | AS359 | AS359 | | | 402, 403, U, MIL 3, not disclosed as an accused device |
| 1033 | | 10/12/2011 | Galaxy S II (T-Mobile) | AS88 | AS88 | | | 402, 403, U, MIL 3, not disclosed as an accused device |
| 1034 | | 6/8/2011 | Galaxy S II (Epic 4G Touch) | AS123 | AS123 | | | 402, 403, U, MIL 3, not disclosed as an accused device |
| 1035 | | 11/6/2011 | Galaxy S II (Skyrocket) | AS117 | AS117 | | | 402, 403, U, MIL 3, not disclosed as an accused device |
| 1036 | | 9/17/2010 | Galaxy Tab 7.0 | AS192 | AS192 | | | 402, 403, U, MIL 3 |
| 1037 | | 2/13/2011 | Galaxy Tab 10.1 (WiFi) | 203 | 203 | | | |
| 1038 | | 7/28/2011 | Galaxy Tab 10.1 (4G LTE) | AS236 | AS236 | | | 402, 403, U, MIL 3, not disclosed as an accused device |
| 1039 | | 7/22/2008 | US Trademark Reg for iPhone | APLNDC-Y0000182281 | APLNDC-Y0000182283 | | | |
| 1040 | Ex. 8; Ex. 880; Ex. 1036; Ex. 1132; Ex. 1174; Ex. 203; Ex. 430; Anders Ex. 8; Bressler Ex. 3510; Musika Ex. 7; Sherman Ex. 2" | 5/10/2005 | Certified copy of US D504,889, issued May 10, 2005 | APLNDC00032467 | APLNDC00032472 | | | |

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1041 | Ex.6; Ex. 874; Ex. 1790; Ex. 205; Ex. 426; Anders Ex. 3; Bressler Ex. 3511; Charmichael Ex. 16; Godici Ex. 3; Musika Ex. 6; Sherman Ex. 4 | 5/26/2009 | Certified copy of US D593,087, issued May 26, 2009 | APLNDC00030426 | APLNDC00030441 | | | |
| 1042 | Ex. 577; Ex. 415; Kare Ex. 3 | 11/17/2009 | Certified copy of US D604,305, issued November 17, 2009 | APLNDC00030421 | APLNDC00030425 | | | |
| 1043 | Ex. 1790; Ex. 204; Ex. 425; Sherman Ex. 3; Bressler Ex. 3512" | 6/29/2010 | Certified copy of D618,677, issued June 29, 2010 | APLNDC00032473 | APLNDC00032478 | | | |
| 1044 | Ex. 1856; Ex. 362; Ex. 328; Gray Ex. 12" | 11/30/2010 | Certified copy of US 7,844,915, issued November 30, 2010 | APLNDC00025380 | APLNDC00025432 | | | |
| 1045 | Ex. 109; Ex. 120; Ex. 2; Balakrishnan Ex. 2" | 12/23/2008 | Certified copy of US 7,469,381, issued December 23, 2008 | APLNDC00022467 | APLNDC00022527 | | | |

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1046 | Ex. 572; Ex. 611; Ex. 741; Gray Ex. 15; Ex. 1006" | 1/4/2011 | Certified copy of US 7,864,163, issued January 4, 2011 | APLNDC00027870 | APLNDC00027921 | | | |
| 1047 | Ex. 93; Ex. 405; | 12/23/2008 | Certified file history of US 7,469,381, issued December 23, 2008 | APLNDC00024705 | APLNDC00025379 | | | |
| 1048 | Ex. 330 | 11/30/2010 | Certified file history of US 7,844,915, issued November 30, 2010 | APLNDC00027081 | APLNDC00027869 | | | |
| 1049 | Ex. 537; Ex. 612; Ex. 613 | 1/4/2011 | Certified file history of US 7,864,163, issued January 4, 2011 | APLNDC00022528 | APLNDC00024334 | | | |
| | Apple would agree to include the following exhibits requested by Samsung if the Court accepts over 60 exhibits on the joint exhibit list. | | | | | | | |
| 1050 | | | Apple iPad 2 3G (iOS 4.x) - AT&T version | | | | | |
| 1051 | | | Apple iPad 2 3G (iOS 5.x) - AT&T version | | | | | |
| 1052 | | | Apple iPad 3G | | | | | |
| 1053 | | | Apple iPhone 3G (iOS 4.x) | | | | | |
| 1054 | | | Apple iPhone 3GS (iOS 4.x or iOS 5.x) | | | | | |
| 1055 | | | Apple iPhone 4 (iOS 4.x) - AT&T version | | | | | |
| 1056 | | | Apple iPhone 4 (iOS 5.x) - AT&T version | | | | | |
| 1057 | | | Apple iPod Touch (4th Gen.) (iOS 4.x or iOS 5.x) | | | | | |

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1058 | | | "File wrapper for 6,928,604 (including file histories of U.S. Patent App. No. 10/393,784, 09/282,851, Korean Patent App. 1998-11380) | | | | | |
| 1059 | | | File wrapper for 7,447,516 (including file histories of U.S. Patent App. No. 11/148,181, Korean Patent App. 10-2005-0037774) | | | | | |
| 1060 | | | "File wrapper for 7,675,941 (including file histories of U.S. Patent App. No. 11/417,219, Korean Patent App. 10-2004-0042300, Korean Patent App. 10-2004-0062190, Korean Patent App. 10-2004-0073552, Korean Patent App. 10-2004-0093947, Korean Patent App. 10-2005-0029192) | | | | | |
| 1061 | | | File wrapper for U.S. D504,889 | | | | | |
| 1062 | | | File wrapper for U.S. D593,087 | | | | | |
| 1063 | | | File wrapper for U.S. D604,305 | | | | | |
| 1064 | | | File history for U.S. D618,677 | | | | | |

| TRIAL EXHIBIT NO. | DEPO. EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | MARKED | ADMITTED | OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1065 | | | "File History for U.S. Patent No. 7,456,893 (including U.S. App. No. 11/167,851 and KR App. No. 10-2005-0021335)" | | | | | |
| 1066 | | | "File wrapper for U.S. Patent No. 7,577,460 (including U.S. App. Nos. 11/493,754, 11/003,222, and 09/540,830 and KR App. No. 1999-11179)" | | | | | |
| 1067 | | | File wrapper for U.S. Patent No. 7,698,711 (including U.S. App. Nos. 11/778,466, 11/390,338 and KR App. No. 10-2005-0079921) | | | | | |
| 1068 | | | U.S. Patent No. 7,456,893 | | | | | |
| 1069 | | | U.S. Patent No. 7,577,460 | | | | | |
| 1070 | | | U.S. Patent No. 7,675,941 | | | | | |
| 1071 | | | U.S. Patent No. 7,698,711 | | | | | |
| 1072 | | | U.S. Patent No. 6,928,604 | | | | | |
| 1073 | | | U.S. Patent No. 7,447,516 | | | | | |
| 1074 | | | HP Compaq TC 1000 | | | | | |
| 1075 | | | Fidler 1994 Tablet | | | | | |