# EXHIBIT C

## Exhibit C
## Codes for Abbreviated Objections

| DESCRIPTION | OBJECTIONS |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | 402 |
| LACKS FOUNDATION | lacks foundation |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | 802 |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING OR WASTE OF TIME) | 403 |
| MISLEADING | misleading |
| BEST EVIDENCE | 1002 |
| FEDERAL RULE OF EVIDENCE 106 (INCOMPLETE DOCUMENT) | incomplete |
| FEDERAL RULE OF EVIDENCE 105 | 105 |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | 501 |
| NARRATIVE | narrative |
| OVERLY BROAD | overbroad |
| AUTHENTICITY | authenticity |
| NO SPONSOR OR IMPROPER SPONSOR | lacks sponsoring witness |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | 408 |
| OBJECTION TO TRANSLATION | translation |
| LACK OF PERSONAL KNOWLEDGE OR COMPETENCY | 602 |
| IMPROPER OPINION TESTIMONY BY LAY WITNESS | 701 |
| IMPROPER TESTIMONY BY EXPERT WITNESS | 702/703 |
| IMPROPER INCLUSION OF MULTIPLE DOCUMENTS AS ONE EXHIBIT/ VIOLATES COURT'S LIMIT ON NUMBER OF EXHIBITS | I |
| UNTIMELY/NEVER PRODUCED | U |
| DEMONSTRATIVE/SHOULD NOT BE ADMITTED INTO EVIDENCE | D |
| MOTION # 1: EXCLUDE EVIDENCE OR ARGUMENT NOT TIED TO THE SPECIFIC IP RIGHTS CLAIMED BY APPLE IN THIS ACTION | MIL 1 |
| MOTION #2: EXCLUDE OUT-OF-COURT THIRD-PARTY STATEMENTS ABOUT PURPORTED SIMILARITIES OR PURPORTED CONFUSION | MIL 2 |
| MOTION #3: EXCLUDE ACCUSED DEVICES, CONTENTIONS, THEORIES, AND WITNESSES NOT TIMELY DISCLOSED IN INFRINGEMENT CONTENTIONS OR INTERROGATORY RESPONSES | MIL 3 |

**Exhibit C**
**Codes for Abbreviated Objections**

| DESCRIPTION | OBJECTIONS |
|---|---|
| MOTION #4: EXCLUDE REFERENCE TO FINDINGS OR RULINGS IN OTHER PROCEEDINGS NOT INVOLVING THE PATENTS AT ISSUE IN THIS CASE | **MIL 4** |
| MOTION #5: EXCLUDE DISPUTES AND RULINGS IN THIS ACTION, INCLUDING DISCOVERY DISPUTES AND THE PRELIMINARY INJUNCTION RULING | **MIL 5** |
| MOTION #6: EXCLUDE GENERALIZATIONS REGARDING THE OPERATION OF ACCUSED SAMSUNG PRODUCTS | **MIL 6** |
| MOTION # 7: EXCLUDE RESIZED OR ALTERED PHOTOS OF SAMSUNG'S PRODUCTS IN SIDE-BY-SIDE PRODUCT COMPARISONS | **MIL 7** |
| MOTION # 8: EXCLUDE ANY EVIDENCE OF PRE-FILING NOTICE OTHER THAN IDENTIFIED IN APPLE'S INTERROGATORY RESPONSE AND PROVISIONALLY EXCLUDE MR. MUSIKA'S OPINIONS ON PRE-FILING DAMAGES UNLESS AND UNTIL APPLE MAKES A *PRIMA FACIE* SHOWING OF ENTITLEMENT TO SUCH DAMAGES | **MIL 8** |
| MOTION #9: EXCLUDE EVIDENCE OF SAMSUNG'S OVERALL REVENUES, PROFITS, WEALTH AND VALUE AND EVIDENCE OR ARGUMENT THAT SAMSUNG HAS PAID LOWER TAXES THAN IT SHOULD HAVE | **MIL 9** |
| UNOPPOSED MOTION# 10: EXCLUDE EVIDENCE AND ARGUMENT THAT APPLE IS PRESENTLY LICENSED TO THE DECLARED ESSENTIAL PATENTS-IN-SUIT | **MIL 10** |