# EXHIBIT D

**Exhibit D**

**Objections to Deposition Designations**

Samsung generally objects to Apple's planned designation of deposition testimony from the 794 Investigation (with the exception of specific transcripts as to which the parties have agreed to cross-use).

| Witness from Whom Apple Intends to Designate Testimony | Objections |
|---|---|
| Seung-Ho Ahn (NDCAL and ITC testimony) | |
| Timothy Benner | |
| Brian Blasius | |
| Robert Brunner | Samsung objects to the designation of testimony from Mr. Brunner on the grounds that Apple has not demonstrated that he is unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4). |
| Dong Hoon Chang | |
| Stephanie Chen | |
| Joseph Cheong | Samsung objects to any testimony of Mr. Cheong beyond the scope of Apple's representations to the Court in its motion to compel as to the subjects on which it intended to depose him. |
| Benjamin Cheung | |
| Joon-Young Cho | |
| Nara Cho | |
| Seungwhan Cho | |
| Sung Ho Choi (NDCAL and ITC testimony) | |
| Gee-sung Choi | |
| Gin-kyu Choi | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Joon Ill Choi (NDCAL and ITC testimony) | |
| Soon-Jae Choi | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Minhyung Chung (NDCAL and ITC testimony) | |

| Witness from Whom Apple Intends to Designate Testimony | Objections |
|---|---|
| Cira Conley | |
| Justin Denison (NDCAL and ITC testimony) | |
| Sung-Ho Eun | |
| Wong Pyo Hong | |
| Moon-Sang Jeong | |
| Hee-Won Kang (NDCAL and ITC testimony) | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Monica Karo | |
| Corey Kerstetter | |
| Wookyun Kho | |
| Ahyoung Kim (NDCAL and ITC testimony) | |
| Bora Kim (NDCAL and ITC testimony) | |
| Byungwook Kim | |
| Hun Kee Kim | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Jae Yoel Kim | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Jinsoo Kim (NDCAL and ITC testimony) | |
| Min-Goo Kim (NDCAL and ITC testimony) | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Minkyung Kim | |
| Noh-Sun Kim | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Se-Hyoung Kim | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Sehyun Kim | |
| Seong Guen Kim (NDCAL and ITC testimony) | |
| Seongwoo Kim (NDCAL and ITC testimony) | |
| Soeng-Hun Kim | |
| Young-Bum Kim (NDCAL and ITC | |

| Witness from Whom Apple Intends to Designate Testimony | Objections |
|---|---|
| testimony) | |
| Yong-Jun Kwak (NDCAL and ITC testimony) | |
| Ioi Lam (NDCAL and ITC testimony) | Samsung objects to the designation of testimony from Mr. Lam on the grounds that Apple has not demonstrated that he is unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4). |
| DonJoo Lee (NDCAL and ITC testimony) | |
| GiYoung Lee (NDCAL and ITC testimony) | |
| HyeJung Lee | |
| Hyeon Woo Lee | |
| JuHo Lee (NDCAL and ITC testimony) | |
| Jun-Sung Lee | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| JunWon Lee (NDCAL and ITC testimony) | |
| Kiwon Lee (NDCAL and ITC testimony) | |
| MinHyouk Lee (NDCAL and ITC testimony) | |
| Sanguen Lee | |
| Seung Yun Lee | |
| Sungsik Lee | |
| YunJung Lee (NDCAL and ITC testimony) | |
| Qi Ling | Samsung objects to the designation of testimony from Mr. Ling on the grounds that Apple has not demonstrated that he is unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4). |
| Daniel Mauney | |
| Travis Merrill (ITC testimony) | |
| Young-Suk Moon | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Ki Hyung Nam (NDCAL and ITC testimony) | |
| Jeong Seok Oh | |
| Markus Paltian | |
| Chang Soo Park | |
| Hyoung Shin Park (NDCAL and ITC testimony) | |
| Junho Park | |
| Sang-Ryul Park | |
| Seunggun Park | |

| Witness from Whom Apple Intends to Designate Testimony | Objections |
|---|---|
| Todd Pendleton (NDCAL and ITC testimony) | |
| Sean Roarty | |
| Brian Rosenberg | |
| Karl Heinz Rosenbrock (NDCAL and ITC testimony) | |
| Tim Rowden (ITC testimony) | |
| DongSeok Ryu | |
| MinCheol Shin | |
| Tim Sheppard (NDCAL and ITC testimony) | |
| Jaegwan Shin (NDCAL and ITC testimony) | Samsung objects to the designation of testimony from Mr. Shin on the grounds that Apple has not demonstrated that he is unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4). |
| Jaehwang Sim | |
| Dale Sohn | |
| Hangil Song (NDCAL and ITC testimony) | |
| Himke Van Der Velde | |
| Gert-Jan Van Lieshout | |
| Jeeyeun Wang | |
| Richard Wesel | Samsung objects to designations from this witness on the ground the witness is an expert regarding patent(s) that are no longer being asserted and hence irrelevant. |
| Hyun Goo Woo | |
| JungMin Yeo | |
| Sun Young Yi | |
| Seung Hun Yoo | |
| Jae-Seung Yoon | Samsung objects to designations from this witness on the ground the witness is an inventor of patent(s) that are no longer being asserted and hence irrelevant. |
| Andre Zorn | |