1  HOPENFELD SINGER RICE & SAITO LLP
   Edward H. Rice (*Pro Hac Vice*)
   ehr@hsrslaw.com
2  Marina N. Saito (*Pro Hac Vice*)
   mns@hsrslaw.com
3  445 W. Erie Street
   Suite 108
4  Chicago, IL 60654
   Telephone:    (312) 651-6333
5  Facsimile:    (312) 948-9204

6  Attorneys for Samsung Electronics Co., Ltd., et al.

7

8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN JOSE DIVISION**

12

| | |
|---|---|
| 13 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 14                         Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| 15         vs. | |
| 16 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 17 | |
| 18 | |
| 19                         Defendants. | |

20

21

22

23

24

25

26

27

28
                                    -1-

-2-

1   PLEASE TAKE NOTICE that effective immediately, the address for the Chicago Office of
2  Hopenfeld Singer Rice & Saito LLP has changed.  The new address is 445 W. Erie Street,
3  Suite 108, Chicago, IL 60654.  The new telephone number is (312) 651-6333.  The facsimile
4  number and email addresses remain the same.

6  Dated: July 16, 2012

7                                              HOPENFELD SINGER RICE & SAITO LLP

9                                              By:     /s/ Marina N. Saito
                                                       Edward H. Rice
10                                                     Marina N. Saito

                                               *Attorneys for Samsung Electronics Co., Ltd.,
12                                             et al.*