| | |
|---|---|
| J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.   11-cv-01846-LHK (PSG) <br><br> **DECLARATION OF RAYMOND M. HASU IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

1  I, Raymond M. Hasu, declare as follows:

2  I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Apple's Opposition to Samsung's Motion for Relief From Nondispositive Pretrial Order of Magistrate Judge.

   1.  Samsung has submitted two charts purporting to show disclosures of the theories excluded under Judge Grewal's June 27 Order. (Dkt. No. 1216-2; Dkt. No. 1216-3.) Based on my review of the materials cited by Samsung, I have prepared a chart addressing the representations in Samsung's charts. A true and correct copy of that chart is attached as Exhibit 1.

   2.  On March 16, 2012, Samsung filed a motion in the ITC Investigation seeking leave to file an amended notice of prior art with more than 40 new references, including the Nokia Fingerprint, Bluebird Pidion BM-200, iRiver U10, Olympus MR500i, U.S. D497,364, U.S. D500,037, U.S. D534,516, EU Registered Design 48061-0001, JPD1104685, JPD1204221, KR-30-0398307, Sharp Aquos Fulltouch, and Sony Eriksson Walkman Phone W950. Judge Pender denied Samsung's motion on May 9, 2012. A copy of that Order was submitted with Apple's briefing below at Docket No. 939-11.

   I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

   Executed on July 16, 2012 in San Francisco, California.

   By: /s/  Raymond M. Hasu
       Raymond M. Hasu

HASU DECL. ISO APPLE'S OPP. TO MOT. FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAG. JUDGE
CASE NO. 11-CV-01846-LHK (PSG)
sf- 3170952

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Raymond M. Hasu has concurred in this filing.

Dated: July 16, 2012              /s/*Michael A. Jacobs*
                                  Michael A. Jacobs