# Exhibit 1

# SAMSUNG'S PURPORTED DISCLOSURES[1]

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| June 16, 2011<br><br>Apple's Amended Complaint (Dkt. No. 75) | Samsung F700 | No disclosure of any Samsung invalidity or non-infringement theories based on that reference. |
| August 3, 2011<br><br>Deposition of Christopher Stringer | HP Compaq TC1000 | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13.<br>4. Apple did not challenge Samsung's invalidity theories based on that reference. |
| August 23, 2011<br><br>Declaration of Sara Jenkins in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 179) | • "2001: A Space Odyssey"<br>• "Tomorrow People"<br>• Samsung F700 | No disclosure of any Samsung invalidity or non-infringement theories based on those references. |
| August 23, 2011<br><br>Declaration of Itay Sherman in Support of Samsung's Opposition to Apple's Motion For | • 1994 Fidler Tablets<br>• JP D1142127<br>• HP Compaq TC1000<br>• JP 1241638 | 1. No disclosure of any non-infringement theories based on those references.<br>2. Apple did not challenge Samsung's invalidity theories based on the 1994 Fidler, JP '127, Compaq TC1000, and JP '638 references. |

---

[1] For the Court's convenience, this chart tracks the assertions in Exhibit 1 to the Martin Declaration in support of Samsung's motion. (*See* Dkt. No. 1216-2.)

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| Preliminary Injunction (Dkt. No. 172) | • KR30-0452985 | 3. Apple recently withdrew its challenge to Samsung's invalidity theories based on the KR '985 reference, which Samsung had disclosed by application number. |
| August 23, 2011<br><br>Declaration of Roger Fidler in Support of Samsung's Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 166). | 1994 Fidler Tablets | 1. Not cited below.<br>2. No disclosure of any non-infringement theories based on that reference.<br>3. Apple did not challenge Samsung's invalidity theories based on that reference. |
| September 15, 2011<br><br>Deposition of Itay Sherman | 035 Prototype | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| September 23, 2011<br><br>Deposition of Roger Fidler | 1994 Fidler Tablets | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13.<br>4. Apple did not challenge Samsung's invalidity theories based that reference. |
| October 7, 2011<br><br>Deposition of Tracy-Gene Durkin | • D514,590<br>• JP D1250487<br>• KR30-0394921 | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any non-infringement or invalidity theories based on those references. *See* Dkt. No. 1054 at 12-13. |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| <u>October 13, 2011</u><br><br>Declaration of Mark Tung in Support of Samsung's Notice of Lodging of Materials in Opposition to Apple's Motion For Preliminary Injunction (Dkt. No. 456) | • EU registered design 00048061-0001<br>• JP D1178470<br>• Nokia Fingerprint concept phones images | 1. Not cited below.<br>2. No disclosure of any non-infringement or invalidity theories based on those references.<br>3. No mention at all of EU registered design 00048061-0001 or the Nokia Fingerprint. The "Fingerprint" design shown in one of the exhibits is a different design that happens to have the same name. |
| <u>October 18, 2011</u><br><br>Deposition of Brian Huppi | Q72 iBook | 1. Cited below solely for purpose of supporting Samsung's argument regarding disclosure of infringement theories in Dr. Von Herzen's expert report, which is not at issue here.  *See* Dkt. No. 1000-0 at 6.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any non-infringement or invalidity theories based on those references.  *See* Dkt. No. 1054 at 12-13. |
| <u>October 21-31, 2011</u><br><br>Depositions of Rico Zorkendorfer, Daniele DeIuliis, Matthew Rohrbach, Quin Hoellwarth, Daniel Coster, and Richard Howarth | 035 Prototype | 1. Cited below solely for purposes of showing disclosure of Samsung's indefiniteness theories, not to show disclosure of any invalidity or non-infringement theories based on the 035 Prototype.  (Dkt. No. 1000-0 at 20.)<br>2. No citation to relevant portions of transcripts.<br>3. No disclosure of any non-infringement or invalidity theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| <u>November 1, 2011</u><br><br>Letter from Michael T. Zeller to Jason | Brain Box Display | No disclosure of any non-infringement or invalidity theories based on that reference. |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| Bartlett | | |
| November 3, 2011<br><br>Samsung's Corrected Notice of Prior Art, *In Re Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796 | • KR 30-0304213<br>• JP D1204221<br>• D514,590<br>• KR-30-0394921<br>• KR30-0452985<br>• Samsung F700<br>• U.S. D560,192<br>• EU Registration 000569157-0005<br>• JP D1295003<br>• U.S. D504,889<br>• JP D128057<br>• JP D1142127<br>• JP D1250487<br>• U.S. D532,791<br>• U.S. D333,574<br>• JP D1178470<br>• JP 1241638<br>• 1994 Fidler Tablets<br>• HP Compaq TC1000 | 1. No disclosure of any non-infringement or invalidity theories presented by Samsung's expert reports in this action.<br>2. References were listed without any explanation or description of how they invalidated or showed non-infringement of any design patent.<br>3. The design patents at issue in the ITC Investigation are not the same as the design patents at issue here.  *See* Dkt. No. 1054 at 11-12. |
| November 4, 2011<br><br>Deposition of Christopher Stringer | 035 Prototype | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theory based on that reference.  *See* Dkt. No. 1054 at 12-13. |
| November 8, 2011 | • Brain Box Display | 1. Not cited below. |

4

sf-3170922

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| Deposition of Douglas Satzger | • 035 Prototype | 2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on those references. *See* Dkt. No. 1054 at 12-13. |
| <u>November 8, 2011</u><br>Letter from Michael T. Zeller to Mia Mazza | 035 Prototype | No disclosure of any non-infringement or invalidity theories based on that reference. |
| <u>December 16, 2011</u><br>Samsung's Motion to Compel Production of Documents and Things (Dkt. No. 487) | Brain Box Display | No disclosure of any non-infringement or invalidity theories based on that reference. |
| <u>December 19, 2011</u><br>Samsung's Objections and Responses to Apple's Fifth Set of Interrogatories (No. 12) | • KR 30-0304213<br>• U.S. D500,037<br>• EU registered design 000048061-0001<br>• D514,590<br>• EU Registration 000569157-0005<br>• U.S. Patent No. 504,889<br>• "2001: A Space Odyssey"<br>• "Tomorrow People"<br>• Samsung F700 Handset<br>• JP 1241638<br>• E.U. Design Reg. | No disclosure of any non-infringement or invalidity theories based on those references. *See* Dkt. No. 939-1 at 17-19; Dkt. No. 1054 at 11. |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| | 000584529-0001<br>• E.U. Design Reg. 000505532-0001<br>• E.U Design Reg. 000778741-0001<br>• KR 30-0403504<br>• KR 30-0441582<br>• JP D1189312<br>• JP D1279226s<br>• U.S 6,983,424<br>• U.S. D445,428 | |
| <u>February 15, 2012</u><br>Deposition of Christopher Stringer | D514,590 | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| <u>February 15, 2012</u><br>Samsung's Supplemental Response to Apple's Interrogatory No. 36, *In Re Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796 | • Brain Box Display<br>• KR 30-0304213<br>• U.S. D500,037<br>• EU registered design 000048061-0001<br>• JP D1204221<br>• D514,590<br>• iRiver U10<br>• KR30-0394921<br>• Olympus MR500i<br>• Nokia Fingerprint | 1. No disclosure of any non-infringement or invalidity theories presented by Samsung's expert reports in this action.<br>2. The design patents at issue in the ITC Investigation are not the same as the design patents at issue here. *See* Dkt. No. 1054 at 11-12.<br>3. Judge Pender excluded many of these references from the ITC Investigation as untimely. (Dkt. No. 939-11.) |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| | - U.S. D497,364<br>- KR30-0452985<br>- Samsung F700<br>- EU Registration 000569157-0005<br>- U.S. D534,516<br>- Samsung K3 MP3<br>- JP D1295003<br>- U.S. Patent No. 504,889<br>- KR30-0398307<br>- Bluebird Pidion BM-200<br>- JP D1142127<br>- JP D1250487<br>- JP D1104685<br>- JP D1178470<br>- JP 1241638 | |
| <u>February 23, 2012</u><br>Deposition of Greg Joswiak | Samsung F700 | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference.  *See* Dkt. No. 1054 at 12-13. |
| <u>February 29, 2012</u><br>Deposition of Hyoung Shin Park | Samsung F700 | 1. No citation to relevant portion of transcript.<br>2. No disclosure of any Samsung invalidity or non-infringement theories based on that reference.  *See* Dkt. No. 1054 at 12-13. |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| February 29, 2012<br><br>Deposition of Owen Kwon (iRiver, Inc.) | iRiver U10 | 1. Samsung cited this deposition below solely for the purpose of establishing its date, without any discussion of disclosures that might have been made at the deposition. *See* Dkt. No. 1011 ¶ 25.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| March 2, 2012<br><br>Deposition of Min-Hyouk Lee | Samsung F700 | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| March 5, 2012<br><br>Deposition of Robert Brunner | • Brain Box Display<br>• U. of Illinois Apple design contest Tablet | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on those references. *See* Dkt. No. 1054 at 12-13. |
| March 6, 2012<br><br>Deposition of Amy Leslie (Olympus Imaging) | Olympus MR500i | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| March 7, 2012<br><br>Deposition of Sean Roarty (Bloomberg | • U.S. D500,037<br>• U.S. D497,364 | 1. No citation to relevant portion of transcript.<br>2. No disclosure of any Samsung invalidity or non-infringement theories based on |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| LP) | | those references. *See* Dkt. No. 1054 at 12-13. |
| March 7, 2012<br><br>Deposition of Dong Hoon Chang | • iRiver U10<br>• Samsung K3 MP3 player | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on those references. *See* Dkt. No. 1054 at 12-13. |
| March 8, 2012<br><br>Deposition of Sungyub Lee (Bluebird) | Bluebird Pidion BM-200 | 1. Not cited below.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| March 15, 2012<br><br>Deposition of Evans Hankey | • Brain Box Display<br>• Sony Ericsson W950<br>• Walkman phone | 1. After close of fact discovery.<br>2. Not cited below.<br>3. No citation to relevant portion of transcript.<br>4. No disclosure of any Samsung invalidity or non-infringement theories based on those references. *See* Dkt. No. 1054 at 12-13. |
| March 16, 2012<br><br>Deposition of Ricardo Vilas-Boas | Nokia Fingerprint | 1. After close of fact discovery.<br>2. No citation to relevant portion of transcript.<br>3. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 939-1 at 16; Dkt. No. 1054 at 12-13. |
| March 27, 2012<br><br>Deposition of David | • D464,344 | 1. After close of fact discovery and submission of opening expert reports. |

9

sf-3170922

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| Bungo | • D463,797<br>• Q72 iBook | 2. Not cited below.<br>3. No citation to relevant portion of transcript.<br>4. No disclosure of any Samsung invalidity or non-infringement theories based on those references. *See* Dkt. No. 1054 at 12-13. |
| April 6, 2012<br>Preliminary Injunction Appeal Hearing | JP 1241638 | 1. After close of fact discovery and submission of opening expert reports.<br>2. Not cited below.<br>3. No citation to relevant portion of transcript.<br>4. Apple did not challenge Samsung's invalidity theories based on that reference. |
| April 15, 2012<br>Deposition of Steve Zadesky | Sony Ericsson W950 | 1. After close of fact discovery and submission of opening expert reports.<br>2. Not cited below.<br>3. No citation to relevant portion of transcript.<br>4. No disclosure of any Samsung invalidity or non-infringement theories based on that reference. *See* Dkt. No. 1054 at 12-13. |
| April 16, 2012<br>Rebuttal Report of Peter Bressler | • U. of Illinois Apple design contest Tablet<br>• Brain Box Display<br>• U.S. D412,157<br>• U.S. D500,037<br>• EU registered design 000048061-0001<br>• D464,344<br>• D463,797 | 1. After close of fact discovery and submission of opening expert reports.<br>2. Not cited below.<br>3. No Samsung disclosures.<br>4. Expressly notes that many of the Samsung theories presented in the Sherman report were not timely disclosed. |

10

sf-3170922

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| | <ul><li>"2001: A Space Odyssey"</li><li>"Tomorrow People"</li><li>JP D1204221</li><li>D514,590</li><li>iRiver U10</li><li>KR30-0394921</li><li>Olympus MR500i</li><li>Nokia Fingerprint</li><li>U.S. D497,364</li><li>KR30-0452985</li><li>Samsung F700</li><li>U.S. D560,192</li><li>Documents labeled as SAMNDCA00321457-656</li><li>EU Registration 000569157-0005</li><li>U.S. D534,516</li><li>Samsung K3 MP3</li><li>JP D1295003</li><li>Sony Ericsson W950</li><li>Walkman phone</li><li>Sony K800i</li><li>035 Proto</li><li>U.S. Patent No. 504,889</li><li>Sharp Aquos Fulltouch</li></ul> | |

| MEANS OF PURPORTED DISCLOSURE | PURPORTEDLY DISCLOSED REFERENCE(S) | APPLE'S RESPONSE |
|---|---|---|
| | <ul><li>KR30-0398307</li><li>Bluebird Pidion BM-200</li><li>JP D1142127</li><li>U.S. D412,157</li><li>Samsung F700</li><li>Documents labeled as SAMNDCA00321457-656</li><li>1994 Fidler Tablets</li></ul> | |
| <u>April 26, 2012</u><br>Deposition of Robert Anders | <ul><li>Samsung K3 MP3 player</li><li>U.S. D504,889</li><li>KR30-0398307</li><li>JP 1241638</li></ul> | 1. After close of fact discovery and submission of opening expert reports.<br>2. Not cited below.<br>3. No citation to relevant portion of transcript. |
| <u>May 2, 2012</u><br>Deposition of Shin Nishibori | Sony Ericsson W950 Walkman phone | 1. After close of fact discovery and submission of opening expert reports.<br>2. Not cited below.<br>3. No citation to relevant portion of transcript.<br>4. No disclosure of any Samsung invalidity or non-infringement theories based on those references. *See* Dkt. No. 1054 at 12-13.<br>5. No mention at all of this reference. Only mention of a "Walkman" is to the deponent's ownership of such a product long ago. |