QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S DISCOVERY DESIGNATIONS** |

## SAMSUNG'S DISCOVERY DESIGNATIONS

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby designate for use at trial the following written discovery responses.

1. Apple, Inc.'s Objections and Responses to Samsung's First Set of Requests for Admission, Responses to Request Nos. 1-11, 16, 21, 26
2. Apple, Inc.'s Objections and Responses to Samsung's Second Set of Requests for Admission, Responses to Request Nos. 56, 61, 71, 81, 91
3. Apple, Inc.'s Objections and Responses to Samsung's Fourth and Fifth Sets of Requests for Admission, Responses to Request Nos. 1048, 1050-1051, 1067-1078, 1080-1095, 1104-1105, 1141, 1146, 1276-1280, 1282, 1444, 1474-1475, 1734-1762, 1764-1765, 1767-1768, 1770, 1773-1774, 1777-1778, 1781-1787, 1789-1817, 1825-1874, 1876, 1878-1892, 1900-1926, 1929-1954, 1958-1959, 1961-2010, 2343, 2375, 2401-2408, 2418-2422, 2433-2439, 2445-2450, 2469-2473, 2487-2488, 2497-2498
4. Apple, Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction, Responses to Request Nos. 1, 2, 3, 4, 6, 7
5. Apple, Inc.'s Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
6. Apple, Inc.'s Second Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
7. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
8. Apple's Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
9. Apple's Second Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction

10. Apple, Inc.'s Objections and Responses to Samsung Electronics Co., Ltd.'s First Set of Interrogatories to Apple, Responses to Interrogatory Nos. 1, 3-8, 13-15, 18

11. Apple, Inc.'s Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

12. Apple, Inc.'s Second Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

13. Apple, Inc.'s Third Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

14. Apple, Inc.'s Fourth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

15. Apple, Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

16. Apple, Inc.'s Amended Objections and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 5 to Apple, Inc.

17. Apple, Inc.'s Second Amended Objections and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 5 to Apple, Inc.

18. Apple, Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories

19. Apple's Second Supplemental Objection and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 14 to Apple, Inc.

20. Apple, Inc.s Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4, 6, 7, 18

21. Apple, Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories (No. 12)

22. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4, 6, 7, 18

1    23. Apple, Inc.'s Objections and Responses to Samsung's Second Set of Interrogatories
2        (Nos. 19-32), Responses to Interrogatory Nos. 19-25, 31, 32
3    24. Apple, Inc.'s First Supplemental Objections and Responses to Samsung's Second Set of
4        Interrogatories (Nos. 19, 21, 22, 24 & 26), Responses to Interrogatory Nos. 19, 21, 22
5        & 24
6    25. Apple, Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories
7    26. Apple, Inc.'s Supplemental Objections and Responses to Samsung's Third Set of
8        Interrogatories
9    27. Apple, Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories,
10       Responses to Interrogatory Nos. 34-52, 54-55, 59-75, 78-80
11   28. Apple, Inc.'s Supplemental Objections and Responses to Samsung's Fourth Set of
12       Interrogatories

DATED: July 16, 2011                    Respectfully submitted,

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By */s/ Victoria Maroulis*
                                           Charles K. Verhoeven
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC. and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC