| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. 11-CV-01846-LHK |
| Plaintiff, | |
| vs. | **APPLE INC.'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

Pursuant to the Court's Minute Order and Case Management Order, dated July 9, 2012, Apple hereby identifies the excerpts of deposition testimony and other discovery that it intends to offer at trial other than solely for purposes of impeachment or rebuttal.  Apple does not waive its right to object (i) to the witness or to the use of testimony from a witness if the witness is called by Samsung, or (ii) to the use of the discovery response or disclosure if offered by Samsung. Apple reserves the right to amend or supplement its designations of deposition testimony or other discovery, including in response to any evidence offered by Samsung at trial and/or on the basis of any information or documents obtained from discovery which has not yet been completed. Apple also reserves the right to designate testimony from any witness on Samsung's list of deposition designations and to offer any other discovery identified by Samsung.

## I.   DEPOSITION DESIGNATIONS

The excerpts of deposition testimony that Apple intends to offer at trial, other than solely for purposes of impeachment or rebuttal, are identified in the attached Exhibit A.  Pursuant to the parties' agreement, Apple shall serve on Samsung copies of these deposition transcripts that have been highlighted to identify the designated testimony.  Objections and instructions have been included for ease of reading, but are not designated.

## II.   OTHER DISCOVERY

Apple intends to offer the following discovery at trial, including the documents incorporated by reference therein, other than discovery offered solely for purposes of impeachment or rebuttal:

1. Samsung's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1, 3-2), and incorporated exhibits.

2. Samsung's Objection and Response to Apple's First Set of Interrogatories Relating to Apple's Motion for a Preliminary Injunction, Response to Interrogatory No. 1, dated September 26, 2011.

3. Samsung's Second Supplemental Objections and Response to Apple's Second Set of Interrogatories, Response to Interrogatory No. 2, dated March 12, 2012, and documents incorporated by reference therein.

- 1 -

APPLE INC.'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL Case No. 11-cv-01846 (LHK)

4. Samsung's Supplemental Objections and Response to Apple's Second Set of Interrogatories Relating to Apple's Motion for a Preliminary Injunction, Response to Interrogatories Nos. 12-13, dated October 12, 2011, and documents incorporated by reference therein.

5. Samsung's Second Supplemental Objections and Response to Apple's Second Set of Interrogatories Relating to Apple's Motion for a Preliminary Injunction, Response to Interrogatory No. 10, dated November 21, 2011, and documents incorporated by reference therein.

6. Samsung's Third Supplemental Objections and Response to Apple's Second Set of Interrogatories Relating to Apple's Motion for a Preliminary Injunction, Response to Interrogatory No. 11, dated March 8, 2012, and documents incorporated by reference therein.

7. Samsung's Second Supplemental Objections and Responses to Apple's Third Set of Interrogatories, Response to Interrogatories Nos. 8-9, dated January 14, 2012.

8. Samsung's Objections and Response to Apple's Fourth Set of Interrogatories, Response to Interrogatory No. 10, dated November 14, 2012, and Exhibit A thereto.

9. Samsung's Amended Objections and Response to Apple's Sixth Set of Interrogatories, Response to Interrogatory No. 14, dated March 7, 2012.

10. Samsung's Supplemental Objections and Response to Apple's Eighth Set of Interrogatories, Response to Interrogatory No. 17, dated March 16, 2012.

11. Samsung's Objections and Response to Apple's Tenth Set of Interrogatories, Response to Interrogatory No. 36, dated February 29, 2012.

12. Samsung's Supplemental Objections and Response to Apple's Tenth Set of Interrogatories, Response to Interrogatories Nos. 27-33, dated March 19, 2012.

13. Samsung's Objections and Responses to Apple's 15th Set of Interrogatories, Response to Interrogatory No. 77, dated March 8, 2012.

14. Samsung's Objections and Responses to Apple's Third Set of Requests for Admission, Responses to Requests 22-23, dated February 29, 2012.

15. Samsung's Amended Objections and Responses to Apple's Fourth Set of Requests for Admission, Responses to Requests Nos. 84-275, dated March 6, 2012.

16. Samsung's Objections and Responses to Apple's Seventh Set of Requests for Admission, Responses to Request Nos. 301-304, 309 and 362, dated March 7, 2012.

- 2 -

APPLE INC.'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL Case No. 11-cv-01846 (LHK)

17. Samsung's Objections and Responses To Apple Inc.'s Eighth Set of Requests for Admission, Responses to Request Nos. 381-387, dated March 10, 2012.

18. Samsung's Objections and Responses to Apple's Ninth Set of Requests for Admission, Responses to Request Nos. 446, 449, 451, 453, 455, 457, 536-543, 549, 551, 552, 553-562, 568-570, 572, 573, 578-589, 595-596, 602, 604-608, 610-616, 621-622, 625, 627-639, 642-643, 648-649, 652-667, 670, 681-683, 691-704, 706, 714, 716-721, 722 and 726, dated March 10, 2012.

19. Samsung's Objections and Responses to Apple's Tenth Set of Requests for Admission, Responses to Request Nos. 1191-1192, 1198-1199, 1205-1206, 1212-1213, 1219-1220, 1226-1227, 1233-1234, 1240-1241, 1247-1248, 1261-1262, 1275-1276, 1282-1283, 1289-1290, 1296-1297, 1303-1304, 1210-1211, 1317-1318, 1324-1325, 1331-1332, 1338-1339, 1345-1346, 1352-1353, 1359-1360, 1366-1367, dated March 10, 2012.

- 3 -

APPLE INC.'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL Case No. 11-cv-01846 (LHK)

Dated: July 16, 2012

                    MORRISON & FOERSTER LLP

                    By:    /s/ Michael A. Jacobs
                            Michael A. Jacobs

                            Attorneys for Plaintiff
                            APPLE INC.

                  WILMER CUTLER PICKERING
                     HALE AND DORR LLP

                  By:    /s/ Mark D. Selwyn
                            Mark D. Selwyn

                            Attorneys for Plaintiff
                            APPLE INC.

- 4 -

APPLE INC.'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL Case No. 11-cv-01846 (LHK)