1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **SAMSUNG'S INITIAL DEPOSITION DESIGNATIONS** |
| vs. | Trial Date: July 30, 2012 |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Time: 8:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| Defendants. | |

1  Pursuant to the Court's Minute Order and Case Management Order, dated July 9, 2012,
2  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
3  Telecommunications America, LLC (collectively, "Samsung") hereby submit their Initial
4  Deposition Designations.   The designations are attached as Exhibit A.
5  Samsung hereby reserves its rights to submit designations for the July 16, 2012 deposition
6  of Richard Howarth and the upcoming depositions of Priya Balasubramanian, Andrew Bright, and
7  Emilie Kim, scheduled to take place pursuant to the Court's Order Granting-In-Part Samsung's
8  Motion for Sanctions, dated July 11, 2012.   Samsung also reserves its right to modify its
9  designations.

11  DATED: July 16, 2012            QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

                                    By */s/ Victoria F. Maroulis*
                                       Victoria F. Maroulis
                                       Attorneys for SAMSUNG ELECTRONICS
                                       CO., LTD., SAMSUNG ELECTRONICS
                                       AMERICA, INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC