1  Victor Souto
   victor.souto@wilmerhale.com
2  Wilmer Cutler Pickering
      Hale and Dorr LLP
3  7 World Trade Center
   New York, NY 10036
4  (212) 230-8800
   (212) 230-8888 (fax)
5
   *Attorney for Plaintiff*
6  *Apple, Inc.*

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Apple, Inc.
                                              :
                    Plaintiff,
                                              :
            v.
                                              :
  Samsung Electronics Co., Ltd. et. al          Civ. Action No. 11-1846
                                              :
                    Defendant.                NOTICE OF CHANGE OF ADDRESS
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


PLEASE TAKE NOTICE that effective July 16, 2012, the New York Office of the law firm of

Wilmer Cutler Pickering Hale and Dorr LLP is relocating to 7 World Trade Center, New York,

New York 10007.  All facsimile and telephone numbers will remain the same.


Dated: New York, New York
        July 17, 2012

                                WILMER CUTLER PICKERING HALE
                                  AND DORR LLP

                                /s/ Victor F. Souto
                                Victor F. Souto
                                7 World Trade Center
                                New York, NY 10036
                                (212) 230-8800
                                (212) 230-8888 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

/s/Victor Souto
Victor Souto