1  KARL OLSON (SBN 104760)
   kolson@rocklawcal.com
2  RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
   555 Montgomery Street, Suite 820
3  San Francisco, California  94111
   Telephone:  (415) 433-4949
4  Facsimile:  (415) 433-7311

5  *Attorneys for Third-Party REUTERS AMERICA LLC*

6

7

8                          UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

10

11  APPLE INC., a California corporation,          CASE NO.  11-cv-01846-LHK

12                    Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                                   REUTERS AMERICA LLC'S MOTION
             v.                                    TO INTERVENE FOR LIMITED
13                                                 PURPOSE OF OPPOSING SEALING OF
    SAMSUNG ELECTRONICS CO., LTD., a               COURT RECORDS**
14  Korean Business entity; SAMSUNG
    ELECTRONICS AMERICA, INC., a New
15  York corporation; SAMSUNG
    TELECOMMUNICATIONS AMERICA,                    Date:      July 18, 2012 (pretrial hearing)
16  LLC, a Delaware limited liability company,     Time:      2:00 p.m.
                                                   Place:     Courtroom 8, 4th Floor
17                    Defendants.                  **Judge:    Hon. Lucy H. Koh**

18

19

20         On July 17, 2012, Reuters America LLC ("Reuters") filed an administrative motion to

21  intervene in this action for the limited purpose of opposing sealing of records and various

22  administrative motions to seal filed by the parties.  Apple and Samsung (without waiving their

23  right to disagree with Reuters' position on sealing) did not oppose the intervention motion.

24  (Olson Decl. filed herewith.)  Having read and considered the moving papers and other papers on

25  file in this action, the Court HEREBY ORDERS:

26         Reuters' Motion to Intervene is GRANTED.   The standing of the press and media to

27  enforce the public's right of access is well settled.  *See, e.g., Globe Newspaper Co. v. Superior

28  Court*, 457 U. S. 596, 609 fn. 25 (1982); *United States v. Brooklier*, 685 F.2d 1162, 1168 (9th Cir.

1   1982); *San Jose Mercury News, Inc. v. United States District Court*, 187 F.3d 1096, 1100 (9th Cir.

2   1999).

3          IT IS SO ORDERED.  Reuters shall be permitted to oppose administrative motions

4   seeking sealing of records and any other curbs on the public's right of access to proceedings in

5   this case.  The Court shall consider Reuters' opposition to the various Administrative Motions to

6   Seal filed on July 17, 2012.

7   Dated:                                    _____

8                                             The Honorable Lucy H. Koh
                                              Judge, United States District Court
9                                             Northern District of California

10

11  N:\DOCS\1273-02\MotIntervene-PropOrd.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK – [PROPOSED] ORDER GRANTING REUTERS AMERICA LLC'S
MOTION TO INTERVENE FOR LIMITED PURPOSE OF OPPOSING SEALING OF COURT RECORDS

2