KARL OLSON (SBN 104760)
kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Attorneys for Third-Party REUTERS AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.  11-cv-01846-LHK<br><br>**DECLARATION OF KARL OLSON IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO INTERVENE**<br><br>Date:    July 18, 2012 (pretrial hearing)<br>Time:    2:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>**Judge:   Hon. Lucy H. Koh** |

1. I, Karl Olson, am a member in good standing of the State Bar of California and of this Court and am a partner at Ram, Olson, Cereghino & Kopczynski, counsel of record for third party intervenor Reuters America LLC.  I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. On July 16, 2012, I notified counsel for the parties in this case that Reuters would seek to intervene for the purpose of opposing sealing of records in this matter.   On July 17, 2012, counsel for Apple, Michael Jacobs, and counsel for Samsung, Victoria Maroulis, both informed me that they did not oppose our motion to intervene, although they both said they preferred not to enter into a formal stipulation to that effect.  A copy of the e-mail trail reflecting their non-opposition is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California, on July 17, 2012.

                                                   ___*/s/ Karl Olson*___
                                                   Karl Olson

1
2
3   N:\docs\1273-02\MotIntervene-KO Decl.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28