# EXHIBIT A

## Ann Williams

| | |
|---|---|
| **From:** | Victoria Maroulis [victoriamaroulis@quinnemanuel.com] |
| **Sent:** | Tuesday, July 17, 2012 11:00 AM |
| **To:** | 'Jacobs, Michael A.'; 'Ann Williams'; 'Karl Olson'; 'McElhinny, Harold J.'; 'Tucher, Alison M.'; 'Hung, Richard S. J.'; 'Bartlett, Jason R.'; Charles K Verhoeven; Kevin Johnson |
| **Cc:** | 'AppleMofo2' |
| **Subject:** | RE: Apple v. Samsung intervention motion or stipulation |

Samsung agrees with Apple's position below.

---

**From:** Jacobs, Michael A. [mailto:MJacobs@mofo.com]
**Sent:** Tuesday, July 17, 2012 10:59 AM
**To:** Ann Williams; Victoria Maroulis; Karl Olson; McElhinny, Harold J.; Tucher, Alison M.; Hung, Richard S. J.; Bartlett, Jason R.; Charles K Verhoeven; Kevin Johnson
**Cc:** AppleMofo2
**Subject:** RE: Apple v. Samsung intervention motion or stipulation

Ann/Karl,

We (and I think Samsung will agree with this) would prefer an unopposed motion over a stipulation.

Michael

---

**From:** Ann Williams [mailto:awilliams@ramolson.com]
**Sent:** Tuesday, July 17, 2012 10:51 AM
**To:** 'Victoria Maroulis'; Karl Olson; Jacobs, Michael A.; McElhinny, Harold J.; Tucher, Alison M.; Hung, Richard S. J.; Bartlett, Jason R.; 'Charles K Verhoeven'; 'Kevin Johnson'
**Cc:** AppleMofo2
**Subject:** RE: Apple v. Samsung intervention motion or stipulation

I have attached a Stipulation and [Proposed] Order Granting Reuters America LLC's Motion to Intervene for Limited Purpose of Opposing Sealing of Court Records.  Please review and, If it meets with your approval, please sign (or let me know if it is ok to sign for you) and return.

Thank you.

Ann Williams
Secretary to Karl Olson

---

**From:** Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
**Sent:** Tuesday, July 17, 2012 10:16 AM
**To:** 'Karl Olson'; 'Jacobs, Michael A.'; 'McElhinny, Harold J.'; 'Tucher, Alison M.'; 'Hung, Richard S. J.'; 'Bartlett, Jason R.'; Charles K Verhoeven; Kevin Johnson; 'awilliams@ramolson.com'
**Cc:** 'AppleMofo2'
**Subject:** RE: Apple v. Samsung intervention motion or stipulation

There are two pretrial conferences – one tomorrow and one on 24th.

---

**From:** Karl Olson [mailto:kolson@rocklawcal.com]
**Sent:** Tuesday, July 17, 2012 10:14 AM
**To:** Victoria Maroulis; 'Jacobs, Michael A.'; 'McElhinny, Harold J.'; 'Tucher, Alison M.'; 'Hung, Richard S. J.'; 'Bartlett, Jason R.'; Charles K Verhoeven; Kevin Johnson; 'awilliams@ramolson.com'

Cc: 'AppleMofo2'
Subject: RE: Apple v. Samsung intervention motion or stipulation

Thank you Victoria.  My secretary Ann Williams will momentarily circulate a Stipulation and Order re Intervention.

Also, could someone clarify whether the Pretrial Conference is going forward tomorrow at 2 p.m.?  I see  docket no. 1167 refers to a Final Pretrial Conference on July 24, 2012 at 1:30 p.m. in Courtroom 1.  Is that in addition to or instead of tomorrow's pretrial conference?

---

From: Victoria Maroulis [mailto:victoriamaroulis@quinnemanuel.com]
Sent: Tuesday, July 17, 2012 9:55 AM
To: Karl Olson; 'Jacobs, Michael A.'; 'McElhinny, Harold J.'; 'Tucher, Alison M.'; 'Hung, Richard S. J.'; 'Bartlett, Jason R.'; Charles K Verhoeven; Kevin Johnson; 'awilliams@ramolson.com'
Cc: 'AppleMofo2'
Subject: RE: Apple v. Samsung intervention motion or stipulation

Without waiving any objections to the merits of Reuters' application, Samsung does not oppose intervention.

---

From: Karl Olson [mailto:kolson@rocklawcal.com]
Sent: Tuesday, July 17, 2012 8:31 AM
To: Jacobs, Michael A.; McElhinny, Harold J.; Tucher, Alison M.; Hung, Richard S. J.; Bartlett, Jason R.; Charles K Verhoeven; Kevin Johnson; Victoria Maroulis; awilliams@ramolson.com
Cc: AppleMofo2
Subject: RE: Apple v. Samsung intervention motion or stipulation

Thanks Michael.  I am hoping to file our papers at about 10 a.m. today so can we get Samsung's position?

---

From: Jacobs, Michael A. [mailto:MJacobs@mofo.com]
Sent: Tuesday, July 17, 2012 8:28 AM
To: Karl Olson; McElhinny, Harold J.; Tucher, Alison M.; Hung, Richard S. J.; Bartlett, Jason R.; charlesverhoeven@quinnemanuel.com; kevinjohnson@quinnemanuel.com; victoriamaroulis@quinnemanuel.com; awilliams@ramolson.com
Cc: AppleMofo2
Subject: RE: Apple v. Samsung intervention motion or stipulation

Karl,

Apple will not oppose intervention.

Michael

---

From: Karl Olson [mailto:kolson@rocklawcal.com]
Sent: Monday, July 16, 2012 7:36 PM
To: McElhinny, Harold J.; Jacobs, Michael A.; Tucher, Alison M.; Hung, Richard S. J.; Bartlett, Jason R.; charlesverhoeven@quinnemanuel.com; kevinjohnson@quinnemanuel.com; victoriamaroulis@quinnemanuel.com; awilliams@ramolson.com
Subject: Apple v. Samsung intervention motion or stipulation

Counsel,

We will be filing an administrative motion to intervene for the limited purpose of opposing sealing requests on behalf of my client Thomson Reuters tomorrow absent a stipulation.  Please let me know if you will stipulate to our intervention; if so, I will circulate a stipulation pursuant to Local Rule 7-12.  If you stipulate, I am happy to add a clarifying clause to the effect that you don't necessarily  agree with our position on the merits of sealing.

Regards, Karl Olson

-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------


-----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

-----------------------------------------------------------------------

7/17/2012