**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| Plaintiff, ) | ORDER CONTINUING HEARING ON DESIGN PATENT CLAIM CONSTRUCTION |
| v. ) | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, ) | |
| Defendants. ) | |

The hearing on the design patent claim construction currently set for Wednesday, July 18, 2012, is CONTINUED to the second pre-trial conference on Tuesday, July 24, 2012 at 1:30 p.m. The pre-trial conference set for Wednesday, July 18, 2012 remains as set.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER CONTINUING HEARING ON DESIGN PATENT CLAIM CONSTRUCTION