HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

I, Cyndi Wheeler, hereby declare as follows:

1. I am an attorney for Apple Inc. ("Apple"). I submit this declaration in support of Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 1201 and 1208) pursuant to Local Rules 7-11 and 79-5. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify as follows.

2. Samsung filed a motion to file under seal (Dkt. No. 1201) the unredacted version of Samsung's Opposition to Apple's Supplemental Claim Construction Brief. Apple does not maintain a claim of confidentiality on this material.

3. Samsung filed a motion to file under seal (Dkt. No. 1208) the unredacted version of Samsung's Opposition to Apple's Motions *in Limine* and Exhibits B and C to the Declaration of John D'Amato in support of Samsung's Opposition to Apple's Motions *in Limine* ("D'Amato Declaration"). These documents contain confidential Apple information. Specifically:

4. Exhibit B to the D'Amato Declaration consists of excerpts from the December 1, 2011 deposition of Jonathan Ive. These excerpts contain details of Apple's design process and how Apple's industrial design team operates. A proposed redacted version is attached as **Exhibit 1**.

5. Exhibit C to the D'Amato Declaration consists of excerpts from the August 3, 2011 deposition of Christopher Stringer. These excerpts contain extensive discussions of the details of Apple's design process and how Apple's industrial design team operates. It should be sealed in its entirety.

6. Samsung's Opposition to Apple's Motions *in Limine* should be sealed to the extent it refers to details of Apple's design process, as discussed above. Moreover, it should be sealed to the extent it refers to discussions of capacity and financial information. The redacted brief filed by Samsung includes redactions of this information, in particular the redactions at 2:23-25, 3:3-5, 21:7-15, and 22:7-9.

7. It is Apple's policy not to disclose or describe its confidential business practices, design and development information, or financial information. The above information is indicative of the way that Apple manages its business and design affairs and reveals highly

confidential information.  If disclosed, the information in the materials described above could be used by Apple's competitors to Apple's disadvantage.  The requested relief is necessary and narrowly tailored to protect the confidentiality of this information.

8. Apple does not maintain a claim of confidentiality on Exhibits A or G to the D'Amato Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of July, 2012 at Cupertino, California.

*/s/ Cyndi Wheeler*
Cyndi Wheeler

**ATTESTATION OF E-FILED SIGNATURE**

I, Jason R. Bartlett, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Cyndi Wheeler has concurred in this filing.

Dated: July 17, 2012

/s/ *Jason R. Bartlett*
Jason R. Bartlett

DECLARATION OF CYNDI WHEELER IN SUPPORT OF SAMSUNG'S MOTIONS TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3171247

3