1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3171915


Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") filed a motion to file under seal (Dkt. No. 1208) relating to Samsung's Opposition to Apple's Motions *in Limine* and Exhibits A, B, C, and G to the Declaration of John D'Amato in Support of Samsung's Opposition to Apple's Motions *in Limine* ("D'Amato Declaration"). Pursuant to Civil L.R. 79-5(d), for the purpose of establishing that the designated information is sealable, Apple filed the Declaration of Cyndi Wheeler in Support of Samsung's Motions to File Under Seal ("Wheeler Declaration").

Consistent with and to the extent described in the Wheeler Declaration, Samsung's Opposition to Apple's Motions *in Limine* and Exhibits B and C to the D'Amato Declaration may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____  _____

Hon. Lucy H. Koh
United States District Court Judge