UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: 11-CV-01846-LHK <br><br> ORDER GRANTING MOTION TO INTERVENE |

Reuters America LLC has filed a motion to intervene for the limited purpose of opposing sealing motions filed by the parties. ECF No. 1247. This motion is unopposed. Accordingly, Reuters America's third party motion to intervene is GRANTED.

**IT IS SO ORDERED.**

Dated: July 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge