# EXHIBIT 1

# Adam Cashman

| | |
|---|---|
| **From:** | Hung, Richard S. J. [RHung@mofo.com] |
| **Sent:** | Tuesday, July 17, 2012 11:23 AM |
| **To:** | Adam Cashman |
| **Cc:** | AppleMoFo; WH Apple Samsung NDCal Service; Samsung v. Apple |
| **Subject:** | RE: Apple v. Samsung (N.D. Cal.) - Shortened Time on Samsung's Forthcoming Motion to Clarify |

We oppose shortened time.

Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602

---

**From:** Adam Cashman [mailto:adamcashman@quinnemanuel.com]
**Sent:** Tuesday, July 17, 2012 10:01 AM
**To:** Hung, Richard S. J.
**Cc:** AppleMoFo; WH Apple Samsung NDCal Service; Samsung v. Apple
**Subject:** Apple v. Samsung (N.D. Cal.) - Shortened Time on Samsung's Forthcoming Motion to Clarify

Dear Rich:

Samsung intends to move to clarify those portions of the Court's June 30, 2012 Order Denying Samsung's Motion for Summary Judgment that interpreted Judge Grewal's Order Granting in Part and Denying in Part Apple's Motion to Strike as applying to prior art references themselves, as opposed to certain opinions proffered by Samsung's experts that were based on those prior art references.  *E.g.,* Dkt. 1159 at 30, 32, 35.  Samsung will file its motion today. Samsung intends to seek a shortened period of time in which Apple must respond, whereby Apple's opposition, if any, would be due on July 20.  Samsung is prepared to waive its reply brief so that the matter may be heard at the July 24 final pretrial conference.  Please advise by the close of business today whether Apple will oppose Samsung's request for shortened time.

Regards,

Adam

---

**Adam S. Cashman**| **Quinn Emanuel Urquhart & Sullivan, LLP** | 50 California St, 22nd Floor San Francisco, CA 94111 Direct: +1.415.875.6384| Main Phone: +1.415.875.6600| Main Fax: +1.415.875.6700| E-mail: adamcashman@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

======================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------