1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12 | APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK-PSG

13              Plaintiff,

14         vs.                                      **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME**

15 | SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
16 | ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
17 | TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
18
                Defendants.
19

20         Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

21 Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Clarify

22 Portions of the Court's June 30, 2012 Order Denying Samsung's Motion for Summary Judgment.

23 Samsung concurrently filed a motion to shorten time pursuant to Civil Local Rules 6-1(b) and 6-3.

24         Having considered the arguments of the parties and the papers submitted, and good cause

25 having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time for Briefing

26 and Hearing, and sets the hearing for July 24, 2012, at 1:30 p.m.   Plaintiff Apple Inc. may file

27 and serve its opposition papers no later than July 20, 2012.   There shall be no reply.

28

02198.5185

-1-                                Case No. 11-cv-01846-LHK-PSG

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME**

1   **IT IS SO ORDERED.**

2

3   DATED:    _____, 2012

4

5

6                                           _____
                                            HONORABLE LUCY H. KOH
7                                           United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                    Case No. 11-cv-01846-LHK-PSG
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME**