02198.5185

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO CLARIFY PORTIONS OF THE COURT'S JUNE 30, 2012 ORDER DENYING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Clarify Portions of the Court's June 30, 2012 Order Denying Samsung's Motion for Summary Judgment ("Motion to Clarify").

Having considered the arguments of the parties and the papers submitted, the Court GRANTS Samsung's Motion to Clarify.   The Court clarifies that the Order Granting-in-Part and Denying-in-Part Motions to Strike Expert Reports (Dkt. No. 1144) is limited to certain opinions

proffered by Samsung's experts, but does not exclude the use of prior art references contained in Samsung's experts' reports for any other purpose.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge

02198.5185

-2-   Case No. 11-cv-01846-LHK-PSG
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO CLARIFY PORTIONS OF THE COURT'S JUNE 30, 2012 ORDER DENYING SAMSUNG'S MOTION FOR SUMMARY JUDGMENT