| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com MICHAEL A. JACOBS (CA SBN 111664) mjacobs@mofo.com JENNIFER LEE TAYLOR (CA SBN 161368) jtaylor@mofo.com ALISON M. TUCHER (CA SBN 171363) atucher@mofo.com RICHARD S.J. HUNG (CA SBN 197425) rhung@mofo.com JASON R. BARTLETT (CA SBN 214530) jasonbartlett@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000  MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.  11-cv-01846 LHK (PSG)<br><br>**APPLE'S PROPOSED AGENDA FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:  July 18, 2012<br>Time:  2:00 p.m.<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

In preparation for the July 18, 2012 case management conference in the above-captioned matter, Apple submits this proposed agenda. Senior trial counsel for the parties met and conferred the afternoon of Monday, July 16 in an attempt to reduce the number of issues remaining to be discussed at the hearing. The parties remain in disagreement on issues relating to the topics below. Samsung opposes the filing of this proposed agenda.

1. Motions *in Limine*
2. Utility Claim Construction
3. Issues raised in the Joint Pretrial Statement
    a. Joint exhibit lists
    b. Time by which witnesses and exhibits must be identified
    c. Exchange of demonstrative exhibits
    d. Disputed evidentiary issues
    e. Case narrowing and separate trial of issues
    f. The Federal Judicial Center video
4. Number of witnesses on witness lists and number of trial subpoenas
5. Volume of deposition designations
6. Process for dealing with confidential documents in trial
7. Opening statements
8. Foreign language translation and interpretation
9. Transitional statements and argument
10. Post-verdict proceedings

1  Dated: July 18, 2012

MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
     Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.