| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **NOTICE OF APPEARANCE OF RACHEL KREVANS** |

1    PLEASE TAKE NOTICE that attorney Rachel Krevans of Morrison & Foerster LLP, a
2    member of the State Bar of California (CA SBN 116421) and admitted to practice in this Court,
3    and whose contact information appears below, hereby enters an appearance as an additional
4    attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned
5    case.

```
          Rachel Krevans
          Morrison & Foerster LLP
          425 Market St.
          San Francisco, CA 94105
          Phone: (415) 268-7178
          Fax: (415) 276-7178
          Email: rkrevans@mofo.com
```

Dated: July 18, 2012                     MORRISON & FOERSTER LLP

                                         By:  /s/ *Rachel Krevans*
                                              RACHEL KREVANS

                                         Attorney for Plaintiff and Counterclaim-
                                         Defendant APPLE INC.

NOTICE OF APPEARANCE OF RACHEL KREVANS
CASE NO. 11-CV-01846-LHK
sf-3172221

1