UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER GRANTING MOTION TO SHORTEN TIME |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung has filed a motion to clarify the Court's order denying Samsung's motion for summary judgment. ECF No. 1259. Apple may file a response by July 23, 2012. The matter will be deemed submitted at that time, without oral argument.

**IT IS SO ORDERED.**

Dated: July 18, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge