KARL OLSON (SBN 104760)
kolson@rocklawcal.com
Xinying Valerian (SBN 254890)
xvalerian@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Third-Party Intervenor REUTERS AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO.  11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:     Hon. Lucy H. Koh |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Xinying Valerian of Ram, Olson, Cereghino & Kopczynski LLP, 555 Montgomery Street, Suite 820, San Francisco, California 94111, telephone: (415) 433-4949, email: Xvalerian@rocklawcal.com, hereby appears as counsel for Third-party Intervenor Reuters America LLC in the above-captioned action.

Dated:  July 19, 2012          By:     /s/ Xinying Valerian
                                       Xinying Valerian (SBN 254890)
                                       xvalerian@rocklawcal.com
                                       Karl Olson (SBN 104760)
                                       kolson@rocklawcal.com
                                       Ram, Olson, Cereghino & Kopczynski LLP
                                       555 Montgomery Street, Suite 820
                                       San Francisco, California  94111
                                       Telephone:  (415) 433-4949
                                       Facsimile:  (415) 433-7311
                                       *Attorneys for Third-party Intervenor
                                       Reuters America LLC*