UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER REGARDING GLOSSARY OF TERMS FOR JURY BOOKS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The parties are ordered to meet and confer regarding a glossary of terms to be included in the jury books. Only terms to which both parties can agree shall be included in the glossary of terms. The parties shall file a joint glossary of terms by Tuesday, July 24, 2012 by 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 20, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING GLOSSARY OF TERMS