1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
4   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
5   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
6   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
7   MORRISON & FOERSTER LLP
    425 Market Street
8   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
9   Facsimile:  (415) 268-7522

10  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

    QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No.
    170151)
    50 California Street, 22nd Floor
    San Francisco, California 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700

    Kevin P.B. Johnson (Cal. Bar No. 177129)
    Victoria F. Maroulis (Cal. Bar No. 202603)
    555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Michael T. Zeller (Cal. Bar No. 196417)
    865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

11  
12  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
13  TELECOMMUNICATIONS AMERICA,
    LLC

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18  APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK

19                 Plaintiff,                     **JOINT STIPULATION AND
                                                 [PROPOSED] ORDER**
20          v.                                   **DISMISSING CLAIMS**
                                                 **CONCERNING U.S. PATENT**
21  SAMSUNG ELECTRONICS CO., LTD., a             **NO. D617,334 WITHOUT**
    Korean corporation; SAMSUNG ELECTRONICS      **PREJUDICE**
22  AMERICA, INC., a New York corporation; and
    SAMSUNG TELECOMMUNICATIONS
23  AMERICA, LLC, a Delaware limited liability
    company,
24
                   Defendants.
25

26

27

28

1

2   *Additional attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.*

3

WILLIAM F. LEE
4   william.lee@wilmerhale.com
WILMER CUTLER PICKERING
5   HALE AND DORR LLP
60 State Street
6   Boston, MA 02109
Telephone: (617) 526-6000
7   Facsimile: (617) 526-5000

8   MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
9   WILMER CUTLER PICKERING
HALE AND DORR LLP
10   950 Page Mill Road
Palo Alto, California 94304
11   Telephone: (650) 858-6000
Facsimile: (650) 858-6100

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's May 10, 2012 Order Regarding Parties' Statements Narrowing Claims to be Asserted at Trial (Dkt. No. 912), the parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Apple Inc. ("Apple") commenced the above-captioned action (the "Litigation") against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung," and together with Apple, "the Parties" and individually each a "Party") on April 15, 2011;

WHEREAS, pursuant to the Court's May 2, 2012 Case Management Order, trial in this action is currently scheduled to commence on July 30, 2012 (Dkt. No. 901);

WHEREAS, both parties have previously represented to each other and to the Court that each is willing to dismiss certain claims and counterclaims in the interests of streamlining and simplifying the issues in this case (Dkt. Nos. 893, 902);

WHEREAS, both parties previously submitted a Joint Stipulation and Proposed Order Dismissing Claims Without Prejudice, which was entered by the Court on May 29, 2012 (Dkt. No. 981);

WHEREAS, both parties are willing to dismiss their claims and counterclaims with respect to U.S. Patent No. D617,334 in the interests of streamlining and simplifying the issues in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1.      This Stipulation and Order dismisses without prejudice any claims by Apple against Samsung for infringement of U.S. Patent No. D617,334 ("D'334 Patent") (Seventeenth Claim for Relief).

2.      Samsung agrees that its corresponding counterclaims seeking declaratory judgment of non-infringement and invalidity for Apple's dismissed claim for infringement of the D'334 Patent should be dismissed without prejudice.  This stipulation of dismissal without prejudice is made subject to Samsung's reservation of rights to reassert these or other

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS CONCERNING D617,334 W/O PREJUDICE
CASE NO. 11-CV-01846-LHK
sf- 3148137

0 1

1

2 counterclaims and defenses relating to Apple's dismissed claims should any such dismissed claim

3 be revived or reasserted by Apple for any reason.

4     3.     This Stipulation and Order is not an adjudication on the merits of any of the claims

5 or counterclaims that are hereby dismissed without prejudice.

6

7 Dated:  June 21, 2012

8 MORRISON & FOERSTER LLP                    QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

9

10
By: _/s/ Harold McElhinny_____        By: _/s/ Todd Bridges_____
11    HAROLD J. MCELHINNY                      CHARLES K. VERHOEVEN
      MICHAEL A. JACOBS                        KEVIN P.B. JOHNSON
12    JENNIFER LEE TAYLOR                       VICTORIA F. MAROULIS
      ALISON M. TUCHER                          EDWARD DEFRANCO
13    RICHARD S.J. HUNG                         MICHAEL T. ZELLER
      JASON R. BARTLETT
14                                          Attorneys for SAMSUNG ELECTRONICS
      WILLIAM F. LEE                        CO. LTD, SAMSUNG ELECTRONICS
15    MARK D. SELWYN                        AMERICA, INC., AND SAMSUNG
                                            TELECOMMUNICATIONS AMERICA,
16    Attorneys for APPLE INC.              LLC.

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19 Dated: _____July 20_____, 2012     By: _____
20                                              The Honorable Lucy H. Koh
                                                United States District Judge
21

22

23

24

25

26

27

28