| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 60 State Street |
| jtaylor@mofo.com | Boston, MA 02109 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (617) 526-6000 |
| atucher@mofo.com | Facsimile: (617) 526-5000 |
| RICHARD S.J. HUNG (CA SBN 197425) | |
| rhung@mofo.com | MARK D. SELWYN (SBN 244180) |
| JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com |
| jasonbartlett@mofo.com | WILMER CUTLER PICKERING |
| MORRISON & FOERSTER LLP | HALE AND DORR LLP |
| 425 Market Street | 950 Page Mill Road |
| San Francisco, California 94105-2482 | Palo Alto, California 94304 |
| Telephone: (415) 268-7000 | Telephone: (650) 858-6000 |
| Facsimile: (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT REGARDING JULY 18, 2012 PRETRIAL CONFERENCE** |

1    In accordance with Northern District of California Civil Local Rule 7-11, Apple moves the Court for leave to file a Statement regarding the July 18, 2012 Pretrial Conference.

During the 2012 Pretrial Conference, counsel for Samsung represented that it currently had pending before the Court a motion for relief from either Judge Grewal's May 4, 2012 Order Granting Apple's Motion for 37(b)(2) Sanctions Re December 22 Discovery Order (Dkt. No. 898), or Judge Grewal's June 19, 2012 Order Clarifying May 4, 2012 Order (Dkt. No. 1106).

Because this representation was inaccurate, and to ensure the accuracy of the record as well as a proper disposition of the pending motions on the Court's docket, Apple requests that the Court grant this motion so that Apple may respond. A copy of the proposed Statement is attached hereto as Exhibit A.

Counsel for Samsung opposes the filing of this motion. (Declaration of Jason R. Bartlett in Support of Apple Inc.'s Administrative Motion for Leave to File Statement Regarding July 18, 2012 Pretrial Conference, filed herewith, ¶ 2.)

Dated: July 21, 2012                    MORRISON & FOERSTER LLP

                                         By:  */s/ Jason R. Bartlett*
                                              Jason R. Bartlett

                                              Attorneys for Plaintiff
                                              APPLE INC.