# EXHIBIT 1

Samsung's Motion to Compel (portion relating to transcripts at issue)

| Timekeeper | Position | Hours Billed |
|---|---|---|
| Diane Hutnyan | Partner | 6 |
| Victoria Maroulis | Partner | 1 |
| Marissa Ducca | Associate | 6 |
| Alex Hu | Associate | 8 |
| Joby Martin | Associate | 1 |

|  | Hours | 22 |
|---|---|---|
|  | **Fees Incurred** | **$11,885.00** |

Samsung's Motion to Enforce December 22 Order (relating to transcripts at issue)

| Timekeeper | Position | Hours Billed |
|---|---|---|
| Diane Hutnyan | Partner | 10.5 |
| Marc Becker | Partner | 50.0 |
| Todd Briggs | Partner | 4.0 |
| Melissa Dalziel | Of Counsel | 2.0 |
| Curran Walker | Associate | 27.7 |
| Kara Borden | Associate | 8.8 |
| James Ward | Associate | 5.0 |
| Alex Hu | Associate | 16.3 |
| Brad Goldberg | Associate | 28.0 |

|  | Hours | 152.3 |
|---|---|---|
|  | **Fees Incurred** | **$104,519.00** |

Samsung's Motion for Rule 37 Sanctions For Apple's Violation of The December 22 Order

| Timekeeper | Position | Hours Billed |
|---|---|---|
| Diane Hutnyan | Partner | 57.5 |
| Marc Becker | Partner | 18.7 |
| Curran Walker | Associate | 93.5 |
| Kara Borden | Associate | 23.9 |
| James Ward | Associate | 8.0 |
| Alex Hu | Associate | 10.6 |
| Contract attorneys |  | 50.0 |

|  | Hours | 262.2 |
|---|---|---|
|  | **Fees Incurred** | **$141,796.50** |
|  | **TOTAL** | **$258,200.50** |

| Average partner rate | $821 |
|---|---|
| Average associate rate | $448 |