1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19           Plaintiff, | **SAMSUNG'S OPPOSITION TO APPLE'S STATEMENT REGARDING JULY 18, 2012 PRETRIAL CONFERENCE** |
| 20       vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24           Defendants. | |

1  Samsung disagrees that Samsung's Conditional Motion for Relief from Nondispositive
2  Pretrial Order of Magistrate Judge (Dkt No. 952) should be deemed denied.   The parties
3  specifically listed that motion as one of five pending motions in the July 6, 2012 Joint Pretrial
4  Order on page 22 (Dkt No. 1189).   Because the Court has not yet addressed the merits of
5  Samsung's appeal, the motion remains unresolved.   Samsung's motion for relief is directed to
6  important issues relating to Samsung's defenses that should be examined on the merits.
7  Therefore, Samsung respectfully requests that the Court order Apple to file a substantive response.

10  DATED: July 23, 2012                    QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

13                                          By  /s/ Victoria F. Maroulis
                                               Charles K. Verhoeven
14                                             Kevin P.B. Johnson
                                               Victoria F. Maroulis
15                                             Michael T. Zeller
16                                             Attorneys for SAMSUNG ELECTRONICS CO.,
                                               LTD., SAMSUNG ELECTRONICS AMERICA,
17                                             INC., and SAMSUNG
                                               TELECOMMUNICATIONS AMERICA, LLC