[counsel listed on the last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **JOINT CASE NARROWING STATEMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    Pursuant to the Court's instructions at the July 18 Pre-Trial Conference, the parties submit
2 this statement identifying their further efforts to narrow the list of claims and products each will
3 assert at trial.

### A.   Apple's Statement Regarding Claim Narrowing

Apple proposes to dismiss without prejudice all claims against the Acclaim, Nexus S, and Sidekick devices.  Apple also will not contend at trial that the ThinkFree Office application supports its claims of infringement of the '381 patent.

### B.   Samsung's Statement Regarding Claim Narrowing

Samsung proposes to dismiss without prejudice all remaining claims of U.S. Patent No. 6,928,604.  The claims that will be asserted at trial are identified below:

- U.S. Patent No. 7,675,941 (Claims 10 and 15)
- U.S. Patent No. 7,447,516 (Claims 15 and 16)
- U.S. Patent No. 7,698,711 (Claim 9)
- U.S. Patent No. 7,577,460 (Claim 1)
- U.S. Patent No. 7,546,893 (Claim 10)

* * *

The parties intend to file a stipulation of dismissal without prejudice and [proposed] order with respect to the foregoing claims and counterclaims each will no longer assert at the July 30, 2012 trial.

1  Dated: July 23, 2012

2

3  HAROLD J. MCELHINNY (CA SBN 66781)  QUINN EMANUEL URQUHART &
   hmcelhinny@mofo.com                 SULLIVAN, LLP
   MICHAEL A. JACOBS (CA SBN 111664)     Charles K. Verhoeven (Cal. Bar No. 170151)
4  mjacobs@mofo.com                      charlesverhoeven@quinnemanuel.com
   JENNIFER LEE TAYLOR (CA SBN 161368) 50 California Street, 22nd Floor
5  jtaylor@mofo.com                    San Francisco, California 94111
   ALISON M. TUCHER (CA SBN 171363)    Telephone: (415) 875-6600
6  atucher@mofo.com                    Facsimile: (415) 875-6700
   RICHARD S.J. HUNG (CA SBN 197425)
7  rhung@mofo.com                        Kevin P.B. Johnson (Cal. Bar No. 177129)
   JASON R. BARTLETT (CA SBN 214530)     kevinjohnson@quinnemanuel.com
8  jasonbartlett@mofo.com                Victoria F. Maroulis (Cal. Bar No. 202603)
   RACHEL KREVANS (CA SBN 116421)        victoriamaroulis@quinnemanuel.com
9  rkrevans@mofo.com                   555 Twin Dolphin Drive 5th Floor
   MORRISON & FOERSTER LLP             Redwood Shores, California 94065
10 425 Market Street                   Telephone: (650) 801-5000
   San Francisco, California 94105-2482 Facsimile: (650) 801-5100
11 Telephone: (415) 268-7000
   Facsimile: (415) 268-7522             Michael T. Zeller (Cal. Bar No. 196417)
12                                       michaelzeller@quinnemanuel.com
   WILLIAM F. LEE                      865 S. Figueroa St., 10th Floor
13 william.lee@wilmerhale.com          Los Angeles, California 90017
   WILMER CUTLER PICKERING             Telephone: (213) 443-3000
14 HALE AND DORR LLP                   Facsimile: (213) 443-3100
   60 State Street
15 Boston, MA 02109
   Telephone: (617) 526-6000
16 Facsimile: (617) 526-5000           By:  */s/ Victoria Maroulis*
                                            Victoria Maroulis
17 MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com               Attorneys for Defendants and
18 WILMER CUTLER PICKERING                  Counterclaim-Plaintiffs
   HALE AND DORR LLP                        SAMSUNG ELECTRONICS CO.,
19 950 Page Mill Road                       LTD., SAMSUNG ELECTRONICS
   Palo Alto, California 94304              AMERICA, INC. and SAMSUNG
20 Telephone: (650) 858-6000                TELECOMMUNICATIONS
   Facsimile: (650) 858-6100                AMERICA, LLC
21

22

23 By:  */s/ Michael A. Jacobs*

24    Attorneys for Plaintiff and
      Counterclaim-Defendant APPLE INC.
25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Todd M. Briggs, am the ECF user whose ID and password are being used to file the foregoing pleading. In compliance with General Order 45 (X)(B), I hereby attest that Victoria Maroulis and Michael A. Jacobs have concurred in this filing.

DATE: July 23, 2012                                                             */s/ Todd Briggs*