1  HAROLD J. MCELHINNY (CA SBN 66781)      WILLIAM F. LEE
   hmcelhinny@mofo.com                     william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)       WILMER CUTLER PICKERING
   mjacobs@mofo.com                        HALE AND DORR LLP
3  RACHEL KREVANS (CA SBN 116421)          60 State Street
   rkrevans@mofo.com                       Boston, MA 02109
4  JENNIFER LEE TAYLOR (CA SBN 161368)     Telephone: (617) 526-6000
   jtaylor@mofo.com                        Facsimile: (617) 526-5000
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)       MARK D. SELWYN (SBN 244180)
   rhung@mofo.com                          mark.selwyn@wilmerhale.com
7  JASON R. BARTLETT (CA SBN 214530)       WILMER CUTLER PICKERING
   jasonbartlett@mofo.com                  HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                 950 Page Mill Road
   425 Market Street                       Palo Alto, California 94304
9  San Francisco, California  94105-2482   Telephone: (650) 858-6000
   Telephone:  (415) 268-7000              Facsimile: (650) 858-6100
10 Facsimile:  (415) 268-7522

11

12 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
13

14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN JOSE DIVISION

18 APPLE INC., a California corporation,        Case No. 11-cv-01846-LHK (PSG)

19              Plaintiff,                      **APPLE'S FIRST REVISED DRAFT
                                                OF PROPOSED SPECIAL VERDICT**
20      v.                                      **FORM**

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG ELECTRONICS
22 AMERICA, INC., a New York corporation; and  Judge:    Hon. Lucy H. Koh
   SAMSUNG TELECOMMUNICATIONS               Place:    Courtroom 8, 4th Floor
23 AMERICA, LLC, a Delaware limited liability    Trial:    July 30, 2012 at 9 A.M.
   company,
24
                Defendants.
25

26

27

28

1    We, the jury, unanimously agree to the answers to the following questions and return them under
2    the instructions of this Court as our verdict in this case.

3                              **FINDINGS ON APPLE'S CLAIMS**

4    **APPLE'S UTILITY AND DESIGN PATENT CLAIMS AGAINST SAMSUNG**

5    1.    **For each of the following products, has Apple proven that it is more likely than not**
6          **that Samsung infringed the indicated Apple utility patent claims?**

7          (Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for
     Samsung).  You do not have to provide an answer for any cell that has gray shading.)

| Accused Samsung Product | '381 Patent (Claim 19) | '915 Patent (Claim 8) | '163 Patent (Claim 50) |
|---|---|---|---|
| Intercept | | | |
| Vibrant | | | |
| Captivate | | | |
| Epic 4G | | | |
| Fascinate | | | |
| Galaxy Ace | | | |
| Galaxy S (i9000) | | | |
| Galaxy S II (AT&T) | | | |
| Galaxy S II (i9100) | | | |
| Galaxy S II (T-Mobile) | x | | |
| Transform | x | | |
| Mesmerize | | | |
| Continuum | | | |
| Galaxy Tab (original or 7.0) | | | |
| Galaxy S 4G | | | |
| Gem | | | |
| Galaxy Prevail | | | |
| Nexus S 4G | | | |
| Replenish | | | |
| Droid Charge | | | |
| Infuse 4G | | | |
| Indulge | | | |
| Galaxy Tab 10.1 (WiFi and 4G LTE) | | | |
| Exhibit 4G | | | |

**2.      For each of the following products, has Apple proven that it is more likely than not that Samsung infringed the indicated Apple design patents?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).  You do not have to provide an answer for any cell that has gray shading.)

| Accused Samsung Product | D'677 Patent | D'087 Patent | D'305 Patent |
|---|---|---|---|
| Intercept | x | x | x |
| Vibrant | | | |
| Captivate | x | x | |
| Epic 4G | x | x | |
| Fascinate | | x | |
| Galaxy Ace | | x | x |
| Galaxy S (i9000) | | | |
| Galaxy S II (AT&T) | | | x |
| Galaxy S II (i9100) | | | x |
| Galaxy S II (T-Mobile) | | x | x |
| Galaxy SII (Epic 4G Touch) | | | x |
| Galaxy S II (Skyrocket) | | | x |
| Galaxy S (Showcase i500) | | x | |
| Mesmerize | | x | |
| Continuum | x | x | |
| Galaxy S 4G | | | |
| Gem | x | x | |
| Droid Charge | x | x | |
| Infuse 4G | | | |
| Indulge | x | x | |

| Accused Samsung Product | D'889 Patent |
|---|---|
| Galaxy Tab 10.1 (WiFi and 4G LTE) | |

3. **Has Samsung proven by clear and convincing evidence that Apple's asserted utility and design patent claims are invalid?**

       '381 Patent (Claim 19)       Yes _____ (for Samsung)  No _____ (for Apple)

       '915 Patent (Claim 8)       Yes _____ (for Samsung)  No _____ (for Apple)

       '163 Patent (Claim 50)       Yes _____ (for Samsung)  No _____ (for Apple)

       D'677 Patent       Yes _____ (for Samsung)  No _____ (for Apple)

       D'087 Patent       Yes _____ (for Samsung)  No _____ (for Apple)

       D'889 Patent       Yes _____ (for Samsung)  No _____ (for Apple)

       D'305 Patent       Yes _____ (for Samsung)  No _____ (for Apple)

4. **If in response to Question No. 1 or Question No. 2 you found that Samsung has infringed any Apple patent(s), has Apple proven by clear and convincing evidence that Samsung's infringement was willful?**

       Yes _____ (for Apple)     No _____ (for Samsung)

5. **Which of the Samsung entities do you find liable for patent infringement?**

       Samsung Electronics Co., Ltd.       Yes _____ No _____

       Samsung Electronics America, Inc.       Yes _____ No _____

       Samsung Telecommunications America, LLC       Yes _____ No _____

1

**APPLE'S TRADE DRESS CLAIMS AGAINST SAMSUNG**

2

3

**6.**     **Has Apple proven that it is more likely than not that Apple's <u>unregistered</u> iPad-related trade dress is protectable?**

4

          Yes _____ (for Apple)     No _____ (for Samsung)

5

6

**7.**     **Has Apple proven that it is more likely than not that Apple's <u>unregistered</u> iPhone-related trade dresses are protectable?**

7

8

          Yes _____ (for Apple)     No _____ (for Samsung)

9

10

**8.**     **Has Samsung proven that it is more likely than not that Apple's <u>registered</u> iPhone-related trade dress is not protectable?**

11

          Yes _____ (for Samsung)  No _____ (for Apple)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**9.** **For each of the following products, has Apple proven that it is more likely than not that Samsung diluted and/or infringed the indicated Apple trade dress?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Accused Samsung Product | iPhone Trade Dress Dilution |
|---|---|
| Vibrant | |
| Captivate | |
| Epic 4G | |
| Fascinate | |
| Galaxy S (i9000) | |
| Galaxy S II (AT&T) | |
| Galaxy S II (i9100) | |
| Galaxy S II (T-Mobile) | |
| Galaxy S II (Epic 4G Touch) | |
| Galaxy S II (Skyrocket) | |
| Galaxy S (Showcase i500) | |
| Mesmerize | |
| Continuum | |
| Galaxy S 4G | |
| Galaxy Prevail | |
| Galaxy Ace | |
| Droid Charge | |
| Infuse 4G | |

| Accused Samsung Product | iPad Trade Dress Dilution | iPad Trade Dress Infringement |
|---|---|---|
| Galaxy Tab 10.1 (WiFi and 4G LTE) | | |

**10.     Which of the Samsung entities do you find liable for Apple's trade dress claims?**

Samsung Electronics Co., Ltd.                          Yes _____ No _____

Samsung Electronics America, Inc.                  Yes _____ No _____

Samsung Telecommunications America, LLC   Yes _____ No _____

## DAMAGES TO APPLE FROM SAMSUNG

**11.     What is the dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple?**

$_____.

## FINDINGS ON SAMSUNG'S CLAIMS

## SAMSUNG'S UTILITY PATENT CLAIMS AGAINST APPLE

**12.     For each of the following products, has Samsung proven that it is more likely than not that Apple infringed the indicated Samsung utility patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple).  You do not have to provide an answer for any cell that contains gray shading.)

| Accused Apple Product | '516 Patent | | '941 Patent | | '604 Patent | | '711 Patent | '893 Patent | '460 Patent |
|---|---|---|---|---|---|---|---|---|---|
| | Claim 15 | Claim 16 | Claim 10 | Claim 15 | Claim 17 | Claim 18 | Claim 9 | Claim 10 | Claim 1 |
| iPhone 3G | x | x | x | x | | | | x | |
| iPhone 3GS | x | x | x | x | | | | | |
| iPhone 4 | | | | | | | | | |
| iPad 3G | x | x | x | x | | | x | x | x |
| iPad2 3G | | | | | | | x | | |
| iPod Touch | x | x | x | x | x | x | | | |

1

2

**13.    Has Apple proven by clear and convincing evidence that Samsung's asserted utility patent claims are invalid?**

3

4

<u>'516 Patent</u>

Claim 15:      Yes _____ (for Apple)      No _____ (for Samsung)

5

Claim 16:      Yes _____ (for Apple)      No _____ (for Samsung)

6

<u>'941 Patent</u>

7

Claim 10:      Yes _____ (for Apple)      No _____ (for Samsung)

8

Claim 15:      Yes _____ (for Apple)      No _____ (for Samsung)

9

<u>'604 Patent</u>

10

Claim 17:      Yes _____ (for Apple)      No _____ (for Samsung)

11

Claim 18:      Yes _____ (for Apple)      No _____ (for Samsung)

12

<u>'711 Patent</u>

13

Claim 9:       Yes _____ (for Apple)      No _____ (for Samsung)

14

<u>'893 Patent</u>

15

16

Claim 10:      Yes _____ (for Apple)      No _____ (for Samsung)

<u>'460 Patent</u>

17

18

Claim 1:       Yes _____ (for Apple)      No _____ (for Samsung)

19

**14.    If in response to Question No. 12 you found that Apple has infringed any Samsung patent(s), has Samsung proven by clear and convincing evidence that Apple's infringement was willful?**

20

21

Yes _____ (for Samsung)  No _____ (for Apple)

22

23

**DAMAGES TO SAMSUNG FROM APPLE**

24

**15.    What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims on the '516, '941, and '604 patents?**

25

26

$_____.

27

28

16. **What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims on the '711, '893, and '460 patents?**

$_____.

## FINDINGS ON APPLE'S COUNTERCLAIMS AGAINST SAMSUNG

**BREACH OF CONTRACT CLAIMS AND ANTITRUST**

17. **Has Apple proven that it is more likely than not that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

Yes _____ (for Apple)      No _____ (for Samsung)

18. **Has Apple proven that it is more likely than not that Samsung has violated Section 2 of the Sherman Antitrust Act by monopolizing one or more technology markets related to the UMTS standard?**

Yes _____ (for Apple)      No _____ (for Samsung)

19. **If you answered "Yes" to Question No. 17 or Question No. 18, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's antitrust violation and/or breach of contract?**

$_____.

**PATENT EXHAUSTION AND EQUITABLE ESTOPPEL**

**20.   Has Apple proven that it is more likely than not that Samsung is barred by patent exhaustion or equitable estoppel from enforcing the following Samsung patents against Apple?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Samsung Patent | Exhaustion | Equitable Estoppel |
|---|---|---|
| '516 Patent | | |
| '941 Patent | | |
| '604 Patent | | |

**WAIVER**

**21.   Has Apple proven by clear and convincing evidence that Samsung has waived its rights to enforce the following Samsung patents against Apple?**

'516 Patent          Yes _____ (for Apple)      No _____ (for Samsung)

'941 Patent          Yes _____ (for Apple)      No _____ (for Samsung)

'604 Patent          Yes _____ (for Apple)      No _____ (for Samsung)

Have the presiding juror sign and date this form.

Signed:_____ Date:_____

PRESIDING JUROR