1

2  [COUNSEL LISTED ON SIGNATURE PAGE]

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11                         SAN JOSE DIVISION

12

13

| | |
|---|---|
| APPLE INC., | Case No.   11-cv-01846 LHK |
| Plaintiff, | |
| v. | **JOINT EXHIBIT LIST** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the July 19, 2012 Minute Order and Case Management Order (Docket No. 1267 at 2) the Parties submit herewith as **Exhibit 1** their joint exhibit list.

1  Dated: July 23, 2012

2

3  MORRISON & FOERSTER LLP
   HAROLD J. McELHINNY (CA SBN 66781)
4  hmcelhinny@mofo.com
   MICHAEL A. JACOBS (CA SBN 111664)
5  mjacobs@mofo.com
   RACHEL KREVANS (CA SBN 116421)
6  rkrevans@mofo.com
   JENNIFER LEE TAYLOR (CA SBN
7  161368)
   jtaylor@mofo.com
8  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
9  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
10 JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
11 MORRISON & FOERSTER LLP
   425 Market Street
12 San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
13 Facsimile:  (415) 268-7522

14 WILLIAM F. LEE
   william.lee@wilmerhale.com
15 WILMER CUTLER PICKERING
   HALE AND DORR LLP
16 60 State Street
   Boston, MA 02109
17 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
18
   MARK D. SELWYN (SBN 244180)
19 mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
20 HALE AND DORR LLP
   950 Page Mill Road
21 Palo Alto, California 94304
   Telephone: (650) 858-6000
22 Facsimile: (650) 858-6100

23

24 By:    */s/ Michael A. Jacobs*
              Michael A. Jacobs
25
       Attorneys for Plaintiff and
26      Counterclaim-Defendant APPLE

27

28

   JOINT EXHIBIT LIST
   CASE NO. 11-cv-01846 LHK

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:    */s/ Victoria Maroulis*
           Victoria Maroulis

       Attorneys for Defendants and
       Counterclaim-Plaintiffs


       SAMSUNG ELECTRONICS CO.,
       LTD., SAMSUNG ELECTRONICS
       AMERICA, INC. and SAMSUNG
       TELECOMMUNICATIONS
       AMERICA, LLC

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Exhibit List. In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: July 23, 2012                    */s/ Michael A. Jacobs*
                                         Michael A. Jacobs

# Exhibit 1

*Apple v. Samsung*, No. 11-01846
JOINT EXHIBIT LIST

| TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | DUPLICATE BEGBATES | LIMITATIONS* |
|---|---|---|---|---|---|
| | * The parties agree that inclusion of any exhibit on this joint list is not an admission that the exhibit is admissible for all purposes.  Additional caveats noted below. | | | | |
| 1000 | iPhone | AS237 | AS237 | | |
| 1001 | iPhone 3G | N/A | N/A | | |
| 1002 | iPhone 3GS | AS420 | AS420 | | |
| 1003 | iPhone 4 | AS423 | AS423 | | |
| 1004 | iPad | AS426 | AS426 | | |
| 1005 | iPad 2 | AS425 | AS425 | | |
| 1006 | iPad 3G | | | | |
| 1007 | Galaxy S (i9000) | AS18 | AS18 | | |
| 1008 | Acclaim | AS357 | AS357 | | |
| 1009 | Intercept | AS28 | AS28 | | |
| 1010 | Galaxy S Vibrant | AS42 | AS42 | | |
| 1011 | Galaxy S Captivate | AS319 | AS319 | | |
| 1012 | Galaxy S Epic 4G | AS6 | AS6 | | |
| 1013 | Galaxy S Fascinate | AS145 | AS145 | | |
| 1014 | Transform | AS41 | AS41 | | |
| 1015 | Galaxy S Mesmerize | AS316 | AS316 | | |
| 1016 | Galaxy S Continuum | AS315 | AS315 | | |
| 1017 | Galaxy S Showcase 500 | AS313 | AS313 | | |
| 1018 | Nexus S | AS32 | AS32 | | |
| 1019 | Galaxy S 4G | AS16 | AS16 | | |
| 1020 | Gem | AS314 | AS314 | | |
| 1021 | Sidekick 4G | AS38 | AS38 | | |
| 1022 | Galaxy Prevail | AS320 | AS320 | | |
| 1023 | Nexus S 4G | AS151 | AS151 | | |
| 1024 | Replenish | AS35 | AS35 | | |
| 1025 | Droid Charge | AS97 | AS97 | | |
| 1026 | Indulge | AS221 | AS221 | | |
| 1027 | Infuse 4G | AS310 | AS310 | | |
| 1028 | Exhibit 4G | AS9 | AS9 | AS309 Inspected 7/05/2012 | |
| 1029 | Gravity Smart | AS23 | AS23 | | |
| 1030 | Galaxy Ace | AS12 | AS12 | | |
| 1031 | Galaxy S II (AT&T) | AS341 | AS341 | | |
| 1032 | Galaxy S II (i9100) | AS359 | AS359 | | |
| 1033 | Galaxy S II (T-Mobile) | AS88 | AS88 | | |
| 1034 | Galaxy S II (Epic 4G Touch) | AS123 | AS123 | | |
| 1035 | Galaxy S II (Skyrocket) | AS117 | AS117 | | |
| 1036 | Galaxy Tab 7.0 | AS192 | AS192 | | |
| 1037 | Galaxy Tab 10.1 (WiFi) | 203 | 203 | | |
| 1038 | Galaxy Tab 10.1 (4G LTE) | AS236 | AS236 | | |
| 1039 | US Trademark Reg for iPhone | APLNDC-Y0000182281 | APLNDC-Y0000182283 | | |
| 1040 | Certified copy of US D504,889, issued May 10, 2005 | APLNDC00032467 | APLNDC00032472 | APLNDC00022467; APLNDC-Y0000320379; APLNDC-Y0000145567; APLNDC00010655; APLNDC-X0000002622 | |
| 1041 | Certified copy of US D593,087, issued May 26, 2009 | APLNDC00030426 | APLNDC00030441 | APLNDC00013796 | |
| 1042 | Certified copy of US D604,305, issued November 17, 2009 | APLNDC00030421 | APLNDC00030425 | | |

1

| TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | DUPLICATE BEGBATES | LIMITATIONS* |
|---|---|---|---|---|---|
| 1043 | Certified copy of D618,677, issued June 29, 2010 | APLNDC00032473 | APLNDC00032478 | APLNDC00013791 | |
| 1044 | Certified copy of US 7,844,915, issued November 30, 2010 | APLNDC00025380 | APLNDC00025432 | | |
| 1045 | Certified copy of US 7,469,381, issued December 23, 2008 | APLNDC00022467 | APLNDC00022527 | APLNDC00010655; APLNDC-X0000002622 | |
| 1046 | Certified copy of US 7,864,163, issued January 4, 2011 | APLNDC00027870 | APLNDC00027921 | | |
| 1047 | Certified file history of US 7,469,381, issued December 23, 2008 | APLNDC00024705 | APLNDC00025379 | APLNDC00003749 | |
| 1048 | Certified file history of US 7,844,915, issued November 30, 2010 | APLNDC00027081 | APLNDC00027869 | | |
| 1049 | Certified file history of US 7,864,163, issued January 4, 2011 | APLNDC00022528 | APLNDC00024334 | | |
| 1050 | Apple iPad 2 3G (iOS 4.x) - AT&T version | | | | |
| 1051 | Apple iPad 2 3G (iOS 5.x) - AT&T version | | | | |
| 1052 | Apple iPad 3G | | | | |
| 1053 | Apple iPhone 3G (iOS 4.x) | | | | |
| 1054 | Apple iPhone 3GS (iOS 4.x) | | | | |
| 1055 | Apple iPhone 4 (iOS 4.x) - AT&T version | | | | |
| 1056 | Apple iPhone 4 (iOS 5.x) - AT&T version | | | | |
| 1057 | Apple iPod Touch (4th Gen.) (iOS 4.x) | | | | |
| 1058 | File wrapper for 6,928,604 (including file histories of U.S. Patent App. No. 10/393,784, 09/282,851, Korean Patent App. 1998-11380) | S-794-ITC-001165600 | S-794-ITC-001165857 | | |
| 1059 | File Wrapper for U.S. Patent No. 7,447,516 (including file histories of U.S. Patent App. No. 11/148,181, Korean Patent App. 10-2004-0042300, Korean Patent App. 10-2004-0062190, Korean Patent App. 10-2004-0073552, Korean Patent App. 10-2004-0093947, Korean Patent App. 10-2005-0029192 | APLNDC-WH-A 0000014746 | APLNDC-WH-A 0000015618 | | |
| 1060 | File wrapper for 7,675,941 (including file history of U.S. Patent App. No. 11/417,219, Korean Patent App. 10-2005-0037774). | SAMNDCA00007579 | SAMNDCA00007839 | | |
| 1061 | File wrapper for U.S. D504,889 | APLPROS0000010188 | APLPROS0000010297 | | |
| 1062 | File wrapper for U.S. D593,087 | APLPROS0000010774 | APLPROS0000011117 | | |
| 1063 | File wrapper for U.S. D604,305 | APLPROS0000011134 | APLPROS0000011368 | | |
| 1064 | File history for U.S. D618,677 | APLPROS0000011597 | APLPROS0000011959 | | |
| 1065 | File History for U.S. Patent No. 7,456,893 (including U.S. App. No. 11/167,851 and KR App. No. 10-2005-0021335) | SAMNDCA00007240 | SAMNDCA00007468 | | |
| 1066 | File wrapper for U.S. Patent No. 7,577,460 (including U.S. App. Nos. 11/493,754, 11/003,222, and 09/540,830 and KR App. No. 1999-11179) | APLNDC-WH-A 0000014072 | APLNDC-WH-A 0000014708 | | |

*Apple v. Samsung*, No. 11-01846
JOINT EXHIBIT LIST

| TRIAL EX. NO. | DESCRIPTION | BEGBATES | ENDBATES | DUPLICATE BEGBATES | LIMITATIONS* |
|---|---|---|---|---|---|
| 1067 | File wrapper for U.S. Patent No. 7,698,711 (including U.S. App. Nos. 11/778,466, 11/390,338 and KR App. No. 10-2005-0079921) | APLNDC-WH-A 0000016733 | APLNDC-WH-A 0000017290 | | |
| 1068 | U.S. Patent No. 7,456,893 | APLNDC-WH-A 0000018487 | APLNDC-WH-A 0000018500 | | |
| 1069 | U.S. Patent No. 7,577,460 | APLNDC-WH-A 0000014727 | APLNDC-WH-A 0000014745 | | |
| 1070 | U.S. Patent No. 7,675,941 | APLNDC-WH-A000009799 | APLNDC-WH-A000009815 | | |
| 1071 | U.S. Patent No. 7,698,711 | APLNDC-WH-A 0000017299 | APLNDC-WH-A 0000017307 | | |
| 1072 | U.S. Patent No. 6,928,604 | APLNDC-WH-A 0000016618 | APLNDC-WH-A 0000016630 | | |
| 1073 | U.S. Patent No. 7,447,516 | APLNDC-WH-A0000015619 | APLNDC-WH-A0000015645 | | |
| 1074 | HP Compaq TC 1000 | | | | |
| 1075 | Fidler 1994 Tablet | | | | |
| 1076 | Apple iPhone 3GS (iOS 5.x) | | | | |
| 1077 | Apple iPod Touch (4th Gen.) (iOS 5.x) | | | | |
| 1078 | Fidler 1994 Tablet Replica | | | | |
| 1079 | File Wrapper for U.S. Registration No. 3,470,983 | APLNDC-Y0000182323 | APLNDC-Y0000182538 | | |
| 1080 | U.S. Patent No. 7,872,640 | SAMNDCA00020541 | SAMNDCA00020575 | | |
| 1081 | U.S. Patent No. 7,327,349 | APLNDC-Y0000096873 | APLNDC-Y0000096919 | | |
| 1082 | Samsung's September 19, 2003 declaration to ETSI | S-794-ITC-005517283 | S-794-ITC-005517304 | | |
| 1083 | 3GPP TS 25.214 v.6.6.0 (2005-2006) | APLNDC-WH-A 0000010733 | APLNDC-WH-A 0000010790 | | |
| 1084 | 3GPP TSG RAN WG1 Meeting #41 Athens, Greece, 9-13 May 2005, Change Request | APLNDC-WH-A 0000011080 | APLNDC-WH-A 0000011084 | | |
| 1085 | 3GPP TSG-RAN2 Meeting #47, Athens, Greece, 09th -13th May 2005, Tdoc R2-051311 | APLNDC-WH-A-000009816 | APLNDC-WH-A-000009820 | | |
| 1086 | Korean design patent KR 30-0452985 | SAMNDCA00255357 | SAMNDCA00255365 | | Subject to the Court's ruling on Apple's motions in limine. |
| 1087 | LG Chocolate | | | | Subject to the Court's ruling on Apple's motions in limine. |
| 1088 | LG KU990 Viewty | | | | Subject to the Court's ruling on Apple's motions in limine. |
| 1089 | Sharp Softbank | | | | Subject to the Court's ruling on Apple's motions in limine. |
| 1090 | LG KS20 | | | | Subject to the Court's ruling on Apple's motions in limine. |
| 1091 | MacWorld 2007 Video | APLNDC-Y0000066914 | APLNDC-Y0000066914 | | |
| 1092 | File Wrapper for U.S. Patent D627,790 | APLPROS0000012054 | APLPROS0000012253 | | |
| 1093 | LG Prada Phone | | | | |
| 1094 | US DOT icon chart | | | | |
| 1095 | U.S. Patent No. D461,802 | SAMNDCA00023750 | SAMNDCA00023757 | | |
| 1096 | United States Patent 6,983,424 | SAMNDCA00199786 | SAMNDCA00199806 | | |
| 1097 | 1981 Fidler Tablet | | | | |
| 1098 | Fascinate (with Android version 2.1-update1) | | | | |
| 1099 | Galaxy Tab 7.0 (with Android version 2.2) | | | | |

3