QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK (PSG)

**SAMSUNG'S PROPOSED SPECIAL VERDICT FORM**

Judge: Hon. Lucy H. Koh
Place: Courtroom 8, 4th Floor
Trial: July 30, 2012 at 9 A.M.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON APPLE'S CLAIMS

## APPLE'S UTILITY AND DESIGN PATENT CLAIMS AGAINST SAMSUNG

**1. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Telecommunications America, LLC ("STA") infringed the indicated Apple utility patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not answer for any cell that has NA ("Not Applicable").)

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Exhibit 4G | | | | | |
| Fascinate | | | | | |
| Galaxy Ace | | | | | |
| Galaxy Prevail | | | | | |
| Galaxy S (i9000) | | | | | |
| Galaxy S II | | | | | |
| Galaxy S 4G | | | | | |
| Gem | NA | NA | NA | | |
| Gravity | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Intercept | | | | | |
| Mesmerize | | | | | |
| Nexus S 4G | | | | | |
| Replenish | | | | | |
| Transform | NA | NA | NA | | |

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Vibrant | | | | | |
| Galaxy Tab | | | NA | | |
| Galaxy Tab 10.1 | | | NA | | |

**2. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics America, Inc. ("SEA") infringed the indicated Apple utility patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not answer for any cell that has NA ("Not Applicable").)

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Galaxy Tab | | | NA | | |
| Galaxy Tab 10.1 | | | NA | | |

*[Samsung does not believe that induced infringement is appropriate for this patent, but has listed a proposed verdict form question below in the event the Court disagrees]*.

**3. For each of the following products, has Apple proven by a preponderance of the evidence that Samsung Electronics Co., Ltd. ("SEC"), knowing of the '381, '915 or '163 patent, took action that it knew or should have known would induce STA or SEA to infringe the '381, '915 or '163 patent?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not answer for any cell that has NA ("Not Applicable").)

| Samsung Product | '381 Patent (Claim 19) Web Browser Application | '381 Patent (Claim 19) Gallery Application | '381 Patent (Claim 19) Contacts Application | '915 Patent (Claim 8) Web Browser Application | '163 Patent (Claim 50) Web Browser Application |
|---|---|---|---|---|---|
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Exhibit 4G | | | | | |
| Fascinate | | | | | |
| Galaxy Ace | | | | | |
| Galaxy Prevail | | | | | |
| Galaxy S (i9000) | | | | | |
| Galaxy S II | | | | | |
| Galaxy S 4G | | | | | |
| Gem | NA | NA | NA | | |
| Gravity | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Intercept | | | | | |
| Mesmerize | | | | | |
| Nexus S 4G | | | | | |
| Replenish | | | | | |
| Transform | NA | NA | NA | | |
| Vibrant | | | | | |
| Galaxy Tab | | | NA | | |
| Galaxy Tab 10.1 | | | NA | | |

**4. For each of the following products, has Apple proven by a preponderance of the evidence that SEA or STA infringed the indicated Apple design patents?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung). Do not answer for any cell that is gray.)

| Accused Samsung Product | D'677 Patent | D'087 Patent | D'889 Patent | D'305 Patent |
|---|---|---|---|---|
| Galaxy S 4G (T-Mobile) | | | | |
| Vibrant (T-Mobile) | | | | |
| Captivate (AT&T) | | | | |
| Epic 4G (Sprint) | | | | |
| Mesmerize (Verizon) | | | | |
| Showcase i500 (Boost Mobile) | | | | |
| Fascinate (Verizon) | | | | |
| Galaxy Ace | | | | |
| Galaxy S (i9000) | | | | |
| Galaxy S II (AT&T) | | | | |
| Galaxy S II i9100 | | | | |
| Galaxy S II (T-Mobile) | | | | |
| Continuum (AT&T) | | | | |
| Gem (U.S. Cellular) | | | | |
| Droid Charge (Verizon) | | | | |
| Infuse 4G (AT&T) | | | | |
| Indulge (Cricket Communications): | | | | |
| Galaxy Tab 10.1 (WiFi and 4G LTE) | | | | |

*[Samsung does not believe that induced infringement is appropriate for this patent, but has listed a proposed verdict form question below in the event the Court disagrees]*.

**5. Do you find that Apple has proved by a preponderance of the evidence that SEC, knowing of any patent you found to be infringed, took action that it knew or should have known would induce STA and/or SEA to infringe that patent?**

Yes _______ (for Apple) No _______ (for Samsung)

**6. If in response to Question Nos. 1-5 you found that any Samsung entity has infringed any Apple patent(s), has Apple proven by clear and convincing evidence that the Samsung entity actually knew or should have known that its actions constituted an unjustifiably high risk of infringement of a valid and enforceable Apple patent?**

Yes _______ (for Apple) No _______ (for Samsung)

**If yes, please fill in the table below with a "Y" for any entity that you found actually knew or should have known that its actions constituted an unjustifiably high risk of infringement of a valid and enforceable Apple patent:**

| Entity | '381 Patent | '915 Patent | '163 Patent | D'677 Patent | D'087 Patent | D'889 Patent | D'305 Patent |
|---|---|---|---|---|---|---|---|
| STA | | | | | | | |
| SEA | | | | | | | |
| SEC | | | | | | | |

**7. Has Samsung proven by clear and convincing evidence that Apple's asserted utility and/or design patent claims are invalid?**

'381 Patent (Claim 19) Yes _______ (for Samsung) No _______ (for Apple)

'915 Patent (Claim 8) Yes _______ (for Samsung) No _______ (for Apple)

'163 Patent (Claim 50) Yes _______ (for Samsung) No _______ (for Apple)

D'677 Patent Yes _______ (for Samsung) No _______ (for Apple)

D'087 Patent Yes _______ (for Samsung) No _______ (for Apple)

D'889 Patent Yes _______ (for Samsung) No _______ (for Apple)

D'305 Patent Yes _______ (for Samsung) No _______ (for Apple)

**APPLE'S TRADE DRESS CLAIMS AGAINST SAMSUNG**

**8. Has Apple proven by a preponderance of the evidence that Apple's unregistered trade dresses are protectable?**

(In the chart of Question 11, please answer in the "protectable" column with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung)).

**9. Has Samsung proven by a preponderance of the evidence that Apple's registered iPhone-related trade dress is not protectable?**

(If yes, in the chart of Question 11, please answer for the registered iPhone trade dress row in the protectable column with an "N" for "not protectable" (for Samsung). If no, please answer "Y" for "protectable" (for Apple)).

**10. Has Apple proven by a preponderance of the evidence that Apple's trade dresses are famous?**

(In the chart of Question 11, please answer in each cell in the "famous" column with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung)).

**11. Please complete the chart below using your responses to Questions 8 – 10.**

| | Protectable | Famous |
|---|---|---|
| Unregistered iPhone trade dress | | |
| Unregistered iPhone 3 trade dress | | |
| Registered iPad 2 trade dress | | |
| Unregistered iPad trade dress | | |
| Unregistered iPad 2 trade dress | | |

**12. For each of the following phones for which you answered yes to both the protectable and famous cells in the chart of Question 11, has Apple proven by a preponderance of the evidence that Samsung diluted the indicated Apple trade dress?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).

| **Accused Samsung Product** | **Dilution** | | |
|---|---|---|---|
| | iPhone Trade Dress | iPhone 3 Trade Dress | registered iPhone Trade Dress |
| Galaxy S 4G (T-Mobile) | | | |
| Vibrant (T-Mobile) | | | |
| Mesmerize (Verizon) | | | |
| Showcase i500 (Boost Mobile) | | | |
| Fascinate (Verizon) | | | |
| Galaxy S (i9000) | | | |
| Galaxy S II (AT&T) | | | |
| Galaxy S II (i9100) | | | |
| Galaxy S II (T-Mobile) | | | |
| Infuse 4G (AT&T) | | | |

**13. (a) If you answered yes to the protectable cells corresponding to Apple's iPad trade dresses in the chart of Question 11, has Apple proven by a preponderance of the evidence that Samsung infringed the indicated Apple trade dress?** (Please answer in each cell of column (a) in the table below with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).

**(b) If you answered yes to both the protectable and famous cells corresponding to Apple's iPad trade dresses in the chart of Question 11, has Apple proven by a preponderance of the evidence that Samsung diluted the indicated Apple trade dress?** (Please answer in each cell of column (b) below with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).

| | (a) Infringement | | (b) Dilution | |
|---|---|---|---|---|
| | iPad trade dress | iPad 2 trade dress | iPad trade dress | iPad 2 trade dress |
| Galaxy Tab 10.1 (WiFi or 4G LTE) | | | | |

**14. If you responded "Y" to any of the cells in Questions 12 or 13, which of the Samsung entities do you find liable for Apple's trade dress claims?**

STA Yes _______ No _______

SEA Yes _______ No _______

*[Samsung does not believe that induced infringement is appropriate for Apple's trade dress claims, but has listed a proposed verdict form question below in the event the Court disagrees].*

**15. Has Apple proven by a preponderance of the evidence that SEC, knowing of Apple's unregistered iPad and/or iPad 2 trade dress, took action that it knew or should have known would induce STA or SEA to infringe the iPad and/or iPad 2 trade dress?**

Yes _______ No _______

**16. If you found STA and/or SEA liable on any Apple trade dress dilution claim, do you find by clear and convincing evidence that it diluted and willfully intended to cause dilution of the trade dress?**

STA ____ Yes ____ No
SEA ____ Yes ____ No

**17. If you found STA and/or SEA liable on any Apple trade dress dilution claim, did Apple prove by a preponderance of the evidence that STA's or SEA's alleged use of the trade dress in fact injured or harmed the trade dress?**

STA ____ Yes ____ No
SEA ____ Yes ____ No

**18. If you found STA, SEA, and/or SEC liable on Apple's trade dress infringement claim, do you find that Apple has proven by a preponderance of the evidence both (a) that STA's and/or SEA's alleged use of the trade dress is likely to cause confusion among prospective purchasers as to the source, sponsorship, affiliation, or approval of the accused Samsung product and (b) that there was actual consumer confusion or that STA's and/or SEA's actions were intentionally deceptive?**

STA ____ Yes ____ No
SEA ____ Yes ____ No
SEC ____ Yes ____ No

**19. If you found STA, SEA and/or SEC liable on Apple's trade dress infringement claim, do you find by clear and convincing evidence that STA, SEA and/or SEC willfully intended to infringe the trade dress?**

STA ____ Yes ____ No
SEA ____ Yes ____ No
SEC ____ Yes ____ No

**DAMAGES TO APPLE FROM SAMSUNG**

**20. What is the total dollar amount that Apple is entitled to receive from Samsung on the claims on which you have ruled in favor of Apple, if any?**

$__________________________________________.

**21. If you find that Apple is entitled to receive damages from Samsung, which Samsung entities are responsible for those damages?**

STA ___________
SEA ___________
SEC ___________

**22. If you find that Apple is entitled to receive damages from Samsung, how is the total amount of damages stated in Question 20 divided?**

Lost profits $___________
Reasonable royalty $___________
Samsung's profits $___________

**FINDINGS ON SAMSUNG'S CLAIMS**

**SAMSUNG'S UTILITY PATENT CLAIMS AGAINST APPLE**

**23. For each of the following products, has Samsung proven by a preponderance of the evidence that Apple infringed the indicated Samsung utility patent claims?**

(Please answer in each cell with a "Y" for "yes" (for Samsung), or with an "N" for "no" (for Apple). You do not have to provide an answer for any cell that contains gray shading.)

| **Accused Apple Product** | **'516 Patent** | | **'941 Patent** | | **'711 Patent** | **'893 Patent** | **'460 Patent** |
|---|---|---|---|---|---|---|---|
| | **Claim 15** | **Claim 16** | **Claim 10** | **Claim 15** | **Claim 9** | **Claim 10** | **Claim 1** |
| iPhone 3G | | | | | | | |
| iPhone 3GS | | | | | | | |
| iPhone 4 | | | | | | | |
| iPad2 3G | | | | | | | |
| iPod Touch | | | | | | | |

**24. If in response to Question No. 23 you found that Apple has infringed any Samsung patent(s), has Samsung proven by clear and convincing evidence that Apple's infringement was willful?**

Yes _______ (for Samsung) No _______ (for Apple)

**25. Has Apple proven by clear and convincing evidence that Samsung's asserted utility patent claims are invalid?**

<u>'516 Patent</u>

Claim 15: Yes _______ (for Apple) No _______ (for Samsung)
Claim 16: Yes _______ (for Apple) No _______ (for Samsung)

<u>'941 Patent</u>

Claim 10: Yes _______ (for Apple) No _______ (for Samsung)
Claim 15: Yes _______ (for Apple) No _______ (for Samsung)

<u>'711 Patent</u>

Claim 9: Yes _______ (for Apple) No _______ (for Samsung)

<u>'893 Patent</u>

Claim 10: Yes _______ (for Apple) No _______ (for Samsung)

<u>'460 Patent</u>

Claim 1: Yes _______ (for Apple) No _______ (for Samsung)

**DAMAGES TO SAMSUNG FROM APPLE**

**26. What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims on the '516, and '941 patents?**

$________________________________________.

**27. What is the dollar amount that Samsung is entitled to receive from Apple for Samsung's utility patent infringement claims on the '711, '893, and '460 patents?**

$________________________________________.

**FINDINGS ON APPLE'S COUNTERCLAIMS AGAINST SAMSUNG**

**BREACH OF CONTRACT CLAIMS AND ANTITRUST**

**28. Has Apple proven that Samsung breached its contractual obligations by failing to timely disclose its intellectual property rights ("IPR") during the creation of the UMTS standard or by failing to license its "declared essential" patents on fair, reasonable, and non-discriminatory ("FRAND") terms?**

Yes _______ (for Apple) No _______ (for Samsung)

**29. Has Apple proven that Samsung has violated Section 2 of the Sherman Antitrust Act by monopolizing one or more technology markets related to the UMTS standard?**

Yes _______ (for Apple) No _______ (for Samsung)

**30. If you answered "Yes" to Question No. 28 or Question No. 29, what is the dollar amount that Apple is entitled to receive from Samsung for Samsung's antitrust violation and/or breach of contract?**

$________________________________________.

**PATENT EXHAUSTION**

**31. Has Apple proven by a preponderance of the evidence that Samsung is barred by patent exhaustion from enforcing the following Samsung patents against Apple?**

(Please answer in each cell with a "Y" for "yes" (for Apple), or with an "N" for "no" (for Samsung).)

| Samsung Patent | Exhaustion |
|---|---|
| '516 Patent | |
| '941 Patent | |

---

Have the presiding juror sign and date this form.

Signed:_____________________________________ Date:________________________________

PRESIDING JUROR