QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S AMENDED DEPOSITION DESIGNATIONS**<br><br>Trial Date: July 30, 2012<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Pursuant to the Court's Minute Order and Case Management Order (Docket No. 1267) dated July 19, 2012, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submit their Amended Deposition Designations.   Samsung has designated deposition testimony of the following deponents:

1. Bryan Agnetta
2. Fred Anzures
3. Priya Balasubramanian
4. Benjamin Bederson
5. Tony Blevins
6. Adam Bogue
7. Andrew Bright
8. Mark Buckley
9. Stephanie Chen
10. Greg Christie
11. Daniel Coster
12. Daniele De Iuliis
13. Roger Fidler
14. Clifton Forlines
15. Jared Gosler
16. Jefferson Han
17. Saku Hieta
18. Quin Hoellwarth
19. Greg Joswiak
20. Eric Jue
21. Duncan Kerr
22. Richard Lutton
23. Stan Ng

24.    Shin Nishibori

25.    Markus Paltian

26.    Andrew Platzer

27.    Matthew Rohrbach

28.    Fletcher Rothkopf

29.    Steven Sinclair

30.    David Singer

31.    Michael Tchao

32.    Boris Teksler

33.    Sissie Twiggs

34.    Kent Van Liere

35.    Vince Voron

36.    Dr. Michael Walker

37.    BJ Watrous

38.    Eugene Whang

39.    Tamara Whiteside

40.    Richard Williamson

41.    Russell Winer

42.    Cooper Woodring

43.    Steve Zadesky

44.    Rico Zorkendorfer

45.    Andre Zorn

The designations of testimony by page and line number are attached as Exhibit A.

Samsung reserves its right to modify its designations.

**SAMSUNG'S AMENDED DEPOSITION DESIGNATIONS**

1   DATED: July 23, 2012                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
2

3                                        By */s/ Victoria F. Maroulis*
                                             Victoria F. Maroulis
4                                            Attorneys for SAMSUNG ELECTRONICS
                                             CO., LTD., SAMSUNG ELECTRONICS
5                                            AMERICA, INC., and SAMSUNG
                                             TELECOMMUNICATIONS AMERICA, LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28