1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
19 | Plaintiff, | **SAMSUNG'S REVISED EXHIBIT 6 TO PRETRIAL CONFERENCE STATEMENT AND PROPOSED ORDER** |
20 | vs. | |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | Defendant. | |

1  Pursuant to the Court's Minute Order and Case Management Order, dated July 19, 2012
2 (Dkt. No. 1267), Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
3 Telecommunications America, LLC (collectively, "Samsung") hereby submits a revised Exhibit 6
4 to the Pretrial Conference Statement and Proposed Order (Dkt. No. 1189) containing its exhibit
5 list.  Samsung reserves its right to seek relief from the Court to increase the number of exhibits
6 allowed on the parties' exhibit lists.  This includes, but is not limited to, Samsung's reservation of
7 rights to seek relief from the Court to replace or supplement exhibits currently on its exhibit list
8 with prior art references that are the subject of its pending motions for clarification and
9 reconsideration.  (Dkt. Nos. 1216 & 1258).

10 DATED: July 23, 2012                         Respectfully submitted,

11                                              QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
12

13

14                                              By */s/ Victoria Maroulis*
                                                   Charles K. Verhoeven
15                                                 Kevin P.B. Johnson
                                                   Victoria F. Maroulis
16                                                 Michael T. Zeller
                                                   Attorneys for SAMSUNG ELECTRONICS CO.,
17                                                 LTD., SAMSUNG ELECTRONICS AMERICA,
                                                   INC. and SAMSUNG
18                                                 TELECOMMUNICATIONS AMERICA, LLC
19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Todd M. Briggs, am the ECF user whose ID and password are being used to file this Exhibit. In compliance with General Order 45(X)(B), I hereby attest that Victoria Maroulis has concurred in this filing.

/s/ Todd Briggs