# REVISED EXHIBIT 6

**Apple v Samsung**
**Samsung's Trial Exhbits**

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 500 | iPhone App testing including photos and mail (with error message) | APLNDC-WH0000279372 | APLNDC-WH0000279376 | Infringement | Emilie Kim; Nitin Ganatra |
| 501 | Fidler Tablet Specifications | FIDLER00000030 | FIDLER00000030 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality | Roger Fidler, Robert Anders, Peter Bressler, Itay Sherman, Sam Lucente |
| 503 | ETSI IPR Policy (November 1999) | S-ITC-003356888 | S-ITC-003356893 | FRAND | Karl Rosenbrock, Michael Walker, Eric Stasik, David Teece |
| 504 | U.S. Design Patent No. D500,037 | SAMNDCA00027716 | SAMNDCA00027722 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger, Sean Roarty |
| 506 | US Pat. No. 6,919,678 | SAMNDCA00354855 | SAMNDCA00354872 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente, Douglas Satzger |
| 507 | Japanese design patent JP D1204221 ("JP221") | SAMNDCA00402432 | SAMNDCA00402444 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 508 | Sharp Zarus SL-6000L | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/Design Patent Functionality/Trade Dress Functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jeeyuen Wang, Min Seung Song, Dongseok Ryu |
| 511 | Japanese design patent JP D1241638 ("JP638") | SAMNDCA00255247 | SAMNDCA00255260 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 512 | Korean design patent KR 30-0398307 | SAMNDCA00282113 | SAMNDCA00282120 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/Design Patent | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | Functionality/Trade Dress Functionality | |
| 515 | Korean design patent KR 30-0394921 | SAMNDCA00255305 | SAMNDCA00255311 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/Design Patent Functionality/Trade Dress Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 516 | Mac OS X 10.4 Tiger | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/Design Patent Functionality | Sam Lucente,  Susan Kare, Jeeuen Wang, Dongseok Ryu, Bart Andre, Freddy Anzures, Imran Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Chris Hood, Richard Howarth, Jonathan Ive, Duncan Kerr, Ben Kunst, Mark Lee, Brian Lynch, Shin Nishibori, Chris Prest, Matthew Rohrbach, Fletcher Rothkopf, Peter Russell-Clarke, Phillip Schiller, Christopher Stringer, John Ternus, Eugene Whang, Steve Zadesky, Rico Zorkendorfer |
| 518 | Video of LaunchTile running on an HP iPAQ device that was shown by Bederson at the CHI Conference and HP iPAQ device running LaunchTile | Ex. D ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior Art/Invalidity | Benjamin Bederson |
| 520 | U.S. Design Patent No. D534,516 | SAMNDCA00326488 | SAMNDCA00326498 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/Design Patent Functionality/Trade Dress Functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 522 | MPCP Project 2006 | SAMNDCA00321382 | SAMNDCA00321427 | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design Patent Functionality | Hyoung Shin Park, Gi-Young Lee, Min Hyouk Lee, Dongseok Ryu |
| 526 | Samsung F700 | | | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design Patent | Itay Sherman, Hyoung Shin Park, Gi-Young Lee, Min Hyouk Lee, Peter Bressler, Sam Lucente |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | Functionality/Design Patent Invalidity | |
| 527 | Patent Holdup and Royalty Stacking | S-ITC-003893262 | S-ITC-003893320 | FRAND | Eric Stasik, David Teece |
| 528 | XNav sourcecode | Ex. G ISO Bederson's Declaration ISO Opposition to PI Motion | | Prior Art/Invalidity | Benjamin Bederson |
| 529 | Fidler, Roger.  "The Tablet Newspaper Vision 1981 - 2010."  [Ex. 266 to Fidler Dep. Tr.] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality | Roger Fidler, Robert Anders, Peter Bressler, Itay Sherman, Sam Lucente |
| 531 | Samsung Licensing Presentation to Apple (September 2010) | APLNDC00000898 | APLNDC00000916 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler |
| 533 | iPhone User Guide for iOS 4.2 and 4.3 Software | SAMNDCA00371436 | SAMNDCA00371709 | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra |
| 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 | APLNDC0000036266 | APLNDC0000036348 | Damages | Arthur Rangel; Greg Joswiak |
| 535 | ComTech Report Q1, 2011 | APLNDC0002831037 | APLNDC0002831088 | Damages | Arthur Rangel; Greg Joswiak |
| 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4, tab "Historical Pivot," Data filtered by setting 'Region' to "USA" and 'Device Type' to "Smartphone." | APLNDC-Z0000000001 | APLNDC-Z0000000001 | Damages | Arthur Rangel |
| 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4, tab "Pivot Table," Data filtered by setting 'Region' to "USA" and 'Product Category' to "Media Tablet." | APLNDC-Z0000000003 | APLNDC-Z0000000003 | Damages | Arthur Rangel |
| 538 | U.S. Design Patent D581,922 | SAMNDCA00414425 | SAMNDCA00414429 | Design Patent Invalidity/ Design patent Non-Infringement/ Claim Construction/ Independent Creation/Samsung Design Process/Lack of copying/Trade | Itay Sherman, Robert Anders, Peter Bressler, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | Dress Functionality/Design Patent Functionality | Eugene Whang, Rico Zorkendorfer, Sam Lucente, Quin Hoellwarth and Tracy-Gene Durkin |
| 539 | iPhone User Guide for iOS 5.1 Software | SAMNDCA00371710 | SAMNDCA00371888 | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra |
| 541 | iPad and iPod Touch, US & WW Sales Data, Q4FY07 - Q2FY12 | APLNDC0003149779 | APLNDC0003149794 | Damages | Mark Buckley |
| 542 | iPhone US & WW Sales Data Q3FY07 – Q2FY12 | APLNDC0003149809 | APLNDC0003149814 | Damages | Mark Buckley |
| 543 | iPhone Units/Revenue Report Q3FY07 - Q1FY12 (Domestic) | APLNDC-Y0000051357 | APLNDC-Y00000513362 | Damages | Mark Buckley |
| 544 | iPad US Profitability on a Per Unit Basis | APLNDC-Y0000051599 | APLNDC-Y0000051605 | Damages | Mark Buckley |
| 546 | Bederson et al.: *Pad++ A Zooming Graphical Interface for Exploring Alternate Interface Physics* | Ex. G ISO Bederson's Declaration ISO MSJ | | Prior Art/Invalidity | Benjamin Bederson |
| 547 | A Survey of Licensed Royalties | S-ITC-003892736 | S-ITC-003892741 | FRAND | Eric Stasik, David Teece |
| 548 | Listing of MERL DiamondTouch Mandelbrot source code files, dated December 8, 2003 through November 30, 2004, found on the MERL-Drive in the folders: MERL-Drive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/diamondtouch and MERL-rive/diamondtouch/people/forlines/Mandelbrot/src/com/merl/forlines/fractal and MERL DiamondTouch Table with Mandelbrot files | MERL0000001 | | Prior Art/Invalidity | Stephen Gray; Adam Bogue; Clifton Forlines; Edward Tse |
| 549 | Samsung's December 14, | APLNDC-WH-A- | APLNDC-WH-A- | FRAND | Karl Rosenbrock, Michael Walker, Craig |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | 1998 Declaration to ETSI | 0000009374 | 0000009374 | | Bishop, Sungho Choi |
| 550 | Nomura Yasuhiro patent Japanese application and translation | SAMNDCA00359127 | SAMNDCA00359156 | Prior Art/Invalidity | Stephen Gray |
| 551 | U.S. Application No. 2002/0030699 "Van Ee Application" | APLNDC-Y0000085763 | APLNDC-Y0000085767 | Prior Art/Invalidity | Stephen Gray |
| 556 | Jefferson Han TED Video - Unveiling the genius of multi-touch interface design available at http://www.ted.com/talks/jeff_han_demos_his_breakthrough_touchscreen.html | S-ITC-0000110899 (Samsung's Invalidity Contentions, Ex. J-5) | | Prior Art/Invalidity | Jefferson Han |
| 557 | 3GPP standard TS 25.322 version 6.4.0 (Release 6)] | Knightly Dep. Ex. 1 | | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 558 | U.S. Pat. No. D638,815 | SAMNDCA00365643 | SAMNDCA00365648 | Independent Creation/ Lack of copying/Trade Dress Functionality/Design Patent Functionality/Design Patent Non-Infringement | Minhyouk Lee, Peter Bressler |
| 561 | U.S. Patent Appl. No. 60/718187 (Flynt Provisional Application for Enhanced Portable Device Navigation Tools); U.S. Patent No. 7,933,632 ("Flynt Patent") | SAMNDCA00402181 APLNDC-Y0000096275 | SAMNDCA00402322 APLNDC-Y0000096300 | Prior Art/Invalidity | Stephen Gray |
| 562 | March 8, 2006 email from Howarth to Ive | APLNDC0003040119 | APLNDC0003040124 | Influences for Apple designs at issue | Jonathan Ive, Richard Howarth, Shin Nishibori, Bart Andre, Daniel Coster, Daniele De Iuliis, Duncan Kerr, Matthew Rohrbach, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Douglas Statzger |
| 563 | Samsung Declaration to ETSI - May 16, 2006 | S-794-ITC-005517211 | S-794-ITC-005517227 | FRAND | Karl Rosenbrock, Michael Walker, Craig Bishop, Sungho Choi |
| 565 | Letter from Angel Tradacete Cocera, EC Director-General of | S-794-ITC-003053503 | S-794-ITC-003053504 | FRAND | Karl Rosenbrock, Eric Stasik, David Teece |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | Competition to Rosenbrock - Jun. 21, 2006 | | | | |
| 566 | IReen Interactive Design - September 14, 2006 | SAMNDCA00321539 | SAMNDCA00321599 | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design Patent Functionality/Design Patent Invalidity | Hyoung Shin Park, Gi-Young Lee, Min Hyouk Lee, Dongseok Ryu, Jeeyuen Wang, Sam Lucente, Susan Kare |
| 568 | Samsung Declaration to ETSI - August 7, 2007 | S-794-ITC-005517177 | S-794-ITC-005517181 | FRAND | Karl Rosenbrock, Michael Walker, Craig Bishop, Sungho Choi |
| 572 | April 15, 2011 E-mail String, Subject: Re: IPhone v Android Preso, with Smartphone Market Study US January 2011 attached [Eric Jue Deposition, Ex. 14] | APLNDC0002007608 | APLNDC0002007704 | Damages | Art Rangel; Eric Jue |
| 573 | Bekkers & West - IPR Standardization Policies and Strategic Patenting in UMTS | S-ITC-003893321 | S-ITC-003893361 | FRAND | David Teece |
| 575 | ETSI IPR Policy FAQs | S-ITC-003899001 | S-ITC-003899003 | FRAND | Karl Rosenbrock, Michael Walker, David Teece, Eric Stasik |
| 576 | Third Party Published Information on Headline FRAND Rates | S-ITC-003359278 | S-ITC-003359285 | FRAND | Eric Stasik, David Teece |
| 578 | April 14, 2010 Apple internal email chain and meeting agenda; subject line: "iPhone 'firsts'" | APL-ITC796-0000119763 | APL-ITC796-0000119767 | Apple not first in many categories/Trade Dress Functionality/Design Patent Functionality | Steven Sinclair, Tamara Whiteside, Eric Jue |
| 579 | June 14, 2010 Apple internal e-mail with subject line "Re: receiver up high in Y" | APLNDC0002326562 | APLNDC0002326563 | Invalidity/ Non-Infringement/ Claim Construction/ Functionality | Richard Howarth, Eugene Whang, Itay Sherman, Andrew Bright, Jonathan Ive, Chris Stringer, Robert Anders, Mark Lehto |
| 581 | Worldwide iPhone Q3'10 Performance Summary, July 7, 2010 | APL7940000082356 | APL7940000082378 | Damages | Arthur Rangel; Greg Joswiak |
| 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | APLNDC00010886 | APLNDC00010917 | Damages | Richard Lutton, Boris Teksler |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 587 | Worldwide iPhone Q4 '10 Performance Summary, October 6, 2010 | APL7940001120491 | APL7940001120512 | Damages | Arthur Rangel; Greg Joswiak |
| 588 | Samsung Licensing Presentation to Apple (November 4, 2010) | S-ITC-000085099 | S-ITC-000085107 | FRAND | Seong Woo (Clayton) Kim, Richard Lutton, Boris Teksler |
| 589 | Worldwide iPhone Q1 '11 Performance Summary, January 5, 2011 | APL7940000102312 | APL7940000102332 | Damages | Arthur Rangel; Greg Joswiak |
| 590 | U.S. Patent No. 7,872,640 and WO 03/081458 ("Lira Patent") | SAMNDCA00020541 | SAMNDCA00024748 | Prior Art/Invalidity | Andries van Dam |
| 591 | Vinci Tablet | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality | Peter Bressler, Robert Anders, Itay Sherman |
| 592 | ComTech United States Report Q410 | APLNDCAL0010809 | APLNDCAL0010809.54 | Lack of confusion or dilution/lack of harm/Trade Dress Functionality/Design Patent Functionality | Greg Joswiak, Arthur Rangel, Richard Lutton, Jared Gosler, Sanjay Sood, Greg Joswiak, Tony Fadell, Robert Borchers, Scott Forstall |
| 593 | Apple & Motorola Mobility - Settlement Discussion Presentation - February 22, 2011 | APLNDC-WH0000726801 | APLNDC-WH0000726806 | FRAND | Boris Teksler, Richard Lutton |
| 594 | March 10, 2011 Internal Apple email chain re: "Android shipments grow 1580%, now 'king of the hill' in Europe" (Ng, Ex. 3) | APL-ITC796-0000074705 | APL-ITC796-0000074708 | Damages | Arthur Rangel; Greg Joswiak |
| 595 | Android Market Overview, CY10 Q4 | APLNDC00004618 | APLNDC00004736 | Damages | Arthur Rangel; Greg Joswiak |
| 596 | MPCP Project 2006 | SAMNDCA00321659 | SAMNDCA00321679 | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design Patent Functionality | Hyoung Shin Park, Gi-Young Lee, Min Hyouk Lee, Dongseok Ryu |
| 598 | Letter re Apple's Request for Patent License from Clayton Kim to Boris | S-ITC-003899243 | S-ITC-003899244 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler, Michael Walker, Richard Lutton |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | Teksler (July 25, 2011) | | | | |
| 599 | Anne Layne Farrar, *Is the Patent Ambush Prerequisite Met? Assessing the Extent of Ex Ante IPR Disclosure within Standard Setting* (August 18, 2011) | S-ITC-003360813 | S-ITC-003360839 | FRAND | Karl Rosenbrock, Eric Stasik, David Teece |
| 601 | October 20, 2010 E-mail String, Subject: Joz Q4 Earnings Notes [Jue Ex. 6] | APL-ITC796-0000119893 | APL-ITC796-000011919 | Damages | Greg Joswiak |
| 603 | Letter re Apple's Request for Patent License from Clayton Kim to Boris Teksler (January 31, 2012) | S-ITC-003894720 | S-ITC-003894721 | FRAND | Seong Woo (Clayton) Kim, Boris Teksler, Richard Lutton |
| 605 | ComTech USA Report Q411, February 10, 2012 | APLNDC-Y0000148505 | APLNDC-Y0000148555 | Damages | Arthur Rangel; Greg Joswiak |
| 613 | ETSI Guide on IPRs, September 1-2, 2004 | S-ITC-003356758 | S-ITC-003356781 | FRAND | Karl Rosenbrock, Michael Walker, Eric Stasik, David Teece, Sungho Choi, Craig Bishop |
| 614 | iPad Buyer Survey: Initial US Results, Apple Market Research & Analysis, August 2010 | APLNDC-Y0000023361 | APLNDC-Y0000023427 | Damages | Arthur Rangel; Greg Joswiak |
| 616 | Shipment Records | S-794-ITC-005276702 | S-794-ITC-005276708 | Damages | Timothy Sheppard |
| 617 | iPad Tracking Study FY11-Q2 Report, Apple Market Research & Analysis, May 2011 | APLNDC0000036349 | APLNDC0000036570 | Damages | Arthur Rangel; Greg Joswiak |
| 618 | Royalty Rates And Licensing Strategies For Essential Patents on LTE (4G) Telecommunication Standards | S-ITC-003893362 | S-ITC-003893367 | FRAND | Eric Stasik, David Teece |
| 619 | Technology Royalty Rates in SEC Filings | S-ITC-003893372 | S-ITC-003893379 | FRAND | Eric Stasik, David Teece |
| 620 | Nokia Fingerprint Document | SAMNDCA00326336 SAMNDCA00326380 | SAMNDCA00326337 SAMNDCA00326381 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress | Itay Sherman, Robert Anders, Peter Bressler, Ricardo Vilas-Boas |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | Functionality | |
| 621 | Reuters Tablet Video [Ex. L to Fidler Decl. in Support of Samsung's Opposition to Apple's Motion for Preliminary Injunction] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality | Roger Fidler, Robert Anders, Itay Sherman, Sam Lucente |
| 622 | Nokia 7710 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jeeyuen Wang, Min Seung Song, Dongseok Ryu |
| 623 | Sony CAD | APLNDC-NCC00000274 | APLNDC-NCC00000282 | Influences on Apple design/Design Patent Functionality/Trade Dress Functionality | Itay Sherman, Sam Lucente, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chaudhri, Richard Howarth |
| 624 | Braun comparisons | SAMNDCA00403201 SAMNDCA00403391 | SAMNDCA00403203 SAMNDCA00403392 | Influences on Apple design/Lack of distinctiveness/Design Patent Claim Construction | Christopher Mount, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Sam Lucente, Robert Anders |
| 625 | Untitled Mobile Design Team Presentation with images of mock-ups | SAMNDCA00321707 SAMNDCA00321753 | SAMNDCA00321726 SAMNDCA00321766 | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design Patent Functionality | Hyoung Shin Park, Gi-Young Lee, Min Hyouk Lee, Dongseok Ryu |
| 627 | Best Buy circulars | SAMNDCA00357159 | SAMNDCA00359048 | Design Patent Functionality/ Design Patent invalidity/Trade Dress Functionality/Lack of Distinctiveness/Lack of Dilution or confusion/Lack of Secondary meaning | Jessica Hammerstrom, Justin Denison, Travis Merrill |
| 628 | Home button application | SAMNDCA00404139 | SAMNDCA00404665 | Design Patent Invalidity/ Trade Dress Invalidity | Peter Bressler, Sam Lucente, Susan Kare, Bart Andre, Daniel Coster, Richard |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | | Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chaudhri, Robert Anders, Greg Joswiak, Robert Borchers, Richard Lutton, Tony Fadell, Daniel De Iuliis, Russel Winer, Scott Forstall |
| 629 | Next Big Thing television campaign | SAMNDCA00311579 SAMNDCA00312556 | SAMNDCA00311586 SAMNDCA00312565 | Lack of confusion or dilution | Todd Pendelton, Justin Denison |
| 630 | Teece Expert Report of 3/22/2012 - Exs. 3A, 3B | N/A | N/A | FRAND | Eric Stasik, David Teece |
| 631 | Teece Expert Report of 4/2/2012 - Exs R4A-R4E | N/A | N/A | FRAND | Eric Stasik, David Teece |
| 632 | Nokia N9 | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Jeeyuen Wang, Min Seung Song, Dongseok Ryu |
| 633 | 3GPP Contribution R1-050565 and attached Change Request | APLNDC-WH-A0000011080 | APLNDC-WH-A0000011084 | Infringement | Tim Williams; Yong-Jun Kwak |
| 635 | Intel Source Code for X-GOLD  Processors | 750DOC000001 – 4; 753DOC003318 – 3468; 750DOC000289 – 322; 750DOC000269 – 288; 750DOC000698 – 872; 750DOC002366 – 2373; 750DOC002398 – 2423; 750DOC002430 – 2441; 750DOC000332 – 338; 750DOC000339; 750DOC000226 – 231; 750DOC000354 – 359; 750DOC000340 – 353; 750DOC000360; 750DOC0000210 – 215; 750DOC000517 – 525; 750DOC000526 – 555; | | Infringement | Tim Williams; Paul Min; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | 750DOC002669;<br>750DOC00147 – 153;<br>750DOC002442 – 2509;<br>750DOC002292 – 2299;<br>750DOC002322 – 2348;<br>750DOC000408 – 413;<br>750DOC000414 – 425;<br>750DOC000216 – 225;<br>750DOC000426 – 434;<br>750DOC000435 – 463;<br>750DOC003015 – 3016;<br>750DOC003263 – 3269 | | | |
| 636 | Infineon X-GOLD 61x Product Specification | 593DOC002961 | 593DOC004487 | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus Paltian; Andre Zorn |
| 645 | Apple iOS Source Code | APLNDC-WH-SC 00000433-444; APLNDC-WH-SC 00000496-498; APLNDC-WH-SC 00000448-449; APLNDC-WH-SC 00000450-452; APLNDC-WH-SC 00000298; APLNDCWH-SC 00000299; APLNDC-WH-SC 00000300; APLNDC-WH-SC 00000301-00000304; APLNDC-WH-SC 00000410-414; APLNDC-WH-SC 00000415-416; APLNDC-WH-SC 00000315-328; APLNDC-WH-SC00000333-336; APLNDC-WH-SC 00000307-314; APLNDC-WH-SC 00000337-359; APLNDC-WH-SC 00000329-332; APLNDCWH-SC 00000360-363; APLNDC-WH-SC 00000305; | | Infringement | Woodward Yang; Emilie Kim; Nitin Ganatra |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | APLNDC-WH-SC 00000364; APLNDC-WH-SC 00000306; APLNDC-WH-SC 00000365-369; APLNDC-WH-SC 00000370-378; APLNDC-WH-SC 00000379; APLNDC-WH-SC 00000380-385; APLNDCWH- SC 00000386-389; APLNDC-WH-SC 00000390-400; APLNDC-WH-SC 00000401-403; APLNDC-WH-SC 00000404-409; APLNDC-WH-SC 00000417-432; APLNDC-WH-SC 000007874-7889; APLNDC-WH-SC 00000453-454; APLNDC-WH-SC 00000479-492; APLNDC-WH-SC 00000471-475; APLNDC-WH-SC 00000468-471; APLNDCWH-SC 00000475-479; APLNDC-WH-SC 00000458-468; APLNDC-WH-SC 00000513-517; APLNDC-WH-SC00000079-126, 235-247, 7320-7431, 7459-7508, 7623-7994, 9559-9586, 9606-9635, 9683-9787, 9795-9810, 9857-9898, 9907-9921, 9935-9940, 9948-9987, 9999-10001, 10052-10100, 10108-10125; APLNDC-WH-SC00000078-96 | | | |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 646 | Focus testing for photos and camera apps on all devices | APLNDC-WH0000279006 | APLNDC-WH0000279008 | Infringement | Emilie Kim; Nitin Ganatra |
| 647 | iPhone App testing including mail and photos | APLNDC-WH0000228039 | APLNDC-WH0000228042 | Infringement | Emilie Kim; Nitin Ganatra |
| 648 | iPad App testing including mail and photos | APLNDC-WH0000230081 | APLNDC-WH0000230085 | Infringement | Emilie Kim; Nitin Ganatra |
| 649 | February 22, 2006 email forwarding "Sony Strives for Original Design (Business Week)." | APLNDC0001207640 | APLNDC0001207643 | Influences for Apple designs at issue; design patent functionality/Trade Dress Functionality/Design Patent Invalidity/Design Patent Infringement | Greg Joswiak, Phil Schiller; Peter Bressler, Tony Fadell, Christopher Stringer, Richard Howarth, Douglas Satzger, Shin Nishibori |
| 655 | Files related to DiamondTouch, DTFlash, and Tablecloth including but not limited to: TableCloth source code: F:\diamondtouch\people\alan\dev\Flash\classes-2005-06-09\tablecloth_27.fla; Screenshot of Diamond Touch-Flash Demonstration: F:\diamondtouch\DTFlash\DTFlash-2005-06-07\index.htm TableCloth screenshot: F:\diamondtouch\DTFlash\Dtflash-2005-06-07 (Trac decl. Ex. 25) and MERL DiamondTouch Table with Tablecloth files | MERL0000001 | | Prior Art/Invalidity | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse |
| 661 | MERL DiamondTouch Price List and Terms and Conditions of Sale dated 10/25/05 [Exhibit 2 to Adam Bogue 3/9/12 Deposition] | BOGUE17608 | BOGUE17609 | Prior art/Invalidity/Priority | Andries van Dam; Adam Bogue; Clifton Forlines; Edward Tse |
| 662 | 12/12/2005 MERL | BOGUE000159 | BOGUE000161 | Prior art/Invalidity/Priority | Andries van Dam; Adam Bogue; Clifton |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | DiamondTouch table and developers Kit Purchase Order [Exhibit 11 to Adam Bogue 3/9/12 Deposition] | | | | Forlines; Edward Tse |
| 676 | Financial Spreadsheet | SAMNDCA00402074 | SAMNDCA00402075 | Damages | Timothy Sheppard; Jaehwang Sim |
| 678 | U.S. Patent Pub. No. 2004/0041504 A1 | SAMNDCA00027692 | SAMNDCA00027708 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade Dress Functionality | Sam Lucente, Itay Sherman, Sean Roarty |
| 682 | Minhyouk Lee Sketchbook | SAMNDCA00197773 | SAMNDCA00197901 | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design patent functionality | Min Hyouk Lee |
| 683 | Jinsoo Kim Sketchbook | SAMNDCA00197131 | SAMNDCA00197263 | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design Patent Functionality | Jin-soo Kim |
| 684 | Photographic Summary of Samsung Devices | N/A | N/A | Independent Creation/Samsung Design Process/Lack of copying/Trade Dress Functionality/Design patent functionality/Lack of dilution or confusion/Trade dress invalidity | Min Hyouk Lee, Hyoung Shin Park, YongSeok Bang, Jin Soo Kim, Hangil Song, Gi-Young Lee, Justin Denison |
| 685 | TSG-RAN WG1 #38, Prague, Czechs, 16th - 20th August 2004, Power control at the maximum power limit for E-DCH | APLNDC-WH-A 0000010862 | APLNDC-WH-A 0000010863 | Infringement of 516 Patent | Young-Bum Kim, Tim Williams |
| 686 | 3GPP TSG-RAN WG1 #40bis Meeting, Beijing, China, 4-8 April 2005, Power control at the maximum power limit | APLNDC-WH-A 0000011011 | APLNDC-WH-A 0000011015 | Infringement of 516 Patent | Young-Bum Kim, Tim Williams |
| 687 | Apple Email regarding competitor products | APLNDC0001260016 | APLNDC0001260024 | Design Patent Invalidity/Design Patent Non-Infringement/ Design Patent Functionality/Trade Dress Functionality/Lack of | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | distinctiveness or confusion | Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders |
| 688 | Reply Declaration of Christopher Stringer in Support of Apple's Motion for a Preliminary Injunction | Stringer Exhibit 1161 | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders |
| 689 | Roger Fidler Deposition Exhibit 245 and exhibits thereto | Fidler Exhibit 245 | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Sam Lucente, Itay Sherman, Roger Fidler |
| 690 | Nishibori Exhibit 2 Various photos of Sony device | APL-ITC796-X0000016675 | APL-ITC796-X0000016693 | Influences on Apple design/design patent functionality/Trade dress functionality | Itay Sherman, Sam Lucente, Bart Andre, Daniel Coster, Richard Howarth, Johnathan Ive, Duncan Kerr, Shin Nishibori, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Freddy Anzures, Imran Chandhri, Richard Howarth |
| 691 | Objectified Video Clip | Exhibit S to 8/22/11 Jenkins Decl. ISO Samsung's Opposition to PI | | Design Patent Invalidity/Design Patent Functionality/Design Patent Non-Infringement/Claim Construction/Trade Dress Functionality | Bart Andre, Daniel Coster, Daniele De Iuliis, Richard, Howarth, Jonathan Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Robert Borchers, Greg Joswiak, Tony Fadell, Quin Hoellwarth, Scott Forstall, Peter Bressler, Robert Anders, Itay Sherman |
| 692 | Jefferson Han emails | NYU-0003405 | NYU-0031996 | Prior Art; Invalidity | Stephen Gray, Jefferson Han, Steve Hotelling |
| 693 | Mandelbrot source code | MERL0000001 | | Prior Art; Invalidity | Stephen Gray, Clifton Forlines, Adam Bogue, Edward Tse |
| 694 | 4/7/2005 Apple email from Steve Hotelling to Greg Christie then to Scott Forstall re: LaunchTile | APLNDC00019933 | APLNDC00019935 | Prior Art; Invalidity | Stephen Gray, Scott Forstall, Steve Hotelling |
| 695 | 11/6/2003 email from Adam Bogue to Steve | Bogue Dep. Ex. 4 | | Prior Art; Priority | Adam Bogue, Steve Hotelling |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | Hotelling re: DiamondTouch | | | | |
| 696 | Forlines et al., "Experiences with an Observations of Direct-Touch Tabletops" [Bogue, Ex. 3] | Bogue Dep. Ex. 3 | | Prior Art; Priority | Adam Bogue, Clifton Forlines, Edward Tse |
| 697 | 1/14/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 7] | FORLINES000013 | FORLINES000013 | Prior Art; Priority | Clifton Forlines, Adam Bogue |
| 698 | 10/31/05 Bogue/Forlines email re: DiamondTouch demos [Forlines, Ex. 14] | FORLINES000020 | FORLINES000021 | Prior Art; Priority | Clifton Forlines, Adam Bogue |
| 699 | 10/25/05 MERL DiamondTouch Price List and Terms and Conditions of Sale [Bogue, Ex. 2] | BOGUE017608 | BOGUE017609 | Prior Art; Priority | Adam Bogue |
| 700 | 12/12/05 Science Applications International Purchase Order [Bogue, Ex. 11] | BOGUE000159 | BOGUE000161 | Prior Art; Priority | Adam Bogue |
| 701 | Summaries of Apple's Consumer Surveys Pursuant to FRE 1006 | N/A | N/A | Damages | Michael Wagner |
| 702 | Summaries of Data Concerning Hypothetical Design Around Cost Pursuant to FRE 1006 | N/A | N/A | Damages | Michael Wagner |
| 703 | Summaries of Apple and Samsung ASP Data Pursuant to FRE 1006 | N/A | N/A | Damages | Michael Wagner |
| 704 | Summary of Apple's Contentions Per Product Pursuant to FRE 1006 | N/A | N/A | Damages | Michael Wagner |
| 705 | Email from Julio Gonzalez to David Singer | APLNDC-WH0000054224 | APLNDC-WH0000054236 | FRAND | David Singer |
| 706 | Exhibit 67 to the Deposition of Cooper Woodring | Woodring Ex. 67 | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress | Cooper Woodring, Itay Sherman, Robert Anders |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | | | | functionality | |
| 707 | Approved Report of 3GPP TSG  RANWG1 #41 | APLNDC-WH-A0000011139 | APLNDC-WH-A0000011202 | Infringement | Tim Williams; Yong-Jun Kwak |
| 708 | Competitive MP3 Player Tear Apart | APLNDC0002230566 | APLNDC0002230578 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders, Greg Joswiak, Fletcher Rothkopf, Steve Zadesky |
| 709 | Competitive Analysis Document | Joswiak Ex. 17 APL7940014663269 | APL7940014663279 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders, Greg Joswiak, Steve Zadesky, Fletcher Rothkopf |
| 710 | Internal Apple Email Regarding Competitive Update | APLNDC0001509486 | APLNDC001509497 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders, Evans Hankey, Steve Zadesky, Fletcher Rothkopf |
| 711 | Competitive Update Presentation | APLNDC0001531935 | APLNDC0001531982 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders, Steve Zadesky, Fletcher Rothkopf |
| 712 | Internal Apple Email Regarding Competitive Phone Tracker | APLNDC0002230186 | APLNDC0002230243 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Jonathan Ive, Daniel Coster, Daniele de Iuliis, Matthew Rohrbach, Rico Zorkendorfer, Duncan Kerr, Richard Howarth, Eugene Whang, Douglas Satzger, Shin Nishibori, Bart Andre, Itay Sherman, Robert Anders, Jason Lor, Steve Zadesky, Fletcher Rothkopf |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 713 | January 17, 2005 email from Alan Esenther to Chia Shen and Adam Bogue re: DTFlash on \\herc\diamondspace | FORLINES008206 | FORLINES008206 | Prior Art; Priority | Adam Bogue, Clifton Forlines |
| 714 | Email and Presentation: Samsung Juke (SGH-F210) Cell Phone/MP3 Player $300 - iPod Engineering Teardown Report - January 2008 | APLNDC0002367163 | APLNDC0002367181 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Steve Zadesky, Fletcher Rothkopf, Phil Schiller, Richard Howarth, Douglas Satzger, Greg Joswiak |
| 715 | Report:  Mini-Teardown: Samsung Galaxy S (T-Mobile Vibrant) - iPod/iPhone New Tech - 8.10.10 | APL7940009836305 | APL7940009836317 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Steve Zadesky, Fletcher Rothkopf, Phil Schiller, Richard Howarth, Douglas Satzger, Greg Joswiak |
| 716 | Email and HTC Touch HD Take Apart presentation | APLNDC0001360046 | APLNDC0001360058 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Steve Zadesky, Fletcher Rothkopf, Phil Schiller, Richard Howarth, Douglas Satzger, Greg Joswiak |
| 717 | Samsung Galaxy Tab 10.1 Take-Apart | APLNDC0002868532 | APLNDC0002868553 | Design Patent invalidity, design patent non-infringement, design patent functionality, trade dress functionality, lack of distinctiveness or confusion; lack of copying | Christopher Stringer, Steve Zadesky, Fletcher Rothkopf, Phil Schiller, Richard Howarth, Douglas Satzger, Greg Joswiak |
| 718 | Sony Ericsson Mobile Comm. AB, "Sony Ericsson K750i, User Manual Guide" Feb. 2005 | APLNDC-WH0000007327 | APLNDC-WH0000007418 | Validity | Woodward Yang; Apple: Tony Givargis |
| 719 | Video of DiamondTouch running Mandelbrot | n/a | n/a | Prior Art/Invalidity | Stephen Gray |
| 720 | Annotated Video of Tablecloth Running on a Diamondtouch | Bogue Decl. ISO MSJ Ex. 4-5 | | Prior Art/Invalidity | Adam Bogue; Clifton Forlines; Andries van Dam |
| 721 | Annotated Videos of LaunchTile and Xnav | Van Dam Expert Report Ex. 11a-f | | Prior Art/Invalidity | Benjamin Bederson; Andries van Dam |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 722 | Annotated Video of LaunchTile running on a HP series 1900 ipaq Pocket PC | Gray Decl. Ex. 4-5 | | Prior Art/Invalidity | Stephen Gray |
| 723 | Annotated Video of XNav running on a Sony | n/a | n/a | Prior Art/Invalidity | Stephen Gray |
| 724 | 04/07/05 E-mail - Scott Forstall to Greg Christie | APLNDC-00019963 | APLNDC-00019965 | Prior art - Invalidity | Scott Forstall / Greg Christie |
| 725 | IBM Simon prior art | Expert Report of Samuel Lucente | | Prior art - invalidity; backround information regarding GUI history and development; motivation to combine | Sam Lucente, Susan Kare, Itay Sherman, Robert Anders, Peter Bressler |
| 726 | Xerox Star prior art for GUI development | Expert Report of Samuel Lucente | | Prior art - invalidity; backround information regarding GUI history and development; motivation to combine | Sam Lucente, Susan Kare, Itay Sherman, Robert Anders, Peter Bressler |
| 727 | KR30-0418547, N.B. Certified translation has unique bates range following original | SAMNDCA00255321 | SAMNDCA00255329 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 728 | JP D1241383, N.B. Certified translation has unique bates range following original | SAMNDCA00255283 | SAMNDCA00255295 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 729 | JP D1142127 , N.B. Certified translation has unique bates range following original | SAMNDCA00255229 | SAMNDCA00255246 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 730 | U.S. D558,758 | SAMNDCA00373544 | SAMNDCA00373547 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Quin Hoellwarth, Scott Forstall, Peter Bressler, Robert Anders. |
| 731 | Uberthings.com home page | N/A | N/A | Prior Art Rebuttal | Wodward Yang |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 732 | Japanese Design Patent D1279226 (Issued Aug. 21, 2006) | SAMNDCA00199346 | SAMNDCA00199353 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Itay Sherman, Robert Anders, Peter Bressler |
| 733 | Korean Design Patent 30-0403504 (Published Jan. 10, 2006) | SAMNDCA00199270 | SAMNDCA00199275 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Itay Sherman, Robert Anders, Peter Bressler |
| 734 | European Community Design Registration No. 000505532-0001 (Published May 23, 2006) | SAMNDCA00199223 | SAMNDCA00199226 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Itay Sherman, Robert Anders, Peter Bressler |
| 735 | Japanese Design Patent D1189312 (Issued Nov. 5, 2003) | SAMNDCA00199315 | SAMNDCA00199319 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Sam Lucente,  Susan Kare, Itay Sherman, Robert Anders, Peter Bressler |
| 736 | Tablet from Scene in 2001 A Space Odyssey (1968) | SAMNDCA00020130 | SAMNDCA00020132 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 737 | KR 30-0304213 — (Application Date: June 29, 2001; Publication Date: August 16, 2002) | SAMNDCA00021593 | SAMNDCA00021596 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 738 | European Union RCD 000569157-0005 (Registered August 1, 2006; Published September 5, 2006; SAMNDCA00021315- | SAMNDCA00021315 | SAMNDCA00021319 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| | 00021319) | | | | |
| 739 | JP D1178470 (Registration Date: May 16, 2003; Publications Date: July 7, 2003) | SAMNDCA00027686 | SAMNDCA00027690 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality | Itay Sherman, Robert Anders, Peter Bressler, Sam Lucente |
| 740 | Apple's 035 Prototype Photos from D'889 File History | APLNDC-X000006115 | APLNDC-X000006129 | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Quin Hoellwarth, Scott Forstall, Peter Bressler, Robert Anders |
| 741 | Apple's 035 Prototype with an authenticating stipulation of fact | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction | Itay Sherman, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jony Ive, Shin Nishibori, Duncan Kerr, Matthew Rohrbach, Douglas Satzger, Christopher Stringer, Eugene Whang, Rico Zorkendorfer, Bob Borchers, Greg Joswiak, Tony Fadell, Scott Forstall, Peter Bressler, Robert Anders |
| 742 | Samsung F300 | | | Independent Creation/Samsung Design Process/Lack of copying/Trade dress functionality/Design patent functionality/Design patent Invalidity | Itay Sherman, Hyoung Shin Park, Ji-Young Lee, Min Hyouk Lee, Peter Bressler, Sam Lucente |
| 743 | U.S. Pat. Appl. No. 29/382,846 | APLNDC-Y0000307694 | APLNDC-Y0000309349 | Design Patent Non-Infringement/Claim Construction | Sam Lucente, Itay Sherman, Peter Bressler, Justin Dennison, Todd Pendleton, Robert Anders, Bart Andre, Freddy Anzures, Iman Chaudhri, Wei Chen, Daniel Coster, Daniele De Iuliis, Richard Dinh, Evans Hankey, Chris Harris, Phil Hobson, Quin Hoellwarth, Eugene Whang |
| 744 | ChipWorks Inc., Custom System Analysis Phase III re Apple iPhone4, iPad2, and iPhone 4S Wireless Products | SAMNDCA-00379457 | SAMNDCA-00379503 | Infringement | Tim Williams |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 745 | ChipWorks Inc., Custom System Analysis re Apple iPhone4 and iPad2 | SAMNDCA-00354268 | SAMNDCA-00354291 | Infringement | Tim Williams |
| 746 | Approved minutes of the 47 TSG-RAN WG2 meeting | APLNDC-WH-A0000008857 | APLNDC-WH-A0000008935 | Infringement | Tim Williams; Maribel Gomez; Michael Janning; Marcus |
| 747 | Videos of Apple Products demonstrating infringement ('711 patent) | N/A | N/A | Infringement | Woodward Yang |
| 748 | Videos of Apple Products demonstrating infringement ('460 patent) | N/A | N/A | Infringement | Woodward Yang |
| 749 | Videos of Apple Products demonstrating infringement ('893 patent) | N/A | N/A | Infringement | Woodward Yang |
| 750 | iPhone Teardown | SAMNDCA00019461 | SAMNDCA00019466 | Infringement | Woodward Yang |
| 751 | '381 Non-infringement Video Completed on July 5, 2012 | | | Non - Infringement | Jeffrey Johnson |
| 752 | US Patent No. 7,688,574 | SAMNDCA00365600 | SAMNDCA00365612 | Invalidity - functionality; Claim construction; non-infringement | Peter Bressler; Itay Sherman; Christopher Stringer; Richard Howarth; Quinn Hoellwarth; Douglass Satzger |
| 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | Wagner Report | | Damages | Jaehwang Sim; Timothy Sheppard |
| 754 | Apple 10-K Forms, 2007-2011 | APLNDC-Y0000134964 APLNDC-Y0000135409 | APLNDC-Y0000135265 APLNDC-Y0000135789 | Damages | Vincent O'Brien; Michael Wagner |
| 755 | Apple iPhone Units / Revenue Report | APLNDC-Y0000051357 | APLNDC-Y0000051362 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 756 | Apple iPhone Units / Revenue Report | APLNDC0003149809 | APLNDC0003149814 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 757 | Royalties Chart | APLNDC0001772330-R | APLNDC0001772336-R | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 758 | Royalties Chart | APLNDC-Y0000236371-R | APLNDC-Y0000236405-R | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 759 | Royalties Spreadsheet, Privilege Log, dated 4/11/2012 | APLNDC-Y0000134964 | APLNDC-Y0000135265 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 760 | 1/15/09 - E-mail from Joswiak to Oppenheimer | APLNDC0002094897 | APLNDC0002094898 | Damages | Greg Joswiak |
| 761 | Presentation: Taking on The iPad (Tchao, Exh 1750) | APL-ITC796-0000488440 | APL-ITC796-0000488507 | Damages | Michael Tchao |
| 762 | 10/31/10 e-mail from Jobs to Forstall | APLNDC0001324916 | APLNDC0001324917 | Damages | Scott Forstall |
| 763 | iPad Consideration: Quantitative Research Among CE Buyers, August 2011 | APLNDC-Y0000025460 | APLNDC-Y0000025574 | Damages | Arthur Rangel; Greg Joswiak |
| 764 | 09-01-11 E-mail from Rangel to Ng (Ng, Exh 2) | APLNDC0001867475 | APLNDC0001867477 | Damages | Arthur Rangel, Stan Ng |
| 765 | Email from Greg Joswiak with attached "earnings call transcript," attachment dated July 22, 2010 | APL-ITC796-0000071024 | APL-ITC796-0000071048 | Damages | Greg Joswiak |
| 766 | iPad Tracking Study FY11-Q4 Report, Apple Market Research & Analysis, November 2011 | APL-ITC796-0000508285 | APL-ITC796-0000508544 | Damages | Arthur Rangel |
| 767 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q4 | APLNDC-X0000006548 | APLNDC-X0000006647 | Damages | Arthur Rangel |
| 768 | iPad Tracking Study July 2010 Report, Apple Market Research & Analysis, September 2010 | APLNDC-Y0000023428 | APLNDC-Y0000023578 | Damages | Arthur Rangel |
| 769 | iPad Tracking Study FY10-Q4 Report, Apple Market Research & Analysis, October 2010 | APLNDC-Y0000023579 | APLNDC-Y0000023729 | Damages | Arthur Rangel |
| 770 | iPad Tracking Study FY11-Q1 Report, Apple Market Research & Analysis, February 2011 | APLNDC-Y0000023730 | APLNDC-Y0000023907 | Damages | Arthur Rangel |
| 771 | iPad Tracking Study FY11-Q3 Report, Apple Market Research & Analysis, August 2011 | APLNDC-Y0000024130 | APLNDC-Y0000024333 | Damages | Arthur Rangel |

| Trial Ex. No. | Description | BegBates | EndBates | Substance or Purpose | Sponsoring Witness |
|---|---|---|---|---|---|
| 772 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q2 | APLNDC-Y0000026687 | APLNDC-Y0000026807 | Damages | Arthur Rangel |
| 773 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q3 | APLNDC-Y0000027136 | APLNDC-Y0000027255 | Damages | Arthur Rangel |
| 774 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Damages | Arthur Rangel |
| 775 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Damages | Arthur Rangel |
| 776 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q3 | APLNDC0000036172 | APLNDC0000036265 | Damages | Arthur Rangel |
| 777 | Apple's US Sales of iPad Products | APL794-F0000008247 | APL794-F0000008258 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 778 | ITunes Business P&L Q1, 2012 | APLNDC-Y0000051592 | APLNDC-Y0000051598 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 779 | GAAP Line of Business Reporting - iPad.acc | APLNDC-Y0000051606 | APLNDC-Y0000051609 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 780 | GAAP Line of Business Reporting - Mob.Adv. | APLNDC-Y0000051620 | APLNDC-Y0000051620 | Damages | Mark Buckley; Vincent O'Brien; Michael Wagner |
| 781 | Summaries of Samsung Profits Pursuant to FRE 1006 | | | Damages | Michael Wagner |
| 782 | Smartphone Image [Exhibit 9 to Deposition of Douglas Satzger (2/9/2012 - ITC 796)] | | | Design Patent Invalidity/Design Patent Non-Infringement/ Claim Construction/ Design Patent Functionality/Trade dress functionality/Lack of distinctiveness or confusion | Douglas Satzger |