1   HAROLD J. MCELHINNY (CA SBN 66781)   WILLIAM F. LEE
    hmcelhinny@mofo.com                  william.lee@wilmerhale.com
2   RACHEL KREVANS (CA SBN 116421)       WILMER CUTLER PICKERING
    rkrevans@mofo.com                    HALE AND DORR LLP
3   MICHAEL A. JACOBS (CA SBN 111664)    60 State Street
    mjacobs@mofo.com                     Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)  Telephone: (617) 526-6000
    jtaylor@mofo.com                     Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)    MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                       mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)    WILMER CUTLER PICKERING
    jasonbartlett@mofo.com               HALE AND DORR LLP
8   MORRISON & FOERSTER LLP              950 Page Mill Road
    425 Market Street                    Palo Alto, California 94304
9   San Francisco, California  94105-2482  Telephone: (650) 858-6000
    Telephone:  (415) 268-7000           Facsimile: (650) 858-6100
10  Facsimile:  (415) 268-7522

11

12  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17                  SAN JOSE DIVISION

18

| | |
|---|---|
| 19 APPLE INC., | Case No.   11-cv-01846 LHK (PSG) |
| 20             Plaintiff, | |
| 21     v. | **APPLE'S REVISED EXHIBIT LIST (EXHIBIT 5 TO JOINT PRETRIAL CONFERENCE STATEMENT)** |
| 22 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 23 ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | Place:    Courtroom 4, 5th Floor |
| 24 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge:    Hon. Lucy H. Koh |
| 25 | |
| 26             Defendants. | |

27

28

1    Pursuant to the July 19, 2012 Minute Order and Case Management Order (Docket No.

2   1267) Apple submits herewith as Exhibit 1 its revised exhibit list, previously submitted as Exhibit

3   5 to the Joint Pretrial Conference Statement (Docket No. 1189-5).

4        Samsung informed Apple this morning that Samsung intends to voluntarily dismiss the

5   '604 patent from its counterclaims.  Apple has not had adequate time to evaluate fully the impact

6   of that change on Apple's exhibit list or determine which exhibits should be substituted for the

7   exhibits to be removed.  Accordingly, Apple submits this list with exhibits 69, 89, 90, 109, and

8   191 left blank. Apple will identify substitutes for those exhibits as soon as practicable.

9

10

11

12   Dated: July 23, 2012

13

14                                    MORRISON & FOERSTER LLP

15

16                            By:    /s/ Michael A. Jacobs
                                        Michael A. Jacobs

17                                   Attorneys for Plaintiff
18                                   APPLE INC.

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | N/A | Photographs of Apple Phone Models | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 2 | N/A | N/A | Photographs of Apple Tablet Models | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 3 | N/A | N/A | Apple and Samsung Smartphones | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 4 | N/A | N/A | Apple and Samsung Tablets | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 5 | N/A | N/A | Summary of Press Reports Regarding Samsung Tablet Designs | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 6 | N/A | N/A | Summary of Press Reports Regarding Samsung Phone Designs | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 7 | N/A | N/A | Photographs of accused Samsung devices | N/A | N/A | Philip Schiller; Peter Bressler; Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 8 | N/A | N/A | Photographs of Apple products | N/A | N/A | Christopher Stringer; Philip Schiller; Scott Forstall; Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 9 | N/A | N/A | Translation of email from Dong Jin Koh dated September 16, 2008 | SAMNDCA11374409 | SAMNDCA11374414 | Karan Singh; Gee-Sung Choi | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 10 | N/A | N/A | Design alternatives considered by Peter Bressler | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 11 | N/A | N/A | iPhone and iPad Advertisements | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 12 | N/A | N/A | iPhone Television Advertisements | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |

**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 13 | N/A | N/A | iPad Television Advertisements | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 14 | N/A | N/A | iPhone & iPad Media Clips | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 15 | N/A | N/A | Apple's Sales of iPhone and iPad | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad; secondary considerations. | | |
| 16 | N/A | N/A | iPhone and iPad Advertising Expenditures | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 17 | N/A | N/A | Summary of iPhone and iPad News Coverage | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |
| 18 | N/A | N/A | Fox, *The Simpsons*, January 31, 2010 | APLNDC0000359537 | APLNDC0000359537 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 19 | N/A | N/A | Designs Considered by Apple | N/A | N/A | Scott Forstall | Offered in support of Apple's trade dress and design patent claims | | |
| 20 | N/A | N/A | Design alternatives considered by A. Hedge | N/A | N/A | Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 21 | N/A | N/A | Screen captures considered by S. Kare | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 22 | N/A | N/A | Design alternatives considered by S. Kare | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 23 | N/A | N/A | Summary of Hal Poret's Secondary Meanings Surveys | N/A | N/A | Hal Poret; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 24 | N/A | N/A | Summary of Kent Van Liere's Association/Confusion Surveys | N/A | N/A | Kent Van Liere; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 25 | N/A | N/A | Summary of Apple's damages calculations | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 26 | N/A | N/A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 27 | N/A | N/A | Summary of selected documents reflecting comments on the smartphone and tablet marketplace | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 28 | N/A | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Terry Musika | Damages | | |
| 29 | N/A | N/A | Summary and comparison of Samsung financial data from different sources in Samsung's production | N/A | N/A | Terry Musika | Damages | | |
| 30 | N/A | N/A | Summary of survey conducted by J. Hauser | N/A | N/A | John Hauser | Damages and secondary considerations. | | |
| 31 | N/A | N/A | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 | SAMNDCA-C000002368; SAMNDCA-C000002440; SAMNDCA-C000002481; SAMNDCA-C000002559; SAMNDCA-C000002807; SAMNDCA-C000003597; SAMNDCA-C000005715; SAMNDCA-C000006084; SAMNDCA-C000006277; SAMNDCA-C000003501; SAMNDCA-C000007702; SAMNDCA-C000007890; SAMNDCA-C000008045 | SAMNDCA-C000002420; SAMNDCA-C000002476; SAMNDCA-C000002529; SAMNDCA-C000002636; SAMNDCA-C000002968; SAMNDCA-C000003714; SAMNDCA-C000005969; SAMNDCA-C000006166; SAMNDCA-C000006331; SAMNDCA-C000003549; SAMNDCA-C000007786; SAMNDCA-C000008007; SAMNDCA-C000008180 | Karan Singh; Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |
| 32 | N/A | N/A | Samsung Blackjack i607 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 33 | N/A | N/A | iPhone and iPad Advertising Expenditures | APLNDC-Y0000051623 | APLNDC-Y0000051623 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Ex. 1733; Ex. 2012; Ex. 2148 | 9/1/2007 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | SAMNDCA10809390 | SAMNDCA10809460 | Terry Musika; Seogguen Kim; Dong Hoon Chang; Sungsik Lee; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 35 | Ex. 1394 | 12/14/2008 | Email from J. Boltello re: Additional wallpapers for Genie | SAMNDCA10247689 | SAMNDCA10247704 | Susan Kare; Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 36 | Ex. 2006 Ex. 1654 | 12/17/2008 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | SAMNDCA00191811 | SAMNDCA00191987 | Peter Bressler; Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 37 | Ex. 2009 Ex. 2151 | 12/24/2008 | Translation of presentation: Touch Portfolio Key Takeaways | SAMNDCA10805169 | SAMNDCA10805175 | Seogguen Kim; Sungsik Lee; Dong Hoon Chang; Won Pyo Hong; Dale Sohn; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 38 | N/A | 4/17/2009 | Presentation: Browser Zooming Methods UX Exploration Study | SAMNDCA11104115 | SAMNDCA11104139 | Karan Singh; Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 39 | Ex. 2641 | 9/9/2011 | Translation of Presentation: Alkon Instructions from the CEO | SAMNDCA20012936 | SAMNDCA20012942 | Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 40 | Ex. 1352 Ex. 1372 Ex. 1977 Ex. 2153 | 2/11/2010 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | SAMNDCA10247373 | SAMNDCA10247378 | Russell Winer; Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 41 | Ex. 1667 | 7/30/2012 | Presentation: Samsung TN GUI Framework Final Presentation | SAMNDCA11030081 | SAMNDCA11030359 | Susan Kare; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 42 | Ex. 2709 | 2/16/2010 | Translation of Email from Hyun Kim regarding PI/P3 Division Head Design Report Meeting Minutes, dated February 16, 2010 | SAMNDCA00044700 | SAMNDCA00044700 | Wong Pyo Hong; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 43 | Ex. 1751 | 2/23/2010 | Translation of Email from Ki Hyun Seo regarding Team Leader's Directives at the Executives' Meeting 2/22 (Mon) | SAMNDCA10167856 | SAMNDCA10167857 | Wong Pyo Hong; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |

4

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Ex. 1194; Ex. 1506; Ex. 2007; Ex. 2126; Ex. 2155 | 3/2/2010 | Translation of Presentation: Relative Evaluation Report on S1, iPhone | SAMNDCA00203880 | SAMNDCA00204010 | Karan Singh; Susan Kare; Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 45 | N/A | N/A | Samsung Beat DJ | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 46 | Ex. 2008 | 5/10/2010 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | SAMNDCA00508318 | SAMNDCA00508400 | Ravin Balakrishnan; Russell Winer; Terry Musika | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 47 | Ex. 2164 | 5/24/2010 | Translation of Email from Saejin Cha regarding China GDI evaluation and attachments | SAMNDCA10159856 | SAMNDCA10159871 | Dong Hoon Chang; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 48 | N/A | 7/5/2010 | Presentation: Wave & Galaxy S Expert & regular users UX Critique | SAMNDCA11290567 | SAMNDCA11290652 | Dong Hoon Chang; Ravin Balakrishnan; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 49 | N/A | N/A | Apple Intelligence Report: Samsung Telecom Research Israel | SAMNDCA00387536 | SAMNDCA00387585 | Karan Singh; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, copying. | | |
| 50 | N/A | N/A | Best Buy Advertisement, "Samsung Galaxy Tab included with Selected Samsung HDTVs" | N/A | N/A | Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 51 | Ex. 11; Wagner Ex. 8 | 10/5/2010 | Presentation: Samsung-Apple Licensing Discussion, October 5, 2010 | APLNDC0000010886 | APLNDC0000010903 | Boris Teksler; Richard Lutton; Jun Won Lee; Philip Schiller; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 52 | Ex. 5 | 8/4/2010 | Presentation: Samsung's Use of Apple Patents in Smartphones | APLNDC00001103 | APLNDC00001192 | Boris Teksler; Richard Lutton; Jun Won Lee | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 53 | Ex. 2022 Ex. 2117 | 2011 | Translation of Presentation: Comparison of Galaxy S and iPhone 4 | SAMNDCA11010883 | SAMNDCA11010884 | Seogguen Kim; Minhyouk Lee; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 54 | Ex. 2652 | 11/1/2010 | Presentation: Lessons from Apple Boston Consulting Group | SAMNDCA00274819 | SAMNDCA00274854 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Ex. 1391 | 2011 | Presentation: Samsung mobile icon design for 2011 | SAMNDCA20007208 | SAMNDCA20007222 | Susan Kare; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 56 | N/A | 2/11/2011 | Presentation: Samsung Q4 '10 Deep Dive | SAMNDCA00526887 | SAMNDCA00526993 | Peter Bressler; Russell Winer; Timothy Benner; Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 57 | Ex. 2005 Ex. 1517 | 4/9/2011 | Translation of selected pages from Presentation:  P5 Usability Evaluation Results S/W Verification Group 1 | SAMNDCA00176053 | SAMNDCA10765466 | Ravin Balakrishnan; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 58 | Ex. 2651 | 6/17/2011 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | SAMNDCA10375640 | SAMNDCA10375662 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 59 | Ex. 1261 Ex. 1353 Ex. 1628 | August, 2011 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | SAMNDCA10154003 | SAMNDCA10154053 | Peter Bressler; Sangeun Lee; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 60 | Ex. 2647 | 2/16/2012 | Presentation: STA Competitive Situation Paradigm Shift | SAMNDCA11547401 | SAMNDCA11547470 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 61 | Ex. 1982 | 4/2/2012 | Translation of Presentation: Next Phase UX Direction through iPhone and TouchWiz Competitiveness Analysis | SAMNDCA10998213 | SAMNDCA10998232 | Ravin Balakrishnan; Sungsik Lee; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 62 | Vander Veen Ex. 9 | 3/25/2011 | Presentation:  iPhone 5 Counter Strategy | S-ITC-003351732 | S-ITC-003351759 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 63 | N/A | N/A | Source Code | APLNDC0000014245 | APLNDC0000014252 | Bas Ording; Scott Forstall; Ravin Balakrishnan; Justin Denison | Offered in support of Apple's utility patent claims. | | |
| 64 | N/A | N/A | Video of Samsung infringement of '381 patent | N/A | N/A | Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |
| 65 | N/A | N/A | Video of Samsung infringement of '163 patent | N/A | N/A | Karan Singh | Offered in support of Apple's utility patent claims. | | |

6

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 66 | N/A | N/A | Video of Samsung infringement of '915 patent | N/A | N/A | Karan Singh | Offered in support of Apple's utility patent claims. | | |
| 67 | N/A | 4/4/2012 | Apple Inc. Launch Date Net Sales by Adam Id (with ITS Billings) from 4/1/10 To 4/4/12 | APLNDC-WH-A0000029886 | APLNDC-WH-A0000029891 | Terry Musika; Mark Buckley | This exhibit is being offered as evidence of revenue earned by downloaded applications cited in Dr. O'Brien's expert report. | | |
| 68 | Sung Ho Choi 6, 7; Seung Gun Park 12 | N/A | Samsung WCDMA Release 7 Standardization Research Project Completion Report and English translation | SAMNDCA00166606; APLNDC-WH-A0000032261 | SAMNDCA00166622; APLNDC-WH-A0000032278 | Sung Ho Choi or other Samsung Witness | This exhibit is being offered as evidence of Samsung's IPR policies and practices | | |
| 69 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 70 | N/A | 5/1/2005 | 3GPP TSG-RAN WG1 Meeting #42, R1-050995 London, UK,  29 August – 2 September, 2005, Approved Report of 3GPP TSG RAN WG1 #41 in Athens (Athens, Greece, 09 – 13 May, 2005) | APLNDC-WH-A0000011139 | APLNDC-WH-A0000011202 | Michael Walker; Hyong Kim | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 71 | N/A | N/A | Samsung Spreadsheet re: IPRs | SAMNDCA00136215 | SAMNDCA00136296 | Soeng Hun Kim | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 72 | N/A | 5/1/2005 | TSG-RAN WG2 Meeting #48, R2-052063, London, 29 August - 02 Sep 2005, Approved minutes of the 47 TSG-RAN WG2 meeting (Athens Greece, 09-13 May 2005) | APLNDC-WH-A0000008857 | APLNDC-WH-A0000008935 | Michael Walker; Edward Knightly | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 73 | Rosenbrock 12; Stasik 13; Teece 18 | N/A | 1st Expert Report of Hillebrand & Partners on FRAND | SAMNDCA00393932 | SAMNDCA00393945 | Karl Heinz Rosenbrock or other Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning the ETSI IPR policy and FRAND licensing | | |
| 74 | Sung Ho Choi 8; Korea 1; Lichaber 10; Stasik 3; Teece 7 | N/A | Addendum 1 ETSI/GA 29(97)/SCM/3, Amendments to the ETSI Interim Intellectual Property Rights Policy | APLNDC-WH-A0000012542 | APLNDC-WH-A0000012547 | Michael Walker; Sung Ho Choi or other Samsung Witness | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 75 | Lichaber 12 | 11/27/2008 | ETSI Guide on Intellectual Property Rights (IPRs), dated November 27, 2008 | APLNDC-WH-A0000012460 | APLNDC-WH-A0000012477 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 76 | N/A | N/A | FRE 1006 Summary of Apple Licenses | N/A | N/A | Boris Teksler; BJ Watrous; Richard Donaldson | This exhibit is being offered as evidence of Apple's licenses and Samsung's failure to offer FRAND terms | | |
| 77 | N/A | N/A | FRE 1006 Summary of Samsung Licenses | N/A | N/A | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's licenses and its failure to offer FRAND terms | | |
| 78 | N/A | 12/22/2011-12/29/2011 | Intel Invoices to Apple (12/22/11-12/29/11) | APL794-N0000003905 | APL794-N0000003910 | Tony Blevins | This exhibit is being offered as evidence of Apple's purchases from Intel | | |
| 79 | N/A | 4/30/2012 | Letter from B. Teksler to SW Kim, dated April 30, 2012 | APL794-N0000015789 | APL794-N0000015791 | Boris Teksler; BJ Watrous | This exhibit is being offered as evidence of Samsung's failure to offer FRAND terms | | |
| 80 | Seongwoo Kim 6, 82 | 7/25/2011 | Letter from SW Kim to B. Teksler, dated July 25, 2011 | SAMNDCA00322740 | SAMNDCA00322741 | Boris Teksler; BJ Watrous; Seongwoo Kim | This exhibit is being offered as evidence of Samsung's failure to offer FRAND terms | | |
| 81 | N/A | N/A | Patent Cross License Agreement between Intel and Samsung with Amendments 1 & 2 | S-794-ITC-000000021 | S-794-ITC-000000049 | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's license with Intel | | |
| 82 | Seongwoo Kim 57; Stasik 12; Teece 14; Donaldson 9 | 5/2/2005 | Samsung presentation titled "Samsung - Motorola Licensing Discussions," dated May 2, 2005 | S-794-ITC-005280718 | S-794-ITC-005280737 | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of the value of Samsung's IPR and Samsung's failure to offer FRAND terms | | |
| 83 | Van Lieshot 3; Van Der Velde 2; Soeng-Hun Kim 4; Holmes 5 | 8/15-20/2004 | 3GPP TSG-RAN WG2 Meeting #43, R2-021645, Prague, Czech Republic, August 15-20, 2004, L2 Considerations for VoIP Support | APLNDC-WH0000017799 | APLNDC-WH0000017802 | Michael Walker; Gert Jan Van Lieshot or other Samsung Witness | This exhibit is being offered as evidence of the existence of alternative technologies | | |
| 84 | N/A | N/A | 3GPP Website Screenshots | APLNDC-WH-A0000022859; APLNDC-WH-A0000022862 APLNDC-WH-A0000022943 | APLNDC-WH-A0000022861; APLNDC-WH-A0000022864; APLNDC-WH-A0000022945 | Michael Walker | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 85 | N/A | N/A | Samsung Re-Amended Defence and Counterclaim; High Court of Justice, HC06-C00618 (United Kingdom) | APLNDC-WH-A0000022602 | APLNDC-WH-A0000022649 | Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning FRAND licensing | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 86 | N/A | 4/18/2007 | Samsung Statement of Surreply in the Principal Action; The Hauge District Court (April 18, 2007) | SAMNDCA00393808 | SAMNDCA00393820 | Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning FRAND licensing | | |
| 87 | N/A | N/A | 2nd Expert Report of Hillebrand & Partners on Ericsson's Cross-License Offer to Samsung | SAMNDCA00393946 | SAMNDCA00393953 | Karl Heinz Rosenbrock or other Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning the ETSI IPR Policy and FRAND licensing | | |
| 88 | N/A | N/A | U.S. Patent Pub. No. 2004/0077340 to Forsyth | APLNDC-WH-A0000005313 | APLNDC-WH-A0000005332 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711 | | |
| 89 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 90 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 91 | N/A | N/A | U.S. Patent No. 6,928,648 Wong | APLNDC-WH0000006750 | APLNDC-WH0000006765 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711 | | |
| 92 | N/A | N/A | U.S. Patent Pub. No. 2003/0236814 to Miyasaka | APLNDC-WH0000008163 | APLNDC-WH0000008196 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711 | | |
| 93 | N/A | N/A | iSight User's Guide | APLNDC-WH-A0000005379 | APLNDC-WH-A0000005395 | Apple engineer Emilie Kim, Apple Expert Paul Dourish, Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893 | | |
| 94 | N/A | N/A | "We Believe" TV ad for iPad 2 | APLNDC-X0000007713 | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 95 | Williams 14 | N/A | PCT Patent Application Publication No. 02/43332 - Petersen | APLNDC-WH0000019792 | APLNDC-WH0000019853 | Edward Knightly | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 96 | Williams 19 | N/A | U.S. Patent App. Pub. No. 2005/0213605 - Kim et al. | APLNDC-WH-A0000029791 | APLNDC-WH-A0000029812 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 97 | Knightly 14 | N/A | U.S. Patent No. 6,819,658 - Agarwal | APLNDC-WH0000019765 | APLNDC-WH0000019791 | Edward Knightly | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 98 | Young Bum Kim 10 | N/A | 3GPP TR 25.896 v.6.0.0 | APLNDC-WH0000010911 | APLNDC-WH0000011089 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 99 | N/A | N/A | 3GPP TS 25.214 v.6.1.0 | APLNDC-WH0000013124 | APLNDC-WH00000013187 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 100 | H. Kim 8; Williams 9 | N/A | Japanese Patent Application No. 2002-190774 and English translation | APLNDC-WH0000011737; APLNDC-WH0000032288; APLNDC-WH0000012266 | APLNDC-WH0000011760; APLNDC-WH0000032288; APLNDC-WH0000012277 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 101 | Seong Hun Kim 12; Van Der Velde 6 | 5/9-13/2005 | 3GPP TSG-RAN WG2 Meeting #47 Tdoc R2-051680, Athens, Greece, May 9-13, 2005, Change Request | APLNDC-WH-A9301 | APLNDC-WH-A9310 | Edward Knightly; Michael Walker; Samsung witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 102 | N/A | N/A | iPhone Sales Summary | APLNDC0003149809 | APLNDC0003149814 | Philip Schiller; Russell Winer; Mark Buckley | Offered to establish public awareness of the designs of the iPhone and in further suport of trade dress and design patent claims; damages; secondary considerations. | | |
| 103 | N/A | N/A | iPad and iPod Touch Sales Summary | APLNDC0003149779 | APLNDC0003149794 | Philip Schiller; Russell Winer; Mark Buckley | Offered to establish public awareness of the designs of the iPad and in further suport of trade dress and design patent claims; damages; secondary considerations. | | |
| 104 | N/A | N/A | Email from Juho Lee to 3GPP, dated June 18, 2004, attaching R1-040697, R1-040689, R-1040690, and R1-040696 | S-ITC-001057684 | S-ITC-001057701 | Hyong Kim; Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP and the existence of alternative technologies | | |
| 105 | N/A | N/A | "Apple Unveils Its Tablet Computer, the iPad," by Ryan Kim, *SF Chronicle* , January 28, 2010 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 106 | N/A | N/A | "Waiting for the Latest in Wizardry," by Katie Haffner, *New York Times*, June 27, 2007 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |
| 107 | N/A | N/A | Excerpt of ABC, Modern Family (March 31, 2010) | APLNDC-X0000359613 | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 108 | N/A | 3/15/2005 | U.S. Patent No. 6,867,807 - Malloy Desormeaux | APLNDC-WH000003689 | APLNDC-WH000003711 | Paul Dourish | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 109 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 110 | N/A | 2003 | Apple schematics - P72C/73C Rev B & Q8 Main Logic Board Rev 05 | APLNDC-WH-A0000000001, APLNDC-WH-A0000000255 | APLNDC-WH-A0000000050, APLNDC-WH-A0000000266 | Emilie Kim; Paul Dourish; Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 111 | N/A | Dates between 7/17/2003 and 2005 | iBook/iSight Sales Data | APLNDC-WH-A24824 | APLNDC-WH-A24845 | Emilie Kim; Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 112 | Dourish 9 | 2/14/2004 | KR 10-2004-0013792 and English translation | APLNDC-WH-A0000009255; APLNDC-WH-A0000032322 | APLNDC-WH-A0000009261; APLNDC-WH-A0000032329 | Paul Dourish | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 113 | N/A | 3/8/2012 | Sony Ericsson Affidavit of Lee Hill with Attachment | APLNDC-WH-A000026930, APLNDC-WH-A000024792 | APLNDC-WH-A000026932, APLNDC-WH-A000024793 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered to corroborate on sale date(s) of invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 114 | Givargis 13 | 3/18/2012 | J2ME Tutorial: Introduction to J2ME, dated March 18, 2012 | APLNDC-WH-A25000 | APLNDC-WH-A25006 | Tony Givargis | This exhibit is being offered to corroborate the plain-meaning understanding of invalidating prior art to patent-in-suit U.S. Patent No. 7,698,711. | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 115 | Givargis 12 | 6/1/2003 | Mahmoud, "The J2ME Mobile Media API" published online at http://developers.sun.com/mobility/ midp/articles/ mmapioverview (June 2003) | APLNDC-WH6738 | APLNDC-WH6749 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 116 | N/A | 3/1/2004 | Sony Ericsson Mobile Comm. AB, "Sony K700 User Guide" (1st Ed.) March 2004 | APLNDC-WH8725 | APLNDC-WH8828 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 117 | N/A | 3/9/2004 and 3/21/2004 | Sony Press Releases, dated March 9, 2004 and March 21, 2004 | APLNDC-WH0000008506, APLNDC-WH0000005351 | APLNDC-WH0000008507, APLNDC-WH0000005352 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered to corroborate on sale date(s) of invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 118 | Srivastava - 14 | 12/28/1999 | U.S. Patent No. 6,009,336 - Harris | APLNDC-WH6330 | APLNDC-WH6346 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 119 | Srivastava - 7 | 5/30/2000 | U.S. Patent No. 6,069,648 - Suso | APLNDC-WH5303 | APLNDC-WH5317 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 120 | Srivastava - 22 | 2/10/2004 | U.S. Patent No. 6,690,417 - Yoshida | APLNDC-WH5026 | APLNDC-WH5067 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 121 | N/A | N/A | Source Code Files, Camera and Photos Functionality (See Appendix 1 for Bates Numbers) | N/A | N/A | Emilie Kim; Paul Dourish; Mani Srivastava | This exhibit is being offered to demonstrate the cameras and photo and associated functionality of the accused Apple products. | | |
| 122 | N/A | N/A | Samsung ETSI IPR Statements | APLNDC-WH-A0000009374; APLNDC-WH-A0000009375; APLNDC-WH-A0000009415; S-794-ITC 0005517177; APLNDC-WH-A0000009482 | APLNDC-WH-A0000009374; APLNDC-WH-A0000009396; APLNDC-WH-A0000009431; S-794-ITC 0005517181; APLNDC-WH-A0000009486 | Seung Gun Park, Seung-Ho Ahn, Sung Ho Choi, or other Samsung Witness; Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 123 | N/A | N/A | U.S. Patent No. 6,510,148 - Honkasalo | APLNDC-WH0000012254 | APLNDC-WH0000012265 | Hyong Kim | This exhibit is being offered as invaliating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 124 | N/A | 2003 | Apple iBook G3 800MHz laptop (2003) configured with an iSight video webcam (2003) running the Mac OS X 10.3 Panther (2003), and including Chat AV 2, iPhoto 2 and Preview 2.1.0 | N/A | N/A | Emilie Kim; Paul Dourish; Mark Buckley | This exhibit is being offered as invaliating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 125 | N/A | 3/1/2004 | Sony Ericsson K700i mobile phone | N/A | N/A | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered as invaliating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 126 | N/A | N/A | "Hello" TV ad for original iPhone | APLNDC-X0000007528 | APLNDC-X0000007528 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 127 | N/A | N/A | "How To" TV ad for original iPhone | APLNDC-X0000007535 | APLNDC-X0000007535 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 128 | N/A | N/A | "iPad Is Iconic" TV ad for first-generation iPad | APLNDC-X0000007703 | APLNDC-X0000007703 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 129 | N/A | N/A | Original iPhone print ad | APLNDC-X0000007531 | APLNDC-X0000007531 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 130 | N/A | N/A | iPhone 3G print ad | APLNDC-X0000007557 | APLNDC-X0000007557 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |

13

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 131 | N/A | N/A | First-generation iPad outdoor ad | APLNDC-X0000007635 | APLNDC-X0000007635 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 132 | N/A | N/A | iPad2 outdoor ad | APLNDC-X0000007699 | APLNDC-X0000007699 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 133 | N/A | 1/11/2007 | "Apple Waves Its Wand at the iPhone," by David Pogue, *New York Times* , January 11, 2007 | APLNDC-Y0000235973 | APLNDC-Y0000235976 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 134 | N/A | 6/27/2007 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, *The Wall Street Journal* , June 27, 2007 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 135 | N/A | 11/1/2007 | "Best Inventions of 2007," by Lev Grossman, *Time* , November 1, 2007 (including photo of cover) | APLNDC-Y0000146961 | APLNDC-Y0000146961 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 136 | N/A | 6/18/2009 | "Upgrade Makes Great iPhone Even Better," by Edward Baig, *USA Today* , June 18, 2009 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 137 | N/A | 6/20/2010 | "Thinner, Faster, Smarter iPhone Raises the Stakes," by Walter S. Mossberg, *The Wall Street Journal* , June 20, 2010 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 138 | N/A | 1/25/2010 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, *The Wall Street Journal*, January 25, 2010 | APLNDC-Y0000236031 | APLNDC-Y0000236034 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 139 | N/A | 11/11/2010 | "The 50 Best Inventions of 2010," by Harry McCracken, *Time*, November 11, 2010 | APLNDC-Y0000233376 | APLNDC-Y0000233378 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 140 | N/A | 4/2/2010 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, *USA Today*, April 2, 2010 | APLNDC-Y0000233386 | APLNDC-Y0000233392 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 141 | N/A | 4/1/2010 | "Laptop Killer?  Pretty Close," by Walter S. Mossberg, *The Wall Street Journal*, April 1, 2010 | APLNDC-Y0000233381 | APLNDC-Y0000233385 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 142 | N/A | N/A | "Patent Office Highlights Jobs's Innovations," *New York Times* | APLNDC-Y0000233352 | APLNDC-Y0000233352 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 143 | N/A | N/A | iPhone Buyer Survey, FY10-Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 144 | N/A | N/A | iPhone Buyer Survey, FY11-Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 145 | N/A | N/A | iPhone Buyer Survey, FY11-Q2 | APLNDC-Y0000027423 | APLNDC-Y0000027505 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 146 | N/A | N/A | iPhone Buyer Survey, FY11-Q3 | APLNDC-Y0000027506 | APLNDC-Y0000027599 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 147 | N/A | N/A | Sony Xperia Arc S | N/A | N/A | Peter Bressler; Alan Hedge | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 148 | N/A | N/A | Nokia Lumia 800 | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 149 | N/A | N/A | Pantech Crossover | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 150 | N/A | N/A | Casio G'zOne Commando | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 151 | N/A | N/A | LG Optimus T | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 152 | N/A | N/A | Blackberry 8700G | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 153 | N/A | N/A | HTC Hero | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 154 | N/A | N/A | Barnes and Noble Nook Tablet | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 155 | N/A | N/A | Sony Tablet S | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 156 | N/A | N/A | Samsung Q1 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 157 | N/A | N/A | D&AD Design award | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 158 | N/A | N/A | Photos of Blackberry Torch GUI | N/A | N/A | Susan Kare; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 159 | N/A | N/A | Photos of Nokia N9 GUI | N/A | N/A | Susan Kare; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 160 | N/A | N/A | Screenshot of Meizu M8 GUI | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 161 | N/A | N/A | Screenshot of GUI designs | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 162 | N/A | N/A | iPhone  CAD | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 163 | N/A | N/A | Sketch of phone | APLNDC1278008 | APLNDC1278008 | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 164 | N/A | N/A | Phone CAD | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 165 | N/A | N/A | Phone model 1017 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 166 | N/A | N/A | Phone model 1015 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 167 | N/A | N/A | Phone model 956 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 168 | N/A | N/A | Phone model 961 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 169 | N/A | N/A | Tablet CAD | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 170 | N/A | N/A | Tablet model 1202 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 171 | N/A | N/A | Tablet model 874 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 172 | N/A | 3/22/2011 | "Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It," by Kit Eaton; Fast Company, March 22, 2011 | APLNDC-Y0000148152 | APLNDC-Y0000148153 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 173 | N/A | 6/8/2011 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | APLNDC-Y0000233431 | APLNDC-Y0000233441 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 174 | N/A | 7/15/2010 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | APLNDC-Y0000236157 | APLNDC-Y0000236159 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 175 | N/A | 6/29/2010 | "Samsung Galaxy S: How Does It Measure Up to the Competition," by Ginny Mies; PCWorld, June 29, 2010 | APLNDC-Y0000233445 | APLNDC-Y0000233449 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 176 | N/A | 5/10/2011 | "Unboxing the Samsung Galaxy Tab 10.1," by Michael Muchmore, PCMag, May 10, 2011 | APLNDC-Y0000233430 | APLNDC-Y0000233430 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 177 | N/A | 11/23/2010 | "Samsung Mesmerize: A Top-Notch Galaxy Phone," by Armando Rodriguez, PC World, November 23, 2010 | N/A | N/A | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 178 | N/A | N/A | Mobile UX Forecast Report | SAMNDCA00214969 | SAMNDCA00215201 | Susan Kare, Justin Denison; Sun-Young Yi | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 179 | N/A | N/A | Study of Competitor GUI Design | SAMNDCA11112967 | SAMNDCA11112981 | Susan Kare, Justin Denison; DongSeok Ryu | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 180 | N/A | N/A | Samsung's Financial Spreadsheet | SAMNDCA00402075 | SAMNDCA00402075 | Terry Musika | Damages | | |
| 181 | N/A | N/A | Apple's LOB Report for the iPhone/iPad/iPod | APLNDC0003149795 | APLNDC0003149808 | Terry Musika; Mark Buckley | Damages | | |
| 182 | N/A | N/A | Apple's iPhone & iPad Capacity Report | APLNDC-Y0000055416, APLNDC-Y0000055417 | APLNDC-Y0000055416, APLNDC-Y0000055417 | Terry Musika; Mark Buckley | Damages | | |
| 183 | N/A | 9/1/2008 | Samsung's Mercator Presentation, 9/2008 | SAMNDCA10036081 | SAMNDCA10036204 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 184 | N/A | 10/1/2000 | Translation of SEC Business Strategy, 10/2011 | SAMNDCA00401905 | SAMNDCA00401989 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 185 | N/A | N/A | Translations of 2011 Smartphone CS Project Final | SAMNDCA10257309 | SAMNDCA10257380 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 186 | N/A | N/A | Email from H. T. Han regarding "Domestig Galaxy Tab Main Horzontal Deployment Items." | SAMNDCA10005982 | SAMNDCA10005986 | Kihyung Nam; Ravin Balakrishnan; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 187 | N/A | N/A | U.S. Advertising spent by medium for iPhone and iPad | APLNDC0000005710 | APLNDC0000005711 | Russell Winer; Philip Schiller; Alan Hedge | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 188 | N/A | N/A | JP 4,642,898 and English translation | APLNDC-WH-A0000032213; APLNDC-WH-A0000032289 | APLNDC-WH-A0000032231; APLNDC-WH-A0000032309 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 189 | Cheung 10 | N/A | UTRAN Parameters User Guide v13.03/EN-30/SEP/2011 | ALU004916 | ALU004927 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 190 | N/A | | Excerpt of The Oprah Winfrey Show (April 21, 2010) | APLNDC-X0000359717 | | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 191 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 192 | N/A | 8/12/2004 | Juho Lee's August 12, 2004 e-mail and attachment Samsung proposal R1-040864 at TSG RAN WG1 #38 (Aug. 12, 2004) | APLNDC-WH-A0000010793; APLNDC-WH-A0000010864 | APLNDC-WH-A0000010793; APLNDC-WH-A0000010866 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 193 | N/A | 8/12/2004 | Juho Lee's August 12, 2004 e-mail and attachment Samsung Proposal R1-040859 at TSG RAN WG1 #38 (Aug. 12, 2004) | APLNDC-WH-A0000010791; APLNDC-WH-A0000010862 | APLNDC-WH-A0000010792; APLNDC-WH-A0000010863 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 194 | N/A | 3/2/2010 | Email from Sungsik Lee dated March 2, 2010 | SAMNDCA10247549 | SAMNDCA10247552 | Sungsik Lee; Dong Hoon Chang; Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 195 | N/A | 10/16/2010 | Email from Sangwook Han dated October 28, 2010 | SAMNDCA10850604 | SAMNDCA10850607 | Wookyun Kho; Terry Musika; Ravin Balakrishnan; Justin Denison | Damages, secondary considerations, copying. | | |
| 196 | N/A | 11/2010-1/2011 | Premium & Mass Design Preference Study | SAMNDCA00176172 | SAMNDCA00176172 | Seung Hun Yoo; Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 197 | N/A | N/A | Samsung i700 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 198 | N/A | N/A | Samsung i830 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 199 | N/A | 4/1/2010 | Comedy Central, *The Colbert Report*, April 1, 2010 | APLNDC0000359626 | APLNDC0000359626 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 200 | N/A | N/A | Samsung Sunburst | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |