UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>                    Plaintiff,<br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING THIRD PARTY MOTIONS TO SEAL |

A third party has contacted the Court regarding the sealing of third party confidential information disclosed to Apple and Samsung in discovery. A third party whose documents will be disclosed in the course of the trial may file an administrative motion to file those documents under seal. The administrative motion must comply with Civil Local Rule 79-5. In addition, Reuters America, the Third Party Intervenor, will have four days to file a response, if any, to the administrative motion pursuant to the local rules. Any third party seeking to have records sealed is warned that it must meet the "compelling reasons" test to justify sealing court records.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING THIRD PARTY MOTIONS TO SEAL