| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S SUBMISSION REGARDING PROPOSED DESIGN PATENT SUPPLEMENT TO THE FEDERAL JUDICIAL CENTER'S PATENT VIDEO** |

APPLE INC.'S PROPOSED DESIGN PATENT SUPPLEMENT TO THE FJC'S PATENT VIDEO
CASE NO. 11-CV-01846-LHK
sf-3173718

1    Pursuant to the Minute Order and Case Management Order of July 19, 2012 (Dkt. No.
2    1267) ("Order"), Plaintiff Apple Inc. submits the following Proposed Design Patent Supplement
3    to the Federal Judicial Center's Patent Video.  This submission is subject to and without waiver of
4    Apple's objection to playing the FJC Patent Video to the jury.
5    Attached hereto as Exhibit 1 is Apple's compromise Proposed Design Patent Supplement
6    to the FJC's Patent Video.  In view of the Court's ruling that the FJC Patent Video will be shown,
7    Apple proposes that the Court read Exhibit 1 to the jury following the Video.
8    Attached hereto as Exhibit 2 is a comparison of Apple's compromise Proposed Design
9    Patent Supplement (Exh. 1) and Samsung's Proposed Design Patent Supplement (Exh. 4),
10   indicating where there is disagreement.
11   Also attached hereto as Exhibit 3 is Apple's original proposal, as sent to Samsung's
12   attorneys on July 21, 2012 at 1:26 p.m.  Attached hereto as Exhibit 4 is Samsung's Proposed
13   Design Patent Supplement, which was sent to Apple's attorneys on July 22, 2012 at 6:45 p.m.
14   Attached hereto for the convenience of the Court as Exhibit 5 is an unofficial transcript of
15   the FJC's video.  Attached hereto as Exhibit 6 is U.S. Patent No. D517,789, which is the sample
16   design patent that Apple proposes for use with the design patent supplement.
17   Apple objects to Samsung's proposal (Exh. 4).  Samsung objects both to Apple's original
18   proposal (Exh. 1) and to Apple's compromise proposal (Exh. 5).
19   <u>Apple's statement in support of its proposal</u>:  The parties have met and conferred pursuant
20   to the Order.  While the parties were able to agree on much of the text, there are two primary
21   points where they have been unable to agree:  One, on the inclusion of the third paragraph on the
22   first page of Apple's two proposals; and two, on language with respect to the presumption of
23   validity for design patents and the application of the same higher standard of proof that is used
24   with utility patents.  As to the first issue, the paragraph is based on the Definition of a Design set
25   forth in Section 1502 of the MPEP.  As to the second issue, Apple submits that the reference to
26   the presumption and burden of proof is consistent with the language used in the FJC Video (at pp.
27   6-7 of the unofficial transcript (Ex. 2)), and complies with the Court's Order that the supplement
28   explain to the jury "that design patents are entitled to the same presumptions and protections as

APPLE INC.'S PROPOSED DESIGN PATENT SUPPLEMENT TO THE FJC'S PATENT VIDEO
CASE NO. 11-CV-01846-LHK                                                                                                     1
sf-3173718

1 | utility patents."  Order at 2.

3 | Dated: July 23, 2012                              MORRISON & FOERSTER LLP

5 |                                                                 By: /s/ Richard Hung
6 |                                                                       Richard Hung

7 |                                                                 Attorneys for Plaintiff
                                                                    APPLE INC.

APPLE INC.'S PROPOSED DESIGN PATENT SUPPLEMENT TO THE FJC'S PATENT VIDEO
CASE NO. 11-CV-01846-LHK
sf-3173718

2