1  HAROLD J. MCELHINNY (CA SBN 66781)            WILLIAM F. LEE
   hmcelhinny@mofo.com                           william.lee@wilmerhale.com
2  RACHEL KREVANS (CA SBN 116421)                WILMER CUTLER PICKERING
   rkrevans@mofo.com                             HALE AND DORR LLP
3  MICHAEL A. JACOBS (CA SBN 111664)             60 State Street
   mjacobs@mofo.com                              Boston, MA 02109
4  JENNIFER LEE TAYLOR (CA SBN 161368)           Telephone: (617) 526-6000
   jtaylor@mofo.com                              Facsimile: (617) 526-5000
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)             MARK D. SELWYN (SBN 244180)
   rhung@mofo.com                                mark.selwyn@wilmerhale.com
7  JASON R. BARTLETT (CA SBN 214530)             WILMER CUTLER PICKERING
   jasonbartlett@mofo.com                        HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                       950 Page Mill Road
   425 Market Street                             Palo Alto, California 94304
9  San Francisco, California 94105-2482          Telephone: (650) 858-6000
   Telephone: (415) 268-7000                     Facsimile: (650) 858-6100
10 Facsimile: (415) 268-7522

12 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

17                              SAN JOSE DIVISION

19 APPLE INC.,                                   Case No.   11-cv-01846 LHK (PSG)

20            Plaintiff,
                                                 **APPLE'S NOTICE OF AMENDED
21     v.                                        DEPOSITION DESIGNATIONS**

22 SAMSUNG ELECTRONICS CO., LTD., a              Place:  Courtroom 4, 5th Floor
   Korean business entity; SAMSUNG               Judge:  Hon. Lucy H. Koh
23 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA, LLC, a
   Delaware limited liability company,
25
              Defendants.
26

APPLE'S AMENDED DEPOSITION DESIGNATIONS
CASE NO. 11-cv-01846 LHK (PSG)                                                    1
sf-3173968

Pursuant to the July 19, 2012 Minute Order and Case Management Order (Docket No. 1267) Apple hereby submits as Exhibit A its amended deposition designations that it intends to offer at trial other than solely for the purpose of impeachment or rebuttal.  Objections and instructions have been included for ease of reading, but are not designated.  Apple dos not waive its right to object to the witness or to the use of testimony from a witness if the witness is called by Samsung.

Dated: July 23, 2012

                                          MORRISON & FOERSTER LLP

                                    By:   */s/ Michael A. Jacobs*
                                                Michael A. Jacobs

                                                Attorneys for Plaintiff
                                                APPLE INC.