QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KETAN PATEL IN SUPPORT OF JOINT STATEMENT REGARDING USE OF REPRESENTATIVE PRODUCTS AT TRIAL** |

02198.51855/4870388.1

Case No. 11-cv-01846-LHK
DECLARATION OF KETAN PATEL

**DECLARATION OF KETAN PATEL**

I, Ketan Patel, do hereby declare as follows:

1. I am an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of the Joint Statement Regarding Use of Representative Products at Trial. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit 1 to this declaration is a true and correct excerpt from the Expert Report of Jeffrey Johnson, Ph.D. Regarding Non-Infringement of U.S. Patent No. 7,469,381.

3. Attached as Exhibit 2 to this declaration is a true and correct excerpt from the April 20, 2012 Deposition Transcript of Ravin Balakrishnan, Ph.D. admitting that certain functionality in the accused products were different than what is claimed in the '381 patent.

4. Attached as Exhibit 3 to this declaration is a true and correct excerpt from the July 12, 2012 Deposition Transcript of Ravin Balakrishnan, Ph.D. limiting his infringement opinion to the specific code running on the specific devices he inspected.

5. Attached as Exhibit 4 to this declaration are true and correct copies of Exhibits 11 and 13 from the Expert Report of Karan Singh, Ph.D. Regarding Infringement of U.S. Patent Nos. 7,864,163, 7,844,915 and 7,853,891 depicting the allegedly infringing functionality of a Samsung Galaxy SII variant and a Samsung Vibrant device.

6. Attached as Exhibit 5 to this declaration is a true and correct excerpt from the October 28, 2011 Deposition Transcript of Richard Williamson testifying that Apple's own implementation of the patented software was refined over a period of time.

7. Attached as Exhibit 6 to this declaration is a true and correct copy of a draft Stipulation and [Proposed] Order Regarding Use of Representative Products at Trial sent by Apple and received by Samsung on July 21, 2012.

1  I declare under penalty of perjury that the forgoing is true and correct to the best of my
2  knowledge.
3  Executed this 23rd day of July, 2012, in San Jose, CA.

4
5
6  /s/ Ketan Patel
   Ketan Patel
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51855/4870388.1

-3-    Case No. 11-cv-01846-LHK
DECLARATION OF KETAN PATEL

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the EF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Ketan Patel has concurred in this filing.

DATE: July 23, 2012                         /s/  *Victoria Maroulis*
                                            Victoria Maroulis

02198.51855/4870388.1

-4-                   Case No. 11-cv-01846-LHK
DECLARATION OF KETAN PATEL