# EXHIBIT 2

Page 1

1      IN THE UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4  APPLE, INC., a California Corporation

5  vs.                              CN:11-CV-01846-LHK

6  SAMSUNG ELECTRONICS COMPANY,

7  LTD, a Korean business entity; SAMSUNG

8  ELECTRONICS AMERICA, INC., a New

9  York Corporation; SAMSUNG

10 TELECOMMUNICATIONS AMERICA, LLC,

11 a Delaware Limited Liability Company.

12 _____/

13

14

15     The videorecorded deposition of RAVIN

16 BALAKRISHNAN, PH.D., was held on Friday, April 20,

17 2012, commencing at 9:07 A.M., at the Law Offices of

18 Quinn Emanuel, 1299 Pennsylvania Avenue, N.W., Suite

19 825, Washington, D.C., before Ronda J. Thomas, a

20 Notary Public.

21

22

23 REPORTED BY:

24 Ronda J. Thomas, RPR, CLR

25 JOB NO. 48807

| | | |
|---|---|---|
| 1 | A    That's not quite what I said before. | 11:05 |
| 2 | What I said before is I'm accusing the | 11:05 |
| 3 | particular products that are listed in paragraph 37, | 11:05 |
| 4 | running those particular applications that I examined | 11:05 |
| 5 | in counsel's office and every other product out there | 11:05 |
| 6 | that is of the same model and version of software and | 11:05 |
| 7 | hardware, and also, I've looked at the code for each of | 11:05 |
| 8 | these that are in the family of code and any device of | 11:05 |
| 9 | the same type that's running that same chunk of code | 11:05 |
| 10 | would also infringe. | 11:05 |
| 11 | (Balakrishnan Exhibit 5 was marked for | 11:05 |
| 12 | purposes of identification.) | 11:05 |
| 13 | Q    I'm going to mark, as Exhibit 5, a Galaxy | 11:06 |
| 14 | Tab 7.0. | 11:06 |
| 15 | MR. BUSEY:  This is Exhibit 5? | 11:06 |
| 16 | MR. JOHNSON:  Right. | 11:06 |
| 17 | MR. BUSEY:  Could I see that just a moment? | 11:06 |
| 18 | Thank you. | 11:06 |
| 19 | Q    You've accused the Browser feature of this | 11:07 |
| 20 | particular device of infringing, right? | 11:07 |
| 21 | A    And you're representing this is the Galaxy | 11:07 |
| 22 | Tab 7.0? | 11:07 |
| 23 | Q    You tell me what it is. | 11:07 |
| 24 | A    It says Galaxy Tab.  It looks like the 7.0, | 11:07 |
| 25 | but you can't tell whether, can't 100 percent tell | 11:07 |

| | | |
|---|---|---|
| 1 | without the box. | 11:07 |
| 2 | Q    Yeah, it's the 7.0. | 11:07 |
| 3 | A    Okay. | 11:07 |
| 4 | Q    So you've accused the Browser feature of | 11:07 |
| 5 | infringing in this particular device, right? | 11:08 |
| 6 | A    I've accused it in the device I saw at | 11:08 |
| 7 | counsel's office -- sorry, Apple's counsel's office -- | 11:08 |
| 8 | and to the extent it's the same device on the same | 11:08 |
| 9 | software, it would infringe. | 11:08 |
| 10 | Q    Okay.  Well, take a look at the Browser | 11:08 |
| 11 | function on, on this particular device, and this is the | 11:08 |
| 12 | way it came out of the box. | 11:08 |
| 13 | And I want to ask you whether this | 11:08 |
| 14 | particular Browser function infringes the '381 patent? | 11:08 |
| 15 | (Witness reading.) | 11:11 |
| 16 | A    So this particular version of the Browser | 11:13 |
| 17 | that I'm looking at on this Galaxy Tab appears to do a | 11:13 |
| 18 | hard stop instead of the functionality of the '381 | 11:13 |
| 19 | patent. | 11:13 |
| 20 | Q    And you don't know what version of Browser | 11:13 |
| 21 | you looked at on the Galaxy Tab that's referenced in | 11:13 |
| 22 | your report? | 11:13 |
| 23 | A    As I said, it was the default Browser that | 11:13 |
| 24 | came on the device. | 11:13 |
| 25 | Q    You don't know what that is, though? | 11:13 |