# EXHIBIT 3

# In The Matter Of:

*APPLE INC.*

*v.*

*SAMSUNG ELECTRONICS CO., LTD., et al.*

---

*RAVIN BALAKRISHNAN*

*July 12, 2012*

---

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

```
 1              THE WITNESS:  As I said before, apart
 2         from this duality here of the Exhibit 4G
 3         where there were two devices with different
 4         colored casings and the replacement of some
 5         of the devices for a variety of reasons,
 6         those were the only devices that I considered
 7         for the purposes of my infringement report.
 8    Q.   So for a given product -- for a given
 9  product, have you reviewed or considered more than
10  one Android version in formulating the infringement
11  opinions in your report on infringement of the '381
12  patent?
13              MR. MONACH:  Objection.  Vague.
14              THE WITNESS:  If you can restate that
15         question or maybe have the court reporter
16         read it back, if you don't mind, I want to
17         make sure I'm clear on the question.
18              MR. TUNG:  Sure.  You can read back the
19         question.
20              (Question read back.)
21    A.   So for a given product -- so, for example,
22  the Captivate or the Continuum, the device I
23  reviewed had the particular version of Android that
24  I have listed in this table in Exhibit 101 running
25  on it.  And for that particular version of Android
```

```
 1   running on that particular device I've determined
 2   that the particular applications have the infringing
 3   behavior.
 4        What I've also determined is that additional
 5   versions of Android by looking at the source code
 6   and also the other versions of the phone would also
 7   have similar behavior, infringing behavior.  So what
 8   I mean to say by that is if, for example, you have
 9   the Captivate phone running Android version 2.2.1,
10   given that Android version 2.2.1 running on the
11   Droid Charge, I have determined to be infringing the
12   '381 patent claim for some applications.  If that
13   same version of Android was to run on a Captivate
14   phone, there is no reason why it would not infringe.
15   So that would also infringe.
16      Q.  But you have not considered or examined a
17   Captivate phone running 2.2.1, correct?
18           MR. MONACH:  Object to the form of the
19        question as vague and compound.  It was asked
20        and answered.  You can do it again.
21           THE WITNESS:  I've not examined the
22        Captivate phone, per se, running 2.2.1, but I
23        have looked at 2.2.1 code that was produced.
24        If that 2.2.1 would run the Captivate, then
25        that would infringe as well.
```

```
 1     Q.  How do you know that the 2.2.1 code running
 2  on the Captivate would also infringe?
 3     A.  Because the 2.2.1 code running on the Droid
 4  Charge or the Epic 4G and some of the other devices
 5  I have listed here clearly infringe.  And code, if
 6  running on another device, there's no reason why it
 7  would be any different behavior if it's the exact
 8  same code running on that device.
 9     Q.  So is it your testimony that the same code
10  running on different devices always operates the
11  same way?
12            MR. MONACH:  Object to the form of the
13        question.  Object as beyond the scope.
14            THE WITNESS:  For the particular
15        functionality we're talking about here, for
16        the bounceback functionality, that particular
17        functionality, that software-based
18        functionality, if it's running on another
19        device that had similar touch hardware
20        capability, in other words, which all these
21        phones and tablets do, as one skilled in the
22        art, I don't see any reason why it would not
23        behave the same way.
24     Q.  So have you ever observed two different
25  devices running the same version of Android and
```

```
 1   exhibiting different behavior?
 2              MR. MONACH:  Objection.  Incomplete
 3         hypothetical.  Object.  Beyond the scope.
 4              THE WITNESS:  I have not observed two
 5         different devices running the exact same code
 6         that exhibits different behavior.
 7      Q.  My question is have you observed two
 8   different devices running the same version of
 9   Android exhibiting different behavior?
10              MR. MONACH:  Same objections.
11              THE WITNESS:  I might have, but I want
12         to make a distinction between what you call
13         the version of Android and what I'm saying is
14         the same source code.  So just because
15         somebody labels it a version of Android
16         doesn't mean somebody else couldn't have
17         changed it and putting in on a different
18         phone and calling it the same version of
19         Android.  I just wanted to draw that
20         distinction.  If it's the exact same code
21         running on a different device with the same
22         capabilities as a device, that would
23         infringe.
24      Q.  Do you know if Captivate running Android
25   version 2.2.1 code has the exact same code as, for
```

```
 1   example, the Droid Charge running Android version
 2   2.2.1?
 3              MR. MONACH:  Object.  Beyond the scope
 4         of the supplemental deposition.
 5              THE WITNESS:  If 2.2.1 were running on
 6         the Captivate, it would be the same code.
 7         Why would it be different?  If I take one
 8         piece of code and put it on another machine,
 9         it's the same code.
10      Q.  But didn't you just testify that someone
11   could have changed the code?
12      A.  Then it's not the same code anymore.
13      Q.  So you haven't observed the Captivate running
14   the source code that you inspected for the Droid
15   Charge, correct?
16      A.  I have not seen the Captivate running 2.2.1,
17   per se, no.
18      Q.  But you are rendering an opinion on Captivate
19   running 2.2.1 Android version code?
20      A.  That's right.  If it ran 2.2.1, and it's the
21   same 2.2.1 that I've examined in the context that
22   was provided by Samsung for examination, and that I
23   have determined when running on the Droid Charge and
24   Epic 4G, for example, do infringe, if that same code
25   were to run on the Captivate, I don't see any reason
```