# EXHIBIT 5

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                              CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13              Defendants.
     _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17         A T T O R N E Y S'  E Y E S   O N L Y
18
19   VIDEOTAPED DEPOSITION OF RICHARD WILLIAMSON
20           REDWOOD SHORES, CALIFORNIA
21            FRIDAY, OCTOBER 28, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 42876
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 159

1  Yahoo!
2      Q   Are you aware if that was the case for all
3  other sites as well?
4      A   I'm not sure if that's true or not.  I don't
5  know.
6      Q   Okay.  Was that part of the general algorithm
7  for the double tap to zoom feature as of writing this
8  e-mail?
9          MR. BARQUIST:  Objection; lacks foundation.
10         THE WITNESS:  Like I said, I -- I wouldn't
11 want to talk about the specifics at this point in time
12 of what was and wasn't the case.
13         MR. MACK:  Okay.
14     Q   So but -- so it's your recollection that --
15 that the double tap to zoom feature used more than one
16 algorithm to determine which block or image to zoom in
17 to?
18         MR. BARQUIST:  Objection; mischaracterizes
19 testimony.
20         THE WITNESS:  No.  I mean, why would I --
21 double tap is all about finding strategically
22 interesting boxes on a web page or any other document
23 that has structure; and, you know, we certainly refine
24 that over a period of time to make it -- make it
25 better.