# EXHIBIT 6

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | QUINN EMANUEL URQUHART & |
| hmcelhinny@mofo.com | SULLIVAN, LLP |
| MICHAEL A. JACOBS (CA SBN 111664) | Charles K. Verhoeven (Cal. Bar No. |
| mjacobs@mofo.com | 170151) |
| JENNIFER LEE TAYLOR (CA SBN 161368) | 50 California Street, 22nd Floor |
| jtaylor@mofo.com | San Francisco, California 94111 |
| ALISON M. TUCHER (CA SBN 171363) | Telephone: (415) 875-6600 |
| atucher@mofo.com | Facsimile: (415) 875-6700 |
| RICHARD S.J. HUNG (CA SBN 197425) | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| rhung@mofo.com | Victoria F. Maroulis (Cal. Bar No. 202603) |
| JASON R. BARTLETT (CA SBN 214530) | 555 Twin Dolphin Drive 5th Floor |
| jasonbartlett@mofo.com | Redwood Shores, California 94065 |
| MORRISON & FOERSTER LLP | Telephone: (650) 801-5000 |
| 425 Market Street | Facsimile: (650) 801-5100 |
| San Francisco, California 94105-2482 | Michael T. Zeller (Cal. Bar No. 196417) |
| Telephone: (415) 268-7000 | 865 S. Figueroa St., 10th Floor |
| Facsimile: (415) 268-7522 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| Attorneys for Plaintiff and | Facsimile: (213) 443-3100 |
| Counterclaim-Defendant APPLE INC. | |
| | Attorneys for SAMSUNG ELECTRONICS |
| | CO., LTD., SAMSUNG ELECTRONICS |
| | AMERICA, INC. and SAMSUNG |
| | TELECOMMUNICATIONS AMERICA, |
| | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING USE OF REPRESENTATIVE PRODUCTS AT TRIAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

WHEREAS, the Parties wish to streamline the presentation of evidence in connection with certain issues to be addressed at trial;

WHEREAS, to facilitate the use of representative products at trial, Apple agrees that it will not accuse the ThinkFree Office application, which is on certain accused products, but not others, of infringement;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. For purposes of assessing infringement of the asserted claim of United States Patent No. 7,469,381:

> (a) the Galaxy S II (AT&T) is representative of the Galaxy S II (i9100);
>
> (b) the Exhibit 4G is representative of the Galaxy Ace;
>
> (c) the Galaxy S 4G is representative of the Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy S (i9000), Indulge, Infuse 4G, Mesmerize, Sidekick, and Vibrant;
>
> (d) the Nexus S 4G is representative of the Nexus S and Replenish;
>
> (e) the Galaxy Tab 10.1 is representative of the Galaxy Tab 7.0; and
>
> (f) the Gem and Prevail will be assessed separately.

2. If Apple proves that a representative product in sections 1(a) through 1(e) infringes the asserted claim of the '381 patent, such proof will constitute proof that all the products identified within that particular section infringe the asserted claim.

3. If Apple fails to prove that a representative product in sections 1(a) through 1(e) infringes the asserted claim of the '381 patent, such failure of proof will constitute proof that all the products identified within that particular section do not infringe the asserted claim.

4. For purposes of assessing infringement of the asserted claim of United States Patent No. 7,864,163:

> (a) the Galaxy S II (AT&T) is representative of the Acclaim, Captivate, Continuum, Droid Charge, Exhibit 4G, Fascinate, Galaxy Ace, Galaxy S (i9000),

STIPULATION RE REPRESENTATIVE PRODUCTS AT TRIAL – DRAFT FOR DISCUSSION PURPOSES ONLY
11-cv-01846-LKH (PSG)
[Apple/Samsung] Representative Products Utility Patents Stipulation/sf-3173239 v2        07/21/2012 06:07 AM

1

Galaxy S II (i9100), Galaxy S II (T-Mobile), Galaxy S 4G, Gem, Indulge, Infuse 4G, Intercept, Mesmerize, Sidekick, Transform, and Vibrant;

(b) the Nexus S 4G is representative of the Epic 4G, Galaxy Prevail, Nexus S, and Replenish; and

(c) the Galaxy Tab 7.0 and Galaxy Tab 10.1 will be assessed separately.

5. If Apple proves that a representative product in sections 4(a) through 4(b) infringes the asserted claim of the '163 patent, such proof will constitute proof that all the products identified within that particular section infringe the asserted claim.

6. If Apple attempts to prove, but fails to prove, that a representative product in sections 4(a) through 4(b) infringes the asserted claim of the '163 patent, such failure of proof will constitute proof that all the products identified within that particular section do not infringe the asserted claim.

7. For purposes of assessing infringement of the asserted claim of United States Patent No. 7,844,915:

(a) the Galaxy S II (AT&T) is representative of the Acclaim, Captivate, Continuum, Droid Charge, Exhibit 4G, Fascinate, Galaxy Ace, Galaxy S (i9000), Galaxy S II (i9100), Galaxy S II (T-Mobile), Galaxy S 4G, Gem, Indulge, Infuse 4G, Intercept, Mesmerize, Sidekick, Transform, and Vibrant;

(b) the Nexus S 4G is representative of the Epic 4G, Galaxy Prevail, Nexus S, and Replenish; and

(c) the Galaxy Tab 7.0 and Galaxy Tab 10.1 will be assessed separately.

8. If Apple proves that a representative product in sections 7(a) through 7(b) infringes the asserted claim of the '915 patent, such proof will constitute proof that all the products identified within that particular section infringe the asserted claim.

9. If Apple attempts to prove, but fails to prove, that a representative product in sections 7(a) through 7(b) infringes the asserted claim of the '915 patent, such failure of proof will constitute proof that all the products identified within that particular section do not infringe the asserted claim.

**IT IS SO STIPULATED.**

Dated: July 20, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:_____<br>   HAROLD J. MCELHINNY<br>   MICHAEL A. JACOBS<br>   JENNIFER LEE TAYLOR<br>   ALISON M. TUCHER<br>   RICHARD S.J. HUNG<br>   JASON R. BARTLETT<br><br>Attorneys for APPLE INC. | By:_____<br>   CHARLES K. VERHOEVEN<br>   KEVIN P.B. JOHNSON<br>   VICTORIA F. MAROULIS<   EDWARD DEFRANCO<br>   MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

## ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: _____

HONORABLE LUCY H. KOH<br>United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

Dated: July __, 2012                           /s/_____
                                               Michael A. Jacobs

STIPULATION RE REPRESENTATIVE PRODUCTS AT TRIAL
11-cv-01846-LKH (PSG)
[Apple/Samsung] Representative Products Utility Patents Stipulation/sf-3173239 v2          07/21/2012 06:07 AM

2