UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER RE: JURY NOTEBOOKS |

In the Case Management Order filed on July 9, 2012, the parties were ordered to prepare joint stipulated Jury Notebooks. This Order provides further guidance to the parties regarding the contents of these Notebooks. The parties shall deliver to the Courtroom Deputy at 10 a.m. on Friday, July 27, 2012, thirteen three ring binders containing the following:

(1) Lists of witnesses, attorneys, and trial dates and times

(2) Sample patent to accompany the FJC video

(3) Preliminary Jury Instructions

(4) Two-columned chart of the asserted claims -- The left column shall contain the asserted claims with the construed terms highlighted. The right column shall contain the Court's claim construction of the highlighted terms.

(5) Glossary

(6) All asserted patents and trade dresses

(7) Tab for witness photos. The parties shall take a photo of each witness outside the Courtroom immediately before the witness testifies and shall provide the Courtroom

1

Case No.: 11-CV-01846-LHK
ORDER RE: JURY NOTEBOOKS

1 Deputy thirteen three-hole punched 8 1/2 x 11 copies of each photo.  The Courtroom
2 Deputy will distribute the photos.  The witness must appear the same in the photo as he/she
3 will appear on the witness stand (e.g., same clothing, hairstyle, eyewear).

(8) Tab for Final Jury Instructions

(9) Blank lined paper

The parties must stipulate to everything in the Jury Notebooks.  If no agreement can be reached, the item or information is not permitted in the Jury Notebooks.

The parties are to bring the FJC video and necessary equipment to show the video to the jury.

If the parties have any questions or concerns about the Jury Notebooks, the parties may raise them at tomorrow's pre-trial conference.

**IT IS SO ORDERED.**

Dated: July 23, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge