UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff and Counterdefendant,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER STRIKING APPENDIX A TO SAMSUNG'S WITNESS LIST |

In this Court's July 18, 2012 Case Management Order, the parties were ordered to narrow their witness lists. The parties were instructed that "[e]ach side must limit the number of witnesses on its list to 50 witnesses. Each side shall also limit the number of depositions designations to 45 witnesses and no more than 25 hours of deposition."

Samsung filed its Second Amended Witness List for Trial as required by the Case Management Order. ECF No. 1278. In addition to its 50 live witnesses and forty-five deposition witnesses, Samsung included an additional list of 112 witnesses, which "Samsung may have called by deposition or in person if permitted." *See* ECF No. 1278. The parties have repeatedly been asked to narrow the scope of the case in anticipation of trial, which is now one week away. Samsung has already identified 95 witnesses it will call live and by deposition at trial. Samsung's claim that it needs an additional 112 witnesses for a total of 207 witnesses in this trial is not well taken. Samsung's Appendix A is contrary to the letter and spirit of the Court's Case Management Order. Accordingly, Appendix A of Samsung's Second Amended Witness List for Trial is STRICKEN.

1

Case No.: 11-CV-01846-LHK
ORDER STRIKING APPENDIX A

1  **IT IS SO ORDERED.**

2  Dated: July 23, 2012

                                                                                    _____
3  LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01846-LHK
ORDER STRIKING APPENDIX A