| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   11-cv-01846 LHK (PSG)<br><br>**APPLE'S CORRECTED NOTICE OF AMENDED DEPOSITION DESIGNATIONS**<br><br>Place:   Courtroom 4, 5th Floor<br>Judge:   Hon. Lucy H. Koh |

APPLE'S AMENDED DEPOSITION DESIGNATIONS
CASE NO. 11-cv-01846 LHK (PSG)
sf-3173968

1

1  Pursuant to the July 19, 2012 Minute Order and Case Management Order (Docket No. 1267) Apple hereby submits as Exhibit A its amended deposition designations that it intends to offer at trial other than solely for the purpose of impeachment or rebuttal.  Objections and instructions have been included for ease of reading, but are not designated.  Apple dos not waive its right to object to the witness or to the use of testimony from a witness if the witness is called by Samsung.

Dated: July 23, 2012

                MORRISON & FOERSTER LLP

By:   */s/ Michael A. Jacobs*
       Michael A. Jacobs

       Attorneys for Plaintiff
       APPLE INC.

APPLE'S AMENDED DEPOSITION DESIGNATIONS
CASE NO. 11-cv-01846 LHK (PSG)
sf-3173968

1