**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff and Counterdefendant, ) | |
| v. ) | ORDER REQUIRING LEAD TRIAL |
| ) | COUNSEL TO MEET AND CONFER |
| SAMSUNG ELECTRONICS CO., LTD., A ) | FOR FINAL JURY INSTRUCTIONS |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants and Counterclaimants. ) | |
| ) | |

14        The Court has reviewed the preliminary jury instructions submitted by the parties and has

15    filed a tentative set of preliminary jury instructions concurrently with this Order.  In reviewing the

16    parties' submissions, it became clear that the parties did not comply with the spirit of the Court's

17    order requiring a joint submission of disputed and undisputed jury instructions.  The Court was

18    disappointed to see many unnecessary disputes in the preliminary instructions.  For example, the

19    parties could not agree on: (1) whether an instruction regarding use of interpreters would be given

20    at the beginning of the trial, or before the first witness requiring an interpreter testifies; or (2)

21    whether to insert "allegedly" before "infringing products."

22        While the Court appreciates that real disputes will arise regarding the correct statement of

23    law and the proper jury instructions to be given at the close of the case, many of the disputes thus

24    far seem unnecessary.  Accordingly, lead trial counsel are ordered to meet and confer in person

25    regarding the final jury instructions.  Only instructions in which lead trial counsel cannot agree on

26    the substantive statement of the law should be presented as disputed jury instructions for the Court

27    to resolve.  In addition, to give the parties further guidance, the Court has a strong preference for

28    the use of Ninth Circuit Model Jury Instructions and the Northern District of California Model

1

1   Patent Jury Instructions.  The parties shall file a revised joint submission of disputed and

2   undisputed final jury instructions by August 6, 2012.  The parties shall also lodge with the Court 3

3   binders containing copies of the joint submission by Tuesday, August 7, 2012 at noon.

4   **IT IS SO ORDERED.**

5   Dated: July 23, 2012

                                _____

6                             LUCY H. KOH
                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

Case No.: 11-CV-01846-LHK
ORDER REQUIRING LEAD TRIAL COUNSEL TO MEET AND CONFER