1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RECONSIDERATION** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion For Reconsideration and Objections To Trial Limitations ("Motion for Reconsideration").

Having considered the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Samsung's Motion For Reconsideration.    The previous constraints set by the Court shall be treated as presumptive guidelines, with each party instructed to use its reasonable discretion in winnowing its proof for trial.

Alternatively, the Court GRANTS Samsung's Motion For Reconsideration as follows:

1       1.    The amount of trial time allotted to each party shall be increased to 50 hours per

2             side;

3       2.    The number of trial exhibits allotted to each party shall be increased to 400; and

4       3.    The additional constraints on designations of witnesses and deposition

5             transcripts are altogether eliminated.

6

7     **IT IS SO ORDERED.**

8

9  DATED:   _____

10

11

12                                     _____

HONORABLE LUCY H. KOH
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28