1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                          UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |        Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
20 |        vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG |
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG |
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 |        Defendants. |

1    Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, Defendants Samsung
2 Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3 America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to
4 seal:

5    1. The confidential, unredacted version of Samsung's Trial Brief; and
6    2. Exhibits 1-4 and 10-18 of the Declaration of Joby Martin in Support of Samsung's
7       Trial Brief.

8    In short, the above document discusses and refers to documents which Apple has
9 designated as HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY under the Protective
10 Order.   Samsung expects that Apple will file the declaration required by Local Rule 79-5(d) to
11 establish these documents as sealble.

12    Pursuant to General Order No. 62, Samsung's entire filing will be lodged with the Court
13 for *in camera* review and served on all parties.

16 DATED: July 23, 2012            QUINN EMANUEL URQUHART &
17                                 SULLIVAN, LLP

19                                 By   */s/ Victoria Maroulis*
20                                      Charles K. Verhoeven
                                        Kevin P.B. Johnson
21                                      Victoria F. Maroulis
                                        Michael T. Zeller
22                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
23                                      INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC