| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: APPLE'S TRIAL BRIEF** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62,
2   Apple Inc. ("Apple") submits this motion for an order to seal the confidential, unredacted version
3   of Apple's Trial Brief.
4   Apple submits this motion only because we are required to do so by this Court's
5   protective order.  Apple's Trial Brief contains information that Samsung has designated as highly
6   confidential.  Apple conferred with Samsung today in an attempt to avoid this motion, and
7   provided Samsung with details of the information in our brief.  Samsung refused to relieve us of
8   the duty of filing this motion.  In light of the Court's clear statement that only compelling reasons
9   will now permit the sealing of materials in this case, Samsung's decision seems nothing more
10  than a bad faith attempt to delay public review of the evidence in this case.  Apple infers Samsung
11  intends to file a declaration seeking to establish that "compelling reasons" permit the sealing of
12  these materials.  *See* Civ. Local R. 79-5(d).
13  Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the brief with the
14  sealable portions highlighted.

16  Dated: July 23, 2012                           MORRISON & FOERSTER LLP

18                                                 By:      /s/ *Alison M. Tucher*
19                                                        ALISON M. TUCHER

20                                                 Attorney for Plaintiff
                                                   APPLE INC.

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK                                                                     1
sf-3174065

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Alison Tucher has concurred in this filing.

Dated:  July 23, 2012                                                        */s/  Michael A. Jacobs*
                                                                                              Michael A. Jacobs