1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: APPLE'S TRIAL BRIEF** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2  ("Apple") has filed an administrative motion for an order to seal the confidential, unredacted
3  version of Apple's Trial Brief.
4  Having considered the arguments and the papers submitted, and COMPELLING
5  REASONS HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative
6  Motion to File Under Seal.  The above-referenced documents shall be filed under seal.
7  **IT IS SO ORDERED.**

9  Dated:_____, 2012         By:_____
10                                                   Honorable Lucy H. Koh
                                                     United States District Judge