# EXHIBIT 7

등록디자인 30-0452985유사2

DEFENDANT'S EXHIBIT
NO. 519.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____



(19) 대한민국특허청(KR)
(12) 등록디자인공보(S)

| | |
|---|---|
| (52) 분류 H3-301 | (45) 공고일자  2007년08월27일 |
| | (11) 등록번호  30-0452985유사2 |
| | (24) 등록일자  2007년08월17일 |

(51) 국제분류    14-03
(21) 출원번호    30-2006-0050769
(22) 출원일자    2006년12월20일

(73) 디자인권자    삼성전자주식회사
                  경기도 수원시 영통구 매탄동 416

(72) 창작자    박형신
               서울특별시 양천구 신정3동 1192-2 성은스카이빌 3차 702호
               이창수
               인천광역시 부평구 청천2동 대우아파트 107동 1101호
               현상민
               서울특별시 서초구 방배4동 809-26 대우멤버스카운티 201동 603호

(74) 대리인    류명현
               우광제

담당심사관 한효식

(54) 휴대용 전화기

디자인의 대상이 되는 물품

휴대용 전화기

디자인의 설명

1. 재질은 금속 및 합성수지재 등임.

2. 전면 상단에 디지털 카메라가 있는 것임.

3. 참고도 1에 도시된 바와 같이 키패드의 형상을 쿼티(QWERTY)키보드와 같이 배열하여 가로로 놓고 사용할 수 있는 것임.

디자인 창작 내용의 요점

본원 디자인은 폴더형을 기본 형상으로 하여, 전체적으로 부드러운 곡선을 살려 심플하고 한층 세련된 미감을 표현한 것을 디자인창작내용의 요점으로 함.

SAMNDCA00255357

등록디자인 30-0452985유사2

【사시도】



【정면도】





- 2 -

SAMNDCA00255358

등록디자인 30-0452985유사2

【 배면도 】



【 좌측면도 】

SAMNDCA00255359

등록디자인 30-0452985유사2



【우측면도】

【평면도】

【저면도】

【참고도 1】

SAMNDCA00255360

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled **KR30-0452985(KR30-2006-0050769)** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

December 23, 2011

_____

Alex N. Jo, Translator

Registered Design 30-0452985 S2



**(19) Korea Intellectual Property Office (KIPO) (KR)**
**(12) Official Gazette of Registered Industrial Designs (S)**

| | | |
|---|---|---|
| (52) Classification | H3-301 | (45) Publication Date: August 27, 2007 |
| | | (11) Registration No.:30-0452985 S2 |
| | | (24) Registration Date: August 17, 2007 |
| (51) Int. Cl. | 14-03 | |
| (21) Application No.: | 30-2006-0050769 | |
| (22) Application Date: | December 20, 2006 | |

(73) Design right holder     Samsung Electronics Co., Ltd.
416 Maetan-dong, Youngtong-gu, Suwon, Gyeonggi-do, Korea

(72) Inventors:     Hyung Shin Park
1192-2 Shinjeong 3-dong (JeongEunSkyville 3rd #702),
Yangcheon-gu, Seoul, Korea
Chang Soo Lee
Chungcheon 2-dong (Daewoo Apartment #107-1101), Bupyong-gu,
Incheon Metropolitan City, Korea
Sang Min Hyun
809-26 Bangbae 4-dong (Daewoo Members County #201-603),
Seocho-gu, Seoul, Korea

(74) Agents:     Myung Hyun Ryu
Gwang Je Woo

**Examiner: HyoSeok Han**

**(54) Portable Phone**

**Physical Target Object of the Design**

Portable phone

**Description of the Design**

1. It is made of metals and synthetic resin.
2. It has a digital camera on top of the front surface.
3. As illustrated in Informational Figure 1, the key pad is aligned in the same manner as a QWERTY keyboard, allowing the user to use it in a horizontal direction.

**Main Points of the Creative Design Contents**

Taking a folder type as a basic form factor, the present design emphasizes a smooth curve on the whole and expresses much simpler and more elegant sense of aesthetics.

SAMNDCA00255362

Registered Design 30-0452985 S2

**[Perspective View]**



**[Frontal View]**



- 2 -

SAMNDCA00255363

Registered Design 30-0452985 S2

[Rear View]



[Left Lateral View]



- 3 -

SAMNDCA00255364

Registered Design 30-0452985 S2



[Right Lateral View]

[Plan View]

[Bottom View]

[Informational Figure 1]

- 4 -

SAMNDCA00255365