# EXHIBIT 9

Case 5:11-cv-01846-LHK   Document 1300-6   Filed 07/24/12   Page 2 of 2

**DEFENDANT'S EXHIBIT NO. 684.001**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

# Samsung Phone Designs

**Before** / **After**


iPhone (Jan. 2007)

## Bar-type Touch-screen Display (Before)

 Flipper Mock-up (2006)
 F700 Mock-up (2006)
 "Slide" Design (2006)
 "Vessel" Mock-up (Aug. 2006)
 "Slide" Design (2006)

Merit (2006)
Card3 (2006)
 "Wrap" Model (Aug. 2006)
"Framer" Model (Aug. 2006)
F300 (Oct. '06)

## Bar-type (Before)

 I700 (3Q, '03)
 Blackjack (4Q, '06)

## Slide-type (Before)

 i830 (Jan. '06)
  D908 (Aug. '06)

## Folder-type (Before)

 E700 (3Q, '03)
 T100 (2002)

## Bar-type Touch-screen Display (After)

 F700 (Feb. 2007)
 i8910 (May 2009)
 Jet (Jun. 2009)
 Impression (Apr. 2009)

 Gem (Feb. 2011)
 Galaxy S2 (2011)
 SCH-I500 (2010)
 Gravity Touch (June 2010)

## Bar-type (After)

 Replenish (May 2011)
 E590 (Jan. 2007)   Intensity II (July 2010)

## Slide-type (TSD) (After)

 Reclaim (Jan. 2009)
 Gravity (Nov. 2008)

## Folder-type (After)

 U410 (Oct. 2007)
 U700 (3Q, 2007)