UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff and Counterdefendant,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER TO FILE LIST OF ATTORNEYS, LAW FIRMS, AND WITNESSES |

At the July 18, 2012 pretrial conference the parties were asked to prepare a list of attorneys, law firms, and witnesses for the jury selection and to e-mail the list to the Court's CRD e-mail account at lhkcrd@cand.uscourts.gov.  The parties are hereby ORDERED to file the list of attorneys, law firms and witnesses by noon today.

**IT IS SO ORDERED.**

Dated: July 24, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge