[counsel listed on the last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS** |

1  Pursuant to the Court's instructions at the July 18 Pre-Trial Conference, and Dkt. 1305 the
2 parties submit this statement identifying witnesses, deponents, attorneys and firms involved in this
3 case, whose names should presented to the jury.

| | | |
|---|---|---|
| Agnetta, Bryan | Bramhall, Andrew | Conley, Cira |
| Ahn, Deok Keun | Bressler, Peter | Coster, Daniel |
| Matthew | Bridges, Kenneth | Cultice, Robert |
| Ahn, Seung-Ho | Briggs, Todd | Currie, David C. |
| Alden, Anthony | Bright, Andrew | Dalziel, Melissa |
| Anders, John A. | Brinkman, Paul F. | D'Amato, John P. |
| Anderson, Carl | Brunner, Robert | Danis, Mark |
| Anzures, Fred | Buckley, Mark | De Iuliis, Daniele |
| Arnold, Brett J. | Burling, James | Demsher, Ronald |
| Balakrishnan, Ravin | Caruso, Margret | Denison, Justin |
| Balasubramanian, Priya | Cashman, Adam | Diener, Michael |
| Barquist, Charles | Cederberg, Jon C. | Donaldson, Richard |
| Bartlett, Jason | Chan, Melissa D. | Dourish, Paul |
| Basinger, Charles A. | Chang, Dong Hoon | Dowd, James |
| Bassett, David | Chapman, Greg | Ducca, Marissa |
| Baxter, Alexander | Chaudhri, Imran | Duh, Christine |
| Beard, Brooks | Chen, Stephanie | Eddon, Guy |
| Becher, Robert | Cheung, Benjamin | Esch, Michael |
| Bedecarre, Albert P. | Cho, Joon-Young | Estrich, Susan |
| Bederson, Benjamin | Cho, Nara | Eun, Sung-Ho |
| Benner, Timothy | Choi, Gee-sung | Fazio, Michael |
| Beyer, Tom | Choi, Sung Ho | Fidler, Roger |
| Blevins, Tony | Christie, Greg | Fitch, Patrick A. |
| Bogue, Adam | Chung, Minhyung | Flanagan, Mark |
| Borden, Kara | Chung, Minn | Fletcher, Lauren |

| | | | |
|---|---|---|---|
| 1 | Florance, Scott | Hung, Richard | Kolovos , Peter |
| 2 | Forlines, Clifton | Hutnyan, Diane C. | Kramer, Karl |
| 3 | Forstall, Scott | Jacobs, Michael | Kreeger, Matthew |
| 4 | Gallegos, Hector | Jacoby, Jacob | Krevans, Rachel |
| 5 | Galvin, Michael | Jaeckel, Jeffery | Kripke, Julia |
| 6 | Givargis, Tony | Jeong, Moon-Sang | Kuwayti, Ken |
| 7 | Goldenberg, Richard | Johnson, Jeffrey | Kwak, Yong-Jun |
| 8 | Goldstein, Ryan S. | Johnson, Kevin P.B. | Lam, Derek |
| 9 | Gosler, Jared | Joswiak, Greg | Lam, Ioi |
| 10 | Gray, Stephen | Jue, Eric | Larivee, Brian |
| 11 | Greenfield, Leon | Kamins, Michael | Lee, JuHo |
| 12 | Gunther, Jr., Robert | Kare, Susan | Lee, JunWon |
| 13 | Hagberg, Karen | Kassabian, Rachel | Lee, Kiwon |
| 14 | Hagiz, Ron | Herrick | Lee, Min-Hyouk |
| 15 | Hall, Scott C. | Kaufman, Aaron S. | Lee, Sanguen |
| 16 | Han, Jefferson | Kerr, Duncan | Lee, William |
| 17 | Hauser, John | Kho, Wookyun | Liao, Andrew |
| 18 | Hedge, Alan | Kidman, Scott B. | Libka, Hilary |
| 19 | Herriot, Liv | Kim, Chang-Ik | Lien, Henry |
| 20 | Heyison, Michael | Kim, Emilie | Ling, Qi |
| 21 | Hieta, Saku | Kim, Grant | Looney, Christopher |
| 22 | Hill, Arthur Lee IV | Kim, Hyong | Lucente, Sam |
| 23 | Ho, Francis | Kim, Jin Soo | Lutton, Richard "Chip" |
| 24 | Hoellwarth, Quin | Kim, Seongwoo | Mack, Brian E. |
| 25 | Hong, Wong Pyo | Kim, Soeng-Hun | Mantis, George |
| 26 | Hotelling, Steve | Kim, Young-Bum | Maroulis, Victoria |
| 27 | Howarth, Richard | Klivans, Peter | Martin, Joseph |
| 28 | Huang, Eric | Knightly, Edward | Mazza, Mia |

|    |                     |                        |                      |
|----|---------------------|------------------------|----------------------|
| 1  | McAlhany, Jr., Robert | Pease, Thomas D.     | Saji, Michael        |
| 2  | McElhinny, Harold   | Pendleton, Todd        | Satzger, Douglas     |
| 3  | McNeill, Mary H.    | Pieja, Michael         | Scheibel, Eliza      |
| 4  | Merber, Kenneth     | Platzer, Andrew        | Schiller, Phil       |
| 5  | Miller, Michelle    | Plunkett, Stuart       | Schin, MinCheol      |
| 6  | Milowic III, Joseph | Poret, Hal             | Schmidt, Patrick T.  |
| 7  | Monach, Andy        | Posner, Daniel         | Schroepfer, Peter    |
| 8  | Mount, Christopher  | Price, Christopher     | Seares, Carrie       |
| 9  | Mueller, Joseph     | Price, William C.      | Seeve, Brian         |
| 10 | Musika, Terry       | Proctor, B. Dylan      | Selwyn, Mark         |
| 11 | Nam, Ki Hyung       | Quarles, James         | Shah, Ali            |
| 12 | Neill, Anna         | Quinn, John B.         | Shaul, David L.      |
| 13 | Ng, Stan            | Rahebi, Bita           | Sheppard, Timothy    |
| 14 | Nishibori, Shin     | Rangel, Arthur         | Sherman, Itay        |
| 15 | O'Brien, Vince      | Rella, Angela          | Shields, Patrick     |
| 16 | Oh, Jeong Seok      | Rice, Edward H.        | Shim, Jong-Wook      |
| 17 | Olson, Erik         | Roarty, Sean           | Shin, Jaegwan        |
| 18 | Ording, Bas         | Rogoyski, Robert       | Sim, Jaehwang        |
| 19 | Ordover, Janusz     | Rohrbach, Matthew      | Sinclair, Steven     |
| 20 | Osman, Randa A.     | Rose, Jessica A.       | Singer, Benjamin L.  |
| 21 | Overson, Wesley     | Rosenberg, Brian       | Singer, David        |
| 22 | Paltian, Markus     | Rosenbrock, Karl Heinz | Singh, Karan         |
| 23 | Park, Hyoung Shin   | Rossi, Peter           | Sittler, Ed          |
| 24 | Park, Jaewoo        | Rothkopf, Fletcher     | Sohn, Dale           |
| 25 | Park, Junho         | Ryu, DongSeok          | Sood, Sanjay         |
| 26 | Park, Sang-Ryul     | Sabri, Nathan          | Souto, Victor        |
| 27 | Park, Seunggun      | Sadowitz, Michael D.   | Srivastava, Mani     |
| 28 | Patel, Ketan        | Saito, Marina N.       | Stake, Sam S.        |

| | | | |
|---|---|---|---|
| 1 | Stasik, Eric | Van Dam, Andries | Whelan, Emily |
| 2 | Steiger, Jon | Van Der Velde, Himke | Whitehurst, Alan L. |
| 3 | Stern, Peter | Van Liere, Kent | Whiteside, Tamara |
| 4 | Stevens, Bethany | Van Lieshout, Gert-Jan | Williams, Tim |
| 5 | Stretch, Christopher E. | Verhoeven, Charles K. | Williamson, Richard |
| 6 | Stringer, Chris | Voron, Vince | Winer, Jeremy |
| 7 | Suh, Kenneth K. | Wagner, Wang | Winer, Russell |
| 8 | Sullivan, Kathleen | Walden, Samuel Calvin | Woodring, Cooper |
| 9 | Syrett, Timothy | Walker, Curran M. | Yang, Woodward |
| 10 | Tarango, Austin D. | Walker, Michael | Yeo, JungMin |
| 11 | Taylor, Jennifer | Walker, Nathan | Yi, Sun-Young |
| 12 | Tchao, Michael | Wall, Eric | Yohannan, Kristin |
| 13 | Teece, David | Walters, Eric | Zadesky, Steve |
| 14 | Teksler, Boris | Watrous, Bruce "BJ" | Zappin, Anthony J. |
| 15 | Trac, Bill | Watson, Thomas R. | Zeller, Michael T. |
| 16 | Tucher, Alison | Webster, James J. | Zhang, Patrick |
| 17 | Tung, Mark | Weinsten, Randal | Zorkendorfer, Rico |
| 18 | Twiggs, Sissie | Whang, Eugene | Zorn, Andre |

20  Bridges & Mavrakakis LLP

21  Hopenfeld Singer Rice and Saito LLP

22  Morrison & Foerster LLP

23  Quinn Emanuel Urquhart & Sullivan, LLP

24  Steptoe & Johnson LLP

25  Wilmer Cutler Pickering Hale and Dorr LLP

Dated: July 24, 2012

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:   */s/ Michael A. Jacobs*<br><br>   Attorneys for Plaintiff and<br>   Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>   Charles K. Verhoeven (Cal. Bar No. 170151)<br>   charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>   Kevin P.B. Johnson (Cal. Bar No. 177129)<br>   kevinjohnson@quinnemanuel.com<br>   Victoria F. Maroulis (Cal. Bar No. 202603)<br>   victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>   Michael T. Zeller (Cal. Bar No. 196417)<br>   michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:   */s/ Victoria Maroulis*<br>         Victoria Maroulis<br><br>Attorneys for Defendants and<br>Counterclaim-Plaintiffs<br>SAMSUNG ELECTRONICS CO.,<br>LTD., SAMSUNG ELECTRONICS<br>AMERICA, INC. and SAMSUNG<br>TELECOMMUNICATIONS<br>AMERICA, LLC |