# EXHIBIT 3
# FILED UNDER SEAL

Page 255

1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                     SAN JOSE DIVISION
4
5   APPLE INC., a California corporation,
6
                    Plaintiff,
7
    vs.                              CASE NO.   11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                  Defendants.
    _____/
14
15         H I G H L Y   C O N F I D E N T I A L
16          A T T O R N E Y S'   E Y E S   O N L Y
17
18      VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                      VOLUME II
20                 PALO ALTO, CALIFORNIA
21                SATURDAY, MAY 12, 2012
22
    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
    CSR LICENSE NO. 9830
24
    JOB NO. 49053
25

Highly Confidential - Attorneys' Eyes Only

Page 256

1  SATURDAY, MAY 12, 2012
2  8:59 a.m.
3
4
5
6  VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
7  taken at MORRISON & FOERSTER LLP
8  755 Page Mill Road, Palo Alto, California,
9  Pursuant to Notice, before me,
10  ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
11  CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    A P P E A R A N C E S:

2

3           FOR APPLE INC.:

4           MORRISON & FOERSTER

5           By:  ERIK J. OLSON, Esq.

6                PETER H. DAY, Esq.

7           755 Page Mill Road

8           Palo Alto, California 94304

9

10

11

12

13          FOR SAMSUNG ELECTRONICS CO. LTD:

14          QUINN EMANUEL URQUHART & SULLIVAN

15          By:  CARL G. ANDERSON, Esq.

16          50 California Street

17          San Francisco, California 94111

18

19

20

21          ALSO PRESENT:   Alan Dias, Videographer

22                          Terry Musika, Apple, Inc.

23                 ---oOo---

24

25

Highly Confidential - Attorneys' Eyes Only

Page 258

1         Palo Alto, CALIFORNIA
2         SATURDAY, MAY 12, 2012
3              8:59 A.M.
4
5
6
7     (Documents marked Wagner Exhibits 1 - 5          08:59
8       for identification.)                            08:59
9                                                       08:59
10         THE VIDEOGRAPHER: Good morning.              08:59
11     This is the beginning of Disc No. 1 of the      08:59
12  videotaped deposition of Michael Wagner. In the    08:59
13  matter of Apple Inc. versus Samsung Electronics.   08:59
14     This is a matter pending before the United     08:59
15  States District Court for the Northern District of 08:59
16  California. Case No. 11-CV-01846.                  08:59
17     We are located today at 755 Page Mill Road in  09:00
18  the city of Palo Alto, California.                 09:00
19     Today is May 12, 2012, and the time is         09:00
20  8:59 a.m.                                           09:00
21     My name is Alan Dias from TSG Reporting.        09:00
22     Counsel, will you please identify yourselves   09:00
23  for the record.                                     09:00
24     MR. OLSON: Yeah. Erik Olson of Morrison &     09:00
25  Foerster on behalf of Apple. With me is Peter Day  09:00

Highly Confidential - Attorneys' Eyes Only

Page 259

| | | |
|---|---|---|
| 1 | from my office. And also present here is Terry Musika | 09:00 |
| 2 | of Invotex Group, who is an expert in the case. | 09:00 |
| 3 | MR. ANDERSON: Carl Anderson of Quinn Emanuel | 09:00 |
| 4 | for Michael Wagner and Samsung. | 09:00 |
| 5 | THE VIDEOGRAPHER: Will the court reporter | 09:00 |
| 6 | please swear in the witness. | 09:00 |
| 7 | | 09:00 |
| 8 | MICHAEL WAGNER, | 09:00 |
| 9 | having been sworn as a witness | 09:00 |
| 10 | by the Certified Shorthand Reporter, | 09:00 |
| 11 | testified as follows: | 09:01 |
| 12 | | 09:01 |
| 13 | THE VIDEOGRAPHER: You may proceed. | 09:01 |
| 14 | | 09:01 |
| 15 | EXAMINATION BY MR. OLSON | 09:01 |
| 16 | MR. OLSON: Q. Mr. Wagner, you understand | 09:01 |
| 17 | you're here to testify regarding certain opinions you | 09:01 |
| 18 | have regarding the damages that would be paid to Apple | 09:01 |
| 19 | for violations of its intellectual property by | 09:01 |
| 20 | Samsung; correct? | 09:01 |
| 21 | A   Correct. | 09:01 |
| 22 | Q   And you've testified more than 300 times | 09:01 |
| 23 | before; correct? | 09:01 |
| 24 | A   I have. | 09:01 |
| 25 | Q   All right. So I'm not going to bother with | 09:01 |

Highly Confidential - Attorneys' Eyes Only

Page 292

| | | |
|---|---|---|
| 1 | by my client as to these times.  These are engineering | 09:44 |
| 2 | questions.  I have to rely on others to give me this | 09:45 |
| 3 | information.  I also had to get information as to | 09:45 |
| 4 | average cost of engineering time at Samsung. | 09:45 |
| 5 | Again, I'm not able to independently state | 09:45 |
| 6 | those are accurate.  But if those are accurate, it's | 09:45 |
| 7 | not garbage in | 09:45 |
| 8 | Q   Okay.  So let me see if I -- I was too quick | 09:45 |
| 9 | there. | 09:45 |
| 10 | Let me -- you are relying entirely on | 09:45 |
| 11 | estimates that have come from Samsung for purposes of | 09:45 |
| 12 | this calculation? | 09:45 |
| 13 | A   That is correct. | 09:45 |
| 14 | Q   And your -- your dollar calculation also | 09:45 |
| 15 | includes amounts on the cost per hour, for example, | 09:45 |
| 16 | for engineers that come entirely from Samsung? | 09:45 |
| 17 | A   Yes. | 09:45 |
| 18 | Q   And as to the time estimates, those are | 09:45 |
| 19 | coming entirely from Samsung? | 09:45 |
| 20 | A   Samsung engineers. | 09:45 |
| 21 | Q   And as to whether or not the design -- the | 09:45 |
| 22 | change, the redesign, would be equally acceptable to | 09:46 |
| 23 | consumers, are you relying on Samsung as well? | 09:46 |
| 24 | A   Yes. | 09:46 |
| 25 | Q   And as to whether or not Samsung would lose | 09:46 |

Highly Confidential - Attorneys' Eyes Only

Page 293

1  any sales at all, are you relying on Samsung?                09:46
2      A   In part, yes.                                        09:46
3      Q   What other -- what other source do you have          09:46
4  as to that?                                                  09:46
5      A   Well, to the extent that they have actually          09:46
6  designed around some of these patents.  And the only         09:46
7  thing I have in my memory that -- I think there are          09:46
8  some others -- is the '381 patent, where, assuming it        09:46
9  is a valid design-around, that a blue glow or an             09:46
10 orange glow is a sufficient indicator to a user that         09:46
11 they've reached the end of a series of images or             09:46
12 something else, is a suitable design-around because          09:47
13 they've implemented it, and that's in their latest           09:47
14 generations of phones.                                       09:47
15     Q   Are you familiar with an order that came down        09:47
16 from this Court on May 4th?                                  09:47
17     A   Possibly, but you'd have to -- I don't have          09:47
18 those dates memorized.                                       09:47
19     Q   Are you aware that there was an order from           09:47
20 the Court regarding the limitations on what Samsung          09:47
21 will be able to prove at trial due to its failure to         09:47
22 produce source code in connection with the case?             09:47
23     A   You've refreshed my recollection.  I am aware        09:47
24 of that.                                                     09:47
25     Q   Do you understand that order to provide that         09:47

Page 294

| | | |
|---|---|---|
| 1 | Samsung will not be able to provide evidence at trial | 09:47 |
| 2 | regarding certain design-arounds? | 09:47 |
| 3 | MR. ANDERSON:  Objection; misrepresents the | 09:47 |
| 4 | Court's order and calls for a legal conclusion. | 09:47 |
| 5 | THE WITNESS:  Yeah, I don't know the | 09:47 |
| 6 | implication of the order.  But if you're asking me to | 09:47 |
| 7 | assume what you said is correct, then -- and if I'm | 09:47 |
| 8 | not permitted to discuss that, then that is not a | 09:47 |
| 9 | design-around. | 09:48 |
| 10 | MR. OLSON:  Q.  Well, let me -- let me read | 09:48 |
| 11 | you from the -- to the -- from the order: | 09:48 |
| 12 | "Samsung shall be precluded from offering any | 09:48 |
| 13 | evidence of its design-around efforts for the '381, | 09:48 |
| 14 | '891 and '163 patents and shall not argue that the | 09:48 |
| 15 | design-arounds are in any way distinct from those | 09:48 |
| 16 | versions of the code produced in accordance with the | 09:48 |
| 17 | Court's order." | 09:48 |
| 18 | Had you read that before? | 09:48 |
| 19 | A   Yes. | 09:48 |
| 20 | Q   I ask you to assume with me that, based on | 09:48 |
| 21 | that order, Samsung would not be allowed to produce | 09:48 |
| 22 | evidence regarding any actual implementation of blue | 09:48 |
| 23 | glow at trial; do you understand the assumption I'm | 09:48 |
| 24 | asking you to make? | 09:48 |
| 25 | A   I do. | 09:48 |

Highly Confidential - Attorneys' Eyes Only

Page 295

| | | |
|---|---|---|
| 1 | Q   Would that change your opinions in any way? | 09:48 |
| 2 | A   Yes. | 09:48 |
| 3 | Q   How? | 09:48 |
| 4 | A   Well, one, it would -- I would not be able to | 09:48 |
| 5 | tell the jury that Samsung not only has thought or | 09:49 |
| 6 | conceptualized a design-around, they've actually | 09:49 |
| 7 | implemented it in their latest generations of phones. | 09:49 |
| 8 | Q   And how would that affect the amount that you | 09:49 |
| 9 | believe should be awarded in damages? | 09:49 |
| 10 | A   I don't know if it has any impact on the | 09:49 |
| 11 | amount unless, based on the Judge's ruling, I can't | 09:49 |
| 12 | put these numbers in, either.  If that's true, then I | 09:49 |
| 13 | don't know -- I will have nothing to say as an | 09:49 |
| 14 | affirmative opinion on the reasonable royalty for -- | 09:49 |
| 15 | for the '381 patent. | 09:49 |
| 16 | Q   Okay.  Would the same be true about the | 09:49 |
| 17 | '163 patent? | 09:49 |
| 18 | A   Yes. | 09:49 |
| 19 | Q   Let me go back to the work that you did to | 09:49 |
| 20 | calculate the amounts that are on 530. | 09:49 |
| 21 | Are those found -- the calculations that lead | 09:49 |
| 22 | to that, are those found in the Series 13 schedules of | 09:49 |
| 23 | your Tab 2? | 09:50 |
| 24 | A   You know, I don't have my schedule numbers | 09:50 |
| 25 | memorized, but I believe it's in that range, yes. | 09:50 |

Highly Confidential - Attorneys' Eyes Only

```
                                                            Page 296
1      Q   So I think I've put it in front of you.          09:50
2          I'm just looking to understand from you          09:50
3   whether there's anything other than Series 13 that I    09:50
4   should be looking at for purposes of calculation of     09:50
5   those amounts in exhibit -- in paragraph 530?           09:50
6      A   No.                                              09:50
7      Q   So can you look at -- well, let's just start    09:50
8   at 13.                                                  09:51
9          So Schedule 13 itself provides just a summary   09:51
10  of the schedules that are underneath; correct?          09:51
11     A   Yes.                                             09:51
12     Q   And with the exception of who was -- who you    09:51
13  talked to and the data on the amount of time, are the  09:51
14  manner in which those were calculated in 13.1 through  09:51
15  13.7 all the same --                                    09:51
16     A   Yes.                                             09:51
17     Q   -- the methodologies?                            09:51
18     A   Yes, the methodology is the same.                09:51
19     Q   And that methodology is to take an hourly       09:51
20  rate, which you obtained from someone at Samsung;       09:51
21  correct?                                                09:51
22     A   Correct.                                         09:51
23     Q   And multiply it times a number of hours,         09:51
24  which you obtained from someone at Samsung?             09:51
25     A   Yes.                                             09:51
```