# EXHIBIT 5
# FILED UNDER SEAL

Page 1

1         UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4
5  APPLE INC., a California corporation,
6
              Plaintiff,
7
   vs.                           CASE NO.   11-cv-01846-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business entity; SAMSUNG ELECTRONICS
10 AMERICA,INC., a New York corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited
12 liability company,
13           Defendants.
   _____/
14
15
16        C O N F I D E N T I A L
17     A T T O R N E Y S   E Y E S   O N L Y
18
19    VIDEOTAPED DEPOSITION OF QI LING
20       SAN FRANCISCO, CALIFORNIA
21      WEDNESDAY, FEBRUARY 1, 2012
22
23 BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24 CSR LICENSE NO. 9830
25 JOB NO. 45295

Confidential Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | MR. TUNG: Mark Tung from Quinn Emanuel for | 09:31 |
| 2 | Samsung. | 09:31 |
| 3 | MS. YANG: Michelle Yang for Samsung. | 09:31 |
| 4 | | 09:31 |
| 5 | QI LING, | 09:31 |
| 6 | having been sworn as a witness | 09:31 |
| 7 | by the Certified Shorthand Reporter, | 09:31 |
| 8 | testified as follows: | 09:40 |
| 9 | | 09:40 |
| 10 | EXAMINATION BY MR. KREEGER | 09:31 |
| 11 | MR. KREEGER: Good morning, Mr. Ling. My | 09:31 |
| 12 | name is Matthew Kreeger, and I'm an attorney for | 09:31 |
| 13 | Apple, and I'm here to take your deposition today. | 09:32 |
| 14 | Q  Have you ever been deposed before? | 09:32 |
| 15 | A  No. | 09:32 |
| 16 | Q  Why don't we start by -- if you could give us | 09:32 |
| 17 | your full name. | 09:32 |
| 18 | A  Sure. | 09:32 |
| 19 | My last name is L-I-N-G, Ling. First name is | 09:32 |
| 20 | Q-I, Qi. | 09:32 |
| 21 | Q  And where do you live, Mr. Ling, your home | 09:32 |
| 22 | address? | 09:32 |
| 23 | A  Home address is 1235 Wildwood Avenue, | 09:32 |
| 24 | Apartment 190, Sunnyvale. ZIP code is 4 -- I'm | 09:32 |
| 25 | sorry -- 94089. | 09:32 |

```
                                                          Page 57
1           THE WITNESS:  Anyone.                         11:21
2           MR. KREEGER:  Q.  I don't mean to limit it.   11:21
3      A    As long as there is one people.              11:21
4      Q    I want to know if anybody in San Jose worked 11:21
5  on this feature as part of the browser.               11:21
6           MR. TUNG:  Objection; lacks foundation.      11:21
7           THE WITNESS:  I can only say for the Tiger   11:21
8  team.  Anybody else, I don't know.                    11:21
9           MR. KREEGER:  Q.  What about the Tiger team? 11:21
10          MR. TUNG:  Objection; vague.                 11:21
11          THE WITNESS:  I remember we got requests from 11:21
12 HQ regarding the double tap zoom.                     11:21
13          MR. KREEGER:  Q.  What requests do you       11:21
14 remember?                                             11:21
15     A    I think the complaint is after double tap    11:22
16 zoom out, there's -- the update of the web page is not 11:22
17 quick enough.                                         11:22
18     Q    HQ was complaining that when you double tap  11:22
19 zoom out, it took too long to update the web page?    11:22
20     A    Too long to see the updated web page.        11:22
21     Q    Was this the checkerboard problem?           11:22
22          MR. TUNG:  Objection; vague.                 11:22
23          THE WITNESS:  What do you mean by            11:23
24 "checkerboard problem"?                               11:23
25          MR. KREEGER:  Q.  Was the problem that you   11:23
```

Page 58

| | | |
|---|---|---|
| 1 | would see a checkerboard pattern instead of the | 11:23 |
| 2 | updated web page? | 11:23 |
| 3 |     A   I believe not every version has a | 11:23 |
| 4 | checkerboard. | 11:23 |
| 5 |     Q   So you mentioned that HQ had an issue with it | 11:23 |
| 6 | taking too long to update the page on a zoom out. | 11:23 |
| 7 |         Do you remember any other requests from HQ | 11:23 |
| 8 | that had anything to do with the double tap zoom | 11:23 |
| 9 | feature? | 11:23 |
| 10 |     A   In a browser? | 11:23 |
| 11 |     Q   In a browser. | 11:23 |
| 12 |     A   I think there is a request that HQ complains | 11:24 |
| 13 | the time user finished a finger gesture to the | 11:24 |
| 14 | animation really start, the time is too long. | 11:24 |
| 15 |     Q   Any other requests from HQ relating to double | 11:24 |
| 16 | tap zoom in a browser? | 11:24 |
| 17 |     A   Again, I forgot to say those requests are | 11:25 |
| 18 | specifically for a particular product, not for the | 11:25 |
| 19 | whole -- not for all product.  It's just saying for | 11:25 |
| 20 | this product, this is slow, or something like that. | 11:25 |
| 21 |     Q   Understood. | 11:25 |
| 22 |     A   No, I cannot remember any. | 11:25 |
| 23 |     Q   Do you know whether in -- whether or not in | 11:25 |
| 24 | some Samsung products, the bounce effect has been | 11:25 |
| 25 | replaced by a blue glow? | 11:25 |

Page 59

| | |
|---|---|
| 1    MR. TUNG: Objection; vague. | 11:25 |
| 2    THE WITNESS: What you mean by "replaced"? | 11:25 |
| 3    MR. KREEGER: Q. Are there any products | 11:26 |
| 4  that -- are there any Samsung products where, instead | 11:26 |
| 5  of bouncing it, there is a blue glow? | 11:26 |
| 6    A  Blue glow? | 11:26 |
| 7    Q  Yes. | 11:26 |
| 8    A  You mean the product on the market or the | 11:26 |
| 9  product in our lab? Because we are using testing | 11:26 |
| 10 binaries, not official binaries. | 11:26 |
| 11    MR. TUNG: I'll just caution you not to | 11:26 |
| 12 reveal products -- future products in development. | 11:26 |
| 13    MR. KREEGER: Q. What about in your lab? | 11:26 |
| 14 Have you come across any Samsung products where, | 11:26 |
| 15 instead of bouncing, there's a blue glow? | 11:26 |
| 16    A  I think I saw a tablet with old binary that | 11:27 |
| 17 has a bounce effect. And with new binary, there's no | 11:27 |
| 18 bounce effect and with a blue glow writing. | 11:27 |
| 19    Q  Do you know who was involved in designing the | 11:27 |
| 20 source code that created the blue glow? | 11:27 |
| 21    A  Created blue glow? I think it's created by | 11:27 |
| 22 Google. | 11:27 |
| 23    Q  So in the Samsung tablet you were looking at, | 11:27 |
| 24 it was Google code that created the blue glow? | 11:27 |
| 25    A  I'm not 100 percent sure. I only look at a | 11:27 |

```
                                                            Page 60
1    device.  I'm not looking at the source code.            11:27
2       Q    Did anybody at the San Jose -- to your          11:28
3    knowledge, did anybody at the San Jose Mobile           11:28
4    Communications Lab have any involvement in              11:28
5    implementing source code that would create this blue    11:28
6    glow?                                                   11:28
7            MR. TUNG:  Objection; lacks foundation.         11:28
8            THE WITNESS:  Again, it's just created by       11:28
9    Google, not by us.                                      11:28
10           MR. KREEGER:  Q.  Is there some other kind of   11:28
11   glow?  You mentioned -- you had a question about blue   11:28
12   glow.  Are there other colors of glow that you've seen  11:28
13   implemented in Samsung devices instead of a bounce?     11:28
14      A    In the honeycomb version, it is blue glow.      11:28
15   And in the gingerbread version, I think it's not blue   11:28
16   glow; it's another color.  I'm talking about browser    11:28
17   only.                                                   11:28
18      Q    And you think, again, that's -- that's          11:28
19   strictly Google code?                                   11:28
20           MR. TUNG:  Objection; mischaracterizes          11:28
21   testimony.                                              11:29
22           THE WITNESS:  Strictly Google code; what do     11:29
23   you mean?                                               11:29
24           MR. KREEGER:  Q.  The code that creates the     11:29
25   blue or other color glow instead of a bounce, that's    11:29
```