# EXHIBIT 6
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4   APPLE INC., a California         )
     corporation,                     )
 5                                    )
                       Plaintiff,     )
 6                                    )
           vs.                        )  No: 11-CV-01846-LHK
 7                                    )
     SAMSUNG ELECTRONICS CO., LTD,    )
 8   a Korean business entity;        )
     SAMSUNG ELECTRONICS AMERICA,     )
 9   INC., a New York corporation;    )
     SAMSUNG TELECOMMUNICATIONS       )
10   AMERICA, LLC, a Delaware         )
     limited liability company        )
11                                    )
                       Defendants.    )
12   _____)

13

14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

15

16               DEPOSITION OF WOOKYUN KHO

17                 San Francisco, California

18                 Thursday, January 12, 2012

19

20

21

22

23   Reported By:

24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25   JOB NO. 45308
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 5

1        MR. CHUNG:  Minn Chung, same,
2    representing Apple.
3        MR. BEARD:  Brooks Beard with
4    Morrison Foerster representing Apple.
5        MR. TUNG:  Mark Tung from Quinn                 09:21
6    Emanuel representing Samsung.
7        MS. KIM:  Rosa Kim from Samsung
8    in-house.
9        THE VIDEOGRAPHER:  Thank you.
10   Would the reporter please swear the               09:21
11   witness and interpreters.
12              WOOKYUN KHO,
13       Having been duly sworn, by the
14   Certified Shorthand Reporter, was
15   examined and testified as follows:                09:21
16       THE VIDEOGRAPHER:  Thank you.
17   Please proceed.
18              EXAMINATION
19 BY MR. MCELHINNY:
20   Q.   Good morning, Mr. Kho.  I                    09:21
21 introduced myself before the deposition started,
22 but I'll do it again.  My name is Harold
23 McElhinny.  I'm an attorney in the United States,
24 and I represent Apple Inc.
25       And as you may know, Apple Inc.               09:22

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 118

1  -- I'm able to access -- to access those portions
2  that I have authority for.
3        Q.   And what portions do you have
4  authority for?
5        A.   I have the authority to access the          06:02
6  store places or repositories that would be
7  applicable to the project that I participate in.
8        Q.   And what are the names of those
9  repositories?
10       A.   It's not that there is a separate           06:03
11 name given to such repository; they are
12 distinguished by numbers.
13       Q.   Have you, in the time that you've
14 been at Samsung, have you written software code
15 for effects other than the bounce effect?           06:04
16       A.   Yes, I have.
17       Q.   Is there any particular effect
18 that you've spent more time on than you've spent
19 on the bounce effect?
20       A.   No.  This is the bounce effect           06:05
21 that I've spent the most time on.
22       Q.   What would be second?
23       A.   If you were to exclude the bounce
24 effect, the rest would comprise of various minor
25 things such that it's not -- such that I would      06:06

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 119

```
 1   not be able to specifically point out what would
 2   comprise number two.
 3         Q.   Does the phrase "list view," are
 4   you familiar with list view?
 5         A.   Yes.                                        06:06
 6         Q.   And what does "list view" refer to
 7   as you use it?
 8         A.   This is one of the widgets
 9   provided by Android framework.
10         Q.   And what does it do?                        06:07
11         A.   There is something called an
12   adapter that is connected to list view.  So data
13   would be obtained from there, that is the
14   adapter.  And so this would carry out the role of
15   showing the list on the screen of thereby.           06:08
16         Q.   Are you familiar with something at
17   Samsung called "the glow effect"?
18         A.   My understanding is that there is
19   no such effect that is called glow effect.
20         Q.   Okay.  Do you know whether or not           06:09
21   in some Samsung projects, the bounce effect has
22   been replaced by an effect that looks like a blue
23   light?
24         A.   Yes, I know that.
25         Q.   Right.  What do you call the                06:10
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 120

```
 1   effect that has replaced the bounce effect in
 2   some products?
 3          A.    Sometimes it's called "edge glow,"
 4   but internally, it continues to be called "bounce
 5   effect."                                                    06:10
 6          Q.    Have you personally been involved
 7   in writing software for the edge glow effect?
 8          A.    Yes, I have participated in that.
 9          Q.    Has the Effect team -- is the edge
10   glow -- start again.                                        06:11
11                Is the edge glow effect a project
12   of the Effect team?
13          A.    Yes.  It was one of the projects
14   of the Effect team.
15          Q.    When did your team start working               06:11
16   on the edge glow effect software?
17          A.    Although I do not recall this
18   exactly, this was prior to Nexus being sold.
19          Q.    Can you narrow that down to a year
20   for me?                                                     06:13
21          A.    It probably was 2010.
22          Q.    We have talked a lot about 2010.
23   We talked about the comparisons that you did in
24   August and September 2010.  Were you also working
25   on the edge glow effect at that time?                       06:13
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 121

1      A.   No.  In August and September of
2  2010, I was not doing any work on edge glow
3  effect.
4      Q.   So did the work on the edge glow
5  effect start after September of 2010?                 06:14
6      A.   That was subsequent to September
7  of 2010.
8      Q.   When you started working on the
9  edge glow effect, was that written to a
10 requirements document?                                06:15
11     A.   No, that was not the case.
12     Q.   How did the edge glow effect
13 project begin?
14     A.   Edge glow was -- effect was
15 contained in the Android Gingerbread native          06:16
16 code.  And at that time, there was a disclosure
17 of Gingerbread native code.  So at that juncture,
18 I got to see the edge glow code.  So that's how
19 the review work was begun.
20     Q.   Are you familiar with something             06:17
21 called the R&D Management Group?
22     A.   I know that such a group exists,
23 but I'm not familiar with it.
24     Q.   Do you know the names of any
25 people who are on it?                                 06:18