# EXHIBIT 7
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 1

1          UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4                    --oOo--
5   APPLE, INC., A CALIFORNIA      )
6   CORPORATION,                   )
7              PLAINTIFF,          ) No.  11-CV-01846-LHK
8        vs.                       )
9   SAMSUNG ELECTRONICS CO.,       )
10  LTD., A KOREAN BUSINESS        )
11  ENTITY; SAMSUNG ELECTRONICS    )
12  AMERICA, INC., A NEW YORK      )
13  CORPORATION; SAMSUNG           )
14  TELECOMMUNICATIONS AMERICA,    )
15  LLC, A DELAWARE LIMITED        )
16  LIABILITY COMPANY,             )
17             DEFENDANTS.         )
18  _____)
19
20       VIDEOTAPED DEPOSITION OF IOI KIM LAM
21    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
22             San Francisco, California
23            Thursday, March 8, 2012
24  Reported By:
    KATHLEEN WILKINS, CSR #10068, RPR, CRR, CCRR, CLR
25  JOB NO. 47476

Highly Confidential - Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | & Foerster representing Apple. | 10:02 |
| 2 | MR. BRIGGS: Todd Briggs from Quinn | 10:02 |
| 3 | Emanuel representing Samsung and the witness | 10:02 |
| 4 | Mr. Lam, and also with me is Michelle Yang from | 10:02 |
| 5 | Samsung. | 10:02 |
| 6 | THE VIDEOGRAPHER: Would the court | 10:02 |
| 7 | reporter please swear in the witness. | 10:02 |
| 8 | IOI KIM LAM, | 10:02 |
| 9 | having been duly sworn, | 10:02 |
| 10 | was examined and testified as follows: | 10:02 |
| 11 | --oOo-- | 10:02 |
| 12 | THE VIDEOGRAPHER: Please begin. | 10:02 |
| 13 | EXAMINATION BY MR. MONACH | 10:02 |
| 14 | BY MR. MONACH: | 10:02 |
| 15 | Q. Good morning, Mr. Lam. | 10:02 |
| 16 | A. Good morning. | 10:02 |
| 17 | Q. Have you ever had your deposition taken | 10:02 |
| 18 | before? | 10:03 |
| 19 | A. No. | 10:03 |
| 20 | Q. My name is Andrew Monach. I represent | 10:03 |
| 21 | Apple in a lawsuit against Samsung. And I'm here | 10:03 |
| 22 | to ask you some questions that will be | 10:03 |
| 23 | transcribed. | 10:03 |
| 24 | Do you understand that? | 10:03 |
| 25 | A. Yes. | 10:03 |

1    A.    That's what the log says.    01:54
2    Q.    Okay. And these logs are supposed to be    01:54
3   accurate so that you have a record of what changes    01:55
4   have been made to the source code, right?    01:55
5    A.    As I mentioned to you before, we have    01:55
6   very -- we are not very organized in terms of    01:55
7   maintaining the logs. I write a better log. So    01:55
8   you see the prettiest e-mail, I had more detailed    01:55
9   log. That's a few paragraphs. This is a single    01:55
10  liner, so that was done by an engineer that's not    01:55
11  following the -- the common practices of recording    01:55
12  more detailed information.    01:55
13   Q.    Okay. But you understand what changing    01:55
14  the bounce speed and browser to match iPad means,    01:55
15  right?    01:55
16   A.    Speed has many meanings. Speed could    01:55
17  mean performance, and I usually mean it could mean    01:55
18  the number of frames that are taken that could be    01:55
19  rendered per second. So this, although it has    01:55
20  speed, it could mean smoothness.    01:55
21   Q.    So whether it means speed or smoothness,    01:56
22  you'd agree this is indicating a change on the    01:56
23  bounce feature in the browser to match what the    01:56
24  iPad does, right?    01:56
25   A.    It seems to indicate that he's -- he    01:56

Highly Confidential - Attorneys' Eyes Only

Page 116

| | | |
|---|---|---|
| 1 | might have measured the frames per second in how | 01:56 |
| 2 | many times the -- the browser could render to the | 01:56 |
| 3 | screen.  At that point, he's rendering speed, | 01:56 |
| 4 | seems to be close or around what the iPad could | 01:56 |
| 5 | render. | 01:56 |
| 6 | Q.   Okay.  Do you recall any instances of | 01:56 |
| 7 | engineers in the Samsung lab changing the bounce | 01:56 |
| 8 | speed in the Samsung browser to make it more | 01:56 |
| 9 | similar to the iPad? | 01:56 |
| 10 | A.   I don't remember seeing that.  As I | 01:57 |
| 11 | mention to you, our group is focused on | 01:57 |
| 12 | performance, so we are more focused on frames per | 01:57 |
| 13 | second, how many frames the application can render | 01:57 |
| 14 | to the screen and not how fast things moves on the | 01:57 |
| 15 | screen as appear to the user. | 01:57 |
| 16 | Q.   In the Android code that you were using | 01:57 |
| 17 | when you got frustrated by the -- let me rephrase | 01:57 |
| 18 | that. | 01:57 |
| 19 | You testified earlier today about | 01:57 |
| 20 | Android code that did not have what you described | 01:58 |
| 21 | as the elastic bounce effect. | 01:58 |
| 22 | Do you recall that? | 01:58 |
| 23 | A.   Yes. | 01:58 |
| 24 | Q.   When you pulled a web page to its -- to | 01:58 |
| 25 | its end using that Android code by itself, did the | 01:58 |

Highly Confidential - Attorneys' Eyes Only

Page 117

| | | |
|---|---|---|
| 1 | device glow at the edge or have any indication | 01:58 |
| 2 | that you had reached the end of the web page other | 01:58 |
| 3 | than freezing? | 01:58 |
| 4 | A.   Which version of Android? | 01:58 |
| 5 | Q.   Whatever version you were talking about | 01:58 |
| 6 | when you testified earlier today. | 01:58 |
| 7 | A.   There were different versions.  I think | 01:58 |
| 8 | the first version that I looked at, the indication | 01:58 |
| 9 | was that the page stops moving. | 01:58 |
| 10 | Q.   And was there a later version of -- with | 01:58 |
| 11 | no glow of any kind; is that what you're saying? | 01:58 |
| 12 | A.   What do you mean by glow? | 01:59 |
| 13 | Q.   Do you understand the word "glow"? | 01:59 |
| 14 | A.   Glow.  So -- | 01:59 |
| 15 | Q.   Any -- | 01:59 |
| 16 | A.   Glow -- | 01:59 |
| 17 | Q.   Any emission of light that wasn't there | 01:59 |
| 18 | before you reached the end of the web page? | 01:59 |
| 19 | A.   So on earlier versions of Android, there | 01:59 |
| 20 | is a shadow at the top of the page.  And when you | 01:59 |
| 21 | scroll to the top of the page, you will see a | 01:59 |
| 22 | shadow and that could be interpreted by someone as | 01:59 |
| 23 | a glow. | 01:59 |
| 24 | Q.   Have you ever seen in a version of | 01:59 |
| 25 | Android a different kind of indication of reaching | 01:59 |

Highly Confidential - Attorneys' Eyes Only

Page 118

| | | |
|---|---|---|
| 1 | the end of a web page where there was actually a | 01:59 |
| 2 | glow of some kind of color, whether it be orange | 01:59 |
| 3 | or blue? | 01:59 |
| 4 |     A.    Yes. | 01:59 |
| 5 |     Q.    And what versions of Android had that | 01:59 |
| 6 | glow feature? | 01:59 |
| 7 |     A.    I don't remember the version.  It could | 02:00 |
| 8 | be 2.2 or 2.3. | 02:00 |
| 9 |     Q.    Do you know whether any Samsung | 02:00 |
| 10 | commercial products use that glow feature instead | 02:00 |
| 11 | of the elastic bounce that you described? | 02:00 |
| 12 |     A.    Commercial products?  As I mentioned to | 02:00 |
| 13 | you, I am not familiar with the commercial | 02:00 |
| 14 | business.  I've been designated as a witness for | 02:00 |
| 15 | the lab which is producing internally-used source | 02:00 |
| 16 | code, so I do not know one way or the other. | 02:00 |
| 17 |     MR. MONACH:  Okay.  Let's mark as next | 02:00 |
| 18 | in order an e-mail dated June 9th, 2011, Bates | 02:00 |
| 19 | number SAMNDCA525379. | 02:00 |
| 20 |     (Whereupon, Deposition Exhibit 2404 | 02:01 |
| 21 | was marked for identification.) | 02:01 |
| 22 |     MR. MONACH:  Which number are we on now? | 02:01 |
| 23 |     THE REPORTER:  2404. | 02:01 |
| 24 | BY MR. MONACH: | 02:01 |
| 25 |     Q.    Mr. Lam, do you have what's been marked | 02:01 |

Highly Confidential - Attorneys' Eyes Only

Page 119

| | | |
|---|---|---|
| 1 | as Exhibit 2404 in front of you? | 02:01 |
| 2 | A. Yes. | 02:01 |
| 3 | Q. Is this a copy of an e-mail that you | 02:01 |
| 4 | sent to Jaegwan Shin and Qi Ling on or around | 02:01 |
| 5 | June 9th, 2011? | 02:01 |
| 6 | A. Yeah, that seems to be the case. | 02:01 |
| 7 | Q. All right. It responds -- you're | 02:01 |
| 8 | responding to an e-mail from Mr. Shin dated that | 02:01 |
| 9 | same day, June 9th, 2011 right? | 02:01 |
| 10 | A. Yes. | 02:02 |
| 11 | Q. And there's a reference to scrolling and | 02:02 |
| 12 | the iPad not doing horizontal scroll once vertical | 02:02 |
| 13 | scroll is starting while P4 is doing | 02:02 |
| 14 | horizontal/vertical scroll at the same time. | 02:02 |
| 15 | Do you see that? | 02:02 |
| 16 | A. One vertical scroll ... yes, I see that | 02:02 |
| 17 | sentence. | 02:02 |
| 18 | Q. And Mr. Shin is writing to you saying | 02:02 |
| 19 | this can cause unintentional horizontal scrolling | 02:02 |
| 20 | during vertical scrolling, right? | 02:02 |
| 21 | A. Yes. | 02:02 |
| 22 | Q. And you respond, "Hi Mr. Shin, Now I | 02:02 |
| 23 | understand. Will try to fix this one." | 02:02 |
| 24 | Do you see that? | 02:02 |
| 25 | A. Yes. | 02:02 |