# EXHIBIT 8
# FILED UNDER SEAL

Highly Confidential Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California        )
     corporation,                    )
 5                                   )
                     Plaintiff,      )
 6                                   )
         vs.                         )   No: 11-CV-01846-LHK
 7                                   )
     SAMSUNG ELECTRONICS CO., LTD,   )
 8   a Korean business entity;       )
     SAMSUNG ELECTRONICS AMERICA,    )
 9   INC., a New York corporation;   )
     SAMSUNG TELECOMMUNICATIONS      )
10   AMERICA, LLC, a Delaware        )
     limited liability company       )
11                                   )
                     Defendants.     )
12   _____)
13
14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16             DEPOSITION OF JAEGWAN SHIN
17              San Francisco, California
18              Friday, January 27, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 44993
```

Highly Confidential Attorneys' Eyes Only

Page 5

1          MS. KIM:  Samantha Kim, Morrison

2     Foerster for Apple.

3          MS. YANG:  Michelle Yang from

4     Samsung.

5          MR. TUNG:  Mark Tung from Quinn          09:32

6     Emanuel for Samsung.

7          THE VIDEOGRAPHER:  Will the court

8     reporter please swear in the witness.

9       (Korean Interpreters sworn.)

10          JAEGWAN SHIN,                          09:32

11        Having been duly sworn, by the

12     Certified Shorthand Reporter, was

13     examined and testified as follows:

14          EXAMINATION

15  BY MR. KREEGER:                                09:32

16     Q.   Good morning.

17     A.   Good morning.

18     Q.   We met off the record, but my name

19  is Matthew Kreeger, and I'm an attorney at

20  Morrison Foerster.  We are here to take your    09:32

21  deposition.  Could you begin by giving us your

22  full name, please?

23     A.   Yes.  My name is Jaegwan Shin.

24     Q.   Mr. Shin, do you understand that

25  I'm going to ask you a series of questions and   09:33

Highly Confidential Attorneys' Eyes Only

Page 103

1          SAMNDCA00201780, marked for

2          identification.)

3    BY MR. KREEGER:

4          Q.    Have you seen the document that's

5    been marked as Exhibit 1338 before?                    04:03

6          A.    I don't recall.

7          Q.    Have you seen documents in this

8    format before?

9               MR. TUNG:  Objection.  Vague.

10              THE WITNESS:  This is a very           04:04

11         common spreadsheet format documents.

12         Q.    Mr. Shin, it appears that this

13   spreadsheet lists a series of issues or perhaps

14   bugs with the Galaxy Tab.  Have you ever seen a

15   document like this that lists bugs or issues with    04:05

16   Samsung products?

17         A.    Yes, I have seen many documents

18   such as this.

19         Q.    Who generates documents of this

20   type?                                                  04:05

21              MR. TUNG:  Objection.  Lacks

22         foundation.

23              THE WITNESS:  There is no

24         particular person designated.  It could

25         be done by the QA team or it could be      04:05

Highly Confidential Attorneys' Eyes Only

Page 104

1          done by the R&D team.

2          Q.    Have you personally reported bugs

3    or issues with Samsung products?

4          A.    No, I have not.

5               (Exhibit 1339, "Smartphone Feature          04:07

6          Report," Bates stamped SAMNDCA00201683

7          through SAMNDCA00201692, marked for

8          identification.)

9    BY MR. KREEGER:

10         Q.    Have you seen this document          04:07

11   before, Mr. Shin?

12         A.    I don't recall.

13         Q.    Do you know whether Samsung has

14   replaced in certain products the bounce effect

15   with a blue glow?          04:08

16              MR. TUNG:  Caution the witness not

17   to reveal the substance of any attorney-client

18   communications in his answer.

19              THE WITNESS:  What do you mean by

20         "blue glow"?          04:08

21         Q.    Well, has Samsung disabled the

22   bounce effect on any of its products?

23              MR. TUNG:  Same caution.

24              THE WITNESS:  Some models use the

25         bounce effects, some models don't.  So          04:09

Highly Confidential Attorneys' Eyes Only

Page 105

1      I'm not quite sure as to that.  Did you

2      ask me about disabling something?

3          Q.    Has anyone in the San Jose lab

4   worked on replacing the bounce effect with some

5   other effect?                                        04:09

6          A.    If you disable the bounce effect,

7   then you would see the effects which was

8   originally set at Google.  So I think that there

9   might be someone who have worked on this.

10         Q.    You think there might be someone     04:11

11  at San Jose who worked on disabling the bounce

12  effect so that you would see the effect

13  originally set at Google?

14         A.    Yes.

15         Q.    And who do you think might have      04:11

16  worked on that?

17         A.    If it is related to the browser, I

18  think it might be Qi Ling.

19         (Exhibit 1340 was marked for

20         identification but withdrawn.)             04:12

21  BY MR. KREEGER:

22         Q.    Have you seen Exhibit 1340?

23         MR. TUNG:  Counsel, this is a

24         privileged document.  We need to claw

25         this back.                                 04:12

Highly Confidential Attorneys' Eyes Only

Page 106

1        MR. KREEGER:  All right.

2        MR. TUNG:  Did you just mark

3     Exhibit 1340?  I recognize this as a

4     privileged document.

5        MR. KREEGER:  You don't need to          04:13

6     look at that.

7        MR. TUNG:  So I need to collect

8     the copies of it.

9        MR. KREEGER:  I have some marking

10    on this.  I'm going to have to destroy        04:13

11    it, but you can have the others.

12       MR. TUNG:  I'm not going to take

13    the ones with markings on it.

14       MR. KREEGER:  We'll have to

15    destroy this.                                 04:13

16       (Exhibit 1341, Email from Sangeon

17    Kim dated April 27, 2011, Bates stamped

18    SAMNDCA00202089 through SAMNDCA00202113,

19    marked for identification.)

20 BY MR. KREEGER:                                  04:14

21    Q.   Have you seen Exhibit 1341 before?

22    A.   I don't recall.

23    Q.   If you turn to the page bearing

24 Bates number that ends in 107, you'll see a

25 table.                                           04:15