# EXHIBIT 2
# FILED UNDER SEAL

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**  
**Market Share Analysis**  
**Tablet Mor-Flo Analysis**

Schedule 11.2

| | Vendor | Q1 2010 | Q2 2010 | Q3 2010 | Q4 2010 | Q1 2011 | Q2 2011 | Q3 2011 | Q4 2011 |
|---|---|---|---|---|---|---|---|---|---|
| | **Tablet Market Share** | | | | | | | | |
| [a] | Apple Units | | 2,217,065 | 1,957,383 | 3,606,130 | 1,941,410 | 4,307,524 | 3,790,543 | 6,172,701 |
| | Apple % Market Share | | 96.8% | 79.1% | 64.9% | 55.6% | 64.5% | 53.2% | 43.7% |
| [b] | Samsung Units | | 0 | 0 | 560,000 | 235,000 | 121,255 | 135,474 | 165,878 |
| | Samsung % Market Share | | 0.0% | 0.0% | 10.1% | 6.7% | 1.8% | 1.9% | 1.2% |
| [c] | All Other Units | | 72,238 | 518,211 | 1,388,205 | 1,316,110 | 2,248,141 | 3,197,566 | 7,780,726 |
| | All Others % Market Share | | 3.2% | 20.9% | 25.0% | 37.7% | 33.7% | 44.9% | 55.1% |
| [d] | Total Units | | 2,289,303 | 2,475,594 | 5,554,335 | 3,492,520 | 6,676,920 | 7,123,583 | 14,119,305 |
| | **Samsung Accused Products** | | | | | | | | |
| [e] | Samsung Accused Unit Sales | | 0 | 0 | 262,099 | 76,986 | 265,952 | 225,316 | 315,290 |
| | % of IDC Estimates | | 0.0% | 0.0% | 46.8% | 32.8% | 219.3% | 166.3% | 190.1% |
| | % of Total Market | | 0.0% | 0.0% | 4.7% | 2.2% | 4.0% | 3.2% | 2.2% |
| | **Vendor Market Share after Mor-Flo Adjustment** | | | | | | | | |
| [f] | Apple Units | | 2,217,065 | 1,957,383 | 3,606,130 | 1,941,410 | 4,307,524 | 3,790,543 | 6,172,701 |
| | Apple % Market Share | | 96.8% | 79.1% | 68.1% | 56.8% | 65.7% | 54.2% | 44.2% |
| [g] | Samsung Units | | 0 | 0 | 297,901 | 158,014 | 0 | 0 | 0 |
| | Samsung % Market Share | | 0.0% | 0.0% | 5.6% | 4.6% | 0.0% | 0.0% | 0.0% |
| [h] | All Other Units | | 72,238 | 518,211 | 1,388,205 | 1,316,110 | 2,248,141 | 3,197,566 | 7,780,726 |
| | All Others % Market Share | | 3.2% | 20.9% | 26.2% | 38.5% | 34.3% | 45.8% | 55.8% |
| [i] | Total Mor-Flo Units | | 2,289,303 | 2,475,594 | 5,292,236 | 3,415,534 | 6,555,665 | 6,988,109 | 13,953,427 |

**Sources:**

[a]  *IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4, tab "Pivot Table," APLNDC-Z0000000003. [15.16]*  
     *Data filtered by setting 'Region' to "USA" and 'Product Category' to "Media Tablet."*

[b]  *IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4, tab "Pivot Table," APLNDC-Z0000000003. [15.16]*  
     *Data filtered by setting 'Region' to "USA" and 'Product Category' to "Media Tablet."*

[c]  *= [d] - [a] - [b]*

[d]  *IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4, tab "Pivot Table," APLNDC-Z0000000003. [15.16]*  
     *Data filtered by setting 'Region' to "USA" and 'Product Category' to "Media Tablet."*

[e]  *Schedule 20.2*

[f]  *= [a]*

[g]  *= [b] - [e].  Q2 2011, Q3 2011, and Q4 2011 have more accused unit sales than total Samsung units reported by Strategy Analytics so Adjusted Samsung Units are set to zero.*

[h]  *= [c]*

[i]  *= [f] + [g] + [h]*