# EXHIBIT 4
# FILED UNDER SEAL



Stringer

EXHIBIT NO. 841A
11.4.11
Andrea Ignacio, CSR 9830

APLPROS0000018791



APLPROS0000018792



APLPROS0000018796



APLPROS0000018797

APLPROS0000018798



APLPROS0000018778



APLPROS0000018779



APLPROS0000018780



APLPROS0000018781



APLPROS0000018782



APLPROS0000018783



APLPROS0000018785



APLPROS0000018786



APLPROS0000018787



APLPROS0000018788



APLPROS0000018789



APLPROS0000018790