# EXHIBIT 10
# FILED UNDER SEAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4   APPLE INC., a California
     corporation,
 5

 6           Plaintiff,

 7   vs.                          Case No. 11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,

12           Defendants.
     --------------------------------/
13

14

15

16

17        CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19      VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
             Redwood Shores, California
20              Friday, October 21, 2011

21

22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23   JOB NO. 43000

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

1           MR. MONACH:  Objection.  Vague.
2           THE WITNESS:  I don't understand if I
3    understand your definition.
4           BY MS. CARUSO:
5       Q.  Did the gap -- why was there a gap?  I'll
6    ask that question.
7       A.  I really don't remember.
8       Q.  If you'd look at this --
9       A.  Thank you.
10      Q.  -- and if you could just hold that up again
11   for the camera.
12          THE VIDEOGRAPHER:  I didn't get a shot of
13   the front.  You have to hold it longer for me.
14          Thank you.  Great.
15          BY MS. CARUSO:
16      Q.  Does that prototype also have a gap?
17      A.  It does.
18      Q.  And is there anything sort of in the
19   interior of that gap that you can see?
20          MR. MONACH:  Objection.  Vague.
21          THE WITNESS:  I see a detail within what
22   you're calling the gap.
23          BY MS. CARUSO:
24      Q.  Is that detail found in the first prototype
25   you were looking at, as well?

Page 192

1      A.   They appear to be similar.
2      Q.   Do you recall any discussions about that
3  detail?
4      A.   Having seen it now for the first time in
5  many years, I remember working as a team on this
6  detail.
7      Q.   Do you remember any discussion about the
8  detail?
9      A.   I don't.
10     Q.   Do you remember any reason why it added
11 esthetically to the product?
12          MR. MONACH:  Objection.  Vague.
13          THE WITNESS:  Probably had a very good
14 reason at the time.
15          BY MS. CARUSO:
16     Q.   But you can't recall right now what that
17 was?
18     A.   I can't recall.
19     Q.   And I asked you about any esthetic reason
20 for putting it there.  Do you remember any other
21 reason for having that detail?
22     A.   I don't recall.
23     Q.   Is it your understanding that Figure 1
24 reflects that detail?
25          MR. MONACH:  Object to the form of the

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 193

1  question to the extent it calls for a legal
2  conclusion.
3          But you can review that figure and give
4  your understanding.
5          THE WITNESS:  I believe that line reflects
6  the gap that's shown here.
7          BY MS. CARUSO:
8      Q.  I take it that as with the other design
9  patents we discussed, you can't call out any
10 particular contribution made by any member of the
11 design team with respect to the design of the D889
12 patent; is that correct?
13     A.  That's correct.
14     Q.  Would you describe the surface of this
15 prototype as contiguous from end to end?
16         MR. MONACH:  Object to the form of the
17 question as vague.
18         THE WITNESS:  I would describe the piece of
19 glass here as being contiguous.
20         BY MS. CARUSO:
21     Q.  Would you describe the glass surface as
22 extending to the outside of the product?
23         MR. MONACH:  Objection.  Vague.
24         THE WITNESS:  I don't know if I'd say -- if
25 I would categorize it that way.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 194

```
 1            BY MS. CARUSO:
 2      Q.   Why not?
 3      A.   Well, you said to the outside of the
 4   product.
 5      Q.   M-hm.
 6      A.   And the glass stops.  It doesn't go to the
 7   outside of the product.
 8      Q.   Would you describe the surface of the
 9   iPhone as extending to the outside of the product?
10           MR. MONACH:  Objection.  Vague.
11           BY MS. CARUSO:
12      Q.   I'll reask the question.
13           Would you describe the glass surface of the
14   iPhone as extending to the outside of the product?
15      A.   I would describe the glass surface
16   extending to the bezel.
17           MS. CARUSO:  We need to take a short break
18   to change the tape.
19           THE VIDEOGRAPHER:  This marks the end of
20   Tape No. 3 in today's deposition of Daniele de
21   Iuliis.  The time is 5:29 p.m.  We are off the
22   record.
23           (Recess taken, from 5:29 to 5:38.)
24           THE VIDEOGRAPHER:  This marks the beginning
25   of Tape No. 4 in today's deposition of Daniele de
```