# EXHIBIT 12
# FILED UNDER SEAL

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| | | Application Number | 29/382,846 |
| **INFORMATION DISCLOSURE** | | Filing Date | January 7, 2011 |
| **STATEMENT BY APPLICANT** | | First Named Inventor | Jody AKANA |
| | | Art Unit | 2913 |
| (Use as many sheets as necessary) | | Examiner Name | To be determined |
| Sheet | 1 of 3 | Attorney Docket Number | 2607.3180000(P10559US1) |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D448,031 | 09-18-2001 | Goetz | |
| | US2 | D458,252 | 06-04-2002 | Palin et al. | |
| | US3 | D461,802 | 08-20-2002 | Tu | |
| | US4 | D474,163 | 05-06-2003 | Araki | |
| | US5 | D483,021 | 12-02-2003 | Shih | |
| | US6 | D504,889 | 05-10-2005 | Andre et al. | |
| | US7 | D506,195 | 06-14-2005 | Leveridge et al. | |
| | US8 | D514,558 | 02-07-2006 | Nagel et al. | |
| | US9 | D514,568 | 02-07-2006 | Huang et al. | |
| | US10 | D558,756 | 01-01-2008 | Andre et al. | |
| | US11 | D558,757 | 01-01-2008 | Andre et al. | |
| | US12 | D558,758 | 01-01-2008 | Andre et al. | |
| | US13 | D565,596 | 04-01-2008 | Kim | |
| | US14 | D567,819 | 04-29-2008 | Devericks et al. | |
| | US15 | D572,023 | 07-01-2008 | Park | |
| | US16 | D580,387 | 11-11-2008 | Andre et al. | |
| | US17 | D581,922 | 12-02-2008 | Andre et al. | |
| | US18 | D586,800 | 02-17-2009 | Andre et al. | |
| | US19 | D599,342 | 09-01-2009 | Andre et al. | |
| | US20 | D600,241 | 09-15-2009 | Andre et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP1 | | | | | |
| | FP2 | | | | | |
| | FP3 | | | | | |
| | FP4 | | | | | |
| | FP5 | | | | | |
| | FP6 | | | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. 1367435-1

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000309166**

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 29/382,846 |
| **INFORMATION DISCLOSURE** | Filing Date | January 7, 2011 |
| | First Named Inventor | Jody AKANA |
| **STATEMENT BY APPLICANT** | Art Unit | 2913 |
| *(Use as many sheets as necessary)* | Examiner Name | To be determined |
| Sheet | 2 | of | 3 | Attorney Docket Number | 2607.3180000(P10559US1) |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US21 | D601,353 | 10-06-2009 | Sadler et al. | |
| | US22 | D602,014 | 10-13-2009 | Andre et al. | |
| | US23 | D602,015 | 10-13-2009 | Andre et al. | |
| | US24 | D602,017 | 10-13-2009 | Andre et al. | |
| | US25 | D602,486 | 10-20-2009 | Andre et al. | |
| | US26 | D604,290 | 11-17-2009 | Andre et al. | |
| | US27 | D604,291 | 11-17-2009 | Andre et al. | |
| | US28 | D604,292 | 11-17-2009 | Andre et al. | |
| | US29 | D604,293 | 11-17-2009 | Andre et al. | |
| | US30 | D604,733 | 11-24-2009 | Andre et al. | |
| | US31 | D606,989 | 12-29-2009 | Andre et al. | |
| | US32 | D606,991 | 12-29-2009 | Liu et al. | |
| | US33 | D606,992 | 12-29-2009 | Liu et al. | |
| | US34 | D609,705 | 02-09-2010 | Andre et al. | |
| | US35 | D611,045 | 03-02-2010 | Andre et al. | |
| | US36 | D611,469 | 03-09-2010 | Andre et al. | |
| | US37 | D616,436 | 05-25-2010 | Busri | |
| | US38 | D617,793 | 06-15-2010 | Chiang et al. | |
| | US39 | D619,555 | 07-13-2010 | Yang et al. | |
| | US40 | D622,514 | 08-31-2010 | Park et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP9 | | | | | |
| | FP10 | | | | | |
| | FP11 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or notcitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. 1367435-1

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309167

Equivalent of Form PTO/SB/08a (07-08)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 29/382.846 |
| **INFORMATION DISCLOSURE** | Filing Date | January 7, 2011 |
| **STATEMENT BY APPLICANT** | First Named Inventor | Jody AKANA |
| *(Use as many sheets as necessary)* | Art Unit | 2913 |
| | Examiner Name | To be determined |
| Sheet   3   of   3 | Attorney Docket Number | 2607.5180000(P10559US1) |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code [2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | Pages, Columns, Lines, Where<br>Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US41 | D623,184 | 09-07-2010 | Green et al. | |
| | US42 | D624,070 | 09-21-2010 | Lee et al. | |
| | US43 | D624,071 | 09-21-2010 | Dan | |
| | US44 | D624,074 | 09-21-2010 | Green et al. | |
| | US45 | D625,928 | 10-26-2010 | Lee et al. | |
| | US46 | D631,474 | 01-25-2011 | Green et al. | |
| | US47 | D632,688 | 02-15-2011 | Seong | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | Pages, Columns, Lines, Where<br>Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner<br>Signature | | Date<br>Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or notcitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. 1367435-1

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000309168**



Sterne Kessler
Goldstein Fox

## Declaration for Patent Application

Atty. Docket No. 2607.3180000(P10559US1)/TGD/ECW

As a below named inventor, I hereby declare that:

My residence, mailing address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter that is claimed and for which a patent is sought on the invention entitled **Portable Display Device**, the specification of which is attached hereto unless the following box is checked:

☒    was filed on January 7, 2011

as United States Application Number 29/382,846; and

was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 C.F.R. § 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

### Authorization to Permit Access to Application by Participating Offices

☒    If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPC, or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

- Page 1 of 7 -

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000309185**



Sterne Kessler
Goldstein Fox

Appl. No. 29/382,846
Atty. Docket No. 2607.3180000(P10559US1)/TGD/ECW

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

### Claim of Foreign Priority Benefits

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or (f) or § 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or § 365(a) of any PCT international application, which designated at least one country other than the United States of America, listed below, and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

Send Correspondence to:     Customer No. 63975

Direct Telephone Calls to:     (202) 371-2600

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full name of first Inventor: | Jody AKANA | |
|---|---|---|
| Signature of first Inventor: | *[signature]* | Date: 5.24.1 |
| Residence: | San Francisco, California | |
| Citizenship: | United States | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

- Page 2 of 7 -

**Highly Confidential - Attorneys' Eyes Only**                    APLNDC-Y0000309186


Sterne Kessler
Goldstein Fox

Appl. No. 29/382,846
Atty. Docket No. 2607.3180000(P10559US1)/TGD/ECW

| Full name of second Inventor: | Bartley K. ANDRE |
|---|---|
| Signature of second Inventor: | Date: 5-24-11 |
| Residence: | Menlo Park, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 |

| Full name of third Inventor: | Jeremy BATAILLOU |
|---|---|
| Signature of third Inventor: | Date: 05-24-11 |
| Residence: | San Francisco, California |
| Citizenship: | France |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 |

| Full name of fourth Inventor: | Daniel J. COSTER |
|---|---|
| Signature of fourth Inventor: | Date: 5-24-11 |
| Residence: | San Francisco, California |
| Citizenship: | New Zealand |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, Arkansas 95014 |

- Page 3 of 7 -

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309187


Sterne Kessler
Goldstein Fox

Appl. No. 29/382,846
Atty Docket No. 2607.3180000(P10559US1)/TGD/ECW

| Full name of fifth Inventor: | **Daniele DE IULIIS** | |
|---|---|---|
| Signature of fifth Inventor: | | Date: 5 24 11 |
| Residence: | San Francisco, California | |
| Citizenship: | Italy | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of sixth Inventor: | **Evans HANKEY** | |
|---|---|---|
| Signature of sixth Inventor: | | Date: 5 24 11 |
| Residence: | San Francisco, California | |
| Citizenship: | United States | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of seventh Inventor: | **Julian HOENIG** | |
|---|---|---|
| Signature of seventh Inventor: | | Date: 5.24.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Austria | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

- Page 4 of 7 -

**Highly Confidential - Attorneys' Eyes Only**                    APLNDC-Y0000309188



Sterne Kessler
Goldstein Fox

Appl. No. 29/382,846
Atty. Docket No. 2607.3180000(P10559US1)/TGD/ECW

| Full name of eighth Inventor: | Richard P. HOWARTH | |
|---|---|---|
| Signature of eighth Inventor: | | Date. 5.24.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Great Britain | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino. California 95014 | |

| Full name of ninth Inventor: | Jonathan P. IVE | |
|---|---|---|
| Signature of ninth Inventor: | | Date. 5.24.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Great Britain | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of tenth Inventor: | Duncan Robert KERR | |
|---|---|---|
| Signature of tenth Inventor: | | Date: 5.24.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Great Britain and United States | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

- Page 5 of 7 -

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309189



Sterne Kessler
Goldstein Fox

Appl. No. 29/382,846
Atty. Docket No. 2607-3180000(P10559US1-TGD/ECW)

| Full name of eleventh Inventor: | Shin NISHIBORI | |
|---|---|---|
| Signature of eleventh Inventor: | | Date: 5/28/11 |
| Residence: | Portola Valley, California | |
| Citizenship: | Japan | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of twelfth Inventor: | Matthew Dean ROHRBACH | |
|---|---|---|
| Signature of twelfth Inventor: | | Date. |
| Residence: | San Francisco, California | |
| Citizenship: | United States | |
| Mailing Address. | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of thirteenth Inventor: | Peter RUSSELL-CLARKE | |
|---|---|---|
| Signature of thirteenth Inventor: | | Date: 5/24/11 |
| Residence. | San Francisco, California | |
| Citizenship: | Australia | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

- Page 6 of 7 -

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309190

Sterne Kessler
Goldstein Fox

Appl. No. 29/382,846
Atty Docket No. 2607.3180000(P10559US1)/TGD/ECW

| Full name of fourteenth Inventor: | Christopher J. STRINGER |
|---|---|
| Signature of fourteenth Inventor: | Date: 5·24· 11 |
| Residence: | Woodside, California |
| Citizenship: | Australia |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

| Full name of fifteenth Inventor: | Eugene Antony WHANG |
|---|---|
| Signature of fifteenth Inventor: | Date: 05·24·11 |
| Residence: | San Francisco, California |
| Citizenship: | Canada |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, Californ a 95014 |

| Full name of sixteenth Inventor: | Rico ZORKENDORFER |
|---|---|
| Signature of sixteenth Inventor: | Date: 05. 24.11 |
| Residence: | San Francisco, California |
| Citizenship: | Germany |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

1338951t1

- Page 7 of 7 -

Highly Confidential - Attorneys' Eyes Only

PTO/SB/18 (08-08)
Approved for use through 06/30/2010  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| DESIGN PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 2607.3180000(P10559US1) |
|---|---|---|
| | First Named Inventor | To Be Determined |
| | Title | Portable Electronic Device |
| (Only for new nonprovisional applications under 37 CFR 1 53(b)) | Express Mail Label No. | |

| ADDRESS TO:<br>**Commissioner for Patents**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | DESIGN V UTILITY: A "design patent" protects an article's ornamental appearance (e.g., the way an article looks) (35 U.S.C. 171), while a "utility patent" protects the way an article is used and works (35 U.S.C. 101) The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information, see MPEP 1502.01. |
|---|---|

| **APPLICATION ELEMENTS**<br>See MPEP 1500 concerning design patent application contents | **ACCOMPANYING APPLICATION PARTS** |
|---|---|

| | |
|---|---|
| 1. [ ] Fee Transmittal Form (e g., PTO/SB/17) | 7 [ ] Assignment Papers (cover sheet & document(s)) |
| 2. [ ] Applicant claims small entity status.<br>See 37 CFR 1.27. | 8. [ ] 37 CFR 3.73(b) Statement    [ ] Power of<br>(when there is an assignee)    Attorney |
| 3. [X] Specification    [Total Pages 3 ]<br>(preferred arrangement set forth below, MPEP 1503.01)<br>- Preamble<br>- Cross References to Related Applications<br>- Statement Regarding Fed sponsored R & D<br>- Description of the figure(s) of the drawings<br>- Feature description<br>- Claim (only one (1) claim permitted, MPEP 1503.03) | 9. [ ] English Translation Document (if applicable)<br><br>10 [ ] Information Disclosure Statement (IDS)<br>    PTO/SB/08 or PTO-1449<br>    [ ] Copies of foreign patent documents,<br>      publications, & other information<br><br>11. [ ] Preliminary Amendment |
| 4. [X] Drawing(s) (37 CFR 1.152) (Total Sheets 13 ] | 12. [ ] Return Receipt Postcard (MPEP 503)<br>(Should be specifically itemized) |
| 5 Oath or Declaration    [Total Pages ____ ] | 13. [ ] Certified Copy of Priority Document(s)<br>(if foreign priority is claimed) |
| a. [ ] Newly executed (original or copy) | 14. [ ] Request for Expedited Examination of a Design Application<br>(37 CFR 1.155) (NOTE: Use "Mail Stop Expedited Design") |
| b. [ ] A copy from a prior application (37 CFR 1.63(d))<br>(for continuation/divisional with Box 16 completed)<br>    DELETION OF INVENTOR(S)<br>    i. [ ] Signed statement attached deleting<br>       inventor(s) named in the prior application,<br>       see 37 CFR 1.63(d)(2) and 1.33(b) | 15. [X] Other: Authorization under 37 CFR 1.136(a)(3); and<br><br>      Appendix to the specification |
| 6 [X] Application Data Sheet See 37 CFR 1 76 | |

**16.** If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1 76:

[ ] Continuation     [ ] Divisional     [ ] Continuation-in-part (CIP) of prior application No.: _____

Prior application information. Examiner _____ Art Unit: _____

| 17. CORRESPONDENCE ADDRESS | | |
|---|---|---|
| [X] The address associated with<br>Customer Number | 63975 | OR [ ] Correspondence address below |

| Name | |
|---|---|
| Address | |

| City | | State | | | Zip Code | |
|---|---|---|---|---|---|---|
| Country | | Telephone | | Email | | |

| Signature | | Date January 7, 2011 |
|---|---|---|
| Name (Print/Type) Tracy-Gene G. Durkin | | Registration No. 32,831<br>(Attorney/Agent) |

This collection of information is required by 37 CFR 1 53(b)  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1 11 and 1 14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U S  Patent and Trademark Office, U.S  Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS  SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

1304642.1

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000309316**

## APPLICATION DATA SHEET

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Given Name:** | To |
| **Middle Name:** | Be |
| **Family Name:** | Determined |

*Correspondence Information:*

| | | |
|---|---|---|
| **Customer Number:** | 63975 | *63975* |

*Application Information:*

| | |
|---|---|
| **Title of Invention:** | Portable Electronic Device |
| **Application Type:** | Regular, design |

Attorney Docket Number: 2607.3180000(P10559US1)

Botanic Information:

Publication Information:
Suggested Figure for Publication -
Suggested Classification -
Suggested Technology Center -
Total Number of Drawing Sheets - 13

*Representative Information:*

practitioner(s) at Customer Number:

63975          *63975*

as my attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

*Domestic Priority Information:*

**Highly Confidential - Attorneys' Eyes Only**                    **APLNDC-Y0000309317**

*Foreign Priority Information:*

*Assignee Information:*

Assignee 1:

Organization Name:               Apple Inc.
Address-1 of Mailing Address:   1 Infinite Loop
Address-2 of Mailing Address:
City of Mailing Address:         Cupertino
State of Mailing Address:        CA
Postal Code of Mailing Address: 95014
Country of Mailing Address:      US

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date:   January 7, 2011

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
tdurkin@skgf.com
1304638_1.DOC

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309318

Atty Docket No.
2607.3180000(P10559US1)

## SPECIFICATION

This is an application for a new, original and ornamental design for an PORTABLE ELECTRONIC DEVICE of which the following is a specification, reference being had to the accompanying Figures and Appendix forming a part thereof. Color and texture may or may not form part of the claimed design. The background images and reflections of the digital images are not part of the claimed design. They may be removed from the images and replaced with the material immediately adjacent thereto. The text and trademarks, such as the Apple logo, are for illustrative purposes only and form no part of the claimed design. They may be removed from the drawings and replaced with the material immediately adjacent thereto. The attached Appendix includes Figures A - H, which are drawings of a portable electronic device according to the present invention. The inventors reserve the right to claim any part, portion, element or combination thereof of the disclosed design.

### DESCRIPTION OF THE DRAWINGS

[0001]     Figure 1 is a bottom front perspective view of a portable electronic device showing our new design;

[0002]     Figure 2 is a bottom rear perspective view thereof;

[0003]     Figure 3 is a top rear perspective view thereof;

[0004]     Figure 4 is a front view thereof;

[0005]     Figure 5 is a rear view thereof;

1

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000309319**

Atty Docket No.
2607.3180000(P10559US1)

[0006]        Figure 6 is another bottom front perspective view thereof;

[0007]        Figure 7 is a top front perspective view thereof;

[0008]        Figure 8 is a side perspective view thereof;

[0009]        Figure 9 is another bottom rear perspective view thereof;

[0010]        Figure 10 is another top rear perspective view thereof;

[0011]        Figure 11 is a side perspective view thereof;

[0012]        Figure 12 is another side perspective view thereof;

[0013]        Figure 13 is an enlarged front perspective view of a portion of

the portable electronic device thereof;

[0014]        Figure 14 is an enlarged perspective view of another portion

thereof;

[0015]        Figure 15 is another enlarged portion thereof;

[0016]        Figure 16 is another enlarged portion thereof;

[0017]        Figure 17 is another enlarged portion thereof;

[0018]        Figure 18 is another enlarged portion thereof;

[0019]        Figure 19 is another enlarged portion thereof;

[0020]        Figure 20 is another enlarged portion thereof;

[0021]        Figure 21 is another enlarged portion thereof;

[0022]        Figure 22 is another side perspective view thereof; and

[0023]        Figure 23 is a bottom view thereof.

**Highly Confidential - Attorneys' Eyes Only**                    **APLNDC-Y0000309320**

Atty Docket No.
2607.3180000(P10559US1)

WE CLAIM:

The ornamental design for a portable electronic device, as shown and

described.

1304381_1.DOC

3

**Highly Confidential - Attorneys' Eyes Only**                                    **APLNDC-Y0000309321**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To Be Assigned* |
| *To Be Determined* | Art Unit: *To Be Assigned* |
| Appl. No.: *To Be Assigned* | Examiner: *To Be Assigned* |
| Filed: Herewith | Atty. Docket: 2607.3180000(P10559US1) |
| For: **Portable Electronic Device** | |

**Authorization to Treat a Reply as Incorporating an
Extension of Time Under 37 C.F.R. § 1.136(a)(3)**

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time. The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: ___January 7, 2011___

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
1304641_1.DOC

**Highly Confidential - Attorneys' Eyes Only**



FIG. 1



FIG. 2

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309323



**FIG. 3**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309324



**FIG. 4**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309325



**FIG. 5**



**FIG. 6**

Highly Confidential - Attorneys' Eyes Only



**FIG. 7**



**FIG. 8**

Highly Confidential - Attorneys' Eyes Only



**FIG. 9**



**FIG. 10**

Highly Confidential - Attorneys' Eyes Only



**FIG. 11**



**FIG. 12**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309329



**FIG. 13**



**FIG. 14**

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000309330



**FIG. 15**



**FIG. 16**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309331



**FIG. 17**



**FIG. 18**

Highly Confidential - Attorneys' Eyes Only



**FIG. 19**



**FIG. 20**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309333



**FIG. 21**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309334



FIG. 22



FIG. 23

Highly Confidential - Attorneys' Eyes Only

Atty Docket No.
P10559US1(2607.3180000)

# IN THE UNITED STATES
# PATENT AND TRADEMARK OFFICE

*DESIGN PATENT APPENDIX*

*To All Whom It May Concern:*

## Appendix

Attached hereto and submitted herewith as a part of this application are drawings of the Portable Electronic Device according to the present invention.

The Applicants regard their design as that shown in the Figures of the application as well as the material contained in this Appendix, and any and all parts, portions, elements, and/or combination thereof. Applicants reserve the right to claim any such part, portion, element and/or combination thereof of the disclosed designs, including to replace any solid line with a broken line to disclaim any part, portion, element or combination thereof of the disclosed design, or to replace any broken line with a solid line to claim any part, portion, element or combination thereof of the disclosed design.

Upon allowance, and if authorized by Applicants, this Appendix may be deleted, to remain a part of the file, and need not be printed as part of any patent that may issue.

The Examiner is not authorized to make any substantive amendments to this specification or claim unless explicitly authorized by the Applicants or their representative to do so. The Examiner is respectfully requested to contact Applicants' representative in the event such authorization is desired.

128675v1

Highly Confidential - Attorneys' Eyes Only



FIG. A

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309337



**FIG. B**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309338



**FIG. C**

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000309339



FIG. D

Highly Confidential - Attorneys' Eyes Only



**FIG. E**      **FIG. F**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000309341



## FIG. G



## FIG. H

Highly Confidential - Attorneys' Eyes Only