# EXHIBIT 13
# FILED UNDER SEAL



Sterne Kessler
Goldstein Fox

## Declaration for Patent Application

Atty. Docket No. 2607.3180001(P10559USX1)/TGD/ECW

As a below named inventor, I hereby declare that:

My residence, mailing address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter that is claimed and for which a patent is sought on the invention entitled **Portable Display Device**, the specification of which is attached hereto unless the following box is checked:

☒     was filed on February 4, 2011

as United States Application Number 29/384,911; and

was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 C.F.R. § 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

### Authorization to Permit Access to Application by Participating Offices

☒     If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: 1) the above-identified application, 2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and 3) any U.S. application from which benefit is sought in the above-identified application.

- Page 1 of 7 -

**Highly Confidential - Attorneys' Eyes Only**    APLNDC-Y0000310117



Sterne Kessler
Goldstein Fox

Appl. No. 29/384,911
Atty. Docket No. 2607 3180001(P10559USX1)/TGD/ECW

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

## Claim of Foreign Priority Benefits

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or (f) or § 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or § 365(a) of any PCT international application, which designated at least one country other than the United States of America, listed below, and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | ☐ | | |
| | | | ☐ | | |
| | | | ☐ | | |
| | | | ☐ | | |

Send Correspondence to:    Customer No. 63975

Direct Telephone Calls to:    (202) 371-2600

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full name of first Inventor: | Jody AKANA | |
|---|---|---|
| Signature of first Inventor: | [signature] | Date: 4·25·11 |
| Residence: | San Francisco, California | |
| Citizenship: | United States | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

- Page 2 of 7 -

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310118

Sterne Kessler
Goldstein Fox

Appl. No. 29/384.911
Atty. Docket No. 2607.3180001(P10559USX1)/TGD/ECW

| Full name of second Inventor: | Bartley K. ANDRE |
|---|---|
| Signature of second Inventor: | Date: |
| Residence: | Menlo Park, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

| Full name of third Inventor: | Jeremy BATAILLOU |
|---|---|
| Signature of third Inventor: | Date: 4/25/11 |
| Residence: | San Francisco, California |
| Citizenship: | France |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

| Full name of fourth Inventor: | Daniel J. COSTER |
|---|---|
| Signature of fourth Inventor: | Date: |
| Residence: | San Francisco, California |
| Citizenship: | New Zealand |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, Arkansas 95014 |

- Page 3 of 7 -

Highly Confidential - Attorneys' Eyes Only     APLNDC-Y0000310119



Sterne Kessler
Goldstein Fox

Appl. No. 29/384,911
Atty. Docket No. 2607.3180001(P10559USX1)/TGD/ECW

| Full name of fifth Inventor: | **Daniele DE IULIIS** | |
|---|---|---|
| Signature of fifth Inventor: | *[signature]* | Date: 4.26.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Italy | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of sixth Inventor: | **Evans HANKEY** | |
|---|---|---|
| Signature of sixth Inventor: | *[signature]* | Date: 4.26.11 |
| Residence: | San Francisco, California | |
| Citizenship: | United States | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of seventh Inventor: | **Julian HOENIG** | |
|---|---|---|
| Signature of seventh Inventor: | *[signature]* | Date: 4.19.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Austria | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310120


Sterne Kessler
Goldstein Fox

Appl. No. 29/384,911
Atty. Docket No. 2607.3180001(P10559USX1)/TGD/ECW

| Full name of eighth Inventor: | Richard P. HOWARTH |
|---|---|
| Signature of eighth Inventor: | Date: 4:19.2011 |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

| Full name of ninth Inventor: | Jonathan P. IVE |
|---|---|
| Signature of ninth Inventor: | Date: 4/21/11 |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

| Full name of tenth Inventor: | Duncan Robert KERR |
|---|---|
| Signature of tenth Inventor: | Date: 4-19-11 |
| Residence: | San Francisco, California |
| Citizenship: | Great Britain and United States |
| Mailing Address: | 1 Infinite Loop, MS 302-11D Cupertino, California 95014 |

- Page 5 of 7 -

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310121


Sterne Kessler
Goldstein Fox

Appl. No. 29/384,911
Atty. Docket No. 2607.3180001(P10559USX1)/TGD/ECW

| Full name of eleventh Inventor: | Shin NISHIBORI |
| Signature of eleventh Inventor: | Date: 4-25-11 |
| Residence: | Portola Valley, California |
| Citizenship: | Japan |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

| Full name of twelfth inventor: | Matthew Dean ROHRBACH |
| Signature of twelfth Inventor: | Date: 4-25-11 |
| Residence: | San Francisco, California |
| Citizenship: | United States |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

| Full name of thirteenth Inventor: | Peter RUSSELL-CLARKE |
| Signature of thirteenth inventor: | Date: 4-25-11 |
| Residence: | San Francisco, California |
| Citizenship: | Australia |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID<br>Cupertino, California 95014 |

- Page 6 of 7 -

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310122



Sterne Kessler
Goldstein Fox

Appl. No. 29/384,911
Atty. Docket No. 2607.3180001(P10559USX1)/TGD/ECW

| Full name of fourteenth Inventor: | **Christopher J. STRINGER** | |
| --- | --- | --- |
| Signature of fourteenth Inventor: | | Date. 4.26.11 |
| Residence: | Woodside, California | |
| Citizenship: | Australia | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of fifteenth Inventor: | **Eugene Antony WHANG** | |
| --- | --- | --- |
| Signature of fifteenth Inventor: | | Date: 09.19.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Canada | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

| Full name of sixteenth Inventor: | **Rico ZORKENDORFER** | |
| --- | --- | --- |
| Signature of sixteenth Inventor: | | Date: 09.19.11 |
| Residence: | San Francisco, California | |
| Citizenship: | Germany | |
| Mailing Address: | 1 Infinite Loop, MS 302-1ID Cupertino, California 95014 | |

1339386v1

- Page 7 of 7 -

**Highly Confidential - Attorneys' Eyes Only**

PTO/SB/96 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Atty. Docket No. 2607 3180001(P10539USX1)

Applicant/Patent Owner: AKANA et al.

Application No./Patent No.: 29/384,911          Filed/Issue Date: February 4, 2011

Titled: Portable Display Device

Apple Inc. , a                    Corporation
(Name of Assignee)           (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X]  the assignee of the entire right, title, and interest in;

2. [ ]  an assignee of less than the entire right, title, and interest in
(The extent (by percentage) of its ownership interest is _____ %); or

3. [ ]  the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [X]  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in
the United States Patent and Trademark Office at Reel  026364 , Frame  0368 , or for which a
copy therefore is attached.

OR

B. [ ]  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____   To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame_____ , or for which a copy thereof is attached.

2. From: _____   To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame_____ , or for which a copy thereof is attached.

3. From: _____   To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame_____ , or for which a copy thereof is attached.

[ ]  Additional documents in the chain of title are listed on a supplemental sheet(s).

[X]  As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was,
or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in
accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____                   06/15/11
Signature                                 Date

Erin C. Wong, Reg. No. 61,831             Agent for Applicants
Printed or Typed Name                     Title

This collection of information is required by 37 CFR 3.73(b)  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to
process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including
gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time
you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S.
Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner
for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.

1374593          If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310124

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: 4929 |
| AKANA *et al.* | Art Unit: 2913 |
| Appl. No.: 29/384,911 | Examiner: *To Be Determined* |
| Filed: February 4, 2011 | Atty. Docket: 2607.3180001(P10559USX1) |
| For: **Portable Display Device** | |

## Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

Listed on accompanying IDS Forms PTO/SB/08a equivalent and/or PTO/SB/08b equivalent are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98.

Applicants have listed publication dates on the attached IDS Forms based on information presently available to the undersigned. However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicants reserve the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent

**Highly Confidential - Attorneys' Eyes Only**

- 2 -                                                AKANA *et al.*
                                                   Appl. No. 29/384,911

application does not exist. The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicants have checked the appropriate boxes below.

☐ 1.  Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement was first cited in a communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in 37 C.F.R. § 1.56(c) more than thirty days prior to the filing of this information disclosure statement.

☒ 2.  Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action after the filing of a request for continued examination under 37 C.F.R. § 1.114. No statement or fee is required.

☐ 3.  Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more than three months after the U.S. filing date AND after the mailing date of the first Office Action on the merits, but before the mailing date of a Final Rejection, or Notice of Allowance, or an action that otherwise closes prosecution in the application.

Atty. Dkt. No. 2607.3180001(P10559USX1)

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000310126**

- 3 -                                                                    AKANA *et al.*
                                                              Appl. No. 29/384,911

☐ a.   Statement under 37 C.F.R. § 1.97(c)(1). I hereby state that each
       item of information contained in this Information Disclosure
       Statement was first cited in any communication from a foreign
       patent office in a counterpart foreign application not more than
       three months prior to the filing of this Information Disclosure
       Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.   Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item
       of information in this Information Disclosure Statement was cited
       in a communication from a foreign patent office in a counterpart
       foreign application and, to my knowledge after making reasonable
       inquiry, was known to any individual designated in 37 C.F.R.
       § 1.56(c) more than three months prior to the filing of this
       Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ c.   The required fee is provided through online credit card payment
       authorization in the amount of $180.00 in payment of the fee
       under 37 C.F.R. § 1.17(p).

☐ 4.   Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being
       filed more than three months after the U.S. filing date and after the mailing date
       of a Final Rejection or Notice of Allowance, but on or before payment of the
       Issue Fee.   The required fee is provided through online credit card payment
       authorization in the amount of $180.00 in payment of the fee under 37 C.F.R. §
       1.17(p); in addition:

Atty. Dkt. No. 2607.3180001(P10559USX1)

**Highly Confidential - Attorneys' Eyes Only**                               **APLNDC-Y0000310127**

- 4 -

AKANA *et al.*
Appl. No. 29/384,911

☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(1).

☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c) more than three months prior to the filing of this Information Disclosure Statement. 37 C.F.R. § 1.97(e)(2).

☐ 5.  The document(s) was/were cited in a search report by a foreign patent office in a counterpart foreign application. Submission of an English language version of the search report that indicates the degree of relevance found by the foreign office is provided in satisfaction of the requirement for a concise explanation of relevance. 1138 OG 37, 38 and MPEP 609.04(a)(III).

☐ 6.  A concise explanation of the relevance of the non-English language document(s) appears below in accordance with 37 C.F.R. § 1.98(a)(3).

Atty. Dkt. No. 2607.3180001(P10559USX1)

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000310128**

- 5 -                                                                    AKANA *et al.*
                                                                    Appl. No. 29/384,911

☒ 7.  In accordance with 37 C.F.R. § 1.98(a)(2), no copies of U.S. patents and patent
      application publications cited as documents US1-US47 on the attached IDS
      Forms are submitted.

☐ 8.  Copies of the _____ documents were cited by or submitted to
      the Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application
      No._____, filed _____, which is relied upon for an earlier filing
      date under 35 U.S.C. § 120.  Thus, copies of these documents are not attached.
      37 C.F.R. § 1.98(d).

☒ 9.  It is expected that the examiner will review the prosecution and cited art in the
      parent application no. 29/382,846, filed 1/7/2011, in accordance with MPEP
      2001.06(b), and indicate in the next communication from the office that the art
      cited in the earlier prosecution history has been reviewed in connection with the
      present application.

☐ 10. In accordance with the Federal Circuit decision in *Dayco Prods., Inc. v. Total
      Containment, Inc.* 329 F.3d 1358 (Fed. Cir. 2003), Applicants submit herewith
      Office Actions from the co-pending U.S. Patent Application No._____,
      filed _____, as documents _____ to _____.

      The identification of these Office Actions is not to be construed as a waiver of
      secrecy as to those applications now or upon issuance of the present application
      as a patent.   The Examiner is respectfully requested to consider the cited
      applications and the art cited therein during examination.

                                                 Atty. Dkt. No. 2607.3180001(P10559USX1)

**Highly Confidential - Attorneys' Eyes Only**                          **APLNDC-Y0000310129**

- 6 -                                        AKANA *et al.*
                                      Appl. No. 29/384,911

It is respectfully requested that the Examiner initial and return a copy of the

enclosed IDS Forms, and indicate in the official file wrapper of this patent application

that the documents have been considered.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee

deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

*Erusanf*

Erin C. Wong
Agent for Applicants
Registration No. 61,831

Date:    June 15, 2011

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

1374980_1.DOCX

Atty. Dkt. No. 2607.3180001(P10559USX1)

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000310130**

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 29/384,911 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Filing Date | February 4, 2011 |
| | First Named Inventor | Jody AKANA |
| | Art Unit | 2913 |
| | Examiner Name | To Be Determined |
| Sheet        1     of     3 | Attorney Docket Number | 2607.3180001(P10559USX1) |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D448,031 | 09-18-2001 | Goetz | |
| | US2 | D458,252 | 06-04-2002 | Palm et al. | |
| | US3 | D461,802 | 08-20-2002 | Tu | |
| | US4 | D474,163 | 05-06-2003 | Araki | |
| | US5 | D483,021 | 12-02-2003 | Shih | |
| | US6 | D504,889 | 05-10-2005 | Andre et al. | |
| | US7 | D506,195 | 06-14-2005 | Leveridge et al. | |
| | US8 | D514,558 | 02-07-2006 | Nagel et al. | |
| | US9 | D514,568 | 02-07-2006 | Hoang et al. | |
| | US10 | D558,756 | 01-01-2008 | Andre et al. | |
| | US11 | D558,757 | 01-01-2008 | Andre et al. | |
| | US12 | D558,758 | 01-01-2008 | Andre et al. | |
| | US13 | D565,596 | 04-01-2008 | Kim | |
| | US14 | D567,819 | 04-29-2008 | Devericks et al. | |
| | US15 | D572,023 | 07-01-2008 | Park | |
| | US16 | D580,387 | 11-11-2008 | Andre et al. | |
| | US17 | D581,922 | 12-02-2008 | Andre et al. | |
| | US18 | D586,800 | 02-17-2009 | Andre et al. | |
| | US19 | D599,342 | 09-01-2009 | Andre et al. | |
| | US20 | D600,241 | 09-15-2009 | Andre et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP1 | | | | | |
| | FP2 | | | | | |
| | FP3 | | | | | |
| | FP4 | | | | | |
| | FP5 | | | | | |
| | FP6 | | | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |

1374992_1.DOCX

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04 [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

**Highly Confidential - Attorneys' Eyes Only**

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 29/384,911 |
| **INFORMATION DISCLOSURE** | Filing Date | February 4, 2011 |
| | First Named Inventor | Jody AKANA |
| **STATEMENT BY APPLICANT** | Art Unit | 2913 |
| (Use as many sheets as necessary) | Examiner Name | To Be Determined |
| Sheet 2 of 3 | Attorney Docket Number | 2607.3180001(P10559USX1) |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code [2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US21 | D601,353 | 10-06-2009 | Sadler et al. | |
| | US22 | D602,014 | 10-13-2009 | Andre et al. | |
| | US23 | D602,015 | 10-13-2009 | Andre et al. | |
| | US24 | D602,017 | 10-13-2009 | Andre et al. | |
| | US25 | D602,486 | 10-20-2009 | Andre et al. | |
| | US26 | D604,290 | 11-17-2009 | Andre et al. | |
| | US27 | D604,291 | 11-17-2009 | Andre et al. | |
| | US28 | D604,292 | 11-17-2009 | Andre et al. | |
| | US29 | D604,293 | 11-17-2009 | Andre et al. | |
| | US30 | D604,733 | 11-24-2009 | Andre et al. | |
| | US31 | D606,989 | 12-29-2009 | Andre et al. | |
| | US32 | D606,991 | 12-29-2009 | Liu et al. | |
| | US33 | D606,992 | 12-29-2009 | Liu et al. | |
| | US34 | D609,705 | 02-09-2010 | Andre et al. | |
| | US35 | D611,045 | 03-02-2010 | Andre et al. | |
| | US36 | D611,469 | 03-09-2010 | Andre et al. | |
| | US37 | D616,436 | 05-25-2010 | Busri | |
| | US38 | D617,793 | 06-15-2010 | Chiang et al. | |
| | US39 | D619,555 | 07-13-2010 | Yang et al. | |
| | US40 | D622,514 | 08-31-2010 | Park et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No [1] | Foreign Patent Document — Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP9 | | | | | |
| | FP10 | | | | | |
| | FP11 | | | | | |
| | FP12 | | | | | |
| | FP13 | | | | | |
| | FP14 | | | | | |
| | FP15 | | | | | |
| | FP16 | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or notcitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3.) [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

**Highly Confidential - Attorneys' Eyes Only**

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| | Application Number | 29/384,911 |
| **INFORMATION DISCLOSURE** | Filing Date | February 4, 2011 |
| | First Named Inventor | Jody AKANA |
| **STATEMENT BY APPLICANT** | Art Unit | 2913 |
| *(Use as many sheets as necessary)* | Examiner Name | To Be Determined |
| Sheet        3      of        3 | Attorney Docket Number | 2607.3180001(P10559USX1) |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No [1] | Document Number<br>Number-Kind Code [2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US41 | D623,184 | 09-07-2010 | Green et al. | |
| | US42 | D624,070 | 09-21-2010 | Lee et al. | |
| | US43 | D624,071 | 09-21-2010 | Dan | |
| | US44 | D624,074 | 09-21-2010 | Green et al. | |
| | US45 | D625,928 | 10-26-2010 | Lee et al. | |
| | US46 | D631,474 | 01-25-2011 | Green et al. | |
| | US47 | D632,688 | 02-15-2011 | Seong | |
| | US48 | | | | |
| | US49 | | | | |
| | US50 | | | | |
| | US51 | | | | |
| | US52 | | | | |
| | US53 | | | | |
| | US54 | | | | |
| | US55 | | | | |
| | US56 | | | | |
| | US57 | | | | |
| | US58 | | | | |
| | US59 | | | | |
| | US60 | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No [1] | Foreign Patent Document<br>Country Code [3]-Number [4]-Kind Code [5] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T [6] |
|---|---|---|---|---|---|---|
| | FP17 | | | | | |
| | FP18 | | | | | |
| | FP19 | | | | | |
| | FP20 | | | | | |
| | FP21 | | | | | |
| | FP22 | | | | | |
| | FP23 | | | | | |
| | FP24 | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or noteitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST 3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000310133**

PTO/SB/18 (06-08)
Approved for use through 06/30/2010  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **DESIGN PATENT APPLICATION TRANSMITTAL** | Attorney Docket No. | 2607.3180001(P10559USX1) |
| | First Named Inventor | To Be Determined |
| | Title | Portable Display Device |
| *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Express Mail Label No. | |

| ADDRESS TO.<br>**Commissioner for Patents**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | *DESIGN V. UTILITY:* A "design patent" protects an article's ornamental appearance (e.g., the way an article looks) (35 U.S.C. 171), while a "utility patent" protects the way an article is used and works (35 U.S.C. 101). The ornamental appearance of an article includes its shape/configuration or surface ornamentation upon the article, or both. Both a design and a utility patent may be obtained on an article if invention resides both in its ornamental appearance and its utility. For more information, see MPEP 1502.01. |

| **APPLICATION ELEMENTS**<br>See MPEP 1500 concerning design patent application contents. | **ACCOMPANYING APPLICATION PARTS** |
|---|---|
| 1.  ☐ Fee Transmittal Form *(e.g., PTO/SB/17)* | 7.  ☐ Assignment Papers (cover sheet & document(s)) |
| 2.  ☐ Applicant claims small entity status.<br>See 37 CFR 1.27. | 8.  ☐ 37 CFR 3.73(b) Statement<br>(when there is an assignee)   ☐ Power of Attorney |
| 3.  ☒ Specification   \|Total Pages 8 \|<br>*(preferred arrangement set forth below, MPEP 1503.01)*<br>- Preamble<br>- Cross References to Related Applications<br>- Statement Regarding Fed sponsored R & D<br>- Description of the figure(s) of the drawings<br>- Feature description<br>- Claim (only one (1) claim permitted, MPEP 1503.03) | 9.  ☐ English Translation Document *(if applicable)*<br><br>10. ☐ Information Disclosure Statement (IDS)<br>☐ PTO/SB/08 or PTO-1449<br>☐ Copies of foreign patent documents, publications, & other information<br><br>11. ☐ Preliminary Amendment |
| 4.  ☒ Drawing(s) (37 CFR 1.152) *[Total Sheets 84 ]* | 12. ☐ Return Receipt Postcard (MPEP 503)<br>(Should be specifically itemized) |
| 5.  Oath or Declaration   \|Total Pages _____ \| | |
| a.  ☐ Newly executed (original or copy) | 13. ☐ Certified Copy of Priority Document(s)<br>(if foreign priority is claimed) |
| b.  ☐ A copy from a prior application (37 CFR 1.63(d))<br>(for continuation/divisional with Box 16 completed)<br>*DELETION OF INVENTOR(S)*<br>i.  ☐ Signed statement attached deleting inventor(s) named in the prior application.<br>see 37 CFR 1.63(d)(2) and 1.33(b) | 14. ☐ Request for Expedited Examination of a Design Application<br>(37 CFR 1.155) (NOTE: Use "Mail Stop Expedited Design")<br><br>15. ☒ Other: Authorization under 37 CFR 1.136(a)(3) |
| 6.  ☒ Application Data Sheet. See 37 CFR 1.76 | |

**16. If a CONTINUING APPLICATION,** *check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76.*

☐ Continuation      ☐ Divisional      ☒ Continuation-in-part (CIP) of prior application No.: 29/382,846

Prior application information. Examiner TBD _____ Art Unit 2913

| **17. CORRESPONDENCE ADDRESS** | | |
|---|---|---|
| ☒ The address associated with Customer Number: | 63975 | OR  ☐ Correspondence address below |
| Name | | |
| Address | | |
| City | State | Zip Code |
| Country | Telephone | Email |
| Signature | *(signature)* | Date  2/ (4/ 11 |
| Name (Print/Type)  Tracy-Gene G. Durkin | | Registration No.<br>(Attorney/Agent)  32,831 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

1314708.1

Highly Confidential - Attorneys' Eyes Only                  APLNDC-Y0000310154

## APPLICATION DATA SHEET

Electronic Version v14
Stylesheet Version v14.1

*Applicant Information:*

Inventor 1:

| | |
|---|---|
| **Applicant Authority Type:** | Inventor |
| **Given Name:** | To |
| **Middle Name:** | Be |
| **Family Name:** | Determined |

*Correspondence Information:*

| | | |
|---|---|---|
| **Customer Number:** | 63975 | *63975* |

*Application Information:*

**Title of Invention:** Portable Display Device
**Application Type:** regular, design
**Attorney Docket Number:** 2607.3180001(P10559USX1)

Botanic Information:

Publication Information:
**Suggested Figure for Publication -**
**Suggested Classification -**
**Suggested Technology Center -**
**Total Number of Drawing Sheets - 84**

*Representative Information:*

practitioner(s) at Customer Number:

63975 *63975*

as my attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

**Highly Confidential - Attorneys' Eyes Only**

*Domestic Priority Information:*
This application is a Continuation-in-Part application of U.S. Design Patent Application No. 29/382,846, filed 2011-01-07.

*Foreign Priority Information:*

*Assignee Information:*

Assignee 1:

| | |
|---|---|
| **Organization Name:** | Apple Inc. |
| **Address-1 of Mailing Address:** | 1 Infinite Loop |
| **Address-2 of Mailing Address:** | |
| **City of Mailing Address:** | Cupertino |
| **State of Mailing Address:** | CA |
| **Postal Code of Mailing Address:** | 95014 |
| **Country of Mailing Address:** | US |
| **Phone:** | |
| **Fax:** | |
| **E-mail:** | |

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: _____

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
tdurkin@skgf.com

1317737_1.DOC

**Highly Confidential - Attorneys' Eyes Only**                                    APLNDC-Y0000310156

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Confirmation No.: *To Be Assigned* |
| *To Be Determined* | Art Unit: *To Be Assigned* |
| Appl. No.: *To Be Assigned* | Examiner: *To Be Assigned* |
| Filed: Herewith (*Continuation-in-Part of Appl. No. 29/382,846, Filed: January 7, 2011*) | Atty. Docket: 2607.3180001(P10559USX1) |

For: **Portable Display Device**

## Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Sir:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time. The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Tracy-Gene G. Durkin
Attorney for Applicants
Registration No. 32,831

Date: 3/4/11

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
1317732_1.DOC

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000310157**

Atty Docket No.
2607.3180001(P10559USX1)

# SPECIFICATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation-in-part application of and claims priority to
U.S. Patent Application No. 29/382,846, filed January 7, 2011, the disclosure of which
is incorporated herein in its entirety by reference thereto.

This is an application for a new, original and ornamental design for a
PORTABLE DISPLAY DEVICE, of which the following is a specification, reference
being had to the accompanying drawings forming a part thereof.

## DESCRIPTION OF THE DRAWINGS

[0001]     Figure 1 is a top front perspective view of a portable display
device showing our new design;

[0002]     Figure 2 is a bottom rear perspective view thereof;

[0003]     Figure 3 is a front view thereof;

[0004]     Figure 4 is a rear view thereof;

[0005]     Figure 5 is a left side view thereof;

[0006]     Figure 6 is a right side view thereof;

[0007]     Figure 7 is a top view thereof;

[0008]     Figure 8 is a bottom view thereof;

[0009]     Figure 9 is an enlarged view of the left corner of Figure 8;

[0010]     Figure 10 is an enlarged view of the right corner of Figure 8;

1

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310158

Atty Docket No.
2607.3180001(P10559USX1)

[0011] Figure 11 is a top front perspective view of another

embodiment of a portable display device showing our new design;

[0012] Figure 12 is a bottom rear perspective view thereof;

[0013] Figure 13 is a front view thereof;

[0014] Figure 14 is a rear view thereof;

[0015] Figure 15 is a side view thereof;

[0016] Figure 16 is another side view thereof;

[0017] Figure 17 is a top view thereof;

[0018] Figure 18 is a bottom view thereof;

[0019] Figure 19 is an enlarged view of the left corner of Figure 18;

[0020] Figure 20 is an enlarged view of the right corner of Figure 18;

[0021] Figure 21 is a top front perspective view of another

embodiment of a portable display device showing our new design;

[0022] Figure 22 is a bottom rear perspective view thereof;

[0023] Figure 23 is a front view thereof;

[0024] Figure 24 is a rear view thereof;

[0025] Figure 25 is a side view thereof;

[0026] Figure 26 is another side view thereof;

[0027] Figure 27 is a top view thereof;

[0028] Figure 28 is a bottom view thereof;

[0029] Figure 29 is an enlarged view of the left corner of Figure 28;

[0030] Figure 30 is an enlarged view of the right corner of Figure 28;

[0031] Figure 31 is a top front perspective view of another

embodiment of a portable display device showing our new design;

2

Highly Confidential - Attorneys' Eyes Only    APLNDC-Y0000310159

Atty Docket No.
2607.3180001(P10559USX1)

[0032]        Figure 32 is a bottom rear perspective view thereof;

[0033]        Figure 33 is a front view thereof;

[0034]        Figure 34 is a rear view thereof;

[0035]        Figure 35 is a side view thereof;

[0036]        Figure 36 is another side view thereof;

[0037]        Figure 37 is a top view thereof;

[0038]        Figure 38 is a bottom view thereof;

[0039]        Figure 39 is an enlarged view of the left corner of Figure 38;

[0040]        Figure 40 is an enlarged view of the right corner of Figure 38;

[0041]        Figure 41 is a top front perspective view of another

        embodiment of a portable display device showing our new design;

[0042]        Figure 42 is a bottom rear perspective view thereof;

[0043]        Figure 43 is a front view thereof;

[0044]        Figure 44 is a rear view thereof;

[0045]        Figure 45 is a side view thereof;

[0046]        Figure 46 is another side view thereof;

[0047]        Figure 47 is a top view thereof;

[0048]        Figure 48 is a bottom view thereof;

[0049]        Figure 49 is an enlarged view of the left corner of Figure 48;

[0050]        Figure 50 is an enlarged view of the right corner of Figure 48;

[0051]        Figure 51 is a top front perspective view of another

        embodiment of a portable display device showing our new design;

[0052]        Figure 52 is a bottom rear perspective view thereof;

[0053]        Figure 53 is a front view thereof;

3

Atty Docket No
2607.3180001(P10559USX1)

[0054]        Figure 54 is a rear view thereof;

[0055]        Figure 55 is a side view thereof;

[0056]        Figure 56 is another side view thereof;

[0057]        Figure 57 is a top view thereof;

[0058]        Figure 58 is a bottom view thereof;

[0059]        Figure 59 is an enlarged view of the left corner of Figure 58;

[0060]        Figure 60 is an enlarged view of the right corner of Figure 58;

[0061]        Figure 61 is a top front perspective view of another

        embodiment of a portable display device showing our new design;

[0062]        Figure 62 is a bottom rear perspective view thereof;

[0063]        Figure 63 is a front view thereof;

[0064]        Figure 64 is a rear view thereof;

[0065]        Figure 65 is a side view thereof;

[0066]        Figure 66 is another side view thereof;

[0067]        Figure 67 is a top view thereof;

[0068]        Figure 68 is a bottom view thereof;

[0069]        Figure 69 is an enlarged view of the left corner of Figure 68;

[0070]        Figure 70 is an enlarged view of the right corner of Figure 68;

[0071]        Figure 71 is a top front perspective view of another

        embodiment of a portable display device showing our new design;

[0072]        Figure 72 is a bottom rear perspective view thereof;

[0073]        Figure 73 is a front view thereof;

[0074]        Figure 74 is a rear view thereof;

[0075]        Figure 75 is a side view thereof;

4

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310161

Atty Docket No.
2607.3180001(P10559USX1)

[0076]        Figure 76 is another side view thereof;

[0077]        Figure 77 is a top view thereof;

[0078]        Figure 78 is a bottom view thereof;

[0079]        Figure 79 is an enlarged view of the left corner of Figure 78;

[0080]        Figure 80 is an enlarged view of the right corner of Figure 78;

[0081]        Figure 81 is a top front perspective view of another

       embodiment of a portable display device showing our new design;

[0082]        Figure 82 is a bottom rear perspective view thereof;

[0083]        Figure 83 is a front view thereof;

[0084]        Figure 84 is a rear view thereof;

[0085]        Figure 85 is a side view thereof;

[0086]        Figure 86 is another side view thereof;

[0087]        Figure 87 is a top view thereof;

[0088]        Figure 88 is a bottom view thereof;

[0089]        Figure 89 is an enlarged view of the left corner of Figure 88;

[0090]        Figure 90 is an enlarged view of the right corner of Figure 88;

[0091]        Figure 91 is a top front perspective view of another

       embodiment of a portable display device showing our new design;

[0092]        Figure 92 is a bottom rear perspective view thereof;

[0093]        Figure 93 is a front view thereof;

[0094]        Figure 94 is a rear view thereof;

[0095]        Figure 95 is a side view thereof;

[0096]        Figure 96 is another side view thereof;

[0097]        Figure 97 is a top view thereof;

5

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310162

Atty Docket No.
2607.3180001(P10559USX1)

[0098]       Figure 98 is a bottom view thereof;

[0099]       Figure 99 is an enlarged view of the left corner of Figure 98;

[00100]      Figure 100 is an enlarged view of the right corner of Figure 98;

[00101]      Figure 101 is a top front perspective view of another

embodiment of a portable display device showing our new design;

[00102]      Figure 102 is a bottom rear perspective view thereof;

[00103]      Figure 103 is a front view thereof;

[00104]      Figure 104 is a rear view thereof;

[00105]      Figure 105 is a side view thereof;

[00106]      Figure 106 is another side view thereof;

[00107]      Figure 107 is a top view thereof;

[00108]      Figure 108 is a bottom view thereof;

[00109]      Figure 109 is an enlarged view of the left corner of Figure 108;

[00110]      Figure 110 is an enlarged view of the right corner of Figure

108;

[00111]      Figure 111 is a top front perspective view of another

embodiment of a portable display device showing our new design;

[00112]      Figure 112 is a bottom rear perspective view thereof;

[00113]      Figure 113 is a front view thereof;

[00114]      Figure 114 is a rear view thereof;

[00115]      Figure 115 is a side view thereof;

[00116]      Figure 116 is another side view thereof;

[00117]      Figure 117 is a top view thereof;

[00118]      Figure 118 is a bottom view thereof;

6

Highly Confidential - Attorneys' Eyes Only       APLNDC-Y0000310163

Atty Docket No.
2607.3180001(P10559USX1)

[00119]    Figure 119 is an enlarged view of the left corner of Figure 118; and

[00120]    Figure 120 is an enlarged view of the right corner of Figure 118.

[00121]    The embodiment of Figures 41 - 50 is illustrated to show color contrast. The front face of the portable display device is black and dark gray. The back and side surfaces are a lighter gray and black.

[00122]    The embodiment of Figures 91 - 100 is illustrated to show color contrast. The front face of the portable display device is black and dark gray. The back and side surfaces are a lighter gray.

[00123]    The embodiment of Figures 101 - 110 is illustrated to show color and contrasts. The front face of the portable display device is white and dark gray. The back and side surfaces are a lighter gray and black.

[00124]    The embodiment of Figures 111 - 120 is illustrated to show color and contrasts. The front face of the portable display device is white and dark gray. The back and side surfaces are a lighter gray.

[00125]    The broken lines in the Figures show portions of the portable display device which form no part of the claimed design.

[00126]    The shade lines in the Figures show contour and not surface ornamentation.

7

Highly Confidential - Attorneys' Eyes Only    APLNDC-Y0000310164

Atty Docket No.
2607.3180001(P10559USX1)

WE CLAIM:

The ornamental design for a portable display device, as shown and described.

1317735_1.DOC

8

**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000310165**

1/84



FIG. 1

APLNDC-Y000031016

Highly Confidential - Attorneys' Eyes Only

2/84



FIG.2

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310167

3/84



FIG.3

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310168

4/84



FIG.4

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310169

5/84



FIG.5                    FIG.6

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310170

6/84



**FIG.7**



**FIG.8**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310171

7/84



FIG.9



FIG.10

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310172

8/84



FIG.11

APLNDC-Y000031017

Highly Confidential - Attorneys' Eyes Only

**9/84**



*FIG. 12*

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310174

10/84



FIG.13

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310175

11/84



FIG.14

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310176

12/84



FIG.15                    FIG.16

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310177

13/84



**FIG.17**



**FIG.18**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310178

14/84



FIG.19



FIG.20

Highly Confidential - Attorneys' Eyes Only

15/84



FIG.21

APLNDC-Y0000310180

Highly Confidential - Attorneys' Eyes Only

16/84



FIG.22

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310181

**17/84**



**FIG.23**

Highly Confidential - Attorneys' Eyes Only

18/84



*FIG.24*

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310183

19/84



FIG.25        FIG.26

Highly Confidential - Attorneys' Eyes Only        APLNDC-Y0000310184

20/84



**FIG.27**



**FIG.28**

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310185

21/84



**FIG.29**



**FIG.30**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310186

22/84



FIG.31

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310187

23/84



FIG. 32

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310188

**24/84**



**FIG.33**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310189

25/84



FIG.34

Highly Confidential - Attorneys' Eyes Only                         APLNDC-Y0000310190

26/84



FIG.35          FIG.36

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310191

27/84



*FIG.37*



*FIG.38*

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310192

28/84



**FIG.39**



**FIG.40**

Highly Confidential - Attorneys' Eyes Only

29/84



FIG.41

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310194

30/84



FIG. 42

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310195

31/84



FIG.43

Highly Confidential - Attorneys' Eyes Only   APLNDC-Y0000310196

**32/84**



**FIG.44**

Highly Confidential - Attorneys' Eyes Only

33/84



FIG.45                    FIG.46

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310198

34/84



FIG.47



FIG.48

Highly Confidential - Attorneys' Eyes Only

35/84



**FIG.49**



**FIG.50**

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310200

**36/84**



*FIG.51*

APLNDC-Y000031020

Highly Confidential - Attorneys' Eyes Only

37/84



FIG. 52

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310202

38/84



FIG.53

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310203

39/84



FIG.54

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310204

40/84



FIG.55                    FIG.56

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310205

41/84



FIG.57



FIG.58

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310206

42/84



*FIG.59*



*FIG.60*

Highly Confidential - Attorneys' Eyes Only   APLNDC-Y0000310207

43/84



FIG.61

APLNDC-Y000031020

Highly Confidential - Attorneys' Eyes Only

44/84



FIG.62

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310209

45/84



FIG.63

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310210

46/84



FIG.64

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310211

47/84



FIG.65                    FIG.66

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310212

48/84



*FIG.67*



*FIG.68*

Highly Confidential - Attorneys' Eyes Only

49/84



FIG.69



FIG.70

Highly Confidential - Attorneys' Eyes Only

50/84



FIG. 71

APLNDC-Y000031021

Highly Confidential - Attorneys' Eyes Only

**51/84**



FIG. 72

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310216

**52/84**



**FIG.73**

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310217

**53/84**



**FIG.74**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310218

54/84



FIG.75              FIG.76

Highly Confidential - Attorneys' Eyes Only              APLNDC-Y0000310219

55/84



**FIG.77**



**FIG.78**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310220



**FIG.79**



**FIG.80**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310221

57/84



FIG.81

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310222

58/84



FIG.82

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310223

**59/84**



**FIG.83**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310224

**60/84**



**FIG.84**

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310225

61/84



FIG.85                    FIG.86

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310226

62/84



*FIG.87*



*FIG.88*

Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000310227

63/84



**FIG.89**



**FIG.90**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310228

64/84



FIG.91

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310229

65/84



FIG.92

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310230

**66/84**



**FIG.93**

Highly Confidential - Attorneys' Eyes Only    APLNDC-Y0000310231

**67/84**



**FIG.94**

Highly Confidential - Attorneys' Eyes Only

**68/84**



*FIG.95*

*FIG.96*

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310233

69/84



**FIG.97**



**FIG.98**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310234

70/84



FIG.99



FIG.100

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310235

71/84



FIG. 101

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310236

72/84



FIG. 102

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310237

**73/84**



**FIG.103**

Highly Confidential - Attorneys' Eyes Only

**74/84**



**FIG.104**

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310239

## 75/84



FIG.105

FIG.106

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310240

76/84



**FIG.107**



**FIG.108**

Highly Confidential - Attorneys' Eyes Only

77/84



FIG.109



FIG.110

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310242

78/84



FIG. 111

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310243

**79/84**



*FIG. 112*

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310244

80/84



FIG.113

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310245

81/84



FIG.114

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000310246

82/84



FIG.115                    FIG.116

Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000310247

83/84



**FIG.117**



**FIG.118**

Highly Confidential - Attorneys' Eyes Only   APLNDC-Y0000310248

84/84



**FIG.119**



**FIG.120**

Highly Confidential - Attorneys' Eyes Only