# EXHIBIT 20

## FILED UNDER SEAL

```
                                                         Page 1
 1       IN THE UNITED STATES DISTRICT COURT
 2            OF NORTHERN CALIFORNIA
 3              San Jose Division
 4           Case No. 11-CV-846 LHK
 5    _____
 6  APPLE, INCORPORATED,                        )
 7                              Plaintiff,      )
 8       v.                                     )
 9  SAMSUNG ELECTRONICS COMPANIES,              )
10  et al,                                      )
11                              Defendants.     )
12  _____   )
13
14      H I G H L Y   C O N F I D E N T I A L
15            * ATTORNEYS' EYES ONLY *
16
17         DEPOSITION OF PETER BRESSLER
18
19               Washington, D.C.
20                April 24, 2012
21
22
23
24  Reported by:  Mary Ann Payonk, RDR-CRR
25  Job No. 48797
```

Highly Confidential - Attorneys' Eyes Only

Page 2

```
 1
 2
 3
 4                    April 24, 2012
 5                     9:13 a.m.
 6
 7        Deposition of PETER BRESSLER, held at
 8   the law offices of Quinn Emanuel, 1299
 9   Pennsylvania Avenue, N.W., Washington, D.C.,
10   pursuant to Notice before Mary Ann Payonk,
11   Certified Realtime Reporter and notary public
12   of the District of Columbia.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Attorneys' Eyes Only

Page 3

1  APPEARANCES:
2  ON BEHALF OF SAMSUNG:
3       MICHAEL ZELLER, ESQUIRE
4       BRETT ARNOLD, ESQUIRE
5       Quinn Emanuel Urquhart & Sullivan, LLP
6       865 S. Figueroa St., 10th Floor
7       Los Angeles, CA 90017
8
9  ON BEHALF OF APPLE:
10      CHARLES S. BARQUIST, ESQUIRE
11      Morrison & Foerster LLP
12      555 West Fifth Street, Suite 3500
13      Los Angeles, CA 90013
14
15      SARAH L. PRUTZMAN, ESQUIRE
16      Morrison & Foerster LLP
17      1290 Avenue of the Americas
18      New York, New York 10104
19
20 ALSO PRESENT:
21      Conway Barker, Legal Video Specialist
22
23
24
25

Highly Confidential - Attorneys' Eyes Only

Page 4

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This is the | 09:12 |
| 2 | beginning of tape 1 in the deposition of | 09:12 |
| 3 | Peter Bressler in the matter of Apple, | 09:12 |
| 4 | Incorporated versus Samsung Electronic | 09:12 |
| 5 | Companies, et al, and the counterclaim | 09:12 |
| 6 | Samsung versus Apple, in the | 09:12 |
| 7 | United States District Court of Northern | 09:12 |
| 8 | California, San Jose Division, case | 09:12 |
| 9 | number 11-CV-1001 -- correction, | 09:12 |
| 10 | 846-LHK. | 09:12 |
| 11 | This deposition is being held at | 09:12 |
| 12 | Quinn Emanuel, 1299 Pennsylvania Avenue, | 09:12 |
| 13 | Northwest, Washington, D.C., on | 09:12 |
| 14 | April 24, 2012, and the time is | 09:13 |
| 15 | approximately 9:13. | 09:13 |
| 16 | Would counsel please introduce | 09:13 |
| 17 | yourselves and state whom you represent. | 09:13 |
| 18 | (Whereupon, counsel placed their | 09:13 |
| 19 | appearances on the video record.) | 09:13 |
| 20 | THE VIDEOGRAPHER:  The court | 09:13 |
| 21 | reporter is Mary Ann Payonk.  My name is | 09:13 |
| 22 | Conway Barker, in association with TSG. | 09:13 |
| 23 | Would you please swear in the witness, | 09:13 |
| 24 | and we can proceed. | 09:13 |
| 25 | | |

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 5
 1    PETER BRESSLER,                                         09:13
 2          called as a witness, having been duly             09:13
 3          sworn, was examined and testified as              09:13
 4          follows:                                          09:13
 5                    EXAMINATION                             09:13
 6    BY MR. ZELLER:                                          09:13
 7         Q.   Good morning.                                 09:13
 8         A.   Good morning.                                 09:13
 9              MR. ZELLER:  Let's please mark as             09:13
10    Exhibit 3510 a copy of United States                    09:13
11    design patent 504889.                                   09:13
12         (P. Bressler Exhibit No. 3510 was marked           09:14
13    for identification.)                                    09:14
14              MR. ZELLER:  Please mark as                   09:14
15    Exhibit 3511 a copy of United States                    09:14
16    design patent 593087.                                   09:14
17         (P. Bressler Exhibit No. 3511 was marked           09:14
18    for identification.)                                    09:14
19              MR. ZELLER:  Please mark as                   09:14
20    Exhibit 3512 a copy of United States                    09:14
21    design patent 618677.                                   09:14
22         (P. Bressler Exhibit No. 3512 was marked           09:14
23    for identification.)                                    09:14
24              MR. ZELLER:  Please mark as                   09:14
25    Exhibit 3513 a copy of United States                    09:14
```

Highly Confidential - Attorneys' Eyes Only

Page 231

1  Q.  Isn't it true that even though you          05:08
2  had an opportunity to review this model that    05:08
3  Apple created, you chose not to because you     05:08
4  decided it was not relevant?  Right?            05:08
5       MR. BARQUIST:  Objection, lacks            05:08
6     foundation.                                  05:08
7  A.  That's not true.                            05:08
8  Q.  So please tell me everything you did        05:08
9  in order to try and obtain the physical mockup  05:08
10 that was depicted in those photographs in the   05:08
11 file history of the '889 design patent.         05:08
12      MR. BARQUIST:  Objection, lacks            05:08
13    foundation.                                  05:08
14 A.  Would you repeat the question,              05:08
15 please?                                         05:08
16 Q.  Please tell us everything that you          05:08
17 did, all the steps that you took, in order to   05:08
18 try and get the physical mockup of the tablet   05:08
19 computer that was depicted in the file wrapper  05:08
20 or prosecution history for the '889 design      05:09
21 patent.                                         05:09
22      MR. BARQUIST:  Objection, lacks            05:09
23    foundation.                                  05:09
24 A.  I did nothing to do that.                   05:09
25 Q.  Directing your attention to the page        05:09

Highly Confidential - Attorneys' Eyes Only

Page 232

1  ending with 5885 of Exhibit 3527, you'll see          05:09
2  that there's a gap area that runs the perimeter       05:09
3  of the front face that's depicted there --            05:09
4         MR. BARQUIST:  Objection.                      05:09
5     Q.   -- a portion of the front face.               05:09
6         MR. BARQUIST:  Objection, vague and            05:09
7     ambiguous, lacks foundation.                       05:09
8     A.   I have not -- neither analyzed this           05:09
9  model nor these photographs in this detail.           05:09
10 However, I'd be glad to respond to your               05:09
11 question as to what I see.  And I do see a gap        05:09
12 between the edge of the screen and what appears       05:10
13 to be the rim of the case.                            05:10
14    Q.   Is it your understanding that an              05:10
15 embodiment of a tablet design that has a gap or       05:10
16 opening that runs the perimeter of the front          05:10
17 face between the display screen area and the          05:10
18 housing is the same or substantially the same         05:10
19 as the design shown in the '889 design patent?        05:10
20        MR. BARQUIST:  Objection, vague and            05:10
21    ambiguous, lacks foundation, incomplete            05:10
22    hypothetical.                                      05:10
23    A.   That is not how I interpret the '889          05:10
24 design patent.                                        05:10
25    Q.   Do you understand and interpret the           05:10