# EXHIBIT 3
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 255

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5   APPLE INC., a California
    corporation,
6
                  Plaintiff,
7
    vs.                              CASE NO.  11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                Defendants.
    _____/
14
15        H I G H L Y   C O N F I D E N T I A L
16          A T T O R N E Y S'  E Y E S   O N L Y
17
18     VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER
19                    VOLUME II
20               PALO ALTO, CALIFORNIA
21              SATURDAY, MAY 12, 2012
22
    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
23
    CSR LICENSE NO. 9830
24
    JOB NO. 49053
25
```

Highly Confidential - Attorneys' Eyes Only

Page 256

1  SATURDAY, MAY 12, 2012

2  8:59 a.m.

3

4

5

6  VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER

7  taken at MORRISON & FOERSTER LLP

8  755 Page Mill Road, Palo Alto, California,

9  Pursuant to Notice, before me,

10 ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,

11 CSR License No. 9830.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 257

1  A P P E A R A N C E S:

3       FOR APPLE INC.:
4       MORRISON & FOERSTER
5       By:  ERIK J. OLSON, Esq.
6            PETER H. DAY, Esq.
7       755 Page Mill Road
8       Palo Alto, California 94304

13      FOR SAMSUNG ELECTRONICS CO. LTD:
14      QUINN EMANUEL URQUHART & SULLIVAN
15      By:  CARL G. ANDERSON, Esq.
16      50 California Street
17      San Francisco, California 94111

21      ALSO PRESENT:   Alan Dias, Videographer
22                      Terry Musika, Apple, Inc.
23                ---oOo---

Highly Confidential - Attorneys' Eyes Only

Page 258

1          Palo Alto, CALIFORNIA
2          SATURDAY, MAY 12, 2012
3              8:59 A.M.
4
5
6
7     (Documents marked Wagner Exhibits 1 - 5     08:59
8      for identification.)                       08:59
9                                                 08:59
10    THE VIDEOGRAPHER: Good morning.              08:59
11    This is the beginning of Disc No. 1 of the  08:59
12 videotaped deposition of Michael Wagner.  In the  08:59
13 matter of Apple Inc. versus Samsung Electronics.  08:59
14    This is a matter pending before the United  08:59
15 States District Court for the Northern District of  08:59
16 California.  Case No. 11-CV-01846.             08:59
17    We are located today at 755 Page Mill Road in  09:00
18 the city of Palo Alto, California.              09:00
19    Today is May 12, 2012, and the time is      09:00
20 8:59 a.m.                                       09:00
21    My name is Alan Dias from TSG Reporting.    09:00
22    Counsel, will you please identify yourselves  09:00
23 for the record.                                 09:00
24    MR. OLSON: Yeah.  Erik Olson of Morrison &   09:00
25 Foerster on behalf of Apple.  With me is Peter Day  09:00

Highly Confidential - Attorneys' Eyes Only

Page 259

1  from my office.  And also present here is Terry Musika                09:00
2  of Invotex Group, who is an expert in the case.                        09:00
3         MR. ANDERSON:  Carl Anderson of Quinn Emanuel                   09:00
4  for Michael Wagner and Samsung.                                        09:00
5         THE VIDEOGRAPHER:  Will the court reporter                      09:00
6  please swear in the witness.                                           09:00
7                                                                         09:00
8                    MICHAEL WAGNER,                                      09:00
9          having been sworn as a witness                                 09:00
10          by the Certified Shorthand Reporter,                          09:00
11                 testified as follows:                                  09:01
12                                                                        09:01
13         THE VIDEOGRAPHER:  You may proceed.                            09:01
14                                                                        09:01
15             EXAMINATION BY MR. OLSON                                   09:01
16         MR. OLSON:  Q.  Mr. Wagner, you understand                     09:01
17  you're here to testify regarding certain opinions you                 09:01
18  have regarding the damages that would be paid to Apple                09:01
19  for violations of its intellectual property by                        09:01
20  Samsung; correct?                                                     09:01
21     A   Correct.                                                       09:01
22     Q   And you've testified more than 300 times                       09:01
23  before; correct?                                                      09:01
24     A   I have.                                                        09:01
25     Q   All right.  So I'm not going to bother with                    09:01

Page 292

| | | |
|---|---|---|
| 1 | by my client as to these times. These are engineering | 09:44 |
| 2 | questions. I have to rely on others to give me this | 09:45 |
| 3 | information. I also had to get information as to | 09:45 |
| 4 | average cost of engineering time at Samsung. | 09:45 |
| 5 | Again, I'm not able to independently state | 09:45 |
| 6 | those are accurate. But if those are accurate, it's | 09:45 |
| 7 | not garbage in | 09:45 |
| 8 | Q  Okay. So let me see if I -- I was too quick | 09:45 |
| 9 | there. | 09:45 |
| 10 | Let me -- you are relying entirely on | 09:45 |
| 11 | estimates that have come from Samsung for purposes of | 09:45 |
| 12 | this calculation? | 09:45 |
| 13 | A  That is correct. | 09:45 |
| 14 | Q  And your -- your dollar calculation also | 09:45 |
| 15 | includes amounts on the cost per hour, for example, | 09:45 |
| 16 | for engineers that come entirely from Samsung? | 09:45 |
| 17 | A  Yes. | 09:45 |
| 18 | Q  And as to the time estimates, those are | 09:45 |
| 19 | coming entirely from Samsung? | 09:45 |
| 20 | A  Samsung engineers. | 09:45 |
| 21 | Q  And as to whether or not the design -- the | 09:45 |
| 22 | change, the redesign, would be equally acceptable to | 09:46 |
| 23 | consumers, are you relying on Samsung as well? | 09:46 |
| 24 | A  Yes. | 09:46 |
| 25 | Q  And as to whether or not Samsung would lose | 09:46 |

```
                                                            Page 293
1    any sales at all, are you relying on Samsung?          09:46
2        A   In part, yes.                                  09:46
3        Q   What other -- what other source do you have    09:46
4    as to that?                                            09:46
5        A   Well, to the extent that they have actually    09:46
6    designed around some of these patents.  And the only   09:46
7    thing I have in my memory that -- I think there are    09:46
8    some others -- is the '381 patent, where, assuming it  09:46
9    is a valid design-around, that a blue glow or an       09:46
10   orange glow is a sufficient indicator to a user that   09:46
11   they've reached the end of a series of images or       09:46
12   something else, is a suitable design-around because    09:47
13   they've implemented it, and that's in their latest     09:47
14   generations of phones.                                 09:47
15       Q   Are you familiar with an order that came down  09:47
16   from this Court on May 4th?                            09:47
17       A   Possibly, but you'd have to -- I don't have    09:47
18   those dates memorized.                                 09:47
19       Q   Are you aware that there was an order from     09:47
20   the Court regarding the limitations on what Samsung    09:47
21   will be able to prove at trial due to its failure to   09:47
22   produce source code in connection with the case?       09:47
23       A   You've refreshed my recollection.  I am aware  09:47
24   of that.                                               09:47
25       Q   Do you understand that order to provide that   09:47
```

Highly Confidential - Attorneys' Eyes Only

Page 294

| | | |
|---|---|---|
| 1 | Samsung will not be able to provide evidence at trial | 09:47 |
| 2 | regarding certain design-arounds? | 09:47 |
| 3 | MR. ANDERSON: Objection; misrepresents the | 09:47 |
| 4 | Court's order and calls for a legal conclusion. | 09:47 |
| 5 | THE WITNESS: Yeah, I don't know the | 09:47 |
| 6 | implication of the order. But if you're asking me to | 09:47 |
| 7 | assume what you said is correct, then -- and if I'm | 09:47 |
| 8 | not permitted to discuss that, then that is not a | 09:47 |
| 9 | design-around. | 09:48 |
| 10 | MR. OLSON: Q. Well, let me -- let me read | 09:48 |
| 11 | you from the -- to the -- from the order: | 09:48 |
| 12 | "Samsung shall be precluded from offering any | 09:48 |
| 13 | evidence of its design-around efforts for the '381, | 09:48 |
| 14 | '891 and '163 patents and shall not argue that the | 09:48 |
| 15 | design-arounds are in any way distinct from those | 09:48 |
| 16 | versions of the code produced in accordance with the | 09:48 |
| 17 | Court's order." | 09:48 |
| 18 | Had you read that before? | 09:48 |
| 19 | A  Yes. | 09:48 |
| 20 | Q  I ask you to assume with me that, based on | 09:48 |
| 21 | that order, Samsung would not be allowed to produce | 09:48 |
| 22 | evidence regarding any actual implementation of blue | 09:48 |
| 23 | glow at trial; do you understand the assumption I'm | 09:48 |
| 24 | asking you to make? | 09:48 |
| 25 | A  I do. | 09:48 |

Highly Confidential - Attorneys' Eyes Only

Page 295

1  Q   Would that change your opinions in any way?  09:48
2  A   Yes.  09:48
3  Q   How?  09:48
4  A   Well, one, it would -- I would not be able to  09:48
5  tell the jury that Samsung not only has thought or  09:49
6  conceptualized a design-around, they've actually  09:49
7  implemented it in their latest generations of phones.  09:49
8  Q   And how would that affect the amount that you  09:49
9  believe should be awarded in damages?  09:49
10 A   I don't know if it has any impact on the  09:49
11 amount unless, based on the Judge's ruling, I can't  09:49
12 put these numbers in, either.  If that's true, then I  09:49
13 don't know -- I will have nothing to say as an  09:49
14 affirmative opinion on the reasonable royalty for --  09:49
15 for the '381 patent.  09:49
16 Q   Okay.  Would the same be true about the  09:49
17 '163 patent?  09:49
18 A   Yes.  09:49
19 Q   Let me go back to the work that you did to  09:49
20 calculate the amounts that are on 530.  09:49
21     Are those found -- the calculations that lead  09:49
22 to that, are those found in the Series 13 schedules of  09:49
23 your Tab 2?  09:50
24 A   You know, I don't have my schedule numbers  09:50
25 memorized, but I believe it's in that range, yes.  09:50

Highly Confidential - Attorneys' Eyes Only

```
                                                           Page 296
 1    Q   So I think I've put it in front of you.           09:50
 2        I'm just looking to understand from you           09:50
 3  whether there's anything other than Series 13 that I    09:50
 4  should be looking at for purposes of calculation of     09:50
 5  those amounts in exhibit -- in paragraph 530?           09:50
 6    A   No.                                               09:50
 7    Q   So can you look at -- well, let's just start     09:50
 8  at 13.                                                  09:51
 9        So Schedule 13 itself provides just a summary    09:51
10  of the schedules that are underneath; correct?         09:51
11    A   Yes.                                              09:51
12    Q   And with the exception of who was -- who you    09:51
13  talked to and the data on the amount of time, are the  09:51
14  manner in which those were calculated in 13.1 through  09:51
15  13.7 all the same --                                   09:51
16    A   Yes.                                              09:51
17    Q   -- the methodologies?                             09:51
18    A   Yes, the methodology is the same.                 09:51
19    Q   And that methodology is to take an hourly        09:51
20  rate, which you obtained from someone at Samsung;      09:51
21  correct?                                                09:51
22    A   Correct.                                          09:51
23    Q   And multiply it times a number of hours,         09:51
24  which you obtained from someone at Samsung?            09:51
25    A   Yes.                                              09:51
```