# EXHIBIT 5
# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16          C O N F I D E N T I A L
17        A T T O R N E Y S  E Y E S  O N L Y
18
19        VIDEOTAPED DEPOSITION OF QI LING
20           SAN FRANCISCO, CALIFORNIA
21          WEDNESDAY, FEBRUARY 1, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 45295
```

Page 5

| | | |
|---|---|---|
| 1 | MR. TUNG:  Mark Tung from Quinn Emanuel for | 09:31 |
| 2 | Samsung. | 09:31 |
| 3 | MS. YANG:  Michelle Yang for Samsung. | 09:31 |
| 4 | | 09:31 |
| 5 | QI LING, | 09:31 |
| 6 | having been sworn as a witness | 09:31 |
| 7 | by the Certified Shorthand Reporter, | 09:31 |
| 8 | testified as follows: | 09:40 |
| 9 | | 09:40 |
| 10 | EXAMINATION BY MR. KREEGER | 09:31 |
| 11 | MR. KREEGER:  Good morning, Mr. Ling.  My | 09:31 |
| 12 | name is Matthew Kreeger, and I'm an attorney for | 09:31 |
| 13 | Apple, and I'm here to take your deposition today. | 09:32 |
| 14 | Q   Have you ever been deposed before? | 09:32 |
| 15 | A   No. | 09:32 |
| 16 | Q   Why don't we start by -- if you could give us | 09:32 |
| 17 | your full name. | 09:32 |
| 18 | A   Sure. | 09:32 |
| 19 | My last name is L-I-N-G, Ling.  First name is | 09:32 |
| 20 | Q-I, Qi. | 09:32 |
| 21 | Q   And where do you live, Mr. Ling, your home | 09:32 |
| 22 | address? | 09:32 |
| 23 | A   Home address is 1235 Wildwood Avenue, | 09:32 |
| 24 | Apartment 190, Sunnyvale.  ZIP code is 4 -- I'm | 09:32 |
| 25 | sorry -- 94089. | 09:32 |

Confidential Attorneys' Eyes Only

Page 57

| | | |
|---|---|---|
| 1 | THE WITNESS: Anyone. | 11:21 |
| 2 | MR. KREEGER: Q. I don't mean to limit it. | 11:21 |
| 3 | A   As long as there is one people. | 11:21 |
| 4 | Q   I want to know if anybody in San Jose worked | 11:21 |
| 5 | on this feature as part of the browser. | 11:21 |
| 6 | MR. TUNG: Objection; lacks foundation. | 11:21 |
| 7 | THE WITNESS: I can only say for the Tiger | 11:21 |
| 8 | team. Anybody else, I don't know. | 11:21 |
| 9 | MR. KREEGER: Q. What about the Tiger team? | 11:21 |
| 10 | MR. TUNG: Objection; vague. | 11:21 |
| 11 | THE WITNESS: I remember we got requests from | 11:21 |
| 12 | HQ regarding the double tap zoom. | 11:21 |
| 13 | MR. KREEGER: Q. What requests do you | 11:21 |
| 14 | remember? | 11:21 |
| 15 | A   I think the complaint is after double tap | 11:22 |
| 16 | zoom out, there's -- the update of the web page is not | 11:22 |
| 17 | quick enough. | 11:22 |
| 18 | Q   HQ was complaining that when you double tap | 11:22 |
| 19 | zoom out, it took too long to update the web page? | 11:22 |
| 20 | A   Too long to see the updated web page. | 11:22 |
| 21 | Q   Was this the checkerboard problem? | 11:22 |
| 22 | MR. TUNG: Objection; vague. | 11:22 |
| 23 | THE WITNESS: What do you mean by | 11:23 |
| 24 | "checkerboard problem"? | 11:23 |
| 25 | MR. KREEGER: Q. Was the problem that you | 11:23 |

Page 58

| | | |
|---|---|---|
| 1 | would see a checkerboard pattern instead of the | 11:23 |
| 2 | updated web page? | 11:23 |
| 3 | A    I believe not every version has a | 11:23 |
| 4 | checkerboard. | 11:23 |
| 5 | Q    So you mentioned that HQ had an issue with it | 11:23 |
| 6 | taking too long to update the page on a zoom out. | 11:23 |
| 7 | Do you remember any other requests from HQ | 11:23 |
| 8 | that had anything to do with the double tap zoom | 11:23 |
| 9 | feature? | 11:23 |
| 10 | A    In a browser? | 11:23 |
| 11 | Q    In a browser. | 11:23 |
| 12 | A    I think there is a request that HQ complains | 11:24 |
| 13 | the time user finished a finger gesture to the | 11:24 |
| 14 | animation really start, the time is too long. | 11:24 |
| 15 | Q    Any other requests from HQ relating to double | 11:24 |
| 16 | tap zoom in a browser? | 11:24 |
| 17 | A    Again, I forgot to say those requests are | 11:25 |
| 18 | specifically for a particular product, not for the | 11:25 |
| 19 | whole -- not for all product.  It's just saying for | 11:25 |
| 20 | this product, this is slow, or something like that. | 11:25 |
| 21 | Q    Understood. | 11:25 |
| 22 | A    No, I cannot remember any. | 11:25 |
| 23 | Q    Do you know whether in -- whether or not in | 11:25 |
| 24 | some Samsung products, the bounce effect has been | 11:25 |
| 25 | replaced by a blue glow? | 11:25 |

Page 59

| | | |
|---|---|---|
| 1 | MR. TUNG: Objection; vague. | 11:25 |
| 2 | THE WITNESS: What you mean by "replaced"? | 11:25 |
| 3 | MR. KREEGER: Q. Are there any products | 11:26 |
| 4 | that -- are there any Samsung products where, instead | 11:26 |
| 5 | of bouncing it, there is a blue glow? | 11:26 |
| 6 | A   Blue glow? | 11:26 |
| 7 | Q   Yes. | 11:26 |
| 8 | A   You mean the product on the market or the | 11:26 |
| 9 | product in our lab?  Because we are using testing | 11:26 |
| 10 | binaries, not official binaries. | 11:26 |
| 11 | MR. TUNG: I'll just caution you not to | 11:26 |
| 12 | reveal products -- future products in development. | 11:26 |
| 13 | MR. KREEGER: Q. What about in your lab? | 11:26 |
| 14 | Have you come across any Samsung products where, | 11:26 |
| 15 | instead of bouncing, there's a blue glow? | 11:26 |
| 16 | A   I think I saw a tablet with old binary that | 11:27 |
| 17 | has a bounce effect.  And with new binary, there's no | 11:27 |
| 18 | bounce effect and with a blue glow writing. | 11:27 |
| 19 | Q   Do you know who was involved in designing the | 11:27 |
| 20 | source code that created the blue glow? | 11:27 |
| 21 | A   Created blue glow?  I think it's created by | 11:27 |
| 22 | Google. | 11:27 |
| 23 | Q   So in the Samsung tablet you were looking at, | 11:27 |
| 24 | it was Google code that created the blue glow? | 11:27 |
| 25 | A   I'm not 100 percent sure.  I only look at a | 11:27 |

Page 60

| | | |
|---|---|---|
| 1 | device. I'm not looking at the source code. | 11:27 |
| 2 | Q   Did anybody at the San Jose -- to your | 11:28 |
| 3 | knowledge, did anybody at the San Jose Mobile | 11:28 |
| 4 | Communications Lab have any involvement in | 11:28 |
| 5 | implementing source code that would create this blue | 11:28 |
| 6 | glow? | 11:28 |
| 7 | MR. TUNG:  Objection; lacks foundation. | 11:28 |
| 8 | THE WITNESS:  Again, it's just created by | 11:28 |
| 9 | Google, not by us. | 11:28 |
| 10 | MR. KREEGER:  Q.  Is there some other kind of | 11:28 |
| 11 | glow?  You mentioned -- you had a question about blue | 11:28 |
| 12 | glow.  Are there other colors of glow that you've seen | 11:28 |
| 13 | implemented in Samsung devices instead of a bounce? | 11:28 |
| 14 | A   In the honeycomb version, it is blue glow. | 11:28 |
| 15 | And in the gingerbread version, I think it's not blue | 11:28 |
| 16 | glow; it's another color.  I'm talking about browser | 11:28 |
| 17 | only. | 11:28 |
| 18 | Q   And you think, again, that's -- that's | 11:28 |
| 19 | strictly Google code? | 11:28 |
| 20 | MR. TUNG:  Objection; mischaracterizes | 11:28 |
| 21 | testimony. | 11:29 |
| 22 | THE WITNESS:  Strictly Google code; what do | 11:29 |
| 23 | you mean? | 11:29 |
| 24 | MR. KREEGER:  Q.  The code that creates the | 11:29 |
| 25 | blue or other color glow instead of a bounce, that's | 11:29 |