# EXHIBIT 7
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4                   --oOo--

5    APPLE, INC., A CALIFORNIA        )

6    CORPORATION,                     )

7                PLAINTIFF,           ) No.  11-CV-01846-LHK

8        vs.                          )

9    SAMSUNG ELECTRONICS CO.,         )

10   LTD., A KOREAN BUSINESS          )

11   ENTITY; SAMSUNG ELECTRONICS      )

12   AMERICA, INC., A NEW YORK        )

13   CORPORATION; SAMSUNG             )

14   TELECOMMUNICATIONS AMERICA,      )

15   LLC, A DELAWARE LIMITED          )

16   LIABILITY COMPANY,               )

17                DEFENDANTS.         )

18   _____ )

19

20       VIDEOTAPED DEPOSITION OF IOI KIM LAM

21     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22          San Francisco, California

23          Thursday, March 8, 2012

24   Reported By:

     KATHLEEN WILKINS, CSR #10068, RPR, CRR, CCRR, CLR

25   JOB NO. 47476

Highly Confidential - Attorneys' Eyes Only

Page 5

1   & Foerster representing Apple.                        10:02

2          MR. BRIGGS:  Todd Briggs from Quinn            10:02

3   Emanuel representing Samsung and the witness          10:02

4   Mr. Lam, and also with me is Michelle Yang from       10:02

5   Samsung.                                              10:02

6          THE VIDEOGRAPHER:  Would the court            10:02

7   reporter please swear in the witness.                 10:02

8                IOI KIM LAM,                             10:02

9          having been duly sworn,                        10:02

10      was examined and testified as follows:           10:02

11                --oOo--                                 10:02

12          THE VIDEOGRAPHER:  Please begin.             10:02

13          EXAMINATION BY MR. MONACH                    10:02

14   BY MR. MONACH:                                       10:02

15      Q.    Good morning, Mr. Lam.                      10:02

16      A.    Good morning.                               10:02

17      Q.    Have you ever had your deposition taken     10:02

18   before?                                              10:03

19      A.    No.                                         10:03

20      Q.    My name is Andrew Monach.  I represent      10:03

21   Apple in a lawsuit against Samsung.  And I'm here    10:03

22   to ask you some questions that will be               10:03

23   transcribed.                                         10:03

24          Do you understand that?                       10:03

25      A.    Yes.                                        10:03

Highly Confidential - Attorneys' Eyes Only

Page 115

1    A.    That's what the log says.                      01:54

2    Q.    Okay.  And these logs are supposed to be       01:54

3  accurate so that you have a record of what changes     01:55

4  have been made to the source code, right?              01:55

5    A.    As I mentioned to you before, we have          01:55

6  very -- we are not very organized in terms of          01:55

7  maintaining the logs.  I write a better log.  So       01:55

8  you see the prettiest e-mail, I had more detailed      01:55

9  log.  That's a few paragraphs.  This is a single       01:55

10 liner, so that was done by an engineer that's not      01:55

11 following the -- the common practices of recording     01:55

12 more detailed information.                             01:55

13   Q.    Okay.  But you understand what changing        01:55

14 the bounce speed and browser to match iPad means,      01:55

15 right?                                                 01:55

16   A.    Speed has many meanings.  Speed could          01:55

17 mean performance, and I usually mean it could mean     01:55

18 the number of frames that are taken that could be      01:55

19 rendered per second.  So this, although it has         01:55

20 speed, it could mean smoothness.                       01:55

21   Q.    So whether it means speed or smoothness,       01:56

22 you'd agree this is indicating a change on the         01:56

23 bounce feature in the browser to match what the        01:56

24 iPad does, right?                                      01:56

25   A.    It seems to indicate that he's -- he           01:56

Highly Confidential - Attorneys' Eyes Only

Page 116

| | | |
|---|---|---|
| 1 | might have measured the frames per second in how | 01:56 |
| 2 | many times the -- the browser could render to the | 01:56 |
| 3 | screen.  At that point, he's rendering speed, | 01:56 |
| 4 | seems to be close or around what the iPad could | 01:56 |
| 5 | render. | 01:56 |
| 6 | Q.    Okay.  Do you recall any instances of | 01:56 |
| 7 | engineers in the Samsung lab changing the bounce | 01:56 |
| 8 | speed in the Samsung browser to make it more | 01:56 |
| 9 | similar to the iPad? | 01:56 |
| 10 | A.    I don't remember seeing that.  As I | 01:57 |
| 11 | mention to you, our group is focused on | 01:57 |
| 12 | performance, so we are more focused on frames per | 01:57 |
| 13 | second, how many frames the application can render | 01:57 |
| 14 | to the screen and not how fast things moves on the | 01:57 |
| 15 | screen as appear to the user. | 01:57 |
| 16 | Q.    In the Android code that you were using | 01:57 |
| 17 | when you got frustrated by the -- let me rephrase | 01:57 |
| 18 | that. | 01:57 |
| 19 | You testified earlier today about | 01:57 |
| 20 | Android code that did not have what you described | 01:58 |
| 21 | as the elastic bounce effect. | 01:58 |
| 22 | Do you recall that? | 01:58 |
| 23 | A.    Yes. | 01:58 |
| 24 | Q.    When you pulled a web page to its -- to | 01:58 |
| 25 | its end using that Android code by itself, did the | 01:58 |

Highly Confidential - Attorneys' Eyes Only

Page 117

1   device glow at the edge or have any indication          01:58

2   that you had reached the end of the web page other      01:58

3   than freezing?                                          01:58

4       A.    Which version of Android?                     01:58

5       Q.    Whatever version you were talking about       01:58

6   when you testified earlier today.                       01:58

7       A.    There were different versions.  I think       01:58

8   the first version that I looked at, the indication      01:58

9   was that the page stops moving.                         01:58

10      Q.    And was there a later version of -- with      01:58

11  no glow of any kind; is that what you're saying?        01:58

12      A.    What do you mean by glow?                      01:59

13      Q.    Do you understand the word "glow"?             01:59

14      A.    Glow.  So --                                   01:59

15      Q.    Any --                                         01:59

16      A.    Glow --                                        01:59

17      Q.    Any emission of light that wasn't there        01:59

18  before you reached the end of the web page?             01:59

19      A.    So on earlier versions of Android, there      01:59

20  is a shadow at the top of the page.  And when you       01:59

21  scroll to the top of the page, you will see a           01:59

22  shadow and that could be interpreted by someone as      01:59

23  a glow.                                                 01:59

24      Q.    Have you ever seen in a version of            01:59

25  Android a different kind of indication of reaching      01:59

Highly Confidential - Attorneys' Eyes Only

Page 118

1    the end of a web page where there was actually a        01:59

2    glow of some kind of color, whether it be orange        01:59

3    or blue?                                                01:59

4        A.    Yes.                                          01:59

5        Q.    And what versions of Android had that         01:59

6    glow feature?                                           01:59

7        A.    I don't remember the version.  It could       02:00

8    be 2.2 or 2.3.                                          02:00

9        Q.    Do you know whether any Samsung               02:00

10   commercial products use that glow feature instead       02:00

11   of the elastic bounce that you described?               02:00

12       A.    Commercial products?  As I mentioned to       02:00

13   you, I am not familiar with the commercial              02:00

14   business.  I've been designated as a witness for        02:00

15   the lab which is producing internally-used source       02:00

16   code, so I do not know one way or the other.            02:00

17           MR. MONACH:  Okay.  Let's mark as next          02:00

18   in order an e-mail dated June 9th, 2011, Bates          02:00

19   number SAMNDCA525379.                                   02:00

20           (Whereupon, Deposition Exhibit 2404             02:01

21       was marked for identification.)                     02:01

22           MR. MONACH:  Which number are we on now?        02:01

23           THE REPORTER:  2404.                            02:01

24   BY MR. MONACH:                                          02:01

25       Q.    Mr. Lam, do you have what's been marked       02:01

Highly Confidential - Attorneys' Eyes Only

Page 119

1   as Exhibit 2404 in front of you?                      02:01

2       A.    Yes.                                         02:01

3       Q.    Is this a copy of an e-mail that you         02:01

4   sent to Jaegwan Shin and Qi Ling on or around         02:01

5   June 9th, 2011?                                        02:01

6       A.    Yeah, that seems to be the case.             02:01

7       Q.    All right.  It responds -- you're           02:01

8   responding to an e-mail from Mr. Shin dated that       02:01

9   same day, June 9th, 2011 right?                        02:01

10      A.    Yes.                                         02:02

11      Q.    And there's a reference to scrolling and     02:02

12  the iPad not doing horizontal scroll once vertical     02:02

13  scroll is starting while P4 is doing                   02:02

14  horizontal/vertical scroll at the same time.           02:02

15           Do you see that?                              02:02

16      A.    One vertical scroll ... yes, I see that      02:02

17  sentence.                                              02:02

18      Q.    And Mr. Shin is writing to you saying        02:02

19  this can cause unintentional horizontal scrolling      02:02

20  during vertical scrolling, right?                      02:02

21      A.    Yes.                                         02:02

22      Q.    And you respond, "Hi Mr. Shin, Now I         02:02

23  understand.  Will try to fix this one."                02:02

24           Do you see that?                              02:02

25      A.    Yes.                                         02:02