# EXHIBIT 8
# FILED UNDER SEAL

Highly Confidential Attorneys' Eyes Only

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California           )
     corporation,                        )
 5                                       )
                    Plaintiff,           )
 6                                       )
           vs.                           )  No: 11-CV-01846-LHK
 7                                       )
     SAMSUNG ELECTRONICS CO., LTD,       )
 8   a Korean business entity;           )
     SAMSUNG ELECTRONICS AMERICA,        )
 9   INC., a New York corporation;      )
     SAMSUNG TELECOMMUNICATIONS          )
10   AMERICA, LLC, a Delaware            )
     limited liability company           )
11                                       )
                    Defendants.          )
12   _____)
13
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16             DEPOSITION OF JAEGWAN SHIN
17               San Francisco, California
18              Friday, January 27, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 44993
```

Highly Confidential Attorneys' Eyes Only

Page 5

1    MS. KIM:  Samantha Kim, Morrison
2    Foerster for Apple.
3    MS. YANG:  Michelle Yang from
4    Samsung.
5    MR. TUNG:  Mark Tung from Quinn                09:32
6    Emanuel for Samsung.
7    THE VIDEOGRAPHER:  Will the court
8    reporter please swear in the witness.
9    (Korean Interpreters sworn.)
10              JAEGWAN SHIN,                        09:32
11    Having been duly sworn, by the
12    Certified Shorthand Reporter, was
13    examined and testified as follows:
14              EXAMINATION
15  BY MR. KREEGER:                                  09:32
16    Q.   Good morning.
17    A.   Good morning.
18    Q.   We met off the record, but my name
19  is Matthew Kreeger, and I'm an attorney at
20  Morrison Foerster.  We are here to take your     09:32
21  deposition.  Could you begin by giving us your
22  full name, please?
23    A.   Yes.  My name is Jaegwan Shin.
24    Q.   Mr. Shin, do you understand that
25  I'm going to ask you a series of questions and   09:33

Highly Confidential Attorneys' Eyes Only

Page 103

1        SAMNDCA00201780, marked for
2        identification.)
3  BY MR. KREEGER:
4        Q.   Have you seen the document that's
5  been marked as Exhibit 1338 before?                04:03
6        A.   I don't recall.
7        Q.   Have you seen documents in this
8  format before?
9             MR. TUNG:  Objection.  Vague.
10            THE WITNESS:  This is a very            04:04
11       common spreadsheet format documents.
12       Q.   Mr. Shin, it appears that this
13  spreadsheet lists a series of issues or perhaps
14  bugs with the Galaxy Tab.  Have you ever seen a
15  document like this that lists bugs or issues with  04:05
16  Samsung products?
17       A.   Yes, I have seen many documents
18  such as this.
19       Q.   Who generates documents of this
20  type?                                              04:05
21            MR. TUNG:  Objection.  Lacks
22       foundation.
23            THE WITNESS:  There is no
24       particular person designated.  It could
25       be done by the QA team or it could be        04:05

Page 104

1        done by the R&D team.
2        Q.   Have you personally reported bugs
3   or issues with Samsung products?
4        A.   No, I have not.
5             (Exhibit 1339, "Smartphone Feature                  04:07
6        Report," Bates stamped SAMNDCA00201683
7        through SAMNDCA00201692, marked for
8        identification.)
9   BY MR. KREEGER:
10       Q.   Have you seen this document                         04:07
11  before, Mr. Shin?
12       A.   I don't recall.
13       Q.   Do you know whether Samsung has
14  replaced in certain products the bounce effect
15  with a blue glow?                                              04:08
16            MR. TUNG:  Caution the witness not
17  to reveal the substance of any attorney-client
18  communications in his answer.
19            THE WITNESS:  What do you mean by
20       "blue glow"?                                              04:08
21       Q.   Well, has Samsung disabled the
22  bounce effect on any of its products?
23            MR. TUNG:  Same caution.
24            THE WITNESS:  Some models use the
25       bounce effects, some models don't.  So      04:09

Page 105

| | | |
|---|---|---|
| 1 | I'm not quite sure as to that.  Did you | |
| 2 | ask me about disabling something? | |
| 3 | Q.    Has anyone in the San Jose lab | |
| 4 | worked on replacing the bounce effect with some | |
| 5 | other effect? | 04:09 |
| 6 | A.    If you disable the bounce effect, | |
| 7 | then you would see the effects which was | |
| 8 | originally set at Google.  So I think that there | |
| 9 | might be someone who have worked on this. | |
| 10 | Q.    You think there might be someone | 04:11 |
| 11 | at San Jose who worked on disabling the bounce | |
| 12 | effect so that you would see the effect | |
| 13 | originally set at Google? | |
| 14 | A.    Yes. | |
| 15 | Q.    And who do you think might have | 04:11 |
| 16 | worked on that? | |
| 17 | A.    If it is related to the browser, I | |
| 18 | think it might be Qi Ling. | |
| 19 | (Exhibit 1340 was marked for | |
| 20 | identification but withdrawn.) | 04:12 |
| 21 | BY MR. KREEGER: | |
| 22 | Q.    Have you seen Exhibit 1340? | |
| 23 | MR. TUNG:  Counsel, this is a | |
| 24 | privileged document.  We need to claw | |
| 25 | this back. | 04:12 |

Highly Confidential Attorneys' Eyes Only

Page 106

1           MR. KREEGER:  All right.
2           MR. TUNG:  Did you just mark
3      Exhibit 1340?  I recognize this as a
4      privileged document.
5           MR. KREEGER:  You don't need to           04:13
6      look at that.
7           MR. TUNG:  So I need to collect
8      the copies of it.
9           MR. KREEGER:  I have some marking
10     on this.  I'm going to have to destroy        04:13
11     it, but you can have the others.
12          MR. TUNG:  I'm not going to take
13     the ones with markings on it.
14          MR. KREEGER:  We'll have to
15     destroy this.                                  04:13
16          (Exhibit 1341, Email from Sangeon
17     Kim dated April 27, 2011, Bates stamped
18     SAMNDCA00202089 through SAMNDCA00202113,
19     marked for identification.)
20  BY MR. KREEGER:                                   04:14
21     Q.   Have you seen Exhibit 1341 before?
22     A.   I don't recall.
23     Q.   If you turn to the page bearing
24  Bates number that ends in 107, you'll see a
25  table.                                            04:15