1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S RENEWED MOTION TO SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3174761

1     The Court issued an Order denying various motions to seal and directing the parties to file
2 more narrowly tailored renewed motions to seal (Dkt. No. 1256.)  Apple filed a renewed motion
3 to seal on July 24, 2012.

4     Apple's Renewed Motion to Seal is GRANTED.  Consistent with and to the extent
5 described in Apple's renewed motion to seal and supporting declarations, the documents at issue
6 in Apple's Renewed Motion to Seal may be filed under seal.

7

8     **IT IS SO ORDERED.**

9
10 Dated: _____     _____
                                                                                     Hon. Lucy H. Koh
11                                                                                        United States District Court Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3174761