# EXHIBITS 1-14 LODGED WITH COURT