1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Documents Under Seal.

Samsung has filed the declarations required under Civil L.R. 79-5, General Order No. 62, and this Court's July 17, 2012 Order to provide evidence of compelling reasons for this Court to permit filing under seal.  The declarations establish that the below documents contain information that has been designated by the parties as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY.

-1-                              Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL

Accordingly, for good cause and compelling reasons shown, the Court ORDERS that the following documents shall be filed under seal:

1. Samsung's Motion to Exclude Opinions of Certain of Apple's Experts
2. Ex. 1 to Martin Declaration in Support of Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts
3. Ex. 2 to Martin Decl. of Giho Ro in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts
4. Ex. 3 to Martin Declaration in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts
5. Ex. 5 to Martin Declaration in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts
6. Ex. F to Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment
7. Ex. G to Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment
8. Exhibit O to the Declaration of Michel Maharbiz in Support of Apple's Opposition to Samsung's Motion for Summary Judgment
9. Ex. 37 to Declaration of Peter Bressler in support of Apple's Opposition to Samsung's Motion for Summary Judgment
10. Ex. B to Declaration of Michael J. Wagner in Support of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories
11. Apple's Opposition to Samsung's Motions in Limine
12. Ex. 42 to Declaration of Kanada in Support of Apple's Opposition to Samsung's Motions in Limine
13. Ex. 43 to Declaration of Kanada in Support of Apple's Opposition to Samsung's Motions in Limine

14. Ex. 44 to Declaration of Kanada in Support of to Apple's Opposition to Samsung's Motions in Limine

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
Honorable Luch H. Koh
United States District Judge