QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S TRIAL BRIEF** |

I, Joby Martin, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Trial Brief. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Exhibit No. 623, a document produced by Apple in this litigation bearing Bates label APLNDC-NCC00000274.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Exhibit No. 690, a document produced by Apple in *In Re Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796 ("ITC 796 Investigation"), bearing Bates label APL-ITC-X0000016675.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant's Exhibit No. 562, a document produced by Apple in this litigation bearing Bates label APLNDC0003040119.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendant's Exhibit No. 578, a document produced by Apple in the ITC 796 Investigation, bearing Bates label APL-ITC-0000119763.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant's Exhibit No. 522, a document produced by Samsung in this litigation bearing Bates label SAMNDCA00321382.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendant's Exhibit No. 625, a document produced by Samsung in this litigation bearing Bates label SAMNDCA00321707.

8. Attached hereto as Exhibit 7 is a true and correct copy of Defendant's Exhibit No. 519, a document produced by Samsung in this litigation bearing Bates label SAMNDCA00255357.

9. Attached hereto as Exhibit 8 is a true and correct copy of Defendant's Exhibit No. 566, a document produced by Samsung in this litigation bearing Bates label SAMNDCA00321539.

10. Attached hereto as Exhibit 9.is a true and correct copy of Defendant's Exhibit No. 684, which is a chart prepared by Samsung's counsel depicting a timeline of mobile phone products released by Samsung before and after the release of the iPhone.

11. Attached hereto as Exhibit 10 is a true and correct copy of Defendant's Exhibit No. 708, a document produced by Apple in this litigation bearing Bates label APLNDC0002230566.

12. Attached hereto as Exhibit 11 is a true and correct copy of Defendant's Exhibit No. 714, a document produced by Apple in this litigation bearing Bates label APLNDC0002367163.

13. Attached hereto as Exhibit 12 is a true and correct copy of Defendant's Exhibit No. 715, a document produced by Apple in the ITC 794 Investigation bearing Bates label APL7940009836305.

14. Attached hereto as Exhibit 13 is a true and correct copy of Defendant's Exhibit No. 717, a document produced by Apple in this litigation bearing Bates label APLNDC0002868532.

15. Attached hereto as Exhibit 14 is a true and correct copy of Defendant's Exhibit No. 709, a document produced by Apple in the ITC 794 Investigation bearing Bates label APL7940014663269.

16. Attached hereto as Exhibit 15 is a true and correct copy of Defendant's Exhibit No. 710, a document produced by Apple in this litigation bearing Bates label APLNDC0001509486.

17. Attached hereto as Exhibit 16 is a true and correct copy of Defendant's Exhibit No. 712, a document produced by Apple in this litigation bearing Bates label APLNDC0002230186.

18. Attached hereto as Ex. 17 is a true and correct copy of excerpts from the February 23, 2012 deposition transcript of Greg Joswiak, an Apple witness.

19. Attached hereto as Exhibit 18 is a true and correct copy of Defendant's Exhibit No. 649, a document produced by Apple in this litigation bearing Bates label APLNDC0001207640.

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.  Executed on the 23rd day of July, 2012, in San Francisco, California.

4                                           _____/s/ Joby Martin_____
                                                     Joby Martin

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

*/s/ Victoria Maroulis*