# EXHIBIT 1

DEFENDANT'S EXHIBIT
NO. 623.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple v. Samsung
Date Admitted:__________By:__________
SONY
comparo2.psd
Sidebar
Search
Previous
Next
Zoom
Move
Text
Select
Annotate

DEFENDANT'S EXHIBIT NO. 623.002
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page3 of 10

sony style
DEVICES
iDisk
MBP-07
BOOTCAMP
Source
PLACES
Desktop
R01
Applications
Documents
SEARCH FOR
Today
Yesterday
Past Week
All Images
All Movies
All Documents
Name Date Modified Size Kind
1.jpg Mar 7, 2006 3:47 PM 61 KB JPEG image
2.jpg Mar 7, 2006 3:47 PM 49 KB JPEG image
3.jpg Mar 7, 2006 3:47 PM 41 KB JPEG image
4.jpg Mar 7, 2006 3:47 PM 41 KB JPEG image
5.jpg Mar 7, 2006 3:48 PM 37 KB JPEG image
6.jpg Mar 7, 2006 3:48 PM 49 KB JPEG image
7.jpg Mar 7, 2006 3:48 PM 61 KB JPEG image
8.jpg Mar 7, 2006 3:48 PM 57 KB JPEG image
9.jpg Mar 7, 2006 3:48 PM 66 KB JPEG image
10.jpg Mar 7, 2006 3:48 PM 74 KB JPEG image
11.jpg Mar 7, 2006 3:49 PM 45 KB JPEG image
12.jpg Mar 7, 2006 3:49 PM 57 KB JPEG image
13.jpg Mar 7, 2006 3:49 PM 53 KB JPEG image
14.jpg Mar 7, 2006 3:49 PM 66 KB JPEG image
15.jpg Mar 7, 2006 4:57 PM 57 KB JPEG image
16.jpg Mar 7, 2006 4:57 PM 57 KB JPEG image
17.jpg Mar 7, 2006 4:57 PM 49 KB JPEG image
18.jpg Mar 7, 2006 4:57 PM 53 KB JPEG image
19.jpg Mar 7, 2006 4:58 PM 66 KB JPEG image
20.jpg Mar 8, 2006 5:58 PM 61 KB JPEG image
21.jpg Mar 8, 2006 5:58 PM 49 KB JPEG image
23.jpg Mar 8, 2006 5:58 PM 57 KB JPEG image
24.jpg Mar 8, 2006 5:58 PM 53 KB JPEG image
25.jpg Mar 8, 2006 5:58 PM 74 KB JPEG image
26.jpg Mar 8, 2006 5:59 PM 74 KB JPEG image
27.jpg Mar 8, 2006 5:59 PM 70 KB JPEG image
28.jpg Mar 8, 2006 5:59 PM 70 KB JPEG image
29.jpg Mar 8, 2006 5:59 PM 66 KB JPEG image
30.jpg Mar 8, 2006 5:59 PM 49 KB JPEG image
31.jpg Mar 8, 2006 5:59 PM 41 KB JPEG image
32.jpg Mar 8, 2006 5:59 PM 45 KB JPEG image
comparo.psd Mar 8, 2006 9:37 AM 5.9 MB Adobe...ument
comparo2.psd Mar 13, 2006 10:03 AM 7 MB Adobe...ument
sony styleB.psd Mar 14, 2006 2:14 PM 6.1 MB Adobe...ument
VIEW1.jpg Mar 8, 2006 6:00 PM 692 KB JPEG image
1 of 35 selected, 214.15 GB available

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APLNDC-NCC00000275



DEFENDANT'S EXHIBIT NO. 623.003
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page4 of 10

sony style8.psd
Previous
Next
Zoom
Move
Text
Select
Annotate
Sidebar
Search
SONY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APLNDC-NCC00000276



DEFENDANT'S EXHIBIT NO. 623.004
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page5 of 10

32.jpg
Previous
Next
Zoom
Move
Text
Select
Annotate
Sidebar
Search
SONY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000277



DEFENDANT'S EXHIBIT NO. 623.005
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page6 of 10

Previous
Next
Zoom
Move
Text
Select
Annotate
1.jpg
Sidebar
Search

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APLNDC-NCC00000278



DEFENDANT'S EXHIBIT NO. 623.006
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page7 of 10

comparo.psd
Previous
Next
Zoom
Move
Text
Select
Annotate
Sidebar
Search
SONY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APLNDC-NCC00000279



DEFENDANT'S EXHIBIT NO. 623.007
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page8 of 10

4.jpg
Previous
Next
Zoom
Move
Text
Select
Annotate
Sidebar
Search

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APLNDC-NCC00000280



DEFENDANT'S EXHIBIT NO. 623.008
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page9 of 10

5.jpg
Previous
Next
Zoom
Move
Text
Select
Annotate
Sidebar
Search
SONY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APLNDC-NCC00000281



DEFENDANT'S EXHIBIT NO. 623.009
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page10 of 10

purple4.tif
Sidebar
Search
Previous Next
Zoom
Move
Text
Select
Annotate

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APLNDC-NCC00000282