# EXHIBIT 4

**DEFENDANT'S EXHIBIT
NO. 578.001**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

Subject: Re: iPhone "firsts"
Date: Wed, 14 Apr 2010 17:44:02 +0000
From: "Kelly Altick" <kelly@apple.com>
To: "Steve Sinclair" <steve.sinclair@apple.com>, "Eric Jue" <ericjue@apple.com>
Message-ID: <F8E67F8D-BAED-45FF-A931-1B2A5BD715C1@apple.com>

Just a heads up, it will likely be a group of 6 or so people today, along with Tamara and I.

Here is a list of questions they prepped in advance that hopefully you can talk to.

Thanks again for taking the time to chat with the team.

See you at 2:30.


On Apr 12, 2010, at 3:58 PM, Kelly Altick wrote:

Perfect. Done deal.


On Apr 12, 2010, at 3:07 PM, Steve Sinclair wrote:

Ok - add Eric please - he was here at original iPhone launch and may have a few more "firsts" up his sleeve. :-)


On Apr 12, 2010, at 2:09 PM, Kelly Altick wrote:

> Hi Steve,
>
> I grabbed 2:30-3 on your calendar for this convo on Wednesday. Let me know if I should add anyone else to the invite. Are you ok heading over to our building for the meeting? Thinking that might be easiest since the agency team will be in another meeting over here right before.
>
> Thanks,
> Kelly
>
>
> On Apr 8, 2010, at 4:52 PM, Steve Sinclair wrote:
>
> Sure - my iCal is up to date.
>
> On Apr 8, 2010, at 4:50 PM, Rebecca Van Dyck wrote:

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000119763

Steve, the agency would love some time with you in person to ask some of these questions.

Could you be available next Wednesday 4/14? They'll come up here. Is there a time that could work for you?

I'm asking Kelly to be on point for our team for this, as I am out next week.

Thanks all

On Apr 6, 2010, at 4:39 PM, Rebecca Van Dyck wrote:

Good idea...

I'll try and set something up.

On Apr 6, 2010, at 2:55 PM, Michael Lewis wrote:

yeah, i hear ya

yes, maybe there's a different approach... becca, it might be more efficient to get on the phone with the agency (with steve and eric) and see if there's another angle into this. hard to know what they're thinking based on the below. what do you think?

On Apr 6, 2010, at 2:37 PM, Steve Sinclair wrote:

Hey Michael,
It's tough to approach this with the criteria being "first". I don't know how many things we can come up with that you could legitimately claim we did first. Certainly we have the first commercially successful versions of many features, but that's different than launching something to market first.
Can we nuance this so it isn't about shipping a feature first?

   -the first phone to incorporate a full touchscreen face

Not true http://en.wikipedia.org/wiki/LG_Prada_(KE850)

   -the first phone to have a multitouch interface/gestures

I think this may be true, but I haven't been able to confirm.

   -the first phone to have robust apps + apps store

Palm had well over 10,000 apps in its ecosystem back in 2005ish and some of the games for

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000119764

both Nokia and Palm phones weren't that bad - definition of "robust" is a hard for me to judge.  There have been app and music stores from other vendors and wireless carriers before the App Store, including from Nokia.  None have been anywhere near as successful, but they existed before ours.

>        -the first phone to incorporate a proximity sensor

Not sure about this one - there were proximity sensors available for mobile phones from suppliers in 2004, but I can't find which phones actually used them.

And before anyone asks, the accelerometer was put into Nokia 5500 phones back in 2006.

I'll keep thinking about it and see if I can come up with some "firsts" that are defendable.  What it really comes down to is that we're usually first at doing it "right"!

Steve

On Apr 5, 2010, at 5:52 PM, Michael Lewis wrote:

> hey guys, would you be able to help?
>
>
> Begin forwarded message:
>
>> **From:** Rebecca Van Dyck <vandyck@apple.com>
>> **Date:** April 5, 2010 4:39:11 PM PDT
>> **To:** Eric Starr <erics@mediaartslab.com>, Michael Lewis <m.lewis@apple.com>
>> **Cc:** Bob Ferrini <bob@mediaartslab.com>, Mia Lee <mia@mediaartslab.com>, Stephanie Chen <stephanie@mediaartslab.com>, Besse Gardner <besse@mediaartslab.com>, Tamara Whiteside <tamara@apple.com>
>> **Subject: Re: iPhone "firsts"**
>>
>> Very cool list.
>>
>> I'm cc-ing Michael Lewis on this note.  Michael, with Tamara out, do you think you could help us get a list like this from product marketing?
>>
>>
>> On Apr 5, 2010, at 2:22 PM, Eric Starr wrote:
>>
>>> hi becca,
>>>
>>> as we're starting to think about the next round of work on iPhone, we're trying to get smart of some of iPhone's historical milestones.
>>>
>>> so starting with the very first iPhone, we're looking for a list of innovations/technologies

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000119765

that iPhone was the **first** to incorporate. some examples:
-the first phone to incorporate a full touchscreen face
-the first phone to have a multitouch interface/gestures
-the first phone to have robust apps + apps store
-the first phone to incorporate a proximity sensor

i've done a little research on this, but was hoping someone from the product team at Apple could help with putting together a list of "firsts."

thanks a lot

eric

```
This e-mail is intended only for the named person or entity to which it
is addressed and contains valuable
business information that is proprietary, privileged, confidential and/or
otherwise protected from disclosure.

If you received this e-mail in error, any review, use, dissemination,
distribution or copying of this e-mail
is strictly prohibited. Please notify us immediately of the error via e-
mail to disclaimer@mediaartslab.com
and please delete the e-mail from your system, retaining no copies in any
media. We appreciate your cooperation.
```

------ end message ------

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER                                              APL-ITC796-0000119766

MAL / APPLE Product Innovations Discussion, Wed. 4/14 @ 2:30PM

**PATENTS**
- How many patents were filed for the first phone, 3G, and 3GS?
- What would you consider the more noteworthy patents?
- Which patents set iPhone apart from the competition?
- Which patents has the competition tried to copy?
- Any interesting facts about the process of filing patents? Do you apply for more than actually make it in the device?

**INNOVATION**
- What are the biggest innovation milestones for the iPhone? Hero features?
- Which features do you think helped iPhone revolutionize the category?
- Which features in your opinion show how iPhone has changed how people use phones forever?
- What can iPhone 'claim', if anything?
    - Hardware claims? (one button, touch screen, multi-touch, materials)
    - Software claims? (apps)
    - Superlatives? (eg, the thinnest smartphone yet)
- What are 'iPhone only' features?
- For several phone features (multi-tasking, cut/paste), apple is often not the "first to the party" but rather "the best." In your words, what does it entail to out-do the competition? What does 'better' look like? What does 'worse' look like?
- What features are most often imitated?
- Do you have any device comparisons (by feature, by claims, etc)
- Will apps continue to play a role in the major innovations of the phone? Anything coming up that you're able to discuss?

**OTHER**
- Any future development to share?

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-0000119767