1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 | Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBIT 5 TO THE DECLARATION OF JOBY MARTIN**
20 | vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG
22 | ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG
23 | TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
24 | Defendants. |
25

26
27
28

02198.51855/4870485.1

**NOTIFICATION OF MANUAL FILING**

**MANUAL FILING NOTIFICATION**

PLEASE TAKE NOTICE that Exhibit 5 to the Declaration of Joby Martin in Support of Samsung's Trial Brief was not e-filed for the following reason: Voluminous Document (PDF file size larger than e-filing system allowances).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

DATED: July 23, 2012                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By   /s/ Victoria F. Maroulis
                                         Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         Michael T. Zeller
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC