# EXHIBIT 9

# Samsung Phone Designs

**DEFENDANT'S EXHIBIT NO. 684.001**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

**Before**

**Bar-type Touch-screen Display**

 Flipper Mock-up (2006)
 F700 Mock-up (2006)
 "Slide" Design (2006)
 "Vessel" Mock-up (Aug.2006)
 "Slide" Design (2006)

 Merit (2006)
 Card3 (2006)
 "Wrap" Model (Aug.2006)
 "Framer" Model (Aug.2006)
 F300 (Oct. '06)

**Bar-type**

 I700 (3Q, '03) Blackjack (4Q, '06)

**Slide-type**

 i830 (Jan. '06)
 D908 (Aug. '06)

**Folder-type**

 E700 (3Q, '03)

 T100 (2002)

---

**iPhone (Jan. 2007)** 

**After**

**Bar-type**

 F700 (Feb. 2007)
 i8910 (May 2009)
 Jet (Jun.2009)
 Impression (Apr. 2009)

 Gem (Feb.2011)
 Galaxy S2 (2011)
 SCH-I500 (2010)
 Gravity Touch (June 2010)

**Bar-type**

Replenish (May 2011) E590 (Jan. 2007) Intensity II (July 2010)

**Slide-type (TSD)**

 Reclaim (Jan. 2009) Gravity (Nov. 2008)

**Folder-type**

 U410 (Oct. 2007)

 U700 (3Q, 2007)


