# EXHIBIT 10

# Competitive MP3 Player Tear-Apart
# (w/ Bluetooth Capabilities)

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230566

# Samsung YP-R1



- 2.6" TFT LCD

- FM Radio

- Bluetooth v2.0 + EDR
    (Supports music streaming, hands-free, and file transfer)

- Aluminum / glass housing

Highly Confidential - Attorneys' Eyes Only                                                         APLNDC0002230567

# Samsung YP-R1

- Bluetooth-enabled MP3 player
    - No other RF capability

- Note: no cans or apparent forms of shielding

**MLB top side**     **MLB bottom side**



antenna region

BT chipset?

11/15/2011                                     iPod PD - Apple Confidential
Highly Confidential - Attorneys' Eyes Only                          APLNDC0002230568

# Samsung YP-R1




SUS plate    Al housing    antenna window




antenna

Highly Confidential - Attorneys' Eyes Only                                                              APLNDC0002230569

# Cowon S9



- 3.3" AMOLED w/ touch

- FM Radio

- Accelerometer

- Bluetooth v2.0 + EDR
   (supports A2DP, AVRCP)

- Plastic housing

Highly Confidential - Attorneys' Eyes Only                                                                                      APLNDC0002230570

# Cowon S9



*note: no apparent shielding beside foil tape*

Highly Confidential - Attorneys' Eyes Only          APLNDC0002230571

# Cowon S9



2x NAND

antenna region (directly above NAND)

BT module

removable 2nd board

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only                                    APLNDC0002230572

# Iriver Spinn



- 3.2" AMOLED w/ touch

- FM Radio

- Bluetooth v2.0 + EDR
  (supports A2DP, AVRCP)

- Magnesium / plastic housing

Highly Confidential - Attorneys' Eyes Only 　　　　　　　　　　　　　　　　APLNDC0002230573



Highly Confidential - Attorneys' Eyes Only

APLNDC0002230574

# Iriver Spinn

*note: no apparent form of shielding*





**MLB bottom side**

although these appear to be can tracks, nothing mates with them

**MLB top side**

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230575

# Microsoft Zune HD



*note: no bluetooth, but included for reference due to minimal shielding*

- 3.3" OLED w/ touch
- 802.11 b/g
- FM & HD radio
- Accelerometer
- Magnesium / aluminum / glass / plastic housing

Highly Confidential - Attorneys' Eyes Only                                                                 APLNDC0002230576

# Microsoft Zune HD



- large gap in shielding
- can tracks
- antenna region
- **MLB bottom side**
- Al housing
- conductive foam forms "can" between MLB bottom side and housing
- plastic antenna cap

Highly Confidential - Attorneys' Eyes Only     APLNDC0002230577

# Microsoft Zune HD



Mg frame and exposed side rails

locally shielded RF module

**MLB top side**

antenna region

*note: no cans on MLB top side*

11/15/2011

iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230578