# EXHIBIT 12





**Contributors:**

Jeff Mehlman
iPod/iPhone New Tech
jmehlman@apple.com

Ryan Garrone
iPod/iPhone New Tech
rgarrone@apple.com

# Mini-Teardown:
# Samsung Galaxy S
# (T-Mobile Vibrant)

iPod/iPhone New Tech   8.10.10

- Summary                p2
- Product Specs          p3
- Features               p4
- Disassembly            p5
- HW Components          p10
- Software Features      p12
- Additional Comments    p13



Wednesday, September 8, 2010

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000983605

# Summary

**Goals of Teardown:**

· Analyze the mechanical structure and components used

· Examine software features and UI

· Research reviews & issues

**Key Learnings/Observations:**

· Onboard GPU PowerVR SGX540 is very powerful: 90M triangles/sec vs. 22M triangles/sec on the Snapdragon

· Uses the same CPU ARM core (Cortex A8) as the iPhone 4

· International version has a front facing camera, but the US version does not

· Bump-out at bottom of phone is for the antenna. Phone doesn't feel right to hold

· Power/wake button placement is poor (side vs. top). No other way to wake the phone.

· Haptic feedback for capacitive button bar (settings/home/back/search)

**Outstanding issues/complaints:**

· Major issues w/the GPS exist – it does not work well. Supposed fix is in the works for November

· Issues also exist with the filesystem – it is "not optimized" – utilizes RFS (Non-flash filesystem)

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000836306



# Product (Marketing) Specifications

| | |
|---|---|
| Key Features | Swype, Social Hub (integrated SMS, email, calendar), Layar Reality Browser, USB Tethering |
| Operating System | Android 2.1, Modified UI (Eclair) |
| CPU | "Hummingbird" 1Ghz ARM Cortex-A8, onboard PowerVR SGX450 GPU |
| Mass Storage Capacity | 8/16GB + microSD (up to 32GB) |
| Connectors | USB |
| Price | AT&T: $199.99 w/2 year contract, $499.99 w/o<br>T-Mobile: $199.99 w/contract, $499.99 w/o |
| Dimensions | 64.2 X 122.4 X 9.9 mm |
| Weight | 119g |
| Display | 4.0" WVGA(480x800) 16M SUPER AMOLED, Atmel MXT22 touch driver |
| Battery | Samsung LiPol 1,500mAh, 51x51x5mm<br>Talk time: 391 minutes, Standby: 625 hours (3G network) |
| Camera | 5.0 Megapixel AF camera, HD record @ 720p |
| Audio Compatible Format | MP3, AAC, AAC+, eAAC+, OGG, WMA, AMR-NB, AMR-WB, WAV, MID, AC3, IMY, FLAC, XMF |
| Video Compatible Format | HD Video Player & Recorder 720p @ 30fps<br>supported codecs: DivX, XviD, MPEG4, H.263, H.264, WMV, VC-1 |
| Wireless | WAN: HSUPA 900/1900/2100 , EDGE/GPRS 850/ 900/1800/1900<br>LAN: WiFi 802.11 b/g/n, Bluetooth |
| Sensors | Light, Accelerometer, GPS, Proximity, Digital Compass, multi-touch display |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000983607




## Phone Features

- Location of front facing camera on international version (not pictured)
- Light sensor
- Power/wake/sleep button
- 5MP Camera
- 3.5mm jack
- Micro USB w/door
- Speaker
- Volume buttons
- Location of antenna (weird lip)
- Super AMOLED 4.0" WVGA(480x800)
- Samsung Touchwiz UI 3.0 (Android 2.1)
- Capacitive Touch buttons

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER
APL794000986308



# Disassembly (1)





**Step 2: Remove battery**



**Step 1: Remove back cover**





Wednesday, September 8, 2010

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000983609

# Disassembly (2)






Antenna front

Antenna back

Step 3a: Remove antenna

Mid-housing front

Mid-housing back

Step 3: Remove mid-housing

Wednesday, September 8, 2010

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL7940009836310

# Disassembly (3)




Touch/Display assembly + audio i/o

PCB Assembly Back

PCB Assembly Front

Step 4b: Remove multi-PCB assembly

Step 4a: Lift SD, SIM, loudspeaker daughterboard

Loud-speaker

SIM

SD

Antenna sprung contacts

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER
APL794000983 6311
Wednesday, September 8, 2010

# Disassembly (4)

- Micro USB
- Battery contacts
- Volume buttons
- Main PCB Module
- Push button
- Metal can removed
- *With camera team for further analysis
- Camera module
- Step 5: Separate sub-modules
- SD/SIM cards
- Loudspeaker
- PCB Assembly Front

Wednesday, September 8, 2010

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER
APL794000836312

# Disassembly (5)



APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL7940009836313

# HW Components (1)



1. **TriQuint TQM676021**
   WCDMA / HSUPA Band I Tritium III PA Duplexer Module
2. **Infineon 5703**
   PMB 5703 SMARTi UE
3. **TriQuint TQM656024**
   WCDMA/HSUPA PA-Duplexer Module
4. **Epcos D1056**
   ?
5. **TriQuint TQM666022**
   WCDMA / HSUPA Band II Tritium III PA Duplexer Module
6. **TriQuint TQM6M9014**
   Quad-Band GSM / GPRS / EDGE-Linear TRP Tx Module
7. **Wolfson Micro WM8994E**
   Digital audio codec
8. **FA052523A**
   ? Possibly Broadcom BCM4329FKUBG WiFi, Bluetooth, FM
9. **Atmel MXT22**
   Touchscreen driver





Top PCB

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000983614

# HW Components (2)



1. **Broadcom** BCM4751 **GPS**
2. **Samsung KLMAG8DEDD**
   moviNAND, 16GB
3. **Maxim MAX8998**
   Power management IC
4. **Infineon 8824**
   Infineon X-GOLD 61x Baseband processor
5. **Lower chip: Samsung KB100D00WM-A4**
   Hummingbird Cortex A8 processor
6. **Upper chips: KB100D00WM-A4**
   KFG8GH6Q4M (8 Gb of OneNand),
   K4X2G323PB (2 Gb of DDR SDRAM),
   K4X1G323B (1 Gb of DDR SDRAM).
7. **Accelerometer?**
8. **NEC MC-10170**
   Camera processor + memory





Bottom PCB

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL794000983 6315

# Software Features



### Swype (Beta)

3rd party application, still in beta version for Android

Drag-to-text keyboard input software

Up to 40 words per minute



### Social Hub

Samsung widget

Integrates all messaging streams into one



### Samsung Touchwiz UI 3.0

Custom skinned Android 2.1 operating system

Wednesday, September 8, 2010

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000983616

# Additional Analysis

- Display team teardown underway
- Camera module handed off to camera team week of 8/2. Awaiting report

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794000983617