# EXHIBIT 13

# Samsung Galaxy Tab 10.1 Take-Apart

iPad PD - 5/24/2011

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868532

# Key Features

| | |
|---|---|
| **Enclosure Type** | Molded plastic back and sides, glass screen, Magnesium Chassis |
| **Display Details** | 1280 x 8000 WXGA 10.1" 1080p PLS |
| **Dimensions** | 256.2 x 172.9 x 8.6 mm |
| **Weight** | 595g |
| **Battery** | 3.7V Li-ion, 25.90Wh / 7000 mAh |
| **Storage Size** | 16/32 GB |
| **Physical I/O** | proprietary connector similar to Apple 30-pin |
| **Wireless** | 802.11 a/b/g/n with dual antennas |
| **Camera Details** | 3MP Rear / 2MP Front |
| **Feedback** | Linear Vibe Motor |



iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868533

# Samsung Galaxy Tab 10.1 vs iPad 2 Spec Comparison



| **Samsung Galaxy 10.1** | **K93/4/5** |
|:---:|:---:|
| 256.2 x 172.9 x 8.6mm | 241.2 x 185.7 x 8.8mm |
| 595 g | 601 - 613g |
| 10.1" | 9.7" |
| 1280 x 800 | 1024 x 768 |
| 16/32 GB | 16/32/64 GB |
| 7000 mAh | 6570 mAh |
| 4G (HSPA+) | 3G |
| 802.11 a/b/g/n | 802.11a/b/g/n |

iPhone PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868534

# Product Disassembly







1. Silver caps are glued to screw tops.
2. Two screws secure cover to chassis.
3. Cover unsnaps from chassis.
4. Cover can now be removed.



Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only                                                                 APLNDC0002868535

# Battery Removal



Battery is taped to a plastic carrier.

Label cells, BMU, 6pin connector



The plastic carrier is screwed to the chassis.

Number of screws, interesting things about their position?

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only                                                                    APLNDC0002868536

# Galaxy tab critical z-stack



**Total Thickness:** 8.6mm

Show DG as 0.2mm, list total air gap of 0.3mm, flip 180deg so that glass is on top.

Flex (0.10)

Plastic Back (1.1)

Battery holder (3.45)

M-chassis (0.19)
Reflector (0.18)

Film 2 (0.07)
Film 3 (0.05)
BEF (0.15)

Light Guide (0.79)

Polarizer (0.20)
TFT (0.25)
CF (0.25)
Polarizer (0.20)

Dust gasket (0.5)

AR Layer (0.03)
Ditto Layer 2 (0.09)
Ditto Layer 1 (0.13)

Glass (0.87)

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868537

# K93 vs Galaxy Tab critical stack

Ask Raff for K94 critical stack

iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only
APLNDC0002868538

# Comparison of LCD stackup to K93

iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868539

# K93 battery specs vs Galaxy Tab battery specs

|  | Galaxy Tab | K9x |
|---|---|---|
| **Thickness** | 3.5 | 2.83 |
| **Length** | 78.3 | 115 |
| **Width** | 232.1 | 197.5 |
| **Capacity** | 7000 | 6570 |

add pictures of batteries

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868540



LCD

MLB

Battery Module

Glass, Grape, AR Film

Mag Chassis

Back Cover

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868541

# Interesting Features- Two Layer Plastic Ditto

One layer has X-axis sensing, the other has Y-axis sensing.

Ditto thickness?

Traces from both layers extend into flex

iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868542

# 0.03mm AR Film, One piece Dust Gasket

Although thin, this layer is surprisingly strong

Single piece dust gasket

thickness?



How far is the DG from the active area?

iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868543

# Board on flex, similar to desktops

Comments needed from Derek





Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only     APLNDC0002868544

# Screw down cans with conductive tape

Comments needed from Alex



Cans screw to MLB, no fence required.



Conductive tape blocks EMI, peels away for rework

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868545

# Antenna integrated with cover

Comments needed from Erik



push pins form connection with metallized portion of cover, used as an antenna



iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868546

# Compact speaker geometry

<span style="color:red">Comments needed from Alex</span>



Compact speakers project
sound directly at metal plate,
sound port is perpendicular to
speaker orientation.



Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868547

# Linear actuator mounted on speaker

Comments needed from Steve



Linear actuator integrated
with speaker housing

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

# Unsealed 3.5mm Audio Jack

Comments needed from Raff



Holes in audio jack
would permit fluid
entry to product



Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only                                                                APLNDC0002868549

# Camera LED Flash on Flex

Comments needed from Conor



3MP Rear Cam

2MP Front Cam

LED Flash
on flex



iPod PD - Apple Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868550

# Tape on cover for flatness

Comments needed from Steve



Tape around flexes helps to keep the thin plastic cover flat.

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868551

# Chassis has plastic antenna window   Comments needed from Kevin



   iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only   APLNDC0002868552

# Folded metal camera bezel

Comments needed from Conor



iPod PD - Apple Confidential

Saturday, February 11, 2012

Highly Confidential - Attorneys' Eyes Only

APLNDC0002868553