# EXHIBIT 14

Prepared by: iPhone Finance Team

APL7940014863369

| OEM | Apple | |
| --- | --- | --- |
| **HANDSET MODEL** | **iPhone (3G)** | **iPhone** |
| Note: not exhaustive | | |
| **GENERAL** | | |
| 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| 3G Network | HSDPA 850 / 1900 / 2100 | |
| Announced | 2008, June | 2007, January |
| Status | Coming soon. Exp. release 2008, July | Available. Released 2007, June |
| **SIZE** | | |
| Dimensions | 115.5 x 62.1 x 12.3 mm | 115 x 61 x 11.6 mm |
| Weight | 133 g | 135 g |
| **DISPLAY** | | |
| Type | Touchscreen, 16M colors | Touchscreen, 16M colors |
| Size | 320 x 480 pixels, 3.5 inches | 320 x 480 pixels, 3.5 inches |
| | - Multi-touch input method | - Multi-touch input method |
| | - Accelerometer sensor for auto-rotate | - Accelerometer sensor for auto-rotate |
| | - Proximity sensor for auto turn-off | - Proximity sensor for auto turn-off |
| | - Ambient light sensor | |
| **RINGTONES** | | |
| Type | Polyphonic, MP3 | Polyphonic, MP3 |
| Vibration | Download | Download |
| | Yes | Yes |
| **MEMORY** | | |
| Phonebook | - 3.5 mm headset jack | - 3.5 mm headset jack |
| | Practically unlimited entries and fields, | Practically unlimited entries and fields, |
| | Photocall | Photocall |
| Call records | 100 received, dialed and missed calls | 100 received, dialed and missed calls |
| Card slot | No | No |
| | - 8/16 GB shared memory | - 4/8/16 GB shared memory |
| **DATA** | | |
| GPRS | Yes | Yes |
| HSCSD | No | No |
| EDGE | Yes | Yes |
| 3G | HSDPA | No |
| WLAN | Wi-Fi 802.11b/g | Wi-Fi 802.11b/g |
| Bluetooth | Yes, v2.0, headset support only | Yes, v2.0, headset support only |
| Infrared port | No | No |
| USB | Yes, v2.0 | Yes, v2.0 |
| **FEATURES** | | |
| OS | Mac OS X v10.4.10 | Mac OS X v10.4.8 |
| Messaging | SMS, Email | SMS, Email |
| Browser | HTML (Safari) | HTML (Safari) |
| Games | No | No |
| Colors | Black(8/16 GB), White (16 GB) | Black |
| Camera | 2 MP, 1600x1200 pixels | 2 MP, 1600x1200 pixels |
| Other | - Built-in GPS receiver | - Google Maps |
| | - A-GPS function | - Widgets support |
| | - Google Maps | - iPod audio/video player |
| | - Widgets support | - PIM including calendar, to-do list |
| | - iPod audio/video player | - TV output (firmware 1.1.1) |
| | - PIM including calendar, to-do list | - Photo Browser/editor |
| | - TV output | - Voice memo |
| | - Photo Browser/editor | - Integrated hands-free |
| | - Voice memo | |
| | - Integrated hands-free | |
| **BATTERY** | | |
| Stand-by | Up to 300 h | Up to 250 h |
| Talk time | Up to 10 h | Up to 8 h |

Q. Josuink
EXHIBIT NO. 17
DATE: 2.23.12
Y. FENNELLY CSR 5495

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

| OEM | Mobile (Nokia) | | | | | |
|---|---|---|---|---|---|---|
| **HANDSET MODEL** *Note: not exhaustive* | **N95 (8GB)** | **N95** | **N78** | **N81 (8GB)** | **N81** | **6600 Slide** |
| **GENERAL** | | | | | | |
| 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| 3G Network | HSDPA 2100 | HSDPA 2100 / HSDPA 850 / 1900 - US version | HSDPA 900 / 1900 / 2100 | UMTS 2100 | UMTS 2100 | UMTS 850 / 2100 |
| Announced | 2007, August | 2006, September | 2008, February | 2007, August | 2007, August | 2008, April |
| Status | Available. Released 2007, October | Available. Released 2007, March | Available. Released 2008, May | Available. Released 2007, November | Available. Released 2007, November | Coming soon. Exp. release 2008, 3Q |
| **SIZE** | | | | | | |
| Dimensions | 99 x 53 x 21 mm, 96 cc | 99 x 53 x 21 mm, 90 cc | 113 x 49 x 15.1 mm, 76.5 cc | 102 x 50 x 17.9 mm, 86 cc | 102 x 50 x 17.9 mm, 86 cc | 93 x 45 x 14 mm, 32 cc |
| Weight | 128 g | 120 g | 101.8 g | 140 g | 140 g | 110 g |
| **DISPLAY** | | | | | | |
| Type | TFT, 16M colors | TFT, 16M colors | TFT, 16M colors | TFT, 16M colors | TFT, 16M colors | TFT, 16M colors |
| Size | 240 x 320 pixels, 2.8 inches | 240 x 320 pixels, 2.6 inches | 240 x 320 pixels, 2.4 inches | 240 x 320 pixels, 2.4 inches | 240 x 320 pixels, 2.4 inches | 240 x 320 pixels, 2.2 inches |
| **RINGTONES** | | | | | | |
| Type | Polyphonic (64 channels), Monophonic, True Tones, MP3 | Polyphonic (64 channels), Monophonic, True Tones, MP3 | Polyphonic (64 channels), MP3 | Polyphonic (64 channels), Monophonic, True Tones, MP3 | Polyphonic (64 channels), Monophonic, True Tones, MP3 | Polyphonic (64 channels), MP3 |
| Customization | Download | Download | Download | Download | Download | Download |
| Vibration | Yes | Yes | Yes | Yes | Yes | Yes |
| **MEMORY** | | | | | | |
| Phonebook | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Yes, Photocall |
| Call records | Detailed, max 30 days | Detailed, max 30 days | Detailed, max 30 days | Detailed, max 30 days | Detailed, max 30 days | Yes |
| Card slot | No — Accelerometer sensor for auto-rotate — 8 GB internal memory — 128 MB SDRAM memory — Dual ARM 11 332 MHz CPU — 3D Graphics HW Accelerator | microSD (TransFlash), up to 8GB, hot swap, 128 MB card included, buy memory — 160 MB internal memory — 64 MB SDRAM memory — Dual ARM 11 332 MHz CPU — 3D Graphics HW Accelerator | microSD (TransFlash), hotswap, buy memory — 76 MB internal memory — 96 MB SDRAM memory — ARM 11 369 MHz processor | No — 8 GB internal flash memory — 96 MB SDRAM memory — ARM 11 369 MHz processor | microSD (TransFlash), up to 8GB, 2 GB card included, buy memory — 128 MB user memory — 96 MB SDRAM memory — ARM 11 369 MHz processor | microSD (TransFlash), up to 4GB — 18 MB internal memory |
| **DATA** | | | | | | |
| GPRS | Class 32, 296 kbps; DTM Class 11, 177 kbps | Class 32, 296 kbps; DTM Class 11, 177 kbps | Class 10, 118.4 kbits | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 32, 296 kbits |
| HSCSD | Yes | Yes | Class 32, 256 / 177.6 kbits | Yes | Yes | Yes |
| EDGE | Class 32, 296 kbps with A2DP | Class 32, 296 kbps with A2DP | | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 32, 296 kbits |
| 3G | HSDPA | HSDPA | HSDPA | Yes, 384 kbps | Yes, 384 kbps | Yes, 384 kbps |
| WLAN | Wi-Fi 802.11 b/g, UPnP technology | Wi-Fi 802.11 b/g, UPnP technology | Wi-Fi 802.11 b/g, UPnP technology | Wi-Fi 802.11 b/g with UPnP | Wi-Fi 802.11 b/g with UPnP | No |
| Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 |
| Infrared port | Yes | Yes | No | No | No | No |
| USB | Yes, v2.0 microUSB | Yes, v2.0 miniUSB | Yes, v2.0 microUSB | Yes, v2.0 microUSB | Yes, v2.0 microUSB | Yes, v2.0 microUSB |
| **FEATURES** | | | | | | |
| OS | Symbian OS 9.2, S60 rel. 3.1 | Symbian OS 9.2, S60 rel. 3.1 | Symbian OS 9.3, S60 rel. 3.2 | Symbian OS 9.2, Series 60 v3.1 UI | Symbian OS 9.2, Series 60 v3.1 UI | |
| Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging, RSS feeds | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging |
| Browser | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML, RSS feeds | WAP 2.0/xHTML, HTML, Opera mini 4 | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML, Opera mini 4 |
| Games | Downloadable, order now | Downloadable, order now | Yes + downloadable, order now | Yes + downloadable, order now | Yes + downloadable, order now | |
| Colors | Black | Black, Silver | Pearl White, Red | Cobalt blue, Graphite grey | Cobalt blue, Graphite grey | Black |
| Camera | 5 MP, 2592 x 1944 pixels, Carl Zeiss optics, autofocus, video(VGA 30fps), flash; secondary CIF videocall camera | 5 MP, 2592 x 1944 pixels, Carl Zeiss optics, autofocus, video(VGA 30fps), flash; secondary CIF videocall camera | 3.15 MP, 2048x1536 pixels, autofocus, video(VGA 30fps), flash; secondary CIF videocall camera | 2 MP, 1600x1200 pixels, video(QVGA 15fps), flash; secondary CIF videocall camera | 2 MP, 1600x1200 pixels, video(QVGA 15fps), flash; secondary CIF videocall camera | 3.15 MP, 2048x1536 pixels, autofocus, video(QVGA 15fps); secondary camera |
| Other | - Built-in GPS receiver<br>- A-GPS function<br>- Intelligent Maps application covering over 100 countries<br>- Dual slide design<br>- Java MIDP 2<br>- MP3/AAC/AAC+/eAAC+/WMA player<br>- 3.5 mm audio output jack<br>- Push to talk<br>- Stereo FM Radio<br>- Organizer<br>- Office document viewer<br>- Voice dial/memo<br>- Built-in handsfree<br>- T9 | - Built-in GPS receiver<br>- A-GPS function<br>- Intelligent Maps application covering over 100 countries<br>- Dual slide design<br>- Java MIDP 2<br>- MP3/AAC/AAC+/eAAC+/WMA player<br>- 3.5 mm audio output jack<br>- Push to talk<br>- Stereo FM Radio<br>- Organizer<br>- Office document viewer<br>- Voice dial/memo<br>- Built-in handsfree<br>- T9 | - Built-in GPS receiver<br>- A-GPS support<br>- Stereo FM Radio with RDS<br>- N-Gage<br>- FM transmitter<br>- 3.5 mm audio output jack<br>- Push to talk<br>- Voice dial/memo<br>- PIM including calendar, to-do list and printing<br>- Photo/video editor<br>- Organiser<br>- T9<br>- Office document viewer | - MP3/AAC/MPEG4 player<br>- Rotating gallery with Navi wheel<br>- Stereo FM Radio<br>- N10<br>- Push to talk<br>- Voice dial/memo<br>- PIM including calendar, to-do list<br>- 3.5 mm audio output jack<br>- Built-in handsfree<br>- Java MIDP 2.0 | - MP3/AAC/MPEG4 player<br>- Rotating gallery with Navi wheel<br>- Stereo FM Radio<br>- N10<br>- Push to talk<br>- Voice dial/memo<br>- PIM including calendar, to-do list<br>- 3.5 mm audio output jack<br>- Built-in handsfree<br>- Java MIDP 2.0 | - Stereo FM radio<br>- MP3/AAC/AAC+/eAAC+/WMA player<br>- Accelerometer<br>- Nokia Maps<br>- T9<br>- Built-in handsfree<br>- Voice memo/commands<br>- Java MIDP 2.0 |
| **BATTERY** | | | | | | |
| Stand-by | Standard battery, Li-Ion 1200mAh (BL-6F) — Up to 280 h | Standard battery, Li-Ion 950 mAh (BL-5F) — Up to 220 h | Standard battery, Li-Ion 1200 mAh (BL-6F) — Up to 320 h | Standard battery, Li-Po 1050 mAh (BP-6MT) — Up to 410 h | Standard battery, Li-Po 1050 mAh (BP-6MT) — Up to 410 h | Standard battery, Li-Ion 1000 mAh (BL-5F) — Up to 340 h |
| Talk time | Up to 6 h | Up to 6 h 30 min | Up to 4 h 20 min | Up to 6 h | Up to 6 h | Up to 6 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL79400014663271

| OEM | Nokia | | |
|---|---|---|---|
| **HANDSET MODEL** *Note: not exhaustive* | **E90** | **N96** COMING SOON | **E66** COMING SOON |
| **GENERAL** | | | |
| 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| 3G Network | HSDPA 2100 | HSDPA 2100 / 900 | HSDPA 850 / 2100; HSDPA 850 / 1900 - US version |
| Announced | 2007, February | 2008, February | 2008, June |
| Status | Available. Released 2007, June | Coming soon. Exp. release 2008, Q3 | Coming soon. Exp. release 2008, July |
| **SIZE** | | | |
| Dimensions | 132 x 57 x 20 mm, 140 cc | 103 x 55 x 18 mm, 92 cc | 107.5 x 43.5 x 13.6 mm, 62.6 cc |
| Weight | 210 g | 125 g | 121 g |
| **DISPLAY** | | | |
| Type | TFT, 16M colors | TFT, 16M colors | TFT, 16M colors |
| Size | 800 x 352 pixels, 4 inches - Second external 16M colors display (240 x 320 pixels), 2 inches | 240 x 320 pixels, 2.8 inches - Accelerometer sensor for auto rotate | 240 x 320 pixels, 2.4 inches |
| **RINGTONES** | | | |
| Type | Polyphonic (64 channels), MP3 | Polyphonic (64 channels), Monophonic, True Tones, MP3 | Polyphonic, Monophonic, MP3, True Tones |
| Customization | Download | Download | Download |
| Vibration | Yes | Yes | Yes |
| **MEMORY** | | | |
| Phonebook | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall |
| Call records | Detailed, max 30 days | Detailed, max 30 days | Detailed, max 30 days |
| Card slot | microSD (TransFlash), up to 8GB, hotswap, buy memory | microSD (TransFlash), up to 8GB | microSD (TransFlash), up to 8GB, hotswap |
| | - 128 MB shared memory - 330 MHz ARM processor | - 16 GB internal memory - 128MB RAM, 256MB storage memory - Dual ARM 9 264 MHz CPU | - 110 MB internal memory - 128 MB SDRAM memory - ARM 11 369 MHz processor |
| **DATA** | | | |
| GPRS | Yes | Class 32, 107 / 64.2 kbps | Class 32, 100 kbps |
| HSCSD | Yes | Yes | Yes |
| EDGE | Yes | Class 32, 296 kbps; DTM Class 11, 177 kbps | Class 32, 296 kbps |
| 3G | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps |
| WLAN | Wi-Fi 802.11b/g | Wi-Fi 802.11 b/g, UPnP technology | Wi-Fi 802.11 b/g |
| Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP |
| Infrared port | Yes | No | Yes |
| USB | Yes, v2.0, miniUSB | Yes, v2.0, microUSB | Yes, v2.0 microUSB |
| **FEATURES** | | | |
| OS | Symbian OS v9.2, S60 rel. 3.1 | Symbian OS 9.3, S60 rel. 3.2 | Symbian OS 9.2, Series 60 v3.1 UI |
| Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging |
| Browser | Yes + Java downloadable, order now | Downloadable | WAP 2.0/xHTML, HTML, Java downloadable |
| Games | Yes | Yes | Java downloadable |
| Colors | Red, Brown | Black | White Steel, Grey Steel |
| Camera | 3.15 MP, 2048x1536 pixels, autofocus, video(VGA 30fps), flash; secondary CIF videocall camera | 5 MP, 2592x1944 pixels, Carl Zeiss optics, autofocus, video(VGA 30fps), flash; secondary VGA videocall camera | 3.15 MP, 2048x1536 pixels, autofocus, video(QVGA 22fps), flash; secondary videocall camera |
| Other | - Built-in GPS receiver (with preinstalled maps) - Push to talk - video calling - Java MIDP 2.0 - HSDPA/HSCSD - FM Radio - Voice command/dial - Photo/video editor - Integrated handsfree | - Built-in GPS receiver - A-GPS function - DVB-H TV broadcast receiver - Dual slide design - Java MIDP 2.0 - HSDPA/HSCSD - 3.5 mm audio output jack - TV out - Stereo FM Radio with RDS - Organizer - Office document viewer - T9 - Push to talk - Voice dial/memo - Built-in handsfree | - VoIP - Built-in GPS receiver - A-GPS function - Java MIDP 2.0 - MP3/AAC/MPEG4 player - Office applications - FM Radio - Push to talk - Voice command/dial - turn-to-mute - PIM including calendar, to-do list and memo - Built-in handsfree |
| **BATTERY** | Standard battery, Li-Ion 1500 mAh | Standard battery, Li-Ion 950 mAh (BL-5F) | Standard battery, Li-Ion 1000 mAh (BL-4U) |
| Stand-by | Up to 330 h | Up to 220 h | Up to 264 h |
| Talk time | Up to 5 h | Up to 3 h 40 min | Up to 7 h 30 m |

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| OEM | RIM | | | | |
|---|---|---|---|---|---|
| **HANDSET MODEL** *Note: not exhaustive* | **8820** | **8800** | **Curve 8310** Note: 8300, 8320 don't have GPS | **Pearl 8110** Note: 8120 doesn't have GPS | **COMING SOON** **Bold** |
| | | | | | |
| **GENERAL** | Same as 8800 but incl WiFi | | | | |
| 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| 3G Network | | | | | HSDPA 850 / 1900 / 2100 |
| Announced | 2007, July | 2007, February | 2007, August | 2008, January | 2008, May |
| Status | Available | Available | Available | Available, Released 2008, January | Coming soon |
| **SIZE** | | | | | |
| Dimensions | 114 x 66 x 14 mm | 114 x 66 x 14 mm | 107 x 60 x 15.5 mm | 107 x 50 x 14 mm | 114 x 66 x 14 mm |
| Weight | 134 g | 134 g | 111 g | 91 g | 133 g |
| **DISPLAY** | | | | | |
| Type | 65K colors | 65K colors | 65K colors | 65K colors | 65K colors |
| Size | 320 x 240 pixels | 320 x 240 pixels | 320 x 240 pixels | 240 x 260 pixels | 480 x 320 pixels |
| | - Full QWERTY keyboard | - Full QWERTY keyboard | - Full QWERTY keyboard | - QWERTY keyboard | - Full QWERTY keyboard |
| | - Trackball navigation | - Trackball navigation | - Trackball navigation | - Wallpapers | - Trackball navigation |
| | | | - Wallpapers | | - Wallpapers |
| **RINGTONES** | | | | | |
| Type | Polyphonic, MP3 | Polyphonic, MP3 | Polyphonic (32 channels), MP3 | Polyphonic (32 channels), MP3 | Polyphonic, MP3 |
| Customization | Yes | | Download, order now | Download, order now | Download |
| **MEMORY** | | | | | |
| Vibration | Yes | Yes | Yes | Yes | Yes |
| Phonebook | Yes | Yes | Yes, Practical | Yes | Yes, Practical |
| Call records | Yes | Yes | Yes | Yes | Yes |
| Card slot | microSD (TransFlash), buy memory | microSD (TransFlash), buy memory | microSD (TransFlash), buy memory | microSD (TransFlash), buy memory | microSD (TransFlash), microSDHC, up to 8 GB |
| | - 64 MB flash memory | - 64 MB flash memory | - 64 MB flash memory | - 64 MB flash memory | - 128 MB flash memory |
| | - 16 MB SRAM | - 16 MB SRAM | | | - 1 GB storage memory |
| **DATA** | | | | | - 624 MHz processor |
| GPRS | Yes | Yes | Yes | Yes | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| HSCSD | No | No | No | No | No |
| EDGE | Yes | Yes | Yes | Yes | Class 10, 236.8 kbps |
| 3G | No | No | No | No | HSDPA, 3.6 Mbps |
| WLAN | WiFi 802.11b/g | WiFi 802.11b/g | No | No | Wi-Fi 802.11 a/b/g |
| Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP |
| Infrared port | No | No | No | No | No |
| USB | Yes, miniUSB | Yes, miniUSB | Yes, miniUSB | Yes | Yes, v2.0 |
| **OS** | BlackBerry OS | BlackBerry OS | BlackBerry OS | BlackBerry OS | BlackBerry OS |
| Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Instant Messaging |
| Browser | WAP 2.0/xHTML, HTML, order now | WAP 2.0/xHTML, HTML, order now | HTML | HTML | HTML |
| Games | Silver | Silver | Yes + downloadable, order now | Yes + downloadable, order now | Yes + downloadable |
| Colors | No | No | Black, Blue | Black, Blue | Black |
| Camera | - Built-in GPS navigation with | - Built-in GPS navigation with | 2 MP, 1600x1200 pixels, flash | 2 MP, 1600x1200 pixels, video, flash | 2 MP, 1600x1200 pixels, video, flash |
| | BlackBerry Maps | BlackBerry Maps | - Integrated GPS | - Built-in GPS | - Built-in GPS |
| Other | - Java | - Java | | | |
| | - Media player | - Media player | - Java | - Java | - BlackBerry Maps |
| | | | - Media player | - document viewer (Word, Excel, | - DataViz document viewer/editor |
| | - Organizer | - Organizer | | PowerPoint, PDF) | |
| | - Built-in handsfree | - Built-in handsfree | - BlackBerry Maps | - Media player | - Java |
| | - to-do list | - to-do list | - Organizer | - SureType keyboard software | - Media player MP3/WMA/AAC+ |
| | - document viewer (Microsoft Word, | - document viewer (Microsoft Word, | - Calculator | - Organizer | - Video player DivX/WMV/XviD/3gp |
| | Excel and PowerPoint, Corel | Excel and PowerPoint, Corel | - Voice dial | - Calculator | - Organizer |
| | WordPerfect and Adobe PDF) | WordPerfect and Adobe PDF) | | | |
| | - Voice dial | - Voice dial | | | - Calculator |
| | | | - Built-in handsfree | - Built-in handsfree | - Voice dial |
| | | | - to-do list | - 3.5 mm stereo jack | - Built-in handsfree |
| | | | | | - Voice memo |
| **BATTERY** | | | | | |
| Stand-by | Standard battery, Li-Ion | Standard battery, Li-Ion | Standard battery, Li-Ion 1100 mAh | Standard battery, Li-Ion 900 mAh | Standard battery, Li-Ion 1500 mAh |
| Talk time | Up to 530 h | Up to 530 h | Up to 408 h | Up to 360 h | Up to 310 h |
| | Up to 5 h | Up to 5 h | Up to 4 h | Up to 4 h 10 min | Up to 5 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL794001466327

APL7940014663273

| OEM | Motorola | |
| --- | --- | --- |
| **HANDSET MODEL** | **Q 9h** | **Z9** |
| Note: not exhaustive | Also known as Motorola Q q9; AT&T version is called Q 9h global and has GPS and WCDMA 850/900 support | AT&T exclusive |

| | | **Q 9h** | **Z9** |
| --- | --- | --- | --- |
| **GENERAL** | 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| | 3G Network | HSDPA 2100 - Q 9h | HSDPA 850 / 1900 |
| | Announced | 2007, February | 2008, April |
| | Status | Available | Available. Released 2008, April |
| **SIZE** | Dimensions | 118 x 67 x 11.8 mm, 85 cc | 114 x 53 x 14 mm |
| | Weight | 134 g | 129 g |
| **DISPLAY** | Type | TFT, 65k colors | TFT, 256K colors |
| | Size | 320 x 240 pixels, 2.4 inches | 240 x 320 pixels, 2.4 inches |
| | | - Full QWERTY keyboard<br>- 5-way navigation button<br>- Downloadable wallpaper and screensavers | - screensavers and Wallpapers<br>- Downloadable logos |
| **RINGTONES** | Type | Polyphonic, MP3 | Polyphonic (64 channels) |
| | Customization | | Download, order now |
| | Vibration | Yes<br>- Dual Stereo speakers | Yes |
| **MEMORY** | Phonebook | Practically unlimited entries and fields, Photocall | 2000 entries, Photocall |
| | Call records | Practically unlimited | 20 dialed, 20 received, 20 missed calls |
| | Card slot | microSD (TransFlash), up to 8GB, buy memory<br>- 96 MB RAM, 256 MB flash | microSD (TransFlash), buy memory |
| **DATA** | GPRS | Class 12 (4+1/3+2/2+3/1+4 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No | No |
| | EDGE | Class 10, 296 / 177.6 kbits | Class 10, 236.8 kbps |
| | 3G | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps |
| | WLAN | No | No |
| | Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP |
| | Infrared port | No | No |
| | USB | Yes, v2.0 microUSB | Yes, v2.0, miniUSB |
| **FEATURES** | OS | Microsoft Windows Mobile 6.0 Standard | |
| | Messaging | SMS, MMS, Email, Instant Messaging | SMS, EMS, MMS, Email, Instant Messaging |
| | Browser | HTML (Opera) | WAP 2.0/xHTML, HTML (Opera 8) |
| | Games | Yes, order now | Yes, order now |
| | Colors | Silver, Black | Burgundy Red |
| | Camera | 2 MP, 1600x1200 pixels, video(30fps), flash | 2 MP, 1600x1200 pixels, video |
| | Other | - GPS (Q 9h global version only)<br>- Java MIDP 2.0<br>- MP3/AAC music player<br>- MPEG4/H.263/WMV/H.264 video recording & playback<br>- Voice memo<br>- Voice dial<br>- Built-in handsfree | - Built-in GPS receiver<br>- Java MIDP 2.0<br>- MP3/WMA/eAAC+ player<br>- T9<br><br>- Organizer<br>- Calculator<br>- Built-in handsfree<br>- Voice dial<br>- Voice memo |
| **BATTERY** | | Standard battery, Li-Ion 1170 mAh | Standard battery, Li-Ion 920 mAh |
| | Stand-by | Up to 480 h | Up to 310 h |
| | Talk time | Up to 6 h 30 min | Up to 4 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL794001463274

**OEM:** Samsung

**HANDSET MODEL**
Note: not exhaustive

| | | i900 Omnia | F480 (Samsung Tocco) | F490 | G810 | i640 |
|---|---|---|---|---|---|---|
| **GENERAL** | 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 |
| | 3G Network | HSDPA 850 / 1900 / 2100 | HSDPA 2100 | HSDPA 2100 | HSDPA 2100 | HSDPA 2100 |
| | Announced | 2008, June | 2008, February | 2008, January | 2008, February | 2008, February |
| | Status | Coming soon. Exp. release 2008, June | Available. Released 2008, May | Available. Released 2008, March | Available. Released 2008, April | Available. Released 2008, February |
| **SIZE** | Dimensions | 112 x 56.9 x 12.5 mm | 98.4 x 55 x 11.6 mm | 115 x 53.5 x 11.8 mm | 115 x 52.9 x 17.9 mm | 94.4 x 61 x 16.9 mm |
| | Weight | 127 g | 100.6 g | 102 g | 139 g | 149 g |
| **DISPLAY** | Type | TFT touchscreen, 256K colors (65K effective) | TFT touchscreen, 256K colors | TFT touchscreen, 256K colors | TFT, 256K colors | TFT, 65K colors |
| | Size | 240 x 400 pixels, 3.2 inches - Accelerometer sensor for auto-rotate - Handwriting recognition | 240 x 320 pixels, 2.8 inches | 240 x 320 pixels, 3.3 inches | 240 x 320 pixels, 2.6 inches | 320 x 240 pixels, 2.4 inches - QWERTY keyboard, Jog dial |
| **RINGTONES** | Type | Polyphonic, MP3 | Polyphonic, MP3 | Polyphonic, MP3 | Polyphonic, MP3 | Polyphonic (40 channels), MP3 |
| | Customization | Download | Download, order now | Download, order now | Download, order now | Download, order now |
| | Vibration | Yes | Yes | Yes | Yes | Yes |
| **MEMORY** | Phonebook | Practically unlimited entries and fields, Photocall | 1000 entries, Photocall | 1000 entries, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall |
| | Call records | Practically unlimited | 30 dialed, 30 received, 30 missed calls | 30 dialed, 30 received, 30 missed calls | Detailed, max 30 days | Practically unlimited |
| | Card slot | microSD (TransFlash), up to 8GB - 128 MB RAM, 256 MB ROM - 624MHz Marvell PXA312 processor - 8 GB/16 GB internal memory | microSD (TransFlash), up to 8GB, buy memory - 232 MB of internal memory | microSD (TransFlash), buy memory - 130 MB shared memory | microSD (TransFlash), buy memory - 130 MB shared memory - 330 MHz ARM1136 processor (TI OMAP 2430 chipset) | microSD (TransFlash), buy memory - 128MB ROM, 64MB RAM |
| **DATA** | GPRS | Class 12 (4+1/3+2/2+3/1+4 slots), 32 - 48 kbps | Class 12 (4+1/3+2/2+3/1+4 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No | No | No | No | No |
| | EDGE | Class 12 | Class 12 | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 10, 236.8 kbps |
| | 3G | HSDPA, 7.2 Mbps | HSDPA, 7.2 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps |
| | WLAN | Wi-Fi 802.11 b/g | No | No | Wi-Fi 802.11 b/g | No |
| | Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes v2.0 with EDR | Yes v2.0 with EDR |
| | Infrared port | No | No | No | No | No |
| | USB | Yes, v2.0 | Yes, v2.0 | Yes, v2.0 | Yes, v2.0 | Yes, v1.1 |
| | OS | Microsoft Windows Mobile 6.1 Professional | | | Symbian OS v9.2, Series 60 rel. 3.0 | Microsoft Windows Mobile 6.0 Standard |
| **FEATURES** | Messaging | SMS, EMS, MMS, Email, Instant Messaging | SMS, EMS, MMS, Email, Instant Messaging | SMS, EMS, MMS, Email, Instant Messaging | SMS, MMS, Email | SMS, MMS, Email, Instant Messaging |
| | Browser | WAP 2.0/xHTML, HTML, RSS feeds | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML (NetFront 3.4) | WAP 2.0/xHTML, HTML, RSS feeds | WAP 2.0/xHTML, HTML, RSS feeds |
| | Games | Yes + Java downloadable | Yes, order now | Yes, order now | Yes + downloadable, order now | Yes, order now |
| | Colors | Silver | Black | Black | Titan Grey | Silver |
| | Camera | 5 MP, 2592x1944 pixels, autofocus, Image stabilizer, video, flash; secondary videocall camera | 5 MP, 2592x1944 pixels, autofocus, flash | 5 MP, 2592 x 1944 pixels, autofocus, video(QVGA 15fps), flash; secondary videocall camera | 5 MP, 2560x1920 pixels, autofocus, face detection, video(VGA), xenon flash, 3x optical zoom | 2 MP, 1600x1200 pixels, video; secondary VGA videocall camera |
| | Other | - Java MIDP 2.0 - Built-in GPS receiver - Java MIDP 2.0 - FM Radio with RDS - MS Office document viewer/editor; PDF viewer - MP3/AAC/AAC+/WMA/OGG/AMR player - TV out - Voice memo - Built-in handsfree | - Java MIDP 2.0 - H.264/H.263/MPEG4 player - MP3/AAC/AAC+ player - Camera face detection - FM Radio with RDS - Organiser - document viewer - Built-in handsfree | - Java MIDP 2.0 - 3.5mm audio jack - WNV/MPEG4/H.263/H.264 player (VGA@30fps) - MP3/AAC/AAC+/WMA player - Voice recorder - Organiser - Pixed document viewer - Google Search - Built-in handsfree - Multitasking | - Java MIDP 2.0 - Class GPS receiver - Navigon GPS navigation software - Camera images geo-tagging - Organiser - Stereo FM Radio - 3.5mm audio output jack - Bluetooth printing - Document Viewer - Voice memo - TV out - Built-in handsfree | - Java MIDP 2.0 - WMV/3GP/MPEG4 player - WMA/MP3/AAC+ player - Organiser - document viewer (MS Word, Excel, PPT, PDF) - Image viewer (jpeg/gif/bmp/png) - Voice memo - Built-in handsfree |
| **BATTERY** | | Standard battery, Li-Ion 1440 mAh | Standard battery, Li-Ion 1000 mAh | Standard battery, Li-Ion 880 mAh | Standard battery, Li-Ion 1200 mAh | Standard battery, Li-Ion 1000 mAh |
| | Stand-by | Up to 500 h | Up to 250 h | Up to 220 h | Up to 400 h | Up to 250 h |
| | Talk time | Up to 5 h 50 min | Up to 3 h | Up to 6 h | Up to 6 h 30 min | Up to 6 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

APL7940014663275

| OEM | **Samsung** | | |
|---|---|---|---|
| **HANDSET MODEL** | **i617 BlackJack II** | **i780** | **F700** |
| Note: not exhaustive | | | |
| **GENERAL** | | | |
| 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 1800 / 1900 | GSM 900 / 1800 / 1900 |
| 3G Network | HSDPA 850 / 1900 / 2100 | HSDPA 2100 | HSDPA 2100 |
| Announced | 2007, October | 2007, September | 2007, February |
| Status | Available | Available. Released 2008, February | Available. Released 2007, December |
| **SIZE** | | | |
| Dimensions | 114 x 61 x 13 mm | 115.9 x 61.3 x 12.9 mm | 112 x 56 x 15.9 mm |
| Weight | 116 g | 120 g | 139 g |
| **DISPLAY** | | | |
| Type | TFT, 65K colors | TFT touchscreen, 65K colors | TFT touchscreen, 256K colors |
| Size | 320 x 240 pixels, 2.4 inches - QWERTY keyboard | 320 x 320 pixels, 2.55 inches - QWERTY keyboard | 240 x 440 pixels, 3.2 inches - QWERTY keyboard |
| **RINGTONES** | | | |
| Type | Polyphonic (40 channels), MP3, WAV | Polyphonic (64 channels), MP3 | Polyphonic, MP3 |
| Customization Vibration | Download, order now Yes | Download, order now Yes | Download, order now Yes |
| **MEMORY** | | | |
| Phonebook | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | 1000 entries, Photocall |
| Call records | Practically unlimited | Practically unlimited | 30 dialed, 30 received, 30 missed calls |
| Card slot | microSD (TransFlash), up to 4 GB supported, buy memory - ROM 256 MB, RAM 128MB - Dual Core ARM 9 (260 MHz) processor | microSD (TransFlash), buy memory 256MB ROM and 128MB RAM | microSD (TransFlash), buy memory - 112 MB shared memory |
| **DATA** | | | |
| GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 12 (4+1/3+2/2+3/1+4 slots), 32 - 48 kbps |
| HSCSD | No | No | No |
| EDGE | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 12 |
| 3G | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps |
| WLAN | No | Wi-Fi 802.11b/g | No |
| Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP |
| Infrared port | No | No | No |
| USB | Yes, v2.0 | Yes, v2.0 | Yes |
| OS | Microsoft Windows Mobile 6.0 | Microsoft Windows Mobile 6.0 Professional | Yes |
| **FEATURES** | | | |
| Messaging | SMS, EMS, MMS, Email, Instant Messaging | SMS, MMS, EMail, Instant Messaging | SMS, EMS, MMS, Email, Instant Messaging |
| Browser | WAP 2.0/xHTML, HTML, RSS feeds | WAP 2.0/HTML, Opera Mobile 8.65 | WAP 2.0/xHTML, HTML |
| Games | Yes, order now | Yes, order now | Yes, order now |
| Colors | Black | Black | Black |
| Camera | 2 MP, 1600x1200 pixels, video | 2 MP, 1600x1200 pixels, video, secondary VGA videocall camera | 3.15 MP, 2048x1536 pixels, autofocus, flash, video; secondary VGA videocall camera |
| Other | - Built-in GPS receiver - Mobile TV receiver - Java support for application Download - WMV/3GP/H.263/MPEG4 player - Organiser - document viewer (MS Word, Excel, PPT, PDF) - Built-in handsfree | - Java MIDP 2.0 - Built-in GPS navigation - A-GPS support - Finger Mouse - Side bar - MS Office Mobile - Voice memo - Cailia player, Cailia Reader - Photo Slides - Search - SmarteConverter - Mini player - Windows Media player | - Java MIDP 2.0 - H.264/H.263/MPEG4 player - MP3/AAC/AAC+ player - Organiser - Google Maps - document viewer - Built-in handsfree |
| **BATTERY** | | | |
| | Standard battery, Li-Ion 1700 mAh | Standard battery, Li-Ion 1480 mAh | Standard battery, Li-Ion 1000 mAh |
| Stand-by | Up to 330 h | Up to 450 h | Up to 300 h |
| Talk time | Up to 7 h | Up to 7 h | Up to 4 h 30 min |

APPLE CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

**OEM: HTC**
**HANDSET MODEL** — *Note: not exhaustive*

| | Touch Diamond | X7510 | Touch Cruise | Touch Dual | P6500 | P3600i |
|---|---|---|---|---|---|---|
| **GENERAL** | | | | | | *Older P3600 may not include GPS* |
| 2G Network | GSM 900 / 1800 / 1900 for Europe/Asia; GSM 850 / 1800 / 1900 / 1900 for Americas | GSM 900 / 1800 / 1900; UMTS 850 - US version | GSM 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| 3G Network | HSDPA 2100 / 900 for Europe/Asia; HSDPA 850 / 1900 for Americas | HSDPA 2100; HSDPA 850 - US version | HSDPA 2100; HSDPA 850 / 1900 - US version | HSDPA 2100 | HSDPA 2100; HSDPA 850 / 1900 - US version | HSDPA 2100; HSDPA 850 / 1900 - US version |
| Announced | | | 2007, November | 2007, October | 2007, October | 2007, August |
| Status | Available, Released 2008, June | Available, Released 2008, June | Available, Released 2008, January | | Available, Released 2008, April | Available |
| **SIZE** Dimensions | 102 x 51 x 11.3 mm | 133 x 98 x 16 mm | 110 x 58 x 15.5 mm | 107 x 55 x 15.8 mm | 137.4 x 72.9 x 20.5 mm | 108 x 58.2 x 18.4 mm |
| Weight | 110 g | 175 g | 130 g | 120 g | 175 g | 150 g |
| **DISPLAY** Types | TFT touchscreen, 256K colors (65K effective) | TFT touchscreen, 65K colors | TFT touchscreen, 65K colors | TFT touchscreen, 65K colors | TFT touchscreen, 65K colors | TFT touchscreen, 65K colors |
| Size | 480 x 640 pixels, 2.8 inches; - Touch2D/3D finger swipe navigation; - Accelerometer sensor for auto-rotate; - touch-sensitive navigation controls; - Handwriting recognition | 640 x 480 pixels, 5 inches; - QWERTY keyboard; - Handwriting recognition | 240 x 320 pixels, 2.8 inches; - TouchFLO finger swipe navigation; - Handwriting recognition | 240 x 320 pixels, 2.6 inches; - TouchFLO finger swipe navigation; - 16-key standard or 20-key QWERTY keyboard; - Handwriting recognition | 240 x 320 pixels, 3.5 inches; - Handwriting recognition; - 5-way navigation | 240 x 320 pixels, 2.8 inches; - Handwriting recognition |
| **RINGTONES** Type | Polyphonic (40 channels), HP3, WAV, WMA | Polyphonic (40 channels), HP3, WAV | Polyphonic (40 channels), HP3, AAC | Polyphonic (40 channels), HP3 | Polyphonic (40 channels), HP3 | Polyphonic (40 channels), HP3 |
| Customization | Download, order now | Download, order now | Download, order now | Download, order now | Download, order now | Download, order now |
| Vibration | No | No; Loud speakers | Yes | Yes | Yes | Yes |
| **MEMORY** Phonebook | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall | Practically unlimited entries and fields, Photocall |
| Call records | Practically unlimited | Practically unlimited | Practically unlimited | Practically unlimited | Practically unlimited | Practically unlimited |
| Card slot | No; - 4 GB user available memory; - 192 MB (ROM) SDRAM, 256 MB ROM; - Qualcomm MSM7201A 528 MHz processor | miniSD, buy memory; - 128 MB RAM, 256 MB ROM; - 16 GB built memory; - Marvel PXA270 624 MHz; Qualcomm HSM6275 processor | microSD (TransFlash), SD 2.0 compatible, buy memory; - 128 MB RAM, 256 MB ROM; - Qualcomm MSM7200, 400 MHz processor | microSD (TransFlash), buy memory; - 128 MB RAM, 256 MB ROM; - Qualcomm MSM7200, 400 MHz processor | 2 x SDIO, buy memory; - 1 GB internal memory; - Qualcomm MSM7200, 400 MHz processor | miniSD, buy memory; - 64 MB SDRAM, 256 MB ROM; - Samsung 500 MHz processor |
| **DATA** GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| HSCSD | No | No | No | No | No | No |
| EDGE | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 10, 236.8 kbps |
| 3G | HSDPA, 7.2 Mbps | HSDPA, 7.2 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps |
| WLAN | Wi-Fi 802.11 b/g | Wi-Fi 802.11 b/g | Wi-Fi 802.11 b/g | No | Wi-Fi 802.11 b/g | Wi-Fi 802.11 b/g |
| Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 | Yes, v2.0 | Yes, v2.0 with A2DP |
| Infrared port | No | No | No | No | No | No |
| USB | Yes, miniUSB | Yes, miniUSB | Yes, miniUSB | Yes, miniUSB | Yes, miniUSB | Yes, HTC ExtUSB (11-pin mini-USB) |
| **OS** | Microsoft Windows Mobile 6.1 Professional | Microsoft Windows Mobile 6.0 Professional | Microsoft Windows Mobile 6.0 Professional | Microsoft Windows Mobile 6.0 Professional | Microsoft Windows Mobile 6.0 Professional | Microsoft Windows Mobile 6.0 Professional |
| **FEATURES** Messaging | SMS, MMS, Email, Instant Messaging; WAP 2.0/xHTML, HTML (Opera 9) | SMS, MMS, Email, Instant Messaging; WAP 2.0/xHTML, HTML | SMS, MMS, Email, Instant Messaging; WAP 2.0/xHTML, HTML (Pocket IE) | SMS, MMS, Email, Instant Messaging; WAP 2.0/xHTML, HTML (Pocket IE) | SMS, MMS, Email, Instant Messaging; WAP 2.0/xHTML, HTML (Pocket IE) | SMS, MMS, Email, Instant Messaging; WAP 2.0/xHTML, HTML (Pocket IE) |
| Browser | Yes, order now | Yes, order now | Yes | Yes | Yes, order now | Yes, order now |
| Colors | Yes; Black | Black | Silver | Silver | Silver | 2 MP, 1600x1200 pixels, video |
| Camera | 3.15 MP, 2048x1536 pixels, autofocus, video; secondary VGA videocall camera | 3.15 MP, 2048x1536 pixels, autofocus, video; secondary VGA videocall camera | 3.15 MP, 2048x1536 pixels, autofocus, video; secondary VGA videocall camera | 2 MP, 1600x1200 pixels, video; secondary CIF video call camera | 3 MP, 2048x1536 pixels, autofocus, video; secondary CIF video call camera | |
| Other | - Built-in GPS with A-GPS; - Stereo FM Radio with RDS; - Pocket Office(Word, Excel, Outlook, PDF viewer); - Java MIDP 2.0; - Voice memo; - MP3 player; - Built-in handsfree | - Built-in GPS navigator; - 3.5 mm stereo audio jack; - Voice memo; - Windows media player 10; - video/audio album; - Flip for mute; - Built-in handsfree; - TV out | - Built-in GPS receiver; - TomTom map; - Pocket Office(Word, Excel, Outlook, PDF viewer); - Java MIDP 2.0; - FM Radio; - Voice memo; - MP3/AAC player; - video/audio album; - Built-in handsfree | - Pocket Office(Word, Excel, Outlook, PDF viewer); - Java MIDP 2.0; - Voice memo; - MP3/AAC player; - video/audio album; - Built-in handsfree | - GPS navigation; - Pocket Office(Word, Excel, Outlook, PDF viewer); - Fingerprint sensor; - Barcode/BusinessCard Reader applications; - Java MIDP 2.0; - Voice memo; - MP3/AAC player; - video/audio album | - Built-in GPS(Qualcomm MSM 6275); - Video call; - Pocket Office(Word, Excel, Outlook); - Voice memo; - MP3/AAC player; - video/audio album; - Built-in handsfree |
| **BATTERY** Stand-by | Standard battery, Li-Ion 900 mAh; Up to 285 h | Standard battery, Li-Po 2100 mAh; Up to 50 h | Standard battery, Li-Ion 1350 mAh; Up to 450 h | Standard battery, Li-Ion 1120 mAh; Up to 250 h | Standard battery, Li-Ion 1500 mAh; Up to 250 h | Standard battery, Li-Ion 1350 mAh; Up to 200 h |
| Talk time | Up to 5 h 30 min | Up to 6 h | Up to 9 h | Up to 5 h | Up to 7 h 40 min | Up to 5 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL79401466З276

APL794001466327

| | | |
|---|---|---|
| **OEM** | **HTC** | |
| **HANDSET MODEL** | **TyTN II** | |
| *Note: not exhaustive* | Older TyTN has no GPS | |

| | | |
|---|---|---|
| **GENERAL** | 2G Network | GSM 850 / 900 / 1800 / 1900 |
| | 3G Network | HSDPA 850 / 1900 / 2100 |
| | Announced | 2007, July |
| | Status | Available |
| **SIZE** | Dimensions | 112 x 59 x 19 mm |
| | Weight | 190 g |
| **DISPLAY** | Type | TFT touchscreen, 65K colors |
| | Size | 240 x 320 pixels, 2.8 inches<br>- Handwriting recognition<br>- QWERTY keyboard |
| **RINGTONES** | Type | Polyphonic (72 channels), MP3 |
| | Customization | Download, order now |
| | Vibration | Yes |
| **MEMORY** | Phonebook | Practically unlimited entries and fields,<br>Photocall |
| | Call records | Practically unlimited |
| | Card slot | microSD (TransFlash), buy memory |
| | | - 128 MB RAM, 256 MB ROM<br>- Qualcomm MSM7200, 400 MHz<br>processor |
| **DATA** | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No |
| | EDGE | Class 10, 236.8 kbps |
| | 3G | HSDPA, 3.6 Mbps |
| | WLAN | Wi-Fi 802.11b/g |
| | Bluetooth | Yes, v2.0 |
| | Infrared port | No |
| | USB | Yes, v2.0 |
| | OS | Microsoft Windows Mobile 6.0<br>Professional |
| **FEATURES** | Messaging | SMS, MMS, Email, Instant Messaging |
| | Browser | WAP 2.0/xHTML, HTML, (Pocket IE) |
| | Games | Yes, order now |
| | Colors | Silver |
| | Camera | 3.15 MP, 2048x1536 pixels, autofocus,<br>video; secondary VGA videocall camera |
| | Other | - Built-in GPS receiver |
| | | - video call |
| | | - A-GPS function |
| | | - Pocket Office(Word, Excel, Outlook) |
| | | - Java MIDP 2.0<br>- Voice memo<br>- Media Player 10 |
| | | - video/audio album<br>- Built-in handsfree |
| **BATTERY** | Standard battery, Li-Po 1350 mAh |
| | Stand-by | Up to 400 h |
| | Talk time | Up to 6 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794001466327B

| OEM | LG | | | | |
|---|---|---|---|---|---|
| **HANDSET MODEL** | | **KF750 Secret** | **KF700** | **CU915 Vu**<br>AT&T exclusive | **KU990 Viewty** |
| *Note: not exhaustive* | | | | | |
| **GENERAL** | 2G Network | GSM 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 |
| | 3G Network | HSDPA 2100 | HSDPA 2100 | HSDPA 850 / 1900 | HSDPA 2100 |
| | Announced | 2008, April | 2008, February | 2008, March | 2007, August |
| | Status | Available. Released 2008, June | Available. Released 2007, June | Coming soon | Available. Released 2007, October |
| **SIZE** | Dimensions | 102.8 x 50.8 x 11.8 mm | 102 x 51 x 14.5 mm | 108 x 54.9 x 13 mm | 103.5 x 54.4 x 14.8 mm |
| | Weight | 116 g | 110 g | 89.6 g | 112 g |
| **DISPLAY** | Type | TFT touchscreen, 256K colors | TFT touchscreen, 256K colors | TFT touchscreen, 256K colors | TFT touchscreen, 256K colors |
| | Size | 240 x 400 pixels, 3 inches | 240 x 480 pixels, 3 inches | 240 x 400 pixels, 3 inches | 240 x 400 pixels, 3 inches |
| | | - flash UI | Shortcut Dial | - flash UI | - flash UI |
| | | - Downloadable Wallpapers | | - Downloadable Wallpapers | - Downloadable Wallpapers |
| **RINGTONES** | Type | Polyphonic (72 channels), MP3 | Polyphonic, MP3 | Polyphonic (40 channels), MP3 | Polyphonic (40 channels), MP3 |
| | Customization | Download | | Composer, Download | Composer, Download |
| | Vibration | Yes | Yes | Yes | Yes |
| **MEMORY** | Phonebook | 1000 entries, Protocall | Yes, Protocall | 500 entries | 500 entries, Protocall |
| | Call records | 40 dialed, 40 received, 40 missed calls | 40 dialed, 40 received, 40 missed calls | 40 dialed, 40 received, 40 missed calls | 40 dialed, 40 received, 40 missed calls |
| | Card slot | microSD (TransFlash), up to 4 Gb, buy memory | microSD (TransFlash), buy memory | microSD (TransFlash) | microSD (TransFlash), up to 2GB, buy memory |
| | | - 100 MB user available memory | | - 128 MB shared memory | - 100 MB shared memory |
| **DATA** | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Yes | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No | No | No | No |
| | EDGE | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Yes | Yes |
| | 3G | HSDPA, 3.6 Mbps | HSDPA, 7.2 Mbps | HSDPA, 3.6 Mbps | HSDPA, 3.6 Mbps |
| | WLAN | No | No | No | No |
| | Bluetooth | Yes, v2.0 with A2DP | Yes, v1.2 with A2DP | Yes, v1.2 with A2DP | Yes, v1.2 with A2DP |
| | Infrared port | No | No | No | No |
| | USB | Yes, v2.0 | Yes, v2.0 | Yes, v2.0 | Yes, v2.0 |
| **FEATURES** | Messaging | SMS, EMS, MMS, Email | SMS, EMS, MMS, Email | SMS, EMS, MMS, Email | SMS, EMS, MMS, Email |
| | Browser | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML | WAP 2.0/xHTML, HTML |
| | Games | 6 + downloadable, order now | Yes, order now | Yes, order now | Yes, order now |
| | Colors | Black | Black | Black | Black, Dark Silver, Purple, Pink, Hot Red |
| | Camera | 5 MP, 2592 x 1944 pixels, autofocus, image stabilizer, video (VGA 30fps, QVGA 120fps), flash); secondary videocall camera | 3 MP, 2048x1536 pixels, autofocus, image stabilizer, video (QVGA 15fps); secondary videocall camera | 2 MP, 1600x1200 pixels, video(QVGA), flash | 5 MP, 2592x1944 pixels, autofocus, video(VGA 30fps, QVGA up to 120fps), strobe flash; secondary VGA videocall camera |
| | Other | - Carbon fiber BATTERY cover | - Java MIDP 2.0 | - Java MIDP 2.0 | - Java MIDP 2.0 |
| | | - Java MIDP 2.0 | - MP3/WMA/AAC/AAC+ player | - MP3/AAC/AAC+/eAAC+/WMA player | - MP3/MPEG4/WMV/DivX player |
| | | - MP3/WMA/AAC/AAC+ player | - MPEG4/DivX(up to 640x480) player | - video player | - FM Radio with RDS |
| | | - MPEG4/DivX(up to 640x480) player | - T9 | - FM Radio | - Organiser |
| | | - TV-out | - Organiser | - Document viewer (.ppt, .doc, .xls, .pdf, .txt) | - document viewer (DOC, XLS, PDF) |
| | | - FM Radio with RDS | - Voice memo | - AT&T Mobile TV (CU921 only) | - Voice memo |
| | | - document viewer (txt, PDF, DOC, PPT, XLS) | - Built-in handsfree | - Organiser | - Built-in handsfree |
| | | - T9 | | - Voice memo | |
| | | - Organiser | | - Built-in handsfree | |
| | | - Voice memo | | | |
| | | - Built-in handsfree | | | |
| **BATTERY** | Stand-by | Standard battery, Li-Ion 800 mAh | Standard battery, Li-Ion 800 mAh | Standard battery, Li-Ion 1000 mAh | Standard battery, Li-Ion 1000 mAh |
| | Talk time | Up to 260 h | | Up to 250 h | Up to 430 h |
| | | Up to 4 h | | Up to 3 h | Up to 4 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER

APL794001466 3279

| OEM<br>HANDSET MODEL<br>Note: not exhaustive | | Sony<br>Ericsson<br>XPERIA X1 | GS02 | G900 | COMING SOON<br>C905 |
|---|---|---|---|---|---|
| **GENERAL** | 2G Network | GSM 850 / 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 | GSM 900 / 1800 / 1900 | GSM 850 / 900 / 1800 / 1900 |
| | 3G Network | HSDPA 850 / 1900 / 2100 | HSDPA 2100 / C905 | UMTS 2100 | HSDPA 2100 / C905 |
| | Announced | 2008, February | 2008, June | 2008, February | 2008, June |
| | Status | Coming soon | Coming soon, Exp. release 2008, Q4 | Available. Released 2008, May | Coming soon, Exp. release 2008, Q4 |
| **SIZE** | Dimensions | 110.5 x 52.6 x 17 mm | 104 x 49 x 18-19.5 mm | 106 x 49 x 13 mm | 104 x 49 x 18-19.5 mm |
| | Weight | 158 g | 136 g | 99 g | 136 g |
| **DISPLAY** | Type | TFT touchscreen, 65K colors | TFT, 256K colors | TFT, 256K colors | TFT, 256K colors |
| | Size | 800 x 480 pixels, 3 inches | 240 x 320 pixels, 2.4 inches | 240 x 320 pixels, 2.4 inches | 240 x 320 pixels, 2.4 inches |
| | | - Full QWERTY keyboard | - Accelerometer sensor for auto-rotate | - Wallpapers, screensavers | - Accelerometer sensor for auto-rotate |
| | | - Optical Joystick navigation | | | |
| **RINGTONES** | Type | Polyphonic, MP3 | Polyphonic, MP3 | Polyphonic, MP3 | Polyphonic, MP3 |
| | Customization | Composer, download | Download | Download | Download |
| | Vibration | Yes | Yes | Yes | Yes |
| **MEMORY** | Phonebook | Practically unlimited entries and fields, Protocol | 1000 x 20 fields, Photo call | Practically unlimited entries and fields, Protocol | 1000 x 20 fields, Photo call |
| | Call records | Practically unlimited | 30 received, dialed and missed calls | Practically unlimited | 30 received, dialed and missed calls |
| | Card slot | microSD (TransFlash) | Memory Stick Micro (M2), 2 GB card included | Memory Stick Micro (M2), buy memory | Memory Stick Micro (M2), 2 GB card included |
| | | - 400 MB internal memory | - 160 MB internal memory | - 160 MB internal memory | - 160 MB internal memory |
| | | - 256MB RAM, 512MB Ericsson memory | | | |
| | | - Qualcomm MSM7200 528MHz processor | | | |
| **DATA** | GPRS | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps | Class 10 (4+1/3+2 slots), 32 - 48 kbps |
| | HSCSD | No | No | No | No |
| | EDGE | Yes | Class 10, 236.8 kbps | Class 10, 236.8 kbps | Class 10, 236.8 kbps |
| | 3G | HSDPA, 7.2 Mbps | HSDPA | Yes, 384 kbps | HSDPA |
| | WLAN | Wi-Fi 802.11 b/g | Wi-Fi 802.11 b/g | Wi-Fi 802.11 b/g | Wi-Fi 802.11 b/g |
| | Bluetooth | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP | Yes, v2.0 with A2DP |
| | Infrared port | No | No | No | No |
| | USB | Yes, v2.0 miniUSB | Yes | No | Yes |
| | OS | Microsoft Windows Mobile 6.1 Professional | | Symbian OS, UIQ | |
| **FEATURES** | Messaging | SMS, MMS, Email, Push E-Mail, IM | SMS, MMS, Email, Instant Messaging | SMS, MMS, Email, Push Email, Instant Messaging | SMS, MMS, Email, Instant Messaging |
| | Browser | WAP 2.0/HTML (IE), RSS feeds | WAP 2.0/HTML (NetFront), RSS reader | WAP 2.0/HTML (Opera), RSS reader | WAP 2.0/HTML (NetFront), RSS reader |
| | Games | Yes + downloadable | Yes + downloadable | Yes + downloadable | Yes + downloadable |
| | Colors | Solid Black, Steel Silver | Night Black, Ice Silver, Copper Gold | Dark Red, Dark Brown | Night Black, Ice Silver, Copper Gold |
| | Camera | 3.15 MP, 2048x1536 pixels, autofocus, video(VGA@30fps), flash; secondary videocall camera | 8 MP, 3264x2448 pixels, autofocus, video(QVGA@30fps), flash; secondary videocall camera | 5 MP, 2592x1944 pixels, autofocus, image stabilizer, video, flash; secondary videocall camera | 8 MP, 3264x2448 pixels, autofocus, video(QVGA 30fps), xenon flash; secondary videocall camera |
| | Other | - Built-in GPS receiver | - Built-in GPS receiver | - Java Platform 2.0 | - Built-in GPS receiver |
| | | - A-GPS function | - A-GPS function | - FM Radio with RDS | - A-GPS function |
| | | - Java MIDP 2.0 | - Java MIDP 2.0 | - MP3/AAC/MPEG4 player | - Camera mouse geo-tagging |
| | | - FM Radio with RDS | - FM Radio with RDS | - Handwriting recognition | - Java MIDP 2.0 |
| | | - Motion sensor (with UI auto-rotate) | - MP3/AAC/MPEG4 player | - Handwriting recognition | - FM Radio with RDS |
| | | - MP3/AAC/MPEG4 player | - TrackID music recognition | - TrackID music recognition | - TrackID music recognition |
| | | - TrackID music recognition | - Picture editor/blogging | - Business card scanner | - TrackID music recognition |
| | | - Picture editor/blogging | - TV out | - Picture editor/blogging | - Picture editor/blogging |
| | | - Organiser | - Organiser | - Document Reader/editor | - TV out |
| | | - T9 | - Stopwatch | - Organiser | - Organiser |
| | | - Built-in handsfree | - Built-in handsfree | - Stopwatch | - Built-in handsfree |
| | | - Voice memo/dial | - Voice memo/dial | - Built-in handsfree | - Voice memo/dial |
| | | | | - Voice memo/dial | |
| **BATTERY** | Stand-by | Standard battery, Li-Po 1500 mAh (BST-41) | Standard battery, Li-Po 930 mAh (BST-38) | Standard battery, Li-Ion 950 mAh (BST-33) | Standard battery, Li-Po 930 mAh (BST-38) |
| | | Up to 833 h | Up to 380 h | Up to 380 h | Up to 380 h |
| | Talk time | Up to 10 h | Up to 9 h | Up to 12 h | Up to 9 h |

APPLE CONFIDENTIAL BUSINESS INFORMATION,
SUBJECT TO PROTECTIVE ORDER