# EXHIBIT 15

Subject: Fwd: Tablet Competitive Update July 7th, 2011
Date: Thu, 07 Jul 2011 23:24:27 +0000
From: "evans hankey" <ehankey@apple.com>
To: "Eugene Whang" <eugene@apple.com>, "Shin Nishibori" <snishibori@apple.com>, "Jody Akana" <jakana@apple.com>, "Duncan Kerr" <duncan@apple.com>, "Danny Coster" <coster@apple.com>, "Rico Zorkendorfer" <rico@apple.com>, "Daniele De Iuliis" <deiuliis@apple.com>, "Peter Russell-Clarke" <peter.rc@apple.com>, "Bart Andre" <andre@apple.com>, "Jeremy Bataillou" <bataillou@apple.com>, "Christopher Stringer" <stringer@apple.com>, "Matt Rohrbach" <rohrbach@apple.com>, "Richard Howarth" <howarth@apple.com>, "Jony Ive" <ive@apple.com>, "Julian Hönig" <hoenig@apple.com>
Message-ID: <101583F9-42B5-4049-A2EF-32B9B31D953A@apple.com>

---

Begin forwarded message:


**From:** Paul Meade <pmeade@apple.com>
**Date:** July 7, 2011 4:15:20 PM PDT
**Subject: Tablet Competitive Update July 7th, 2011**

**Quick competitive update:**

- Most of the summers competitive devices are now available, see chart below for details. (Samsung Galaxy 10 clearly the closest in reviewers minds).
- The HP TouchPad launched on July 1st to less than stellar reviews.
- The Toshiba Thrive will be available on July 10th.
- Attached the latest version of the Competitive Tracker.



**HP TouchPad Highlights:**
- 9.7" IPS display (very similar display module to K48), 1024x768
- Snapdragon APQ8060 dual core 1.2Ghz
- WebOS 3.0
- Front facing camera only 1.3MP
- Size = 240mm x 189mm x 14mm
- weight = 740g (1.6Ibs)
- 22.2Whr battery
- Has inductive charging coil built in to be used with optional TouchStone dock ($80)
- Initial reviews have been pretty harsh with weight (1.6Ibs) and sluggish OS being major complaints. In our own testing, the display seems "dull" even compared to K48 and the accelerometer/orientation control seems extremely "twitchy". In our video playback tests we achieved 6hrs of playback (65% brightness).
- The SW itself is intuitive and easy to use but the glitches and sluggishness are hard to overcome and the product feels it was shipped before it was ready.
- In the take apart it was clear there are provisions for a cellular model soon with plenty of space for the cellular components.

APLNDC0001509486

- Available July 1st.

- the HP roadmap found on the web shows the 64GB and 4G Touchpad's coming next month along with the 7" Opal in the Fall.

## Toshiba Thrive Highlights:
- Available on July 10th.
- Comes in a 8GB configuration for $429
- Also has removable colored back covers for personalization
- 10.1" display, 1280x800
- Android 3.1
- Tegra2 with 1GB RAM
- 2MP F/F and 5MP R/F
- User replaceable battery
- Full sized SD and HDMI

## Amazon Tablet Coming Soon?

- Probably the last of the summers competitive threats will be from Amazon.  Its no secret that they have been staffing up their local Lab126 development center and its likely to ship a tablet (or tablets) in August/Sept.
- Amazon it likely one of the few potential competitors that have enough of the platform pieces to mount an interesting offensive on the tablet front considering their brand loyalty, cloud services, video streaming service, Android App store and its MP3 store.

## Motorola Xoom
- Currently been discounted by $100 at BestBuy (32GB for $499)
- Also the original Xoom launch was 3G with the promise of a 4G upgrade by the end of June. The latest word from Motorola is now the upgrade will be available by the end of Summer. This must be infuriating for current shoppers especially with the 4G of the latest Samsung Galaxy 10.1" now up for pre-order.

## Samsung Galaxy 10.1"
- Now available for pre-order with 4G on Verizon, available mid to late August.

APLNDC0001509487

## iPad makes up 1% of global web browsing:

- Report from NetMarketShare shows iPad is now responsible for 1% of WW web browsing.

## Tablet App Stores:

- This week it was reported that the number of tablet apps in the Apple App store crossed the 100,000 mark.
- In comparison, CNNMoney reported that the number of Android Apps optimized for tablets was 1,345.
- WebOS on their launch day (July 1st) had a total of 300 (8,000 apps available for the Palm Pre but only 70% of them work and there is no magnify feature so you are stuck with the phone sized app on the tablet)

------ end message ------

Highly Confidential - Attorneys' Eyes Only

**Works Great With:**



### Colored Covers

Personalize your new Thrive tablet with a variety of attractive, replaceable back covers featuring our Easy Grip Finish.

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

# iPad Competitive Landscape 2011

Asus Eepad



Acer Iconia



T-Mobile LG Slate



Motorola Xoom          RIM Playbook



Vizio (pre-order)   Dell Streak Pro



Toshiba Thrive      Amazon Tablet?      Sony S2
(pre-order)





Samsung 10.1"    HP Touchpad   Samsung Galaxy    Sony S1
                              8.9"





| Jan | Feb | Mar | April | May | June | July | Aug | Sep |
|-----|-----|-----|-------|-----|------|------|-----|-----|
| 2011 | | | | | | | | |

Highly Confidential - Attorneys' Eyes Only

Clear All

Coming soon! Order now to get it as soon as its available.



Ships: 4-6 Weeks

**Samsung Galaxy Tab™ 10.1 16GB**
★★★★★

$529.99

Highly Confidential - Attorneys' Eyes Only

APLNDC0001509492



iPad

Highly Confidential - Attorneys' Eyes Only

APLNDC0001509493



Highly Confidential - Attorneys' Eyes Only

APLNDC0001509494

| | K48/K48M | K93/K94 | Galaxy Tab | Dell Streak 7 | Moto Xoom | Playbook | LG G-Slate | Acer Iconia Tab A500 |
|---|---|---|---|---|---|---|---|---|
| **OS** | iOS | iOS | Android 2.2 | Android 2.2 | Android 3.0 | QNX | Android 3.0 | Android 3.0 |
| **Processor** | H3P: A8 @ 1Ghz | H4P: dual core A9 @ 1Ghz | Samsung Hummingbird A8 @ 1Ghz (1.2Ghz in v2) | Nvidia Tegra2, dual core @ 1Ghz | Nvidia Tegra2, dual core @ 1Ghz | TI OMAP 4330 dual core 1Ghz | Nvidia Tegra2, dual core @ 1Ghz or 3D version? | Nvidia Tegra2, dual core @ 1Ghz |
| **RAM** | 256MB | 512MB | 512MB | | 1GB | 1GB | 1GB | 1GB |
| **LCD Size** | 9.7" | 9.7" | 7.0" | 7" | 10.1" | 7.0" | 8.9" | 10.1" |
| **LCD Resolution** | 1024x768 (4:3) | 1024x768 (4:3) | 1024x600 (10:6) | WVGA 800x480 | 1280x800 (16:10) | 1024x600 (10:6) | 1280x768 **(15:9)** | 1280x800 (16:10) |
| **LCD PPI** | 132 | 132 | 169 | 133 | 149 | 169 | 167 | 149 |
| **R/F Camera** | None | HD, 720p 1MP | 3MP (5MP in v2) | 5MP AF | 5MP | 5MP | **dual R/F 5MP Stereoscopic** | 5MP |
| **F/F Camera** | None | VGA | 1.3MP | 1.3MP | 2MP | 3MP | 2MP | 2MP |
| **Camera Flash** | None | None | Led flash | no | dual LED flash | None | yes, LED | |
| **Video Recording** | None | 720p | 720p | yes | 720p | 1080p | 1080p, 720p 3D | |
| **Adobe Flash** | None | None | Yes, 10.1 | yes | Yes, 10.1 | 10.1 | probably, 10.1? | |
| **Internal Storage** | 16/32/64 GB | 16/32/64 GB | 16/32 GB | 16GB | 32 GB | 8/16/32/64 GB | 32GB | 16 GB |
| **Memory Slot** | None | None | uSD | uSD | uSD | None | none | uSD |
| **WiFi** | 802.11a/b/g/n | 802.11a/b/g/n | 802.11a/b/g/n | 802.11b/g/n | 802.11b/g/n | 802.11a/b/g/n | 802.11 b/g/n/**l** | 802.11 b/g/n |
| **Bluetooth** | 2.1 | 2.1 + EDR | 3.0 | 2.1 + EDR | 2.1 + EDR | 2.1 + EDR | **2.1** | |
| **Sensors** | Accel, Compass, ALS | Accel, Gyro, Compass, ALS | Accel, Gyro, compass, ALS | Accel, Compass, GPS, Prox, ALS | Accel, Gyro, Compass, **Barometer**, Prox, ALS | Accel | Accel, ALS, Gyro | |
| **Speakers** | mono | mono | Stereo | | Stereo speakers | Stereo Speakers | 3 speakers | |
| **Connectors** | 30 pin | 30 pin | 30 pin (HDMI, USB, charging) | 30 pin, SD | microUSB. miniHDMI, charging port and contacts | microUSB, microHDMI, charging contacts | uUSB, HDMI | USB2.0 port, HDMI |
| **Dimensions** | 242.8 x 189.7 x 13.4mm | 241.27 x 185.77 x 8.80mm | 190 x 120 x 11.98mm | 199.9 x 119.8 x 12.4mm | 249.1 x 167.8 x 12.9mm | 193 x 130 x 10.0mm | 243.8 x 149.8 x 12.7mm | 14mm |
| **Weight** | 680g (730g K48M) | 612g (K94) | 380g | 450g | 730g | 400g | 620g | 725g |
| **GPS** | Yes | Yes | Yes | Yes | Yes | No | ? | |
| **Cellular Options** | 3G (HSDPA) | 3G (HSPA or EVDO) | 3G (HSPA or EVDO) WiFi in Q1(?) 4G maybe in Q2? | 4G HSPA+ | 3G (EVDO); free HW upgrade to LTE (VzW) | **4G (WiMAx) in Q2 LTE**/HSPA+ in 2H11 | **4G w/T-Mobile (HSPA+)** | WiFi only |
| **Battery life claim (Whrs)** | 10h | 10h | 7h | ? | 10h | 8h (20Whr) | 9h | pair of 3260mAh batteries, 8hrs |
| **Other** | | | Getting a 5MP R/F cam bump, new processor & LTE in v2 (Q2?) | | | | **3D capture but needs glasses for playback** | |
| **Apps** | >350,000 apps; >60,000 iPad apps | >350,000 apps; >60,000 iPad apps | 200,000 scaled phone apps; handful of tablet apps | 200,000 scaled phone apps; handful of tablet apps | 200,000 phone apps; unknown 3.0 apps at launch | Adobe AIR & Web Apps. Also supports Android 2.3 apps | 200,000 phone apps; unknown 3.0 apps at launch | |
| **Availability** | Q2/2010 3G/WiFi | Q2/2011 - 3G/WiFi | Q4 2010 - 3G<br>Q2 2011(?) - 4G | Feb 2nd, 2011 T-Mobile | Feb 24th US - 3G<br>Q2 2011 - 4G (LTE)<br>March 27th -WiFi only | April 19th - WiFi<br>Q2 11-4G (WiMax)<br>2H 11 - LTE/HSPA+ | 20 Apr, 2011 (US T-Mobile) | April 24th, 2011 |
| **Pricing** | $499 - $829 | - | $599 | $450 | $799 (32GB 3G/4G)<br>$599 Wifi Only | $499 (16GB)<br>$599 (32GB)<br>$699 (64GB) | $529.99 (with 2yr contract and $100 rebate) $750 no contract | $449 (WiFi) |

| | ASUS Eee Pad | HTC Flyer | Galaxy Tab 10.1 | HP "Touchpad" | Toshiba Thrive | Vizio | Galaxy 8.9" | HP - "Opal" |
|---|---|---|---|---|---|---|---|---|
| **OS** | Android 3.0 | Android 2.3 (Gingerbread) | Android 3.0 | WebOS 3.0 | Android 3.0 | Android 2.3 | Android 3.0 | WebOS 3.0 |
| **Processor** | Nvidia Tegra2, dual core @ 1Ghz or 3D version? | Snapdragon Hummingbird @1.5Ghz | Nvidia Tegra2, dual core @ 1Ghz | APQ8060 1.2Ghz | Nvidia Tegra2, dual core @ 1Ghz | 1Ghz | Nvidia Tegra2, dual core @ 1Ghz | APQ8060 1.2Ghz |
| **RAM** | 1GB | 1GB | 1GB? | 1GB DDR2 | ? | 512MB | 1GB? | ? |
| **LCD Size** | 10.1" IPS | 7" | 10.1" | 9.7" XGA w/IPS | 10.1 | 8" | 8.9" | 7" |
| **LCD Resolution** | 1280x800 (16:10) | 1024 x 600 (10:6) | 1280 x 800 (16:10) | 1024x768 (4:3) | 1280x800 (16:10) | 1024x768 (4:3) | 1280 x 800 (16:10) | 1024x768 (4:3) |
| **LCD PPI** | 149 | 169 | 149 | 132 | 149 | | 169 | 182? |
| **R/F Camera** | 5MP AF | 5MP AF | 3MP AF | none | 5MP | none | 3MP AF | none? |
| **F/F Camera** | 1.2MP | 1.3MP | 2MP | 1.3MP | 2MP | VGA | 2MP | yes |
| **Camera Flash** | No | no | LED | no | None | | LED | no |
| **Video Recording** | ? | 720p | 1080p | ? | 720p | | 1080p | ? |
| **Adobe Flash** | 10.2 after upgrade | 10.1 | 10.2 | yes | yes, 10.1 | | 10.2 | yes |
| **Internal Storage** | 16GB + web storage | 16GB | 16/32/64GB | 16/32 GB | unknown | | 16/32/64GB | |
| **Memory Slot** | | uSD (up to 32GB) | uSD (up to 32GB) | ? | SD | | uSD (up to 32GB) | ? |
| **WiFi** | 802.11 b/g/n | 802.11 b/g/n | 802.11a/b/g/n | 802.11b/g/n | 802.11 | 802.11b/g/n | 802.11a/b/g/n | ? |
| **Bluetooth** | 2.1 + EDR | 3.0 | 2.1 + EDR | 2.1 + EDR | yes, version ? | | 3.0 | |
| **Sensors** | **Accel, ALS, Gyro, Compass, GPS** | Accel, Gyro. Compass, ALS | Accel, Gyro, Compass, Proximity | Accel, Gyro, Compass, ALS | Accel, ALS, ? | ALS, Accel | Accel, Gyro, Compass, Proximity | |
| **Speakers** | Stereo Speakers | stereo, SRS WOW HD | Stereo (surround) | Stereo | Stereo + SRS | | Stereo | ? |
| **Connectors** | mini HDMI, micro USB | microUSB | 30 pin (HDMI, USB, charging) | microUSB | USB, mini USB, HDMI, SD | | | |
| **Dimensions** | 269 x 175 x 12.95 | 195.5 x 112.5 x13.2 | 256.6 x 172.9 x **8.6mm** | 241 x 190 x 13mm | ? | 167 x 205 x 12.2 | 230.9 x 157.8 x 8.6mm | 180 x 144x 13mm |
| **Weight** | 675g | 421g | **565g** | 725g | ? | **544g** | **470g** | ? |
| **GPS** | yes (incl wifi) | Yes | Yes (cellular) | yes w/WWAN | ? | Yes | Yes (cellular) | yes |
| **Cellular Options** | 3G cellular options available | WiMax | HSPA+ (21Mbps) | Summer (WiFi only); 3G & 4G models later | ? | | HSPA+ (21Mbps) | ? |
| **Battery life claim (Whrs)** | 9.5hrs (24.4Whr) | 4h (14.8Whr) | 10h (25.3Whr) | 8h | ? | 10h | 10h (22.2Whr) | 8h |
| **Other** | - includes ASUS webstorage<br>- Keyboard dock accessory-<br>- DLNA | - **HTC Scribe (sold sep)** HTC Sense<br>- Includes Onlive gaming<br>- dual mics for NC | - Exchange Activesync<br>- Quickoffice HD | - "Touchstone" inductive charging<br>- cloud storage<br>- Touch to share | - replaceable battery<br>- 5 colors (rear) | - 4GB (2GB user avail)<br>- built in IR blaster<br>- multiple speakers (x3) | - TouchWiz UI skin<br>- Exchange Activesync<br>- Quickoffice HD | |
| **Apps** | 200,000 phone apps; unknown 3.0 apps at launch | 200,000 scaled phone apps; handful of tablet apps | 200,000 phone apps; unknown 3.0 apps at launch | <10,000 phone apps; unknown Tablet apps at launch | 200,000 phone apps; unknown 3.0 apps at launch | | 200,000 phone apps; unknown 3.0 apps at launch | <10,000 phone apps; unknown Tablet apps at launch |
| **Availability** | April via Best Buy | - WiFi only in April<br>- Summer with Sprint<br>- 3G in Europe | WiFi - June 8th<br>5k given out at Google IO on 5/10 | 7/1 for (WiFi)<br>3G/4G later | Jun 13, 2011 | pre-order 7/1, shipping 7/18 | "early summer" | Sept 2011? |
| **Pricing** | **$399 (16GB)** | (32GB) | $499 (16GB)<br>$599 (32GB) | $499 (16GB)<br>$599 (32GB) | 8 GB $429<br>16GB $479<br>32GB $579 | $379 (4GB) | $469 (16GB)<br>$569 (32GB) | ? |

| | Streak Pro | Sony S1 | Sony S2 | Lenovo ThinkPad | Fujitsu Q550 | ViewSonic ViewPad 10 Pro | ViewPad 7x | Dell Latitude ST |
|---|---|---|---|---|---|---|---|---|
| **OS** | Android 3.0 | Android 3.0 | Android 3.0 | Android 3.0 | Windows 7 Pro | Windows 7 Pro | Android 3.0 | Windows 7 |
| **Processor** | Tegra T25 | Nvidia Tegra2, dual core @ 1Ghz | Nvidia Tegra2, dual core @ 1Ghz | Nvidia Tegra2, dual core @ 1Ghz | Intel Oak Trail 1.5Ghz | Intel Oak Trail 1.5Ghz | Nvidia Tegra2 | Intel Oak Trail 1.5Ghz |
| **RAM** | | | | | **2GB DDR2** | **2GB DDR2** | | **2GB RAM** |
| **LCD Size** | 10" | 9.4" | pair of 5.5" | 10.1" | 10.1" | 10.1" | 7" | 10" |
| **LCD Resolution** | 1280 x 800 | 1280 x 800 (16:10) | 1024 x 480 (21:9) | 1280 x 800 (16:10) | 1280x800 (16:10) | | 1024x600 | 1366 x 768 |
| **LCD PPI** | | 160 | 205 | 149 | 160 | | | |
| **R/F Camera** | | yes | yes | | yes | | | 3MP |
| **F/F Camera** | | yes | yes | | yes | | | 1.3MP |
| **Camera Flash** | | | | | | | | ? |
| **Video Recording** | | | | | 1080p | | | 1080p |
| **Adobe Flash** | | | | | | | | |
| **Internal Storage** | | | | | 30/62GB SSD | 32GB | | up to 128GB SSD |
| **Memory Slot** | | | | | | | | |
| **WiFi** | | | | | 802.11a/b/g/n | | | |
| **Bluetooth** | | | | | 3.0 | | | |
| **Sensors** | | | | | | | | GPS, Accel |
| **Speakers** | | | | | | | | |
| **Connectors** | | | | USB2.0, uUSB, 3in1 SD card, uHDMI | USB, HDMI, SD/ SDHC. dock | | | |
| **Dimensions** | | | | | | | | ? |
| **Weight** | | | | | 771g (30GB ver) | | 380g | ? |
| **GPS** | | | | | | 3G | HSPA+ | |
| **Cellular Options** | | | | 3G | | | | |
| **Battery life claim (Whrs)** | | | | 8h | 19Whr ($729)<br>43Whr ($849) | 3500mAh (4.5hrs) | | 8h |
| **Other** | - 2 mics, 2 video chat windows<br>- Dell "stage 1.5" UI | - "quick and smooth UI"<br>- "swift" browser<br>- IR remote<br>- DLNA | - Playstation certified | - pen and digitizer optional | - fingerprint sensor<br>- dual NC mics | | | - active pen support |
| **Apps** | | | | | | | | |
| **Availability** | ? | Announced Apr, available Fall 2011 | Announced Apr, available Fall 2011 | ? | preorder May 9th, 2011, ships June | | Announced at Computex | Oct 1, 2011 |
| **Pricing** | | - $599? | -$699 | 16GB, 32GB, 64GB | $729 (30GB)<br>$849 (62GB) | | | |

**Shipping** ←

**Announced** →

Highly Confidential - Attorneys' Eyes Only

APLNDC0001509496

# webOS Roadmap

- Veer

**June**

**July**
- TouchPad 16/32GB

- TouchPad 64GB & 4G

**August**

**Fall**
- Pre3
- OPAL

- More to come

**Beyond**



Highly Confidential - Attorneys' Eyes Only

APLNDC0001509497