# EXHIBIT 16

Subject: Competitive Phone Tracker 02/25
Date: Fri, 25 Feb 2011 22:54:28 +0000
From: "Jason Lor" <jlor@apple.com>
To: "NewTech XFunct" <new_tech_xfunct@group.apple.com>
CC: "New Tech Core Team Core Team" <new_tech_core_team@group.apple.com>
Message-ID: <0A10C40F-F4AF-4778-B07A-36BD32450B49@apple.com>

---

Hi all,

We've compiled a comprehensive list for all current and future flagship phones. We'll be adding new cellular competitors in an ongoing basis
and will be extending this to other products in the future.

**Jason Lor**
iPod/iPhone New Tech
c: 408.862.2680


---

------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230186



# State of Mobile 2011

**iPod/iPhone New Tech**

Apple Need-To-Know Confidential

# Current Flagship Phones

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HTC

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HTC
# EVO 4G

June 2010

| | |
|---|---|
| **Price & Carriers** | $199 w/ 2-year contract on Sprint |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Qualcomm QSD 8650 (1.0GHz)<br>512MB RAM, 1GB NAND plus microSD slot |
| **Network** | CDMA 800/1900 MHz EVDO Rev. A<br>WiMAX 2.5 to 2.7GHz; 802.16e |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x800 pixel resolution)<br>217ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11 b/g), Bluetooth 2.1 + EDR w/ stereo A2DP<br>GPS, A-GPS, micro-HDMI, Wi-Fi router for 8 devices, FM |
| **Dimensions** | Width: 66mm (2.6 inches)<br>Height: 122mm (4.8 inches)<br>Thickness: 12.7mm (0.5 inches) |
| **Weight** | 170 grams (6 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230190

HTC
# G2

October 2010

| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on T-Mobile |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Qualcomm MSM 7230 (800MHz); 512MB RAM, 4GB NAND plus microSD slot |
| **Network** | GSM: 850/900/1800/1900 MHz<br>UMTS: Band IV (1700/2100) |
| **Battery & Charging** | 1300mAh<br>microUSB |
| **Display** | 3.7-inch LCD (480x800 pixel resolution), 252ppi |
| **Camera** | 5MP auto-focus camera with LED flash<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS |
| **Dimensions** | Width: 60mm (2.36 inches)<br>Height: 119mm (4.69 inches)<br>Thickness: 14.2mm (0.56 inches) |
| **Weight** | 180 grams (6.3 ounces) |



Apple Need-To-Know Confidential

HTC

# myTouch 4G

November 2010

| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on Sprint |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Qualcomm MSM 8255 Snapdragon (1.0GHz); 768MB RAM, 4GB NAND plus microSD slot |
| **Network** | GSM: 850/900/800/1900MHz UMTS: Band IV (1700/2100) |
| **Battery & Charging** | 1400mAh microUSB |
| **Display** | 3.8-inch LCD (480x800 pixel resolution), 246ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo GPS, A-GPS |
| **Dimensions** | Width: 62mm (2.44 inches) Height: 122mm (4.80 inches) Thickness: 10.9mm (0.43 inches) |
| **Weight** | 153 grams (5.4 ounces) |



Apple Need-To-Know Confidential

APLNDC0002230192



HTC
# HD7

November 2010

| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on T-Mobile |
| **Operating System** | Windows Phone 7 |
| **SoC & Memory** | Qualcomm QSD 8250 (1.0GHz)<br>512MB RAM, 16GB internal microSD |
| **Network** | GSM: 850/900/800/1900 MHz;<br>UMTS: Band I (2100), Band IV (1700/2100) |
| **Battery & Charging** | 1230mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x800 pixel resolution)<br>217ppi |
| **Camera** | 5MP auto-focus camera with LED flash<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11 b/g/), Bluetooth 2.1 + EDR w/ stereo A2DP<br>GPS, FM |
| **Dimensions** | Width: 68mm (2.67 inches)<br>Height: 122mm (4.8 inches)<br>Thickness: 11.2mm (0.44 inches) |
| **Weight** | 162 grams (5.7 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Motorola

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Motorola
# Droid X

July 2010

| | |
|---|---|
| **Price & Carriers** | $150 w/ 2-year contract on Verizon |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | TI OMAP 3630 (1.0GHz)<br>512MB RAM, 8GB NAND plus microSD slot |
| **Network** | CDMA 800/1900, EVDO rev. A |
| **Battery & Charging** | 1540mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x854 pixel resolution),<br>228ppi |
| **Camera** | 8MP auto-focus camera with LED flash<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11 b/g/n 5GHz), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, Wi-Fi router functionality, micro-HDMI |
| **Dimensions** | Width: 65.5mm (2.58 inches)<br>Height: 128mm (5.02 inches)<br>Thickness: 9.9mm (0.39 inches) |
| **Weight** | 155 grams (5.5 ounces) |



Apple Need-To-Know Confidential

Motorola

# Droid 2 Global

November 2010

| | |
|---|---|
| **Price & Carriers** | $199 w/ 2-year contract on Verizon |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | TI OMAP 3640 (1.2GHz);<br>512MB RAM, 8GB NAND plus microSD slot |
| **Network** | GSM 850/900/1800/1900<br>UMTS: 850/1900/2100, CDMA 800/1900<br>HSDPA 10.2 Mbps, CDMA EV-DO Release A (World Phone) |
| **Battery & Charging** | 1420mAh<br>microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution),<br>265ppi |
| **Camera** | 5MP auto-focus camera with LED flash<br>480p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS |
| **Dimensions** | Width: 61mm (2.38 inches)<br>Height: 116mm (4.58 inches)<br>Thickness: 13.7mm (0.54 inches) |
| **Weight** | 169 grams (6.0 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Motorola
# Cliq2

January 2011



| | |
|---|---|
| **Price & Carriers** | $99 w/ 2-year contract on T-Mobile |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | TI OMAP 3620 (1.0GHz)<br>512MB RAM, 1GB NAND plus microSD slot |
| **Network** | GSM 850/900/1800/1900<br>UMTS: 850/1700/2100<br>HSDPA 10.1 Mbps, HSUPA 5.76 Mbps |
| **Battery & Charging** | 1420mAh<br>microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution),<br>265ppi |
| **Camera** | 5MP auto-focus camera with LED flash |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, FM |
| **Dimensions** | Width: 60mm (2.35 inches)<br>Height: 116mm (4.57 inches)<br>Thickness: 14.5mm (0.57 inches) |
| **Weight** | 175 grams (6.3 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Samsung

Apple Need-To-Know Confidential

APLNDC0002230198



Samsung
# Galaxy S

June 2010

| | |
|---|---|
| **Price & Carrier** | $50-199 w/ 2-year contract on AT&T, Verizon, Sprint & T-Mobile |
| **Operating System** | Android 2.1 |
| **SoC & Memory** | 1GHz Cortex A8 Hummingbird<br>512MB RAM, 16GB NAND plus microSD slot |
| **Network** | GSM/EDGE/GPRS 850/ 900/1800/1900<br>HSUPA 900/1900/2100 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.0-inch AMOLED (480x800 pixel resolution),<br>233ppi, 16-bit color |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 3.0 + EDR w/ A2DP Stereo |
| **Dimensions** | Width: 64.2mm (2.53 inches)<br>Height: 122.4mm (4.82 inches)<br>Thickness: 9.9mm (0.39 inches) |
| **Weight** | 118 grams (4.16 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Samsung

# Continuum

November 2010

| | |
|---|---|
| **Price & Carrier** | $99 on Verizon w/ 2-year contract on Verizon |
| **Operating System** | Android 2.1 |
| **SoC & Memory** | 1GHz Cortex A8 Hummingbird<br>384MB RAM, 2GB NAND plus microSD slot |
| **Network** | CDMA 800/1900 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 3.4-inch LCD (480x800 pixel resolution)<br>1.8-inch ticker (480x96 pixel resolution)<br>233ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA |
| **Sensors** | Accelerometer, ambient light, proximity |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 3.0 + EDR w/ A2DP Stereo |
| **Dimensions** | Width: 58mm (2.30 inches)<br>Height: 125mm (4.94 inches)<br>Thickness: 12mm (0.48 inches) |
| **Weight** | 125 grams (4.41 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230200

Samsung
# Focus

November 2010

| | |
|---|---|
| **Price & Carrier** | $99 w/ 2-year contract on AT&T |
| **Operating System** | Windows Phone 7 |
| **SoC & Memory** | Qualcomm Snapdragon MSM 8255 (1GHz)<br>512MB RAM, 8GB NAND with microSD slot |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>UMTS: 850/1900/2100MHz |
| **Battery & Charging** | 1500mAH<br>microUSB |
| **Display** | 4.0-inch AMOLED (480x800 pixel resolution),<br>233ppi |
| **Camera** | 5MP autofocus camera with LED flash<br>720p video recording |
| **Sensors** | Accelerometer, Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 2.1, GPS, A-GPS, FM Radio |
| **Dimensions** | Width: 65mm (2.56 inches)<br>Height: 123.0mm (4.84 inches)<br>Thickness: 10.0mm (0.39 inches) |
| **Weight** | 115 grams (4.07 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Samsung / Google

# Nexus S

December 2010

| | |
|---|---|
| **Price & Carrier** | $529 unlocked or $199 w/ 2-year contract on T-Mobile |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | 1GHz Cortex A8 Hummingbird<br>512MB RAM, 16GB NAND |
| **Network** | GSM: 850/900/1800/1900, HSPA 900/2100/1900 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.0-inch AMOLED (480x800 pixel resolution),<br>233ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo, NFC |
| **Dimensions** | Width: 63mm (2.52 inches)<br>Height: 124mm (4.37 inches)<br>Thickness: 10.92mm (0.43 inches) |
| **Weight** | 129 grams (5.5 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230202

LG

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

LG

# Optimus series

November 2010

| | |
|---|---|
| **Price & Carriers** | Free to $149 on Sprint, T-Mobile, metroPCS, Virgine Mobile, US Cellular |
| **Operating System** | Android 2.2 |
| **SoC & Memory** (Sprint version) | Qualcomm MSM7627 (600 MHz); 512MB RAM, microSD slot |
| **Network** | CDMA: 1.9 GHz PCS, 800 MHz GSM: 850/900/1800/1900 MHz, 1700/2100 MHz |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 3.2-inch LCD (320x480 pixel resolution), 180ppi |
| **Camera** | 3.2MP auto-focus camera VGA video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11 b/g), Bluetooth 2.1 + EDR w/ A2DP Stereo GPS, A-GPS, Wi-Fi router functionality (up to 5 devices) |
| **Dimensions** (Sprint version) | Width: 58mm (2.28 inches) Height: 107mm (4.23 inches) Thickness: 11.9mm (0.47 inches) |
| **Weight** | 115 grams (4.1 ounces) |



Apple Need-To-Know Confidential

APLNDC0002230204

# Nokia

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Nokia
# N8

October 2010

| | |
|---|---|
| **Price & Carrier** | $399 unlocked |
| **Operating System** | Symbian$^3$ |
| **SoC & Memory** | OMAP 2420 680MHz, 256MB RAM<br>16GB NAND with microSD slot |
| **Network** | GSM/EDGE 850/900/1800/1900<br>WCDMA 850/900/1700/1900/2100 |
| **Battery & Charging** | 1200mAh<br>microUSB |
| **Display** | 3.5" OLED display (640x360 pixel resolution)<br>209ppi |
| **Camera** | 12MP auto-focus camera w/ Xenon flash, front-facing VGA<br>720p video recording |
| **Sensors** | Accelerometer, Compass, Proximity & Ambient light sensors |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 3.0, HDMI, FM Radio, GPS, A-GPS |
| **Dimensions** | Width: 59mm (2.32 inches)<br>Height: 114mm (4.49 inches)<br>Thickness: 12.9mm (0.51 inches) |
| **Weight** | 135 grams (4.76 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Research in Motion

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230207

RIM

# Blackberry Storm 2 9550

November 2009

| | |
|---|---|
| **Price & Carrier** | $99.99 on Verizon |
| **Operating System** | Blackberry OS 5.0 |
| **SoC & Memory** | processor unknown, 256MB RAM<br>2GB eMMC plus microSD slot |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>UMTS/HSPA 2100MHz<br>CDMA: 800/1900MHz/EV-DO rev A |
| **Battery & Charging** | 1400mAh |
| **Display** | 3.25-inch LCD (480x360 pixel resolution)<br>184ppi |
| **Camera** | 3.2MP auto-focus camera with LED flash |
| **Sensors** | Accelerometer, ambient light & proximity |
| **Connectivity** | Wi-Fi (802.11 b/g), Bluetooth 2.0, GPS |
| **Dimensions** | Width: 62mm (2.45 inches)<br>Height: 113mm (4.43 inches)<br>Thickness: 13.0mm (0.55 inches) |
| **Weight** | 160 grams (5.64 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230208

RIM

# Blackberry Torch

August 2010

| | |
|---|---|
| **Price & Carrier** | $499.99 USD on AT&T |
| **Operating System** | Blackberry OS 6.0 |
| **SoC & Memory** | 624MHz processor, 512MB RAM<br>4GB eMMC plus microSD slot |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900<br>UMTS 2100/1900/850/800 |
| **Battery & Charging** | 1300mAh |
| **Display** | 3.2-inch LCD (480x360 pixel resolution),<br>188ppi |
| **Camera** | 5MP auto-focus camera w/ LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS |
| **Dimensions** | Width: 62mm (2.44 inches)<br>Height: 111mm (4.37 inches)<br>Thickness: 14.6mm (0.57 inches) |
| **Weight** | 161 grams (5.7 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Feature Highlights

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HTC
# Surround

| Feature | Phone slides partially to reveal speaker grill |
|---|---|



| Engadget | "We don't think any amount of audio postprocessing can make tiny phone speakers sound good... On a more positive note, the speakers do get nicely **loud without distortion**" |
|---|---|

| cnet | "...the only thing its built-in speakers really add to the phone is weight." |
|---|---|

| Slashgear | "It's certainly loud, but it lacks clarity and sharpness; the surround sound mode, meanwhile, is audibly different from the default setting, but we wouldn't say it was theater-like either." |
|---|---|

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230211



Motorola

# Defy

| | |
|---|---|
| **Feature** | Water-resistant and dustproof |
| **Engadget** | "Physically, the Defy is unusual in that it looks so... well, usual. Typically, ruggedized phones are overbuilt, over-engineered behemoths that are obviously designed to look tough, and that's just not the case with this one. |
| **cnet** | "The Motorola Defy is tough enough to withstand everyday hazards with its tough Gorilla glass and rugged exterior...  its rough-and-tumble aesthetic isn't for everyone." |
| **PC Magazine** | "I dunked the Defy in a foot of water with the MP3 player going, and it continued playing without a problem. I couldn't stop the playback, though, because capacitive touch screens don't work when they're wet." |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Future Flagship Phones

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230213

HTC

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HTC
# Incredible S

Q2 2011

| | |
|---|---|
| **Price & Carrier** | Unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm Snapdragon MSM8255 (1GHz), 768MB RAM<br>1.1GB internal storage with microSD expansion |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>HSPA/WCDMA: 900/AWS/2100MHz |
| **Battery & Charging** | 1450mAH<br>microUSB |
| **Display** | 4.0-inch LCD (480x800 pixel resolution),<br>233ppi |
| **Camera** | 8MP autofocus camera w/ dual LED flash, 1.3MP front-facing<br>720p video recording |
| **Sensors** | Accelerometer, Digital Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi 802.11b/g/n, Bluetooth 2.1 with FTP/OPP & A2DP<br>GPS, A-GPS |
| **Dimensions** | Width: 64mm (2.52 inches)<br>Height: 120.0mm (4.72 inches)<br>Thickness: 11.7mm (0.46 inches) |
| **Weight** | 135.5grams (4.78 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230215

HTC
# Desire S

Q2 2011

| | |
|---|---|
| **Price & Carrier** | Unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm Snapdragon MSM8255 (1GHz), 768MB RAM<br>1.1GB internal storage w/ microSD expansion |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>HSPA/WCDMA: 900/2100MHz |
| **Battery & Charging** | 1450mAH<br>microUSB |
| **Display** | 3.7-inch LCD (480x800 pixel resolution),<br>252ppi |
| **Camera** | 5MP autofocus camera w/ LED flash, front-facing VGA<br>720p video recording |
| **Sensors** | Accelerometer, Digital Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 2.1 with FTP/OPP & A2DP<br>GPS, A-GPS |
| **Dimensions** | Width: 59.8mm (2.35 inches)<br>Height: 115.0mm (4.53 inches)<br>Thickness: 11.63mm (0.46 inches) |
| **Weight** | 130.0grams (4.59 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HTC
# Wildfire S

Q2 2011

| Price & Carrier | Unannounced |
| --- | --- |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm Snapdragon MSM 8255 (600MHz), 512MB RAM<br>512MB ROM & microSD memory expansion |
| **Network** | GSM/GPRS/EDGE 850/900/1800/1900MHz<br>HSPA/WCDMA 900/2100MHz |
| **Battery & Charging** | 1230mAH<br>microUSB |
| **Display** | 3.2-inch LCD (320x480 pixel resolution),<br>180ppi |
| **Camera** | 5MP autofocus camera w/ LED flash<br>video recording |
| **Sensors** | Accelerometer, Digital Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 3.0 with FTP/OPP & A2DP<br>GPS, A-GPS |
| **Dimensions** | Width: 59.4mm (2.34 inches)<br>Height: 101.3mm (3.99 inches)<br>Thickness: 12.4mm (0.49 inches) |
| **Weight** | 105grams (3.7 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Motorola

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230218

Motorola

# Motorola Atrix

February 2011

| | |
|---|---|
| **Price & Carriers** | $199 w/ 2-year contract on AT&T |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | NVIDIA Tegra 2 dual-core (1.0GHz)<br>1GB RAM, 16GB NAND plus microSD slot |
| **Network** | GSM: 850/900/1800/1900<br>UMTS: 850/1900/2100<br>HSDPA+ 14Mbps |
| **Battery & Charging** | 1930mAh<br>microUSB |
| **Display** | 4.0-inch LCD (540x960 pixel resolution),<br>275ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity & compass |
| **Connectivity** | Wi-Fi (802.11 b/g/n), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, micro-HDMI, HDMI & laptop docks (right image) |
| **Dimensions** | Width: 64mm (2.50 inches)<br>Height: 118mm (4.64 inches)<br>Thickness: 11.0mm (0.43 inches) |
| **Weight** | 135 grams (4.8 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Motorola

# Droid Bionic LTE 4G

Q2 2011

| | |
|---|---|
| **Price & Carrier** | 599 USD on Verizon Wireless |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | NVIDIA Tegra 2 (dual-core) 1.0GHz, 512MB RAM<br>2GB ROM w/ microSD expansion |
| **Network** | CDMA 800/1900, LTE 700<br>CDMA2000 1xEV-DO / LTE |
| **Battery & Charging** | 1930mAH<br>microUSB |
| **Display** | 4.3-inch LCD (540x960 pixel resolution)<br>256ppi, 16-bit color |
| **Camera** | 8MP camera w/ dual LED flash, 0.3MP front-facing<br>720p video recording |
| **Sensors** | Accelerometer, Digital Compass, Proximity & Light Sensor |
| **Connectivity** | Wi-Fi 802.11 b/g/n, Bluetooth 2.1 w/ EDR & A2DP, GPS, A-GPS |
| **Dimensions** | Width: 66.9mm (2.63 inches)<br>Height: 125.9mm (4.96 inches)<br>Thickness: 13.3mm (0.52 inches) |
| **Weight** | 158grams (5.57 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Samsung

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Samsung
# Galaxy S II

Q1 2011

| | |
|---|---|
| **Price & Carrier** | 599 EUR ($814 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | 1.0GHz dual-core, 1024MB RAM<br>16GB internal storage w/ microSD slot |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE,<br>UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1600mAh<br>microUSB |
| **Display** | 4.3-inch LCD (480x800 pixel resolution),<br>218ppi, 16-bit color |
| **Camera** | 8MP auto-focus camera w/ LED flash, 2MP front-facing<br>720p video recording w/ video light |
| **Sensors** | Accelerometer, ambient light, gyroscope, proximity, & compass |
| **Connectivity** | Wi-Fi 802.11b/g/n, Bluetooth 3.0 w/ EDR & A2DP, GPS, A-GPS, FM<br>Radio, NFC |
| **Dimensions** | Width: 66.1mm (2.6 inches)<br>Height: 125.3mm (4.93 inches)<br>Thickness: 8.49mm (0.33 inches) |
| **Weight** | 116 grams (4.09 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Samsung
# Infuse 4G

Q1 2011

| | |
|---|---|
| **Price & Carrier** | 599 EUR ($814 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | 1.2GHz Humming Bird, 1024MB RAM<br>16GB internal storage w/ microSD slot |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE,<br>UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1750mAh<br>microUSB |
| **Display** | 4.5-inch LCD (480x800 pixel resolution),<br>207ppi, 16-bit color |
| **Camera** | 8MP auto-focus camera w/ LED flash, 1.3MP front-facing<br>1080p video recording |
| **Sensors** | Accelerometer, ambient light, gyroscope, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | |
| **Weight** | |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

LG

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

LG

# Optimus 2X

April 2011

| | |
|---|---|
| **Price & Carrier** | 499 EUR & unannounced |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | NVIDIA Tegra 2 (dual-core) 1.0GHz<br>512MB RAM |
| **Network** | GSM 800/900/1800/1900, EDGE,<br>UMTS/HSPA 900/2100 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4-inch LCD (480x800 pixel resolution),<br>233ppi, 16-bit color |
| **Camera** | 8MP camera w/ LED flash, 1.3MP front-facing<br>1080p video recording |
| **Sensors** | Accelerometer, ambient light, gyroscope, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 63.2mm (2.49 inches)<br>Height: 123.9mm (4.88 inches)<br>Thickness: 10.9mm (0.43 inches) |
| **Weight** | 139 grams (4.90 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

LG
# Optimus Black

April 2011

| | |
|---|---|
| **Price & Carrier** | 499 EUR & unannounced |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Texas Instruments OMAP 3630 (1GHz)<br>512MB RAM |
| **Network** | GSM 800/900/1800/1900, EDGE,<br>UMTS/HSPA 900/2100 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4-inch LCD (480x800 pixel resolution), 700cd/m$^2$ brightness<br>233ppi |
| **Camera** | 5MP camera w/ LED flash, 2MP front-facing<br>720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 64.0mm (2.52 inches)<br>Height: 122.0mm (4.80 inches)<br>Thickness: 9.2mm (0.36 inches) |
| **Weight** | 109 grams (3.84 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

LG
# Optimus 3D

April 2011

| | |
|---|---|
| **Price & Carrier** | 499 EUR & unannounced |
| **Operating System** | Android 2.2 |
| **SoC & Memory** | Texas Instruments OMAP4 ARM Cortex-A9 dual-core (1GHz)<br>512MB RAM |
| **Network** | GSM 800/900/1800/1900, EDGE,<br>UMTS/HSPA 900/2100 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 4.3-inch autostereoscopic LCD (480x800 pixel resolution)<br>218ppi, 16-bit color |
| **Camera** | 5MP camera w/ LED flash, 1.3MP front-facing<br>1080p 3D video recording |
| **Sensors** | Accelerometer, ambient light, gyroscope, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 68.0mm (2.68 inches)<br>Height: 128.8mm (5.07 inches)<br>Thickness: 11.9mm (0.47 inches) |
| **Weight** | 168 grams (4.90 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Sony Ericsson

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230228

Sony Ericsson

# Xperia arc

April 2011

| | |
|---|---|
| **Price & Carrier** | 599 EUR ($814 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 4.2-inch LCD (480x854 pixel resolution), 233ppi |
| **Camera** | 8.1MP auto-focus camera w/ LED flash 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS, FM Radio |
| **Dimensions** | Width: 63.0mm (2.5 inches) Height: 125.0mm (4.9 inches) Thickness: 8.7mm (0.3 inches) (at thinnest point) |
| **Weight** | 117 grams (4.1 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

Sony Ericsson

# Xperia neo

March 2011

| | |
|---|---|
| **Price & Carrier** | 479 EUR ($651 USD) & unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz);<br>512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE,<br>UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh<br>microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution),<br>265ppi, 16-bit color |
| **Camera** | 8.1MP auto-focus camera w/ LED flash<br>720p video recording w/ video light |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS, FM Radio |
| **Dimensions** | Width: 57.0mm (2.2 inches)<br>Height: 116.0mm (4.6 inches)<br>Thickness: 13.0mm (0.5 inches) |
| **Weight** | 126 grams (4.4 ounces) |



Apple Need-To-Know Confi

Highly Confidential - Attorneys' Eyes Only

Sony Ericsson

# Xperia PLAY

April 2011

| | |
|---|---|
| **Price & Carrier** | 649 EUR ($882 USD) & unannounced |
| **Operating System** | Android 2.3, plays PSP games |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 4.2-inch LCD (480x854 pixel resolution), 233ppi, 16-bit color |
| **Camera** | 8.1MP auto-focus camera w/ LED flash 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass, dual-shock joysticks |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 62.0mm (2.4 inches) Height: 119mm (4.7 inches) Thickness: 16.0mm (0.6 inches) |
| **Weight** | 117 grams (4.1 ounces) |



Apple Need-To-Know Confidential

APLNDC0002230231

Sony Ericsson

# Xperia Pro

April 2011

| | |
|---|---|
| **Price & Carrier** | unannounced |
| **Operating System** | Android 2.3 |
| **SoC & Memory** | Qualcomm MSM8255 (1.0GHz); 512MB RAM |
| **Network** | GSM 800/900/1800/1900, UMTS 850/1900/2100, EDGE, UMTS/HSPA 800/850/1900/2100 |
| **Battery & Charging** | 1500mAh microUSB |
| **Display** | 3.7-inch LCD (480x854 pixel resolution), 265ppi |
| **Camera** | 8.1MP auto-focus camera w/ LED flash, front VGA 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi, Bluetooth, GPS, A-GPS |
| **Dimensions** | Width: 57mm (2.24 inches) Height: 120mm (4.72 inches) Thickness: 13.7mm (0.53 inches) |
| **Weight** | 140 grams (4.94 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# HP/Palm

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HP

# Pre³

Summer 2011

| | |
|---|---|
| **Price & Carrier** | Unannounced |
| **Operating System** | webOS 3.0 |
| **SoC & Memory** | Qualcomm MSM 8x55 single-core (1.4GHz); 512MB RAM |
| **Network** | n/a |
| **Battery & Charging** | 1230mAh<br>microUSB & Inductive (Touchstone) |
| **Display** | 3.58-inch LCD (480x800 pixel resolution), 261ppi |
| **Camera** | 5MP auto-focus camera with LED flash, front VGA 720p video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11a/b/g/n 5GHz), Bluetooth 2.1 + EDR w/ A2DP Stereo GPS, A-GPS, Wi-Fi router functionality (up to 5 devices) |
| **Dimensions** | Width: 64.0mm (2.52 inches)<br>Height: 111.0mm (4.37 inches)<br>Thickness: 16.0mm (0.63 inches) |
| **Weight** | 156 grams (5.5 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

HP
# Veer

| | |
|---|---|
| **Price & Carrier** | Unannounced |
| **Operating System** | webOS 2.2 |
| **SoC & Memory** | Qualcomm MSM7230 single-core SoC 800MHz<br>512MB RAM |
| **Network** | GSM/EDGE 850/900/1800/1900<br>HSDPA 7.2/HSUPA 5.76 |
| **Battery & Charging** | 910mAh<br>Inductive (Touchstone) |
| **Display** | 2.6-inch LCD (320x400 pixel resolution)<br>197ppi |
| **Camera** | 5MP auto-focus camera<br>video recording |
| **Sensors** | Accelerometer, ambient light, proximity, & compass |
| **Connectivity** | Wi-Fi (802.11a/b/g/n 5GHz), Bluetooth 2.1 + EDR w/ A2DP Stereo<br>GPS, A-GPS, Wi-Fi router functionality (up to 5 devices),<br>magnetic port for 3.5mm & microSD adapter |
| **Dimensions** | Width: 54.5mm (2.15 inches)<br>Height: 84.0mm (3.31 inches)<br>Thickness: 15.1mm (0.59 inches) |
| **Weight** | 103 grams (3.63 ounces) |



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Analysis of Future Flagship Devices

Apple Need-To-Know Confidential

# Comparison of battery capacity (mAh)



Apple Need-To-Know Confidential

APLNDC0002230237

# Comparison of device depth (mm)



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

# Comparison of display pixel density



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230239

# Comparison of screen size



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

APLNDC0002230240



Battery Capacity vs. Device Thickness

Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only



Apple Need-To-Know Confidential

Highly Confidential - Attorneys' Eyes Only

| Manufacturer | Apple | RIM | HTC | Samsung | Motorola | RIM | T-Mobile | HTC |
|---|---|---|---|---|---|---|---|---|
| | N90/N92 | Blackberry Storm 2 | EVO 4G | Galaxy S Series | Droid X | Blackberry Torch | G2 | HD7 |
| Release Date | June 2010 | November 2009 | March 2010 | June 2010 | July 2010 | August 2010 | September 2010 | October 2010 |
| Operating System | iOS 4.2.1 | Blackberry OS 5.0 | Android 2.2 | Android 2.1 | Android 2.2 | Blackberry OS 6.0 | Android 2.2 | Windows Phone 7 |
| Processor | A4 (800MHz single-core) | unknown | QSD8650 (1.0GHz single-core) | Cortex A8 (1GHz single-core) | OMAP3630 (1.0GHz single-core) | unknown (624MHz single-core) | MSM7230 (800MHz single-core) | QSD8250 (1.0GHz single-core) |
| RAM | 512MB | 256MB | 512MB | 512MB | 512MB | 512MB | 512MB | 512MB |
| Internal Storage | 16/32GB | 2GB | 1GB | 16GB | 8GB | 4GB | 4GB | 16GB |
| Memory Slot | - | microSD | microSD | microSD | microSD | microSD | microSD | microSD |
| LCD Diagonal (inch) | 3.5 | 3.3 | 4.3 | 4.0 | 4.3 | 3.2 | 3.7 | 4.3 |
| LCD Resolution (w) | 640 | 360 | 480 | 480 | 480 | 360 | 480 | 480 |
| LCD Resolution (h) | 960 | 480 | 800 | 800 | 854 | 480 | 800 | 800 |
| LCD PPI | 329.7 | 184.6 | 217.0 | 233.2 | 227.8 | 187.5 | 252.1 | 217.0 |
| 2G GSM/GPRS/EDGE | 850/900/1800/1900 | 850/900/1800/1900 | - | 850/900/1800/1900 | - | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 |
| 3G UMTS/HSDPA/HSUPA | 850/900/1900/2100 | 2100 | - | 900/1900/2100 | - | 800/850/1900/2100 | 1700/2100 | 1700/2100 |
| 2G CDMA | 800/1900 | 800/1900 | 800/1900 | 800/1900 | 800/1900 | - | - | - |
| 3G CDMA2000 | 1xEV-DO | 1xEV-DO Rev. A | 1xEV-DO Rev. A | 1xEV-DO Rev. A | 1xEV-DO rev.A | - | - | - |
| 4G | - | - | WiMAX 802.16e | - | - | - | - | - |
| R/F Camera | 5MP AF | 3.2MP AF | 5MP AF | 5MP AF | 8MP | 5MP AF | 5MP AF | 5MP AF |
| R/F Flash | VGA | - | VGA | VGA | - | VGA | - | - |
| F/F Camera | LED | LED | LED | LED | LED | LED | LED | LED |
| Video Recording (max res) | 720p | unknown | 720p | 720p | 720p | 720p | 720p | 720p |
| WiFi (802.11) | b/g/n | b/g | b/g | b/g/n | b/g/n (5GHz) | b/g/n | b/g/n | b/g |
| Bluetooth | 2.1 + EDR | 2.0 | 2.1 + EDR | 3.0 + EDR | 2.1 + EDR | 2.1 + EDR | 2.1 + EDR | 2.1 + EDR |
| Location | A-GPS, Compass | GPS | A-GPS, Compass | A-GPS, compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass |
| Connectivity | - | | FM Radio | - | - | - | - | - |
| Sensors | Accelerometer, Gyroscope, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer. Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelleromter, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS |
| Connectors | 30-pin, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm |
| Connectors (other) | - | | microHDMI | - | microHDMI | | - | - |
| Width (mm) | 58.66 | 62 | 66.00 | 64 | 65.5 | 62 | 60.00 | 68 |
| Height (mm) | 115.2 | 113 | 122.0 | 122 | 128 | 111 | 119.0 | 122 |
| Depth (mm) | 9.3 | 13.0 | 12.7 | 9.9 | 9.90 | 14.6 | 14.2 | 11.20 |
| Weight (grams) | 137.0 | 160 | 170.0 | 118 | 155.0 | 161 | 180.0 | 162.0 |
| Battery Capacity (mAh) | 1420 | 1400 | 1500 | 1500 | 1540 | 1300 | 1300 | 1230 |
| Other | | CDMA and GSM versions | | GSM and CDMA versions | | | | |

| Manufacturer | T-Mobile | Nokia | Motorola | Samsung | Samsung | LG | Samsung | Motorola | Motorola |
|---|---|---|---|---|---|---|---|---|---|
| | myTouch 4G | N8 | Droid 2 Global | Continuum | Focus | Optimus Series | Google Nexus S | Cliq2 | ATRIX |
| Release Date | October 2010 | October 2010 | November 2010 | November 2010 | November 2010 | November 2010 | December 2010 | January 2011 | February 2010 |
| Operating System | Android 2.2 | Symbian$^3$ | Android 2.2 | Android 2.1 | Windows Phone 7 | Android 2.2 | Android 2.3 | Android 2.2 | Android 2.2 |
| Processor | MSM8255 (1.0GHz single-core) | OMAP2420 (680MHz single-core) | OMAP3640 (1.2GHz single-core) | Cortex A8 (1GHz single-core) | MSM8255 (1.0GHz single-core) | MSM7627 (600MHz single-core) | Cortex A8 (1GHz single-core) | OMAP3620 (1.0GHz single-core) | Tegra 2 (1.0GHz dual-core) |
| RAM | 768MB | 256MB | 512MB | 384MB | 512MB | 512MB | 512MB | 512MB | 1024MB |
| Internal Storage | 4GB | 16GB | 8GB | 2GB | 8GB | - | 16GB | 1GB | 16GB |
| Memory Slot | microSD | microSD | microSD | microSD | microSD | microSD | - | microSD | microSD |
| LCD Diagonal (inch) | 3.8 | 3.5 | 3.7 | 3.4 | 4.0 | 3.2 | 4.0 | 3.7 | 4.0 |
| LCD Resolution (w) | 480 | 360 | 480 | 480 | 480 | 320 | 480 | 480 | 540 |
| LCD Resolution (h) | 800 | 640 | 854 | 800 | 800 | 480 | 800 | 854 | 960 |
| LCD PPI | 245.5 | 209.8 | 264.8 | 274.4 | 233.2 | 180.3 | 233.2 | 264.8 | 275.4 |
| 2G GSM/GPRS/EDGE | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | - | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 |
| 3G UMTS/HSDPA/HSUPA | 1700/2100 | 800/850/1700/1900/2100 | 850/1900/2100 | - | 850/1900/2100 | 1700/2100 | 900/1900/2100 | 850/1700/2100 | 1850/1900/2100 |
| 2G CDMA | - | - | 800/1900 | 800/1900 | - | 800/1900 | - | - | - |
| 3G CDMA2000 | - | - | 1xEV-DO rev.A | 1xEV-DO Rev. A | - | | - | - | - |
| 4G | - | - | - | - | - | - | - | HSDPA 10.1 | HSDPA+ 14Mbps |
| R/F Camera | 5MP AF | 12MP AF | 5MP AF | 5MP AF | 5MP AF | 3.2MP | 5MP AF | 5MP AF | 5MP AF |
| R/F Flash | VGA | VGA | - | VGA | - | - | VGA | - | VGA |
| F/F Camera | LED | Xenon | LED | LED | LED | | LED | LED | LED |
| Video Recording (max res) | 720p | 720p | 480p | - | 720p | VGA | 720p | - | 720p |
| WiFi (802.11) | b/g/n | b/g/n | b/g/n | b/g/n | b/g/n | b/g | b/g/n | b/g/n | b/g/n |
| Bluetooth | 2.1 + EDR | 3.0 | 2.1 + EDR | 3.0 + EDR | 2.1 | 2.1 + EDR | 2.1 + EDR | 2.1 + EDR | 2.1 + EDR |
| Location | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass |
| Connectivity | - | FM Radio | - | - | FM radio | - | NFC | FM Radio | FM Radio |
| Sensors | Accelerometer, Proximity Sensor, ALS | Accelerometer. Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer. Proximity Sensor, ALS | Accelerometer. Proximity Sensor, ALS | Accelerometer. Proximity Sensor, ALS | Accelerometer. Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS |
| Connectors | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm |
| Connectors (other) | - | microHDMI, 2mm charging | - | - | - | - | - | - | microHDMI |
| Width (mm) | 62 | 59 | 61 | 58 | 65 | 58 | 63 | 64.2 | 64.0 |
| Height (mm) | 122 | 114 | 116 | 125 | 123 | 107 | 124 | 122.4 | 118.0 |
| Depth (mm) | 10.90 | 12.9 | 13.70 | 12.0 | 10.0 | 11.9 | 10.9 | 9.90 | 11.0 |
| Weight (grams) | 153.0 | 115 | 169.0 | 125 | 115 | 115 | 129 | 118.0 | 135.0 |
| Battery Capacity (mAh) | 1400 | 1200 | 1420 | 1500 | 1500 | 1500 | 1500 | 1500 | 1930 |
| Other | | | | 1.8-inch ticker LCD (480x96 pixel resolution) | - | CDMA and GSM versions | NFC | | |

| Manufacturer | Sony Ericsson | Sony Ericsson | Acer | HTC | HTC | LG | LG | Sony Ericsson |
|---|---|---|---|---|---|---|---|---|
| | Xperia neo | Xperia PLAY | ICONIA SMART | Incredible S | Desire S | Optimus 2X | Optimus 3D | Xperia arc |
| Release Date | March 2011 | March 2011 | April 2011 | April 2011 | April 2011 | April 2011 | April 2011 | April 2011 |
| Operating System | Android 2.3 | Android 2.3 | Android 2.3 | Android 2.3 | Android 2.3 | Android 2.2 | Android 2.2 | Android 2.3 |
| Processor | MSM8255 (1.0GHz single-core) | MSM8255 (1.0GHz single-core) | MSM8255 (1.1GHz single-core) | MSM8255 (1.0GHz single-core) | MSM8255 (1.0GHz single-core) | Tegra 2 (1.0GHz dual-core) | OMAP4 (1.0GHz dual-core) | MSM8255 (1.0GHz single-core) |
| RAM | 512MB | 512MB | 512MB | 768MB | 768MB | 512MB | 512MB | 512MB |
| Internal Storage | 320MB | 400MB | 512MB | 1.1GB | 1.1GB | 8GB | 8GB | 320MB |
| Memory Slot | microSD | microSD | microSD | microSD | microSD | microSD | microSD | microSD |
| LCD Diagonal (inch) | 3.7 | 4.2 | 4.8 | 4.0 | 3.7 | 4.0 | 4.3 | 4.2 |
| LCD Resolution (w) | 480 | 480 | 480 | 480 | 480 | 480 | 480 | 480 |
| LCD Resolution (h) | 854 | 854 | 1024 | 800 | 800 | 800 | 800 | 854 |
| LCD PPI | 264.8 | 233.3 | 235.6 | 233.2 | 252.1 | 233.2 | 217.0 | 233.3 |
| 2G GSM/GPRS/EDGE | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 |
| 3G UMTS/HSDPA/HSUPA | 850/900/1900/2100 | 850/900/1900/2100 | 900/1900/2100 | 900/1700/2100 | 900/2100 | 900/2100 | 900/1900/2100 | 850/900/1900/2100 |
| 2G CDMA | - | - | - | - | - | - | - | - |
| 3G CDMA2000 | - | - | - | - | - | - | - | - |
| 4G | - | - | HSDPA+ 14Mbps | - | - | - | HSDPA+ 14.4Mbps | - |
| R/F Camera | 8.1MP AF | 5.1MP AF | 8MP AF | 8MP AF | 5MP AF | 8MP AF | 5MP AF | 8.1MP AF |
| R/F Flash | VGA | VGA | 2MP | 1.3MP | VGA | 1.3MP | 1.3MP | - |
| F/F Camera | LED | Photo light | LED | dual-LED | LED | LED | LED | LED |
| Video Recording (max res) | 720p | - | 720p | 720p | unannounced | 1080p | 1080p 3D | 720p |
| WiFi (802.11) | b/g/n | b/g/n | b/g/n | b/g/n | b/g/n | b/g/n | b/g/n | b/g/n |
| Bluetooth | 2.1 | 2.1 | 2.1 + EDR | 2.1 | 2.1 | 2.1 | 3.0 + HS | 2.1 |
| Location | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass |
| Connectivity | FM Radio | - | - | - | FM Radio | - | FM Radio | FM Radio |
| Sensors | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Gyroscope, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS |
| Connectors | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm |
| Connectors (other) | microHDMI | Dual-shock joysticks | microHDMI | - | - | microHDMI | microHDMI | microHDMI |
| Width (mm) | 57 | 62 | 64.5 | 64.0 | 59.8 | 63.2 | 68.0 | 63 |
| Height (mm) | 116 | 119 | 141.7 | 120.0 | 115.0 | 123.9 | 128.8 | 125 |
| Depth (mm) | 13 | 16 | 13.6 | 11.7 | 11.6 | 10.9 | 11.9 | 8.7 |
| Weight (grams) | 126 | 175 | 185.0 | 135.5 | 130.0 | 139.0 | 168.0 | 117 |
| Battery Capacity (mAh) | 1500 | 1500 | 1500 | 1450 | 1450 | 1500 | 1500 | 1500 |
| Other | | | | | | | Autostereoscopic 3D Display | |

| Manufacturer | Samsung | Samsung | HP | HP | LG | HTC | Motorola | Sony Ericsson |
|---|---|---|---|---|---|---|---|---|
| | Galaxy S II | Infuse 4G | Veer | Pre3 | Optimus Black | Wildfire S | Droid Bionic | Xperia pro |
| Release Date | Q1 2011 | Q1 2011 | Q1 2011 | Q2 2011 | Q2 1011 | Q2 2011 | Q2 2011 | Q2 2011 |
| Operating System | Android 2.3 | Android 2.3 | webOS 2.2 | webOS 3.0 | Android 2.2 | Android 2.3 | Android 2.2 | Android 2.3 |
| Processor | Exynos 4210 (1.0GHz dual-core) | Hummingbird (1.2GHz single-core) | MSM7230 (800MHz single-core) | MSM8655 (1.4GHz single-core) | OMAP 3630 (1.0GHz single-core) | MSM8255 (1.0GHz single-core) | Tegra 2 (1.0GHz dual-core) | MSM8255 (1.0GHz single-core) |
| RAM | 1024MB | 1024MB | 512MB | 512MB | 512MB | 512MB | 512MB | 512MB |
| Internal Storage | 16/32GB | 16GB | 8GB | 8GB/16GB | 2GB | 512MB | 2GB | 320MB |
| Memory Slot | microSD | microSD | - | - | microSD | microSD | microSD | microSD |
| LCD Diagonal (inch) | 4.3 | 4.5 | 2.6 | 3.58 | 4.0 | 3.2 | 4.3 | 3.7 |
| LCD Resolution (w) | 480 | 480 | 320 | 480 | 480 | 320 | 540 | 480 |
| LCD Resolution (h) | 800 | 800 | 400 | 800 | 800 | 480 | 960 | 854 |
| LCD PPI | 217.0 | 207.3 | 197.0 | 260.6 | 233.2 | 180.3 | 256.2 | 264.8 |
| 2G GSM/GPRS/EDGE | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | 850/900/1800/1900 | - | 850/900/1800/1900 |
| 3G UMTS/HSDPA/HSUPA | 850/900/1900/2100 | 850/900/1900/2100 | 850/900/1800/1900 | 850/900/1800/1900 | 900/2100 | 900/2100 | - | 850/900/1900/2100 |
| 2G CDMA | - | - | - | 800/1900 | - | - | 800/1900 | - |
| 3G CDMA2000 | - | - | - | 1xEV-DO | - | - | 1xEV-DO Rev. A | - |
| 4G | HSDPA+ 21Mbps | HSDPA (unknown) | - | - | - | - | LTE | - |
| R/F Camera | 8MP AF | 8MP AF | 5MP AF | 5MP AF | 5MP AF | 5MP AF | 8MP AF | 8.1MP AF |
| R/F Flash | 2MP | 1.3MP | - | VGA | 2MP | - | 0.3MP | VGA |
| F/F Camera | LED | LED | - | LED | LED | LED | - | LED |
| Video Recording (max res) | 720p | 1080p | - | 720p | 720p | unannounced | 720p | 720p |
| WiFi (802.11) | a/b/g/n, Direct | b/g/n | b/g/n | a/b/g/n (5GHz) | b/g/n, Direct | b/g/n | b/g/n | b/g/n |
| Bluetooth | 3.0 + HS | 3.0 | 2.1 | 2.1 + EDR | 2.1 + EDR | 3.0 + HS | 2.1 + EDR | 2.1 |
| Location | A-GPS, Compass | A-GPS, Compass | A-GPS | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass | A-GPS, Compass |
| Connectivity | FM Radio, NFC | - | - | - | - | - | - | FM Radio |
| Sensors | Accelerometer, Gyroscope, Proximity Sensor, ALS | Accelerometer, Gyroscope, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS | Accelerometer, Proximity Sensor, ALS |
| Connectors | microUSB, 3.5mm | microUSB, 3.5mm | Magnetic/Charger | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm | microUSB, 3.5mm |
| Connectors (other) | - | - | Magnetic Adapter | - | - | - | microHDMI | microHDMI |
| Width (mm) | 66.1 | unannounced | 54.5 | 64 | 64.0 | 59.4 | 66.9 | 57 |
| Height (mm) | 125.3 | unannounced | 84 | 111 | 122.0 | 101.3 | 125.9 | 120 |
| Depth (mm) | 8.5 | unannounced | 15.1 | 16 | 9.2 | 12.4 | 13.3 | 13.5 |
| Weight (grams) | 116.0 | unannounced | 103 | 156 | 109.0 | 105.0 | 158.0 | 140 |
| Battery Capacity (mAh) | 1600 | unannounced | 910 | 1230 | 1500 | 1230 | 1930 | 1500 |
| Other | | | Touchstone | Touchstone | 700cd/$m^2$ brightness | | | |