# EXHIBIT 17

CONFIDENTIAL BUSINESS INFORMATION

Page 1

1  UNITED STATES INTERNATIONAL TRADE COMMISSION
2              WASHINGTON, D.C.
3  In the Matter of              )
4                                )
5  CERTAIN ELECTRONIC DEVICES,   ) NO. 337-TA-794
6  INCLUDING WIRELESS            )
7  COMMUNICATION DEVICES,        )
8  PORTABLE MUSIC AND DATA       )
9  PROCESSING DEVICES AND        )
10 TABLET COMPUTERS              )
11 -----------------------------
12
13
14                    ***
15         CONFIDENTIAL BUSINESS INFORMATION
16                    ***
17
18      VIDEOTAPED DEPOSITION OF GREG JOSWIAK
19             PALO ALTO, CALIFORNIA
20           THURSDAY, FEBRUARY 23, 2012
21
22
23  Reported By:
24  Yvonne Fennelly, CCRR, CSR No. 5495
25  JOB NO. 46686

CONFIDENTIAL BUSINESS INFORMATION

Page 118

| | | |
|---|---|---|
| 1 | A. As far as an overall commodity? | |
| 2 | Q. Overall competitive strategy. | |
| 3 | A. Well, as I mentioned earlier, we | |
| 4 | certainly see Android as the key operating | |
| 5 | system competitor to our iOS devices. | 12:25PM |
| 6 | Q. What is the Android war room? | |
| 7 | A. Our marketing communications group, | |
| 8 | MarComm, as I referred to them earlier, has a | |
| 9 | room, a conference room, dedicated to | |
| 10 | understanding how Android handset makers are | 12:25PM |
| 11 | marketing themselves. | |
| 12 | Q. Does that conference room include a | |
| 13 | storage of documents? | |
| 14 | A. I have no idea. | |
| 15 | Q. Have you ever been to it? | 12:26PM |
| 16 | A. I have visited it, at least, on one | |
| 17 | occasion, and I don't recall documents, other | |
| 18 | than what is pasted on the walls, like, might | |
| 19 | show, you know, a print advertisement, for | |
| 20 | example, of the competitor. | 12:26PM |
| 21 | Q. So the room is decorated with the | |
| 22 | printing advertisements of competitors? | |
| 23 | MR. JACOBS: Objection to form. | |
| 24 | THE WITNESS: I don't know how it's | |
| 25 | decorated now. When I went to it again, there | 12:26PM |

CONFIDENTIAL BUSINESS INFORMATION

Page 119

1  were certainly some things being presented in
2  that way, but I have not visited that room in a
3  very long time.
4  BY MS. MAROULIS:
5      Q.   Are there regular meetings held in          12:26PM
6  that room?
7      A.   I have no idea.
8           As I said, I went to it at least
9  once, but, perhaps, only once.
10     Q.   So the room functions as,                   12:26PM
11 essentially, a museum of other people's
12 advertising?
13     A.   I don't think --
14          MR. JACOBS:  Objection to form.
15          THE WITNESS:  I don't think it's            12:26PM
16 designed to be a museum.  I think it's designed
17 for our marketing people to understand how our
18 competitor is marketing themselves.
19 BY MS. MAROULIS:
20     Q.   And what is Apple's understanding of        12:27PM
21 how its competitors market themselves?
22          MR. JACOBS:  Objection to form.
23          THE WITNESS:  I don't think there is
24 a way to generally answer that.  I think they
25 look at, again, specific advertisements,              12:27PM

Page 120

1 specific marketing, and draw the conclusions,
2 I'm sure, based on each one of those.
3 BY MS. MAROULIS:
4     Q.   Does the MarComm group generally
5 report, based on their studies of how    12:27PM
6 competitors present themselves in the
7 marketplace?
8     A.   I'm unaware of any reports of that
9 type.
10     Q.   Never seen one?    12:27PM
11     A.   Not that I can recall.
12     Q.   How does Apple track its performance
13 against its competitors in terms of market
14 share?
15     MR. JACOBS: Objection; asked and    12:27PM
16 answered.
17     THE WITNESS: Yeah, I think it's
18 exactly that answer. It's we look in market
19 share. So we certainly look at the reports that
20 I talked about earlier, for example, IDC and    12:27PM
21 Gartner, to understand our market share and as
22 that changes over time.
23 BY MS. MAROULIS:
24     Q.   What is the current market share of
25 Apple's iPhone products?    12:28PM