Exhibit A

# iPhone 3G trade dress



- A rectangular product with four evenly rounded corners;
- A flat, clear surface covering the front of the product;
- The appearance of a metallic bezel around the flat, clear surface;
- A display screen under the clear surface;
- Under the clear surface, substantial black borders above and below the display screen and narrower black borders on either side of the screen;
- When the device is on, a row of small dots on the display screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and
- When the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons in the display, which does not change as other pages of the user interface are viewed.

# Combination iPhone trade dress
# (iPhone / iPhone 3G / iPhone 4)



- A rectangular product with four evenly rounded corners;
- A flat, clear surface covering the front of the product;
- A display screen under the clear surface;
- Under the clear surface, substantial neutral (black or white) borders above and below the display screen and narrower neutral borders on either side of the screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen; and
- When the device is on, a bottom dock of colorful square icons with evenly rounded corners set off from the other icons in the display, which does not change as other pages of the user interface are viewed.

# iPad/iPad 2 trade dress



- A rectangular product with four evenly rounded corners;
- A flat clear surface covering the front of the product;
- The appearance of a metallic rim around the flat clear surface;
- A display screen under the clear surface;
- Under the clear surface, substantial neutral (black or white) borders on all sides of the display screen;
- When the device is on, a matrix of colorful square icons with evenly rounded corners within the display screen.