HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
krevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.   11-cv-01846-LHK (PSG)<br><br>**JOINT GLOSSARY OF TERMS** |

**GLOSSARY OF TERMS**

| Terms | Definitions |
|---|---|
| 3GPP | The Third Generation Partnership Project. |
| Base Station | In a cellular communications system, a base station is a device responsible for radio transmission and reception to or from the user equipment, such as computers, mobile phones, and tablets. |
| Behold 3 | Samsung's internal product name for the Vibrant phone (model number SGH-T959). |
| Downlink | A radio link for the transmission of signals wirelessly from a base station to a UE, such as a computer, mobile phone, or tablet. |
| ETSI | The European Telecommunications Standards Institute. |
| FRAND terms and conditions | In relation to licensing or license terms, FRAND means "fair, reasonable, and non-discriminatory terms and conditions." This term is used in the ETSI Intellectual Property Rights Policy. |
| Garnett | Samsung's internal product name for the Continuum phone (model number SCH-i400). |
| GSM | Global System for Mobile communications standard |
| GUI | Graphical User Interface. |
| Hawk | Samsung's internal product name for the Exhibit 4G phone (model number SGH-T759). |
| HCI | Human Computer Interaction |
| IPR | Intellectual Property Rights |
| K48 / K48M | Apple's internal product name for the iPad |
| K93 / K94 / K95 | Apple's internal product name for the iPad 2 |
| M68 | Apple's internal product name for the iPhone |
| N81 | Apple's internal product name for the iPod touch (4th generation) |
| N82 | Apple's internal product name for the iPhone 3G |
| N88 | Apple's internal product name for the iPhone 3GS |
| N90 / N92 | Apple's internal product name for the iPhone 4 |
| P1 | Samsung's internal product name for the Galaxy Tab 7.0 tablet (model numbers GT-P1000; GT-P1010; SCH-i800). |
| P2 | Apple's internal name for the iPhone project |
| P4 | Samsung's internal product name for the Galaxy Tab 10.1 tablet (model numbers GT-P7500; GT-P7510; SCH-i905). |
| P5 | Samsung's internal product name for the Galaxy Tab 8.9 tablet (model numbers GT-P7300; GT-P7310). |
| PTO | The United States Patent and Trademark Office. |
| SEA | Samsung Electronics America, Inc., a wholly owned United States subsidiary of Samsung Electronics Company, Ltd. that sells products to various electronics retailers. |
| SEC | Samsung Electronics Company, Ltd, the Korean parent company for the Samsung companies. |

| Seine | Samsung's internal product name for the Galaxy S II phone series (model number SCH-i9100). |
|---|---|
| Source Code | Written instructions for a computer, mobile phone, or tablet that can be read by a person. |
| STA | Samsung Telecommunications America LLC, a wholly owned United States subsidiary of SEC that sells products to United States telecommunications carriers, such as AT&T, Verizon, T-Mobile, Sprint, etc. |
| Stealth V | Samsung's internal product name for the Droid Charge (model number SCH-i510). |
| System of Record | The accounting system used by companies to store financial data. |
| UE (user equipment) | A device that allows a user to access network services; the UE can be, for example, a computer, a mobile phone, or a tablet. |
| UI | User interface. |
| UMTS | Universal Mobile Telecommunications Standard. |
| Uplink | A radio link for the transmission of signals wirelessly from a UE (such as a computer, mobile phone, or tablet) to a base station. |
| UX | User experience. |
| Victory | Samsung's internal product name for the Epic 4G phone (model number SPH-D700). |
| Vins-Q | Samsung's internal product name for the Intercept phone (model numbers SPH-M810; SPH-M910). |

Dated: July 24, 2012

MORRISON & FOERSTER LLP

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Michael A. Jacobs

By: /s/ Victoria F. Maroulis

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

Attorneys for APPLE INC.

CHARLES K. VERHOEVEN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
EDWARD DEFRANCO
MICHAEL T. ZELLER

Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

1

**ATTESTATION OF E-FILED SIGNATURE**

2

3

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

Joint Glossary of Terms.  In compliance with General Order 45, X.B., I hereby attest that

4

Victoria F. Maroulis has concurred in this filing.

5

6

Dated:  July 25, 2012                                    */s/ Michael A. Jacobs*
                                                            Michael A. Jacobs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28