| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Charles K. Verhoeven (Cal. Bar No. 170151) <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> Kevin P.B. Johnson (Cal. Bar No. 177129) <br> Victoria F. Maroulis (Cal. Bar No. 202603) <br> 555 Twin Dolphin Drive 5th Floor <br> Redwood Shores, California 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br> Michael T. Zeller (Cal. Bar No. 196417) <br> 865 S. Figueroa St., 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 <br><br> Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING OBJECTIONS TO TRANSLATIONS** |

1    WHEREAS, on July 19, 2012, the Court ordered Plaintiff Apple Inc. and Defendants
2 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3 Telecommunications America, LLC (together with Apple, "the Parties") to meet and confer to
4 provide redlines to show word or phrase objections, and to file a statement by Wednesday, July
5 25, 2012 at 10:00am if they are unable to resolve the dispute (Dkt No. 1267);
6    WHEREAS, the parties are in the process of exchanging specific line by line objections,
7 and conferring about those in an attempt to resolve or narrow the portions of translations in
8 dispute;
9    WHEREAS, the parties believe that an extension of time will be helpful in resolving and
10 narrowing any disputes between the parties and lessening the burden upon the Court;
11    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
12 Parties that:
13    1.  The parties will continue to meet and confer on Wednesday, July 25, 2012, and if
14 necessary again on Thursday, July 26, 2012, to discuss and try to resolve objections to
15 translations;
16    2.  The parties will file a statement by Thursday, July 26, 2012 at 6:00 pm if they are
17 unable to resolve the dispute.
18
19    **IT IS SO STIPULATED.**

Dated: July 24, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Richard Hung*<br>HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>RACHEL KREVANS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br><br>Attorneys for APPLE INC. | By: */s/ Victoria Maroulis*<br>CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 25, 2012    By: /s/ Lucy H. Koh
The Honorable Lucy H. Koh
United States District Court Judge