# **EXHIBIT A**

## NOKIA

Trial Exhibit 77: Summary of the key terms of various Samsung licenses with third parties, including Nokia. Trial Exhibit 77 contains the following information about Nokia:

**Summary of Samsung Licenses**

| Samsung License Partner | Bates Range | Effective Date | Expiration Date | Term of Agreement | Monetary Consideration | Includes Rights to UMTS-Related Patents? | Includes Rights to Other Patents? | Cross License? |
|---|---|---|---|---|---|---|---|---|
| Nokia Corporation ("Nokia") | S-794-ITC-000001547–1582 | June 18, 2010 | Redacted | Redacted | Redacted | Yes | Yes | Yes |

Trial Exhibit 630: Exhibits 3A and 3B to the Expert Report of David Teece, an expert retained by Apple, dated March 22, 2012. Exhibit 3A is a table summarizing the key terms of various contracts between Samsung and third parties to the litigation. Exhibit 3B contains a table summarizing the key terms of various contracts between Apple and third parties to the litigation.

Trial Exhibit 630 contains the following information about Nokia:

**Exhibit 3A**
**Summary of Samsung License Agreements**

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Samsung Electronics Co Ltd | Nokia Corporation | License Agreement | 10/1/2009 | 10/21/2009 | Redacted | Redacted | N/A | Redacted | S-794-ITC-000001583 to S-794-ITC-000001602 |
| Samsung Electronics Co Ltd | Nokia Corporation | License Agreement | 6/18/2010 | 6/30/2010 | Redacted | sRedacted | N/A | Redacted | S-794-ITC-000001547 to S-794-ITC-000001582 |

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Redacted | Redacted | | Redacted | |

**Exhibit 3B**
**Summary of Apple UMTS License Agreements**

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc | Nokia Corporation | Patent License Agreement | 6/12/2011 | 6/13/2011 | Redacted | Redacted | Worldwide | Cross-license; Apple to pay Nokia Redacted; Apple to pay Nokia a running royalty Redacted | APLNDC0003818 to APLNDC0038208; APL79400180484 71 to APL79400180484 96 |