UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL** |

1

Non-Party Nokia Corporation filed an administrative motion to seal portions of Trial Exhibits 77 and 630 on July 25, 2012.

Nokia's Motion to Seal is GRANTED. Consistent with and to the extent described in Nokia's motion to seal and supporting declaration, the documents at issue may be filed under seal.

**IT IS SO ORDERED.**

Dated: _____    _____
                                     Hon. Lucy H. Koh
                                     United States District Judge