UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | MINUTE ORDER AND CASE |
| v. ) | MANAGEMENT ORDER |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., A ) | |
| Korean business entity; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of hearing:  2 hrs 25 min

Plaintiff Attorneys: Harold McElhinny, Michael Jacobs, Mark Selwyn, Rachel Krevans and William Lee
Defense Attorneys: Charles Verhoeven, Victoria Maroulis, Kevin Johnson, Charlie Price, and Michael Zeller.
For Third Party Reuters:  Karl Olson

   A case management conference was held on July 24, 2012.  An additional status conference is set for Friday, July 27, 2012 at 3:00 p.m.  At the case management conference on July 24, 2012, the following rulings were made orally:

DESIGN PATENT CLAIM CONSTRUCTION: Oral argument on the design patent claim construction was heard.  The matter was taken under submission.

JURY INSTRUCTIONS: Apple objected to preliminary jury instruction number 21 relating to trade dress.  Apple's objections were overruled.  Apple's correction to preliminary instruction # 22 will be adopted.

WITNESS LIST: Each party shall file a list of the 20 witnesses that each party knows it will call live and by deposition by July 25, 2012 at 5:00 p.m.

ROLLING LIST OF NEXT SEVEN WITNESSES: The parties shall e-file a rolling list of the next seven witnesses each party intends to call daily at 7:00 p.m.  If there is no change from the previous day, no updating is necessary.

FJC VIDEO: The Court adopted Apple's compromise statement to be read after the jury is shown the FJC video.  *See* ECF No. 1289-1.  The statement will be read to the jurors after the video is shown, and the written statement shall be included in the Jury Notebooks.  The representative patents that will be shown to the jury before trial starts will be Apple's D'677 Patent and Samsung's '460 Patent.

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

MOTION FOR RECONSIDERATION: For the reasons stated on the record, the Court denied Samsung's motion to reconsider the trial limitations imposed on the parties. Samsung indicated that it preferred trying its affirmative case along with Apple's affirmative case over a bifurcated trial schedule.

SEALING MOTIONS: The parties shall file declarations pursuant to Civil Local Rule 79-5(d) in support of the motions to file trial briefs under seal by July 25, 2012 at 9:00 a.m. Third Party Intervenor, Reuters America may file a consolidated response, no more than 15 pages, to the motions to file under seal (including any renewed motions to file under seal filed on July 24, 2012), by July 25, 2012 at 3:00 p.m. A hearing on sealing motions and a status conference to address any last minute trial issues will be held on Friday, July 27, 2012 at 3:00 p.m.

OBJECTIONS: In the Court's last case management order, the Court set forth the following procedures for objections regarding witnesses, exhibits, and demonstratives:

The parties are required to give notice, by 7:00 p.m. two days before the trial day, of the witnesses, exhibits, and demonstratives it intends to use. By 2:00 p.m. the next day, the opposing party shall designate the exhibits it intends to use during cross-examination. Exhibits not disclosed by this procedure will not be allowed during the trial, unless the party seeking to use the un-disclosed exhibit shows good cause. Objections to witnesses, exhibits, or demonstratives shall be filed no later than noon the day before the witness is to testify.

In addition to the procedures set forth previously, the Court also imposes the following additional limitations: the parties shall be required to meet and confer in person before filing any objection. Each party is limited to 5 pages for objections and responses to objections.

EXHIBITS: The parties shall provide to the media in the Attorneys' Lounge 5 thumb drives containing the exhibits admitted that day at the end of each trial day.

SIDEBARS AND SPEAKING OBJECTIONS: Sidebars are disfavored. The parties are not permitted to make speaking objections.

MOTIONS IN LIMINE: Samsung raised a motion to reconsider the Court's ruling on Samsung's Motion in Limine #3 and Apple's Motion in Limine #2. Both motions were denied.

JURY FEES: If the parties settle after 4:00 p.m. Friday, July 27, 2012, the Court will order the parties to split the cost of the first day of the juror fees ($40 per person for 75 jurors) and mileaege at 55.5 cents per mile for each juror.

PROPOSED FINAL JURY INSTRUCTION NUMBER 59: The parties may not make any reference to sanctions beyond Samsung's change in financial data, nor may the parties make any reference to preliminary injunction findings by either the United States District Court or the Court of Appeals of the Federal Circuit. This ruling has no bearing on the adverse inference jury instruction motion before Judge Grewal.

JURY SELECTION: During jury selection, each side may only use one half of each row of audience seats to make room for our jury panel. The media may only use one row of audience seats during jury selection to make room for our jury panel. There will be an overflow room with audio and video available during jury selection.

**IT IS SO ORDERED.**

Dated: July 24, 2012

LUCY H. KOH
United States District Judge

Case No.: 11-CV-01846-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER