KARL OLSON (SBN 104760)
kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Third-Party REUTERS AMERICA LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING RENEWED MOTIONS TO SEAL**<br><br>Date:      July 27, 2012<br>Time:     3:00 p.m.<br>Place:    Courtroom 1, 5th Floor<br>**Judge:    Hon. Lucy H. Koh** |

On July 25, 2012, the parties filed renewed motions to seal following this court's July 18 rejection of earlier administrative motions to seal. This Court at the Pretrial Conference on July 18, 2012 made it clear to the parties that other than third party source code, it would not seal documents and that the trial would take place in the open. The Court now reaffirms that ruling and holds that other than third party source code, as to which compelling reasons to seal exist, none of the material the parties seek to seal, including financial information, shall be sealed. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1182 (9th Cir. 1182 ["The judge need not document compelling reasons to unseal; rather the proponent of sealing bears the burden with respect to unsealing. A failure to meet that burden means that the default posture of public access prevails"].

  IT IS SO ORDERED.

Dated: _____

  _____
  The Honorable Lucy H. Koh
  Judge, United States District Court
  Northern District of California

1
2
3   N:\DOCS\1273-02\OppMotsSeal2-PropOrd.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28