KARL OLSON (SBN 104760)
kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Third-Party REUTERS AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO.  11-cv-01846-LHK<br><br>**DECLARATION OF KARL OLSON IN SUPPORT OF THIRD PARTY REUTERS AMERICA LLC'S OPPOSITION TO RENEWED MOTIONS TO SEAL**<br><br>Date:　　July 27, 2012<br>Time:　　3:00 p.m.<br>Place:　　Courtroom 1, 5th Floor<br>**Judge:　Hon. Lucy H. Koh** |

　　　1.　　I, Karl Olson, am a member in good standing of the State Bar of California and a partner at Ram, Olson, Cereghino & Kopczynski, counsel for third party intervenor Reuters America LLC.  I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

　　　2.　　Attached as Exhibit A are excerpts (pages 87-89) from the July 18, 2012 Pretrial Conference in this case in this Court which I attended at which the court stated that other than third party source code "I'm really not going to seal anything."

　　　3.　　Attached as Exhibit B hereto is a printout from the Internet which gives a "Preliminary Bill of Materials Estimate for the Major Subsystems in the iPhone 4s."  This lists various financial information including the retail price and the manufacturing cost.

Case No. 11-cv-01846-LHK – DECLARATION OF KARL OLSON IN SUPPORT OF
THIRD PARTY REUTERS AMERICA LLC'S OPPOSITION TO RENEWED MOTIONS TO SEAL

1

4.     Attached as Exhibit C hereto is an article from the Fair Labor Association entitled "Independent Investigation of Apple Supplier Foxconn" which reports on working conditions at Foxconn, Apple's supplier and China's largest employer, and an investigation thereof.  Attached as Exhibit D hereto is a Reuters article about Apple and Foxconn agreeing to tackle violations of conditions among the 1.2 million workers assembling iPhones and iPads

5.     Attached as Exhibit E hereto is an article reporting that Korea's National Tax Service is asking Samsung to pay about $350 million in additional taxes after authorities reportedly uncovered tax evasions and transactions with overseas subsidiaries at non-market prices.  The article reports that Samsung Chairman Lee Kun-Hee was convicted of tax evasion several years ago and later pardoned by the Korean president.

6.     Attached as Exhibit F hereto is an article from the New York Times, dated December 30, 2009, entitled, "Korean Leader Pardons Samsung's Ex-Chairman," reporting that in a Supreme Court ruling in 2009 Mr. Lee received a suspended three-year prison sentence for evading tens of millions of dollars in taxes and embezzling corporate money.

7.     Attached as Exhibit G hereto is an excerpt from a rough trial transcript of the *Oracle v. Google* trial on April 25, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California on July 25, 2012.


                                        */s/ Karl Olson*
                                        Karl Olson


N:\DOCS\1273-02\OppMotsSeal2-KO Decl.doc