# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5
       APPLE INC., A CALIFORNIA    ) C-11-01846 LHK
 6     CORPORATION,                 )
                                    ) SAN JOSE, CALIFORNIA
 7               PLAINTIFF,         )
                                    ) JULY 18, 2012
 8          VS.                     )
                                    ) PAGES 1-146
 9     SAMSUNG ELECTRONICS CO.,     )
       LTD., A KOREAN BUSINESS      )
10     ENTITY; SAMSUNG              )
       ELECTRONICS AMERICA,         )
11     INC., A NEW YORK             )
       CORPORATION; SAMSUNG         )
12     TELECOMMUNICATIONS           )
       AMERICA, LLC, A DELAWARE     )
13     LIMITED LIABILITY            )
       COMPANY,                     )
14                                  )
                 DEFENDANTS.        )
15     ─────────────────────────────

16            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
17            UNITED STATES DISTRICT JUDGE

18

19

20             APPEARANCES ON NEXT PAGE

21

22

23

24   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595
25
```

```
 1            THE COURT:  UM-HUM.
 2            MR. MCELHINNY:  -- THAT WE'RE GOING TO
 3   WANT TO USE IN THE OPENING.  IT IS, AS YOUR HONOR
 4   WILL SEE, A COPYING DOCUMENT THAT GOES PAGE BY PAGE
 5   ADOPTING IPHONE APPLICATIONS INTO WHAT WAS THE
 6   GALAXY PHONE.
 7            THE COURT:  THIS IS NOT GOING TO BE
 8   CONFIDENTIAL.  THIS IS GOING TO BE PUBLIC.
 9            MR. MCELHINNY:  WELL, THAT'S -- IT'S THE
10   PROCESS THAT I WANT TO MAKE SURE.
11            AT THE MOMENT, IF I -- IF I GO INTO ONE
12   OF THESE DOCUMENTS, I'M, UNDER THE -- UNTIL YOUR
13   HONOR HAS RULED IT'S GOING TO BE PUBLIC, I THINK
14   I'M SORT OF BOUND BY THE PROTECTIVE ORDER.
15            THE COURT:  WELL, I MEAN, I THINK I'VE
16   ALREADY RULED THAT THE BASE LINE IS EVERYTHING IS
17   PUBLIC, SO OTHER THAN THIRD PARTY SOURCE CODE, I'M
18   REALLY NOT GOING TO SEAL ANYTHING OR REDACT
19   ANYTHING ELSE.  SO --
20            MR. MCELHINNY:  WHAT I WAS GOING TO
21   SUGGEST, SO THAT WE KNOW WHAT THE GROUND RULES
22   ARE --
23            THE COURT:  YEAH.
24            MR. MCELHINNY:  -- WAS THAT IN WHAT IS
25   THE EXHIBIT LIST, IF EITHER PARTY THINKS THEY CAN
```

```
 1    MEET YOUR HONOR'S STANDARD FOR THAT, THAT THEY
 2    ACTUALLY DO THAT, YOU KNOW, BEFORE FRIDAY OR
 3    SOMETHING SO THAT WE DON'T HAVE TO DO IT -- SO WE
 4    DON'T HAVE TO DO IT IN THE MIDDLE OF TRIAL WITH
 5    SOMEBODY COMING IN AND SAYING -- WE KNOW WHAT THE
 6    EXHIBIT LIST IS, OR AT LEAST WE WILL KNOW BY NEXT
 7    MONDAY WHAT THE EXHIBIT LIST IS.
 8            THE COURT:  SO ALL OF THE MARKETING
 9    STUFF, PUBLIC DOCUMENT.  OKAY?  ALL OF THE DESIGN
10    DEVELOPMENTS, PUBLIC DOCUMENT.
11            SO, I MEAN, I DON'T REALLY SEE WHAT THE
12    ISSUE IS.
13            MR. MCELHINNY:  THERE MAY NOT BE ONE.
14            THE COURT:  IT'S ALL GOING TO BE PUBLIC.
15            MR. MCELHINNY:  THERE MAY NOT BE ONE, BUT
16    ALL WE WANTED TO DISCUSS WITH YOU TODAY WAS A
17    PROCESS SO THAT IN CASE, IN CASE SAMSUNG WANTS TO
18    DISAGREE WITH THAT, THAT THEY ACTUALLY -- THAT WE
19    KNOW WHAT IT IS THEY'RE ASKING FOR AND HOW YOUR
20    HONOR IS GOING TO RULE ON THAT.
21            THE COURT:  I'M NOT GOING TO DO THAT ON
22    FRIDAY.  YOU'RE GOING TO HAVE 500 EXHIBITS BASED ON
23    THE CHANGES WE JUST MADE TO THE EXHIBIT LIST.  YOU
24    WANT ME TO GO THROUGH YOUR 500 EXHIBITS AND FIGURE
25    OUT WHAT'S UNDER SEAL WHEN I DON'T EVEN THINK
```

```
 1    ULTIMATELY YOU ALL ARE REALLY GOING TO RELY ON MORE
 2    THAN 40 OR 50 DOCUMENTS?  SO YOU'RE GOING TO MAKE
 3    ME GO THROUGH AN EXTRA 450 JUST FOR FUN?
 4            MR. MCELHINNY:  I ACTUALLY DIDN'T THINK
 5    YOU WERE GOING TO GET MANY MOTIONS.
 6            THE COURT:  YEAH.
 7            MR. MCELHINNY:  I MEAN, I DON'T THINK
 8    THERE ARE ANY DOCUMENTS, IF ANY, THAT MEET YOUR
 9    HONOR'S STANDARD.
10            BUT IF THERE ARE, I DIDN'T THINK YOU
11    WOULD GET 5 -- I DON'T THINK YOU WOULD GET A
12    MOTION, AND UNDER THE ORDERS, THAT WOULD BE
13    AUTOMATICALLY DENIED.
14            I JUST WONDERED IF THERE WAS SOME WAY WE
15    COULD ACTUALLY FIGURE OUT WHETHER ANYTHING IS GOING
16    TO BE SEALED SO THAT I DON'T VIOLATE THE PROTECTIVE
17    ORDER BY TALKING ABOUT THEM.
18            THE COURT:  WELL, I'VE TOLD YOU, OTHER
19    THAN SOME THIRD PARTY SOURCE CODE, I DON'T REALLY
20    PLAN ON SEALING ANYTHING.
21            MR. MCELHINNY:  OKAY.
22            THE COURT:  SO --
23            MR. MCELHINNY:  THANK YOU, YOUR HONOR.
24            THE COURT:  IT'S ALL GOING TO BE OUT IN
25    THE OPEN.
```