# EXHIBIT E

- Trends»
- Careers
- Webinars
- Reports
- RCR TV
- Global Spectrum Map

# RCRWireless | U.S.
### INTELLIGENCE ON ALL THINGS WIRELESS

   

Subscribe

- **Home**
- **U.S.**
- **Americas**
- **Carriers**
- **Devices**
- **Enterprise**
- **Policy**
- **Analyst Angle**
- **Opinion**

*Categories:* **Devices**

## Samsung investigated by Korean tax authorities

Posted on 02 May 2012 by Martha DeGrasse. Tags: Apple, Samsung

2    0    4    Like 3  Send



Seoul Broadcasting System is reporting that Korea's National Tax Service is asking Samsung to pay about $350 million (400 billion KRW) in additional taxes after authorities reportedly uncovered tax evasion and transactions with overseas subsidiaries at non-market prices.. Samsung has been under investigation by Korean tax authorities since July of last year, and is expected to reject the charges. Samsung Chairman Lee Kun-Hee was convicted of tax evasion several years ago and later pardoned by the Korean president.

Photo Courtesy: USA Today

News of Samsung's investigation comes just days after American media reports focused on tax practices at Samsung's archrival Apple. Apple has not been accused of breaking any laws, but one analyst says that both companies are under increased scrutiny because of their recent success. "As the corporations grow bigger, wider and more profitable, regulators will always try to look at them in a suspicious way and see if they can find any holes in the balance sheets to exploit," says Neil Shah of Strategy Analytics.

Samsung reported last week that it earned $5.2 billion during the first quarter, largely thanks to its booming mobile device business. The company does not disclose the number of devices it sells, but it does share enough information to enable analysts to make very informed estimates. According to those estimates, Samsung has now surpassed Nokia as the world's top seller of mobile phones, and overtaken Apple as the leading smartphone vendor.

Follow me on Twitter.

**You might like:**


UPDATE: Huawei joins Alcatel-Lucent in walking from BSNL bidding war with ZTE


Tower industry remains abuzz over T-Mobile USA's towers


Samsung expected to dominate Q2 smartphone sales


Reality Check: How did Verizon do it?

[?]

## Leave a Reply

[ ] Name (required)

[ ] Mail (will not be published) (required)

[ ] Website

[                                                                                           ]

[ Submit Comment ]

[                                                                                  ] [ Search ]








### Subscribe to RCR eNewsletters

- ☑ Daily Newsletter
- ☑ TelecomCareers Newsletters

Email Address

Submit

- Popular
- Comments
- Tags

- Sprint Nextel to re-hire 240 employees from Ericsson; LTE launch remains on track
- Ruckus Wireless CEO Selina Lo is on a mission
- Device Review: ZTE Optik - a tablet for teenagers
- T-Mobile USA rolls out updated enterprise broadband plans
- Reality Check: Operators vs. OTT
- Humm resigns CEO position from T-Mobile USA; leaves DT for Vodafone
- Execs predict how wireless will change in the next 5 years
- Reality Check: Order-to-cash and revenue management
- AT&T CMO Coughlin talks pricing, spectrum and 'the tip of the iceberg'

## Industry Partner Events

- RCA Annual Convention 23-26 September 2012 Wynn Las Vegas, Las Vegas, NV
- PCIA 2012 Wireless Infrastructure Show 1-4 October 2012, Orlando, FL
- CTIA Enterprise & Applications 9-11 October 2012, San Diego, CA
- 4G Latin America 2012 14-15 November, Bogota, Columbia

## TelecomCareers Featured Jobs

- IC Design Engineer - All Levels* (Irvine, CA)
- IC Design Verification Engineer - All Levels* (Irvine, CA)
- Director of Sales
- Tower Hands & Leads, Ground Technicians & Leads
- VP, FINANCIAL SERVICES
- CONSTRUCTION MANAGER
- TOWER FOREMAN
- PROJECT MANAGER
- Regional Operations Manager
- Manager, Service Delivery

## RCR Wireless Stock Index

