# EXHIBIT G

4          (Whereupon, document was tendered
5           to the Court and counsel.)
6          THE COURT: Thank you. 431.
7          MR. PAIGE: It was originally in Mr. Page's, P-a-g-e,
8  designations for today. It's since been removed, so it's taken
9  out that issue of having it used with him at -- in his
10 deposition, but Oracle still says they are not certain whether
11 they are going to use it with him when he appears live today.
12 And so we wanted to raise with your Honor the fact that pages
13 three through six of this document --
14         THE COURT: Who does Mr. Page work for?
15         MR. PAIGE: He works for Google, your Honor.
16         THE COURT: And why are you complaining about this
17 then? This is a party admission, isn't it?
18         MR. PAIGE: Your Honor, it's a question of what's in
19 here contains estimates going forward into 2013. This is
20 highly sensitive information that Google has not released to
21 the public --
22         THE COURT: Oh, come on. Oh, come on. This is a
23 public trial. Denied. Denied.
24         MR. PAIGE: Your Honor, your Honor --
25         THE COURT: Denied. Denied.

                                                              3

1          MR. PAIGE: It's not relevant to the phase, any issue
2  in Phase 1.
3          THE COURT: Too bad. It's a public trial. If they
4  want to bring it out, they are going to be allowed to do it.
5          MR. PAIGE: It's 403 evidence, your Honor, in
6  Phase 1.
7          THE COURT: It's not. It's not. They are going to
8  be allowed to do that.

```
 9          MR. PAIGE:  Thank you, your Honor.
10          THE COURT:  Okay.  What else do you want to raise?
11          MR. JACOBS:  We have one question, your Honor.
12          THE COURT:  Sure.
13          MR. JACOBS:  It has to do with exhibits and whether
14 exhibits must come in through a witness or not.
15     We have party admission exhibits.  We would like at an
16 appropriate time, maybe early in the case move, to into
17 evidence, draw whatever objection we're going to get at that
18 time.  We don't think it will be very compelling and we don't
19 think -- we think on reflection Google may decide not to object
20 at all, and then with the admission publish the document to the
21 jury.
22     I think this is particularly important given your
23 admonition that they have to look at evidence, not at attorney
24 argument.  So it seemed to us to be advisable to move some of
25 these exhibits -- some of these documents into evidence early.
```

4

```
 1          THE COURT:  Okay.  Here is the way that part works.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
```