QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S LIST OF 20 WITNESSES IT DEFINITELY INTENDS TO CALL LIVE OR BY DEPOSITION** |

1    Pursuant to the Court's instruction at the Pretrial Conference, Defendants Samsung
2  Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications
3  America, LLC (collectively, "Samsung") respectfully submits the following list of twenty
4  witnesses that it definitely intends to call for live testimony or by deposition.  Samsung also
5  intends to call additional witnesses either live or by deposition from the witness list submitted on
6  July 23, 2012 (Dkt. No. 1278).

7    <u>Witnesses Samsung Definitely Intends to Call Live or By Deposition</u>

8    1.    **Robert John Anders**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin
9  Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.
10 Mr. Anders is an expert who will testify regarding non-infringement analyses for the design
11 patents and trade dress claims.

12   2.    **Benjamin Bederson:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin
13 Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.
14 This witness will provide testimony relating to prior art to Apple's '163 and '381 patents.

15   3.    **Adam Bogue:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
16 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This
17 witness will provide testimony relating to prior art to Apple's '915 and '381 patents.

18   4.    **Clifton Forlines:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
19 Dr., 5th Floor Redwood Shores, California 94065, 555 Twin Dolphin Dr., 5th Floor Redwood
20 Shores, California 94065.   Telephone number 650-801-5000.   This witness will provide
21 testimony relating to prior art to Apple's '915 and '381 patents.

22   5.    **Stephen Gray:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
23 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This
24 witness is a technical expert and may provide testimony relating to Apple's '163 and '915 patents.

25   6.    **Richard Howarth**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
26 Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Howarth may testify
27 regarding the design and development of Apple's iPhone, iPad and iPod Touch products, its
28 design patents, design patent functionality, trade dress functionality, trade dress non-infringement,

1  trade dress non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent

2  claim construction, and design patent non-infringement.

3       7.   **Jeffrey Johnson:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

4  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This

5  witness is a technical expert and will provide testimony relating to Apple's '381 patent.

6       8.   **Vince O'Brien**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin

7  Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.

8  O'Brien will testify about Samsung's damages from Apple's infringement of Samsung's feature

9  patents.

10       9.   **Marcus Paltian:**   Intel Mobile Communications c/o Perkins Coie, 3150 Porter

11  Drive Palo Alto, CA 94304.   Telephone number 650-0838-4300.   This witness will provide

12  testimony relating to Samsung's '516, '941, and '604 patents the Apple products accused of

13  infringing those patents.

14       10.   **Hyoung Shin Park**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP,

15  555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-

16  801-5000.   Ms. Park will testify regarding Samsung design, including design of F700 and

17  contemporaneous designs.

18       11.   **Douglas Satzger**:   Cooper & Scully, 100 California Street San Francisco,

19  California 94111.   Telephone number 415-956-9700.   Mr. Satzger will testify regarding the

20  design and development of Apple's iPhone, iPad and iPod Touch products, its design patents,

21  design patent functionality, trade dress functionality, trade dress non-infringement, trade dress

22  non-dilution, lack of fame, design patent invalidity, trade dress invalidity, design patent claim

23  construction, and design patent non-infringement.

24       12.   **Timothy Sheppard**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP,

25  555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-

26  801-5000.   Mr. Sheppard will authenticate Samsung's financial data; testify that all of Samsung's

27  costs are attributable to the manufacture and sale of the accused products; testify as to the different

28

1 revenue, costs, and profits as between each different defendant; and defend the reliability of
2 Samsung's financial data.

3      13.   **Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
4 Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide
5 testimony regarding the marketing of and consumer demand for the design of Apple's products
6 and the invalidity of Apple's claimed trade dresses, trade dress non-infringement, lack of dilution,
7 lack of fame, design patent invalidity, design patent non-infringement and design patent claim
8 construction.

9      14.   **Dale Sohn**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,
10 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness
11 may testify regarding Samsung's innovative technology and products.

12      15.   **Mr. Eric Stasik**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
13 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr.
14 Stasik is an expert on the history, nature and practice of FRAND licensing in the mobile
15 telecommunications industry, including the nature and purpose of the ETSI FRAND obligation
16 and its application in practice.   He will testify on methodologies for assessing the essential patent
17 holdings of companies and assigning values to them, appropriate bases for calculating FRAND
18 royalties, and the appropriateness of certain proposed FRAND rates, including any issues
19 concerning the FRAND-related defenses that have been asserted by Apple.

20      16.   **Mr. David Teece**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin
21 Dr., 5th Floor Redwood Shores, California 94065.   Telephone number 650-801-5000.   Dr.
22 Teece is an expert in economic issues related to ETSI standardization and FRAND licensing. He
23 will testify on methodologies for assessing the essential patent holdings of companies and
24 assigning values to them, appropriate bases for calculating FRAND royalties, the appropriateness
25 of certain proposed FRAND rates and any economic issues concerning the FRAND-related
26 defenses that have been asserted by Apple.

27
28

17. **Andries Van Dam:** Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. This witness is a technical expert and will provide testimony relating to Apple's '381 patent.

18. **Michael Wagner**: Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr. Wagner will provide testimony rebutting Apple's damages claims.

19. **Tim Williams:** Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. This witness is a technical expert and will provide testimony relating to Samsung's '516 and '941 patents.

20. **Woodward Yang:** Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. This witness is a technical expert and will provide testimony relating to Samsung's '460 and '893 patents.

DATED: July 25, 2012          QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP


                              By  */s/ Victoria Maroulis*
                                  Charles K. Verhoeven
                                  Kevin P.B. Johnson
                                  Victoria F. Maroulis
                                  Michael T. Zeller
                                  Attorneys for SAMSUNG ELECTRONICS CO.,
                                  LTD., SAMSUNG ELECTRONICS AMERICA,
                                  INC., and SAMSUNG
                                  TELECOMMUNICATIONS AMERICA, LLC