| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California  94105-2482 | Telephone: (650) 858-6000 |
| Telephone:  (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile:  (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S LIST OF TWENTY WITNESSES IT WILL CALL AT TRIAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Trial:** July 30, 2012<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 8, 4th Floor<br>**JUDGE:** HON. LUCY H. KOH |
| Defendants. | |

In response to the Court's request at the July 24, 2012 Pretrial Conference, Apple Inc. submits the following list of twenty witnesses that it will call at trial:

1. Ravin Balakrishnan
2. Tony Blevins
3. Peter Bressler
4. Justin Denison
5. Richard Donaldson
6. Paul Dourish
7. Scott Forstall
8. Tony Givargis
9. Susan Kare
10. Hyong Kim
11. Ed Knightly
12. Terry Musika
13. Janusz Ordover
14. Phil Schiller
15. Karan Singh
16. Mani Srivastava
17. Chris Stringer
18. Boris Teksler
19. Michael Walker
20. RussellWiner

Apple also reserves the right to call additional witnesses at trial.

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3174846

1

1  Dated: July 25, 2012                    MORRISON & FOERSTER LLP
2
3
4                                          By:    /s/ *Michael A. Jacobs*
                                                  Michael A. Jacobs
5
                                           Attorneys for Plaintiff
6                                          APPLE INC.

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3174846

2