| | |
|---|---|
| 1 | MICHAEL B. LEVIN (SBN: 172329) |
|   | mlevin@wsgr.com |
| 2 | DYLAN J. LIDDIARD (SBN: 203055) |
|   | dliddiard@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone:   (650) 493-9300 |
|   | Facsimile:    (650) 565-5100 |
| 6 | |
| 7 | Attorneys for Non-Parties |
|   | INTERDIGITAL TECHNOLOGY |
|   | CORPORATION and |
| 8 | INTERDIGITAL COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California Corporation, | ) | CASE NO.:  11-CV-01846-LHK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | NON-PARTIES INTERDIGITAL |
| v. | ) | COMMUNICATIONS, LLC AND |
| | ) | INTERDIGITAL TECHNOLOGY |
| SAMSUNG ELECTRONICS CO., LTD., a | ) | CORPORATION EMERGENCY |
| Korean corporation; SAMSUNG | ) | MOTION FOR AN ORDER CLOSING |
| ELECTRONICS AMERICA, INC., a New York | ) | THE COURTROOM AND SEALING |
| corporation; SAMSUNG | ) | THE TRANSCRIPT DURING |
| TELECOMMUNICATIONS AMERICA, LLC, a | ) | DISCUSSION OF INTERDIGITAL'S |
| Delaware limited liability company, | ) | CONFIDENTIAL INFORMATION |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

The Court has considered the papers and evidence presented in connection with InterDigital's Emergency Motion for an Order Closing the Courtroom and Sealing the Transcript During Discussion of InterDigital's Confidential Information ("InterDigital's Emergency Motion to Seal"). The Court has determined that, in light of the declaration of Lawrence F. Shay filed by InterDigital in support of its Emergency Motion to Seal, compelling reasons exist for sealing (a)

1  portions of a Patent License and Settlement Agreement entered into as of November 24, 2008,
2  between Samsung and InterDigital (the "Samsung–InterDigital PLA") – included in Trial Exhibit
3  77; (b) portions of a table summarizing key terms of the Samsung–InterDigital PLA, attached as
4  Exhibit 3A to Samsung's Expert Report of David Teece, dated March 22, 2012 – included in
5  Trial Exhibit 630; and (c) portions of a table summarizing key terms of the Wireless Patent
6  License Agreement between Apple Inc. and InterDigital (the "Apple–InterDigital PLA"),
7  attached as Exhibit 3B to Samsung's Expert Report of David Teece, dated March 22, 2012 –
8  included in Trial Exhibit 630.

9  The motion is hereby GRANTED.

10  The following materials (or "InterDigital Confidential Documents") shall be filed under
11  seal:

12  (a) those portions of the Samsung–InterDigital PLA included in Trial Exhibit 77
13  reflecting the same redactions made by InterDigital in its disclosure of the PLA in its 2009 filing
14  with the United States Securities and Exchange Commission;

15  (b) the last three lines of the last paragraph located in the column titled "Licensed
16  Products/Technology" of the table summarizing key terms of the Samsung–InterDigital PLA,
17  attached as Exhibit 3A to Samsung's Expert Report of David Teece, dated March 22, 2012 –
18  included in Trial Exhibit 630; and

19  (c) the columns titled "Licensed Products/Technology" and "Payments" of the table
20  summarizing key terms of the Wireless Patent License Agreement between Apple Inc. and
21  InterDigital (the "Apple–InterDigital PLA"), attached as Exhibit 3B to Samsung's Expert Report
22  of David Teece, dated March 22, 2012 – included in Trial Exhibit 630.

23  Those members of the public and litigants not authorized to view "Highly Confidential –
24  Attorneys Eyes Only" material shall be excluded from the courtroom during any discussion or
25  display of the InterDigital Confidential Documents.  Alternatively, any exhibit containing the
26  InterDigital Confidential Documents shall not be displayed in such a manner that their contents
27  are visible to the public gallery in the courtroom.  Any portions of the trial transcript containing
28

1  discussion of InterDigital Confidential Documents shall be sealed.  Any exhibits entered at trial
2  that comprise or discuss InterDigital Confidential Documents shall be sealed.
3  IT IS SO ORDERED.
4
5  Dated: July ____, 2012
6
                                              LUCY H. KOH
7                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28