| | |
|---|---|
| 1 | MICHAEL B. LEVIN (SBN: 172329) |
|   | mlevin@wsgr.com |
| 2 | DYLAN J. LIDDIARD (SBN: 203055) |
|   | dliddiard@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 5 | Telephone:  (650) 493-9300 |
|   | Facsimile:   (650) 565-5100 |
| 6 | |
| 7 | Attorneys for Non-Parties |
|   | INTERDIGITAL TECHNOLOGY |
|   | CORPORATION and |
| 8 | INTERDIGITAL COMMUNICATIONS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | CASE NO.: 11-CV-01846-LHK |
| Plaintiff, | DECLARATION OF MICHAEL B. LEVIN IN SUPPORT OF EMERGENCY MOTION BY NON-PARTIES INTERDIGITAL COMMUNICATIONS, LLC AND INTERDIGITAL TECHNOLOGY CORPORATION FOR AN ORDER CLOSING THE COURTROOM AND SEALING THE TRANSCRIPT DURING DISCUSSION OF INTERDIGITAL'S CONFIDENTIAL INFORMATION |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
|  | Date: Expedited Request |
|  | Courtroom: 8, 4th Floor |
|  | Judge: Lucy H. Koh |

I, Michael B. Levin, declare as follows:

1. I am a member of Wilson Sonsini Goodrich & Rosati, counsel for third parties InterDigital Communications, LLC and InterDigital Technology Corporation (collectively

1  "InterDigital").  I submit this declaration in support of InterDigital's Emergency Motion for an

2  Order Closing the Courtroom and Sealing the Transcript During Discussion of InterDigital's

3  Confidential Information.  I have personal knowledge of the facts stated herein.

4      2.    On Sunday, July 22, 2012, at 12:33 a.m., counsel for Samsung emailed

5  InterDigital a letter notifying it that Samsung has designated potential trial exhibits that contain

6  InterDigital confidential information (or the "InterDigital Confidential Documents").

7  Specifically, the InterDigital Confidential Documents included in the trial exhibits identified by

8  Samsung in its letter consist of the following: (a) a Patent License and Settlement Agreement

9  entered into as of November 24, 2008, between Samsung and InterDigital (the "Samsung–

10  InterDigital PLA") – included in Trial Exhibit 77;  (b) a table summarizing key terms of the

11  Samsung–InterDigital PLA, attached as Exhibit 3A to Samsung's Expert Report of David Teece,

12  dated March 22, 2012 – included in Trial Exhibit 630; and (c) a table summarizing key terms of

13  the Wireless Patent License Agreement between Apple Inc. and InterDigital (the "Apple–

14  InterDigital PLA"), attached as Exhibit 3B to Samsung's Expert Report of David Teece, dated

15  March 22, 2012 – included in Trial Exhibit 630.

16      3.    InterDigital has requested Samsung to provide Trial Exhibits 77 and 630 in their

17  entirety so as to allow InterDigital to redact its confidential information as presented in those

18  exhibits and lodge them with the Clerk pursuant to Civ. L.R 79-5 (b)-(c).  Samsung has not

19  provided these exhibits to InterDigital in their entirety.  Thus, InterDigital has only excerpts of

20  these exhibits, as provided to it by Samsung, available for filing with this motion.

21      4.    Attached hereto as Exhibit 1 are proposed redacted versions of the InterDigital

22  confidential information included by Samsung in Trial Exhibit 77.  The portions that InterDigital

23  requests to be sealed are highlighted in blue.

24      5.    Attached hereto as Exhibit 2 are proposed redacted versions of the InterDigital

25  confidential information included by Samsung in Trial Exhibit 630.  The portions that

26  InterDigital requests to be sealed are highlighted in blue.

27

28

-2-    5012960_1.DOCX
LEVIN DECL. ISO INTERDIGITAL'S EMERGENCY MOT'N FOR AN ORDER CLOSING THE COURTROOM AND SEALING THE TRANSCRIPT
Case No. 11-CV-01846-LHK

6. Pursuant to Civ. L.R. 7-11, InterDigital has attempted to obtain a stipulation from Apple, Samsung, and Reuters America in connection with this motion. Samsung has agreed to the stipulation. However, a stipulation with Apple and Third Party Intervenor Reuters America has not been reached.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania on the 25th day of July, 2012.

By:    /s/ Michael B. Levin
      Michael B. Levin

**ATTESTATION OF E-FILED SIGNATURE**

I, Corina I. Cacovean, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Michael B. Levin has concurred in this filing.

Dated: July 25, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

　　/s/ Corina I. Cacovean
　　Corina I. Cacovean

Attorneys for Non-Parties
INTERDIGITAL TECHNOLOGY CORPORATION and
INTERDIGITAL COMMUNICATIONS, LLC