# EXHIBIT 1 - REDACTED

# LODGED WITH THE CLERK

NDCA Case No. 5:11-cv-01846-LHK Apple v. Samsung Electronics Co. Ltd.

# EXCERPTS FROM TRIAL EXHIBIT 77 AS PROVIDED BY SAMSUNG TO INTERDIGITAL