# EXHIBIT 2 - REDACTED

# LODGED WITH THE CLERK

NDCA Case 5:11-cv-01846-LHK Apple Inc. v. Samsung Electronics Co. Ltd.

# EXCERPTS FROM TRIAL EXHIBIT 630 AS PROVIDED BY SAMSUNG TO INTERDIGITAL