Robert F. McCauley (State Bar No. 162056)
robert.mccauley@finnegan.com
Gary C. Ma (State Bar No. 221294)
gary.ma@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Party
KONINKLIJKE PHILIPS ELECTRONICS N.V.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE OF ROBERT F. MCCAULEY AND GARY C. MA FOR THIRD PARTY KONINKLIJKE PHILIPS ELECTRONICS N.V.**<br><br>Judge:   Honorable Lucy H. Koh |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby enter an appearance on behalf of Third Party Koninklijke Philips Electronics N.V. ("Philips"), for the limited purpose of requesting the sealing of Philips' confidential and propriety information, which it understands may be presented at trial in this case, as well as any proceedings related to that request:

>    Robert F. McCauley (State Bar No. 162056)
>    robert.mccauley@finnegan.com
>    Gary C. Ma (State Bar No. 221294)
>    gary.ma@finnegan.com
>    FINNEGAN, HENDERSON, FARABOW,
>       GARRETT & DUNNER, LLP
>    Stanford Research Park
>    3300 Hillview Avenue
>    Palo Alto, California 94304-1203
>    Telephone:    (650) 849-6600
>    Facsimile:    (650) 849-6666

Dated: July 25, 2012                    By: */s/Gary C. Ma*
                                        Robert F. McCauley
                                        Gary C. Ma
                                        FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, LLP
                                        Stanford Research Park
                                        3300 Hillview Avenue
                                        Palo Alto, California 94304-1203
                                        Telephone: (650) 849-6600
                                        Facsimile: (650) 849-6666

                                        Attorneys for Third Party Koninklijke Philips Electronics N.V.