1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5      Kevin P.B. Johnson (Bar No. 177129
        kevinjohnson@quinnemanuel.com
6      Victoria F. Maroulis (Bar No. 202603)
        victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9

10     Michael T. Zeller (Bar No. 196417)
        michaelzeller@quinnemanuel.com
11 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
12 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
13

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17               UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21         Plaintiff, | **SAMSUNG'S NOTICE OF NON-OPPOSITION TO NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| 22      vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 27         Defendant. | |

28

1    On July 25, 2012, Nokia Corporation filed an administrative motion to file under seal Trial
2    Exhibits 77 and 630.   Samsung does not oppose this motion.

5    DATED: July 25, 2012                    Respectfully submitted,

                                             QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


                                             By /s/ Victoria Maroulis
                                                Charles K. Verhoeven
                                                Kevin P.B. Johnson
                                                Victoria F. Maroulis
                                                Michael T. Zeller
                                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC. and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC