Robert F. McCauley (State Bar No. 162056)
robert.mccauley@finnegan.com
Gary C. Ma (State Bar No. 221294)
gary.ma@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Third Party
KONINKLIJKE PHILIPS ELECTRONICS N.V.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company,<br><br>                Defendants. | Case No. 11-cv-01846-LHK<br><br>**THIRD PARTY KONINKLIJKE PHILIPS ELECTRONICS N.V.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:   Honorable Lucy H. Koh |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2    named party, there is no such interest to report.

3    Dated:  July 25, 2012

By: /s/ Gary C. Ma
Robert F. McCauley
Gary C. Ma
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Third Party
Koninklijke Philips Electronics N.V.