# Exhibit
# A

REDACTED VERSION

Exhibit A - Redacted Version

# PHILIPS

Trial Exhibit 630:  Exhibits 3A and 3B to the Expert Report of David Teece, an expert retained by Apple, dated March 22, 2012. Exhibit 3A is a table summarizing the key terms of various contracts between Samsung and third parties to the litigation.  Exhibit 3B contains a table summarizing the key terms of various contracts between Apple and third parties to the litigation.

Trial Exhibit 630 contains the following information about your company:

**Exhibit 3A**
**Summary of Samsung License Agreements**

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Samsung Electronics Co., Ltd | Koninklijke Philip, Electronics N V | GSM/DCS 1800/1900 Patent License Agreement | 2/22/1999 | 2/22/1999 | 12/31/2002 | GSM Terminal. DCS 1800/1900 Terminal or Combi-Terminal | Worldwide | | S-794-ITC-003052419 to S-794-ITC-003052431 |

**Exhibit 3B**
**Summary of Apple UMTS License Agreements**

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Apple Inc | Koninkhjke Philips Electronics N V and Sharp Corporation | Wireless Patent License Agreement | 10/1/2010 | 12/20/2011 | 10 years | Mobile Wireless Communication Equipment that is fully compliant with CDMA2000, GSM, LTE, and UMTS standards | Worldwide | | APL7940018564474 to APL7940018564504 |
| Apple Inc | Koninklijke Philips Electronics N V | Wireless Patent License Agreement | 10/1/2010 | 1/12/2012 | 10 years | Mobile Wireless Communication Equipment that is Fully compliant with CDMA2000, GSM, LTE, and UMTS standards | Worldwide | | APL7940018564430 to APL7940018564473 |

REDACTED