# Exhibit 9
# (Submitted Under Seal)

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4    APPLE INC., a California
      Corporation,
 5
              Plaintiff,              Case No.
 6
        vs.                           11-CV-01846-LHK
 7
      SAMSUNG ELECTRONICS CO., LTD.,
 8    a Korean business entity;
      SAMSUNG ELECTRONICS AMERICA,
 9    INC., a New York corporation;
      SAMSUNG TELECOMMUNICATIONS
10    AMERICA, LLC, a Delaware
      Limited liability company,
11
              Defendants.
12
13
14
15       CONFIDENTIAL OUTSIDE COUNSEL ONLY
16          PURSUANT TO PROTECTIVE ORDER
17
18      VIDEOTAPED DEPOSITION OF JONATHAN IVE
19            San Francisco, California
20           Tuesday, February 7, 2012
21          (Volume II - Pages 260 - 335)
22
23    REPORTED BY:
24    CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25    JOB NO. 46227
```

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 264

1    MR. KIDMAN:  Scott Kidman for Samsung.    15:53

2    MR. JACOBS:  Michael Jacobs for Apple.

3    MR. HO:  Francis Ho for Apple.

4    MS. TIERNEY:  Erica Tierney for Apple.

5    THE VIDEOGRAPHER:  Will the court    15:53

6  reporter please swear in the witness.

7

8              JONATHAN IVE,

9       having first been duly sworn, testified

10          as follows:    15:53

11

12    MR. ZELLER:  And so we have it on the

13  record, what we're doing here is we are now

14  switching over to the Northern District of

15  California deposition portion of Mr. Ive's day.    15:53

16    And for the record, I hadn't finished

17  my questioning in the ITC proceeding.  But in

18  light of the fact that the witness is recovering

19  from a cold or flu, as well as the fact that we

20  don't want to overtax him, I decided I would    15:54

21  switch over.

22    Obviously, I'm reserving my rights in

23  terms of what we do going forward on the

24  remainder of the ITC proceedings.  But in the

25  interest of addressing and acting pursuant to    15:54

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 292

1  I have less recollection about this model and its                16:43
2  place in the development process for the
3  different generations of iPhone.
4        Q.   And also, for record purposes, if you
5  could please hold that one up and show it to the                  16:44
6  camera, that would be helpful.
7        A.   (Witness complies.)
8        Q.   And you'll see on this prototype
9  that -- or model that we marked as
10 Exhibit 1454 -- that the corners are not rounded;                 16:44
11 but, rather, more of -- more of a straight edge?
12       A.   Yes.  The four -- the four corners in
13 the plan view have a -- I don't know the best way
14 of describing it -- but a flat chamfer.  There is
15 a radius that connects that chamfer to the main                   16:44
16 -- you know, to the horizontal and vertical
17 perimeter of the product.
18       Q.   And do you recall what was being
19 explored by having the corners in that manner?
20       A.   No, I don't recall specifically what we                16:45
21 were exploring or examining here, other than
22 this -- this being very typical of our process,
23 which is to be exploring the many -- the many
24 alternative solutions that there are to design an
25 iPhone.                                                            16:45

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 302

1  So when you ask me why -- why would a            17:01
2  designer make this model, to answer that question
3  properly, I think you have to understand its
4  context in design explorations that are
5  constantly happening.                              17:02
6       And so this is one -- this represents
7  one of many design explorations.  I don't know
8  for which product.  I don't know when this
9  occurred.  But I know that it's typical of
10 constantly exploring.                              17:02
11    Q.   And I guess one way of what I'm trying
12 to really drive at here is, just purely from a
13 design aesthetic point of view, is there anything
14 that you see that's better or worse about having
15 a completely flat front surface of the kind that   17:02
16 the original iPhone had, the first iPhone had, as
17 compared to the more complex and not completely
18 flat surface that the model we've marked as
19 Exhibit 1455 has?
20      MR. JACOBS:  Objection; form.                 17:02
21      THE WITNESS:  Could you ask me that
22 again, please?  There were a number of questions.
23 BY MR. ZELLER:
24    Q.   Sure.  And I'm just -- for the record,
25 I'm just asking, basically, a comparison of this   17:03

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 303

1   flat versus non-flat surface between the first          17:03
2   iPhone and then the model we've marked as Exhibit
3   1455.
4          And what I'm asking is, is just purely
5   from your own aesthetic designer point of view,         17:03
6   what's the advantage or disadvantage of having a
7   more complex non-flat surface of the type that's
8   shown in that model, as compared to having a
9   completely flat one?
10     A.   Well, they're certainly different.  And         17:03
11  it's difficult to compare these -- these two
12  objects, because the aspect ratio is so
13  different.
14          But there is certainly an appearance
15  difference, and I think that there is something          17:03
16  particularly beautiful about a very flat surface,
17  and particularly when it is a singular part, and
18  particularly when that singular part extends
19  right to the very perimeter of the product.
20          And so there is a -- there's an                  17:04
21  appearance difference, and we've chosen and
22  developed designs that are -- have this single
23  clear part that's flat because we think it's
24  particularly beautiful.
25     Q.   Are there any --                                 17:04

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 332

```
 1
 2   STATE OF CALIFORNIA  )
 3          :ss
 4   COUNTY OF SAN MATEO  )
 5          I, CYNTHIA MANNING, a Certified Shorthand
 6   Reporter of the State of California, do hereby
 7   certify:
 8          That the foregoing proceedings were taken
 9   before me at the time and place herein set forth;
10   that any witnesses in the foregoing proceedings,
11   prior to testifying, were placed under oath; that
12   a verbatim record of the proceedings was made by
13   me using machine shorthand which was thereafter
14   transcribed under my direction; further, that the
15   foregoing is an accurate transcription thereof.
16          I further certify that I am neither
17   financially interested in the action, nor a
18   relative or employee of any attorney of any of
19   the parties.
20
21          IN WITNESS WHEREOF, I have subscribed
22   my name this 7th day of February 2012.
23
24
25          CYNTHIA MANNING, CSR No. 7645, CCRR, CLR
```