Exhibit 10
(Submitted Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3    APPLE, INC., a California
      corporation,
 4                                              CASE NO.
              Plaintiff,                        11cv01846-LHK
 5
      v.
 6
      SAMSUNG ELECTRONICS, CO., LTD., a
 7    Korean business entity; SAMSUNG
      ELECTRONICS AMERICA, INC., a New
 8    York corporation; SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
 9    a Delaware limited liability
      company,
10
              Defendants.
11    _____

12    SAMSUNG ELECTRONICS, CO., LTD., a
      Korean business entity; SAMSUNG
13    ELECTRONICS AMERICA, INC., a New
      York corporation; SAMSUNG
14    TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability
15    company,

16            Counterclaim-Plaintiffs,

17    v.

18    APPLE, INC., a California
      corporation,
19
              Counterclaim-Defendant.
20

21       *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22               VIDEOTAPED PERSONAL DEPOSITION OF:
                            JUNGMIN YEO
23
                          February 2, 2012
24                          Kim & Chang
                         Seoul, South Korea
25                    9:51 a.m. - 3:29 p.m.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

```
 1                       JUNGMIN YEO,
 2      having been first duly sworn, testified as follows:
 3                        EXAMINATION
 4  BY MR. ZHANG:
 5      Q.   Good morning, Ms. Yeo.  Do you understand that
 6  there's a litigation between Apple and Samsung that is
 7  venued in California in a U.S. court?
 8      A.   Yes.
 9      Q.   Do you understand that we're here today to take
10  your testimony for purposes of that case?
11      A.   Yes.
12      Q.   And your attorney is going to make objections to
13  my questions from time to time, but unless your attorney
14  instructs you not to answer, you should answer my questions
15  fully and truthfully.  Do you understand that?
16      A.   Yes.
17      Q.   And of course you're welcome to take a break at
18  any time.  I just ask that if I have asked you a question,
19  that you answer the question fully before you request a
20  break.
21      A.   Yes.
22      Q.   Okay.  Is there any reason you can't give your
23  best testimony here today?
24      A.   No.
25      Q.   Have you been deposed previously in a U.S.
```

1  BY MR. ZHANG:
2       Q.    Which one of these groups would tell you if there
3  was a difficulty with manufacturing a design that you have
4  suggested?
5            MR. WALL:  Objection to form.
6       A.    What do you mean by a difficulty with
7  manufacturing?  I think your question is too broad.
8  BY MR. ZHANG:
9       Q.    If there was an issue with -- have you ever come
10 across an instance where there was a difficulty in
11 manufacturing a design that you have submitted?
12      A.    No.
13      Q.    And have you ever -- has there ever been an
14 instance where you've received a report that a design that
15 you've submitted was too costly?
16           MR. WALL:  Objection to form.
17      A.    So what design are you talking about that I made?
18 BY MR. ZHANG:
19      Q.    How about -- let me just ask a different
20 question.
21           For the Tab 10.1 design, what were the
22 constraints that you considered in the design process?
23           MR. WALL:  Objection to form.
24      A.    There was no design constraint.
25 BY MR. ZHANG:

```
 1  BY MR. ZHANG:
 2      Q.   No, I asked you a question --
 3           CHECK INTERPRETER:  Interjection --
 4  BY MR. ZHANG:
 5      Q.   -- which is:  Are there multiple different
 6  designs possible for a tablet computer that is lightweight?
 7           MR. WALL:  Objection to form, calls for
 8  speculation.
 9  BY MR. ZHANG:
10      Q.   And you can answer the question however you
11  honestly feel about it.  And if the answer is that you don't
12  know or that you're not aware unless you sit here and design
13  one, then I'll take that answer.
14           MR. WALL:  Objection to form.
15      A.   The question was difficult for me because it
16  seems to me that you're asking me whether that would be
17  possible, would not be possible.  So I just thought they
18  might have to think about a way to do that, sitting here
19  right now all of a sudden.
20  BY MR. ZHANG:
21      Q.   So let me ask it this way:  As an industrial
22  designer at Samsung, is it your testimony that there is only
23  one possible tablet design for a thin tablet computer?
24           MR. WALL:  Objection to form,
25  mischaracterizes testimony.
```

```
 1        A.    No.
 2   BY MR. ZHANG:
 3        Q.    And is it your testimony as an industrial
 4   designer at Samsung that there is only one possible design
 5   for a lightweight tablet computer?
 6        A.
 7              MR. WALL:  Objection to form,
 8   mischaracterizes testimony.
 9        A.    No.
10   BY MR. ZHANG:
11        Q.    And is it your testimony as an industrial
12   designer at Samsung that there's only one possible design
13   for a tablet computer that is easy to use by the consumer?
14              MR. WALL:  Objection to form, lacks
15   foundation.
16        A.    No, I haven't said that.
17   BY MR. ZHANG:
18        Q.    And is it your testimony as an industrial
19   designer at Samsung that there's only one possible design
20   for a tablet computer that is easy to manufacture?
21              MR. WALL:  Objection to form, lacks
22   foundation.
23        A.    No, I haven't said so.
24   BY MR. ZHANG:
25        Q.    And is it your testimony as an industrial
```

```
 1  designer at Samsung that there's only one possible design
 2  for a tablet computer that is acceptable to consumers?
 3          MR. WALL:  Objection to form, lacks
 4  foundation.
 5      A.  No.
 6  BY MR. ZHANG:
 7      Q.  So isn't it true that you had great freedom in
 8  terms of the design that you chose for the Galaxy Tab 10.1?
 9          MR. WALL:  Objection to form, lacks
10  foundation.
11      A.  I'm not sure about the meaning of "fairly great."
12          LEAD INTERPRETER:  Well, main interpreter
13  interjecting, "fairly" was added by me.
14      A.  I think you talk about the freedom, the level of
15  freedom, but I'm not really sure what you meant by that.
16  BY MR. ZHANG:
17      Q.  I mean that you had the freedom to design the
18  Galaxy Tab 10.1 in a number of different ways; is that
19  correct?
20          MR. WALL:  Objection to form.
21      A.  Yes.
22  BY MR. ZHANG:
23      Q.  Then can you explain why the Galaxy Tab 10.1
24  design looks so similar to the iPad 2 design?
25          MR. WALL:  Objection to form, lacks
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

87

1          C E R T I F I C A T E

2   SEOUL              )
                       )
3   KOREA              )

4          I, Michael E. Miller, Registered Diplomate
    Reporter, Certified Realtime Reporter, do hereby certify
5   that the aforementioned witness was first duly sworn by
    me pursuant to stipulation of counsel to testify to the
6   truth; that I was authorized to and did report said
    deposition in stenotype; and that the foregoing pages
7   are a true and correct transcription of my shorthand
    notes of said deposition.

8
           I further certify that said deposition was
9   taken at the time and place hereinabove set forth and that
    the taking of said deposition was commenced and completed as
10  hereinabove set out.

11         I further certify that I am not attorney or
    counsel of any of the parties, nor am I a relative or
12  employee of any attorney or counsel of any party connected
    with the action, nor am I financially interested in the
13  action.

14         The foregoing certification of this
    transcript does not apply to any reproduction of the same by
15  any means unless under the direct control and/or direction
    of the certifying reporter.

16

17         IN WITNESS WHEREOF, I have hereunto set my

18  hand this February 3, 2012.

19

20

21  _____
    MICHAEL E. MILLER
22  Certified Realtime Reporter
    Registered Diplomate Reporter
23  Realtime Systems Administrator

24

25