# Exhibit 11
# (Submitted Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   _____

 4   APPLE, INC., a California
     Corporation,
 5         Plaintiff,
     vs.                                    Civil Action. No.
 6                                          11-CV-01846-LHK
     SAMSUNG ELECTRONICS CO., LTD., a
 7   Korean business entity, SAMSUNG
     ELECTRONICS AMERICA, INC., a New
 8   York corporation, and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
 9   a Delaware limited liability
     company, a California corporation.
10         Defendants.

11


12   SAMSUNG ELECTRONICS CO., LTD., a
     Korean business entity, SAMSUNG
13   ELECTRONICS AMERICA, INC., a New
     York corporation, and SAMSUNG
14   TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability
15   company, a California corporation.
            Counterclaim-Plaintiffs,
16   vs.

17   APPLE, INC., a California
     corporation,
18         Counterclaim-Defendant.
     _____
19

20      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

21            VIDEOTAPED PERSONAL DEPOSITION OF:
                         GI-YOUNG LEE
22

23                    February 16, 2012
                         Kim & Chang
24                   Daewoo, South Korea
                    9:17 a.m. - 1:24 p.m.
25
```

| | |
|---|---|
| 1 | validity of the deposition based on the oaths. |
| 2 | MS. NEILL:  We agree. |
| 3 | VIDEOGRAPHER:  Our court reporter, Melanie |
| 4 | Giamarco of American Realtime Court Reporters/Asia will |
| 5 | now swear in our interpreters and the witness, and then |
| 6 | we can proceed. |
| 7 | (Interpreters sworn.) |
| 8 | GI-YOUNG LEE, |
| 9 | after having been duly sworn by the reporter, pursuant |
| 10 | to stipulation of counsel, was examined and testified |
| 11 | through the interpreter as follows: |
| 12 | MR. ZHANG:  Before we get started, I just |
| 13 | wanted to state for the record that we requested |
| 14 | counsel for Samsung to allow Miss Lee to sit for her |
| 15 | ITC deposition first today on the notice date of that |
| 16 | deposition, and it was expressed to us that Miss Lee |
| 17 | was not being offered for her ITC deposition first, and |
| 18 | that her NDCAL deposition would need to take place |
| 19 | first. |
| 20 | MS. NEILL:  And to be clear, Samsung offered |
| 21 | Ms. Lee's deposition on -- today for the Northern |
| 22 | District of California action and for tomorrow in the |
| 23 | ITC action, and so Samsung requested that the Northern |
| 24 | District of California deposition proceed first. |
| 25 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

31

```
 1        A.    Yes.
 2        Q.    Do you recall giving an interview about your
 3   work on the Galaxy Nexus phone?
 4        A.    Yes.
 5        Q.    And does this article correctly capture the
 6   statements that you made about the Galaxy Nexus design?
 7              MS. NEILL:  Objection, vague.  Are there any
 8   particular statements or all of them related to the
 9   article?
10        Q.    (By MR. ZHANG)  I'm just asking if the
11   article is accurate as to the statements that you made?
12              MS. NEILL:  Objection, vague, compound.
13        A.    It reflects some and not others accurately.
14        Q.    (By MR. ZHANG)  What was the design
15   inspiration for your work on the Galaxy Nexuses?
16              MS. NEILL:  Objection, vague, lacks
17   foundation.
18        A.    Since I did not start participating from the
19   very initial design in that regard, I don't think I'm
20   in a position to talk about the inspiration.
21        Q.    (By MR. ZHANG)  Is it true that the Galaxy
22   Nexus phone has a front surface that is curved?
23              MS. NEILL:  Objection, vague.
24        A.    It is true that it is of a curved design.
25        Q.    (By MR. ZHANG)  What are the benefits of
```

```
 1   having a curved front surface on a phone?
 2              MS. NEILL:  Objection, lacks foundation,
 3   vague, compound.
 4        A.    In my view, because a human face has a
 5   curved feature, I would think, because of that, the
 6   contact between the phone against the surface of the
 7   human face will be smoother, easier.
 8        Q.    (By MR. ZHANG)  Are there any other
 9   benefits?
10              MS. NEILL:  Objection, lacks foundation,
11   vague.
12        A.    I would think there would certainly be other
13   benefits than that, but I can't come up with any others
14   at the moment.
15        Q.    (By MR. ZHANG)  Do you believe that the
16   curved front surface design is more beautiful than a
17   flat front surface design?
18              MS. NEILL:  Objection, vague.
19        A.    I think that would vary depending on the
20   design.
21        Q.    (By MR. ZHANG)  Are there any downsides to
22   having a curved front surface to a phone?
23              MS. NEILL:  Objection, vague.
24        A.    I haven't given that a thought,
25   particularly.
```

```
 1                  C E R T I F I C A T E

 2    DAEWOO            )
                       )
 3    SOUTH KOREA       )

 4              I, Melanie L. Giamarco, Registered
      Professional Reporter and Certified Realtime Reporter,
 5    do hereby certify that the aforementioned witness was
      first duly sworn by me pursuant to stipulation of
 6    counsel to testify to the truth; that I was authorized
      to and did report said deposition in stenotype; and
 7    that the foregoing pages are a true and correct
      transcription of my shorthand notes of said deposition.
 8
                I further certify that said deposition was
 9    taken at the time and place hereinabove set forth and
      that the taking of said deposition was commenced and
10    completed as hereinabove set out.

11              I further certify that I am not attorney or
      counsel of any of the parties, nor am I a relative or
12    employee of any attorney or counsel of any party
      connected with the action, nor am I financially
13    interested in the action.

14              The foregoing certification of this
      transcript does not apply to any reproduction of the
15    same by any means unless under the direct control
      and/or direction of the certifying reporter.

16


17
                IN WITNESS WHEREOF, I have hereunto set my
18    hand this 18th day of February, 2012.

19
                      _____
20                    Melanie L. Giamarco
21                    Certified Realtime Reporter
                      Registered Professional Reporter
22                    Certified Shorthand Reporter

23


24


25
```