# D'AMATO DECLARATION EXHIBIT G FILED UNDER SEAL

BEFORE THE

UNITED STATES INTERNATIONAL TRADE COMMISSION

_____

In the Matter of:          )   Investigation No.

CERTAIN ELECTRONIC DIGITAL )   337-TA-796

MEDIA DEVICES AND          )

COMPONENTS THEREOF         )

_____

Main Hearing Room


United States

International Trade Commission

500 E Street, Southwest

Washington, D.C.


Wednesday, June 6, 2012


Volume 5


    The parties met, pursuant to the notice of the Judge, at 8:46 a.m.


    BEFORE:  THE HONORABLE THOMAS B. PENDER

1  do you recall that?

2     A.    Yes.  I do.

3     Q.    Can you explain to the Court why it is

4  you believe that the bump on the back does not

5  prevent the Galaxy S 4G from infringing, while

6  the -- the curved back of the 3G does -- still

7  does practice the patent in your view?

8     A.    I'm sorry, can you repeat that?

9     Q.    Sure.  That wasn't very good.

10           You were asked about the Galaxy S 4G,

11 correct?

12    A.    Correct.

13    Q.    And the bump on the back?

14    A.    Correct.

15    Q.    And the influence that that bump had

16 or didn't have on your opinion about whether

17 the Galaxy S 4G practices the '757 patent,

18 correct?

19    A.    Correct.

20    Q.    You were also asked about the shape of

21 the back on the iPhone 3G S?

22    A.    That's correct.

23    Q.    And you -- your opinion is that the

24 iPhone 3G S practices the '757 patent, correct?

25    A.    Absolutely.

1   Q.   Can you explain to us why it is you
2   reached those two conclusions and that they're
3   not inconsistent despite the different shapes
4   on the back of the two devices?
5   A.   I believe the overall impression held
6   by an ordinary observer when comparing these
7   phones is driven dominantly by the reflection
8   and transparency of the overall rectangular
9   curved cornered front of the device and its
10  bezels.
11       And that, to me, is a domineering
12  visual element that, in my experience as a
13  designer, trying to understand over the years
14  what made consumers react to the designs, we
15  were -- I was designing -- I've learned that
16  they react to certain things, and that, to me,
17  really is a dominant creator of the overall
18  impression of these phones.
19       MR. BARQUIST:  Thank you.  That's all
20  I have, Your Honor.
21       JUDGE PENDER:  Do you have anything
22  else, Mr. Zeller?
23       MR. ZELLER:  Just a couple questions,
24  Your Honor.
25       JUDGE PENDER:  Okay, please.

```
 1                    RECROSS-EXAMINATION
 2   BY MR. ZELLER:
 3      Q.   You mentioned that you consider the
 4   dominant aspect of these phones, the iPhone, to
 5   be reflection and transparency of the overall
 6   rectangular curved corner shape, do you recall
 7   that?
 8           MR. BARQUIST:  Misstates the
 9   testimony, Your Honor.
10           THE WITNESS:  I believe I mentioned
11   that as part of my description of the overall
12   impression that the ordinary observer would
13   have of the phone, which I believe is
14   represented in the patent.
15           JUDGE PENDER:  Note that I would have
16   overruled the objection, but continue.
17           THE WITNESS:  I'm sorry.
18   BY MR. ZELLER:
19      Q.   As you agreed last time when you
20   testified, D '687 doesn't contain those oblique
21   lines, so it doesn't show a reflection, right,
22   a transparency?
23      A.   I'm sorry?
24      Q.   Do you recall last time you were here
25   you testified that because the oblique shading
```

1    (Whereupon, at 4:48 p.m., the hearing
2    recessed, to reconvene at 8:45 a.m. on
3    Thursday, June 7, 2012.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                     C O N T E N T S

 2   WITNESS             DIRECT CROSS REDIRECT RECROSS STAFF

 3   DR. SAMUEL RUSS      1797   1820   1853     --     1848

 4   ROBERT ANDERS        1862   1901   1917

 5   GREGORY JOSWIAK      1938   1974

 6   KIWON LEE            1983

 7   KIHYUNG NAM          1988

 8   PETER BRESSLER       1992   2021   2048    2051    2053

 9   ROBERT ANDERS        2060

10   ANDRIES VAN DAM      2064   2067

11   PETER BRESSLER        --    2092   2105    2112

12

13             AFTERNOON SESSION: 1917

14

15      CONFIDENTIAL SESSIONS:  1947-1982 and 1996-2076,

16

17                     E X H I B I T S

18                      MARKED   RECEIVED

19   COMPLAINANT

20   CX-2596C............................1952

21   CX-15C..............................1952

22   CX-54...............................1952

23   CX-2384C............................1952

24   CX-2386C............................1952

25   CX-2387C............................1952
```