# D'AMATO DECLARATION
# EXHIBIT H
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 255

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5   APPLE INC., a California
    corporation,

6

                    Plaintiff,

7

    vs.                              CASE NO.   11-cv-01846-LHK

8

    SAMSUNG ELECTRONICS CO.,

9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS

10  AMERICA,INC., a New York
    corporation; SAMSUNG

11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited

12  liability company,

13                  Defendants.
    _____/

14

15        H I G H L Y   C O N F I D E N T I A L

16         A T T O R N E Y S'  E Y E S   O N L Y

17

18     VIDEOTAPED DEPOSITION OF MICHAEL J. WAGNER

19                     VOLUME II

20              PALO ALTO, CALIFORNIA

21              SATURDAY, MAY 12, 2012

22

    BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

23

    CSR LICENSE NO. 9830

24

    JOB NO. 49053

25

Highly Confidential - Attorneys' Eyes Only

Page 513

1    entire market value rule.                              16:28

2           And that's what the law seems to say, and I     16:28

3    just have to accept -- even though I don't agree with  16:28

4    it, that's what the rule is.                           16:28

5           Because it's not the entire revenue rule.       16:28

6    It's the entire market value rule, which to me is a    16:28

7    measure of profits and value.  And yet if you do any   16:28

8    apportionment, then I don't think it's the entire      16:28

9    value.                                                 16:28

10          But that's clearly not what the case law says   16:28

11   and what judges say.                                   16:28

12      Q   Well, you -- what is -- as you understand       16:28

13   what cases say, as long as you do an apportionment of  16:28

14   some type, you're meeting the rule?                    16:28

15      A   No.  You -- even though you've done some        16:28

16   apportionment, that does not mean you're outside of    16:28

17   the entire market value rule.  If you started from the 16:28

18   total profits or sales of the product, you're until    16:29

19   there.                                                 16:29

20      Q   I see.                                          16:29

21          Your -- so your understanding as you're         16:29

22   applying it here for purposes of your criticisms of    16:29

23   Mr. Musika is that the entire market value rule just   16:29

24   prohibits starting with entire profitability at all?   16:29

25      A   Correct.                                        16:29

Highly Confidential - Attorneys' Eyes Only

Page 514

1    Q    All right.                                      16:29

2         Let's -- let's turn, then, to the question of   16:29

3    how Mr. Musika calculates his income ranges for this 16:29

4    reference point.                                     16:29

5         Do you have a criticism of the methods he       16:29

6    uses to -- other than whether it qualifies under the 16:29

7    entire market value rule, whether it is appropriate --16:29

8    I'll stop there.                                     16:29

9    A    Well, I -- yes.  I don't think his method is    16:29

10   appropriate as based on what I've said in my report. 16:29

11   That, again, if you use his approach and just change 16:30

12   certain assumptions, and you do his approach and you 16:30

13   separate out iPad from iPhone, it just doesn't work. 16:30

14   I mean, he would show that Samsung has no value from 16:30

15   using these patents.                                 16:30

16   Q    And what is it that causes you to believe       16:30

17   that you would change the -- what assumptions would  16:30

18   need to change in order for it to have no value?     16:30

19   A    Well, the only assumption I think you need to   16:30

20   change, which is his decision or judgment to use only 16:30

21   a 5 percent tax rate for Samsung, which makes no sense 16:30

22   to me.  He should be using, just like he does for    16:30

23   Apple, the worldwide tax rate.                       16:30

24        And if you just make that one change, my        16:30

25   recollection is it's -- using his approach, Samsung is 16:30

Highly Confidential -  Attorneys' Eyes Only

Page 515

| | | |
|---|---|---|
| 1 | generating no value from these patents. | 16:30 |
| 2 | Q   Do you -- have you actually identified | 16:30 |
| 3 | through discussions with Samsung what tax rate they | 16:30 |
| 4 | pay all in on the Accused Products? | 16:30 |
| 5 | A   No.  I just know it's pursuant to a | 16:31 |
| 6 | negotiation with the federal government as to | 16:31 |
| 7 | arm's-length transfer pricing. | 16:31 |
| 8 | Q   And do you have any reason to disagree with | 16:31 |
| 9 | Mr. Sheppard's testimony that the amount of the profit | 16:31 |
| 10 | or the amount of the tax -- excuse me -- that the -- | 16:31 |
| 11 | let me strike all that. | 16:31 |
| 12 | Do you have any reason to disagree with | 16:31 |
| 13 | Mr. Sheppard's testimony that the amount of the profit | 16:31 |
| 14 | that is to be identified pursuant to the transfer | 16:31 |
| 15 | price discussions with the IRS is 1 percent? | 16:31 |
| 16 | A   I'd need more information to know; but no. | 16:31 |
| 17 | He clearly has better information than I do. But if | 16:31 |
| 18 | that's based on the historic financial results, it | 16:31 |
| 19 | doesn't surprise me.  They haven't made any money.  So | 16:31 |
| 20 | no, it wouldn't surprise me that it's a 1 percent tax | 16:32 |
| 21 | rate. | 16:32 |
| 22 | But if they're making big profits, I don't | 16:32 |
| 23 | think it would be 1 percent.  I cannot believe the | 16:32 |
| 24 | U.S. government has done that. | 16:32 |
| 25 | Q   Well, do you have -- certainly, you don't | 16:32 |

Highly Confidential - Attorneys' Eyes Only

Page 516

| | | |
|---|---|---|
| 1 | have any better information regarding Samsung's U.S. | 16:32 |
| 2 | tax rate than Mr. Sheppard? | 16:32 |
| 3 | A   That's true. | 16:32 |
| 4 | Q   Why do you believe that the use of -- let me | 16:32 |
| 5 | back up. | 16:32 |
| 6 | You agree that the U.S. tax rate is a | 16:32 |
| 7 | relevant question; correct? | 16:32 |
| 8 | A   I believe it's relevant. | 16:32 |
| 9 | Q   The -- so why can't you believe that the | 16:33 |
| 10 | government would do that? | 16:33 |
| 11 | A   Because I -- I would be furious at our | 16:33 |
| 12 | government if they are letting some international | 16:33 |
| 13 | corporation not pay taxes in the United States for | 16:33 |
| 14 | their business they do in the United States.  I would | 16:33 |
| 15 | believe that they have -- they pay the same tax rates | 16:33 |
| 16 | as any corporation in the U.S. | 16:33 |
| 17 | But if they're losing money, they're not | 16:33 |
| 18 | going to pay taxes, just like a U.S. company who | 16:33 |
| 19 | doesn't make money doesn't pay more than 1 percent | 16:33 |
| 20 | taxes. | 16:33 |
| 21 | Q   When you say the same as any U.S. company, | 16:33 |
| 22 | you're talking about, like, a General Electric or | 16:33 |
| 23 | other companies that operate in the U.S.? | 16:33 |
| 24 | A   Well, that's a bad example because they are | 16:33 |
| 25 | international, and they have all the same issues that | 16:33 |

Highly Confidential - Attorneys' Eyes Only

Page 556

1                          J U R A T

2

3

4         I, MICHAEL J. WAGNER, do hereby certify under

5    Penalty of perjury that I have read the

6    foregoing transcript of my deposition taken

7    on May 12, 2012; that I have made such

8    corrections as appear noted herein in ink,

9    initialed by me; that my testimony as

10   contained herein, as corrected, is true and

11   correct.

12

13

14   DATED this _24_ day of ___May_____, 2012,

15   at ___Mountain View_____, California.

16

17

18

19   _____

20                SIGNATURE OF WITNESS

21

22

23

24

25

Highly Confidential - Attorneys' Eyes Only

Page 560

1          E R R A T A    S H E E T

2

3        I, MICHAEL J. WAGNER, make the following

4   changes to my deposition taken in the matter of

5   Apple, Inc., vs. Samsung Electronics, taken on May 12,

6   2012:

7

8   DATE: May 24, 2012

9                                    Signature of Witness

10   Page              Line          Change

11   306               18            "get" s/b "give"

12   455               1             "prove" s/b "improve"

13   457               11            "SGJ" s/b "S,G & A"

14   470               12            "disguised" s/b "discussed"

15   490               22            "day" s/b "data"

16   513               18            "until" s/b "still"

17   517               13             "go over" s/b "generate"

18   548               8              "articles. It" s/b "that"

19

20

21

22

23

24

25