# D'AMATO DECLARATION EXHIBIT J
# FILED UNDER SEAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
     APPLE, INC., a California
 5   corporation,
 6
 7                        Plaintiff,
 8
         -vs-                              No. 11-CV-01846-LHK
 9
     SAMSUNG ELECTRONICS CO., LTD.,
10   a Korean business entity; et al.,
11                        Defendants.
                                       /
12
13    VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD - 30(b)(6)
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15                 SAN FRANCISCO, CALIFORNIA
16                WEDNESDAY, FEBRUARY 29, 2012
17
18
19
20
21   Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575
22               Certified LiveNote Reporter
23
24
25   JOB NO: 47031
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | -oOo- | |
| 3 | (Exhibit Nos. 1918 and 1919 were marked.) | 13:26 |
| 4 | THE VIDEOGRAPHER: Good afternoon. Here | 13:26 |
| 5 | marks the beginning of the deposition for Tim | 13:26 |
| 6 | Sheppard, 30(b)(6) in the matter of Apple, | 13:26 |
| 7 | Incorporated versus Samsung Electronics Company, | 13:26 |
| 8 | Limited et al., in the United States District Court, | 13:26 |
| 9 | Northern District of California, San Jose Division, | 13:26 |
| 10 | case 11-CV-01846-LHK. | 13:26 |
| 11 | Deposition is being held at 425 Market Street | 13:26 |
| 12 | in San Francisco, California on February 29th, 2012 at | 13:26 |
| 13 | approximately 1:26. | 13:26 |
| 14 | I am Aline Mayer, a legal video specialist | 13:26 |
| 15 | from TSG Reporting, headquartered at 747 Third Avenue, | 13:26 |
| 16 | New York, New York, and our court reporter is Louise | 13:26 |
| 17 | in association with TSG Reporting. | 13:26 |
| 18 | Counsel, please introduce yourselves and | 13:26 |
| 19 | state who you represent for the record. | 13:27 |
| 20 | MR. OLSON: Eric Olson from Morrison & | 13:27 |
| 21 | Foerster representing Apple. | 13:27 |
| 22 | MR. SELWYN: Mark Selwyn from WilmerHale also | 13:27 |
| 23 | on behalf of Apple. | 13:27 |
| 24 | MR. ALDEN: Anthony Alden on behalf of Quinn | 13:27 |
| 25 | Emanuel for Samsung and the witness, Tim Sheppard. | 13:27 |

| | | |
|---|---|---|
| 1 | MS. HAN:  Julie Han from Samsung. | 13:27 |
| 2 | THE VIDEOGRAPHER:  The court reporter will | 13:27 |
| 3 | now please swear in the witness. | 13:27 |
| 4 | --oOo-- | |
| 5 | TIMOTHY SHEPPARD, | |
| 6 | having been first duly sworn by the | |
| 7 | Certified Shorthand Reporter to tell | |
| 8 | the truth, the whole truth, and nothing | |
| 9 | but the truth, testified as follows: | |
| 10 | EXAMINATION BY MR. OLSON: | |
| 11 | Q.  Mr. Sheppard, you have been deposed in this | 13:27 |
| 12 | case before, correct? | 13:27 |
| 13 | A.  Correct. | 13:27 |
| 14 | Q.  And have your job responsibilities changed in | 13:27 |
| 15 | a material way since your deposition in January of | 13:27 |
| 16 | this year? | 13:27 |
| 17 | A.  No. | 13:27 |
| 18 | Q.  And is it correct that you are responsible | 13:27 |
| 19 | for accounting functions at Samsung Technology -- | 13:27 |
| 20 | excuse me, Telecommunications America? | 13:27 |
| 21 | A.  Yes. | 13:27 |
| 22 | Q.  And if I refer to that as STA, you would | 13:27 |
| 23 | understand what I was referring to? | 13:27 |
| 24 | A.  Yes. | 13:28 |
| 25 | Q.  Do you have any role in the accounting at | 13:28 |

| | | |
|---|---|---|
| 1 | I don't know where profit is earned in the | 16:36 |
| 2 | whole entire supply chain. | 16:36 |
| 3 | So if manufacturing is -- supplies are in | 16:36 |
| 4 | multiple countries, I don't know where their | 16:36 |
| 5 | individual relative profits lie in the entire supply | 16:36 |
| 6 | chain. | 16:36 |
| 7 | So it could be China, could be the U.S., if | 16:36 |
| 8 | we have supplies in the U.S., making profit that are | 16:36 |
| 9 | selling to Samsung, there's a lot of people involved | 16:36 |
| 10 | in manufacturing handsets. | 16:36 |
| 11 | BY MR. OLSON: | 16:36 |
| 12 | Q.  So in the hypothetical situation in which on | 16:36 |
| 13 | a consolidated basis from STA all the way up through | 16:36 |
| 14 | all the subsidiaries, Samsung collectively is making | 16:36 |
| 15 | 20 percent, the plan by means of the APA is to | 16:37 |
| 16 | transfer between 18 and a half and 19 percent to | 16:37 |
| 17 | entities outside of the United States? | 16:37 |
| 18 | MR. ALDEN:  Objection, assumes facts not in | 16:37 |
| 19 | evidence, vague and ambiguous. | 16:37 |
| 20 | THE WITNESS:  Well, firstly, I don't know | 16:37 |
| 21 | what the actual total consolidated profit is so I | 16:37 |
| 22 | don't know if it's 20 percent.  Sounds like a | 16:37 |
| 23 | wonderful number to get to, but I don't know what the | 16:37 |
| 24 | reality is. | 16:37 |
| 25 | In terms of attempting to move profit, I | 16:37 |

```
 1  don't think that's the way it works.                      16:37
 2         So the negotiation for the APA is really a         16:37
 3  three-party negotiation between the Korean IRS, the       16:37
 4  U.S. IRS and Samsung to say based on our economic         16:37
 5  activity, they hire economists, we hire economists,       16:37
 6  the Korean government hires economists and says based     16:37
 7  on the activity STA does, this is a fair and              16:37
 8  reasonable amount of profit that reflects the activity    16:38
 9  that STA is doing.                                        16:38
10         Based on that, that's how the tax is paid.         16:38
11         So the tax is paid no matter whether STA's         16:38
12  having a good or bad year, guaranteed income to the       16:38
13  U.S. government.                                          16:38
14  BY MR. OLSON:                                             16:38
15      Q.  What I'm trying to understand is the              16:38
16  guarantee is limited to by virtue of the Berry ratio      16:38
17  ultimately approximately one to one and a half            16:38
18  percent; is that correct?                                 16:38
19      A.  Yeah, but it's guaranteed no matter what.         16:38
20         There's no risk from the U.S. government           16:38
21  point of view.  They're in a good position.               16:38
22      Q.  Any other profits go to other entities and        16:38
23  would be paid taxes elsewhere outside the United          16:38
24  States, correct?                                          16:38
25      A.  I don't know if there are profits.  You're        16:38
```

| | | |
|---|---|---|
| 1 | assuming there are profits. | 16:38 |
| 2 | I don't know if there are. | 16:38 |
| 3 | From a U.S. government point of view, the | 16:38 |
| 4 | negotiation is to say there will be profits paid based | 16:38 |
| 5 | on the activity no matter what, rather, there will be | 16:38 |
| 6 | income tax paid no matter what the result of the | 16:38 |
| 7 | activity is being performed. | 16:38 |
| 8 | For other tax jurisdictions, they don't have | 16:39 |
| 9 | that benefit.  There may be profits, may not be | 16:39 |
| 10 | profits. | 16:39 |
| 11 | They have a much higher risk and reward | 16:39 |
| 12 | situation to deal with this. | 16:39 |
| 13 | They may get no tax, may get much more tax. | 16:39 |
| 14 | Q.  If there are profits, taxes are all paid on | 16:39 |
| 15 | those profits somewhere outside the United States? | 16:39 |
| 16 | A.  Taxes paid on profits in the U.S. guaranteed | 16:39 |
| 17 | and probably, I don't know for sure, there may be | 16:39 |
| 18 | taxes paid in other jurisdictions. | 16:39 |
| 19 | Q.  And the amount paid in the U.S. is | 16:39 |
| 20 | approximately a one to one and a half percent of | 16:39 |
| 21 | revenue for STA? | 16:39 |
| 22 | MR. ALDEN:  Objection, assumes facts not in | 16:39 |
| 23 | evidence. | 16:39 |
| 24 | THE WITNESS:  No, the operating margin is | 16:39 |
| 25 | about one and a half percent and the tax rate is | 16:39 |

| | | |
|---|---|---|
| 1 | consider the deposition closed. | 18:14 |
| 2 |     I have nothing further, though. | 18:14 |
| 3 |     THE VIDEOGRAPHER:  Here marks the end of | 18:14 |
| 4 | today's deposition of Tim Sheppard, total number of | 18:14 |
| 5 | tapes used is three.  We are off the record, it's | 18:14 |
| 6 | 6:14. | 18:14 |
| 7 | | |
| 8 | | |
| 9 |     (Whereupon, at 6:14 p.m. the deposition of | |
| 10 | TIMOTHY SHEPPARD was adjourned.) | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 |     TIMOTHY SHEPPARD | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |