# Exhibit 2
# (Submitted Under Seal)

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California       )
     corporation,                    )
 6                                   )
              Plaintiff,             )
 7                                   )
         vs.                         )   No: 11-cv-01846
 8                                   )       LHK
     SAMSUNG ELECTRONICS CO., LTD.,  )
 9   a Korean business entity;       )
     SAMSUNG ELECTRONICS AMERICA,    )
10   INC., a New York corporation,   )
     SAMSUNG TELECOMMUNICATIONS      )
11   AMERICA, LLC, a Delaware        )
     limited liability company,      )
12                                   )
              Defendants.            )
13   _____)
14
15         DEPOSITION OF CHRISTOPHER STRINGER
16            Redwood Shores, California
17            Wednesday August 3, 2011
18
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 40906
```

Page 2

```
 4           August 3, 2011
 5             9:05 a.m.

 8       Videotaped Deposition of
 9   CHRISTOPHER STRINGER, held at Quinn
10   Emanuel, 555 Twin Dolphin Drive,
11   Redwood Shores, California, pursuant
12   to Subpoena before Linda Vaccarezza, a
13   Certified Shorthand Reporter of the
14   State of California.
```

TSG Reporting - Worldwide    877-702-9580

Page 3

```
 1   APPEARANCES:
 3       QUINN EMANUEL URQUHART & SULLIVAN
 4       Attorneys for Samsung Electronics
 5          865 S. Figueroa St., 10th Floor
 6          Los Angeles, California 90017
 7       BY: MICHAEL ZELLER, ESQ.
 8           TAMAR BUCHAKJIAN, ESQ.
 9           MARGRET CARUSO, ESQ.

12       MORRISON & FOERSTER
13       Attorneys for Apple Inc.
14          425 Market Street
15          San Francisco, California 94105
16       BY: MICHAEL A. JACOBS. ESQ.
17           PATRICK ZHANG, ESQ.

22   Also present: Erica Tierney, Apple Inc.
23   Videographer: Adam Del Rio
```

TSG Reporting - Worldwide    877-702-9580

Page 4

```
 1        THE VIDEOGRAPHER: Good
 2   morning. This is the start of the tape
 3   labled Number 1 to the videotaped
 4   deposition of Christopher Stringer in the
 5   matter of Apple, Incorporated versus
 6   Samsung Electronics Company, Limited.
 7        This deposition is being held
 8   at 555 Twin Dolphin Drive on the 5th
 9   floor in Redwood Shores, California, on
10   August 3rd 2011. And the approximate
11   time is 9:31 a.m.
12        My name is Adam Del Rio, the
13   legal video specialist from TSG
14   Reporting. The court reporter today is
15   Linda Vaccarezza from TSG Reporting,
16   headquartered at 747 3rd Avenue, New York
17   City, New York.
18        Counsel and all present please
19   identify yourselves for the record,
20   beginning with the questioning attorney,
21   please.
22        MR. ZELLER: Mike Zeller, Quinn
23   Emanuel for Samsung.
24        MS. BUCHAKJIAN: Tamar Buchakjian,
25   Quinn Emanuel for Samsung.
```

TSG Reporting - Worldwide    877-702-9580

Page 5

```
 1        MS. CARUSO: Margret Caruso, Quinn
 2   Emanuel, for Samsung.
 3        MR. JACOBS: Michael Jacobs,
 4   Morrison Foerster, for Apple.
 5        MR. ZHANG: Patrick Zhang,
 6   Morrison Foerster, for Apple.
 7        MS. TIERNEY: Erica Tierney for
 8   Apple.
 9        THE VIDEOGRAPHER: Thank you.
10   Will the court reporter please administer
11   the oath, and we can proceed.
12
13   C H R I S T O P H E R   S T R I N G E R:
14       called as a witness, having been duly
15       sworn by the Certified Shorthand
16       Reporter, was examined and testified as
17       follows:
18   EXAMINATION BY:
19   MR. ZELLER:
20       Q    Good morning.
21       A    Hi.
22       Q    Have you ever had your deposition
23   taken before?
24       A    Yes.
25       Q    On how many times?
```

TSG Reporting - Worldwide    877-702-9580

2 (Pages 2 to 5)

Page 98

1  Q. Any other purpose?
2  A. No.
3  Q. The iPad does, in fact, have a
4  black border underneath the clear flat surface.
5  True?
6  A. True.
7  Q. The iPad 2 does as well, true?
8  A. It does include a black version,
9  yes.
10  Q. What does the black border do for
11  the iPad?
12     MR. JACOBS: Objection. Vague.
13     THE WITNESS: Our intention is
14  that it creates a seamless black surface
15  on the entirety of the front of the
16  product when the display is off such that
17  when the display is lit, it magically
18  appears in the center of this previously
19  singular black surface.
20  Q. Does the black border of the iPad
21  perform any function at all?
22     MR. JACOBS: Objection. Vague.
23     THE WITNESS: No.
24  Q. Does the black border of the iPad
25  2 perform any function at all?
   TSG Reporting - Worldwide   877-702-9580

Page 99

1     MR. JACOBS: Objection. Vague.
2     THE WITNESS: No, not to my
3  understanding of a described function.
4  Q. What did you do to try to
5  determine whether or not that black border for
6  the iPad and the iPad 2 performed any function?
7  A. The function was aesthetic, as I
8  described.
9  Q. My question is: What did you do
10 to determine whether or not the black border for
11 the iPad and the iPad 2 performed any function?
12    MR. JACOBS: Object to the form of
13 the question.
14    THE WITNESS: We discussed the
15 process of design and we recalled clearly
16 our objective in terms of creating that
17 singular black oily pond-like surface
18 across the front of the product. That
19 was the purpose of the black border.
20 Q. Anything else?
21 A. That was the purpose of the black
22 border.
23 Q. My question is: Did you do
24 anything else to investigate that?
25    MR. JACOBS: Objection. Vague,
   TSG Reporting - Worldwide   877-702-9580

Page 100

1  form.
2     THE WITNESS: I did not do
3  anything other than to discuss with the
4  aforementioned designers.
5  Q. What is underneath the black
6  borders of the iPad product?
7  A. There are structural elements.
8  There are technologies and connecters and buttons
9  at some place beneath the black borders and in
10 front of the rear surface.
11 Q. That's true of the iPad 2 as well,
12 right?
13    MR. JACOBS: Object to the form.
14    THE WITNESS: Yes.
15 Q. Please tell me what's your
16 understanding as to why the display screen itself
17 for the iPad or the iPad 2 doesn't run from edge
18 to edge and it has borders.
19 A. Could you say that again?
20 Q. Please explain for me your
21 understanding as to why the iPad and the iPad 2
22 have a screen that doesn't run all the way to
23 each edge? Why don't they have edge-to-edge
24 display screens?
25 A. We chose to have a complete
   TSG Reporting - Worldwide   877-702-9580

Page 101

1  housing that without any breaks in product lines
2  extends up to the top surface of the product.
3  Q. Are there any technical challenges
4  to having an edge-to-edge display screen for a
5  portable electronic device?
6  A. There are technical challenges in
7  extending glass any amount past the display area
8  that needs to be transparent.
9  Q. It true that you understand a
10 purpose of the black border for the iPad and the
11 iPad 2 is in order to hide the electronic
12 components that are underneath the surface, true?
13 A. There are numerous ways to conceal
14 components beneath the edge of the screen.
15 Q. I'm not asking you about
16 alternatives. My question is: Is it not true
17 that that is, in fact, a purpose of the black
18 border?
19 A. The purpose of the black border is
20 a design goal which is to extend a single
21 monotone plain that resembles an oily pond across
22 the entire front surface of the product such that
23 the display when lit emerges magically from the
24 center.
25 Q. Please tell me yes or no. Does
   TSG Reporting - Worldwide   877-702-9580

26 (Pages 98 to 101)

Page 162

1      "Question: You'll agree with me
2         that the thicknesses of the iPad
3         and the iPad 2 are defined by the
4         technical specifications to be
5         met in a way, can be manufactured
6         and sold to consumers at a cost
7         that consumers will pay?")
8          MR. JACOBS: Objection. Form.
9          THE WITNESS: I don't agree with
10     that statement as stated.
11     Q.   So the design of the iPad and the
12  iPad 2 has the profile of it made in a completely
13  arbitrary thickness independent of technical and
14  cost considerations; is that true? Is that your
15  testimony?
16     A.   What we do is that we define the
17  technical specification as we design the product,
18  which means that we manipulate the technical
19  specifications and invent solutions in order to
20  package them within our designs.
21     Q.   Are any aspects of the design of
22  the iPad and the iPad 2 dictated by functional
23  considerations?
24     A.   No.
25     Q.   You can't think of a single one
              TSG Reporting - Worldwide    877-702-9580

Page 163

1  that is. Is that true?
2          MR. JACOBS: Object to the form.
3          THE WITNESS: As I understand the
4     question.
5     Q.   And the same is true of the iPhone
6  products; is that right? Not a single element of
7  the design of those products is dictated by
8  functional considerations at all, right?
9          MR. JACOBS: Objection. Form.
10         THE WITNESS: The design is
11    defined aesthetically, and we work very
12    hard to find technical solutions to
13    enable and implement the designs.
14    Q.   Can you, as an industrial
15  designer, think of a single advantage, just even
16  one, to having an electronic device that is in
17  the form of a rectangle?
18         MR. JACOBS: Objection.
19         MR. ZELLER: Has even one occurred
20    to you?
21         MR. JACOBS: Object to the form.
22         THE WITNESS: I cannot relate to
23    the question. I do not understand it.
24    Q.   Can you think of any advantage to
25  having an electronic device that has a flat
              TSG Reporting - Worldwide    877-702-9580

Page 164

1  surface?
2          MR. JACOBS: Object to the form.
3          THE WITNESS: I do not believe
4     that iPad -- iPad, the first iPad and the
5     second iPad differ in that one is flat
6     and one is not. It is subjective to the
7     idea that one is better than the other.
8     Q.   Isn't it true that one functional
9  advantage to having electronic devices with a
10 flat surface is that it will sit flat on a table,
11 yes or no?
12    A.   If that is an important criteria,
13 it is arguably so.
14    Q.   So you can't even answer that
15 question whether one functional advantage of
16 having electronic device with a flat surface is
17 that it will sit flat on a table; is that right?
18    A.   It's easier to pick up a device
19 that does not sit flat on a table.
20    Q.   You can't think of a single
21 advantage from having an electronic device that
22 can sit flat on a table, is that your testimony?
23         MR. JACOBS: Object to the form.
24         THE WITNESS: I think the merits
25    of sitting flat on a table are
              TSG Reporting - Worldwide    877-702-9580

Page 165

1     subjective.
2     Q.   So you don't think it's an
3  advantage to having an electronic device that can
4  sit flat on a table as opposed to rolling off of
5  it; is that right?
6          MR. JACOBS: Object to the form.
7          THE WITNESS: Having a surface
8     that is not flat does not indicate that
9     it would ever roll off a flat surface.
10    Q.   Why is it that the back of the
11 iPhone 4 is flat as opposed to the earlier
12 versions of the iPhone? Do you know why?
13    A.   We chose to put glass on both
14 front and back so that we could carry the same
15 aesthetic on both sides of the product.
16    Q.   Isn't it true that one reason why
17 the surface of the back of the iPhone 4 is flat
18 is because consumers complained that the earlier
19 versions of the iPhone had rounded backs and
20 wouldn't sit flat on a table?
21    A.   The reason the back of that phone
22 is flat is because we chose it to have the same
23 aesthetics as the front side of the product and
24 to be made in the same materials in the same
25 manner, giving the same visual appearance.
              TSG Reporting - Worldwide    877-702-9580

42 (Pages 162 to 165)

Page 166

1  Q. I asked you about one reason. You
2 keep on dodging this question. Isn't it true
3 that one reason why the surface of the back of
4 the iPhone four is flat is because consumers
5 complained, consumers complained that the earlier
6 version of the iPhone had rounded backs and
7 wouldn't sit flat on a table?
8  A. That is not the reason why we
9 dictated the design would be flat on the back
10 surface.
11  Q. You keep on saying that is not the
12 reason why. I'm asking you, isn't it true that
13 that was a reason?
14  A. I cannot say that it was a
15 contributing reason.
16  Q. Consumers did make that complaint,
17 true?
18  A. I do not know exactly what
19 complaints consumers made. I do not have a
20 recollection within the time frame.
21  Q. You say exactly. You know you
22 know full well that consumers complained about
23 that, don't you, generally?
24  A. I do not have a clear, dated
25 memory of when I may or may not have heard
TSG Reporting - Worldwide    877-702-9580

Page 167

1 feedback. I have also never -- it has never been
2 dictated to us that we respond to consumer
3 comments.
4  Q. I'm not asking about what's been
5 dictated to you. I'm asking you about advantages
6 and disadvantages of designs. Do you not --
7 don't you have enough information to be able to
8 talk about what an advantage or disadvantage
9 might be of a design?
10  MR. JACOBS: Object to the form.
11  THE WITNESS: We discuss every
12  detail of designs.
13  Q. Can you imagine any circumstance,
14 any one at all where it might be advantageous to
15 have an electronic device with a flat surface?
16  MR. JACOBS: Object to the form.
17  THE WITNESS: I can see so many
18  different ways a product can be. I do
19  not -- I don't think that way.
20  Q. So when you approach your design
21 functions there at Apple, you make the designs
22 100 percent completely arbitrary, divorced
23 entirely from purpose, function, cost or
24 manufacturability of the devices; is that true?
25  MR. JACOBS: Objection. Form.
TSG Reporting - Worldwide    877-702-9580

Page 168

1  THE WITNESS: Our purpose is to
2  make strong, iconic, beautiful products.
3  We take into account many factors and
4  trade-offs can be made.
5  Q. Tell us what factors you take into
6 account.
7  MR. JACOBS: In general, Counsel,
8 or --
9  MR. ZELLER: Yeah.
10  MR. JACOBS: -- in connection with
11  a particular product?
12  MR. ZELLER: In general.
13  THE WITNESS: We take.
14  MR. JACOBS: Object to the form.
15  THE WITNESS: We take into account
16  what you may use it for, what you may use
17  it to do, its weight, and each of those
18  things are very broad, broad topics.
19  Q. Do you take into account
20 manufacturability ever?
21  A. We are constantly inventing ways
22 to realize our designs.
23  Q. Have there ever been times when
24 technical solutions could not be found for a
25 design that you envisioned there at Apple?
TSG Reporting - Worldwide    877-702-9580

Page 169

1  A. I do not -- I am not able to be
2 specific about any instance, but I am sure that
3 at some point, that has occurred.
4  Q. Why is it for the iPad, the iPad 2
5 and the iPhones, that Apple chose to put those
6 products in the common shape of a rectangle?
7  A. We wanted to produce a very pure
8 and simple iconic shape that distinguished itself
9 from everything that had gone before it that had
10 not been clean, simple, elegant rectangles.
11  Q. Any other reason?
12  A. We chose to make instant iconic
13 statements that could be easily recognizable by
14 consumers.
15  Q. So the fact that those products
16 have display screens is completely unrelated to
17 the fact that they are in a rectangular shape
18 generally; is that true?
19  A. That's true, because the display
20 screen does not define the outside shape of that
21 product.
22  Q. I didn't say defined. I said
23 completely unrelated altogether. Is that your
24 testimony?
25  A. Yes.
TSG Reporting - Worldwide    877-702-9580

43 (Pages 166 to 169)

Page 174

1  that you've now given for display screen.  What's
2  the shape of them?
3       A.   What's the shape of which?  Could
4  you be specific?
5       Q.   Start with the first one you had,
6  just go through them in order.
7       A.   The active area is essentially
8  rectangular.
9       Q.   What about the other display
10 screen definitions you've given, what shape are
11 those?
12      A.   The LCD module is predominantly
13 rectangular but it can have surfaces removed,
14 notched.  There can be mounting tabs.  There can
15 be pockets and recesses, and it can vary in
16 thickness over the entire area, depending on
17 where the electronics may be housed, which can
18 all be manipulated to fit in to a design of any
19 given shape.
20      Q.   Let's think of display screen in
21 the sense that a consumer using the iPad and iPad
22 2 would give to it.  What's the shape of that
23 display screen from a consumer perspective?
24           MR. JACOBS:  Objection.  Form.
25           THE WITNESS:  The visual portion
   TSG Reporting - Worldwide    877-702-9580

Page 175

1  of the display screen is rectangular.
2       Q.   Is there any relationship at all
3  between the fact that the active area, the active
4  screen of the display screen, as you've now
5  defined it, is rectangular and the fact that the
6  overall product form is rectangular?
7            MR. JACOBS:  Objection.  Vague.
8            THE WITNESS:  No.
9       Q.   And the same is true of the iPhone
10 as well; is that right?
11      A.   Correct.
12      Q.   Why are the corners of the iPad
13 and the iPad 2 rounded?
14      A.   It's an aesthetic decision.
15      Q.   Are there any advantages to
16 consumers to having rounded corners?
17           MR. JACOBS:  Objection.  Form.
18           THE WITNESS:  We set out to make a
19      beautiful, iconic, instantly recognizable
20      object, and that was our aesthetic
21      decision.
22      Q.   Are there any functional
23 advantages or any manufacturing advantages or any
24 cost manufacturings -- cost advantages of any
25 kind for having a tablet product that has rounded
   TSG Reporting - Worldwide    877-702-9580

Page 176

1  corners?
2       A.   It is disadvantage for the cost of
3  the tablet to have rounded corners.
4       Q.   You did hear my question, right?
5  Was something -- was there something unclear
6  about my question to you?
7       A.   You asked if there were
8  advantages.
9            MR. JACOBS:  The question was
10      compound, Counsel, and the witness
11      properly dissected it.  You want to
12      divide it up, maybe you won't get answers
13      you're not happy with.
14           MR. ZELLER:  I asked if there were
15      any functional advantages.  You heard
16      that word, right?
17           THE WITNESS:  I heard that word.
18      Q.   So why did you point out a
19 disadvantage?
20      A.   Because it is the opposite of
21 advantage which would indicate that it was not an
22 advantage.
23      Q.   Let's just start with some simple
24 questions.  Tell me yes or no.  Can you think of
25 a single advantage, functional advantage of any
   TSG Reporting - Worldwide    877-702-9580

Page 177

1  kind to having rounded corners for a tablet
2  computer product?
3            MR. JACOBS:  Objection.  Form.
4            THE WITNESS:  Rounded corners is a
5       generic expression.  There are small
6       rounded corners, there are big rounded
7       corners.  I find it a subjective
8       question.
9       Q.   So you can't answer that
10 question.  It just doesn't make any sense to you;
11 is that true?
12      A.   True.
13      Q.   We need to change tapes.
14           MR. JACOBS:  Let's break.
15           THE VIDEOGRAPHER:  This marks the
16      end of Tape Number 2 in today's
17      deposition of Christopher Stringer.  The
18      time is 3:02 p.m. and we are off the
19      record.
20      (recess taken from 3:02
21           THE VIDEOGRAPHER:  This marks
22      the beginning of Tape Number 3 of today's
23      deposition of Christopher Stringer.  The
24      time is 3:15 p.m. and we are on record.
25 BY MR. ZELLER:
   TSG Reporting - Worldwide    877-702-9580

Page 182

1 important?
2    A.  I do not recall any breakdown of
3 which particular characteristics of a design
4 would have attracted consumers nor --
5    Q.  Whether or not you recall any
6 breakdown, do you have any knowledge or
7 information on that subject?
8    A.  You're asking me about specific
9 portions of a design, so you're asking me for a
10 specific breakdown.  I do not understand the
11 question any other way.
12    Q.  Do consumers consider it to be
13 important from a design perspective, an aesthetic
14 perspective, that the iPhone and the iPad
15 products are rectangular?
16    A.  No, I've never seen any comment of
17 that nature.
18    Q.  Do consumers consider it to be
19 important from an aesthetic or design perspective
20 that the iPhone and the iPad products have
21 rounded corners?
22    A.  I do not --
23       MR. JACOBS:  Objection.  Form.
24       THE WITNESS:  -- have any survey
25    data of that particular issue.
      TSG Reporting - Worldwide    877-702-9580

Page 183

1    Q.  So you don't know?
2    A.  When you refer to "rounded," I
3 imagine a multitude of shapes.  You need to be
4 more specific in what I'm comparing them to.
5    Q.  I'm not comparing it to anything.
6 I'm asking about the rounded corners that the
7 iPhone and the iPad products use.
8       Do you have any information or
9 information as to whether or not consumers
10 consider it to be important, from an aesthetic or
11 design perspective, that those products have
12 rounded corners?
13    A.  My understanding of what you're
14 referring to regarding rounded corners is the
15 front view of the product, whereas a more
16 sophisticated understanding of design would
17 interpret the surface, the entirety of the back
18 form, it is a singular surface.
19       The fact that we have one surface
20 that envelopes the entire back of the product and
21 the size of the product creates a very simple
22 appearance.
23    Q.  And from your perspective, it's
24 important to consumers, so far as the design or
25 the aesthetics of the phone, that those are all
      TSG Reporting - Worldwide    877-702-9580

Page 184

1 of one piece; is that true?
2    A.  We designed something that we
3 thought was most beautiful as the singular volume
4 free of complication such that it is a very calm
5 and attractive object.
6    Q.  Do you have knowledge or
7 information as to whether any particular elements
8 or features of the designs of the iPhone or the
9 iPad products are important to consumers?
10    A.  Could you tell me what you mean by
11 "features" in this instance?
12    Q.  It's unclear to you?
13    A.  Yes.
14    Q.  Do you know what the word
15 "element" means?
16    A.  Yes.
17    Q.  That was part of my question, too.
18    A.  Uh-huh.
19    Q.  So do you know what a "design
20 element" is?
21    A.  I have my understanding of what
22 that means.
23    Q.  Do you have any knowledge or
24 information as to whether any particular design
25 elements of the iPad or the iPhone products are
      TSG Reporting - Worldwide    877-702-9580

Page 185

1 important to consumers?
2    A.  I know that the complete solution
3 is attractive to consumers.  I do not have
4 information that breaks down feature by feature,
5 element by element, to what degree the consumer
6 responds positively to that product.
7    Q.  You mentioned earlier that Apple
8 was making to look -- make the designs look calm
9 and attractive.
10       Please tell me what that means?
11    A.  We strive towards simplification.
12 In many instances, that means removing parts,
13 integrating parts, and generally creating
14 something that is the least that it can be.
15    Q.  What do you mean by "the least it
16 can be"?
17    A.  The iPad is essentially two parts,
18 the housing and the clear glass front, with just
19 one gap between those two parts, which is quite
20 unique for a product.  It is entirely unique, in
21 my understanding, of products that previously
22 existed in this category.  That is the kind of
23 simplicity that I'm referring to.
24    Q.  Anything else?
25    A.  That is the biggest most
      TSG Reporting - Worldwide    877-702-9580

47 (Pages 182 to 185)

Page 206

1  Uh-huh.
2     Q.  And, specifically, it's the front
3  surface of the first iPhone along with a -- at
4  least the bezeled portion of it inside profile?
5     A.  That is correct.
6     Q.  Let me show you what was
7  previously marked as Exhibit 7, which is U.S.
8  design Patent 618677.
9        Do you recognize this document?
10    A.  Yes.
11    Q.  What do you recognize this
12 document as?
13    A.  The first iPhone.
14    Q.  And, specifically, you recognize
15 this as the front surface of the first iPhone,
16 and in this view doesn't depict the bezel?
17    A.  Yes.
18    Q.  You'll see that Exhibit 7 has a
19 list of inventors?
20    A.  Yes.
21    Q.  And if I asked you the same
22 questions about who participated and contributed
23 what in terms of the ideas and the designs that
24 are depicted here in Exhibit 7, you would give me
25 the same answers?
   TSG Reporting - Worldwide    877-702-9580

Page 207

1     A.  I would give you the same answers
2  of the related question that you asked regarding
3  the iPad.
4     Q.  In other words, you can't break it
5  out into a particular person's specific
6  contribution, right?
7     A.  It is the product of this team.
8     Q.  And the same is true of Exhibit
9  6.  If I were to ask you those questions, you
10 would give me the same answer?
11    A.  That is correct.
12    Q.  Focusing your attention on Exhibit
13 6 and 7.  You'll see that the speaker slot is
14 located in a particular position?
15    A.  I see it.
16    Q.  Why was the slot put in that
17 position?
18    A.  Because it was the most calm and
19 simple impression that we could create for that
20 feature on the front face of the product.
21    Q.  Are there any user constraints
22 that you're aware of concerning the placement of
23 the speaker slot on the phone?
24    A.  Repeat the question.
25    Q.  Sure.  Are there any user
   TSG Reporting - Worldwide    877-702-9580

Page 208

1  constraints or any other constraints that you're
2  aware of about where a slot for the speaker that
3  goes to the ear of a phone can be located?
4     A.  If you really think about it, you
5  could put it pretty much anywhere.
6     Q.  Are there any constraints that you
7  know, from a technical or commercial viability
8  perspective, on the placement?
9     A.  It would be more commercial viable
10 to put it to the left a little.
11    Q.  Why is the shape of the ear piece
12 hole in a -- with kind of rounded edges?
13    A.  Excuse me?  Why?
14    Q.  Why is the shape of this ear piece
15 hole in a slot shape?
16    A.  It is a slot shape for aesthetic
17 reasons, and that it's a very simple, calm shape
18 that allowed us to get an opening over the
19 location where the receiver is on the product.
20    Q.  What's the purpose of that
21 opening?
22    A.  There is a need not to occlude the
23 path of the sound.
24    Q.  It's the hole where people put
25 their ear up to the phone to hear, right?
   TSG Reporting - Worldwide    877-702-9580

Page 209

1     A.  That is correct.
2     Q.  Were there alternative designs
3  that Apple considered where the ear hole there,
4  the slot was in places other than the upper half
5  of the phone?
6     A.  I believe there were some concepts
7  where the slot was not on the front face, if that
8  answers your question.
9     Q.  From your perspective, is it
10 important from a design perspective where this
11 ear hole slot is placed on a design?
12    A.  From a design perspective?
13    Q.  Yes?
14    A.  From an aesthetic --
15    Q.  Right?
16    A.  -- purpose?  We found this to be
17 the most attractive location and -- yeah.
18    Q.  Let me ask you this:  Assuming
19 that the ear hole slot was moved up higher on the
20 phone, on the front surface of the phone than
21 what's depicted here near the top, from your
22 perspective, would that make the design
23 substantially different or would it still be
24 substantially the same?
25    A.  Substantially the same.
   TSG Reporting - Worldwide    877-702-9580

53 (Pages 206 to 209)

Page 322

1  but I do recall exhaustive meetings discussing
2  what form factor we would want of such a device.
3      Q.  And how about the aesthetic
4  aspects of the device, where did those come from?
5      A.  We, the team that is credited on
6  the patent documents, all -- actually, I just
7  went blank and forgot the question.
8      Q.  How were the aesthetic aspects of
9  the device?
10     A.  Yeah.  Those mentioned in the
11 design team were all active participants in
12 thrashing through and creating, representing
13 ideas, either verbally or in sketches or in
14 whatever way you choose to.  There are no rules.
15 It is a very free-flowing, very creative.  The
16 design team has been together.  Essentially, we
17 have been accumulating designers in the last 18
18 years.  I've been there nearly 16.  Many of us,
19 we have never lost a designer that we truly value
20 in that period of time.  So that the level of
21 discussion is very free-flowing, very natural,
22 and very much in tune where we have a very
23 productive dynamic.
24     Q.  With respect to the iPhone, was
25 the general process that you've described
         TSG Reporting - Worldwide    877-702-9580

Page 323

1  followed?
2      A.  Yes.
3      Q.  And so it's a little nearer in
4  time, can you describe in general how the iPhone
5  was designed, the process of design for the
6  iPhone?
7      A.  The original iPhone or all the
8  iPhones?
9      Q.  Let's start with the original
10 iPhone, the one that's reflected in the design
11 patents that are before us today, the 087 and 677
12 design patents.
13     A.  How it was designed?
14     Q.  Let me ask a slightly different
15 question.
16     A.  Can you ask a more specific
17 question?
18     Q.  You talked about in connection
19 with the iPad this idea of an oily puddle?
20     A.  Uh-huh.
21     Q.  What -- do you have a similar --
22 do you have a formulation to describe the design
23 aesthetic or your design goal for the original
24 iPhone?
25     A.  The iPhone was leveraging that
         TSG Reporting - Worldwide    877-702-9580

Page 324

1  idea heavily in that we wanted to have that same
2  black, mysterious, oily surface that projected
3  the full extent of the front face of the product
4  which the magical experience of the display
5  appearing, and to be able to interact with it.
6  Also, we wanted to create this strong looking
7  metal band around the perimeter of the product,
8  which we call the metal bezel, which is an
9  uninterrupted surface that extrudes all the way
10 around the product, and not being affected by any
11 other features, whether that be IO's, switches or
12 speaker details, so that we had a very distinct,
13 clear icon that you could recognize readily from
14 a good long range indisputably an Apple product.
15         I think it has to be added that
16 you may note that our products rely on this
17 maniacal design process in order to get a strong,
18 marketable icon that represents a product in an
19 entirely new way such that we do not even need to
20 put our brand on the front of the product, which
21 we do not do on iPods or iPhones or iPads.
22         MR. JACOBS:  I have no further
23     questions.  I do want to note that we
24     have brought with us, in case you had
25     wanted to ask, a secure computer with CAD
         TSG Reporting - Worldwide    877-702-9580

Page 325

1  designs on it so that the witness could
2  be asked about CAD designs, and I'm
3  holding it for the video camera now.
4  Other than that, I think we are done.
5      MR. ZELLER:  And we obviously
6  reserve our rights and I think you intend
7  to leave, if I understand things
8  correctly.
9      MR. JACOBS:  Off the record.
10     THE VIDEOGRAPHER:  This marks the
11 end of Tape Number 5 of five and
12 concludes today's deposition of
13 Christopher Stringer.  The time is
14 7:04 p.m. and we are off the record.
15    (Time noted:  7:04 p.m.)
16
17
18    _____
19       CHRISTOPHER STRINGER
20
21 Subscribed and sworn to before me
22 This      day of          , 2011.
23 _____
24
25
         TSG Reporting - Worldwide    877-702-9580

82 (Pages 322 to 325)

Page 326

1       C E R T I F I C A T E
2       STATE OF CALIFORNIA     )
3                               )
4       COUNTY OF SAN FRANCISCO )
5           I, LINDA VACCAREZZA, a Certified
6       Shorthand Reporter for the State of
7       California, do hereby certify:
8           That CHRISTOPHER STRINGER, the
9       witness whose deposition is hereinbefore
10      set forth, was duly sworn by me and that
11      such deposition is a true record of the
12      testimony given by such witness.
13          I further certify that I am not
14      related to any of the parties to this
15      action by blood or marriage; and that I
16      am in no way interested in the outcome of
17      this matter.
18          IN WITNESS WHEREOF, I have hereunto
19      set my hand this 3rd day of
20      August, 2011.
21
22      _____
23       LINDA VACCAREZZA, CSR. NO. 10201
24
25
        TSG Reporting - Worldwide    877-702-9580

Page 327

1       -------------I N D E X---------------
2       WITNESS      EXAMINATION BY     PAGE
3       C. STRINGER  MS. MOSER           5
4       --------------EXHIBITS----------------
5       PLAINTIFF'S                    PAGE
6       Exhibit 47
7       Hand-drawn Sketch...................35
8
9       Exhibit 48
10      Multipaged Document Bates stamped
11      APLNDC 00014225 through '14228......85
12
13      Exhibit 49
14      Apple Confidential - Need to Know
15      Vision..............................105
16
17      Exhibit 50
18      Multi-Paged Document of Images of
19      Smartphones and Computer
20      Tablets.............................236
21
22
23      Exhibit 51
24      Tablet Device.......................251
25
        TSG Reporting - Worldwide    877-702-9580

Page 328

1       EXHIBITS (CONT'D)
2
3       Exhibit 52
4       Tablet Device.......................252
5
6       Exhibit 53
7       Color Photocopy of Tablet..........253
8
9       Exhibit 54
10      Color Copy of Tablet Device........255
11
12      Exhibit 55
13      Color Photocopy of PVD Device.....260
14
15      Exhibit 56
16      HP Device Specification...........267
17
18      Exhibit 57
19      Various Drawing Designs............268
20
21      Exhibit 58
22      Various Drawing Designs..........283
23
24      Exhibit 59
25      Drawing Design..................288
        TSG Reporting - Worldwide    877-702-9580

Page 329

1       EXHIBITS (CONT'D)
2
3       Exhibit 60
4       Screen shot of File Names........306
5
6       Exhibit 61
7       Multi-Page Document bearing Bates
8       Numbers APLNDC 00014237 through
9       '14244............................306
10
11      Exhibit 62
12      Multi-Paged Document bearing Bates
13      Number APLNDC 0004232 through
14      14236.............................306
15
        TSG Reporting - Worldwide    877-702-9580