Exhibit 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION

 3    APPLE, INC., a California
      corporation,
 4                                              CASE NO.
              Plaintiff,                        11cv01846-LHK
 5
      v.
 6
      SAMSUNG ELECTRONICS, CO., LTD., a
 7    Korean business entity; SAMSUNG
      ELECTRONICS AMERICA, INC., a New
 8    York corporation; SAMSUNG
      TELECOMMUNICATIONS AMERICA, LLC,
 9    a Delaware limited liability
      company,
10
              Defendants.
11    _____

12    SAMSUNG ELECTRONICS, CO., LTD., a
      Korean business entity; SAMSUNG
13    ELECTRONICS AMERICA, INC., a New
      York corporation; SAMSUNG
14    TELECOMMUNICATIONS AMERICA, LLC,
      a Delaware limited liability
15    company,

16            Counterclaim-Plaintiffs,

17    v.

18    APPLE, INC., a California
      corporation,
19
              Counterclaim-Defendant.
20

21        *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22            VIDEOTAPED PERSONAL DEPOSITION OF:
                         JUNGMIN YEO
23
                       February 2, 2012
24                       Kim & Chang
                       Seoul, South Korea
25              9:51 a.m. - 3:29 p.m.
```

### Page 2

```
 1   APPEARANCES:

 2
     For the Plaintiff/Counterclaim-Defendant, Apple, Inc.
 3
              MORRISON FOERSTER
 4            By:  Patrick Zhang, Esq.
              425 Market Street
 5            San Francisco, California 94105-2482
              (415) 268-7000
 6
                    -and-
 7
              MORRISON FOERSTER
 8            By:  Sun Park, Esq.
              555 West 5th Street
 9            Suite 3500
              Los Angeles, California 90013-1024
10            (213) 892-5200

11
12   For the Defendants/Counterclaim-Plaintiffs, the Samsung
     entities:
13
              QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
14            By:  Eric E. Wall, Esq.
              50 California Street
15            22nd Floor
              San Francisco, California 94111
16            (415) 875-6600

17
18   Also present:

19            Rosa W. Kim, Samsung
              Jamie Wright, Lead Interpreter
20            Hyesun Sunny Lee, Check Interpreter
              RJ Buckler, Videographer
21            Michael E. Miller, Court Reporter

22
23
24
25
```

### Page 3

```
 1                     I N D E X
     WITNESS:                                          PAGE
 2   JUNGMIN YEO

 3   Examination by BY MR. ZHANG                          6

 4
                        E X H I B I T S
 5
     NUMBER        DESCRIPTION                         PAGE
 6
     Exhibit 1343      "Stylist" Document                12
 7                     (SAMNDCA10473738 - SAMNDCA10473741)

 8   Exhibit 1344 *    Apple iPad                        18

 9   Exhibit 1345 *    Samsung Galaxy Tab 10.1           35

10   Exhibit 1346 **   Samsung Tablet Model 1            50

11   Exhibit 1347 **   Samsung Tablet Model 14           54

12   Exhibit 1348 **   Samsung Tablet Model 17           54

13   Exhibit 1349      Color Photographs of Galaxy Tab 10.1b  58

14   Exhibit 1350      Blog Post from Samsung Website    60

15   Exhibit 1351      E-mail                            69
                       (SAMNDCA10472951 - SAMNDCA10472953)
16
     Exhibit 1352      E-mails                           71
17                     (SAMNDCA10247373 - SAMNDCA10247378)

18   Exhibit 1353      Best Buy Task Force Document      78
                       (SAMNDCA10154003 - SAMNDCA10154053)
19
20     * (Physical exhibit retained by counsel for Apple)
21     ** (Physical exhibit retained by counsel for Samsung)
22
23
24
25
```

### Page 4

```
 1               PROCEEDINGS
 2        (February 2, 2012 at 9:51 a.m.)
 3        THE VIDEOGRAPHER:  My name is RJ Buckler, a
 4   Certified Legal Video Specialist with American Realtime
 5   Court Reporters in Asia.  The date today is
 6   February 2nd, 2012, and the time is approximately 9:51.
 7        This deposition is being held in the office
 8   of Kim & Chang, located at the Daewoo office on the
 9   second floor in Seoul, South Korea.  The caption of this
10   case is Apple, Incorporated vs. Samsung
11   Electronics Co. Ltd., et al., held in the United States
12   District Court, Northern District of California, the
13   San Jose Division, with a case number of 11cv10846-LHK.
14        The name of the witness is JungMin Yeo,
15   testifying in her personal capacity.
16        The court reporter today is Mike Miller, also
17   with American Realtime Court Reporters in Asia.
18        At this time I would ask all counsel and
19   interpreters to please state their appearances and whom
20   they represent for the record.
21        MR. ZHANG:  Patrick Zhang from Morrison &
22   Foerster on behalf of Apple, and with me is Sun Park.
23        MR. WALL:  Eric Wall of Quinn Emanuel for the
24   Defendants.  With me, but not present in the room
25   currently, is Rosa Kim of Samsung Electronics.
```

### Page 5

```
 1        LEAD INTERPRETER:  Jamie Wright, lead
 2   interpreter.
 3        CHECK INTERPRETER:  Hyesun Lee, checker
 4   interpreter, certified court interpreter.
 5        THE VIDEOGRAPHER:  Would counsel please state
 6   any stipulations for the record.
 7        MR. ZHANG:  We understand that the court
 8   reporter is not authorized to administer oaths in this
 9   venue.  Nevertheless, we request that he administer the
10   oath, and we stipulate that we waive any objection to
11   the validity of the deposition based on the oaths.
12        MR. WALL:  Defendants agree.
13        THE WITNESS:  I have a question:  Should I
14   look at the camera, or should I look at the counsels
15   specifically?
16        MR. WALL:  Please look at the camera.
17        THE WITNESS:  Yes.
18        THE VIDEOGRAPHER:  Thank you.  At this time,
19   our court reporter will swear in the witness and
20   interpreters and then we can proceed.
21        (Interpreters sworn.)
22
23
24
25
```

Page 38

1  BY MR. ZHANG:
2      Q.   And in the design process for the Galaxy
3  Tab 10.1, did you ever consider an alternate design that
4  didn't have rounded corners?
5      A.   No.
6      Q.   Are you aware of any disadvantages related to
7  having a tablet design with rounded corners?
8      A.   Can you repeat once more?
9           LEAD INTERPRETER:  Do you want me to repeat
10 your question?
11          MR. ZHANG:  Yes, please.
12     A.   So disadvantages of the tablet with the rounded
13 corners?
14 BY MR. ZHANG:
15     Q.   Yes.
16     A.   No.
17     Q.   Do rounded corners take away interior space for
18 components?
19          MR. WALL:  Objection to form.
20     A.   Yes.
21 BY MR. ZHANG:
22     Q.   Are rounded corners a more complex shape that's
23 more difficult to manufacture commercially?
24          MR. WALL:  Objection to form, assumes facts
25 not in evidence.

Page 39

1      A.   The question is too broad, and it's case by case.
2  BY MR. ZHANG:
3      Q.   What about the transparent surface that covers
4  the front of the Galaxy Tab 10.1?  Are you aware of any
5  advantages of that particular feature?
6           MR. WALL:  Objection to form.
7      A.   What do you mean by "transparent surface"?
8  BY MR. ZHANG:
9      Q.   I mean the translucent covering that's on top of
10 the screen and the black area.
11          MR. WALL:  Objection to form.
12     A.   Are you talking about the window?
13 BY MR. ZHANG:
14     Q.   Okay.  We can call it the window.
15     A.   So what part of window are you talking about?
16 I'm not really understanding the terms that you're using
17 here.
18     Q.   Sure.  So is there an advantage to using a clear
19 window over the entire front surface of a device rather than
20 a more traditional frame over a screen?
21          MR. WALL:  Objection to form, lacks
22 foundation, assumes facts not in evidence.
23     A.   I'm sorry, but I'm not really understanding your
24 question.  So are you talking about this one, this portion
25 that is consisting of one part?

Page 40

1  BY MR. ZHANG:
2      Q.   So I'm talking about the clear window that covers
3  the front of the Galaxy Tab 10.1 as opposed to a design
4  that's more like, you know, the computer that's in front of
5  you, like this kind of raised frame over a screen.
6           MR. WALL:  Objection to form.
7      A.   Okay.
8  BY MR. ZHANG:
9      Q.   Are you aware of any advantages of the Galaxy Tab
10 design over the more traditional frame design that I just
11 described?
12          MR. WALL:  Objection to form, assumes facts
13 not in evidence.
14     A.   Can you repeat it?
15          LEAD INTERPRETER:  Do you want me to repeat
16 it?
17          MR. ZHANG:  Yes, please.
18          MR. WALL:  Please repeat my objection.
19     A.   Are you talking about strength of the frame
20 design?
21          MR. WALL:  Hold on, can we just -- I wanted
22 to talk about an issue of -- can we just go off the
23 record for a minute?  I just want to talk about
24 translation issue.
25          MR. ZHANG:  Okay.

Page 41

1           THE VIDEOGRAPHER:  We're going off the
2  record.  The time is 11:37.
3           (Discussion off the record.)
4           THE VIDEOGRAPHER:  The time is 11:38.  We are
5  back on the record.
6           THE WITNESS:  So should I answer?
7           MR. WALL:  Well, do you want to just repeat
8  the question?
9           MR. ZHANG:  Let me repeat the question.
10 BY MR. ZHANG:
11     Q.   Are you aware of any advantages of the clear
12 window design for the Galaxy Tab 10.1 over the more
13 traditional frame design that we just discussed?
14          MR. WALL:  Objection to form, assumes facts
15 not in evidence.
16     A.   Yes.
17 BY MR. ZHANG:
18     Q.   What are they?
19     A.   The traditional method or design is too broad
20 term for me, so I can't really compare this design with the
21 traditional method because I don't know what exactly a
22 traditional method or design is.
23          But if I can just talk about this itself, this is
24 just one part, it's aesthetically beautiful and it also cuts
25 the cost.

```
                                                    Page 86                                                         Page 87
 1  (Counsel representing this witness should arrange for        1             C E R T I F I C A T E
    reading and signing and thereafter distribute copies of the
 2  signed Errata sheet to opposing counsel without involvement  2   SEOUL            )
    of the court reporter.)                                                           )
 3                                                               3   KOREA            )

 4  STYLE OF CASE:    Apple v. Samsung (ND CAL)                  4        I, Michael E. Miller, Registered Diplomate
                                                                     Reporter, Certified Realtime Reporter, do hereby certify
 5  DEPOSITION OF:    JUNGMIN YEO                                5   that the aforementioned witness was first duly sworn by
                                                                     me pursuant to stipulation of counsel to testify to the
 6  TAKEN:            February 2, 2012                           6   truth; that I was authorized to and did report said
                                                                     deposition in stenotype; and that the foregoing pages
 7             E R R A T A   S H E E T                           7   are a true and correct transcription of my shorthand
                                                                     notes of said deposition.
 8  Page    Line  Change              Reason                     8
                                                                          I further certify that said deposition was
 9  ____    ____  _____              9   taken at the time and place hereinabove set forth and that
                                                                     the taking of said deposition was commenced and completed as
10  ____    ____  _____             10   hereinabove set out.

11  ____    ____  _____             11        I further certify that I am not attorney or
                                                                     counsel of any of the parties, nor am I a relative or
12  ____    ____  _____             12   employee of any attorney or counsel of any party connected
                                                                     with the action, nor am I financially interested in the
13  ____    ____  _____             13   action.

14  ____    ____  _____             14        The foregoing certification of this
                                                                     transcript does not apply to any reproduction of the same by
15  ____    ____  _____             15   any means unless under the direct control and/or direction
                                                                     of the certifying reporter.
16  ____    ____  _____             16

17  ____    ____  _____             17        IN WITNESS WHEREOF, I have hereunto set my

18  ____    ____  _____             18   hand this February 3, 2012.

19  ____    ____  _____             19

20  ____    ____  _____             20

21  ____    ____  _____             21
                                                                     _____
22  I hereby certify that I have read my deposition and that it 22   MICHAEL E. MILLER
    is true and correct subject to any changes in form or            Certified Realtime Reporter
23  substance entered here.                                     23   Registered Diplomate Reporter
                                                                     Realtime Systems Administrator
24  _____     _____           24
25  Date                       JUNGMIN YEO                      25
```