Exhibit 5

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 260

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3              SAN JOSE DIVISION
4  APPLE INC., a California
   Corporation,
5
              Plaintiff,           Case No.
6
     vs.                           11-CV-01846-LHK
7
   SAMSUNG ELECTRONICS CO., LTD.,
8  a Korean business entity;
   SAMSUNG ELECTRONICS AMERICA,
9  INC., a New York corporation;
   SAMSUNG TELECOMMUNICATIONS
10 AMERICA, LLC, a Delaware
   Limited liability company,
11
              Defendants.
12
13
14
15     CONFIDENTIAL OUTSIDE COUNSEL ONLY
16        PURSUANT TO PROTECTIVE ORDER
17
18     VIDEOTAPED DEPOSITION OF JONATHAN IVE
19           San Francisco, California
20         Tuesday, February 7, 2012
21       (Volume II - Pages 260 - 335)
22
23 REPORTED BY:
24 CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25 JOB NO. 46227

TSG Reporting - Worldwide    877-702-9580

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 261

1  Tuesday, February 7, 2012
2  3:52 p.m.
3
4
5      Deposition of JONATHAN IVE, taken on
6  behalf of Defendants, at 50 California Street,
7  San Francisco, California, before Cynthia
8  Manning, Certified Shorthand Reporter No. 7645,
9  Certified LiveNote Reporter, California Certified
10 Realtime Reporter.

Page 262

1  APPEARANCES:
2
3  FOR PLAINTIFF:
4
      MORRISON & FOERSTER, LLP
5  BY:  MICHAEL A. JACOBS, ESQ.
      FRANCIS C. HO, ESQ.
6  425 Market Street
   San Francisco, California 94105
7  415.268.7455
   mjacobs@mofo.com
8  fho@mofo.com
9
10
11 FOR DEFENDANTS:
12   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     BY:  MICHAEL T. ZELLER, ESQ.
13        SCOTT B. KIDMAN, ESQ.
          SCOTT C. HALL, ESQ.
14   865 S. Figueroa Street
     10th Floor
15   Los Angeles, California 90017
     213.443.3000
16   michaelzeller@quinnemanuel.com
     scottkidman@quinnemanuel.com
17   scotthall@quinnemanuel.com
18
19 ALSO PRESENT:
20   Erica Tierney, Esq., Apple Inc.
21   Tim Zurloff, Videographer
22
23
24
25

Page 263

1       SAN FRANCISCO, CALIFORNIA;
2      Tuesday, February 7, 2012; 3:52 P.M.
3
4       THE VIDEOGRAPHER:  This is the start of
5  Disk No. 1 of the videotaped deposition of      15:52
6  Jonathan Ive, in the matter of Apple
7  Incorporated, versus Samsung Electronics Company,
8  et al., in the   United States District Court,
9  Northern District of California, San Jose
10 Division, Case No. 11-CV-01846 LHK.             15:52
11      This deposition is being held at 50
12 California Street, San Francisco, California on
13 February 7th, 2012, at approximately 4:53 p.m.
14      MR. JACOBS:  3:53.
15      THE VIDEOGRAPHER:  3:53.  Sorry.           15:53
16      My name is Tim Zurloff.  I'm the legal
17 video specialist from TSG Reporting,
18 Incorporated, headquartered at 747 Third Avenue,
19 New York,    New York.
20      The court reporter is Cynthia Manning,     15:53
21 in association with TSG Reporting.
22      Will counsel please introduce
23 yourselves.
24      MR. ZELLER:  Mike Zeller for Samsung.
25      MR. HALL:  Scott Hall for Samsung.         15:53

Page 264

1      MR. KIDMAN:  Scott Kidman for Samsung.     15:53
2      MR. JACOBS:  Michael Jacobs for Apple.
3      MR. HO:  Francis Ho for Apple.
4      MS. TIERNEY:  Erica Tierney for Apple.
5      THE VIDEOGRAPHER:  Will the court          15:53
6  reporter please swear in the witness.
7
8           JONATHAN IVE,
9      having first been duly sworn, testified
10     as follows:                                 15:53
11
12      MR. ZELLER:  And so we have it on the
13 record, what we're doing here is we are now
14 switching over to the Northern District of
15 California deposition portion of Mr. Ive's day.  15:53
16      And for the record, I hadn't finished
17 my questioning in the ITC proceeding.  But in
18 light of the fact that the witness is recovering
19 from a cold or flu, as well as the fact that we
20 don't want to overtax him, I decided I would     15:54
21 switch over.
22      Obviously, I'm reserving my rights in
23 terms of what we do going forward on the
24 remainder of the ITC proceedings.  But in the
25 interest of addressing and acting pursuant to    15:54

Page 289

1  for the development of that model that you have    16:38
2  in front of you?  In other words, was there
3  something in particular that designers were
4  looking for?
5      A.  I -- I don't know.                         16:38
6      MR. ZELLER:  Let's please mark as
7  Exhibit 1453 another tangible object.  It is
8  labeled "Apple Proto 0399."
9      (Deposition Exhibit 1453 was marked for
10         identification)                            16:38
11     THE WITNESS:  Thank you.
12 BY MR. ZELLER:
13     Q.  And please let me know when you've had
14 a chance to look at that item.
15     A.  (Witness reviewing object.)                16:38
16     Okay.  I've had a look.
17     Q.  And if you could, please, actually for
18 the record, hold that one up and show the video
19 camera.
20     A.  (Witness complies.)                        16:39
21     Q.  And do you recognize what this item is
22 that we've marked as Exhibit 1453?
23     A.  I recognize this as a model that was
24 made for -- for the industrial design team.  And
25 I recognize it as an early exploration for the     16:39

Page 290

1  iPhone, the first iPhone development.             16:39
2      Q.  And is the model, or three-dimensional
3  item that you have there that we marked as
4  Exhibit 1453, is that in the vein of the design
5  that was shown in the CAD drawings attached to    16:40
6  Mr. Stringer's declarations, namely, Exhibits 1
7  through 4?
8      A.  I would say this -- this model has a
9  lot of similarities to -- to the CAD drawings
10 that I saw in Mr. Stringer's declaration 1         16:40
11 through -- was it 1 through 4?
12     Q.  Yes.
13     A.  Yes.  There are similarities.
14     Q.  Do you recall there being models that
15 you saw, back when this exploration was being      16:40
16 done for the first iPhone, that were closer to
17 those CAD drawings than the model that we've
18 marked there as 1453?
19     A.  I don't recall.  There may have been
20 models that were closer.  This may have been the   16:41
21 closest.  I don't recall which of the CAD
22 drawings we then decide to make a model from.
23     Q.  Do you have a sense of how many models
24 you saw of different iterations of the design of
25 the type that's there that's been marked as 1453?  16:41

Page 291

1      MR. JACOBS:  Objection; form.                 16:41
2      THE WITNESS:  I can't recall how many
3  models, as a team, that we would have looked at
4  and evaluated that were in the category or the
5  family of designs that I think were described by  16:42
6  the 1 through 4 exhibits in Mr. Stringer's
7  declaration.  But it would have -- my vague
8  recollection, it would have been more than 10.
9      MR. ZELLER:  Let's please mark as
10 Exhibit 1454 a three-dimensional item, or         16:42
11 tangible, that's labeled Apple Proto 3 -- 0383.
12 Again, that's "Apple Proto 0383."
13     (Deposition Exhibit 1454 was marked for
14         identification)
15 BY MR. ZELLER:
16     Q.  And if you can please let us know when
17 you've had a chance to examine Exhibit 1454.
18     A.  (Witness reviewing object.)
19     I've had a chance to look at that.
20     Q.  Do you recognize that model that we      16:43
21 marked as Exhibit 1454?
22     A.  I don't actually recall seeing this
23 model or remember talking about this model.
24     I recognize it as a model that was made
25 and finished for the industrial design team, but  16:43

Page 292

1  I have less recollection about this model and its  16:43
2  place in the development process for the
3  different generations of iPhone.
4      Q.  And also, for record purposes, if you
5  could please hold that one up and show it to the   16:44
6  camera, that would be helpful.
7      A.  (Witness complies.)
8      Q.  And you'll see on this prototype
9  that -- or model that we marked as
10 Exhibit 1454 -- that the corners are not rounded;  16:44
11 but, rather, more of -- more of a straight edge?
12     A.  Yes.  The four -- the four corners in
13 the plan view have a -- I don't know the best way
14 of describing it -- but a flat chamfer.  There is
15 a radius that connects that chamfer to the main    16:44
16 -- you know, to the horizontal and vertical
17 perimeter of the product.
18     Q.  And do you recall what was being
19 explored by having the corners in that manner?
20     A.  No, I don't recall specifically what we   16:45
21 were exploring or examining here, other than
22 this -- this being very typical of our process,
23 which is to be exploring the many -- the many
24 alternative solutions that there are to design an
25 iPhone.                                            16:45

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 301

1  question.  17:00
2     Q.  Sure.
3     A.  You're asking what's the motivation to
4  have a non-flat surface -- as a designer, what
5  would the motivation be?  17:00
6     Q.  Pretty close.  That's one way of
7  looking at it.  I wasn't necessarily looking so
8  much to motivation; but, rather, what -- why
9  would a designer, such as yourself, want to
10 create a design for an electronic device like  17:00
11 this that doesn't have a completely flat surface
12 on the front, but rather is more complex of the
13 kind that the model that we marked as Exhibit
14 1455 has.
15    I mean just purely from a design  17:01
16 perspective, what do you think that accomplishes,
17 as compared to a completely flat surface?
18    A.  Well, I think this -- this -- this
19 model, as described as 1455, I think is -- is
20 consistent with constantly exploring  17:01
21 alternatives.
22    And I know that we have explored
23 alternatives that relate to surface.
24    We've explored alternatives that relate
25 to the perimeter shape, to the section.  17:01

Page 302

1     So when you ask me why -- why would a  17:01
2  designer make this model, to answer that question
3  properly, I think you have to understand its
4  context in design explorations that are
5  constantly happening.  17:02
6     And so this is one -- this represents
7  one of many design explorations.  I don't know
8  for which product.  I don't know when this
9  occurred.  But I know that it's typical of
10 constantly exploring.  17:02
11    Q.  And I guess one way of what I'm trying
12 to really drive at here is, just purely from a
13 design aesthetic point of view, is there anything
14 that you see that's better or worse about having
15 a completely flat front surface of the kind that  17:02
16 the original iPhone had, the first iPhone had, as
17 compared to the more complex and not completely
18 flat surface that the model we've marked as
19 Exhibit 1455 has?
20    MR. JACOBS:  Objection; form.  17:02
21    THE WITNESS:  Could you ask me that
22 again, please?  There were a number of questions.
23 BY MR. ZELLER:
24    Q.  Sure.  And I'm just -- for the record,
25 I'm just asking, basically, a comparison of this  17:03

Page 303

1  flat versus non-flat surface between the first  17:03
2  iPhone and then the model we've marked as Exhibit
3  1455.
4     And what I'm asking is, is just purely
5  from your own aesthetic designer point of view,  17:03
6  what's the advantage or disadvantage of having a
7  more complex non-flat surface of the type that's
8  shown in that model, as compared to having a
9  completely flat one?
10    A.  Well, they're certainly different.  And  17:03
11 it's difficult to compare these -- these two
12 objects, because the aspect ratio is so
13 different.
14    But there is certainly an appearance
15 difference, and I think that there is something  17:03
16 particularly beautiful about a very flat surface,
17 and particularly when it is a singular part, and
18 particularly when that singular part extends
19 right to the very perimeter of the product.
20    And so there is a -- there's an  17:04
21 appearance difference, and we've chosen and
22 developed designs that are -- have this single
23 clear part that's flat because we think it's
24 particularly beautiful.
25    Q.  Are there any --  17:04

Page 304

1     MR. JACOBS:  Would you like a couple  17:04
2  minutes or do you want to press on through?
3     THE WITNESS:  If it's possible to take
4  a couple of minutes, that would be great.
5     MR. ZELLER:  Sure.  Let's do that.  17:05
6     THE VIDEOGRAPHER:  We're now going off
7  the record.  The time is 5:05 p.m.
8     (Recess taken)
9     THE VIDEOGRAPHER:  We're now back on
10 the record.  The time is 5:20 p.m.  17:20
11    MR. ZELLER:  Let's please mark as
12 Exhibit 1457 a two-page document bearing Bates
13 Nos. APLNDC0001203443 through 444.  The top of
14 the first page is an e-mail from the witness to
15 Chris Stringer, dated July 16, 2008, with the  17:20
16 subject of SJ.
17    (Deposition Exhibit 1457 was marked for
18    identification)
19    THE WITNESS:  Thank you.
20 BY MR. ZELLER:  17:21
21    Q.  And let me know when you've had a
22 chance to look at Exhibit 1457.
23    A.  (Witness reviewing document.)
24    MR. JACOBS:  Mike, just so I
25 understand, how does this fit into your letter  17:21

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 305

1  about today's two-hour deposition?  17:21
2      MR. ZELLER:  I thought it was
3  mentioned, wasn't it?
4      MR. HALL:  We --
5      MR. ZELLER:  Was this marked before?  17:22
6      MR. HALL:  It wasn't sent in the
7  letter, but it was marked before.
8      MR. ZELLER:  I guess the answer is it
9  wasn't in the letter, but I'm not going to be
10 dwelling on it, if you want to know.  17:22
11     MR. JACOBS:  So I object to you
12 discussing it with the witness, but I won't be --
13 you have 43 minutes left, so.
14 BY MR. ZELLER:
15   Q.  Have you had a chance to look here at  17:22
16 Exhibit 1457?
17   A.  Yes, I have.
18   Q.  And if you -- first of all, do you
19 recognize these pages as a series of e-mail
20 exchanges you had with Chris Stringer back in the  17:22
21 July of 2008 time period?
22   A.  I recognize that this is a -- an
23 exchange, multiple exchange between Chris
24 Stringer and myself.  I have no recollection of
25 the -- the content of the meeting that Chris is  17:23

Page 306

1  referring to.  17:23
2    Q.  And then if you take a look at the
3  second page, this is an e-mail dated July 16th,
4  2008, and it starts off with "Jony"?
5    A.  Yes, I see that.  17:23
6    Q.  And then about halfway down, there's
7  the heading "tablet."
8       Do you see that?
9    A.  Yes.
10   Q.  And Item 1 is -- it says (reading):  17:23
11      "Saw quick surface study D.C. and I did
12      on the margins being slimmer in X.  He
13      likes the recent model that you last
14      saw most that has the short margins
15      being 2 millimeters wider than the long  17:23
16      margins to accommodate the audio jack."
17      Do you see that?
18   A.  Yes, I see that.
19   Q.  First, is the -- is the tablet
20 reference here to the iPad?  17:23
21   A.  That's my -- that would be my
22 assumption, that he's talking about the -- an
23 iPad, or an iPad study.
24   Q.  And then do you know what he's
25 referring to here where he says short margins  17:24

Page 307

1  being 2 millimeters wider than the long margins  17:24
2  to accommodate the audio jack?
3    A.  No, I don't -- I don't know what he
4  means by margins.
5    Q.  So I take it you don't have an  17:24
6  understanding as to what he's referring to here
7  in Item 1 that we talked about, or that I read?
8    A.  I understand some aspects of what he's
9  saying, but I don't know -- I'm not familiar with
10 the term short or long margins.  I'm not familiar  17:25
11 with Chris using that term, and I would be
12 unclear about what he meant.
13   Q.  And here it refers to a surface study
14 D.C. and I did.  Do you know what he's referring
15 to there?  17:25
16   A.  I understand what those words mean.  So
17 D.C. refers to one of the industrial designers,
18 Danny Coster.
19   Q.  And what's a surface study?
20   A.  A surface study is a -- in this  17:25
21 context, it's a -- a very broad description of an
22 exploration into form, and it can -- it's a -- my
23 understanding, and the way that we use the term
24 in the design team, it can describe an
25 exploration into a small detail or a -- a larger  17:26

Page 308

1  complete surface.  17:26
2       And typically a study would be carried
3  out in CAD and then partial models made.  So very
4  often a surface study would be just cut on the
5  CNC machine, very often not painted.  So it's  17:27
6  just an exploration into one aspect or one
7  attribute of -- of a design.
8    Q.  Is there anything else that you -- that
9  you recall or -- or understand from -- from what
10 he's referring to here on this -- this particular  17:27
11 instance where these margins were being made 2
12 millimeters -- 2 millimeters wider than the long
13 margins to accommodate the audio jack?
14   A.  No, I don't understand that without
15 understanding the context or having a telephone  17:27
16 conversation or a conversation.
17     MR. ZELLER:  Let's please mark as
18 Exhibit 1458 a collection of drawings that are
19 also known as MCOs.  That's the acronym M-C-O.
20     (Deposition Exhibit 1458 was marked for  17:28
21     identification)
22     THE WITNESS:  Thank you.
23 BY MR. ZELLER:
24   Q.  And I have some particular questions
25 for you on these, but if you could first just  17:28

CONFIDENTIAL OUTSIDE COUNSEL ONLY PURSUANT TO PROTECTIVE ORDER

Page 329

1  time is 6:06 p.m.                              18:06
2      (Time noted:  6:06 p.m.)

Page 330

2       DECLARATION UNDER PENALTY OF PERJURY
4       I, JONATHAN IVE, do hereby certify under
5  penalty of perjury that I have read the foregoing
6  transcript of my deposition taken on February 7,
7  2012; that I have made such corrections as appear
8  noted herein in ink, initialed by me; that my
9  testimony as contained herein, as corrected, is
10 true and correct.
12      DATED this        day of
13 2012, at                , California.

18              JONATHAN IVE

Page 331

2  IN THE MATTER OF:   Apple Inc v. Samsung Electronics
                       Company Limited
5  DATE: Tuesday, February 07, 2012
6  WITNESS: Jonathan Ive
7  Reason codes:
8      1. To clarify the record.
       2. To conform to the facts.
9      3. To correct transcription errors.

   Page      Line       Reason
11
12 From               to
13
   Page      Line       Reason
14
15 From               to
16
   Page      Line       Reason
17
18 From               to
19
   Page      Line       Reason
20
21 From               to

25          JONATHAN IVE

Page 332

2  STATE OF CALIFORNIA  )
3      :ss
4  COUNTY OF SAN MATEO  )
5      I, CYNTHIA MANNING, a Certified Shorthand
6  Reporter of the State of California, do hereby
7  certify:
8      That the foregoing proceedings were taken
9  before me at the time and place herein set forth;
10 that any witnesses in the foregoing proceedings,
11 prior to testifying, were placed under oath; that
12 a verbatim record of the proceedings was made by
13 me using machine shorthand which was thereafter
14 transcribed under my direction; further, that the
15 foregoing is an accurate transcription thereof.
16     I further certify that I am neither
17 financially interested in the action, nor a
18 relative or employee of any attorney of any of
19 the parties.
21     IN WITNESS WHEREOF, I have subscribed
22 my name this 7th day of February 2012.
25     CYNTHIA MANNING, CSR No. 7645, CCRR, CLR