# Exhibit 7
# (Submitted Under Seal)

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California corporation,
 6
                    Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                  Defendants.
     _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17       A T T O R N E Y S'  E Y E S   O N L Y
18
19       VIDEOTAPED DEPOSITION OF PHIL HOBSON
20            REDWOOD SHORES, CALIFORNIA
21             TUESDAY, FEBRUARY 28, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 46054
```

Highly Confidential - Attorneys' Eyes Only

## Page 2

```
 1       TUESDAY, FEBRUARY 28, 2012
 2            9:10 a.m.
 3
 4
 5
 6    VIDEOTAPED DEPOSITION OF PHIL HOBSON,
 7    taken at QUINN EMANUEL URQUHART &
 8    SULLIVAN, LLP, 555 Twin Dolphin Drive,
 9    Redwood Shores, California,
10    Pursuant to Notice, before me,
11    ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
12    CSR License No. 9830.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1   APPEARANCES:
 2
 3      FOR APPLE INC.:
 4      MORRISON & FOERSTER
 5      By:  HECTOR G. GALLEGOS, Esq.
 6      555 West Fifth Street
 7      Los Angeles, California 90013
 8
 9
10
11
12      FOR SAMSUNG ELECTRONICS CO. LTD:
13      QUINN EMANUEL URQUHART & SULLIVAN
14      By:  SCOTT B. KIDMAN, Esq.
15      555 Twin Dolphin Drive
16      Redwood Shores, California 94065
17
18
19
20      ALSO PRESENT:  Steve Patapoff, Videographer
21
22          ---oOo---
23
24                              08:42
25                              08:42
                                08:42
```

## Page 4

```
 1      REDWOOD SHORES, CALIFORNIA         08:42
 2      TUESDAY, FEBRUARY 28, 2012         08:42
 3           9:10 A.M.                     08:42
 4                                         08:42
 5                                         08:42
 6                                         08:43
 7      THE VIDEOGRAPHER:  Good morning.  This is the   08:43
 8  start of tape labeled No. 1 of the videotaped      09:09
 9  deposition of Phil Hobson.                         09:09
10      In the matter of Apple, Inc., versus Samsung   09:09
11  Electronics Company.  Being heard in U.S. District 09:09
12  Court, Northern District of California, San Jose   09:09
13  Division.  No. 11-cv-01846-LHK.                    09:09
14      This deposition is being held at Quinn         09:09
15  Emanuel, 555 Twin Dolphin Drive, Redwood Shores,   09:09
16  California on February 28, 2012, at approximately  09:10
17  9:10 a.m.                                          09:10
18      My name is Steve Patapoff.  I'm the legal      09:10
19  video specialist from TSG Reporting, Inc.,         09:10
20  headquartered at 747 Third Avenue, New York, New York. 09:10
21      The court reporter is Andrea Ignacio, in       09:10
22  association with TSG Reporting.                    09:10
23      Will counsel please introduce yourselves.      09:10
24      MR. KIDMAN:  Scott Kidman for Samsung.         09:10
25      MR. GALLEGOS:  Hector Gallegos of Morrison &   09:10
```

## Page 5

```
 1  Foerster, counsel for Apple.                       09:10
 2      THE VIDEOGRAPHER:  Will the court reporter
 3  please swear in the witness.
 4
 5          PHIL HOBSON,
 6      having been sworn as a witness
 7      by the Certified Shorthand Reporter,
 8          testified as follows:
 9
10      EXAMINATION BY MR. KIDMAN
11      MR. KIDMAN:  Q.  Good morning.                 09:10
12   A  Good morning.                                  09:10
13   Q  Could you state your name for the record,      09:10
14  please.                                            09:10
15   A  Phil Hobson.                                   09:10
16   Q  And what's your home address?                  09:10
17   A  315 Central Avenue, Menlo Park.                09:11
18   Q  And by whom are you currently employed?        09:11
19   A  Apple.                                         09:11
20   Q  That didn't take long.                         09:11
21      And how long have you been employed by Apple?  09:11
22   A  About eight years.                             09:11
23   Q  Do you recall the date you started?            09:11
24   A  I don't recall.                                09:11
25   Q  Do you recall the year you started?            09:11
```

Highly Confidential - Attorneys' Eyes Only

Page 34

1  it was formed.                                          10:08
2       And so what were the issues that you              10:08
3  interfaced with the operations group about regarding   10:08
4  the aluminum housing and how it was formed?            10:08
5       MR. GALLEGOS:  Objection; form.                   10:08
6       THE WITNESS:  I can give you an example of --     10:08
7  of one issue.                                          10:08
8       MR. KIDMAN:  Okay.                                10:08
9       THE WITNESS:  So the -- the tooling for           10:08
10 making the housing in this particular shape was fairly 10:08
11 complex.  So working together with operations to       10:08
12 figure out exactly the configuration of the tooling to 10:08
13 make the housing.                                      10:08
14      MR. KIDMAN:  Q.  And when you refer to the        10:09
15 tooling for making the -- the housing in this          10:09
16 particular shape, are you referring to the -- the      10:09
17 shape of the housing in the product as it -- as it was 10:09
18 shipped?                                               10:09
19   A   Yes.                                             10:10
20   Q   And how would you describe the shape of the      10:10
21 housing of the original iPhone product that was        10:10
22 shipped?                                               10:10
23   A   It was an aluminum shell that was open on        10:10
24 one -- one end.                                        10:10
25   Q   Do you recall other shapes for the housing       10:10

Page 35

1  being considered that were not adopted?                10:10
2    A   Yes.                                             10:10
3    Q   What other shapes?  What -- what shapes do       10:10
4  you recall being considered for the housing that were  10:10
5  not adopted?                                           10:11
6       MR. GALLEGOS:  Objection; vague.                  10:11
7       THE WITNESS:  Shape in -- in what way?            10:11
8       MR. KIDMAN:  Q.  In -- in the same way that       10:11
9  you described for me the housing shape as being an     10:11
10 aluminum shell open on one end.                        10:11
11      MR. GALLEGOS:  Objection; form.                   10:11
12      THE WITNESS:  One shape that was considered       10:11
13 was an aluminum extrusion.                             10:11
14      MR. KIDMAN:  Q.  Do you recall other shapes       10:11
15 that were considered but not adopted?                  10:11
16   A   Yes.                                             10:11
17   Q   What other ones?                                 10:11
18   A   A small plastic housing.  I don't know how to    10:11
19 describe it.                                           10:12
20   Q   Any others?                                      10:12
21   A   Those were the main ones that -- that we         10:12
22 considered.                                            10:12
23   Q   Do you recall any others that were               10:12
24 considered?                                            10:12
25   A   ID looked at a variety of shapes, and I don't    10:12

Page 36

1  recall specifically what they looked like.             10:12
2    Q   Did you interact with operations with respect    10:12
3  to the tooling for the aluminum -- aluminum extrusion? 10:12
4    A   I don't recall.                                  10:13
5    Q   Do you recall interacting with operations for    10:13
6  any purpose regarding the aluminum -- aluminum         10:13
7  extrusion-shaped housing?                              10:13
8    A   I don't recall.                                  10:13
9    Q   Do you recall interacting with the industrial    10:13
10 design group regarding the aluminum -- aluminum        10:13
11 extrusion-shaped housing?                              10:13
12   A   I don't remember specific interactions, but      10:13
13 I'm sure that we did.                                  10:13
14   Q   Do you recall generally interacting with the     10:13
15 industrial design group regarding the aluminum --      10:13
16 aluminum extrusion-shaped housing?                     10:13
17   A   Yes.                                             10:13
18   Q   What do you recall about those interactions?     10:13
19   A   Again, I don't remember any specific meetings    10:13
20 or interactions.                                       10:14
21   Q   I understand you might not recall a specific     10:14
22 meeting or a specific interaction, but what do you     10:14
23 recall generally about the nature of those             10:14
24 interactions?                                          10:14
25      MR. GALLEGOS:  Objection; form.                   10:14

Page 37

1       THE WITNESS:  I can only comment generally        10:14
2  how we work on a project.  Specifically for that form  10:14
3  factor, I don't remember.  I don't remember any        10:14
4  interactions with them specifically.                   10:14
5       MR. KIDMAN:  Q.  And I understand you might       10:14
6  not recall a specific conversation or a specific       10:14
7  meeting, but do you recall anything about the nature   10:14
8  of the interactions --                                 10:14
9       MR. GALLEGOS:  Objection.                         10:14
10      MR. KIDMAN:  Q.  -- of the industrial design      10:14
11 group regarding the aluminum extrusion-shaped housing? 10:14
12   A   No, I don't.                                     10:14
13   Q   Do you recall any interactions with the          10:14
14 industrial design group regarding the -- what you      10:15
15 referred to as the small plastic housing that was      10:15
16 considered for the original iPhone?                    10:15
17   A   Again, no, I don't remember specific             10:15
18 interaction.                                           10:15
19   Q   How about generally, do you recall any           10:15
20 interactions?                                          10:15
21   A   I don't.                                         10:15
22   Q   Do you have any -- any understanding as to       10:15
23 why the aluminum -- aluminum extrusion-shaped housing  10:15
24 was not adopted for the original iPhone?               10:15
25   A   I don't.                                         10:15

Highly Confidential - Attorneys' Eyes Only

Page 214

```
 1            J U R A T
 2
 3
 4       I, PHIL HOBSON, do hereby certify under
 5   Penalty of perjury that I have read the
 6   foregoing transcript of my deposition taken
 7   on February 28 2012; that I have made such
 8   corrections as appear noted herein in ink,
 9   initialed by me; that my testimony as
10   contained herein, as corrected, is true and
11   correct.
12
13
14       DATED this ____ day of _____, 2012,
15   at _____, California.
16
17
18
19       _____
20         SIGNATURE OF WITNESS
21
22
23
24
25
```

Page 215

```
 1          CERTIFICATE OF REPORTER
 2
 3
 4       I, ANDREA M. IGNACIO HOWARD, hereby certify
 5   that the witness in the foregoing deposition was by me
 6   duly sworn to tell the truth, the whole truth, and
 7   nothing but the truth in the within-entitled cause;
 8
 9       That said deposition was taken in shorthand
10   by me, a Certified Shorthand Reporter of the State of
11   California, and was thereafter transcribed into
12   typewriting, and that the foregoing transcript
13   constitutes a full, true and correct report of said
14   deposition and of the proceedings which took place;
15
16       That I am a disinterested person to the said
17   action.
18
19       IN WITNESS WHEREOF, I have hereunto set my
20   hand this 28th day of February 2012.
21
22       _____
23   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25
```

Page 216

```
 1            I N D E X
 2
 3   DEPOSITION OF PHIL HOBSON
 4
 5        EXAMINATION                     PAGE
 6
 7        BY MR. KIDMAN                    5
 8
 9          E X H I B I T S
10   EXHIBIT                              PAGE
11   Exhibit 1170  7-26-06 E-mail Subject: M68    106
12        Bezel Machining, Bates Nos.
13        APLNDC0001205831 - '35; 5 pgs.
14   Exhibit 1171  8-14-09 E-mail Subject:        129
15        Samsung Jet OLED Analysis,
16        Bates Nos. APLNDC0002113588 -
17        '608; 21 pgs.
18   Exhibit 1172  9-20-06 E-mail Subject: Re:    116
19        M68/P2 drop models: System
20        measurements, Bates Nos.
21        APL-ITC796-0000161405 - '09;
22        5 pgs.
23   Exhibit 1173  11-18-08 E-mail Subject: HTC   131
24        HD Take Apart photos, Bates Nos.
25        APLNDC0002015009 - '21; 13 pgs.
```

Page 217

```
 1        E X H I B I T S  (Continued.)
 2
 3   EXHIBIT                              PAGE
 4   Exhibit 1174  1-27-08 E-mail, Subject: Re N82   133
 5        Housing: Tooling issues (1/26),
 6        Bates Nos. APLNDC0001370508 -
 7        '11; 4 pgs.
 8   Exhibit 1175  10-4-06 E-mail, Subject: Re:     135
 9        Thursday take-apart, Bates No.
10        APLNDC0001531442; 1 pg.
11   Exhibit 1176  6-2-06 E-mail, Subject: Re:      140
12        M68 GSM Type Approval Acoustic
13        Adjustments Effort (Update:
14        Wednesday 31 May 06), Bates Nos.
15        APL7940001886403 - '21; 20 pgs.
16   Exhibit 1177  2-23-06 E-mail String, Subject:  191
17        Re: Grape mech drop samples,
18        Bates APLNDC0000187302 - '04;
19        3 pgs.
20   Exhibit 1178  1-26-08 E-mail String, Subject:  163
21        Re: N82 master -01? Bates Nos.
22        APLNDC0001205935 - '38; 4 pgs.
23   Exhibit 1179  US Patent No. 7,688,574 B2;      168
24        13 pgs.
25   ///
```