# Exhibit 8
# (Submitted Under Seal)

Confidential Business Information

Page 1

1           UNITED STATES INTERNATIONAL TRADE COMMISSION
2                       WASHINGTON, D.C.
3
4
5   In the Matter of:
6   CERTAIN ELECTRONIC DIGITAL
    MEDIA DEVICES AND COMPONENTS    Inv. No.  337-TA-796
7   THEREOF
    _____/
8
9
10
11          CONFIDENTIAL BUSINESS INFORMATION
12            PURSUANT TO THE PROTECTIVE ORDER
13
14
15        VIDEOTAPED DEPOSITION OF TANG YEW TAN
16              REDWOOD SHORES, CALIFORNIA
17                MONDAY, MARCH 5, 2012
18
19
20
21
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 46148

Page 2

1        MONDAY, MARCH 5,
2           10:08 A.M.
3
4
5
6    VIDEOTAPED DEPOSITION OF TANG YEW TAN,
7    taken at QUINN, EMANUEL, URQUHART &
8    SULLIVAN, 555 Twin Dolphin Drive, Suite 500,
9    Redwood Shores, California, pursuant to
10   Notice, before me, ANDREA M. IGNACIO HOWARD,
11   CLR, CCRR, RPR, CSR License No. 9830.

Page 3

1    A P P E A R A N C E S:
2
3       FOR APPLE INC.:
4       MORRISON & FOERSTER LLP
5       By:  ANDREW MONACH, Esq.
6       425 Market Street
7       San Francisco, California 94105
8       Phone: (415) 268-7588  Fax: (415) 268-7522
9       amonach@mofo.com
10
11
12      FOR SAMSUNG ELECTRONICS CO. LTD:
13      QUINN EMANUEL URQUHART & SULLIVAN, LLP
14      By:  MARY MCNEILL, Esq.
15      50 California Street, 22nd Floor
16      San Francisco, California 94111
17      Phone:  (415) 875-6600  Fax:  (415) 875-6700
18      marymcneill@quinnemanuel.com
19
20
21      ALSO PRESENT:  Aric Kerhoulas, Videographer
22
23            ---oOo---

Page 4

1         REDWOOD SHORES, CALIFORNIA
2            MONDAY, MARCH 5, 2012
3               10:08 A.M.
4
5
6
7        THE VIDEOGRAPHER:  Good morning.
8        This marks the beginning of Disc 1 of the
9    videotaped deposition of Tang Yew Tan.  In the matter
10   of Certain Electronic Digital Media Devices and
11   Components Thereof.
12       In the United States International Trade
13   Commission, Washington D.C.  Investigation
14   No. 337-TA-796.
15       This deposition is being held at the office
16   of Quinn Emanuel at 555 Twin Dolphin Drive in
17   Redwood Shores, California.
18       The date today is March 5, 2012, and the time
19   is approximately 10:08 a.m.
20       My name is Aric Kerhoulas from TSG Reporting,
21   Incorporated.  Our court reporter today is Andrea
22   Ignacio, in association with TSG Reporting.
23       Will counsel please introduce yourselves,
24   starting with the questioning attorney.
25       MS. MCNEILL:  Mary McNeill of Quinn Emanuel

Page 5

1    for Samsung.
2        MR. MONACH:  Andrew Monach, Morrison &
3    Foerster, representing Apple and the witness.
4        THE VIDEOGRAPHER:  If the court reporter will
5    please swear in the witness, we can proceed.
6
7              TANG YEW TAN,
8         having been sworn as a witness
9         by the Certified Shorthand Reporter,
10             testified as follows:
11
12          EXAMINATION BY MS. MCNEILL
13       MS. MCNEILL:  Q.  Good morning, Mr. Tan.
14    A   Good morning.
15    Q   Would you please state your name for the
16   record.
17    A   Tang Yew Tan.
18    Q   Mr. Tan, what is your home address?
19    A   617 Wellsbury Way, Palo Alto, California
20   94306.
21    Q   And what is your business address?
22    A   1 Infinite Loop, Mailstop 305-1PH, Cupertino,
23   California 95014.
24    Q   Now, Mr. Tan, I'm going to go over some of
25   the ground rules of the deposition today just to make

Page 106

1  working on related to the development of the
2  iPhone 3G?
3      A  In addition to the volume button, the -- the
4  switch also -- the switch to the high stainless steel
5  also included a hole button and a ringer button.  So I
6  was also involved in that transition, working with BJ
7  and Eric.
8          Again, working with the industrial design
9  group on achieving the flat glass on the front with
10 all the ID details and geometric, and working on the
11 high-shine bezel or -- bezel is what we call the
12 metal -- high-hardness stainless steel ring around the
13 front of the phone.
14     Q  And anything else you can think of, sitting
15 here today?
16     A  Any particular -- I mean, apart from the ones
17 that I mentioned, I can't remember anything else at
18 this moment.
19     Q  And what was your participation working with
20 the industrial design team on the manufacture of the
21 enclosure for the iPhone 3G?
22     A  Very similar to some of the things I
23 testified earlier.  Industrial design team will come
24 up with the design goal of what they want the product
25 to look like, and I'll work closely with the

Page 107

1  operations team and also the vendors to find
2  manufacturing processes to achieve the industrial
3  design goal.
4      Q  And were there any instances where you
5  couldn't find manufacturing processes to achieve the
6  exact design goal that was given to you with respect
7  to the manufacture of the enclosure for the iPhone 3G?
8      A  None that I can think of right now.  None
9  that I can recollect.
10     Q  Were there any instances where you couldn't
11 find manufacturing processes to achieve the exact
12 design goal that was given to you from the industrial
13 design team with respect to anything related to the
14 iPhone 3G?
15     A  Again, like I mentioned earlier, as I sit
16 here right now, there's nothing that I can -- that I
17 can remember that we did not achieve on the given ID
18 goals.
19     Q  So just to be sure I'm clear, the industrial
20 design team presented you with design goals related to
21 the iPhone 3G.  And in the process of seeking out
22 manufacturing processes to achieve those design goals,
23 you were able to effectively achieve those -- every
24 single one of those goals without any changes?
25         MR. MONACH:  Objection; asked and answered.

Page 108

1          THE WITNESS:  As I sit here right now, trying
2  to recollect events from many years ago, that's what I
3  remember.
4          MS. MCNEILL:  Q.  And I have your best and
5  complete recollection on that?
6          MR. MONACH:  Asked and answered.
7          THE WITNESS:  As far as I recollect, yes.
8          MS. MCNEILL:  And you mentioned that you
9  worked with the industrial design team in creating a
10 flat glass and front of the iPhone 3G.
11     Q  What was your participation in creating a
12 flat glass and front of the iPhone 3G with the
13 industrial design team?
14     A  As we were given the goal, again, from the
15 industrial design group, we worked closely with the
16 operations group and the manufacturers to achieve the
17 high-flatness, high-polished glass top surface.
18     Q  And were there any manufacturing challenges
19 presented with respect to achieving the flat glass
20 front of the iPhone 3G as requested by the industrial
21 design team?
22     A  There were -- there are manufacturing
23 challenges to achieve the look which require using
24 regular processes.  But we created additional steps
25 and processes to make sure that we can achieve

Page 109

1  whatever that was requested by ID.
2      Q  And what were the decision steps or processes
3  you created?
4          MR. MONACH:  Objection; lack of foundation.
5          You can describe any that you're aware of and
6  remember.
7          THE WITNESS:  There is a -- the opening in
8  the -- in the front of the glass, what we call a
9  receiver opening, and ID wanted very, very sharp
10 details, very nice details around the opening of the
11 glass, right centered in the top area of the product.
12         Any time you work with glass, it's a -- it's
13 a very hard material.  It's -- it's difficult to
14 process with glass.  And to achieve that level of
15 refinement and precision that is required, it
16 required -- necessitated a bunch of new manufacturing
17 processes and steps.
18         MS. MCNEILL:  Q.  And what were those new
19 manufacturing processes and steps, generally?
20         MR. MONACH:  Objection; lack of foundation.
21         THE WITNESS:  Some of them would involve --
22 for example, ID wanted a high-polished chamfer.  That
23 would require a tool that will go in to polish out the
24 glass.
25         ID wanted a nice chamfer feature which was --

Page 110

1  which had a controlled dimension per the ID file, and
2  that required creating grinding tools that had
3  geometry that matched that.
4      So some examples of manufacturing processes
5  that were developed to satisfy the industrial design
6  requirement.
7      MS. MCNEILL:  Q.  And did the industrial
8  design team ever approach you or your team about
9  creating a device where the display ran from one edge
10 of the device to the other?
11     MR. MONACH:  Objection; vague.
12     THE WITNESS:  I wouldn't -- I would -- I
13 don't know whether you can define "approach."
14     But, I mean, the industrial design team came
15 up with what they wanted the design to look like, and
16 we basically went off to explore the means of
17 achieving that goal.
18     MS. MCNEILL:  Q.  And did one of the designs
19 that the industrial design team came up with that they
20 wanted the device to have, was one of those designs a
21 display that ran from one edge of the device to the
22 other?
23     MR. MONACH:  Objection; vague; lack of
24 foundation.
25     THE WITNESS:  Can you define clearly what you

Page 111

1  mean by a display that ran from one edge to the edge
2  of the product?  What do you mean by "display"
3  specifically?
4      MS. MCNEILL:  The display being the part of
5  the phone that you -- that you view.
6      Q  Well, I'll ask you, since you're the expert:
7  What's the display on the iPhone?
8      MR. MONACH:  Objection to the form of the
9  question; vague and ambiguous; lacking foundation.
10     THE WITNESS:  I would interpret display as
11 the liquid crystal display that has a viewable area.
12     MS. MCNEILL:  Q.  And did the design team
13 ever present to you a desired design for the iPhone
14 where the display began at one edge of the device and
15 ran continuously to the other edge of the device?
16     MR. MONACH:  Object to the form of the
17 question as vague.
18     THE WITNESS:  Not that I can recollect.  But
19 then again, my group is responsible for product
20 design.  There is a display group that handles the
21 selection of displays within Apple.  So as far as I
22 know, I don't -- I don't know.
23     MS. MCNEILL:  Q.  And do you recall ever
24 hearing about the possibility of a design for the
25 iPhone wherein the display screen took up one edge of

Page 112

1  the phone to the other edge of the phone?
2      MR. MONACH:  Object to form.
3      THE WITNESS:  Not that I can recollect on the
4  development of the first phone.
5      MS. MCNEILL:  Q.  And any that you can
6  recollect in the development of any of the iPhones?
7      MR. MONACH:  Same objection.
8      THE WITNESS:  None that -- none that I can
9  recollect for any of the phones that have shipped, no.
10     MS. MCNEILL:  Q.  And can you recollect that
11 for any phones that weren't shipped?
12     MR. MONACH:  Objection; vague.
13     And let me just caution you, in case your
14 last answer referred to something under development,
15 I'll instruct you not to reveal anything under --
16 under development.  If it's designs leading up to that
17 were abandoned for anything from the first iPhone
18 through the iPhone 4S, you can describe that.
19     THE WITNESS:  Yeah, nothing -- nothing in the
20 development of the iPhone 1 to iPhone -- the first
21 iPhone to the iPhone 4S, as far as I know, had the
22 request for a display from edge to edge.
23     MS. MCNEILL:  Q.  And are you aware of any
24 request for a display from edge to edge for any Apple
25 products --

Page 113

1      MR. MONACH:  Objection; lack --
2      MS. MCNEILL:  Q.  -- whether --
3      MR. MONACH:  Sorry.
4      MS. MCNEILL:  Sorry.
5      Not asking to unreleased future products.
6      Q  But specifically in regards to products that
7  Apple has either tested or made prototypes for or
8  investigated or released in the past, have any
9  considerations been made, to your knowledge, for a
10 display that ran from edge to edge?
11     MR. MONACH:  Objection; lack of foundation.
12     THE WITNESS:  Not that I know of.  Again, I'm
13 not part of the industrial design team, so I don't
14 know what models they have created or what designs
15 they have come up with.  I have no idea.
16     MS. MCNEILL:  Q.  And are you aware of
17 manufacturing constraints or challenges with respect
18 to display screens that run from the edge -- one edge
19 of the device to the other?
20     MR. MONACH:  Objection; lack of foundation;
21 assumes facts not in evidence; vague; incomplete
22 hypothetical.
23     THE WITNESS:  The liquid crystal display is
24 not part of the product design group, so I don't know
25 the details of the manufacturing processes.

Page 290

1  CERTIFICATE OF REPORTER
2
3
4      I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;
8
9      That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;
15
16     That I am a disinterested person to the said
17 action.
18
19     IN WITNESS WHEREOF, I have hereunto set my
20 hand this 6th day of March, 2012.
21
22 _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25

Page 291

1           I N D E X
2     DEPOSITION OF TANG YEW TAN
3
4          EXAMINATION
5                           PAGE
6     BY MS. MCNEILL          5
7
8          E X H I B I T S
9
10 EXHIBIT                     PAGE
11 Exhibit 1   7-19-04 E-mail String, Subject:   43
12     Group addresses for Q79 Program,
13     Bates Nos. APL-ITC796-0000355464 -
14     '65; 2 pgs.
15 Exhibit 2   1-17-08 E-mail String, Subject:   49
16     Re: Latest Slides for Buttons,
17     Bates No. APL-ITC796-0000013419;
18     1 pg.
19 Exhibit 3   4-15-08 E-mail String, Subject:   77
20     Re: DVTa volume buttons feel
21     squishy, Bates Nos.
22     APL-ITC7960000033707 - '08; 2 pgs.
23 Exhibit 5   Respondent's First Notice of     115
24     Deposition to Complainant Apple
25     Inc.; 13 pgs.

Page 292

1     E X H I B I T S  (Continued.)
2
3 EXHIBIT                     PAGE
4 Exhibit 6   1-7-08 E-mail String, Subject:    130
5     Re: Ringer, Bates Nos.
6     APL-ITC796-0000033455 - '56;
7     2 pgs.
8 Exhibit 7   9-12-07 E-mail String, Subject:   137
9     You are one brave dude..., Bates
10    Nos. APL-ITC796-0000022555 - '58;
11    4 pgs.
12 Exhibit 8   U.S. Patent 7,863,533, Bates Nos. 149
13    APL-ITC796-0000000365 - '77; 13 pgs.
14 Exhibit 9   U.S. Patent No. 7,688,574 B2;     156
15    13 pgs.
16 Exhibit 10  12-27-07 E-mail String, Subject:  217
17    Re: Metal btn DFM, Bates Nos.
18    APL-ITC796-0000151780 - '81; 2 pgs.
19 Exhibit 11  1-17-08 E-mail String, Subject:   222
20    Re: Latest Slides for Buttons,
21    Bates Nos. APL-ITC796-0000032828;
22    '32863 - '68; 7 pgs.
23 Exhibit 12  1-12-07 E-mail String, Subject:   229
24    Re: 3G Samsung, Bates Nos.
25    APL7940012243697 - '98; 2 pgs.

Page 293

1     E X H I B I T S  (Continued.)
2
3 EXHIBIT                     PAGE
4 Exhibit 13  5-18-07 E-mail String, Subject:   283
5     Re: N82 Thermal Review 5/16,
6     Bates Nos. APL7940001977602 -
7     '05; 4 pgs.
8 Exhibit 14  5-22-07 E-mail String, Subject:   285
9     Re: N82 Thermal Meeting Minutes,
10    Bates Nos. APL7940001977606 -
11    '07; 2 pgs.
12             ---oOo---
13
14 **NOTE: Exhibit 4 Redacted from the record.
15
16             ---oOo---