# Exhibit 9
# (Submitted Under Seal)

Subject: Touch Exec Review (iPod/iPhone) Charts w/Actions
Date: Fri, 21 Nov 2008 21:38:06 -0800
From: "Jason Otoshi" <otoshi@apple.com>
To: "Vic Alessi" <valessi@apple.com>, "Shin John Choi" <shinjohn@apple.com>, "Heidi Delgado" <hdelgado@apple.com>, "Richard Dinh" <r@apple.com>, "Martin Grunthaner" <marty@apple.com>, "Andy Hodge" <ahodge@apple.com>, "Shige Honjo" <honjo@apple.com>, "Steve Hotelling" <shotelling@apple.com>, "Ben Kunst" <bkunst@apple.com>, "Benjamin Lyon" <benlyon@apple.com>, "Ryan Naone" <naone@apple.com>, "Donald Novotney" <dj@apple.com>, "Achim Pantfoerder" <achim@apple.com>, "matt riedstra" <mriedstra@apple.com>, "Kuo Sung" <kuohua@apple.com>, "Tang Tan" <ttan@apple.com>, "Ray Tse" <raytse@apple.com>, "David Tupman" <dtupman@apple.com>, "Lynn Youngs" <lyoungs@apple.com>, "Raymond Yuen" <raymondyuen@apple.com>, "Stephen Zadesky" <zadesky@apple.com>, "John Zhong" <jzhong@apple.com>, "James Wang" <j.wang@apple.com>
CC: "Steve Martisauskas" <martisauskas@apple.com>, "James Chang" <james.chang@apple.com>, "SeungJae Hong" <seungjae@apple.com>, "Brian Strom" <strom@apple.com>, "Priya Balasubramaniam" <priyab@apple.com>, "Joyce Fanchiang" <fanchiang@apple.com>
Message-ID: <1B5FD5A0-B2ED-4F65-87DB-6D6CAD09EE93@apple.com>

---

All,

Enclosed are the charts from the Exec Review from yesterday. Also included on the first two pages are the actions from the review.

Let me know if any of the actions require corrections, or if any were missed.

Thanks for your time.

Jason

---

------ end message ------

Highly Confidential - Attorneys' Eyes Only

# Action Items: 11/20 Executive Review

| # | Description | DRI | ECD |
|---|---|---|---|
| 1 | For full lamination, in addition to experimental studies, establish science-based methodology to study and guarantee by design and specifications:<br>a) LCD minimum resistance to touch panel lamination influencing parameters and<br>b) Touch panel guaranteed maximums for parameters that influence LCD | Kuo/LCM team | Proto1 |
| 2 | Expedite SOW for SITO with TPK to enable technical engagement.  Put together timeline for bring-up of each supplier, to establish deadline for when the SOW must be completed. | Priya | 12/31 |
| 3 | Chemical thinning may have long lead-time for equipment bring-up due to China permit lead-time, start the process ASAP. | Priya/Kuo | |
| 4 | Ensure additional testing of LCD's at Grape suppliers does not damage LCD connectors.  Ensure non-locking connectors are available in time for testing of LCD's and Grape's at engineering builds. | Jason/ Richard | Proto1 |
| 5 | Investigate if switching to a different type of glass (other than soda lime, consider Corning Gorilla glass) will improve cutting yields for thinned SITO.  Need to study the 0.3 Corning Gorilla glass (Gen 2), which can be chemically strengthened. | James/Kuo | 1/15 |
| 6 | System and Grape team to develop a way to assure a smoother bring up (grape tester emphasis) for EVT2 FATP.  Validate before team travels to EVT2.  (Include Tony, Julia, and Abel) | Jason | EVT2 BRR |
| 7 | Set up a SITO checkpoint after EVT2 to assess the design status prior to approval for DVT. | Jason | 1/31 |
| 8 | Coordinate a small quantity of Wintek DITO to be built to support EVT2 (primarily to support desense testing). | Jason | 1/15 |
| 9 | Confirm that the shield tape is the root cause of the "yellow spot" found in the full lamination investigation results. | Kuo | 1/07 |

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303106

# Action Items: 11/20 Executive Review

| # | Description | DRI | ECD |
|---|---|---|---|
| l0 | Conduct a peel strength test using glass-to-PSA-to-polarizer. | Kuo | 1/07 |
| l1 | Purchase HTC phones (which have an IPS display) to conduct an early evaluation of IPS full lamination | Jason | 12/01 |
| l2 | System PD and Grape PD to find an adequate location for a pull tab--to allow re-workable PSA to be utilized in the design | Rich/ Steve M. | pre-tool release |
| l3 | Present latest cost estimates for Full Lamination at next Exec. review. | Jason | |
| l4 | | | |
| l5 | | | |
| l6 | | | |
| l7 | | | |
| l8 | | | |

Apple Inc., Confidential & Proprietary



20 November 2008



# Grape SITO Executive Review

20 November 2008

Apple Confidential - Need to know

APLNDC0002303108

# Agenda

- **Action status and SITO Stoplight Review**

- Rationale for SITO in N88 and N90

- SITO Development Status

- N90 Full Lamination/Re-Workable PSA Status

- N90 0.30mm/0.25mm Thinning Status

- N90 Supply Base Proposal

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303109

# Action Items from 10/16 exec. review

| # | Description | | Status |
|---|---|---|---|
| 1 | Investigate glass-to-glass adhesion for BOC concept | | BOC de-prioritized |
| 2 | Investigate Flextronics in touch business | | initial meetings held, considering for trackpads, monitoring for touch screen |
| 3 | Review N72B and N18 schedule for SITO intersection and cost opportunities | | DITO is POR |
| 4 | Understand N82 prox ESD issues and how it might apply to SITO ESD issue | | Complete: Meeting with J. Tam took place and lessons learned will be implemented in module process steps. |
| 5 | For re-workable lamination validation, measure glass strength before and after rework | | DOE in process |
| 6 | For re-workable lamination implementation, track units which have been reworked | | DOE in process |
| 7 | Refresh air-gap vs. full lamination comparison for N90, including 3.85" size, LCD types, cost, capacity, product benefits and risks | | N90 full lam is POR; 3.5" is POR LCD type/cost/capacity (Priya/James) |
| 8 | Schedule 3.85" proof of concept SITO build targeting alignment with N90 tool release | | 3.5" is POR |
| 9 | Refine estimate of 3.85" 16 row panel X and Y growth | | 3.5" is POR |
| 10 | Provide update on N72 Grape Cal / PostCal issue | | offline discussion |
| 11 | Investigate in-store tilt assembly replacement strategy for N82 and N88 | | offline discussion |

Highly Confidential - Attorneys' Eyes Only

# SITO Stoplight

| | | Issue / Task | Root Cause | Corrective Action | CA Validation | Test Showing issue |
|---|---|---|---|---|---|---|
| I | | Perceivable performance differences SITO vs. DITO | routing traces in active region | • systematic algorithm correction | • 11/25, spec set by Platform Experience • 12/12, validation of corner units against spec | • drawing with finger or probe • robot scan |
| 2 | | ITO ESD sensitivity and latent field failure | ITO damage due to in process ESD exposure | • ground ring design on mothersheet • anti-ESD protection film or printed protection film • ESD discharge path design in module assembly | EVT2 | SITO test and OM inspection |
| 3 | | Test  and Calibration Yield | Current calibration method is not valid for SITO | need to be evaluate system level calibration result | N88 EVT2 | module and system level calibration |
| 4 | | Validate SITO noise interference DPI performance | validation task | Result: SITO DPI on par with DITO at same noise interference level | Complete | Robot DPI testing Noise injection testing |

Color code: | high level risk, possible show-stopper | medium level risk, show-stopper not expected | low level risk |

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303111

# Agenda

- Action status and SITO Stoplight Review

- **Rationale for SITO in N88 and N90**

- SITO Development Status

- N90 Full Lamination/Re-Workable PSA Status

- N90 0.30mm/0.25mm Thinning Status

- N90 Supply Base Proposal

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303112

# Why SITO for N88 and N90

- Ability to thin Touch Panel glass for future architectures

- SITO is required to support the N90 requirement for 0.30 mm (or possibly thinner) Grape glass

- Work out all performance, process, test, and reliability issues in mass production in N88, at one vendor, prior to distributing the SITO design to all vendors for N90

- The N90 design challenges will then be:

  - Developing SITO TF processes at multiple vendors

  - Developing thinning process at multiple vendors

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303113



# N88-N90 Schedule

(LCM with Line Inversion)

Apple Inc., Confidential & Proprietary

20 November 2008

# Agenda

- Action status and SITO Stoplight Review

- Rationale for SITO in N88 and N90

- **SITO Development Status**

  - **Performance**

  - **Yields by Config. (Alt. B is PoR)**

  - **Escalation: SITO in N88 EVT2**

- N90 Full Lamination/Re-Workable PSA Status

- N90 0.30mm/0.25mm Thinning Status

- N90 Supply Base Proposal

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303115

# DITO vs. SITO Customer Use Comparison



5 mm Probe (~stylus)          10 mm Probe (~finger)

## SITO drawing app demo

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303116

# DITO vs. SITO Quantified Error

## Absolute Error

**DITO vs. SITO Max and RMS Absolute Error in Panel Center**
(averaged over frequency and multiple samples)

## Ripple Error

**DITO vs. SITO Max and RMS Ripple Error in Panel Center**
(averaged over frequency and multiple samples)

- Proposed spec limits set that all SITO panels must pass

- Final spec limits to be set by Platform Experience demo on 11/25

- Target 12/12 for 1st pass validation of corner units against spec

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303117

# ITO ESD Damage in Proto3





ITO Damage



**POR EVT2**

- Counter measures reduced failure rate, but not completely eliminated it.
- SITO test can not be used to screen out the defects.
- Continuous improvement needed for EVT2
- Alt B is POR for EVT2.

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303118

# Reliability FMEA High Level Risks

| Scenario | Hazard | Actions |
|---|---|---|
| Module sees static electrical fields at tilt assembly or system assembly | ESD causes module failure, reducing system yield at FATP | · Module-level ESD testing<br>· ESD audit at FATP |
| Unit sees static electrical fields during use | ESD causes ITO damage | · System-level ESD testing |
| Unit built with ESD damage escapes screens and is built into the product. | ITO degradation causes open where ITO line is narrowed | · Heat soak testing with known damaged modules |
| Internal system temperature swings OR externally applied bending stresses during use | De-lamination of ITO from metal in the vias, de-lamination/breaking of ITO crossover traces due to TCE mismatches or bending stress. | · Temperature cycling of test panels with many vias |
| Contamination on the surface of metal/ITO in the vias or at panel edges | Corrosion of metal during touch panel operation over time. | · Sweat tests |
| PSA chemistry contributes to electrochemical corrosion | Metal corrodes, causing open in ITO lines in crossover region | · Heat Soak testing |
| ITO is scratched; relatively narrow ITO traces heighten the risks of a hazardous scratch | ITO degradation causes open where ITO line is scratched | - Heat Soak testing |

| Moderate risk | Early data suggest low risk |
|---|---|

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303119

# Executive Recommendation

- Grape Team Assessment: SITO performance is close to current N82 DITO (checkpoint on 12/9 for performance spec sign-off)

- Bringing up SITO in mass production for N88 will mitigate the risks for 100% use in N90

- Grape Team Recommendation: Proceed with SITO at Wintek for N88 EVT2

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303120

# N90 Grape Stoplight

| | Risk | Description | Mitigation Plan |
|---|---|---|---|
| | Full Lamination Mura with IPS | LCM & Grape full lamination may result in LCM Mura.  IPS (FFS) is particularly sensitive to cell gap variations. | **- Need IPS (FFS) LCM samples early in Full Lamination studies to determine feasibility before tool release (1/9).**<br>- LCM mura evaluation, pending LCM design freeze and obtaining samples for trial at multiple Grape suppliers<br>- Consider limiting pairings of IPS LCM vendors with Grape Vendors |
| | Develop SITO thinning capability at multiple Grape vendors in MP | To date, only Wintek has demonstrated one-sided glass thinning (SITO) in small sample sizes. | **- Obtain a commitment date from two vendors for thinning capability validation build by Proto1.**<br>- Evaluating capabilities of all vendors to implement glass thinning with SITO design |
| | Performance of Thinned SITO | Performance of thinned SITO with thinner CG not yet characterized (sensitivity to process variations--thickness) | **- Run simulations of thinned SITO and thin CG to determine risk level.**<br>- Characterization and tuning of SITO in N88 will reduce uncertainty of thinned SITO performance, but evaluation of N90 stackup is still required.<br>- Plan to assess thinned SITO in retrofitted N88 systems. |
| | Dependence on LCM/driver and CG/frame design maturity and schedules | Verification and validation of grape module will be dependent on any changes to LCM/driver and CG/frame. | **- Close with the LCM team on implementation strategy/plan.**<br>- Work with LCM and System PD teams to highlight M68 lessons learned.<br>- Lock CG/frame design at EVT. |

| High level risk- possible show stopper | Medium level risk, show stopper not expected | Low level risk |
|---|---|---|

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303121

# N90 Grape Stoplight (cont.)

| | Risk | Description | Mitigation Plan |
|---|---|---|---|
| | Full Lamination Bubbles | LCM & Grape full lamination with thin PSA may result in lamination bubbles. | - Thin PSA investigation and trial. |
| | Mechanical Reliability of Thinned non-CS SITO glass | Combination of thinner CG and thinner Grape glass may decrease mechanical reliability | - 0.30mm and 0.25mm SITO glass provided to system team for mechanical evaluations. (air gap only to date)<br>- Planned evaluation of thinned SITO in full lamination stack (mid Dec.) |
| | OQC and IQC for LCM/driver in Supply Chain | Full lamination requires functional failures of LCMs to be identified as early as feasible before integration with grape. | - Close with the LCM team on implementation strategy/plan<br>- LCM team is developing a "bridge chip" to allow full functional testing at grape vendor IQC and OQC |
| | Populate SITO to multiple Grape vendors | To date, only Wintek has developed SITO | - Evaluating capabilities of all vendors to implement SITO design<br>- Mature design with one vendor (in N88) and develop processes at other vendors |

| High level risk- possible show stopper | Medium level risk, show stopper not expected | Low level risk |
|---|---|---|

Apple Inc., Confidential & Proprietary



20 November 2008

# Agenda

- Action status and SITO Stoplight Review

- Rationale for SITO in N88 and N90

- SITO Development Status

- **N90 Full Lamination/Re-Workable PSA Status**

  - **Investigation Description**

  - **Initial results**

  - **Next steps**

- N90 0.30mm/0.25mm Thinning Status

- N90 Supply Base Proposal

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303123

# Full Lamination (Test Vehicle: N82)



Cover Glass

OCA (CG/Touch Sensor)
175um

Touch Sensor
N82: DITO
N88: SITO
N90: SITO

OCA (Touch Sensor/LCM)
175um

LCM

Full Lamination
- POR: 175um (same as M68)
- Thin OCA
- Re-workable OCA (shown)

Apple Confidential

Highly Confidential - Attorneys' Eyes Only



# DOE summary (Test Vehicle: N82)

| PSA | LCM | Req Qty | Built Qty | Passed (bubble Free) | Defect | Cosmetic Waived (not included in yield) |
|---|---|---|---|---|---|---|
| Baseline: 175um 3M 8187 | Sharp | 28 | 35 | 32 (91%) | 1 particle (3%) 2 residue (6%) | Yellow mark on LCM (100%) LCM Mura (22%) |
| Thin: 150um 3M 8186 | Sharp | 48 | 51 | 29 (57%) | 15 bubble (29%) (OCA material issue) 7 particle (14%) | Yellow mark on LCM (100%) LCM Mura (95%) |
| Thin: 125um 3M 8185 | SamSung | 48 | 50 | 47 (94%) | 2 particle (4%) 1 residue (2%) | Yellow mark on LCM (100%) LCM Mura (0%) |
| Thin: 100um 3M 8184 | SamSung | 48 | 49 | 43 (88%) | 1 bubble (2%) 4 particle (8%) 1 residue (2%) | Yellow mark on LCM (100%) LCM Mura (38%) |
| Reworkable: 175um 3M X-1044 | TMD | 60 | 49 | 18 (37%) | 22 bubble (45%) 9 particle (18%) | Yellow mark on LCM (100%) LCM Mura (100%) |
| | Sharp | - | 10 | 8 (80%) | 1 bubble (10%) 1 particle (10%) | Yellow mark on LCM (100%) LCM Mura (not recorded) |
| Reworkable: 175um 3M X-1066 | TMD | 33 | 34 | 7 (21%) | 27 bubble (79%) | Yellow mark on LCM (100%) LCM Mura (15%) |
| Reworkable: 178um TPK G2 | TMD | 48 | | | | Data on 11/21 |

‣ Non-reworkable OCA (100~175um) have similar full lamination bubble performance as M68.

‣ Reworkable OCA (175um) have much worse full lamination bubble performance than M68. This may due stack-up variation in different LCMs

‣ All OCA has yellow mark and some with lamination mura that needs to be addressed



Apple Confidential



# Material Characterization (Strength)

| PSA | Peel Strength (N/cm) | | Tensile Strength (N) | Observation |
|---|---|---|---|---|
| | DITO/OCA | OCA/LCM | | |
| Baseline: 175um 3M 8187 | 5.3 | 4.0 | 215.9 | |
| Thin: 150um 3M 8186 | | | | Note: data available 11/27 |
| Thin: 125um 3M 8185 | | | | Note: data available 11/27 |
| Thin: 100um 3M 8184 | | | | Note: data available 11/27 |
| Reworkable: 175um 3M X-1044 | 2.4 | 3.6 | 133.7 | - Low Peel due to stretch release nature<br>- Lower Tensile vs. baseline |
| Reworkable: 175um 3M X-1033 | 7.7 | 6.7 | 67.3 | - Higher Peel vs. X-1044<br>- Lower Tensile vs. X-1044 |
| Reworkable: 175um X-1056 | 1.5 | 1.9 | 73.4 | - Very low peel<br>- Lower Tensile vs. baseline |
| Reworkable: 175um 3M X-1066 | | | | Note: data available 11/27 |
| Reworkable: 178um TPK G2 | 13.0 | 0.1 | 50.9 | - Very low peel on low adhesion side<br>- Low tensile |

- Thin PSA data:  data available 11/27 (driving supplier for data submission)
- Re-workable PSA data do not offer a suitable strength combination in both shear & tensile directions for N90 structure.



Apple Confidential



# Forward Plan

## Full Lamination

| Item | Description | Action | DRI | Due Date |
|------|-------------|--------|-----|----------|
| **1** | N90 LCM type lamination evaluation | - obtain FFS/IPS LCM in ~3.54" for full lamination evaluation (mura, yellow mark..etc) | LCD/PPO | 12/x/08 |
| **2** | Full Lamination process (Grape/LCM) using N82 | - process optimization to remove Mura<br>- increase process margin<br>- quantify process window | PPO | 1/07/09 |
| **3** | OCA material | - Measure mura vs. surface topology & thickness<br>- additional OCA sources evaluation | PPO | 1/07/09 |
| **4** | Mechanical evaluation | - Module & System level mechanical performance evaluation | PPO/PD/REL | 12/15/08 |
| **5** | Environmental evaluation | - Module level environmental performance evaluation | PPO/PD/REL | 12/23/08 |

| High Risk - Very Limited Info/Unknown | Mid Risk - some info, further evaluation needed | Low Risk - initial result positive. Continue optimization |
|---|---|---|



# Forward Plan

### Re-workable Lamination

| Item | Description | Action | DRI | Due Date |
|------|-------------|--------|-----|----------|
| 1 | Rework methods | - Continue rework method DOEs | PPO | 1/31/08 |
| 2 | Re-workable adhesive | - Continue research on suitable material | PPO | 1/31/08 |
| 3 | Mechanical evaluation using current available re-workable PSA | - Module & System level mechanical performance evaluation | PPO/PD/REL | 1/31/09 |
| 4 | Environmental evaluation using current available re-workable PSA | - Module level environmental performance evaluation | PPO/PD/REL | 1/31/09 |

| High Risk - Very Limited Info/Unknown | Mid Risk - some info, further evaluation needed | Low Risk - initial result positive. Continue optimization |
|---|---|---|

APLNDC0002303128

# **Agenda**

- Action status and SITO Stoplight Review

- Rationale for SITO in N88 and N90

- SITO Development Status

- N90 Full Lamination/Re-Workable PSA Status

- **N90 0.30mm/0.25mm Thinning Status**

- N90 Supply Base Proposal

Apple Inc., Confidential & Proprietary



20 November 2008

Highly Confidential - Attorneys' Eyes Only

APLNDC0002303129

# Glass Thinning Status Summary

| Item | Description | Detail | DRI | Due |
|------|-------------|--------|-----|-----|
| 1 | 1st glass thinning trial result (thin film through laser cut) | - 0.3mm 77%yield<br> * major issue is handling<br>- 0.25mm 56% yield<br> * Major issue is glass shattered during laser cut | --- | --- |
| 2 | 2nd glass thinning trial result (thin film through laser cut) | - 0.3mm 91%yield<br> * handling improvement | --- | --- |
| 3 | Laser scribe optimization | - raw glass scribing parameter did not work on thin SITO below 0.3mm.  Glass shattered<br>- MDI will work onsite at Wintek to optimize laser scribing parameters for thin SITO below 0.3mm. | PPO-MD | 12/1/08 |
| 4 | Glass thinning requirements and process baseline | - Specification requirements drafted<br>- Process baseline drafted<br>- requirements and process validation at Grape integrators | PPO-TF<br>PPO-MD | By Proto1 |
| 5 | Glass thinning facility setup and supply chain management | - Current Grape integrators status:<br> * Wintek:  limited capacity, only support development<br> * TPK:  no thinning facility<br> * Innolux:  only mechanical etching<br>- Enable glass thinning capability at Grape integrators either through in-house facility or outsource | PPO-TF<br>PPO-MD<br>Ops | By EVT |

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303130

# Agenda

- Action status and SITO Stoplight Review

- Rationale for SITO in N88 and N90

- SITO Development Status

- N90 Full Lamination/Re-Workable PSA Status

- N90 0.30mm/0.25mm Thinning Status

- **N90 Supply Base Proposal**

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303131

# N90 Supply Base

| | Wintek | TPK | Innolux |
|---|---|---|---|
| SITO Exclusivity | ok | SOW needed | ok |
| SITO Thin Film | on-track | start after SOW | start after proven DITO in N88 EVT2 |
| Thinning Equipment | Hanstar thinning OK, but need SC-B bringup | start after SOW | mechanical thinning for LCD; need chemical thinning line |
| LCM Full Lam | Need a lot of Apple support | M68 experience | good team, no MP experience |
| Full Lam Equipment | new equipment required | convert existing equipment | new equipment required |
| MP confidence | | | |

| High level risk- possible show stopper | Medium level risk, show stopper not expected | Low level risk |
|---|---|---|

Apple Inc., Confidential & Proprietary



20 November 2008

APLNDC0002303132

# Full Lamination Capacity

| Capacity: K units | | Lead Time for New Machine | Note |
|---|---|---|---|
| **TPK** | Oct-08 | 5 months | current machine can be converted for LCM |
| air gap | 3,500 | | |
| full lam | 1,750 | | lamination; will be a 1-to-1 exchange |
| | | | |
| | | | |
| **Wintek** | Oct-08 | 3 months | current CG laminator will need to go thru major |
| air gap | 3,420 | | |
| full lam | | | machine change or buy new machine |
| | | | |
| | | | |
| **Innolux** | Apr-09 | 3 months | CG laminator possibly can be converted to LCM |
| air gap | 1,000 | | |
| full lam | 500 | | lamination; will be a 1-to-1 exchange |

– In general, full lamination reduces the capacity to half compared to air–gap lamination.  TPK and Innolux machine can be converted.
– Since Wintek does not  have conversion capability, it's full lamination capacity is zero if they don't purchase new machine.  Depending on the number of the new machine Wintek purchases to match, the full lamination capacity can go as high as 3.4M per month.

Apple "Need–to–Know" Confidential

Highly Confidential - Attorneys' Eyes Only



- **Backup Charts**

Apple Inc., Confidential & Proprietary

20 November 2008

Highly Confidential - Attorneys' Eyes Only