# Exhibit 11
# (Submitted Under Seal)

**Corning/Apple N90 Meeting**

May 28, 2008

*Apple attendees*:  Tang Yew Tan, Paul Choiniere, Mike Pilliod, Dave Pakula, Richard Dinh, Trent Weber

*Corning attendees:* Jaymin Amin, Ivan Cornejo, Linda Pinckney, Katherine Rossington, Shashi, Hollis, George Beall, Adam Ellison, Jim Price, Ljerka Ukrainczyk, Matt Dejneka, Fred Sears, Lorrie Beall

*Agenda:*

| | | |
|---|---|---|
| 12:00 p.m. – 1:00 p.m. | **Working lunch**<br>  -   Corning and Apple N90 Organizations<br>  -   N90 Product Overview, Timing | CC#2 |
| 1:00 p.m. – 3:00 p.m. | **N90 Product Requirements Discussion**<br><br>**Project Timeline Discussion** | CC#2 |
| 3:00 p.m. – 4:00 p.m. | **Tours**<br><br>**3:00 – 3:30**<br>AMPL Tour<br>*Dave McEnroe, Dawne Moffatt-Fairbanks*<br><br>**3:40 – 4:00**<br>RM 203/204  (PRC Highbay 2nd floor)<br>*Mark Mitchell, Jim Fajardo* | |
| 4:00 p.m. – 5:00 p.m. | **Complete Project Discussions and Wrap Up** | CC #2 |

*Decisions:*
Specifications
- Product made with chosen material passes reliability specification (M)
- #3 – Fluorine is ok.
- #6 – Requirement is high gloss, low surface pits.
- CTE Match to 1317 is not critical (P)
- Apple prefers, at a minimum, to have the N90 in very black and very white.
Apple can conduct reliability tests for Corning materials.
Timeline
- Key milestone is: Tool release: 9/1 (release for final design for tooling)

*Actions:*

Corning
- Corning to generate our timeline for this project.  To be included: recommended review timing, milestones, manufacturing ramp, etc. Target is 5/30.
- Propose meeting timing to Apple by 5/30.   Suggested frequency of meetings, location, etc.
- Provide feedback to Apple on glues/adhesives.
- Provide org structure (N90 and K39), how the groups interact/overlap, contact information and escalation path.

Corning/Apple
- Schedule meeting in Apple for review of reliability tests.  Corning to bring samples of compositions for this meeting.

Apple
- Send Corning mutual NDA.
- Send Corning a list of parts that will be glued to the N90 and associated glues/adhesives.
- Provide list of environmental tests that the phone/glue has to endure/pass.
- Provide Corning with all documents mentioned in the N90 specification.
- Remove 'Similar to 2317 glass' from #3.
- Identify lab that can do the radio properties test for both Corning and Apple.
- Identify threshold for loss tangent.
- Provide Corning loss tangent testing procedures, including temperatures and frequencies.
- Provide Gorilla (1317, 2317) data on loss tangent (glass manufactured by FC).
- Provide K39 specification to Karen Matthews.

Highly Confidential - Attorneys' Eyes Only