# Exhibit 12
# (Submitted Under Seal)

Subject: Fwd: Asahi CAT-E Validation Slides
Date: Wed, 01 Apr 2009 18:40:54 +0000
From: "Tang Yew Tan" <ttan@apple.com>
To: "Dave Pakula" <pakula@apple.com>, "Adam Mittleman" <amittleman@apple.com>, "Erik Wang" <ewang@apple.com>, "rich dinh" <r@apple.com>
CC: "Chris Prest" <cprest@apple.com>
Message-ID: <FF653F7D-53DC-48AD-B86C-F7962F56D74B@apple.com>

---

guys,

FYI, Apple will be kicking off Asahi CAT-E as alternative to Corning's Gorilla.

Chris has done a lot of initial validation work.

Plan for iPhones:
1. roll in on 1M N82 and track field issues
2. N88 will still be corning w/ Oleo
3. Asahi not to be included for N90 development. We will still be exclusively Corning until we gain more confidence with Asahi (from N82, Ipods ..etc)

---

**tang tan**
apple product design
tel: +1 (408) 974 2305
china: +86 137 1529 5024

Begin forwarded message:

> **From:** Chris Prest <cprest@apple.com>
> **Date:** April 1, 2009 9:20:17 AM PDT
> **To:** Stephen Zadesky <zadesky@apple.com>, Doug Weber <dweber@apple.com>
> **Cc:** Dave Pakula <pakula@apple.com>, Tang Phone <ttan@apple.com>, Brian Lynch <blynch@apple.com>
> **Subject: Asahi CAT-E Validation Slides**
>
> Guys,
>
> Here are the final CAT-E slides that were reviewed with Jeff Williams.
>
> **Meeting Notes:**
> - We discussed current state of testing and highlighted the following risks:
>     - Risk of field-return increase based on pass rates for drop testing and ball drop (compared vs Corning 2317 performance)
>     - Correlation between indentation testing and field performance still not fully understood
>     - All testing to date has been run with engineering batch runs of the material (not mass

Highly Confidential - Attorneys' Eyes Only
APLNDC0002336678

produced glass)

- Given these risks, the team agreed to make the $14M investment in CAT-E material

- Details of roll-in plan TBD. For the phones (not N90), we will carefully track field returns based on a limited quantity N82 production field study (~1M units). If we decide to not continue with CAT-E, inventory would be used for K48 or for another application.

Chris Prest
+1.408.391.1875

------ end message ------

Highly Confidential - Attorneys' Eyes Only
APLNDC0002336679