# Exhibit 27
# (Submitted Under Seal)

# Competitor Benchmarking

## Samsung

### Qbowl 07

Report

Stage Confidential
09/2007

Prepared by
Shilpa Vyas
SDE Wireless UI

sde samsung design | europe







Highly Confidential - Attorneys' Eyes Only    SAMNDCA10496327