HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.     11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S OBJECTIONS TO SAMSUNG'S SUBMISSION IDENTIFYING ATTORNEYS' FEES AND COSTS PURSUANT TO THE COURT'S JULY 11, 2012 ORDER** |

I, JASON R. BARTLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Objections to Samsung's Submission Identifying Attorneys' Fees and Costs Pursuant to the Court's July 11, 2012 Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of the cover page, the exhibits marked index and the court reporter certification from the deposition transcript of Priya Balasubramaniam, dated July 17, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of the cover page, the exhibits marked index and the court reporter certification from the deposition transcript of Andrew Bright, dated July 17, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of the cover page, the exhibits marked index and the court reporter certification from the deposition transcript of Richard Howarth, dated July 16, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of the cover page, the exhibits marked index and the court reporter certification from the deposition transcript of Saku Hieta, dated July 13, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of the cover page, the exhibits marked index and the court reporter certification deposition transcript of Emilie Kim, dated July 18, 2012.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  25th day of July, 2012 at San Francisco, California.

     /s/ *Jason R. Bartlett*
     Jason R. Bartlett

BARTLETT DECL. ISO APPLE'S OBJECTIONS TO SAMSUNG'S SUBMISSION IDENTIFYING ATTORNEYS' FEES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3163729

2

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: July 25, 2012                    */s/ Michael A. Jacobs*
                                        Michael A. Jacobs

BARTLETT DECL. ISO APPLE'S OBJECTIONS TO SAMSUNG'S SUBMISSION IDENTIFYING ATTORNEYS' FEES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3163729

3