Exhibit 1

\*\* CONFIDENTIAL ATTORNEYS' EYES ONLY \*\*

```
                                                             Page 1
 1              UNITED STATES DISTRICT COURT            15:58
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4
 5   APPLE INC., a California
     corporation,
 6
 7            Plaintiff and
              Counter-Defendant
 8
     vs.                                    CASE NO.
 9                                          11-cv-01846-LHK (PSG)
     SAMSUNG ELECTRONICS CO., LTD.,
10   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
11   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
12   AMERICA, LLC, a Delaware
     limited liability company,
13
              Defendant and
14            Counterclaimant.
     _____/
15
16
17          CONFIDENTIAL - ATTORNEYS' EYES ONLY
18          DEPOSITION OF PRIYA BALASUBRAMANIAM
19                  July 17, 2012
20
21
22   Job No. 51742
23   Reported by:  LAURA AXELSEN, CSR NO. 6173
                   RMR, CRP, CLR
24
25
```

Page 2

1    BE IT REMEMBERED THAT, pursuant to Notice and on
2  Tuesday, July 17, 2012 at 4:04 p.m. thereof at 555 Twin
3  Dolphin Drive, Redwood Shores, California, before me,
4  LAURA AXELSEN, a Certified Shorthand Reporter, personally
5  appeared
6         PRIYA BALASUBRAMANIAM,
7  called as a witness by the Defendants.
8         ---oOo---
9            APPEARANCES
10 FOR THE PLAINTIFF:
11
12    MORRISON & FOERSTER
13    BY: KENNETH A. KUWAYTI, ESQ.
14    755 Page Mill Road
15    Palo Alto, California  94304
16
17 FOR THE DEFENDANTS:
18
19    QUINN EMANUEL URQUHART & SULLIVAN
20    BY: SCOTT C. HALL, ESQ.
21    555 Twin Dolphin Drive
22    Redwood Shores, California  94065
23
24    There also being present Cyndy Wheeler, Apple
25 In-House counsel, and Sean McGrath, video operator.

Page 3

1            INDEX
2
3                                    PAGE
4  EXAMINATION BY MR. HALL              4
5  EXAMINATION BY MR. KUWAYTI           28
6
7         ---oOo---
8
9  Exhibits previously marked and attached hereto:
10
11   Plaintiff's Exhibit No. 8 - Apple Products
12   Lutton Exhibit No. 7 - United States Design Patent No.
13         US D618,677S
14
15         ---oOo---

Page 4

1        VIDEO OPERATOR:  Good afternoon.  This is the    16:04
2  start of disc number 1 of the videotaped deposition of
3  Priya Balasubramaniam in the matter of Apple,
4  Incorporated, versus Samsung Electronics Company, Limited,
5  et al.  In the U.S. District Court, Northern District of   16:04
6  California, San Jose Division.  Case number
7  11-cv-01846-LHK, parentheses, PSG, close parentheses.
8        This deposition is being held at 555 Twin
9  Dolphin Drive, Redwood Shores, California on July 17th,
10 2012, at approximately 4:04 p.m.                        16:04
11       My name is Sean McGrath.  I'm the legal video
12 specialist from TSG Reporting, Incorporated, headquartered
13 at 747 3rd Avenue, New York, New York.  The court reporter
14 is Laura Axelsen in association with TSG Reporting.
15       Will counsel please introduce yourselves.        16:05
16       MR. HALL:  Scott Hall, Quinn Emanuel, for
17 Samsung.
18       MR. KUWAYTI:  Ken Kuwayti for the plaintiff
19 Apple Incorporated.
20       MS. WHEELER:  Cyndi Wheeler from Apple.          16:05
21       VIDEO OPERATOR:  Will the court reporter please
22 swear in the witness, and we can proceed.
23          PRIYA BALASUBRAMANIAM
24    having been duly sworn, testified as follows:
25       EXAMINATION BY MR. HALL                          16:05

Page 5

1        MR. HALL:  Q.  Good afternoon.                  16:05
2    A.  Good afternoon.
3    Q.  Would you please state and spell your full name
4  for the record?
5    A.  Priya Balasubramaniam, P-r-i-y-a,               16:05
6  B-a-l-a-s-u-b-r-a-m-a-n-i-a-m.
7    Q.  And where do you currently reside?
8    A.  Cupertino.
9    Q.  And have you ever had your deposition taken
10 before?                                                16:06
11   A.  Yes.
12   Q.  Okay.  So you know a little bit about the
13 process, and I'll ask a few questions.  Your lawyers may
14 make some objections, but please answer questions unless
15 they instruct you not to.                              16:06
16       Do you understand that you're testifying under
17 oath here today?
18   A.  Yes, I do.
19   Q.  And is there any reason why you can't give your
20 best testimony today?                                  16:06
21   A.  No.
22   Q.  If -- if there's anything that's not clear to
23 you in the questions I ask, please let me know, and I'll
24 try to rephrase it.
25   A.  Yes.                                            16:06

** CONFIDENTIAL ATTORNEYS' EYES ONLY **

Page 30

1  functional reason that you were aware of why that display    16:41
2  had to be darker when the screen was turned off?
3      A.  Functional reason?
4      Q.  Yes.
5      A.  No.                                 16:41
6      Q.  Uhm, did you have any understanding as to what
7  purpose there was, then, to having the screen be darker
8  when the display was turned off?
9      A.  From what I've been told in discussions, the
10  purpose was the look, how the product looked.         16:41
11         MR. KUWAYTI:  No further questions.
12         MR. HALL:  We're done.
13         VIDEO OPERATOR:  This marks the end of volume 1,
14  disc 1 and concludes the deposition of Priya
15  Balasubramaniam.  The time is 4:41 p.m., and we are off   16:41
16  the record.
17         (The deposition was concluded at 4:41 p.m.)
18
19
20
21
22              _____
                PRIYA BALASUBRAMANIAM
23
24
25

Page 31

1                   CERTIFICATE
2
3      I, the undersigned, a Certified Shorthand Reporter,
4  State of California, hereby certify that the witness in
5  the foregoing deposition was by me first duly sworn to
6  testify to the truth, the whole truth, and nothing but the
7  truth in the within-entitled cause; that said deposition
8  was taken at the time and place therein stated; that the
9  testimony of the said witness was reported by me, a
10  disinterested person, and was thereafter transcribed under
11  my direction into typewriting; that the foregoing is a
12  full, complete, and true record of said testimony; and
13  that the witness was given an opportunity to read it and,
14  if necessary, correct said deposition and to subscribe the
15  same.
16      I further certify that I am not of counsel or
17  attorney for either or any of the parties in the foregoing
18  deposition and caption named, nor in any way interested in
19  the outcome of the cause named in said caption.
20         Executed this 17th day of July, 2012.
21
22              _____
                LAURA AXELSEN, C.S.R. 6173
23
24
25

Page 32

1      ERRATA SHEET FOR THE TRANSCRIPT OF:
2      Case Name:  Apple vs. Samsung Electronics
3      Dep. Date: July 17, 2012
4      Deponent: Priya Balasubramaniam
5      Pg.  Ln.  Now reads     Should read    Reason
6      ____ ____ _____ _____ _____
7      ____ ____ _____ _____ _____
8      ____ ____ _____ _____ _____
9      ____ ____ _____ _____ _____
10     ____ ____ _____ _____ _____
11     ____ ____ _____ _____ _____
12     ____ ____ _____ _____ _____
13     ____ ____ _____ _____ _____
14     ____ ____ _____ _____ _____
15     ____ ____ _____ _____ _____
16     ____ ____ _____ _____ _____
17
18
19           _____
20             SIGNATURE OF DEPONENT
21     SUBSCRIBED AND SWORN BEFORE ME
22       THIS____DAY OF_____, 2012
23
24     _____
25     (Notary Public)  MY COMMISSION EXPIRES:_____