Exhibit 2

Highly Confidential - Attorneys' Eyes Only Outside Counsel

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6          Plaintiff,
 7   vs.                      Case No. 11-cv-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12          Defendants.
     ---------------------------------/
13
14
15             HIGHLY CONFIDENTIAL
16             ATTORNEYS' EYES ONLY
17              OUTSIDE COUNSEL
18    VIDEOTAPED DEPOSITION OF ANDREW BRIGHT, Ph.D.
            San Francisco, California
19            Tuesday, July 17, 2012
20
21
22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523
23                RPR, CRR, CCRR, CLR
24   JOB NO. 51741
25
```

Highly Confidential - Attorneys' Eyes Only Outside Counsel

Page 74

```
 1   hypothetical.                                    06:24
 2        BY MR. BARQUIST:                            06:24
 3        Q.  Is the shape --                         06:24
 4        MR. KIDMAN:  Vague and ambiguous.  Lacks    06:24
 5   foundation.                                      06:24
 6        BY MR. BARQUIST:                            06:24
 7        Q.  Is the shape of the receiver opening on the   06:24
 8   iPhone 3 and iPhone 4 the optimum shape?         06:24
 9        MR. KIDMAN:  Same objections.               06:24
10        THE WITNESS:  No.                           06:24
11        MR. BARQUIST:  That's all I have.  Thank    06:24
12   you.                                             06:24
13        MR. KIDMAN:  Let me just ask a follow-up    06:24
14   question or two.                                 06:24
15         FURTHER EXAMINATION BY MR. KIDMAN          01:14
16        BY MR. KIDMAN:                              06:24
17        Q.  Is -- is the edge on the iPhone what    06:24
18   we -- what you would refer to as a rounded edge or a   06:24
19   sharp edge?                                      06:24
20        MR. BARQUIST:  Objection.  Vague and        06:24
21   ambiguous.                                       06:24
22        THE WITNESS:  There are shades of gray, but   06:24
23   it's -- it is one of the more -- one of the sharper   06:24
24   edges that exists in the market for mobile phones.   06:24
25
```

Page 75

```
 1        BY MR. KIDMAN:                              06:25
 2        Q.  And when you say it has a sharp edge, what   06:25
 3   are you referring to?                            06:25
 4        A.  The edge between front of the device and   06:25
 5   the top of the device.                           06:25
 6        Q.  And can -- are you referring to -- well,   06:25
 7   strike that.                                     06:25
 8        Can you -- can you show me what you're      06:25
 9   referring to?                                    06:25
10        A.  So this edge here (indicating).         06:25
11        Q.  Okay.  And when you said that the iPhone   06:25
12   has one of the sharper edges of products on the   06:25
13   market, were you referring to the iPhone 4?      06:25
14        A.  Yes.                                    06:25
15        Q.  And how would you -- would you describe the   06:25
16   edge of the iPhone 3 as -- as being a round edge or   06:25
17   a sharp edge?                                    06:25
18        A.  Also a sharp edge.                      06:25
19        Q.  And can you show me what you're referring   06:25
20   to?                                              06:25
21        A.  So this edge here (indicating).         06:25
22        Q.  And you're referring to the -- the edge of   06:25
23   what's called the "bezel"?                       06:25
24        A.  Some inside of Apple do call that the   06:25
25   bezel, yes.                                      06:25
```

Page 76

```
 1        MR. KIDMAN:  No further questions.          06:26
 2        MR. BARQUIST:  Nothing further.  Thank you.   06:26
 3        THE VIDEOGRAPHER:  This marks the end of    06:26
 4   Disk No. 1, Volume I, and also concludes today's   06:26
 5   deposition given by Andrew Bright.  The time is now   06:26
 6   6:26 p.m., and we are off the record.            06:26
 7        (Time noted:  6:26 p.m.)                    06:26
 8             ---oOo---
 9
10
11             _____
                ANDREW BRIGHT, Ph.D.
12
13   Subscribed and sworn to
     before me this     day
14   of      2012.
15
     _____
16
```

Page 77

```
 1             CERTIFICATE
 2
     STATE OF CALIFORNIA )
 3                       : ss
     COUNTY OF SONOMA    )
 4
 5     I, Lorrie L. Marchant, a Certified Shorthand
 6   Reporter, a Registered Professional Reporter, a
 7   Certified Realtime Reporter, and a Certified
 8   Realtime Professional within and for the State of
 9   California, do hereby certify:
10     That ANDREW BRIGHT, Ph.D., the witness whose
11   deposition is herein set forth, was duly
12   sworn/affirmed by me and that such deposition is a
13   true record of the testimony given by such witness.
14     I further certify that I am not related to any
15   of the parties to this action by blood or marriage
16   and that I am in no way interested in the outcome of
17   this matter.
18     In witness whereof, I have hereunto set my hand
19   this 17th day of July, 2012.
20
21
22
23   -------------------------------------------
     LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24   CSR No. 10523
25
```

Highly Confidential - Attorneys' Eyes Only Outside Counsel

Page 78

```
1              I N D E X
2         INDEX OF EXAMINATION
3                   PAGE
4   MR. KIDMAN                    5
    MR. BARQUIST                 71
5   MR. KIDMAN                   74
6            ---oOo---
7        INDEX OF EXHIBITS
8       DESCRIPTION            PAGE
9   Exhibit 1  Color copy of photograph of HTC    36
          Google Nexus One phone
10
11           ---oOo---
12      PREVIOUSLY-MARKED EXHIBITS
13  Exhibit 579  e-mail string amongst Andrew Bright,
          David Tupmand and others, subject:
14        receiver up high in Y (Production Nos.
          APLNDC0002326562 - APLNDC0002326563)
15
    Exhibit 3517  iPhone 3GS
16
    Exhibit 8    iPhone 4
17
18           ---oOo---
19
20
21
22
23
24
25
```

Page 79

```
1   NAME OF CASE:  Apple v. Samsung
2   DATE OF DEPOSITION:  7/17/2012
3   NAME OF WITNESS:  Andrew Bright, Ph.D.
4   Reason Codes:
5      1. To clarify the record.
       2. To conform to the facts.
6      3. To correct transcription errors.
7   Page _____ Line _____ Reason _____
    From _____ to _____
8
    Page _____ Line _____ Reason _____
9   From _____ to _____
10  Page _____ Line _____ Reason _____
    From _____ to _____
11
    Page _____ Line _____ Reason _____
12  From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14
    Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17
    Page _____ Line _____ Reason _____
18  From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20
    Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
    From _____ to _____
23
            _____
24            ANDREW BRIGHT, Ph.D.
25
```