Exhibit 3

Confidential Attorneys' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4   APPLE INC., a California
    corporation,
5
6           Plaintiff,
7   vs.                        Case No. 11-cv-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
9   SAMSUNG ELECTRONICS AMERICA,
    INC., a New York corporation;
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,
12          Defendants.
    ---------------------------------/
13
14
15                  CONFIDENTIAL
16              ATTORNEYS' EYES ONLY
17
18    VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
             San Francisco, California
19             Monday, July 16, 2012
20
21
22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523
23                RPR, CRR, CCRR, CLR
24  JOB NO. 51740
25

Confidential Attorneys' Eyes Only

Page 86

```
 1                  CERTIFICATE
 2
        STATE OF CALIFORNIA )
 3                : ss
        COUNTY OF SONOMA  )
 4
 5      I, Lorrie L. Marchant, a Certified Shorthand
 6   Reporter, a Registered Professional Reporter, a
 7   Certified Realtime Reporter, and a Certified
 8   Realtime Professional within and for the State of
 9   California, do hereby certify:
10      That RICHARD HOWARTH, the witness whose
11   deposition is herein set forth, was duly
12   sworn/affirmed by me and that such deposition is a
13   true record of the testimony given by such witness.
14      I further certify that I am not related to any
15   of the parties to this action by blood or marriage
16   and that I am in no way interested in the outcome of
17   this matter.
18      In witness whereof, I have hereunto set my hand
19   this 16th day of July, 2012.
20
21
22
23   ---------------------------------------------
        LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24      CSR No. 10523
25
```

Page 87

```
 1              I N D E X
 2            INDEX OF EXAMINATION
 3                     PAGE
 4   MR. ZELLER                     5
 5              ---oOo---
 6            INDEX OF EXHIBITS
 7   DESCRIPTION                    PAGE
 8   Exhibit TX579  e-mail and attachments to    4
        Jonathan Ive from Richard Howarth,
 9      dated 3/8/2006, subject: on: the
        sony vs apple competition
10      (Production Nos. APLNDC0003040119 -
        APLNDC0003040124)
11
     Exhibit TX562  e-mail to David Tupman,     52
12      cc'ed to various other recipients,
        from Andrew Bright, dated 6/4/2010,
13      subject:  reciever up high in Y
        (Production Nos. APLNDC0002326562 -
14      APLNDC0002326563)
15              ---oOo---
16       PREVIOUSLY-MARKED EXHIBITS
17   Exhibit 6   United States Design Patent, Andre,
        et al., Patent No. D593,087 S
18
     Exhibit 7   United States Design Patent, Andre,
19      et al., Patent No. D618,677 S
20   Exhibit 1172  Images of Sony phone
        (Production Nos. APLNDC-NC00000274 -
21      APLNDC-NC0000000281)
22              ---oOo---
23
24
25
```

Page 88

```
 1   NAME OF CASE:  Apple v. Samsung (U.S. District)
 2   DATE OF DEPOSITION:  7/16/2012
 3   NAME OF WITNESS:  Richard Howarth
 4   Reason Codes:
 5      1. To clarify the record.
        2. To conform to the facts.
 6      3. To correct transcription errors.
 7   Page _____ Line _____ Reason _____
     From _____ to _____
 8
     Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11
     Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14
     Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17
     Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20
     Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23
           _____
24           RICHARD HOWARTH
25
```