Exhibit 5

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4    APPLE, INC., a California          )

5    corporation,                       )

6             Plaintiff,                 )

7       vs.                             )   No. 11-CV

8    SAMSUNG ELECTRONICS CO., LTD., a   )   01846-LHK

9    Korean business entity; SAMSUNG    )

10   ELECTRONICS AMERICA, INC., a New   )

11   York corporation; and SAMSUNG      )

12   TELECOMMUNICATIONS AMERICA, LLC, a )

13   Delaware limited liability company,)

14             Defendants.               )

15   _____)

16         CONFIDENTIAL - ATTORNEYS' EYES ONLY

17            PURSUANT TO PROTECTIVE ORDER

18

19        Videotaped deposition of EMILIE KIM

20             San Francisco, California

21             Wednesday, July 18, 2012

22

23   Reported by:

     THERESA A. DARNELL

24   CSR 9966

     Job No. SF152047

25   PAGES 1 - 143

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE, INC., a California          )
corporation,                )
        Plaintiff,          )
    vs.              ) No. 11-CV
SAMSUNG ELECTRONICS CO., LTD., a  ) 01846-LHK
Korean business entity; SAMSUNG    )
ELECTRONICS AMERICA, INC., a New   )
York corporation; and SAMSUNG      )
TELECOMMUNICATIONS AMERICA, LLC, a )
Delaware limited liability company,)
        Defendants.        )
_____)


    Videotaped deposition of EMILIE KIM, on
behalf of Defendants, at 50 California Street, San
Francisco, California, beginning at 11:58 a.m. and
ending at 4:45 p.m. on Wednesday, July 18, 2012,
before THERESA A. DARNELL, California Certified
Shorthand Reporter No. 9966.

Page 2

---

I N D E X

Wednesday, July 18, 2012
WITNESS                     EXAMINATION
EMILIE KIM

    (By Mr. Stretch)     7, 140
    (By Mr. Souto)       135

    ---oOo---

Page 4

---

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:
    WILMER CUTLER PICKERING HALE & DORR, LLP
    BY:  VICTOR F. SOUTO, ESQ.
    and DEREK S LAM, ESQ.
    7 World Trade Center
    250 Greenwich Street
    New York, New York  10007
    212.937.7224  Fax 212.230.8888
    E-mail:  victor.souto@wilmerhale.com
        derek.lam@wilmerhale.com

FOR THE DEFENDANTS:
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    BY:  CHRISTOPHER STRETCH, ESQ.
    and  RYAN GOLDSTEIN, ESQ.
    50 California Street, 22nd Floor
    San Francisco, California  94111
    415.875.6600  Fax 415.875.6700
    E-mail:  chrisstretch@quinnemanuel.com
        ryangoldstein@quinnemanuel.com

Page 3

---

DEPOSITION EXHIBITS

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| Exhibit 1 | Invoice Receipt<br>Plaintiff's Exhibit 111<br>APLNDC-WH-A0000024824-45<br>22 pages | 107 |
| Exhibit 2 | Schematic<br>Plaintiff's Exhibit 110<br>APLNDC-WH-A0000000001-50,<br>-255-266, 62 pages | 114 |
| Exhibit 3 | 7/7/10 E-mail from Matt<br>Hoppa to apex-ui-builds<br>Subject: Livability Testing -<br>Mail, APLNDC-WH0000258278-79 | 117 |
| Exhibit 4 | 8/29/10 E-mail from<br>Aidria Astravas to Stan Jirman<br>Subject: Fwd: Focus Session:<br>Photos, Ingest & Camera<br>APLNDC-WH0000279003-005, 3 pgs | 121 |
| Exhibit 5 | 8/26/11 E-mail from Brandon<br>Townes to<br>telluride-reports@group.apple.com<br>APLNDC-WH0000228039-42, 4 pgs | 124 |
| Exhibit 6 | 8/30/11 E-mail from Gouri<br>Jonnalagadda to<br>telluride-reports@group.apple.com<br>APLNDC-WH-A0000230081-85, 5 pages | 128 |

Page 5

```
 1        Penalty of Perjury
 2
 3
 4      I, EMILIE KIM, do hereby declare under penalty
 5   of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10      EXECUTED this _____ day of _____,
11   201___, at _____, _____.
              (City)            (State)
12
13
14        _____
          EMILIE KIM
15
16
17
18
19
20
21
22
23
24
25
                                          Page 142
```

```
 1   STATE OF CALIFORNIA )
 2            : ss
 3   COUNTY OF SAN MATEO )
 4
 5      I, the undersigned, a Certified Shorthand
 6   Reporter of the State of California, do hereby
 7   certify:
 8        That the foregoing proceedings were taken
 9   before me at the time and place herein set forth;
10   that any witnesses in the foregoing proceedings,
11   prior to testifying, were placed under oath; that a
12   verbatim record of the proceedings was made by me
13   using machine shorthand which was thereafter
14   transcribed under my direction; further, that the
15   foregoing is an accurate transcription thereof.
16        I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney of any of the parties.
19        IN WITNESS WHEREOF, I have hereunto set my
20   hand and affixed my signature this 20th day of
21   July, 2012.
22
23        _____
24        THERESA A. DARNELL
25        CSR NO. 9966
                                          Page 143
```