# D'AMATO DECLARATION EX. C
# FILED UNDER SEAL

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

11 May 2012

I hereby certify that this Korean to English translation of pages SAMNDCA10159856 to SAMNDCA10159858 of the document with the beginning Bates number SAMNDCA10159856 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
Peter Mauro Schroepfer

TRANSLATION

| | |
|---|---|
| From: | Â÷¼¼Áø <saejin.cha@samsung.com> |
| Sent: | Monday, May 24, 2010 9:32 PM |
| To: | Àåµ¿ÈÆ |
| Cc: | Â÷¼¼Áø; È²Ã¢È¯; ±è¼®±Ù; ±ÝÀÇ¼ö; ¹ÚÀΰí; Á¶°æ¼±; ±è¾Æ¿µ; Á¤È¿Áø; ¼ÀçÈÆ; ¹Ú¼¼Àî; ±èÀÚµµ; ±èÀ±ÅÂ; ¾çµ¿È¯; ³ª¼®Èñ |
| Subject: | [º¸°í]Áß±¹ GDI ÃßÁø °æ°ú ¿ä¾à º¸°í µå¸³´Ï´Ù. |
| Attachments: | 201005251332199_BEI0XT4N.gif; 10³â Áß±¹ GDI ÃßÁø °á°ú-20100520.pptx; Áß±¹ GDI ¿ä¾à°»(HHP)_20100525.pptx |

Dear Senior Vice President DongHoon Chang,

Regarding the China GDI evaluation, the overall consensus was that it generally lacks an innovative feel in all categories, and below is a brief report regarding the exterior appearance and packaging.

- Evaluators
   ▪ Zhang wu: Designed the Beijing Olympics logo.
         Comes from a prestigious family and is very influential within China's design circles.
   ▪ Zhou yi: Runs S.Point Design Studio
   ▪ Carl Liu: Currently running Ideo Dao Design Studio.
         An up-and-coming designer revered among young designers in China
   ▪ Hyung Gun Yoon: Professor at Shanghai Jiaotong University Media & Design Institute

- Smart Phone Flagship: Galaxy S vs Motorola (Droid) vs Apple (iPhone)
   : Not just the shape, but even the packaging looks like it copied the iPhone too much, and innovation is needed..

- Smart Phone : Galaxy Wave vs Nokia (X6) vs HTC (Legend)
   : While Wave has good proportions/processed quality, etc., it feels cluttered for having too many lines.
     Legend feels equivalent to the iPhone and feels like it has design leadership.

- Normal Touch : Monte vs Nokia (5230) vs LG (Arena)
   : Monte's is a design for differentiation, and feels due to too much decoration.
     It feels like a local Chinese brand.


-Attachment 1: Business Management Center Summary Report document
 Attachment 2: Recap of HHP Contents (Shape + Packaging)


That is all.




------- Original Message-------
Sender: Kyuil Jeong<kyuil.jeong@samsung.com> D5(Lead)/Lead/Design Innovation Group (Design)/Samsung Electronics
Date: 2010-05-20 16:56 (GMT+09:00)

1

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10159856

**TRANSLATION**

Title: Here is the China GDI Progress Status Summary report.

Greetings, Senior Vice President.  This is Lead Kyuil Jeong.

Here is the China GDI Progress Status Summary report that took place over the last four days.
Thanks to Director Donghwan Yang and many of the SDC members' diligent preparations, the event went well without any major problems.
Especially this year, in addition to the GDI Evaluation, a user VOC sharing workshop was held amongst designers from the HQ and local RPMs, providing a good opportunity to understand China's market conditions in detail and user VOCs.

Please refer to the attached files, and I will submit a more detailed report in Korea.

Thank you..  Regards

--------------------------------------------------------------------------------
Timeline: 5/17(Monday)~20(Thursday)
- Day 1: Detailed Evaluation of the UI (1st round)
- Day 2: Detailed Evaluation of the Appearance, Detailed Evaluation of the UI (2nd round), Detailed Evaluation of the Packaging, Comprehensive Evaluation (1st round)
- Day 3: Comprehensive Evaluation (2nd round), meeting for sharing local results
- Day 4: VOC Sharing workshop with China's local RPMs and designers from the HQ (held for each product family)
--------------------------------------------------------------------------------


--------------------------------------------------------------------------------

Lead Kyuil Jeong / CVS [Certified Value Specialist]
Samsung Electronics / Design Management Center / Strategy & Planning, Design Team / Design Innovation Group
TEL : 82-2-2255-5021 / FAX : 82-2-2255-5029 / E-mail : kyuil.jeong@samsung.com

--------------------------------------------------------------------------------


……………………………………………………………………………

Sae-Jin, Cha

Strategy & Planning, Design Team  |  Mobile Communication Division
Telecommunication Network Business  |  Samsung electronics co., LTD.
T  +82 (0)2-2255-5203         E    saejin.cha@samsung.com




……………………………………………………………………………

Sae-Jin, Cha

2

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10159857

Strategy & Planning, Design Team  |  Mobile Communication Division
Telecommunication Network Business  |  Samsung electronics co., LTD.
T +82 (0)2-2255-5203       E   saejin.cha@samsung.com

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여
관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다.
본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology
or privileged and confidential information otherwise protected under applicable law including the Unfair
Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying
or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.

| | |
|---|---|
| From: | Â÷¼¼Áø <saejin.cha@samsung.com> |
| Sent: | Monday, May 24, 2010 9:32 PM |
| To: | Ååµ¿ÈÆ |
| Cc: | Â÷¼¼Áø; È²Ã¢È¯; ±è¼®±Ù; ±ÝÀÇ¼ö; ¹ÚÎ°ï; Á¶°æ¼±; ±è¾Æ¿µ; Á¤È¿Áø; ¼ÀçÈÆ; ¹Ú¼¼ÀÎ; ±èÀÚ¿µ; ±èÀ±ÅÂ; ¾çµ¿È¯; ³ª¼®Èñ |
| Subject: | [º¸°í]Áß±¹ GDI ÃßÁø °æ°ú ¿ä¾à º¸°í µå¸³´Ï´Ù. |
| Attachments: | 201005251332199_BEI0XT4N.gif; 10³â Áß±¹ GDI ÃßÁø °á°í-20100520.pptx; Áß±¹ GDI ¿ä¾à°»(HHP)_20100525.pptx |

장동훈 전무님,

중국 GDI 평가 관련 전 부문에서 전반적으로 혁신적인 느낌은 없다라는게 대 부분의 의견이었으며,
외관 및 패키지 관련 아래와 같이 간략 보고 드립니다

- 평가자
   . Zhang wu : 베이징 올림픽 로고 디자인 수행.
                좋은 집안 출신으로 중국 내 디자인 부분에서 입김이 셈.
   . Zhou yi : S.Point Design Studio 운영
   . Carl Liu : Ideo Dao Design 스튜디오 운영중.
                중국 내 젊은 디자이너들 사이에서 추앙받고 있는 신진 디자이너
   . 윤형건 : 상해 교통대 Media & Design institute 교수


- Smart Phone Flagship : 갤럭시 S vs Motorola(Droid) vs Apple(iPhone)
   : 조형뿐 아니라 패키지까지 너무 아이폰을 따라 한 것 같으며 혁신이 필요하다.

- Smart Phone : 갤럭시 Wave vs Nokia(X6) vs HTC(Legend)
   : Wave 는 비례감/가공품질 등 매우 좋으나 너무 많은 선으로 인해 복잡한 느낌이다.
     Legend 는 아이폰과 대등한 느낌이며 디자인 리더쉽있다고 느껴짐.

- Normal Touch : Monte vs Nokia(5230) vs LG(Arena)
   : Monte 는 차별화를 위한 디자인이며 너무 많은 장식으로인해 복잡한 느낌임. 중국 로컬 브랜드 느낌.

- 첨부 1 : 경영 센터 요약 보고 문서
   첨부 2 : HHP 내용 정리(조형 + 패키지)


이상입니다.


------- Original Message-------
Sender: 정규일<kyuil.jeong@samsung.com> D5(책임)/책임/디자인혁신그룹(디자인)/삼성전자
Date: 2010-05-20 16:56 (GMT+09:00)

1

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10159856

Title: 중국 GDI 추진 경과 요약 보고 드립니다.

안녕하십니까. 전무님.   정규일책임입니다.

지난 총 4일간 진행된 중국 GDI 추진 경과 요약 보고 드립니다.
양동환소장 이하 SDC 많은 멤버들의 철저한 준비로 큰 문제없이 잘 진행될 수 있었읍니다.
특히 올해는 GDI 평가와 더불어 출장 온 본사 디자이너와 현지 RPM 간의 사용자 VOC 공유 워크샵을 추가 운영하여
상세한 마켓 상황과 중국 사용자 VOC 를 이해할 수 있는 좋은 기회가 된것 같습니다.

첨부파일 참조 부탁드리고, 자세한 내용은 한국에서 보고 드리겠습니다.

감사합니다.. 수고하십시요

---

추진 일정 : 5/17(월)~20(목)
- 1일차: UI 상세평가(1차)
- 2일차: Appearance 상세평가, UI 상세평가(2차),Package 상세평가, 종합평가(1차)
- 3일차: 종합평가(2차), 현지 결과 공유회
- 4일차: 중국 현지 RPM, 본사 디자이너 VOC 공유 워크샵 (제품군별 운영)

---

---

정 규일 책임 / CVS [Certified Value Specialist]
삼성전자 / 디자인경영센터 / 디자인전략팀 / 디자인혁신그룹
TEL : 82-2-2255-5021 / FAX : 82-2-2255-5029 / E-mail : kyuil.jeong@samsung.com

---

..........................................................

Sae-Jin, Cha

Strategy & Planning, Design Team  |  Mobile Communication Division
Telecommunication Network Business  |  Samsung electronics co., LTD.
T  +82 (0)2-2255-5203          E   saejin.cha@samsung.com

..........................................................

Sae-Jin, Cha

2

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10159857

Strategy & Planning, Design Team | Mobile Communication Division
Telecommunication Network Business | Samsung electronics co., LTD.
T +82 (0)2-2255-5203     E   saejin.cha@samsung.com

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여
관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다.
본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

3

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10159858