# D'AMATO DECLARATION EX. E
# FILED UNDER SEAL

```
            HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
1                 UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2                      SAN JOSE DIVISION

3           Civil Action No.:  11-CV-01846-LHK


4
   APPLE, INC., a California corporation,
5
              Plaintiff,
6

7  vs.

8  SAMSUNG ELECTRONICS CO., LTD.,
   a Korean business entity;
9  SAMSUNG ELECTRONICS AMERICA, INC.,
   a New York corporation; and
10 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
   a Delaware limited liability company,
11          Defendants.
   _____/
12

13

14

15             *** HIGHLY CONFIDENTIAL ***
                  ATTORNEYS' EYES ONLY
16

17          VIDEOTAPED PERSONAL DEPOSITION OF:

18                   GEE-SUNG CHOI

19

20

21             Tuesday, April 17, 2012
                  Kim & Chang
22             Seoul, South Korea
             1:24 p.m. to 6:24 p.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

| | | |
|---|---|---|
| | 1 | P R O C E E D I N G S |
| | 2 | - - - |
| 01:24:28 | 3 | VIDEOGRAPHER:  My name is Inga Kornev, a |
| 01:24:30 | 4 | videographer with American Realtime Court |
| 01:24:32 | 5 | Reporters/Asia. |
| 01:24:33 | 6 | The date today is April 17th, 2012.  And the |
| 01:24:36 | 7 | time on the video monitor is 1:24. |
| 01:24:40 | 8 | This deposition is being held at the |
| 01:24:43 | 9 | Renaissance Hotel in Seoul, South Korea. |
| 01:24:47 | 10 | The caption of this case is Apple, Inc. |
| 01:24:49 | 11 | versus Samsung Electronics Co., held in the |
| 01:24:54 | 12 | United States District Court, Northern District |
| 01:24:57 | 13 | of California, San Jose Division, with a civil |
| 01:25:00 | 14 | action number of 11-CV-01846-LHK. |
| 01:25:08 | 15 | The name of the witness today is Gee-Sung |
| 01:25:13 | 16 | Choi, testifying in his individual capacity. |
| 01:25:16 | 17 | The court reporter today is Tracey LoCastro, |
| 01:25:18 | 18 | also with American Realtime Court |
| 01:25:19 | 19 | Reporters/Asia. |
| 01:25:19 | 20 | At this time I would like to ask all counsel |
| 01:25:24 | 21 | and interpreters and all present to please state |
| 01:25:27 | 22 | their appearances and whom they represent for |
| 01:25:29 | 23 | the record.  And please speak up. |
| 01:25:32 | 24 | MR. MCELHINNY:  My name is Harold McElhinny. |
| 01:25:35 | 25 | I'm here as an attorney for Apple, Inc., and I |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

| | | |
|---|---|---|
| 01:25:37 | 1 | represent the plaintiff in these actions. |
| 01:25:39 | 2 | MR. CHUNG:  Minn Chung from Morrison and |
| 01:25:41 | 3 | Foerster for Apple. |
| 01:25:45 | 4 | MS. STEPHANIE KIM:  Stephanie Kim from |
| 01:25:46 | 5 | Morrison and Foerster for Apple. |
| 01:25:48 | 6 | MR. HALL:  Scott Hall from Quinn Emanuel for |
| 01:25:51 | 7 | Samsung. |
| 01:25:52 | 8 | MR. ZELLER:  Mike Zeller for Samsung. |
| 01:25:54 | 9 | MR. QUINN:  John Quinn representing Samsung |
| 01:25:56 | 10 | and the witness, Mr. Choi. |
| 01:25:59 | 11 | VIDEOGRAPHER:  All others, please state |
| 01:26:00 | 12 | their name for the record. |
| 01:26:00 | 13 | MR. BRIAN KIM:  Brian Kim, Samsung inhouse. |
| 01:26:05 | 14 | MR. KIJOONG KANG:  Kijoong Kang, Samsung |
| 01:26:06 | 15 | inhouse. |
| 01:26:06 | 16 | LEAD INTERPRETER:  Albert S. Kim, |
| 01:26:07 | 17 | interpreter of record. |
| 01:26:09 | 18 | CHECK INTERPRETER:  Ann Park, check |
| 01:26:10 | 19 | interpreter. |
| 01:26:11 | 20 | MR. MCELHINNY:  This is a stipulation that |
| 01:26:17 | 21 | I've been given that I understand that we both |
| 01:26:19 | 22 | will join in. |
| 01:26:20 | 23 | It says:  We understand the court reporter |
| 01:26:22 | 24 | is not authorized to administer oaths in this |
| 01:26:25 | 25 | venue; nevertheless, we request that she |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

| | | |
|---|---|---|
| 01:26:29 | 1 | administer the oaths, and we stipulate that we |
| 01:26:29 | 2 | waive any objection to the validity of the |
| 01:26:31 | 3 | deposition based on the oaths. |
| 01:26:32 | 4 | MR. QUINN:  That is fine. |
| | 5 | COURT REPORTER:  Do you solemnly swear or |
| | 6 | affirm that you will well and truly interpret |
| | 7 | the questions propounded by counsel and the |
| | 8 | answers given by the witness from Korean to |
| | 9 | English and English to Korean to the best of |
| 01:26:46 | 10 | your ability? |
| 01:26:46 | 11 | LEAD INTERPRETER:  I do. |
| 01:26:46 | 12 | CHECK INTERPRETER:  Yes, I do. |
| 01:26:46 | 13 | GEE-SUNG CHOI, |
| 01:26:46 | 14 | after having been duly sworn by the reporter, pursuant |
| 01:26:46 | 15 | to stipulation of counsel, was examined and testified |
| 01:27:02 | 16 | through the interpreter as follows: |
| 01:27:02 | 17 | THE WITNESS:  I do. |
| 01:27:02 | 18 | EXAMINATION |
| 01:27:02 | 19 | BY MR. MCELHINNY: |
| 01:27:06 | 20 | Q.   Good afternoon, Vice-Chairman Choi.  As you |
| 01:27:09 | 21 | may have heard, my name is Harold McElhinny.  I'm with |
| 01:27:13 | 22 | the law firm of Morrison and Foerster and I'm |
| 01:27:15 | 23 | representing Apple, and I'm going to ask you some |
| 01:27:17 | 24 | questions this afternoon. |
| 01:27:33 | 25 | Sir, have you ever given testimony under |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

| | | |
|---|---|---|
| 01:46:18 | 1 | Q.     Thank you. |
| 01:46:28 | 2 | A.     And in terms of those units that belong |
| 01:46:32 | 3 | under his auspices, those would be Mobile |
| 01:46:34 | 4 | Communications, Telecom Systems, IT Solutions and |
| 01:46:39 | 5 | Digital Imaging. |
| 01:46:41 | 6 | Q.     Thank you. |
| 01:46:43 | 7 | Today does Samsung Electronics have a |
| 01:46:46 | 8 | business unit which is referred to as System LSI? |
| 01:47:02 | 9 | A.     Yes, there is a business division called |
| 01:47:05 | 10 | System LSI within Semiconductor. |
| 01:47:09 | 11 | Q.     And so today that would -- |
| 01:47:10 | 12 | A.     The Semiconductor Business Unit. |
| 01:47:13 | 13 | Q.     And today that would report up through |
| 01:47:18 | 14 | Mr. Kwon; is that correct? |
| 01:47:22 | 15 | A.     Yes, that is correct. |
| 01:47:23 | 16 | Q.     And is it correct that my client Apple is a |
| 01:47:28 | 17 | customer of the System LSI division? |
| 01:47:41 | 18 | A.     That is correct. |
| 01:47:42 | 19 | Q.     Is Apple the largest customer of the System |
| 01:47:46 | 20 | LSI division? |
| 01:47:50 | 21 | A.     Of the System LSI division, I perhaps would |
| 01:48:01 | 22 | believe so. |
| 01:48:03 | 23 | MR. QUINN:  At this point I'm going to |
| 01:48:05 | 24 | designate this entire transcript as being highly |
| 01:48:08 | 25 | confidential and attorneys' eyes only under the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

17

| | | |
|---|---|---|
| 01:48:11 | 1 | terms of the protective order in this case. |
| 01:48:25 | 2 | BY MR. MCELHINNY: |
| 01:48:26 | 3 | Q.   Do you know, sir, approximately, what the |
| 01:48:29 | 4 | volume of business in U.S. dollars was that Apple did |
| 01:48:32 | 5 | with the System LSI division last year? |
| 01:48:36 | 6 | MR. QUINN:  Vague and ambiguous as to volume |
| 01:48:39 | 7 | of business. |
| 01:49:06 | 8 | A.   Well, if you want me to state it in dollars |
| 01:49:09 | 9 | I will try, but I don't know as to the exact amount. |
| 01:49:09 | 10 | BY MR. MCELHINNY: |
| 01:49:12 | 11 | Q.   Fair enough. |
| 01:49:12 | 12 | There have been reports that Apple paid |
| 01:49:15 | 13 | Samsung in excess of 8 billion dollars last year.  Do |
| 01:49:18 | 14 | you know whether that is accurate or not? |
| 01:49:20 | 15 | MR. QUINN:  I object to the preamble to the |
| 01:49:22 | 16 | question, assumes facts not in evidence. |
| 01:49:28 | 17 | MR. MCELHINNY:  I'm going to rephrase the |
| 01:49:29 | 18 | question. |
| 01:49:29 | 19 | BY MR. MCELHINNY: |
| 01:49:31 | 20 | Q.   Did Apple pay Samsung in excess of 8 billion |
| 01:49:34 | 21 | dollars last year? |
| 01:49:49 | 22 | A.   That I do not know for certain. |
| 01:49:51 | 23 | Q.   Okay.  Sir, do you know whether or not in |
| 01:49:56 | 24 | doing business with System LSI Apple gives to that |
| 01:50:03 | 25 | Samsung business unit confidential Apple information? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

| | | |
|---|---|---|
| 01:50:08 | 1 | MR. QUINN:  Vague and ambiguous. |
| 01:50:32 | 2 | A.   No, there is no such event. |
| 01:50:37 | 3 | In fact, the reason why we split up the |
| 01:50:48 | 4 | organization as we did was in order that there be no |
| 01:50:52 | 5 | cross sharing of such information so that there be no |
| 01:50:55 | 6 | such appearance as to any improprieties. |
| 01:50:55 | 7 | BY MR. MCELHINNY: |
| 01:51:00 | 8 | Q.   Okay.  Which is my question.  First of all, |
| 01:51:02 | 9 | does Apple place orders with the System LSI division? |
| 01:51:19 | 10 | A.   Well, I know that the division does business |
| 01:51:21 | 11 | with Apple.  I also know that Apple is a big customer |
| 01:51:26 | 12 | of ours. |
| 01:51:28 | 13 | Q.   Within Samsung does Samsung treat the size |
| 01:51:37 | 14 | of the orders that Apple places as confidential |
| 01:51:41 | 15 | information? |
| 01:51:52 | 16 | MR. QUINN:  Objection.  Lacks foundation. |
| 01:52:17 | 17 | A.   The company happens to have a number of |
| 01:52:20 | 18 | clientele, and as a matter of principle, the company |
| 01:52:22 | 19 | does not disclose the amount of business it does with |
| 01:52:25 | 20 | each of such clientele. |
| 01:52:25 | 21 | BY MR. MCELHINNY: |
| 01:52:28 | 22 | Q.   Does Apple -- does Samsung disclose to its |
| 01:52:33 | 23 | Mobile Communications Unit the size of the orders that |
| 01:52:40 | 24 | Apple has placed with its System LSI division? |
| 01:52:45 | 25 | MR. QUINN:  Counsel, I've listened as you've |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 01:52:48 | 1 | asked a few questions in this area, and so far |
| 01:52:50 | 2 | as I'm aware, this is completely irrelevant to |
| 01:52:52 | 3 | any issue in this case.  We're here for a short |
| 01:52:58 | 4 | period of time and I'm just wondering if you can |
| 01:53:01 | 5 | explain to us the relevance of these inquiries. |
| 01:53:54 | 6 | A.    The company, as a matter of principle -- |
| 01:53:56 | 7 | MR. QUINN:  Well, wait a minute.  Excuse me, |
| 01:53:57 | 8 | excuse me.  I've asked counsel to clarify the |
| 01:53:59 | 9 | relevance, and I'm waiting for an explanation. |
| 01:54:02 | 10 | MR. MCELHINNY:  And you can wait because I'm |
| 01:54:04 | 11 | not going to take the time on the record to |
| 01:54:06 | 12 | explain it.  I'll take the answer. |
| 01:54:08 | 13 | MR. QUINN:  In my understanding in this |
| 01:54:11 | 14 | case, both sides have objected and refused to |
| 01:54:14 | 15 | disclose sensitive, irrelevant information.  And |
| 01:54:19 | 16 | I've asked for an explanation about the |
| 01:54:21 | 17 | relevance of this.  And as I understand it, |
| 01:54:24 | 18 | Counsel, you're refusing to explain it; is that |
| 01:54:26 | 19 | true? |
| 01:54:27 | 20 | MR. MCELHINNY:  I'm not going to take the |
| 01:54:28 | 21 | time on the record to explain the relevance. |
| 01:54:32 | 22 | LEAD INTERPRETER:  Yes, and interjection by |
| 01:54:35 | 23 | the interpreter. |
| 01:54:35 | 24 | With due respect to both parties, in the |
| 01:54:38 | 25 | absence of any instruction by Mr. Quinn, the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20

| | | |
|---|---|---|
| 01:54:42 | 1 | gentleman did offer an answer.  The interpreter |
| 01:54:44 | 2 | was partially done with the interpretation.  He |
| 01:54:46 | 3 | is under legal obligation to render the rest of |
| 01:54:49 | 4 | it.  And, therefore, the interpreter would like |
| 01:54:50 | 5 | to remain in sync with all parties, therefore, |
| 01:54:53 | 6 | as to the answer by the witness. |
| 01:54:55 | 7 | A.    As a matter of principle, the company does |
| 01:54:57 | 8 | not disclose such kind of information. |
| 01:55:00 | 9 | LEAD INTERPRETER:  Now, as for Mr. Quinn's |
| 01:55:02 | 10 | objection to the witness -- |
| 01:55:05 | 11 | MR. QUINN:  It was to the question. |
| 01:55:08 | 12 | LEAD INTERPRETER:  Yes. |
| 01:55:12 | 13 | (Colloquy was interpreted.) |
| 01:56:11 | 14 | MR. QUINN:  If I may make inquiry of the |
| 01:56:15 | 15 | interpreter whether the interpreter has |
| 01:56:17 | 16 | interpreted my objection as well as |
| 01:56:19 | 17 | Mr. McElhinny's response. |
| 01:56:20 | 18 | LEAD INTERPRETER:  Yes. |
| 01:56:20 | 19 | And if Mr. Quinn could indulge the |
| 01:56:23 | 20 | interpreter and just allow the interpreter to |
| 01:56:25 | 21 | finish one thing at a time.  Yes. |
| 01:56:27 | 22 | MR. QUINN:  I apologize if I cut you off. |
| 01:56:31 | 23 | I'll try to do better. |
| 01:56:33 | 24 | LEAD INTERPRETER:  No problem at all. |
| 01:56:33 | 25 | BY MR. MCELHINNY: |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

21

| | | |
|---|---|---|
| 01:56:35 | 1 | Q.    Mr. Choi, during your career at Samsung, |
| 01:56:37 | 2 | were you ever the head of the Mobile Communications |
| 01:56:40 | 3 | Unit? |
| 01:56:48 | 4 | A.    Yes. |
| 01:56:53 | 5 | Q.    And during what period was that, sir? |
| 01:57:09 | 6 | A.    It seems to me that that was from around the |
| 01:57:12 | 7 | end of 2006.  So in other words, starting in 2007 |
| 01:57:15 | 8 | through about the end of 2008 for approximately a |
| 01:57:20 | 9 | two-year period of time. |
| 01:57:21 | 10 | Q.    Sir, did you ever hold the position as head |
| 01:57:27 | 11 | of the design center at Samsung? |
| 01:57:39 | 12 | MR. QUINN:  I have an objection.  It assumes |
| 01:57:42 | 13 | facts not in evidence.  It's vague and |
| 01:57:44 | 14 | ambiguous. |
| 01:57:52 | 15 | A.    I have held the position as the head of the |
| 01:58:00 | 16 | design center at one time or another. |
| 01:58:00 | 17 | BY MR. MCELHINNY: |
| 01:58:04 | 18 | Q.    And first, does the design center still |
| 01:58:08 | 19 | exist at Samsung Electronics? |
| 01:58:17 | 20 | A.    Yes. |
| 01:58:20 | 21 | Q.    And what -- who makes up the design center? |
| 01:58:27 | 22 | MR. QUINN:  Vague and ambiguous. |
| 01:58:39 | 23 | A.    Designers, most of them are designers. |
| 01:58:39 | 24 | BY MR. MCELHINNY: |
| 01:58:41 | 25 | Q.    And is the design center within a particular |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

123

| | | |
|---|---|---|
| 06:23:57 | 1 | Q.    Why does Samsung seek to collect information |
| 06:23:59 | 2 | about its competitors' products? |
| 06:24:09 | 3 | MR. MCELHINNY:  Beyond the scope. |
| 06:24:12 | 4 | A.    That's in order to come up with a better |
| 06:24:24 | 5 | product in comparison to the competition out there from |
| 06:24:29 | 6 | a cost perspective, a quality perspective, a |
| 06:24:32 | 7 | performance perspective or usability perspective, every |
| 06:24:34 | 8 | perspective. |
| 06:24:38 | 9 | MR. QUINN:  Nothing further. |
| 06:24:42 | 10 | MR. MCELHINNY:  I have no further questions. |
| 06:24:44 | 11 | VIDEOGRAPHER:  This marks the end of disc |
| 06:24:46 | 12 | number 4 in the deposition of Gee-Sung Choi. |
| 06:24:50 | 13 | Going off the record.  The time is 6:24. |
| | 14 | |
| | 15 | (Time noted:  6:24 p.m.) |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |