# D'AMATO DECLARATION EX. G FILED UNDER SEAL

Secret

## North American P4(P7510 WiFi) BBY Retail Store Visit T/F Report

# TRANSLATION

## August 2011

Wireless Business Operations Division

- 1 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154003

# I. Purpose

- Investigating reasons for returned products, and coming up with improvement items to reduce the number of returned products through visiting 30 of the BBY retail stores with the highest return rate.  BBY is the highest volume channel for North American P4 Wifi models.

# II. Direction of Progress

1) T/F Structure  :  3 teams of 3 persons, using the TF team of our company (CS/R&D/Product Technology/Product Planning/Business Op.)+STA+SEA+FMR personnel.

2) Surveyed Regions   :  visited 30 retail stores in three regions, New York, Florida, Los Angeles (8/15~19)

3) Targets of Survey: Store Managers, Sales & Service Manager/Staff, Technicians, Customers

4) Survey Topics: Using a check list, surveyed reasons for purchase, Change of heart / Malfunction / Non-malfunction and other reasons for return, unsatisfactory usability, etc.

5) Schedule  :

- Store Visit Survey: 8/15 – 8/19 (5 days)

- T/F team project formation through cooperation with SEA :  8/20 – 8/23

- Late October is the goal for the Process improvements that SEA/CS should continue to develop.

- Radical improvements on the Verizon/Sprint P4 after P4 Wifi non-malfunction return reason improvement

- 2 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154004

## III. BBY retail store visit T/F Organizational Chart

| T/F Leader | |
| --- | --- |
| T/F Management | Manager Sangeun Lee |

* Actual manpower for retail store visits
HQ ： 6
STA ： 1
SEA ： 1

| T/F Support | |
| --- | --- |
| Arranging BBY store visits | SEA Operations |
| T/F Management Support | Manager Wongu Kim, SEA |

| Team 1 | |
| --- | --- |
| New York -East | |
| Interviews | Assist. Mgr. Seongwon Yoon |
| Technology | Sr. Mgr. Soojin Park |
| Operations | Manager Sangeun Lee |
| FMR | Designate at each store |

| Team 2 | |
| --- | --- |
| Florida – South | |
| Interviews | David La |
| Technology | Assist. Mgr. Seonho Lee |
| Operations | Manager Kwanghyun |
| FMR | Designate at each store |

| Team 3 | |
| --- | --- |
| Los Angeles - West | |
| Interviews | Kun Ro |
| Technology | Assist. Mgr. Jaeho Lee |
| Operations | Assist. Mgr. Dongwoo Cha |
| FMR | Designate at each store |

■ Visiting Schedule

| Weeks | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2nd | 8 | 9 | 10 | 11 | 12 SEA assembly/meeting | 13 T/F preparations compelte | 14 Travel / Early Visits |
| 3rd | 15 Store Visits | 16 | 17 | 18 | 19 Store Visit Mid-report | 20 SEA assembly/meeting | 21 |
| 4th | 22 | 23 Project formation report | 24 Project underway / Additional project formation | 25 | 26 | 27 | 28 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154005

## IV. Survey Progress

[Store Visit Results]
- Investigated 30 stores in the Best Buy store regions with the worst return rates

| Interview locations | | | # Stores visited | # of investigators | Notes |
|---|---|---|---|---|---|
| Stores | Best Buy | New York | 30 | 120 (100 employees, 20 customers) | • Store mangers<br>• Sales employees<br>• Customer service support<br>• Technology support (Geek Squad)<br>• Regular customers (interested in Tablet) |
| | | Los Angeles | | | |
| | | Florida | | | |
| | Verizon | | 2 | 4 | |

※Direct interviews with the customers were not allowed so as to not interfere with customer responses and business operations.  Simple purchase factors and complaint interviews were performed


[Survey List]
- Total of 50 questions prepared as a list per segment (Business/Use/Product/Design/Service)
 -> Because the difference in the level of most BBY employees and the telecommunications carrier employees was more than expected, from the first day of the surveys, the questionnaire has been edited heavily and reduced to 26 questions.
     : Less than 10% of the employees had the level and time to fully answer the 26 questions.
     (Lacking in familiarity with the Tablet, due to handling multiple products.  Most of them never used a tablet.)

- 4 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154006

## V. Survey VOC Status

[Samsung P4 related VOC: 367 cases]                [Actual P4 return related: 69 cases]



## VI.   Project Realization Progress

| Notes | VOC (cases) | Ratio | Improvements Derived | Ratio |
|---|---|---|---|---|
| Business Related | 105 | 28% | 12 | 29% |
| Usability | 91 | 24% | 10 | 24% |
| Product Quality | 71 | 20% | 8 | 19% |
| Design | 58 | 15% | 9 | 21% |
| Service | 42 | 13% | 3 | 7% |
| Total | 367 | 100% | **42** | 100% |

- 5 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154007

# VII.  Project Creation Progress

* Progress: 38% (16/42)

| Project # | Notes | VOC Summary | S/L term | Project Realization | Person in charge | Progress |
|---|---|---|---|---|---|---|
| Business 1-1 | | Occurrence of a gap between customer purchase reason and product | Short | Work on areas where purchase point expectations aren't met | T/F Team | Finished |
| Business 1-2 | | | Long | Improve the next Tablet model | Development Management | In Prog. |
| Business 2-1 | | Satisfaction level of the demanded specialized features per each purchase stage is low | Short | Work on areas where purchase point expectations aren't met | T/F Team | Finished |
| Business 2-2 | | | Long | Strengthen the special features on the Tablet | Product Planning | In Prog. |
| Business 3 | Business Related | Insufficient store inventory | Short | Create a solution for the inventory problems | SEA Operations | Finished |
| Business 4-1 | | accessory inventory shortage / competitiveness needs improvement | Short | Create a solution for the accessory inventory problems | HQ, SEA Operations | In Prog. |
| Business 4-2 | | | Long | Create a solution for the accessory competitiveness | VPS Product Planning | In Prog. |
| Business 5-1 | | Bad store display quality and display location | Short | Immediate improvement of display conditions | SEA Operations | In Prog. |
| Business 5-2 | | | Long | Improve BBY display strategy | SEA Operations | In Prog. |
| Business 5-3 | | | Long | Improve retail mode | S/W Development | In Prog. |
| Business – 6 | | Insufficient publicizing and event based returns occurred | Short | Benchmark company A's policy requiring their specialist to constantly stay at retail store | SEA Corp | In Prog. |
| Business 7 | | Returns due to the lack of unit color notation | Short | Completed notation of color on unit box labels | HQ Operations | Finished |
| Design 1-1 | Design | Returns due to the lack of external connectivity support | Short | External connectivity accessory sales expansion needed | HQ,SEA operations | In Prog. |
| Design 1-2 | | | Long | Add external connectivity terminal on future tablet models | Product Planning | Finished |
| Design 2 | | Camera performance lacking vs other tablets | Long | Review feasibility of adding a high resolution camera on future tablets | Product Planning | Finished |
| Design 3 | | Complaints about the location on the volume and power buttons | Long | Review key button designs for future tablets | Design | In Prog. |
| Design4 | | Complaints on permanent display of the menu bar below the display | Long | Add features that allow the hiding of the menu bar when full screen is used | S/W development | In Prog. |
| Design5 | | Screen ratio complaints | Long | Review screen rations of future tablet models | Product Planning | Finished |
| Design6 | | TA cable is too short | Short | Review lengthening the charger cable | VPS development | In Prog. |
| Design7 | | Addition of TV remote control desired | Long | Review adding a TV remote control feature | Product Planning | Finished |
| | | Accessory design complaints | Long | Review upgrading the design for future tablet accessories | VPS Product Planning | In Prog. |

-6-

SAMNDCA10154008

| Project # | Notes | VOC Summary | S/L term | Project Realization | Person in charge | Progress |
|---|---|---|---|---|---|---|
| Service1 | Service | Inputs about BBY customer returns are insufficient | Short | Improve BBY return data inputs | SEA CS | In Prog. |
| Service2 | | BBY training system and contents insufficient | Long | Improve BBY training contents | SEA CS | In Prog. |
| Service3 | | FMR not spending enough time in BBY stores | Long | Benchmark company 'A' and expand on usage of Samsung's FMR | SEA Corp. | In Prog. |
| Usability1-1 | Usability | Main features used on Tablet are unsupported | Short | Review Netflix support for Tablet | Product Planning | Finished |
| Usability1-2 | | | Short | App guide for frequently used features | SEA CS | Finished |
| Usability1-3 | | | Long | Samsung's VoIP/VT Solution support | Product Planning | Finished |
| Usability2-1 | | High res video playback is too slow | Short | Note supported resolution on the unit box | HQ Operations | Finished |
| Usability2-2 | | | Long | Review Tablet Entertainment support/compatibility during planning/development | Product Planning | In Prog. |
| Usability3-1 | | Honeycomb OS is difficult to use | Long | Strengthen Tablet Touchwiz for intuitiveness and usability improvements | UI Design | Finished |
| Usability3-2 | | | Long | Review additional Touchwiz improvements | UI Design | Finished |
| Usability4-1 | | Returns based on unmet expectations of usability and performance of a laptop | Short | Completed developing a leather case accessory with BT Keyboard | VPS Product Planning | Finished |
| Usability4-2 | | | Long | Improvements of Office abilities on Tablet product group | Product Planning | In Prog. |
| Usability5 | | Boot time is slow | Short | Improve boot times | S/W Development | In Prog. |
| Product Qual1 | Product Quality | Water Mark is created | Short | EMP TF correction completed | H/W Development | Finished |
| Product Qual2 | | No Power | Short | EMP TF correction completed | S/W Development | Finished |
| Product Qual3 | | Flash-heavy sites lag | Short | Flash site lagging problem: Improvements expected at MR2 | S/W Development | Finished |
| Product Qual4.5 | | App operation, Wifi connectivity, USB charging errors, etc. | Short | Mostly non-malfunction issues; after re-enactment testing, immediate improvements expected | S/W Review | In Prog. |

- 7 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154009

## VIII.Return Part

| Category | Sub Cat. | Reasons for Return | Cases | Details |
|---|---|---|---|---|
| Product Quality 44% | Malfunction (25%) | Freeze | 11% | Web browser (Especially Flash pop-ups or Flash-heavy sites) |
| | | Watermark | 4% | Watermark |
| | | Charging Defect | 2% | Does not charge (TA defective) |
| | | Light leak | 1% | Light leaks |
| | | Force Close | 1% | BBC App, Web Browsing |
| | | Wifi | 1% | Bad wifi connection |
| | | Power key | 1% | No Power |
| | | Defective Screen | 1% | No Display (Backlight on) |
| | | Touch | 1% | Touch not recognized |
| | | Volume Key | 1% | Volume button does not work |
| | Non-Malfucntion (17%) | Lagging | 8% | Lagging (Connecting to flash ads, 3D games, multiple processes running) |
| | | No sync | 2% | Does not sync with PC |
| | | Wifi | 2% | Poor Wifi performance |
| | | Battery Life | 2% | Short battery life |
| | | Audio | 1%% | AC3 audio codec broken |
| | | Appl. | 1% | Quick office app disappears after reset |
| Usability 32% | O/S (19%) | | 10% | Honeycomb O/S is difficult to use (Hard to find settings menu, UI is not intuitive, optimization app insufficient) |
| | | | 9% | Exchanged for a Ipad2 |
| | Appl. Related 8% | Netflix/Hulu | 3% | Netflix/Hulu unsupported |
| | | Skype | 5% | Skype function unsupported |
| | Performance (6%) | Lacking performance | 6% | PC level performance desired (Speed and word processing capability insufficient) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154010

# VIII.  Return Part

| Category | Sub Cat. | Reasons for return | Ratio | Details |
|---|---|---|---|---|
| Business 18% | Publicity Part (4%) | Product Knowledge | 4% | Purchasing product without knowledge/information |
| | Simple change of heart (6%) | Simple change of heart | 5% | Purchased product due to curiosity then returned ( |
| | Accessory (3%) | Type | 2% | Not enough variety of accessories |
| | | Low inventory | 1% | Not enough supply of accessories (Keyboard dock) |
| | Purchasing part (2%) | Low inventory | 2% | Insufficient 32G supply |
| | Pricing part (2%) | Price | 2% | Returned due to price |
| | Specification error (2%) | Color | 2% | Returned due to lack of notice of color on the box label |
| Design 4% | Product Concept (4%) | SD/HDMI/USB | 3% | SD, USB, HDMI not supported |
| | | Wireless Printer | 1% | No wireless printer features |
| Service 2% | Upgrade (1%) | Upgrade | 1% | Cannot upgrade (no FOTA service) |
| Total | . | | 100% | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154011

## IX. Main VOC parts (Excluding contents decided as irrelevant)

| Category | Sub Category | Item | Ratio | VOC Details |
|---|---|---|---|---|
| Business 28% | Purchase Part | Purchase Reason | 7% | Mainly purchased for entertainment (Game/Videos, Photos/Web Browsing/Email), work, and academics (documents). |
| | | Age range | 3% | Mainly concentrated on 20-30s |
| | | Inventory Problems | 2% | 32G models are particularly out of stock, causing returns |
| | Accessory | Type/Inventory problems | | Not enough variety of accessories and inventory, affecting sales and returns |
| | Store Display | Location/state of store displays | 3% | Store display is insufficient and the state of the displays are not good. |
| | Publicity Part | Product knowledge insufficient | 3% | Consumers returned units purchased without enough knowledge about the products. |
| | Simple change of heart | Simple change of heart | 2% | Purchased out of curiosity and returned within 14 days |
| | Misc. | Specification error | | Returned due to lack of notice of color on the box label |
| | | | 2% | |
| | | | 3% | |
| Usability 24% | Appl. Related | Netflix/Hulu | 3% | Returns generated from unsupported Netflix/Hulu |
| | | Skype | 2% | Complaints and Returns generated by lack of Skype support |
| | | Video | 1% | Video playback is slow, or it does not work |
| | | Misc. | 4% | Honeycomb Appl. is insufficient and crashes |
| | O/S | Honeycomb | 4% | Honeycomb usability is difficult; complaints and returns generated |
| | | Exchange for Ipad | 2% | Due to Honeycomb usability and general P4 complaints, exchanged for an ipad2 |
| | | Misc. | 1% | Boot times are too slow, and the generation of a notice on whether the unit is booting or not takes too long. |
| | UI/UX | UI/UX | 1$ | Touchwiz speed is too slow.  Auto brightness/Rotation is too sensitive. Etc. |
| | Compatibility | PC Sync. | 2% | PC Sync is too difficult due to the inability to use Mass Storage mode |
| | Performance | Insufficient Performance | 2% | Expectations are below PC-level speed and compatibility |

- 10 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154012

## IX. Main VOC parts (Cont'd)

| Category | Sub Category | Item | Ratio | VOC Summary |
|---|---|---|---|---|
| Product Quality 20% | Malfunctions | Freeze | 5% | Freezes when using Web/Video/Appl. |
| | | Force Close | 1% | Force Close occurs when using appl. |
| | | Wifi | 1% | Wifi connection does not work |
| | | Watermark | 1% | Returns due to watermark |
| | | Misc. | 3% | Problems in charging, LCD, touch sensor, light leaks |
| | Non-malfunction | Lagging | 3% | Lagging occurs in various applications, 3D games, flash-heavy websites |
| | | Appl. | 2% | Google market connection does not work well |
| | | Rooting | 1% | Returns after rooting and requesting rooting at the retail store |
| | | Misc. | 3% | Heat, Wifi performance, Battery life complaints, etc. |
| Design 15% | Product Concept | SD/HDMI/USB | 6% | Returns due to the fact that SD/HDMI/USB slot is not supported |
| | | Misc. | 3% | Camera resolutions insufficient, TV remote function required, no wireless printer function, etc. |
| | Appearance | Key button, Screen size, etc. | 4% | Volume and power keys are too close.  Screen ratio inconvenient for web browsing, and plastic cover looks cheap |
| | | Charger | 1% | Charger cable is too short |
| | Accessory | Misc. | 2% | Accessory design looks cheap, cannot charge when using book cover, etc. |
| Service 13% | Training | E-Learning Geek Squad | 3% | Insufficient BBY trouble shooting systems and tablet related information within the training system |
| | | FMR | 3% | Troubleshooting abilities of BBY technicians severely insufficient |
| | | Apple | 1% | Inefficiency due to FMR's insufficient time at the retail store |
| | | Specialist | 1% | Apple's employees are present at the store all day, and it helps with business operations and service efficiency |
| | System | Entering Reasons for return | 1% | Does not ascertain reasons for return, enters in form only, or does not enter |
| Total | | | 367 | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154013

## X. Return Status

**[P4 Return Trend]**

(SEA Aggregation)

| Category | | July | | August | | | | Notes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Wk 29 | Wk 30 | Wk 31 | Wk 32 | Wk 33 | Wk 34 | | | |
| BBY Total Return Rate | Accum. Return Rate | 2.8% | 12.3% | 12.6% | 15.1% | 16.6% | 15.8% | * Logic: | **Accumulated (within 14 days + post 14 days returns)** (Accumulated Sell Thru - imm. prev. 4 week sales) | |
| | Accum. Return Cases | 564 | 3,691 | 4582 | 6,466 | 8,155 | 8,714 | | | |
| | Accum. Sell-thru (excl. current month) | 19,900 | 30,018 | 36.425 | 42.811 | 49,124 | 55,188 | Return rates pre 4 weeks is 0.13%, and excludes sales immediately prior to 4 weeks from the denominator | | |
| | Accum. Sell-thru (incl. current month) | 41,533 | 50,165 | 57,234 | 64,447 | 70,699 | 81,946 | | | |

※Detailed Return Process and Data Source



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154014

## Business Operations

| Item No. Business-1 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Business<br><br><br><br><Sub Category><br><br>Purchase Reasons<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Reasons for purchase investigated (Retail Sales Rep. and Tablet Purchase Customer Survey)<br><br>[VOC Detail / Root Cause ]<br>- There is a gap between the typical tablet purchase reasons and the P4 product, leaving expectations unfulfilled. | <In Charge<br><br>T/F team<br>/<br>Dev.<br>Management<br><br><br><br><br>[Result]<br><Short term<br>pro complete<br>Separate pr<br>Complete<br>(T/F team)<br><br><long term<br>In progress<br>Improvement<br>F/U needed<br>(develop ma |

| P4 Purchase Reason | Details | Answers | Ratio | Tablet Improvement/Enhancement Details |
|---|---|---|---|---|
| Entertainment | Gaming, movies, pictures (prefers 32G models and connects to TV or a projector | 7 | 23% | HDMI Adaptor not supplied to stores Netflix not supported Tegra2 video playback performance unsatisfactory Media/Music hub recognition insufficient |
| O/S | Prefers Android systems because it supports Flash | 5 | 16% | Difficult to use Honeycomb |
| Work / Academics | Word Processing | 6 | 19% | Quick office recognition and performance insufficient |
| | Stock Management | 1 | 3% | No particular problems |
| | Email (prefers 16G models) | 3 | 10% | No particular problems |
| | Web Browsing (prefers 16G models) | 3 | 10% | Slow in connecting to flash-heavy websites |
| Design | Portability. Lightness | 4 | 13% | Our light and mobile design is superior |
| | Visual display quality | 1 | 3% | No particular problems |
| Misc | Wifi preferred (mobile hotspots) | 1 | 3% | No particular problems |
| | Total | 31 | 100% | |

※Main purchase points for the ASUS' transformer tablet – HDMI/SD Slot support, folding keyboard dock support
※Main purchase points for the Apple iPad2 Tablet – Family product similar to notebooks/cell phones/MP3 players.  Familiar usability.

[ Corrective Action ]
☐ Immediately improve areas where expectations in regards to purchase points are not met [create separate projects for each item]
[ Long-term Action Plan ]
☐ Develop on each P4 improvement areas for the next Tablet model

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154015

**Business Operations**

| Item No. Business-2 | VOC Detail & C.A | | | In Charge |
|---|---|---|---|---|
| <Category><br><br>Business | [VOC]<br>☐ Samsung P4 Tablet purchaser's demographics survey (Retail Sales Rep. Survey)<br><br>[VOC Detail / Root Cause ]<br>- Honeycomb O/S is not intuitive, and each features that different class of people seek are unsatisfactory.<br>Customer base is weak compared to 'A' company, which has a strong customer base | | | <In Charge<br><br>T/F team<br>/<br>Product Planning |
| <Sub Category><br><br>Consumer<br>demographics<br><br><br><Model><br><br>GT-P7510 | | Samsung P4 | Apple iPad2 | |
| | Age / Occupation | ■Purchasing customers are concentrated at age 20-30<br>-College Students: Word Processing/Note Taking (used in place of netbooks)<br>-Businessmen: Presentations/checking e-mails (carried in place of a notebook)<br>-Existing android smartphone uers : games and videos on a larger screen<br>-Early Adaptors: unconditional purchase and use of new products<br>-Regular users: video/photo viewing and gaming at home | Age groups and occupations are diverse.  Not much differences in gender.<br><br><br>Existing iphone/Macbook, etc family product users | [Result]<br><Short trem pro complete<br>Separate pr<br>Complete<br>(T/F team) |
| | Gender | 80% Male, 20% Female (UI not friendly for women) | | |
| | Particular Notes | * Many central/south American tourists purchase the product in the Florida region, due to the lower price.<br>* New York City area also has lower prices than other countries, and has significant tourist purchasers<br>* Within the NYC area, businessmen value design in addition to portability in their main purchasing decisions.  Even values accessory designs. | | <long term<br>In progress<br>Compgitiveness<br>Improvement<br>review<br>(product plan |
| | [ Corrective Action ]<br>☐ Immediately in areas where expectations in regards to purchase points are not met (create separate projects for each item)<br>[ Long-term Action Plan ]<br>☐ Whether it is usability or specialty, features need to be strengthened in response to company 'A' (Product Planning) | | | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154016

Business Operations

| Item No. Business-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Business<br><br><br><br><br><Sub Category><br><br>Consumer demographics<br><br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Insufficient P4 Tablet Inventory<br><br>[VOC Detail / Root Cause ]<br>- 9/30 (30%) retail stores mention insufficient supply of inventory<br><br>*(see table below)*<br><br>[ Corrective Action ]<br>☐ Need to investigate reasons for insufficient inventory and create a solution (SEA Business Op.)<br>  1. Re-investigate inventory for each BBY Region/Store (Especially the 32G model)<br>  2. Samsung determines that it has a lot of units in inventory.  However, BBY retail stores are lacking in inventory, and the reason for this must be determined<br>  (Review of the BBY supply chain and CPFR process, etc.) | <In Charge<br><br>SEA Business Op.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>[Result]<br><Short trem pro<br>In Progress<br>Inventory Investigat<br>(SEA Business Op) |

| Type | Stores | Notes |
|---|---|---|
| 32G model inventory problems | 5 Stores | 16G model first purchased, then traded for a 32G model |
| P4 overall inventory problems | 4 Stores | Each retail store only has 1-2 units, or has none, even causing some consumers to purchase the iPad2 |
| Total stores with inventory problems | 9/30 (30%) | |

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154017

Business Operations

| Item No. Business-4 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Business<br><br><br><br><Sub Category><br><br>Insufficient variety of Accessories and inventory shortages<br><br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ P4 Accessory lacking in type and inventory<br><br>[VOC Detail / Root Cause ]<br>- Most stores are partially or completely lacking in accessory inventory, as well as lacking in the variety of accessories.  This is cited to have an effect on sales and returns. | <In Charge<br><br>HQ Business Ops |

| Type | Notes | Common Retail Store opinion |
|---|---|---|
| Inventory shortages | Most retail stores are completely lacking or have insufficient inventory of USB/SD adaptors<br>(only 2/30 stores confirms that they have USP Adaptors) | Affecting sales and returns.  Problem is persists. |
| Complaints on lack of variety | Compared to Apple, lacking in variety of accessory types, affecting sales and returns | |

[ Competitor's accessory variety comparison ]

| Manufacturer | | Samsung | Apple | HP | Asus | Motorola | Toshiba |
|---|---|---|---|---|---|---|---|
| Model | | Galaxy Tab | Ipad2 Wifi | Touch Pad | Transformer | Xoom | Thrive |
| Price ($) | | 499.99 | 499.99 | 399.99 | 399.99 | 499.99 | 429.99 |
| Accessory<br><br>Based on BBY Site Survey<br><br>Includes 3rd party products | Subtotal | 6 | 289 | 4 | 2 | 5 | 11 |
| | Case | 2 | 183 | 1 | 0 | 1 | 6 |
| | Dock | 2 | 37 | 2 | 1 | 1 | 2 |
| | Cable / Connectors | 1 | 14 | 0 | 0 | 1 | 0 |
| | Screen protection | 1 | 26 | 1 | 1 | 1 | 2 |
| | Charger / Adapters | 0 | 12 | 0 | 0 | 1 | 0 |
| | Stylus | 0 | 17 | 0 | 0 | 0 | 1 |

[ Corrective Action ]
    ☐  Inventory shortage reasons must be investigated, and a solution must be devised (HQ Business Grp)
[ Long-term Action Plan ]
☐ Fundamental improvements necessary to improve Tablet Accessory competitiveness improvements
(Overall: Types/Design/Price/Supply Movement/Supply, etc)

[Result]
<Short trem pro
In progress
Accessory supply
Improvements
(HQ Business Grp)

<long term
In progress
Accessory compety
(VPS Development

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154018

Business Operations

| Item No. Business-5 | VOC Detail & C.A | | | In Charge |
|---|---|---|---|---|
| <Category><br><br>Business | [VOC]<br>☐ P4 Tablet store display condition investigation<br><br>[VOC Detail / Root Cause ]<br>- At all of the retail stores, the P4 display is separated from other tablets, and the P4 tablet displays are mostly in bad condition | | | <In Charge<br><br>SEA Business grp<br>/<br>SW development |

| | Type | Samsung | Comparison to company 'A' |
|---|---|---|---|
| <Sub Category><br><br>Store Display | Display Location | . Competitor tablets are gathered in one area without their own booth<br>. Samsung's booth is separated from where the other tablets are<br>. P4, P1, PC are all separated | .Affecting sales and returns.  Problem is persists. |
| <Model><br><br>GT-P7510 | Display condition | . Either the retail mode is not functioning properly, or not installed properly<br>*confirmed even the two stores in New York, with 8.9 inch retail modes installed<br>. Some unites do not provide an experience due to lagging caused by installation and executions of various appl. with compatibility problems | . Apple has a specialist (Apple employee) present at the store who always manages IT products for display<br>. Because an i-tunes account is required to install appl., even at stores without an Apple specialist, not a lot of appl. are installed in display models.<br>. Even when an appl. is running, exiting using the home key ends the task, eliminating lag. |

[Result]
<Short term pro
In progress
Immediate improver
of display conditions
(SEA Business grp)

<long-term
In progress
BBY Display
Strategic Improvement
(SEA Business grp)

<long-term
In progress
Retail Mode
Improvements
(S/W development)

[ Corrective Action ]
☐Solutions needed to maintain the best display conditions (SEA Business Operations)
[ Long-term Action Plan ]
☐ An implementation of an aggressive strategy is required for the synergy effect of the BBY store displays
☐ Improvement of the retail mode – Solutions required to eliminate problems such as lagging to maintain the best condition of the display sets (S/W development)

- 17 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154019

Business Operations

Store Display Condition Comparison Photos



| Type | Samsung | Comparison to company 'A' | Misc. Competitor |
|------|---------|---------------------------|------------------|
| Display Location | < Booth operation separated from others> | < Managed by resident company 'A' employee.  IT products are concentrated ere.> | <Toshiba's case that has not been managed> |

- 18 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154020

Business Operations

| Item No. Business-6 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Business<br><br><br><br>**<Sub Category>**<br><br>Product Publicity<br><br><br><br>**<Model>**<br><br>GT-P7510 | [VOC]<br>☐ Returns due to the simple change of heart and insufficiency of consumer knowledge of products<br><br>[VOC Detail / Root Cause ]<br>- Returns generated by lack of product publicity and accurate product information delivery, as well as sales promotion events | <In Charge<br><br>SEA Corporate |

| Type | Store | Notes |
|---|---|---|
| Lack of Product Knowledge | 7/30 stores (23%) | Customers return products within 14 days of purchase due to the lack of accurate knowledge of Samsung products or Tablets in general.<br><br>< Case ><br><br>1. The most common pattern is that a customer returns the product which was purchased because the customer thought it was an Apple iPad2<br><br>2. Returned product without knowing it was an Android product<br><br>3. Florida stores packed with tourists report that customers obtain product information before purchasing, resulting in low return rates |
| Returns due to simple change of heart | 6/30 stores (20%) | Purchased due to curiosity, with intent to return product<br>< Case ><br>1. Reports of consumers who regularly purchase just to try.<br>2. Many consumers purchased the P4 just to attend the New York region's Ne-Yo concert.  Many of these consumers returned the product after the concert. |

[Result]

long term project in progress Samsung FMR management policor improvements SEA Corporate

[ Long-term Action Plan ]
☐ Need to benchmark company 'A' to improve Samsung's FMR structure's management
(When there are not enough resources to match company 'A,' implement hiring of regular employees through promotion of current FMR employees : Increased effect through increases in loyalty and motivation)

- 19 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154021

| Business Operations |
|---|

| Item No. Business-7 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Business<br><br><br><br><Sub Category><br><br>Specification Error<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Returning the product due to purchasing the wrong color<br><br>[VOC Detail / Root Cause ]<br>- The unit box does not note the color of the unit.  Many purchases of the incorrect color were made, returned to exchange for a different color (2/30 stores)<br> (Early sales issue, correction complete : 6/30)<br><br><br><br>[ Corrective Action ]<br>   ☐   modification with color notation on the box completed (HQ Business Operations) | <In Charge<br><br>HQ Business Group<br><br><br><br><br><br><br><br><br><br><br>[Result]<br><short term project completed<br>Specifications Changed<br>(SEA Business Grou |

- 20 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154022

┌─────────────────┐
│    Design       │
└─────────────────┘

| Item No. Design-1 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Design<br><br><br><br><Sub Category><br>Lack of<br>SD/USB/HDMI<br>terminal and USB<br>charging<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Inconvenience caused by lack of HDMI, SD, USB slots.  Particularly, numerous VOCs cite the lack of SD slots as inconvenient<br><br>[VOC Detail / Root Cause ]<br>- Many complaints and returns caused by lack of SD/HDMI/USB Slot support<br>☐For business purposes, tablets are carried instead of a laptop.  However, projector PTs are done through HDMI.<br>☐External contents are easily stored with a USB port, but the Galaxy Tab is inconvenient because requires a connection to a PC.<br>☐Even if there is an adaptor, it is inconvenient to carry it around and troublesome because it is liable to get lost.<br>☐The lack of SD slot is more inconvenient than any other interface<br>☐No charging occurs when connected to a PC through a USB cable, causing inconvenience<br>※External Port status of each tablet manufacturer | <In Charge<br><br>HQ Business Operat<br>/<br>Product Planning<br><br><br><br><br><br><br>[Result]<br><short term project<br>completed<br>Accessory<br>Supply Improvemen<br>(HQ Business Group |

Table: External Port status of each tablet manufacturer

| Manufacturer | | Samsung | Apple | HP | Asus | Motorola | Toshiba |
|---|---|---|---|---|---|---|---|
| Model | | Galaxy Tab | Ipad2 | Touch | Transformer | Xoom | Thrive |
| Price   ($) | | 499.99 | 499.99 | 399.99 | 399.99 | 499.99 | 429.99 |
| Port | HDMI | x | x | x | o | o | o |
| | USB | x | x | x | x | x | o |
| | Micro USB | x | x | o | x | o | o |
| | SD card | x | x | x | x | x | o |
| | Micro SD card | x | x | x | o | o | x |

| [ Corrective Action ]<br>☐Improve supplying of accessories which have completed development (HQ Business Operations)<br>* P4 accessories which have completed development (9 types)<br>  : Desk Dock / Keyboard Dock / BT Keyboard + Case / Book Cover / Leather Pouch<br>    Powerpack / USB Connector / SD Card Connector / HDMI Adapter Cable<br>[ Long Term Action Plan ]<br>☐ Review results of SD/HDMI/USB application on future Tablets: SD Slot application on future P4-C, P2, P8, P10 SD expected | <long term project><br>Completed<br>Review of application<br>of SD/HDMI/USB<br>slots on future tablet<br>(Product Planning) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154023

Design

| Item No. Design-2 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Design<br><br><br><br><br><Sub Category><br>Camera Visual<br>Quality<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Camera visual quality is lacking<br><br>[VOC Detail / Root Cause ]<br>- Camera resolution of the tablet is not higher than the mobile phone, but complaints exist when compared to phones or other company's tablets<br>☐ Visual quality of the camera is lacking in comparison to other manufacturer's<br>☐ Frontal camera is lacking in visual quality when compared to laptops owned by consumers<br>※Camera resolution status per manufacturer | <In Charge<br><br>Product Planning |

| | Galaxy Tab | Apple Ipad2 | Asus Transformer | Motorola Xoom | Toshiba Thrive |
|---|---|---|---|---|---|
| **Frontal Camera** | 2MP | 0.3MP | 1.3MP | 2MP | 2MP |
| **Rear Camera** | 3MP | 0.9MP | 5MP | 5MP | 5MP |

-> Not much product discrimination; superior performance compared to company 'A,' and no particular superiority compared to other competitors.

[Result]

[ Long-term Action Plan ]
☐Part of product satisfactory factors, but not a reason for returning, there needs to be a review of whether superior camera performance to the competitor is required, or whether less considerations should be given to the camera

  <Product Planning Review Results>
    ☐ '11-'12 Tablet Camera Specifications

| | 2011 | | | 2012 |
|---|---|---|---|---|
| | P4 Creative | P2 | P8 LTE | P10 |
| **Frontal Camera** | 2MP | 2MP | 2MP | 2MP |
| **Rear Camera** | 3MP | 3MP | 3MP | 5MP |

long-term project
Completed
Review of application
of high-resolution
camera
(Product Planning)

- 22 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154024

| Design |
|---|

| Item No. Design-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Design<br><br><br><br><Sub Category><br>Key Button<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ The location of the volume button and power button is unsatisfactory<br><br>[VOC Detail / Root Cause ]<br>- Some customers experience inconvenience as the power button and volume button is close, and when the unit is held vertically, it is especially inconvenient<br>☐ Volume button and the power button is next to each other.  Too easy to hit the volume button when powering off.<br>☐ Because the power button is on the top left area of the unit, the power button is often unintentionally pressed.<br><br> <br><br><table><tr><td>Distance between volume and power button (approx 1cm)<br>-> Power button is accidently activated when using volume buttons</td><td>When vertically held, side keys are pressed<br>-> during web browsing, unit is often held vertically.<br>-> less of a problem if buttons moved to the right side, but due to the design, it is hard to distinguish left from right.  Because of this, when the user simply grabs the unit vertically, the problem persists.</td></tr></table><br><br>[ Long-term Action Plan ]<br>☐As a complaint that is not part of the reasons for returning the product, distance between buttons and button arrangements should be reviewed for future designs. (Design) | <In Charge<br><br>Design<br><br><br><br><br><br><br><br><br>[Result]<br><br><long-term project><br>In Progress<br>future tablet key but<br>design review<br>(Design) |

- 23 -

**Highly Confidential - Attorneys' Eyes Only**

**SAMNDCA10154025**

| Design |
| --- |

| Item No. Design-4 | VOC Detail & C.A | In Charge |
| --- | --- | --- |
| <Category><br><br>Design<br><br><br><br><Sub Category><br>Key Button<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ The menu bar (home and cancel keys) at the bottom of the display is inconvenient<br><br>[VOC Detail / Root Cause ]<br>- Because the menu bar at the bottom of the display does not disappear, the screen looks small and it gets in the way of enjoyment of video playback.<br><br><br><br>-> The menu bar takes up space, and the menus of the menu bar during video playback is displayed as dots.<br>When the screen is touched, the basic menu bar (  ) is displayed.<br><br>-> Honeycomb concept issue (Identical problems in the basic Video Player and Streaming play)<br>[ Corrective Action ]<br>☐During movie playback and full screen apps, an option which allows for the menu bar to be hidden needs to be added | <In Charge<br><br>S/W Development<br><br><br><br><br><br><br><br><br>[Result]<br><br>short term project<br>In Progress<br>Video Playback<br>Menu S/W Improve<br>(S/W Development) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154026

| Design |
| --- |

| Item No. Design-5 | VOC Detail & C.A | | | In Charge |
| --- | --- | --- | --- | --- |
| <Category><br><br>Design<br><br><br><br><Sub Category><br>Remote Control<br>Feature Support<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ The screen ratio is not appropriate for web browsing or e-books, compared to the ipad<br><br>[VOC Detail / Root Cause ]<br>- P4 screen ratio is inconvenient for web browsing, compared to the ipad.<br>☐ Because the ipad's screen ratio is 4:3, during portrait (vertical) view, the display is wide and convenient for e-books.  During landscape view (horizontal), the display is longer and requires less scrolling for web browsing.<br>※ Galaxy Tab VS Ipad2 screen comparison | | | <In Charge<br><br>Product Planning |

<table>
<tr><td></td><td>Galaxy Tab</td><td>Apple Ipad2</td></tr>
<tr><td>Screen Ratio</td><td>16 : 10</td><td>4:3</td></tr>
<tr><td>Screen Resolution</td><td>1280 x 800</td><td>1024 x 768</td></tr>
<tr><td>Good points</td><td>. Resolution optimized for enjoying wide format movies</td><td>. Resolution optimized for E-books and viewing magazines.<br>. A lot of information displayed from websites</td></tr>
<tr><td>Bad points</td><td>. Information displayed during web browsing with landscape view is relatively less</td><td>. Empty space created when playing wide-format movies</td></tr>
</table>

[ Long-term Action Plan ]
☐Because the tablet user's main use includes frequent use of web browsing, e-mail, e-books, a product planning with a multipurpose resolution which accounts for these uses requested.
<Product Planning Review Results>
☐ Google's recommended Honeycomb OS supported display resolution is

|  |  | 2011 | | | 2012 |
| --- | --- | --- | --- | --- | --- |
|  |  | P4 Creative | P2 | P8 LTE | P10 |
|  | Screen Resolution | 1280 X 800 | 1024 X 600 | 1280 X 800 | 2560 X 1600 |
| 16:10 | Screen Ratio | 16 : 10 | 16 : 9 | 16 : 10 | 16 : 10 |

[Result]

<slong term project><br>In Progress><br>Future Tablet Screen<br>Ratio review<br>(Product Planning)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154027

| Design |
|---|

| Item No. Design-6 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Design<br><br><br><br><Sub Category><br>Rear Cover Material<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Charger TA cable is too short<br><br>[VOC Detail / Root Cause ]<br>- Because the TA cable is too short, it is difficult to use in an American household or conference room.<br>  (related to the lack of accessories reason for returning product)<br><br>※ Pictures of customers' own lengthening of the cable, found on the internet<br><br><br><br>Adaptor Separation    +    Extension Cable    =    Adaptor / extension cable connection | <In Charge<br><br>VPS development<br><br><br><br><br><br><br><br><br>[Result]<br><br>Short term project<br>In Progress<br>Charger cable<br>Lengthening<br>(VPS development) |
| | [ Corrective Action ]<br>☐ Review extending the cable length<br>(Extension of the USB cable may become a problem in data communications.  The example of the customer above carries risks of accident from submergence to water and/or damaged cable.  Improve the design, or develop a separate Long Cable TA) | |

- 26 -

**Highly Confidential - Attorneys' Eyes Only**

**SAMNDCA10154028**

| Design |
| --- |

| Item No. Design-7 | VOC Detail & C.A | In Charge |
| --- | --- | --- |
| <Category><br><br>Design<br><br><br><br><br><Sub Category><br>Remote Control<br>Feature Support<br>/<br>Rear cover Material<br>/<br>Misc. Accessories<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ The addition of a TV remote control feature needed<br> - Usability will be enhanced if a TV remote control feature is added<br><br>☐ Complaints about the plastic rear cover material<br> - Due to the plastic material, feels cheap and weak, and easily scratched<br><br>☐ Accessory design complaints<br>- Accessory design looks cheap<br> : New Yorkers often speak of "Accessory is Fashion."  They cite lack of logos, such as ones present<br>in Apple products, and state that it is like keeping a brand-name wallet in a cheap purse.<br>- Inconvenient because unit cannot be charged while book cover is in use<br> : Book Cover blocks the interface due to its location on the bottom of the tablet | <In Charge<br>Product Planning<br>/<br>Design<br>/<br>VPS development<br>/<br>VPS product plannir<br><br><br><br>[Result] |
| | [ Long-term Action Plan ]<br>☐ Addition of a TV Remote Control feature<br> <Product planning review results><br>  ☐  Currently, Samsung Remote Control app is downloadable from the Market<br>  ☐  Future tablet models are expected to feature IR to support remote control features (P4-C, P2,<br>   P8)<br><br>☐ Review of future Tablet Accessory design upgrades : Addition of Samsung Logo, etc. (VPS<br>product planning) | [long term project]<br>In Progress<br>Adding TV remote<br>feature on future<br>Tablets<br>(Product Planning)<br><br><long term project><br>In Progress<br>Review of future<br>Tablet Accessory<br>design<br>(VPS Product Plann |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154029

| Service | | |
|---|---|---|

| Item No. Service-1 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Service<br><br><br><br><Sub Category><br>Returns processing<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Data input on returned products are insufficient<br><br><br>[ VOC Detail / Root Cause ]<br>☐ When a product is returned, there is an input of return data.  However, it is simply done formally and nothing more<br>☐ In most cases, only the customer information is recorded and the rest is put in hastily without regards to recording actual data | <In Charge<br>SEA CS<br><br><br>[Result]<br><br><br><short term project<br>In Progress<br>BBY return data<br>recording improvel<br>(SEA CS) |
| | [ Corrective Action ]<br>☐ Best Buy's cooperation required to effectively and accurately record and turn into database information.<br>☐ Regular sharing of Best Buy return information required<br>☐ Actual customer reason for return and store employee's confirmation needs to be recorded separately. | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154030

Service

| Item No. Service-2 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Service<br><br><br><br><Sub Category><br>Best Buy<br>Employee Training<br><br><br><Model><br><br>GT-P7510 | [VOC]<br>☐ Beat Buy Training Contents insufficient<br><br>[ VOC Detail / Root Cause ]<br>- There is a lack of information in the e-learning system that is used by Best Buy.  Proper product education and troubleshooting for the customer's response is not being performed<br>※e-learning system : A system created in-house at Best Buy for training employees for sales and service.  The contents are also updated in-house.  Most information is for sales, for example, new product release related product specifications and such.<br>☐ There is a mandated program and an optional program.  ipad is mandatory, but P4 is optional.<br>☐ Manager level customer service employees personally search the internet to respond to customers.<br>☐ Product repairs and service responses are performed autonomously, lacking any specialized system.<br><br> | <In Charge<br>SEA CS<br>/<br>HQ CS |
| | [ Corrective Action ]<br>☐ Instead of relying on Best Buy in-house training, a training program executed by Samsung is required  (2 parts: Sales, Service)<br>☐ Regular sharing of information regarding FAQs and Trouble Shooting Guides needed | [Result]<br><br><short term projec<br>In Progress<br>BBY training<br>contents improven<br>(SEA CS/HQ CS) |

Highly Confidential - Attorneys' Eyes Only

- 29 -

SAMNDCA10154031

Service

## Confirmation of Apple's Education System

| Types | Education Process | Case of employee encouragement | Customer education |
|---|---|---|---|



**Education Process:**

Case of Company 'A'

Operation of own education site

* Rather than covering up for deficiency of BBY e-learning system, chose to run its own site

Implementation of online study of Company 'A' for BBY employees

* Self-study of about 6 hours of education material, divided into 2 hours each for 3 days

Compensation for results of study completion

* Supplies compensation points for study completion
→ Allows for purchase of various accessory of Company 'A'
* Professional certificate for study completion
→ Encouragement through awarding of badges

**Case of employee encouragement:**

<Interview of online education of Company 'A' student>
Q.  Motivation for completion of study?
A1  It is fun to collect points and purchase accessories
A2  When I wear a professional badge, I get respect from BBY store employees and customers
A3  Can be added to resumes

A BBY store employee wearing Professional Badge of Company 'A'

**Customer education:**

< Video guide of apple.com site >
* Route: apple.com → ipad → guide tour

→ We provide a video guide similar to SPSTV, but organization of the site is tidier than samsung.com and looks easier to access

- 30 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154032

| Service | | |
|---|---|---|

| Item N. Service-3 | VOC Detail & C.A | In Charge |
|---|---|---|

| **&lt;Category&gt;** Service &lt;Sub Category&gt; Storer Visit Process &lt;Model&gt; GT-P7510 | [VOC]<br>☐ Due to infrequency and short time frames of deployment of Anti-Company 'A' employees (FMR) at our retail stores, we are not receiving enough support.<br><br>[VOC Detail / Root Cause]<br>- Due to lack of FMR manpower of our Company 'A'nd short period of deployment for each retail store per operation process, we are not being effective enough in terms of sales/education/response to customers/return prevention.<br><br>※ Comparisons of level of customer visits between our FMR / Apple Specialist retailers | &lt;In Charge SEA<br><br><br><br>[Result] |

<table>
<tr><td colspan="2"></td><td>Our company</td><td>Company 'A'</td></tr>
<tr><td rowspan="3">Frequency of visit</td><td>Frequency</td><td>• High selling stores: once a week<br>• Regular retail: 2~3 times a month</td><td>• High selling stores: visits every day<br>• Regular stores: visits once a week<br>* Company H: we are told about one visit a week</td></tr>
<tr><td>Length of time</td><td>• Per retail store 1~2 hours</td><td>• Per store 8 hours (almost opening ~ closing time)<br>* At a retail store open 24 hours in downtown New York, Company 'A' employees work 24 hours with 3 rotations</td></tr>
<tr><td>Activity items</td><td>• Store display products management, sales/marketing promotion<br>→ In reality, there is a high concentration of TV products and because they have never used tablets before it is impossible to answer store employees and customers</td><td>• Store display products management, sales/marketing promotion, store employee education, customer service response, on-site trouble shooting, market issue reported to the headquarter<br>→ Contributes greatly to prevention of returned products on-site due to reliability and lack of knowledge of products</td></tr>
</table>

→ Disguised as a customer and complained to a Specialist from Company 'A' that there is a recognition issue of wireless remote controller in iPad2, he immediately explained that the controller only works for notebooks.
(Knowing that this particular accessory is only compatible with notebooks, we requested to return but immediately return prevention protocol was activated)

[Long-term Action Plan]
☐ Need to bench mark Company 'A' and review the solution to our FMR utilization (Appointment of regular employees through FMR Promotion suggested: loyalty ↑    ↑ )

&lt;Long-term project&gt;
In Progress
Improvement of our FMR operation program
(SEA corporate)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154033

Usability

| Item No. usability-1 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

Usaiblity

<Sub Category>

Appl. related

<Model>

P4

**[ VOC ]**
□ Netflix / Hulu not supported
□ Skype's video chatting not supported
□ No Facebook Application for Tablet

**[ VOC Detail / Root Cause ]**
- Complaints/returns due to lack of Tablet products purchase factors movie watching/video chatting/SNS functions geared toward convenience of customers
□ Does not support popular drama / movie viewing service Netflix / Hulu in America
(Android phone or Apple's iphone / ipad support it, but currently unavailable as appl. for Tablets)
 ※ NETFLIX: Video streaming service that provides unlimited viewing of movies / drams with computer or TV f for $7.99 a month
 ※ hulu: Identical service to Netflix.  Monthly fee of $7.99
 ※ Media Hub: For each newly released movie, to own $14.99~$17.99, to rent $2.99~$3.99.  Popular dramas for each episode, to own $1.99
  → In reality, store employees and customers either do not know Media Hub well, or rarely use it.
□ Due to issues with Nvidia Tegra 2, Skype's video chatting is not supported.  Google's G-talk provides video Chatting but existing Skype users do not want to switch over to another service
 ※ ※ Nvidia's Tegra chip does not support functions for operation of Skype appl.
□ Facebook does not have official applications for tablets and there are only applications from third parties.

**[ Corrective Action ]**
□ Netflix is scheduled to provide downloads of SD+ pixel (640x480), 1350kbps bit rate streaming through Android Market in mid-October
□ Corresponding appl. introduction: Netflix → (TW) Media Hub.  Skype → G-Talk.  Facebook → (TW) social Hub (SEA)
**[ Long-term Action Plan ]**
□ Late next year, we plan to provide our official VOIP/VT Solution  (ChatON's supplemental function)

---

<In Charge

Product Plan |
/
SEA FMR

[Result]

<Short-term project>
Completed
Netflix support
(Product planning)

<Short-term project>
Completed
Counter-Appl.
Intro through
FMR (SEA CS)

<Long-term project>
Completed
Our VOIPA
Solution
(Product planning)

- 32 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154034

| Usability |
|---|

## Popular App List Lagging Test Results (Provided by BBY)

☐ Results of P4 trouble shooting test after acquiring popular Appl. List provided by BBY and installing
- There were problems caused from video related appl. from BBY List
: Netflix → Since there is no appl. released for Android Tabs, it is possible to install Appl. for smartphones but display is small
: Mobo/Rock Player → cannot playback 1080p level high resolution videos/Lagging occurs

| Productive | | Kids/Students | | Creating and Editing | | Entertainment | | News | | Games | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fancy Widget | OK | Storytime | OK | AutoCAD | OK | Netfilx | NG | CNN | OK | 2 Player Reactor | OK |
| Google Docs | OK | US President | OK | Drums HD | OK | IMDb Movies & TV | OK | NYTimes | OK | Cordy | OK |
| Evernote | OK | Kid Paint Coloring | OK | My Guitar | OK | Mobo Player | NG | Engadget | OK | Car Conductor | OK |
| Team Viewer | OK | Etch Sketch Tablet | OK | Sketchbook | OK | Rock Playerlite | NG | Google Finance | OK | Checkers King Free | OK |
| Banking apps | OK | Animals for Tablets | OK | DrawFree | OK | Movies | OK | Gamefly | OK | Fruit Slice | OK |
| Dictionary | OK | | | | | Sound Hound | OK | News 360 | OK | Galaxy in Fire 2 THD | OK |
| Dropbox | OK | | | | | | | | | Switch | OK |
| File Manager HD | OK | | | | | | | | | Memory for Two | OK |
| Free Advanced Taks Manager | OK | | | | | | | | | Racing Moto | OK |
| Hello-Hello | OK | | | | | | | | | Traffic Control | OK |

- 33 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154035

| Usability |
|---|

| Item No. Usability -2-2 | VOC Detail & C.A | In Charge |
|---|---|---|

| | VOC Detail & C.A | |
|---|---|---|
| **<Category>**<br><br>Usability<br><br><br><br>**<Sub Category>**<br><br>Appl. related<br><br><br><br><br>**<Model>**<br><br>P4 | **[ VOC ]**<br>□ Video playback related issues<br>**[ VOC Detail / Root Cause ]**<br>- Complaints/returns due to movie viewing function, a purchase factor for tablet products, is not supported from<br>  from the customer's point of view<br>□ Mainly high resolution video is not played back or lags<br>   - P4 default video player only shows preview, error pop up appears when played back, while Mobo player or Rock player (Market<br>     D/L) can be used to play but it lags | **<In Charge**<br><br>SW<br>development<br>/<br>SW<br>verification<br><br>**[Result]** |

|  | Preview | Play |
|---|---|---|
| - Default Player<br>: Preview can be played but pop up appears when<br>played back |  |  |
| - Mobo, Rock Player<br>: Can play back but cannot view because it's too slow |  |  |

⇒   Due to Nvidia Tegra 2's chipset restrictions, 1080p level high resolution video of several codecs cannot be played back
     There is no explanation regarding profiles at Nvidia's website; it states that it supports 1080p.
     - Only supports H.264 based profiles, does not support H.264 Main Profiel / High Profile 1080p

**[ Corrective Action ]**
□ It is guided to "HD Video Capture and Playback" in Unit
   Box, and "HD video player (720p)" in Manual
   (Correction completed)

**[ Long-term Action Plan ]**
□ Examine entertainment performance/compatibility of our tablet models in development/planning stages (Product planning)

| Unit Box | Manual |
|---|---|
|  |  |

In Charge column (right):
<Short term
project>
Completed
Unit box
supplies
(Product
planning)

<Long-term
project>
In Progress
Entertainme
nt
performance
examination
(Product
planning)

– 34 –

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154036

| Usability | | |
|---|---|---|
| Item No. Usability-3 | VOC Detail & C.A | In Charge |

| <Category> | [ VOC ] | <In Charge |
|---|---|---|
| Usability | □ Honeycomb is difficult to use<br> - UI is unfamiliar and difficult to existing Android users and new users return product due to unintuitive UI<br>< Case 1 > There is no consistency between HW key and UI.<br> [ Comparison of Apple's phone vs. tablet ] | Product<br>Planning<br>UI/UX D<br>S/W Dev. |



[ Google Ginger Bread vs Honeycomb comparison ]

* UI for tablet changed quite a bit and lacks consistency with existing UI. Unintuitive.

* Customers do not understand well what each icon on the menu bar means
In particular Recent/Capture/Widget Bar

→ Key arrangements are different and locations of application icons are different as well.

[Result]

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154037

| Item No. Usability-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| **<Category>**<br><br>Usability<br><br><br><br>**<Sub Category>**<br><br>O/S<br><br><br><br>**<Model>**<br><br>P4 | < Case 2 > Setting menu access process difference<br>[ Accessing setting menu in Android phone (TW) ]<br><br>* In case of GED, one can relatively easily find setting menu through lower menu bar<br><br>[ Accessing setting menu in Tablet (GED) ]<br><br>* In case of TW, it is possible to access setting menu more readily through the menu bar in the clock section, but to this point neither GED/TW is not familiar to customers<br><br>※ Application access menu is located in the upper right corner so first time users of Honeycomb cannot readily find access menu.  In addition, customers are confused since icon shapes of phone and tablet versions are different once Application is accessed. | **<In Charge>**<br><br>Product planning<br>/<br>UI/UX Design<br>/<br>SW development<br><br><br><br>[Result] |

- 36 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154038

| Item No. Usability-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| **\<Category\>**<br><br>Usability<br><br><br><br>**\<Sub Category\>**<br><br>O/S<br><br><br><br><br><br>**\<Model\>**<br><br>P4 | \< Case 3 \> Process termination step is complicated compared to that of Phone<br>[ Process termination in Phone (GB TW) ] → Minimum 2 steps<br><br><br><br>* In GED, Tab/Phone must both identically go through the setting<br>menu and many steps..<br>* In Touchwiz, Tab/Phone both are capable of terminating Appl.<br>immediately through Task Manager<br>(P4 Touchwiz MR FOTA restart: 8/19~)<br><br>2.  Process termination in Tablet<br>1) Apps → Settings access<br><br> | **\<In Charge\>**<br><br>Product<br>Planning<br>/<br>UI/UX Design<br>/<br>SW<br>Development<br><br><br>[Result] |

- 37 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154039

| Item No. Usability-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>Usability | 2) 'Long-pressing' Home Key' of lower toolbar operates Task Manager<br> | <In Charge<br><br>Product<br>Planning<br>/<br>UI/UX Design<br>/<br>SW<br>Development |
| <Sub Category><br><br>O/S | [ Corrective Action ]<br>□ Vigorously informing Touchwiz instruction by using FMR/SPSTV (SEA)<br>□ Configure Settings icon on Homescreen | [Results] |
| <Model><br><br>P4 | □ Shorten process termination by applying Task Manager in Tablet Touchwiz version<br> | <Short-term<br>project><br>Completed<br>UI<br>inconvenien<br>ce<br>addressed in<br>Touchwiz<br>(UI/UX<br>Design) |
| | [ Long-term Action Plan ]<br>□ Need to improve Tablet Touchwiz UI for convenience of customers to guarantee intuitiveness and convenience of Honeycomb UI (Product Planning/UI Design/SW Development) | <Long-term<br>project><br>In Progress<br>Touchwiz<br>Additional<br>improvement<br>examination<br>(UI/UX<br>Design) |

– 38 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154040

| Usability | | |
|---|---|---|

| Item No. Usability-4 | VOC Detail & C.A | In Charge |
|---|---|---|
| **<Category>**<br><br>Usability<br><br><br>**<Sub Category>**<br><br>Performance<br><br><br><br>**<Model>**<br><br>P4 | [ [VOC]<br>  □ There are cases where customers return Tablets thinking they have the same capabilities as a regular Laptop, Netbook.<br><br>[ [VOC Detail / Root Cause ]\<br>  - Tablets are returned because their document processing capabilities and speed fall short of expected PC performance.<br><br>□ Tablet and Netbook / Notebook has the same speed / expect such performance and purchase, then returns product<br><br>□ Simple document process/Wants to modify but programs such as MS office are not supported.<br>□ Consumer awareness of Quick Office program provided by Samsung is low, and there is a resistance toward making new revision for use<br>  * Most of customers do not know that Quick Office, a preloaded appl. is a document processing appl, and struggle because they do not know how it will work even when they do run it. ( Instead of learning new instruction, would rather not purchase it.<br>※ In Apple's case, the office program (Keynote, Pages, Numbers) used in notebook for MAC is produced for tablet and is on sale at App. store<br><br>□ In case of Keyboard dock provided by us, it is difficult to carry it around and due to its lack of SD card slot / USB port, in order to transfer saved documents in PC, it necessitates purchase of additional accessories (SD card / USB connector)<br><br><br>[ [ Corrective Action ]<br>  □ In process of developing Accessory that combines a leather case and a BT Keyboard<br><br>[ [ Long-term Action Plan ]<br>  □ Need to find additional solution for improvement of Tablet document processing capability | **<In Charge>**<br><br>Product Planning<br>/<br>UI/UX Design<br>/<br>SW Development<br><br><br><br><br>[Result]<br><br>┌─────────┐<br>\|<Short-term Project>\|<br>\|Completed\|<br>\|BT Keyboard\|<br>\|development\|<br>\|(VPS Product\|<br>\|Planning)\|<br>└─────────┘<br><br>┌─────────┐<br>\|<Long-term Project>\|<br>\|In Progress\|<br>\|Tablet document\|<br>\|processing\|<br>\|capability\|<br>\|improvement\|<br>\|(Product\|<br>\|Planning/SW\|<br>\|Development)\|<br>└─────────┘ |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154041

## 사용성

| Item No. Usability -5 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

Usability

<Sub Category>

0/S

<Model>

P4

**[ VOC ]**
□ Booting takes too long

**[ VOC Detail / Root Cause [**
□ The time it takes to display "Galaxy tab 10.1" logo after pressing power button to boot is too long compared to those of models by competitors so users do not know whether it's booting and think booting is slow.

**[ Results from testing standard store display samples ]**

|  | Length of time between power on and logo display | Vibration during booting | Total booting time |
|---|---|---|---|
| Galaxy Tab(Samsung) | 6sec | X | 30sec |
| Transformer(Asus) | 4sec | X | 40sec |
| Thrive(Thosiba) | 3sec | 0 | 25sec |
| Iconia(Acer) | 4sec | 0 | 40sec |
| Xoom(Motorola) | 4sec | X | 27sec |

**[ Corrective Action ]**
□ Request made to consider making logo appear earlier or vibrate when booting takes too long so that users can recognize more easily

<In Charge>

SW Development

[Result]

<Short-term Project>
In Progress
Booting recognition improvement
(SW Developmen

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154042

Product Quality

| Item No. Prod. Qual -1 | -1 | VOC Detail & C.A | In Charge |
|---|---|---|---|

**<Category>**

Product Quality

**<Sub Category>**

Defects

**<Model>**

P4

**[VOC]**
□ Watermark appearance

**[VOC Detail / Root Cause]**
□ Watermark appears and customers return
  → This is a sample before modification for watermark was implemented.  Watermark appears due to influx of air at the rear of LCD.



**[Corrective Action]**
□ Before attaching tapes on both sides of LCD, perform air removal procedure and apply 0.3t double-sided tapes/0.55t sponge poron, completed (7/16)
□ Sort bulk LCD and commit them (use A, B grades), completed,  apply grade C HC to TSP, completed (8/3)
□ Remove 2 LCD bracket rubbers, adhere double-sided electric conduction tape, completed (8/3)
□ Final confirmation items by countries

| TSP / LCD items | Applicable countries |
|---|---|
| HC TSP + outmoded LCD | Europe, CIS, China, the Americas, Central/South America, Domestic, |
| Outmoded TSP = AG LCD | Southeastern Asia, Southwestern Asia, Central Asia, Central/South America |

* HC : Hard Coating
* AG : Anti Glare

**<In Charge>**

H/W Development
/
Apparatus
Verification
/
Reliability

**[Result]**

<Short-term
project>
Completed
Addressing
Watermark
(Devel./verification)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154043

Product Quality

| Item No. Product Quality-2 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

Product Quality

<Sub Category>

Malfunction

<Model>

P4

[ VOC ]
□ Power does not turn on

[ VOC Detail / Root Cause ]
□ Lock up occurs when H/W resets and boots (EWP modification completed)
 → Lock up occurs due to operation errors from APS Mode (auto power saving) of eMMC memory
   Complete application of S/W modification (KMB) by turning off APS mode

□ Display does not start while LCD backlight is on (EWP modification completed)
 → T2 wake up timing is delayed b6 300ms and LCD does not turn on (spec: within 50ms)
   Application of S/W (KMB) without code that causes delay completed
   ※ T2 is time it takes for signal to be relayed from AP Chip to LVDS Chip (Repeater)
   ※ T2는 AP Chip에서 LVDS Chip(Repeater)까지 signal 전달되는 시간

|  | T2 @ Wake up |
|---|---|
| Recommended Spec. | 0 ≤ T2 ≤ 50ms |
| P4 model defects measurement | 331ms |

[ Corrective Action ]
□ During EWP TF, complete analysis and application of modified S/W (KMB version)

<In Charge>

S/W
Development
/
S/W Verification

[Result]

<Short-term project
Completed
Defective
power/display fixed
(devel./verification)

- 42 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154044

| Product Quality | | |
|---|---|---|

| Item No. Product Quality-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| **\<Category\>**<br><br>Product Quality<br><br><br><br>**\<Sub Category\>**<br><br>Malfunction/non-malfunction<br><br><br><br>**\<Model\>** | [ VOC ]<br>□ S/W Freeze, Lock up, Lagging<br><br>[ VOC Detail / Root Cause ]<br>1.  During browsing the Internet, loading speed decreases (lagging) with sites that contain many photos / videos / flash advertisement<br><br>2.  While running Apps (Youtube, CNN, BBC etc.), force close occurs often.<br>    Several Apps are not displayed on the entire screen<br><br><br><br>        – Force close –       - Does not display on the entire screen - | \<In Charge\><br><br>**S/W Development / S/W Verification**<br><br><br><br>**[Result]**<br><br>\<Short-term project\><br>Completed<br>Lagging fixed, reflected on MR v.2 (Devel./verification) |
| | [ Corrective Action ]<br>1.  Loading speed decrease in sites with many photos / videos / flash<br>    - In TW version KMB (basic setting with flash on), decrease of speed is a known issue and it will be corrected in MR 2nd version (late August)<br>2.  Issues with 3rd party applications themselves that are not compatible with  Tablet PCs<br>    (Force close occurs 100% of the time when BBC App. is used but Company "M"'s Zoom has the same issues)<br>    -   Problematic applications during EWP process: pandahome, openhome6, Kids ABC letters<br>    -   Problematic application during store visits: BBC application | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154045



Product Quality

Item No. Product Quality-4

VOC Detail & C.A

In Charge

<Category>

Product Quality

<Sub Category>

Malfunction

<Model>

GT-P7510

□ App. operation errors, 6 cases
 - Chrome, Firefox not installed, Google market App download, installation don't work too well
 - Youtube App. does not run well
 - After resetting, Quick office App disappears
   → Either reappear as 20EA (8/23~) or does not reappear.  Need detailed reappearance route or procurement of defective samples

□ WiFi access issues, 6 cases
 - WiFi signal drops often, does not connect to Network and operate normally after rebooting
 - WiFi Antenna bar appears lower than Note PC
   (Compared to mobile devices, equal performance)
 ※ WiFi comparisons between models (using WiFi Analyzer App.)

| P7510 | D700 | I9000 |
|---|---|---|
| Between 70~80dBm | Between 70~80dBm | Between 70~80dBm |

□ USB does not charge, takes too long to charge TA, 3 cases

 - While in LCD on status, it is displayed that USB is not charging ( ), and while in power off status, it displays that USB is charging ( )
 - P4 charging currents

| USB charging current | 500mA |
|---|---|
| TA charging current | 1.5A |

→ When USB cable is connected to PC, it charges but because the charging current is too small, it displays that it's not being charged (concept)
□ Charging operation defect, 2 cases → 20EA does not reappear, need to acquire reappearance route and defective samples
 - Charging icon stops at a specific %, after rebooting displays normally
 - Does not charge due to defective TA

<Short-term project>
In Progress
App. error reappearing
(development/verification)

<Short-term project>
Completed
No issue with product performance
(Development/verification)

<Short-term project>
Completed
Product concept
(Development/Verification)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154046

Product Quality



| Item No. Product Quality-5 | VOC Detail & C.A | In Charge |
|---|---|---|
| **<Category>**<br>Product Quality<br>Usability | □ Short battery life, 2 cases<br>→ Compared to models from other companies, larger battery capacity, and consumption time is 10 hrs, about the same as other models | **<Short-term project>**<br>Completed<br>No issue with product performance<br>(Development/Verification) |

| Model | Battery capacity |
|---|---|
| iPad2 | 6600mAh |
| Galaxy Tab 10.1 | 7000mAh |

**<Sub Category>**
Defects

□ While using, overheating at the top left corner (AP neighboring section) and overheating during Youtube video playback (time used 10~15 min), 2 cases

□ Resetting during the use, 1 case

□ Does not recognize touch, 1 case
 - In process of procuring defective EWP TF sample and analyzing parts

**<Model>**
GT-P7510

□ Error caused by overly sensitive Auto Brightness, 1 case
 - Either maintain the brightest state, the darkest state, or alternate between bright and dark states
 → Either TF team/SW verification team is reproducing it (8/23~) or is not being reproduced.
 → TF팀/해당중 재현 중(8/23~)이나 재현 안되고 있음.

□ Inconvenience due to sensitive horizontal and vertical screen transitions, 1 case
 → TF team/SW verification team is reproducing (8/23~) or is not being reproduced.

**<Short-term project>**
In Progress
Issue being reproduced
(Development/Verification)

– 45 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154047

■ GT-P7510 (P4) EWP Progress Items
- Among 203 returned samples procured, 164 actual defects, 39 NTFs

| Divisions | No. | Symptoms | Quantity | Causes | Progress Items and Solutions | A person in charge | Completion |
|---|---|---|---|---|---|---|---|
| Equipment (105) | 1 | Watermark | 85 units | Due to air influx in the rear side of LCD, it splashes around and watermarks appear | Additional process of rolling to remove air before adherence of tapes on both sides of LCD, and then tapes are adhered | Sangjin Lee Manager | Completed |
| | 2 | Incomplete TSP | 15 units | Adhesion point between LCD Bracket and double-sided tapes for TSP detached (Tape 2034B applied) | - TSP double-sided tape item change application completed (2034B → 2038B)<br>- Rear assembly Jig modified (Rear interference part outlet 1mm) completed<br>- LCD Bracket Hook part, "C" Cut applied, completed | Sangjin Lee Manager | Completed |
| | 3 | Emission, LCD Crack | 3 units | IF bundle emission damages (no outer damages) 2 units<br><br>Left top corner TSP crack (no outer mark from external contact) 1 unit | Crack from external force<br>: Confirmed in screw selection in assembly<br>  Rear bulk supplier focus item<br>  Crack caused by customer errors | Sangjin Lee Manager | Completed |
| | 4 | Rear Protrusion | 2 units | Screw attached to rear adhesive double sided tape | Manufacturing failure case added | Sangmin Lee Manager | Completed |
| H/W (35) | 5 | No Power | 13 units | After turning power on, when resetting with Power Key, power does not turn on, 12 units<br>30 PIN I/F Connector damaged, 1 unit | Turn APS mode off and change moviNAND controller reset voltage (S/W modification)<br>Add tapes to both sides of Connector unit | Sangryul Park Principal<br>Yoonjae Lee Manager | Completed |
| | 6 | Touch recognition defect | 6 units | Touch IC bulk defects, 2 units<br>TSP bulk defect assumed, 1 unit<br>TSP Con. Actuator does not close, 1 unit<br>TSP overflow occurs during log analysis, 1 unit<br>Touch mis-recognition | Analyzing bulk suppliers<br>When dismantling, sample damaged, impossible to analyze additionally<br>Manufacturing failure cases added<br>Analyzing bulk suppliers<br>Specialized skill determined to be of superior quality, additionally analyzing hw verification | Kyungduk Dept. head<br>Sangmin Lee Manager<br>Yoonjae Lee Manager | In Progress |
| | 7 | Display defect | 6 units | LCD FPCB defects, 2 units<br>LVDS_RX_3N data Pk-Pk Level lower compared to qualified goods, 2 units<br>FOG pressure unit line's pad corroded by alien substance, 1 unit<br>Scheduled to further analyze after LVDS IC change, 1 unit | Manufacturing failure case added<br>Filter determined to be of superior quality, scheduled to verify after SET re-mounted<br>Supersonic washer cleaning to be performed during manufacturing (once a week), 1 unit<br>Additionally analyzing, 1 unit | Sangmin Lee Manager<br>Kyungduk Jung, Dept. Head | In Progress |

– 46 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154048

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| H/W (35) | 8 | Camera defect | 6 units | Camera bulk defect assumed, 1 unit U900 bulk defect assumed, 1 unit Camera lens unit oil influx, 3 units Liquid foreign substance in camera, 1 unit | Analyzing patron suppliers (8/13~) U900 corroded – manufacturing focus control requested Manufacturing focus control requested Washing step added (6/14~) | Kyungduk Jung Dept. Head Yoonjae Lee Manager | In Progress |
| | 9 | Key operation defect | 2 units | When side key FPCB is changed, operates normally, 1 unit Key FPCB damaged, 1 unit | Dome corroded due to submersion (consumer's error) Manufacturing focus control reported | Kyungduk Jung Dept. Head Samgmin Lee Manager | Completed |
| | 10 | Flash mis-operation | 2 units | V_BATTERY generates less voltage, 3V, and low DC resistance at VAP_CORE_1.2V bundle | Analyzing AP parts in B'd condition, completed (8/10) → Analyzing after forwarding bulk to America (~8/27) | Kyungduk Jung Dept Head | In Progress |
| | 11 | Acceleration sensor defect | 1 unit | Gyro sensor bulk defect assumed | Gyro sensor determined to be of superior quality during IC parts examination Re-examining after SET re-mounted (8/18~) | Yoonjae Lee Manager | In Progress |
| S/W (24) | 12 | Wake up doesn't work | 5 units | LCD T2 timing issue | T2 timing delay estimated to be 50ms (6/27) | Kwonsoo Kim Lead Engineer | Completed |
| | 13 | NO Power | 5 units | Power doesn't turn on (after battery is taken out and put back in, it's the same) | 5 units – NAND area damaged due to rooting | Sengwon Sun Lead Engineer | Completed |
| | 14 | Booting initialization lock up | 4 units | Rooting, 3 units Memory defect, 1 unit | 1 unit – not screened in DDR memory bulk (strengthen screening from 7/20) | Inhwan Chang Lead Engineer Uiseok Hong Lead Engineer | Completed |
| | 15 | Samsung logo lock up | 3 units | 3rd party homescreen execution error | 3rd party application's own error | Inhwan Chang Lead Engineer | Completed |
| | 16 | During use lock up | 3 units | Random exception.kernel panic (memory defect assumed) | 3 units – not screened in DDR memory bulk (screening strengthened 7/20) | Sangryul Park Lead Engineer | Completed |
| | 17 | Display blackening | 2 units | 3rd party appl. execution error, 1 unit Rooting, 1 unit | 3rd party application's own error After confirming rooting rate, attempted rooting with super user appl. | Inhwan Chang Lead Engineer Woochang Lee Lead Engineer | Completed |
| | 18 | Infinite resetting | 1 unit | ext4-fs error, 1 unit | After inserting decoding, automation testing of the problem completed (8/2~8/15) cannot reproduce | Seungwon Sun Lead Engineer | Completed |
| | 19 | D/L mode access | 1 unit | Rooting | After confirming rooting rate, attempted rooting with super user appl. | Inhwan Chang Lead Enginner | Completed |

- 47 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154049

| Process Part |

| Item No. | VOC Detail & C.A | In Charge |
|---|---|---|
| **\<Category\>**<br>Process<br><br>**\<Sub Category\>**<br>FOTA/Kies<br><br><br>**\<Model\>**<br>GT-P7510 | [ VOC ]<br>☐ Kies/FOTA speed slow (SEA Corporate)<br><br>[ P4 Kies/FOTA update progress ] (Korean 8/24 midnight cumulative standard)<br>- Speed depends on customer's Internet speed setting, but FOTA's performance is low, and need to address almost negligible part for Kies | |

| Division | Upgrade completion progress | Upgrade average time spent |
|---|---|---|
| FOTA (Pull/Push) | 16,013 cases (25%) | 32.8 min (about 96KB per sec) |
| KIES | 694 cases (1%) | 17.6 min (about 176KB per sec) |
| Sell-thru | 64,447 units | KMB version: 188MB (Touchwiz first MR) |

* From SEA Co., after FOTA Pull Upgrade, 14 min, about 223KB per sec
* From SEC Co., after Market Appl. D/L, about 174KB per sec (282MB Game attempted)

| FOTA results (PUSH only) | 8/22 ~ 8/25 (Korean standard) | |
|---|---|---|
| FOTA server access All terminals with record | 9,963 units (excluding testing terminal) | |
| Terminals that attempted Update | 3,425 units | Access rate: 34.38% |
| Terminals with successful Update | 3,234 units | Success rate: 94.42% |

[ Corrective Action ]
☐ Customer FOTA induction strengthening policy applied.
  - Provide Quick Guide (Product Planning)
  - Perform upgrade service by providing BBY Geek Squad one-click Tool (HQ CS)

- 48 -

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA10154050

Process Part



BBY Process Part

[ Newly Purchasing Customer ] : Products of superior quality          [ Customer Product Purchasing Steps ]: Existing products of superior quality

In Box → New Customer

Existing Customer → Store Display

☞ Provide Quick Guide (Product Planning)
* Included contents
1. Our call center number
2. SPSTV URL
3. Long Press Pwr Key Reset Guide
4. FOTA instruction guide
5. Media Hub / Quick Office Promotion

Twitter/Face Book

☞ Quick Guide Promotion
(SEA operation)

☞ Equip Quick Guide
next to store display (SEA
business group)
* Included contents identical

Call Center Support

Sample

Thank You for purchasing the Samsung Galaxy Tab

☞ Disseminate Trouble Shooting Guide (SEA CS)
  * T/F team derive countermeasure regarding reasons for return
☞ Provide Remote Access Service (HQ CS)
  * Develop Tablet remote support service

– 49 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154051

## Process Part



BBY Process Part

[Customer Returns Product]

Customer → BBY

**BBY Customer Service**

(1st contact)
Response to Customer

☞ Utilization of FMR through benchmarking company 'A' specialists
(SEA Business Operations)
* Provide solutions to reasons for returned product obtained from T/F

☞ Return prevention training to Service Managers (SEA Business Operations)
*Employee training through FMR

**BBY Geek Squad**

(2nd Contact)
Confirm defect
Confirm Return

☞ Q&A Concept change and announcement (SEA Corporate)
* Change Samsung Q&A so it will be easy to access/search/get answers

☞ Support One-Click Tool (HQ CS)
* Latest binary update for New + Existing customers
* Reflash defective S/W

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154052

## Process Part

BBY 프로세스 부분 요약

## \<Galaxy Tab Return Improvement\>

| \<New Production Product Purchase\> | \<Existing Production Product Purchase\> | \<Existing Purchase Customer\> | \<Call Center\> | \<Customer Returns Product\> |
|---|---|---|---|---|
| Quick guide pamphlet inserted in the box | Quick guide pamphlet installed at the dislpay | Quick guide distribution through SEA Twitter / Facebook (Use of phone numbers, mail, etc. customer information not allowed) | Agent Training<br><br>-Quick guide distribution<br>-T/F, T/S results sharing/training<br>-Expansion of the use of samsung.com and Q&A page<br>- Remote access service (long-term solution) | BBY Customer Service (Using FMR)<br><br>-Benchmark company 'A' to train T/F results (improvement solution)<br>- Distribute T/S, return prevention training |
| Quick Guide Contents<br>- C/C Number Stated<br>- SPSN URL and APK Information<br>- Reset Concept Stated<br>- FOTA method information<br>- Media Hub. Quick Office information | | | | Geek Squad (Product defect detection and confirming returned products)<br><br>- Change the samsung.com Q&A concept so that users can easily access and use answers to product issues<br><br>- Support One Click Tool to allow the latest binary updates to existing and new customers (Defective software reflash) |

- 51 -

- End

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154053

對外秘

# 北美 P4(P7510 WiFi) BBY 매장 방문 T/F 報告

## 2011年 8月

## 無 線 事 業 部

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154003

# Ⅰ. 목적

- 북미 P4 Wifi 모델의 최대 거래선인 BBY 매장 중 High Return 30개 매장 방문을 통해,
  리턴 사유 조사 및 및 리턴 감소를 위한 개선 Item 도출

# Ⅱ. 진행 方向

1) T/F  구성 :  본사 TF팀(CS/개발/제품기술/상품기획/영업)+STA+SEA+FMR 인력으로
   각 조당 3명, 3개조 운영
2) 조사 지역 : New York, Florida, Los Angeles 3개지역 총 30개 매장 방문 (8/15~19)
3) 조사 대상 : Store Manager, Sales & Service Manager/Staff, Technician, Customer
4) 조사 사항 : 구매사유, 변심/고장/비고장 리턴 사유, 사용성 불만 등 等 Check List를 통한
   Survey 실시
5) 추진 일정 :
   - 매장 방문 조사 : 8/15 ~ 8/19일 (5일간)
   - SEA 협업을 통한 T/F팀 과제 도출 : 8/20 ~ 8/23일
   - SEA/CS에서 지속 진행해야 할 프로세스 개선 부분은 10월末 목표
   - P4 Wifi 모델의 비고장 리턴 집중 개선 後 Verizon/Sprint P4 횡전개

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154004

# Ⅲ. BBY 매장 방문 T/F 조직도

* 실제 매장 방문 인력
  HQ : 6명
  STA : 1명
  SEA : 1명



| T/F Leader | |
| --- | --- |
| T/F 운영 | 이상은 과장 |

| T/F 지원 | |
| --- | --- |
| BBY 매장 방문 Arrange | SEA 영업 |
| T/F 운영 지원 | SEA 김원구 과장 |

| Team 1 | |
| --- | --- |
| 동부 뉴욕 | |
| Interview 진행 | 윤성원 대리 |
| 기술 담당 | 박수진 선임 |
| 운영 담당 | 이상은 과장 |
| FMR | 각 매장별 선정 |

| Team 2 | |
| --- | --- |
| 남부 플로리다 | |
| Interview 진행 | David La |
| 기술 담당 | 이천호 대리 |
| 운영 담당 | 김광헌 과장 |
| FMR | 각 매장별 선정 |

| Team 3 | |
| --- | --- |
| 서부 LA | |
| Interview 진행 | Kun Ro |
| 기술 담당 | 이재호 대리 |
| 운영 담당 | 차동우 대리 |
| FMR | 각 매장별 선정 |

## ■ 방문 일정

| Weeks | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2nd | 8 | 9 | 10 | 11 | 12<br>SEA 집합/미팅 | 13<br>T/F 사전준비 완료 | 14<br>각 지역 이동/ 매장 초기 방문 |
| 3rd | 15<br>매장 방문 진행 | 16 | 17 | 18 | 19<br>매장 방문 완료 중간 보고 | 20<br>SEA 집합/미팅 | 21 |
| 4th | 22 | 23<br>과제 도출완료 완료 보고 | 24<br>과제 진행 및 추가 과제 도출 | 25 | 26 | 27 | 28 |

-3-

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154005

# Ⅳ. Survey 진행 현황

## [ 매장 방문 결과 ]

- Best Buy Worst Return 발생지역의 30개 매장 위주로 조사 진행

| Interview 장소 | | | 방문장소 | 조사인원 | 비고 |
|---|---|---|---|---|---|
| 매장 | Best Buy | New York | 30 | 120<br>(직원 100, 고객 20) | · 매장 매니저<br>· 판매 직원<br>· 고객서비스 직원<br>· 기술 직원<br>  (Geek Squad)<br>· 일반 고객<br>  (Tablet 흥미 고객) |
| | | Los Angeles | | | |
| | | Florida | | | |
| | Verizon | | 2 | 4 | |

※ 고객과의 직접적인 인터뷰는 고객 대응 및 영업에 지장을 주지 않기 위해, 대부분의 매장에서
   허락이 되지 않으며, 간략히 구매 사유 및 불편/불만 사항 인터뷰만 진행

## [ Survey List ]

- Seg별(영업/사용/제품/디자인/서비스성)로 총 50개 질문 리스트 구성
   → BBY 대부분의 직원 수준이 통신 사업자 직원보다 예상 이상으로 차이가 발생하여,
      설문 1일차부터 질문 리스트를 가감 수정하여, 총 26개 질문으로 수정.
      : 26개 질문도 Full로 대답할 수 있는 수준 및 시간을 가진 직원은 10% 미만.
        (다품종 제품 취급으로 Tablet 전문성 결여, 대부분 Tablet 사용해 본 적 없음)

- 4 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154006

## Ⅴ. Survey VOC 현황

### 【 당사 P4 관련 VOC 367件 】　　　　　【 실제 P4 리턴 관련 69件 】




## Ⅵ. 과제 도출 현황

| 구분 | VOC(件) | 점유율 | 개선 도출 | 점유율 |
|---|---|---|---|---|
| 영업성 | 105 | 28% | 12 | 29% |
| 사용성 | 91 | 24% | 10 | 24% |
| 제품성 | 71 | 20% | 8 | 19% |
| 디자인 | 58 | 15% | 9 | 21% |
| 서비스성 | 42 | 13% | 3 | 7% |
| 총계 | 367 | 100% | 42 | 100% |

- 5 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154007

# VII. 과제화 진행

* 완료율 : 38% (16건/42)

| 과제번호 | 구분 | VOC 요약 | 기간 | 과제 도출 | 책임자 | 진행 |
|---|---|---|---|---|---|---|
| 영업1-1 | 영업성 | 고객 구매사유와 제품간 Gap 발생 | 단기 | 구매 포인트의 기대치에 못 미치는 부분 과제화 | T/F팀 | 完 |
| 영업1-2 | | | 장기 | 자기 Tablet 모델에 대한 수명검계 | 개발력려 | 進 |
| 영업2-1 | | 구매 계층별 요구하는 특화기능 만족도 낮음 | 단기 | 구매 포인트의 기대치에 못 미치는 부분 과제화 | T/F팀 | 完 |
| 영업2-2 | | | 장기 | Tablet에 특화된 Feature 강화 | 상품기획 | 進 |
| 영업3 | | 매장 내 제품재고 부족 | 단기 | 매장 내 제품재고 부족에 대한 대책수립 | SEA 영업 | 進 |
| 영업4-1 | | Accessory 재고부족/경쟁력개선 필요 | 단기 | Accessory 재고 부족에 대한 대책 수립 | HQ,SEA영업 | 進 |
| 영업4-2 | | | 장기 | Accessory 경쟁력 개선을 위한 대책 수립 | VPS 상기 | 進 |
| 영업5-1 | | 매장 내 장소선정 및 전시상태 미흡 | 단기 | 전시상태 즉 개선 | SEA 영업 | 進 |
| 영업5-2 | | | 장기 | BBY 전시전략 개선 | SEA 영업 | 進 |
| 영업5-3 | | | 장기 | Retail Mode 개선 | S/W개발 | 進 |
| 영업-6 | | 제품홍보 부족 및 이벤트성 리턴 발생 | 단기 | A社 Specialist 매장 상주제도 벤치마킹 | SEA법인 | 進 |
| 영업7 | | Unit 색상 미 표기로 인한 리턴 | 단기 | Unitbox Label 내 컬러사양 표기 기 완료 | HQ 영업 | 完 |
| 디자인1-1 | 디자인 | 외부 연결단자 지원 안함으로 리턴 | 단기 | 외부 연결 Accessory 판매 확대 필요 | HQ,SEA영업 | 進 |
| 디자인1-2 | | | 장기 | 차기 Tablet 모델에 외부 연결단자 추가 | 상품기획 | 完 |
| 디자인2 | | 타 Tablet 대비 카메라 화질 떨어짐 | 장기 | 향후 Tablet 고화소 카메라 적용검토 | 상품기획 | 完 |
| 디자인3 | | 볼룸키,전원키 위치에 대한 불편 | 장기 | 향후 Tablet 키버튼 디자인 검토 | 디자인 | 進 |
| 디자인4 | | Display 하단 메뉴바 항상보임 불만 | 장기 | Full Screen 기능실행 시 Hidden 가능 옵션 추가 | S/W개발 | 進 |
| 디자인5 | | 화면 비율 불만 | 장기 | 향후 Tablet 화면비율 검토 | 상품기획 | 完 |
| 디자인6 | | TA 케이블 길이 짧음 불만 | 단기 | 충전기 케이블 길이 연장 검토 | VPS 개발 | 進 |
| 디자인7 | | TV 리모컨 추가 희망 | 장기 | TV 리모컨 기능 추가 검토 | 상품기획 | 完 |
| | | 악세사리 디자인 불만 | 장기 | 향후 Tablet Accessory 디자인 고급화 검토 | VPS 상기 | 進 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154008

| 과제번호 | 구 분 | VOC 요약 | 기 간 | 과제 도출 | 책임자 | 진 행 |
|---|---|---|---|---|---|---|
| 서비스1 | 서비스 | BBY 고객리턴에 대한 정보입력 미흡 | 단기 | BBY 리턴 데이터 입력 개선 | SEA CS | 進 |
| 서비스2 | | BBY Training System 및 컨텐츠 미흡 | 장기 | BBY 교육 컨텐츠 향상 | SEA CS | 進 |
| 서비스3 | | FMR 인력 BBY 매장 상주시간 부족 | 장기 | A社 벤치마킹 및 당사 FMR 활용 극대화 방안 수립 | SEA법인 | 進 |
| 사용성1-1 | 사용성 | Tablet 주요 사용하는 기능 미 지원으로 리턴 | 단기 | Tablet용 Netflix 지원 검토 | 상품기획 | 完 |
| 사용성1-2 | | | 단기 | 주요 사용하는 기능에 대한 대안 App 안내 | SEA CS | 完 |
| 사용성1-3 | | | 장기 | 당사 VoIP/VT Solution 지원 | 상품기획 | 完 |
| 사용성2-1 | | 고해상도 동영상 재생 시 느림 | 단기 | Unit Box에 지원가능 해상도 표기 기 완료 | HQ영업 | 完 |
| 사용성2-2 | | | 장기 | 개발/기획 시 Tablet Entertainment 성능/호환 검토 | 상품기획 | 進 |
| 사용성3-1 | | Honycomb OS 사용법 어려움 | 장기 | 직관성과 편리성 확보 위한 Tablet용 Touchwiz 보완 | UI 디자인 | 完 |
| 사용성3-2 | | | 장기 | Touchwiz 추가개선 검토 | UI 디자인 | 完 |
| 사용성4-1 | | Laptop의 편리성,성능을 기대하고 구입 후 기대치 미치지 못하여 리턴 | 단기 | 가죽케이스 BT Keyboard 결합된 Accessory 개발완료 | VPS 상기 | 完 |
| 사용성4-2 | | | 장기 | Tablet 제품군의 Office 작업력 향상 방안 수립 | 상품기획 | 進 |
| 사용성5 | | 부팅시간 오래걸림 | 단기 | 부팅시간 인지 개선 | S/W개발 | 進 |
| 제품성1 | 제품성 | Water Mark 발생하여 리턴 | 단기 | EWP TF 기 수정완료 | H/W개발 | 完 |
| 제품성2 | | No Power로 인한 리턴 | 단기 | EWP TF 기 수정완료 | S/W개발 | 完 |
| 제품성3 | | Flash 많은 사이트 Lagging | 단기 | Flash 사이트 Lagging 문제 : MR2차 개선반영 예정 | S/W개발 | 完 |
| 제품성4,5 | | App동작, WiFi 접속, USB 충전 오류 등 | 단기 | 대부분 비고장 이슈로 재현시험 후 즉개선 예정 | S/W검증 | 進 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154009

# VIII. 리턴 부분

| Category | Sub Cat. | 리턴사유 | 건수 | 세부 사항 |
|---|---|---|---|---|
| 제품성 44% | 고장 (25%) | Freeze | 11% | 웹 브라우저 (특히 Flash가 많은 사이트나 Flash 팝업 발생시) 사용 시 |
| | | 워터마크 | 4% | 워터마크 |
| | | 충전 불량 | 2% | 충전 안됨 (TA 불량) |
| | | 빛샘 | 1% | 빛샘 |
| | | Force Close | 1% | BBC App, 웹브라우징시 |
| | | Wifi | 1% | Wifi 접속 불량 |
| | | 전원키 | 1% | No Power |
| | | 화면 불량 | 1% | No Display (Backlight on) |
| | | Touch | 1% | 터치 인식 안됨 |
| | | Vol Key | 1% | 볼륨키 작동 안됨 |
| | 비고장 (17%) | Lagging | 8% | Lagging (Flash 광고 사이트 접속, 3D Game 실행시, 다수의 프로세스 실행시 등) |
| | | Sync 안됨 | 2% | PC Sync 안됨 |
| | | Wifi | 2% | Wifi 성능불량 |
| | | Batt life | 2% | Batt Life 짧음 |
| | | Audio | 1% | AC3 audio codec 깨짐 |
| | | Appl. | 1% | Reset 후 Quick office App 사라짐 |
| 사용성 32% | O/S (19%) | Honeycomb | 10% | Honeycomb O/S 사용법이 어려움 (셋팅 메뉴 찾기 어려움, UI가 비 직관적, 최적화 앱 부족) |
| | | ipad 교환 | 9% | Ipad2로 교환 |
| | Appl. 관련 (8%) | Netflix/Hulu | 3% | Netflix/Hulu 지원 안됨 |
| | | Skype | 5% | Skype 기능 미지원 |
| | 성능 (6%) | 성능 부족 | 6% | PC 수준의 성능을 원함 (속도 및 문서 작업 환경이 부족함) |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154010

# VIII. 리턴 부분 (Cont'd)

| Category | Sub Cat. | 리턴사유 | 점유율 | 세부 사항 |
|---|---|---|---|---|
| 영업성 18% | 홍보 부문 (4%) | 제품 지식 | 4% | 제품에 대한 지식/정보가 없이 구매 |
| | 단순변심 (6%) | 단순변심 | 5% | 제품에 대한 호기심으로 구입 후리턴<br>(처음부터 리턴을 전제하에 구입한 케이스 및 콘서트 참석 프로모션등) |
| | Accessory (3%) | 종류 | 2% | Accessory 종류 부족 |
| | | 재고 부족 | 1% | Accessory 재고 부족 (Keyboard dock) |
| | 구매부분 (2%) | 재고 부족 | 2% | 32G 재고 부족 |
| | 가격부분 (2%) | 가격 | 2% | 구입 후 가격 사유로 리턴 |
| | 사양오류 (2%) | 컬러 | 2% | 박스 라벨 컬러 사양 미기입으로 리턴 발생 |
| 디자인 4% | 상품 컨셉 (4%) | SD/HDMI/USB | 3% | SD, USB, HDMI 기능 미지원 |
| | | Wireless Printer | 1% | wireless printer 기능이 없어 리턴함 |
| 서비스성 2% | 업그레이드 (1%) | Upgrade | 1% | 업그레이드 안됨 (FOTA 서비스 안됨) |
| 총합계 | | | 100% | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154011

# IX. 주요 VOC 부분 (유효하지 않다고 판단되는 내용은 제외)

| Category | Sub Category | Item | 점유율 | VOC 요약 |
|---|---|---|---|---|
| 영업성 28% | 구매부분 | 구매 사유 | 7% | 주로 Entertain(Game/동영상,사진감상/웹브라우징/이메일) 및 업무, 학습용-(문서작업)으로 구매 |
| | | 구매 계층 | 3% | 주로 20~30대에 집중되어 있음 |
| | | 재고 부족 | 2% | 특히 32G 모델의 재고가 부족하여 리턴 발생 |
| | Accessory | 종류/재고부족 | 3% | 액세서리 종류 및 재고가 부족하여 판매 및 리턴에 영향을 주고 있음 |
| | 매장 전시 | 위치/전시상태 | 3% | 매장 전시상태가 미흡하고 및 전시 셋트의 상태가 양호하지 못함 |
| | 홍보 부문 | 제품 지식 부족 | 2% | 제품 지식이 부족한 상태에서 구매한 고객들이 리턴함. |
| | 단순변심 | 단순변심 | 2% | 제품에 대한 호기심 및 프로모션 행사로 인해 구매 후 14일 이내 리턴 |
| | 기타 | 사양 오류 | 3% | Box 컬러 사양 미표기로 인해 구매후 색상 변경을 위해 리턴 |
| 사용성 24% | Appl. 관련 | Netflix/Hulu | 3% | Netflix/Hulu 미지원으로 불만 및 리턴 발생 |
| | | Skype | 2% | Skype 미지원으로 불만 및 리턴 발생 |
| | | 동영상 | 1% | 동영상이 재생이 되지 않거나느림 발생 |
| | | 기타 | 4% | Honeycomb Appl. 부족 및 각종 Crash 발생 등 |
| | O/S | Honeycomb | 4% | Honeycomb 사용성이 어려움으로 인한 불만 및 리턴 발생 |
| | | ipad 교환 | 2% | Honeycomb 사용성 어려움 및 P4 전반 불만으로 인해 ipad2로 교환 |
| | | 기타 | 1% | 부팅 시간이 오래걸리며, 부팅이 되고 있는지에 대한 notice 발생이 너무 늦음 |
| | UI/UX | UI/UX | 1% | 터치 위즈에 대한 속도 느림, Auto Bright/Rotation이 너무 민감함 등 |
| | 호환성 | PC Sync | 2% | Mass storage 모드 기능 안됨으로 인해 PC Sync 어려움 |
| | 성능 | 성능 부족 | 2% | PC 수준의 속도 및 호환성, 문서 작업성이 기대치 이하여서 리턴 발생 |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154012

# IX. 주요 VOC 부분 (Cont'd)

| Category | Sub Category | Item | 점유율 | VOC 요약 |
|---|---|---|---|---|
| 제품성 20% | 고장 | Freeze | 5% | 웹/동영상/Appl. 사용시 Freeze |
| | | Force Close | 1% | Appl. 사용시 Force close 발생 |
| | | Wifi | 1% | Wifi 연결 안됨 |
| | | 워터마크 | 1% | 워터마크로 인한 리턴 |
| | | 기타 | 3% | 충전불량, LCD 불량, 터치 불량, 빛샘 등 |
| | 비고장 | Lagging | 3% | 다수 Appl. 실행 및 3D Game, Flash 많은 웹 사용시 Lagging 발생 |
| | | Appl. | 2% | 구글 마켓 접속이 잘 안됨 등 |
| | | Rooting | 1% | 루팅 후 리턴 및 매장에 루팅 요청 |
| | | 기타 | 3% | 발열, Wifi 성능 불만, Batt Life 불만 등 |
| 디자인 15% | 상품 컨셉 | SD/HDMI/USB | 6% | SD/HDMI/USB Slot을 지원하지 않음으로 인한 불만 및 리턴 |
| | | 기타 | 3% | 카메라 화소가 부족함, TV 리모콘 기능 필요, wireless printer 기능 없음 등 |
| | 외관 | 키버튼, 화면크기 등 | 4% | 볼륨키와 전원키가 인접하여 불편, 화면 비율이 웹 브라우징 시 불편함, 플라스틱 커버가 싸보임. |
| | Accessory | 충전기 | 1% | 충전기 케이블 길이 짧음 |
| | | 기타 | 2% | 액세서리 디자인이 저렴해 보임, Book Cover 사용시 충전을 할 수 없는 구조라 불편 등 |
| 서비스성 13% | Training | E-learning | 3% | BBY 트러블 슈팅 시스템 및 교육 시스템상 Tablet 관련 정보 부족 |
| | | Geek Squad | 3% | BBY Technitian의 트러블 슈팅 능력이 상당히 부족 |
| | | FMR | 1% | FMR 인력의 매장 상주 시간이 너무 짧아서 비 효율적 |
| | | Apple Specialist | 1% | Apple사는 매장에 종일 상주하여, 영업/서비스에 상당히 효율적임 |
| | 시스템 | 리턴사유 입력 | 1% | 리턴 사유를 제대로 파악하지 않고, 형식적으로 입력하거나 미입력 |
| 총합계 | | | 367 | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154013

# Ⅹ. 리턴 현황

## [ P4 리턴 Trend ]

(SEA 집계)

| 항 목 | | 7월 | | 8월 | | | | 비 고 |
|---|---|---|---|---|---|---|---|---|
| | | 29주 | 30주 | 31주 | 32주 | 33주 | 34주 | |
| BBY 총 리턴율 | 누적 리턴율 | 2.8% | 12.3% | 12.6% | 15.1% | 16.6% | 15.8% | |
| | 누적 리턴건 | 564 | 3,691 | 4,582 | 6,466 | 8,155 | 8,714 | * 로직 : $\dfrac{\text{누적 (14일 이내+14일 이후 리턴건)}}{\text{(누적 Sell thru - 직전 4주판매)}}$ |
| | 누적 Sell-thru (당월제외) | 19,900 | 30,018 | 36,425 | 42,811 | 49,124 | 55,188 | |
| | 누적 Sell-thru (당월포함) | 41,533 | 50,165 | 57,234 | 64,447 | 70,699 | 81,946 | ※ 판매 4주 이내 리턴되는 수량은 0.13%로써, 직전 4주 판매를 분모에서 제외함. |

## ※ 세부 리턴 프로세스 및 데이터 Source



- 12 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154014

**영업성**

| Item No.영업-1 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

영업성

<Sub Category>

구매 사유

<Model>

GT-P7510

[ VOC ]
□ 당사 P4 Tablet 제품에 대한 고객들의 구매 사유 조사 (매장 Sales Rep. 및 Tablet 구매 고객 문의)

[ VOC Detail / Root Cause ]
- 테블릿을 주로 구매하는 사유와 P4 제품간의 Gap이 있어 기대치를 만족 못하고 있음.

| P4 구매 사유 | 세부 사항 | 응답수 | 점유율 | Tablet 개선/향상 부분 |
|---|---|---|---|---|
| Entertain 용도 | 게임 및 영화/사진 감상용 (주로 32G 모델 선호하며 TV 또는 Projector에 연결하여 사용 선호) | 7 | 23% | HDMI Adaptor 매장 미보급 Netflix 서비스 지원 안됨 Tegra2 동영상 재생 성능부족 Media/Music Hub 인지 부족 |
| O/S 부분 | Android 시스템을 선호하며 Flash를 지원하기 때문 | 5 | 16% | Honey Comb 사용성 어려움 |
| 업무/학습용 | 문서작업 | 6 | 19% | Quick Office 인지 및 성능부족 |
| | 주식 관리 | 1 | 3% | 특이 문제 없음 |
| | Email (주로 16G 모델선호) | 3 | 10% | 특이 문제 없음 |
| | 웹 브라우징 (주로 16G 모델선호) | 3 | 10% | Flash 많은 site 접속시 느림 |
| 디자인 부분 | 이동성, 가벼움 | 4 | 13% | 당사 이동성, 가벼움 디자인 우수 |
| | 화질이 좋아서 | 1 | 3% | 특이 문제 없음 |
| 기타 | wifi 선호 (Mobile Hotspot이 있으므로) | 1 | 3% | 특이 문제 없음 |
| 합계 | | 31 | 100% | |

※ ASUS社 Transformer Tablet 주 구매 포인트 - HDMI/SD Slot 지원 및 접히는 Key board Dock 지원
※ Apple社 iPad2 Tablet 주 구매 포인트 - 노트북/휴대폰/MP3와 같은 family Product로 사용성 익숙

[ Corrective Action ]
□ 구매 포인트의 기대치에 미치지 못하는 부분 즉시 개선 (각 아이템별 별도 과제화함)
[ Long-term Action Plan ]
□ 차기 Tablet 모델에 대해 P4 개선 사항 수평전개

<In Charge

T/F팀
/
개발관리

[Result]

- 13 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154015

영업성

| Item No.영업-2 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

영업성

[ VOC ]
☐ 당사 P4 Tablet 제품에 대한 고객들의 구매 계층 조사 (매장 Sales Rep. 문의)

[ VOC Detail / Root Cause ]
- Honeycomb O/S의 사용성이 직관적이지 않고, Tablet 각 구매 계층이 요구하는 특화 기능의 만족도도 낮음으로써, 기존 Royal 고객이 많은 A사 대비 고객층이 얇음.

<Sub Category>

구매 계층

<Model>

GT-P7510

| | 당사 P4 | Apple iPad2 |
|---|---|---|
| 연령/직업 | ■ 구매 고객이 20~30대에 집중되어 있음<br><br>- 대학생 : 문서 작업/Note Taking (넷북 대신 사용)<br>- 비즈니스맨 : Presentation/e-mail 체크<br>　　　　　　　(노트북 대신 휴대)<br>- 기존 Android 스마트폰 유저 : 큰 화면의 게임/동영상<br>- Early Adaptor : 신제품에 대해 무조건 구매/사용<br>- 일반 유저 : 집에서 게임 및 영화/사진 감상 | 구매 연령대 및 직업이 다양하며, 성별에 큰 차이가 없음.<br><br>기존 iphone/Mac book등 Family Product 사용자 |
| 성별 | ■ 남자 80%, 여자 20% (Not Friendly UI for woman) | |
| 특이 사항 | * Florida 지역은 중남미보다 싼 가격 때문에, 중남미 관광객이 많이 구매 함.<br>* 뉴욕 시내 지역도 타국가 보다 싼 가격으로 인한, 관광객 구매가 있음.<br>* 뉴욕 시내 지역은 비즈니스맨들이 휴대성 뿐 아니라 디자인 측면도 주요 구매<br>　요소가 되며, 악세서리 디자인까지 중요시 함. | |

[ Corrective Action ]
☐ 구매 포인트의 기대치에 미치지 못하는 부분 즉시 개선 (각 아이템별 별도 과제화함)
[ Long-term Action Plan ]
☐ A사 대비 편리성이든 전문성이든 특화된 Feature 강화 필요 (상품기획)

<In Charge>

T/F팀
/
상품기획

[Result]

- 14 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154016

영업성

| Item No.영업-3 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

영업성

[ VOC ]
　□ P4 Tablet 재고 부족

[ VOC Detail / Root Cause ]
　- 9/30개(30%) 매장에서 P4 재고 부족 언급.

<In Charge

SEA 영업

<Sub Category>

P4 제품
재고 부족

| 유형 | 매장 | 비고 |
|---|---|---|
| 32G 모델 재고 부족 | 5개소 | 16G 先구입 후 리턴하여 32G 모델로 교체 |
| P4 전반 재고 부족 | 4개소 | 매장 당 재고가 1~2대 밖에 없거나,<br>전혀 없어서 iPad2를 대신 구입하는 케이스도 발생 |
| 총 재고 부족 매장 | 9/30개 (30%) | |

<Model>

GT-P7510

[ Corrective Action ]
　□ 재고 부족에 대한 사유 조사 및 대책 수립 필요 (SEA 영업)
　　1. BBY 지역별/매장별 재고 재조사 필요 (특히 32G 모델)
　　2. 당사는 재고가 많이 있는 것으로 파악되나, BBY 실제 매장에서 재고가 부족한 사유 파악 필요.
　　　(BBY 물류 및 CPFR 프로세스 등 검토)

[Result]

<단기 과제
進
재고조사
(SEA영업)

- 15 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154017

영업성

| Item No.영업-4 | VOC Detail & C.A | In Charge |
|---|---|---|

**<Category>**

영업성

**<Sub Category>**

악세사리 종류
및 재고 부족

**<Model>**

GT-P7510

[ VOC ]
☐ P4 악세사리 종류 및 재고 부족

[ VOC Detail / Root Cause ]
- 대부분의 매장에 Accessory 재고가 없거나 종류가 부족하여 판매 및 리턴에 영향을 미친다고 피드백.

| 유형 | 비고 | 매장 공통 의견 |
|---|---|---|
| 재고 부족 | 방문한 대부분의 매장이 USB/SD Adaptor 재고가 아예 없거나 부족함. (2/30개소에서만 USB Adaptor 있음을 확인함) | 판매 및 리턴에 영향을 미치고 있으나 해결이 안되고 있음. |
| 종류 부족 불만 | Apple사 대비 Accessory 종류가 부족하여 판매 및 리턴에 영향을 미침 | |

[ 경쟁사 악세사리 종류 비교 ]

| 제조사 | | Samsung | Apple | HP | Asus | Motorola | Toshiba |
|---|---|---|---|---|---|---|---|
| 모델 | | Galaxy Tab | Ipad2 Wifi | Touch Pad | Transformer | Xoom | Thrive |
| 가격 ($) | | 499.99 | 499.99 | 399.99 | 399.99 | 499.99 | 429.99 |
| Accessory | 소계 | 6 | 289 | 4 | 2 | 5 | 11 |
| BBY Site 조사 기준 | Case | 2 | 183 | 1 | 0 | 1 | 6 |
| | Dock | 2 | 37 | 2 | 1 | 1 | 2 |
| | Cable / Connectors | 1 | 14 | 0 | 0 | 1 | 0 |
| 3rd Party 제품 포함 | Screen protection | 1 | 26 | 1 | 1 | 1 | 2 |
| | Charger / Adapters | 0 | 12 | 0 | 0 | 1 | 0 |
| | Stylus | 0 | 17 | 0 | 0 | 0 | 1 |

[ Corrective Action ]
☐ 재고 부족에 대한 사유 조사 및 대책 수립 필요 (HQ 영업)
[ Long-term Action Plan ]
☐ Tablet Accessory 경쟁력 확보를 위한 근본 개선 필요 (종류/디자인/가격/수율/공급 등 전반적)

**<In Charge**

HQ 영업

[Result]

- 16 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154018

영업성

| Item No.영업-5 | VOC Detail & C.A | In Charge |
|---|---|---|

**&lt;Category&gt;**

영업성

**[ VOC ]**
☐ P4 Tablet 매장 전시 상태 조사

**[ VOC Detail / Root Cause ]**
– 모든 매장에서 P4 전시 위치는 Tablet과 떨어진 곳에 전시되어 있으며, 대부분 매장에서 P4 Tablet 전시 상태가 양호하지 못함

| 유형 | 당사 | A사 비교 |
|---|---|---|
| 전시 위치 | .경쟁사 Tablet은 별도 Booth가 없이 한 군데 모여 있음.<br>.당사는 Tablet이 모여 있는 곳에서 단독으로 떨어져 있음.<br>.당사는 P4, P1, PC 모두 따로 흩어져 있음. | .Family 제품이 Apple 자체 Booth에 함께 모여 있음. |
| 전시 상태 | .Retail Mode가 제대로 작동되고 있지 않거나, 제대로 설치되어 있지 않음.<br>* 8.9인치 Retail Mode가 설치된 매장도 뉴욕 2개소 확인됨.<br>.각종 호환에 문제가 있는 Appl. 설치 및 다수 Appl. 실행으로 인해 Lagging 발생하여 체험 불가한 단말도 확인됨 | .Apple은 Specialist(애플직원)가 매장에 상주하며, 항상 전시용 IT 제품을 관리함.<br>.i-tunes 계정이 있어야 Appl.설치가 가능하므로, Specialist가 매일 없는 매장도 설치된 Appl.이 별로 없음.<br>.Appl 실행 중 Home key 빠져 나오면 Task 종료되므로 Lagging 현상 없음 |

**[ Corrective Action ]**
☐ 최적의 전시 상태 유지를 위한 대책 수립 필요 (SEA 영업)
**[ Long-term Action Plan ]**
☐ BBY 매장 전시에 대한 Synergy 효과를 위한 근본 전략 수립 필요 (SEA 영업)
☐ Retail Mode 개선 – 전시용 셋트가 고객에 의해 Lagging등의 문제가 발생하지 않고 최적의 상태를 유지하도록 대책 수립 (S/W개발)

**&lt;Sub Category&gt;**

매장 전시

**&lt;Model&gt;**

GT-P7510

**&lt;In Charge&gt;**

SEA 영업
/
SW 개발

**[Result]**

– 17 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154019

영업성

| | 매장 전시 상태 비교 사진 | | |
|---|---|---|---|
| 유형 | 당사 | A사 비교 | 기타경쟁사 |
| 전시 위치 | < 홀로 떨어진 곳에 별도 Booth 운영 >  | < A사 상주 직원에 의해 관리되며, IT 제품이 모여 있음.>  Family Product가 함께 전시되어 있음. | < Toshiba사의 관리가 안된 Case >  고객에 의해 중국어 UI가 실치된 이후 매장직원도 그대로 방치해둔 상태 : 고객이 체험하기 어려운 상황 |

- 18 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154020

영업성

| Item No.영업-6 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>

영업성

[ VOC ]
　☐ 제품에 대한 고객들의 사전 제품 지식 부족 및 단순 변심 리턴

[ VOC Detail / Root Cause ]
　- 제품 홍보 부족 및 정확한 제품 정보 전달이 구매 이전에 되지 않았고, 영업성 프로모션 행사에
　　의해 리턴이 발생하는 경우

<Sub Category>

제품 홍보

<Model>

GT-P7510

| 유형 | 매장 | 비고 |
|---|---|---|
| 제품에 대한 지식 부족 | 7/30개소 (23%) | 고객들이 당사 제품 혹은 Tablet에 대한 정확한 사전지식 없이 구매하여 14일 이내 리턴 < Case > 1. Apple ipad2인줄 알고 구매 후 리턴한 고객유형이 가장 많다고 함. (BBY Sales Rep.) 2. Android 제품인 줄 모르고 구매 후 리턴 3. Florida 관광객 밀집 매장은 고객이 사전에 제품 정보를 미리 파악 후 바로 구매 후 리턴도 적다고 함. |
| 단순 변심 리턴 | 6/30개소 (20%) | 제품에 대한 호기심 및 리턴을 전제하에 구매 < Case > 1. Just Try를 위해, 상습적인 구매 고객이 있다고 함. 2. 뉴욕 지역 Ne-Yo 콘서트 참석을 위해, P4 구매한 후 콘서트 종료 후 많이 리턴함 |

<In Charge>

SEA 법인

[Result]

[ Long-term Action Plan ]
　☐ A사 벤치 마킹하여 당사 FMR 조직 운영 방안 개선 필요
　　(A사 만큼의 Resource가 가용치 않을 경우 기존 FMR 직원 Promotion을 통한 정직원 채용 제안
　　 : 충성도 및 동기 부여 상승 효과 기대)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154021

| Item No.영업-7 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>영업성<br><br><br><br><Sub Category><br><br>사양 오류<br><br><br><Model><br><br>GT-P7510 | [ VOC ]<br>□ 제품 구매 후 잘못된 컬러로 인해 리턴<br><br>[ VOC Detail / Root Cause ]<br>- Unit Box에 색상 사양 표시가 되지 않아, 잘못된 색상 구매 후 변경을 위해 리턴 (2/30개 매장)<br>　(판매 초기 이슈로 기 조치 완료함 : 6/30일)<br><br> | <In Charge><br><br>HQ 영업 |
| | [ Corrective Action ]<br>□ BOX에 컬러 사양 표기 기 수정 완료 (HQ 영업) | [Result] |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154022

| Item No.디자인-1 | VOC Detail & C.A | In Charge |
|---|---|---|

**디자인**

**<Category>**
디자인

**<Sub Category>**
SD/USB/HDMI
단자 없음 및
USB 충전안됨

**<Model>**
GT-P7510

**[ VOC ]**
☐ HDMI, SD, USB Slot이 없어 불편함, 특히 SD Slot 없어 불편하다는 VOC가 많음

**[ VOC Detail / Root Cause ]**
– SD/HDMI/USB Slot을 지원하지 않음으로 인한 불만 및 리턴 발생
☐ 비지니스 목적의 경우 랩탑 대신 Tablet을 가지고 다니는데, HDMI로 프로젝터 PT를 할수 있음
☐ USB포트가 있을 시 외부 컨텐츠를 저장하기가 쉬우나, Galaxy Tab의 경우 PC연결해야 해서 번거로움
☐ 어댑터가 있더라도 가지고 다니기 번거로우며 잃어버릴 우려가 있으므로 불편함
☐ 다른 Interface보다 SD Slot이 없는게 가장 불편하다
☐ USB 케이블로 PC 연결 시 충전이 안되어 불편하다
※ Tablet 제조사별 외부 Port 현황

| 제조사 | | Samsung | Apple | HP | Asus | Motorola | Toshiba |
|---|---|---|---|---|---|---|---|
| 모델 | | Galaxy Tab | Ipad2 | Touch | Transformer | Xoom | Thrive |
| 가격 ($) | | 499.99 | 499.99 | 399.99 | 399.99 | 499.99 | 429.99 |
| Port | HDMI | x | x | x | o | o | o |
| | USB | x | x | x | x | x | o |
| | Micro USB | x | x | o | x | o | o |
| | SD card | x | x | x | x | x | o |
| | Micro SD card | x | x | x | o | o | x |

**[ Corrective Action ]**
☐ 기 개발 완료된 Accessory 공급 개선 (HQ 영업)
　* P4 개발 완료 Accessory 종류 (9종)
　　: Desk Dock / Keyboard Dock / BT Keyboard + Case / Book Cover / Leather Pouch
　　Powerpack / USB Connector / SD Card Connector / HDMI Adopter Cable
**[ Long-term Action Plan ]**
☐ 향후 Tablet SD/HDMI/USB Slot 적용 검토 결과 : P4-C, P2, P8, P10 차후 SD Slot 적용 예정

<In Charge
HQ 영업
/
상품기획

[Result]

– 21 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154023

| Item No.디자인-2 | VOC Detail & C.A | In Charge |
|---|---|---|
| **<Category>**<br>디자인<br><br><br><br>**<Sub Category>**<br>카메라 화질<br><br><br>**<Model>**<br>GT-P7510 | **[ VOC ]**<br>☐ 카메라 화질이 떨어짐<br><br>**[ VOC Detail / Root Cause ]**<br>- Tablet 특성상 Camera 화소가 휴대폰보다 높지 않으나, 폰대비 혹은 타사 테블릿 대비 불만임.<br>☐ 카메라 화질이 제품 가격 및 타 제조사 제품에 비해 떨어진다<br>☐ 전면카메라가 소비자가 보유하고 있는 랩탑에 비해 화질이 떨어진다<br><br>※ Tablet 제조사별 카메라 화소 현황 | **<In Charge**<br>상품기획 |

| | Galaxy Tab | Apple Ipad2 | Asus Transformer | Motorola Xoom | Toshiba Thrive |
|---|---|---|---|---|---|
| 전면 | 2MP | 0.3MP | 1.3MP | 2MP | 2MP |
| 후면 | 3MP | 0.9MP | 5MP | 5MP | 5MP |

→ A社 만큼 카메라에 비중을 확실히 적게 둔 것도 아니고, 타 경쟁사대비 우위에 있는 것도 아닌
컨셉으로 차별화가 없음.

**[ Long-term Action Plan ]**
☐ 리턴 사유가 아닌 만족도 부분으로 타사 경쟁 우위 혹은 비중 약화에 대한 상품기획 검토 필요

< 상품기획 검토 결과 >
☐ '11~'12년 Tablet 카메라 사양

| | '11년 | | | '12년 |
|---|---|---|---|---|
| | P4 Creative | P2 | P8 LTE | P10 |
| 전면 | 2MP | 2MP | 2MP | 2MP |
| 후면 | 3MP | 3MP | 3MP | 5MP |

**[Result]**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154024

디자인

| Item No.디자인-3 | VOC Detail & C.A | In Charge |
|---|---|---|



<Category>
디자인

[ VOC ]
☐ 볼륨키와 전원키의 위치가 마음에 안듬

[ VOC Detail / Root Cause ]
- 볼륨키 와 전원키가 인접하여 불편을 겪는 고객이 있으며, 세로 그립이 잦은 경우 불편함.
☐ 전원키와 볼륨키가 붙어있어 Power off 시도 시 볼륨키가 눌린다
☐ 전원키가 왼쪽 상단에 있어 세로 사용 시 의도치 않게 볼륨, 전원키가 눌린다

<Sub Category>
키 버튼

<Model>
GT-P7510

볼륨키와 전원키 간격(약 1cm)
→ 볼륨키 작동시 전원키 오작동 발생

세로 그립 시 Side Key 눌림
→ 웹브라우징 시 세로 모드를 많이 사용함.
→ Side key가 우측으로 오게 잡으면 문제되지 않으나, 디자인상 좌우 구분이 쉽지 않아 무심코 세로로 잡다보면 해당 불편 발생

[ Long-term Action Plan ]
☐ 리턴 사유가 아닌 불편함 부분으로 향후 디자인 시 해당 사용성도 고려한 키 간격 및 배치 검토
(디자인)

<In Charge
디자인

[Result]

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154025

디자인

| Item No.디자인-4 | VOC Detail & C.A | In Charge |
|---|---|---|

<Category>
디자인

<Sub Category>
키 버튼

<Model>
GT-P7510

<In Charge
S/W 개발

[ VOC ]
☐ Display면 하단에 메뉴바(홈키, 취소키)가 있어 불편하다

[ VOC Detail / Root Cause ]
- 동영상 재생시 화면 하단에 메뉴바가 사라지지 않아 화면 좁아 보이며 영화재생 시 눈에 거슬려 불편.



| Honeycomb | Gingerbread | IOS |
|---|---|---|
| 하단 메뉴바 사라지지 않음 | 풀 프레임 화면 | 풀 프레임 화면 |

→ 메뉴바가 공간을 차지하며, 동영상 플레이시 메뉴바의 메뉴는 점으로 표시되어 있음.
  화면 터치시 기본 메뉴바(            )가 활성화 됨.

→ Honeycomb 컨셉 이슈(기본 Video Player 및 Streaming 재생시 동일)

[ Corrective Action ]
☐ 영화재생 및 Full Screen App 실행 시 하단 메뉴바가 Hidden 가능하도록 Option 추가 필요.

[Result]

- 24 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154026

디자인

| Item No.디자인-5 | VOC Detail & C.A | In Charge |
|---|---|---|

**\<Category\>**
디자인

**\<Sub Category\>**
리모컨 기능
지원

**\<Model\>**
GT-P7510

[ VOC ]
☐ 화면 비율이 ipad에 비해 웹 브라우징이나 E-Book에 적당하지 않다

[ VOC Detail / Root Cause ]
– P4 화면 비율이 ipad 대비 웹브라우징 시 불편함.
☐ ipad의 스크린 비율은 4:3이라서 Portrait(세로화면)일 때는 좌우가 넓어서 E-Book을 볼 때 편하고,
　Landscape(가로화면)일 때는 위아래가 길기 때문에 웹 브라우징 시 스크롤이 많이 필요치 않다.

※ Galaxy Tab VS Ipad2 화면 비교

|  | Galaxy Tab | Apple Ipad2 |
|---|---|---|
| 화면 비율 | 16 : 10 | 4 : 3 |
| 화면 해상도 | 1280 X 800 | 1024 X 768 |
| 장 점 | .와이드포맷 영화 감상 최적화 된 해상도 | .E-Book, 잡지 리딩에 최적화 된 해상도<br>.웹 브라우저에 보이는 정보량이 많음 |
| 단 점 | .가로화면으로 웹 브라우징 시 한 화면에<br> 보이는 정보량이 상대적으로 적음 | .와이드포맷 영화 재생 시 상/하단 여백 발생 |

[ Long-term Action Plan ]
☐ Tablet 사용자의 주용도가 동영상 재생 뿐만 아니라, 웹 브라우징, E-Mail, E-Book 기능의
　사용빈도도 높음. 이를 감안하여 범용성을 가진 해상도 상품기획 검토 요청.
　< 상품기획 검토 결과 >
　　☐ Google에서 recommend 하는 Honeycomb OS 지원하는 화면 해상도가 16:10 임.

|  | '11년 | | | '12년 |
|---|---|---|---|---|
|  | P4 Creative | P2 | P8 LTE | P10 |
| 화면 해상도 | 1280 X 800 | 1024 X 600 | 1280 X 800 | 2560 X 1600 |
| 화면 비율 | 16 : 10 | 16 : 9 | 16 : 10 | 16 : 10 |

**\<In Charge\>**
상품기획

[Result]

- 25 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154027

| 디자인 | | |
|---|---|---|
| Item No.디자인-6 | VOC Detail & C.A | In Charge |
| <Category> 디자인 <Sub Category> Rear Cover 재질 <Model> GT-P7510 | [ VOC ]<br>□ 충전 TA 케이블 길이가 짧음<br><br>[ VOC Detail / Root Cause ]<br>- TA 케이블 길이가 짧아 미국 가정 및 회의실에 연결하여 사용하기에 불편함.<br>  (악세사리 부족 리턴 사유와 연관됨)<br><br>※ Cable 길이가 짧아(1m) 인터넷에 고객이 임의로 케이블 연장한 사진<br><br><br>어댑터 분리          연장 케이블          어댑터와 연장 케이블 결합 | <In Charge VPS개발 |



| | | |
|---|---|---|
| | [ Corrective Action ]<br>□ 충전기 케이블 길이 연장 검토<br>  (USB Cable부 연장 시 데이터 통신에 문제가 될 수 있으며, 고객과 동일한 방법은 디자인 및<br>   침수/파손에 의한 사고 위험성이 있으므로 디자인을 개선하거나, Long Cable TA 별도 개발) | [Result]<br> |

- 26 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154028

디자인

| Item No. 디자인-7 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br>디자인<br><br><Sub Category><br>리모컨 기능<br>지원<br>/<br>Rear Cover<br>재질<br>/<br>Accessory 기타<br><br><Model><br>GT-P7510 | [ VOC ]<br>☐ TV 리모컨 기능 추가필요<br>  - TV 리모컨 기능이 추가되면 사용성이 좋아질 것이다<br><br>☐ Rear Cover 의 재질이 플라스틱으로 인한 불만<br>  - 플라스틱 재질로 인해 값싼 느낌이 나며, 약해 보이고, Scratch가 많이 남<br><br>☐ Accessory 디자인 불만<br>  - 액세서리 디자인이 저렴해 보임<br>    : Newyorker들은 "Accessory is Fashion"이라는 얘기를 하며, Apple과 같은 Logo도 없고 저렴해<br>      보여, 마치 명품 지갑을 허름한 가방에 넣고 다니는 격이라고 함.<br>  - Book Cover 사용시 충전을 할 수 없는 구조라 불편<br>    : Interface가 Tablet 하단부에 있어 Book Cover에 막히는 구조<br><br>[ Long-term Action Plan ]<br>☐ TV 리모컨 기능 추가<br>  < 상품기획 검토 결과 ><br>    ☐ 현재 Market에서 Samsung Remote Control 앱 다운로드 가능<br>    ☐ 향후 Tablet 모델에 IR 탑재하여 remote control 기능 지원 예정 (P4-C, P2, P8)<br><br>☐ 향후 Tablet Accessory 디자인 고급화 검토 : Samsung Logo추가 등. (VPS 상품 기획) | <In Charge<br>상품기획<br>/<br>디자인<br>/<br>VPS개발<br>/<br>VPS상품기<br><br><br>[Result] |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154029

서비스

| Item No.서비스-1 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br>서비스<br><br><br><br><Sub Category><br>Return 처리<br>프로세스 | [ VOC ]<br>☐ 리턴 제품에 대한 정보 입력 미흡<br><br>[ VOC Detail / Root Cause ]<br>☐ 제품 리턴 발생 시 전산에 리턴 정보는 입력을 하나 형식적으로 입력 하는데 그침<br>☐ 고객 증상만 간단히 확인하고 단순변심으로 입력하는 경우가 대부분임 | <In Charge<br>SEA CS |
| <Model><br>GT-P7510 | [ Corrective Action ]<br>☐ 고객 리턴발생 시 정확한 데이터 입력 및 DB화 할 수 있도록 Best Buy와 협의 필요<br>☐ Best Buy 리턴 정보 정기적 공유화 필요<br>☐ 리턴정보 입력 시 실제 고객 리턴사유와 매장직원 확인결과를 구분하여 입력 필요 | [Result] |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154030

서비스

| Item No. 서비스-2 | VOC Detail & C.A | In Charge |
|---|---|---|
| **\<Category\>**<br>서비스<br><br>**\<Sub Category\>**<br>Best Buy 직원<br>Training<br><br>**\<Model\>**<br>GT-P7510 | **[ VOC ]**<br>☐ Best Buy Training Contents 미흡<br><br>**[ VOC Detail / Root Cause ]**<br>- Best Buy에서 사용하는 e-learning이라는 시스템에 Contents가 부족하여, 적절한 제품 교육 및<br>　고객 대응을 위한 트러블 슈팅이 되지 않고 있음.<br>※ e-learning 시스템 : Best Buy에서 매장 직원들에게 판매 및 서비스를 위해 자체 구축한 시스템으로<br>　컨텐츠 또한 자체적으로 업데이트하며, 주로 신제품 출시관련 스펙 등 판매를 위한 정보 존재<br>　　☐ 필수 의무 교육과 옵션 교육이 있으며, ipad는 의무/P4는 옵션임.<br>　　☐ 실제 고객 서비스 담당 매니저급 직원들은 개인적으로 인터넷 검색을 통해 고객 대응 중.<br>　　☐ 제품 수리 및 서비스 대응을 위한 별도 시스템 없이 자체적으로 대응함<br><br> | **\<In Charge\>**<br>SEA CS<br>/<br>HQ CS<br><br><br><br><br><br><br><br>**[Result]**<br> |
| | **[ Corrective Action ]**<br>☐ Best Buy 자체 교육이 아닌, 당사 차원에서 진행하는 교육필요<br>　(Sales Part, Service Part 2개 부분)<br>☐ 정기적으로 FAQ 및 Trouble Shooting Guide 정보 공유 필요 | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154031

## Apple사 교육 시스템 확인

| 유형 | 교육 프로세스 | 직원 Encourage 사례 | 고객 교육 |
|------|-------------|-------------------|----------|
| A사 사례 | 자체 교육용 Site 운영<br><br>* BBY e-learning 시스템의<br>부족함을 커버하지 않고<br>자체 site를 운영 방식 채택<br><br>⬇<br><br>BBY 직원 A사 온라인 학습 실시<br><br>* 약 6시간의 교육 분량을<br>하루 2시간씩 3일 정도 자체 학습<br><br>⬇<br><br>학습 수료 성과 보상<br><br>* 교육 수료시 보상 Point 제공<br>→ A社 각종 악세사리 구매가능<br>→ A社 제품을 구매하는 계기발생<br>* 교육 수료시 Professional 인증<br>→ 뱃지 수여를 통한 Encourage | <A사 온라인 교육 수료자들 인터뷰 결과><br>Q. 교육 수료를 하게 된 계기?<br>A1. Point를 모으는 재미와 악세사리<br>구입에 작은 재미를 느낀다.<br>A2. Professional Badge를 차고 있으면<br>BBY 매장 직원 및 고객들로부터<br>인정을 받을 수 있다.<br>A3. Resume에 경력을 추가할 수 있다.<br><br>BBY 매장 직원의<br>A사 Professional Badge<br>착용 모습 | < apple.com 사이트의 동영상 가이드 ><br>*경로: apple.com → ipad → guide tou<br><br>→ 당사 SPSTV와 유사한 동영상 가이드:<br>제공되나, Site 구성이 samsung.com<br>보다 깔끔하여 접근이 쉬워 보임. |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154032

서비스

| Item No.서비스-3 | VOC Detail & C.A | In Charg |
|---|---|---|

<Category>
서비스

<Sub Category>
매장 방문
프로세스

<Model>
GT-P7510

**[ VOC ]**
☐ A社 대비 당사직원(FMR) 매장 상주빈도 및 시간이 짧아 충분한 지원을 받지 못하고 있음.

**[ VOC Detail / Root Cause ]**
- 당사 FMR 인력 규모 및 운영 프로세스 상 매장당 상주 시간이 짧아, 판매/교육/고객대응/리턴방지
  활동의 충분한 효과를 내지 못하고 있음.

※ 당사 FMR / Apple Specialist 매장 방문수준 비교

| | | 당 사 | A社 |
|---|---|---|---|
| 방문<br>빈도 | 빈도 | .판매량 높은 매장 : 주 1회<br>.일반 매장 : 월 2~3회 | .판매량 높은 매장 : 매일 상주<br>.일반 매장 : 주 1회 방문<br>* H社 : 주 1회 정도 방문한다고 함 |
| | 체류<br>시간 | .매장당 1~2시간 | .매장당 8시간 (거의 Open ~ Close까지)<br>* 뉴욕 중심가의 24시간 Open 매장의 경우<br>  A사 직원도 3 shift 체제로 24시간 근무 |
| 활동<br>사항 | | .매장 전시 제품 관리, 판매/마켓팅 홍보,<br>매장 직원 및 고객 서비스 대응<br>→ 실제 TV 제품에 많이 집중되어 있고,<br>  Tablet은 사용해 본 적도 없어, 매장<br>  직원 및 고객 응대가 불가능. | .매장 전시 제품 관리, 판매/마켓팅 홍보,<br>매장 직원 교육, 고객 서비스 대응,<br>현장 트러블 슈팅, 시장 이슈 본사 리포트<br>→ 현장에서 비고장성 및 제품 지식 부족<br>  으로 인한 리턴 방지에 큰 역할.<br>  시장 문제 및 고객 동향 즉각 피드백. |

→ 고객을 가장하여 A사 Specialist에게 무선 리모콘 컨트롤러가 ipad2에서 인식 문제가 있다고
  리턴할 것 처럼 불만을 얘기한 결과, 노트북에서만 되는 컨트롤러 임을 즉각 설명함.
  (원래 해당 악세사리는 노트북에서만 호환되는 것임을 알고, 문의했으나 즉각 리턴 방지 활동함)

**[ Long-term Action Plan ]**
☐ A사 벤치 마킹 및 당사 FMR 활용 방안 검토 필요(FMR Promotion을 통한 정직원 채용 제안:충성도↑)

<In Charg
SEA

[Result]

- 31 -

SAMNDCA10154033

사용성

| Item No.사용성-1 | VOC Detail & C.A | In Charge |
|---|---|---|
| **<Category>**<br><br>사용성<br><br><br>**<Sub Category>**<br><br>Appl. 관련<br><br><br><br><br>**<Model>**<br><br>P4 | [ VOC ]<br>☐ Netflix / Hulu 지원 안됨<br>☐ Skype 의 화상 채팅 지원 안됨<br>☐ Table 용 Facebook Application 없음<br><br>[ VOC Detail / Root Cause ]<br>- Tablet 제품 구매 요소인 영화감상/화상채팅/SNS 기능이 고객 편의 위주로 지원되지 않아 불만/리턴<br>☐ 미국에서 드라마 / 영화 감상으로 인기 있는 서비스인 Netflix / Hulu 지원 안됨<br>　(Android phone 이나 Apple 의 iphone / ipad 는 지원되나, Tablet용 appl. 현재 미지원)<br>　※▨▨▨▨: 한달에 $7.99 지불하면 computer 나 TV 를 통해 영화 / 드라마를 무제한으로<br>　　　　 감상할 수 있는 동영상 스트리밍 서비스. 전세계적으로 2천5백만명 가입되어 있음<br>　※▨▨▨ : Netflix 와 등일한 서비스. 한달에 $7.99 지불함<br>　※Media Hub : 최신 영화 편당 Own $14.99~$17.99, Rent $2.99~$3.99, 인기 드라마 편당 Own $1.99<br>　　 → 실제 매장 직원 및 고객들은 Media Hub를 잘 모르거나, 거의 사용하지 않음.<br>☐ Nvidia Tegra2 의 문제로 인해 Skype 의 화상 채팅이 지원되지 않음. Google 의 G-talk 에서<br>　화상 채팅을 제공하나 기존 Skype 사용자의 경우 다른 서비스로 변경하는 것을 원하지 않음<br>　※Nvidia 의 Tegra chip 에서 skype appl. 구동을 위한 기능을 지원하지 않음.<br>☐ facebook에서 Tablet 을 위해 제작된 공식 어플은 없으며 서드파티에서 제작된 어플만 있음 | <In Charge<br><br><In Charge<br><br>상품기획<br>/<br>SEA FMR<br><br><br><br>[Result]<br><단기 과제<br>完<br>Netflix 지<br>(상품기획)<br><br><단기 과제<br>完<br>대안 appl.<br>안내 완료<br>(SEA CS)<br><br> |
| | [ Corrective Action ]<br>☐ Netflix 는 10월 중순경, SD+ pixel(640x480), 1350kbps bit rate streaming으로 Android Market 을<br>　통해 download 지원 예정<br>☐ 대안 appl. 안내 : Netflix → (TW)Media Hub, Skype → G-talk, Facebook → (TW)social hub (SEA)<br>[ Long-term Action Plan ]<br>☐ 내년 하반기, 당사 공식 VOIP/VT Solution 지원 예정 (ChatON의 부가 기능) 서비스 지원 예정 | <장기 과제<br>完<br>당사 VOIP/<br>Solution 지<br>(상품기획) |

- 32 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154034

| 사용성 |
|---|

| 인기 App List Lagging Test 결과 (BBY 제공) |
|---|

☐ BBY에서 제공한 인기 Appl. List를 입수하여 설치 후 P4 문제점 발생 테스트 결과
- BBY List에 의한 Appl.은 동영상 관련 Appl.에서 문제 발생.
: Netflix → Android Tab용 appl.이 출시되지 않아, 스마트폰용 Appl.을 설치가능하나 화면이 작게나옴.
: Mobo/Rock Player → *1080p급* 고화질 동영상 재생시 재생안됨/Lagging 발생

| Productive | | Kids/Students | | Creating and Editing | | Entertainment | | News | | Games | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fancy Widget | OK | Storytime | OK | AutoCAD | OK | Netfilx | NG | CNN | OK | 2 Player Reactor | OK |
| Google Docs | OK | US President | OK | Drums HD | OK | IMDb Movies & TV | OK | NYTimes | OK | Cordy | OK |
| Evernote | OK | Kid Paint Coloring | OK | My Guitar | OK | Mobo Player | NG | Engadget | OK | Car Conductor | OK |
| Team Viewer | OK | Etch Sketch Tablet | OK | Sketchbook | OK | Rock Playerlite | NG | Google Finance | OK | Checkers King Free | OK |
| Banking apps | OK | Animals for Tablets | OK | DrawFree | OK | Movies | OK | Gamefly | OK | Fruit Slice | OK |
| Dictionary | OK | | | | | Sound Hound | OK | News 360 | OK | Galaxy in Fire 2 THD | OK |
| Dropbox | OK | | | | | | | | | Switch | OK |
| File Manager HD | OK | | | | | | | | | Memory for Two | OK |
| Free Advanced Taks Manager | OK | | | | | | | | | Racing Moto | OK |
| Hello-Hello | OK | | | | | | | | | Traffic Control | OK |

- 33 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154035

사용성

| Item No.사용성-2 | VOC Detail & C.A | In Charge |
|---|---|---|

<table>
<tr><td><strong>&lt;Category&gt;</strong><br><br>사용성</td><td colspan="3">[ VOC ]<br>□ 동영상 재생 관련 문제<br>[ VOC Detail / Root Cause ]<br>- Tablet 제품 구매 요소인 영화감상 기능이 고객 관점에서 지원되지 않아 불만/리턴<br>  □ 주로 고화질 동영상이 재생이 안되거나 느리게 재생 됨<br>    - P4 Default video player는 Preview만 보여지며, Play시 오류 Pop up 발생, Mobo player or Rock<br>      player(Market D/L) 사용시 재생은 되나 느리게 재생 됨</td><td><strong>&lt;In Charge&gt;</strong><br><br>SW 개발<br>/<br>SW 검증</td></tr>
</table>

| | Preview | Play |
|---|---|---|
| - Default Player<br>: Preview는 되나 재생시 Pop up 뜸 | | |
| - Mobo, Rock Player<br>: 재생은 되나 느려서 볼 수 없음 | | |

=> Nvidia Tegra 2 칩셋 제약 사항으로 일부 코덱의 1080p급 고화질 동영상 재생이 안됨,
Nvidia사 web상에는 Profile에 대한 설명은 없으며 1080p를 지원한다고 되어 있음.
- H.264 base Profile만 지원, H.264 Main Profile / High Profile 1080p 미지원

[Result]

<단기 과제
완>
Unit Box 수
(상품기획)

[ Corrective Action ]
□ Unit box에 "HD Video Capture and Playback",
Manual에 "HD video player(720p)"로 Guide 되어 있음
(기 수정 완료)

| Unit Box | Manual |
|---|---|
| | |

[ Long-term Action Plan ]
□ 당사 개발단계/기획단계 Tablet 모델에 대한 Entertainment 성능/호환부분 검토 (상품기획)

**&lt;Sub Category&gt;**

Appl. 관련

**&lt;Model&gt;**

P4

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154036

| 사용성 | | |
|---|---|---|
| Item No.사용성-3 | VOC Detail & C.A | In Charge |

| <Category> | [ VOC ] | <In Charge |
|---|---|---|

사용성

☐ Honeycomb 사용법이 어려움

　– UI가 기존 Android 사용자들에게도 친숙하지 않고 어려우며, 최초 사용자는 비직관적 UI로 리턴.

< 사례 1> HW Key 및 UI의 일관성이 없음.

[ Apple사 Phone vs Tablet 비교 시 ]



* ipad는 i-phone을 그대로 확대해 놓은 느낌으로, 기존 사용자에게 매우 친숙

[ Google Ginger Bread vs Honeycomb 비교 시 ]

* Tablet용 UI가 상당히 많이 바뀌었고, 기존 UI와 일관성이 없고, 비직관적임.

* 고객들은 메뉴바의 아이콘들이 무엇을 의미하는지 잘 모름. 특히 Recent/Capture/Widget Bar

→ Key 구성이 다르며 빈번하게 사용하는 Application 아이콘 위치도 다름

<In Charge

상품기획 / UI/UX 디자 / SW개발

[Result]

<Sub Category>

O/S

<Model>

P4

- 35 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154037

| Item No. 사용성-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>사용성<br><br><br><Sub Category><br><br>O/S<br><br><br><br><br><Model><br><br>P4 |  | <In Charge<br><br>상품기획<br>/<br>UI/UX 디자<br>/<br>SW개발<br><br><br><br><br>[Result] |

< 사례 2> Setting 메뉴 진입 과정 상이

[ Android Phone(TW) 에서 setting 메뉴 진입 시 ]

* GED의 경우도 하단 Menu Bar를 통해 Setting 메뉴를 비교적 쉽게 찾을 수 있음.

[ Tablet(GED) 에서 seting 메뉴 진입 시 ]

* TW의 경우는 시계부분 메뉴바를 통해 보다 쉽게 셋팅메뉴 접근이 가능하나, 아직까지 GED/TW 모두 고객들에게 보편적이지 않음.

※ Application 진입 메뉴가 오른쪽 상단에 위치하여 처음 Honeycomb 을 접하는 사용자는 진입 메뉴를 쉽게 찾지 못하며 Application 진입 이후 Setting 아이콘 모양이 phone / Tablet 버전의 상이하며 사용자에서 혼란을 줌

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154038

| Item No.사용성-3 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category> <br><br> 사용성 <br><br><br><br> <Sub Category> <br><br> O/S <br><br><br><br><br><br> <Model> <br><br> P4 | < 사례 3> Process 종료 과정이 Phone 에 비해 복잡함 <br> [ Phone (GB TW) 에서 process 종료 ] → 최소 2단계 <br><br>  <br><br> * GED의 경우는 Tab/Phone 모두 동일하게 셋팅 메뉴 진입을 통해 여러 단계를 거쳐야 함. <br> * Touchwiz는 Tab/Phone 모두 Task Mamnager를 통해 바로 Appl. 종료 가능함. <br> (P4 Touchwiz MR FOTA 재시작 : 8/19일~) <br><br> 2. Tablet 에서 process 종료 <br> 1) Apps → Settings 진입 | <In Charge <br><br> 상품기획 <br> / <br> UI/UX 디자 <br> / <br> SW개발 <br><br><br><br><br><br> [Result] |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154039

| Item No. 사용성-3 | VOC Detail & C.A | In Charge |
|---|---|---|



**\<Category\>**

사용성

**\<Sub Category\>**

O/S

**\<Model\>**

P4

2) 하단 Toolbar의 Home Key 'long-press'하면 Task Manager 작동

[ Corrective Action ]

☐ FMR/SPSTV 등을 활용한 터치위즈 사용법 적극 안내 실시 (SEA)
☐ Settings 아이콘 Homescreen에 배열

☐ Tablet Touchwiz 버전에도 Task Manager 기 적용되어 Process 종료 과정 단축됨

[ Long-term Action Plan ]

☐ Honeycomb UI에 대해 직관성과 편리성 확보를 위해 Tablet Touchwiz UI를 보다 고객 편의 위주로 개선 필요 (상품기획/UI 디자인/SW개발)

**\<In Charge\>**

상품기획
/
UI/UX 디자인
/
SW개발

[Result]

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154040

사용성

| Item No. 사용성-4 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br><br>사용성<br><br><br><br><Sub Category><br><br>성능<br><br><br><br><Model><br><br>P4 | [ VOC ]<br>☐ Tablet을 일반 Laptop, Netbook과 동일한 성능으로 생각하여 구매 후 리턴하는 경우가 있음<br><br>[ VOC Detail / Root Cause ]<br>- Tablet의 문서 작업 능력 및 속도가 기대치인 PC 성능에 미치지 못하여 리턴<br><br>☐ Tablet 과 넷북 / 노트북이 동일한 속도 / 성능을 기대하고 구매후 반품<br><br>☐ 간단한 문서작업/수정을 원하나 MS office 와 같은 프로그램이 지원되지 않음.<br>☐ 당사가 제공하는 Quick Office 프로그램에 대한 고객 인지도가 낮고, 사용을 위해 신규 계정을<br>  만드는 것에 대해서 거부감이 있음<br>  * Preload Appl.인 Quick Office가 문서 작업 appl.인 줄 모르는 고객들이 대부분이며,<br>   실행을 시켜줘도 실제 사용을 어떻게 할지 몰라서 고민함. (새로 사용법을 공부하느니 구매 안함)<br>  ※ Apple 의 경우에는 MAC 용 노트북에서 사용하는 office 프로그램 (Keynote, Pages, Numbers)을<br>   tablet 용으로 제작하여 App. store에서 판매중<br><br>☐ 당사에서 제공하는 Keyboard dock의 경우 휴대가 어렵고 SD card slot / USB port 가 없어<br>  PC에 저장된 문서를 이동하기 위해서는 추가 악세사리(SD card / USB connector ) 구입이 필요함<br>[ Corrective Action ]<br>☐ 가죽케이스와 BT Keyboard 가 결합된 Accessory 개발중<br><br>[ Long-term Action Plan ]<br>☐ Tablet 문서 작업력 향상을 위한 추가 방안 모색 필요. (상품기획/SW 개발) | <In Charge><br><br>영업<br>/<br>상품기획<br>/<br>SW개발<br><br><br><br>[Result]<br> |

- 39 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154041

| 사용성 | | |
|---|---|---|

| Item No.사용성-5 | VOC Detail & C.A | In Charge |
|---|---|---|

**\<Category\>**

사용성

**\<In Charge\>**

SW개발

[ VOC ]
□ Booting 시간이 오래 걸림

[ VOC Detail / Root Cause ]
□ Power button을 눌러 Booting을 할 때 "Galaxy tab 10.1" Logo가 Display 될 때까지 시간이 다른 경쟁사 모델에 대비해 오래 걸려 사용자가 Booting을 하고 있는 건지 아닌지 모르며, Booting이 느리다고 생각함

[ 매장 전시 시료 기준 측정 결과 ]

**\<Sub Category\>**

O/S

**\<Model\>**

P4

| | Power on에서 Logo Display까지 시간 | Booting시 진동 | 총 Booting 시간 |
|---|---|---|---|
| Galaxy Tab(Samsung) | 6sec | X | 30sec |
| Transformer(Asus) | 4sec | X | 40sec |
| Thrive(Thosiba) | 3sec | O | 25sec |
| Iconia(Acer) | 4sec | O | 40sec |
| Xoom(Motorola) | 4sec | X | 27sec |

[ Corrective Action ]
□ Booting 시간이 오래 걸리는 경우 Logo를 빨리 띄우거나 진동이 오게 하여 사용자로 하여금 인식이 용이하도록 개선 검토 요청.

[Result]

초기 부팅
시
Booting
알림 개선
(진동)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154042

| 제품성 | | |
|---|---|---|

| Item No.제품성-1 | VOC Detail & C.A | In Charg |
|---|---|---|
| **\<Category\>**<br><br>제품성<br><br><br><br>**\<Sub Category\>**<br><br>고장 | [ VOC ]<br>☐ Watermark 발생<br><br>[ VOC Detail / Root Cause ]<br>☐ Watermark 발생하여 고객 Return<br>  → Watermark 개선전 시료이며, LCD 배면에 Air유입으로 Water mark 발생<br><br> | \<In Charg<br><br>H/W개발<br>/<br>기구검증<br>/<br>신뢰성 |
| **\<Model\>**<br><br>P4 | [ Corrective Action ]<br>☐ LCD양면 Tape부착 전 Air제거 작업 후 0.3t 양면 Tape/0.55t Sponge Poron 적용 完(7/16일)<br>☐ LCD단품 등급 선별 투입(A, B급 사용) 完, C급 HC TSP에 적용 完(8/3일)<br>☐ LCD Bracket Rubber 2곳 삭제, 양측 도전 Tape 2개소 부착 完(8/3일)<br>☐ 국가별 사양 최종 확정 안<br><br>| TSP / LCD 사양 | 적용 국가 |<br>\|---\|---\|<br>| HC TSP + 구형 LCD | 유럽, CIS, 중국, 미주, 중남미, 국판, 일본 |<br>| 구형 TSP + AG LCD | 동남아,서남아, 중아, 중남미 |<br><br>\* HC : Hard Coating<br>\* AG : Anti Glare | [Result]<br><br> |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154043

| 제품성 | | |
|---|---|---|

| Item No. 제품성-2 | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category>

제품성


<Sub Category>

고장




<Model>

P4 | [ VOC ]
☐ Power on 되지 않음

[ VOC Detail / Root Cause ]
☐ Lock up 발생하여 H/W Reset 시 부팅중 Lock up (EWP 개선 완료)
　→ eMMC memory 의 APS Mode (auto power saving) 동작 오류로 인해 Lock up 발생
　　APS mode 를 off 하는 것으로 S/W 변경(KMB) 적용 완료

☐ LCD Backlight on 상태에서 화면이 들어 오지 않음 (EWP 개선 완료)
　→ T2 Wake up 타이밍이 300ms Delay되면서 LCD on 안됨 (spec:50ms이내)
　　Delay 유발하는 Code 삭제한 S/W(KMB) 적용완료
　　※T2는 AP Chip에서 LVDS Chip(Repeater)까지 signal 전달되는 시간 | <In Charge

S/W개발
/
S/W검증 |

| | T2 @ Wake up |
|---|---|
| 권장 SPEC. | 0 ≤ T2 ≤ 50ms |
| P4 model 불량 측정결과 | 331ms |

| [ Corrective Action ]
☐ EWP TF 시 분석완료 및 개선 S/W 적용 완료 (KMB버전) | [Result] |
|---|---|

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154044

제품성

| Item No. 제품성-3 | VOC Detail & C.A | In Charg |
|---|---|---|

<Category>

제품성

<In Charg

S/W개발
/
S/W검증

**[ VOC ]**

☐ S/W Freeze, Lock up, Lagging

**[ VOC Detail / Root Cause ]**

1. 인터넷 사용 중 사진 / 동영상 / Flash 광고가 많이 포함된 사이트에서
   로딩 속도 저하(Lagging) 발생

<Sub Category>

고장/비고장

2. App 실행 시(youtube, CNN, BBC 등) 자주 Force close 발생,
   일부 App은 전체 화면에 Display 되지 않음

<Model>

– Force close –　　　– 전체 화면 Display 안됨 –

[Result]

**[ Corrective Action ]**

1. 사진 / 동영상 / Flash 많은 사이트 로딩속도 저하

 – TW버전 KMB(Flash on 기본설정)에서 속도저하 현상은 Known issue이며 MR2차 버전(8월말) 개선예정
   (flash 기사 프레임의 좌우화살표 클릭 시 전환속도 느림 등)

2. Tablet PC와 호환되지 않는 3'rd party 어플 자체 이슈
   (BBC App. 사용시 100% force close 발생하나 M社 Zoom 역시 동일)

 – EWP활동 시 문제 어플 : pandahome, openhome6, Kids ABC letters

 – 매장 방문 시 문제 어플 : BBC어플

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154045

| Item No.제품성-4 | VOC Detail & C.A | In Charge |
|---|---|---|
| **\<Category>**<br>제품성 | ☐ App 동작 오류 6건<br>- Chrome,Firefox install 안됨, 구글마켓 App 다운로드,install 잘 안됨<br>- YouTube App 동작 잘 안됨<br>- Reset 후 Quick office App 사라짐<br>→ 20EA로 재현 중(8/23~)이나 재현 안되고 있음. 상세 재현경로 혹은 불량시료 입수 필요 | \<단기 과제\><br>및<br>App 오류<br>재발방<br>대책(검증 |
| **\<Sub Category>**<br>고장<br><br>**\<Model>**<br>GT-P7510 | ☐ WiFi 접속 문제 6건<br>- WiFi 시그널이 자주 Drop됨, Network 연결 안되어 재부팅 후 정상 동작함<br>- WiFi 안테나 바가 NotePC 기기대비 낮게 뜸<br>(휴대용 디바이스 간 비교 시 동등 성능)<br>※ 모델 간 WiFi 성능 비교(WiFi Analyzer App. 사용)<br> | \<단기 과제\><br>및<br>재부팅 상태<br>사양 확인<br>대책(검증 |
|  | ☐ USB 충전 되지 않음, TA 충전시 시간이 오래 걸림 3건<br>- LCD on 상태에서는 USB 충전이 되지 않는 것(◼)으로 표시되고, Power off 상태에서는 USB 충전이<br>되는 것으로(▭)표시됨<br>- P4 충전 전류<br><br>\| USB 충전 전류 \| 500mA \|<br>\| TA 충전 전류 \| 1.5A \|<br><br>→ USB 케이블로 PC 연결 시 충전은 되나 충전전류 작음으로 충전 안 되는 것처럼 표기 됨(컨셉)<br>☐ 충전 동작 불량 2건 → 20EA 재현안됨. 재현경로,불량시료 입수필요<br>- 충전 아이콘 특정 % 상태에서 멈춤, 리부팅 후 정상표기 됨<br>- TA 불량으로 인한 충전 안됨 | \<단기 과제\><br>및<br>제품 컨셉<br>(개발/검증 |

P4 충전 전류

| USB 충전 전류 | 500mA |
|---|---|
| TA 충전 전류 | 1.5A |

- 44 -

SAMNDCA10154046

| 제품성 | | |
|---|---|---|
| Item No.제품성-5 | VOC Detail & C.A | In Charge |

| | | |
|---|---|---|
| <Category><br>제품성<br>사용성 | ☐ Battery Life 짧음 2건<br>→ 타사 모델 대비 Battery 용량이 크며, 사용 시간도 10hr로 동등 수준임<br><br>| Model | Battery 용량 |<br>|---|---|<br>| iPad2 | 6600mAh |<br>| Galaxy Tab 10.1 | 7000mAh | | <단기 과제<br>추<br>제품 기능<br>비용 절감<br>(개발/검증) |
| <Sub Category><br>고장<br><br><br><br><br><br><Model><br>GT-P7510 | ☐ 사용 중 왼쪽상단(AP 주변부) 발열 및 YouTube 동영상 재생 시 발열(사용시간 10~15분) 2건 | |
| | ☐ 사용 중 리셋 1건 | <단기 과제<br>추<br>문제 재현중<br>(개발/검증) |
| | ☐ 터치 인식 안됨 1건<br> - EWP TF 불량시료 기 입수 및 부품 분석 中 | |
| | ☐ Auto Brightness가 민감하여 오동작 함 1건<br> - 가장 밝은 상태를 유지하거나, 어두워진 상태를 유지하거나, 밝은 상태와 어두운 상태를<br>   교차하기도 함<br>   → TF팀/SW검증팀 재현 중(8/23~)이나 재현 안되고 있음. | |
| | ☐ 화면 가로 세로 전환이 민감하여 불편함 1건<br>   → TF팀/SW검증팀 20EA로 재현 중(8/23~)이나 재현 안되고 있음. | |

- 45 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154047

■ GT-P7510 (P4) EWP 진행 사항

– 리턴 입수시료 203대 中 진성불량 164대, NTF 39대

| 구분 | No. | 증상 | 수량 | 원인 | 진행 사항 및 대책 | 책임자 | 완료여부 |
|------|-----|------|------|------|-------------------|--------|----------|
| 기구 (105) | 1 | Watermark | 85대 | LCD 배면에 Air유입으로 꿀렁이며 워터 마크 발생 | LCD양면 Tape부착전 Roller공정 추가진행 으로 Air제거 후 양면 Tape부착 LCD Air Path 설치 (LCD 좌/우측 측면 양면Tape 삭제) | 이상진과장 | 完 |
| | 2 | TSP 들뜸 | 15대 | LCD Bracket와 TSP 양면Tape 부착부 떨어짐(Tape 2034B적용) | - TSP양면 Tape 사양변경 적용 完 (2034B → 2038B) - Rear조립 Jig 개선 (Rear간섭부 도피 1mm) 完 - LCD Bracket Hook부 "C" Cut 적용 完 | 이상진과장 | 完 |
| | 3 | 사출, LCD Crack | 3대 | IF단 사출 파손(외관파손 없음) 2대 좌측 TSP Crack(외관 찍힘 자국 없음) 1대 | 외부 힘에 의한 Crack :조립 시 Screw체결하면서 확인됨. Rear 단품업체 중점관리 항목 소비자 과실로 인한 Crack | 이상진과장 | 完 |
| | 4 | Rear 돌출 | 2대 | Rear 접착용 양면 Tape에 Screw 붙어있음 | 제조 실패사례 추가 | 이상민과장 | 完 |
| H/W (35) | 5 | No Power | 13대 | Power on후 Power Key로 Reset시 Power on 되지 않음 12대 30 PIN I/F Connector 파손 1대 | APS mode를 off 시켜 moviNAND 컨트롤러 리 셋전압을 변경 (S/W수정) 커넥터부 양면 Tape 추가 | 박상률수석 이윤재과장 | 完 |
| | 6 | Touch 인식불량 | 6대 | Touch IC 단품불량 2대 TSP 단품불량 추정 1대 TSP Con. Actuator 안닫힘 1대 로그분석 시 TSP Overflow 발생 1대 Touch 오인식 1대 | 단품업체 분석 中 해체 중 시료훼손. 추가분석불가 제조 실패사례 추가 단품업체 분석 中 전문기술 양품판정, hw검증 추가 분석中 | 정경덕부장 이상민과장 이윤재과장 | 進 |
| | 7 | Display 불량 | 6대 | LCD FPCB 설삽 2대 LVDS_RX_3N data Pk-Pk Level 이 양 품대비 낮음 2대 FOG 압착부 Line의 PAD 이물에 의한 부식 1대 LVDS IC교체후 추가 분석 예정 1대 | 제조 실패사례 추가 Filter 양품판정, SET재실장 후 검통예정 업체 공정 內 초음파 세정기 Cleaning 실시 (주 1회) 1대 추가 분석 中 1대 | 이상민과장 정경덕부장 | 進 |

– 46 –

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154048

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| H/W (35) | 8 | Camera 불량 | 6대 | 카메라 단품불량 추정 1대<br>U900 단품불량 추정 1대<br>카메라렌즈 부분 유분 유입 3대<br>카메라 내부 유동성 이물 1대 | 파트론 업체 분석중(8/13~)<br>U900 냉납 - 제조 중점관리요청<br>제조 중점관리 요청<br>세척공정추가(6/14~) | 정경덕부장<br>이윤재과장 | 進 |
| | 9 | Key 동작 불량 | 2대 | Side key FPCB 교체시 정상동작 1대<br>Key FPCB 파손 1대 | 침수로 인한 Dome 부식 (소비자 과실)<br>제조 중점관리 통보 | 정경덕부장<br>이상민과장 | 完 |
| | 10 | Flash 오동작 | 2대 | V_BATTERY 3V로 낮게 출력되며,<br>VAP_CORE_1.2V단 DC 저항 낮음 | B'd 상태로 AP 부품 분석 完(8/10일)<br>→ 단품 미국으로 송부 후 분석중(~8/27) | 정경덕부장 | 進 |
| | 11 | 가속도센서 불량 | 1대 | 자이로 센서 단품불량 추정 | 자이로 센서 IC 부품 검토시 양품판정<br>SET 재실장 후 재검토중(8/18일~) | 이윤재과장 | 進 |
| S/W (24) | 12 | Wake up 안됨 | 5대 | LCD T2 타이밍 이슈 | T2 타이밍 delay을 50ms로 수정(6/27) | 김권수책임 | 完 |
| | 13 | NO Power | 5대 | Power on되지 않음 (Battery 탈/장<br>착후 동일함) | 5대 - 루팅으로 인한 NAND영역 손상 | 선승원책임 | 完 |
| | 14 | 부팅초기 Lock up | 4대 | Rooting 3대<br>메모리 불량 1대 | 1대 - DDR 메모리 단품에서 스크리닝 안됨<br>(7/20부터 스크리닝 강화) | 장인환책임<br>홍의석책임 | 完 |
| | 15 | 삼성로고 Lock up | 3대 | 3rd party homescreen 실행오류 | 3rd party 어플 자체 이슈 | 장인환책임 | 完 |
| | 16 | 사용중 Lock up | 3대 | 랜덤 exception,kernel panic<br>(메모리 불량 추정) | 3대 - DDR 메모리 단품에서 스크리닝 안됨<br>(7/20부터 스크리닝 강화) | 박상률수석 | 完 |
| | 17 | 화면흑화 | 2대 | 3rd party appl. 실행오류 1대<br>Rooting 1대 | 3rd party 어플 자체 이슈<br>루팅툴확인결과 super user어플로 루팅시도 | 장인환책임<br>이우창책임 | 完 |
| | 18 | 무한리셋 | 1대 | ext4-fs error 1대 | 문제를 디버깅코드 삽입후 자동화 시험完<br>(8/2~8/15)재현안됨 | 선승원책임 | 完 |
| | 19 | D/L mode 진입 | 1대 | Rooting | 루팅툴확인결과 super user어플로 루팅시도 | 장인환책임 | 完 |

- 47 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154049

프로세스 부분

| Item No. | VOC Detail & C.A | In Charge |
|---|---|---|
| <Category><br>프로세스<br><br><Sub Category><br>FOTA/Kies<br><br><Model><br>GT-P7510 | | |

**[ VOC ]**

☐ Kies/FOTA 속도 느림 (SEA 법인)

**[ P4 Kies/FOTA 업데이트 실적 ]** (한국 8/24일 자정 누적기준)
- 속도 부분은 고객 인터넷 속도 환경에 따른 영향이나, FOTA 실적이 저조하고 kies는 거의 미미한 부분에 대한 대책 수립은 필요.

| 구분 | Upgrade 완료실적 | Upgrade 평균 소요시간 |
|---|---|---|
| FOTA<br>(Pull/Push) | 16,013 건 (25%) | 32.8 분<br>(초당 96KB 수준) |
| KIES | 694 건 (1%) | 17.6 분<br>(초당 178KB 수준) |
| Sell-thru | 64,447 대 | KMB 버전 : 188MB<br>(Touchwiz 최초 MR) |

\* SEA 법인에서 FOTA Pull Upgrade시 14분
  초당 223KB 수준

\* SEA 법인에서 Market Appl. D/L시
  초당 174KB 수준 (282MB Game 시도)

| FOTA 실적<br>(PUSH Only) | 8/22 ~ 8/25 (한국기준) | |
|---|---|---|
| FOTA 서버 접속<br>이력이 있는 모든 단말 | 9,963대 (테스트단말 제외) | |
| Update를 시도한 단말 | 3,425대 | 접속률 : 34.38% |
| Update 성공 단말 | 3,234대 | 성공률 : 94.42% |

**[ Corrective Action ]**

☐ 고객 FOTA 유도 강화 정책 적용.
  - Quick Guide 제공 (상품기획)
  - BBY Geek Squad one-click Tool 제공을 통한 업그레이드 서비스 실시 (HQ CS)

- 48 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154050

프로세스 부분



BBY 프로세스 부분

[ 신규 구매 고객 ] : 양산 제품          [ 고객 제품 구매 단계 ] : 기존 양산 제품

In Box → 신규 고객 ── 기존 고객 → 매장 진열대

☞ Quick Guide 제공 (상품기획)
\* 포함 컨텐츠
1. 당사 콜센터 번호
2. SPSTV URL
3. Long Press Pwr Key Reset 안내
4. FOTA 방법 안내
5. Media Hub / Quick Office 홍보

Twitter/Face Book

☞ Quick Guide 홍보
   (SEA 영업)

Call Center 지원

☞ 매장 진열대 옆
   Quick Guide 비치
   (SEA 영업)
\* 포함 컨텐츠 동일

☞ Trouble Shooting Guide 배포 (SEA CS)
 \* T/F팀 도출 리턴사유에 대한 대책
☞ Remote Access Service 지원 (HQ CS)
 \* Tablet 원격 지원 서비스 개발

- 49 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154051

프로세스 부분



BBY 프로세스 부분

[ 리턴 고객 ]

고객 → BBY

**BBY Customer Service**

(1차 컨택)
고객 대응

☞ A사 Specialist 벤치 마킹을 통한 FMR 활용 (SEA 영업)
  * T/F 시 도출된 리턴 사유에 대한 해결책 제공
☞ Sevice Manager 리턴 방지 교육 (SEA 영업)
  * FMR을 통한 직원 교육

**BBY Geek Squad**

(2차 컨택)
불량 확인
리턴 컨펌

☞ 당사 Q&A 컨셉 변경 후 홍보 (SEA 법인)
  * 당사 Q&A를 Easy to access/search/get answe
☞ Onc-Click Tool 지원(HQ CS)
  * 기존+신규 고객 최신 Binary update
  * S/W 불량 Reflash

- 50 -

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154052

프로세스 부분

| BBY 프로세스 부분 요약 |
|---|

**<Galaxy Tab Return Improvement>**

| <신규 양산 제품 구매> | <기존 양산 제품 구매> | <기존 구매 고객> | <Call Center> | <고객 리턴시> |
|---|---|---|---|---|
| 박스 내부에 quick guide 간지 삽입 | 매장 진열장에 quick guide 간지 배치 | SEA Twitter / Facebook 활용하여 quick guide 전파 (전화번호, 메일을 고객 개인정보 활용 불가) | **Agent 교육**<br><br>- quick guide 배포<br>- T/F, T/S 결과 공유/교육<br>- samsung.com 의 Q&A page 활용도 숙지<br>- Remote access service (장기대책) | BBY Customer Service (FMR 활용)<br><br>- A사 bench mark 하여 T/F 결과 (개선대책) 교육<br>- T/S 배포하여 리턴 방지 교육 진행 |
| **Quick Guide 내용**<br><br>- 문서 C/C 번호 기재<br>- SPSN URL 및 APK 안내<br>- Reset 방법 기재<br>- FOTA 방법 안내<br>- Media Hub, Quick Office 안내 | | | | Geek Squad (제품 불량 확인 및 리턴 제품 confirm)<br><br>- Samsung.com의 Q&A 컨텐 변경하여 설계 제품 issue 관련하여 설명 용이하게 안내 예정<br>- One Click Tool 지원하여 기존 고객 및 신규 고객에게 최신 binary update 가능케 함 (S/W 불량 reflash) |

- 以上

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10154053