# D'AMATO DECLARATION EX. H
# FILED UNDER SEAL

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
     CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                          SAN JOSE DIVISION
     _____
 3
     APPLE, INC., a California corporation,
 4
     Plaintiff,
 5
     v.                                         Civil Action No.
 6                                               11-CV-01846-LHK

 7   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 8   SAMSUNG ELECTRONIC AMERICA, INC.,
     a New York corporation; and
 9   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
10
     Defendants.
11   _____

12

13            *** CONFIDENTIAL BUSINESS INFORMATION ***
                    SUBJECT TO PROTECTIVE ORDER
14

15              VIDEOTAPED PERSONAL DEPOSITION OF:

16

17                           SANGEUN LEE

18

19

20

21

22                         February 24, 2012

23                            Kim & Chang

24                         Seoul, South Korea

25                      9:00 a.m. - 2:01 p.m.
```

Case 5:11-cv-01846-LHK   Document 1350-4   Filed 07/26/12   Page 3 of 12

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

5

| Time | # | |
|---|---|---|
| 08:59:36 | 1 | P-R-O-C-E-E-D-I-N-G-S |
| 08:59:36 | 2 | THE VIDEOGRAPHER: We are now on the record |
| 09:00:13 | 3 | in the matter of Apple, Inc. versus Samsung |
| 09:00:19 | 4 | Electronics Company, Ltd., et al., for the |
| 09:00:21 | 5 | United States District Court, Northern District of |
| 09:00:25 | 6 | California, San Jose Division, Case No. |
| 09:00:38 | 7 | 11-CV-01846-LHK. Today's date is February 24th, 2012. |
| 09:00:44 | 8 | The time now is 9 o'clock. |
| 09:00:47 | 9 | This is the video record in the video |
| 09:00:50 | 10 | deposition of Sangeun Lee. The deposition is taking |
| 09:00:57 | 11 | place at Kim & Chang, Daewoo building, Jongno-gu, |
| 09:01:03 | 12 | Seoul, Korea. I'm Wah Kit Ip, a deposition video |
| 09:01:09 | 13 | specialist with American Realtime Court |
| 09:01:12 | 14 | Reporters/Asia. The court reporter is Lisa Knight, |
| 09:01:16 | 15 | also with American Realtime Court Reporters/Asia. |
| 09:01:21 | 16 | Will all the attorneys please identify |
| 09:01:23 | 17 | themselves and the parties they represent. |
| 09:01:27 | 18 | MR. HO: Francis Ho from Morrison & Foerster |
| 09:01:30 | 19 | representing Apple. And with me is Stephanie Kim, |
| 09:01:33 | 20 | Morrison & Foerster. |
| 09:01:34 | 21 | MR. SHAUL: David Shaul, on behalf of |
| 09:01:37 | 22 | Samsung. With me is Edward Kim from Samsung. |
| 09:02:18 | 23 | (Interpreters sworn.) |
| 09:02:18 | 24 | SANGEUN LEE, |
| 09:02:18 | 25 | having been first duly sworn to state the whole truth |

www.americanrealtime.com  (561) 279-9132

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

6

```
09:02:21   1    testified as follows:
09:02:21   2            MR. HO:  We understand the court reporter is
09:02:24   3    not authorized to administer oaths in this venue.
09:02:27   4    Nevertheless, we request that she administer the oath,
09:02:29   5    and we stipulate that we waive any objection to the
09:02:32   6    validity of the deposition based on the oaths.
09:02:35   7            THE REPORTER:  Counsel, do you agree?
09:02:35   8            MR. SHAUL:  Agreed.
09:02:35   9            THE REPORTER:  Thank you.
09:02:35  10            You may proceed.
09:02:35  11                         EXAMINATION
09:02:42  12    BY MR. HO:
09:02:42  13        Q.  Good morning, Mr. Lee.
09:02:43  14        A.  Good morning.
09:02:43  15        Q.  Can you please state your full name for the
09:02:44  16    record and spell it in English characters.
09:03:02  17        A.  My name is Sangeun Lee, family name being Lee.
09:03:07  18    It's L-e-e, S-a-n-g-e-u-n.
09:03:13  19        Q.  Mr. Lee, have you been deposed before?
09:03:15  20        A.  Never.
09:03:19  21        Q.  Let me explain just the ground rules so that
09:03:23  22    you understand how this process goes.  I will be asking
09:03:26  23    you questions about issues in this litigation, and
09:03:31  24    hopefully you can provide me some answers.  The court
09:03:33  25    reporter will record everything we say.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

19

```
09:36:14   1              MR. SHAUL:  Objection to form.
09:36:28   2       A.     That, I don't know.
09:36:28   3   BY MR. HO:
09:36:30   4       Q.     Who assigned you to be the leader of this Best
09:36:33   5   Buy task force?
09:36:34   6       A.     My team leader.
09:36:50   7       Q.     Who is your team leader?
09:36:52   8       A.     Doo Pyo Yoon, the executive manager.
09:37:04   9              CHECK INTERPRETER:  "Senior VP."
09:37:05  10   BY MR. HO:
09:37:05  11       Q.     Who came up with the idea for the Best Buy task
09:37:08  12   force?
09:37:09  13       A.     That one, I don't know.
09:37:21  14       Q.     Why was -- strike that.
09:37:28  15              Why did Samsung come up with the Best Buy task
09:37:32  16   force?
09:37:38  17              MR. SHAUL:  Objection to form.
09:37:44  18       A.     That, I don't know.
09:37:44  19   BY MR. HO:
09:37:48  20       Q.     Is it to monitor reasons why customers returned
09:37:51  21   the Galaxy Tab 10.1?
09:37:53  22              MR. SHAUL:  Objection to form.
09:38:07  23       A.     Can you re-ask the question, please?
09:38:09  24   BY MR. HO:
09:38:10  25       Q.     Was the Best Buy task force created so that
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

20

```
09:38:14   1    Samsung can determine reasons why customers returned the
09:38:17   2    Galaxy Tab 10.1?
09:38:18   3              MR. SHAUL:  Objection to form.
09:38:41   4         A.   That is how I received the orders.
09:38:41   5    BY MR. HO:
09:38:44   6         Q.   Can you turn to page 5, please, of the
09:38:47   7    document.  What does "VOC" stand for?
09:38:59   8         A.   Voice of customer.
09:39:08   9         Q.   What does page 5 depict?
09:39:12  10         A.   It's a summary -- one of the summaries of the
09:39:32  11    TF results.
09:39:34  12         Q.   What kind of summary is this?
09:39:35  13         A.        So the total cases of VOC are recorded here as
09:39:57  14    well as the categories for the reasons of return.
09:40:03  15         Q.   How did you determine what are the categories
09:40:07  16    for the reasons of return?
09:40:10  17              MR. SHAUL:  Objection to form.
09:41:04  18         A.   The TF team made the categories based on the
09:41:07  19    response given by respondents.
09:41:10  20    BY MR. HO:
09:41:12  21         Q.   Were these responses to questions?
09:41:19  22              MR. SHAUL:  Objection to form.
09:41:24  23         A.   Correct.
09:41:24  24    BY MR. HO:
09:41:25  25         Q.   And were the respondents customers of the
```

```
09:41:28   1          Galaxy Tab 10.1?
09:41:31   2          A.      No.
09:41:44   3          Q.      Were the respondents Best Buy employees?
09:41:46   4          A.      Yes.  Most of them, yes.
09:41:54   5          Q.      Looking at the summary, what were the reasons
09:41:59   6    why customers returned the Galaxy Tab 10.1?
09:42:02   7                  MR. SHAUL:  Objection to form.
09:42:27   8          A.      It's as it is in the document.
09:42:27   9    BY MR. HO:
09:42:30  10          Q.      Did you prepare this document?
09:42:31  11          A.      Yes, I collected the information and prepared
09:42:42  12    this document.
09:42:43  13          Q.      Is one of the reasons for the return product
09:42:48  14    quality?
09:42:48  15          A.      Yes, it is.
09:43:04  16          Q.      Was one of the reasons for the return the
09:43:07  17    usability of the Galaxy Tab 10.1?
09:43:09  18          A.      Yes, it is.
09:43:24  19          Q.      And was a reason for return the design of the
09:43:29  20    Galaxy Tab 10.1?
09:43:30  21                  MR. SHAUL:  Objection to form.
09:43:53  22          A.      Yes, it is.
09:43:53  23    BY MR. HO:
09:43:57  24          Q.      For the purposes of this summary of the reasons
09:44:00  25    for return of the Galaxy Tab 10.1, what does "product
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

22

```
09:44:05    1         quality" mean?
09:44:25    2         A.      It's basically faults with the product.
09:44:41    3                 CHECK INTERPRETER:  "Defects."
09:44:42    4                 LEAD INTERPRETER:  "Defects."  I agree.
09:44:43    5   BY MR. HO:
09:44:43    6         Q.      What about usability?
09:44:46    7                 MR. SHAUL:  Objection, form.
09:45:07    8         A.      Inconvenience when using the product.
09:45:07    9   BY MR. HO:
09:45:11   10         Q.      And what about design?
09:45:13   11                 MR. SHAUL:  Objection to form.
09:45:29   12         A.      It's the same.  Complaints about the design of
09:45:32   13   the product.
09:45:32   14   BY MR. HO:
09:45:35   15         Q.      By "design," do you mean the exterior design?
09:45:45   16                 MR. SHAUL:  Objection to form.
09:45:53   17         A.      Its complex function.
09:45:59   18                 CHECK INTERPRETER:  "Complex.  Function."
09:45:59   19   BY MR. HO:
09:46:04   20         Q.      By "design," do you mean the functioning of the
09:46:06   21   product?
09:46:12   22                 MR. SHAUL:  Objection to form.
09:46:24   23         A.      Not exactly that, but in a complex manner, the
09:46:31   24   complaints that customers would have of the design.
           25   ///
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

26

```
09:56:15   1        Q.    And can you describe a little more about what
09:56:19   2   "Benchmarking the A Company specialist store permanent
09:56:22   3   residence system" is?
09:56:24   4        MR. SHAUL:  Objection to form.
09:57:04   5        A.    That, I don't remember.
09:57:04   6   BY MR. HO:
09:57:13   7        Q.    Did the task force come up with the idea of
09:57:17   8   looking at how Apple puts specialists at Best Buy?
09:57:25   9        MR. SHAUL:  Objection to form.
09:57:50  10        A.    I don't remember exactly.
09:57:50  11   BY MR. HO:
09:57:52  12        Q.    Does Samsung have specialists at Best Buy?
09:58:09  13        A.    As far as I know, they do not.
09:58:11  14        Q.    Can you please turn to the document Bates
09:58:15  15   labeled -- ending in -010.  Can you please go to the row
09:58:29  16   that's labeled O/S, Honeycomb, and iPad.  Do you see that
09:58:35  17   row?
09:58:35  18        A.    Yes.
09:58:40  19        Q.    Can you tell me generally what this chart
09:58:47  20   depicts?
09:59:24  21        A.    It says that the Honeycomb OS is difficult to
09:59:52  22   use, and that is the reason of return.
09:59:56  23        Q.    Does it also say that people exchange the
10:00:01  24   Samsung Galaxy Tab 10.1 for the iPad 2?
10:00:04  25        MR. SHAUL:  Objection to form.
```

```
10:00:18    1         A.    Yes.
10:00:18    2    BY MR. HO:
10:00:19    3         Q.    And did the task force assign this reason for
10:00:25    4    return as a usability reason?
10:00:27    5               MR. SHAUL:  Objection to form.
10:00:43    6         A.    Yes, that is how it is.
10:00:48    7               CHECK INTERPRETER:  ". . . depicted."
10:00:48    8    BY MR. HO:
10:00:50    9         Q.    Can you please turn to the page ending in Bates
10:00:54   10    No. -021.
10:01:09   11         A.    Okay.
10:01:10   12         Q.    Earlier you testified that you received reports
10:01:19   13    indicating that customers confuse the Galaxy Tab 10.1 for
10:01:23   14    the iPad 2; is that correct?
10:01:24   15               MR. SHAUL:  Objection to form.
10:01:43   16         A.    Yes.
10:01:43   17    BY MR. HO:
10:01:44   18         Q.    Does this page reflect that reason?
10:01:52   19               MR. SHAUL:  Objection to form.
10:01:55   20         A.    Correct.  Yes.
10:01:55   21    BY MR. HO:
10:01:58   22         Q.    Do you remember if Samsung did anything in
10:02:00   23    response to customers returning the Samsung Galaxy Tab
10:02:07   24    10.1 because the customer had thought it was an iPad 2?
10:02:10   25               MR. SHAUL:  Objection to form.
```

```
10:02:36    1         A.    If Samsung responded to that?  Is that your
10:02:40    2    question?
10:02:40    3    BY MR. HO:
10:02:40    4         Q.    Yes.  Or did the task force come up with any
10:02:43    5    idea to respond to that?
10:02:44    6               MR. SHAUL:  Objection to form.
10:02:53    7         A.    So if a proposal was made then?
10:02:55    8    BY MR. HO:
10:02:55    9         Q.    Sure.
10:02:59   10         A.    Yes, we did suggest an idea.
10:03:01   11         Q.    And what was that idea?
10:03:04   12         A.    Well, like before, the idea here is that we
10:03:20   13    will benchmark A Company, and there is a need to improve
10:03:27   14    our company's FMR structure -- FMR organization operation
10:03:33   15    method.
10:03:34   16         Q.    What does "FMR" stand for?
10:03:38   17         A.    Field marketing resource.  I don't know exactly
10:03:51   18    what the "R" stands for, resource.
10:03:53   19               LEAD INTERPRETER:  Just my -- interpreter
10:03:55   20    used "resource," but he said "manpower," so . . .
10:03:58   21    BY MR. HO:
10:03:58   22         Q.    Did Samsung consider redesigning the Samsung
10:04:03   23    Galaxy Tab 10.1 so that customers would not be confused
10:04:06   24    that they were purchasing iPad 2?
10:04:09   25               MR. SHAUL:  Objection to form.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

82

| | | |
|---|---|---|
| 14:00:25 | 1 | A. I've never seen this before. |
| 14:00:29 | 2 | Q. Can you tell me what it is? |
| 14:00:32 | 3 | MR. SHAUL: Objection to form. |
| 14:00:35 | 4 | A. I don't know. |
| 14:00:38 | 5 | MR. HO: That's all the questions I have for |
| 14:00:39 | 6 | you today, Mr. Lee. Thank you very much. |
| 14:00:41 | 7 | I'd just like to state for the record that |
| 14:00:43 | 8 | almost 20,000 pages of Mr. Lee's documents were |
| 14:00:46 | 9 | produced less than three days before this deposition, |
| 14:00:50 | 10 | and some less than two days before the deposition. |
| 14:00:52 | 11 | And most of it was in Korean language. |
| 14:00:54 | 12 | So we reserve the right to continue this |
| 14:00:56 | 13 | deposition, if necessary, based on the review of those |
| 14:00:59 | 14 | documents. |
| 14:00:59 | 15 | MR. SHAUL: Samsung disagrees. And we don't |
| 14:01:25 | 16 | have any questions either at this time. |
| 14:01:31 | 17 | MR. HO: Off the record. |
| 14:01:33 | 18 | THE VIDEOGRAPHER: Going off the record. |
| 14:01:34 | 19 | It's 14:01. |
| 14:01:36 | 20 | (Time noted: 2:01 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |