# D'AMATO DECLARATION EX. J
# FILED UNDER SEAL

Attorneys' Eyes Only

Page 6

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

5   APPLE INC., a California          )
    Corporation,                      )
6                                     )
            Plaintiff,                )
7                                     )
    vs.                               )No. 11-CV-01846-LHK
8                                     )
    SAMSUNG ELECTRONICS CO., LTD. ,   )
9   a Korean business entity;         )
    SAMSUNG ELECTRONICS AMERICA,      )
10  INC., a New York corporation;     )
    SAMSUNG TELECOMMUNICATIONS        )
11  AMERICA, LLC, a Delaware          )
    limited liability company,        )
12                                    )
            Defendants,               )
13  _____  )

14

15          BE IT REMEMBERED, that on Wednesday,

16  February 22, 2012, commencing at the hour of 9:12

17  a.m. thereof, at the offices of Morrison & Foerster,

18  755 Page Mill Road, Palo Alto, California, before

19  me, Judie A. Nicholas, a Certified Shorthand

20  Reporter of the State of California, there

21  personally appeared.

22                  TIMOTHY BENNER,

23  called as a witness by the Plaintiff, who, being by

24  me first duly sworn, was thereupon examined and

25  testified as hereinafter set forth.

TSG Reporting - Worldwide        877-702-9580

Attorneys' Eyes Only

Page 8

1    firm represents Apple, Inc.                          09:12

2            MS. CARUSO:  Margret Caruso of Quinn         09:12

3    Emanuel Urquhart & Sullivan.  With me is Michelle    09:12

4    Yang from Samsung.                                   09:12

5            THE VIDEOGRAPHER:  Thank you.                09:12

6            Would the reporter please swear in the       09:12

7    witness.                                             09:12

8                    TIMOTHY BENNER,                      09:12

9              being first duly sworn,                    09:12

10       was deposed and testified as follows:            09:12

11           THE VIDEOGRAPHER:  Thank you.                09:12

12               EXAMINATION BY MR. ROBINSON              09:12

13           MR. ROBINSON:  Good morning, Mr. Benner.     09:12

14   Thank you for being here.                            09:12

15           Could you please state your full name for    09:12

16   the record.                                          09:12

17       A.   Timothy John Benner.                        09:12

18       Q.   Have you ever been deposed before?          09:12

19       A.   I have not.                                 09:12

20       Q.   So the procedures are -- it's fairly        09:12

21   simple, but I just want to review a few of the       09:12

22   rules.                                               09:12

23           The court reporter here is taking down       09:12

24   everything that we say.  I might speak a little       09:12

25   quickly, in which case she might grumble a little    09:13

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 126

1          THE WITNESS:  The question I think you're     12:17

2  asking is, is there more than one.  There's one      12:17

3  survey.                                              12:17

4      Q.  There's one tracking survey?                 12:17

5      A.  That I conduct.                               12:17

6      Q.  Thank you.                                    12:17

7          And how does that tracking survey work?       12:17

8  You said it tracks across time; is that right?       12:17

9      A.  Yes.                                          12:17

10     Q.  Is it the same study that is administered     12:17

11  at different points in time?                         12:17

12         MS. CARUSO:  Objection:  Vague.               12:17

13         THE WITNESS:  The survey itself is            12:17

14  modular.  There are elements that are consistent     12:18

15  across time and then there are pieces that come and  12:18

16  go as we look at different communication and the     12:18

17  effectiveness of that communication.                 12:18

18         It's primarily brand focused, but it's        12:18

19  also looking at monitoring communications, so our    12:18

20  different ads and some competitive ads --            12:18

21         MR. CARUSO:  Mr. Robinson, before you go      12:18

22  on to another topic, I've had this Pavlovian         12:18

23  response since your client announced lunch.          12:18

24         MR. ROBINSON:  Oh, I'm so sorry, I            12:18

25  completely forgot.                                   12:18

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 127

1        Let's take a break for lunch.            12:18

2        THE VIDEOGRAPHER:  The time is 12:18 p.m.,   12:18

3    and we're off record.                       12:18

4            (A lunch break was taken.)           01:23

5            AFTERNOON SESSION                    01:23

6        THE VIDEOGRAPHER:  The time is 1:24 p.m.    01:23

7    and we are back on the record.              01:23

8                (Exhibits 1603 marked           01:23

9                for identification.)            01:23

10      FURTHER EXAMINATION BY MR. ROBINSON       01:23

11       MR. ROBINSON:  Q.  Mr. Benner, we're back.   01:23

12       Before the break we were talking about the   01:23

13    tracking studies.                          01:24

14       I'm going to hand what you has been       01:24

15    premarked as Exhibit 1603.  This is entitled   01:24

16    Samsung Q1 '11 Deep Dive, Continuous Tracking, with   01:24

17    Bates stamp SAMNDCA00352115 through 352182.   01:24

18       Do you recognize Exhibit 1603?          01:24

19    A.  Yes.                                    01:24

20    Q.  Is that your name on the bottom of the   01:24

21    first page where it says "Owner"?          01:24

22    A.  Yes.                                    01:24

23    Q.  What does that mean?                    01:24

24    A.  That means I am the designated "Owner" of   01:24

25    this document in terms of whose responsibility it   01:25

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 128

1    is to, you know, produce it.                                01:25

2        Q.  Is this one of the tracking studies that           01:25

3    you referred to earlier in your testimony today?           01:25

4        A.  Yes, it is.                                         01:25

5        Q.  Is Exhibit 1603 a true and correct copy of         01:25

6    an STA tracking study?                                     01:25

7        A.  To the best of my knowledge, yes.                  01:25

8        Q.  Does STA prepare these tracking studies?           01:25

9            MS. CARUSO:  Objection:  Vague.                     01:25

10           THE WITNESS:  These studies are prepared            01:25

11   by an outside vendor under my supervision.                 01:25

12           MR. ROBINSON:  Q.  What is the outside              01:25

13   vendor?                                                    01:25

14       A.  The outside vendor's name is Hall &                01:25

15   Partners.                                                  01:25

16       Q.  How often does STA receive a deliverable           01:25

17   from Hall & Partners in the form of one of these           01:25

18   tracking surveys?                                          01:25

19           MS. CARUSO:  Objection:  Vague.                     01:25

20           THE WITNESS:  These tracking surveys are            01:25

21   every quarter.                                             01:25

22           MR. ROBINSON:  Q.  And by "these," are you         01:25

23   referring to the Deep Dive?                                01:25

24       A.  I am referring to the Deep Dive document,          01:26

25   yes.                                                       01:26

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 129

1          Q.  Are there other tracking studies provided                01:26

2     by Hall & Partners -- sorry.  Strike that.                          01:26

3               Are there other tracking surveys other                    01:26

4     than the Deep Dive Surveys that STA receives?                       01:26

5          MS. CARUSO:  Objection:  Vague.                                01:26

6          THE WITNESS:  Technically this is not a                        01:26

7     survey, this is a report.  There is one survey that                 01:26

8     is done continuously and there are multiple                         01:26

9     reports.                                                            01:26

10         MR. ROBINSON:  Q.  Thank you for that                          01:26

11    clarification.                                                      01:26

12              Is the Deep Dive Report the -- are there                  01:26

13    other reports besides the Deep Dive Report that STA                 01:26

14    receives in connection with this continuous                        01:26

15    tracking?                                                           01:26

16         A.  Yes.                                                       01:26

17         Q.  What are those?                                            01:26

18         A.  We get weekly reports that are Topline KPI                 01:26

19    studies -- not studies, but reports/monitoring, and                 01:26

20    anything else on a request basis that we would like                 01:26

21    from the data within the reports, or within the                     01:27

22    survey.                                                             01:27

23         Q.  You referred to Topline KPA.  What does                    01:27

24    KPA stand for?                                                      01:27

25         A.  KPI.                                                       01:27

TSG Reporting - Worldwide          877-702-9580

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 130

1    Q.   Sorry, KPI?                                    01:27

2    A.   Key Performance Index.                         01:27

3    Q.   And you mentioned that you receive weekly      01:27

4    reports.                                            01:27

5         Do the Deep Dive reports contain the           01:27

6    information that you would receive in the weekly    01:27

7    reports?                                            01:27

8    A.   Yes.   They are basically -- the data          01:27

9    that's given on a weekly basis is                   01:27

10   contained/summarized in these reports.             01:27

11   Q.   You also mentioned that you receive other      01:27

12   reports on request.  Can you name a few of those,   01:27

13   an example?                                         01:27

14   A.   Typically they're not reports, they're        01:27

15   just looking at a particular data cut, usually in   01:27

16   response to a question from out of this document.    01:27

17   Q.   Can you think -- are they named anything       01:27

18   in particular?                                      01:28

19   A.   No.   They're usually just data.              01:28

20   Q.   Are they large documents, or like one,        01:28

21   two-page things?                                    01:28

22   A.   Sometimes it's two sentences.                 01:28

23   Q.   How much does STA pay to receive the Deep      01:28

24   Dive reports from Hall & Partners?                  01:28

25   A.   The cost has changed over time.               01:28

Attorneys' Eyes Only

Page 141

1     THE WITNESS:  It's just a highlight of          01:43

2  those particular elements or those personalities to  01:43

3  draw attention to it.                                01:43

4     MR. ROBINSON:  Q.  Do you see where it          01:43

5  says "Significant drivers of MPSA for Samsung"?      01:43

6     A.  Yes.                                          01:43

7     Q.  What does MPSA refer to?                      01:44

8     A.  It's an acronym which we use for one of       01:44

9  KP -- key performance indexes which stands for most  01:44

10  preferred single answer.                            01:44

11     Q.  And what does that mean, in just sort of     01:44

12  survey terms?                                        01:44

13     A.  In English, it means the answer to the       01:44

14  question.  The question is actually in the text at   01:44

15  the bottom of the page.                              01:44

16     Q.  I see?                                        01:44

17     A.  Now we'd like you to -- it's not,            01:44

18  actually.                                            01:44

19     I'll find it.  It's here.  It's the answer       01:44

20  to a specific question.                              01:44

21     "Among all of the mobile phone brands that       01:44

22  you aware of, which brand do you prefer the most."   01:44

23     Q.  What's the Bates number of the page you      01:44

24  just read from?                                      01:44

25     A.  It is page number 7, SAMNDCA00352121.        01:44

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 142

1      Q.   Thank you.                                   01:45

2           Why does STA consider the items shown in     01:45

3      the blue box on page 12 that we were looking at   01:45

4      previously to be significant drivers of MPSA for  01:45

5      Samsung?                                          01:45

6      A.   That's slightly misleading in what it        01:45

7      says.  They're significantly associated with the  01:45

8      personality characteristics that are most         01:45

9      correlated to most preferred single answer.       01:45

10          Does that make sense?                         01:45

11     Q.   Could you maybe say that in more regular     01:45

12     terms?                                            01:45

13          MS. CARUSO:  Objection.                       01:45

14          THE WITNESS:  I don't know if I can.  It's    01:45

15     a lot of statistical analysis.                    01:45

16          MR. ROBINSON:  Q.  Sure.                      01:45

17     A.   That basically says that these personality   01:45

18     indices co-vary with MPSA.  There's no causal     01:46

19     relationship, it just means they're correlated,   01:46

20     they seem to move together.                       01:46

21     Q.   I see.                                        01:46

22          Could I have you turn please to page 26 of   01:46

23     this report Bates SAMNDCA00352140.                01:46

24     A.   352140.                                       01:46

25     Q.   352140?                                       01:46

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 143

1    A.  Okay.                                          01:46

2    Q.  Down at the bottom it looks like the          01:47

3  question being asked was, "Have you seen this       01:47

4  advertising on television in the past 7 to 5 days," 01:47

5  do you see that?                                     01:47

6    A.  Yes.                                           01:47

7    Q.  Is that the question?                          01:47

8    A.  It's actually 5 to 7 days.                     01:47

9    Q.  Oh, I'm sorry, 5 to 7 days.                    01:47

10       And then above the charts we see a legend      01:47

11  with a blue box and an A next to it, and it         01:47

12  attributed back to Samsung/Galaxy/Tab; below that   01:47

13  the letter B with a green box saying attributed     01:47

14  back to Apple/iPad/iPhone, and underneath there are 01:47

15  various charts.                                      01:47

16       Focusing on the chart above the                01:47

17  Samsung/Galaxy/Tab, what is being depicted in that  01:47

18  chart?                                              01:47

19    A.  This is the -- during the period of the       01:47

20  survey, looking AT consumers who recognized still   01:47

21  photos of the particular Samsung Galaxy Tab ad      01:48

22  which is in the bottom here, so they're presented a 01:48

23  photo which shows basically stills of the different 01:48

24  ads and they're asked if they recognize it or not.  01:48

25       If they say yes, they're asked, "Do you        01:48

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 144

1  remember what brand this was for," and then it says            01:48
2  that 18 percent said it was for either Samsung,               01:48
3  Galaxy or Tab and 46 percent said Apple, iPad or              01:48
4  iPhone.                                                       01:48
5       Q.  And that's a significant difference at the          01:48
6  95 percent confidence level, right?                          01:48
7       A.  Correct.                                            01:48
8       Q.  What this is saying is essentially nearly           01:48
9  half of those who saw the still photo of the                 01:48
10 Samsung Galaxy Tab thought they were actually                01:48
11 looking at an Apple advertisement?                           01:48
12      A.  No, that's not correct.  They were not              01:48
13 looking at a photo of the Galaxy Tab, they were              01:48
14 looking at a photo which showed six different                01:48
15 scenes of the communication, the advertisement for           01:49
16 the Galaxy Tab.  Not all of them had product in the          01:49
17 different images.                                            01:49
18      Q.  Those who saw -- is it at photo array what          01:49
19 they see?  What do they see?                                 01:49
20      A.  They see six different images of different          01:49
21 scenes within the advertisement.                             01:49
22      Q.  And, looking at that display, then nearly           01:49
23 half of those responded to this survey question              01:49
24 saying that they thought what they were seeing was           01:49
25 an Apple advertisement; is that right?                       01:49

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 145

1    A.  What they were looking at -- they were not        01:49

2    looking at the display at this point.  They're        01:49

3    relying on the recall of the advertisement and        01:49

4    saying they thought that the advertisement in        01:49

5    question was either an Apple iPad or iPhone        01:49

6    advertisement.        01:49

7    Q.  So, yes, in response to this prompt then,        01:49

8    looking at -- having looked at the display of the        01:50

9    Samsung Galaxy Tab still photo advertisement        01:50

10   images, nearly half of the respondents said they        01:50

11   thought they had seen an Apple advertisement?        01:50

12   A.  What they thought, they said, was it was        01:50

13   an advertisement for the Apple brand.        01:50

14        In this case, this was done at a time when        01:50

15   the Galaxy Tab had just been introduced and the        01:50

16   iPad had been in the market for some time, and this        01:50

17   is -- the sample that we're looking at here is a        01:50

18   smaller sample, so there is more variation in        01:50

19   there.        01:50

20   Q.  What was the sample size?        01:50

21   A.  For the people who recognized the        01:50

22   Galaxy -- the Samsung Tab ad, 448.        01:50

23   Q.  But this result shows, does it not, that        01:51

24   the misattribution back to Apple was significant at        01:51

25   the 95 percent confidence level, right?        01:51

TSG Reporting - Worldwide        877-702-9580

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 146

1      A.   Yes.                                              01:51

2      Q.   Did STA consider it a problem that the           01:51

3  Galaxy Tab advertisement was being misattributed to       01:51

4  Apple?                                                     01:51

5      A.   The -- as the statement here says, the           01:51

6  linkage to Samsung has improved, but the Galaxy Tab        01:51

7  execution -- misattribution was declined -- I'm            01:51

8  sorry, this is looking at Galaxy 2.   Strike -- I          01:51

9  can't say strike that.                                     01:51

10       But, yes, we considered it a problem                 01:51

11 because this communication should have been for the        01:51

12 Galaxy Tab.   However, the execution was not being         01:51

13 attributed correctly to Samsung.                           01:51

14     Q.   What did STA do, if anything, about the           01:51

15 misattribution that was occurring between the              01:52

16 Galaxy Tab and the Apple iPad?                             01:52

17       MS. CARUSO:   Objection:   Beyond the scope;         01:52

18 lacks foundation.                                          01:52

19       THE WITNESS:   In this case, this was --             01:52

20 Samsung was breaking into the tablet market which          01:52

21 was firmly established for a period of time by             01:52

22 Apple being the only product available.   I can't          01:52

23 remember exactly how many months that, basically,          01:52

24 stronghold held.                                           01:52

25       For the Galaxy, the first Galaxy Tab ad              01:52

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 147

1    there was a great deal of misattribution.  For the        01:52

2    second Galaxy Tab ad, that misattribution dropped          01:52

3    as awareness of Samsung's Tabs grew, so looking            01:52

4    back and improving the communication to make sure          01:52

5    that it was distinctive from Apple and identifiable        01:52

6    as Samsung.                                                01:52

7         Q.  Didn't the advertising change as well --         01:52

8    the style of the advertising change as between the         01:53

9    Galaxy Tab and Galaxy Tab 2, right?                        01:53

10        MS. CARUSO:  Objection:  Assumes facts not            01:53

11   in evidence; vague.                                        01:53

12        THE WITNESS:  Can you specify more exactly            01:53

13   what you're asking?                                        01:53

14        MR. ROBINSON:  Q.  The misattribution that            01:53

15   occurred between the Samsung Galaxy Tab                    01:53

16   advertisement and I guess misattributed to Apple,         01:53

17   that was because the advertisements were confusing,       01:53

18   they were similar, the Samsung advertisements and         01:53

19   Apple advertisements?                                      01:53

20        MS. CARUSO:  Objection:  Calls for a legal            01:53

21   conclusion; mischaracterizes the record; assumes          01:53

22   facts not in evidence; vague.                             01:53

23        THE WITNESS:  I take issue with your                  01:53

24   statement of it's confusing, the way it was said          01:53

25   similarly confusing.  The issue wasn't that it was        01:53

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 148

1    confusing, the issue was that the iPad had been          01:53

2    very firmly established in the marketplace, and so       01:53

3    when people saw an ad on TV that had a large             01:53

4    tablet-like display, the immediate reaction is it        01:54

5    must be an iPad.                                          01:54

6           This is at a time when -- breaking into           01:54

7    the market, so it's actually not unexpected to see       01:54

8    that, because very few people that Samsung was           01:54

9    making these products, and growing that awareness,       01:54

10   changing from one to the next, is the natural            01:54

11   progression of trying to break in and make people        01:54

12   become more aware of Samsung as a tablet                 01:54

13   manufacturer.                                            01:54

14      Q.  Does STA disagree that the misattribution         01:54

15   occurred because the Galaxy Tab looked similar to        01:54

16   the Apple iPad?                                           01:54

17          MS. CARUSO:  Objection:  Beyond the scope;        01:54

18   lacks foundation.                                        01:54

19          THE WITNESS:  I'm sorry, could you say it         01:54

20   again?                                                   01:54

21          MR. ROBINSON:  Q.  Could we have that             01:54

22   question read back, please.                              01:54

23          THE REPORTER:  Question:  "Does STA               01:54

24   disagree that the misattribution occurred because        01:54

25   the Galaxy Tab looked similar to the Apple iPad?"        01:54

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 149

1        MS. CARUSO:  Objection:  Beyond the scope;        01:55

2   lacks foundation; mischaracterizes the record.        01:55

3        THE WITNESS:  Could you rephrase the             01:55

4   question.  I'm confused by the "Does STA disagree."   01:55

5   The negative phrasing of the question is throwing     01:55

6   me off.  I'm not sure what you're asking.             01:55

7        MR. ROBINSON:  Q.  Do you agree that the         01:55

8   Galaxy Tab looks similar to the Apple iPad?           01:55

9      A.   In this case, this Galaxy Tab does not.       01:55

10     Q.   Why is that?                                   01:55

11     A.   It's half the size.                            01:55

12                        (Exhibit No. 1604-1613           01:55

13                        marked for identification.)      01:55

14     Q.   I think -- I want to show you a bunch of       01:55

15   other documents.  I'm not going to ask you detailed  01:55

16   questions about them.                                 01:55

17       What I'm going to ask is do you recognize         01:55

18   this documents, do they have your name on them, and  01:55

19   are they true and correct copies of the documents    01:56

20   that they are.  They have been premarked as          01:56

21   Exhibits 1604 through 1613, and I'll place this      01:56

22   enormous stack in front of you, and -- counsel,      01:56

23   here's your copy.  And I think we can probably take  01:56

24   this in two phases if we wanted to go through it     01:56

25   more quickly.                                         01:56

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 170

1        MS. CARUSO:  Objection:  Lacks foundation;        02:34

2    calls for speculation.        02:34

3        THE WITNESS:  It would be the strategy        02:34

4    group.        02:34

5        MR. ROBINSON:  Q.  Who is involved with        02:34

6    the strategy group?        02:34

7        A.  As mentioned earlier, Justin Denison and        02:34

8    his team.        02:34

9        Q.  Thank you.        02:34

10        I have no further questions at this time,        02:34

11    subject to the same reservations and the same        02:34

12    objection by counsel --        02:34

13        MS. CARUSO:  Yes.  This time we're getting        02:34

14    out of here.        02:34

15        THE VIDEOGRAPHER:  This marks the end of        02:34

16    Disk Number 2 of 2, and concludes today's        02:34

17    deposition of Timothy Benner.  The time is        02:34

18    2:35 p.m., and we are off the record.        02:34

19                        (The deposition adjourned

20                            at 2:35 p.m.)

21                        --oOo--

22

23            Signed under penalty of perjury:

24            _____

25                    Timothy Benner

c5923e74-ace0-4a4b-9a3e-301208fea0d7