# D'AMATO DECLARATION EX. K FILED UNDER SEAL

| | |
|---|---|
| **From:** | Bing Xia |
| **Sent:** | Monday, May 24, 2010 11:51 AM |
| **To:** | Ciaran Rochford; Madan Ankapura; Martin Tannerfors; Ioi Lam; Nitin Bajaj; Burnham H. Greeley |
| **Cc:** | Eui Suk Chung |
| **Subject:** | RE: Booth feedback |

A few more:

- "The menu looks just like iPhone. But I like it cause it looks familiar to me."
- "I heard this device has good graphics performance. That's very important to games."
- "This phone feels so light! I hope the battery will last."
- "Please add Right-To-Left text support. This will certainly be a hit in Arabic market, where people are paying $600 for crappy Nokia phones."
- "The UI is much more responsive than Nexus One. What has Samsung changed?"
- "Where is the version with keyboard?"

**From:** Ciaran Rochford
**Sent:** Monday, May 24, 2010 11:30 AM
**To:** Madan Ankapura; Martin Tannerfors; Ioi Lam; Bing Xia; Nitin Bajaj; Burnham H. Greeley
**Cc:** Eui Suk Chung
**Subject:** RE: Booth feedback

Hi all,

In addition to Madan comments:

1. Can I turn off TouchWiz and just use the regular UI as a end user?

2. What sort of battery life performance can we expect?

3. Which US carrier will this handset ship with?

4. What brand of CPU is it using?

Regards,
    *Ciaran Rochford*

Director

1

**Confidential Business Information,
Subject to Protective Order**

S-ITC-800042137

San Jose Mobile Communications Lab (SMCL)
Samsung Research and Development Center
Office : 408 324 3700
Mobile: 650 814 6483

---

**From:** Madan Ankapura
**Sent:** Monday, May 24, 2010 11:19 AM
**To:** Martin Tannerfors; Ioi Lam; Bing Xia; Ciaran Rochford; Nitin Bajaj; Burnham H. Greeley
**Cc:** Eui Suk Chung
**Subject:** RE: Booth feedback

Martin,

Here are some comments overheard.
- GalaxyS looks very similar to iPhone
- When is GalaxyS available in the market ?
- What is the price point of the GalaxyS
- Will GalaxyS go on Froyo or Éclair ? (interested in froyo)
- How can I use front facing camera?
- How can get access to samsung android devices (without paying/buying for development)

*-Madan*

---

**From:** Martin Tannerfors
**Sent:** Monday, May 24, 2010 11:10 AM
**To:** Ioi Lam; Bing Xia; Ciaran Rochford; Madan Ankapura; Nitin Bajaj; Burnham H. Greeley
**Cc:** Eui Suk Chung
**Subject:** Booth feedback

Hi all,

I know you are insanely busy at the moment but if you have a moment please send me couple of lines of the good, bad and the ugly from Google I/O, the most common questions you received from developers.

Thanks!
Martin

Confidential Business Information,
Subject to Protective Order

S-ITC-800042138