# D'AMATO DECLARATION EX. N
# FILED UNDER SEAL

*Translation*

From: ±êÀ¯½Å <jang9n.kim@samsung.com>
Sent: Thursday, July 29, 2010 10:07 PM
To: ¡¯è¿ì
Cc: ¹@É«¼/®¿; Á¯Áö¿¬¬; ¼¿³ÀçÈÆ; ±êÁÀ¿ì¬; ±ê¶°æ¬; ¼°À¤½¼Á; ¹@ÁçÈñ; À±Áç¼/®¿; ±êçµÃß; °¿µ¼÷; ÃÖ¿µÇ¦; ¹ÚØ°æ; È«Àø±â; À¤¿µÈÆ; ÇÑ°¿ò; ÇâÁ÷µµ; Â½ç¬¾¼Æ; Ë²¿ø¼/Æ; ÀÀÒ¾Ò¿¬; ¡é¼ºÈ¯; ÀÕ¼ºÀÒÒ; ¼±¿µµ; ÃÔÇç×¶õ; ±êµ¼¼¬; ±ê°æ¶
Subject: [¡¯è¿ì Å¤ÀÒÓ¯¯Ò] P1 °ùÀ¦¡ Kies ¿¬¸¬ µ¿¾Ã ±, ±Ù °èÀ¤ °è¶µ ¿¬¸¬ ¹®ÀÇ
Attachments: 20100730140626_44YDXKW4.gif; 20100730140635_4XT4NZ5JE.jpg

To: Lead Dae Woon Myeong [GA Group]

Hello Lead, this is Lead Yu Shin Kim.

As you are surely already aware, UX Innovation TF conducted a usability evaluation for the P1 Project.

I am emailing you because I have a question regarding a usability issue discovered in the contacts application below, so please let me know the progress status if you can.

■ Subject of Inquiry:

Whether P1 supports the function to view/edit a web account (Google account) for the device selected by the user through Kies using the Kies Phonebook function

That is all.

Thank you.

------- Original Message -------

1

Highly Confidential - Attorneys' Eyes Only         SAMNDCA10969926

*Translation*

**Sender:** Hongseok Moon <hongseok.moon@samsung.com> E6 (Principal)/Principal/Mobile Service Development Group (Mobile)/Samsung Electronics
**Date:** 2010-07-19 [17:45 (GMT+09:00)]
**Title:** Re: Fwd: [UX Innovation, SW Verification, MSC, R&D Opinion Request] Reporting P1 Project Issues Instructed by Senior Vice President Younghwan Kim to Review

To : All recipients
From : Principal Hongseok Moon

Hello, this is Principal Hongseok Moon from Mobile Service Development Group.

Regarding synchronization between Kies and multi-account supporting devices, it is currently settled, after much contemplation on our part, and we are planning to confirm the usability for the method we decided on at overseas labs with locals after a meeting between R&D Team officers on 7/17.

As for the Kies-Outlook sync function, for now sync between local phonebooks will be supported.
The number of various web accounts supported by devices is growing continuously
→ Function to view/edit a web account for the device selected by the user through Kies using the Kies phonebook function will be supported
→ However, Outlook sync function is not supported for Web accounts.

Please take this under advisement.

-------- Original Message --------

**Sender:** Jiyeon Yoo <lindsey.yoo@samsung.com> E4 (Senior)/Senior/Advanced UX Development Lab.(Mobile)/Samsung Electronics
**Date:** 2010-07-19 [14:39 (GMT+09:00)]
**Title:** Fwd: [UX Innovation, SW Verification, MSC, R&D Opinion Request] Reporting P1 Project Issues Instructed by Senior Vice President Younghwan Kim to Review

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969927

*Translation*

I am adding S1 UI Senior So-yeon Yim to the list of mail recipients.

------ Original Message ------

**Sender**: Yu Shin Kim <jang9n.kim@samsung.com> E5 (Lead/Lead/Advanced UX Development Lab.(Mobile)/Samsung Electronics
**Date**: 2010-07-16 [15:20 (GMT+09:00)
**Title**: [UX Innovation, SW Verification, MSC, R&D Opinion Request] Reporting P1 Project Issues Instructed by Senior Vice President Younghwan Kim to Review

To: All Recipients

Hello, this is Lead Yu Shin Kim from UX Innovation TF.

There have been instructions to submit feedbacks after review at the working Level for the following matters out of the matters submitted to Senior Vice President Younghwan Kim for decision making. Hence, we would like to share the information and gather the feedback from each recipient.

All recipients of this email please make sure to respond. (Please respond today if possible.)

■ Issue Details

1) Every time you create contact, it asks whether it should be saved on the SIM, the phone, or in Google account if there is a Google account. The issue is the hassle of being asked every time where to save.

■ Proposal Details

1) Delete the function to save on the SIM when you create contact

(Instead, offer a function to import contacts from the SIM to the device; conversely, need to offer the function through a separate option if contact information is to be saved on SIM)

3

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969928

*Translation*

2) After a Google account is registered, back up to the Google account instead of the device like the other Google phones when saving contacts

(Instead, offer a function to import contact information from Google account to device)
When there is no Google account, have contacts saved on the phone, which is how it is now.

The i-phone uses Exchange as default if Exchange is set up, and
google phones like nexusone back up to google account when creating contacts once a google account is registered.

Ultimately, opinion is that we should save contacts on the server, rather than on the device, like the i-phone or a Google phone.
(Agreed by Design, Development and Advanced UX)

■ Request Details

1) If you have any concerns after reading the above issue and proposal, please respond immediately.
Senior Vice President Younghwan Kim basically agreed, but he is concerned whether there's anything we've missed.

2) The issue of synchronization with Kies is probably the most critical variable here. (Principal Hongseok Moon)
We will need to confirm if Kies can be synchronized with the address book in Google accounts on Samsung devices.
Even if we modify it on the device, it would be a huge problem if kies doesn't support it.
Principal Moon, please review the issue.

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하며
관련 법령에 따라 보호이 대상이 되는 영업비밀 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에
포함된 정보이 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressees and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law, including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete the communication immediately.

4

SAMNDCA10969929

Highly Confidential - Attorneys' Eyes Only

*Translation*

If you read the email below, there is a VOC email Executive Vice President Won Pyo Hong received from an acquaintance of his.

It talks about how it's so inconvenient to synchronize with Kies because the phonebook on the device and the address book on Google account are separated despite being a Google phone (S1). Please refer to the parts in red.

========================   Below   ========================

------- Original Message -------

**Sender**: Chul-hwan Lee <chlee@samsung.com> Research Officer (Executive Vice President)/Head of the Office/Office of Development (Mobile)/Samsung Electronics
**Date**: 2010-07-03 10:55 (GMT+09:00)
**Title**: Fwd: Fwd: Galaxy S Review

Let us all reflect on ourselves.

------- Original Message -------

**Sender**: Won Pyo Hong <wp.hong@samsung.com> Executive Vice President/Team Leader/Global Product Strategy Team (Mobile)/Samsung Electronics Co.
**Date**: 2010-07-03 01:28 (GMT+09:00)
**Title**: Fwd: Galaxy S Review

Vice President Jong In Kim, Vice President Hee Deok Kim,

Below is an email from an acquaintance of mine who is a university professor sent after purchasing and using the Galaxy S for 3 days.
This person once worked at Samsung Electronics.
WP Hong forward to other executives with the request: "Please read carefully and let us apply the parts that can be applied to the next MR.

5

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969930

*Translation*

I feel like the COO would point out those same things, I really want you to review seriously. Also, we should fundamentally improve on issues such as creating user manuals.

------ Original Message ------
**Sender**: Min H. Cho Min Hyung Cho <mhcho@khu.ac.kr>
**Date**: 2010-07-02 21:30 (GMT+09:00)
**Title**: Galaxy S Review

Dear Executive Vice President Won Pyo Hong,

I finally purchased the galaxy S.
I purchased it because I personally have an aversion towards the iPhone for some reason (I don't deny the fact that it's a very well-made product, though), and because I have faith in Samsung and there are advantages regarding AS.
I couldn't do anything but play with the phone for 3 days straight.
In short, it is well-made. It's a solid product. In particular, the packaging box was made very elegantly.
However, I do have to point out a few things.

1) The manual is terrible. It just doesn't seem like a manual made for regular users. It seems as if it was made just for people who already knew how to use the phone. It just lists a lot of things, but the sentences are poorly written and there is no substance. Also, there is no consistency between the well-made packaging box and the design.

2) Developers were boasting that they had a lot of apps pre-loaded for novices, but that's actually a shortcoming.
There are more than there's reason for and they lead consumers to mistakenly believe that there is a lot to know about, which makes the manual even more terrible.
After all, smartphones are not products to be used by the elderly, and the customers consist solely of those who already have a general understanding of how to use smartphones. These people strongly dislike what other people have pre-loaded onto their devices.
When you buy a Samsung PC, there are so many cheap programs already installed on it, and a lot of people start their first day getting rid of those programs.
The biggest mistake an engineer can make is trying to brag about offering so many functions by laying them all out in front of the consumers.
It wasn't because Apple was dumb why they didn't do it that way.
Anyhow, I spent 3 days organizing all those apps and personally downloaded and installed all the apps I really needed.
However, the phone is set up so that a lot of the pre-loaded apps cannot be deleted by the consumer. That is unsatisfactory.

3) There is no "killer –app" to catch up to iPhone. Therefore, it leads me to think only that it copied the iPhone very well.
It would have been nice if there was at least one killer software…
This is an issue that Samsung should have resolved in the early development stage by outsourcing investment. There is no need to bother with general apps since they are everywhere on the App Store, but you need a legitimate killer software.

4) Software lacks consistency. (This is a chronic Korean problem.)

6

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969931

*Translation*

For example, the method to edit the icons on the home screen and the method to edit icons on the main menu are different. They were probably made by two different engineers.
I always emphasize this, that an engineer should not design the **UI and the look and feel**. Engineers should just do the coding.

5) Also, USB connection mode was divided into two different modes, KIES mode and Removable Disk mode, for the user to choose. The user has to choose every time he/she connects to a PC, but a regular user cannot understand this.
There are so many steps to take just to connect to a PC via USB.
Also, a message that USB debugging is ongoing pops up out of nowhere.
Not only the experts connect their smartphones to their PC to use.
However, everything is made so complicated and an engineering language such as "debugging" appears freely.
An engineer probably made the screen message impromptu without putting any thought into it as he was coding.
Messages to users should never be drafted by engineers.
If you go to settings, "Accessibility" was translated literally as *"jeop geun seong* (accessibility)," hahaha… (Isn't this the case in Windows also?)

6) This is the most critical part.
Samsung's own KIES program that manages the Galaxy from a PC is very poor, and the instructions and the language are very difficult.
There seems to be some bugs as well, and it also has poor stability. It takes a long time to install and runs slowly.
In particular, there is a problem with the phonebook program.
Android phones always claim that they synchronize well with Google. Galaxy S cannot be an exception.
In fact, synchronization of phonebook, daily schedule, email, etc. is excellent.
However, within the Galaxy S, phonebook is divided by accounts and managed separately.
I don't get this, but it is divided into Google account address book and the phonebook on the device, even though the number and email addresses would not be different if it is the same person….
Addresses that came from Google are entered into Google account address book, and cell phone numbers are entered into the phone account.
Because of this, the phonebook on the device do not get synchronized with Google and phone numbers in the device do not carry over to Gmail.
Also, it's set up so that you can't even see the Google account address book from KIES program. (This is the part I find the hardest to understand.)
Therefore, you can't even synchronize with Outlook.
Consumers are forced to manage contact information this way even though they don't understand this at all.
Therefore, the consumer has to manage contact information in two sets, Google separately and MS-Outlook separately. You have to enter the same phone number twice in the device.
This is nonsense. Much can be learned from the iTune [*sic*] program.

Conclusion)
Generally the hardware appears excellent.
However, consumers encounter the software that runs atop the hardware, not the hardware.
Overall, it is unable to surpass the iPhone. I get the strong feeling the UI and the Look and feel of the design were led by engineers. This in turn means the best that can be done is imitating of the iPhone….
Also, a program as important as KIES was made with too much approximation.
I'll continue using it and say more if necessary.
If you remain content because it was a huge success in Korea then you will always be No.2. Shouldn't you make it so iPhone copies Samsung?
Shouldn't we make it so that Apple follows what Samsung does?

7

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969932

*Translation*

In order to do so, even very minute details (0.1%) must be improved.
It has to be made so that consumers wonder how attention was paid to such little things, and that's what Apple excels in.

**Yoo, Ji Yeon (Lindsey)**

Engineer, Advanced UX R&D Lab.

SAMSUNG ELECTRONICS CO.,LTD

+82-10-2610-9845

lindsey.yoo@samsung.com

Apple is famous for not conducting market research. Steve Jobs said:
"Did Alexander Graham Bell do any market research before he invented the telephone? I just want innovation."

8

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969933

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률 을 포함하며 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

9

SAMNDCA10969934

Highly Confidential - Attorneys' Eyes Only

From: 김장군 <jang9n.kim@samsung.com>
Sent: Thursday, July 29, 2010 10:07 PM
To: 이지
Cc: [garbled recipients]
Subject: [garbled] P1 사용성 Kies 관련 요청 사항 입니다
Attachments: 20100730140626144YDXKW4.gif; 20100730140635_XT4NZ5JE.jpg

수신 : 명대운 책임 [GA 그룹]

안녕하세요 책임님. 김유신 책임 입니다.

이미 아시겠지만, UX 혁신 TF 에서 P1 과제의 사용성평가를 진행하였습니다.

아래 contact 이 폴에서 도출된 사용성 이슈 관련하여 문의드릴 사항이 있어 메일 드리오니,
진행상황 공유 가능하시면 공유 부탁드립니다.

■ 문의내용 : P1 에서 Kies 를 통해 사용자가 선택한 단말의 web 계정 (구글계정) 을
   Kies 로 북기능을 통해 view/edit 기능이 지원되는지.

이상입니다.

감사합니다.

------ Original Message ------

1

SAMNDCA10969926

Highly Confidential - Attorneys' Eyes Only

Sender : 문홍석<hongseok.moon@samsung.com> E6(수석)/수석/모바일서비스개발그룹(무선)/삼성전자

Date : 2010-07-19 17:45 (GMT+09:00)

Title : Re: Fwd: [UX 혁신, SW 검증, MSC, 개발관리 의견 요청] P1 과제 검영환 전무님 검토 지시한 이슈 전달

수신 : 수신처 제위

발신 : 문홍석 수석

안녕하세요 모바일 서비스 개발그룹 문홍석 수석입니다.

멀티계정 지원단말의 Kies 와의 연동관련해서

저희쪽에서도 고심해서 정리한 상태이며 관련해서 7/17 일날 개발팀 임원미팅후

일단 해외 연구소등에 현지인들을 통해서 우리가 정한 방안에 대한 사용성을 확인하려고 합니다.

일단 Kies-아웃룩 sync 기능은 단말의 로컬 폰북과 sync 지원한다.

단말에서 지원하는 다양한 web 계정은 지속적으로 중가되는 상황으로

-> Kies 를 통해 사용자가 선택한 단말의 web 계정을 폰북Kies 폰북기능을 통해 view/edit 기능 지원

-> 단 Web 계정은 아웃룩 sync 기능은 미지원함.

참조하시기 바랍니다.

------- Original Message -------

Sender : 유지연<lindsey.yoo@samsung.com> E4(선임)/선임/선행 UX 개발 Lab(무선)/삼성전자

Date : 2010-07-19 14:39 (GMT+09:00)

Title : Fwd: [UX 혁신, SW 검증, MSC, 개발관리 의견 요청] P1 과제 검영환 전무님 검토 지시한 이슈 전달

2

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969927

S1 UI 담당 임소연 선임 수신인에 첨부합니다.

------- Original Message -------

Sender : 김유신<jang9n.kim@samsung.com> E5(책임)/책임/선행 UX 개발 Lab.(무선)/삼성전자

Date : 2010-07-16 15:20 (GMT+09:00)

Title : [UX 혁신, SW 검증, MSC, 개발관리 의견 요청] P1 과제 김영환 전무님 검토 지시한 이슈 전달

수신 : 수신처 제위

안녕하세요 UX 혁신 TF 검유신 책임 입니다.

김영환 전무님께 의결사항으로 올린 안건중 아래 안건에 대해 실무 Level 에서 검토 후 의견을 달라는 지시가 있었습니다.

이에 내용 공유하고 각 수신인별 의견을 취합하고자 합니다.

본 메일 수신인 께서는 반드시 회신 주시기 부탁드립니다. (가능한 금일 중 회신 부탁드립니다.)

■ 이슈 내용

1) Create Contact 시에 SIM 에 저장할지 폰에 저장할지 Google 계정이 있을 경우 Google 계정에 저장할지, 매번 create contact 할때 마다 물어보게 됩니다.

매번 어디에 저장할지 물어보는것이 번거롭다는 이슈 이구요

■ 제안 내용

1) Create contact 시에 SIM 에 저장하는 기능 삭제

(대신 SIM 에서 연락처를 단말로 import 하는 기능은 제공, 역으로 연락처를 SIM 으로 저장할 경우 뱁도 옵션을 통해 기능 제공 필요)

3

2) 구글 계정이 등록된 이후에는 타 구글로 처럼 연락처 저장시 단말이 아닌 구글 account 로 백업

(대신 구글 account 에서 연락처를 단말로 import 하는 기능은 제공)

구글 계정이 없을 경우에는 지금처럼 폰에 연락 저장.

i-phone 은 Exchange 가 설정되어 있을 경우 기본적으로 Exchange 사용 하고,

nexusone 같은 폰들은 구글 계정 등록 이후에는 연락 생성시 google account 로 백업 됩니다.

결국 아이폰이나, 구글 폰 처럼 단말이 아닌 서버에 연락처를 저장하자는 의견입니다. (디자인, 개발, 선행 UX 동의)

■ 요청 사항

1) 상기 이슈 및 제안내용을 보시고 우려스러운 부분이 있으면 바로 회신 부탁드리겠습니다.

김영환 전무님도 기본적으로는 동의하셨으나, Miss 된 부분이 있는지 우려하고 계십니다.

2) 가장 Critical 한 변수는 Kies 와의 연동 이슈일 것 같습니다. (문봉석 수석님)

Kies 와 당사 단말의 구글 계정 주소록이 서로 연동이 가능한 부분인지 확인 필요할 것 같습니다.

단말에서 수정하여도 kies 가 지원하지 않는다면 큰일이기 때문입니다.

문수석님 검토 부탁드립니다.

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하며
관련 법령에 따라 보호이 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에
포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다.
본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하며 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

4

SAMNDCA10969929

Highly Confidential - Attorneys' Eyes Only

아래 메일을 보시면 홍원표 부사장께서 지인에게 받으신 VOC 메일이 있습니다.

구글폰(S1) 인데도 단말의 주소록과 구글계정의 주소록이 따로 있어서 Kies 와의 연동이 너무 불편하다는 내용입니다.

붉은색 부분을 참조 해 주세요

============================ 아     래 ============================

------- **Original Message** -------

**Sender** : 이철환<chlee@samsung.com> 연구임원(부사장)/실장/개발실(무선)/삼성전자
**Date** : 2010-07-03 10:55 (GMT+09:00)
**Title** : Fwd: Fwd: Galaxy S 후기

다같이 반성해 봅시다

------- **Original Message** -------

**Sender** : 홍원표<wp.hong@samsung.com> 부사장/팀장/상품전략팀(무선)/삼성전자
**Date** : 2010-07-03 01:28 (GMT+09:00)
**Title** : Fwd: Galaxy S 후기

김종인 상무, 김희덕 상무께,

아래 대학교수로 있는 지인께서 Galaxy S 를 구입 3 일간 써보고 보낸 메일입니다.

이 지인은 삼성전자에서 근무한 경험이 있는 분입니다.

상세히 읽어 보시고 다음 MR 시 반영할 수 있는 부분은 반영하십시다.

5

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969930

마치 COO 께서 같은 지적을 할 것 같아 심각히 검토 부탁합니다.

그리고, 매뉴얼 작성 같은 건은 근본적으로 개선해야 겠습니다.

------ Original Message ------

Sender : Min H. Cho 조민형<mhcho@khu.ac.kr>

Date : 2010-07-02 21:30 (GMT+09:00)

Title : Galaxy S 후기

홍원표 부사장께

결국 galaxy S 를 구입하였습니다.
내 체질에는 왠지 아이폰에 대한 거부감이 있을 뿐더러 (물론 정말로 잘 만든 제품이란 것을 부정하지는 않아요.)
삼성에 대한 믿음도 있고, AS 의 대한 장점도 있어서 구입 했습니다.
3 일 동안 아무 일도 못하고 붙들고 놀았습니다.
한 마디로 잘 만들었어요. 괜찮은 제품입니다. 특히, 포장 박스를 품위 있게 만들었군요.
그러나 몇 가지를 지적하지 않을 수 없습니다.

1) 매뉴얼이 형편 없습니다. 도저히 일반 고객을 위한 매뉴얼 같지 않습니다. 이미 사용법을 알고 있는 사람만을 위한 것처럼 보입니다.
나열만 많이 했지, 포장도 영성하고 내용이 없습니다. 그리고 잘 만드는 포장 박스와 디자인의 일관성이 없습니다.

2) 개발자가 초보자를 위해서 여러 앱을 미리 내장하였다고 자랑하던데 그것이 오히려 단점입니다.
쓸데없이 많아서 스마트폰 자체를 무겁고 하여 자금을 않아야할 것이 많은 제품이 아니고 더 많고 또 스마트폰이란 것의 본래 취지 같이 것처럼 작각하게 하고 그래서 매뉴얼이 더 형편없게 느껴집니다.
여지꺼 스마트폰은 한아버지가 한아버지 쓸 제품은 아니고 이는 정도 스마트폰의 용도를 이해하는 사람들만이 고객입니다.
이런 사람들은 내 기계에 넣어 미디 설치해 놓은 것을 매우 싫어합니다.
삼성 PC 를 사면 많은 써구려 프로그램들이 이미 들어있고, 첫번은 그것 지우는 일부터 하는 사람 수두룩 입니다.
엔지니어의 화해 살수는 소비자에게 꼭 필처 놓고 이렇게 많은 기능을 제공한다고 자랑하는 도는 점입니다.
애플은 마보다시 그렇게 안한 것이 아니에요.
하여든 나는 3 일 걸쳐 모두 정리하고 개인적으로 정말로 필요한 앱을 다운받아 설치 했습니다.
그런데 설치되어 있는 많은 앱은 소비자가 지우지 못하게 해놓았군요. 불만입니다.

3) 아이폰을 따라잡을 킬러 소프트웨어가 없습니다. 그러다보니 아이폰을 잘 따라했다는 생각만 듭니다.
킬러가 단 한 개만 있으어도 종을텐데...
삼성이 개발 초기부터 외주 투자로 해결했어야 할 부분입니다. 일반 웹은 앱스토어에 널려있으니 내버려 두고, 진정한 킬러가 필요합니다.

4) 소프트웨어의 일관성이 떨어집니다. (한국의 고질병입니다.)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969931

예를 들면, 줌 화면에서 아이콘으로 편집하는 방법과 메인 메뉴에서 편집하는 방법이 다릅니다.
아마도 두 개를 서로 다른 사람이 만들었을 것입니다.
늘 강조하지만, UI 와 look and feel 은 엔지니어가 디자인하면 안됩니다. 엔지니어는 코딩만 해야 합니다.

5) USB 연결 모드를 KIES 모드와 이동형 디스크 모드, 두 가지로 구분하여 사용자가 고르도록 해놓았습니다.
사용자가 PC 에 연결할 때마다 선택해야 하는데 일반 사용자는 이해하지 못합니다.
USB 를 통해 PC 에 연결하기 위하여 해야하는 일이 너무 많아요.
모든 난데없이 USB 디버깅이 실행된다는 메시지가 나옵니다.
전문가만이 스마트폰을 PC 에 연결해서 쓰지 않습니까.

그런데도 이렇게 복잡하게 해놓고, 디버깅이라는 공학적 용어를 가리낌없이 화면에 띄웁니다.
화면 메시지를 엔지니어가 코딩하면서 즉흥적으로 아무 생각없이 만들었네요.
사용자에게 친하는 메시지는 엔지니어가 작문하면 절대 안됩니다.
환경 설정에 가면 Accessibility 를 접근성이라고 적역해놓았군요. 하하하... (윈도우에서도 그렇죠?)

6) 제일 치명적인 부분입니다.
PC 에서 갤럭시를 관리하는 삼성 고유의 프로그램 KIES 가 매우 조잡하고, 사용법과 용어가 어렵습니다.
버그도 좀 있는 듯하고, 안정성도 매우 떨어집니다. 설치도 오래 걸리고 구동도 느립니다.
특히 전화번호부 프로그램에 문제가 있습니다.
안드로이드폰은 구글과의 동기가 잘됨을 주장합니다. 갤럭시 S 도 예외일 수 없습니다.
실제로 주소록, 일정, 메일 등의 동기가 정말 잘 됩니다.
그런데 갤럭시 S 내부에서는 주소록을 계정으로 나누어 별도로 관리합니다.

나로서는 이해가 안가지만, 구글 계정 주소록과 헨드폰 계정 주소록이 나뉘어 있습니다. 같은 사람이면 전화번호와 이메일 주소가 다를리가 없는데...
구글에서 넘어온 주소는 수정도 못하고, 안정성도 매우 떨어집니다. 헨드폰 계정은 넣고, 헨드폰 계정과는 계정이 넘습니다.
이렇게 해야되다보니 헨드폰 계정 주소록은 구글과 동기가 안되어, Gmail 로 헨드폰의 전화번호를 쉽게 만들이 놓습니다. (제일 이해가 안가는 부분입니다.)
또한 KIES 프로그램에서는 구글 계정 주소록을 아예 보여주도 없습니다.
그래서 아웃룩 프로그램과 동기 시킬 수도 없습니다.
소비자는 도저히 이해가 안가는데 하여튼간에 이렇게 나누어 관리하라고 강요합니다.
그러니 소비자는 구글은 무시로, MS-아웃룩 따로 두벌로 관리해야 합니다. 꼭 같은 전화번호를 헨드폰에 두번 입력해야죠.
정말 엉터리입니다. iTune 프로그램을 보고 배울 점이 많습니다.

결론)
대체로 하드웨어는 우수해 보입니다.
그러나 소프트웨어는 하드웨어를 컵하는 것이 아니라 그 위에 도는 소프트웨어를 이용하는 것입니다.
전반적으로 아이폰의 한계를 넘지 못하고 있습니다.
UI 와 Look and feel 디자인은 엔지니어가 주도했다는 느낌이 많이 듭니다. 그러다보니 아이폰을 흉내내는 것밖에 못합니다.
그리고 KIES 프로그램이 중요한 프로그램을 너무 맞춤 만들었습니다.

앞으로 더 써보고, 필요하다면 더 얘기하겠습니다.
국내에서 대박 났다고, 여기서 만족하면 영원히 2 등입니다.
아이폰이 삼성을 따라하도록 만들어야 하지 않을까요?

7

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969932

그러기 위해서는 0.1%의 사소한 부분까지 반드시 개선해야 합니다.
어떻게 이런 것까지 신경 썼을까라는 생각이 들도록 만들어야 하고, 애플이 가장 잘하는 부분입니다.

**Yoo, Ji Yeon (Lindsey)**

Engineer, Advanced UX R&D Lab.

SAMSUNG ELECTRONICS CO.,LTD

+82-10-2610-9845

lindsey.yoo@samsung.com

애플은 시장 조사를 하지 않는 것으로 유명하다. 스티브 잡스는 이렇게 말했다.

"그레이엄 벨이 전화를 발명할 때 시장 조사를 했는가? 나는 단지 혁신을 바랄 뿐이다."

8

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10969933

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information, otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

SAMNDCA10969934

Highly Confidential - Attorneys' Eyes Only

9