# EXHIBIT 11
# FILED UNDER SEAL

Highly Confidential Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                           CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          A T T O R N E Y S   E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF ANDRE BOULE
20           REDWOOD SHORES, CALIFORNIA
21           WEDNESDAY, OCTOBER 26, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR.
24   CSR LICENSE NO. 9830
25   JOB NO. 42861
```

Highly Confidential Attorneys' Eyes Only

Page 41

1   structured electronic document on the touch screen
2   display, wherein the structured electronic document
3   comprises a plurality of boxes of content."
4        Do you recall any discussions regarding a
5   structured electronic document?
6        MR. BARTLETT:  Objection; calls for a legal
7   conclusion; vague; and asked and answered.
8        THE WITNESS:  Yes.
9        MS. DUCCA:  Okay.
10   Q   Which -- what conversations do you recall
11   regarding structured electronic documents?
12   A   We've had many discussions about displaying
13   web pages, which is an example of, you know, an
14   electronic document comprising a plurality --
15   plural -- sorry -- plurality of boxes, so -- yeah, I'm
16   not sure which conversations you -- you're referring
17   to.
18   Q   And -- well, what is a structured electronic
19   document?
20        MR. BARTLETT:  Objection; calls for a legal
21   conclusion.
22        THE WITNESS:  Yeah, I'm not sure how to
23   describe it more than, you know, the -- the name kind
24   of describes what it is.  It's an electronic document,
25   and it's structured.

Highly Confidential Attorneys' Eyes Only

Page 42

1    MS. DUCCA:  Okay.
2    Q    Can it include a web page?
3    MR. BARTLETT:  Objection; calls for a legal
4    conclusion.
5    THE WITNESS:  I think a web page is an
6    example of a structured electronic document, yes.
7    MS. DUCCA:  Q.  How about a Word document
8    with images embedded?
9    MR. BARTLETT:  Same objections; calls for a
10   legal conclusion.
11   THE WITNESS:  I'm not familiar with the Word
12   document format, but I would presume that, yes, it's a
13   structured electronic document.
14   MS. DUCCA:  Q.  How about a Word document
15   with no images embedded?  Is that a structured
16   electronic document?
17   MR. BARTLETT:  Objection; calls for a legal
18   conclusion.
19   THE WITNESS:  I wouldn't make a distinction
20   between with or without images.
21   MS. DUCCA:  Q.  What about an electronic book
22   or an eBook?  Is that a structured electronic
23   document?
24   MR. BARTLETT:  Objection; calls for a legal
25   conclusion.

Highly Confidential Attorneys' Eyes Only

Page 43

1   THE WITNESS:  As far as my understanding,
2   yes.
3   MS. DUCCA:  Q.  How about a JPEG, an image?
4   MR. BARTLETT:  Objection; calls for a legal
5   conclusion.
6   THE WITNESS:  Well, that -- that might be a
7   little bit more difficult to -- to answer.  But again,
8   it depends on -- it depends on what you mean by
9   "structured electronic document."  There -- there
10  could be different possible interpretations, and that
11  could be one.
12  MS. DUCCA:  Q.  Now, you didn't invent a
13  structured electronic document; did you?
14  MR. BARTLETT:  Objection; vague; calls for a
15  legal conclusion.
16  THE WITNESS:  Which specific structured
17  electronic document are you referring to?
18  MS. DUCCA:  Just a structured electronic
19  document.
20     Q   Did you ever -- did you invent a structured
21  electronic document?
22  MR. BARTLETT:  Objection; vague; calls for a
23  legal conclusion.
24  THE WITNESS:  I probably have over the course
25  of my career.

Page 130

1       CERTIFICATE OF REPORTER

2

3

4       I, ANDREA M. IGNACIO HOWARD, hereby certify

5  that the witness in the foregoing deposition was by me

6  duly sworn to tell the truth, the whole truth, and

7  nothing but the truth in the within-entitled cause;

8

9       That said deposition was taken in shorthand

10 by me, a Certified Shorthand Reporter of the State of

11 California, and was thereafter transcribed into

12 typewriting, and that the foregoing transcript

13 constitutes a full, true and correct report of said

14 deposition and of the proceedings which took place;

15

16      That I am a disinterested person to the said

17 action.

18

19      IN WITNESS WHEREOF, I have hereunto set my

20 hand this 26th day of October, 2011.

21

22      _____

23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25