# EXHIBIT 12
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3                SAN JOSE DIVISION
4
5  APPLE INC., a California corporation,
6
                    Plaintiff,
7
   vs.                              CASE NO.  11-cv-01846-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business
   entity; SAMSUNG ELECTRONICS
10 AMERICA,INC., a New York
   corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited
12 liability company,
13                  Defendants.
   _____/
14
15
16      H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'  E Y E S   O N L Y
18
19   VIDEOTAPED DEPOSITION OF RICHARD WILLIAMSON
20           REDWOOD SHORES, CALIFORNIA
21             FRIDAY, OCTOBER 28, 2011
22
23 BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24 CSR LICENSE NO. 9830
25 JOB NO. 42876

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 66

1   Q   Do you have an engineering -- do you have any
2   independent knowledge of what a structured electronic
3   document is?
4   A   Yes.
5       MR. BARQUIST:  Objection; vague and
6   ambiguous; calls for a legal conclusion.
7       THE WITNESS:  I will not interpret the legal
8   language.  I can tell you about the engineering work.
9       MR. MACK:  Okay.  I'm not asking for the
10  legal interpretation.
11  Q   Just do you have -- have you heard the term
12  structured electronic document used at Apple before?
13  A   I can tell you about the way we talk about
14  structured documents from an engineering perspective
15  and what a structured document is.
16  Q   Okay.  My question was, though, have you
17  heard the term structured electronic document at Apple
18  before?
19      MR. BARQUIST:  Objection.
20      Other than in connection with meetings with
21  counsel, you may answer it.
22      MR. MACK:  Q.  I mean, in your work as an
23  engineer, have you ever heard of the term structured
24  electronic document?
25  A   I use the term structured document a lot,

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 67

1  especially as it relates to the double tap technology
2  that we have.
3      Q   Okay.  And what is a structured document?
4      A   ==A structured document is something that has a==
5  ==visual structure with structurally interesting==
6  ==components.  And there are many examples of a==
7  ==structured document, whether it be a .pdf document==
8  ==with an imposed structure or whether it be a web page==
9  ==with a structure or an .rtf document.  So a structured==
10 ==document is something that, you know, a normal human==
11 ==can look at and identify areas of interest.==
12     Q   Okay.  So would it be safe to say a
13 structured document has some sort of layout associated
14 with it; is that fair?
15         MR. BARQUIST:  Objection; vague and
16 ambiguous.
17         THE WITNESS:  I'm not sure.  I mean, that's
18 different than the definition I just gave you.  So,
19 you know, I think of a structured document more in
20 terms of its visual appearance and having visually
21 interesting elements that you can zoom in to.
22         MR. MACK:  Okay.
23     Q   So would a -- would a plain text document be
24 a structured document?
25         MR. BARQUIST:  Objection; incomplete

Page 68

1   hypothetical; calls for a legal conclusion.
2           THE WITNESS: To the extent that that's a --
3   you know, trying to impose a legal question to me, I'm
4   not sure I'm qualified to answer that.
5           MR. MACK: Yeah, but I'm not asking for the
6   legal definition.
7       Q   Like, would you consider a text document a
8   structured document from the definition you just gave?
9           MR. BARQUIST: Objection; vague and
10  ambiguous; incomplete hypothetical.
11          THE WITNESS: What kind of text document? I
12  mean, you need to be more specific.
13          MR. MACK: Just a -- you know, not a rich
14  format; just a regular form -- regular text document,
15  a .txt file that you're displaying on a screen.
16      Q   Would that -- would you consider that a
17  structured document?
18          MR. BARQUIST: Objection; lacks foundation;
19  vague and ambiguous.
20          THE WITNESS: I mean, it all depends on the
21  context.
22          MR. MACK: Okay.
23      Q   But you gave examples of a web -- you gave
24  examples of some structured documents; correct?
25          And you said a web page is a structured

1       CERTIFICATE OF REPORTER

2

3

4       I, ANDREA M. IGNACIO HOWARD, hereby certify

5   that the witness in the foregoing deposition was by me

6   duly sworn to tell the truth, the whole truth, and

7   nothing but the truth in the within-entitled cause;

8

9       That said deposition was taken in shorthand

10  by me, a Certified Shorthand Reporter of the State of

11  California, and was thereafter transcribed into

12  typewriting, and that the foregoing transcript

13  constitutes a full, true and correct report of said

14  deposition and of the proceedings which took place;

15

16      That I am a disinterested person to the said

17  action.

18

19      IN WITNESS WHEREOF, I have hereunto set my

20  hand this 28th day of October 2011.

21

22      _____

23  ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

24

25