# EXHIBIT 2

# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4    APPLE INC., a California

     corporation,

5

6           Plaintiff,

7    vs.                        Case No. 11-CV-01846-LHK

8    SAMSUNG ELECTRONICS CO., LTD.,

     a Korean business entity;

9    SAMSUNG ELECTRONICS AMERICA,

     INC., a New York corporation;

10   SAMSUNG TELECOMMUNICATIONS

     AMERICA, LLC, a Delaware

11   limited liability company,

12           Defendants.

     ---------------------------------/

13

14

15                   CONFIDENTIAL

16              ATTORNEYS' EYES ONLY

17               OUTSIDE COUNSEL

18      VIDEOTAPED DEPOSITION OF DANIEL COSTER

                San Francisco, California

19            Thursday, October 27, 2011

20

21

22   Reported by:

     LORRIE L. MARCHANT, CSR No. 10523

23                 RPR, CRR, CCRR, CLR

24   JOB NO. 43003

25

Confidential Attorneys' Eyes Only

Page 2

1           October 27, 2011

2             9:57 a.m.

3

4   Videotaped Deposition of

5   DANIEL COSTER, held at the offices of

6   Quinn Emanuel Urquhart & Sullivan,

7   LLP,    50 California Street, 22nd

8   Floor,    San Francisco, California,

9   before Lorrie L. Marchant, a Certified

10   Shorthand Reporter, Registered

11   Professional Reporter, Certified

12   Realtime Reporter, California

13   Certified Realtime Reporter and

14   Certified LiveNote Reporter.

15

16

17

18

19

20

21

22

23

24

25

Confidential Attorneys' Eyes Only

```
 1              A P P E A R A N C E S:
 2    FOR THE PLAINTIFF APPLE INC.:
 3        MORRISON & FOERSTER, LLP
          BY:  MATTHEW I. KREEGER, ESQ.
 4        425 Market Street
          San Francisco, California 94105-2482
 5        Phone:  (415)268-6538
          Fax:  (415) 268-7522
 6        e-mail:  mkreeger@mofo.com
 7    FOR THE DEFENDANTS SAMSUNG:
 8        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY:  MICHAEL ZELLER, ESQ.
 9        865 S. Figueroa Street, 10th Floor
          Los Angeles, California 90017
10        Phone:  (213) 443-3000
          Fax:  (213) 443-3100
11        e-mail:  michaelzeller@quinnemanuel.com
      and
12        BY:  SCOTT C. HALL, ESQ.
          555 Twin Dolphin Drive, 5th Floor
13        Redwood Shores, California 94065
          Phone:  (650) 801-5000
14        Fax:  (650) 801-5100
          e-mail:  scotthall@quinnemanuel.com
15
16    ALSO PRESENT:
17        David Edward Melaugh
              Apple Principal Counsel Litigation
18        Jake Krohn, Videographer
19                    ---oOo---
20
21
22
23
24
25
```

Confidential Attorneys' Eyes Only

Page 4

1          THE VIDEOGRAPHER:  This is the start of

2    tape labeled No. 1 of the videotaped deposition of

3    Daniel Coster in the matter Apple Inc., versus

4    Samsung Electronics Company, Limited, et al., in the

5    United States District Court, Northern District of

6    California, San Jose Division.  No. 11-CV-01846-LHK.

7          This deposition is being held at

8    50 California Street, 22nd Floor, San Francisco,

9    California, on October 27th, 2011, at approximately

10   9:57.

11         My name is Jake Krohn from TSG Reporting,

12   Inc., and I am the legal video specialist.  The

13   court reporter is Lorrie Marchant, in association

14   with TSG Reporting.

15         Will counsel please introduce yourself.

16         MR. ZELLER:  Mike Zeller for Samsung.

17         MR. HALL:  Scott Hall for Samsung.

18         MR. KREEGER:  Matthew Kreeger, Morrison &

19   Foerster, for Apple and the witness.  With me is

20   David Melaugh from Apple.

21         THE VIDEOGRAPHER:  Will the court reporter

22   please swear in the witness.

23         THE REPORTER:  Do you solemnly swear or

24   affirm under the penalties of perjury that the

25   testimony you are about to offer will be the truth,

Confidential Attorneys' Eyes Only

Page 5

1    the whole truth and nothing but the truth?

2              THE WITNESS:   I do.

3                  EXAMINATION BY MR. ZELLER

4              BY MR. ZELLER:

5       Q.    Good morning.   If you could please state

6    and spell your full name for the record.

7       A.    Daniel John Coster.   D-A-N-I-E-L, J-O-H-N,

8    C-O-S-T-E-R.

9       Q.    And where do you currently reside?

10      A.    756 Church Street, San Francisco,

11   California.

12      Q.    And what is your current business address?

13   What is your current business address?

14      A.    Apple, Inc.   One Infinite Loop, Cupertino,

15   California.

16      Q.    And how long have you worked for Apple?

17      A.    Nearly 17 years.

18      Q.    And you're an industrial designer?

19      A.    Yes.

20      Q.    Have you had that position the whole time

21   you've been with Apple?

22      A.    Yes.

23      Q.    Back when you started working for Apple,

24   about 17 years ago, who did you report to?

25              (Discussion off the record.)

Confidential Attorneys' Eyes Only

Page 30

1      A.   Again, I can't interpret that from here.

2      Q.   Do you have an under -- well, I'm sorry.

3   Strike that.

4           Does the design that's shown here in the

5   '889 design patent show or depict any vents?  And

6   for the record, I'm saying V-E-N-T-S.

7      A.   Again, I'm sorry.  The -- the drawing

8   depicts the design, so it's hard for me to give you

9   specific feedback.

10     Q.   Going back for a moment to that thicker,

11  darker line that's part of Figure 1 --

12     A.   Okay.

13     Q.   -- do you know whether that darker, thicker

14  line depicts a gap or a groove?

15     A.   No, I don't.

16     Q.   Do you know whether that darker, thicker

17  line depicts an area where there were vents?

18     A.   So what was the question again?  Sorry.

19     Q.   Do you know whether that darker, thicker

20  line in Figure 1 depicts where there were vents?

21     A.   No, I don't know.

22     Q.   Your counsel has brought a couple of tablet

23  mockups that I have a few questions about for you.

24          Why don't we start with the larger one.

25          And for the record, I'm -- I'm showing you

Confidential Attorneys' Eyes Only

Page 31

1    the three-dimensional mockup of -- of a -- of a

2    tablet computer design.  And this particular one is

3    the one with the -- what sometimes people refer to

4    as the "30-point connector" and then the single hole

5    as a -- on one of the sides.

6              So if I can hand that to you, please.  And

7    if you can take a look at the physical mockup, I'd

8    appreciate it.

9              And for the record, I'm going to hand you

10   what was previously marked as Exhibit 842, which is

11   a -- which is two pages of photographs with some

12   closeups of one of the mockups.

13             So first, directing your attention to the

14   physical mockup that you have in front of you, the

15   three-dimensional object --

16        A.   Yes.

17        Q.   -- had you seen that before today?

18        A.   Yes.

19        Q.   And did you see that in the course of your

20   work there at Apple?

21        A.   Correct.

22        Q.   Did you see that in the course of working

23   on the design that's shown here in the '889 design

24   patent?

25        A.   Yes.

Confidential Attorneys' Eyes Only

Page 32

1    Q.   Is -- is the mockup of the tablet that you

2    have in front of you the -- the design that's shown

3    in the '889 design patent?

4    A.   I believe so.

5    Q.   And directing your attention to what we

6    marked as Exhibit 842, which are the two pages of

7    photographs --

8    A.   Yes.

9    Q.   -- and these -- these are closeups of

10   that -- the mockup that you have in front of you.

11   A.   Okay.

12   Q.   And you'll see that there are -- those --

13   those arrows with the Letter A on both pages.

14        Do you see that?

15   A.   Yes.

16   Q.   And where those arrows are pointing and

17   labeled A, are those vents?

18   A.   Unfortunately, I -- I don't know.  They

19   look pretty, but I'm -- I'm -- I don't know if they

20   are vents or not.

21   Q.   And just if you could take a look at the

22   second page to satisfy yourself and be sure.  And

23   I'm referring to the second page of Exhibit 842, the

24   photographs.

25   A.   Thank you.

Confidential Attorneys' Eyes Only

Page 61

1          THE VIDEOGRAPHER:  This is the end of
2   Tape 1 and the deposition of Daniel Coster on
3   October 27, 2011.  The time is 11:51.  We are off
4   the record.
5          (Time noted:  11:51 a.m.)
6                  ---oOo---
7
8
9                    _____
                    DANIEL COSTER
10
11      Subscribed and sworn to
        before me this     day
12      of          2011.
13
        _____
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 62

1                    CERTIFICATE

2

    STATE OF CALIFORNIA  )

3                        :  ss

    COUNTY OF SONOMA     )

4

5       I, Lorrie L. Marchant, a Certified Shorthand

6   Reporter, a Registered Professional Reporter, a

7   Certified Realtime Reporter, and a Certified

8   Realtime Professional within and for the State of

9   California, do hereby certify:

10      That DANIEL COSTER, the witness whose

11  deposition is herein set forth, was duly

12  sworn/affirmed by me and that such deposition is a

13  true record of the testimony given by such witness.

14      I further certify that I am not related to any

15  of the parties to this action by blood or marriage

16  and that I am in no way interested in the outcome of

17  this matter.

18      In witness whereof, I have hereunto set my hand

19  this 27th day of October, 2011.

20

21

22

23      ------------------------------------------------

        LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR

24      CSR No. 10523

25