# EXHIBIT 3

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 1

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4
5   APPLE INC., a California corporation,
6
        Plaintiff,
7
    vs.                              CASE NO.  11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13      Defendants.
    _____/
14
15
16     H I G H L Y   C O N F I D E N T I A L
17       A T T O R N E Y S'   E Y E S   O N L Y
18
19    VIDEOTAPED DEPOSITION OF DOUGLAS SATZGER
20         REDWOOD SHORES, CALIFORNIA
21          TUESDAY, NOVEMBER 8, 2011
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 42999

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 2

1        TUESDAY, NOVEMBER 8, 2011
2              9:30  a.m.
3
4
5
6   VIDEOTAPED DEPOSITION OF DOUGLAS SATZGER,
7   taken at QUINN EMANUEL URQUHART &
8   SULLIVAN, LLP, 555 Twin Dolphin Drive,
9   Suite 560, Redwood Shores, California,
10  Pursuant to Notice, before me,
11  ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
12  CSR License No. 9830.
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 3

1  A P P E A R A N C E S:

2

3

4      FOR APPLE INC.:

5      MORRISON & FOERSTER

6      By:  RICHARD HUNG, Esq.

7      425 Market Street

8      San Francisco, California 94105

9

10

11

12

13     FOR THE DEPONENT:

14     COOPER & SCULLY

15     By:  DEREK DAVIS, R.PH., J.D.

16     100 California Street

17     San Francisco, California 94111

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 4

1  A P P E A R A N C E S:  (Continued.)
2
3
   FOR SAMSUNG ELECTRONICS CO. LTD:
4    QUINN EMANUEL URQUHART & SULLIVAN
5    By:  MICHAEL ZELLER, Esq.
6  SCOTT HALL, Esq.
7    865 South Figueroa Street
8    Los Angeles, California 90017
9
10
11
12
   ALSO PRESENT:  Alan Dias, Videographer
13
   Erica Tierney, Apple, Inc.
14
15            ---oOo---
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 5

1      REDWOOD SHORES, CALIFORNIA

2      TUESDAY, NOVEMBER 8, 2011

3      9:30 a.m.

4

5

6

7      THE VIDEOGRAPHER:  Good morning.  This is the
8  start of Disc No. 1 of the videotaped deposition of
9  Douglas Satzger in the matter of Apple, Inc., versus
10 Samsung Electronics.
11      In the United States District Court, Northern
12 District of California, San Jose Division.  Case
13 No. 511-cv-01846.
14      We are located today at 555 Twin Dolphin
15 Drive in the city of Redwood Shores, California.
16 Today is November 8, 2011, and the time is 9:30 a.m.
17      My name is Alan Dias from TSG Reporting.
18 Here with me is Andrea Ignacio, also from TSG
19 Reporting.
20      Counsel, would you please identify yourselves
21 for the record.
22      MR. ZELLER:  Mike Zeller for Samsung.
23      MR. HALL:  Scott Hall for Samsung.
24      MR. DAVIS:  Derek Davis here for the witness.
25      MR. HUNG:  Richard Hung, Morrison & Foerster,

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 6

1  for Apple, Inc.
2          MS. TIERNEY:  Erica Tierney, Apple, Inc.
3          THE VIDEOGRAPHER:  Will the court reporter
4  please swear in the witness.
5
6                  DOUGLAS SATZGER,
7          having been sworn as a witness,
8          by the Certified Shorthand Reporter,
9                 testified as follows:
10
11
12              EXAMINATION BY MR. ZELLER
13          MR. ZELLER:  Q.  Good morning.
14      A   Good morning.
15      Q   If you could please tell us your full name
16  for the record.
17      A   Douglas Bernard Satzger.
18      Q   And have you ever gone by any other name?
19      A   No.
20      Q   You are currently employed?
21      A   No.
22      Q   When were you last employed?
23      A   Last day at HP was September 19th.
24      Q   Of this year?
25      A   Yes.  Sorry.  2011.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 36

1    A    When building a mockup for a concept, we
2  would try to represent a very neutral color palette
3  that would simulate the materials that we would
4  potentially use, but not distract from the design
5  qualities, the aesthetic product --
6    Q    Oh, I see.  So the --
7    A    -- many times.
8    Q    -- so generally speaking, the goal was that
9  the mockup was to simulate the materials that would be
10 involved, but not the color itself?
11          MR. HUNG:  Objection; vague.
12          THE WITNESS:  Yes.
13          MR. ZELLER:  All right.
14          Do you have the 035 mockup?
15          MR. HUNG:  No.
16          MR. ZELLER:  Okay.
17          MR. HUNG:  I didn't actually -- we didn't
18 receive an e-mail, I think, asking us to bring it to
19 this depo.
20          MR. ZELLER:  We've asked for it to be
21 available for all of the interim depositions.
22          Do you have these?
23          MR. HALL:  Yes.
24          Would you please mark as Exhibit 1173 a
25 multipage document consisting of photographs of the --

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 37

1   what people call the 035 mockup.
2           (Document marked Exhibit 1173
3            for identification.)
4           MR. ZELLER:  All right.
5       Q   And so you know, what we've marked as
6   Exhibit 1173 are photographs of a mockup -- an Apple
7   mockup that has generally been identified as the 035
8   mockup.
9       A   Uh-huh, yes.
10      Q   And based on these photographs, are you able
11  to tell me whether this is a mockup you recall?
12      A   Yes.
13      Q   And is this something that you worked on when
14  you were at Apple?
15      A   Yes.
16      Q   With respect to the 035 mockup, was that in
17  connection with the design that's shown here in the
18  '889 design patent?
19      A   Yes.
20      Q   Is the 035 mock-up, that's depicted in
21  these -- these photographs, the design that is
22  depicted here in the '889 design patent?
23          MR. HUNG:  Objection; calls for a legal
24  conclusion; foundation.
25          MR. DAVIS:  Calls for speculation.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 38

1  THE WITNESS: Based on what I know, yes.
2  MR. ZELLER: Q. Was the 035 mock-up of the
3  tablet computer design one that you worked on
4  simulating the materials for?
5  A  Yes.
6  Q  Do you recall what you did any more
7  specifically on the 035 mockup?
8  A  Gave a general spec for color callouts.
9  Q  And please tell me what that means.
10  A  The lead designer would prepare a file for a
11  model maker to build a physical model, and along with
12  that file would be a color specification document.
13  Part A is color A. Part B is color B.
14  Q  The file that you were --
15  A  Specs.
16  Q  Oh, I'm sorry. I didn't mean to cut you off.
17  A  Part of the specification.
18  Q  The file that you were referring to is a
19  computer file for the model build?
20  A  The file for a -- for the CAD document is a
21  computer file. The file for a color spec within Apple
22  was a handwritten document with bullet points or
23  balloons pointing at different parts.
24  Q  Was the handwritten document then given to
25  the -- the model makers?

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 102

1        J U R A T
2
3
4   I, DOUGLAS SATZGER, do hereby certify
5   under penalty of perjury that I have read the
6   foregoing transcript of my deposition taken
7   on November 8, 2011; that I have made such
8   corrections as appear noted herein in ink,
9   initialed by me; that my testimony as
10  contained herein, as corrected, is true and
11  correct.
12
13
14  DATED this 21 day of NOVEMBER, 2011,
15  at 225 ARDEN RD. MENLO PARK California.
16
17
18
19
20           DOUGLAS SATZGER
21
22
23
24
25

TSG Reporting - Worldwide   877-702-9580

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 103

1       CERTIFICATE OF REPORTER

4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;

9       That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;

16      That I am a disinterested person to the said
17 action.

19      IN WITNESS WHEREOF, I have hereunto set my
20 hand this 8th day of November, 2011.

22      _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830