# Exhibit 2

# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only                    APLNDC-Y0000149044


Highly Confidential - Attorneys' Eyes Only       APLNDC-Y0000149045