# Exhibit 3

# Filed Under Seal



Highly Confidential - Attorneys' Eyes Only          APLNDC-Y0000149048



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000149049