# Exhibit 4

# Filed Under Seal

# STRINGER EXHIBIT 7

## FILED UNDER SEAL



AliasDesign
Autodesk Alias Design 2012 - q79_pebble4_0325wire : "/Volumes/Source/Pre 2004 Tablet Files/Fred Simon/q79/wire/q79_pebble4_0325.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
object
Alt Shift LEFT( tumble ) MIDDLE( track ) RIGHT( dolly )
Category
DefaultLayer
components
old top
old bot
old core
sectfred
top
crvs
#10
aluminum corner
aluminum two
aluminum three
new top
Persp [Camera] mm 100000
Show
BACK


AliasDesign
Autodesk Alias Design 2012 – q79_pebble4_0325wire : "/Volumes/Source/Pre 2004 Tablet Files/Fred Simon/q79/wire/q79_pebble4_0325.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
object
Alt Shift LEFT( tumble ) MIDDLE( track ) RIGHT( dolly )
Category
DefaultLayer
components
old top
old bot
old core
sectfred
top
crvs
#10
aluminum corner
aluminum two
Persp [Camera] ↔ mm 100000


Autodesk Alias Design 2012 – q79_pebble4_0325wire : "/Volumes/Source/Pre 2004 Tablet Files/Fred Simon/q79/wire/q79_pebble4_0325.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
Top[Camera]
Bottom[Camera#2]
Back [Camera#3]
Right[Camera#4]
Left[Camera#5]
Front[Camera#6]
Ready

wire

DEVICES
iDisk
MBP-07
BOOTCAMP
Source

PLACES
Desktop
R01
Applications
Documents

SEARCH FOR
Today
Yesterday
Past Week
All Images
All Movies
All Documents

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| q79_pebble2_c_0302.wire | Mar 3, 2004 4:08 PM | 803 KB | AliasWireFile |
| q79_pebble3_a_0311.wire | Mar 11, 2004 3:03 PM | 1.6 MB | AliasWireFile |
| q79_pebble3_a_0315.wire | Mar 15, 2004 1:44 PM | 1.7 MB | AliasWireFile |
| q79_pebble3_a_0316.wire | Mar 16, 2004 2:19 PM | 1.1 MB | AliasWireFile |
| q79_pebble4_0325.wire | Mar 25, 2004 11:00 AM | 6.4 MB | AliasWireFile |
| q79_pebble4_0326.wire | Mar 26, 2004 11:00 AM | 6.5 MB | AliasWireFile |
| q79_pebble18_0318.wire | Mar 18, 2004 3:26 PM | 1.5 MB | AliasWireFile |
| q79_pebble18_0319.wire | Mar 19, 2004 10:52 AM | 803 KB | AliasWireFile |
| q79_stand_0119.wire | Jan 19, 2004 1:56 PM | 188 KB | AliasWireFile |
| q79_stand_a_0119.wire | Jan 19, 2004 3:18 PM | 225 KB | AliasWireFile |
| q79_stand_b_0119.wire | Jan 20, 2004 9:20 AM | 156 KB | AliasWireFile |
| q79_tab_0505.wire | May 5, 2004 10:59 AM | 1.7 MB | AliasWireFile |
| q79_two_0119.wire | Jan 19, 2004 1:20 PM | 848 KB | AliasWireFile |
| q79_two_b_0119.wire | Jan 19, 2004 2:13 PM | 618 KB | AliasWireFile |
| q79_wadge_021.wire | Feb 19, 2004 2:26 PM | 115 KB | AliasWireFile |
| q79_wadge_a_021.wire | Feb 19, 2004 2:35 PM | 164 KB | AliasWireFile |
| q79_wide_0505.wire | May 5, 2004 5:15 PM | 1.6 MB | AliasWireFile |
| _m.saved | Mar 11, 2004 10:07 AM | 1.5 MB | Unix E...le File |
| _m.saved_fredfootwire | Jan 23, 2004 2:43 PM | 70 KB | Unix E...le File |
| _m.saved_q79_104model_0119bwire | Jan 20, 2004 12:28 PM | 406 KB | Unix E...le File |
| _m.saved_q79_a_0116wire | Jan 20, 2004 12:28 PM | 606 KB | Unix E...le File |
| _m.saved_q79_boat2_0308wire | Mar 8, 2004 1:00 PM | 5.7 MB | Unix E...le File |
| _m.saved_q79_corner_a_0130wire | Feb 4, 2004 2:56 PM | 1.2 MB | Unix E...le File |
| _m.saved_q79_peak_c_0123wire | Feb 4, 2004 2:56 PM | 1.3 MB | Unix E...le File |
| _m.saved_q79_pebble_0218wire | Feb 19, 2004 3:57 PM | 434 KB | Unix E...le File |
| _m.saved_q79_pebble2_0304wire | Mar 8, 2004 1:00 PM | 1.5 MB | Unix E...le File |
| _m.saved_q79_wadge_a_021wire | Feb 19, 2004 3:57 PM | 152 KB | Unix E...le File |
| _m.saved_q79121glasstwin0122wire | Jan 23, 2004 2:43 PM | 45 KB | Unix E...le File |
| _m.saved_q79121tab0122wire | Jan 23, 2004 2:51 PM | 4 KB | Unix E...le File |
| _m.saved_render1wire | Jan 20, 2004 12:28 PM | 20 KB | Unix E...le File |
| packaging_a-0211.wire.ICON | Feb 11, 2004 2:18 PM | 4 KB | Unix E...le File |
| packaging_b-0211.wire.ICON | Feb 11, 2004 3:19 PM | 4 KB | Unix E...le File |
| q79_15a_0203.igs | Feb 3, 2004 9:33 AM | 459 KB | Unix E...le File |
| q79_15b_0204.igs | Feb 4, 2004 2:27 PM | 647 KB | Unix E...le File |
| q79_15c_0216.igs | Feb 16, 2004 9:46 AM | 1.1 MB | Unix E...le File |
| q79_17_a_0323.wire.ICON | Mar 23, 2004 12:45 PM | 4 KB | Unix E...le File |
| q79_17_a.wire.ICON | Mar 23, 2004 10:13 AM | 4 KB | Unix E...le File |
| q79_17_b_0323.wire.ICON | Mar 23, 2004 3:55 PM | 4 KB | Unix E...le File |
| q79_0116.wire.ICON | Jan 16, 2004 12:55 PM | 4 KB | Unix E...le File |
| q79_a_0116.wire.ICON | Jan 16, 2004 3:28 PM | 4 KB | Unix E...le File |
| q79_a_0117.wire.ICON | Jan 19, 2004 9:32 AM | 4 KB | Unix E...le File |
| q79_ball_a_0122.wire.ICON | Jan 22, 2004 2:50 PM | 4 KB | Unix E...le File |
| q79_boat_0223.wire.ICON | Feb 23, 2004 3:22 PM | 4 KB | Unix E...le File |
| q79_boat_0224.igs | Feb 24, 2004 4:02 PM | 668 KB | Unix E...le File |
| q79_boat_0224.wire.ICON | Feb 24, 2004 1:39 PM | 4 KB | Unix E...le File |
| q79_boat_a_0224.wire.ICON | Feb 24, 2004 4:03 PM | 4 KB | Unix E...le File |
| q79_boat2_0308.igs | Mar 8, 2004 9:42 AM | 12.5 MB | Unix E...le File |
| q79_boat2_0308.wire.ICON | Mar 8, 2004 9:43 AM | 4 KB | Unix E...le File |
| q79_boat2_a_0304.wire.ICON | Mar 4, 2004 9:31 AM | 4 KB | Unix E...le File |
| q79_boat2_a_0305.wire.ICON | Mar 5, 2004 1:21 PM | 4 KB | Unix E...le File |
| q79_boat2_b_0304.wire.ICON | Mar 4, 2004 3:50 PM | 4 KB | Unix E...le File |
| q79_boat2_b_0305.wire.ICON | Mar 5, 2004 4:04 PM | 4 KB | Unix E...le File |
| q79_carlos.wire.ICON | Mar 24, 2004 9:10 AM | 4 KB | Unix E...le File |
| q79_comps_0116.wire.ICON | Jan 16, 2004 8:55 AM | 4 KB | Unix E...le File |
| q79_corner_2_0325.igs | Mar 25, 2004 11:02 AM | 74 KB | Unix E...le File |
| q79_corner_3_0325.igs | Mar 25, 2004 11:03 AM | 53 KB | Unix E...le File |
| q79_corner_0128.wire.ICON | Jan 28, 2004 12:53 PM | 4 KB | Unix E...le File |

1 of 221 selected, 307.74 GB available