Exhibit 5

Filed Under Seal

# STRINGER EXHIBIT 8
## FILED UNDER SEAL





| Name | Date Modified | Size | Kind |
|---|---|---|---|
| q79_flat_a_0121.wire | Jan 21, 2004 3:47 PM | 627 KB | AliasWireFile |
| q79_flat_a_0122.wire | Jan 22, 2004 10:18 AM | 598 KB | AliasWireFile |
| q79_foot_0317.wire | Mar 17, 2004 2:11 PM | 1.1 MB | AliasWireFile |
| q79_modl_0326.wire | Mar 26, 2004 2:41 PM | 1 MB | AliasWireFile |
| q79_one_0119.wire | Jan 19, 2004 9:53 AM | 434 KB | AliasWireFile |
| q79_pattern_0329.wire | Mar 30, 2004 8:22 AM | 26.5 MB | AliasWireFile |
| q79_pattern_0330.wire | Mar 30, 2004 9:56 AM | 2.7 MB | AliasWireFile |
| q79_pattern_0413.wire | Apr 13, 2004 2:09 PM | 5.8 MB | AliasWireFile |
| q79_peak_0204.wire | Feb 4, 2004 2:27 PM | 1.3 MB | AliasWireFile |
| q79_peak_a_0122.wire | Jan 22, 2004 4:02 PM | 365 KB | AliasWireFile |
| q79_peak_a_0123.wire | Jan 26, 2004 1:05 PM | 799 KB | AliasWireFile |
| q79_peak_a_0203.wire | Feb 3, 2004 2:58 PM | 1.1 MB | AliasWireFile |
| q79_peak_b_0123.wire | Jan 26, 2004 3:11 PM | 1.1 MB | AliasWireFile |
| q79_peak_b_0203.wire | Feb 3, 2004 3:41 PM | 1.1 MB | AliasWireFile |
| q79_peak_c_0123.wire | Jan 26, 2004 3:16 PM | 1.3 MB | AliasWireFile |
| q79_peak_c_0204.wire | Feb 4, 2004 3:51 PM | 1.5 MB | AliasWireFile |
| q79_peak_ren_0123.wire | Jan 26, 2004 3:23 PM | 1.6 MB | AliasWireFile |
| q79_peak_ren_0127.wire | Jan 27, 2004 1:06 PM | 1.8 MB | AliasWireFile |
| q79_pebble_0217.wire | Feb 17, 2004 3:51 PM | 414 KB | AliasWireFile |
| q79_pebble_0218.wire | Feb 19, 2004 12:56 PM | 434 KB | AliasWireFile |
| q79_pebble_0220.wire | Feb 20, 2004 11:36 AM | 549 KB | AliasWireFile |
| q79_pebble_0223.wire | Feb 23, 2004 10:25 AM | 377 KB | AliasWireFile |
| q79_pebble2_0301.wire | Mar 1, 2004 1:32 PM | 451 KB | AliasWireFile |
| q79_pebble2_0304.wire | Mar 4, 2004 9:08 AM | 1.1 MB | AliasWireFile |
| q79_pebble2_0308.wire | Mar 8, 2004 10:38 AM | 1.2 MB | AliasWireFile |
| q79_pebble2_a_0301.wire | Mar 2, 2004 8:44 AM | 471 KB | AliasWireFile |
| q79_pebble2_a_0302.wire | Mar 2, 2004 10:33 AM | 459 KB | AliasWireFile |
| q79_pebble2_a_0308.wire | Mar 8, 2004 11:12 AM | 1.5 MB | AliasWireFile |
| q79_pebble2_B_0302.wire | Mar 2, 2004 3:56 PM | 594 KB | AliasWireFile |
| q79_pebble2_b_0308.wire | Mar 8, 2004 4:03 PM | 1.5 MB | AliasWireFile |
| q79_pebble2_b_0309.wire | Mar 9, 2004 9:22 AM | 1.5 MB | AliasWireFile |
| q79_pebble2_c_0302.wire | Mar 3, 2004 4:08 PM | 803 KB | AliasWireFile |
| q79_pebble3_a_0311.wire | Mar 11, 2004 3:03 PM | 1.6 MB | AliasWireFile |
| q79_pebble3_a_0315.wire | Mar 15, 2004 1:44 PM | 1.7 MB | AliasWireFile |
| q79_pebble3_a_0316.wire | Mar 16, 2004 2:19 PM | 1.1 MB | AliasWireFile |
| q79_pebble4_0325.wire | Mar 25, 2004 11:00 AM | 6.4 MB | AliasWireFile |
| q79_pebble4_0326.wire | Mar 26, 2004 11:00 AM | 6.5 MB | AliasWireFile |
| q79_pebble18_0318.wire | Mar 18, 2004 3:26 PM | 1.5 MB | AliasWireFile |
| q79_pebble18_0319.wire | Mar 19, 2004 10:52 AM | 803 KB | AliasWireFile |
| q79_stand_0119.wire | Jan 19, 2004 1:56 PM | 188 KB | AliasWireFile |
| q79_stand_a_0119.wire | Jan 19, 2004 3:18 PM | 225 KB | AliasWireFile |
| q79_stand_b_0119.wire | Jan 20, 2004 9:20 AM | 156 KB | AliasWireFile |
| q79_tab_0505.wire | May 5, 2004 10:59 AM | 1.7 MB | AliasWireFile |
| q79_two_0119.wire | Jan 19, 2004 1:20 PM | 848 KB | AliasWireFile |
| q79_two_b_0119.wire | Jan 19, 2004 2:13 PM | 618 KB | AliasWireFile |
| q79_wadge_021.wire | Feb 19, 2004 2:26 PM | 115 KB | AliasWireFile |
| q79_wadge_a_021.wire | Feb 19, 2004 2:35 PM | 164 KB | AliasWireFile |
| q79_wide_0505.wire | May 5, 2004 5:15 PM | 1.6 MB | AliasWireFile |
| _m.saved | Mar 11, 2004 10:07 AM | 1.5 MB | Unix E…le File |
| _m.saved_fredfootwire | Jan 23, 2004 2:43 PM | 70 KB | Unix E…le File |
| _m.saved_q79_104model_0119bwire | Jan 20, 2004 12:28 PM | 406 KB | Unix E…le File |
| _m.saved_q79_a_0116wire | Jan 20, 2004 12:28 PM | 606 KB | Unix E…le File |
| _m.saved_q79_boat2_0308wire | Mar 8, 2004 1:00 PM | 5.7 MB | Unix E…le File |
| _m.saved_q79_corner_a_0130wire | Feb 4, 2004 2:56 PM | 1.2 MB | Unix E…le File |
| _m.saved_q79_peak_c_0123wire | Feb 4, 2004 2:56 PM | 1.3 MB | Unix E…le File |
| _m.saved_q79_pebble_0218wire | Feb 19, 2004 3:57 PM | 434 KB | Unix E…le File |
| _m.saved_q79_pebble2_0304wire | Mar 8, 2004 1:00 PM | 1.5 MB | Unix E…le File |

1 of 221 selected, 307.74 GB available