Exhibit 6

Filed Under Seal

# STRINGER EXHIBIT 9
## FILED UNDER SEAL









Pre 2004 Tablet Files

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| Fred Simon | Jul 22, 2011 2:45 PM | -- | Folder |
| q79 | Jul 27, 2011 2:56 PM | -- | Folder |
| tab | Jul 27, 2011 4:05 PM | -- | Folder |
| anim | Jun 2, 2003 5:08 PM | -- | Folder |
| misc_data | Jun 2, 2003 5:08 PM | -- | Folder |
| option | Jun 2, 2003 5:08 PM | -- | Folder |
| plot | Jun 2, 2003 5:08 PM | -- | Folder |
| rib | Jun 2, 2003 5:08 PM | -- | Folder |
| rdl | Jun 2, 2003 5:08 PM | -- | Folder |
| shader | Jun 2, 2003 5:08 PM | -- | Folder |
| sla | Jun 2, 2003 5:08 PM | -- | Folder |
| canvas | Jun 2, 2003 5:08 PM | -- | Folder |
| cloud | Jun 2, 2003 5:08 PM | -- | Folder |
| depth | Jun 2, 2003 5:08 PM | -- | Folder |
| environment | Jun 2, 2003 5:08 PM | -- | Folder |
| light | Jun 2, 2003 5:08 PM | -- | Folder |
| stageset | Jun 2, 2003 5:08 PM | -- | Folder |
| texture | Jun 2, 2003 5:08 PM | -- | Folder |
| pix | Jul 20, 2011 10:56 AM | -- | Folder |
| wire | Aug 1, 2011 4:17 PM | -- | Folder |
| tablet_0903.wire | Sep 3, 2003 4:55 PM | 930 KB | AliasWireFile |
| tablet_0903.wire.ICON | Sep 3, 2003 4:55 PM | 4 KB | Unix E...le File |
| tablet_twin1_0904.igs | Sep 4, 2003 3:01 PM | 844 KB | Unix E...le File |
| tablet_twin2_0904.igs | Sep 4, 2003 3:02 PM | 782 KB | Unix E...le File |
| tablet_alum_0904.igs | Sep 4, 2003 3:53 PM | 909 KB | Unix E...le File |
| tablet_0904.wire | Sep 4, 2003 4:00 PM | 1.5 MB | AliasWireFile |
| tablet_0904.wire.ICON | Sep 4, 2003 4:00 PM | 4 KB | Unix E...le File |
| tablet_twin2_0905.igs | Sep 5, 2003 12:51 PM | 819 KB | Unix E...le File |
| tablet_0905.wire | Sep 5, 2003 1:14 PM | 1.5 MB | AliasWireFile |
| tablet_0905.wire.ICON | Sep 5, 2003 1:14 PM | 4 KB | Unix E...le File |
| tablet_0909.igs | Sep 9, 2003 4:24 PM | 463 KB | Unix E...le File |
| **q79** | **May 4, 2004 2:46 PM** | **1?.8 KB** | **AliasWireFile** |
| tab_0504.wire.ICON | May 4, 2004 2:46 PM | 8 KB | Unix E...le File |
| Irene Chan-Jones | Aug 1, 2011 3:40 PM | -- | Folder |
| q79 | Jul 27, 2011 4:17 PM | -- | Folder |
| anim | Jan 8, 2004 3:37 PM | -- | Folder |
| canvas | Jan 8, 2004 3:37 PM | -- | Folder |
| cloud | Jan 8, 2004 3:37 PM | -- | Folder |
| depth | Jan 8, 2004 3:37 PM | -- | Folder |
| environment | Jan 8, 2004 3:37 PM | -- | Folder |
| mask | Jan 8, 2004 3:37 PM | -- | Folder |
| misc_data | Jan 8, 2004 3:37 PM | -- | Folder |
| option | Jan 8, 2004 3:37 PM | -- | Folder |
| rib | Jan 8, 2004 3:37 PM | -- | Folder |
| rdl | Jan 8, 2004 3:37 PM | -- | Folder |
| sla | Jan 8, 2004 3:37 PM | -- | Folder |
| stageset | Jan 8, 2004 3:37 PM | -- | Folder |
| texture | Jan 8, 2004 3:37 PM | -- | Folder |
| plot | Jan 29, 2004 9:47 AM | -- | Folder |
| q79_load_options.def.bkm | Feb 10, 2004 10:42 AM | 4 KB | Unix E...le File |
| PD_master | Feb 10, 2004 9:21 PM | -- | Folder |
| q79_pd_master0116.wire | Jan 16, 2004 10:39 AM | 2.5 MB | AliasWireFile |
| q79_pd_master0116.wire.ICON | Jan 16, 2004 10:39 AM | 4 KB | Unix E...le File |
| q79-lcd_hydis_104-02.wire | Jan 27, 2004 12:50 PM | 1.9 MB | AliasWireFile |
| q79-lcd_hydis_104-02.wire.ICON | Jan 27, 2004 12:50 PM | 4 KB | Unix E...le File |
| q79_104_stack_0127.wire | Jan 29, 2004 3:26 PM | 6.3 MB | AliasWireFile |

1 of 793 selected, 307.74 GB available