Exhibit 20

Filed Under Seal

# Exhibit 14

| Description | Model # | Tag Info | Other Notes |
|---|---|---|---|
| Samsung Integrated Web Note Device | | None | 5.0 Mega Dual Camera (Red) |



Front

DSC_0149



Rear 1

DSC_0150



Rear 2

DSC_0151



Rear 3

DSC_0152

HIGHLY CONFIDENTIAL
ATTORNEYS EYES ONLY

Highly Confidential/Outside Counsel's Eyes Only

**ITEM 27**

| Description | Model # | Tag Info | Other Notes |
|---|---|---|---|
| Samsung Integrated Web Note Device | | None | 5.0 Mega Dual Camera (Red) |



Top
DSC_0155



Right
DSC_0154



Left
DSC_0156



Bottom
DSC_0153

HIGHLY CONFIDENTIAL
ATTORNEYS EYES ONLY

Highly Confidential/Outside Counsel's Eyes Only

**ITEM 27**