# Exhibit 31

# Filed Under Seal

# STRINGER EXHIBIT 1
FILED UNDER SEAL





iPhone Data Files

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| loz.wire | Mar 17, 2006 10:35 AM | 3.4 MB | AliasWireFile |
| C.wire | Mar 16, 2006 4:08 PM | 4.6 MB | AliasWireFile |
| H2.wire | Mar 16, 2006 11:08 AM | 217 KB | AliasWireFile |
| L.wire | Mar 15, 2006 5:33 PM | 397 KB | AliasWireFile |
| H.wire | Mar 15, 2006 11:17 AM | 233 KB | AliasWireFile |
| k.wire | Mar 14, 2006 4:54 PM | 229 KB | AliasWireFile |
| J.wire | Mar 14, 2006 4:20 PM | 1.4 MB | AliasWireFile |
| I.wire | Mar 14, 2006 1:59 PM | 123 KB | AliasWireFile |
| d.wire | Mar 14, 2006 1:07 PM | 3.2 MB | AliasWireFile |
| G.wire | Mar 14, 2006 11:39 AM | 717 KB | AliasWireFile |
| E.wire | Mar 14, 2006 11:10 AM | 111 KB | AliasWireFile |
| B.wire | Mar 14, 2006 11:09 AM | 152 KB | AliasWireFile |
| F.wire | Mar 14, 2006 11:06 AM | 111 KB | AliasWireFile |
| A.wire | Mar 14, 2006 11:04 AM | 106 KB | AliasWireFile |
| sony-style-01B.wire | Mar 14, 2006 9:00 AM | 2.8 MB | AliasWireFile |
| sony-style-02.wire | Mar 8, 2006 5:49 PM | 1.8 MB | AliasWireFile |
| toggle.prt | Mar 8, 2006 5:28 PM | 160 KB | Unix E…le File |
| toggle.stp | Mar 8, 2006 5:17 PM | 57 KB | Unix E…le File |
| sony-style-01.wire | Mar 7, 2006 4:51 PM | 1.8 MB | AliasWireFile |
| m68_fullmodel_0222.wire | Feb 23, 2006 9:44 AM | 7.3 MB | AliasWireFile |
| 3button.wire | Sep 16, 2005 5:12 PM | 2.6 MB | AliasWireFile |
| ring.wire | Sep 16, 2005 2:46 PM | 2.3 MB | AliasWireFile |
| 3buttonB.wire | Sep 15, 2005 5:17 PM | 3.6 MB | AliasWireFile |
| 3buttonB2.wire | Sep 15, 2005 5:17 PM | 2.9 MB | AliasWireFile |
| 4button.wire | Sep 15, 2005 4:56 PM | 6.3 MB | AliasWireFile |
| x-pod2-MODL-0915.wire | Sep 15, 2005 3:55 PM | 1.2 MB | AliasWireFile |
| x-pod-MODL-0914.wire | Sep 15, 2005 12:04 PM | 1.1 MB | AliasWireFile |
| v.2d.wire.igs | Sep 15, 2005 10:04 AM | 1.4 MB | Unix E…le File |
| purple-model-0808wire.wire | Aug 9, 2005 11:43 AM | 3.4 MB | AliasWireFile |
| script.wire | Aug 8, 2005 6:21 PM | 279 KB | AliasWireFile |
| purple-model-0804.wire | Aug 5, 2005 6:33 PM | 5.6 MB | AliasWireFile |
| batt-pack.ai | Aug 5, 2005 4:39 PM | 406 KB | Adobe…ument |
| v.2c.wire | May 5, 2005 10:12 AM | 6 MB | AliasWireFile |
| v.2d.wire | May 4, 2005 11:10 AM | 3 MB | AliasWireFile |
| v.2b.wire | May 4, 2005 10:39 AM | 2.9 MB | AliasWireFile |
| v.2a.wire | May 4, 2005 10:12 AM | 1.2 MB | AliasWireFile |
| v.2WK.wire | May 4, 2005 9:54 AM | 5.2 MB | AliasWireFile |
| v.1h3.wire | May 3, 2005 3:23 PM | 4.7 MB | AliasWireFile |
| v.1c2.wire | May 3, 2005 12:51 PM | 2.7 MB | AliasWireFile |
| v.1c.wire | May 3, 2005 12:46 PM | 4.5 MB | AliasWireFile |
| v.1h.wire | May 3, 2005 12:38 PM | 6.3 MB | AliasWireFile |
| v.1h2.wire | May 3, 2005 12:38 PM | 4.5 MB | AliasWireFile |
| v.1g.wire | May 3, 2005 11:59 AM | 4.5 MB | AliasWireFile |
| v.1f.wire | May 3, 2005 11:52 AM | 4.5 MB | AliasWireFile |
| v.1e.wire | May 3, 2005 11:41 AM | 3.9 MB | AliasWireFile |
| v.1d.wire | May 3, 2005 11:21 AM | 3.3 MB | AliasWireFile |
| v.1b.wire | May 3, 2005 11:02 AM | 3.3 MB | AliasWireFile |
| v.1a.wire | May 3, 2005 10:54 AM | 4.4 MB | AliasWireFile |
| pix | Apr 25, 2007 6:11 PM | -- | Folder |
| plot | Feb 13, 2007 2:58 PM | -- | Folder |
| shader | Jul 31, 2006 12:37 PM | -- | Folder |
| photoshop | Sep 16, 2005 3:35 PM | -- | Folder |
| texture | May 2, 2005 5:01 PM | -- | Folder |
| stageset | May 2, 2005 5:01 PM | -- | Folder |
| sla | May 2, 2005 5:01 PM | -- | Folder |
| sdl | May 2, 2005 5:01 PM | -- | Folder |
| rib | May 2, 2005 5:01 PM | -- | Folder |

1 of 252 selected, 307.74 GB available