Exhibit 32

Filed Under Seal

# STRINGER EXHIBIT 2
## FILED UNDER SEAL





iPhone Data Files

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| volume-center_edge.wire | Apr 7, 2006 5:32 PM | 2.1 MB | AliasWireFile |
| volume-on_the_side.wire | Apr 7, 2006 4:44 PM | 2.1 MB | AliasWireFile |
| volume-backside.wire | Apr 6, 2006 5:36 PM | 1.5 MB | AliasWireFile |
| volume-double_button.wire | Apr 6, 2006 5:31 PM | 1.5 MB | AliasWireFile |
| volume-buttons4.wire | Apr 6, 2006 5:29 PM | 1.5 MB | AliasWireFile |
| volume-buttons3B.wire | Apr 6, 2006 5:22 PM | 1.6 MB | AliasWireFile |
| volume-buttons3.wire | Apr 6, 2006 5:06 PM | 1.5 MB | AliasWireFile |
| volume-buttons.wire | Apr 6, 2006 4:57 PM | 1.6 MB | AliasWireFile |
| volume-buttons2.wire | Apr 6, 2006 4:13 PM | 1.5 MB | AliasWireFile |
| volume-buttons5.wire | Apr 6, 2006 4:01 PM | 1.5 MB | AliasWireFile |
| bot-1pt5R.wire | Apr 5, 2006 3:51 PM | 1.7 MB | AliasWireFile |
| bot-1pt25R.wire | Apr 5, 2006 3:33 PM | 2.9 MB | AliasWireFile |
| top-ONEPIECE-1point5.wire | Apr 5, 2006 2:09 PM | 1.5 MB | AliasWireFile |
| top-ONEPIECE-1point25.wire | Apr 5, 2006 2:03 PM | 1.5 MB | AliasWireFile |
| top-FULLROUND-1x1R.wire | Apr 4, 2006 4:37 PM | 1.5 MB | AliasWireFile |
| top-1pt25x1pt25-1R.wire | Apr 4, 2006 12:39 PM | 1.5 MB | AliasWireFile |
| top-1x1point75-pt8R.wire | Apr 4, 2006 12:32 PM | 3.3 MB | AliasWireFile |
| top-FULLROUND-1pt5xpt7R-B.wire | Apr 4, 2006 12:29 PM | 1.5 MB | AliasWireFile |
| top-FULLROUND-1pt5xpt7R.wire | Apr 4, 2006 12:26 PM | 2.2 MB | AliasWireFile |
| top-1xpoint5R.wire | Apr 4, 2006 12:22 PM | 926 KB | AliasWireFile |
| top-1point5x1point5R.wire | Apr 4, 2006 12:20 PM | 1.5 MB | AliasWireFile |
| top-1point25x1point25R.wire | Apr 4, 2006 12:19 PM | 1.5 MB | AliasWireFile |
| top-1x1R.wire | Apr 4, 2006 12:17 PM | 1.5 MB | AliasWireFile |
| top-1point5x1R.wire | Apr 4, 2006 12:15 PM | 1.5 MB | AliasWireFile |
| split-round-top.wire | Apr 3, 2006 12:17 PM | 1.4 MB | AliasWireFile |
| r3-tops.wire | Apr 3, 2006 10:48 AM | 4.3 MB | AliasWireFile |
| m68_chriscam_033006.wire | Mar 31, 2006 4:47 PM | 463 KB | AliasWireFile |
| m68-0229.wire | Mar 30, 2006 3:49 PM | 2.8 MB | AliasWireFile |
| m68B-0229.wire | Mar 30, 2006 11:56 AM | 2.6 MB | AliasWireFile |
| r3B-sectionV2-0323.wire | Mar 23, 2006 5:36 PM | 2.3 MB | AliasWireFile |
| r3-section-0323.wire | Mar 23, 2006 3:29 PM | 1.6 MB | AliasWireFile |
| r3-0323.wire | Mar 23, 2006 2:36 PM | 4.5 MB | AliasWireFile |
| r3B-0321-a.wire | Mar 23, 2006 1:49 PM | 2.4 MB | AliasWireFile |
| r3B.-0321.wire | Mar 23, 2006 11:37 AM | 1.8 MB | AliasWireFile |
| r3-0321.wire | Mar 21, 2006 5:29 PM | 967 KB | AliasWireFile |
| r-0321.wire | Mar 21, 2006 5:17 PM | 954 KB | AliasWireFile |
| r2-0321.wire | Mar 21, 2006 5:13 PM | 946 KB | AliasWireFile |
| priority2.wire | Mar 17, 2006 4:32 PM | 25 MB | AliasWireFile |
| shin.wire | Mar 17, 2006 2:42 PM | 512 KB | AliasWireFile |
| shin.prt | Mar 17, 2006 11:30 AM | 1.1 MB | Unix E…le File |
| P2-shin-3-16 .igs | Mar 17, 2006 11:21 AM | 954 KB | Unix E…le File |
| P2-endcaps-shin-3-16 .igs | Mar 17, 2006 11:21 AM | 492 KB | Unix E…le File |
| loz.wire | Mar 17, 2006 10:35 AM | 3.4 MB | AliasWireFile |
| C.wire | Mar 16, 2006 4:08 PM | 4.6 MB | AliasWireFile |
| H2.wire | Mar 16, 2006 11:08 AM | 217 KB | AliasWireFile |
| L.wire | Mar 15, 2006 5:33 PM | 397 KB | AliasWireFile |
| H.wire | Mar 15, 2006 11:17 AM | 233 KB | AliasWireFile |
| k.wire | Mar 14, 2006 4:54 PM | 229 KB | AliasWireFile |
| J.wire | Mar 14, 2006 4:20 PM | 1.4 MB | AliasWireFile |
| I.wire | Mar 14, 2006 1:59 PM | 123 KB | AliasWireFile |
| d.wire | Mar 14, 2006 1:07 PM | 3.2 MB | AliasWireFile |
| G.wire | Mar 14, 2006 11:39 AM | 717 KB | AliasWireFile |
| E.wire | Mar 14, 2006 11:10 AM | 111 KB | AliasWireFile |
| B.wire | Mar 14, 2006 11:09 AM | 152 KB | AliasWireFile |
| F.wire | Mar 14, 2006 11:06 AM | 111 KB | AliasWireFile |
| A.wire | Mar 14, 2006 11:04 AM | 106 KB | AliasWireFile |
| sony-style-01B.wire | Mar 14, 2006 9:00 AM | 2.8 MB | AliasWireFile |

1 of 252 selected, 307.74 GB available