Exhibit 35

Filed Under Seal

# STRINGER EXHIBIT 5
## FILED UNDER SEAL





| Name | Date Modified | Size | Kind |
|---|---|---|---|
| ConceptB.wire | Mar 17, 2006 5:44 PM | 205 KB | AliasWireFile |
| ConceptB.wire.ICON | Mar 17, 2006 5:19 PM | 4 KB | Unix E...le File |
| ConceptA.wire.ICON | Mar 17, 2006 3:20 PM | 8 KB | Unix E...le File |
| ConceptA.wire | Mar 17, 2006 3:20 PM | 1.7 MB | AliasWireFile |
| bucky2.prt | Mar 17, 2006 3:17 PM | 651 KB | Unix E...le File |
| m68rad.wire.ICON | Mar 17, 2006 3:10 PM | 4 KB | Unix E...le File |
| m68rad.wire | Mar 17, 2006 3:10 PM | 3.1 MB | AliasWireFile |
| 8.igs.ICON | Mar 17, 2006 2:41 PM | 4 KB | Unix E...le File |
| 8.igs | Mar 17, 2006 2:41 PM | 143 KB | Unix E...le File |
| 7.igs.ICON | Mar 17, 2006 1:44 PM | 4 KB | Unix E...le File |
| 7.igs | Mar 17, 2006 1:44 PM | 4 KB | Unix E...le File |
| 6.igs.ICON | Mar 17, 2006 12:05 PM | 8 KB | Unix E...le File |
| 6.igs | Mar 17, 2006 12:05 PM | 4 KB | Unix E...le File |
| 5.igs.ICON | Mar 17, 2006 11:52 AM | 4 KB | Unix E...le File |
| 5.igs | Mar 17, 2006 11:52 AM | 8 KB | Unix E...le File |
| CONCEPT2.wire | Mar 13, 2006 4:54 PM | 2.2 MB | AliasWireFile |
| Concept5a.wire | Mar 13, 2006 4:53 PM | 2.4 MB | AliasWireFile |
| Concept5a.wire.ICON | Mar 13, 2006 3:11 PM | 4 KB | Unix E...le File |
| Concept5.wire | Mar 13, 2006 3:11 PM | 2.4 MB | AliasWireFile |
| CONCEPT2.wire.ICON | Mar 13, 2006 2:57 PM | 4 KB | Unix E...le File |
| CONCEPT2.prt | Mar 13, 2006 2:47 PM | 635 KB | Unix E...le File |
| 4A.igs.ICON | Mar 13, 2006 2:39 PM | 4 KB | Unix E...le File |
| 4A.igs | Mar 13, 2006 2:39 PM | 8 KB | Unix E...le File |
| 4.igs.ICON | Mar 13, 2006 2:31 PM | 4 KB | Unix E...le File |
| 4.igs | Mar 13, 2006 2:31 PM | 115 KB | Unix E...le File |
| 3.igs.ICON | Mar 13, 2006 2:17 PM | 4 KB | Unix E...le File |
| 3.igs | Mar 13, 2006 2:17 PM | 119 KB | Unix E...le File |
| Concept5.wire.ICON | Mar 13, 2006 12:15 PM | 4 KB | Unix E...le File |
| bot.prt | Mar 13, 2006 12:00 PM | 737 KB | Unix E...le File |
| 2.igs.ICON | Mar 13, 2006 11:42 AM | 4 KB | Unix E...le File |
| 2.igs | Mar 13, 2006 11:42 AM | 90 KB | Unix E...le File |
| 1.igs.ICON | Mar 13, 2006 11:34 AM | 4 KB | Unix E...le File |
| 1.igs | Mar 13, 2006 11:34 AM | 168 KB | Unix E...le File |
| m68_NEEDSLOTSOFWORK.wire | Mar 13, 2006 9:31 AM | 14.6 MB | AliasWireFile |
| m68_NEEDSLOTSOFWORK.wire.ICON | Mar 8, 2006 2:58 PM | 4 KB | Unix E...le File |
| pix | Apr 13, 2007 4:48 PM | -- | Folder |
| shader | Jan 4, 2007 12:34 PM | -- | Folder |
| m68_M2_010407.iges2alias | Jan 4, 2007 12:29 PM | 4 KB | Unix E...le File |
| m68_M2_010407.igs.ICON | Jan 4, 2007 10:42 AM | 4 KB | Unix E...le File |
| m68_M2_010407.igs | Jan 4, 2007 10:42 AM | 4.2 MB | Unix E...le File |
| m68_M2_010407.alias2iges | Jan 4, 2007 10:42 AM | 8 KB | Unix E...le File |
| texture | Mar 8, 2006 2:56 PM | -- | Folder |
| stageset | Mar 8, 2006 2:56 PM | -- | Folder |
| sla | Mar 8, 2006 2:56 PM | -- | Folder |
| sdl | Mar 8, 2006 2:56 PM | -- | Folder |
| rib | Mar 8, 2006 2:56 PM | -- | Folder |
| plot | Mar 8, 2006 2:56 PM | -- | Folder |
| option | Mar 8, 2006 2:56 PM | -- | Folder |
| misc_data | Mar 8, 2006 2:56 PM | -- | Folder |
| mask | Mar 8, 2006 2:56 PM | -- | Folder |
| light | Mar 8, 2006 2:56 PM | -- | Folder |
| layeredshader | Mar 8, 2006 2:56 PM | -- | Folder |
| environment | Mar 8, 2006 2:56 PM | -- | Folder |
| depth | Mar 8, 2006 2:56 PM | -- | Folder |
| cloud | Mar 8, 2006 2:56 PM | -- | Folder |
| canvas | Mar 8, 2006 2:56 PM | -- | Folder |
| anim | Mar 8, 2006 2:56 PM | -- | Folder |

1 of 179 selected, 307.74 GB available