# Exhibit 36

# Filed Under Seal

# STRINGER EXHIBIT 6
## FILED UNDER SEAL





| Name | Date Modified | Size | Kind |
|---|---|---|---|
| ▶ 📁 Richard Howarth | Jul 15, 2011 5:35 PM | -- | Folder |
| ▶ 📁 Jeff Hoefer | Jul 15, 2011 5:34 PM | -- | Folder |
| ▼ 📁 Irene Chan-Jones | Jul 15, 2011 5:33 PM | -- | Folder |
| ▼ 📁 m68 | Jul 22, 2011 3:01 PM | -- | Folder |
| ▼ 📁 wire | Aug 2, 2011 2:09 PM | -- | Folder |
| m68-11.6-G-0601.wire.ICON | Jun 1, 2006 4:23 PM | 4 KB | Unix E...le File |
| m68-11.6-G-0601.wire | Jun 1, 2006 4:23 PM | 7.6 MB | AliasWireFile |
| ▼ 📁 _M.SAVES | Jun 1, 2006 3:08 PM | -- | Folder |
| _msaved_6_1_151...stepchild10531.wire | Jun 1, 2006 3:08 PM | 7.6 MB | AliasWireFile |
| _msaved_3_17_12...llet15_031506.wire | Mar 17, 2006 11:26 AM | 11 MB | AliasWireFile |
| _msaved_3_17_12...68purple0315b.wire | Mar 17, 2006 11:24 AM | 6.8 MB | AliasWireFile |
| _msaved_3_17_12...68purple0315.wire | Mar 17, 2006 11:24 AM | 4.3 MB | AliasWireFile |
| _msaved_3_15_15...8_1B_0301062.wire | Mar 15, 2006 2:15 PM | 2.8 MB | AliasWireFile |
| _msaved_3_15_15...68_a1_030106.wire | Mar 15, 2006 2:15 PM | 594 KB | AliasWireFile |
| m68-11.6-stepchild.1-0531.wire.ICON | May 31, 2006 4:31 PM | 4 KB | Unix E...le File |
| m68-11.6-stepchild.1-0531.wire | May 31, 2006 4:31 PM | 7 MB | AliasWireFile |
| m68-e1-031706.iges2alias | Mar 17, 2006 6:10 PM | 4 KB | Unix E...le File |
| m68-e1-031706.igs.ICON | Mar 17, 2006 6:09 PM | 4 KB | Unix E...le File |
| m68-e1-031706.igs | Mar 17, 2006 6:09 PM | 2.8 MB | Unix E...le File |
| m68-e1-031706.alias2iges | Mar 17, 2006 6:09 PM | 8 KB | Unix E...le File |
| m68-e1-0317.wire.ICON | Mar 17, 2006 6:08 PM | 4 KB | Unix E...le File |
| m68-e1-0317.wire | Mar 17, 2006 6:08 PM | 8.3 MB | AliasWireFile |
| m68-e1-0316.wire.ICON | Mar 16, 2006 4:21 PM | 4 KB | Unix E...le File |
| m68-e1-0316.wire | Mar 16, 2006 4:21 PM | 6.8 MB | AliasWireFile |
| m68-r8-031506.igs.ICON | Mar 15, 2006 5:50 PM | 4 KB | Unix E...le File |
| m68-r8-031506.igs | Mar 15, 2006 5:50 PM | 614 KB | Unix E...le File |
| m68-metal-r8-0315.wire.ICON | Mar 15, 2006 5:50 PM | 4 KB | Unix E...le File |
| m68-metal-r8-0315.wire | Mar 15, 2006 5:50 PM | 1.3 MB | AliasWireFile |
| m68-p1-031506.igs.ICON | Mar 15, 2006 1:20 PM | 4 KB | Unix E...le File |
| m68-p1-031506.igs | Mar 15, 2006 1:20 PM | 2.4 MB | Unix E...le File |
| m68-purple-0315b.wire.ICON | Mar 15, 2006 1:19 PM | 4 KB | Unix E...le File |
| m68-purple-0315b.wire | Mar 15, 2006 1:19 PM | 4.4 MB | AliasWireFile |
| m68-purple-0315.wire.ICON | Mar 15, 2006 9:32 AM | 4 KB | Unix E...le File |
| m68-purple-0315.wire | Mar 15, 2006 9:32 AM | 4.3 MB | AliasWireFile |
| m68-purple-0314.wire.ICON | Mar 14, 2006 4:04 PM | 4 KB | Unix E...le File |
| m68-purple-0314.wire | Mar 14, 2006 4:04 PM | 4.3 MB | AliasWireFile |
| ▼ 📁 misc | Mar 17, 2006 2:47 PM | -- | Folder |
| ▼ 📁 texture | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 stageset | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 sla | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 shader | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 sdl | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 rib | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 plot | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 pix | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 option | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 misc_data | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 mask | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 light | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 environment | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 depth | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 cloud | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 canvas | Mar 14, 2006 11:17 AM | -- | Folder |
| ▼ 📁 anim | Mar 14, 2006 11:17 AM | -- | Folder |
| ▶ 📁 Fred Simon | Jul 15, 2011 5:32 PM | -- | Folder |
| ▶ 📁 Carter Multz | Jul 15, 2011 5:30 PM | -- | Folder |
| ▶ 📁 Chris Hood | Jul 15, 2011 5:28 PM | -- | Folder |

1 of 60 selected, 307.74 GB available