Exhibit 37

Filed Under Seal



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page2 of 17

AliasDesign
Fri 1:05 PM
Autodesk Alias Design 2012 - m68purple0315bwire : "/Volumes/Source/iPhone Data Files/ID Native data/Irene Chan-Jones/m68/wire/m68-purple-0315b.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
DefaultLayer
core 6mm
SCREEN
menu-button
top a
bot update
hold smooth
orange bit
spacer
core-update
lock text
Menu Shortcuts
Display
Transparency
Quality
Shading
Tolerance
0.1000
Tessellation

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149050

AliasDesign
Fri 12:23 PM
Autodesk Alias Design 2012 - mullettopbackwire : "/Volumes/Source/iPhone Data Files/ID Native data/Carlos Ragudo/m68 - pebble/wire/mullet-top-back.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
Alt Shift LEFT( tumble ) MIDDLE( track ) RIGHT( dolly )
DefaultLayer
cam hood
bot plate
antenna
body
menu
screen
volume
top cap
blok
cam holder
slider spacer
slider
Time: 0.00
Default
Shelf Options
learning#2
Menu Shortcuts
Display
Transparency
Quality
Shading
Tolerance
0.1000
Fast
Ready

Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page5 of 17

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149053



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page6 of 17

AliasDesign
Fri 12:05 PM
Autodesk Alias Design 2012 - q79121boat0226wire : "/Volumes/Source/Pre 2004 Tablet Files/Irene Chan-Jones/q79/wire/q79-121-boat0226.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
DefaultLayer
screen
best bottom
top
core
N1.5bot
rim
FRONT

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149054



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page7 of 17

AliasDesign
Autodesk Alias Design 2012 - q79121flat0216rendwire : "/Volumes/Source/Pre 2004 Tablet Files/Irene Chan-Jones/q79/wire/q79-121-flat0216rend.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149055



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page8 of 17

AliasDesign
Autodesk Alias Design 2012 - tablet15_vent_rend1209wire : "/Volumes/Source/Pre 2004 Tablet Files/Irene Chan-Jones/q79/wire/tablet-15_vent_rend1209.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
DefaultLayer
bev glass
N2 shell
N2ventcore
N2 ventlines
N2 vent
N5 vent
N15mm shell
top 2
core 2
glass
Menu Shortcuts
Display
Transparency
Quality
Shading
Tolerance
0.1000
Tessellator
Fast
Ready

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149056



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page9 of 17

AliasDesign
Autodesk Alias Design 2012 - pd_104_stack_0127expwire : "/Volumes/Source/Pre 2004 Tablet Files/Irene Chan-Jones/q79/wire/pd_104_stack_0127exp.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
Default Layer
display
top
bot
frame
glass
bluetooth
airport
audio-recp
hard-drive
battery
lvds
base
Fri 11:52 AM

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149057


Autodesk Alias Design 2012 - tabletsectionventwire : "/Volumes/Source/Pre 2004 Tablet Files/Irene Chan-Jones/q79/wire/tablet-section-vent.wire"



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page11 of 17

Autodesk Alias Design 2012 - CONCEPT2wire : "/Volumes/Source/iPhone Data Files/ID Native data/Jeff Hoefer/M68 Phone/wire/CONCEPT2.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
DefaultLayer
L1
BOTCAP
TOPCAP
BODY
CONS
display
MENU_CUP
Con2
MENU
N30 TRIM
HEADPHONES
PLUG
Menu Shortcuts

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149059



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page12 of 17

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149060

AliasDesign
Autodesk Alias Design 2012 - purplemodel0804wire : "/Volumes/Source/iPhone Data Files/ID Native data/Carlos Ragudo/m68 - pebble/wire/purple-model-0804.wire"
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
Fri 12:32 PM
Menu Shortcuts
learning#2
Display
Transparency
Quality
Shading
Tolerance
Ready

Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page14 of 17

AliasDesign
File Edit Delete Layouts ObjectDisplay WindowDisplay Layers Canvas Render Animation Windows Preferences Utilities Help
Autodesk Alias Design 2012 - r3topswire - "/Volumes/Source/iPhone Data Files/ID Native data/Carlos Ragudo/m68 - pebble/wire/r3-tops.wire"
Fri 12:29 PM
DefaultLayer
top cap 1.5
top plate 1.5
body
top cap 1.25
top plate 1.25
top cap 1.0
top plate 1.0
one pc 1.0
hold
hold led
numbs
sliderz
Menu Shortcuts
learning#2
Display
Shading
Tolerance
0.1000

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149062



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page15 of 17

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149063



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page16 of 17

Finder File Edit View Go Window Help
tablet-rend2-0108.tif
Previous Next Zoom Move Text Select Annotate
Sidebar
Search

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149064



Case5:11-cv-01846-LHK Document1355-6 Filed07/26/12 Page17 of 17

Highly Confidential - Attorneys' Eyes Only APLNDC-Y0000149065