Exhibit 72

Filed Under Seal

# Exhibit 15



Case5:11-cv-01846-LHK Document1355-9 Filed07/26/12 Page3 of 10

n90 l837

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Case5:11-cv-01846-LHK Document1355-9 Filed07/26/12 Page4 of 10

ib-080604-n90-P35C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Case5:11-cv-01846-LHK Document1355-9 Filed07/26/12 Page5 of 10

n90 1837

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case5:11-cv-01846-LHK Document1355-9 Filed07/26/12 Page6 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case5:11-cv-01846-LHK Document1355-9 Filed07/26/12 Page8 of 10

ib-080604-n90-P35C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY