# Exhibit 2
# (Submitted Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

94

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3      _____

 4      APPLE, INC., a California
        corporation,
 5              Plaintiff,
        vs.                                    Civil Action. No.
 6                                             11-CV-01846-LHK
        SAMSUNG ELECTRONICS CO., LTD., a
 7      Korean business entity, SAMSUNG
        ELECTRONICS AMERICA, INC., a New
 8      York corporation, and SAMSUNG
        TELECOMMUNICATIONS AMERICA, LLC,
 9      a Delaware limited liability
        company, a California corporation.
10              Defendants.

11

12      SAMSUNG ELECTRONICS CO., LTD., a
        Korean business entity, SAMSUNG
13      ELECTRONICS AMERICA, INC., a New
        York corporation, and SAMSUNG
14      TELECOMMUNICATIONS AMERICA, LLC,
        a Delaware limited liability
15      company, a California corporation.
                Counterclaim-Plaintiffs,
16      vs.

17      APPLE, INC., a California
        corporation,
18              Counterclaim-Defendant.
        _____
19
                      *** HIGHLY CONFIDENTIAL ***
20                   *** ATTORNEYS' EYES ONLY ***

21            VIDEOTAPED INDIVIDUAL DEPOSITION OF:
                             JUNHO PARK
22                          (VOLUME 2)

23                       March 30, 2012
                          Kim & Chang
24                      Seoul, South Korea
                       1:14 p.m. - 7:12 p.m.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

```
 1    APPEARANCES:

 2    For the Plaintiff and Counterclaim-Defendant, Apple,
      Inc.
 3
                   MORRISON FOERSTER
 4                 By:  Matthew Ahn, Esq.
                   755 Page Mill Road
 5                 Palo Alto, California 94304-1018

 6
      For the Defendants and Counterclaim-Plaintiffs, the
 7    Samsung entities:

 8                 QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
                   By:  Carl Anderson, Esq.
 9                 865 South Figueroa Street
                   Los Angeles, California 90017
10
      Also present:
11
                   Jeesoo Jung, Lead Interpreter
12                 Eunice Hyo-Rim Lee, Check Interpreter
                   Samantha Kim, Morrison Foerster
13                 Hankil Kang, Samsung
                   Inga Kornev, Videographer
14                 Jason Meadors, Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

137

| | | |
|---|---|---|
| 15:18:23 | 1 | Q.   I'll repeat it for you. |
| 15:18:25 | 2 | You have information related to my question |
| 15:18:28 | 3 | about how information on Apple's patents is kept at |
| 15:18:33 | 4 | Samsung, but you can't tell me anything because of the |
| 15:18:37 | 5 | instruction not to answer.  Is that correct? |
| 15:19:02 | 6 | MR. ANDERSON:  For the record, I cautioned the |
| 15:19:04 | 7 | witness not to reveal privileged information, and I gave |
| 15:19:07 | 8 | no instruction not to answer. |
| 15:19:28 | 9 | CHECK INTERPRETER:  (Speaking Korean.) |
| 15:19:48 | 10 | A.   Yes. |
| 15:19:53 | 11 | Q.   (By MR. AHN)  Will you tell me what that |
| 15:19:55 | 12 | information is? |
| 15:19:56 | 13 | MR. ANDERSON:  I instruct the witness not to |
| 15:19:57 | 14 | answer.  That's a totally inappropriate question.  That's |
| 15:20:01 | 15 | really outrageous.  You know, it's an ethical violation |
| 15:20:06 | 16 | to try to deceive a witness into breaking attorney-client |
| 15:20:11 | 17 | privilege. |
| 15:20:11 | 18 | MR. AHN:  Counsel, your comments are totally |
| 15:20:14 | 19 | inappropriate.  You did not instruct the witness not to |
| 15:20:18 | 20 | answer the question.  So I needed to ask to see if you're |
| 15:20:21 | 21 | going to instruct him.  It appears that you've just |
| 15:20:23 | 22 | instructed him, so let's find out if the witness will |
| 15:20:26 | 23 | answer my question or not. |
| 15:20:27 | 24 | MR. ANDERSON:  Again, I instruct the witness |
| 15:20:28 | 25 | not to answer this question. |

```
15:21:00   1        A.   I cannot answer.
15:21:02   2        Q.   (By MR. AHN)  You're following your counsel's
15:21:04   3   instruction, correct?
15:21:14   4        A.   When it comes to what I was consulted with
15:21:20   5   counsel, I'm not able to answer.
15:21:23   6        Q.   My question is just, are you following your
15:21:25   7   counsel's instruction?
15:21:33   8             CHECK INTERPRETER:  (Speaking Korean.)
15:21:34   9        A.   Yes.
15:21:38  10        Q.   (By MR. AHN)  I'm going to hand you what has
15:21:40  11   been marked as Exhibit 2548.  Exhibit 2548 bears the
15:21:56  12   Bates numbers SAMNDCA11280015 through 0054.
15:22:10  13             Do you recognize Exhibit 2548?
15:22:17  14        A.   No, I don't.
15:22:19  15        Q.   Ever seen a document like Exhibit 2548?
15:22:24  16             MR. ANDERSON:  Objection.  Vague.
15:22:28  17        A.   No, I have not.
15:22:35  18        Q.   (By MR. AHN)  On the first page, there is a
15:22:37  19   bullet point in the center that states, "Patent
15:22:40  20   application.  Apple looking into radial menus concept."
15:22:47  21   Do you see that?
15:22:56  22        A.   Yes, I do.
15:22:57  23        Q.   You mentioned previously that your team looks
15:23:01  24   into future functions that Apple might have based on
15:23:06  25   patent applications.  Is that right?
```

| | | |
|---|---|---|
| 19:11:34 | 1 | Q. (By MR. AHN) You have no opinion on that, |
| 19:11:35 | 2 | correct? |
| 19:11:39 | 3 | A. Correct. |
| 19:11:41 | 4 | Q. When did you collect documents for production |
| 19:11:43 | 5 | in this case? |
| 19:12:07 | 6 | A. I delivered my PC to our legal team towards the |
| 19:12:11 | 7 | end of December 2011. |
| 19:12:16 | 8 | Q. Did you provide email messages to the legal |
| 19:12:19 | 9 | team? |
| 19:12:28 | 10 | A. I provided my entire PC. |
| 19:12:31 | 11 | Q. So your emails would have been on your PC at |
| 19:12:35 | 12 | that time; is that right? |
| 19:12:37 | 13 | A. Yes. |
| 19:12:48 | 14 | MR. AHN: That's all the questions I have |
| 19:12:50 | 15 | today. |
| 19:12:51 | 16 | MR. ANDERSON: No questions from Samsung. |
| 19:12:55 | 17 | VIDEOGRAPHER: This marks the end of Disk |
| 19:12:57 | 18 | Number 4 in the deposition of Junho Park. Going off the |
| 19:13:00 | 19 | record. The time is 7:12. |
| | 20 | (Time noted: 7:12 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1   (Counsel representing this witness should arrange for
     reading and signing and thereafter distribute copies of
 2   the signed Errata sheet to opposing counsel without
     involvement of the court reporter.)
 3
     STYLE OF CASE:   Apple v. Samsung (NDCAL)
 4   DEPOSITION OF:   JUNHO PARK

 5   DATE TAKEN:      March 30, 2012

 6                E R R A T A   S H E E T

 7   Page    Line Change               Reason

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22   I hereby certify that I have read my deposition and that
     it is true and correct subject to any changes in form or
23   substance entered here.
     _____                    _____
24   Date                                JUNHO PARK

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

209

```
 1                    C E R T I F I C A T E

 2     SEOUL           )
                       )
 3     SOUTH KOREA     )

 4            I, Jason T. Meadors, Registered Professional
       Reporter and Certified Realtime Reporter, do hereby
 5     certify that the aforementioned witness was first duly
       sworn by me pursuant to stipulation of counsel to testify
 6     to the truth; that I was authorized to and did report
       said deposition in stenotype; and that the foregoing
 7     pages are a true and correct transcription of my
       shorthand notes of said deposition.
 8
              I further certify that said deposition was
 9     taken at the time and place hereinabove set forth and
       that the taking of said deposition was commenced and
10     completed as hereinabove set out.

11            I further certify that I am not attorney or
       counsel of any of the parties, nor am I a relative or
12     employee of any attorney or counsel of any party
       connected with the action, nor am I financially
13     interested in the action.

14            The foregoing certification of this transcript
       does not apply to any reproduction of the same by any
15     means unless under the direct control and/or direction of
       the certifying reporter.
16

17
              IN WITNESS WHEREOF, I have hereunto set my hand
18     this 31st day of March, 2012.

19
                       _____
20                     Jason T. Meadors
21                     Certified Realtime Reporter
                       Registered Professional Reporter
22

23

24

25
```