# Exhibit 1
# (Submitted Under Seal)



Translation

## iPhone Effect Analysis (1/3)



**Promote popularization of smartphones by strengthening Multimedia functions such as Full browsing + PMP**

• Excluding those for use in completely low-priced smartphone markets and business targets (business use e-mail solution installed), we will have to compete with the iPhone in whatever way.
  • It appears that they won't enter segments where they cannot feature the strengths of OS X

• Promotion of strengthening and supplementing the HW performance for Multimedia features in other competitors' smartphones
  • HW portion: Easily copied
    • Touch screen UI, Display/Video resolution QVGA → VGA, WVGA, LCD size, multimedia performance, Flash memory capacity, Motion, proximity and light sensors
  • Applications and content
    • Music player, video and picture management sw; side loaded delivery of video and music
  • Connectivity
    • Proliferation of radios, including alternative Wi-Fi networks.
    • Be expected to include USB, wireless USB, possibly WiMax

&lt;Analysis data helpful to read&gt;

**Reference1**
: Expansive collection of analysis reports based on abundant data and knowledge
: iPhone competitor, iTunes analysis, OS analysis, etc.

**Reference2**
: Report analyzing iPhone's competitiveness

37

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10809426



## iPhone Effect Analysis(1/3)

**Full browsing + PMP 같은 Multimedia 기능 강화를 통한 스마트폰의 대중화 촉진**

- 완전 저가 스마트폰 시장과 비즈니스 타겟용(비즈용 e-mail 솔루션 탑재)을 제외하고는 아이폰과 어떻게든 경쟁해야 할 것임
    - OS X의 장점을 살릴 수 없는 segment는 들어가지 않을 것으로 보임

- 타 경쟁자 스마트폰의 Multimedia feature를 위한 HW 성능 강화 및 보완 촉진
    - HW부분: 쉽게 모방
        - 터치스크린 UI, Display/Video 해상도 QVGA → VGA, WVGA, LCD 크기, Multimedia 성능, Flash memory 용량, Motion, proximity and light sensors
    - Applications and content
        - Music player, video and picture management sw; side loaded delivery of video and music
    - Connectivity
        - Proliferation of radios, including alternative Wi-Fi networks.
        - Be expected to include USB, wireless USB, possibly WiMax

<읽어보면 도움되는 분석 자료>

**Reference1**
: 풍부한 자료, 지식을 바탕으로 하는 광범위한 분석글타래
: 아이폰 경쟁자, 아이튠스 분석, OS 분석 등

**Reference2**
: 아이폰의 경쟁력 분석글

37

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10809426

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

22 June 2012

I hereby certify that this Korean to English translation of pages SAMNDCA10809393, SAMNDCA10809395 to SAMNDCA10809402 and SAMNDCA10809426 to SAMNDCA10809428 of the document with the beginning Bates number SAMNDCA10809390 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
    Peter Mauro Schroepfer