# Exhibit 2
# (Submitted Under Seal)

| | |
|---|---|
| **From:** | Dong Jin KOH <dj.koh@samsung.com> |
| **Sent:** | Tuesday, September 16, 2008 4:55 PM |
| **To:** | DongHoon CHANG; Yeong-hee LEE; Hyeon-cheol PYO; Yeong-woo LEE; Gil-jae PARK; Jae-hee HAN; Seung-jin LEE; Jae-seon PARK; Soo-hyeon JANG; Soo-jeong YOON; Kyeong-ae LIM; Jee-eun LEE; Eun-jung KO; Jung-yeop OH; Byeong-joo KIM; Byeong-cheol HWANG; Jang-hyeon CHO; Joo-yeon PARK; Bong-hee KIM; Jeong-mee HA; Gee Sung CHOI; Chang-soo CHOI; Won-Pyo HONG; Tae-moon ROH; Jong-Kyun SHIN; Jeon-man PARK; Seung-ro YOON; Sang-pil SHIM; Jong-in KIM; Seung-hwan CHO; Hee-deok KIM; Cheol-hwan LEE; Hyeon-ho JUNG |
| **Subject:** | Relaying the CEO's opinions on touch method and call to a meeting |
| **Categories:** | Important |

Recipients : VP DongHoon CHANG / VP Jeon-man PARK / VP Jong-in KIM and others

Your efforts are much appreciated.
The CEO's words to the Head of the Office of Development and to the Product Planning Team Leader, during a business trip to America, are re-summarized as follows. Please note that the CEO's words below were relayed by the Head of the Office of Development.

"I am getting the sense that the Apple i-phone's Touch Method (C Type) is becoming the De facto Standard in the market. I think that we should probably fully apply the C method as well. Isn't that the demand of the carriers and the market? Excluding China, or the cases where there is no choice but to use the R method, let us think seriously about applying the C method. To apply the C method, the Icons would have to be large, and when viewing a screen with small letters, there would have to be a Zooming function, and……. I would like the executives in related areas to gather and have a discussion on this topic."

<u>Therefore, we are trying to have the Product Planning/ UX/ R&D/ Sales executives gather and have a discussion and give a report after the CEO's return.</u>

- Date & Time : September 18th Thursday afternoon 13:00 – (2 hours estimated)
- Place : IT 17th Floor Conclusion Conference Room

- Attendees : Product Planning Vice President Jeon-man PARK/ Vice President Jong-in KIM and expert personnel
  UX Vice President DongHoon CHANG and expert personnel
  Marketing Vice President Yeong-hee LEE and expert personnel
  Sales Vice President Young-woo LEE/ Vice President Hyeon-cheol PYO and expert personnel
  Development Vice President Joong-yeon CHO/ Vice President Hee-duk KIM/ Vice President Gil-jae PARK/ Vice President Tae-moon ROH/ Vice President Jae-seon PARK and expert personnel

- Discussion : Comparison of pros and cons for each method (UX)
  Market and carrier reaction (Sales/Marketing)
  Regarding our company's strategy (Product Planning)
  Current status of the parts to be used in the development,     and the usage pros/cons of those parts (Development)

- Miscellaneous : Please let the discussion be free, without preparation of additional materials.
  Please send the existing materials in advance to Manager Seung-jin LEE of R&D Management Group.
  Some key officers are not included as they are on business trips.

PLAINTIFF'S EXHIBIT NO. 9
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

Highly Confidential – Attorneys' Eyes Only          SAMNDCA11374409

```
From:      고동진 <dj.koh@samsung.com>
Sent:      Tuesday, September 16, 2008 4:55 PM
To:        장동훈; 이영희; 표현철; 이영우; 박길재; 한재희; 이승진; 박재선; 장수현
Cc:        윤수정; 임경애; 이지은; 고은정; 오정엽; 김병주; 황병철; 조장현; 박주연; 김봉희; 하정미; 최
           지성; 최창수; 홍원표; 노태문; 신종균; 박전만; 윤승로; 심상필; 김종인; 조승환; 김희덕; 이철
           환; 정현호
Subject:   터치방식 사장님 의견전달 및 회의 소집의 건
Categories: 중요
```

수신 : 장동훈 상무/박전만 상무/김종인 상무 외

수고가 많으십니다.
미주 출장중 사장님께서 개발실장 및 상품기획팀장께 하신 말씀을 다음과 같이 재 요약합니다.
사장님 말씀은 개발실장으로 부터 전달 받은 내용임을 참조 하시기 바랍니다.

"Apple i-phone 의 Touch 방식(C Type)이 시장에서 De facto Standard 가 되어 가는 느낌이다.
우리도 C 방식을 전면적으로 적용해야 하지 않는가 하는 생각이 든다. 사업자나 시장의 요구가
그렇지 않은가? 중국이나 어쩔 수 없이 R 방식을 사용해야 하는 경우를 제외하고는 C 방식 적용에
대하여 심각하게 생각을 해보자. C 방식을 적용하기 위하여는 Icon 도 커야 할 것이이고 글자가
작은 화면을 볼때는 Zooming 기능도 있어야 하겠고....... 이 주제에 대하여 관련 임원들이 모여서
토론을 가져보기를 바랍니다."

따라서 상품기획/UX/개발/영업 임원들이 모여서 토의를 갖도록 하고 사장님 귀국후 보고를 드리도록 합니다.

- 일시 : 9월 18일 목요일 오후 13:00 - (2시간 예상)
- 장소 : IT 17층 결론 회의실

- 참석 : 상품기획 박전만 상무/김종인 상무 외 전문 인력
        UX 장동훈 상무 외 전문 인력
        마케팅 이영희 상무 외 전문인력
        영업 이영우 상무/표현철 상무 외 전문인력
        개발 조중연 상무/김희덕 상무/박길재 상무/노태문 상무/박재선 상무 외 전문인력

- 토의 : 방식별 장점 단점 비교(UX)
        시장 및 사업자의 반응(영업/마케팅)
        당사 전략 관련 (상품기획)
        개발관련 부품현황 및 사용시 장단점 (개발)

- 기타 : 별도의 자료 준비 없이 자유스러운 토의가 되기를 바랍니다.
        있는 자료는 사전에 개발관리그룹 이승진 과장에게 보내 주시기 바랍니다.
        일부 주요 임원들이 누락되어 있음은 본인 출장중입니다.

1

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11374409

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

March 12, 2012

I hereby certify that this Korean to English translation of the document with the beginning Bates number SAMNDCA11374409 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I translated said document, that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
Peter Mauro Schroepfer