# Exhibit 4
# (Submitted Under Seal)



Plaintiff's Exhibit No. 41.192

Highly Confidential - Attorneys' Eyes Only   SAMNDCA11030272