# Exhibit 6
# (Submitted Under Seal)

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

```
       HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                    SAN JOSE DIVISION
            Civil Action No.:  11-CV-01846-LHK
 3

 4   APPLE, INC., a California corporation,
           Plaintiff,
 5
     vs.
 6
     SAMSUNG ELECTRONICS CO., LTD.,
 7   a Korean business entity, et al.
           Defendants.
 8   _____

 9       UNITED STATES INTERNATIONAL TRADE COMMISSION
                     WASHINGTON, D.C.
10   _____

11   In the Matter of:

12   CERTAIN ELECTRONIC DIGITAL                  Case No.:

13   MEDIA DEVICES AND COMPONENTS                337-TA-796

14   THEREOF

15   _____

16
                  *** HIGHLY CONFIDENTIAL ***
17                SUBJECT TO PROTECTIVE ORDER

18           VIDEOTAPED PERSONAL DEPOSITION OF:

19                       DON-JOO LEE

20

21

22             Friday, February 17, 2012
                      Kim & Chang
23                 Seoul, South Korea
                 9:07 a.m. to 6:24 p.m.
24

25
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF PLAINTIFF, APPLE, INC.:

 4
         MORRISON FOERSTER, LLP
 5       By:  GRANT L. KIM, ESQ.
              STEPHANIE KIM, ESQ.
 6       425 Market Street
         San Francisco, California 94105-2482
 7       Phone:  415.268.7339

 8

 9
     ON BEHALF OF DEFENDANT, SAMSUNG:
10

11       QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
         By:  VICTORIA MAROULIS, ESQ.
12            BRETT ARNOLD, ESQ.
         555 Twin Dolphin Drive
13       Redwood Shores, California 94065
         Phone:  650.801.5005
14

15

16   Also present:

17       SANGMEE MOON, LEAD INTERPRETER
         KATHY SIM, CHECK INTERPRETER
18       JEFF MENTON, VIDEOGRAPHER
         TRACEY LOCASTRO, COURT REPORTER
19       SAMUEL LEE, ESQ., SAMSUNG
         CINDI MORELAND, SAMSUNG
20

21

22

23

24

25
```

```
 1              MS. MAROULIS:  Objection, vague, calls for
 2         speculation, lacks foundation.
 3              THE WITNESS:  I have not conducted study.
 4   BY MR. KIM:
 5       Q.    In fact, Best Buy informed you that some
 6   customers actually bought the Samsung Galaxy Tab and
 7   then later returned it because they had been confused
 8   and thought they were buying an Apple product; is that
 9   correct?
10              MS. MAROULIS:  Objection, assumes facts not
11         in evidence, calls for legal conclusion.
12              THE WITNESS:  I remember hearing the story,
13         but I think the percentage of that was very
14         minimal.
15   BY MR. KIM:
16       Q.    Do you recall the percentage?
17       A.    I don't recall.
18       Q.    In Mr. Huh's e-mail his first point is, "We
19   are not Apple."
20              Do you understand that this is a reply to
21   the P.S. of Mr. Byung Soo Kim on the next page, page 8
22   of Exhibit 1584 at Bates number 513573?
23              MS. MAROULIS:  Objection, calls for
24         speculation, calls for legal conclusion.
25              THE WITNESS:  I believe so.
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

200

```
 1        VIDEOGRAPHER:  Grant, you're leaving this
 2   deposition open?  Did you say that?
 3        MS. MAROULIS:  We're disagreeing about that,
 4   because we consider it closed.
 5        MR. KIM:  That's correct.  Well, our view is
 6   that if there are additional documents that are
 7   produced later that bear on this witness'
 8   testimony that we may seek to continue.
 9        VIDEOGRAPHER:  This concludes videotape
10   number 6, volume 1, of the video deposition of
11   Don-Joo Lee for today.  This deposition may be
12   continued.  The time is 6:24 p.m.  We're going
13   off the video record.
14        (Time noted:  6:24 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

201

```
 1        (Counsel representing this witness should
          arrange reading and signing and thereafter
 2        distribute copies of the signed Errata Sheet to
          opposing counsel without involvement of court
 3        reporter.)

 4   STYLE OF CASE:  Apple V Samsung
     DEPOSITION OF:  DON-JOO LEE
 5   DATE TAKEN:  Friday, February 17, 2012

 6             E R R A T A   S H E E T

 7   PAGE     LINE          CHANGE                REASON

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22   I hereby certify that I have read my deposition and
     that it is true and correct subject to any changes
23   in form or substance entered here.

24   _____             _____
     Date                       Don-Joo Lee
25
```

```
 1                   C E R T I F I C A T E

 2    (Seoul)

 3    (South Korea)

 4
              I, Tracey S. LoCastro, Registered
 5    Professional Reporter, do hereby certify
      that the aforementioned witness was first duly sworn
 6    as noted by stipulation of counsel to testify the
      whole truth; that I was authorized to and did report
 7    said deposition in stenotype; and that the foregoing
      pages are a true and correct transcription of my
 8    shorthand notes of said deposition.

 9            I further certify that said deposition was
      taken at the time and place hereinabove set forth
10    and that the taking of said deposition was commenced
      and completed as hereinabove set out.
11
              I further certify that I am not attorney
12     or counsel of any of the parties, nor am I a
       relative or employee of any attorney or counsel of
13     party connected with the action, nor am I
       financially interested in the action.
14
              The foregoing certification of this
15    transcript does not apply to any reproduction of the
      same by any means unless under the direct control
16    and/or direction of the certifying reporter.

17

18            IN WITNESS WHEREOF, I have hereunto

19    set my hand this 19th day of February, 2012.

20

21                    _____

22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter
23

24

25
```