# Exhibit 9
# (Submitted Under Seal)

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

1

```
     CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER
 1                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 2                         SAN JOSE DIVISION
     _____
 3
     APPLE, INC., a California corporation,
 4
     Plaintiff,
 5
     v.                                            Civil Action No.
 6                                                 11-CV-01846-LHK

 7   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 8   SAMSUNG ELECTRONIC AMERICA, INC.,
     a New York corporation; and
 9   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
10
     Defendants.
11   _____

12

13         *** CONFIDENTIAL BUSINESS INFORMATION ***
                 SUBJECT TO PROTECTIVE ORDER
14

15            VIDEOTAPED PERSONAL DEPOSITION OF:

16

17                       SANGEUN LEE

18

19

20

21

22                     February 24, 2012

23                        Kim & Chang

24                     Seoul, South Korea

25                   9:00 a.m. - 2:01 p.m.
```

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

2

1  APPEARANCES:

2

   For the Plaintiff, Apple, Inc.:
3
                MORRISON & FOERSTER LLP
4               By:  Francis C. Ho, Esq.
                425 Market Street
5               San Francisco, California 94105-2482
                (415) 268-7000
6


7
   For the Defendants, the Samsung entities:
8
                QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
9               By:  David L. Shaul, Esq.
                50 California Street, 22nd Floor
10              San Francisco, California 94111
                (415) 875-6600
11


12
   Also present:
13
                Edward Kim, Samsung
14              Stephanie Kim, Morrison & Foerster
                Albert Park, Lead Interpreter
15              Ina Kim, Check Interpreter
                Wah Kit Ip, Videographer
16              Lisa A. Knight, Court Reporter

17

18

19

20

21

22

23

24

25

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

8

| | | | |
|---|---|---|---|
| 09:05:56 | 1 | A. | No. |
| 09:05:57 | 2 | Q. | How long did you meet for? |
| 09:05:58 | 3 | A. | I had a two-hour meeting yesterday. |
| 09:06:05 | 4 | Q. | Did you have any other meetings to prepare for |
| 09:06:08 | 5 | this deposition? | |
| 09:06:09 | 6 | A. | No, I have not. |
| 09:06:16 | 7 | Q. | Did you review any documents during your |
| 09:06:20 | 8 | meeting? | |
| 09:06:26 | 9 | | MR. SHAUL:  Again, I will counsel -- advise |
| 09:06:29 | 10 | the client -- or witness to answer yes or no, not to | |
| 09:06:31 | 11 | reveal the substance of any of the documents. | |
| 09:06:46 | 12 | A. | So should I answer? |
| 09:06:47 | 13 | BY MR. HO: | |
| 09:06:48 | 14 | Q. | You may answer. |
| 09:06:49 | 15 | A. | Yes, I did. |
| 09:06:51 | 16 | Q. | Did any of the documents that you reviewed |
| 09:06:54 | 17 | refresh your memory? | |
| 09:06:55 | 18 | A. | What kind of memories are you talking about? |
| 09:07:08 | 19 | Q. | Memories of things that might be relevant to |
| 09:07:12 | 20 | this litigation. | |
| 09:07:22 | 21 | A. | I can't understand the question. |
| 09:07:24 | 22 | Q. | Let me ask a different question. |
| 09:07:26 | 23 | | What is your role at Samsung? |
| 09:07:33 | 24 | A. | At the Global CS Team, I am in charge of North |
| 09:07:42 | 25 | American market quality issues. | |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

82

| | | |
|---|---|---|
| 14:00:25 | 1 | A. I've never seen this before. |
| 14:00:29 | 2 | Q. Can you tell me what it is? |
| 14:00:32 | 3 | MR. SHAUL: Objection to form. |
| 14:00:35 | 4 | A. I don't know. |
| 14:00:38 | 5 | MR. HO: That's all the questions I have for |
| 14:00:39 | 6 | you today, Mr. Lee. Thank you very much. |
| 14:00:41 | 7 | I'd just like to state for the record that |
| 14:00:43 | 8 | almost 20,000 pages of Mr. Lee's documents were |
| 14:00:46 | 9 | produced less than three days before this deposition, |
| 14:00:50 | 10 | and some less than two days before the deposition. |
| 14:00:52 | 11 | And most of it was in Korean language. |
| 14:00:54 | 12 | So we reserve the right to continue this |
| 14:00:56 | 13 | deposition, if necessary, based on the review of those |
| 14:00:59 | 14 | documents. |
| 14:00:59 | 15 | MR. SHAUL: Samsung disagrees. And we don't |
| 14:01:25 | 16 | have any questions either at this time. |
| 14:01:31 | 17 | MR. HO: Off the record. |
| 14:01:33 | 18 | THE VIDEOGRAPHER: Going off the record. |
| 14:01:34 | 19 | It's 14:01. |
| 14:01:36 | 20 | (Time noted: 2:01 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

83

1  (Counsel representing this witness should arrange for reading and signing and thereafter distribute copies
2  of the signed Errata sheet to opposing counsel without involvement of the court reporter.)

3

4  STYLE OF CASE:    Apple, Inc. v. Samsung Electronics Co., Ltd., et al.

5  DEPOSITION OF:    SANGEUN LEE

6  DATE TAKEN:       February 24, 2012

7              E R R A T A   S H E E T

8  Page      Line Change              Reason

9  ____      ____ _____

10 ____      ____ _____

11 ____      ____ _____

12 ____      ____ _____

13 ____      ____ _____

14 ____      ____ _____

15 ____      ____ _____

16 ____      ____ _____

17 ____      ____ _____

18 ____      ____ _____

19 ____      ____ _____

20 ____      ____ _____

21 ____      ____ _____

22

23 I hereby certify that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.

24

25 _____          _____
   Date                               SANGEUN LEE

CONFIDENTIAL BUSINESS INFORMATION - SUBJECT TO PROTECTIVE ORDER

84

```
 1                    C E R T I F I C A T E

 2    SEOUL               )
                          )
 3    SOUTH KOREA         )

 4              I, Lisa A. Knight, Registered Merit
      Reporter and Certified Realtime Reporter, do hereby
 5    certify that the aforementioned witness was first duly
      sworn by me pursuant to stipulation of counsel to
 6    testify to the truth; that I was authorized to and did
      report said deposition in stenotype; and that the
 7    foregoing pages are a true and correct transcription
      of my shorthand notes of said deposition.
 8
                I further certify that said deposition was
 9    taken at the time and place hereinabove set forth and that
      the taking of said deposition was commenced and completed
10    as hereinabove set out.

11              I further certify that I am not attorney or
      counsel of any of the parties, nor am I a relative or
12    employee of any attorney or counsel of any party connected
      with the action, nor am I financially interested in the
13    action.

14              The foregoing certification of this
      transcript does not apply to any reproduction of the same
15    by any means unless under the direct control and/or
      direction of the certifying reporter.
16

17
                IN WITNESS WHEREOF, I have hereunto set my
18    hand this 25th day of February, 2012.

19                       [signature: Lisa A. Knight]

20
                     _____
21                   LISA A. KNIGHT
                     Certified Realtime Reporter
22                   Registered Merit Reporter
                     Realtime Systems Administrator
23

24

25
```