# Exhibit 10
# (Submitted Under Seal)

Attorneys' Eyes Only

Page 1

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    APPLE INC., a California          )

     Corporation,                      )

6                                       )

           Plaintiff,                  )

7                                       )

     vs.                               )No. 11-CV-01846-LHK

8                                       )

     SAMSUNG ELECTRONICS CO., LTD. ,   )

9    a Korean business entity;         )

     SAMSUNG ELECTRONICS AMERICA,      )

10   INC., a New York corporation;     )

     SAMSUNG TELECOMMUNICATIONS        )

11   AMERICA, LLC, a Delaware   )

     limited liability company,        )

12                                      )

           Defendants,                 )

13   _____   )

14

15        HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

16            DEPOSITION OF TIMOTHY BENNER

17            WEDNESDAY, FEBRUARY 22, 2012

18

19

20

21

22

23

24   REPORTED BY:  JUDIE A. NICHOLAS, CSR NO. 12229

25   JOB NO:  46809

Attorneys' Eyes Only

```
1                A P P E A R A N C E S
2    FOR THE PLAINTIFF:
3        MORRISON & FOERSTER
4        BY:  CHRISTOPHER L. ROBINSON, ESQ.
5        755 Page Mill Road
6        Palo Alto, CA 94304
7
8
9
10
11   FOR THE DEFENDANTS:
12       QUINN EMANUEL URQUHART & SULLIVAN
13       BY:  MARGRET CARUSO, ESQ.
14       555 Twin Dolphin Drive
15       Redwood Shores, CA 94065
16
17
18
19
20   ALSO PRESENT:  MICHELLE YANG, SAMSUNG
21                  BENJAMIN GERALD, VIDEOGRAPHER
22
23
24
25
```

Page 13

1   page count was a whopping 30,637 pages and,          09:18

2   therefore, we are going to reserve the right to       09:18

3   keep Mr. Benner's deposition open in light of         09:18

4   Samsung's voluminous and untimely production of       09:18

5   these documents?                                      09:18

6          MS. CARUSO:   Samsung believes that Apple      09:18

7   has had adequate time to review those documents and   09:18

8   objects to keeping the deposition open.               09:18

9          MR. ROBINSON:   Q.   Mr. Benner, I             09:18

10  understand you have had a Ph.D. in anthropology; is   09:19

11  that correct?                                         09:19

12     A.   That's correct.                               09:19

13     Q.   And a Bachelor of Arts in anthropology as     09:19

14  well?                                                 09:19

15     A.   That's correct.                               09:19

16     Q.   When did you receive your PhD in              09:19

17  anthropology?                                         09:19

18     A.   2001.                                         09:19

19     Q.   When did you join Samsung?                    09:19

20     A.   2007.                                         09:19

21     Q.   And that was -- I understand that was         09:19

22  around April 2007, does that sound about right?       09:19

23     A.   That is correct.                              09:19

24     Q.   What was your job title when you started      09:19

25  at Samsung in April 2007?                             09:19

Attorneys' Eyes Only

Page 14

1     A.  It was manager of strategic marketing.    09:19

2     Q.  Did your job duties involve consumer    09:19

3  research at that time?    09:19

4     A.  Yes.    09:19

5     Q.  And what is your current title?    09:19

6     A.  Senior manager, Consumer -- sorry --    09:19

7  Senior Manager, Consumer Insights and Analytics.    09:19

8     Q.  And had your -- excuse me.  Strike that.    09:19

9     Do your current job duties involve    09:19

10  consumer research?    09:19

11     A.  Yes.    09:19

12     Q.  And from when you started in April 2007 to    09:19

13  the present day, your job functions have primarily    09:20

14  concerned consumer research; is that correct?    09:20

15     A.  That is correct.    09:20

16     Q.  So you are the consumer research guy at    09:20

17  STA; is that correct?    09:20

18     MS. CARUSO:  Objection:  Vague.    09:20

19     THE WITNESS:  Can you clarify what    09:20

20  "consumer research guy" means?    09:20

21     MR. ROBINSON:  Q.  In layman's terms,    09:20

22  you're primarily responsible for consumer research.    09:20

23  You're here to the testify for Samsung concerning    09:20

24  consumer research; is that right?    09:20

25     A.  That is correct.    09:20

Page 170

1       MS. CARUSO:  Objection:  Lacks foundation;    02:34
2  calls for speculation.                            02:34
3       THE WITNESS:  It would be the strategy       02:34
4  group.                                            02:34
5       MR. ROBINSON:  Q.  Who is involved with      02:34
6  the strategy group?                               02:34
7     A.  As mentioned earlier, Justin Denison and   02:34
8  his team.                                         02:34
9     Q.  Thank you.                                 02:34
10      I have no further questions at this time,    02:34
11 subject to the same reservations and the same     02:34
12 objection by counsel --                           02:34
13      MS. CARUSO:  Yes.  This time we're getting    02:34
14 out of here.                                       02:34
15      THE VIDEOGRAPHER:  This marks the end of      02:34
16 Disk Number 2 of 2, and concludes today's         02:34
17 deposition of Timothy Benner.  The time is        02:34
18 2:35 p.m., and we are off the record.             02:34
19                    (The deposition adjourned
20                      at 2:35 p.m.)
21                    --oOo--
22
23      Signed under penalty of perjury:
24       _____
25              Timothy Benner

Page 171

1          I, JUDIE A. NICHOLAS, a Certified

2   Shorthand Reporter of the State of California, duly

3   authorized to administer oaths, do hereby certify:

4          That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were duly sworn; that a record

8   of the proceedings was made by me using machine

9   shorthand which was thereafter transcribed under my

10  direction; that the foregoing transcript is a true

11  record of the testimony given.

12         Further, that if the foregoing pertains to

13  the original transcript of a deposition in a

14  Federal Case, before completion of the proceedings,

15  review of the transcript (X) was ( ) was not

16  required.

17         I further certify that I am neither

18  financially interested in the action nor a relative

19  or employee of any attorney or party to this

20  action.

21         IN WITNESS WHEREOF, I have this date

22  subscribed my name.

23  Dated: 2/23/2012

24         _____

25              JUDIE A. NICHOLAS, CSR #12229