# Exhibit 12
# (Submitted Under Seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---

| | | |
|---|---|---|
| APPLE INC., a California corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 11-cv-01846-LHK |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD., a | § | |
| Korean corporation; SAMSUNG | § | |
| ELECTRONICS AMERICA, INC., a New | § | |
| York corporation; and SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA, | § | |
| LLC, a Delaware limited liability company, | § | |
| | § | |
| Defendants. | § | |

---

## EXPERT REPORT OF ROBERT JOHN ANDERS, IDSA

---

## PREFACE

---

This Expert Report is divided into twelve parts.

**Part A** contains:

I.     Introduction

II.    Background, Education and Qualifications

III.   Working Knowledge of Applicable Laws

IV.    Drawing Requirements for Design Patents and The Language of Lines Used in
       Design Patent Drawings

V.     My Infringement Analysis Methodology

1

VI.     The Expert Report of Peter W. Bressler, FIDSA

VII.    Remarks

**Part B** contains:

I.      Examination of U.S. Patent D593,087

II.     Examination of the Prior Art

III.    Comparison of the Prior Art with the Design Claimed in U.S. Patent D593,087

IV.     My Infringement Analysis of the Accused Samsung Galaxy Ace (SHW-M240S) Product with U.S. Patent D593,087

V.      My Infringement Analysis of the Accused Samsung Infuse 4G (SGH-1997) Product with U.S. Patent D593,087

VI.     My Infringement Analysis of the Accused Samsung Galaxy S i9000 (SHW-M1105) Product with U.S. Patent D593,087

VII.    My Infringement Analysis of the Accused Samsung Galaxy Fascinate (SCH-1500) (a/k/a Showcase i500, Showcase Galaxy S, and Mesmerize) Product(s) with U.S. Patent D593,087

VIII.   My Infringement Analysis of the Accused Samsung Galaxy Prevail (SPH-M820) Product with U.S. Patent D593,087

IX.     My Infringement Analysis of the Accused Samsung Galaxy S 4G (SGH-T959V) (a/k/a Vibrant) Product(s) with U.S. Patent D593,087

X.      My Infringement Analysis Of The Accused Samsung Galaxy S II (SGH-I777) Product With U.S. Patent D593,087

XI.     My Infringement Analysis Of The Accused Samsung Galaxy S II Epic 4G Touch (SPH-D710) Product With U.S. Patent D593,087

XII.    My Infringement Analysis Of The Accused Samsung Galaxy S II Skyrocket (SGH-I727) Product With U.S. Patent D593,087

XIII.   My Infringement Analysis Of The Accused Samsung Galaxy S II i9100 (International) Product With U.S. Patent D593,087

XIV.    My Conclusions Regarding Infringement of the D593,087

**Part C** contains:

I.      Examination of U.S. Patent D618,677

II.     Examination of the Prior Art

III.    Comparison of the Prior Art with the Design Claimed in U.S. Patent D618,677

IV.     My Infringement Analysis of the Accused Samsung Galaxy Ace (SHW-M240S) Product with U.S. Patent D618,677

V.      My Infringement Analysis of the Accused Samsung Infuse 4G (SGH-1997) Product with U.S. Patent D618,677

VI.     My Infringement Analysis of the Accused Samsung Galaxy S i9000 (SHW-M1105) Product with U.S. Patent D618,677

VII.    My Infringement Analysis of the Accused Samsung Galaxy Fascinate (SCH-1500) (a/k/a Showcase i500, Showcase Galaxy S, and Mesmerize) Product(s) with U.S. Patent D618,677

VIII.   My Infringement Analysis of the Accused Samsung Galaxy Prevail (SPH-M820) Product with U.S. Patent D618,677

IX.     My Infringement Analysis of the Accused Samsung Galaxy S 4G (SGH-T959V) (a/k/a Vibrant) Product(s) with U.S. Patent D618,677

X.      My Infringement Analysis Of The Accused Samsung Galaxy S II (SGH-I777) Product With U.S. Patent D618,677

XI.     My Infringement Analysis Of The Accused Samsung Galaxy S II (SGH-T989) Product With U.S. Patent D618,677

XII.    My Infringement Analysis Of The Accused Samsung Galaxy S II Epic 4G Touch (SPH-D710) Product With U.S. Patent D618,677

XIII.   My Infringement Analysis Of The Accused Samsung Galaxy S II Skyrocket (SGH-I727) Product With U.S. Patent D618,677

XIV.    My Infringement Analysis Of The Accused Samsung Galaxy S II i9100 (International) Product With U.S. Patent D618,677

XV.     My Conclusions Regarding Infringement of the D618,677