# Exhibit 41
# (Submitted Under Seal)

# In The Matter Of:

*APPLE, INC.,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD.,*

_____

*JUN WON LEE - Vol. 1*

March 5, 2012

_____

***HIGHLY CONFIDENTIAL***
***BUSINESS INFORMATION***

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---o0o---

APPLE, INC., a California
corporation,

    Plaintiff,

    vs.                    Case No.
                          4:11-cv-01846-LHK

SAMSUNG ELECTRONICS CO., LTD.,
et al.,

    Defendants.
_____   /

DEPOSITION OF

JUN WON LEE

_____

Monday, March 05, 2012

HIGHLY CONFIDENTIAL BUSINESS INFORMATION

REPORTED BY:  RACHEL FERRIER, CSR 6948

(3-441636)

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION**
**JUN WON LEE - 3/5/2012**

30

| | | |
|---|---|---|
| | 1 | THE INTERPRETER: So -- |
| | 2 | MR. HEYISON: -- to resolve this so I can move |
| | 3 | on here. |
| | 4 | THE INTERPRETER: Okay. Boo sa jang is EVP and |
| 10:11:41 | 5 | jeon moo is SVP. |
| | 6 | MR. HEYISON: Great. Okay. |
| | 7 | THE INTERPRETER: So this person is SVP in this |
| | 8 | context, I believe. |
| | 9 | MR. HEYISON: Okay. Excellent. |
| 10:11:55 | 10 | Q   Now, at the first meeting, who attended from |
| | 11 | Apple? |
| | 12 | A   Jim Luton, patent counsel, and the general |
| | 13 | counsel came too. I don't remember the name, though. |
| | 14 | Q   If I suggest to you Bruce Sewell, is that the |
| 10:12:27 | 15 | general counsel from Apple that attended the meeting? |
| | 16 | A   Apple's own general counsel, Bruce Sewell. |
| | 17 | Q   Where was the meeting? |
| | 18 | MR. WEINSTEIN: Objection; outside the scope. |
| | 19 | THE WITNESS: Seoul. |
| 10:12:54 | 20 | BY MR. HEYISON: |
| | 21 | Q   Can you give me a month and a year? |
| | 22 | A   I don't remember the date. I'm not really good |
| | 23 | at remembering the dates. I have to look at the record. |
| | 24 | Q   Okay. So did anybody make any written |
| 10:13:16 | 25 | presentations? |

Merrill Corporation - Boston
617-542-0039                                  www.merrillcorp.com/law

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION**
**JUN WON LEE - 3/5/2012**

31

|      |       |                                                                                      |
|------|-------|--------------------------------------------------------------------------------------|
|            | 1  | MR. WEINSTEIN: Objection; beyond the scope. |
|            | 2  | THE WITNESS: Probably Samsung did some kind of |
|            | 3  | presentation -- oh, Apple did -- |
|            | 4  | THE INTERPRETER: Interpreter's correction: |
| 10:14:17   | 5  | Apple -- probably Apple did some kind of presentation, |
|            | 6  | but Samsung did not make any presentation. |
|            | 7  | BY MR. HEYISON: |
|            | 8  | Q   Okay.  Please tell me in as much detail as you |
|            | 9  | can -- strike that. |
| 10:14:36   | 10 | Okay.  How long did the meeting last? |
|            | 11 | MR. WEINSTEIN: Objection; outside the scope. |
|            | 12 | THE WITNESS: I don't remember those dates at |
|            | 13 | the time.  I don't have all those things in my head. |
|            | 14 | BY MR. HEYISON: |
| 10:15:02   | 15 | Q   Please tell me in as much detail as you can |
|            | 16 | what Apple said and what Samsung said. |
|            | 17 | MR. WEINSTEIN: Objection; outside the scope. |
|            | 18 | THE WITNESS: Samsung mostly was listening to |
|            | 19 | what Apple said in the first meeting.  Apple was talking |
| 10:15:52   | 20 | about Samsung's smartphone infringed Apple phone's |
|            | 21 | patents and design, so they were complaining about our |
|            | 22 | infringement about Apple's patent and design in their |
|            | 23 | phone. |
|            | 24 | BY MR. HEYISON: |
| 10:16:20   | 25 | Q   Anything else that you recall Apple saying? |

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION**
**JUN WON LEE - 3/5/2012**

32

|   |   |
|---|---|
| 1 | MR. WEINSTEIN:  Objection; outside the scope. |
| 2 | THE WITNESS:  I don't remember any specific |
| 3 | contents in detail. |
| 4 | BY MR. HEYISON: |
| 10:16:47  5 | Q   And so what did Apple say in response? |
| 6 | MR. WEINSTEIN:  Objection; outside the scope. |
| 7 | MR. HEYISON:  Samsung.  Thank you. |
| 8 | Q   What did Samsung say in response? |
| 9 | MR. WEINSTEIN:  Same objection. |
| 10:17:06 10 | THE WITNESS:  Samsung contended that there was |
| 11 | no such infringement and also requested the evidences |
| 12 | for the contention of the infringement. |
| 13 | BY MR. HEYISON: |
| 14 | Q   Okay.  At that first meeting you attended, |
| 10:17:49 15 | Mr. Lee, did Samsung assert that Apple was infringing |
| 16 | any of Samsung's patents? |
| 17 | MR. WEINSTEIN:  Objection; outside the scope. |
| 18 | THE WITNESS:  Samsung did not assert that any |
| 19 | specific Samsung's patent was infringed. |
| 10:18:32 20 | BY MR. HEYISON: |
| 21 | Q   At that meeting, that first meeting, did |
| 22 | Samsung tell Apple that Samsung believed Apple was |
| 23 | infringing any Samsung patents? |
| 24 | MR. WEINSTEIN:  Objection; outside the scope. |
| 10:19:10 25 | THE WITNESS:  It is possible that Samsung might |

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 164

|  |  |
|---|---|
| 1 | MR. OLSON:  But we can save some of that with |
| 2 | me, actually, tomorrow morning saying closing that |
| 3 | notice -- or closing that transcript or not. |
| 4 | MR. HEYISON:  Okay. |
| 19:32:25  5 | MR. WEINSTEIN:  And the one request I would |
| 6 | make is that for the specific documents where you made |
| 7 | requests for production, if you could put that in |
| 8 | writing. |
| 9 | MR. HEYISON:  We will do so. |
| 19:32:34  10 | MR. WEINSTEIN:  Very good. |
| 11 | MR. HEYISON:  Thank you. |
| 12 | THE VIDEOGRAPHER:  This marks the end of Tape |
| 13 | No. 5 in the deposition of Jun Won Lee. |
| 14 | Going off the record, the time is 7:32. |
| 19:32:48  15 | (Whereupon, the deposition was adjourned at |
| 16 | 7:32 p.m. ) |
| 17 | ---o0o--- |
| 18 | I declare under penalty of perjury that the |
| 19 | foregoing is true and correct.  Subscribed at |
| 20 | ____SF____, California, this _24_ day of |
| 21 | ___May___, 2012. |
| 22 | |
| 23 | |
| 24 | ____[signature]____  Signature of the witness |
| 25 | |

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION**
**JUN WON LEE - 3/5/2012**

165

```
 1                CERTIFICATE OF REPORTER
 2           I, RACHEL FERRIER, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell the
 5   truth, the whole truth, and nothing but the truth in the
 6   within-entitled cause;
 7           That said deposition was taken down in
 8   shorthand by me, a disinterested person, at the time and
 9   place therein stated, and that the testimony was
10   thereafter reduced to typewriting by computer under my
11   direction and supervision and is a true record of the
12   testimony given by the witness;
13           That before completion of the deposition,
14   review of the transcript [X] was [ ] was not requested.
15   If requested, any changes made by the deponent (and
16   provided to the reporter) during the period allowed are
17   appended hereto.
18           I further certify that I am not of counsel or
19   attorney for either or any of the parties to the said
20   deposition, nor in any way interested in the event of
21   this cause, and that I am not related to any of the
22   parties thereto.
23           DATED:
24           _____
25           RACHEL FERRIER, CSR No. 6948
```

# ERRATA SHEET

NAME OF CASE: _____Apple v. Samsung, No. 11-cv-1846-LHK (ND Cal)_____

DATE OF DEPOSITION: _____March 5, 2012 (Vol. 1)_____

NAME OF WITNESS: _____Jun Won Lee_____

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 16 | 5 | entering a | entering into a | 1 |
| 16 | 18 | mobile phone | mobile phones | 1 |
| 22 | 22 | sineo | for a | 3 |
| 22 | 23 | ago so | so | 1 |
| 22 | 25 | touch wheel issue, touch wheel | a touch wheel issue; a touch wheel | 1 |
| 28 | 6 | I met | we met | 1 |
| 32 | 19 | Samsung's | Samsung | 3 |
| 33 | 10 | Samsung's | Samsung | 3 |
| 42 | 14 | I think I did. | I think I do. | 1 |
| 42 | 16 | make | made | 1 |
| 42 | 17 | such meeting, I don't need them anymore, so I discard | the meeting, I didn't need them anymore, so I discarded | 1 |
| 53 | 17 | none about | no mention of | 1 |
| 57 | 16 | a different terms and condition | different terms and conditions | 1 |
| 58 | 16 | the Apple's | Apple's | 1 |
| 58 | 22 | includes | include | 1 |
| 62 | 25 | Nothing. | No. | 1 |
| 63 | 15 | The next meeting after this. | Yes, the next meeting after that one. | 1 |
| 69 | 5 | Samsung have | Samsung has | 1 |
| 74 | 20 | royalty | royalties | 1 |
| 74 | 23 | royalty | royalties | 1 |
| 79 | 19 | base that | based that | 1 |
| 80 | 24 | Apple. | Apple's agreement. | 1 |
| 81 | 10 | license | licensed | 1 |
| 89 | 11 | the Microsoft | Microsoft | 1 |
| 90 | 3 | the Microsoft | Microsoft | 1 |
| 93 | 6 | May not be exact | It may not be exact | 1 |
| 97 | 8 | I rather like you | I rather pose | 1 |

02198.51855/4774955.2

Highly Confidential - Attorneys' Eyes Only

Page 2

| | | | | |
|---|---|---|---|---|
| 98 | 1 | experiences in licensing agreement | experience in licensing agreements | 1 |
| 98 | 15 | cannot | do not | 1 |
| 98 | 17 | cannot | do not | 1 |
| 101 | 16 | standard's | standards | 3 |
| 101 | 17 | standard's | standards | 3 |
| 110 | 4 | the companies | companies | 1 |
| 113 | 11 | reviewed about the companies | reviewed the portfolios of companies | 1 |
| 114 | 5 | values valuation | valuation | 1 |
| 114 | 10 | there is no such thing | no | 1 |
| 118 | 21 | made or not | were made or not | 1 |
| 119 | 10 | I have not involved | I have not been involved | 1 |
| 122 | 23 | -- Apple nor | -- neither Apple nor | 1 |
| 133 | 15 | assertion where | assertion | 1 |
| 133 | 16 | the Ericsson conducted – Ericsson had an improper | that Ericsson conducted – Ericsson engaged in improper | 1 |
| 139 | 22 | it's | is | 1 |
| 140 | 13 | on a | on the | 1 |
| 140 | 23 | we have | rely | 1 |
| 143 | 15 | that | those | 1 |
| 145 | 9 | we had | did we | 1 |
| 145 | 10 | sought | seek a | 1 |
| 145 | 17 | demanded royalty | demanded royalties | 1 |
| 149 | 10 | Some Samsung | Samsung | 1 |
| 152 | 18 | applying patents | applying for patents | 1 |
| 154 | 4 | Apples | Apple | 3 |
| 157 | 10 | entered | entered into | 1 |

Signed: _____  Date: May 24, 2012
JUN WON LEE

02198.51855/4774955.2