# EXHIBIT 1
# FILED UNDER SEAL

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

## UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, DC

**Before The Honorable Thomas B. Pender**
**Chief Administrative Law Judge**

In the Matter of:

**Certain Electronic Digital Media Devices and Components Thereof**

Investigation No. 337-TA-796

## RESPONDENT SAMSUNG ELECTRONICS CO., LTD.'S EIGHTH SET OF SUPPLEMENTAL RESPONSES TO COMPLAINANT'S FIRST SET OF INTERROGATORIES (NOS. 33-38)

### Preliminary Statement

Samsung Electronics Co., Ltd. ("SEC" or "Respondent") has made a reasonable investigation for information responsive to Apple Inc.'s ("Complainant") Interrogatories based upon its current employees' knowledge, information, and belief and based on the limited time since Complainant served those interrogatories. Respondent's investigation of the facts and law pertaining to this action is ongoing.  Respondent expects that it will supplement or modify its responses and nothing herein should be interpreted to the contrary or to otherwise prejudice Respondent's ability to do so.  Respondent reserves all available rights to use or introduce at any hearing, or at trial, information and/or documents responsive to Complainant's Interrogatories that is discovered after the date of this response.  Respondent reserves all objections or other questions as to the competency, relevance, materiality, privilege, or admissibility in any proceeding or trial of this or any other action for any purpose whatsoever of Respondent's responses herein and any document or thing identified or provided in response to Complainant's

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

VII.    **U.S. Patent D618,678 ("the D'678 patent")**

A.  **Prior Art**

SEC incorporates by reference the prior art identified in its Notice of Prior Art.

B.  **Invalidity Under 35 U.S.C. § 102 or 103**

SEC identifies the following additional prior art that anticipates and/or renders obvious

the D'678 patent either expressly or inherently as understood by a person having ordinary skill in

the art at the time of the alleged invention, either alone or in combination with other references

identified below.  These references are prior art under at least 35 U.S.C. §§ 102(a), (b), (e), (g)

and/or 103.

1.  **Claim Chart**

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface | 1.  **Bluebird Pidion BM-200** — (released November 2005; SAMNDCA00326344 - SAMNDCA00326346)<br> |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| <ul><li>Reflective or Transparent Surface</li><li>Horizontal Speaker Slot</li><li>Speaker Slot Located Near Top of Device</li><li>Display Screen Covering Substantial Portion of Front Face</li><li>Display Screen in Center of Device</li><li>Narrow Borders on Sides of Screen</li><li>Broader Borders Above and Below Screen</li></ul> | |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<ul><li>Rounded Corners</li><li>Lack of Significant Ornamentation</li><li>Rectangular Shape</li><li>Flat Continuous</li></ul> | **2. Korean Patent 0398307** — (Issued Nov. 15, 2005; SAMNDCA00282113 - SAMNDCA00282120) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| Surface<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen |  |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
|  |  |
| Without waiving any right to address additional design | **3.  United States Patent D504,889** — (filed March 17, 2004; SAMNDCA00200769—SAMNDCA00200773) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device | <br><br>*FIG. 1*<br><br><br><br>*FIG. 2* |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with | **4. LG Prada** — (Images available to public by December 2006; SAMNDCA00326458 - SAMNDCA00326461) |

160

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| those that may be claimed in D'678: <br> • Rounded Corners <br> • Lack of Significant Ornamentation <br> • Rectangular Shape <br> • Flat Continuous Surface <br> • Reflective or Transparent Surface <br> • Horizontal Speaker Slot <br> • Speaker Slot Located Near Top of Device <br> • Display Screen Covering Substantial Portion of Front Face <br> • Display Screen in Center of Device <br> • Narrow Borders on Sides of Screen <br> • Broader Borders Above and Below Screen |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art | **5. Sharp Japanese Registration – JP 1241638 —** (Issued June 6, 2005; SAMNDCA00255247—SAMNDCA00255260) |

161

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678: | **6. LG Chocolate (LG KG800)** — (Released March 2006; SAMNDCA00326329 - SAMNDCA00326331; SAMNDCA00326462) |

162

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| • Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without | 7. **United States Patent, D536,691** — (Filed Mar. 13, 2006; Issued Feb. 13, 2007; SAMNDCA00200883—SAMNDCA00200888) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design | **8. Japanese Patent JP 1241383** — (Issued June 2005; SAMNDCA00255283—SAMNDCA00255295) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be | **9. Japanese Design Patent JP 1009317** — (Issued Feb. 20, 1998; SAMNDCA00255278—SAMNDCA00255282) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Significant Ornamentation | **10. Samsung Korean Patent 30-0452984; Application KR 30-2006-0050769** — (Applied for December 2006; patent issued Aug. 2007; SAMNDCA00255357—SAMNDCA00255365) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| • Rectangular Shape<br>• Flat Continuous Surface<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen | 【 우측면도 】<br><br>【 정면도 】<br><br>【 평면도 】<br><br>【 저면도 】 |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners | **11. Japanese Design Patent JP-S-887388** — (Issued Dec. 21, 1993; SAMNDCA00255215—SAMNDCA00255221) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| • Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Display Screen Covering Substantial Portion of Front Face | **12. Japanese Design Patent JP-S-1142127** — (Issued May 27, 2002; SAMNDCA00255229—SAMNDCA00255246)<br> |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| • Display Screen in Center of Device |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device | **13. United States Design Patent D497,364** — (Filed Nov. 27, 2002, Issued Oct. 19, 2004; SAMNDCA00326308 - SAMNDCA00326314)<br><br>**FIG. 1**<br><br>**FIG. 2**<br> |

169

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| |  |
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape | **14. United States Patent D548,747** — (filed August 24, 2005; SAMNDCA00200936—SAMNDCA00200940) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| • Flat Continuous Surface<br>• Reflective or Transparent Surface | <br>FIG. 1<br><br><br>FIG. 2 |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
|  |  |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Two Opposing Sides of Screen<br>• Broader Borders on the Remaining Two Sides of the Screen | **15. iRiver U10** — (Released October 2005;SAMNDCA00326325 - SAMNDCA00326328)<br><br> |
| Without waiving any right to address additional design | **16. Nokia N92** — (Released 2005; SAMNDCA00326338 - SAMNDCA00326339) |

173

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Horizontal Speaker Slot<br>• Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen | <br> |
| Without waiving any | **17. Olympus m:robe MR-100 —** (Released 2005; |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br>• Rounded Corners<br>• Lack of Significant Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Reflective or Transparent Surface<br>• Display Screen | SAMNDCA00326463 - SAMNDCA00326466)<br> |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| Without waiving any right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Ornamentation<br>• Rectangular Shape<br>• Flat Continuous Surface<br>• Horizontal Ear Speaker Slot<br>• Ear Speaker Slot Located Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen | **18. Japanese Design Patent 1204221 — (Issued May 10, 2004; - SAMNDCA00256066—SAMNDCA00256079)**<br><br> |
| Without waiving any | **19. Nokia Design Contest Phone by Ricardo Villas-Boas —** |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

| Prior Art Design Elements | Disclosure Rendering the Claim Unpatentable |
|---|---|
| right to address additional design characteristics of this prior art that anticipate and/or render obvious the design claimed in D'678, and without waiving any right to show that the design claimed in D'678 is indefinite, this prior art shares at least the following design characteristics with those that may be claimed in D'678:<br><br>• Rounded Corners<br>• Lack of Ornamentation<br>• Flat Continuous Surface<br>• Ear Speaker Opening Near Top of Device<br>• Display Screen Covering Substantial Portion of Front Face<br>• Display Screen in Center of Device<br>• Narrow Borders on Sides of Screen<br>• Broader Borders Above and Below Screen | (Publicly displayed online in 2004; SAMNDCA00326336 - SAMNDCA00326337; SAMNDCA00326380 - SAMNDCA00326385)<br><br> |
| Without waiving any right to address | **20. Korean Design Patent KR 30-0418547** — (Issued July 2006; SAMNDCA00255321—SAMNDCA00255329) |

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

**RESPONSE TO INTERROGATORY NO. 47:**

SEC incorporates each of its general objections by reference.  SEC further objects to this request as premature to the extent it calls for SEC to identify "the person whom you expect will offer testimony."  SEC further objects to this request to the extent it calls for information protected from discovery by the attorney-client privilege and/or the work product doctrine. Respondent objects to this request as being premature to the extent it calls for information prior to the schedule set by the Court for the disclosure of such information, including to the extent that it seeks information that is more properly the subject of expert testimony prior the time set for expert discovery by the Court.

Without waiving the foregoing general and specific objections and subject to those objections, SEC responds as follows:

After all parties to this Investigation have met and conferred for purposes of deciding on a mutually-agreed joint schedule for the mutual exchange of information sought by interrogatories served by any Party, including this interrogatory, that seek information as described in 19 C.F.R. § 210.29(b)(3), SEC will supplement its response to this interrogatory in accordance with such joint schedule.

SEC is continuing to investigate the subject matter of this interrogatory and reserves the right to supplement its response to the extent it locates additional non-privileged, relevant documents or information responsive to this interrogatory and to the extent Complainant produces to SEC materials or information relevant to this request.

Dated:  February 15, 2012

Respectfully submitted,

/s/ *Eric Huang*
Charles K. Verhoeven

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600

Kevin P.B. Johnson
Victoria Maroulis
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5066

Eric Huang
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: 212-849-7000

William Price
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213-443-3000

Paul F. Brinkman
S. Alex Lasher
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Ave. NW, Suite 825
Washington, DC 20004
Telephone: 202-756-1950

Charles F. Schill
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-429-8162

Counsel for Respondent Samsung
Electronics Co., Ltd.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 15, 2012, he caused the
**RESPONDENT SAMSUNG ELECTRONICS CO., LTD.'S EIGHTH SET OF SUPPLEMENTAL
RESPONSES TO COMPLAINANT'S FIRST SET OF INTERROGATORIES (NOS. 33-38)**
to be served on behalf of Respondents Samsung Electronics Co., LTD, Samsung Electronics
America, and Samsung Telecommunications America, LLC. as follows:

| | |
|---|---|
| Reginald Lucas, Esq.<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, DC 20436 | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☑ Via E-mail *(PDF)*<br>    *Reginald.Lucas@usitc.gov* |
| Alexander J. Hadjis<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW, Suite 6000<br>Washington, DC 20006<br>Tel: (202) 887-1500<br>Fax: (202) 887-0763<br><br>*Counsel for Complainant Apple, Inc.* | ☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☑ Via E-mail *(PDF)*<br>    *AppleITC@mofo.com* |

        */s/ Ron Hagiz*