# EXHIBIT 8
# FILED UNDER SEAL

Highly Confidential - Outside Counsels' Eyes Only

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                   Plaintiff,
 7
     vs.                           CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                 Defendants.
     _____/
14
15
16         H I G H L Y   C O N F I D E N T I A L
17           O U T S I D E   C O U N S E L   O N L Y
18
19         VIDEOTAPED DEPOSITION OF JONATHAN IVE
20              SAN FRANCISCO, CALIFORNIA
21              THURSDAY, DECEMBER 1, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 43920
```

Page 187

1  same question about your interpretation and
2  understanding of those diagonal lines for Figure 3,
3  you'd give me the same answer as you did for Figure 1?
4      A    Yes.  My interpretation from those diagonal
5  lines on Figure 3 would be that it -- it communicates
6  that that surface is flat.  And because four of the
7  five of those diagonal lines cross another feature,
8  that it would indicate to me -- or I would interpret
9  that as meaning that that material was perhaps clear.
10     Q    And when you say they're another feature,
11 what are you referring to?
12     A    The -- the way that they cross the dotted
13 line, this suggests the display opening.
14     Q    Do you have any understanding or explanation
15 as to why the front surface as shown in Figure 1 and
16 Figure 3 has the diagonal lines in both of those, but
17 then looking at the back surface figures shown in
18 Figure 2 and Figure 4, those diagonal lines only
19 appear in Figure 2 and not Figure 4?
20     A    No, I -- I don't have an explanation, but I
21 do have a clear interpretation of what these drawings
22 and all of these figures in conjunction with each
23 other are communicating.
24     Q    With respect to Figure 1 and Figure 3, you've
25 used the phrase "dotted line."

Highly Confidential - Outside Counsels' Eyes Only

Page 188

1   A   Yes.
2   Q   What -- what does the dotted line signify, in
3   your understanding?
4   A   Well --
5   Q   In those two figures, of course.
6   A   So the dotted line in Figure 1 and in
7   Figure 3, my interpretation of that dotted line is
8   that denotes the ending of an opaque border and the
9   beginning of the display that occurs; both of those,
10  that transition occurring underneath the clear
11  material.
12  Q   And when you say "the beginning of the
13  display," are you referring to the active area of the
14  display, or are you referring to something else?
15  A   When -- when -- yes.  When I'm referring to
16  the display, I'm referring to that being the beginning
17  of -- there's always a slight -- a slight margin, and
18  then the active area of the display.
19      And that would, of course, also correspond
20  with the -- the DITO panel which carries the
21  multi-touch ITO.
22  Q   And so we have a clear record of it, then,
23  the -- the area shown in Figure 1 and Figure 3, that's
24  inside the interior dotted rectangular line,
25  represents the active area of the -- the display?

Highly Confidential - Outside Counsels' Eyes Only

Page 189

1    A    My interpretation would be that that dotted
2  line marks the junction between essentially the active
3  area of the display and the end of the opaque mask
4  that's behind the clear material.  That's my
5  interpretation.
6         Q    As we talked about, the -- that line showing
7  the demarcation between the active area of the display
8  and the margin is in a dotted line form; right?
9         A    Yes.
10        Q    Do you have any understanding as to whether
11 or not the dotted line has any significance for
12 purposes of whether or not that demarcation line is --
13 is part of the claim design here?
14        A    In -- in my interpretation of these images,
15 I've been interpreting just these graphic images.  So
16 that's -- all of my comments are based on, these are
17 graphic images, what do I interpret, and assume what
18 they mean in conjunction with each other.
19             So my assumption was this dotted line
20 suggests that it is a -- a junction and feature that
21 is below.  But that's just looking at these graphic
22 images, and I'm not making any reference to reading
23 the -- the -- the -- the descriptions at the
24 beginning.
25        Q    And perhaps let's do that, then.  If you can

1  please take a look at the description field.
2     A   Yes.
3     Q   You'll see that it says in -- in depicting or
4  describing Figure 9, it says:
5         "Figure 9 is an exemplary diagram of the use
6  of the electronic device thereof, the broken lines
7  being shown for illustrative purposes only, and form
8  no part of the claim design."
9         Do you see that language?
10    A   So that's on Figure --
11    Q   9.
12    A   Oh, Figure 9.
13        So what does it say on Figure 3?
14        So the dotted line that -- they're talking
15 about the person here?
16    Q   Right.  And I -- what I'd like to do is just
17 take this one step at a time.  So let's talk about
18 Figure 9 for a moment.
19    A   Okay.
20    Q   So just to go back for a second, you see the
21 language under the description field where it says:
22        "Figure 9 is an exemplary diagram of the use
23 of the electronic device thereof, the broken lines
24 being shown for illustrative purposes only in form no
25 part of the claim design."