# EXHIBIT 9
# FILED UNDER SEAL

```
                                                          Page 1
 1
 2              INTERNATIONAL TRADE COMMISSION
 3   In the Matter of Certain       )
     Electronic Digital Media       )
 4   Devices and Components         )  Inv. No. 337-TA-796
     Thereof,                       )
 5   _____)
 6           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 7                 SAN JOSE DIVISION
 8   APPLE INC., a California       )
     Corporation,                   )
 9                      Plaintiff,  )
                v.                  )  No: 11-CV-01846-LHK
10   SAMSUNG ELECTRONICS CO., LTD,  )
     a Korean business entity;      )
11   SAMSUNG ELECTRONICS AMERICA,   )
     INC., a New York corporation;  )
12   SAMSUNG TELECOMMUNICATIONS     )
     AMERICA, LLC, a Delaware       )
13   Limited liability company      )
                     Defendants.    )
14   _____)
15        * H I G H L Y   C O N F I D E N T I A L *
16   * ATTORNEYS' EYES ONLY/PURSUANT TO PROTECTIVE ORDER *
17               VIDEOTAPED DEPOSITION
18                        OF
19                 ALAN HEDGE, Ph.D.
20                 New York, New York
21              Monday, April 30, 2012
22
23
24   Reported by:
     ANNETTE ARLEQUIN, CCR, RPR, CLR
25   JOB NO. 48925
```

Page 193

1    Confidential - Attorneys' Eyes Only
2        ahead.
3    BY MS. HUTNYAN:
4        Q.   It was a simple question.
5        A.   If that is what Jonathan Ives says,                01:50PM
6    then I have no reason to doubt what Jonathan
7    Ives says since he was involved in the design
8    and I wasn't.
9        Q.   Do you know of any smartphones that
10   people buy just to look at the display without              01:50PM
11   looking at content on the display; in other
12   words, just looking at it as a sculpture?
13       A.   I don't know the reasons that people
14   buy smartphones in general.
15       Q.   You think that people buy smartphones              01:51PM
16   for use as a sculpture?
17       A.   Could you explain to me what you mean
18   by for use as a sculpture?
19       Q.   Meaning just to admire the external
20   design of the display or other physical features            01:51PM
21   of the phone rather than to use it.
22       A.   I think that there are elements of
23   the design that people do buy as a sculpture in
24   your words.
25            For example, being able to choose                  01:51PM

Highly Confidential - Attorneys Eyes Only

1    Confidential - Attorneys' Eyes Only
2  between phones of different colors or being able
3  to choose between phones of different form
4  factors or being able to choose between phones
5  that have different logos on them that are                01:51PM
6  identified as synonymous with high level design.
7          But of course they're not buying a
8  phone just to place it in a hallway or a room
9  and serve as a sculpture.  So there are clearly
10 ornamental aspects to all of these products,              01:52PM
11 there are aesthetic aspects to all of these
12 products, but the product also performs
13 functions.
14     Q.    And in fact if it doesn't perform
15 those functions, nobody is going to buy it as a           01:52PM
16 smartphone; isn't that right?
17     A.    ==If a smartphone was extremely==
18 ==attractive but didn't work as a smartphone, then==
19 ==you might buy it as a piece of sculpture, but==
20 ==you wouldn't buy it as a smartphone.==                  01:52PM
21     Q.    But you don't know that anybody has
22 actually done that.
23     A.    I have no information on the reasons
24 that people have bought different kinds of
25 phones.                                                   01:52PM

Page 195

1    Confidential - Attorneys' Eyes Only
2        Q.    But you think there's some
3    possibility out there that people would buy a
4    non-functional smartphone because it looks
5    pretty?                                                01:52PM
6        A.    I think that the aesthetic appearance
7    of a product does influence consumer behavior.
8    In fact we've been doing some research on that,
9    but I have no information on to what extent that
10   might be driving consumer purchase decisions           01:53PM
11   about the phones in question.
12       Q.    Isn't one of the reasons why people
13   buy iPhones is so that they can watch movies on
14   them?
15       A.    I assume that might be one reason.           01:53PM
16   I've had an iPhone for over a year and never
17   watched a movie on it, so but I guess there are
18   generational differences.  So I assume there are
19   many reasons that people buy them just as they
20   might buy them to play music on, which I don't         01:53PM
21   do.
22             So but again, I have no evidence, I
23   have not read any reports on the reasons why
24   people buy iPhones, which features are
25   preferable to which other features in a phone.         01:53PM