# EXHIBIT 10
# FILED UNDER SEAL

Confidential

Page 1

1  UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION
2  ----------------------------------------X
   APPLE INC., a California corporation
3
4                            PLAINTIFF,
5       -against-
6  SAMSUNG ELECTRONIC CP., LTD., a Korean business entity; SAMSUNG ELECTRONICS
7  AMERICAN, INC., A New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
8  a Delaware limited liability company,
9
                               DEFENDANTS.
10 ----------------------------------------X
11
12         ***CONFIDENTIAL***
13
14
15   VIDEOTAPED DEPOSITION OF RUSSELL WINER
16         New York, New York
17         Friday, April 27, 2012
18
19
20
21
22
23  Reported by:
24  Rebecca Schaumloffel, RPR, CLR
25  JOB NO. 48805

TSG Reporting - Worldwide    (877) 702-9580

Confidential

Page 270

| | | |
|---|---|---|
| 1 | have music on their phone at all.  So for | 03:26PM |
| 2 | them the availability of iTunes is really a | 03:26PM |
| 3 | non-issue in terms of the brand.  There are | 03:26PM |
| 4 | others that have their music on iTunes, | 03:26PM |
| 5 | download videos through iTunes and can use | 03:26PM |
| 6 | them on videos and music on the iPad and the | 03:26PM |
| 7 | iPhone and for them the answer would be yes, | 03:26PM |
| 8 | it is part of the applicability. | 03:26PM |
| 9 |      Q.   To what degree is the | 03:26PM |
| 10 | availability of the iTunes store a factor in | 03:27PM |
| 11 | the sales and success of the iPod Touch | 03:27PM |
| 12 | devices as opposed to their appearance? | 03:27PM |
| 13 |      A.   Since the main function of the | 03:27PM |
| 14 | iPod Touch -- well, it is evolved from the | 03:27PM |
| 15 | iPods, but one of the main functions of the | 03:27PM |
| 16 | iPod Touch is to play music.  I would say it | 03:27PM |
| 17 | is a significant factor for the Touch. | 03:27PM |
| 18 |      Q.   How significant? | 03:27PM |
| 19 |      A.   I can't quantify it.  There are | 03:27PM |
| 20 | other aspects of the Touch besides music, but | 03:27PM |
| 21 | I would say very significant. | 03:27PM |
| 22 |      Q.   How significant or very | 03:27PM |
| 23 | significant, to use your word? | 03:27PM |
| 24 |           MS. HAGBERG:  Asked and | 03:27PM |
| 25 |      answered. | 03:27PM |

Confidential

Page 271

| | | |
|---|---|---|
| 1 | A. Why don't you provide me with | 03:27PM |
| 2 | some adjectives and I will pick one that I | 03:27PM |
| 3 | think holds. | 03:28PM |
| 4 | Q. Are you able to give any | 03:28PM |
| 5 | quantification to the percentage of consumers | 03:28PM |
| 6 | who buy and have bought iPod Touch devices | 03:28PM |
| 7 | principally because of the availability of | 03:28PM |
| 8 | the iTunes store? | 03:28PM |
| 9 | A. No, I can't. | 03:28PM |
| 10 | Q. Are you able to give any | 03:28PM |
| 11 | quantification as to the percentage of | 03:28PM |
| 12 | consumers who buy and have bought iPod Touch | 03:28PM |
| 13 | devices principally because of the way they | 03:28PM |
| 14 | look and not because of the availability of | 03:28PM |
| 15 | the iTunes store? | 03:28PM |
| 16 | A. No, I can't. | 03:28PM |
| 17 | Q. As compared to the iTunes store, | 03:28PM |
| 18 | are you able to say that the look of the iPod | 03:28PM |
| 19 | Touch devices is a more important factor in | 03:29PM |
| 20 | the sales and success of the devices? | 03:29PM |
| 21 | A. No. | 03:29PM |
| 22 | Q. I think you mentioned that you | 03:29PM |
| 23 | yourself have an iPhone? | 03:29PM |
| 24 | A. I do. | 03:29PM |
| 25 | Q. Are you familiar with something | 03:29PM |

| | | |
|---|---|---|
| 1 | called the bounce back feature? | 03:29PM |
| 2 | A.   No. | 03:29PM |
| 3 | Q.   Are you aware that within the | 03:29PM |
| 4 | Apple interface there is a bounce back | 03:29PM |
| 5 | feature where an electronic document is | 03:29PM |
| 6 | scrolled past an edge of the document and the | 03:29PM |
| 7 | document snaps back into place or | 03:29PM |
| 8 | automatically relocates itself? | 03:29PM |
| 9 | MS. HAGBERG:  Objection; no | 03:30PM |
| 10 | foundation. | 03:30PM |
| 11 | A.   No, I am not familiar with that. | 03:30PM |
| 12 | Q.   You never noticed that? | 03:30PM |
| 13 | A.   I may have noticed the result of | 03:30PM |
| 14 | it, but I never heard it referred to as | 03:30PM |
| 15 | bounce back. | 03:30PM |
| 16 | Q.   Regardless of whether you have | 03:30PM |
| 17 | heard of it by a particular name, did you | 03:30PM |
| 18 | ever notice that feature? | 03:30PM |
| 19 | A.   Could you describe it again? | 03:30PM |
| 20 | Q.   Did you ever notice a feature in | 03:30PM |
| 21 | the iPhone interface where an electronic | 03:30PM |
| 22 | document is scrolled past an edge of the | 03:30PM |
| 23 | document and the document then snaps back | 03:30PM |
| 24 | into place or automatically relocates itself? | 03:30PM |
| 25 | MS. HAGBERG:  Objection; vague. | 03:30PM |