# EXHIBIT 16
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

December 10, 2011

Mia Mazza                                         S. Calvin Walden
Morrison & Foerster                               WilmerHale
425 Market Street                                 399 Park Ave
San Francisco, CA 94105-2482                      New York, NY 10022

Re:     Apple, Inc. v. Samsung Elecs. Co., Case No. 11-CV-1846 LHK

Dear Mia and Calvin:

In the Court's December 9, 2011 Order re Temporary Relief From In Person Meet and Confer Requirement (Dkt. 472), the Court excused Apple from the "in-person" requirement, but Apple still needs to conduct a lead counsel meet and confer. Mr. Verhoeven is available on December 11, 2011 at 2:00 pm, Pacific Time, to meet telephonically on the issues raised by Apple's motion, as well as on the issues we've previously identified as ripe for lead-counsel meet-and-confer, including:

- Documents from Apple's action against Motorola in the ITC
- Mac OS 10.0 and SuperClock source code
- Return of Samsung's memory cards and deletion of Apple's copies of photographs
- Documents, including model shop records and tangibles related to the 035 Mockup
- Obtaining Apple's compliance with Judge Grewal's order of November 16, 2011 requiring complete searches for materials relating to the 035 Mockup
- Supplemental response to Interrogatory 1
- Complete design inventor sketchbooks (redacting only future products)

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

02198.51855/4474632.3

Mia Mazza
S. Calvin Walden
Dieember 10, 2011

- Materials related to Apple's investigation of Sony design language and designs based on other smartphones (Treo/Razr)
- Materials related to "Phillips receiver" test reports in connection with development of iPhone
- Documents and prototypes related to the "Brain Box"
- Documents and prototypes related to the Apple Cinema Display
- Prior deposition testimony of Apple's employees, testifying in their capacity as Apple employees
- Release of materials designated "Attorneys' Eyes Only" to Dr. Itay Sherman

Please let us know Mr. McElhinny's availability as soon as possible.

Kind regards,

/s/

Diane C. Hutnyan

2