# EXHIBIT 18
# FILED UNDER SEAL

Page 1

1               UNITED STATES DISTRICT COURT
2                   STATE OF CALIFORNIA
3                    SAN JOSE DIVISION
4                       --oOo--
5    APPLE INC., A CALIFORNIA       )
6    CORPORATION,                   )
7                PLAINTIFF,         ) No.  11-CV-01846-LHK
8         vs.                       )
9    SAMSUNG ELECTRONICS CO.,       )
10   LTD., A KOREAN BUSINESS        )
11   ENTITY; SAMSUNG ELECTRONICS    )
12   AMERICA, INC., A NEW YORK      )
13   CORPORATION; SAMSUNG           )
14   TELECOMMUNICATIONS AMERICA,    )
15   LLC, A DELAWARE LIMITED        )
16   LIABILITY COMPANY,             )
17                DEFENDANTS.       )
18   _____)
19
20       VIDEOTAPED DEPOSITION OF ROBERT BRUNNER
21       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
22              San Francisco, California
23               Monday, March 5, 2012
24   Reported By:
     KATHLEEN WILKINS, CSR #10068, RPR, CRR, CCRR, CLR
25   JOB NO. 47111

Highly Confidential - Attorneys Eyes Only

Page 74

| | | |
|---|---|---|
| 1 | referring to as the bezel. | 11:44 |
| 2 | A.   Let's see.  This -- this plastic | 11:44 |
| 3 | material (indicating) which surrounds the display | 11:44 |
| 4 | is commonly referred to as a bezel. | 11:44 |
| 5 | Q.   Thank you. | 11:44 |
| 6 | And on page 134 of Exhibit 1, the black | 11:44 |
| 7 | plastic that surrounds and sits above the display, | 11:44 |
| 8 | that's also something you referred to as a | 11:44 |
| 9 | "bezel"? | 11:44 |
| 10 | A.   Yes, that is correct. | 11:44 |
| 11 | Q.   On this Jaguar concept on page 134, is | 11:44 |
| 12 | the flat panel display something that can be | 11:44 |
| 13 | detached and used separate and apart from the rest | 11:44 |
| 14 | of the device? | 11:44 |
| 15 | A.   It's designed to be detached but not | 11:44 |
| 16 | separately.  It was intended as -- the portion | 11:44 |
| 17 | behind the display is intended as a desktop | 11:45 |
| 18 | computer which could be connected to virtually any | 11:45 |
| 19 | monitor.  And then the flat panel section was | 11:45 |
| 20 | intended as a module to attach should you want to | 11:45 |
| 21 | make it portable. | 11:45 |
| 22 | Q.   And if you wanted to input information | 11:45 |
| 23 | into this computer, can you do it through the | 11:45 |
| 24 | display? | 11:45 |
| 25 | A.   No.  No.  It was entirely based on | 11:45 |

Highly Confidential - Attorneys Eyes Only

Page 75

|  |  |  |
|---|---|---|
| 1 | keyboard and mouse interaction. | 11:45 |
| 2 | Q.   So the display, even if detached, would | 11:45 |
| 3 | never be used in a manner where a person would | 11:45 |
| 4 | hold it with one hand and touch the display with | 11:45 |
| 5 | the other -- with fingers of the other hand? | 11:45 |
| 6 | A.   No, it would not. | 11:45 |
| 7 | Q.   Let's look at page 144, the brain box. | 11:45 |
| 8 | This is Exhibit 1, so it's the brain box -- | 11:45 |
| 9 | A.   Yes. | 11:45 |
| 10 | Q.   -- picture we were talking about | 11:45 |
| 11 | earlier? | 11:45 |
| 12 | You testified that the brain box was a | 11:46 |
| 13 | concept that was developed before you arrived at | 11:46 |
| 14 | Apple. | 11:46 |
| 15 | Do you have, as you sit here today, | 11:46 |
| 16 | knowledge about what that concept looked like | 11:46 |
| 17 | separate and apart from what you see in the | 11:46 |
| 18 | picture? | 11:46 |
| 19 | MR. WEBSTER:  Object.  That misstates | 11:46 |
| 20 | his testimony. | 11:46 |
| 21 | THE WITNESS:  I do not recall ever | 11:46 |
| 22 | seeing the concept in person.  I have seen | 11:46 |
| 23 | photographs of it.  I have never actually seen the | 11:46 |
| 24 | concept model, that I recall seeing it. | 11:46 |
| 25 | BY MS. TUCHER: | 11:46 |

Highly Confidential - Attorneys Eyes Only

Page 76

| | | |
|---|---|---|
| 1 | Q. Have you seen photographs of it other | 11:46 |
| 2 | than the photograph that is on page 144 of | 11:46 |
| 3 | Exhibit 1? | 11:46 |
| 4 | A. I'm not positive. I -- I think so, but | 11:46 |
| 5 | I'm not entirely positive. | 11:46 |
| 6 | Q. Do you know what the back of the display | 11:46 |
| 7 | screen looks like? | 11:47 |
| 8 | MR. WEBSTER: Object. It calls for | 11:47 |
| 9 | speculation. | 11:47 |
| 10 | THE WITNESS: It's -- it would be | 11:47 |
| 11 | guesswork at this point. Again, without seeing | 11:47 |
| 12 | photographs, I think I know what it looks like, | 11:47 |
| 13 | but I can't say with absolute certainty. | 11:47 |
| 14 | BY MS. TUCHER: | 11:47 |
| 15 | Q. I'm not asking you to guess. So if you | 11:47 |
| 16 | can't give us any information about what the back | 11:47 |
| 17 | of the product looks like, we will have to leave | 11:47 |
| 18 | it there. | 11:47 |
| 19 | A. Mh-hmm. | 11:47 |
| 20 | Q. Let's look at page 174 of Exhibit 1, the | 11:47 |
| 21 | PenMac device that you were asked about earlier. | 11:47 |
| 22 | Does this device also have a raised | 11:47 |
| 23 | plastic bezel surrounding the display screen? | 11:47 |
| 24 | A. Yes, it does. | 11:48 |
| 25 | Q. And is this device actually rectangular, | 11:48 |