# EXHIBIT 19
# FILED UNDER SEAL

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 29/382,846 |
| *(Use as many sheets as necessary)* | Filing Date | January 7, 2011 |
| | First Named Inventor | Jody AKANA |
| | Art Unit | 2913 |
| | Examiner Name | *To be determined* |
| Sheet 1 of 3 | Attorney Docket Number | 2607.3180000(P10559US1) |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | D448,031 | 09-18-2001 | Goetz | |
| | US2 | D458,252 | 06-04-2002 | Palm et al. | |
| | US3 | D461,802 | 08-20-2002 | Tu | |
| | US4 | D474,163 | 05-06-2003 | Araki | |
| | US5 | D483,021 | 12-02-2003 | Shih | |
| | US6 | D504,889 | 05-10-2005 | Andre et al. | |
| | US7 | D506,195 | 06-14-2005 | Leveridge et al. | |
| | US8 | D514,558 | 02-07-2006 | Nagel et al. | |
| | US9 | D514,568 | 02-07-2006 | Huang et al. | |
| | US10 | D558,756 | 01-01-2008 | Andre et al. | |
| | US11 | D558,757 | 01-01-2008 | Andre et al. | |
| | US12 | D558,758 | 01-01-2008 | Andre et al. | |
| | US13 | D565,596 | 04-01-2008 | Kim | |
| | US14 | D567,819 | 04-29-2008 | Devericks et al. | |
| | US15 | D572,023 | 07-01-2008 | Park | |
| | US16 | D580,387 | 11-11-2008 | Andre et al. | |
| | US17 | D581,922 | 12-02-2008 | Andre et al. | |
| | US18 | D586,800 | 02-17-2009 | Andre et al. | |
| | US19 | D599,342 | 09-01-2009 | Andre et al. | |
| | US20 | D600,241 | 09-15-2009 | Andre et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP1 | | | | | |
| | FP2 | | | | | |
| | FP3 | | | | | |
| | FP4 | | | | | |
| | FP5 | | | | | |
| | FP6 | | | | | |
| | FP7 | | | | | |
| | FP8 | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or notcitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. 1367435-1

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 29/382,846 |
| *(Use as many sheets as necessary)* | Filing Date | January 7, 2011 |
| | First Named Inventor | Jody AKANA |
| | Art Unit | 2913 |
| | Examiner Name | *To be determined* |
| Sheet 2 of 3 | Attorney Docket Number | 2607.3180000(P10559US1) |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number: Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US21 | D601,353 | 10-06-2009 | Sadler et al. | |
| | US22 | D602,014 | 10-13-2009 | Andre et al. | |
| | US23 | D602,015 | 10-13-2009 | Andre et al. | |
| | US24 | D602,017 | 10-13-2009 | Andre et al. | |
| | US25 | D602,486 | 10-20-2009 | Andre et al. | |
| | US26 | D604,290 | 11-17-2009 | Andre et al. | |
| | US27 | D604,291 | 11-17-2009 | Andre et al. | |
| | US28 | D604,292 | 11-17-2009 | Andre et al. | |
| | US29 | D604,293 | 11-17-2009 | Andre et al. | |
| | US30 | D604,733 | 11-24-2009 | Andre et al. | |
| | US31 | D606,989 | 12-29-2009 | Andre et al. | |
| | US32 | D606,991 | 12-29-2009 | Liu et al. | |
| | US33 | D606,992 | 12-29-2009 | Liu et al. | |
| | US34 | D609,705 | 02-09-2010 | Andre et al. | |
| | US35 | D611,045 | 03-02-2010 | Andre et al. | |
| | US36 | D611,469 | 03-09-2010 | Andre et al. | |
| | US37 | D616,436 | 05-25-2010 | Busri | |
| | US38 | D617,793 | 06-15-2010 | Chiang et al. | |
| | US39 | D619,555 | 07-13-2010 | Yang et al. | |
| | US40 | D622,514 | 08-31-2010 | Park et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document: Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP9 | | | | | |
| | FP10 | | | | | |
| | FP11 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. 1367435-1

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 29/382,846 |
| *(Use as many sheets as necessary)* | Filing Date | January 7, 2011 |
| | First Named Inventor | Jody AKANA |
| | Art Unit | 2913 |
| | Examiner Name | *To be determined* |
| Sheet 3 of 3 | Attorney Docket Number | 2607.3180000(P10559US1) |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US41 | D623,184 | 09-07-2010 | Green et al. | |
| | US42 | D624,070 | 09-21-2010 | Lee et al. | |
| | US43 | D624,071 | 09-21-2010 | Dan | |
| | US44 | D624,074 | 09-21-2010 | Green et al. | |
| | US45 | D625,928 | 10-26-2010 | Lee et al. | |
| | US46 | D631,474 | 01-25-2011 | Green et al. | |
| | US47 | D632,688 | 02-15-2011 | Seong | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or notcitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached. 1367435-1

Replacement Sheet
Sheet 1 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



FIG. 1

Replacement Sheet
Sheet 2 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



FIG. 2

Replacement Sheet
Sheet 3 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



FIG. 3

Replacement Sheet
Sheet 4 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



FIG. 4

Replacement Sheet
Sheet 5 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



FIG. 5

FIG. 6

Replacement Sheet
Sheet 6 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



FIG. 7



FIG. 8

Replacement Sheet
Sheet 7 of 7
Appl. No. 29/382,846; Filed: January 7, 2011
Dkt. No. 2607.3180000(P10559US1)
Tel. No. 202-371-2600
For: Portable Display Device



**FIG. 9**



**FIG. 10**