# EXHIBIT 21
# FILED UNDER SEAL

Equivalent of Form PTO/SB/08a (07-09)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 29/384,918 |
| | Filing Date | February 4, 2011 |
| | First Named Inventor | AKANA et al. |
| | Art Unit | 2913 |
| | Examiner Name | FOX, Barbara G. |
| Sheet   1   of   7 | Attorney Docket Number | 2607.3180002 |

## U.S. PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | US1 | 4,545,023 | 10-01-1985 | Mizzi | |
| | US2 | D306,583 | 03-13-1990 | Krolopp et al. | |
| | US3 | D333,574 | 03-02-1993 | Ackeret | |
| | US4 | D337,569 | 07-20-1993 | Kando | |
| | US5 | D345,346 | 03-22-1994 | Alfonso et al. | |
| | US6 | D346,793 | 05-10-1994 | Iino et al. | |
| | US7 | 5,345,543 | 09-06-1994 | Capps et al. | |
| | US8 | 5,398,310 | 03-14-1995 | Tchao et al. | |
| | US9 | 5,488,204 | 01-30-1996 | Mead et al. | |
| | US10 | D396,854 | 08-11-1998 | Tullis | |
| | US11 | D398,594 | 09-22-1998 | Tullis | |
| | US12 | D405,774 | 02-16-1999 | Yui et al. | |
| | US13 | D448,031 S | 09-18-2001 | Goetz | |
| | US14 | D458,252 S | 06-04-2002 | Palm et al. | |
| | US15 | D461,802 S | 08-20-2002 | Tu | |
| | US16 | D474,163 S | 05-06-2003 | Araki | |
| | US17 | D483,021 S | 12-02-2003 | Shih | |
| | US18 | D490,420 S | 05-25-2004 | Solomon et al. | |
| | US19 | D504,889 S | 05-10-2005 | Andre et al. | |
| | US20 | D506,195 S | 06-14-2005 | Leveridge et al. | |

## FOREIGN PATENT DOCUMENTS

| Examiner initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | FP1 | FI 4897 | 07-18-1980 | Mats | | |
| | FP2 | GB 1042780 | 12-11-1986 | Sharp Kabushiki Kaisha | | |
| | FP3 | GB 1058721 | 11-01-1989 | Wang Laboratories Inc. | | |
| | FP4 | GB 1058720 | 11-01-1989 | Wang Laboratories Inc. | | |
| | FP5 | GB 2030050 | 10-01-1992 | Baltea S p A | | |
| | FP6 | CA 72548 | 05-27-1993 | Kabushiki Kaisha Toshiba | | |
| | FP7 | GB 2033245 | 08-19-1993 | C.D. Interactive Ltd | | |
| | FP8 | SE 55044 | 10-27-1993 | Baltea S.p.A. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or notcitation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.