# EXHIBIT 24
# FILED UNDER SEAL

Highly Confidential - Attorneys' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4   APPLE INC., a California      )
    corporation,                  )
5                Plaintiff,       )
                                  )
6   vs.                           ) Case No. 11-cv-01846-LHK
                                  )
7   SAMSUNG ELECTRONICS CO.,      )
    LTD., a Korean business       )
8   entity; SAMSUNG ELECTRONICS   )
    AMERICA, INC., a New York     )
9   corporation; SAMSUNG          )
    TELECOMMUNICATIONS AMERICA,   )
10  LLC, a Delaware limited       )
    liability company,            )
11               Defendants.      )
    _____ )
12
13
14         H I G H L Y   C O N F I D E N T I A L
15         A T T O R N E Y S'   E Y E S   O N L Y
16
17      VIDEOTAPED DEPOSITION OF STEPHEN GRAY
18              Palo Alto, California
19              Friday, May, 4, 2012
20
21
22  BY:  HEIDI BELTON, CSR, RPR, CRR, CCRR
23  CSR LICENSE NO. 12885
24  JOB NO. 49273
25

TSG Reporting - Worldwide    877-702-9580

Page 205

1   enlarged in the zone view.                                    16:37:05

2       Q.   Does -- would you agree that Claim 50

3   requires -- I'm looking at the -- sort of the middle of

4   the claim near line 32 -- that what is required is

5   enlarging and translating the structured electronic           16:37:22

6   document so that the first box is substantially

7   centered?

8            MS. MAROULIS:  Objection; vague.  Calls for

9   legal conclusion.

10           THE WITNESS:  I think you have -- with the           16:37:37

11  proviso there maybe alterations in the language.  But I

12  think you've -- you've correctly read the limitation

13  starting at line 31.

14           MS. MAROULIS:  We've been going for over an

15  hour.                                                         16:37:53

16           THE WITNESS:  Would you like to take a break

17  soon?

18           MR. MONACH:  Let me just finish up with this.

19           MS. MAROULIS:  Okay.

20  BY MR. MONACH:                                                16:37:57

21      Q.   Is it your opinion that in the transition from

22  the world view to the zone view shown on page 4 of your

23  Appendix 7, that what has been enlarged and translated

24  is the same structured electronic document that is shown

25  in the world view?                                            16:38:30

Page 206

1    A.   No.  The document which is being shown in the          16:38:32
2    zone view on page 4 is a box of content from the
3    structured electronic document shown in the world view.
4         Q.   Which is -- so the thing shown on the right is
5    a different structured electronic document than the         16:39:00
6    structured electronic document shown in the world view,
7    right?
8              MS. MAROULIS:  Objection; vague.
9              THE WITNESS:  I thought I said something
10   different, so let me try again.                             16:39:16
11             The selection of -- of the box shown in --
12   okay.  In the world view on the left, there is
13   identified in red a first box.  Selection of that box by
14   a first gesture enlarges and centers that box of content
15   in the zone view shown on the right.                        16:39:38
16   BY MR. MONACH:
17        Q.   But there is no enlarging and translating of
18   the structured electronic document shown on the left;
19   rather, the distinct -- in your view -- structured
20   electronic documents in those four tiles are enlarged       16:39:57
21   and centered?
22             MS. MAROULIS:  Objection; vague.  Assumes
23   facts.
24   BY MR. MONACH:
25        Q.   Is that right?                                    16:40:06

Highly Confidential - Attorneys' Eyes Only

Page 207

```
1      A.   I believe that the enlarged and centered zone      16:40:11
2  view is a box of content found on the world view.  It is
3  comprised of individual tiles or structured electronic
4  documents on their own.  But it is from -- it is derived
5  or created from an enlargement of the world view           16:40:29
6  structured electronic document into the zone view.
7  BY MR. MONACH:
8      Q.   So the world view electronic document, the
9  36-tile document is not enlarged as an entity and then
10 translated to center those four boxes, right?              16:40:48
11          MS. MAROULIS:  Objection; vague.
12          THE WITNESS:  I don't have any reason to
13 believe that -- well, let me say it slightly
14 differently.  I'm not sure, sitting here today, exactly
15 what the -- the software performed with respect to        16:41:15
16 enlarging and centering.  But given what the functions
17 are that are intended for LaunchTile, there is no reason
18 for me, sitting here today, to believe that the
19 structured electronic document that is -- that is the
20 world view is not enlarged and the portion of it that     16:41:34
21 was selected in that box of content simply enlarged and
22 translated into the zone view.
23 BY MR. MONACH:
24     Q.   Let's look at the content from these four
25 boxes that are shown in the center of the world view and  16:41:46
```