# EXHIBIT 25
# FILED UNDER SEAL

