# EXHIBIT 26
# FILED UNDER SEAL

Confidential Attorneys' Eyes Only Outside Counsel

Page 1

```
1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4
5   APPLE INC., a California
    corporation,
6
                  Plaintiff,
7
    vs.                           CASE NO. 11-CV-01846-LHK
8
    SAMSUNG ELECTRONICS CO., LTD.,
9   A Korean business entity;
    SAMSUNG ELECTRONICS AMERICA,
10  INC., a New York corporation;
    SAMSUNG TELECOMMUNICATIONS
11  AMERICA, LLC, a Delaware
    limited liability company,
12
                 Defendants.
13  _____/
14
15            C O N F I D E N T I A L
16       A T T O R N E Y S'  E Y E S  O N L Y
17           O U T S I D E   C O U N S E L
18
19   VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN, Ph.D.
20              SAN FRANCISCO, CALIFORNIA
21              TUESDAY, AUGUST 16, 2011
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 41176
```

Confidential Attorneys' Eyes Only Outside Counsel

Page 151

1  have to align with the screen.
2     Q   So you can have -- you can have the edge of
3  the boundary be something other than the edge of the
4  screen?
5         MR. MONACH:  Objection; vague.
6         MR. JOHNSON:  I think we're saying the same
7  thing.  I'm just -- I'm really bad with trying to --
8     A   I want to make sure I say the right thing
9  with my understanding of what you're saying, too.
10    Q   So all I'm saying is, under your view of an
11 electronic document, an electronic document can have a
12 boundary that is internal to the screen or, you know,
13 doesn't have to be at the edge of the screen --
14        MR. MONACH:  Objection; form.
15        MR. JOHNSON:  Q.  -- right?
16        MR. MONACH:  Objection; calling for a legal
17 conclusion; asked and answered.
18        You can do it again.
19        THE WITNESS:  So as I answered earlier, and
20 my opinion is that the boundary of the electronic
21 document, in this case, this -- this edge is one
22 boundary of it, does not have to match the edge of the
23 screen, yes.
24        MR. JOHNSON:  Okay.
25    Q   So just, during the lunch, I had the guys

1  just print up a sheet of paper with some squares on it
2  for me.  So if you imagine, sir, that the -- the
3  quadrants that are labeled 1 to 36 on here are the
4  entire -- that's this -- that's the screen of the
5  display.
6       A    So the whole -- the big rectangular is the
7  screen?
8       Q    Right.
9       A    Okay.
10      Q    So you can have an electronic document that
11 consists of smaller grids within the screen; right?
12           MR. MONACH:  Object to the form of the
13 question; calling for a legal conclusion; incomplete
14 hypothetical; asking for a new opinion.
15           THE WITNESS:  It would depend on what one
16 considers to be the electronic document.  It could be
17 one of these, let me call it sub rectangles that you
18 can label with numbers.  It could be some combination
19 of them.  It --
20           MR. JOHNSON:  Right.
21           THE WITNESS:  -- really depends on -- depends
22 on how, you know, you want to put the boundary around
23 it.
24           MR. JOHNSON:  Q.  So you could draw a
25 boundary, hypothetically, around squares 15, 16, 17,

Confidential Attorneys' Eyes Only Outside Counsel

Page 153

1   18, 21 and 22, 23 and 24?
2       A   Say -- sorry.  15, 16, 17, 18, 21?
3       Q   22, 23, and 24.
4       A   So kind of like this?
5       Q   Yeah, go ahead and draw it.
6           MR. MONACH:  Object to the -- object to the
7   form of the question as vague and ambiguous;
8   incomplete hypothetical.
9           MR. JOHNSON:  Q.  Make it a little more
10  noticeable for me.
11      A   We've got black lines around it.
12      Q   Yeah, okay.
13          So that could be an electronic document;
14  right?
15      A   Depend --
16          MR. MONACH:  Same objection.
17          THE WITNESS:  Sorry.  I jumped in there.
18          Depending on the context, depending on the
19  application, it could be.
20          MR. JOHNSON:  Okay.
21          THE WITNESS:  Or some other collection.
22          MR. JOHNSON:  Q.  It's not limited to that;
23  right?
24      A   I would not say it's limited.
25      Q   So it could be also a -- a six-by-six grid or

Page 154

```
 1   a two-by-two grid?
 2           MR. MONACH:  Same --
 3           MR. JOHNSON:  Q.  -- or even a three-by-three
 4   grid, I guess --
 5           MR. MONACH:  Same objection.
 6           MR. JOHNSON:  Q.  -- right?
 7           MR. MONACH:  Vague and ambiguous; incomplete
 8   hypothetical.
 9           THE WITNESS:  Again, it would depend on the
10   def- -- you know, how -- whoever is being the
11   application, what they consider to be the document --
12   to be the extent of the document, yes.
13           MR. JOHNSON:  Q.  Under your view, though, it
14   could be those, those grids; right?
15           MR. MONACH:  Objection; same objection as
16   before.  Also, misstates the prior testimony.
17           THE WITNESS:  Depending on the context, it --
18   it could take on different forms.
19           MR. JOHNSON:  Okay.
20      Q    Does the grid need to be a rectangle?
21           MR. MONACH:  Same objection.
22           MR. JOHNSON:  Strike it.  Let me ask it
23   again.
24      Q    Does -- would the grid need to be a rectangle
25   in order for it to be an electronic document?
```

Page 155

1          MR. MONACH:  Same objection.
2          THE WITNESS:  Well, I think the electronic
3    document doesn't have to be anything to do with the
4    grid.  It --
5          MR. JOHNSON:  Okay.
6          THE WITNESS:  -- it's any visual thing with
7    defined boundaries --
8          MR. JOHNSON:  So -- so it --
9          THE WITNESS:  -- by my definition of it.
10         MR. JOHNSON:  Q.  Could -- if you -- if you
11   drew lines around squares one, two, and eight, for
12   example --
13      A   One, two, and eight.  So this kind of, I
14   guess, inverted L?
15      Q   Yeah.
16          Could that be an electronic document?
17         MR. MONACH:  Objection; vague; incomplete
18   hypothetical; calling for a legal conclusion and a new
19   opinion.
20         THE WITNESS:  So to the extent that I haven't
21   considered this, this style of odd-shaped documents
22   prior to coming here today, just thinking on the fly
23   here, a -- based on my understanding of, you know,
24   boundaries, that wouldn't -- would satisfy the notion
25   of a boundary, again, depending on the context of the

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 *Beyond Edge / edge* | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 32 | 33 | 34 | 35 | 36 |



Balakrishnan
EXHIBIT NO. 104
8-16-11
Andrea Ignacio, CSR 9830