# Exhibit E
# (Submitted Under Seal)

Highly Confidential - Attorneys Eyes Only

```
                                                                Page 1
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JONES DIVISION
 3                              )
    APPLE, INC., A CALIFORNIA   )
 4  CORPORATION,                )
                                )
 5      Plaintiff,              )
                                )
 6                              )
    VS.                         ) CASE
 7                              ) NO.
                                ) 11-CV-01846-LHK(PSG)
 8  SAMSUNG ELECTRONICS CO.,    )
    LTD., A KOREAN BUSINESS     )
 9  ENTITY; SAMSUNG             )
    ELECTRONICS AMERICA,        )
10  INC., A NEW YORK            )
    CORPORATION; SAMSUNG        )
11  TELECOMMUNICATIONS          )
    AMERICA, LLC, A DELAWARE    )
12  LIMITED LIABILITY           )
    COMPANY,                    )
13                              )
                                )
14      Defendant.              )
15
    *********************************************************
16            ORAL AND VIDEOTAPED DEPOSITION OF
                    DAE IL "DALE" SOHN
17                 Friday, April 20, 2012
         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18  *********************************************************
19
20      ORAL AND VIDEOTAPED DEPOSITION OF DAE IL "DALE" SOHN,
    produced as a witness at the instance of the Plaintiff(s),
21  and duly sworn, was taken in the above-styled and numbered
    cause on Friday, April 20, 2012, from 9:33 a.m. to
22  5:27 p.m., before Tamara K. Chapman, CSR in and for the
    State of Texas, reported by machine shorthand, at Regus,
23  4515 Cole Avenue, Dallas, Texas, pursuant to the Federal Rules of
    Civil Procedure and the provisions stated on the record or
24  attached hereto.
25  JOB NO: 48590
```

Highly Confidential - Attorneys Eyes Only

Page 7

1       THE VIDEOGRAPHER:  This is the start of tape
2  labeled No. 1 of the videotaped deposition of Dale Sohn in
3  the matter of Apple, Inc., versus Samsung Electronics
4  Company, Ltd., for the Northern District of California,
5  San Jose Division, No. 11-CV-01846-LHK (PSG).  This
6  deposition is being held in Dallas, Texas, on April 20th,
7  2012, at approximately 9:33 a.m.  The court reporter is
8  Tamara Chapman.
9           Will counsel please introduce yourselves,                 09:33
10 after which the court reporter will swear in the witness.          09:33
11          MR. OLSON:  Erik Olson from Morrison &                    09:33
12 Foerster on behalf of Apple, and with me is Emily                  09:33
13 Sheffield from my office.                                          09:33
14          MS. MAROULIS:  Victoria Maroulis with Quinn               09:33
15 Emanuel, counsel for Samsung and the witness, Mr. Dale             09:33
16 Sohn.  With my is Cindi Moreland, general counsel of STA.          09:33
17               DAE IL "DALE" SOHN,                                  09:33
18 having been first duly sworn, testified as follows:                09:33
19                    EXAMINATION                                     09:33
20 BY MR. OLSON:                                                      09:33
21    Q.  Mr. Sohn, state your full name for the record.              09:34
22    A.  My Korean name is Dae Il Sohn.                              09:34
23          THE INTERPRETER:  D-A-E I-L S-O-H-N.                      09:34
24    Q.  (BY MR. OLSON)  Do you go by a different name in            09:34
25 the United States?                                                 09:34

Highly Confidential - Attorneys Eyes Only

Page 8

| | | |
|---|---|---|
| 1 | A. The name that I use for the sake of the business | 09:34 |
| 2 | affairs in the United States is Dale Sohn. | 09:34 |
| 3 | Q. What's your residential address? | 09:34 |
| 4 | A. 5320 Catamaran Drive, Plano, Texas. | 09:34 |
| 5 | Q. And you are the president and CEO of Samsung | 09:35 |
| 6 | Telecommunications America's, LLC, correct? | 09:35 |
| 7 | A. Yes. | 09:35 |
| 8 | Q. And Samsung Telecommunications America, if I | 09:35 |
| 9 | refer to that as STA, would that make sense to you? | 09:35 |
| 10 | A. Yes. | 09:35 |
| 11 | Q. And isn't it the case that that's one of the ways | 09:35 |
| 12 | that people within Samsung refer to your subsidiary? | 09:35 |
| 13 | A. Correct. | 09:35 |
| 14 | Q. And Samsung Telecommunications America or STA | 09:35 |
| 15 | sells over 9 billion in products a year in the United | 09:36 |
| 16 | States, correct? | 09:36 |
| 17 | MS. MAROULIS: Objection. Calls for | 09:36 |
| 18 | speculation. | 09:36 |
| 19 | A. Our revenue is more or less than $9 billion, but | 09:36 |
| 20 | when it comes to the accurate number, I don't have a clear | 09:36 |
| 21 | recollection. | 09:36 |
| 22 | | 09:36 |
| 23 | Q. (BY MR. OLSON) You've been the president and CEO | 09:36 |
| 24 | of STA since May of 2006, correct? | 09:36 |
| 25 | A. Correct. | 09:37 |

Highly Confidential - Attorneys Eyes Only

Page 31

| | | |
|---|---|---|
| 1 | MS. MAROULIS: Objection; vague, calls for | 10:52 |
| 2 | speculation. | 10:52 |
| 3 | A. Correct. | 10:52 |
| 4 | Q. (BY MR. OLSON) In the postpaid market for | 10:53 |
| 5 | smartphones, isn't it correct that Apple is a primary | 10:53 |
| 6 | competitor of Samsung with respect to smartphones, and | 10:53 |
| 7 | I'll say for 2011 and 2012? | 10:53 |
| 8 | MS. MAROULIS: Objection; compound, vague. | 10:53 |
| 9 | A. That is correct. | 10:53 |
| 10 | Q. (BY MR. OLSON) And with respect to the Galaxy S | 10:53 |
| 11 | phones, Apple is a primary competitor for the customers | 10:53 |
| 12 | who would purchase those phones or, alternatively, | 10:53 |
| 13 | purchase an iPhone? | 10:54 |
| 14 | MS. MAROULIS: Objection; vague, calls for | 10:54 |
| 15 | speculation, assumes facts not in evidence. | 10:54 |
| 16 | A. The competition situation may differ depending on | 10:55 |
| 17 | carriers. When it comes to Verizon, there is a brand | 10:55 |
| 18 | named DROID. So actually competition with the DROID could | 10:55 |
| 19 | be fiercer. And when it comes to T-Mobile, it doesn't | 10:55 |
| 20 | handle iPhones at all. | 10:56 |
| 21 | So even in the postpaid market, we have fierce | 10:56 |
| 22 | composition with other vendors such as HTC and Motorola. | 10:56 |
| 23 | So it would be somewhat difficult to pinpoint iPhones as | 10:56 |
| 24 | our -- as the primary competitive product with regard to | 10:56 |
| 25 | the Galaxy S II product. | 10:56 |

Highly Confidential - Attorneys Eyes Only

```
                                                              Page 32
 1        Q.  (BY MR. OLSON)  But Apple would be a competitor    10:56
 2   of Samsung with respect to the Galaxy S and the Galaxy      10:56
 3   S II product?                                               10:56
 4        A.  Yes.                                               10:56
 5        Q.  Has Samsung Korea or Samsung Telecommunications    10:56
 6   America placed any particular focus on an effort to beat    10:57
 7   Apple in 2010 or 2011 or 2012?                              10:57
 8             MS. MAROULIS:  Objection; compound.               10:57
 9        A.  Yes.                                               10:57
10        Q.  (BY MR. OLSON)  And it's correct in fact that in   10:57
11   each of those three years it has been a particular goal of  10:57
12   STA to beat Apple in the United States?                     10:57
13             MS. MAROULIS:  Objection; compound, assumes       10:58
14   facts.                                                      10:58
15        A.  It is not true.                                    10:58
16        Q.  (BY MR. OLSON)  Is it true in 2012 that one of     10:58
17   your goals for the STA organization is to beat Apple?       10:58
18             MS. MAROULIS:  Objection; vague.                  10:58
19        A.  That is correct.                                   10:58
20        Q.  (BY MR. OLSON)  And -- and it's the case that you  10:58
21   have been directed by superiors at SEC Korea to come up     10:58
22   with a strategy in 2012 to beat Apple?                      10:59
23             MS. MAROULIS:  Objection; vague.                  10:59
24        A.  No, that is not true.                              10:59
25        Q.  (BY MR. OLSON)  Have you received any              10:59
```

Highly Confidential - Attorneys Eyes Only

Page 124

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JONES DIVISION
 3                                  )
    APPLE, INC., A CALIFORNIA       )
 4  CORPORATION,                    )
                                    )
 5       Plaintiff,                 )
                                    )
 6                                  )
    VS.                             ) CASE
 7                                  ) NO.
                                    ) 11-CV-01846-LHK(PSG)
 8  SAMSUNG ELECTRONICS CO.,        )
    LTD., A KOREAN BUSINESS         )
 9  ENTITY; SAMSUNG                 )
    ELECTRONICS AMERICA,            )
10  INC., A NEW YORK                )
    CORPORATION; SAMSUNG            )
11  TELECOMMUNICATIONS              )
    AMERICA, LLC, A DELAWARE        )
12  LIMITED LIABILITY               )
    COMPANY,                        )
13                                  )
                                    )
14       Defendant.                 )
15
                  REPORTER'S CERTIFICATION
16             DEPOSITION OF DAE IL "DALE" SOHN
                      APRIL 20, 2012
17
18       I, Tamara K. Chapman, Certified Shorthand Reporter in
19  and for the State of Texas, hereby certify to the
20  following:
21       That the witness, DAE IL "DALE" SOHN, was duly sworn
22  by the officer and that the transcript of the oral
23  deposition is a true record of the testimony given by the
24  witness;
25       That the deposition transcript was submitted on
```

Highly Confidential - Attorneys Eyes Only

Page 125

1  April 20th, 2012 to the witness or to the attorney for
2  the witness for examination, signature and return to me by
3  May 20th, 2012;
4        That the amount of time used by each party at the
5  deposition is as follows:
6        Mr. Erik J. Olson - 6:01
7        Ms. Victoria F. Maroulis - 00:00
8        That pursuant to information given to the deposition
9  officer at the time said testimony was taken, the
10 following includes counsel for all parties of record:
11       Mr. Erik J. Olson - THE PLAINTIFF
12       Ms. Victoria F. Maroulis - THE DEFENDANT
13       That $_____ is the deposition officer's charges
14 to the Plaintiff(s) for preparing the original deposition
15 transcript and any copies of exhibits;
16       I further certify that I am neither counsel for,
17 related to, nor employed by any of the parties or
18 attorneys in the action in which this proceeding was
19 taken, and further that I am not financially or otherwise
20 interested in the outcome of the action.
21
22
23
24
25

Highly Confidential - Attorneys Eyes Only

Page 126

1  Certified to by me this 20th day of April 2012.
2
3
   _____
   Tamara K. Chapman, Texas CSR 7248
4  Expiration Date:  12/31/10
   TSG Reporting, Inc.
5  Firm Registration No. 615
   Nationwide - Worldwide
6  Phone: (877) 702-9580
   info@tsgreporting.com
7  www.tsgreporting.com