# Exhibit F
# (Submitted Under Seal)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547401



# STA COMPETITIVE SITUATION

# ☐   PARADIGM SHIFT

HQ CFO



EXHIBIT
2647
J-Cheong

| Owner | Justin Denison |
|---|---|
| Document Revision | V 0.2 |
| Effective Date | |
| Retention | 16 FEB 2012 |
| Security Policy | 5 Years |

Top Secret

Pages Intentionally Omitted

CONSOLIDATION AROUND TWO OS PLATFORMS.  US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11547408

## Android & iOS Becoming The Only Relevant OS platforms

**Smartphone Sell—thru Share by OS**



Source: STA SMART system (BP, Acct teams),

## Three Horse Race becoming at Two Horse Race Between Apple & Samsung

**Smartphone Share by OEM**





Pages Intentionally Omitted