# Exhibit F
# (Submitted Under Seal)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547401



# STA COMPETITIVE SITUATION
# ☐ PARADIGM SHIFT

HQ CFO



EXHIBIT
2647
J-Cheong

| Owner | Justin Denison |
|---|---|
| Document Revision | v 0.2 |
| Effective Date | |
| Retention | 16 FEB 2012 |
| Security Policy | 5 Years |

Top Secret

Pages Intentionally Omitted

## CONSOLIDATION AROUND TWO OS PLATFORMS. US MARKET BECOMING A TWO HORSE RACE BETWEEN APPLE AND SAMSUNG.

### Android & iOS Becoming The Only Relevant OS platforms



Smartphone Sell—thru Share by OS

### Three Horse Race becoming at Two Horse Race Between Apple & Samsung



Smartphone Share by OEM

Source: STA SMART system (BP, Acct teams),

16 FEB 2012   TOP SECRET   SLIDE 8 of 31



Pages Intentionally Omitted