# Exhibit G
# (Submitted Under Seal)

| | |
|---|---|
| From: | Justin R. Denison |
| Sent: | Friday, June 17, 2011 11:12 AM |
| To: | Justin R. Denison; Dale Sohn; Joseph (Joonkyo) Cheong; Omar Khan; Brian Rosenberg; Todd Pendleton; Corey Kerstetter; Ji-Ung Park; YK Yongki Min; Brent (Byung Gil) Yoo; Byung Hee Choi; Thomas Chun; Nicholas Dicarlo; Paul Golden |
| Subject: | RE: GS Choi's Direction and Request to STA |
| Importance: | High |
| Categories: | Follow up |

Team,

Please find attached, updated presentation that was shown for purposes of discussion today re: Beat Apple strategy update. Per suggestion from Dale, I have also included all recent Apple analysis projects that have occurred in the last 6 ~ 9 months. My team will lead the update of this work.

Justin



Beat Apple
Update - DRAFT...



**SAMSUNG**
**mobile**

**Justin Denison**
VP Strategy & Corporate Planning
**SAMSUNG TELECOMMUNICATIONS AMERICA**
Ctrl + Click to Enlarge    **MOBILE:** (214) 478 - 1721

*NOTICE: This email message is for the sole use of the intended recipient'(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies, including without limitation electronic or printed versions, of the message.*

-----Original Appointment-----
**From:** Margo Diaz **On Behalf Of** Justin R. Denison

1

EXHIBIT
2651
JCheong

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10375640

Pages Intentionally Omitted



- What does it mean to beat Apple?
- Will be selling at 4 major Carriers soon enough with broad price points
- Extremely loyal customer base
- Thoroughly understand who Apple is? Operational, Design, … Invite Apple 'experts'
- How can our sales team justify additional (~$100) ASP?
- PP to provide view of what 'Wow' is in 2012 (over time)
- Need 'one STA' view about what the 'beat Apple' product and approach will be
- Provide STA view of when we can/will catch up to Apple – emphasize how dangerous Apple is from installed base, Carrier mindshare/conversion perspective, etc
- Must move very fast and decisively (e.g. LTE, HD 4.65" screen)
- Staged approach: qty in 2H'11, value in 1H'12
- Samsung mobile store

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10375642

# AGENDA

- Summary of HQ request
- Apple background analyses to-date
- Current performance gap (historical and projected) between STA and Apple

Confidential & Proprietary

2

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10375643

# EXECUTIVE SUMMARY – GS CHOI REQUEST

- STA must respond with a plan to beat Apple by Q3'11 or Q4'11 with a longer-term goal of growing Super-Premium ASPs to match Apple in 2012
- This will be shared with JK Shin no later than June 24 ~ 26th (visit to CA) and at HQ no later than July 11th & July 12th (Global Strategy Meeting)
- Key elements of GS Choi request

|  | Q3'11 | Q4'11 | Q1'12 | Q2'12 | Q3'12 | Q4'12 |
|---|---|---|---|---|---|---|
| Apple Sensing | iPhone5 launch (Sep) |  | iPad3 lau~ (Mar) | Retina 1536 x 2048 ~ multi-core | iPhone6 launch (Jun) | LTE |
| Sales / Biz Planning | #1 Smart Vol Share; Plan to reduce high RTF exception sales ratio | | Plans for: GSIII ASPs = Apple; GSIII same subsidy as Apple; 20% smartphone profitability (across portfolio) | | | |
| Marketing |  | P5 + GSII + P2/P8 Mktg / PR improvement Plan (ATL) + Dempsey/Nexus S4G/Stealth Demand Generation Improvement Plan (BTL) | Marketing Game Plan for ATL (Sustain GSII & Tablets) | | GSIII Launch | |
| Product Planning / Marketing | Evaluation of 2012 portfolio (focus on screen size analysis) | TouchWiz version of Galaxy Prime; P8 excl. Plan? | | | | |

Confidential & Proprietary    3

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10375644

Pages Intentionally Omitted