# Exhibit H
# (Submitted Under Seal)

<200b>



# GS CHOI VISIT TO STA
## SEPTEMBER 20, 2011

EXHIBIT 2727 D. Sohn
PENGAD 800-631-6989

SAMNDCA11513944

Confidential & Proprietary

Highly Confidential - Attorneys' Eyes Only



# COMMENTS FROM DALE

- Goal of next year – BEAT APPLE
  - 30M iPhone users (70%+ upgrade rate)
  - Currently don't see a weak area; we need to define the meaning of 'beating Apple'. S>A won't be the end of 'beat Apple'
- GSIII is a big opportunity and a big challenge
  - GSIII must be a differentiated device – currently may not be
  - 4~5 Mu volume target should be goal
  - Delay for UTUB?
- Overall plan is OK, but we are lacking a WOW idea to share with GS
  - Generally, lacking confidence in our plan to 'beat Apple'

Confidential & Proprietary

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11513945

Pages Intentionally Omitted

Case5:11-cv-01846-LHK Document1362-5 Filed07/26/12 Page5 of 20

# STA MUST PASS AND SUSTAIN THE LEAD OVER APPLE WHILE BUILDING THE NEW BUSINESSES TO DRIVE FUTURE GROWTH



| KPI | Target |
|---|---|
| In US phone volume / In US smartphone volume / In US non-smart volume / In Brand KPIs (UAT3, MPSA) | #1 |
| Handsets | 57.2Mu |
| Tablets (Connected & WiFi) | 3.6Mu |
| WT Profit | >15% |
| YoY Revenue Growth | >20% |
| Wireless Network Systems Revenue | >$0.5B |

**S>1A, S>2H — Phase III Goals (2012)**
- Continue sustainably higher Brand (UAT3 / MPSA scores) than Apple
- Samsung smartphone vol share > Apple
- GSIII ASP & subsidy parity with Apple

Galaxy S III

**S=2H — Phase II Goals (2011)**
- Sustainably higher Brand (UAT3 / MPSA) than A
- Samsung > 50% Android market share

Galaxy S II

**Phase I Accomplishments (2010)**
- Beat Apple in Brand (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- #1 US Android Share for 1st time in 3Q10

Galaxy S

* 100 API in Smart, 100 API in NonSmart

1-14

SAMSUNG

Confidential & Proprietary

Highly Confidential - Attorneys' Eyes Only    SAMNDCA11513957

Pages Intentionally Omitted

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (1 OF 2)

**US non-Iphone TAM**

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| iPhone | 15.3 | 25.9 | 35 |
| US TAM | 179.9 | 180.6 | 184.5 |
| non-Iphone TAM | 164.6 | 154.7 | 149.5 |

Note: volume in M's



Weekly Sell-Thru Volume (K)

■ Sam Infuse   ■ HTC Inspire

■ Sam Charge   ■ HTC Thunderbolt

### 1. Apple is aggressively growing share – future success is dependent on blunting Apple

- $49 iPhone3 in Jan.; VZ in Feb.; White iPhones in May; 3 SKUs to 7 SKUs in 4Q (launch Sprint)
- 15M in '10; 25M+ in '11; 35M? in '12

### 2. HTC is executing at a high level

- Launching new technology first at all 4 carriers
- Consistent product and SW upgrades; consistent look and feel (Sense UI)
- Aggressive pricing (Inspire $399 vs. Infuse $499; EVO 4G and Shift $99)

### 3. SAM has experienced significant product delays

- Over 1M expected S/P sell-thru lost in both 2Q and 3Q (reference quarterly plan prior to quarter start)
- Almost 70 S/P sell-thru weeks already lost in 4Q (reference point 3Q quarterly plan set end of May)

Confidential & Proprietary

SAMNDCA11513961

Highly Confidential - Attorneys' Eyes Only

Pages Intentionally Omitted



# 2012 US Market Product coverage

**Key Competitors**

**PREMIUM**
**(RP $299-$249)**

iPhone 5 & 6

**Samsung Products**

| | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Galaxy Nexus | Galaxy S2 SkyRocket HD | Galaxy Nexus+ |
| 2H 2012 | | Samsung GALAXY SIII | |

## Win Strategy for 2012

- Best in class HW/SW experience
  - $299/$199/$99 vs $299/$249/$199
  - $299/$199/$99 vs $299/$249/$199
- Deliver capability for key use cases out-of-box: Video, Gaming, Reading, Productivity, Communication
- Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.)
- Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio
- Enable interactions/ sharing capability between Phone-Tablet-TV
- Consider bundling opportunities

Samsung: 🟢 🟡 🟢 🟡 🟡 🟡
Apple: 🟡 🟢 🟢 🟢 🟢 🟡

- Product Competitiveness
- Positioning
- Ease of Use
- Content Ecosystem
- Common UI
- Device-to-Device interactions

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514056

Pages Intentionally Omitted

# S > A requires us to think differently

SAMNDCA11514060

Highly Confidential - Attorneys' Eyes Only

Samsung Confidential

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

**145M** Apple collective U.S. device installed base



- 11M Mac
- 27M (Mac)
- <2M AppleTV
- 64M Non-Touch iPod
- 18M iPod Touch
- 23M iPhone
- iPad

**45M** unique iOS users*

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44



- iPhone 17.0 million
- iPad 6.8 million
- iPod Touch 14.9 million
- 3.5 million
- 250K
- 760K
- 1.8 million

- 35% own an iPhone
- 10% own an iPod Touch

SAMSUNG

Sources: Comscore, Apple, Pew Internet Research, STA Analysis

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514061

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

**145M** Apple collective U.S. device installed base

**45M** unique iOS users*

### Each Product Leverages a Common UX and C&S EcoSystem

* 18% of apps are paid at an average price of $1.44

27M Mac

<2M AppleTV

64M iPhone

### Network Effects – Products Work Better Together Than Separate

18M iPod Touch

### Can Price Products Higher To Capture that 'Network Effect' Value

- 35% own an iPhone
- 10% own an iPod Touch

23M iPad

11M



Sources: Comscore, Apple, Pew Internet Research, STA Analysis

Samsung Confidential

SAMNDCA11514062

Highly Confidential - Attorneys' Eyes Only



SAMNDCA11514063

Highly Confidential - Attorneys' Eyes Only

# Selling to the Base Is More Efficient

...WITH POOLED DATA PLANS CREATING AN OPPORTUNITY FOR SAMSUNG TO SELL GALAXY TABS TO THE GALAXY S BASE

Carriers are likely to lower the barrier of multiple data subscriptions for smartphone owners to purchase a tablet...

**verizon**
"We will introduce family data plans sometime after we replace our unlimited smartphone data service with tiered data pricing."
– Verizon CFO (May 2011)

**at&t**
"We are working on it pooled tiered data plans (...) It will come soon."
– ATT CEO, Ralf De la Vega (June 2011)

...And Current Samsung Smartphone Owners express a high interest in owning a Samsung tablet

High interest by smartphone owners to purchase a (Samsung or Apple) tablet

71%
51%
39%
75%

- Consumers who own our smartphones are pre-disposed to purchase our products.

- We can strengthen this lead further through more connective tissue across the entire Samsung family of products

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11514064

Samsung Confidential

# Galaxy S2/Tab Introduced the Samsung EcoSystem, Galaxy S 3 Can Make it the Hero Feature

**ICS Based Galaxy S 3 and Galaxy Tab Next Gen**





**GALAXY S 2 and Galaxy Tab**




**First unified UX across product categories**
➢ **Social Hub & Live Panel Widgets**

**Media Hub Show capability for HD TV**

First commonality of UX achieved on Galaxy Tab and Galaxy S 2
Carry over through Ice Cream powered devices + Galaxy Player

Samsung Confidential

SAMSUNG

SAMNDCA11514065

Highly Confidential - Attorneys' Eyes Only

# Leveraging our Signature Services



VS



## Moving Signature Services Across Platforms



Leverage N-Screen strategy to drive adoption of Samsung Signature experiences across devices





AppleTV
Mac
Non-Touch iPod
iPod Touch
iPhone
iPad

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514066



# Actions to Beat Apple

- Leverage standardized connector strategy to enable a 3rd Party Ecosystem around our products
- Discoverability & Distribution of Leading Cross Platform Capabilities
- Media Hub Show, Samsung Smart View, Kies Air... Samsung Apps
- ✓ Galaxy Nexus
- ✓ Galaxy 2011
- ✓ GALAXY S

**Smart Acc'y**
**Enhanced Retail**
**Rich Library of Cross Platform Svcs**
**Improve Application Population**
**Common User Interfaces**
**Best in Class Hardware**

SAMNDCA11514067

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

Pages Intentionally Omitted