# Exhibit H
# (Submitted Under Seal)

# SAMSUNG

# GS CHOI VISIT TO STA
SEPTEMBER 20, 2011

EXHIBIT 2727 D. Sohn
Confidential & Proprietary
Highly Confidential - Attorneys' Eyes Only
SAMNDCA11513944

# COMMENTS FROM DALE

- Goal of next year – BEAT APPLE
  - 30M iPhone users (70%+ upgrade rate)
  - Currently don't see a weak area; we need to define the meaning of 'beating Apple'. S>A won't be the end of 'beat Apple'
- GSIII is a big opportunity and a big challenge
  - GSIII must be a differentiated device – currently may not be
  - 4~5 Mu volume target should be goal
  - Delay for UTUB?
- Overall plan is OK, but we are lacking a WOW idea to share with GS
  - Generally, lacking confidence in our plan to 'beat Apple'



Confidential & Proprietary

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11513945

Pages Intentionally Omitted

# STA MUST PASS AND SUSTAIN THE LEAD OVER APPLE WHILE BUILDING THE NEW BUSINESSES TO DRIVE FUTURE GROWTH



| Metric | Goal |
|---|---|
| In US phone volume / In US smartphone volume / In US non-smart volume / In Brand KPIs (UAT3, MPSA) | #1 |
| Handsets | 57.2Mu |
| Tablets (Connected & WiFi) | 3.6Mu |
| WT Profit | >15% |
| YoY Revenue Growth | >20% |
| Wireless Network Systems Revenue | >$0.5B |

**Galaxy S III** — S>1A, S>2H — Phase III Goals (2012)
- Continue sustainably higher Brand (UAT3 / MPSA scores) than Apple
- Samsung smartphone vol share > Apple
- GSIII ASP & subsidy parity with Apple

**Galaxy S II** — S=2H — Phase II Goals (2011)
- Sustainably higher Brand (UAT3 / MPSA) than A
- Samsung > 50% Android market share

**Galaxy S** — Phase I Accomplishments (2010)
- Beat Apple in Brand (UAT3 / MPSA) in 3Q10 but was not able to maintain afterwards
- #1 US Android Share for 1st time in 3Q10

* 100 API in Smart, 100 API in NonSmart

SAMSUNG

1-14

Confidential & Proprietary

Highly Confidential - Attorneys' Eyes Only
SAMNDCA11513957

Pages Intentionally Omitted

# KEY CHALLENGES/LESSONS LEARNED THROUGH FIRST 3 QUARTERS (1 OF 2)

1. **Apple is aggressively growing share – future success is dependent on blunting Apple**
   - $49 iPhone3 in Jan.; VZ in Feb.; White iPhones in May; 3 SKUs to 7 SKUs in 4Q (launch Sprint)
   - 15M in '10; 25M+ in '11; 35M? in '12

2. **HTC is executing at a high level**
   - Launching new technology first at all 4 carriers
   - Consistent product and SW upgrades; consistent look and feel (Sense UI)
   - Aggressive pricing (Inspire $399 vs. Infuse $499; EVO 4G and Shift $99)

3. **SAM has experienced significant product delays**
   - Over 1M expected S/P sell-thru lost in both 2Q and 3Q (reference quarterly plan prior to quarter start)
   - Almost 70 S/P sell-thru weeks already lost in 4Q (reference point 3Q quarterly plan set end of May)



US non-Iphone TAM

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| iPhone | 15.3 | 25.9 | 35 |
| US TAM | 179.9 | 180.6 | 184.5 |
| non-Iphone TAM | 164.6 | 154.7 | 149.5 |

Note: volume in M's

Weekly Sell-Thru Volume (K)

Confidential & Proprietary
SAMNDCA11513961
Highly Confidential - Attorneys' Eyes Only

Pages Intentionally Omitted



# 2012 Tablet experience gaps; Action plan to compete against Apple

| | | | SAMSUNG | Win Strategy for 2012 |
|---|---|---|---|---|
| Win the Customer | Product Competitiveness | 🟡 | 🟢 | •Continue to work with select **carriers and retailers** for prime POS positioning & marketing efforts<br>• Work with select retailers such as **Gamestop** to optimize consumer buying experience and support for Android tablets |
| | POS Experience | 🟢 | 🟡 | |
| Delight the Customer | Ease of Use | 🟢 | 🟡 | •Deliver capability for key use cases out-of-box: Video, Gaming, Reading, Productivity, Communication<br>•Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.) |
| | Content Ecosystem | 🟢 | 🟡 | |
| Lock-in the Customer | Common UI | 🟢 | 🟡 | •Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio<br>• Enable interactions/ sharing capability between Phone-Tablet-TV<br>•Consider bundling opportunities |
| | Device-to-Device interactions | 🟡 | 🟡 | |

Confidential & Proprietary

SAMSUNG

Highly Confidential - Attorneys' Eyes Only

# 2012 US Market Product coverage

**Key Competitors**

**PREMIUM**
**(RP $299-$249)**

iPhone 5 & 6

**Samsung Products**

| | VZW | AT&T | SPRINT |
|---|---|---|---|
| 1H 2012 | Galaxy Nexus | Galaxy S2 SkyRocket HD | Galaxy Nexus+ |
| 2H 2012 | | Samsung GALAXY SIII | |

## Win Strategy for 2012

- Best in class HW/SW experience
  - $299/$199/$99 vs $299/$249/$199
  - $299/$199/$99 vs $299/$249/$199
- Deliver capability for key use cases out-of-box: Video, Gaming, Reading, Productivity, Communication
- Work with 3rd parties to cover key content ecosystem gaps are covered (Netflix, Skype, Facebook etc.)
- Maintain consistency of TouchWix UX/UI and Samsung signature experiences across portfolio
- Enable interactions/ sharing capability between Phone-Tablet-TV
- Consider bundling opportunities

Samsung (top row): 🟢 🟡 🟢 🟡 🟡 🟡
Apple (bottom row): 🟡 🟢 🟢 🟢 🟢 🟡

- Product Competitiveness
- Positioning
- Ease of Use
- Content Ecosystem
- Common UI
- Device-to-Device interactions

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514056

Pages Intentionally Omitted

# S > A requires us to think differently

SAMNDCA11514060

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

**145M** Apple collective U.S. device installed base

- Mac — 11M / 27M
- AppleTV — <2M
- iPad — 23M
- iPhone — 18M (iPod Touch)
- Non-Touch iPod — 64M

iTunes / Available on the App Store

**45M** unique iOS users*

- iPhone — 17.0 million
- iPad — 6.8 million
- iPod Touch — 14.9 million
- Overlaps: 3.5 million (iPhone/iPad), 250K (all three), 760K (iPad/iPod Touch), 1.8 million (iPhone/iPod Touch)



- 35% own an iPhone
- 10% own an iPod Touch

- Each iOS user spends over $100 on content & apps
- Avg of 83 app downloads per user in 2011
- 18% of apps are paid at an average price of $1.44

Sources: Comscore, Apple, Pew Internet Research, STA Analysis

Samsung Confidential
Highly Confidential - Attorneys' Eyes Only
SAMNDCA11514061

# Apple U.S. installed base strong, with high levels of co-ownership within iOS >> Strong 'Engage & Keep'

**145M** Apple collective U.S. device installed base

**45M** unique iOS users*

## Each Product Leverages a Common UX and C&S EcoSystem

* 18% of apps are paid at an average price of $1.44

27M Mac

<2M AppleTV

## Network Effects – Products Work Better Together Than Separate



64M iPhone

## Can Price Products Higher To Capture that 'Network Effect' Value

11M iPad

18M iPod Touch

23M

• 35% own an iPhone
• 10% own an iPod Touch

Sources: Comscore, Apple, Pew Internet Research, STA Analysis

Samsung Confidential

Highly Confidential – Attorneys' Eyes Only

SAMNDCA11514062

# Android is 'Sticky' But Samsung Android is not yet

## FY'12 KEY MARKETING STRATEGIES

### Attacking Consumer Segments & Business Opportunities

**Loyalty**

Increase consumer loyalty to STA via comprehensive digital/social, CRM programs. (Loyalty KPI +30%)

- Grow Facebook/Twitter community (current 180K/goal 5M)
- Monthly e-mail/newsletter program to best customers
- Customized content and services communications
- B2B: colleges, Starbucks, AA, Barnes & Noble

**Repeat Purchasers**
- Apple: 78%
- Samsung: 51%

**Repeat Purchasers***
- HTC: 64%
- Samsung: 51%
- Motorola: 46%
- LG: 39%

**Total Smartphone Repurchases Over Customer Lifetime**
- Apple: 3.3
- HTC: 1.8
- Samsung: 1.1

Source: Nielsen 1Q11*
* % of recent smartphone acquirers whose current device has the same OEM/OS as their previous device

* % of recent smartphone acquirers whose current device has the same OEM/OS as their prev device

Confidential & Proprietary
Samsung Confidential

61

120

SAMNDCA11514063

Highly Confidential - Attorneys' Eyes Only

# Selling to the Base Is More Efficient



...WITH POOLED DATA PLANS CREATING AN OPPORTUNITY FOR SAMSUNG TO SELL GALAXY TABS TO THE GALAXY S BASE

Carriers are likely to lower the barrier of multiple data subscriptions for smartphone owners to purchase a tablet...

**verizon**
"We will introduce family data plans sometime after we replace our unlimited smartphone data service with tiered data pricing."
- Verizon CFO (May 2011)

**at&t**
"We are working on it pooled tiered data plans (...) It will come soon."
– ATT CEO, Ralf De la Vega (June 2011)

...And Current Samsung Smartphone Owners express a high interest in owning a Samsung tablet

High interest by smartphone owners to purchase a [Samsung or Apple] tablet

- Consumers who own our smartphones are pre-disposed to purchase our products.

- We can strengthen this lead further through more connective tissue across the entire Samsung family of products

Source: "P4 Customer Research: Question-by-Question Read-Out," Oliver Wyman, Apr 11

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514064

Samsung Confidential

# Galaxy S2/Tab Introduced the Samsung EcoSystem, Galaxy S 3 Can Make it the Hero Feature

**GALAXY S 2 and Galaxy Tab**



*ICS Based Galaxy S 3 and Galaxy Tab Next Gen*





**First unified UX across product categories**
➢ Social Hub & Live Panel Widgets

**Media Hub Show capability for HD TV**

First commonality of UX achieved on Galaxy Tab and Galaxy S 2
Carry over through Ice Cream powered devices + Galaxy Player

Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514065

# Leveraging our Signature Services





VS





## Moving Signature Services Across Platforms

Launched • Q4 '11 • Launched • Future

Leverage N-Screen strategy to drive adoption of Samsung Signature experiences across devices



AppleTV • Mac • Non-Touch iPod • iPod Touch • iPhone • iPad



Samsung Confidential

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11514066

Case 5:11-cv-01846-LHK   Document 1362-5   Filed 07/26/12   Page 19 of 20



# Actions to Beat Apple

- ☐ Leverage standardized connector strategy to enable a 3rd Party Ecosystem around our products
- ☐ Discoverability & Distribution of Leading Cross Platform Capabilities
- ☐ Media Hub Show, Samsung Smart View, Kies Air... Samsung Apps
- ✓ Galaxy Nexus
- ✓ Galaxy 2011
- ✓ GALAXY S

- Smart Acc'y
- Enhanced Retail
- Rich Library of Cross Platform Svcs
- Improve Application Population
- Common User Interfaces
- Best in Class Hardware

Samsung Confidential
Highly Confidential - Attorneys' Eyes Only
SAMNDCA11514067

Pages Intentionally Omitted