# Exhibit I
# (Submitted Under Seal)

Taehyung Kim

1223 S. New Hampshire Ave.
Los Angeles, CA 90006

(201) 316-6042
tedkim1210@gmail.com

Date: May 4, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA00401905 to SAMNDCA00401989
of the document with the beginning Bates number SAMNDCA00401905
is an accurate and complete rendering of the contents of the source document to the best of my
knowledge, except for the word "TRANSLATION" at the upper right corner of each translated
page.  I further certify that I translated said document and that I am fluent in both Korean and
English.

BY: _____
Taehyung Kim

Translation

# 2012 BUSINESS STRATEGY

October 2011

Mobile Communications Division

**Highly Confidential - Attorneys' Eyes Only**		**SAMNDCA00401905**

Pages Intentionally Omitted

Translation

# Strengthen Design Leadership

- **Develop iconic designs (ID, UX, CMF) that could lead the market as First Mover**
  - ■ Strengthen integrated designs for breakthrough innovations/discovery of archetype concepts **REDACTED**
    - Develop design archetypes that could lead market distinction and trend
    - Discover and propose innovative concepts that could have new usage and form new category (new concept Smart Device)
  - ■ Discover iconic UX & USP that could represent Samsung's Touchwiz
  - ■ Discover new material-based Premium/distinct CMF (Nano coating, Secret Blue, etc.)

- **Strengthen Mass/Entry smartphones and responsive designs in emerging market**
  - ■ Secure design USP that suits the characteristics of emerging market (Use Case based concept, low price CMF solution, etc.)
  - ■ Expanded review of design points for sensing market characteristics and consumer needs (Central and South America, Africa, etc.)

Discover research opportunity areas for the near future

Develop archetype designs (18-24 months)



New metal solution



Surface touch

Screen Rotation

Advanced discovery of new UX

ID archetype design process

Highly Confidential - Attorneys' Eyes Only     SAMNDCA00401930

22

Pages Intentionally Omitted

Translation

# 2012 Strategy



**Go Head-To-Head with Apple**
- Strengthen the #1 Status in Smartphone
- Magnify targeting Tablet market

**Lead New Markets**
- Create and lead the Note market
- First Class Marketing

**Challenge to become #1 in All Regions**
- Keep in check emergence of Chinese vendors
- Push ahead with No. 1 strategy by region

Highly Confidential - Attorneys' Eyes Only　　　　SAMNDCA00401952

43

Translation

# 1. Go Head-To-Head with Apple ; Strengthen the No. 1 status in Smartphone

- **Pin-to-Pin Direct Face-Off with Apple**
  - 98 million units of smartphones in 2011 → 153 million units in 2012 (growth rate 57%↑)

  REDACTED

  - Early dominance of the LTE market centered on developed markets, such as the U.S.A., Korea, Japan, etc.



※ Market Demand: Average of 3 companies: SA, Gartner, and ICD

Highly Confidential - Attorneys' Eyes Only    SAMNDCA00401953

Translation

# 1. Go Head-To-Head with Apple ; Strengthen the No. 1 status in Smartphone

## Create Hit Models for each Price Group of Mass Smartphones

- Continuously introduce follow-up models to existing Hit products, such as Galaxy Ace/Mini, etc.
- Aggressively respond to demands for low priced smart phones in developing markets, such as Southwest Asia, Central Asia, etc.

Samsung Mass Market Smartphones

Smartphone Demand by Price Range



Highly Confidential - Attorneys' Eyes Only   SAMNDCA00401954



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA00401955

Translation

# 1. Go Head-To-Head with Apple ; Magnify targeting Tablet Market

- Enhance Samsung's inherent strength through provision of Note function (pen input function)
- Create new demand through introducing ODA business models and Win 8 models
  ※ODA (On Device Activation): platform that supports data service through activation and pre-paid transaction by the user without contract terms
- New introduction of mass market tablet models
- Refrain from low pricing and continue based on the premium strategy



Highly Confidential - Attorneys' Eyes Only          SAMNDCA00401956

Pages Intentionally Omitted