# Exhibit J
# (Submitted Under Seal)





EXHIBIT

2655

PENGAD 800-631-6989

AT&T

For HQ CFO

| Owner | [Paul Chapple] |
|---|---|
| Document Revision | V [0.1] |
| Effective Date | [February 16, 2012] |
| Retention | [5 yrs] |
| Security Policy | [Confidential] |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11547521



# AT&T KEY ACCOUNT ISSUES

**iPhone Retail Price Points**

- Apple has offerings in all key price points. $0, $99, $199, $299. Samsung is primarily at $199.
- AT&T has not driven LTE.
- Similarity of products and price points has created EOL issues on HSPA+ products. Will require CDE to clear inventory.
- Profitability is poor due to high CDE/MDF: 14% in 2011.
- AT&T has opposed "Fan Boy" ads, so not possible to fully leverage our spend.

SLIDE 2 of 4

SAMNDCA11547522

Highly Confidential - Attorneys' Eyes Only

Pages Intentionally Omitted