# Exhibit N
# (Submitted Under Seal)

# touch portfolio

gravitytank collaborates with Samsung

ROLLOUT STRATEGY
RECOMMENDATION BASED ON CONSUMER INSIGHT

FINAL PRESENTATION 17 DECEMBER 2008



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        SAMNDCA00191811

Pages Intentionally Omitted

iPhone Feedback & Analysis



# The iPhone isn't just easy to use, "it's sexy to use"

Consumers don't see the iPhone as simply usable; they see it as enjoyable, engaging and cool. Their experience is almost cinematic.



### Fun
Gestures like the two fingered pinch and flick add a game-like quality to interactions. The flip adds a level of cool.

> With the multi-touch function you can zoom in and zoom out and move photos, and that's great."
> **Berlin**

> Everybody wants to play with it."
> **Chicago**



### Whimsical
Lists bounce, icons flitter — the iPhone has a sense of whimsy that shows a thoughtful character in the interface.

> You play more with it because it's simply fun to handle."
> **Berlin**



### Dramatic
Transition effects and sensors add a level of cinematic drama and showmanship that makes using an iPhone (and showing others) just plain cool.

> It's sexy to use."
> **London**

gravitytank collaborates with samsung | TOUCH | Final Presentation | December 17, 2008 | private & confidential

36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    SAMNDCA00191846

Pages Intentionally Omitted

Case 5:11-cv-01846-LHK   Document 1362-10   Filed 07/26/12   Page 6 of 9

iPhone Feedback & Analysis



## Screen-centric design has set the standard for touch

The iPhone is in some ways "undesigned," but its strong, screen-centric design has come to equal what's on trend and cool for many consumers.

**Dimensions of touch design**
Touch design is more like TV design—minimal and screen-centric.

**Few buttons**
The iPhone has four buttons: home, power, volume, mute.

**Screen focused**
The center screen mounted in the phones' form makes the iPhone look more TV-like than phone-like.



"It's beautiful."
"The whole phone is the screen."
"It's sexy."
"It's slick."

New York City, London

**Oversized screen**
60% of the iPhone's surface is dedicated to the screen.

**Consistent surface**
The surface plane is consistent, with no indentation for the screen.

gravitytank collaborates with samsung | TOUCH | Final Presentation | December 17, 2008 | private & confidential

31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     SAMNDCA00191841

Pages Intentionally Omitted



Pages Intentionally Omitted