# Exhibit O
# (Submitted Under Seal)



# Browser Zooming Methods UX Exploration Study
Samsung Telecommunications America | User Experience

4-17-2009

Contact: Sang Hung 1.214.862.2578

Samsung | Confidential | STA UX

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11104115

Pages Intentionally Omitted



Highly Confidential - Attorneys' Eyes Only

SAMNDCA11104133

Pages Intentionally Omitted

## Design & Research Recommendations / Suggestions

Adopt Double-Tap as a supplementary zooming method for up to 2 levels of zooming and back to original in mass market touch devices. The UX of iphone can be used as a design benchmark.

Apply double-tap method consistently in other applications supporting zooming (e.g., camera zoom).





Highly Confidential - Attorneys' Eyes Only        SAMNDCA11104138

Pages Intentionally Omitted