# Exhibit P
# (Submitted Under Seal)

**From:** Jaegwan Shin [jgsin@samsung.com]
**Sent:** Wednesday, October 06, 2010 12:07 AM
**To:** Ioi Lam; Waddah Kudaimi
**Cc:** Ciaran Rochford; Bartley Calder; Eui Suk Chung; Qi Ling
**Subject:** RE: [P1 Browser] 추가 effect 구현 요청..

All,

Please do not proceed for this specific request.

Mr. Chung wants to prepare for more comprehensive effect solution for P1 than preparing for each specific application.

Thanks,

Jaegwan

**From:** Jaegwan Shin [mailto:jgsin@samsung.com]
**Sent:** Tuesday, October 05, 2010 3:24 PM
**To:** Ioi Lam; Waddah Kudaimi
**Cc:** Ciaran Rochford; 'Bartley Calder'; Eui Suk Chung; 'Qi Ling'
**Subject:** FW: [P1 Browser] 추가 effect 구현 요청..

Here are some list for Browser screen effect from HQ.  HQ is asking us to make it for P1 project.
I will put the all video clip on server.
   1. When changing the multi window screen, there is no tension effect.
(iPad) Screen gets reduced to smaller than thumbnail size and goes to thumbnail size again
 (33.wmv)
   2. Deleting multi window effect is worse than iPad.
(iPad) Shows effect like wrapping the image
(34.wmv)
   3. There is no bounce effect in Browser screen
(iPad) Showing bounce effect.
(35.wmv)

Thanks,

Jaegwan

**From:** 한승환 [mailto:ritter.han@samsung.com]
**Sent:** Tuesday, October 05, 2010 6:22 AM
**To:** 신재관
**Cc:** 최국태; 김상헌; 황주식; 바이텔리
**Subject:** [P1 Browser] 추가 effect 구현 요청..

   수신 : 신재관 수석.
   발신 : 한승환 선임.



10/6/2010

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00525347

Pages Intentionally Omitted