# Exhibit Q
# (Submitted Under Seal)

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

510.290.3439
schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

March 1, 2012

I hereby certify that this Korean to English translation of
SAMNDCA10249770 to SAMNDCA10249776
Is an accurate and complete rendering of the contents of the source document to
the best of my knowledge, except for the word "TRANSLATION" at the upper
right corner of each translated page. I further certify that I translated said document
and that I am a competent in both languages with twenty years of professional
Korean to English translation experience.

By: _____
Peter Mauro Schroepfer

Translation

Alkon Instructions from the CEO

: Improve UX, referring to iPhone 3GS
: Letter size is weird. It is like QVGA.
: There is a big difference in letter size, font, and clarity compared to iPhone 3GS.
: Icons have too much space and are strange.
: Report after making improvements.

1

**Highly Confidential – Attorneys' Eyes Only**            **SAMNDCA10249770**

Pages Intentionally Omitted

Translation

Alkon UX improvements | 3.65", HVGA, TN LCD

# Mainmenu

Icon metaphor, look and feel improved compared to Cooper
As the container was deleted due to issues of A Company, look smaller in comparison.



[*illegible*] minimization [*illegible*]

5

**Highly Confidential – Attorneys' Eyes Only**  **SAMNDCA10249774**

Pages Intentionally Omitted