# Exhibit R
# (Submitted Under Seal)

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611


510.290.3439
schroepfer@gmail.com
seobanseok@gmail.com


Certificate of Translation


February 6, 2012


I hereby certify that this Korean to English translation of
SAMNDCA10247373 to SAMNDCA10247378
Is an accurate and complete rendering of the contents of the source document to
the best of my knowledge, except for the word "TRANSLATION" at the upper
right corner of each translated page. I further certify that I translated said document
and that I am a competent in both languages with twenty years of professional
Korean to English translation experience.


By: _____
Peter Mauro Schroepfer

TRANSLATION

Email from: Bong-Hee Kim <mikikim@samsung.com>
Date: Wednesday, 2/11/2010 Thursday (23:30)
Title: Fwd: Fwd: Fwd: Summary of Executive-Level Meeting Supervised by Head of Division (February 10).

For your reference.

------Original Message------
Sender: Eun-Jung Ko <koej@samsung.com> D5(Lead)/Lead/UX Cluster Part (Mobile)/Samsung Electronics
Date: 2010-02-11 16:17 (GMT+09:00)
Title: Fwd: Fwd: Summary of Executive-Level Meeting Supervised by Head of Division (February 10).

-----------------------------------
Mobile Communications Division, Samsung
Mobile Design Team, UX Design

Eun Jung Ko (Lead)

*Address: Seocho Tower, 12th Floor, Seocho 2-Dong, Seocho-gu, Seoul, Korea
*Tel: 02-2255-5401
*Anycall [mobile]: 016-787-2986
*Fax: 02-2255-5499
*Email: koej@samsung.com
-------------------------------------

------Original Message------
Sender: Eun Jung Ko<koej@samsung.com> D5(Lead)/Lead/UX Cluster Part (Mobile)/Samsung Electronics
Date: 2010-02-10 15:42 (GMT+09:00)
Title: Fwd: Summary of Executive-Level Meeting Supervised by Head of Division (February 10)

I attended the meeting described below. There are a few corrections and missing items.

- Strive to realize UX that is easy to use regardless of age, occupation, and education, UX that is not like UX, UX that flows like water as its alarm goes off when you wake in the morning, then has the news coming out of it as you get ready to leave for work.
=> To this the Senior Vice President said, That's what we're doing, to which Head of Division said, "No, I'm not saying do that for everything;

1

Highly Confidential - Attorneys' Eyes Only         SAMNDCA10247373

Pages Intentionally Omitted

TRANSLATION

I have confidence in our products' H/W, in their exterior design, and in their quality. But when it comes to the ease of use of our UX, I lack such confidence.

Influential figures outside the company come across the iPhone, and they point out that "Samsung is dozing off."

All this time we've been paying all our attention to Nokia, and concentrated our efforts on things like Folder, Bar, Slide, yet when our UX is compared to the unexpected competitor Apple's iPhone, the difference is truly that of Heaven and Earth.

**It's a crisis of design**.

The world is changing, and the flow of change isn't something that you can have come back again by going against the flow.

Metamorphosis requires energy; we have ample assets in the form of our people, so as long as we are equipped with capability, the world's change will function for us as an advantageous opportunity.

All the executives and employees in the Mobile Communications Division are diligent and exemplary that all this time, when Operators made comments about the designs we put before them, we modified and modified again, without missing a single comment.  That style of business has worked until now,

but the iPhone's emergence means the time we have to change our methods has arrived. .

In regards to exteriors, do your best not to create a plastic feeling and instead create a Metallic feel.

As for UX, see to it that it is a UX that is easy to use regardless of age, occupation, and level of education, that it's a UX that's not like a UX, that, just like the flow of water, its alarm rings when you wake in the morning then out comes the news while you're getting ready to leave for work, see to it that you're able to come up with that kind of UX.

Our biggest asset is our Screen.

It is very important that we make Screen Size bigger, and in the future mobile phones will absorb even the Function of e-books.

The concern about being too far ahead is that it can also mean failure; so our designers need to think at least six months ahead; they need enough prior preparation to resolve whatever sales or product planning says about their designs.

From now on I'll come to Seocho more often and agonize together with you.

If you have something to report, don't come to Suwon bearing a bag of mockups, just call me anytime.

A judge speaks through judgments, an engineer speaks through products, and a designer should not need to speak.

That is all.

-----------------------------------
Hyesun Kim (Sunny)
HR Manager
Design Group
Mobile Communications Division

Office: 01-2255-5214
Mobile: 016-490-3987
Email: sunnykim72@samsung.com
-----------------------------------

Highly Confidential - Attorneys' Eyes Only              SAMNDCA10247377

Pages Intentionally Omitted