# Exhibit V
# (Submitted Under Seal)



# 2011 Wireless Smartphone Satisfaction Study℠



## Management Report

March 2011

*Telecommunications Department*



A Global Marketing Information Company | businesscenter.jdpower.com
37309824375

The McGraw-Hill Companies

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246338

Pages Intentionally Omitted



# Purchasing Selection Process

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.

J.D. POWER
AND ASSOCIATES®

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10246393



## Purchasing Selection Process

Main reasons for choosing the smartphone manufacturer include *Liked overall design or style* (45%), *Internet capability* (44%), and *Touch screen* (43%). The reasons for selecting a particular smartphone brand differ from the reasons for selecting a traditional handset, as smartphone users are less likely to select their handset for price-related reasons. The reasons for selecting a smartphone manufacturer frequently pertain to an available communication feature or technology. For example, 36% selected their manufacturer because of its ability to use e-mail accounts. Another common trend among smartphone users is selecting their phones based on the ease of operating said features and technologies. An additional 36% of smartphone users select their phones because the smartphone is *Generally easy to use*, 35% select their phones for *Wi-Fi capabilities*, and 35% reported that their selection was based on the *Quality of the phone*.

Satisfaction with the handset is highest when it is chosen for reasons pertaining to quality. Those having chosen their smartphone for these reasons rate their model a score of 804, while those that indicate their model was selected as a result of the price rate their device a score of 749.

The correlation between satisfaction and repurchase rates still remains the same evidenced by Apple owners indicating they "Definitely will" repurchase their current brand at a rate of 37% compared with 18% for the industry average. Just 2% of Apple users indicate they "Definitely will not" repurchase their current brand of smartphone. HTC owners indicate that they "Probably will" repurchase at a rate of 53%; however, these users are not as likely to fully commit and say they "Definitely will" repurchase. This implies there is a certain level of loyalty, although HTC owners will consider their options when it is time for them to purchase a new handset.

© 2011 J.D. Power and Associates,
The McGraw-Hill Companies, Inc.
All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only                          SAMNDCA10246394



## Smartphone Selection Process



**Reasons for Choosing Handset Brand**

| Reason | % |
|---|---|
| Liked overall design/style | 45% |
| Internet capable | 44% |
| Touch screen | 43% |
| Ability to use e-mail accounts | 36% |
| Generally easy to use | 36% |
| Wi-Fi capabilities | 35% |
| Quality of phone/best one | 35% |
| Quality of display screen | 34% |
| Digital camera feature | 33% |
| GPS/Location feature | 32% |
| Ease of using Internet features | 32% |
| Ease of using e-mail features | 31% |
| Plays music/MP3 files | 30% |
| Liked size of phone | 29% |
| Latest technology | 29% |
| Easy to understand/navigate menu system | 28% |
| Able to connect to Internet at higher speeds | 26% |
| Variety | 26% |
| Reliability of phone | 26% |
| Bluetooth capabilities | 25% |
| Speakerphone feature | 25% |
| Keyboard style (Qwerty) | 24% |
| Integrated application store | 24% |
| Plays games | 24% |
| Ability to use multiple e-mail accounts | 22% |
| Operating system platform | 20% |
| PDA/PIM functionality | 20% |
| Phone was discounted/reduced price | 19% |
| Captures/plays video images | 19% |
| Durability of phone | 18% |
| Lightweight | 18% |
| Ease of holding | 17% |

Responses less than 17% not shown.

☐ = Service plan promotion/price related.   ☐ = Physical quality related.

© 2011 J.D. Power and Associates, The McGraw-Hill Companies, Inc. All Rights Reserved.

**J.D. POWER** AND ASSOCIATES®

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10246395

## Selection Process Among Smartphone Manufacturers[1,2]

| Reasons for Selecting Handset | Industry Avg. | Apple | HTC | Motorola | Nokia | Palm | RIM BlackBerry | Samsung |
|---|---|---|---|---|---|---|---|---|
| Liked overall design/style | 45% | 51% | 49% | 50% | 34% | 42% | 38% | 43% |
| Internet capable | 44% | 48% | 51% | 57% | 18% | 37% | 37% | 39% |
| Touch screen | 43% | 58% | 61% | 58% | 16% | 56% | 11% | 52% |
| Ability to use e-mail accounts | 36% | 40% | 39% | 50% | 14% | 28% | 33% | 28% |
| Generally easy to use | 36% | 45% | 32% | 35% | 26% | 33% | 31% | 30% |
| Wi-Fi capabilities | 35% | 50% | 42% | 43% | 13% | 27% | 18% | 25% |
| Quality of phone/best one | 35% | 49% | 36% | 33% | 23% | 18% | 25% | 23% |
| Quality of display screen | 34% | 41% | 40% | 45% | 17% | 29% | 22% | 32% |
| Digital camera feature | 33% | 34% | 37% | 44% | 27% | 32% | 25% | 34% |
| GPS/Location feature | 32% | 40% | 40% | 50% | 16% | 25% | 19% | 27% |
| Ease of using Internet features | 32% | 44% | 33% | 40% | 11% | 26% | 21% | 21% |
| Ease of using e-mail features | 31% | 40% | 27% | 38% | 10% | 24% | 28% | 20% |

[1] Reasons less than 31% not shown.
[2] Based to all lengths of handset ownership.

## Selection Process Among Tenured < 12 Months[1]

| | Industry Avg. | Apple | HTC | Motorola | Nokia | Palm | RIM BlackBerry | Samsung |
|---|---|---|---|---|---|---|---|---|
| Liked overall design/style | 47% | 51% | 50% | 50% | 36% | 49% | 38% | 43% |
| Touch screen | 46% | 55% | 62% | 59% | 26% | 54% | 8% | 54% |
| Internet capable | 44% | 44% | 52% | 56% | 23% | 44% | 34% | 43% |
| Wi-Fi capabilities | 38% | 48% | 44% | 44% | 13% | 38% | 24% | 32% |
| Quality of display screen | 37% | 43% | 43% | 46% | 18% | 35% | 22% | 38% |
| Ability to use e-mail accounts | 36% | 36% | 39% | 50% | 16% | 37% | 31% | 32% |
| Generally easy to use | 36% | 44% | 32% | 35% | 29% | 33% | 31% | 34% |
| Quality of phone/best one | 35% | 49% | 39% | 32% | 15% | 17% | 26% | 30% |
| Digital camera feature | 35% | 35% | 40% | 44% | 26% | 39% | 26% | 38% |
| GPS/Location feature | 35% | 38% | 43% | 50% | 21% | 32% | 19% | 31% |
| Ease of using Internet features | 32% | 40% | 34% | 40% | 13% | 34% | 23% | 26% |
| Latest technology | 31% | 39% | 38% | 40% | 10% | 27% | 14% | 28% |
| Ease of using e-mail features | 31% | 37% | 30% | 39% | 7% | 29% | 26% | 25% |
| Plays music/MP3 files | 31% | 39% | 31% | 34% | 19% | 28% | 19% | 32% |

[1] Reasons less than 36% not shown.

59   © 2011 J.D. Power and Associates,
     The McGraw-Hill Companies, Inc.
     All Rights Reserved.



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10246396

Pages Intentionally Omitted