# Exhibit W
# (Submitted Under Seal)



**Highly Confidential - Attorneys' Eyes Only**

**APLNDC-Y0000025024**



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000025025

Pages Intentionally Omitted

## Strong trust in Apple and appeal of design swayed many to purchase iPhone

| Reasons for buying iPhone after considering Android | 🇺🇸 n=419 | 🇬🇧 396 | 🇫🇷 212 | 🇩🇪 242 | 🇨🇳 623 | 🇰🇷 536 | 🇯🇵 246 |
|---|---|---|---|---|---|---|---|
| Trust Apple brand | 41% | 49% | 44% | 43% | 54% | 33% | 25% |
| Wanted to easily transfer music, apps videos, contacts, etc., onto my iPhone | 34% | 33% | 20% | 19% | 12% | 11% | 21% |
| Liked the physical appearance and design | 32% | 49% | 54% | 51% | 67% | 45% | 31% |
| iPhone was the best smartphone choice | 29% | 36% | 29% | 39% | 31% | 51% | 35% |
| iPhone was easier to use | 27% | 28% | 25% | 41% | 25% | 20% | 35% |
| Wanted the ability to easily transfer music, apps, videos, contacts, etc., across multiple | 23% | 20% | 13% | 12% | 9% | 12% | 15% |
| Greater availability of apps I am interested in | 20% | 34% | 32% | 39% | 33% | 47% | 29% |

Base: All iPhone 3GS/4 owners who considered Android
E5: What was it that convinced you to get an iPhone after considering Android?

37

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000025060

Pages Intentionally Omitted

## Physical appearance and design and comfort while holding in hands play a

| Features very important in decision to buy iPhone – top box (cont.) | 🇺🇸 n=2,003 | 🇬🇧 2,315 | 🇫🇷 1,922 | 🇩🇪 2,003 | 🇨🇳 1,856 | 🇰🇷 1,554 | 🇯🇵 1,725 |
|---|---|---|---|---|---|---|---|
| Physical appearance and design | 46% | 54% | 50% | 57% | 76% | 65% | 59% |
| Comfort while holding in hands | 45% | 35% | 63% | 43% | 70% | 42% | 41% |
| Capacity/amount of storage space | 41% | 40% | 40% | 40% | 46% | 38% | 35% |
| iPhone OS/iOS | 38% | 36% | 44% | 37% | 54% | 41% | 38% |
| Non-game apps | 35% | 32% | 40% | 43% | 54% | 31% | 44% |
| Retina display | 33% | 34% | 47% | 48% | 52% | 40% | 45% |
| Video recording function | 27% | 24% | 25% | 23% | 31% | 23% | 18% |
| FaceTime video calling | 18% | 10% | 12% | 10% | 24% | 21% | 6% |
| Game apps | 15% | 17% | 15% | 14% | 48% | 22% | 12% |

Base: All iPhone 3GS/4 owners who bought their phone
E6: Thinking back to when you acquired your iPhone, how important or unimportant were each of the following features or attributes in your decision to purchase your iPhone?

41

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000025064

Pages Intentionally Omitted