# Exhibit X
# (Submitted Under Seal)

CONFIDENTIAL

# Winning in smartphones – It's now or never





Steering Committee Meeting II
December 10, 2009

This report is solely for the use of client personnel. No part of it may be circulated, quoted, or reproduced for distribution outside the client organization without prior written approval from McKinsey & Company. This material was used by McKinsey & Company during an oral presentation; it is not a complete record of the discussion.

McKinsey&Company

0

Highly Confidential - Attorneys' Eyes Only　　　　　　　　　　　　　　SAMNDCA10807316

Pages Intentionally Omitted

## A1) Apple is strong across all attributes



SOURCE: McKinsey Smartphone User Research, 2009

McKinsey & Company | 10

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10807326

Pages Intentionally Omitted