1  Robert F. McCauley (State Bar No. 162056)
   robert.mccauley@finnegan.com
2  Gary C. Ma (State Bar No. 221294)
   gary.ma@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:  (650) 849-6600
6  Facsimile:   (650) 849-6666

7  Attorneys for Third Party
   KONINKLIJKE PHILIPS ELECTRONICS N.V.

8

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                     SAN JOSE DIVISION

12 | APPLE, INC., a California Corporation, | Case No. 11-cv-01846-LHK |
|---|---|
13 | Plaintiff, | |
14 | v. | **CERTIFICATE OF SERVICE** |
15 | SAMSUNG ELECTRONICS CO., LTD., a Korean Corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York Corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware Limited Liability Company, | Judge:  Honorable Lucy H. Koh |
19 | Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the documents listed below were served upon the following counsel of record by the means indicated below this 25th day of July, 2012:

- **Third Party Koninklijke Philips Electronics N.V.'s Administrative Motion to Partially File Under Seal; and**
- **Exhibit A to the Declaration of Gary C. Ma in Support of Third Party Koninklijke Philips Electronics N.V.'s Administrative Motion to Partially File Under Seal** [confidential version submitted for filing under seal].

| | |
|---|---|
| Michael A. Jacobs<br>mjacobs@mofo.com<br>Alison M. Tucher<br>atucher@mofo.com<br>Andrew E. Monach<br>amonach@mofo.com<br>Deok Keun Ahn<br>dahn@mofo.com<br>Esther Kim<br>ekim@mofo.com<br>Grant L. Kim<br>gkim@mofo.com<br>Harold J. McElhinny<br>HMcElhinny@mofo.com<br>Jason R. Bartlett<br>JasonBartlett@mofo.com<br>J. Lee Taylor<br>JLeeTaylor@mofo.com<br>Richard S.J. Hung<br>rhung@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Phone: 415-268-7522 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Erik J. Olson<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: 650-813-5600 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | David B. Bassett<br>david.bassett@wilmerhale.com<br>S. Calvin Walden<br>calvin.walden@wilmerhale.com<br>Jeremy S. Winer<br>jeremy.winer@wilmerhale.com<br>Robert J. Gunther, Jr.<br>robert.gunther@wilmerhale.com<br>Victor F. Souto<br>vic.souto@wilmerhale.com<br>WilmerHale LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Phone:  212-230-8888 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| 9<br>10<br>11<br>12<br>13<br>14 | Liv L. Herriot<br>liv.herriot@wilmerhale.com<br>Mark D. Flanagan<br>mark.flanagan@wilmerhale.com<br>Mark D. Selwyn<br>mark.selwyn@wilmerhale.com<br>WilmerHale LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Phone:  650-858-6100 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | Brian Larivee<br>brian.larivee@wilmerhale.com<br>Brian Seeve<br>brian.seeve@wilmerhale.com<br>Emily R. Whelan<br>emily.whelan@wilmerhale.com<br>James C. Burling<br>james.burling@wilmerhale.com<br>Michael Saji<br>michael.saji@wilmerhale.com<br>Peter J. Kolovos<br>peter.kolovos@wilmerhale.com<br>Richard Goldenberg<br>richard.goldenberg@wilmerhale.com<br>Robert D. Cultice<br>robert.cultice@wilmerhale.com<br>William F. Lee<br>william.lee@wilmerhale.com<br>WilmerHale LLP<br>60 State Street<br>Boston, MA 02109<br>Phone:  617-526-6975 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

| | |
|---|---|
| Joshua R. Benson<br>jbenson@tcolaw.com<br>Stephen McG. Bundy<br>sbundy@tcolaw.com<br>Stephen E. Taylor<br>staylor@tcolaw.com<br>Taylor and Co. Law Offices<br>One Ferry Bldg., Suite No. 355<br>San Francisco, CA 94111<br>Phone:  415-788-8200 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Kevin P.B. Johnson<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis<br>victoriamaroulis@quinnemanuel.com<br>Sara Jenkins<br>SaraJenkins@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Phone:  605-801-5000 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Charles K. Verhoeven<br>charlesverhoeven@quinnemanuel.com<br>Michael T. Zeller<br>michaelzeller@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Phone:  415-875-6600 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Michael J. Bettinger<br>mike.bettinger@klgates.com<br>K&L Gates<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Phone:  415-882-8200 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

Dated:  July 25, 2012                    By: */s/ Georgia Merner-Becker*
                                             Georgia Merner-Becker
                                             Litigation Legal Secretary