# Exhibit 4
# (Submitted Under Seal)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9  Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO APPLE'S SIXTEENTH SET OF INTERROGATORIES (NO. 81)**<br><br>**HIGHLY CONFIDENTIAL –<br>ATTORNEYS' EYES ONLY<br>UNDER THE PROTECTIVE ORDER** |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

1  already in the possession of Apple, publicly available, or as readily available to Apple as it is to
2  Samsung.

3      24.    Samsung objects to each interrogatory to the extent that it seeks information before
4  Samsung is required to disclose such information in accordance with any applicable law, such as
5  the Northern District of California Patent Local Rules.

6      25.    Samsung objects to the interrogatories on the grounds and to the extent that they
7  seek legal conclusions or call for expert testimony. Samsung's responses should not be
8  construed to provide legal conclusions.

9      Subject to and without waiving the foregoing General Statement and General Objections,
10  Samsung responds as follows:

11

12  **INTERROGATORIES**

13

14  **INTERROGATORY NO. 1:**

15      Explain in detail the operation of any monitoring circuitry, integrated circuit, chip,
16  controller, or module used to operate the touch screens (including the display and touch sensor
17  panels) and used to respond to touch events for each Product at Issue, with reference to and
18  identification of specific source code and microcode files and functions.

19

20  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

21      In addition to the General Objections stated above, Samsung objects to this interrogatory
22  as vague and ambiguous. Samsung further objects to this interrogatory to the extent that it seeks
23  to elicit information subject to and protected by the attorney-client privilege, the attorney work-
24  product doctrine, the joint defense privilege, the common interest doctrine, and/or any other
25  applicable privilege or immunity. Samsung further objects to this interrogatory on the grounds
26  and to the extent that it seeks legal conclusions or calls for expert testimony. Samsung will
27  provide such contentions in accordance with the Court's Minute Order and Case Management
28  order, dated August 25, 2011.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

Subject to the foregoing general and specific objections, and following a reasonable investigation, Samsung responds as follows:

| Product at Issue | Touchscreen IC Vendor | Touchscreen IC P/N | Touchscreen IC F/W Version | TSP Module Vendor |
|---|---|---|---|---|
| Acclaim | MELFAS | MCS-6024 | N/A | MELFAS |
| Captivate | ATMEL | mXT224 | v1.6aa | SMD |
| Continuum | ATMEL | mXT224 | v1.6aa | SMD |
| Droid Charge | ATMEL | mXT224 | v1.6aa | SMD |
| Exhibit 4G | ATMEL | mXT224 | v1.6aa | Synopex |
| Epic 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Fascinate | ATMEL | mXT224 | v1.6aa | SMD |
| Gem | MELFAS | MCS-6024 | N/A | MELFAS |
| Galaxy Ace | Cypress | TMA340 | N/A | Synopex |
| Galaxy Prevail | Cypress | TMA340 | N/A | S-MAC |
| Galaxy S (i9000) | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy S 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy S II | ATMEL | mXT224 | v1.6aa | SMD |
| Gravity | ATMEL | mXT224 | v1.6aa | S-MAC |
| Indulge | ATMEL | mXT224 | v1.6aa | Digitech |
| Infuse 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Intercept | MELFAS | MCS-6000 | N/A | MELFAS |
| Mesmerize | ATMEL | mXT224 | v1.6aa | SMD |
| Nexus S | ATMEL | mXT224 | v1.6aa | SMD |
| Nexus S 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Replenish | Cypress | TMA340 | N/A | S-MAC |
| Showcase Galaxy S | ATMEL | mXT224 | v1.6aa | SMD |
| Sidekick | ATMEL | mXT224 | v1.6aa | ILJIN |
| Transform | MELFAS | MCS-6000 | N/A | MELFAS |
| Vibrant | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy Tab 10.1 | ATMEL | mXT224 | v1.6aa | ILJIN |

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**</u>

1 Samsung further responds that some of the information requested in this interrogatory is outside Samsung's possession, custody or control.  Pursuant to Rule 33(d), Samsung further responds by citing the following documents from which such information may be determined: ATMEL-SAMSUNG00000001-8302; SAMNDCA00298514-SAMNDCA00298644; SAMNDCA00298645-SAMNDCA00298748; SAMNDCA00298749-SAMNDCA00298801; SAMNDCA00298802-SAMNDCA00299039; SAMNDCA00299040-SAMNDCA00299312; SAMNDCA00299313-SAMNDCA00299344; SAMNDCA00299345-SAMNDCA00299425; SAMNDCA00324077-SAMNDCA00324077; SAMNDCA00324078-SAMNDCA00324082; SAMNDCA00324083-SAMNDCA00324087; SAMNDCA00324088-SAMNDCA00324093; SAMNDCA10280557-SAMNDCA10283952; SAMNDCA10765141-SAMNDCA10765619; SAMNDCA10885838-SAMNDCA10924995.  Samsung further refers to the transcripts for the depositions of Heon-Seok Lee, Martin Simmons and Samuel Brunet from which the requested information can be determined.

**<u>SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1</u>:**

In addition to the General Objections stated above, Samsung objects to this interrogatory as vague and ambiguous.  Samsung further objects to this interrogatory to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity.  Samsung further objects to this interrogatory on the grounds and to the extent that it seeks legal conclusions or calls for expert testimony.  Samsung will provide such contentions in accordance with the Court's Minute Order and Case Management order, dated August 25, 2011.

Subject to the foregoing general and specific objections, and following a reasonable investigation, Samsung responds as follows:

| Product at Issue | Touchscreen IC Vendor | Touchscreen IC P/N | Touchscreen IC F/W Version | TSP Module Vendor |
|---|---|---|---|---|
| Acclaim | MELFAS | MCS-6024 | N/A | MELFAS |

SUBJECT TO PROTECTIVE ORDER
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

| | | | | |
|---|---|---|---|---|
| Captivate | ATMEL | mXT224 | v1.6aa | SMD |
| Continuum | ATMEL | mXT224 | v1.6aa | SMD |
| Droid Charge | ATMEL | mXT224 | v1.6aa | SMD |
| Exhibit 4G | ATMEL | mXT224 | v1.6aa | Synopex |
| Epic 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Fascinate | ATMEL | mXT224 | v1.6aa | SMD |
| Gem | MELFAS | MCS-6024 | N/A | MELFAS |
| Galaxy Ace | Cypress | TMA340 | N/A | Synopex |
| Galaxy Prevail | Cypress | TMA340 | N/A | S-MAC |
| Galaxy S (i9000) | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy S 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy S II | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy S 2 Epic 4G Touch | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy S 2 Skyrocket | ATMEL | mXT224 | v1.6aa | SMD |
| Gravity | ATMEL | mXT224 | v1.6aa | S-MAC |
| Indulge | ATMEL | mXT224 | v1.6aa | Digitech |
| Infuse 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Intercept | MELFAS | MCS-6000 | N/A | MELFAS |
| Mesmerize | ATMEL | mXT224 | v1.6aa | SMD |
| Nexus S | ATMEL | mXT224 | v1.6aa | SMD |
| Nexus S 4G | ATMEL | mXT224 | v1.6aa | SMD |
| Replenish | Cypress | TMA340 | N/A | S-MAC |
| Showcase Galaxy S | ATMEL | mXT224 | v1.6aa | SMD |
| Showcase i500 | ATMEL | mXT224 | v1.6aa | SMD |
| Sidekick | ATMEL | mXT224 | v1.6aa | ILJIN |
| Transform | MELFAS | MCS-6000 | N/A | MELFAS |
| Vibrant | ATMEL | mXT224 | v1.6aa | SMD |
| Galaxy Tab | ATMEL | mXT224 | v1.6aa | ILJIN |
| Galaxy Tab 10.1 | ATMEL | mXT1386 | v1.0aa | ILJIN |

Samsung further responds that some of the information requested in this interrogatory is outside Samsung's possession, custody or control.  Pursuant to Rule 33(d), Samsung further

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**

responds by citing the following documents from which such information may be determined: ATMEL-SAMSUNG00000001-8302; SAMNDCA00298514-SAMNDCA00298644; SAMNDCA00298645-SAMNDCA00298748; SAMNDCA00298749-SAMNDCA00298801; SAMNDCA00298802-SAMNDCA00299039; SAMNDCA00299040-SAMNDCA00299312; SAMNDCA00299313-SAMNDCA00299344; SAMNDCA00299345-SAMNDCA00299425; SAMNDCA00324077-SAMNDCA00324077; SAMNDCA00324078-SAMNDCA00324082; SAMNDCA00324083-SAMNDCA00324087; SAMNDCA00324088-SAMNDCA00324093; SAMNDCA10280557-SAMNDCA10283952; SAMNDCA10765141-SAMNDCA10765619; SAMNDCA10885838-SAMNDCA10924995.   Samsung further refers to the transcripts for the depositions of Heon-Seok Lee, Martin Simmons and Samuel Brunet from which the requested information can be determined.

DATED: March 22, 2012            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *Victoria F. Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC