# Exhibit H
# (Submitted Under Seal)

Peter Mauro Schroepfer
6397 Thornhill Dr.
Oakland, CA 94611

schroepfer@gmail.com
seobanseok@gmail.com

Certificate of Translation

March 12, 2012

I hereby certify that this Korean to English translation of the document with the beginning Bates number SAMNDCA11374409 is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page. I further certify that I translated said document, that I am competent in both languages and have twenty years of professional experience in Korean to English translation.

By: _____
       Peter Mauro Schroepfer

| | |
|---|---|
| From: | Dong Jin KOH <dj.koh@samsung.com> |
| Sent: | Tuesday, September 16, 2008 4:55 PM |
| To: | DongHoon CHANG; Yeong-hee LEE; Hyeon-cheol PYO; Yeong-woo LEE; Gil-jae PARK; Jae-hee HAN; Seung-jin LEE; Jae-seon PARK; Soo-hyeon JANG; Soo-jeong YOON; Kyeong-ae LIM; Jee-eun LEE; Eun-jung KO; Jung-yeop OH; Byeong-joo KIM; Byeong-cheol HWANG; Jang-hyeon CHO; Joo-yeon PARK; Bong-hee KIM; Jeong-mee HA; Gee Sung CHOI; Chang-soo CHOI; Won-Pyo HONG; Tae-moon ROH; Jong-Kyun SHIN; Jeon-man PARK; Seung-ro YOON; Sang-pil SHIM; Jong-in KIM; Seung-hwan CHO; Hee-deok KIM; Cheol-hwan LEE; Hyeon-ho JUNG |
| Subject: | Relaying the CEO's opinions on touch method and call to a meeting |
| Categories: | Important |

Recipients : VP DongHoon CHANG / VP Jeon-man PARK / VP Jong-in KIM and others

Your efforts are much appreciated.
The CEO's words to the Head of the Office of Development and to the Product Planning Team Leader, during a business trip to America, are re-summarized as follows. Please note that the CEO's words below were relayed by the Head of the Office of Development.

"I am getting the sense that the Apple i-phone's Touch Method (C Type) is becoming the De facto Standard in the market. I think that we should probably fully apply the C method as well.  Isn't that the demand of the carriers and the market? Excluding China, or the cases where there is no choice but to use the R method, let us think seriously about applying the C method. To apply the C method, the Icons would have to be large, and when viewing a screen with small letters, there would have to be a Zooming function, and……. I would like the executives in related areas to gather and have a discussion on this topic."

<u>Therefore, we are trying to have the Product Planning/ UX/ R&D/ Sales executives gather and have a discussion and give a report after the CEO's return.</u>

- Date & Time : September 18th Thursday afternoon 13:00 – (2 hours estimated)
- Place : IT 17th Floor Conclusion Conference Room

- Attendees : Product Planning Vice President Jeon-man PARK/ Vice President Jong-in KIM and expert personnel
  UX Vice President DongHoon CHANG and expert personnel
  Marketing Vice President Yeong-hee LEE and expert personnel
  Sales Vice President Young-woo LEE/ Vice President Hyeon-cheol PYO and expert personnel
  Development Vice President Joong-yeon CHO/ Vice President Hee-duk KIM/ Vice President Gil-jae PARK/ Vice President Tae-moon ROH/ Vice President Jae-seon PARK and expert personnel

- Discussion : Comparison of pros and cons for each method (UX)
  Market and carrier reaction (Sales/Marketing)
  Regarding our company's strategy (Product Planning)
  Current status of the parts to be used in the development,     and the usage pros/cons of those parts (Development)

- Miscellaneous : Please let the discussion be free, without preparation of additional materials.
  Please send the existing materials in advance to Manager Seung-jin LEE of R&D Management Group.
  Some key officers are not included as they are on business trips.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11374409

Dong Jin KOH

------- Original Message --------
Sender : DongHoon CHANG <dh.chang@samsung.com> Expert Executive (Vice President) / Part Leader / UX Part
         (Mobile Communications)/ Samsung Electronics
Date : 2008-09-17 03:22 (GMT+09:00)
Title : Re: CEO's opinions on touch method

Executive Vice President,
C-type's strengths are the sleek exterior product design, superior recognition of the touchscreen, and multi-touch, these 3 points. Even among these, I think that the sleek product design execution shown by the iPhone is what is considered by the above or in Sales to be the greatest appealing factor.

However, in the C-type's case, the surface area contacted by the finger has to be relatively wide, and,
as you can see from the iPhone's 3.5 inch HVGA LCD, it requires at least a certain level of size and resolution.
(In fact, even 3.0 inches is insufficient, and it has to be at least 3.5 inches like the iPhone to have that degree of usability.)

Including the Mass/Entry Touch, applying the C-type to LCD's smaller than 2.8 inches, like 2.6 inch and 2.4 inch LCD's, inevitably leads to problems in usability.

Also as you are well aware, in the case of MS Window Mobile or domestic sales only models, there are instances where there is no option but to use the R-type, regardless of the size of the LCD.

Therefore, to provide a consistent user experience and increase the development effectiveness among our company's touch models, which, unlike Apple, include diverse full touch models,
we are currently keeping the R-type as our company's full touch method standard.

The advanced R-type, in which reinforced glass could be used, is currently in progress from Vice President Tae-moon ROH's side.  However, in preparation for the event where even the Advanced R-type cannot produce the kind of elegant product design on the same level as that produced by the C-type, the development of C-type UX is also in progress.

If C-type absolutely must be used, however, sufficient examination would be necessary to obtain the minimum LCD size.

------- Original Message -------
Sender : Won-Pyo HONG <wp.hong@samsung.com> Executive Vice President/ Group Leader/ Product Planning Group
         (Mobile Communications)/ Samsung Electronics
Date : 2008-09-16 19:29 (GMT+09:00)
Title : CEO's opinions on touch method

Recipients : Vice President DongHoon CHANG, Vice President Jeong-man PARK

Highly Confidential - Attorneys' Eyes Only                                SAMNDCA11374410

It appears necessary to report to the CEO the contents you have nicely organized below.
During his business trip here in America, the CEO asked the Head of the Office of Development and me many times as to whether we should also use the C-type.
The first opinion I gave is that if Multi-touch is possible and the screen is large, it is true that C-type is good, so rather than proceeding in a single way, we would discuss measures such as [C-type for greater than 3.0", Advanced R-type for less than 3.0"].
Vice President Jeon-man PARK, Vice President DongHoon CHANG, involved executives in the Development Office and others - please go over it once again.


------- Original Message -------
Sender : DongHoon CHANG <dh.chang@samsung.com> Expert Executive (Vice President)/ Part Leader/ UX Part
         (Mobile)/ Samsung Electronics
Date   : 2008-09-16 13:19 (GMT+09:00)
Title  : Re: (Must Read) List of tasks requiring reporting during absence of Head of the Office of Development

I am once again putting this together because among the CEO's instructions, there was an instruction to compare the pros/cons of each Touch Type.

The advantages of R-type, which our company mainly uses, are

1) Diverse input devices can be used
- Finger, Finger Nail, Stylus Pen, Common Pen, etc. can all be used.
(In the case of C-Type, only fingers can be used, and for a user with long fingernails or wearing gloves, it is difficult to use or altogether unusable)

2) Diverse input methods supported
- Fine handwriting input is possible, so advantageous in multilingual processing within a confined space and in effective use of space
(especially when inputting Chinese, absolutely advantageous)

3) Fine operation is possible
- Fine data selection or operation is possible on a small screen (especially advantageous while Full Browsing, and when small LCD's of less than 3.0 inches have to be used, R-type has to be used for there to be no problem in usability).

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA11374411

Relatively, in the Case of C-Type,
- Multi-touch is possible,
- Use of reinforced glass allows the sleek product appearance and realization of slim dimensions
- Touch sensitivity is superior
and other advantages exist, but
in the improved Advanced R-type, Multi-Touch and use of reinforced glass is possible, and in the area of touch sensitivity, improvements are possible by continuous tuning.

Please refer to the explanation in the attached file for details.

Vice President DongHoon CHANG.


------- Original Message -------
Sender   :  Dong Jin KOH <dj.koh@samsung.com> Vice President/ Team Leader/ R&D Management Team (Mobile
             Communications)/ Samsung Electronics
Date     :  2008-09-12 22:51 (GMT+09:00)
Title    :  (Must Read) List of tasks requiring reporting during the absence of Head of the Office of Development

Recipients  :  Relevant Executives
Sender      :  Dong Jin KOH

Items below are the instructions from the CEO, on which the Head of the Office of Development has to report to the CEO during their business trip in the U.S.
For each item, unless specifically mentioned otherwise, please send to me by the morning of September 16.  I will compile everything and report to the Head of the Office of Development.

1. Review the schedule to make the January 2009 ACME mass production possible. (Vice President Sang-kyoo PARK)

2. ULTRA Low Cost (COAST) 1.38" model development acceleration and the comparison of material costs and schedule between Techno Plus/ Crest (Vice President Gil-jae PARK : organize by the morning of Sept 6 [*sic*])
- Essential UI development status check (Vice President DongHoon CHANG/ Vice President Ok-hyeon KIM : the email was sent, and opinion requested.

4

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA11374412

3. Browser Performance Enhancement plans to be reviewed. (Vice President Won-shik LEE : prepare as the October 3 Development Innovation Meeting presentation. However, advance report is necessary)
- Benchmark the Browser Performance of our company's handsets with NF 3.4, Opera, Teleca, Infraware, etc. installed, against the competing company's handsets, analyze the results, and through Display Utilisation or Code Optmisation, seek measures for our company's Browser to produce a higher level of Performance even in the same Version.

4. Prepare marketing materials for Bresson (Pixon, M8800).
(Vice President Seung-hwan CHO/ Vice President Gil-jae PARK/ Vice President Yeong-hee LEE : prepare by September 18)

5. Review and report the Camera UI improvement measures. (Vice President DongHoon CHANG, Vice President Seung-hwan CHO/ Vice President Ok-hyeon KIM/ Vice President Hee-duk KIM :
    Prepare as a presentation for the October 3 Development Innovation Meeting. However, advance report is necessary)

6. Report measures to prevent delays for domestic model projects, and report workshop results. (Vice President Heon-bae KIM)
    - Analyze the fundamental causes and report the measures that will structurally and systematically resolve any chronic delays.

7. Review the domestic introduction of the U800 Soul Bar Gold Colour. (Vice President Heon-bae KIM)
    - Discuss with Product Planning and Domestic Sales.

8. Report the China-bound Omnia SRA schedule (Vice President Tae-moon ROH/ Vice President Byeong-hwan KIM)
    - PVR/LPRA on September 13 is possible, prepare to sell on the National Day [*Chinese holiday*]

9. Review and report measures to reduce the GA2 thickness. (Vice President Eun-sub HWANG)

Please note that there are other miscellaneous items for which either the report data is already prepared or the data is separately being prepared, and that those items are not included in this set of instructions.

Dong Jin KOH

-----------------------------------------------------------------------------------------

CHANG, DONG HOON

5

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11374413

Vice President
Head of UX part, Design Group
Mobile Communication Division
Telecommunication Network Business
SAMSUNG ELECTRONICS CO., LTD.

Tel: +82 (0)2-750-7200
Fax: +82 (0)2-750-9434
Mobile|: +82 (0)10-6250-5571
email: dh.chang@samsung.com

---

Won-Pyo Hong, Ph.D.
Executive Vice President
Head of Product Planning Group
Mobile Device Division



SAMSUNG ELECTRONICS CO., LTD.
Office: +82-31-279-3000
Fax:    +82-31-279-3008
Mobile: +82-10-7437-3000
E-mail: wp.hong@samsung.com

---

CHANG, DONG HOON

Vice President
Head of UX part, Design Group
Mobile Communication Division
Telecommunication Network Business
SAMSUNG ELECTRONICS CO., LTD.

Tel: +82 (0)2-750-7200
Fax: +82 (0)2-750-9434
Mobile|: +82 (0)10-6250-5571
email: dh.chang@samsung.com

---

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11374414

.

| | |
|---|---|
| **From:** | 고동진 <dj.koh@samsung.com> |
| **Sent:** | Tuesday, September 16, 2008 4:55 PM |
| **To:** | 장동훈; 이영희; 표현철; 이영우; 박길재; 한재희; 이승진; 박재선; 장수현 |
| **Cc:** | 윤수정; 임경애; 이지은; 고은정; 오정엽; 김병주; 황병철; 조장현; 박주연; 김봉희; 하정미; 최지성; 최창수; 홍원표; 노태문; 신종균; 박전만; 윤승로; 심상필; 김종인; 조승환; 김희덕; 이철환; 정현호 |
| **Subject:** | 터치방식 사장님 의견전달 및 회의 소집의 건 |
| **Categories:** | 중요 |

수신 : 장동훈 상무/박전만 상무/김종인 상무 외

수고가 많으십니다.
미주 출장중 사장님께서 개발실장 및 상품기획팀장께 하신 말씀을 다음과 같이 재 요약합니다.
사장님 말씀은 개발실장으로 부터 전달 받은 내용임을 참조 하시기 바랍니다.

"Apple i-phone 의 Touch 방식(C Type)이 시장에서 De facto Standard 가 되어 가는 느낌이다.
 우리도 C 방식을 전면적으로 적용해야 하지 않는가 하는 생각이 든다. 사업자나 시장의 요구가
 그렇지 않은가? 중국이나 어쩔 수 없이 R 방식을 사용해야 하는 경우를 제외하고는 C 방식 적용에
 대하여 심각하게 생각을 해보자. C 방식을 적용하기 위하여는 Icon 도 커야 할 것이이고 글자가
 작은 화면을 볼때는 Zooming 기능도 있어야 하겠고....... 이 주제에 대하여 관련 임원들이 모여서
 토론을 가져보기를 바랍니다."

따라서 상품기획/UX/개발/영업 임원들이 모여서 토의를 갖도록 하고 사장님 귀국후 보고를 드리도록 합니다.

- 일시 : 9월 18일 목요일 오후 13:00 - (2시간 예상)
- 장소 : IT 17층 결론 회의실

- 참석 : 상품기획 박전만 상무/김종인 상무 외 전문 인력
        UX 장동훈 상무 외 전문 인력
        마케팅 이영희 상무 외 전문인력
        영업 이영우 상무/표현철 상무 외 전문인력
        개발 조중연 상무/김희덕 상무/박길재 상무/노태문 상무/박재선 상무 외 전문인력

- 토의 : 방식별 장점 단점 비교(UX)
        시장 및 사업자의 반응(영업/마케팅)
        당사 전략 관련 (상품기획)
        개발관련 부품현황 및 사용시 장단점 (개발)

- 기타 : 별도의 자료 준비 없이 자유스러운 토의가 되기를 바랍니다.
        있는 자료는 사전에 개발관리그룹 이승진 과장에게 보내 주시기 바랍니다.
        일부 주요 임원들이 누락되어 있음은 본인 출장중입니다.

1

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA11374409

고동진



------- Original Message -------
Sender : 장동훈<dh.chang@samsung.com> 전문임원(상무)/Part 장/UX 파트(무선)/삼성전자
Date : 2008-09-17 03:22 (GMT+09:00)
Title : Re: 터치방식 사장님 의견

부사장님,
C-type 의 장점은 제품디자인에서의 매끈한 외관과 터치스크린의 감도우세, 멀티터치 3 가지입니다.
이 중에서도 iPhone 에서 보여주는 매끈한 제품디자인의 구현이
상기나 영업에서 생각하는 가장 큰 매력요인이라고 생각됩니다.

하지만 C-type 의 경우 손가락에 접촉하는 면적이 상대적으로 넓어야하며
iPhone 의 3.5 인치, HVGA LCD 에서 보시다시피 어느정도 이상의 크기와 해상도를 필요로 합니다.
(사실은 3.0 인치로도 충분하지 않고 아이폰처럼 3.5 인치는 되어야 그정도의 사용성이 나옵니다.)

Mass/Entry Touch 를 비롯하여 2.8 인치 이하 2.6 인치, 2.4 인치의 LCD 를 사용할 때
C-type 의 적용은 사용성에서의 문제를 야기할 수 밖에 없습니다.

또 잘 아시다시피 MS Window Mobile 이나 국판의 경우와 같이 LCD 크기에 상관없이
R-type 을 사용할 수 밖에 없는 경우도 있습니다.

따라서 애플사와 달리 다양한 풀터치모델들이 나오는 당사 터치모델들간에
동일한 사용경험을 제공하고 개발효율성을 높이기 위해,
현재 R-type 을 당사 풀터치방식의 표준안으로 유지하고 있습니다만,

현재 노태문상무쪽에서 진행중인 강화유리 사용이 가능한 Advanced R-type 을 통해서도
C-type 과 동일한 수준의 미려한 제품디자인 구현이 불가능할 경우에 대비해
C-type UX 의 개발도 진행중에 있습니다.

단지 C-type 을 꼭 사용해야 한다면, 최소한의 LCD 사이즈가 확보될 수 있도록
충분한 검토가 필요하겠습니다.




------- Original Message -------
Sender : 홍원표<wp.hong@samsung.com> 부사장/그룹장/상품기획그룹(무선)/삼성전자
Date : 2008-09-16 19:29 (GMT+09:00)
Title : 터치방식 사장님 의견


수신: 장동훈 상무, 박전만 상무

2

Highly Confidential - Attorneys' Eyes Only                                      SAMNDCA11374410

아래 잘 정리해 주신 내용을 사장님께 한번 보고하실 필요가 있어 보입니다.

이곳 미국 출장시 사장께서 여러번 우리도 C-type 을 해야하는 것 아니냐는 질문을 개발실장과 나에게 하셨어요.

제가 드린 1차 의견은 Multi-touch 가 가능하고 화면이 크다면 C-type 이 좋은 것이 사실 이므로

한가지로 하는 것 보다는 [3.0" 이상은 C-type 으로 3.0"이하는 Advanced R-type 으로] 등 방안을 협의하겠다고 했습니다.

박전만 상무, 장동훈 상무, 개발실내 관련 임원 등이 다시한번 정리해 보시죠.



------- Original Message -------
Sender : 장동훈<dh.chang@samsung.com> 전문임원(상무)/Part 장/UX 파트(무선)/삼성전자
Date   : 2008-09-16 13:19 (GMT+09:00)
Title  : Re: (필독)개발실장 부재중 보고 필요 업무내역


사장님 지시사항중 터치 Type 별 장단점비교하라는 말씀이 있으셨기에 다시 한번 정리합니다.


당사가 주로 사용하고 있는 R-Type 의 장점은


1)다양한 입력도구 사용가능

-손가락, 손톱, 스타일러스 펜, 일반 펜 등 모두 사용가능.

(C-Type 의 경우 손가락만 가능하며 손톱이 긴 사용자 및 장갑 착용시 사용불편하거나

아예 사용이 불가)


2)다양한 입력방식 지원

-섬세한 필기입력이 가능하므로 좁은 공간에서 다국어처리 및 효율적 공간사용에 유리.

(특히 중국어 입력시에는 절대적으로 유리)


3)섬세한 조작이 가능

-작은 화면에서 섬세한 정보선택이나 조작이 가능 (특히 Full Browsing 시 유리하며

3.0 인치 미만의 작은 LCD 를 사용해야 하는 경우 R-type 으로 적용되야 사용성에 문제없음).

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA11374411

상대적으로 C-Type 의 경우

-Multi-Touch 가능,

-강화유리사용으로 매끄러운 제품외관 및 slim 한 두께구현

-터치감도 우세

등의 장점이 있었으나,

개선된 Advanced R-type 에서는 Multi-Touch, 강화유리사용이 가능하며, 터치감도부분도

지속적인 tuning 의하여 개선 가능합니다.


자세한 사항은 첨부파일의 설명을 참조하시기 바랍니다.


장동훈상무.



------- Original Message -------
Sender : 고동진<dj.koh@samsung.com> 상무/팀장/개발관리팀(무선)/삼성전자
Date : 2008-09-12 22:51 (GMT+09:00)
Title : (필독)개발실장 부재중 보고 필요 업무내역

수신 : 해당 임원
발신 : 고동진

다음 사항은 사장님 지시사항으로 미국 출장중 실장님께서 사장님께 보고를 드려야 할 사안이므로
사안별로 특별한 언급이 없으면 9월 16일 오전중 제게 송부 바랍니다. 전체를 취합하여 실장님께
보고를 드리도록 하겠습니다.

1. ACME '09년 1월 양산이 가능하도록 일정을 검토할 것. (박상규 상무)

2. ULTRA Low Cost(COAST) 1.38" 모델개발 가속화 및 Techno Plus/Crest 재료비 및 일정 비교
   (박길재 상무 : 9월 6일 오전중 정리)
   - Essential UI 개발상태 점검 (장동훈 상무/김옥현 상무 : 기 메일발송 하였으며 의견 요망.

4

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA11374412

3. Browser Performance Enhancement 방안을 검토할 것. (이원식 상무 : 10월 3일 개발혁신회의 발표로 준비. 단 사전 보고 필요)
   - NF 3.4, Opera, Teleca, Infraware 등이 탑재되어 있는 당사 단말기와 경쟁사 단말기의 Browser Performance를 Bench Marking 하고 이를 분석하여 Display Utilisation 혹은 Code Optmisation 을 통해 동일한 Version 이라도 당사 탑재 Browser 가 더욱 높은 수준의 Performance를 낼 수 있는 방안을 강구 할 것.

4. Bresson (Pixon, M8800)의 마케팅 Material 을 준비 할 것.
   (조승환 상무/박길재 상무/이영희 상무 : 9월 18일한 준비)

5. Camera UI 개선방안을 검토 보고 할 것. (장동훈 상무, 조승환 상무/김옥현 상무/김희덕 상무 :
   10월 3일 개발혁신회의시 발표로 준비, 단 사전 보고 필요)

6. 국판과제 지연방지 대책. 워크샵 결과 보고할 것. (김헌배 전무)
   - 근본원인을 분석하고 만성지연에 대하여 구조적이고 시스템적으로 해결할 수 있는 방안으로 보고 할 것.

7. U800 Soul Bar Gold Colour 국내도입을 검토할 것. (김헌배 전무)
   - 상품기획 및 국내영업과 협의할 것.

8. Omnia 중국향 SRA 일정을 보고할 것 (노태문 상무/김병환 상무)
   - 9월 13일 PVR/LPRA 가능한데 국경절에 판매할 수 있도록 할 것.

9. GA2 두께를 낮추는 방안을 검토하여 보고 할것. (황은섭 상무)

기타 다른 사안이 있으나 이는 보고자료가 이미 준비가 되어 있거나 별도 준비중인 자료는 본 지시사항에서 제외 하였음을 참조 바랍니다.

고동진


------------------------------------------------------------------------------

CHANG, DONG HOON

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA11374413

```
Vice President
Head of UX part, Design Group
Mobile Communication Division
Telecommunication Network Business
SAMSUNG ELECTRONICS CO., LTD.

Tel: +82 (0)2-750-7200
Fax: +82 (0)2-750-9434
Mobilel: +82 (0)10-6250-5571
email: dh.chang@samsung.com
```

---

| | |
|---|---|
| **Won-Pyo Hong, Ph.D.**<br>  Executive Vice President<br>  Head of Product Planning Group<br>  Mobile Device Division<br><br>**SAMSUNG ELECTRONICS CO., LTD.**<br>  Office: +82-31-279-3000<br>  Fax:    +82-31-279-3008<br>  Mobile: +82-10-7437-3000<br>  E-mail: wp.hong@samsung.com |  |

---

```
CHANG, DONG HOON

Vice President
Head of UX part, Design Group
Mobile Communication Division
Telecommunication Network Business
SAMSUNG ELECTRONICS CO., LTD.

Tel: +82 (0)2-750-7200
Fax: +82 (0)2-750-9434
Mobilel: +82 (0)10-6250-5571
email: dh.chang@samsung.com
```

---

**Highly Confidential - Attorneys' Eyes Only**                                                    SAMNDCA11374414