# Exhibit J
# (Submitted Under Seal)

Jason Kim

1903 South Harvard Blvd.
Los Angeles, CA

(323) 608-3740
the1jasonkim@gmail.com

March 19, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA10281750 through SAMNDCA10281756
of the document with the beginning Bates number SAMNDCA10281750
is an accurate and complete rendering of the contents of the source document to the best of my knowledge, except for the word "TRANSLATION" at the upper right corner of each translated page.  I further certify that I translated said document and that I am fluent in both Korean and English with seven years of professional experience in Korean to English translation.

BY: _____
Jason Kim

TRANSLATION

# I-Phone Visibility Consideration & Mobile Division Response Plan Proposal

2009. 09. 07

Platform Development Team
Visual Part

1

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281750

TRANSLATION

# I-Phone Vs Samsung Visibility Comparison 시인성 비교

◆ I-Phone Vs Samsung 시인성 비교

| 구분 | 조도값 | I-Phone 3G | I-Phone 3GS | Samsung TFT Corby | Samsung TFT Corby | Samsung TFT Preston | Samsung TFT I900 | Samsung AMOLED Loches | Samsung AMOLED Lismore | Samsung AMOLED A877 | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | C(GG+AR)+TFT(AR) | C(GG+AR)+TFT(AR) | C + Air | Incell +SVR | C + SVR | R + Air | C + Air | Incell +SVR | R + SVR | |
| C/R (x:1) | 0 lux | 184.7 | 154.1 | 857.3 | 909.4 | 1059.0 | 482.5 | 666136.4 | 68971.1 | 276276.6 | → AR 및 SVR 적용시 CR값 우수 |
| C/R (x:1) | 500 lux | 114.2 | 116.8 | 115.7 | 404.3 | 176.1 | 65.1 | 173.8 | 400.9 | 150.4 | |
| C/R (x:1) | 1500 lux | 67.5 | 69.4 | 35.2 | 171.9 | 70.7 | 30.4 | 61.9 | 136.0 | 40.2 | |
| C/R (x:1) | 30,000 lux | 8.2 | 9.9 | - | - | 6.2 | 2.6 | 4.2 | 8.8 | 3.7 | |
| White 휘도 (cd/m$^2$) | 0 lux | 427.5 | 499.3 | 293.2 | 336.2 | 330.2 | 369.8 | 293.1 | 382.1 | 259.7 | 상대적 I-Phone우수 → 휘도 개선 필요 |
| White 휘도 (cd/m$^2$) | 500 lux | 441.2 | 522.4 | 288. | 337.2 | 330.1 | 374.4 | 295.3 | 363.8 | 265.9 | |
| White 휘도 (cd/m$^2$) | 1500 lux | 443 | 536.1 | 281.7 | 347.2 | 328.6 | 368.8 | 303.2 | 367.5 | 265.5 | |
| White 휘도 (cd/m$^2$) | 30,000 lux | 571.8 | 690.1 | - | - | 402 | 423.4 | 352.6 | 414 | 380.6 | |
| Black 휘도 (cd/m$^2$) | 0 lux | 2.314 | 3.240 | 0.342 | 0.3697 | 0.3118 | 0.7665 | 0.00044 | 0.00554 | 0.00094 | R-type 적용시 CR 저하 → C-type 확대 적용 검토 |
| Black 휘도 (cd/m$^2$) | 500 lux | 3.862 | 4.472 | 2.490 | 0.8340 | 1.875 | 5.751 | 1.699 | 0.9074 | 1.768 | |
| Black 휘도 (cd/m$^2$) | 1500 lux | 6.560 | 7.724 | 8.0 | 2.020 | 4.646 | 12.14 | 4.901 | 2.703 | 6.601 | |
| Black 휘도 (cd/m$^2$) | 30,000 lux | 69.97 | 69.36 | - | - | 64.75 | 160.2 | 83.22 | 47 | 102.5 | |

■ 측정조건 : 0lx(암실), 500lx(실내형광등환경), 1500lx(야외환경-그늘밑), 30,000lx (오전 10시 태양 아래)   ■ 사용장비 : CS-2000

■ 기준 : 명실 C/R 우수 **60이상**, White 휘도 우수 : **400이상**, Black 휘도 우수 : **8 이하**

2

Highly Confidential - Attorneys' Eyes Only       SAMNDCA10281751

TRANSLATION



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10281752

TRANSLATION



Highly Confidential - Attorneys' Eyes Only
SAMNDCA10281753

TRANSLATION

# I-Phone LCD Visibility Analysis  시인성 비교

◆ I-Phone LCD 시인성 분석

▶ 원인1. 반투과형 LCD 사용 및 LTPS Panel 사용을 통한 개구율 향상
  1) 개선 부분 : LTPS Panel 사용, a-Si Panel 대비 라인 폭 감소로 개구율 향상
  2) 개선 효과 : a-Si 대비 15 ~ 20% 밝기 향상, 반투과형 LCD으로 인한 휘도 증가 → White 휘도 향상.

▶ 원인2. 광특성 자재 사용 : TSP AR-coating 적용 및 LCD AR-Pol 적용
  1) 개선 부분 : 3G, 3GS TSP 아랫면 AR 적용 및 LCD AR-Pol 적용
  2) 개선 효과 : 4~7% 반사율, 투과율 개선 효과 ( AR면당 2~3.5%의 개선효과 )

▶ 원인3. 高 휘도 LED 사용 및 구동전류 20mA 이상 사용.
  1) 적용 LED P/N : Nichia社 NSSW006 , 6개 적용  ( Size : 3.8x1.2x0.6 )
  2) 적용 LED 특징 : High-end LED, typ 2,200mcd at IF typ.20mA     ※ 무선사 LED SPEC : typ 1,900mcd at IF typ.20mA
  3) Set상 LCD LED 구동 전류 : 20mA 이상 적용.              ※ 무선사 LCD LED 전류 SPEC : typ. 15mA, max 20mA

| iPhone 3G Set상 특성 | |
|---|---|
| 휘도(cd/m$^2$) | 500mcd (max 단계) |
| Gamma | 2.1~2.3 이상 |
| 명암비 | 200 : 1 |
| 균일도 | 97.00% |
| White Balance | 0.010@7000K |
| 색재현율(NTSC) | 70% |
| 계조선형성(△u'v') | 0.005 |



- I-Phone LCD 특징 : 높은 해상도(ppi)에도 휘도가 높음.
  - 163ppi / 480cd
  - 무선사 기준 350 mcd 이상 ( WQVGA 기준 )

5

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10281754

TRANSLATION

## Samsung Visibility Improvement Plan

시인성 비교

◆ 시인성 개선 방향 ( CR 개선 )
- White 휘도 개선 : LCD LED의 개선(고휘도, 전류 상향 조정) ,  LCD AR-Pol 적용
  + C-type TSP 적용 확대 , SVR 혹은 AR처리
- Black 휘도 개선 : C-type TSP 적용 확대, SVR 혹은 AR처리

◆시인성 개선 대책

| 해결안 | 개선 방안 | 개선 효과 | 적용 방안 |
|---|---|---|---|
| LCD 개선 | 1. 고휘도 LED 사용 검토 ( White 휘도 개선 ) | 실내시인성 향상 | - 현, LED SPEC 1900mcd → 2200mcd 수준 변경 검토 ※ 단가 상승요인 발생 예상 |
| | 2. AR-Pol 적용 검토 | 2~3.5% 반사율 향상 | - 현, AG Pol에서 변경 검토 ※ AG 대비 0.05~0.1t 두께 증가 및 단가 상승 발생 예상됨. |
| | 3. CR 개선 - 2000:1 이상 적용 검토 | 실외시인성 향상 | - LCD CR SPEC 상향 조정 진행 |
| TSP 개선 및 반사율 개선 | 1. C-type TSP 확대 적용 | R-type 대비 10% 향상 | |
| | 2. SVR 적용 검토 | 7~8% 반사율 향상 | - SVR 공정 및 품질 확보 |
| | 3. 표면처리 적극 검토 - AR 처리 검토 : 2~3.5% 개선 | 2~3.5% 반사율 향상 | - TSP 표면 처리 검토 : AR 처리 → C-type 아래면 적용 검토 ※ 단가 상승요인 및 품질 문제 예상 |

6

Highly Confidential - Attorneys' Eyes Only                SAMNDCA10281755

Reference) I-Phone Vs Samsung Visibility Comparison 시인성 비교

◆ **I-Phone Vs Samsung H/W** Specification Comparison

| 구분 | 세부 | I-Phone | | Samsung | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | TFT | | TFT | | | | AMOLED | | |
| | | 3G | 3GS | Corby | Corby Incell+SVR | Preston +SVR | I900 | Loches | Lismore Incell+SVR | A877 +SVR |
| Optical Property | Structure Diagram | | | | | | | | | |
| | 투과율 | 93% | 94% | 90% | 96% | 95% | 80% | 90% | 96% | 86% |
| | 반사율 | 6% | 5% | 9% | 4% | 4% | 20% | 9% | 4% | 12% |
| | 총 두께 | 3.9T | 3.9T | 3.45T | 3.2T | 3.45T | 3.9T | 2.7T | 2.64T | 3.04T |
| LCD | 제조사 | TMD | TMD | SMD | SMD | SMD | EPSON | SMD | SMD | EPSON |
| | Pol | AR | AR | AG | AG | AG | AG | AG | HC | AG |
| | 두께 | 1.90t 바닥 Sus | 1.90t 바닥 Sus | 2.1t | 2.1t | 2.1t | 2.25t | 1.44t | 1.44t | 1.44t |
| | 투과형태 | 반투과형 | 반투과형 | 투과형 | 투과형 | 투과형 | 투과형 | 자체 발광 | 자체 발광 | 자체 발광 |
| TSP | 구조 | GG | GG | GFF | LCD 일체형 | GFF+SVR | FFG-ANR | GF | LCD 일체형 | FFG-Clear |
| | 제조사 | TPK | TPK | Synopex | SMD | S-MAC | 디지텍 | Melfas | SMD | 모린스 |
| | 표면처리 | 상단 – 하단 AR | 상단 AF 하단 AR | - | - | - | - | - | - | - |

7

Highly Confidential - Attorneys' Eyes Only            SAMNDCA10281756

I-Phone 시인성 고찰 및 무선사 대책案

2009. 09. 07

Platform 개발팀
Visual Part

1

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10281750

## I-Phone Vs Samsung 시인성 비교

시인성 비교

◆ I-Phone Vs Samsung 시인성 비교

| 구분 | | 조도값 | I-Phone | | Samsung | | | | | | | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3G | 3GS | TFT | | | | AMOLED | | | |
| | | | | | Corby | Corby | Preston | I900 | Loches | Lismore | A877 | |
| | | | C(GG+AR) + TFT(AR) | | C + Air | Incell +SVR | C + SVR | R + Air | C + Air | Incell +SVR | R + SVR | |
| C/R (x:1) | | 0 lux | 184.7 | 154.1 | 857.3 | 909.4 | 1059.0 | 482.5 | 666136.4 | 68971.1 | 276276.6 | → AR 및 SVR 적용시 CR값 우수 |
| | | 500 lux | 114.2 | 116.8 | 115.7 | 404.3 | 176.1 | 65.1 | 173.8 | 400.9 | 150.4 | |
| | | 1500 lux | 67.5 | 69.4 | 35.2 | 171.9 | 70.7 | 30.4 | 61.9 | 136.0 | 40.2 | |
| | | 30,000 lux | 8.2 | 9.9 | - | - | 6.2 | 2.6 | 4.2 | 8.8 | 3.7 | |
| White 휘도 ( $cd/m^2$ ) | | 0 lux | 427.5 | 499.3 | 293.2 | 336.2 | 330.2 | 369.8 | 293.1 | 382.1 | 259.7 | 상대적 I-Phone우수 → 휘도 개선 필요 |
| | | 500 lux | 441.2 | 522.4 | 288. | 337.2 | 330.1 | 374.4 | 295.3 | 363.8 | 265.9 | |
| | | 1500 lux | 443 | 536.1 | 281.7 | 347.2 | 328.6 | 368.8 | 303.2 | 367.5 | 265.5 | |
| | | 30,000 lux | 571.8 | 690.1 | - | - | 402 | 423.4 | 352.6 | 414 | 380.6 | |
| Black 휘도 ( $cd/m^2$ ) | | 0 lux | 2.314 | 3.240 | 0.342 | 0.3697 | 0.3118 | 0.7665 | 0.00044 | 0.00554 | 0.00094 | R-type 적용시 CR 저하 → C-type 확대 적용 검토 |
| | | 500 lux | 3.862 | 4.472 | 2.490 | 0.8340 | 1.875 | 5.751 | 1.699 | 0.9074 | 1.768 | |
| | | 1500 lux | 6.560 | 7.724 | 8.0 | 2.020 | 4.646 | 12.14 | 4.901 | 2.703 | 6.601 | |
| | | 30,000 lux | 69.97 | 69.36 | - | - | 64.75 | 160.2 | 83.22 | 47 | 102.5 | |

■ 측정조건 : 0lx(암실), 500lx(실내형광등환경), 1500lx(야외환경-그늘밑), 30,000lx (오전 10시 태양 아래)   ■ 사용장비 : CS-2000

■ 기준 : 명실 C/R 우수 **60이상** , White 휘도 우수 : **400이상** , Black 휘도 우수 : **8 이하**

2

Highly Confidential - Attorneys' Eyes Only                                      SAMNDCA10281751



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281752



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10281753

## I-Phone LCD 시인성 분석       시인성 비교

◆ I-Phone LCD 시인성 분석

▶ 원인1. 반투과형 LCD 사용 및 LTPS Panel 사용을 통한 개구율 향상
  1) 개선 부분 : LTPS Panel 사용, a-Si Panel 대비 라인 폭 감소로 개구율 향상
  2) 개선 효과 : a-Si 대비 15 ~ 20% 밝기 향상, 반투과형 LCD으로 인한 휘도 증가 → White 휘도 향상.

▶ 원인2. 광특성 자재 사용 : TSP AR-coating 적용 및 LCD AR-Pol 적용
  1) 개선 부분 : 3G, 3GS TSP 아랫면 AR 적용 및 LCD AR-Pol 적용
  2) 개선 효과 : 4~7% 반사율, 투과율 개선 효과 ( AR면당 2~3.5%의 개선효과 )

▶ 원인3. 高 휘도 LED 사용 및 구동전류 20mA 이상 사용.
  1) 적용 LED P/N : Nichia社  NSSW006 , 6개 적용   ( Size : 3.8x1.2x0.6 )
  2) 적용 LED 특징: High-end LED, typ 2,200mcd at IF typ.20mA      ※ 무선사 LED SPEC : typ 1,900mcd at IF typ.20mA
  3) Set상 LCD LED 구동 전류 : 20mA 이상 적용.                    ※ 무선사 LCD LED 전류 SPEC : typ. 15mA, max 20mA

| iPhone 3G Set상 특성 | |
|---|---|
| 휘도(cd/m²) | 500mcd (max 단계 ) |
| Gamma | 2.1~2.3 이상 |
| 명암비 | 200 : 1 |
| 균일도 | 97.00% |
| White Balance | 0.010@7000K |
| 색재현율(NTSC) | 70% |
| 계조선형성(△u'v') | 0.005 |

- I-Phone LCD 특징 : 높은 해상도(ppi)에도 휘도가 높음.
  - 163ppi / 480cd
  - 무선사 기준 350 mcd 이상 ( WQVGA 기준 )

5

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10281754

| Samsung 시인성 개선 대책 | | | 시인성 비교 |

◆ 시인성 개선 방향 ( CR 개선 )
  - White 휘도 개선 : LCD LED의 개선(고휘도, 전류 상향 조정) , LCD AR-Pol 적용
                              + C-type TSP 적용 확대 , SVR 혹은 AR처리
  - Black 휘도 개선 : C-type TSP 적용 확대, SVR 혹은 AR처리

◆ 시인성 개선 대책

| 해결안 | 개선 방안 | 개선 효과 | 적용 방안 |
|---|---|---|---|
| LCD 개선 | 1. 고휘도 LED 사용 검토<br>( White 휘도 개선 ) | 실내시인성 향상 | - 현, LED SPEC 1900mcd<br>→ 2200mcd 수준 변경 검토<br>※ 단가 상승요인 발생 예상 |
| | 2. AR-Pol 적용 검토 | 2~3.5% 반사율 향상 | - 현, AG Pol에서 변경 검토<br>※ AG 대비 0.05~0.1t 두께 증가 및<br>단가 상승 발생 예상됨. |
| | 3. CR 개선 - 2000:1 이상 적용 검토 | 실외시인성 향상 | - LCD CR SPEC 상향 조정 진행 |
| TSP 개선 및 반사율 개선 | 1. C-type TSP 확대 적용 | R-type 대비 10% 향상 | |
| | 2. SVR 적용 검토 | 7~8% 반사율 향상 | - SVR 공정 및 품질 확보 |
| | 3. 표면처리 적극 검토<br>- AR 처리 검토 : 2~3.5% 개선 | 2~3.5% 반사율 향상 | - TSP 표면 처리 검토<br>: AR 처리 → C-type 아래면 적용 검토<br>※ 단가 상승요인 및 품질 문제 예상 |

6

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10281755

참고) I-Phone Vs Samsung 시인성 비교 | 시인성 비교

◆ I-Phone Vs Samsung H/W 사양 비교

| 구분 | 세부 | I-Phone | | Samsung | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | TFT | | TFT | | | | AMOLED | | |
| | | 3G | 3GS | Corby | Corby Incell+SVR | Preston +SVR | I900 | Loches | Lismore Incell+SVR | A877 +SVR |
| 광특성 | 구조도 | | | | | | | | | |
| | 투과율 | 93% | 94% | 90% | 96% | 95% | 80% | 90% | 96% | 86% |
| | 반사율 | 6% | 5% | 9% | 4% | 4% | 20% | 9% | 4% | 12% |
| | 총 두께 | 3.9T | 3.9T | 3.45T | 3.2T | 3.45T | 3.9T | 2.7T | 2.64T | 3.04T |
| LCD | 제조사 | TMD | TMD | SMD | SMD | SMD | EPSON | SMD | SMD | EPSON |
| | Pol | AR | AR | AG | AG | AG | AG | AG | HC | AG |
| | 두께 | 1.90t 바닥 Sus | 1.90t 바닥 Sus | 2.1t | 2.1t | 2.1t | 2.25t | 1.44t | 1.44t | 1.44t |
| | 투과형태 | 반투과형 | 반투과형 | 투과형 | 투과형 | 투과형 | 투과형 | 자체 발광 | 자체 발광 | 자체 발광 |
| TSP | 구조 | GG | GG | GFF | LCD 일체형 | GFF+SVR | FFG-ANR | GF | LCD 일체형 | FFG-Clear |
| | 제조사 | TPK | TPK | Synopex | SMD | S-MAC | 디지텍 | Melfas | SMD | 모린스 |
| | 표면처리 | 상단 - 하단 AR | 상단 AF 하단 AR | - | - | - | - | - | - | - |

7

Highly Confidential - Attorneys' Eyes Only   SAMNDCA10281756