# Exhibit K
# (Submitted Under Seal)

Jason Kim

1903 South Harvard Blvd.
Los Angeles, CA

(323) 608-3740
the1jasonkim@gmail.com

March 17, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of page
SAMNDCA10890609
of the document with the beginning Bates number SAMNDCA10890609
is an accurate and complete rendering of the contents of the source document to the best of my
knowledge, except for the word "TRANSLATION" at the upper right corner of each translated
page.  I further certify that I translated said document and that I am fluent in both Korean and
English with seven years of professional experience in Korean to English translation.

BY:

_____
Jason Kim

**TRANSLATION**

# Competitor TSP Structure Analysis

- HTC Touch-Diamond     p. 2~4
- SonyErisson XPERIA X1     p. 5~7
- APPLE I-Phone     p. 8~10
- Nokia XpressMusic     p. 11~17
- LG Renoir     p. 18~23

Expert Development Group Visual Part.

© 2009, Samsung Confidential

Confidential

1

**Highly Confidential - Attorneys' Eyes Only**

**SAMNDCA10890609**

# 경쟁사 TSP 구조 분석

- HTC Touch-Diamond          p. 2~4
- SonyErisson XPERIA X1      p. 5~7
- APPLE I-Phone               p. 8~10
- Nokia XpressMusic           p. 11~17
- LG Renoir                   p. 18~23

전문개발그룹 Visual Part.

© 2009, Samsung Confidential

1

# 1. HTC Touch Diamond Analysis

◇ Feature of the LCD, TSP



| | | |
|---|---|---|
| | Phone Size | 102 x 51 x 11.5 mm |
| LCD | Inch & Resolution | TFT, 2.8" VGA ( 480 x 640 ) , 262K color |
| | Size | 55.5 (L) x 46.5 (W) x 1.51 (H) |
| TSP | Size (±0.15t →→) | 56.7 (L) x 48.27 (W) x 1.72 (H) |
| | BM | 좌/우/상 2.2mm , 하 6.3mm |
| | LCD + TSP Thickness | 3.7t ※ TSP+ LCD 실장형 두께 및 치수 Gap "0" |

◇ Structure of the LCD+ TSP's Ass'y

※ TSP + LCD : 일체형구조, OCA로 합착



© 2009, Samsung Confidential

대외비

2

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890611

# 3. Touch Diamond – TSP Feature

| | TSP control IC | MSM7200A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 광학<br>특성 | 반 사 율 | 12% ( 예상치 ) | | | | | | | | |
| | 투 과 율 | 86% ( 예상치 ) | | | | | | | | |
| | 색차 (ΔE) | 3% 미만 ( 예상치 ) | | | | | | | | |
| 동작하중 | | | Center | Center 부 | | | | Edge 부 | | |
| | | Pt | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | | gf | 49.4 | 27.1 | 25.1 | 29 | 28.9 | 63.3 | 87 | 66.5 | 62.3 |
| 특 징 | | ● TSP 구조 : FPC 의 형상<br>- 동작하중 개선을 위해, ICON Sheet 0.125mm 사용.<br><br>● TSP 와 LCD 결합 : 광학 특성이 우수한 일체형 구조<br>- A/S 문제 해결 방안 ? | | | | | | | | | |

© 2009, Samsung Confidential

4

Highly Confidential - Attorneys' Eyes Only        SAMNDCA10890612

# 4. SonyEricsson XPERIA X1 Analysis

◌ Feature of the LCD, TSP

| | | |
|---|---|---|
| Phone Size | | 110.5 x 52.6 x 17 mm |
| LCD | Inch & Resolution | TFT, 3.0" WVGA ( 480 x 800 ) , 262K color |
| | Size | 74.70 (L) x 44.2 (W) x 1.75t (H) |
| TSP | Size (유리기준 only) | 74.85 (L) x 44.5 (W) x 0.35t (H) |
| | BM | 좌/우/상 2.27mm , 하 6.2mm |
| LCD + TSP Thickness | | 2.9t   # LCD  → 기구 GAP : 없음 <br> → 3.9t   # 결합 GAP 1mm 포함 |

# 기구와 TSP 면

: 1mm 단차

# TSP와 LCD과 결합

1   2   3

© 2009, Samsung Confidential

對外秘

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10890613



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890614

# 6. XPERIA X1 – TSP Feature

| 광학<br>특성 | TSP Control | EPSON D771081  or  MSM7290A |
| --- | --- | --- |
| | 반사율 | 20% ( 예상치 ) |
| | 투과율 | 83% ( 예상치 ) |
| | 색차 (ΔE) | 3% 미만 ( 예상치 ) |
| 특 징 | | - TSP 구조 : normal TSP 구조로, 강화된 Glass 위에 ITO 등 상판 ITO (125um) 가 위치함.<br>멤브의 Icon-Sheet가 없으며,<br>기구 Upper대비 TSP가 1mm 낮더운 뎀.<br><br>- TSP 하단부 구조<br>: 측이구조, TSP와 Chassis를 결합하고<br>LCD Module 과 결합한 구조임.<br>LCD 와 TSP 사이 Air Gap은 0.3mm.<br># LCD 두께 : 1.75t ( WVGA, Pol 까지 놓이 ) |

© 2009, Samsung Confidential

對外秘

7

# 7. APPLE I-PHONE 2G Analysis

Feature of the LCD, TSP

| Phone Size | | 115.5 x 62.1 x 12.3 mm |
|---|---|---|
| Weight | | 135g |
| LCD | Inch & Resolution | TFT, 3.5" HVGA ( 320 x 480 ) 16M color |
| | Size | 55.05(가로) x 85.85(세로) |
| TSP | Size | 55.20(가로) x 86.00(세로) |
| | BM | 좌/우/상 2.0mm |
| LCD + TSP Thickness | | 2.70t (LCM 1.90t + TSP 0.8t) |



# LCD 구조

# TSP와 LCD 결합

© 2009, Samsung Confidential

對外秘

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10890616



Highly Confidential - Attorneys' Eyes Only

# 9. I-PHONE 2G – TSP Feature

| TSP Control IC | Broadcom IC ( Apple 단독 사용 ) | | |
|---|---|---|---|
| OS 사양 | | Mac OS X v10.4.1G | |
| 광학특성 | 반사율 | 4~5% ( 예상치 ) | |
| | 투과율 | 95% 이상 ( 예상치 ) | |
| | 색차 (ΔE) | 2% 미만 ( 예상치 ) | |
| 특 징 | | ● TSP 구조<br>  - LCD Panel과 Window(TSP포함)와의 Gap이 없이 설계.<br>  - 일반적으로 Gap에 의한 투과율 손실 (6%)이 없음.<br>  - 장점 : 선명한 화질 구현 가능.<br>  - 단점 : 습기에 취약, Water Mark등 예상.<br><br>● LTPS Panel 사용<br>  - a-Si Panel 대비, 라인 폭 감소로 개구율 향상.<br>  - a-Si Panel 대비 15 ~ 20% 휘기 향상.<br><br>● 고휘도 LED 사양<br>  - LED 수  : 6개<br>  - LED 품명 : Nichia NSSW006, 0.8x1.2x0.5<br>  - LED IF 전류는 20mA 이상 사용된 것으로 파악. | | |

© 2009, Samsung Confidential

대외秘

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890618

## 10. XpressMusic_제품사양

| Front Design | ITEM | Description | Reference |
|---|---|---|---|
| | Manufacturer | Nokia | |
| | Model Name | 5800 Xpress Music | Full Touch Screen |
| | Product Size | 111 x 51.7 x 15.5mm | 109g |
| | Released date | 2008. November | Europe, Asia |
| | LCD info | 3.2inch (360x640) | qHD |
| | TSP maker | Nissha | Japan |
| | TSP Size | 46.3 x 106mm | |
| | V/A Size | 40.3 x 71.3mm | |
| | Film | Polarized Film, PC ITO Film | Upper ITO Film : PET → PC |
| | TSP Type | R-type / FFFF | Substrate : PC → PMMA |

© 2008, Samsung Confidential

對外秘

11



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10890620

## 12. XpressMusic_TSP Structure

Outline Design



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only     SAMNDCA10890622



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890623



Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890624

## 15. XpressMusic_ TSP Feature

| TSP Control IC | |
|---|---|
| OS 사양 | Symbian OS v9.4, Series 60 rel. 5 |
| 광학특성 반사율 | 6.2% |
| 투과율 | 96.3% |
| 색차 (ΔE) | 7.16% |
| 특 징 | ● TSP 구조<br>- 편광필름을 사용(반사율을 현저하게 낮춤)하여 야외 시인성 개선.<br>- PC 내산에 PMMA를 사용하여 편광에 인해 낮아지는 투과율을 보상. -> PMMA의 투명성 PC보다 좋 게함.<br>- upper case 뒤쪽에서 TSP를 삽입하는 구조로 외부로부터의 이물이나 습기 유입에 강함.<br>- 삽입 가능한 구조로 TSP 외부 무 구성.<br>-> PC , PMMA에서 가능 Glass의 경우 가공 어려움. |

© 2009, Samsung Confidential

對外秘

17

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890625

## 16. XpressMusic_비교자료

| 비교사진 | ITEM | i-900 | Xpress Music | Reference |
|---|---|---|---|---|
|  | TSP Type | FFP | FFFP | • Polarized Film is added |
| | TSP Maker | J-Touch Mscreens | Nissha | |
| | TSP Thickness | 1.45mm | 1.485mm | • Without Bottom Attach Tape |
| | Icon Sheet | 188mm 1 Layer | 210mm 2 Layer | • 2 Layer 형태 : 조각인쇄 품질 가능 / 재료 적용 |
| | Upper Film | 0.188mm PET | 0.105mm PC | • 현재가 PET 보다 Hard 함 : 형압된 형태 우형 |
| | Polarized Film | X | O | • 외부시인성 개선 효과 • LCD 상관계와의 반짝 차로 품질 상단 개선 효과 |
| | Bottom Film | ANR Film | Clear Film | • AHR, 외곡되 아외시험 됨 Pr. Hope 저하됨 |
| | Substrate | 0.8t PC | 0.8t PMMA | • 현PMMA 가공코스용 변파율 차이로 발생 • 현PMMA 사용시 커버 icle 부분 칠체 개념 |

Who : Yellow유 나타내는 외 모
對外秘

© 2009, Samsung Confidential

Highly Confidential - Attorneys' Eyes Only       SAMNDCA10890626



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10890627



Highly Confidential - Attorneys' Eyes Only   SAMNDCA10890628



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only          SAMNDCA10890630

## 21. Renoir_ TSP Feature

| TSP Control IC | | -- |
|---|---|---|
| OS 사양 | | -- |
| 광학특성 | 반사율 | 16.2% |
| | 투과율 | 81.2% |
| | 색차 (ΔE) | 3.2 |
| 특 징 | | ● TSP 특징<br>– FPP 구조.<br>– Icon Sheet : 188um 사용.<br>– 상, 하판 ITO Film 188um 사용.<br>– 외관 : Clear type ITO Film 사용.<br>– ESD를 보호하기 위해 VA를 제외한 부분에 Insulation 적용.<br>– Dummy를 사용하여 인쇄를 둘러싸는 형태로<br>  Silver Pattern 설계(상, 하판 同). |

© 2009, Samsung Confidential

對外秘

Highly Confidential – Attorneys' Eyes Only

SAMNDCA10890631