# Exhibit L
# (Submitted Under Seal)

Doosung Choi

255 S. Grand Ave. Apt 1101
Los Angeles, CA 90012

(310) 850-2612
mchoi31@gmail.com

March 19, 2012

Certificate of Translation

I hereby certify that this Korean to English translation of pages
SAMNDCA10890091, SAMNDCA10890093, SAMNDCA10890094, SAMNDCA10890095,
and SAMNDCA10890097
of the document with the beginning Bates number SAMNDCA SAMNDCA10890091
is an accurate and complete rendering of the contents of the source document to the best of my
knowledge, except for the word "TRANSLATION" at the upper right corner of each translated
page.  I further certify that I translated said document and that I am fluent in both Korean and
English.

BY:

_____
Doosung Choi

# Mobile Communications Division Future TSP Management Strategy

2009. 10. 20

**Platform Development Team**
**Visual Part**

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890091

1



Highly Confidential - Attorneys' Eyes Only         SAMNDCA10890093

**Current Status of Competitors Using TSP**   TSP Response Strategy

▶ **Competitor TSP Trends**

**Touch Phones are mainly released by X Company, A company, H Company and R Company.**

※ **N Company released only 2 models**

### N Company

Main Model : Xpress 5800
LCD size : 3.2"
Touch : R-type

Main Supplier: Nissha (Japan)

- Currently, only released R-type TSP products
- C-type TSP model "X6" scheduled for release → Synaptics chip used
- In the future proceed with both C-type and R-type in parallel

### A Company

Main Model: I-Phone
LCD size : 3.5"
Touch : C-type

Main Supplier: TPK (Taiwan)
            Wintek (China)

- Acquired Finger Works business in 2006
  Proceeding strategically with C-type
  → Using exclusive IC
- Continuing to use [TSP] ever since iPhone 2G

### X Company

Main Model : Blaxklabel4
LCD size : 4.0"
Touch : C-type

Main Supplier: Hitachi
            ELK (Korea)

- Focused mainly on conventional R-type TSP
  → Transition to C-type TSP in progress
  : Emphasis on improved optical properties
  → Synaptics, Cypress, Melfas IC currently used

TRANSLATION

# Our Company TSP Progress Plan

**TSP Response Strategy**

▶ Our Company TSP Basic Progress Plan

◈ **Continued expansion of volume of C-type TSP**



◈ **C-type TSP Progress Direction: Achieve early and maintain performance superiority over competitors. (Proceed separately for Low/High-End)**

| Category | "A" Company | Samsung Target |
|---|---|---|
| Touch Area | 5pi | 4pi |
| Response Time | 16ms | 5ms |
| Power Consumption | 20mA(Over) | 5mA(Under) |

◈ **R-type TSP Progress Direction: Maintain superiority in performance over competitors – in terms of optical properties, thickness, strength, motion load**

※ **Continue with quality improvements**

Highly Confidential - Attorneys' Eyes Only         SAMNDCA10890095

TRANSLATION



# 무선사업부 향후 TSP 운영 전략

2009. 10. 20

Platform 개발팀
Visual Part

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10890091

순서 | TSP 운영 전략

1. TSP 기술 Trend
2. TSP 적용 경쟁사 현황
3. 당사 진행 방안
   - 당사 기본 진행 案
   - 당사 C/R-TSP 운영 전략
   - 당사 기술 운영 전략
   - 당사 향후 대응 전략

Highly Confidential - Attorneys' Eyes Only

2

SAMNDCA10890092



Highly Confidential - Attorneys' Eyes Only			SAMNDCA10890093

3



Highly Confidential - Attorneys' Eyes Only            SAMNDCA10890094

4



5

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10890095

## 당사 TSP 진행 방안 | TSP 대응 전략

▶ 당사 C/R-TSP 운영 전략

◎ C-Type TSP 운영 전략

1) TSP controller IC 운영

| 분류 | 주요 IC 업체 | 기본 사양 |
|---|---|---|
| Low-End | Melfas, Cypress | -. 8pi, Single touch, 20msec이내 |
| Middle/High-End | ATMEL, Cypress, Synatpics | -. 4pi, Multi touch, Handwriting, 5msec이내 |

2) 모듈 업체 운영

| 업체 분류 (납품기준) | | 주요 업체 | 전략 |
|---|---|---|---|
| TSP 모듈 (IC포함) | | Melfas, Synaptics | -. IC기술관련 선행개발 진행. |
| TSP 모듈 (IC미포함) | PET Sensor | SMAC, Synopex, 디지텍 (+ YFast, J-touch, Nissha ) | -. Silver Trace BM 폭 개선 업체 우선 처리<br>-. Lamination 내재화 검토 |
| | Glass Sensor | SMD, Wintek, TPK | - GG type 업체로 활용 |
| | On/In-Cell LCD | SMD, AUO 등 LCD업체 | -. TSP+LCD 구조 업체로 활용. |

◎ R-Type TSP 운영 전략 : 업체별로 전략화 진행

| TSP 분류 | 주요 업체 | 전략 |
|---|---|---|
| FFG Clear | 모란스, Nissha | -. 제품기술 우수, 품질안정화 업체로 활용, 신기술로도 활용 |
| FG | SWENC, Young Fast | -. 신규 기술 및 공정 도입 업체로 활용. |
| FFG ANR | 디지텍, Y-Fast | -. ITO Film 기술 확보로 저가 전략 및 물량 업체로 활용 |

6



7
Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10890097



Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10890098

# Thank you...

9

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10890099