# Exhibit M
# (Submitted Under Seal)

2009-03-01

# ATMEL QUANTUM

## QMatrix CapSense Technology
## of Touch Screen Panel
## Rev 0.4
## Samsung Mobile Communication Div.



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

QUANTUM
RESEARCH GROUP

SAMNDCA10903827



Highly Confidential - Attorneys' Eyes Only

2009-03-01

# Contents

∧ Resistive Touch Screen
∧ QMatrix
  – Goals
  – Equivalent Circuit
  – Simple matrix example
  – Typical Waveforms
  – Charge transfer Waveform detail
  – What Happens During Touch?

∧ Sensitivity
  – Increasing Sensitivity
  – Increasing Rsmp

∧ Mutual Capacitance versus Self Capacitance
∧ Why ATMEL QUANTUM Solution?
  – Wide Solution
  – Development Time Schedule
  – Real Matrix / Mutual Capacitance
  – Shield without shield '?'
  – Single Layer versus 3 Layers
  – ITO Pattern
  – Mass production experience
  – Verified Solution
  – Excellent Immunity
  – Both Glass and PET
  – Various ITO supplier
  – QCP Program
  – Narrow edge
  – Powerful Core

3

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

QUANTUM
R E S E A R C H   G R O U P

2009-03-01

4

# Resistive Touchscreens



- Two layer ITO with air gap & spacers
- Advantages
  - Proven and cost attractive technology
  - Used in high volumes
- Disadvantages
  - No multi finger detection possible
  - Limited industrial design options
  - Mechanically weak – moving parts - field failures
  - Relatively complicated & thick stack
  - Front surface implementation - easily damaged
  - User calibration required
  - Poor optical properties

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**QUANTUM**
RESEARCH GROUP

2009-03-01

# QMatrix: Goals



Electrode array

Measuring Circuit

➤ To get more sensors (keys) per chip than the other solutions

➤ To detect finger presence near electrode

➤ Electrode to be behind a dielectric panel so no direct galvanic connection to measuring circuit



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

5

Highly Confidential - Attorneys' Eyes Only    SAMNDCA10903831

2009-03-01

6

# QMatrix: Equivalent Circuit



Cp1:  Parasitic IO pin capacitance  to GND (1-2pF ?)

Cp2:  Wiring capacitance to GND (few pF)

Cx:  Electrode self coupling capacitance (2-10pF ?)

Ct:  Touch capacitance to earth (few pF)

∧  Cs – Sampling capacitor

∧  Cx – Self coupling capacitance of electrode, Cx >> Cp2, Cp1

∧  X-Line – The sending line used for charge transfer. Charge Emitter to Y line

∧  Y-Line – The receiver line used for charge transfer. Charge receiver from X line



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

7

# QMatrix: Simple matrix example

➤ The diagram below shows an example matrix of 8 nodes (sensors)

➤ Many other configurations are possible

➤ [4-6 X lines and 4 Y lines] are good for 3-4 inch TSP



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

✿ QUANTUM
R E S E A R C H   G R O U P

2009-03-01

8

# QMatrix: Typical Waveforms:

➤ Typical voltage across Vcs increases like this

➤ The discharge time "t" is measured with the counter and comparator

➤ The counter value is our measurement





Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

9

# QMatrix: Charge Transfer Waveform Detail:

➢ Typical burst timing is between 160 to 640µs

➢ Typical scan timing depends on burst timing and Sleep timing



Time

Vcs

10's of us typ

160us to 640us typ

QUANTUM
RESEARCH GROUP

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

Highly Confidential - Attorneys' Eyes Only

2009-03-01

10

# QMatrix: What Happens During Touch ?:



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

11

# <u>Sensitivity : Increasing Sensitivity</u>

▲ To increase sensitivity, increase **Rsmp**

▲ **Higher Rsmp resistance makes discharge slope shallower**

- Cs Discharge takes longer
- giving higher numerical resolution

▲ **Increase the burst length to give a higher terminal voltage**

- This gives a better Signal to Noise Ratio
- Increased discharge time gives higher numerical resolution
- Increased discharge time make slower scan time



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

# Mutual-Capacitance versus Self-Capacitance

– Current go to GND in self-capacitance

device

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

12

QUANTUM
RESEARCH GROUP

Highly Confidential - Attorneys' Eyes Only



## Mutual-Capacitance **versus** Self-Capacitance

– Mutual-Capacitance: electric charge return to device

- X line is charge emitter
- Y line is charge receiver
- X line send charge and Y line receive it.

1) X line send charge to Y line

2) Y line receive charge from X line

device

X

Y

Electric charge

2009-03-01

13

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**QUANTUM**
RESEARCH GROUP

Highly Confidential - Attorneys' Eyes Only

14

2009-03-01

# Why ATMEL QUANTUM?



**Single & Multi Layers**
- Low & General Full Touch: Single Layer Solution
- High Resolution: 2 Layers

**Flexibility**
- SW Solution
- Provide Object Code (Key)
- Multiple ITO company Source
- Advanced ITO Film tester

**Performance**
- Best In Class Technology
- Qualified1 Layer Solution
- Leading technology (Dedicated Engineering)

**Cost,Flexibility & Performance**

Cost

Flexibility

Performance

QUANTUM
RESEARCH GROUP

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

# Why ATMEL QUANTUM? Wide solution

## &lt;Product Group Roadmap&gt;



Glass ITO Solution

Pet Multi Layer

Pet Single Layer

performance

**Advanced**
+200 Nodes
High Speed + High Resolution
Multi Touch
User Code Area

Next generation solution in 2009
(Best Performance Product)
For best performance

**Two touch**
From 32 through 48 Channel
Medium Range of Multi Touch Class
Better Cost+Performance

General Multi Touch solution

**Single Touch**
From 16 trough 12 Channel
General Single Layer Solution
Low Cost Single Touch

**Lowest cost**
Ultra Low End System Solution
Single Layer

price

Under Development

Under Development

15

QUANTUM
RESEARCH GROUP

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

Highly Confidential - Attorneys' Eyes Only          SAMNDCA10903841

2009-03-01

16

# Why ATMEL QUANTUM?

## Development Time Schedule



| | 1st Week | | 2nd Week | | 3rd Week | | 4th Week | | 5th Week | | 6th Week | | ETC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beg | End | Beg | End | Beg | End | Beg | End | Beg | End | Beg | End | |

Basic check and Drawing release for ITO Sensor

Verifying Drawing

ITO making period

PCB+Module design and produc

**Quantum UK**

**Quantum + ITO Co.**

ITO Co.

ITO Co. or Module Vendor + ATMEL Quantum Korea

**SW Tuning and so on : ATMEL Quantum Korea**

\* ITO making period depends on the ITO manufacturer



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

17

# Why ATMEL QUANTUM? Real Matrix

➤ About self-capacitance (diamond pattern)

— single channel cross single channel = two single channels

— 5 X and 5 Y means 10 sensors Only → $5 + 5 = 10$

Single node



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

18

# Why ATMEL QUANTUM? Real Matrix

➢ About self-capacitance (diamond pattern)

— ghost key effect → no real position report



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

QUANTUM
R E S E A R C H   G R O U P

2009-03-01

19

# Why ATMEL QUANTUM? Real Matrix

▲ About diamond pattern (mechanical)

  – Difficult laminating → very small miss-matching make miss-positioning



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**QUANTUM**
RESEARCH GROUP

2009-03-01

20

# Why ATMEL QUANTUM? Real Matrix

▲ About diamond pattern (mechanical)

− Difficult laminating → very small miss-matching make miss-positioning



Real Example

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**QUANTUM**
R E S E A R C H  G R O U P

2009-03-01

# Why ATMEL QUANTUM? Real Matrix

➤ About Triangle pattern

   – Need many ITO patterns

   – More silver lines make wide edge or multi layer edge

21

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

22

# Why ATMEL QUANTUM? Real Matrix

► QMatrix solution is the real matrix

— More sensing node make better sensing quality and resolution



Y

X

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

QUANTUM
RESEARCH GROUP

SAMNDCA10903848

2009-03-01

23

# Why ATMEL QUANTUM? Real Matrix / Mutual Capacitance

- Mutual Capacitance (QMatrix)
  - 6 X and 4 Y means 24 nodes (sensors) → 6 X 4 = 24
  - More sensing node make better sensing quality and resolution
  - Each node has its own sensitivity → only QMatrix (Mutual Capacitance) can make it



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

QUANTUM
R E S E A R C H  G R O U P

2009-03-01

24

# Why ATMEL QUANTUM? Real Matrix

▲ QMatrix solution



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**QUANTUM**
R E S E A R C H   G R O U P

2009-03-01

# Why ATMEL QUANTUM? Shield w/o shield

▲ X line is not shield but works as shield

▲ No need shield layer because of X line



25

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)



# Single Layer versus 3 Layers

## ATMEL

Lens

Glass/Plastic
OCA
ITO on PET

- □ Index matched ITO on PET
  - ◆ Total stack up: ~225 um

## Competitor S

Lens

Glass/Plastic
OCA
ITO on PET
OCA
ITO on PET
OCA
ITO coated PET
OCA
PET

Shield layer

- □ Index matching not possible
  - ◆ Total stack up: 380um

- □ Non-index matched material
  - ◆ Total stack up: ~75um

26

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**⁂ QUANTUM** RESEARCH GROUP

2009-03-01

27

# Single Layer versus 3 Layers

## Competitor S



## ATMEL

## Atmel single layer sensor
▷ Applicable for Single Touch touchscreens
▷ No shield layer needed in most designs
▷ Stack thickness: as low as 100um
  – Higher light transmission
  – Lower power consumption
  – Lower system cost

## Multi layer sensor, e.g. Diamond Pattern with shield layer
▷ Each layer resolves a different axis (X &Y)
▷ Layers need to be separated by a dielectric material
▷ Shield layer needed to absorb LCD noise
▷ Stack thickness: 250um incl. shield layer
▷ Atmel have specific designs of two layer sensors



QUANTUM
RESEARCH GROUP

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

28

# Single Layer versus 3 Layers

➤ 3 Layer structure (competitor solution)

— Thick and complex structure

— Shield layer needed to absorb LCD noise

— Multi layer structure make poor yield in mass production

➤ **Single layer structure (ATMEL Solution)**

— Simple structure

— Stack Thickness: as low as 100um

— Low price

— Excellent Yield in mass production



Copyright 2009 Atmel Quantum Ltd. Confidential (Samsung Mobile Only)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10903854

2009-03-01

## <u>Why ATMEL QUANTUM?</u>
## <u>ITO Mass production experience</u>

➢ Mobile phone manufacturer

  – Motorola

  – Samsung

➢ Digital Appliances

  – GE (oven 6.3")

  – Colorado Venet (lighting control)

  – Whirlpool

  – Invensys



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

29

Highly Confidential - Attorneys' Eyes Only

2009-03-01

30

## Why ATMEL QUANTUM? Verified solution

▲ ATMEL QUANTUM solution is not in development status but completed and verified solution

— Host need memory (register) setting only

— Host very rarely need to update f/w image to CapSense device

— Even completed solution, host still can refresh if necessary



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

31

# Why ATMEL QUANTUM? Excellent Immunity

➢ Resistance: ATMEL QUANTUM solution has very good immunity of resistance of ITO → about 20Kohm

➢ LCD noise: In most case, no GND shield need. → Emitting layer protect radiation interference from LCD



QUANTUM
RESEARCH GROUP

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

Highly Confidential – Attorneys' Eyes Only

2009-03-01

# Why ATMEL QUANTUM? Glass and PET

➤ ATMEL QUANTUM solution has good performance with both Glass and PET

Rev 0.4 Strictly Confidential Samsung Mobile ONLY

Visual Lab ONLY

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

32

QUANTUM
R E S E A R C H  GROUP

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10903858

2009-03-01

33

# Why ATMEL QUANTUM? Various ITO suppliers

➤ ATMEL QUANTUM can work with several ITO manufacturer like below.

- — **Nissha**
- — **ELK**
- — **Jtouch**
- — **Luxe Printing**
- — Young Fast
- — Hyup Jin

➤ Any ITO supplier can do with QCP (Quantum Certified Program) support



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

# Why ATMEL QUANTUM? QCP program

➤ Improve yields

➤ Improve test times

➤ Error check before and after window lamination

➤ Catches internal shorts and opens

➤ Detects internal, invisible defects

➤ Detects high-resistance microfractures

➤ Reporting by individual film

➤ Full statistical results on demand



34

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

Highly Confidential - Attorneys' Eyes Only

2009-03-01

35

# Why ATMEL QUANTUM? Narrow edge (bezel)

➤ ATMEL QUANTUM QMatrix solution has matrix structure.

➤ This matrix structure make less lines and more node.

➤ Less line means less silver pattern.

➤ Less silver pattern make narrow edge (bezel)

➤ In normal case, only X lines go through edge

➤ It might be 2 – 4 X lines in each edge (bezel)



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

36

# Why Mutual Capacitance? Narrow bezel

➤ Only X line go through bezel. Less silver lines and more sensors



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

**QUANTUM** RESEARCH GROUP

2009-03-01

# Why ATMEL QUANTUM? Powerful Core

➢ ATMEL QUANTUM solution uses powerful AVR core

  – AVR core work with 1.8V to 5.0V Vdd

➢ Very low power consumption

37

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

QUANTUM
RESEARCH GROUP

Highly Confidential - Attorneys' Eyes Only

2009-03-01

# ATMEL QUANTUM Products

| Part Name | Resolution / Node | Interface | $V_{DD}(V)$ | Supply Current | Oper. Temp(°C) | Package |
|-----------|-------------------|-----------|-------------|----------------|----------------|---------|
| QField Series | | | | | | |
| **QT702** | 1024 X 1024 | I²C | 1.8~5.0 | 1.02mA ~ 4.6mA @normal mode<br>1μA ~ 2μA @sleep mode | -40~85 | 32-MLF |
| **QT703** | 1024 X 1024 | I²C | 1.8~5.0 | 1.02mA ~ 4.6mA @normal mode<br>1μA ~ 2μA @sleep mode | -40~85 | 32-MLF |
| **QT604** | 1024 X 1024 | I²C | 1.62~5.5 | 1.02mA ~ 4.6mA @normal mode<br>1μA ~ 2μA @sleep mode | -40~85 | 32-MLF |
| **QT614** | 1024 X 1024 | I²C | 1.8~5.5 | 1.02mA ~ 4.6mA @Normal mode<br>1μA ~ 2μA @sleep mode | -40~85 | 32-MLF |
| **AT42QT4120** | 1024 X 1024<br>4X x 3Y<br>(12 node) | I²C | 1.8~5.5 | 2180uA(LP: 16ms)<br>440uA(LP:32ms)<br>3.3V: 120uA @sleep mode | -40~85 | 32-MLF |
| **AT42QT4160** | 1024 X 1024<br>4X x 4Y<br>(16 node) | I²C | 1.8~5.5 | 2260uA(LP: 16ms)<br>1560uA(LP:32ms)<br>3.3V: 120uA @sleep mode | -40~85 | 32-MLF |



QUANTUM
R E S E A R C H  G R O U P

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)      38

2009-03-01

# ATMEL QUANTUM Products

| Part Name | Resolution / Node | Interface | $V_{DD}(V)$ | Supply Current | Oper. Temp(°C) | Package |
|---|---|---|---|---|---|---|
| QTwo Series | | | | | | |
| **AT42QT5320** | 1024 X 1024 8X x 4Y (32 node) | I²C | 1.8~5.5 | 1720uA(LP: 16ms) 960uA(LP:32ms) 3.3V: <2uA @sleep mode | -40~85 | 32-MLF |
| **AT42QT5480** | 1024 X 1024 8X x 6Y (48 node) | I²C | 1.8~5.5 | 3670uA(LP: 16ms) 2680uA(LP:32ms) 3.3V: <2uA @sleep mode | -40~85 | 44-MLF 44-TQFP 49-BGA 44-DRQFN |

QUANTUM
R E S E A R C H  G R O U P

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

39

Highly Confidential - Attorneys' Eyes Only

2009-03-01

40

# Competitive Position – Highlights

| | Atmel | Competition | Our advantages |
|---|---|---|---|
| Market presence in Capacitive Touch Sense | > 12 years | Average <5 years | Experience in providing more robust solutions |
| Approach | Highly capable AVR core | Mixed Signal ASIC Designs | Supports good performance at a competitive price |
| Genuine Two Touch™ | Independent touch report and tracking | Not uniquely identified touches | Better usability, broader range of use cases |
| Gesture Processing | Flexible gesture library | Some | Features handled by Atmel chip minimise host overhead |
| User configurability | Extensive command Interface | Some configurability | Event based interface for low processor overhead, user configurable for flexibility |
| Spread Spectrum Acquisition | Yes | Some | Good noise immunity |
| Low cost sensor designs | Innovative single layer designs | Require multi-layers | Lower cost, better optical properties, less backlighting needed |



Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)



Highly Confidential – Attorneys' Eyes Only

SAMNDCA10903866

2009-03-01

41

# FAB and Capacity

## Atmel Wafer Fab



USA - Colorado Springs

PROCESS:        CMOS, NVM, High Voltage BCD/SOI
                SiGe BiCMOS
WAFER SIZE:     150 mm (6-inch)
TECHNOLOGY:     0.5 μm to 0.25 μm

PROCESS:        CMOS, NVM, Mixed Signal, BiCMOS
WAFER SIZE:     200 mm (8-inch)
TECHNOLOGY:     0.35 μm to 0.11 μm

## Foundry Partners



X-FAB
THE SoC SOLUTION FOUNDRY

UMC
THE SoC SOLUTION FOUNDRY

G
RESEARCH GROUP



Copyright 2007 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

2009-03-01

42

# FAB and Capacity

## Atmel Wafer Fab

MCU: 50M units / Month (60% of Capacity)

## RF and Automotive product

Foundry Partners



USA - Colorado Springs



XFAB

UMC
THE SoC SOLUTION FOUNDRY

RESEARCH GROUP

Copyright 2007 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

Highly Confidential - Attorneys' Eyes Only

SAMNDCA10903868

2009-03-01

# Any Question?

## Jinho Park

### Touch Sensing R&D Engineering Manager

ATMEL QUANTUM
Embedded & Touch Solution Lab.
E-mail: jinho.park@atmel.com
Cellular: 82-10-2688-5556

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)

✦ QUANTUM
RESEARCH GROUP



2009-03-01

44

Copyright 2009 Atmel Quantum Ltd, Confidential (Samsung Mobile Only)