# Exhibit S
# (Submitted Under Seal)



| | | 對外秘 | |
|---|---|---|---|
| | | 작성자 | Visual Part |
| | Tablet TSP 사양 비교 | 작성일 | 2011.03.30 |

| | ITEM | P1 | P3(P4) | P5 | P7 | iPad | iPad2 | iPad3 |
|---|---|---|---|---|---|---|---|---|
| | 공급 업체 | S-MAC, 일진 등 | J-Touch, Y-Fast | 멜파스, 광통신 | 멜파스, 광통신 | Wintek, TPK | Wintek, TPK | ? |
| 치수 (mm) | 구조 ( : ITO) | GFF  Window-G 1.0 t  OCA 0.1 t  Pt Film 0.15 t  OCA 0.05 t  Pt Film 0.15 t  OCA 0.025 t  Pt Film 0.05 t  Total 1.59 t | G1F  G1(Rx) 0.3 t  OCA 0.05 t  Tx Film 0.15 t  OCA 0.05 t  AR Film 0.05 t  Total 1.13 t | G1F  G1(Rx) 0.3 t  OCA 0.125 t  Tx Film 0.15 t  OCA 0.05 t  AR Film 0.05 t  Total 1.13 t | G1F  G1(Rx) 0.3 t  OCA 0.125 t  Tx Film 0.15 t  OCA 0.05 t  AR Film 0.05 t  Total 1.13 t | GG 구조  Window-G 0.9 t  OCA 0.25 t  Sensor-G 0.5 t  OCA+AR Film 0.075  Total 1.725t | GG 구조  Window-G 0.65 t  OCA 0.35 t  Sensor-G 0.4 t  OCA+AR Film 0.075  Total 1.475t | GG 구조? |
| | Module 크기 | 185.4×116.8 | 242 × 166.4 | 226.8×153.6 | 188.4×118.9 | 237×183.6 | 238×182 | |
| | LCD VA | 154.6×91.0 | 218.8×137.2 | 193×121 | 158.2×99.3 | 198×148 | 198×148 | |
| | 인쇄BM 좌우/상하(최소) | 12.9/15.4 (11.8/5.0) | 11.6/14.6 (5.0/10.1) | 16.9/16.3 (7.7/10.1) | 9.8/15.1 (6.3/8.8) | 17.8/19.4 (5.0/12.0) | 17.1/20.3 (5.0/12.0) | |
| 광학 특성 | TSP 투과율 | 93.4% | 92.0% | ← | ← | 93.7% | 92.3% | |
| | TSP 반사율 | 6.5% | 6.5% | ← | ← | 6.5% | 6.4% | |
| | SET 반사율 | 7.8% | 8.0% | ← | ← | 9.1% | 8.5% | |
| 성능 사양 | IC | mXT224 | mXT1386 | MMS152 × 2 | MMS152 | BCM5974+BCM5973 | BCM5974+BCM5973 | |
| | Ch 수 | 18 × 11 | 27 × 42 | 27D × 42 | 20D × 31 | 40 × 30 | 40 × 30 | |
| | Pitch Size | 8.59 × 8.27 | 5.07 × 5.21 | 4.48 × 4.6 | 4.97 × 5.1 | 4.95 × 4.93m | 4.95 × 4.93 | |
| 인식 면적 | Click | 6pi | 3pi | 4pi | 4pi | 5pi | 5pi | |
| | Drawing | 6pi | 4pi | 4pi | 4pi | 5pi | 5pi | |
| | Linearity | 8pi | 4pi | 4pi | 4pi | 5pi | 5pi | |
| Scan time | Idle(ms) | 32 | 32 | 9.5 | 10 | 40 | 40 | |
| | Active(ms) | < 10 | 16 | 9.5 | 10 | 16 | 16 | |
| 소모 전류 | Idle(mA) | 3 | 38.6 | 25.5 | 10.5 | | | |
| | Active(mA) | 15.3 | 72.9 | 25.8 | 10.7 | | | |

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11003931



對外秘

무선사 Tablet LCD 사양 비교

| 작성자 | Visual Part |
| 작성일 | 2011.04.01 |

| ITEM | | P1<br>Landscape | P3<br>Landscape | P4<br>Landscape | P5<br>Portrait | P7<br>Portrait | P8<br>Landscape | P9<br>Landscape |
|---|---|---|---|---|---|---|---|---|
| LCD | Size | 7.01" | 10.1" | 10.1" | 8.91" | 7.30" | 7.67" | 10.7" |
| | 해상도 | WSVGA | WXGA | WXGA | WXGA | WXGA | WXGA | WQXGA |
| | PPI | 169 | 150 | 150 | 169 | 207 | 197 | 282 |
| | 종류 | TFT - PLS | TFT - PLS | TFT - PLS | TFT - PLS | TFT - PLS | OCTA | TFT - PLS |
| | 업체 | LCD 사업부<br>HYDIS<br>BOE | LCD 사업부 | LCD 사업부 | LCD 사업부 | LCD 사업부 | SMD | LCD 사업부 |
| 소모전력<br>(Full white Image) | Total | 2250mW | 3760mW | 3538mW | 2750mW | 2560mW | 4894mW (ALC 미적용)<br>2447mW (ALC 적용) | 9.56W<br>( 최적화 검토 중) |
| | Logic | 700mW | 830mW | 830mW | 680mW | 840mW | 4646mW (Panel)<br>208mW (D-IC) | 2.0W |
| | BLU | 1550mW | 2930mW | 2708mW | 2070mW | 1720mW | - | 7.56W |
| | SET 휘도 | 360nits | 350nits | 350nits | 360nits | 360nits | 250nits | 450nits |
| TCON<br>실장면적 | 면적 | 1482.86 mm² | 3813.23mm² (PCB)<br>1889.84mm² (FOG) | 3335.25 mm²(PCB)<br>1825.49 mm² | 1535.83 mm² | 1540.2 mm² | 456.879 mm² | 2070 mm²<br>( 최적화 검토 중) |
| | X x Y | 76.3x18+26x4.21 | 17.05x223.65(PCB)<br>8.45x223.65(FOG) | 15x222.35(PCB)<br>8.21x222.35(FOG) | 80.2 x 19.15 | 57x16.6+60x9.9 | 24.17x11.2+24.22x6<br>+6.35x3.9+5.4x3.35 | 230 x 9 |
| | PCB 두께 | 0.6T | 0.5T (6층) | 0.5T (6층) | 0.4T (4층) | 0.5T (6층) | - | - |
| | 형상 | 76.3mm | 223.65mm | 222.35mm | 80.2mm | 60mm | - | - |
| BM<br>(A/A ~ LCD 외곽) | 상 | 4.3 | 4.9 | 4.255 | 3.35 | 3.1 | 3.5 | 8.5 |
| | 하 | 6.15 | 9.3 | 9.005 | 8.35 | 7.6 | 8.5 | 11.1 |
| | 좌 | 3.5 | 4.92 | 4.275 | 6.65 | 6.4 | 3.5 | 4.255 |
| | 우 | 7.36 | 7.62 | 6.975 | 3.35 | 3.1 | 3.5 | 7.505 |

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11003932



對外秘

경쟁사 Tablet LCD 사양 비교

작성자 Visual Part
작성일 2011.04.01

| ITEM | | iPad | iPad2 | iPad3 |
|---|---|---|---|---|
| LCD | Size | 9.68" | 9.68" | 9.68" |
| | 해상도 | 1024 x 768 | 1024 x 768 | 2048 x 1536 |
| | PPI | 132 | 132 | 265 |
| | 종류 | TFT - PLS | TFT - PLS | TFT - PLS |
| | 업체 | LCD 사업부 LGD | LCD 사업부 | LCD 사업부 |
| 소모전력 (Full white Image) | Total | 3050mW | 3050mW | 7.55W |
| | Logic | 950mW | 950mW | 1.30W (1.1W@ w/o 효율) |
| | BLU | 2150mW | 2150mW | 6.25W (5W@w/o 효율) |
| | SET 휘도 | 360nits | 360nits | 450nits |
| TCON 실장면적 | 형상 | | | - |
| | X x Y | 173.51 x 13 | 160.50 x 13 | - |
| | 두께 | 0.8T | 0.8T | - |
| | 면적 | 2255.63 | 2086.5 | - |
| BM (A/A ~ LCD 외곽) | 상 | 5.05 (예상) | 5.05 | - |
| | 하 | 13.7 (예상) | 11.7 | - |
| | 좌 | 6.3 | 6.3 | - |
| | 우 | 7.3 | 7.3 | - |

- 3 -

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11003933



\* 참고 : TCON B'd 형상

| Model | |
|---|---|
| P1 | |
| P3 | |
| P4 | |
| P5 | |
| P7 | |

**Highly Confidential - Attorneys' Eyes Only**　　　　　　　　　　　　　　　　　　**SAMNDCA11003934**