Exhibit 1

**CURRICULUM VITAE**
**ALAN HEDGE, PhD, CPE, FHFES, FIEHF, FIEA, AFBPsS,**
**CCSF Faculty Fellow**

| | |
|---|---|
| Nationality | American & British (European) |
| Telephone: | 607-255-1957 (office) |
| Mobile: | 607-227-1728 |
| Fax: | 607-255-0305 (office) |
| E-mail: | ah29@cornell.edu |
| Internet: | http://ergo.human.cornell.edu |

Academic Positions:   Professor
Department of Design and Environmental Analysis
2415 Martha Van Rensselaer Hall
NYS College of Human Ecology
Cornell University
Ithaca, NY 14853-4401
        and
Research Professor
Department of Mechanical and Aerospace Engineering
121 Link Hall
Syracuse University
Syracuse, NY 13244-1240

**UNIVERSITY EDUCATION**
Bachelor of Science (First class) Special Honors in Zoology.
Subsidiary subjects Physiology and Biochemistry.
University of Sheffield, 1970.
Master of Science, Zoology
University of Sheffield, 1971.
Master of Science, Applied Psychology.
Aston University, 1972.
Doctor of Philosophy, 1972-74.
Submitted and awarded for thesis in Cognitive Psychology
University of Sheffield, 1979.

**CURRENT PROFESSIONAL BODIES**
Certified Professional Ergonomist (CPE), Board of Certification of
Professional Ergonomists (2003)
Fellow, International Ergonomics Association (IEA)
Fellow, The Human Factors and Ergonomics Society (U.S.A.) (FHFES)
Fellow, The Institute of Ergonomics and Human Factors (U.K.) (FIEHF)
Associate Fellow of the British Psychological Society (AFBPsS)
Founding Member, International Society of Indoor Air Quality and
Climate
Member, Illuminating Engineering Society of North America

## PROFESSIONAL ACTIVITIES

IEA Representative for Environmental Design (2011-)
Atkinson  Center for Sustainable Futures Faculty Fellow (2009-)
Co-leader, Human Health and Performance Research Theme, Star Center
for Environmental Quality Systems (http://eqs.syr.edu/)
Member, Advisory Council, The National Ergonomics Conference and
Exposition (1999 - onwards)

## PAST PROFESSIONAL ACTIVITIES

Member, Scientific Advisory Committee, Applied Human Factors and
Ergonomics 3rd International conference, 2010
Member, Healthy Buildings 2009, Technical Program Committee
Member, International Conference on Research into Design (ICoRD'09)
Member, American Psychological Association (1987-2008)
Member, Association for Psychological Science
Member, ODAM 08 program committee
Member, NASA Space Human Factors: Super Problem Resolution Team
Member, NASA Space Human Factors Engineering Science &
Technology Working Group (200-2007)
Member, ASID Technical Review Board (TRB) of the Clearinghouse for
Design and Human Behavior Research (2002-2005)
Chair, International Ergonomics Association Technical Group on
Work Environment Ergonomics (Work Environment Design) (1993- )
Chair, TAG to ISO TC 159/SC5 (1995-1997, 2003 – onwards)
Chair, Organizational Design and Management Technical Group,
The Human Factors and Ergonomics Society (HFES) (1995)
Chair, Work Environment Subcommittee
ANSI/HFS 100 VDT Standard Revision Committee
The Human Factors and Ergonomics Society (HFES) (1992-1995)
Member, New York Academy of Sciences, (1996/97).
Chair, ASTM Task Group (E06.25.02) on Behavioral Tools for Assessing
Facility Design and Productivity, American Society for Testing and
Materials (1990-1993)
Executive officer (Past President), Division of Environmental Psychology
International Association of Applied Psychology (IAAP), (1986-1990).
Executive officer (President), Division of Environmental Psychology
International Association of Applied Psychology (IAAP), (1982-1986).
Past Member (IAPS), International Association for their Study of People
in their Physical Surroundings (1984-1988).
Past Member, Organizing Committee, International Society of Facilities
Executives, (1990-1993).

## CURRENT EDITORIAL ACTIVITIES

Consulting Editor, Ergonomics
Editorial Board, WORK: A Journal of Prevention, Assessment &
Rehabilitation
Editorial Board, Theoretical Issues in Ergonomics
Editorial Board, International Journal of Human Factors and Ergonomics

Editorial Board of the Journal of Environmental Psychology
Editorial Board of the Journal of Architectural and Planning Research.
Editorial Board of the Journal of Human Environment Systems
Editorial Board of Occupational Safety and Health: Workplace Ergonomics
Editorial Board of SpineUniverse.com (http://www.spineuniverse.com)
Editorial Board of HealthyComputing.com (http://www.healthycomputing.com)
Editorial Board of the Open Ergonomics Journal (http://www.bentham.org/open/toergj/)

**CONSULTING REVIEWER**

Behavior and Information Technology
International Journal of Industrial Ergonomics
Applied Ergonomics
Psychological Bulletin
Psychological Reviews
Current Psychological Research
Perceptual and Motor Skills
Human Factors
Indoor Air
Environment International
Journal of Work and Stress
Journal of Aerosol Science

**AWARDS REVIEWER**

Workers Compensation Board, B.C., Canada
NSERC, Canada
NZ Institute for Health
US Environmental Protection Agency
Center for Indoor Air Research
Royal Institute of British Architects Research Awards
College of Human Ecology

**ADVISORY BOARDS**

Ergoweb Media Advisory Board (www.ergoweb.com)
Co-leader, Human Health and Performance Theme, STAR Centre for Environmental Quality Systems, Syracuse University (http://eqs.syr.edu/organization.asp)
Technical Review Board, InformeDesign, Clearinghouse for design and behavior research (Univ. Minnesota/ASID, 2001-2005. http://www.informedesign.com/) (2002-)
NASA Science and Technology Working Group (Human Factors)  (2001)
National Ergonomics Conference and Exposition (1999-)
NY Indoor Environmental Quality Center, Syracuse University (2001-)
Carpet and Rug Institute Technical Advisory Board (1993-1998)

**PROFESSIONAL EXPERIENCE**

SOUTH YORKSHIRE METROPOLITAN COUNTY COUNCIL
Research and Intelligence Unit (1974-1975)
Research Assistant (Grade AP5)
Work included extensive analysis of data from a large Public Attitude
Survey, various public participation exercises (e.g. structure plan kits,
County Headquarters Survey, Environmental Attitudes Survey, monitoring
of social indicators). Analysis of public policy options.
WEST MIDLANDS METROPOLITAN COUNTY COUNCIL
Statistical and Information Unit (1975-1976)
Principal Officer (Grade PO1B)
Work included management of research team and design of research
projects, including public attitude survey, housing survey, community
identification for emergency planning, county management information
system. Involvement in policy committee work. Management of research
team and budget.
APPLIED PSYCHOLOGY DEPARTMENT
UNIVERSITY OF ASTON (1976-1987)
Lecturer (tenured)
Course Tutor for the MSc Course in Applied Psychology
(1977-1981, 1983-1984).
OPEN UNIVERSITY TUTOR, Part-time.
Introductory Psychology Course (DS261/DS262) 1976-1983.
Cognitive Psychology Course (D303) 1983-1985.
Cognitive Psychology Course (D309) 1985-1986.
SABBATICAL LEAVE (April-July 1982)
Institute of Personality Assessment and Research,
University of California, Berkeley, USA.
ASSOCIATE PROFESSOR (Human Factors)
Aug. 1, 1987-1994, (tenure awarded, 1991). Dept. DEA, NYS College of
Human Ecology, Cornell University, Ithaca, NY 14853-4401
SABBATICAL LEAVE (August 1992 - July 1993)
Institute of Occupational Health, Birmingham Medical School,
University of Birmingham, Birmingham, UK. Invited to teach
Environmental ergonomics course (16 hours) University of Nottingham,
Department of Manufacturing Engineering and Operations Management,
Graduate Program in Ergonomics. (January - March, 1993). Invited to
teach Human-Computer Interaction (6 hours) University of Nottingham,
Department of Manufacturing Engineering and Operations Management,
Graduate and Undergraduate Programs in Ergonomics and in Computer
Science. (March, 1993).
Director, Human Factors and Ergonomics Laboratory, Jan. 1 1994 –
DEA, NYS College of Human Ecology, Cornell University,
Ithaca, NY 14853-4401
PROFESSOR (Human Factors) Jan. 1, 1995
DEA, NYS College of Human Ecology, Cornell University,
Ithaca, NY 14853-4401
Co-Director, Design Concepts Laboratory, Jan. 1 2005 –
DEA, NYS College of Human Ecology, Cornell University,

Ithaca, NY 14853-4401


## AWARDS AND SELECTED ACTIVITIES

| | |
|---|---|
| O. Keith Hansen Outreach Award, Human Factors and Ergonomics Society | 2009 |
| Alexander J. Williams Jr. Design Award for "outstanding human factors contributions to the design of a major operational system", Human Factors and Ergonomics Society. | 2003 |
| Program leader "Environmental Effects on Health and Human Performance", Environmental Quality Systems Center, Syracuse University EQS Consortium | 2003- |
| International Who's Who of Professionals: the Ultimate Directory | 2000 |
| Institute of Business Designers (IBD)/Contract Magazine Bronze Award, for ergonomic design work on the PROTEX Work Envelope System. | 1992 |
| Industrial Design Excellence Awards (Business Week) Gold Award - Furniture category, for ergonomic design work on the PROTEX Work Envelope System. | 1992 |
| Honorary Research Fellow, Institute of Occupational Health, Birmingham Medical School, University of Birmingham, Birmingham, U.K. | 1990-1993 |
| Elected to Membership of the Graduate Field in Design & Environmental Analysis Cornell University | 1987 |
| British Council Travel Grant to Canada | 1984 |
| British Council Travel Grant to Italy | 1983 |
| Royal Society Travel Grant (UK) to U.S.A | 1983 |
| NATO Travel Scholarship (Human Factors) to U.S.A. | 1982 |
| Scientific Program Organizer - Environmental Psychology 20th Congress of the International Association of Applied Psychology | 1982 |

## COMPETITIVE STUDENTSHIPS

| | |
|---|---|
| Science Research Council Research Studentship | 1972-1974 |
| Aston University Studentship | 1971-1972 |
| Science Research Council Research Studentship | 1970-1971 |

## MILITARY/SECURITY EXPERIENCE

| | |
|---|---|
| Scientific Advisor (C,B & N weapons), U.K. Home Office | 1976-1986 |
| British Territorial Army Royal Officers Training Corp' | 1967-1970 |

## OTHER ACTIVITIES

Member, Textiles Graduate Field

|  |  |
|---|---|
| Cornell University | 2006 |
| Member, Information Science Graduate Field, | |
| Cornell University | 2003 - |
| Member, Cognitive Psychology Graduate Field, | |
| Cornell University | 1997 – |
| Member, Institute for Comparative Environmental | 1995 - |
| Toxicology, NYS College of Agriculture and Life Science, | |
| and Environmental Toxicology Graduate Field, | |
| Cornell University | |
| Member, Biology & Society Undergraduate field, | 1995 - |
| Cornell University | |
| Stephen H. Weiss Presidential Fellowship Nominee | |
| for excellence in teaching. | 1998 |
| Scientific Advisory Board Member | |
| The Carpet and Rug Institute | 1993 - |
| Professional Media training (Washington, DC; Atlanta) | 1993 |
| Nominee for SUNY Chancellor's award for | |
| Excellence in Teaching. | 1992 |
| Annual State legislative functions | 1991, '92, '94 |

## EXTERNAL ASSESSOR

|  |  |
|---|---|
| Faculty promotions examiner- typically 2 per year | 2000 - |
| PhD Examiner (external) – typically 2 per year | 1987 – |

## ACADEMIC ACHIEVEMENTS AND RESPONSIBILITIES AT CORNELL

| | |
|---|---|
| Current Position | • Professor and Director of the Human Factors and ergonomics Laboratory |
| Teaching: | • Human Factors: Applied Ergonomic Methods (DEA4700, DEA6700) |
| | • Human Factors: Ambient Environmental Conditions (DEA3500, DEA6520) |
| | • Human Factors: Ergonomics, Anthropometrics and Biomechanics (DEA3250, DEA6510) |
| | (DEA 6000 level graduate study) |
| | • Frequent invited presentations to M&AE 2250, PAM 3200, Arch 3620, H ADM 4550. |
| Undergraduate theses: | • 8 (Honor's theses graduated) |
| Graduate theses: | • 37 (Master's graduated), 4 PhD committee member (3 graduated) |
| Internet: | • CUErgo web site (http://ergo.human.cornell.edu) (1993 to present) |
| | • Department web master (1997-2001) |
| Current Committees: | • College Grants Committee |
| | • Cornell Center for a Sustainable Future (CCSF) Educational Sub-committee |
| Past Committees: | • College Academic Integrity Committee |
| | • Committee on Academic Status |
| | • College Grants Committee. |
| | • College Honors Committee. |
| | • Cornell Abroad Committee. |
| | • Statewide Workforce Task Force Committee, Cooperative Extension. |

|  | • College Extension Construction/Budget Group |
|--|--|
|  | • College Steering/Budget Committee: the "Cornell Life Course Institute". |
|  | • Committees on the Cornell Center for Environment. |
|  | • SUNY Chancellor's Award Selection Committee |
|  | • Mann Library committee |
| Finance: | • Experience of tactical financial planning in local government and academic settings |
|  | • Experience of strategic planning activities in local government and academic settings |
|  | • Senior managerial training and experience (Aston University) |
|  | • Responsibility for research budgets, laboratory construction budget, laboratory equipment and operations budget, media budget, teaching and support budget (Cornell University). |

Previous Position

| Teaching: Cornell | • Introduction to Human-Environment Relations: Introduction to Human Factors (DEA1500, co-taught with 3 colleagues, 1987-1991) |
|--|--|
|  | • Department, Director of Graduate Studies (1994) |
|  | • Environmental Ergonomics - Workplace design, Thermal comfort |
|  | • Human Factors in IT - Office Automation; societal impact |
|  | • Cognitive Psychology - Thinking; knowledge representation |
|  | • Perspectives on Psychology |
|  | • Advanced Research Methods - Factor Analysis; Repertory Grid; Facet analysis |
|  | • Current Developments in Psychology |
|  | • Systems and Theories in Psychology |
|  | • History of Psychology |
|  | • Survey Methods - Questionnaire Design |
|  | • Introduction to Psychology |
| Graduate theses: | • 20 (Master's graduated, UK), 3 (PhD's, UK). |
| Past Responsibilities | • Director of Graduate Studies, DEA Field, Cornell University, (1996/97) |
|  | • Chairman, Academic (Faculty) Assembly, Aston University, Birmingham, U.K. 1985-1987 |
|  | • Course Tutor for the MSc Course in Applied Psychology (1977-1981, 1983-1984) |
| Management training | • Senior Academic Management Training Program conducted by Stanford Business School at Aston University, Birmingham, U.K. 1986 |

## ACADEMIC RESEARCH: FUNDED PROJECTS SINCE 1987

Research interests in scientific visualization research; new multimedia technologies; human factors approaches to work environment design; workplace automation and intelligent buildings; sick building syndrome
Funded projects:

- Principal Investigator
  Personal Control Effects on Indoor Air Quality
  and User Comfort, Health And Performance
  DoE ($89,998)                                                               2010-
  Educational Computing Award

Intel ($37,000)                                                                          2006
- Principal Investigator
  Educational Computing Award
  Intel ($37,000)                                                                        2006
  Co- Principal Investigator
  Passive textile systems for indoor air quality improvement
  NYS College of Human Ecology ($50,000)                                                 2006
- Principal Investigator
  "Indoor Environmental Quality and Productivity". US EPA ($190,000)   2005-2007
- Principal Investigator
  "Indoor Environmental Quality and Productivity". US EPA ($200,000)   2004-2006
- Principal Investigator
  "New Ways Of Working: Experimental Evaluation of Electronic
  Height Adjustable Work Surfaces, Keyboard Trays
  and Alternative Input Device Designs.". Humanscale ($18,737)          2004-2005
- Cornell Laboratory for Human Factors and Ergonomics,                 2003-2004
  NY State.  ($200,000)
- Principal Investigator
  "Thermal Comfort and Ergonomic Chairs". Cornell Univ. ($3,500)          2003
- Principal Investigator, "Hotel Ergonomics". NIOSH ($2,275)              2002
- Principal Investigator
  "Pesticide concentrations in house dust in residences in central New
  York State". The Carpet and Rug Institute. ($257,000)                 2000-2001
- Principal Investigator
  "Ergonomic evaluation of the effects of anti-glare computer filters".
  3M. ($37,337)                                                            2002
- Principal Investigator
  "Pesticide concentrations in carpet floor coverings in rural homes in
  central New York State." USDA Hatch. ($40,000)                        1999-2003
- Principal Investigator
  NYS College of Human Ecology, "Development and
  evaluation of a web-based ergonomics course" ($5,500)                    1998
- Principal Investigator
  "Sick building syndrome and office
  ergonomics - a targeted work environment analysis?"
  Center for Indoor Air Research. ($111,758)                               1997
- Principal Investigator.
  "The effects of two different task lighting systems on employee comfort
  and health in a windowless office",
  Peerless Corp., Berkeley, CA, ($49,440)                                  1995
- Principal Investigator:
  "Scientific Visualization Research"
  National Science Foundation. Supercomputing award (50 units)          1995-1996
- Principal Investigator
  "The effects of smoking room design on indoor air quality and
  employee comfort and health in offices."
  Center for Indoor Air Research. ($107,371)                               1995
- Principal Investigator with Dr. Rod Dietert, Institute for

Comparative Environmental Toxicology,
  "The Effects Of Carpet Emissions On Indoor Air Quality And Health:
A Critical Review."  The Carpet and Rug Institute.  ($49,613)            1994
- Principal Investigator:
"Development of Computerized Database of Advising
Materials and a Directory of International Education
Opportunities in Human Factors and Ergonomics".
Cornell President's fund. ($1,950)                                       1994
- Cornell Laboratory for Human Factors                                  1994
and Ergonomics, NY State. ($70,000)
- Principal Investigator (continuation)
  "The effects of restrictive smoking policies on employee comfort
and health in offices."
Center for Indoor Air Research. ($110,029)                              1994
- Principal Investigator (continuation)
"The effects of steam humidification on indoor air quality and
psychosocial variables on employee comfort and health in offices."
Center for Indoor Air Research. ($78,052)                               1993
- Principal Investigator
"The effects of changing smoking policies on indoor air quality
and employee comfort and health in offices."
Center for Indoor Air Research. ($168,118)                              1992
- Principal Investigator
"The effects of synthetic mineral fibers in office
dust on the sick building syndrome in offices."
Center for Indoor Air Research. Supplemental grant ($6,100)             1991
- Principal Investigator (continuation)
"The effects of smoking regulation and building ventilation on
 indoor air quality and employee comfort and health in offices."
Center for Indoor Air Research. ($162,018)                              1991
- Principal Investigator
  "The effects of smoking regulation and building ventilation on
indoor air quality and employee comfort and health in offices."
Center for Indoor Air Research. ($249,869)                              1989-1990
- Principal Investigator
  "The long-term effects of direct versus indirect lighting
on office workers."
Peerless Lighting Corp. ($16,992)                                       1990-1991
- Principal Investigator
  "The effects of direct versus indirect lighting on office workers
in enclosed and open-plan offices."
Peerless Lighting Corp. ($74,338)                                       1987-1989
-  "Instrumentation for a Human Factors/
Ergonomics Teaching Laboratory."
National Science Foundation. ($37,815 plus $37,815 matching funds)      1987-1989
- Principal Investigator
Research on the 'Sick Building' Syndrome
N.Y.S. College Research Grant. ($4,950)                                 1987

**Corporate Gifts for the Cornell Human Factors and Ergonomics Laboratory:**
- Barnes & Noble ($1,500)                                                    2010
- Humanscale ($15,000)                                                       2010
- Humanscale ($15,000)                                                       2009
- Humanscale ($12,000)                                                       2006
- Linak ($4,000)                                                             2004
- Humanscale ($10,000)                                                       2004
- Linak ($15,000)                                                            2002
- Stokke ($10,000)                                                           2002
- Stokke ($5,000)                                                            2001
- Magnitude Information Systems ($8,000)                                      1999
- Humanscale ($2,000)                                                        1999
- Steelcase ($20,000)                                                        1999
- Ergonomic-Interface Keyboard Systems ($15,000)                             1998
- Softview ($12,000)                                                         1995
- Workplace Designs ($12,000)                                                1995
- Ergonomixx: ($10,500)                                                      1994
- Proformix:($11,000)                                                        1994
- Proformix:($5,000)                                                         1991
- Tate Access Floors ($3,000)                                               1987-1989


**Corporate Equipment Donations**
- Educational Program PCs (Intel)                                            2007
- Lapdawg                                                                    2007
- Logitech                                                                   2006
- Hoverstop                                                                  2006
- Typematrix                                                                 2006
- WOW Technologies                                                           2006
- Perific                                                                    2005
- Humanscale                                                                 2005
- Kensington                                                                 2004
- Humanscale                                                                 2004
- Aeron chair (Herman Miller)                                                2003
- Electronic sit-stand workstations (WorkRite)                               2003
- Fingerworks                                                                2003
- Stokke                                                                     2003
- Educational Program Software (Microsoft)                                   2001
- Educational Program PCs (Intel)                                            2001
- Ergonomic Freedom chairs (Humanscale)                                      1998
- Ergomax 200 chair (American Ergonomics)                                    1998
- Criterion and Leap chairs (Steelcase)                                      1998
- Exos Gripmaster system + IBM laptop computer (Proformix)                   1994

**PUBLICATIONS:**

**Books**

4.   Hedge, A. (2012) Human Factors and Ergonomics for Designers. Wiley (in preparation)

3.   Khalid, H., Hedge, A. and Ahram, T.Z. (2010) Advances in Ergonomics Modeling and Usability Evaluation, Boca Raton, CRC Press.

2.   Stanton, N., Hedge, A., Brookhuis, K, Salas, E. and Hendrick, H. (2004) Handbook of Human Factors and Ergonomics Methods, Boca Raton, CRC Press.

1.   O'Reilly, J.T., Hagan, P., Gots, R. and Hedge, A. (1998) Keeping buildings healthy: How to monitor and prevent indoor environmental problems. New York: J. Wiley & Sons.

**Book Chapters**

35.   Hedge, A. (2011) Alternative Workstations May Be New But Are They Better? In M. M. Robertson (ed.) Ergonomics and Health Aspects of Work with Computers, Springer, Heidelberg, 190-198.

34.   Hedge, A., Feathers, D.J. and Rollings, K.A. (2010) Ergonomic comparison of five mouse designs: Performance and posture differences. In Khalid, H., Hedge, A. and Ahram, T.Z. (Eds.) Advances in Ergonomics Modeling and Usability Evaluation, Chap. 47, 436-445, Boca Raton, CRC Press.

33   Feathers, D.J., Hedge, A. and Rollings, K.A. (2010) Ergonomic assessment of pronating-reducting mouse designs: Anatomical compliance in three-dimensional space. In Khalid, H., Hedge, A. and Ahram, T.Z. (Eds.) Advances in Ergonomics Modeling and Usability Evaluation, Chap. 46, 426-435, Boca Raton, CRC Press.

32.   Pavlovic-Veselinovic, S., Hedge, A., and Grozdanovic, M. (2010) An expert system for risk assessment of work-related musculo-skeletal disorders In Khalid, H., Hedge, A. and Ahram, T.Z. (Eds.) Advances in Ergonomics Modeling and Usability Evaluation, Chap. 43, 403-411, Boca Raton, CRC Press.

31.   Hedge, A. (2010) Interior Design: Satan or Savior? In Martin C. & Guerin, D. (Eds.) The State of the Interior Design Profession, Fairchild Books, 181-186.

30.   Hedge, A. (2009) Indoor Environmental Quality, Health and Productivity, R.G. Harris and D.P. Moore, (eds.), Indoor Work and Living Environments, Chap. 6, Nova Science Publishers, 247-262.

29.   Hedge, A. (2009) The Role of Carpet in Sustainable Design, R.G. Harris and D.P. Moore, (eds.), Indoor Work and Living Environments, Chap. 5, Nova Science Publishers, 223-245.

28.   Hedge, A. and Lueder, R. (2008) Classroom furniture, In Lueder, R. & Rice, V. (eds). Ergonomics for Children: Designing products and places for toddlers and teens, Chap. 21, pp. 721-751. CRC Press. Boca Raton, FL.

27.   Hedge, A. (2005) Kids and computers, In Anshel, J. (ed.) Visual Ergonomics Handbook, Chapter 12, CRC Press, 137-157.

26.   Hedge, A. (2004) Pen and Stylus Input, In Bainbridge, W.S. ed. (2004) Berkshire Encyclopedia of Human Computer Interaction, Berkshire Publishing Group, Vol. 2, 543-546.

25.   Hedge, A. (2004) Keyboards, In Bainbridge, W.S. ed. (2004) Berkshire Encyclopedia of Human Computer Interaction, Berkshire Publishing Group, Vol.1, 401-405.

24.   Hedge, A. (2004) Environmental conditions, In Stanton, N., Hedge, A., Brookhuis, K, Salas, E. and Hendrick, H. (2004) Handbook of Human Factors and Ergonomics Methods, pp. 59-1 – 59-4, CRC Press. Boca Raton, FL.

23.   Hedge, A. (2004) Physical methods, In Stanton, N., Hedge, A., Brookhuis, K, Salas, E. and Hendrick, H. (2004) Handbook of Human Factors and Ergonomics Methods, pp. 2-1 - 2-4, CRC Press.

22.   Hedge, A. (2004) Heat stress indices, In Stanton, N., Hedge, A., Brookhuis, K, Salas, E. and Hendrick, H. (2004) Handbook of Human Factors and Ergonomics Methods, pp. 62-1 – 62-8, CRC Press.

21.   Hedge, A. (2004) Indoor air quality – chemical exposures, In Stanton, N., Hedge, A., Brookhuis, K, Salas, E. and Hendrick, H. (2004) Handbook of Human Factors and Ergonomics Methods, pp. 64-1 – 64-11, CRC Press.

20.   Hedge, A. (1999) Consumer Product Design, In Karwowski, W. (ed.) Encyclopedia of Ergonomics, Philadelphia, Taylor & Francis : 888-891.

19.   Hedge, A. (1999) Environmental Ergonomics, In Karwowski, W. (ed.) Encyclopedia of Ergonomics, Philadelphia, Taylor & Francis :959-999.

18.   Hedge, A. (1999) Ergonomics, Encarta 2000, Microsoft.

17.   Hedge, A. (1998) Introduction to Ergonomics, Chap. 1, In D. Murphy (ed.) Ergonomics and the Health Professional, New York: American Public Health Association, pp. 1-23.

16.   Hedge, A. (1998) Case Study: Anchorage, Alaska, Chap. 16, In O'Reilly, J.T., Hagan, P., Gots, R. and Hedge, A. (Eds.) Keeping buildings healthy: How to monitor and prevent indoor environmental problems. New York: J. Wiley & Sons, pp. 257-260.

15.   Hedge, A. (1998) Communicating results of the investigation, Chap. 7, In O'Reilly, J.T., Hagan, P., Gots, R. And Hedge, A. (Eds.) Keeping buildings healthy: How to monitor and prevent indoor environmental problems J. Wiley & Sons, pp. 163-176.

14.   Hedge, A. (1998) Investigating health complaints: behavioral aspects, Chap. 6, In O'Reilly,J.T., Hagan, P., Gots, R. and Hedge, A. (Eds.) Keeping buildings healthy: How to monitor and prevent indoor environmental problems New York: J. Wiley & Sons, pp.137-162.

13.   Hedge, A. (1998) What can we learn about indoor environmental quality concerns from studies, Chap. 5, In O'Reilly,J.T., Hagan, P., Gots, R. and Hedge, A. (Eds.) Keeping buildings healthy: How to monitor and prevent indoor environmental problems New York: J. Wiley & Sons, pp.119-136.

12.  Hedge, A. (1998) Ergonomic design of hand operated devices, Chap. 12, In Stanton, N. (Ed.) Human Factors in Consumer Products. Taylor & Francis, pp.203-222.

11.  Hedge, A. (1996) A guide to evaluating indoor air quality, In Baird, G., Gray, J., Isaacs, N., Kernohan, D. And McIndoe, G. (Eds) Building Evaluation Techniques, Chap. 6.2, New York: McGraw-Hill, pp.115-118.

10.  Hedge, A. (1995) Human factors considerations in the design of museums to optimize their impact on learning, In Falk, J. & Dierling, L. (Eds) Public Institutions for Personal Learning: Establishing a Research Agenda, American Association of Museums, Washington DC, 105-118.

9.  Hedge, A. (1994) Environmental psychology. In: P. Spurgeon, D. R. Davies and A.J. Chapman (Eds.), Elements of Applied Psychology. Harwood Academic Publishers, Chap. 15, 297-319.

8.  Hedge, A., Erickson, W.A., and Rubin, G. (1992) Effects of personal and occupational factors on sick building syndrome reports in air conditioned offices. In: J.C. Quick, L.R. Murphy, and J.J. Hurrell, Jr. (eds.) Work and Well-Being: Assessments and Interventions for Occupational Mental Health, Chap. 19, Washington, D.C. American Psychological Association, pp. 286-298.

7.  Hedge, A. (1991) Design innovations in office environments. In: W.F.E. Preiser, J. C.Vischer, and E.T. White (Eds.), Design Intervention: Toward a More Humane Architecture. Van Nostrand Reinhold, New York. pp. 301-322.

6.  Hedge, A. (1989) Design for Health. Business Strategy International, Cornhill Publications. Cambridge. U.K. pp. 61-66.

5.  Hedge, A. (1989) Major hazards and behaviour. In: W. T. Singleton and J. Hovden (Eds.), Risks: Concepts, Decisions and Behaviour. London: Wiley, Chapter 9, pp 139-153.

4.  Hedge, A. (1986) Open vs. Enclosed Workspaces. In: J. Wineman (Ed.), Behavioral Issues in Office Design. Van Nostrand Reinhold, pp. 139-176.

3.  Debney, L. M. and A. Hedge. (1986) Physical trigger factors in migraine - with special reference to weather. In: W. K. Amery and A. Wanquier (Eds.), The Prelude Migraine Attack. Bailliere Tindall, pp. 8-24.

2.  Hedge, A. and N. Pendleton. (1981) The Town Planner. In: W. T. Singleton (Ed.), The Study of Real Skills, Vol. 3, Chapter 7, pp. 116-135.

1.  Hedge, A. and B. R. Lawson. (1979) Creative Thinking. In: W. T. Singleton (Ed.), The Study of Real Skills, Vol. 2, Chapter 15, pp. 280-305. Lancaster: MTP Press.

## Journal Articles (refereed)

55.  Feathers. D.J., Pavlovic, S. and A. Hedge (2011) Measures of Fit and Discomfort for School Children in Serbia, Work (in press)

54.  Feathers. D.J., Rollings, K. and A. Hedge (2011) Computer Mouse Issues for College Students Aged 18-25, Work (in press)

53.  Hugine, A., Guerlain, S. and Hedge, A. (2011) User Evaluation of an innovative digital reading room, Journal of Digital Imaging (DOI: 10.1007/s10278-011-9432-8)

52.  Izawa, M.R., French, M.D. & Hedge, A. (2011) Shining New Light on the Hawthorne Illumination Experiments, Human Factors, 53 (5), 528-547.

51.  Hedge, A. James, T. and Pavlovic, S. (2011) Ergonomics Concerns and the Impact of Healthcare IT, International Journal of Industrial Ergonomics, 41 (4), 345-351.

50.  Lawler, E.K., Hedge, A. and Pavlovic, S. (2011) Cognitive Ergonomics, Socio-Technical Systems, and the Impact of Healthcare IT, International Journal of Industrial Ergonomics 41 (4), 336-344.

49.  Hedge, A. & Gaygen, D.E. (2010) Indoor Environment Conditions and Computer Work in an Office, HVAC&R Research Journal, 16 (2), 123-138.

48.  Hedge, A. (2009) Indoor Environmental Quality, Health and Productivity. Environmental Research Journal, 4 (1/2).

47.  Vredenburgh, A.G., Hedge, A., Zackowitz, I.B. and Welner, J. (2009) Evaluation of Wheelchair Users' Perceived Sidewalk and Ramp Slope: Effort and Accessibility, Journal of Architecture and Planning Research, 26 (2), 145-158.

46.  Gaygen, D.E. & Hedge, A. (2009) Effects of acute exposure to a complex fragrance on lexical access, Chemical Senses, 34, 85-91.

45.  Obendorf, S. K., Lemley, A.T., Hedge, A., Kline, A.A., Tan, K., and T. Dokuchayeva (2006) Distribution of Pesticide Residues within Homes in Central New York State, Archives of Environmental Contamination and Toxicology, 50 (1), 31-44.

44.  Hedge, A. (2004) Ergonomic design issues and carpet: a review. International E-Journal of Flooring Sciences, (http://www.flooringsciences.org/e-journal/0407/index.cfm)

43.  Hedge, A. (2003) 10 principles to avoid XP-asperation, Ergonomics in Design, 11 (3), 4-9.

42.  Ruess, L., O'Connor, S.C., Cho, K.H., Slaughter, R., Husain, F.H. and Hedge, A. (2003) Carpal Tunnel Syndrome and Cubital Tunnel Syndrome: Musculoskeletal Disorders in Four Symptomatic Radiologist, American Journal of Roentgenology, 181, 37-42.

41.  Kline, A.A., Landers, A.J., Hedge, A., Lemley, A.T., Obendorf, S.K. and Dokuchayeva, T. (2003) Surface chemical exposure levels within enclosed sprayer cabs using carbon bed air filtration systems, American Society of Agricultural Engineering Journal, 19 (4), 397-403.

40.  Barrero, M. and Hedge, A. (2002) Computer environments for children: a review of design issues, Work, 18, 227-237.

39.  Lemley, A., Hedge, A., Obendorf, S.K, Hong, S., Kim, J., Muss, T.M. And C. Varner (2002) Selected pesticide residues in house dust in Farmer's homes in central New York state, USA., Bull. Environ. Contam. Toxicol., 69, 155-163.

38.  Hong, S., Kim, J., Lemley, A.T., Obendorf, S.K. and A. Hedge (2000) Analytical method development for 18 pesticides in house dust and settled Residues using SEC, SPE, TMS Methylation, and GC-MS, Journal of Chromatographic Science, 39 (3), 101-112.

37.    Hedge, A. (2000) Where are we in understanding where we are? Ergonomics 43(7), 1019-1029.

36.    Hedge, A., Morimoto, S. And McCrobie, D. (1999) Effects of keyboard tray geometry on upper body posture and comfort, Ergonomics, 42 (10), 1333-1349.

35.    Laeser, K.L., Maxwell, L.E. and Hedge, A. (1998) The effects of computer workstation design on student posture, Journal of Research on Computing in Education, 31(2), 173-188.

34.    Oates, S., Evans, G. and Hedge, A. (1998) A preliminary ergonomic and postural assessment of computer work settings in American elementary schools, Computers in the Schools, 14, 3/4, 55-63.

33.    Hedge, A. and Erickson, W.A. (1998) Indoor environment and sick building syndrome complaints in air-conditioned offices: benchmarks for facility performance? International Journal of Facilities Management, 1 (4), 1-8.

32.    Dietert, R.R. and Hedge, A. (1998) Chemical sensitivity and the immune system: a paradigm to approach potential immune involvement, NeuroToxicology, 19(2), 253-258.

31.    Dietert, R.R. and Hedge, A. (1996) Toxicological considerations in evaluating indoor air quality and human health: impact of new carpet emissions, Critical Reviews in Toxicology 26 (6), 633-707.

30.    Hedge, A. (1996) In defence of the sick building syndrome, Indoor Environment, 217, 1-5.

29.    Dietert, R., Hedge, A., Luster, M.I., Qureshi, M.A. and Selgrade, M. (eds.)(1996) Factors influencing indoor air quality, immunity and health, Inhalation Toxicology, 7, 299-321.

28.    Dietert, R. and Hedge, A.(1996) Indoor air quality and human health: a multidisciplinary challenge, Inhalation Toxicology, 7, 304-305.

27.    Hedge, A., McCrobie, D., Morimoto, S., Rodriguez, S. and Land, B. (1996) Painfree computing: use of a preset tiltdown keyboard system and new tools for visualizing wrist postures lead the fight against carpal tunnel syndrome. Ergonomics in Design, 4 (1), 4-10.

26.    Hedge, A., Erickson, W.A. and Rubin, G. (1996) Predicting sick building syndrome at the individual and aggregate levels, Environment International, 22 (1), 3-19.

25.    Hedge, A., Erickson, W.A. and Rubin, G. (1995) Psychosocial correlates of sick building syndrome, Indoor Air, 5, 10-21.

24.    Hedge, A. and Powers, J.R. (1995) Wrist posture while keyboarding: effects of a negative slope keyboard support system and full motion forearm supports, Ergonomics, 38 , 508-517.

23.    Hedge, A., Sims, W.R. and Becker, F.D. (1995) The effects of lensed-indirect uplighting and parabolic downlighting on the satisfaction and visual health of office workers, Ergonomics, 38(2), 260-280.

22.    Hedge, A. Erickson, W.A. and Rubin, G. (1994) The effects of alternative smoking policies on indoor air quality in 27 office buildings, Annals of Occupational Hygiene 38 , 265-278.

21.    Hedge, A., Mitchell, G.E. and McCarthy, J. (1993) Effects of a furniture-integrated breathing-zone filtration system on indoor air quality, sick building syndrome, productivity, and absenteeism, Indoor Air, 3 (4), 328-336.

20.    Hedge, A., Michael, A.T., and Parmelee, S.L. (1993) Reactions of facilities managers and office workers to underfloor task air ventilation, Journal of Architectural and Planning Research, 10, 203-218.

19.    Burge, P.S., Robertson, A.S. and Hedge, A. (1992) Comparison of self-administered questionnaire with physician diagnosis of the sick building syndrome, Indoor air, 4, 422-427.

18.    Hedge, A. (1992) Ecological ergonomics: the study of human work environments, Impact of science on society , 165, 53-64.

17.    Hedge, A. and Yousif, Y.H. (1992) The effect of urban size, urgency, and cost variables on helpfulness: a cross-cultural comparison. Journal of Cross-Cultural Psychology, 23, (1), 107-115.

16.    Danko, S., Eshelman, P. and Hedge, A. (1991) A taxonomy of health, safety, and welfare implications of interior design decisions, Journal of Interior Design Education, 16 , 19-30.

15.    Hedge, A. (1990) Sick building syndrome correlates with complex array of factors, International Facilities Management Journal, January/February, 52-58.

14.    Hedge, A. (1989) Environmental conditions and health in offices, International Reviews of Ergonomics, 3, 87-110.

13.    Hedge, A., Burge, P.S., Wilson, A.S. and J. Harris-Bass (1989) Work-related illness in office workers: a proposed model of the sick building syndrome, Environment International, 15, 143-158.

12.    Hedge, A., Sterling, T.D., Sterling, E.M.,C.W. Collett, Sterling, D.A., and Nie, V. (1989) Indoor air quality and health in two office buildings with different ventilation systems, Environment International, 15, 115-128.

11.    Robertson, A.S., Burge, P.S., Hedge, A., Wilson, S. and J. Harris-Bass. (1988) Relation between passive cigarette smoke exposure and "building sickness". Thorax, 43, 263.

10.    Burge, P. S., Hedge, A., Wilson, S., Harris-Bass, J. and A. S. Robertson. (1987) Sick building syndrome: A study of 4373 office workers. Annals of Occupational Hygiene, 31 , 493-504.

9.    Hedge, A. and M. D. Collis. (1987) Do negative air ions affect human mood and performance? Annals of Occupational Hygiene, 31, 285-290.

8.    Hedge, A. (1987) Office Health Hazards: An annotated bibliography. Ergonomics 30, (5), 733-772.

7.    Robertson, A. S., Burge, P. S., Hedge, A., Sims, J., Gill, F. S., Finnegan, M., Pickering, C. A. C., and Dalton, G. . (1985) Comparison of health problems related to work and

environment measurements in two office buildings with different ventilation systems. British Medical Journal, 291, 373-376.

6.   Hedge, A. (1984) Suggestive evidence for a relationship between office design and self-reports of ill-health among office workers in the United Kingdom. Journal of Architectural and Planning Research, 1, (3), 163-174.

5.   Hedge, A. and Eleftherakis, E. (1982) Air Ionization: An evaluation of its physiological and psychological effects. Annals of Occupational Hygiene, 25, (4), 409-419.

4.   Hedge, A. (1982) The open-plan office: A systematic investigation of employee reactions to their work environment. Environment and Behavior, 14, (5), 519-542.

3.   Haws, A. P. and Hedge, A.. (1976) Some developments in the analysis of public attitude data. Bulletin in Applied Statistics, 3, (2).

2.   Hedge, A. and N. W. A. Marsh. (1975) The effect of irrelevant spatial correspondences on two-choice response-time. Acta Psychologica, 39, 427-439.

1.   Messenger, J. B., Wilson, A. P., and A. Hedge. (1973) Some evidence for colour blindness in Octopus, J. Exp. Biol., 59, 77-94.


## Journal Articles in Process

3.   Pavlovic-Veselinovic, S., Grozdanovic, M. and Hedge, A. (2011) An Ergonomic Expert System for Risk Assessment of Work-Related Musculo-Skeletal Disorders, TBA (under revision).

2.   Hedge, A., Kline A.A., Lemley, A.T. and S.K. Obendorf (2011) Pesticides in indoor dust in farmhouses, rural and urban homes, TBA (under revision).

1.   Homack, D.M.J. and Hedge, A. (2011) Occupational injuries to practicing Chiropractors in New York state, TBA, (under revision)


## Conference Proceedings (refereed papers)

140.   Bazeley, C., Vink, P. and Hedge, A. (2012) The Influence of Expectations and Pre-experiences on Comfort at Work, In Proc. 4th international Conference on Applied Human Factors & Ergonomics 2012, July 21-25, San Francisco, CA.(in press)

139.   Scolere, L., Reid, B., Pardo, C.A., Meron, G., Licero, J. and Hedge, A. (2012) Making Electronic Infographics Enjoyable: Design Guidelines based on Eye Tracking, In Proc. 4th international Conference on Applied Human Factors & Ergonomics 2012, July 21-25, San Francisco, CA.(in press)

138.   Agarwal, M.K, Hedge, A. and Ibrahim, S. (2012) "Will they buy my product - effect of UID & Brand", In Proc. 4th international Conference on Applied Human Factors & Ergonomics 2012, July 21-25, San Francisco, CA.(in press)

137.   Hedge, A. and James, T. (2012) Ergonomic issues of computer use in a major healthcare system, In Proc. 4th international Conference on Applied Human Factors & Ergonomics 2012, July 21-25, San Francisco, CA.(in press)

136.    Hedge, A., Puleio, J. and Wang, V. (2011) Evaluating the impact of an office ergonomics program. Proceedings of the Human Factors and Ergonomics Society 55th Annual Meeting, Las Vegas, NV, September 19-23, 594-598.

135.    Hedge, A. (2011) Alternative Workstations May Be New But Are They Better? Paper presented at Human Computer Interaction International 2011, Conference Proceedings, Orlando, FL, July 9-14.

134.    Wang, J., Burris, M., Hedge, A., Koszalka, T.A. and Zhang, J.S. (2011). A pilot study on the effects of ventilation rate on creativity performance. Paper presented at the 12th International Conference of Indoor Air 2011, June 5-10, Austin, TX.

133.    Hedge, A., Feathers, D.J. and Rollings, K.A. (2010)Ergonomic comparison of slanted and vertical computer mouse designs. Proceedings of the Human Factors and Ergonomics Society 54th Annual Meeting, San Francisco, CA, September 27- October 1, 561-565.

132.    Hedge, A., Rollings, K.A and Robinson, J. (2010) "Green" Ergonomics: Advocating for the Human Element in Buildings. Proceedings of the Human Factors and Ergonomics Society 54th Annual Meeting, San Francisco, CA, September 27- October 1, 693-697.

131.    Hedge, A., Feathers, D.J. and Rollings, K.A. (2010) Ergonomic comparison of five mouse designs: Performance and posture differences. In Proc. 3rd international Conference on Applied Human Factors & Ergonomics 2010, July 17-20, Miami, FL, USA, CD-ROM, 5pages.

130.    Feathers, D.J., Hedge, A. and Rollings, K.A. (2010) Ergonomic assessment of pronating-reducting mouse designs: Anatomical compliance in three-dimensional space. In Proc. 3rd international Conference on Applied Human Factors & Ergonomics 2010, July 17-20, Miami, FL, USA, CD-ROM, 5pages.

129.    Pavlovic-Veselinovic, S., Hedge, A., and Grozdanovic, M. (2010) An expert system for risk assessment of work-related musculo-skeletal disorders. Proc. 3rd international Conference on Applied Human Factors & Ergonomics 2010, July 17-20, Miami, FL, USA, CD-ROM, 5pages.

128.    Hedge, A. and Gaygen, D. (2009) Office Environmental Conditions and Computer Work Performance, Proceedings of the Human Factors and Ergonomics Society 53rd Annual Meeting, San Antonio, Oct. 19-23, 488-492.

127.    Hedge, A., Khalifa, H.E. and Zhang, J. (2009) On the Control of Environmental Conditions using Personal Ventilation Systems, Proceedings of the Human Factors and Ergonomics Society 53rd Annual Meeting, San Antonio, Oct. 19-23, 536-540.

126.    Hedge, A. and Gaygen, D. (2009) IAQ effects on office productivity, Proceedings of Healthy Buildings 2009, Syracuse, Sept. 13-19. 4 pages.

125.    Agarwal, A. and Hedge, A. (2008) The Impact of Web Page Usability Guideline Implementation on Aesthetics and Perceptions of the E-Retailer, Proceedings of the Human Factors and Ergonomics Society 52nd Annual Meeting New York, Sept.22-26: 528-532.

124.  Lawler, E. and Hedge, A. (2008) Task-Specific Speed Preferences When Sitting on a Rotary Dynamic Seat, <u>Proceedings of the Human Factors and Ergonomics Society 52nd Annual Meeting</u>, New York, Sept.22-26: 687-691.

123.  Wang, X. and Hedge, A. (2008) A Usability Evaluation of a Laser Projection Virtual Keyboard, <u>Proceedings of the Human Factors and Ergonomics Society 52nd Annual Meeting</u>, New York, Sept.22-26: 537-541.

122.  Boothroyd, K. and Hedge, A. (2007) Effects of an LCD arm on comfort, posture and preference in an Architectural practice, <u>Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting</u>, Baltimore, Oct.1-5:549-553.

121.  Moe, C.R. and Hedge, A. (2007) Effects of a Vibrating Mouse on Computer Users' Work Behaviors and Performance, <u>Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting</u>, Baltimore, Oct.1-5: 991-995.

120.  Lawler, E. and Hedge, A. (2007) Effects of a dynamic seat pan on torso movement, back comfort, and task performance, <u>Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting</u>, Baltimore, Oct.1-5: 544.548.

119.  Vredenburgh, A.G., Hedge, A., Zackowitz, I.B., & Welner, J.M. (2007). Using human factors engineering to evaluate existing walkway accessibility standards. In <u>Proceedings of the 59th Annual Meeting of the American Academy of Forensic Sciences</u>, Vol. 13, Colorado Springs, CO: American Academy of Forensic Sciences, 172-173.

118.  Levitt, M.K. and Hedge, A. (2006) Why does ergonomic furniture reduce but not eliminate musculoskeletal symptoms in offices?, <u>Proceedings of the Human Factors and Ergonomics Society 50th Annual Meeting</u>, San Francisco, Oct.16-20. 825-829.

117.  Agarwal, A. and Hedge, A. (2006) A 3D Body Scan Method to Investigate How Flexible Material Chair Backs Respond to the Seated Body, <u>Proceedings of the Human Factors and Ergonomics Society 50th Annual Meeting</u> San Francisco, Oct.16-20. 804-808.

116.  Levitt, M.K. and Hedge, A. (2006) Does an Office Ergonomic Intervention change Individual and Occupational Risk Factors for Work-related Musculoskeletal Disorders? <u>IEA2006: 16th World Congress on Ergonomics</u>, Maastricht, July.

115.  Hedge, A. (2006) Macroergonomics and the Obesity Epidemic, <u>Proc. IEA2006: 16th World Congress on Ergonomics (CD)</u>, Maastricht, July. 6 pages.

114.  Hedge, A., Sakr, W. and Argawal, A. (2005) Thermal effects on office productivity <u>Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting</u>, Orlando, Sept. 26-30, HFES, Santa Monica, 823-827.

113.  Hedge, A., Saito, M. and Jagdeo, J. (2005) Does chair design affect thermal comfort? <u>Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting</u>, Orlando, Sept. 26-30, HFES, Santa Monica, 793-797.

112.  Hedge, A., Jagdeo, J., Agarwal, A. and Rockey-Harris, K. (2005) Sitting or standing for computer work – does a negative-tilt keyboard tray make a difference? <u>Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting</u> Orlando, Sept. 26-30, HFES, Santa Monica, 808-812.

111.   Thom-Santelli, J. and Hedge, A. (2005) Effects of a multitouch keyboard on wrist posture, typing performance and comfort. Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting, Orlando, Sept. 26-30, HFES, Santa Monica, 646-650.

110.   MacKenzie, C.M. and Hedge, A. (2005) Is Peppermint an Ergogenic Aid to Athletic Performance? Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting, Orlando, Sept. 26-30, HFES, Santa Monica,1229-1233.

109.   Zackowitz, I.B., Vredenburgh, A.G. and Hedge, A. (2005) A critical analysis of the usability and design of aluminum wheelchair ramps. Proceedings of the Human Factors and Ergonomics Society 49th Annual Meeting, Orlando, Sept. 26-30, HFES, Santa Monica, 803-807.

108.   Hedge, A. and Sakr, W. (2005) Workplace effects on office productivity: A macroergonomic framework. Proceedings of ODAM 20th Annual Meeting, Maui, June 22-25: IEA Press, pp. 75-80.

107.   Hedge, A. and Chen, C.C. (2004) Evaluation of pen-shaped and conventional mouse designs, Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting, New Orleans, Sept. 20-24, HFES, Santa Monica, 818-822.

106.   Hedge, A. and Ray, E.J. (2004) Effects of an electronic height-adjustable worksurface on self-assessed musculoskeletal discomfort and productivity among computer workers, Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting,New Orleans, Sept. 20-24, HFES, Santa Monica, 1091-1095.

105.   Hedge, A. (2004) The Professor's Practical Survival Guide To Ergonomics, SCAR University 2004, Design Considerations for a Filmless Enterprise, # 412 , May 20-23, Vancouver BC, Canada. (4 pages)

104.   Hedge, A. and Ruder, M (2003) Dynamic sitting – how much do we move when working at a computer? Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting, Vol. 1,  Oct. 13-17, Denver, CO, 947-951.

103.   Hedge, A. and Bhambore, M (2003) Effect of providing foot support on lower leg temperature for sedentary workers. Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting, Oct. 13-17, Denver, CO, 937-941.

102.   Hedge, A., Jaitli, R., Jagdeo, J, Ruder, M and Akiago, M. (2003) Effects of chair design on toddler behavior. Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting, Oct. 13-17, Denver, CO, 932-936.

101.   Puleio, J. and Hedge, A. (2003) Effects of regulations on the choice of ergonomic methods: a comparative survey of California and New York Ergonomists. Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting Oct. 13-17, Denver, CO, 1216-1220.

100.   Shanis, J. and Hedge, A. (2003) Comparison of mouse, touchpad and multitouch input technologies. Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting, Oct. 13-17, Denver, CO, 746-750.

99.   Sherman, C. and Hedge, A. (2003) Test of a dynamic footrest on leg swelling in sedentary computer workers. Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting, Oct. 13-17, Denver, CO, 942-946.

98.    Hedge, A, Goldstein, M, Hettinger, L, Varner, C, Silva, D., Malafronte, J, and Goodyear, C. (2002) Longitudinal study of the effects of an adjustable ergonomic keyboard on upper body musculoskeletal symptoms. Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting, Sept. 30-Oct. 4, Baltimore, MD: 602-606.

97.    Hedge, A, (2002) Smart furniture - workstation technologies that promote health. Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting, Sept. 30-Oct. 4, Baltimore, MD: 870-874.

96.    Hedge, A, Rudakewych, M., and Valent-Weitz, L. (2002) Investigating total exposure to WMSD risks: the roles of occupational and non-occupational factors. Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting Sept. 30-Oct. 4, Baltimore, MD: 1325-1329.

95.    Hedge, A., Kline, A.A., Lemley, A.T., Obendorf, S.K., Dokuchayeva, T.  and V. Gaskins (2002) Contaminants in residential floor dust, Proc. Indoor Air 2002, Vol. 1, Monterey, CA, June 30-July 5, 998-1003.

94.    Rudakewych, M., Valent-Weitz, L. and A. Hedge (2001) Effects of an ergonomic intervention on musculoskeletal discomfort among office workers. Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting Vol. 1, 791-795.

93.    Lorusso, T., Hedge, A. and S. Middendorf (2001) Do anti-glare filters help computer users in offices?. Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting, Vol. 1, 786-790.

92.    Ting, A. and A. Hedge (2001) An ergonomic evaluation of a hybrid keyboard and game controller. Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting, Vol. 1, 677-681.

91.    Westerman, W., Elias J.G. and A. Hedge (2001) Multi-touch: a new tactile 2-d gesture interface for human-computer interaction Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting, Vol. 1, 632-636.

90.    Hedge, A. Barrero, M. and Maxwell, L. (2000) Ergonomics and classroom computer use. Proceedings of the International Ergonomics Association 2000 & Human Factors and Ergonomics Society 2000, San Diego, CA, July.

89.    Hedge, A. and Erickson, W.A. (2000) The Role of Ergonomic and Psychosocial Complaints Related to Poor Indoor Air Quality 2000 Indoor Air Quality Symposium-Current Practices Around the World, Orlando, Fl., May.

88.    Barrero, M. Hedge, A. and Muss, T. (1999) Effects of chair arm design on wrist posture. Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting, Vol. 1, pp. 584-588.

87.    Marut, M. and Hedge, A. (1999) Ergonomic survey of household tasks and products. Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting Vol. 1, pp. 506-510.

86.    Muss, T. and Hedge, A. (1999) Effects of a vertical-split keyboard on posture, comfort and performance. Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting, Vol. 1, pp. 496-500.

85.   Segal, M and Hedge, A. (1999) Space shuttle noise and active noise reduction effects on speech intelligibility. <u>Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting</u>, Vol. 1, pp. 41-45.

84.   Yoshizumi , K., Ishibashi, Y. , Kudo, T. , Hedge, A, Muramatsu, K., and Takatori, K. (1999) Application of passive sampling methodology to the characterization of indoor air quality, <u>Proceedings of Indoor Air '99</u>, Edinburgh, UK Vol. 2, 870-875.

83.   Hedge, A. and Reynolds, S. (1999) Application of computation fluid dynamics to analysis of indoor air quality in offices, <u>Proceedings of the Indoor Air '99</u>, Edinburgh, UK Vol. 4, 761-766.

82.   Hedge, A. and Erickson, W.A. (1999) Comparison of sick building syndrome cases and controls: results from a diary study, <u>Proceedings of Indoor Air '99</u>, Edinburgh, UK Vol. 1, 94-99.

81.   Hedge, A. and Erickson, W.A. (1999) Associations between sick building syndrome, indoor climate and office ergonomics, <u>Proceedings of Indoor Air '99</u>, Edinburgh, UK Vol. 1, 155-200.

80.   Hedge, A. (1998) Quantifying Office Productivity: an Ergonomic framework. <u>Proceedings of the Human Factors and Ergonomics Society 42nd Annual Meeting</u>, Vol. 2, pp. 974-978.

79.   Hedge, A. and Erickson, W.A. (1998) Office Environment Syndrome Study: Part 1. <u>Proceedings of the Human Factors and Ergonomics Society 42nd Annual Meeting</u>, Vol. 1, pp. 634-638.

78.   Hedge, A. and Erickson, W.A. (1998) Office Environment Syndrome Study: Part 2. <u>Proceedings of the Human Factors and Ergonomics Society 42nd Annual Meeting</u>, Vol. 1, pp. 639-643.

77.   Dietert, R.R. and Hedge, A. (1997) Chemical sensitivity and the immune system: a paradigm to approach potential immune involvement. <u>Neurotox. Proc.</u>

76.    Hedge, A. (1997) Ergonomic design considerations for modern lift trucks, <u>Proceedings of Promat'97</u>, Vol. 1, 271-275.

75.    Hedge, A. (1996) Sick and Healthy Buildings: A design database. NRC Colloquium on "Building Performance and Worker Productivity.

74.    Hedge, A. And Shaw, G. (1996) Effects of a chair-mounted split keyboard on performance, posture and comfort, <u>Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting</u>, Vol. 1, 624-628.

73.    Hedge, A., McCrobie, D., and Corbett, S. (1996) Effects of anti-glare filters on computer workers: results from an ergonomic field study. <u>Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting</u>, Vol. 1, 478-482.

72.    Hedge, A. McCrobie, D., Land, B., Morimoto, S. and Rodriguez, S. (1995) Healthy keyboarding: effects of wrist rests, keyboard trays and a preset tiltdown keyboard on wrist posture, seated posture, and musculoskeletal discomfort, <u>Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting</u>, Vol. 1, 630-634.

71.    Hedge, A. (1995) Future developments in Air conditioning and Lighting systems: Intelligent workspaces for intelligent workers", V International Seminar of Advanced Technology - Intelligent Offices and Buildings, July 17-18, Sau Paulo, Brazil.

70.    Hedge, A. and Erickson, W.A. (1995) Effects of a steam humidification system on indoor air quality, perceived climate conditions, and sick building syndrome in an office, IAQ'94, ASHRAE, 117-127.

69.    Hedge, A. Erickson, W.A. and Rubin, G. (1995) Effects of implementing a no-smoking policy on office air quality, perceived environmental conditions, and sick building syndrome. IAQ'94, ASHRAE, 107-115.

68.    Hedge, A. (1994) Sick building syndrome: is it an environmental or a psychosocial phenomenon? Healthy Indoor Air'94, La Riforma Medica, Supplemento 1, 109•N.2, 9-22.

67.    Hedge, A. (1994) The use of breathing zone filtration (BZF) to indoor air quality and office worker comfort and health. Healthy Indoor Air'94, La Riforma Medica, Supplemento 1, 109, N.2, 353-360.

66.    Hedge, A. and Erickson, W.A.(1994) How do changes in office smoking policy influence indoor air quality, perceived climate conditions, and sick building syndrome. Healthy Indoor Air'94, La Riforma Medica, Supplemento 1, 109•N.2, 237-246.

65.    Rudakewych, M., Valent, L. and Hedge, A. (1994) Field evaluation of a negative slope keyboard system designed to minimize postural risks to computer workers, Work With Display Units'94, Milan, Italy, October 2-5, C17-C19.

64.    Hedge, A. (1994) Reactions of computer users to three different lighting systems in windowed and windowless offices, Work With Display Units'94, Milan, Italy, October 2-5, B54-B56.

63.    Hedge, A. (1994) Human Factors aspects of museum design. Proceedings of Public Institutions for Personal Learning: The long-term impact of museums, Aug. 28-29, Annapolis, MD.

62.    Hedge, A. (1994) Effects of a negative slope keyboard system on musculoskeletal complaints among computer workers (abstract), International Ergonomics Conference '94, Vol. 4, 462, Aug. 15-19, Toronto, Canada.

61.    Hedge, A. (1994) When every place is a workplace: implications of ecological ergonomics for new working practices, International Ergonomics Conference '94 Vol. 5, 159-161, Aug. 15-19, Toronto, Canada.

60.    Hedge, A. (1994) Healthy environmental conditions for computer workers, International Ergonomics Conference '94, Vol. 5, 282-284, Aug. 15-19, Toronto, Canada.

59.    Hedge, A. (1993) Office ergonomics: Voodoo spells or sound science, Proceedings of the Human Factors and Ergonomics Society 37th Annual Meeting Vol. 1, Human Factors and Ergonomics Society, 474-476.

58.    Hedge, A., Mitchell, G.E., McCarthy, J., Ludwig, J. and Wilkes, A.(1993) Effects of a furniture-integrated breathing-zone filtration system upon indoor air quality and health, CLIMA 2000 London, England, Nov. 1-3, 72-73 (Abstract). Paper on conference CD-ROM

57.    Hedge, A. Erickson, W.A. and Rubin, G. (1993) Psychosocial correlates of sick building syndrome, Indoor Air'93: Health effects, Proceedings of the 6th International

Conference on Indoor Air Quality and Climate, vol. 1, Helsinki, Finland, July 4-8, 345-350.

56.    Hedge, A. Erickson, W.A. and Rubin, G. (1993) Effects of man-made mineral fibers in settled dust on sick building syndrome in air-conditioned offices, Indoor Air'93: Health effects, Proceedings of the 6th International Conference on Indoor Air Quality and Climate, vol. 1, Helsinki, Finland, July 4-8, 291-296.

55.    Hedge, A. Erickson, W.A. and Rubin, G. (1993) Effects of restrictive smoking policies on indoor air quality and sick building syndrome: a study of 27 air-conditioned offices, Indoor Air'93: Health effects, Proceedings of the 6th International Conference on Indoor Air Quality and Climate, vol. 1, Helsinki, Finland, July 4-8, 517-522.

54.    Hedge, A., Mitchell, G.E., McCarthy, J. and Ludwig, J. (1993) Effects of a furniture-integrated breathing-zone filtration system on indoor air quality, sick building syndrome, productivity, and absenteeism, Indoor Air'93: Ventilation, Proceedings of the 6th International Conference on Indoor Air Quality and Climate, vol. 5, Helsinki, Finland, July 4-8, 383-388.

53.    Burge, P.S., Robertson, A.S. and Hedge, A. (1993) Surveillance of office buildings using the workforce to measure the building symptom index (BSI), a measure of the sick building syndrome, Indoor Air'93: Health effects, Proceedings of the 6th International Conference on Indoor Air Quality and Climate, vol. 1, Helsinki, Finland, July 4-8, 731-736.

52.    Hedge, A. Erickson, W.A. and Rubin, G. (1993) Indoor air quality and sick building syndrome in 27 airconditioned offices: the effects of five smoking policies, In Sterling, E., Bieva, C. and Collett, C. (eds.) Building Design, Technology and Occupant Well-being in Temperate Climates, Proceedings of the International Conference ASHRAE, Brussels, Belgium, February 17-19, 280-287.

51.    Hedge, A. Mitchell, G.E. and McCarthy, J. (1993) The effects of Breathing-zone filtration on perceived indoor air quality and sick building syndrome, In Sterling, E., Bieva, C. and Collett, C. (eds.) Building Design, Technology and Occupant Well-being in Temperate Climates: Proceedings of the International Conference, ASHRAE, Brussels, Belgium, February 17-19, 145-150.

50.    Hedge, A., Erickson, W.A., and Rubin, G. (1993) Why do gender, job stress, job satisfaction, perceived indoor air quality, and VDT use influence reports of the sick building syndrome in offices? In H. Luczak, A.E. Çakir, and G. Çakir (eds.), Work With Display Units '92, Selected Proceedings of the 3rd International Conference WWDU'92, Berlin, 1-4 September, NY, North-Holland, 49-53.

49.    Hedge, A. (1992) Indoor air quality concerns in offices, Proceedings of IFMA '92: 13th Annual Conference and Exposition on Facilities Management, Oct. 4 - 7, New Orleans, LA.

48.    Hedge, A., Erickson, W.A., and Rubin, G. (1992) Occupational stress and the sick building syndrome: a survey of 4,479 office workers, Stress in the 90's: A Changing Workforce in a Changing Workplace, APA/NIOSH Conference, November 19-22.

47.    Powers, J.R., Hedge, A., and Martin, M.G. (1992) Effects of full motion forearm supports and a negative slope keyboard system on hand-wrist posture while

keyboarding, In <u>Proceedings of the 36th Annual Meeting of the Human Factors Society, Vol. 1, Human Factors Society</u>, 796-800.

46.   Hedge, A. (1992) Indoor air quality concerns in offices, <u>Proceedings of IFMA '92: 13thAnnual Conference and Exposition on Facilities Management</u>, Oct. 4 - 7, New Orleans, LA.

45.   Hedge, A. (1992) Sick buildings, sick terminals, sick workers - is there a link? In H. Luczak, A.E. Çakir, and G. Çakir (eds.), <u>Work With Display Units '92</u>, Technische Universität Berlin, Institut für Arbeitswissenschaft, I - 32.

44.   Hedge, A., Erickson, W.A., and Rubin, G. (1992) Why do gender, job stress, job satisfaction, perceived indoor air quality, and VDT use influence reports of the sick building syndrome in offices? In H. Luczak, A.E. Çakir, and G. Çakir (eds.), <u>Work With Display Units '92</u>, Technische Universität Berlin, Institut für Arbeitswissenschaft, A - 2.

43.   Hedge, A., Powers, J.R., and Martin, M.G. (1992) Healthy keyboarding: An experimental test of a Negative Keyboard Slope to Minimize Carpal Tunnel Syndrome Risks, In H. Luczak, A.E. Çakir, and G. Çakir (eds.), <u>Work With Display Units '92</u>, Technische Universität Berlin, Institut für Arbeitswissenschaft, D-39 - D-40.

42.   Hedge, A. (1992) The results of a survey on the impact of breathing zone filtration on indoor air quality and sick building syndrome. <u>Proceedings First Annual IAQ Conference and Exposition</u>, Tampa, FL, April 29-May 2, National Coalition on Indoor Air Quality, pp. 103-110.

41.   Hedge, A. (1992) Workstation environmental factors - the 1990s - the decade of the environment. In A. Rubin (ed.) Office Workspace for Tomorrow DOT Workshop (November 13-14, 1991) Contributed Papers, NISTIR 4801, March, pp. 43-49.

40.   Hedge, A. (1991) The effects of direct and indirect office lighting on VDT workers, <u>Proceedings of the 35th Annual Meeting of the Human Factors Society</u>, Vol. 1, Human Factors Society, 551-555.

39.   Hedge, A. (1991) Healthy office lighting for computer workers: a comparison oflensed-indirect and direct systems. <u>Healthy Buildings - IAQ '91</u>, ASHRAE, 61-66.

38.   Hedge, A., Erickson, W.A., and Rubin, G. (1991) The effects of smoking policy on indoor air quality and sick building syndrome in 18 air-conditioned offices. <u>Healthy Buildings IAQ '91,</u> ASHRAE, 151-159

37.   Hedge, A., Martin, M.G. and McCarthy, J. (1991) Breathing-zone filtration effects on indoor air quality and sick building syndrome complaints. <u>Healthy Buildings - IAQ '91</u>, ASHRAE, 351-357.

36.   Hedge, A. (1991) The effects of direct and indirect office lighting on VDT workers. In Y.Quéinnec and F. Daniellou (eds.), Designing for Everyone, <u>Proceedings of the 11th Congress of the International Ergonomics Association</u>, Vol. 3, Taylor and Francis, 713-715.

35.   Hedge, A., Erickson, W.A., and Rubin, G. (1991) VDT use, job stress, job satisfaction and the sick building syndrome in offices. In Y. Quéinnec and F. Daniellou (eds.), Designing for Everyone, <u>Proceedings of the 11th Congress of the International Ergonomics Association</u>, Vol. 1, Taylor and Francis, 713-715.

34.    Hedge, A. and Ellis, D. (1991) New graphic database software for managing facilities performance, Facilities '91: Computer-Aided Facility Management and High-Tech Systems Conference, Washington, D.C. May 8-10.

33.    Hedge, A. (1991) Psychosocial and environmental influences on sick building syndrome, Indoor Air Pollution, University of Tulsa, Division of Continuing Education, The Center for Environmental Research and Technology, May 2-3, H1-H15.

32.    Hedge, A. (1991) Office lighting for VDT work: comparative surveys of reactions to parabolic and lensed-indirect systems, In Lovesey, E.J. (ed.) Contemporary Ergonomics 1991, Proceedings of the Ergonomics Society Annual Conference, Southampton, England, 16-19 April, (London: Taylor and Francis), pp. 300-305.

31.    Hedge, A. (1991) Diagnosing, curing and preventing sick building syndrome incidents, Part I. In Proceedings of the 2nd Annual Canadian Facility Management Conference and Exposition, April 7-10, Toronto, Canada. pp. 47-53.

30.    Hedge, A., Michael, A.T., and Parmelee, S.L. (1990) Improving thermal comfort in offices: the impact of underfloor task-air ventilation, In Proceedings of the 34th Annual Meeting of the Human Factors Society, Vol. 1, Santa Monica: Human Factors Society, 537-541.

29.    Hedge, A. and Ellis, D. (1990) Computer-aided Facilities Diagnostics: a new software tool for the armory of the macro-ergonomist, In Proceedings of the 34th Annual Meeting of the Human Factors Society, Vol. 2, Santa Monica: Human Factors Society, 859-863.

28.    Hedge, A. (1990) Questionnaire design guidelines for investigations of "sick" buildings. In Predings of Indoor Air '90, the 5th International Conference on Indoor Air Quality and Climate, Toronto, Canada, 29 July - 3 August, vol. 1, 605-610.

27.    Hedge, A. and Ellis, D. (1990) Computer-aided Facilities Diagnostics: A new software tool for investigating indoor environmental problems. In Predings of Indoor Air '90, the 5th International Conference on Indoor Air Quality and Climate, Toronto, Canada, 29 July -3 August, vol. 4, 127-132.

26.    Hedge, A., Erickson, W.A., and Rubin, G. (1990) Building ventilation and smoking policy effects on indoor air quality and employee comfort and health. In Predings of Indoor Air '90, the 5th International Conference on Indoor Air Quality and Climate Toronto, Canada, 29 July - 3 August, vol. 1, 739-744.

25.    Burge, P.S., Robertson, A.S. and Hedge, A. (1990) Validation of self-administered questionnaire in the diagnosis of sick building syndrome. In Predings of Indoor Air '90, the 5th International Conference on Indoor Air Quality and Climate, Toronto, Canada, 29 July - 3 August, vol. 1, 575-580.

24.    Hedge, A. and Jamison, K.J. (1990) Zoo evaluation: a multi-user strategy. In Proceedings of the Conference of the American Association of Zoological Parks and Aquariums, April 28-May 1, Washington, D.C., 536-543.

23.    Hedge, A. (1990) Office Environmental Impacts on Occupant Health and Welfare. Plenary Presentation. In Proceedings of CFM'90: Critical Strategies. Canadian Facility Management Show and Seminars, Ottawa, May 14-15. Public Works Canada, pp. 4.1-4.12.

22.   Hedge, A. (1989) Psychological and occupational correlates of the "sick building syndrome" in offices. British Psychological Society (London) Conference, 19 December, London, U.K. (published abstract).

21.   Hedge, A. (1989) The interior environment. In "Building Tomorrow's Environment Today - Conference '89", Proceedings of the Federal Real Property Bureau Conference, Government of Canada, Ottawa, 27 November. pp. 87-106.

20.   Hedge, A., Sims, W. and Becker, F. (1989) Lighting the computerized office: a comparative field study of parabolic and lensed-indirect lighting systems. In Proceedings of the 33rd Annual Meeting of the Human Factors Society, Vol. 1, Santa Monica: Human Factors Society, pp 521-525.

19.   Hedge, A. (1988) Job stress, job satisfaction, and work-related illness in offices. In Proceedings of the 32nd Annual Meeting of the Human Factors Society, Vol. 2, Santa Monica: Human Factors Society, pp 777-779.

18.   Hedge, A. (1988) Investigating the "sick building syndrome" in offices: methodological and conceptual issues. In Looking back to the future, Proceedings of the 10th Biennial Conference of the International Association for the Study of People and their Physical Surroundings, Delft, the Netherlands, 5-8 July, Vol. 1: Program and Abstracts, pp. 102-103. (published abstract)

17.   Robertson, A.S., Burge, P.S., Hedge, A., Wilson, S. and J. Harris-Bass (1988) The relationship between passive cigarette smoke exposure in office workers and symptoms of "building sickness". In R. Perry and P.W. Kirk (eds.) Indoor and Ambient Air Quality, Selper Publications, London.U.K. pp. 320-326.

16.   Hedge, A. (1988) Indoor air quality: effects on human health and comfort. In Proceedings of the Workshop on Indoor Air Quality, March 3-4, Vancouver, B.C. Canada. Technical University of Nova Scotia.

15.   Hedge, A. (1987) The Sick Building Syndrome - Individual and Psychological Factors. In Proceedings of the Conference on Office Air Quality: Building Related Illness, Passive Smoking and Other Pollutants, 2-3 December, Nottingham, U.K. pp. 15-26.

14.   Hedge, A. (1987) Atmospheric Pollutants in Offices - An Overview. In Proceedings of the Conference on Office Air Quality: Building Related Illness, Passive Smoking and Other Pollutants, 2-3 December, Nottingham, U.K. pp. 65-74.

13.   Hedge, A., Wilson, S., Burge, P. S., Robertson, A. S. and J. Harris-Bass. (1987) Environmental, psychological and organizational correlates of employee health in offices: A proposed model. In: Proceedings of the 31st Annual Meeting of the Human Factors Society, Santa Monica: Human Factors Society, pp. 736-740.

12.   Hedge, A., Wilson, S., Burge, P. S. and J. Harris-Bass. (1987) Indoor Climate and Employee Health in Offices. In B. Siefert, H. Esdon, M. Fischer, H. Ruden and J. Wegner (eds.) Indoor Air '87, Proceedings of the 4th International Conference on Indoor Air Quality and Climate, Berlin (West), 17-21 August , Vol. 2, pp. 492-496.

11.   Hedge, A., Sterling, E. M., Collett, C. W., and B. Mueller. (1987) Indoor Air Quality as a Psychological Stressor. In B. Siefert, H. Esdon, M. Fischer, H. Ruden and J. Wegner (eds.), Indoor Air '87, Proceedings of the 4th International Conference on Indoor Air Quality and Climate, Berlin (West), 17-21 August , Vol. 2, pp. 552-556.

10.    Hedge, A., Sterling, E. M. and T. D. Sterling. (1987) Building Illness Indices based on questionnaire responses. In: Proceedings of the ASHRAE Conference IAQ '86, Managing Indoor Air for Health and Energy Conservation, ASHRAE, pp. 31-43.

9.    Hedge, A. (1986) Alternative High-Tech: Humanizing the White-Collar Workplace. In: M. E. Dolden and R. Ward Jr. (Eds.), Proceedings of the Architectural Research Centers Consortium Workshop on 'The Impact of the Work Environment on Productivity', A.I.A., Washington, DC, 17-19 April, 1985, A.R.C.C., Inc., Washington, DC, pp. 283-290.

8.    Hedge, A. (1986) Issues of Office Design: Some personal reflections. In: M. E. Dolden and R. Ward Jr. (Eds.), Proceedings of the Architectural Research Centers Consortium Workshop on 'The Impact of The Work Environment on Productivity', A.I.A., Washington, DC, 17-19 April, 1985, A.R.C.C. Inc., Washington, DC, pp. 291-300.

7.    Hedge, A., Sterling, E. M. and T. D. Sterling. (1986) Evaluating office environments: The case for a macroergonomic systems approach. In: O. Brown Jr. and H. Hendrick (eds.), Human Factors in Organizational Design and Management - II, Elsevier Science Pub., pp. 419-424.

6.    Hedge, A. (1984) Ill health among office workers: An examination of the relationship between office design and employee well-being. In: E. Grandjean (ed.), Ergonomics and Health in Modern Offices, Taylor and Francis, pp. 46-51.

5.    Hedge, A. and R. C. Crawley. (1982) Employee and Organizational Responses toInformation Technology: A Social Science Approach to Systems Design. In: G. Holst, L. Bannon and U. Barry (Eds.), Information Technology - Impact of the way of life. (Proceedings of EEC Conference on Information Technology), Tycooly International Dublin, Ireland, Chapter II, pp. 133-143.

4.    Hedge, A. (1981) Surviving a nuclear war. Proceedings of Medical Association for the Prevention of War, 3 (5), 185-200.

3.    Hedge, A. (1980) Psychology of the Survivor. Proceedings of "SASEM 80". University of Hull, September.

2.    Hedge, A. (1980) Office Design: User reactions to open-plan. In: R. Thorne and S. Arden (Eds.), "People and the Man-Made Environment: Buildings, Urban and Landscape Design Related to Human Behaviour. School of Architecture, Univ. Sydney, Australia, May 1980, pp. 57-68.

1.    Hedge, A. (1976) Behaviour patterns: A review of human responses to disasters, with specific reference to nuclear war. Proc. 24th Annual Study, Assoc. of Civil Defense and Emergency Planning Officers. Coventry.


**Conference Proceedings (unrefereed full papers/refereed abstracts/posters)**

40.    Hedge, A., Khalifa, H.E. and Zhang, J. (2009) On the personal control of indoor environmental quality, Proceedings of Healthy Buildings 2009, Syracuse, Sept. 13-19. Poster.

39.    Hedge, A. (2008) Using Measurement-based Tools to Analyze Productivity, Proc. National Ergonomics Conference & Exposition,WB2, Las Vegas, NV, Dec. 3-5

38.    Hedge, A. (2007) Economic impact of ergonomics resulting from minimizing musculoskeletal injuries and enhancing productivity, PACS 2007 Informatics: The

Foundation of the Digital Healthcare Enterprise, San Antonio, March 20-23.

37.  Hedge, A. (2006) Reading Room Ergonomics, SCAR 2006, Society for Computer Applications in Radiology, Austin, TX, 4/26-4/30/06.

36.  Hedge, A. (2006) Ergonomic Considerations for the Sedentary Radiologist, PACS 2006 - The Digital Healthcare Information & Management Systems (DHIMS) March 14-17, 2006, San Antonio TX.

35.  Hedge, A. (2006) Impact of Ergonomics on DHIMS, March 14-17, 2006, San Antonio TX.

34.  Hedge, A. (2005) Practical Solutions in Office Ergonomic: From the frugal to the flamboyant. National Ergonomics Conference and Exposition, November 29 – December 3, Las Vegas, NV.

33.  Hedge, A. (2005) Best practices for site –wide hospital ergonomics. National Ergonomics Conference and Exposition, November 29 – December 3, Las Vegas, NV.

32.  Hedge, A. (2005) Ergonomics of Reading Room Design, SCAR 2005, Society for Computer Applications in Radiology, Orlando, FL, 6/2-5/05.

31.  Hedge, A. (2005) Ergonomic considerations in the digital healthcare environment, PACS 2005, San Antonio TX, 3/9/12/05.

30.  Hedge, A. (2004) Future Office Trends: Ergonomic Challenges & Opportunities. National Ergonomics Conference and Exposition, November 29 – December 3, Las Vegas, NV.

29.  Hedge, A. (2004) Wise words or perplexing prose: Strategies for successful media interviews, Paper presented at the National Ergonomics Month meeting at the Human Factors and Ergonomics Society 48th Annual Meeting, New Orleans, Sept. 20-24.

28.  Hedge, A. (2004) Linking environmental conditions to productivity, Eastern Ergonomics Conference and Exposition, June 21-23, New York, NY.

27.  Hedge, A. (2004) The Professor's Practical Survival Guide To Ergonomics, Society for Computer Applications in Radiology -  SCAR University 2004, Design Considerations for a Filmless Enterprise, # 412 , May 20-23, Vancouver BC, Canada. (4 pages)

26.  Hedge, A, (2002) Immune buildings - using ergonomics and environmental design to create safe and secure settings. Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting, Sept. 30-Oct. 4, Baltimore, MD: 859. (abstract)

25.  Larson, N. and Hedge, A. (1999) New research on office seating issues, Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting, Vol. 1, 573. (abstract)

24.  Laeser, K., Hedge, A., and Maxwell, L. (1997) Computer workstation design effects on posture and performance: children grades 6 and 8, Proceedings of the Human Factors and Ergonomics Society 41st Annual Meeting, Vol. 1, (abstract/poster).

23.  Stensland, J., Hedge, A. and Danko, S. (1996) The "greening" of interior design in cyberspace:  A human factors approach to the development of a sustainable design database. Proceedings of the Interior Design Educators Conference.

22.  Hedge, A. (1996) Effects of furniture-integrated task lighting systems on comfort and health in a windowless office, Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting, Vol. 1, (abstract/poster).

21.  Hedge, A. (1996) Evaluating ergonomic keyboard systems. Proceedings of the National Ergonomics Exposition and Conference, Chicago Ill., April 9-11, 67-68.

20.  Hedge, A. and Rodriguez, S. (1995) Dilbert's place: environmental evaluation of an intelligent building environment using scientific visualization tools, Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting, Vol. 1, 429 (abstract)

19. Hedge, A. and Ng, L. (1995) Effects of a fixed-angle split keyboard with center trackball on performance, posture and comfort compared with a conventional keyboard and mouse, <u>Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting</u>, Vol. 2, 957 (abstract)

18. Hedge, A. (1995) Sick building syndrome, <u>Proceedings of 8th Indoor Air Pollution conference</u>, Univ. Tulsa, Tulsa, Sept. 25-27, 15 pages.

17. Hedge, A. (1995) Office ergonomics: the role of workstation environmental factors, <u>Proceedings of World Workplace '95, International Facilities Management Association</u>, Miami, Sept. 17-20, Vol. 1, 414-417.

16. Hedge, A. (1995) Carpet and indoor air quality, <u>Proceedings of World Workplace '95, International Facilities Management Association</u>, Miami, Sept. 17-20, Vol. 1, 181-187.

15. Hedge, A. (1995) Sick building syndrome and mass psychogenic illness, Annual Environmental Medicine conference, Aspen, Colorado, Sept. 7-9.

14. Hedge, A. and Rodriguez, S. (1995) Visualization Techniques Used for reporting Post-occupancy Evaluations (POEs) in Traditional vs. Intelligent Buildings, <u>Intellibuild'95</u>, International Facilities Management Association, June 6, Atlanta, Georgia.

13. Hedge, A. (1994) New carpet, indoor air quality, and human health. Paper presented at the 25th Annual Technical Conference of the Carpet and Rug Institute, Dalton, GA, November 3.

12. Hedge, A. (1994) ANSI/HFES100 VDT standard: the work of the committee. Panel presentation at the Human Factors and Ergonomics Society 38th Annual Meeting, Nashville, Tennessee, October 24-28.

11. Hedge, A. (1994) Recent progress with the work of the ANSI/HFES100 VDT standard revision committee. Paper presented at Interplan: The new designer's saturday. New York, NY, September 27-29.

10. Hedge, A. (1994) New computer keyboard designs, <u>Managing Ergonomics in the 1990's</u>, NAIMA/COT, Feb. 28-May 2 Nashville, Tennessee .

9. Hedge, A. (1993) The scientific and technical aspects of indoor air pollution, Symposium on Indoor Air Quality, George Washington University Center, Washington D.C, September 20.

8. Hedge, A. (1993) Psychosocial correlates of indoor air quality, Indoor Environment '93, Conference precedings, Baltimore, April 21-23.

7. Hedge, A. (1993) New carpet emissions and indoor air quality, <u>Indoor Environment '93, Conference precedings</u>, Baltimore, April 21-23.

6. Hedge, A. (1992) Cumulative trauma disorder and other health problems in computerized offices, <u>Addressing the Employee Health Crisis in Today's Computerized Office</u>, Cornell University, Ithaca, June 24-25.

5. Hedge, A. (1990) Emerging trends in office environment design. In <u>Proceedings of the Forum on Business and Technology Conference</u>, "Cost-Effective Corporate Facilities: The Next Generation". 16-17 October, Boston, pp. 10.1-10.8.

4. Hedge, A. (1988) Report from Europe - New Trends in Success Factors for Buildings. In <u>Proceedings of the Forum on Business and Technology Conference</u>, "Developer Built Corporate Facilities". 6-7 October, Boston, pp. 2.1-2.3.

3. Hedge, A. (1988) New office concepts that will impact facilities decisions. In <u>Proceedings of the Forum on Business and Technology Conference</u>, "New Cost-effective Corporate Facilities for the 1990s". 21-22 April, San Diego, pp. 2.1-2.14.

2. Hedge, A. (1987) The impact of open and closed offices on employees. In <u>Proceedings of the Forum on Business and Technology Conference</u>, "Flexible Buildings and

Open/Closed Offices for the 1990s". 12-13 November, San Francisco, pp. 2.1-2.4.

1.    Hedge, A. (1986) The Impact of Open and Closed Offices on Employees. In Proceedings of Forum on Business and Technology Conference, "Open-Plan/Closed-Plan Offices for the 1990's", 9-10th October, Boston, pp. 1.1-1.10.

**Articles/Letters (Professional)**

26.   Hedge, A. (2008) The sprouting of "green" ergonomics, Bulletin of the Human Factors and Ergonomics Society, 51 (12), 1-3. December.

25.   Hedge, A. and Spier, A.L.  (2008) On the future of ergonomics: HFES members speak out, Bulletin of the Human Factors and Ergonomics Society, 51 (2), 1-2. February.

24.   Hedge, A. (2004) To Sit Or To Stand In The Office – Why Choose?, The Ergonomics Report, 10/27/2004

23.   Hedge, A. (2004) Ergonomics Programs Work: The Emperor Has Wonderful Clothes, The Ergonomics Report, 3/1/2004

22.   Hedge, A. (2004) Inside out, iVT International, April, 46-50.

21.   Hedge, A. (2003) Computer use and risk of carpal tunnel syndrome, JAMA, 290 (14), 1854 (letter).

20.   Hedge, A. (2003) HFES Web Site Survey Summary Results, HFES Bulletin, 46(9), 2-4.

19.   Hedge, A. (2003) Ergonomics training – everyone needs it, The Ergonomics Report, 8, 8-9.

18.   Maxwell, L. and Hedge, A. (1996) Carpet and Indoor Air Quality, Facilities Planning and Management Notes, 1 (2).

17.   Hedge, A. (1995) Minimizing carpal tunnel syndrome risks, Forefronts: Cornell Theory Center, 10 (2), 6-9.

16.   Hedge, A. (1992) Indoor Air Quality and "Sick" Building Syndrome in Offices, Human Ecology Forum, 20 (1), 2-6

15.   Hedge, A. (1992) Furniture-integrated filtration technology, Indoor Air Review, 2, (1), 18, 22.

14.   Hedge, A. (1992) Does increasing the ventilation rate improve IAQ and reduce complaints? Skylines, 17, (1), BOMA, pp. 32-33.

13.   Hedge, A. (1991) Healthy buildings. Around the Desk, 1 (1), CenterCore, Mississauga, Canada, pp. 3-4.

12.   Hedge, A. (1991) Air cleaner technology: a review of the basics, Indoor Air Review, 1, (6), 33, 37, 38, 53.

11.   Hedge, A. (1991) Computer projection in the classroom: an expensive toy or an essential tool? CIT News, Cornell Information Technologies, February/March, 17-18.

10.   Hedge, A. (1991) Healthy lighting for the workplace, Employee Services Management, January, 40-41.

9.    Hedge, A. (1990) Task air ventilation systems rate high with facilities managers and workers. Facilities Planning News, 9, (10), 4-5.

8.    Hedge, A. (1990) Lensed-indirect and parabolic downlighting systems for computer work: which works best. Facilities Planning News, 9, (2), 4,11.

7.    Hedge, A. (1988) New trends in European office design. Facilities Planning News, 7, (4), 1,2.

6.    Hedge, A. (1988) Europe and Japan close the open office. Facilities Planning News, 7, (2), 1,4.

5.    Hedge, A. (1987) Recent research on the Sick Building Syndrome. Health and Safety

Focus, <u>2</u> (8), 4-5.

4.    Hedge, A. (1987) Sick Building Syndrome: An overview. <u>Health and Safety Focus</u> <u>2</u> (7), 9-10.

3.    Hedge, A. (1984) Office Air Quality and Workers' Health. <u>Facilities</u> <u>2</u> (10), 13-17.

2.    Hedge, A. (1983) Recent research on Thermal Comfort. <u>Facilities</u>, <u>2</u> (1), 3-4.

1.    Hedge, A. (1983) Staff have their say on open plan. Design, 412, 52.

## Legislative Testimony

13.   Written comments to OSHA concerning the Ergonomics Standard, 2000.

12.   Written and oral testimony on "Indoor Air Quality and the Sick Building Syndrome" presented to OSHA, January 19, 1995.

11.   Written and oral testimony on "Indoor Air Quality and the Sick Building Syndrome" presented to OSHA, December 16, 1994.

10.   Written and oral testimony on "Indoor Air Quality and the Sick Building Syndrome" presented to OSHA, October 13, 1994.

9.    Written and oral testimony on "Sick Building Syndrome" submitted at the request of the Environmental Health Committee, New York City Council, June 2, 1994.

8.    Written and oral testimony on "Indoor Air Quality and Carpet" submitted at the request of the House of Representatives Committee on Government Affairs. September 30, 1992.

7.    Presentation on Indoor air quality issues to Attorneys General, Texas June 29, 1992.

6.    Presentation on Indoor air quality issues to Attorneys General, Vermont, June 17, 1992.

5.    Presentation on Indoor air quality issues to Attorneys General, Tennessee, May 10, 1992.

4.    Written and oral testimony on "Indoor Air Quality" submitted at the request of the House of Representatives Committee on Education and Labor, Sub-Committee on Health and Safety, Washington, D.C., for H.R. 1066 "Indoor Air Quality Act of 1991".July 10, 1991.

3.    Written and oral testimony on "Indoor Air Quality" submitted at the request of the House of Representatives Committee on Science, Space and Technology, Subcommittee on Environment, Washington, D.C., in connection with H.R. 1066 "Indoor Air Quality Act of 1991". May 9, 1991.

2.    Written and oral testimony on "Indoor Air Quality" submitted to the New York State Assembly Standing Committee on Health, Labor and Environmental Conservation, Albany, in connection with Indoor Air Quality legislation. January 15, 1991.

1.    Written testimony (2 reports) on "Indoor Air Quality" submitted at the request of the House of Commons Environment Committee, London, U.K. in connection with the "Indoor Environment Bill". November, 1990. Published in ~~Indoor Pollution~~ vol II, Minutes of Evidence and Appendices, House of Commons, Environment Committee, pp. 355-359 and 416-425, HMSO, 1991.

## Published Reports

15.   Hedge, A., Kenney, T. and Davis, P. (2007) <u>Review of Fall Safety of Children between the Ages of 18 months and 4 years in Relation to Guards and Climbing in the Built Environment,</u> National Association of Homebuilders Research Center, Upper Marlboro, MD 20774. 118 pages.

14.   Hedge, A. and Evans, S. (2001) <u>Ergonomic Management Software and Work Performance: An Evaluative Study</u>. February, 19 pages.

13. Hedge, A. (1999) <u>Effects of Ergonomic Management Software on Employee Performance</u>, September, 24 pages.

12. Hedge, A., Muss, T. and Barrero, M. (1999) <u>Comparative Study of Two Computer Mouse Designs</u>, July, 20 pages.

11. Hedge, A. And Erickson, W.A. (1998) <u>Sick building syndrome and office ergonomics: a targeted work environment analysis.</u> Cornell Human Factors Laboratory Technical Report/ RP198, January, 54 pages.

10. Hedge, A. and Shaw, G. (1996) <u>Effects of the 'Floating Arms' keyboard on performance, posture and comfort compared with a conventional keyboard mounted on an articulated tray.</u>Cornell Human Factors Laboratory Technical Report/ RP296, June, 43 pages.

9. Hedge, A., McCrobie, D. and Corbett, S. (1996) <u>Effects of using an optical glass glare filter on computer worker's visual health and performance: results of an ergonomic field study.</u> Cornell Human Factors Laboratory Technical Report/ RP196, April, 19 pages.

8. Hedge, A., McCrobie, D. and Morimoto, S. (1995) <u>Beneficial effects of a preset tiltdown keyboard system on posture and comfort in offices</u> Dept. Design and Environmental Analysis, Cornell University, January, 47 pages.

7. Hedge, A. and Dietert, R.D. (1994) <u>Effects of new carpet emissions on indoor air quality and human health.</u>Dept. Design and Environmental Analysis, Cornell University, November, 156 pages.

6. Hedge, A. (1989) <u>New Standard Practice for Surveying Office Occupants for Indoor Environment Effects on Health and Satisfaction</u>. ASTM Draft Standard. November, 1989 (under revision following preliminary ASTM ballot)

5. Hedge, A. (1989) <u>Lighting the computerized office: A comparative field study of a lensed-indirect uplighting system and a parabolic downlighting system</u> Dept. Design and Environmental Analysis, Cornell University.

4. Wilson, S., O'Sullivan, P., Jones, P., and Hedge, A. (1987) <u>Sick Building Syndrome and Environmental Conditions: Case studies of nine buildings</u> Building Use Studies Ltd., London, U.K.

3. Wilson, S. and A. Hedge. (1987) <u>The Office Environment Survey: A study of building sickness.</u> Building Use Studies Ltd., London, U.K.

2. Hedge, A. (1987) <u>Comments on the Health Problems and Hygiene Investigations at the 3301 Eagle Street Building, Anchorage, Alaska</u>. TDS Ltd., Vancouver, Canada.

1. Sterling, T. D., Hedge, A. and E. M. Sterling. (1985) <u>A Review of the investigations of Employee Health Complaints at Les Terrasses de la Chaudiere</u>. TDS Ltd., Vancouver, Canada.

**Conference Presentations (Nonrefereed or Unpublished)**

128. Hedge, A. (2012) Ergonomics and Healthcare Technology, American Society of Healthcare Engineering PDC Summit, International Summit  & Exhibition on Health Facility Planning, Design and Construction, March 4-7, Phoenix, AZ. (Featured Speaker)

127. Hedge, A. (2011) Office Ergonomics, National Ergonomics Conference & Exposition, Las Vegas, NC, Nov 29-Dec. 2.

126. Hedge, A. (2011) Green Ergonomics Update, National Ergonomics Conference & Exposition, Las Vegas, NC, Nov 29-Dec. 2.

125. Hedge, A. (2011) Indoor air quality and productivity, International Conference for Enhanced Building Operations, Oct. 18-20, New York, NY.

124. Hedge, A. (2011) Facilities Issues and Healthcare IT Ergonomics, Healthcare Facilities Symposium & Expo, September 20-22, Navy Pier – Chicago.

123. Hedge, A. (2011) Creating a resilient workplace, 2011 Healthways Well-being Summit, Dallas, TX, April 26-28.

122. Hedge, A. (2010) Ergonomics and Healthcare IT, National Ergonomics Conference & Exposition, Las Vegas, NC, Dec. 1-3.

121. Hedge, A. (2010) Green ergonomics: Advocating for the Human Element in Buildings, National Ergonomics Conference & Exposition, Las Vegas, NC, Dec. 1-3.

120. Hedge, A. (2010) The Future of Ergonomics in the USA, Italian Ergonomics Society Annual Conference, Rome, 10/27-29/10.

119. Hedge, A. (2010) Healthcare and Information Technology, Ergonomic Round Table of Sacramento, Sacramento, CA, October 12.

118. Hedge, A. (2010) Office Ergonomics, US Department of State Speaker Series, Washington D.C., Sept 8th.

117. Hedge, A. (2010) Green Buildings need Sustainable Ergonomics, NEOCON2010, Chicago, Ill., June 14-16.

116. Hedge, A. (2010) Office Ergonomics 2010 Workshop, University of Minnesota, Minneapolis, MN, March 1.

115. Hedge, A. (2010) Healthcare Ergonomics, Northwestern Memorial Hospital, Chicago, Ill., April 28.

114. Hedge, A. (2010) Healthcare Ergonomics, Rush University Medical Center, Chicago, Ill., April 28.

113. Hedge, A. (2010) Office Ergonomics 2010 Workshop, University of California Los Angeles, Los Angeles, CA, April 17.

112. Hedge, A. (2010) What is the State of Ergonomics Today?, Gensler, Santa Monica, CA, April 16.

111. Hedge, A. (2010) The State of Office Ergonomics, Ergonomics Roundtable, Minneapolis, MN, February 28.

110. Hedge, A. (2010) Office Ergonomics: New Ways of Working, SmithGroup Workplace National Practice, Phoenix, AZ, February 11.

109. Hedge, A. (2009) Ergonomics and Healthcare IT: Boosting patient care through caregiver comfort, National Ergonomics Conference and Exposition, Las Vegas, Nov. 21.

108. Hedge, A. (2009) Green Ergonomics, National Ergonomics Conference and Exposition, Las Vegas, Nov. 20.

107. Hedge, A. (2009) Office Ergonomics 2009 Workshop, Pratt, New York, Oct.3.

106. Hedge, A. (2009) The Future of Ergonomics, State Fund Advanced Ergonomics Seminar, Vacaville, CA, Sept. 23.

105. Hedge, A. (2009) What makes a device ergonomic?, State Fund Advanced Ergonomics Seminar, Vacaville, CA, Sept. 23.

104. Hedge, A. (2009) Office Ergonomics 2009 Workshop, Philadelphia University, Philadelphia, March 4.

103. Hedge, A. (2009) Office Ergonomics 2009 Workshop, Parsons, New York, Jan. 31.

102. Hedge, A. (2008) An Inconvenient Discipline: the Metamorphosis of Ergonomics, Puget Sound Human Factors and Ergonomics Society 2008 Occupational Ergonomics Symposium & Workshop, Seattle, WA, Sept. 17-18. (Keynote address).

101.  Hedge, A. (2007) Ergonomics and the shape of things to come. National Ergonomics Conference and Exposition, Las Vegas, Nov. 27-30. (State of the Industry Keynote address).

100.  Hedge, A. (2007) Children and computers – past, present and future. New Zealand Ergonomics Society Conference, Waiheke Island resort, Nov. 7-9. (Workshop)

99.  Hedge, A. (2007) Ergotecture – an "inside-out" design process that integrates information from the micro-level of human requirements through to the macro-level of societal responsibility. New Zealand Ergonomics Society Conference, Waiheke Island resort, Nov. 7-9. (Keynote address).

98.  Hedge. A. (2007) Office Ergonomics 2007: Current Trends. IIDEX/Neocon, Sept. 27, Toronto, Canada

97.  Hedge, A. (2007) Recent advances in office ergonomics. American Safety & Health Conference, Sept. 26, Corning, NY.

96.  Hedge, A. (2006) Reading Room Ergonomics. National Ergonomics Conference and Exposition, November 28 – December 1, Las Vegas, NV.

95.  Hedge, A. (2006)  Ergonomics: Essential for a Productive Workforce. National Ergonomics Conference and Exposition, November 28 – December 1, Las Vegas, NV.

94.  Hedge, A. (2006) Revisiting Sitting: cultural or other factors. HFES 50th Annual Conference, San Francisco, Oct.16-20.

93.  Hedge, A. (2006) Overview of the USA bed market. Bedding Research Symposium, Melbourne, Oct. 16. (Keynote address).

92.  Hedge, A. (2006) Impact of Ergonomics on Digital Healthcare Information and Management Systems (DIHMS), PACS 2006: Digital Healthcare Information and Management Systems (DHIMS), San Antonio, March 14-17.

91.  Hedge, A. (2006) Ergonomic considerations for the Sedentary Digital Radiologist, PACS 2006: Digital Healthcare Information and Management Systems (DHIMS), San Antonio, March 14-17.

90.  Hedge, A. (2006) Emerging Issues in IAQ, Air Conditioning Contractors of America's (ACCA-NCC) Conference & Indoor Air Expo, March 28-30, San Jose, Ca.

89.  Hedge, A. (2005) Work and Workstation Design and Obesity Risks. Ecology of Obesity, June 6-7, Cornell University, Ithaca, NY.

88.  Hedge, A. (2005) Best Practices for Site-Wide Hospital Ergonomics, National Ergonomics Conference and Exposition, November 30 – December 3, Las Vegas, NV.

87.  Hedge, A. (2005) A Guide to Ergonomic Solutions, National Ergonomics Conference and Exposition, November 30 – December 3, Las Vegas, NV.

86.  Hedge, A. (2005) Ergonomic Considerations in the Digital Healthcare Environment, PACS 2005: The Expanding Integrated Digital Healthcare Enterprise, March 9-12.

85.  Hedge, A. (2005) Ventilating Healthy Homes: Emerging Issues in Residential IAQ, ComfortTech 2005, 9/16/05.

84.  Hedge, A. (2004) Linking environmental conditions to productivity, Eastern Ergonomics Conference and Exposition, June 21-23, , New York, NY.

83.  Hedge, A. (2004) Economic Ergonomics: cost-effective proven office interventions, Canadian Facility Management & Design Expo and Conference, Canadian Facilities Management Association/Association of Canadian Ergonomists, April 6, Toronto (Keynote address).

82.  Hedge, A. (2003) The Impact of Ergonomics Regulations: A Global Perspective, National Ergonomics Conference and Exposition, Las Vegas, December 9-11.

81.  Hedge, A. (2003) "Economics of Ergonomics", International Interior Design

Association Convention, Louisville, KY, November 62, 2003. Invited Keynote address.

80. Golkowski, C. & Hedge, A. (2003) "Nonthermal plasma – an exciting new air filtration technology", Environmental Systems Symposium at Syracuse, Syracuse University, October 27.

79. Hedge, A. (2003) Office Ergonomics, California Association of Rehabilitation and Reemployment Professionals 21st Annual conference, San Diego, 9/19-21/03.

78. Hedge, A. (2003) Redefining the Work Sphere, Inter. Int. Design Assoc, San Francisco, 5/13/03.

77. Hedge, A. (2003) Effective Office Ergonomics 2003, Inter. Int. Design Assoc, Grand Rapids, 4/21/03.

76. Hedge, A. (2003) Creating a safe work environment – 5th Annual Statewide and Training Resources Exposition, Worcester, MA, 4/9/03.

75. Hedge, A. (2003) Ergonomics: Past, Present and Future, Eastern Ergonomics Conference, National Ergonomics Conference and Exposition, New York, July 9-11. (Keynote address)

74. Hedge, A. (2003) Understanding Ergonomics – National Correctional Industries Conference & Exposition 2003, Denver, 3/23/03.

73. Hedge, A. (2002) "Effective Ergonomics", National Ergonomics Conference and Exposition, Las Vegas, December 9-12. Keynote address.

72. Hedge, A. (2002) "Office Ergonomics 2002", International Facilities Management Association Mid-Western Chapter, Chicago, November 20, 2002. Invited presentation.

71. Hedge, A. (2002) "IAQ, Floor coverings and the elderly" American Association of Homes and Services for the Aging 2002 Annual Meeting & Exposition, Baltimore, MD, October 28-31, 2002.

70. Hedge, A. (2002) "School Floor Coverings and IAQ Effects on students well-being and learning", Association of School Business Officials International, 2002 Annual Conference, Phoenix, AZ, October 25-27, 2002.

69. Hedge, A. (2002) BOMA Study on Tenant Workplace Satisfaction and Retention, Interface Flooring Systems and Buildings Magazine, New York, October 15. Invited Panelist.

68. Hedge, A. (2002) "School Floor Coverings: Effects on students well-being and learning", Florida Educational Facilities Planners' Association, Inc. Annual Conference, Orlando, FL, July 8-11.

67. Hedge, A. (2002) "IAQ, Health and Productivity", Second Annual UTRC IEQ Workshop, Safe Buildings, Connecticut, June 6-7, 2002

66. Hedge, A. (2002) School Floor Coverings: Effects on Students Well-being and Learning, Florida Educational Facilities Planners annual conference, July, 9.

65. Hedge, A. (2001) "Indoor environmental quality and productivity", 1st Environmental Systems Symposium at Syracuse, Syracuse University, October 29, 2001.

64. Hedge, A. (2000) Ergonomic necessities of the workplace. Canadian Facility Management and Design Expo and Conference, Toronto, Ontario, Canada, April 13.

63. Hedge, A. (2000) Hotel ergonomics. Hotel Ezra 75th Annual Conference, Cornell University, Ithaca, NY, April 8.

62. Hedge, A. (2000) Workplace ergonomics and musculoskeletal disorders. Institute of Occupational Medicine, Curitiba, Brazil, March 20.

61. Hedge, A. (1999) Using computers to gather and provide ergonomic intelligence, The National Ergonomics Conference and Exposition, Anaheim, 7-9 December.

60. Hedge, A. (1999) Ergonomics and children: How to prevent injury in the classroom,

<u>The National Ergonomics Conference and Exposition</u>, Anaheim, 7-9 December.

59.   Hedge, A. (1998) Evaluating the benefits of two-component lighting methods for corporate offices - a case study, <u>Design.y.c.</u>, New York, 29 October.

58.   Hedge, A. (1998) Alternative officing: the human factors perspective, alt.office conference, San Jose, CA, August 13.

57.   Hedge, A. (1998) Health and safety in the office, Liberty Mutual Symposium, Buenos Aires, Argentina, August 11-12.

56.   Hedge, A. (1998) Improving productivity through computer ergonomics, The Institute of Directors, Pall Mall, London, July 16.

55.   Hedge, A. (1998) Voodoo Ergonomics - Gizmos that don't work!, 1998 Newspaper Association of America Newspaper Operations Superconference, January 11-16, Miami Beach, Florida.

54.   Hedge, A. (1995) What is ahead for carpet? Carpet and Rug Institute annual conference, November 11 - 14, Amelia Island, Florida.

53.   Hedge, A. (1995) Environmental comfort, Edificio Inteligente '95, July 17-18 Sao Paulo, Brazil.

52.   Hedge, A. (1995) Future developments in air conditioning and illumination: Intelligent workspaces for intelligent workers, Edificio Inteligente '95, July 17-18 ,Sao Paulo, Brazil.

51.   Hedge, A. (1995) A holistic approach to indoor air quality issues, Florida School Plant Management Association, May 31, St. Petersburg, FL.

50.   Hedge, A. (1995) Effects of Carpet on Indoor Air Quality and Health, New England Environmental Expo., May 9-11, Boston.

49.   Hedge, A. (1995) Sick building syndrome and legislative initiatives in the USA, First Latin American Conference on Indoor Air Pollution, May 5, Santiago, Chile.

48.   Hedge, A. (1994) Sick Building Syndrome: Psychological factors, American Industrial Hygiene Society Annual Conference, May 22, Anaheim, CA.

47.   Hedge, A. (1994) Psychological Aspects of Sick Building Syndrome The Fibers Society, May 15, Annapolis, MD.

46.   Hedge, A. (1994) Carpet and Indoor Air Quality - User Issues, CRI Annual Technical Conference, May 4, Dalton, Georgia.

45.   Hedge, A. (1994) Risk factors for repetitive motion disorders, Ergonomics Conference, April 26-28, Atlanta, Georgia.

44.   Hedge, A. (1994) Sick building syndrome: is it caused by poor indoor air quality? <u>Indoor Air Pollution</u>, 7th National Conference, Univ. Tulsa, March 14-16.

43.   Hedge, A. (1993) Effects of restrictive smoking policies on indoor air quality and sick building: a study of 27 air-conditioned offices. <u>The National Environmental Tobacco Smoke Conference</u>, December 16-17, Washington, DC.

42.   Hedge, A. and Mitchell, G.E. (1993) Beneficial effects of furniture-integrated breathing-zone filtration on indoor air quality, and worker comfort, health and productivity, 86th Annual Convention and The Office Building Show, BOMA International, Baltimore, June 27-30.

41.   Hedge, A. (1993) Psychosocial factors and indoor air quality, Indoor Environment '93, Baltimore, April 21-23.

40.   Hedge, A. (1992) Indoor air quality and carpet: information for interior designers. <u>Designer Saturday</u>, Oct. 16, IDCNY, New York.

39.   Hedge, A. (1992) Environmental Illness, <u>The Carpet and Rug Institute Annual Technical Conference</u>, Oct. 1 - 3, San Destin, FL.

38.  Hedge, A. (1992) Workstation environment factors, <u>International Society for Facilities Executives Annual Conference</u>, Sept. 30 - Oct. 2, Cambridge, MA.

37.  Hedge, A. (1992) Planning for the New "Global Work Force". Paper presented at the Forum on Business and Technology Conference, "New Cost-Effective Plans and Strategies", 8-9 April, Austin, TX.

36.  Hedge, A. (1992) Stress and VDT work. Presentation. Bellcore VDT Safety Seminar IV, Altlanta, Georgia, February 7th, 1992.

35.  Hedge, A. (1992) Alternative Input Devices. Panel presentation. Bellcore VDT Safety Seminar IV, Atlanta, Georgia, February 6th, 1992.

34.  Hedge, A. (1992) IAQ and ventilation. AT&T Work Center Planning Semi-Annual Conference and Training Session, Pleasanton, CA, January 28th, 1992.

33.  Hedge, A. (1992) IAQ and Sick Building Syndrome. AT&T Work Center Planning Semi-Annual Conference and Training Session, Pleasanton, CA, January 28th, 1992.

32.  Hedge, A. (1991) Clearing the air. IDCNY panel presentation, 17 October.

31.  Hedge, A. (1991) What really causes sick building syndrome? IFMA/BOMA Connecticut chapters, 17 October.

30.  Hedge, A. (1991) Sick building syndrome: Causes and cures. IFMA Pennsylvania chapter, 17 September.

29.  Hedge, A. (1991) Sick building syndrome: facts and fallacies. Carpet and Rug Institute Conference, Hilton Head, S. Carolina, 12-13 September.

28.  Hedge, A. (1991) The holistic model of internal environment. Asia-Pacific Public Works Congress and Trade Show, Brisbane, Australia, 1-5 September, 1991.

27.  Hedge, A. (1991) Health studies of buildings in the U.S.A. including the effects of different smoking policies on indoor air quality and sick building syndrome in air conditioned offices. Asia-Pacific Public Works Congress and Trade Show, Brisbane, Australia, 1-5 September, 1991.

26.  Hedge, A. (1991) The stress model - the psychology of the organization and its relationship to health. Asia-Pacific Public Works Congress and Trade Show, Brisbane, Australia, 1-5  September, 1991.

25.  Hedge, A. (1991) Breathing zone filtration. Asia-Pacific Public Works Congress and Trade Show, Brisbane, Australia, 1-5 September, 1991.

24.  Hedge, A. (1991) Effects on occupants of underfloor ventilation system. Asia-Pacific Public Works Congress and Trade Show, Brisbane, Australia, 1-5 September, 1991.

23.  Hedge, A. (1991) Challenges to the future of lighting design in the office environment. Asia-Pacific Public Works Congress and Trade Show, Brisbane, Australia, 1-5 September, 1991.

22.  Hedge, A. (1991) What really causes bad IAQ. National Air Duct Cleaners Association, Region 7 Seminar, Albany, NY, 23-25 August.

21.  Hedge, A., Erickson, W., and Rubin, G. (1991) Smoking policy, indoor air quality and sick building syndrome in offices, British Occupational Hygiene Society Conference, Nottingham, U.K., 9-12 April.

20.  Hedge, A., Erickson, W., and Rubin, G. (1990) The roles of job stress and job satisfaction in the etiology of the sick building syndrome in offices. Proceedings of the APA/NIOSH  conference "Work and well-being: an agenda for the 90s", 15-17 November, Washington, D.C.

19.  Wilkes, A. and Hedge, A. (1990) Diagnosing the sick building syndrome: computer-aided facilities diagnostics. Building Pathology '90, U.K.

18.  Hedge, A. (1990) "Sick buildings, healthy buildings: Environmental Psychology and

Workplace Design" . Keynote address presented at 98th Annual Convention of the American Psychological Association at Boston, August 10-14, 1990.

17.  Davis, G., Gray, J., Hedge, A. and Szigetti, F. (1990) Who evaluates for whom, and why? Proceedings of the Environmental Design Evaluation Conference, Paris, June 30 - July 2.

16.  Hedge, A. (1990) Indoor air quality and the sick building syndrome, Presentation to the Interdepartmental National Accommodation Panel (INAP), Public Works Canada, 16 January.

15.  Hedge, A. (1989) Behavioural aspects of unhealthy buildings. Building for Health and Well-being, European Concern Centre in Europe Seminar, 4 December, Guilford, U.K.

14.  Hedge, A., (1989) Computer-Aided Facilities Diagnostics. Presentation at the 33rd Annual Meeting of the Human Factors Society, Santa Monica: Human Factors Society.

13.  Hedge, A. (1989) Worldwide innovations in workplace design. FM'89: Preparing for the Global Decade, M.I.T. Cambridge, Ma.

12.  Hedge, A. (1989) The workplace: worldwide innovations. IFEX'89, International Design Center, New York.

11.  Hedge, A. (1989) The sick building syndrome and cardiovascular disease. Proceedings of the Conference on Work Environments and Cardiovascular Disease, N.H.L.B.I., Univ. California Irvine, 2-5th April.

10.  Hedge, A. (1989) Sick building syndrome: the problem worldwide. Proceedings of Conference on Healthy Buildings by Design, 10th April, Royal Society of Medicine, London, U.K.

9.  Hedge, A. (1989) Environmental engineering: encouraging signs for the future. Proceedings of Conference on Healthy Buildings by Design, 10th April, Royal Society of Medicine, London, U.K.

8.  Hedge, A. (1989) "Intelligent" ventilation systems. International Seminar on Intelligent Buildings, 7th April, Royal Institute of British Architects, London, U.K.

7.  Hedge, A. (1988) Commentary and Analysis of the relevance of the NMB Bank Building for U.S. Projects. Presented at The New NMB Bank Building, Amsterdam. Design Briefing, Boston, MA., October, 5.

6.  Hedge, A. (1986) Impact of new technology on office worker's health: Implications for office design. Paper presented at 21st Congress of the International Association of Applied Psychology, 13-18 July, Jerusalem, Israel.

5.  Hedge, A. (1985) Psychological issues in office. Invited paper presented at the Golden Jubilee Conference of the Society of Occupational Medicine (Yorkshire Group), Rotherham General Hospital, Rotherham, 23 May 1985.

4.  Donald, I. and A. Hedge. (1984) Office evaluation: Sterile research on a fertile topic? Paper presented at IAPS 8, West Berlin, August.

3.  Hedge, A. (1984) Environmental psychology in the United Kingdom: A paedomorphic enterprise? Invited paper presented at the American Psychological Association Annual Conference, Toronto, Canada.

2.  Hedge, A. (1983) Office design and office workers' health. Invited paper presented at The Design of Work Environments: Implications for Productivity and Health, 3rd Annual Irvine Symposium on Environmental Psychology, 28-29 April, University of California, Irvine.

1.  Hedge, A. and N. Travis. (1979) User evaluation of Open-Plan Offices. Paper presented at an International Conference on Environmental Psychology, July, University of Surrey, Guildford.

**Conferences**
4.   Organizing panel (invited), National Indoor Air Quality, 1997 conference.
3.   Co-organizer of 2.5 day conference on "Indoor Air Quality, Immunity and Health: Recent Advances in Environmental Toxicology and Psychoneuroimmuology", NC State Univ., Raleigh, NC. 1995.
2.   Organizer a 2 day conference titled Addressing the Employee Health Crisis in Today's Computerized Office, Cornell University, Ithaca, June 24-25.
1.   Member of the Planning Committee, "Workshop on Occupational Stress and cardiovascular disease", National Heart, Lung, and Blood Institute, 1988-1989

**Symposia and Panels**
17.   Hedge, A. (2005) Practical Solutions in Office Ergonomic: From the frugal to the flamboyant. National Ergonomics Conference and Exposition, November 29 – December 3, Las Vegas, NV. Session Chair and Organizer.
16.   Hedge, A. (2005) Best practices for site –wide hospital ergonomics. National Ergonomics Conference and Exposition, November 29 – December 3, Las Vegas, NV. Session Chair and Organizer.
15.   Hedge, A. (2005) Indoor Air Quality and Productivity Advisory Panel, US EPA, 10/25-26/05, Panel Chair and Organizer.
14.   Hedge, A. (2004) "Future office trends: Ergonomic challenges and opportunities", National Ergonomics Conference and Exposition, Las Vegas, November 29-December 3, 2004.
13.   Hedge, A. (2004) Session chair: Habitation Measurement, Habitation 04, Orlando, Florida, January 4-7.
12.   Hedge, A. (2003) "The Impact of Ergonomics Regulations: A Global Perspective", National Ergonomics Conference and Exposition, Las Vegas, December 9-11, 2003. Session Chair and Organizer.
11.   Hedge, A. (2003)  "Dynamic sitting", Human Factors and Ergonomics Society 47th Annual Conference, Denver, October 13-17, 2003. Session Chair and Organizer.
10.   Hedge, A. (2002)  "Overcoming Challenges to Large-Scale Office Ergonomics Initiatives", ", National Ergonomics Conference and Exposition, Las Vegas, December 9-12, 2002. Session Chair and Organizer.
9.   Hedge, A. (2002) "Choosing an Ergonomics Keyboard", National Ergonomics Conference and Exposition, Las Vegas, December 9-12, 2002. Session Chair and Organizer.
8.   Hedge, A. (2001) "Promises and Pitfalls of Ergonomic Tools and Technologies", ", National Ergonomics Conference and Exposition, Las Vegas, December 8-11, 2001. Session Chair and Organizer.
7.   Hedge, A. (1994) Organizing a session on "Work Environment 2000: Ecological Ergonomics and Workplace Design for the 21st Century".
6.   Hedge, A. (1993) Panel Chair for "The Big Picture in Office Design",
5.   Hedge, A. (1992) Conference organizer and chair for Addressing the Employee Health Crisis in Today's Computerized Office, Cornell University, Ithaca, June 24-25.
4.   Hedge, A. (1989) Invited member of the panel on 'Impacts on the individual: ergonomics, comfort, health, and safety. Tomorrow's Workplaces: facilities design and management and the new communications technologies Univ. Montréal, 1-3 June.
3.   Hedge, A. (1986) Office Design and New Technology. Symposium organized for 21st

Congress of the International Association of Applied Psychology, 13-18 July, Jerusalem, Israel.

2.  Hedge, A. (1982) Future developments in office environments. Symposium organized for 20th Congress of the International Association of Applied Psychology, 25-31 July, Edinburgh, Scotland.

1.  Hedge, A. (1982) Issues of housing research. Symposium organized for 20th Congress of the International Association of Applied Psychology, 25-31 July, Edinburgh, Scotland.


**Examples of Research Talks, Seminars or Workshops (selection)**

37.  Hedge, A. (2011) Green Ergonomics: The Future of Green Buildings and Ecodesign, Schiavello, Mar 23, Melbourne, Australia

36.  Hedge, A. (2011) Ergonomic Design of Computer Workspaces, Human Factors and Ergonomics Society of Australia, Sydney, Australia. ½ day workshop.

35.  Hedge, A. (2009) The future of ergonomics. Advanced Ergonomics Course, State Fund (California) September 23, Vacaville, Ca.

34.  Hedge, A. (2009) What makes a device ergonomic? Advanced Ergonomics Course, State Fund (California) September 23, Vacaville, Ca.

33.  Hedge, A. (2009) Ergotecture, Faculty of Occupational Safety and health, University of Nis, Nis, Serbia. June 25.

32.  Hedge, A. (2009) The need for computer ergonomics in healthcare IT, Evidence Based Hospital Design Forum, Georgetown University, January 29.

31.  Hedge, A. (2008) Need a lift: Industrial Ergonomics and Material Handling, State Fund (California) October 22, Montebello, Ca.

30.  Hedge, A. (2007) Office Ergonomics Workshop, State Fund (California), Oct. 17, San Diego, Ca.

29.  Hedge, A. (2006) Research of the Human factors and Ergonomics Laboratory, 7th Annual Presidential Event, Cornell Silicon Valley, March 28, Mountainview, Ca.

28.  Hedge, A. It's and ergonomic world or is it? Ergonomics, Human Factors and Ergonomics Society Western NY Chapter, Rochester Institute of Technology 11/17/05

27.  Hedge, A. Ergonomics for Everyone, Ergonomics Symposium, Cornell Campus Club, 10/20/05

26.  Hedge, A. The science of Ergonomics, Colgate-Palmolive, 10/14/05

25.  Hedge, A. The School Environment: Effects on Student Well-being and Learning, Connecticut School Buildings and Grounds Association, 12/15/04

24.  Hedge, A. (2004) Advanced workstation designs, National Ergonomics Conference and Exposition, Las Vegas, November 29-December 3, 2004.

23.  Hedge, A. (2004) Ergonomics benefits everyone! Invited Opening Keynote address, 40th Conference of the Human Factors and Ergonomics Society of Australia (HFESA) and the 7th conference of the Pan Pacific Council on Occupational Ergonomics (PPCOE), August 23, Cairns, Australia, 2004.

22.  Hedge, A. (2004) The Modern Office, half-day workshop at the 40th Conference of the Human Factors and Ergonomics Society of Australia (HFESA) and the 7th conference of the Pan Pacific Council on Occupational Ergonomics (PPCOE) August 22, Cairns, Australia, 2004.

21.  Hedge, A. (2004) Economics of ergonomics, Invited Keynote address, Canadian Facilities Management Conference, Toronto, 4/6/04

20.  Hedge, A. Tomorrow's Workstations: Office ergonomics and the future, IIDA SF

chapter, 6, 2003.

19.  Hedge, A. Computer Ergonomics Bergen County Technical School, NJ , 5/2002
18.  Hedge, A. Office ergonomics. NASA, Kennedy Space Center, Florida, 10/14/99.
17.  Hedge, A. Factors predicting the sick building syndrome at the Individual and Aggregate Levels, Lawrence Berkeley National Laboratory, Environmental Energy Technologies Division, Berkeley, CA. 10/3/97.
16.  Hedge, A. (1997) Future directions in office lighting, Toyota Motor Company, Torrance, CA, 9/20/97.
15.  Shaw, G. and Hedge, A. (1997) Office Ergonomics. Presentation at the OSHA Regional Conference on Ergonomics, 9/15/97
14.  Sick buildings: a problem for engineers or psychologists? Cornell Univ., Dept. Psychology, 12/6/96.
13.  Musculoskeletal injuries associated with computer use. Central NY OSHA, Amer. Indust. Hyg. Assoc., and Amer. Assoc Safety Eng., Cortland, 11/21/96.
12.  Do we really need a new ventilation standard? Central NY ASHRAE, Ithaca, 10/15/96.
11.  Ventilation, air quality and sources of contamination, Southern Tier Builders Association, Ithaca, 9/7/95.
10.  Indoor Air Quality and the sick building syndrome, Southern Tier Builders Association, Marathon, 3/8/95.
9.   IAQ and Sick Building Syndrome Issues in Schools, Ithaca BOCES, 4/5/95
8.   Sick Building Syndrome: a problem for Epidemiological statistics?, Seminars in Environmental Statistics, Cornell Theory Center, 3/10/95.
7.   Issues in Indoor air quality and psychoneuroimmunology, Institute for Comparative Environmental Toxicology seminar, 3/10/95.
6.   Biomechanics of computer use. Mechanical Engineering Biomechanics Seminar, Cornell University, 4/3/95
5.   Hedge, A. (1993) Sick building syndrome, indoor air quality, and ETS? American Industrial Hygiene Association Syracuse Chapter, Syracuse, NY, October 19.
4.   Hedge, A. (1993) What causes the Sick Building Syndrome? University of Birmingham, Institute of Occupational Health, Birmingham, U.K. March 23, 1993.
3.   Principles of Lighting Design, University of Birmingham, Institute of Occupational Health, Fellowship in Occupational Medicine course. March 23, 1993.
2.   Hedge, A. (1992) Sick Building Syndrome: are psychological factors important? University of Leeds, Dept. of Psychology, Leeds, U.K. December 1, 1992.
1.   Hedge, A. (1992) Creating the 'highly pleasant environment': Ecological ergonomics investigates the sick building syndrome. Aston University , Organization Studies and Applied Psychology Division, Birmingham, U.K. December 3, 1992.

**Examples of Media Coverage of Research (selection)**
*TV*
        Global National, Ottawa, Canada, Air Conditioning Blues, July 23, 2011
        MSNBC, Desk jockeys rising up: putting chairs out of the job, October 17, 2011
        Office ergonomics, NBC Today Show of March 12, 2006
        Keeping Kids Healthy, Kids and Computer Ergonomics PBS, NY Friday March 5th @ 2:30pm on WNET (Channel 13 in NY)
        Office Ergonomics, CBS , 'Early Show', September 28, 2002
        Children's Chairs, CNN Jeanne Moos, June 4, 2002
        'Ergonomic Chairs', American Architectural Review, hosted by Morley Safer, PBS,

July 2002.
Children and computers, MSNBC , 'Today Show', January 5, 2000
Children and computers, MSNBC , 'The Site', March 19, 1997
Computer Ergonomics, Fox, NY , 'On Trends', March 18, 1997
Children and computers, CNN Science News, August 24/25, 1996
Computer keyboard research, Channel 7 Health Report, 8/13/96
Computer glare screens, Channel 7 Health Report, 6/18/96
Carpal Tunnel Syndrome, Channel 7 Health Report, 5/28/95
Keyboard research: "New Media News", Mind Extension University channel, 4/29/95.
Carpet and Indoor Air Quality - Channel 2 News, Baltimore, 4/22/93
New Carpet Emissions and Health - Channel 12 News, Baltimore, 4/23/93
CNN Future Watch, Computer Keyboard Design, April, 1992.
"Why Buildings Make You Sick", BBC Horizon, 1989.

*Video*

"The Mysteries of Ergonomics", Cornell Cybertower, April 2002
Office Ergonomics, DEA FM videos, 1998
"Carpet and Indoor Air Quality", CRI video, 1996.
"The Cornell/Honeywell Study: Beneficial Effects of a Preset Tiltdown Keyboard System on Posture and Comfort in Offices", Cornell University. 1995.
"The Human Factor: Office Ergonomics", AT&T Ergonomics Video, 1993.
"Lighting the computerized office", 1993.

*Radio* (*selection of interviews on Ergonomics and Environmental Design issues*)

WHCU, Air-conditioning & productivity, July, 23, 2011
Standing Workstations. NewsTalk 1010/Boom 97.3/99.9 Virgin Radio Astral Radio, Toronto, December 27
Voice of America, Oct. 2004
CBS Radio News, Oct. 2004
The Health Show, Oct., 2004
"Ask Heloise" Show (12/ 13/03)
"Ask Heloise "Show (3/7/03)
Radio KGO Ronn Owens show (5/13/03)
The Health Show WAMC Public radio (June 19, 2002)
J-Wave – Tokyo, Japan (Jan. 2002)
National Public Radio, OSHA and Ergonomics, "Today Show", December, 1999.
Minnesota Public Radio, OSHA and Ergonomics, December, 1999
WBZ radio Boston - SBS, 2/25/98
Bloomberg Radio, NY - SBS, 3/2/98
Radio WROW radio, Albany, 2/8/95
Radio WTKL radio, Ithaca, 2/9/95
Floor Radio, Dalton, Georgia, 4/7/95 (2 separate interviews)
Radio KIRO, Seattle, 12/14/93
"Living on Earth", National Public Radio, 12/6/93
Radio WAMC, Albany, "Environment program", 11/30/93
Money Radio, Los Angeles, on "Cornell Office Ergonomics Conference", 6/15/92.
Radio WGR "News", Buffalo, on Carpal Tunnel Syndrome, 6/8/92.
Radio Brisbane, Australia, on Indoor Air Quality, 9/5/91.
Radio Sydney, Australia, "Particulars" on Indoor Air Quality, 9/7/91.

Radio WVBR, "This Sunday", Ottawa, on Indoor Air Quality, 7/7/91.
Radio CKBY, Ottawa, on Indoor Air Quality, 7/7/91.

*Newspaper and magazine articles (selection)*

Finding the moves for your best desk practices, The Globe and Mail (Canada), December 19, 2011
Keyboard jockeys: perfect the art of healthy sitting, Independent.co.uk, September 14, 2011
So Many Gadgets, So Many Aches, The New York Times, September 11, 2011 Sunday, Section
It's possible to be too cool in summer; Green. The International Herald Tribune, August 29, 2011 Monday, Pg. 18,
Oh, to Be Warm In Summer's Heat, The New York Times, August 28, 2011 Sunday, Section, Pg 5
The Dominion Post (Wellington, New Zealand), July 16, 2011 Saturday, Pg. 10
Sitting targets, The Press (Christchurch, New Zealand), July 16, 2011
InDesign Magazine, 46, Green Ergonomics, Australia, 2011
Underground Construction magazine, Hand tool design, 2011
Semana, Injuries caused by Technology, Columbia,2011
Womens Day, Carpal Tunnel Syndrome,2011
Readers Digest, What you need to know about sleep, April 28, 2011
Macleans, A greener future, April 28, 2011
Slate, rethinking the school desk, October 26, 2011
Yahoo News, iPad's comfort factor questioned, April 2, 2011
Womens Day, The health Impact of Hi-tech, October 15, 2010
The New York Times, February 15, 2010
The New York Times, June 29, 2008
The Globe and Mail (Canada), December 27, 2007
The Globe and Mail (Canada), December 26, 2006
Employee Benefit News, October 1, 2006
Time, July 17, 2006
National Post (f/k/a The Financial Post) (Canada), February 19, 2005
The Scotsman, January 27, 2005
The New York Times, January 23, 2005
The Washington Post, December 4, 2004
The Toronto Sun, November 10, 2004
Los Angeles Times (2004)
Wall Street Journal (2004)
Toronto Globe & Mail (2003)
Wall Street Journal (2003)
NY Times (2003)
Parents Mag. (2003)
Men's Health (2003)
NY Times; Seattle Times; Los Angeles Times; Ithaca Times (2002)
Wall Street Journal (3 articles) (2002)
Readers Digest (2002)
Furniture Style (2002)
Parents Mag. (2002)

Fitness Mag. (2002)
IS Mag. (2002)
Newsday (2002)
Business Journal (2002)
Post Star; Daily News; Las Vegas Review Journal; Star-Telegram (2002)
NY State Bar Association Journal (2002)
Rehab. Continuum Report (2002)
Assembly Magazine, 5/95
Buffalo News, 5/9/95
Buildings: The Facilities Construction and Management Magazine, "ARI and Indoor Air Quality: Breathing Easier", 11/92, p.76, 78
Chicago Sun-Times "Opinions split on preventing typing injuries", 1/12/97
Chicago Tribune, 3/12/95
Colorado Springs Business Journal, "New keyboard tray means better posture", 5/30/97.
Computers in Libraries, "Carpal Tunnel Syndrome Protection", 2/95
Cornell Chronicle, 11/18/94
Cornell Cooperative Extension News Service, "Poor lighting strains eyes in offices", Putnam County, 1992, p.14.
Courier Journal, "Will 'ergonomic' computer.. 1/14/97
Edmonton Sunday Journal, 1/2/94
European Window on Industry, 3/93, p.14.
Daily Messenger, "Shed better light on your workplace", 10/30/97.
Des Moines Business Record, "Comfort Zone", 7/28/97.
Facility Planning News, "Towards a more healthy workplace", 9/92, p. 3,7.
Financial Times, "The answer might just be blowing in the wind", 9/ 8/92.
Grand Rapids Press, "Ergo experts have doubts about 'healthy' keyboards", 2/6/97.
Indoor Pollution Law Report, 1/1/94
Indoor Air Pollution News, "Filtration Systems Reduced Sick Building Complaints", vol.5, No.13, 7/10/92, p.2.
Indoor Air Review, "Job stress considered a possible marker for SBS complaints", 9/92.
Ithaca Journal, 9/1/94;11/17/94
Investor's Business Daily, 12/1/94
Materials Handling News, "Comfort is profitable", 5/93, p.19.
Milwaukee Journal, 12/5/94
New Haven Register, "New keyboard system may prevent injuries", 7/26/97.
News, "Do those funny shaped keyboards help", 1/9/97
New York Times, "Is a little mouse hurting you? Experts say try a bigger one."1/13/2000
Philadelphia Enquirer, 11/22/94
Popular Science, 7/1/94.
Post and Courier, "Carpet not environmental culprit of sickness in schools", 5/26/97.
Review, "Decor can be whimsical", 7/3/97.
San Antonia Express News, 1/10/94
Scientific American, November 1999
Science News, 144 (23), p.382, 1994
Star Tribune, "Therapist, surgeon target repetitive stress injury, 1/19/97

Sunday Sun-Times, "New designs the key for some", 1/12/97
The Atlanta Constitution, "Some computer jockeys are facing high risk of repetitive stress injury", 8/18/92.
Tennessean, "Potential problems for computer age kids", 5/20/97
Washington Post, 11/22/94, 5/96
Washington Post, "The 'Ergonomics' Boom", 2/25/97.
Woman's World, "Keep your computer from hurting your eyes", 8/19/97.
VDT News, 11/92; 5/95

**Hobbies**  Squash, badminton, Nordic walking, guitar

Exhibit 2

**TESTIMONY HISTORY**
**ALAN HEDGE, PhD, CPE, FHFES, FIEHF, FIEA, AFBPsS,**
**CCSF Faculty Fellow**
**1/2007 – 1/2012**

| Case Caption | Law Firm | Testimony | Date |
|---|---|---|---|
| Metamorfyx, LLC v. Microsoft Corporation | Perkins Coie<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099 | Arbitration | 2010 |

Exhibit 3

## Exhibit 3

## Materials Considered by Dr. Alan Hedge

*Apple Inc., v. Samsung Electronics Co., Ltd.*, Amended Complaint, U.S. District Court, Northern District of California, Case No.:  11-cv-01846-LHK ("Am. Compl.")

U.S. Registration No. 3,470,983 (APLNDC-Y0000182302-182304)

U.S. Registration No. 3,457,218 (APLNDC-Y0000182305-182306)

U.S. Registration No. 3,475,327 (APLNDC-Y0000182307-182308)

U.S. Registration No. 3,886,196 (APLNDC-Y0000182288–182289)

U.S. Registration No. 3,889,642 (APLNDC-Y0000182290–182291)

U.S. Registration No. 3,886,200 (APLNDC-Y0000182292–182293)

U.S. Registration No. 3,889,685 (APLNDC-Y0000182294–182295)

U.S. Registration No. 3,886,169 (APLNDC-Y0000182296–182297)

U.S. Registration No. 3,886,197 (APLNDC-Y0000182298–182299)

U.S. Registration No. 2,935,038 (APLNDC-Y0000182300–182301)

U.S. Application Serial No. 85/041,463 (APLNDC-Y0000183090- 183097)

APLNDC-Y0000232557–232608

APLNDC-Y0000237387–237394

Alan Hedge, *Ergonomics and Design:  Applying the Laws of Work*, 2 INFORMEDESIGN 3, http://www.informedesign.org/_news/mar_v02-p.pdf

INT'L ERGONOMICS ASS'N, *What is Ergonomics,* http://www.iea.cc/01_what?What%20is%20Ergonomics.html.

Alan Hedge, *Consumer Product Design*, *in* 2 ENCYCLOPEDIA OF ERGONOMICS AND HUMAN FACTORS 1555–1560 (W. Karwowski ed., 2d ed. 2006)

Timeline of Phone Product Trends (Exhibit 26 to the Opening Report of Peter Bressler, dated March 22, 2012, Case No.:  11-cv-01846-LHK)

INT'L ORGANIZATION FOR STANDARDIZATION, ERGONOMICS—GENERAL APPROACH, PRINCIPLES AND CONCEPTS, ISO 26800:2011, *available at* http://www.iso.org/iso/iso_catalogue/catalogue_tc/catalogue_detail.htm?csnumber=42885

ERGONOMICS—GENERAL APPROACH, PRINCIPLES AND CONCEPTS (ISO 26800:2011)

Alan Hedge, *Ergonomic Design of Hand-Operated Devices*, *in* HUMAN FACTORS IN CONSUMER PRODUCTS 203-222 (N. Stanton ed., Taylor & Francis 1998)

J.R. Lewis, P.M. Commarford, P.J. Kennedy & W.J. Sadowski, *Handheld Electronic Devices*, 4 REVIEWS OF HUMAN FACTORS & ERGONOMICS 105, 106 (2008)

Expert Report of Mark Lehto Report, served March 22, 2012

Deposition Transcript of Daniele De Iuliis from N.D. Cal. 11-01846-LHK (PSG), taken October 21, 2011

Apple iOS Human Interface Guidelines, *available* at http://developer.apple.com/library/ios/documentation/UserExperience/Conceptual/Mobile HIG/MobileHIG.pdf

T.M. Greiner, *Hand Antropometry of US Army Personnel*, Technical Report, Natrick/TR-92/011 (1991)

M.M. Sanders & E.J. McCormick, HUMAN FACTORS IN ENGINEERING & DESIGN 393 (7th ed. McGraw-Hill, NY 1993)

Emergency Department Intubation Checklist, *available at* http://emupdates.com/wp-content/uploads/2011/01/EDICTv121.pdf)

W.E. Woodson, B. Tillman & P. Tillman, HUMAN FACTORS DESIGN HANDBOOK 419 (2d ed., McGraw Hill Inc. 1992)

http://www.amazon.com/Belkin-Grip-Silicon-Sleeve-BLACK/dp/B002K8MB3Y/ref=pd_cp_e_2

http://www.amazon.com/AmazonBasics-Silicone-Verizon-iPhone-Black/dp/B003Y74AZ2

http://www.gsmarena.com

http://www.samsung.com/us/mobile/cell-phones/SCH-I100ZKAXAR

http://www.gsmarena.com/samsung_i100_gem-3738.php

http://www.gsmarena.com/samsung_t669_gravity_t-3336.php

http://www.gsmarena.com/samsung_m7600_beat_dj-2684.php

http://www.gsmarena.com/samsung_w999-4660.php

http://www.gsmarena.com/casio_g'zone_commando-4550.php

http://www.gsmarena.com/nokia_lumia_800-4240.php

http://www.gsmarena.com/nokia_lumia_800-4240.php

http://www.phonearena.com/phones/Pantech-Crossover_id5598

http://www.gsmarena.com/nokia_x5_01-3396.php

https://www3.tivo.com/store/accessories-remote.do

ANSI/HFES 100-2007, HUMAN FACTORS ENGINEERING OF COMPUTER WORKSTATIONS, Human Factors and Ergonomics Society, Santa Monica, CA

C.M. Hunter, P.R. Boyce & J.H. Watt, *Effect of Bezel Reflectance on People Using a Computer Monitor*, *in* 3 HUMAN-CENTERED COMPUTING: COGNITIVE, SOCIAL, AND ERGONOMIC ASPECTS 58, 58–62 (Don Harris, Vincent Duffy, Michael Smith, Constantine Stephanidis eds., Lawrence Erlbaum Associates Inc. 2003)

P.A. Howarth & S.G. Hodder, *Bezel Gloss and Glare*, 25 DISPLAYS 77, 87

Sascha Segan, "Sony Tablet S," PCMag, Dec. 5, 2011, http://www.pcmag.com/article2/0,2817,2397089,00.asp (APLNDC-Y0000233713-APLNDC-Y0000233714)

CNET, "Sony Tablet S," http://reviews.cnet.com/tablets/sony-tablet-s-32gb/4505-3126_7-35003724.html#reviewPage1. APLNDC-Y0000233702- 233712

http://discover.store.sony.com/tablet/#design/ergonomics

CNET, "Barnes & Noble Nook Tablet," http://reviews.cnet.com/tablets/barnes-noble-nook-tablet/4505-3126_7-35059751.html#reviewPage1

Sascha Segan, "Barnes & Noble Nook Tablet Review," Nov. 18, 2011, PCMag, http://www.pcmag.com/article2/0,2817,2396554,00.asp (APLNDC-Y0000233669-233670)

http://www.cobyusa.com/?p=prod&prod_num_id=10581&pcat_id=3001

http://acer.us/ac/en/US/content/iconia-tab-a500

http://discover.store.sony.com/tablet/tablet_p/index.html#intro

ftp://ftp.panasonic.com/pub/Panasonic/toughbook/specsheets/TB-H2_ss.pdf

ftp://ftp.panasonic.com/pub/Panasonic/business/toughpad/downloads/
Toughpad_A1_Spec_Sheet.pdf

http://www.panasonic.com/business/toughbook/ultra-mobile-rugged-toughbook-u1-
ultra.asp

ftp://ftp.panasonic.com/pub/Panasonic/toughbook/specsheets/TB-U1-Ultra_ss.pdf

http://www.junipersys.com/Juniper-Systems/products/Mesa-Rugged-
Notepad/Specifications

http://www.drsarmor.com/pdf/ARMOR_X10gx.pdf

http://www.ruggednotebooks.com/drs-armor-x10gx-fully-rugged-tablet

http://news.cnet.com/8301-17938_105-57413096-1/intel-studybook-tablet-designed-for-
molding-young-minds

http://www.ubergizmo.com/2012/04/intel-studybook/

http://gizmodo.com/5900658/intels-studybook-hands+on-the-indestructible-education-
tablet-for-students

http://www.motioncomputing.com/products/tablet_pc_c5.asp

http://www.motioncomputing.com/resources/C5_spec_sheet_US.pdf

http://www.motioncomputing.com/choose/spec_ergo_c5.htm

http://medgadget.com/2007/03/philipsintel_mo.html

http://www.ruggedpcreview.com/3_slates_panasonic_h1.html

http://www.coolest-gadgets.com/20081106/panasonic-toughbook-h1-mobile-clinical-
assistant/

http://www.ruggedpcreview.com/3_slates_panasonic_h1.html

David Pierce, "Vinci Tab Review," PCMag, Sep. 22, 2011, http://www.pcmag.com/article2/0,2817,2392593,00.asp. APLNDC-Y0000233684

https://store.griffintechnology.com/airstrap

http://www.ergocanada.com/detailed_specification_pages/
aidata_spinstand_multi_function_stand_for_ipad.html

http://store.apple.com/us/product/MD306

http://store.apple.com/us/browse/home/shop_ipad/ipad_accessories/keyboards

http://store.apple.com/us/browse/home/shop_ipad/ipad_accessories/stands

http://store.apple.com/us/browse/home/shop_ipad/ipad_accessories/speakers

http://store.griffintechnology.com/ipad/survivor-ipad-3

http://store.griffintechnology.com/ipad/ipad-2/elan-folio-leather

ISO/IEC 11581-3 2000, Information Technology – User System Interfaces and Symbols – Icon Symbols and Functions: Part 1 Icons - General, Internatonal Standards Organisation, Geneva, Switzerland, 8

http://product-ivity.com/discovering-the-lost-tribes-of-the-google-plus-ecosystem/

http://www.techyard.net/circle-dock-application-launcher-for-windows/

http://www.lovebargaining.com/t8585-hd2-43-inch-screen-windows-mobile-65-os-50-pixel-camera-build-in-gps-wifi-gsensor-cell-phone-p-276.html;

http://www.warungdigital.com/wp-content/uploads/2011/05/kddi-infobar-a01-android.jpg.

http://www.samsung.com/global/microsite/omnia7/

R.J. Beaton & N. Weiman, *Effects of Touch Key Size and Separation on Menu-Selection Accuracy*, Tech. Report TR 500-01 (Beaverton, OR: Tektronix, Human Factors Research Laboratory, 1984)

D.B. Beringer & J.G. Peterson, *Underlying Behavior Parameters of the Operation of Touch-Input Devices:  Biases, Models, and Feedback*, 27 Human Factors 445, 445–458

## The Following Devices Were Also Considered by Alan Hedge

- Nokia X5-01

- Samsung Omnia HD

- Samsung Sunburst

- Samsung Gravity Touch SCH-T669

- LG Optimus T

- Pantech Crossover P8000

- Nokia Lumia 800

- Samsung Beat DJ M7600

- Sony Ericsson Xperia Arc S

- Samsung Gem SCH-I100

- Casio GzOne Commando 4500

- Barnes & Noble Nook

- Vinci Tablet

- Acer Iconia A500

- Coby Kyros MID8125

- Sony Tablet S

- Sony Tablet P

- Samsung Q1

Exhibit 4



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

July 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D593,087*
ISSUE DATE: *May 26, 2009*

By Authority of the

**Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**



**M. TARVER**
**Certifying Officer**



US00D593087S

(12) **United States Design Patent**     (10) Patent No.:     **US D593,087 S**
Andre et al.     (45) Date of Patent:     ** **May 26, 2009**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/282,833**

(22) Filed: **Jul. 30, 2007**

**Related U.S. Application Data**

(63) Continuation of application No. 29/270,880, filed on Jan. 5, 2007, now Pat. No. Des. 558,756.

(51) **LOC (9) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** .............. **D14/341**; D14/203.7; D14/138 G
(58) **Field of Classification Search** ............... D14/137, D14/138, 147, 191, 218, 247–248, 341–347, D14/496, 138 R, 138 AA, 138 AB, 138 AC, D14/138 AD, 138 C, 138 G; D10/65, 78, D10/104; D13/168; D18/7; 455/556.1, 455/566, 575.1, 575.3; 345/169
See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D289,873 S | 5/1987 | Gemmell et al. | |
| D337,569 S | 7/1993 | Kando | |
| D420,354 S | * 2/2000 | Morales | D14/191 |
| D424,535 S | 5/2000 | Peltola | |
| D456,023 S | 4/2002 | Andre et al. | |
| D489,731 S | 5/2004 | Huang | |
| D498,754 S | 11/2004 | Blyth | |
| D499,423 S | 12/2004 | Bahroocha et al. | |
| D502,173 S | 2/2005 | Jung et al. | |
| D504,889 S | 5/2005 | Andre et al. | |
| D505,950 S | 6/2005 | Summit et al. | |
| D507,003 S | 7/2005 | Pai et al. | |
| D514,121 S | 1/2006 | Johnson | |
| D514,590 S | 2/2006 | Naruki | |
| D519,116 S | 4/2006 | Tanaka et al. | |
| D519,523 S | 4/2006 | Chiu et al. | |
| D520,020 S | 5/2006 | Senda et al. | |
| D528,542 S | 9/2006 | Luminosu et al. | |
| D528,561 S | 9/2006 | Ka-Wei et al. | |
| D529,045 S | 9/2006 | Shin | |
| D532,791 S | 11/2006 | Kim | |
| D534,143 S | 12/2006 | Lheem | |
| D535,281 S | 1/2007 | Yang | |
| D536,691 S | 2/2007 | Park | |
| D536,962 S | * 2/2007 | Tanner | D9/424 |
| D538,822 S | 3/2007 | Andre et al. | |
| D541,298 S | 4/2007 | Andre et al. | |
| D541,299 S | 4/2007 | Andre et al. | |
| D541,785 S | * 5/2007 | Hwang et al. | D14/138 |
| D546,313 S | 7/2007 | Lheem | |
| D548,732 S | 8/2007 | Cebe et al. | |
| D548,747 S | 8/2007 | Andre et al. | |
| D554,098 S | * 10/2007 | Lee | D14/138 |
| D556,211 S | 11/2007 | Howard | |
| D557,238 S | 12/2007 | Kim | |
| 7,303,424 B2 | * 12/2007 | Tu et al. | 439/372 |
| D558,460 S | * 1/2008 | Yu et al. | D6/308 |
| D558,756 S | 1/2008 | Andre et al. | |
| D558,757 S | 1/2008 | Andre et al. | |
| D558,758 S | * 1/2008 | Andre et al. | D14/341 |
| D558,792 S | 1/2008 | Chigira | |
| D560,683 S | * 1/2008 | Lee | D14/496 |
| D560,686 S | 1/2008 | Kim et al. | |
| D561,153 S | 2/2008 | Hong et al. | |
| D561,204 S | 2/2008 | Toh | |



APLNDC00030427

## US D593,087 S
### Page 2

| | | | | |
|---|---|---|---|---|
| D561,782 S | * | 2/2008 | Kim | D14/496 |
| D562,285 S | * | 2/2008 | Lim | D14/138 |
| D563,432 S | * | 3/2008 | Kim | D14/496 |
| D563,929 S | * | 3/2008 | Park | D14/138 |
| 2004/0132499 A1 | * | 7/2004 | Abe | 455/566 |
| 2004/0166907 A1 | * | 8/2004 | Yajima | 455/575.3 |
| 2004/0223004 A1 | * | 11/2004 | Lincke et al. | 345/649 |
| 2005/0130715 A1 | | 6/2005 | Fujisawa | |
| 2006/0281501 A1 | | 12/2006 | Zuo et al. | |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. | |
| 2008/0004085 A1 | | 1/2008 | Jung et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 000569157-0005 | 5/2006 |
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0452432 | 6/2007 |

### OTHER PUBLICATIONS

Samsung F490, announced Jan. 2008, [online], [retrieved on Jan. 18, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG KF700, announced Feb. 2008, [online], [retrieved on Mar. 21, 2008]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Mobiz Apple iPhone Review, posted Apr. 30, 2007, [online], [retrieved on Nov. 5, 2008]. Retrieved from Internet ,<URL: http://mobchina.blogspot.com/2007_04_01_archive.html>.*

U.S. Appl. No. 29/270,887, Andre et al., Electronic Device, filed Jan. 8, 2007.

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,834, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet ,<URL:http://www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet ,<URL:http://www.mobilewhack.com>.

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet ,<URL:http://www.engadget.com>.

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/IPod_U2_Special_Edition, Oct. 2004.

"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.

Hilon LG DMB MP3 FM35, posted Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL: http://hilon.com.cn.autobak/a88100005549>, 18 pgs.

eFashion Magazine, 2004, vol. No. 12, p. 60, China.

eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.

eFashion Magazine, Apr. 2006, vol. No. 172, p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

Notification and Request for Invalidation of Chinese Patent ZL200730187190, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pgs.

U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.

U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.

U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 5, 2008.

U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 6, 2008.

U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.

* cited by examiner

*Primary Examiner*—Jeffrey D Asch
*Assistant Examiner*—Bridget L Eland
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57)                    CLAIM

The ornamental design of an electronic device, substantially as shown and described.

### DESCRIPTION

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;

FIG. 2 is a rear perspective view of the electronic device in FIG. 1;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a top view thereof;

FIG. 6 is bottom view thereof;

FIG. 7 is a left side view thereof;

FIG. 8 is a right side view thereof;

FIG. 9 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 10 is a rear perspective view of the electronic device in FIG. 9;

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030428

FIG. 11 is a front view thereof;

FIG. 12 is a rear view thereof;

FIG. 13 is a top view thereof;

FIG. 14 is bottom view thereof;

FIG. 15 is a left side view thereof;

FIG. 16 is a right side view thereof,

FIG. 17 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 18 is a rear perspective view of the electronic device in FIG. 17;

FIG. 19 is a front view thereof;

FIG. 20 is a rear view thereof;

FIG. 21 is a top view thereof;

FIG. 22 is bottom view thereof;

FIG. 23 is a left side view thereof;

FIG. 24 is a right side view thereof;

FIG. 25 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 26 is a rear perspective view of the electronic device in FIG. 25;

FIG. 27 is a front view thereof;

FIG. 28 is a rear view thereof;

FIG. 29 is a top view thereof;

FIG. 30 is bottom view thereof;

FIG. 31 is a left side view thereof;

FIG. 32 is a right side view thereof;

FIG. 33 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 34 is a rear perspective view of the electronic device in FIG. 33;

FIG. 35 is a front view thereof;

FIG. 36 is a rear view thereof;

FIG. 37 is a top view thereof;

FIG. 38 is bottom view thereof;

FIG. 39 is a left side view thereof;

FIG. 40 is a right side view thereof;

FIG. 41 is a front perspective view of another embodiment of an electronic device in accordance with the present invention;

FIG. 42 is a rear perspective view of the electronic device in FIG. 41;

FIG. 43 is a front view thereof;

FIG. 44 is a rear view thereof;

FIG. 45 is a top view thereof;

FIG. 46 is bottom view thereof;

FIG. 47 is a left side view thereof; and,

FIG. 48 is a right side view thereof.

The broken lines showing the remainder of the electronic device are directed to environment. The broken lines, within the claimed design, in embodiments 1, 2, and 4 that depict an elongated oval shape and the broken lines, within the claimed design, in embodiments 2, 3, and 6 that depict a circle shape are superimposed on a continuous surface and are for illustrative purposes only. The broken lines, within the claimed design, in embodiments 1, 3, and 5 that depict a large rectangular shape, indicate a non claimed shape below the continuous front surface and are for illustrative purposes only. None of the broken lines form a part of the claimed design.

**1 Claim, 12 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030429

**U.S. Patent**　　　May 26, 2009　　　Sheet 1 of 12　　　US D593,087 S



**FIG. 1**



**FIG. 2**

APLNDC00030430



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7    FIG. 8

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030431



**FIG. 9**



**FIG. 10**

APLNDC00030432

**U.S. Patent**     May 26, 2009     Sheet 4 of 12     US D593,087 S



FIG. 11

FIG. 12

FIG. 13

FIG. 14

FIG. 15     FIG. 16

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030433

U.S. Patent       May 26, 2009      Sheet 5 of 12              US D593,087 S



**FIG. 17**



**FIG. 18**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030434



FIG. 19

FIG. 20

FIG. 21

FIG. 22

FIG. 23          FIG. 24

APLNDC00030435

**U.S. Patent**　　　May 26, 2009　　　Sheet 7 of 12　　　US D593,087 S



**FIG. 25**



**FIG. 26**

APLNDC00030436



FIG. 27

FIG. 28

FIG. 29

FIG. 30

FIG. 31          FIG. 32

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030437



**FIG. 33**



**FIG. 34**

APLNDC00030438

U.S. Patent          May 26, 2009          Sheet 10 of 12          US D593,087 S



FIG. 35

FIG. 36

FIG. 37

FIG. 38

FIG. 39          FIG. 40

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030439



**FIG. 41**



**FIG. 42**

APLNDC00030440

FIG. 43

FIG. 44

FIG. 45

FIG. 46

FIG. 47          FIG. 48

APLNDC00030441

Exhibit 5



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *D618,677*
ISSUE DATE:  *June 29, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

APLNDC00032473

US00D618677S

(12) **United States Design Patent**      (10) Patent No.:      **US D618,677 S**
Andre et al.      (45) Date of Patent:    ✶✶ *Jun. 29, 2010

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(✶✶) Term: **14 Years**

(21) Appl. No.: **29/328,018**

(22) Filed: **Nov. 18, 2008**

**Related U.S. Application Data**

(60) Division of application No. 29/282,834, filed on Jul. 30, 2007, now Pat. No. Des. 581,922, which is a continuation of application No. 29/270,888, filed on Jan. 5, 2007, now Pat. No. Des. 558,758.

(51) LOC (9) Cl. .................................................. **14-02**

(52) U.S. Cl. ................. D14/341; D14/248; D14/203.7

(58) **Field of Classification Search** ............... D14/341, D14/342, 343, 344, 345, 346, 347, 420, 426, D14/427, 432, 439, 440, 441, 448, 496, 125, D14/137, 129, 130, 138, 250, 389, 147, 218, D14/247, 248, 156; D10/65, 104; D13/168; D18/6, 7; D21/329, 686; 455/90.3, 556.1, 455/556.2, 575.1, 575.3, 575.4; 379/433.01, 379/433.04, 433.06, 433.07; 361/814; 341/22; 345/169, 173; D6/596, 601, 605
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D289,873  S      5/1987  Gemmell et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EM      000569157-0005      5/2006

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.

(Continued)

*Primary Examiner*—Cathron C Brooks
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design of an electronic device, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electronic device in accordance with the present invention;

FIG. 2 is a rear perspective view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a top view thereof;

FIG. 6 is bottom view thereof;

FIG. 7 is a left side view thereof; and,

FIG. 8 is a right side view thereof.

The claimed surface of the electronic device is illustrated with the color designation for the color black.

The electronic device is not limited to the scale shown herein. As indicated in the title, the article of manufacture to which the ornamental design has been applied is an electronic device, media player (e.g., music, video and/or game player), media storage device, a personal digital assistant, a communication device (e.g., cellular phone), a novelty item or toy.

**1 Claim, 2 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032474

## US D618,677 S

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D337,569 | S | | 7/1993 | Kando |
| D410,440 | S | * | 6/1999 | Carnell ..................... D14/346 |
| D424,535 | S | | 5/2000 | Peltola |
| D455,433 | S | * | 4/2002 | Alviar et al. ............... D14/441 |
| D456,023 | S | | 4/2002 | Andre et al. |
| D458,252 | S | * | 6/2002 | Palm et al. ................ D14/343 |
| D469,413 | S | * | 1/2003 | To et al. .................... D14/126 |
| D489,731 | S | | 5/2004 | Huang |
| D498,754 | S | | 11/2004 | Blyth |
| D499,423 | S | | 12/2004 | Bahroocha et al. |
| D502,173 | S | | 2/2005 | Jung et al. |
| D504,889 | S | | 5/2005 | Andre et al. |
| D505,950 | S | | 6/2005 | Summit et al. |
| D507,003 | S | | 7/2005 | Pai et al. |
| D514,121 | S | | 1/2006 | Johnson |
| D514,590 | S | | 2/2006 | Naruki |
| D519,116 | S | | 4/2006 | Tanaka et al. |
| D519,523 | S | | 4/2006 | Chiu et al. |
| D520,020 | S | | 5/2006 | Senda et al. |
| 7,042,712 | B2 | * | 5/2006 | Ghosh et al. .......... 361/679.03 |
| D528,542 | S | | 9/2006 | Luminosu et al. |
| D528,561 | S | | 9/2006 | Ka-Wei et al. |
| D529,045 | S | | 9/2006 | Shin |
| D532,791 | S | | 11/2006 | Kim |
| D534,143 | S | | 12/2006 | Lheem |
| D535,281 | S | | 1/2007 | Yang |
| D536,691 | S | | 2/2007 | Park |
| D536,962 | S | | 2/2007 | Tanner |
| D538,822 | S | | 3/2007 | Andre et al. |
| D541,298 | S | | 4/2007 | Andre et al. |
| D541,299 | S | | 4/2007 | Andre et al. |
| D541,785 | S | | 5/2007 | Hwang et al. |
| D546,313 | S | | 7/2007 | Lheem |
| D548,732 | S | | 8/2007 | Cebe et al. |
| D548,747 | S | | 8/2007 | Andre et al. |
| D554,098 | S | | 10/2007 | Lee |
| D556,211 | S | | 11/2007 | Howard |
| D557,238 | S | | 12/2007 | Kim |
| 7,303,424 | B2 | | 12/2007 | Tu et al. |
| D558,460 | S | | 1/2008 | Yu et al. |
| D558,756 | S | | 1/2008 | Andre et al. |
| D558,757 | S | | 1/2008 | Andre et al. |
| D558,758 | S | | 1/2008 | Andre et al. |
| D558,792 | S | | 1/2008 | Chigira |
| D559,220 | S | | 1/2008 | Lee et al. |
| D560,192 | S | | 1/2008 | Lee et al. |
| D560,683 | S | | 1/2008 | Lee |
| D560,686 | S | | 1/2008 | Kim |
| D561,153 | S | | 2/2008 | Hong et al. |
| D561,204 | S | | 2/2008 | Toh |
| D561,782 | S | | 2/2008 | Kim |
| D562,285 | S | | 2/2008 | Lim |
| D563,432 | S | | 3/2008 | Kim |
| D563,929 | S | | 3/2008 | Park |
| D568,309 | S | * | 5/2008 | Cebe et al. ................ D14/341 |
| D573,143 | S | * | 7/2008 | Park et al. ................. D14/341 |
| D574,015 | S | * | 7/2008 | Masui ....................... D14/496 |
| 7,409,059 | B2 | * | 8/2008 | Fujisawa ............... 379/433.13 |
| D579,930 | S | * | 11/2008 | Maskatia ................. D14/341 |
| D580,387 | S | | 11/2008 | Andre et al. |
| D581,922 | S | | 12/2008 | Andre et al. |
| D584,738 | S | * | 1/2009 | Kim et al. ................. D14/496 |
| D586,800 | S | * | 2/2009 | Andre et al. .............. D14/341 |
| D589,979 | S | * | 4/2009 | Andre et al. .............. D14/496 |
| 2004/0132499 | A1 | | 7/2004 | Abe |
| 2004/0166907 | A1 | | 8/2004 | Yajima |
| 2004/0223004 | A1 | | 11/2004 | Lincke et al. |
| 2005/0130715 | A1 | | 6/2005 | Fujisawa |
| 2006/0281501 | A1 | | 12/2006 | Zuo et al. |
| 2007/0082718 | A1 | | 4/2007 | Yoon et al. |

| | | | |
|---|---|---|---|
| 2008/0004083 | A1 | * | 1/2008 | Ohki et al. ................ 455/566 |
| 2008/0004085 | A1 | | 1/2008 | Jung et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1159881 | 12/2002 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0422221 | 8/2006 |

### OTHER PUBLICATIONS

U.S. Appl. No. 29/282,832, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,833, Andre et al., Electronic Device, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,187, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,188, Andre et al., Electronic Device, filed Aug. 31, 2007.

U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.

Hilon LG DMB MP3 FM35, posted on Jun. 26, 2006, [online], [retrieved on Dec. 26, 2008]. Retrieved from Internet, <URL:http://hilon.com.cn.autobak/a8810005549>.

eFashion Magazine, 2004, vol. No. 12, p. 60, China.

eFashion Magazine, Jun. 1, 2005, vol. No. 119, p. 45, China.

eFashion Magazine, Apr. 2006, vol. No. 142, p. 26, China.

Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL200730148751.9, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

Notification and Request for Invalidation of Chinese Patent ZL200730148719.0, Patent Reexamination Board of the State of Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.

U.S. Appl. No. 29/306,334, Andre et al., Electronic Device, filed Apr. 7, 2008.

U.S. Appl. No. 29/306,950, Andre et al., Electronic Device, filed Apr. 18, 2008.

U.S. Appl. No. 29/319,239, Andre et al., Electronic Device, filed Jun. 5, 2008.

U.S. Appl. No. 29/319,433, Andre et al., Electronic Device, filed Jun. 9, 2008.

U.S. Appl. No. 29/324,130, Andre et al., Electronic Device, filed Sep. 5, 2008.

U.S. Appl. No. 29/324,137, Andre et al., Electronic Device, filed Sep. 6, 2008.

U.S. Appl. No. 29/324,262, Andre et al., Electronic Device, filed Sep. 9, 2008.

U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.

U.S. Appl. No. 29/319,377, Andre et al., Electronic Device, filed Jun. 6, 2008.

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

APLNDC00032475

## US D618,677 S

Page 3

Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena.com>.

LG DE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL:http://www.gsmarena. com>.

Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet, <URL:http//www.gsmarena.com>.

Tinnos PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL:http//www.mobilewhack. com>.

Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, <URL:http://www.engadget.com>.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032476



FIG. 1

FIG. 2

APLNDC00032477

**U.S. Patent**      Jun. 29, 2010      Sheet 2 of 2      US D618,677 S



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032478

Exhibit 6



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

July 20, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:   *D622,270*
ISSUE DATE:   *August 24, 2010*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**



M. K.  CARTER
Certifying Officer

APLNDC00032001

US00D622270S

# United States Design Patent
(12)

Andre et al.

(10) Patent No.: **US D622,270 S**

(45) Date of Patent: ** **Aug. 24, 2010**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Portola Valley, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Peter Russell-Clarke**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Vincent Keane Seid**, legal representative, Los Gatos, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zorkendorfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/344,620**

(22) Filed: **Oct. 1, 2009**

**Related U.S. Application Data**

(63) Continuation of application No. 29/284,188, filed on Aug. 31, 2007, now Pat. No. Des. 602,486.

(51) **LOC (9) Cl.** ................................................. **14-02**

(52) **U.S. Cl.** ............................................. **D14/341**

(58) Field of Classification Search ........ D14/341–347, D14/137, 138, 138.1, 138 AA, 138 R, 138 AB, D14/18 AC, 138 AD, 138 C, 138 G, 496, D14/203.1, 203.3, 203.4, 203.5, 203.6, 203.7, D14/402–411, 431, 417, 426, 427, 428, 432, D14/429, 129, 130, 420, 439–441, 448, 125, D14/147, 156, 218, 247–248, 250, 389; D10/65, D10/104; D21/324, 329, 330, 331; 455/556.1, 455/556.2, 566, 575.1, 575.3, 575.4, 90.3, 455/6.1; 379/433.04, 433.11, 433.12, 433.13, 379/910, 916, 433.01, 433.06, 433.07; 345/169, 345/901, 905; 361/814; 341/122; 346/173; 273/454–456, 459–461, 153 R, 148 R, 148 B, 273/259, 138.2, 237; 463/1, 46, 47, 47.3; D3/18, 19, 26, 200, 201, 203.1–203.8, 205, D3/207, 212, 218, 226–228, 247, 250, 265, D3/269, 272, 303, 304, 309, 315, 321; D9/700, D9/500, 414, 337; D28/5, 61, 73, 76, 78, D28/83

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D289,873 S | | 5/1987 | Gemmell et al. |
| D306,583 S | * | 3/1990 | Krolopp et al. | ............ | D14/137 |
| D337,569 S | | 7/1993 | Kando |
| D340,917 S | | 11/1993 | Sakaguchi et al. |
| D420,354 S | | 2/2000 | Morales |
| D424,535 S | | 5/2000 | Peltola |
| D456,023 S | | 4/2002 | Andre et al. |
| D489,731 S | | 5/2004 | Huang |
| D498,754 S | | 11/2004 | Blyth |
| D499,423 S | | 12/2004 | Bahroocha et al. |
| D502,173 S | | 2/2005 | Jung et al. |
| D504,889 S | | 5/2005 | Andre et al. |
| D505,950 S | | 6/2005 | Summit et al. |
| D507,003 S | | 7/2005 | Pai et al. |
| D514,121 S | | 1/2006 | Johnson |





Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032002

## US D622,270 S

Page 2

| | | |
|---|---|---|
| D514,590 S | 2/2006 | Naruki |
| D519,116 S | 4/2006 | Tanaka et al. |
| D519,523 S | 4/2006 | Chin et al. |
| D520,020 S | 5/2006 | Senda et al. |
| D528,542 S | 9/2006 | Luminosu et al. |
| D528,561 S | 9/2006 | Ka-Wei et al. |
| D529,045 S | 9/2006 | Shin |
| D532,791 S | 11/2006 | Kim |
| D534,143 S | 12/2006 | Lheem |
| D535,281 S | 1/2007 | Yang |
| D536,691 S | 2/2007 | Park |
| D536,962 S | 2/2007 | Tanner |
| D538,822 S | 3/2007 | Andre et al. |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S | 4/2007 | Andre et al. |
| D546,313 S | 7/2007 | Lheem |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D556,211 S | 11/2007 | Howard |
| D557,238 S | 12/2007 | Kim |
| D558,756 S | 1/2008 | Andre et al. |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S | 1/2008 | Andre et al. |
| D558,792 S | 1/2008 | Chigira |
| D559,250 S | 1/2008 | Lee et al. |
| D560,192 S | 1/2008 | Lee et al. |
| D560,683 S | 1/2008 | Lee |
| D560,686 S | 1/2008 | Kim |
| D561,153 S | 2/2008 | Hong et al. |
| D561,204 S | 2/2008 | Toh |
| D561,782 S | 2/2008 | Kim |
| D562,285 S | 2/2008 | Lim |
| D563,432 S | 3/2008 | Kim |
| D563,929 S | 3/2008 | Park |
| D565,596 S | 4/2008 | Kim |
| D565,599 S | 4/2008 | Jang et al. |
| D569,830 S | 5/2008 | Kwak |
| D570,346 S | 6/2008 | Suk et al. |
| D570,839 S | 6/2008 | Hofer et al. |
| 7,409,059 B2 | 8/2008 | Fujisawa |
| D580,387 S | 11/2008 | Andre et al. |
| D581,922 S | 12/2008 | Andre et al. |
| D586,800 S | 2/2009 | Andre et al. |
| D593,087 S | 5/2009 | Andre et al. |
| D602,014 S | 10/2009 | Andre et al. |
| D602,486 S | 10/2009 | Andre et al. |
| 2006/0281501 A1 | 12/2006 | Zuo et al. |
| 2007/0082718 A1 | 4/2007 | Yoon et al. |
| 2008/0004085 A1 | 1/2008 | Jung et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 000569157-0005 | 5/2006 |
| KR | 30-0452432 | 7/2007 |

### OTHER PUBLICATIONS

Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, http://www.gsmarena.com.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, http://www.gsmarena.com.
LG KE850 Prada, announced Jan. 2007, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet , http://www.gsmarena.com.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet , http://www.gsmarena.com.
Timnex PDA, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, http://www.mobilewhack.com.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 13, 2007]. Retrieved from Internet, http://www.engadget.com.

iPod U2 Special Edition, downloaded from http://ipod.wikia.com/wiki/iPod_U2_Special_Edition, Oct. 2004.
"Apple Introduces the U2 iPod," Apple Corporation press Release, http://www.apple.com/pr/library/2004/oct/26u2ipod.html , Oct. 26, 2004.
U.S. Appl. No. 29/282,831, Andre et al., Electronic Device, filed Jul. 30, 2007.
U.S. Appl. No. 29/284,269, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,271, Andre et al., Electronic Device, filed Sep. 4, 2007.
U.S. Appl. No. 29/284,272, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,276, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,288, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,308, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,310, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/284,312, Andre et al., Electronic Device, filed Sep. 5, 2007.
U.S. Appl. No. 29/345,051, Andre et al., Electronic Device, filed Oct. 8, 2009.
U.S. Appl. No. 29/332,683, Andre et al., Electronic Device, filed Feb. 23, 2009.
U.S. Appl. No. 29/328,018, Andre et al., Electronic Device, filed Nov. 18, 2009.
U.S. Appl. No. 29/336,923, Andre et al., Electronic Device, filed May 12, 2009.
U.S. Appl. No. 29/343,549, Andre et al., Electronic Device, filed Sep. 15, 2009.

* cited by examiner

*Primary Examiner*—Jennifer Rivard
*Assistant Examiner*—Barbara Fox
*(74) Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)                    **CLAIM**

The ornamental design for an electronic device, as shown and described.

### DESCRIPTION

FIG. 1 is a front perspective view of an electronic device showing our new design;

FIG. 2 is a rear perspective thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a left side view thereof;

FIG. 6 is right side view thereof;

FIG. 7 is a top plan view thereof;

FIG. 8 is a bottom plan view thereof; and,

FIG. 9 is an enlarged elevational view of a representative corner of the electronic device.

The broken lines show portions of the electronic device which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032003

**U.S. Patent**     Aug. 24, 2010     Sheet 1 of 5     US D622,270 S



**FIG. 1**



**FIG. 2**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032004





**FIG. 3**                    **FIG. 4**

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032005

FIG. 5

FIG. 6

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032006



# FIG. 7



# FIG. 8

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032007



# FIG. 9

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032008

Exhibit 7



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  D504,889

ISSUE DATE:  May 10, 2005

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office



M.  TARVER

Certifying Officer

US00D504889S

## (12) United States Design Patent

Andre et al.

(10) Patent No.:     **US D504,889 S**

(45) Date of Patent:     ** **May 10, 2005**

(54) **ELECTRONIC DEVICE**

(75) Inventors: **Bartley K. Andre**, Menlo Park, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steve Jobs**, Palo Alto, CA (US); **Shin Nishibori**, San Francisco, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Portola Valley, CA (US); **Eugene Anthony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: **Apple Computer, Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/201,636**

(22) Filed: **Mar. 17, 2004**

(51) LOC (7) Cl. .................................................... **14-02**

(52) U.S. Cl. ............................................... **D14/341**

(58) Field of Search ............................... D14/341–346, D14/374, 424; D19/26, 59, 60; 345/104, 156, 168, 173; 434/307 R, 308, 309, 317; 178/18.03; 349/12

(56) **References Cited**

U.S. PATENT DOCUMENTS

D345,346 S   *   3/1994 Alfonso et al. ............ D14/341

| | | | |
|---|---|---|---|
| D396,452 S | * | 7/1998 | Naruki ....................... D14/424 |
| D451,505 S | * | 12/2001 | Iseki et al. ................. D14/341 |
| D453,333 S | * | 2/2002 | Chen ......................... D14/374 |
| D458,252 S | * | 6/2002 | Palm et al. ................. D14/343 |

OTHER PUBLICATIONS

Andre et al., U.S. Appl. No. 29/180,558 entitled "Electronic Device", filed Mar. 17, 2004.
"HP Compaq Tablet PC tc1100", downloaded Aug. 27, 2004.
"Tablet PC V1100", downloaded Aug. 27, 2004.
"ViewPad 1000", downloaded Aug. 27, 2004.

* cited by examiner

Primary Examiner—Freda S. Nunn
(74) Attorney, Agent, or Firm—Beyer Weaver & Thomas, LLP

(57) **CLAIM**

We claim the ornamental design for an electronic device, substantially as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of an electronic device in accordance with the present design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is an upper side view thereof;
FIG. **8** is a lower side view thereof; and,
FIG. **9** is an exemplary diagram of the use of the electronic device thereof the broken lines being shown for illustrative puposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



APLNDC00032468

U.S. Patent          May 10, 2005          Sheet 1 of 4          US D504,889 S



FIG. 1

FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032469

U.S. Patent          May 10, 2005     Sheet 2 of 4          US D504,889 S



FIG. 3



FIG. 4

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00032470

**U.S. Patent**      May 10, 2005      Sheet 3 of 4      US D504,889 S



## FIG. 5



## FIG. 6



## FIG. 7



## FIG. 8

Copy provided by USPTO from the PIRS Image Database on 07/14/2011



*FIG. 9*

APLNDC00032472

Exhibit 8



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**

April 26, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *D627,790*
ISSUE DATE:  *November 23, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P.  SWAIN
Certifying Officer

APLNDC00032009

US00D627790S

(12) **United States Design Patent**
Chaudhri

(10) Patent No.:     **US D627,790 S**
(45) Date of Patent:    ** Nov. 23, 2010

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventor: **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/283,056**

(22) Filed: **Aug. 20, 2007**

### Related U.S. Application Data

(63) Continuation of application No. 29/281,695, filed on Jun. 28, 2007, which is a continuation-in-part of application No. 29/281,507, filed on Jun. 25, 2007, now Pat. No. Des. 608,366, which is a continuation-in-part of application No. 29/281,460, filed on Jun. 23, 2007, now Pat. No. Des. 604,305.

(51) LOC (9) Cl. ............................................ 14-04
(52) U.S. Cl. .................................................. D14/486
(58) Field of Classification Search ......... D14/485-495; D18/24-33; D19/6, 52, 9, 10; D20/11; D21/324-33; 715/700-867, 974-77
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,736,199 A | * | 4/1988 | Chadwick et al. | ........... 715/781 |
| D295,877 S | | 5/1988 | Wells-Papanek et al. | |
| 5,214,786 A | | 5/1993 | Franklin et al. | |
| 5,345,552 A | * | 9/1994 | Brown | ............... 715/784 |
| 5,555,364 A | | 9/1996 | Goldstein | |
| 5,642,490 A | * | 6/1997 | Morgan et al. | ........... 715/762 |
| 5,712,995 A | * | 1/1998 | Cohn | ............... 715/792 |
| D390,548 S | | 2/1998 | Mackaway et al. | |
| D393,266 S | | 3/1998 | Snyder et al. | |
| 5,995,103 A | | 11/1999 | Ashe | |
| D418,826 S | | 1/2000 | Pavely et al. | |
| D420,993 S | | 2/2000 | Decker | |

| | | | | |
|---|---|---|---|---|
| D438,213 S | | 2/2001 | Herpel et al. | |
| D441,763 S | | 5/2001 | Kahn et al. | |
| 6,229,532 B1 | * | 5/2001 | Fujii | ............... 715-733 |
| D445,438 S | | 7/2001 | Pattenden | |
| D462,076 S | | 8/2002 | Robbin et al. | |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | D1235127 | 4/2005 |

#### OTHER PUBLICATIONS

"PDAs with a built-in wireless LAN, using the Nursing Support System", Casio News Release, http://www.casio.co.jp/release/2003/ ans.html, dated Jan. 28, 2003.

(Continued)

*Primary Examiner* — Melanie H Tung
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox PLLC

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described.

**DESCRIPTION**

The FIGURE is a front view of a graphical user interface for a display screen or portion thereof showing my new design.

The broken lines of the display screen or portion thereof and other elements form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



APLNDC00032010

**US D627,790 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,452,608 B1 * | 9/2002 | Goken | 715/716 |
| 6,498,612 B1 * | 12/2002 | Brown et al. | 715/762 |
| D472,244 S | 3/2003 | Wasko | |
| 6,538,670 B1 * | 3/2003 | Kida | 715/767 |
| 6,731,316 B1 | 5/2004 | Hengstad et al. | |
| 6,798,630 B1 * | 9/2004 | Del Vecchio et al. | 361/97 |
| 6,807,557 B1 * | 10/2004 | Novaes et al. | 709/201 |
| D507,577 S | 7/2005 | Totten et al | |
| 6,983,424 B1 | 1/2006 | Dutta | |
| 7,020,838 B2 * | 3/2006 | Rosenzweig et al | 715/855 |
| 7,058,902 B2 * | 6/2006 | Iwema et al | 715/810 |
| 7,075,512 B1 * | 7/2006 | Fabre et al | 345/156 |
| 7,107,549 B2 | 9/2006 | Deaton et al | |
| 7,185,289 B1 * | 2/2007 | Emra | 715/810 |
| D540,340 S | 4/2007 | Cummins | |
| D544,875 S | 6/2007 | Wang et al. | |
| D548,249 S | 8/2007 | Rimas-Ribikauskas et al | |
| D552,620 S | 10/2007 | Sato et al. | |
| D555,660 S | 11/2007 | Noviello et al | |
| D559,261 S | 1/2008 | Jung et al. | |
| D564,540 S | 3/2008 | Kim et al | |
| D565,586 S | 4/2008 | Shin et al. | |
| D565,588 S | 4/2008 | Sherry | |
| D568,900 S | 5/2008 | Seo et al | |
| D569,383 S | 5/2008 | Jung et al | |
| D570,358 S | 6/2008 | Anastasopoulos et al | |
| D574,009 S | 7/2008 | DelPonte | |
| D574,388 S | 8/2008 | Armendariz et al. | |
| D576,171 S | 9/2008 | Armendariz et al. | |
| D579,486 S | 10/2008 | Chen et al. | |
| D579,946 S | 11/2008 | Lee et al | |
| D580,949 S | 11/2008 | Durante | |
| D581,424 S | 11/2008 | Hong | |
| D585,075 S | 1/2009 | Hyut et al. | |
| 7,482,467 B1 * | 2/2009 | Kawahana et al | 715/810 |
| D587,720 S | 3/2009 | Noviello et al | |
| 7,552,401 B2 * | 6/2009 | Guido et al. | 715/848 |
| 7,574,666 B2 * | 8/2009 | Miyamoto | 715/769 |
| 7,587,680 B2 * | 9/2009 | Wada | 715/804 |
| 7,600,192 B1 * | 10/2009 | Hashimoto et al. | 715/802 |
| 7,643,036 B1 * | 1/2010 | Rees | 345/594 |
| 7,693,882 B2 * | 1/2010 | Horenkamp et al. | 715/821 |

## OTHER PUBLICATIONS

U.S. Appl. No. 29/281,460, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 23, 2007.

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

U.S. Appl. No. 29/281,695, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.

U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 10, 2007.

U.S. Appl. No. 29/282,848, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 8, 2008.

U.S. Appl. No. 29/302,063, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 9, 2008.

U.S. Appl. No. 29/302,217, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 11, 2008.

U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 16, 2008.

U.S. Appl. No. 29/304,584, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Mar. 4, 2008.

U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 20, 2008.

U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 8, 2008.

U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/321,374, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 18, 2008.

U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.

U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.

U.S. Appl. No. 29/333,233, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.

U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interfaces and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.

U.S. Appl. No. 29/335,382, Sepulveda et al., and Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

* cited by examiner

APLNDC00003201

**U.S. Patent**          Nov. 23, 2010          US D627,790 S



FIGURE

Copy provided by USPTO from the PIRS Image Database on 04/25/2011

APLNDC00032012

Exhibit 9



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

July 19, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D604,305*
ISSUE DATE: *November 17, 2009*

By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**M. TARVER**
**Certifying Officer**

APLNDC00030421



US00D604305S

(12) **United States Design Patent**

Anzures et al.

(10) Patent No.: **US D604,305 S**

(45) Date of Patent: ** ***Nov. 17, 2009**

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventors: **Freddy Anzures**, San Francisco, CA (US); **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/281,460**

(22) Filed: **Jun. 23, 2007**

(51) **LOC (9) Cl.** ................................................. **32-00**

(52) **U.S. Cl.** ................................................. **D14/486**

(58) **Field of Classification Search** .......... D14/485–95; D18/24–33; D19/6, 52; D20/11; D21/324–33; 715/700–867, 973–77

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D295,877 | S | 5/1988 | Wells-Papanek et al. |
| 5,214,756 | A | 5/1993 | Franklin et al. |
| 5,555,364 | A | 9/1996 | Goldstein |
| D390,548 | S | 2/1998 | Maekawa et al. |
| D392,266 | S | 3/1998 | Snyder et al. |
| D418,826 | S | 1/2000 | Pavely et al. |
| D420,993 | S | 2/2000 | Decker |
| D438,213 | S | 2/2001 | Herget et al. |
| D441,763 | S | 5/2001 | Kahn et al. |
| D445,428 | S | 7/2001 | Pattenden |
| D462,076 | S | 8/2002 | Robbin et al. |
| D472,244 | S | 3/2003 | Wasko |
| 6,731,316 | B2 | 5/2004 | Herigstad et al. |
| D507,577 | S | * 7/2005 | Totten et al. ............... D14/486 |
| 6,983,424 | B1 | 1/2006 | Dutta |
| D540,340 | S | * 4/2007 | Cummins ............... D14/486 |
| D544,875 | S | 6/2007 | Wang et al. |
| D548,239 | S | 8/2007 | Rimas-Ribikauskas et al. ............... D14/485 |
| D552,620 | S | * 10/2007 | Sato et al. ............... D14/486 |
| D555,660 | S | * 11/2007 | Noviello et al. ............ D14/485 |
| D559,261 | S | * 1/2008 | Jung et al. ............... D14/486 |
| D564,530 | S | * 3/2008 | Kim et al. ............... D14/486 |
| D565,586 | S | 4/2008 | Shin et al. |

| | | | |
|---|---|---|---|
| D565,588 | S | 4/2008 | Sherry |
| D567,171 | S | * 4/2008 | Yu et al. .................... D13/110 |
| D568,900 | S | 5/2008 | Seo et al. |
| D569,383 | S | 5/2008 | Jung et al. |
| D574,009 | S | 7/2008 | DelPonte |
| D574,388 | S | * 8/2008 | Armendariz et al. ... D14/486 |
| D574,391 | S | * 8/2008 | Kwag ........................ D14/486 |
| D576,171 | S | 9/2008 | Armendariz et al. |
| D579,946 | S | 11/2008 | Lee et al. |
| D580,949 | S | 11/2008 | Durarte |
| D581,424 | S | 11/2008 | Hong |
| D585,075 | S | 1/2009 | Flynt et al. |
| D587,720 | S | * 3/2009 | Noviello et al. ............ D14/485 |

FOREIGN PATENT DOCUMENTS

JP        D1235127        4/2005

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

(Continued)

*Primary Examiner*—Melanie H Tung

(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described.

**DESCRIPTION**

The patent file contains at least one drawing executed in color. Copies of this patent with a color drawing will be provided by the Office upon request and payment of the necessary fee.

FIG. 1 is a front view of a graphical user interface for a display screen or portion thereof showing our new design; and,

FIG. 2 is a front view of a second embodiment thereof.

The broken line showing of a display screen in both views forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**
**(1 of 2 Drawing Sheet(s) Filed in Color)**



APLNDC00030422

**US D604,305 S**
Page 2

### OTHER PUBLICATIONS

U.S. Appl. No. 29/281,695, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.

U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.

U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.

U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 8, 2008.

U.S. Appl. No. 29/302,063, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Jan. 9, 2008.

U.S. Appl. No. 29/302,217, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Jan. 11, 2008.

U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 16, 2008.

U.S. Appl. No. 29/304,584, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof; filed Mar. 4, 2008.

U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed May 20, 2008.

U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 8, 2008.

U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/321,374, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 15, 2008.

U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.

U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.

U.S. Appl. No. 29/333,233 Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.

U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interfaces and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.

U.S. Appl. No. 29/335,282, Sepulveda et al., and Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

* cited by examiner



# FIG. 1

APLNDC00030424



# FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

Exhibit 10



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 20, 2011

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *D617,334*
ISSUE DATE: *June 08, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

US00D617334S

(12) **United States Design Patent**
Chaudhri

(10) Patent No.: **US D617,334 S**
(45) Date of Patent: ★★ **Jun. 8, 2010**

(54) **GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF**

(75) Inventor: **Imran Chaudhri**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/321,374**

(22) Filed: **Jul. 15, 2008**

(51) LOC (9) Cl. ................................................ **14-04**
(52) U.S. Cl. ................................................... **D14/486**
(58) Field of Classification Search ......... D14/485–95;
D18/24–33; D19/6, 52, 9, 10; D20/11; D21/324–33;
715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D277,113 S    1/1985   Gordon
D295,877 S    5/1988   Wells-Papanek et al.

(Continued)

FOREIGN PATENT DOCUMENTS

JP    D1235127    4/2005

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,460, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 23, 2007.

(Continued)

Primary Examiner—Melanie H Tung
(74) Attorney, Agent, or Firm—Sterne, Kessler, Goldstein & Fox PLLC

(57)                **CLAIM**

The ornamental design for a graphical user interface for a display screen or a portion thereof, as shown and described.

**DESCRIPTION**

FIG. 1 is a front view of a graphical user interface for a display screen or portion thereof showing our new design;

FIG. 2 is a front view of a second embodiment thereof;

FIG. 3 is a front view of a third embodiment thereof;

FIG. 4 is a front view of a fourth embodiment thereof;

FIG. 5 is a front view of a fifth embodiment thereof;

FIG. 6 is a front view of a sixth embodiment thereof;

FIG. 7 is a front view of a seventh embodiment thereof; and,

FIG. 8 is a front view of an eighth embodiment thereof.

The broken line showing of the display screen or portion thereof in all views is not part of the claimed design.

The AT&T trademark in the upper left corner of the Figure is the property of AT&T Intellectual Property II, L.P. The You-Tube trademark on the left hand side of the Figures is the property of Google Inc. The iTunes trademark on the left hand side of the Figures is the property of Apple Inc. The App Store trademark on the bottom of the Figures is the property of Apple Inc. The Safari trademark on the bottom of the Figures is the property of Apple Inc. The iPod trademark on the bottom right corner of the Figures is the property of Apple Inc. Trademarks are the property of their respective owners.

**1 Claim, 8 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030410

# US D617,334 S
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,214,756 | A | 5/1993 | Franklin et al. |
| 5,555,364 | A | 9/1996 | Goldstein |
| D385,870 | S | 11/1997 | Thomas |
| D386,487 | S | 11/1997 | Thomas |
| D390,548 | S | 2/1998 | Maekawa et al. |
| D392,266 | S | 3/1998 | Snyder et al. |
| 5,995,103 | A | 11/1999 | Ashe |
| D418,826 | S | 1/2000 | Pavely et al. |
| D420,993 | S | 2/2000 | Decker |
| D438,213 | S | 2/2001 | Herget et al. |
| D441,763 | S | 5/2001 | Kahn et al. |
| D445,428 | S | 7/2001 | Pattenden |
| D462,076 | S | 8/2002 | Robbin et al. |
| D468,748 | S | 1/2003 | Inagaki |
| D472,244 | S | 3/2003 | Wasko |
| 6,731,316 | B2 | 5/2004 | Herigstad et al. |
| D497,367 | S | 10/2004 | Wasko et al. |
| D507,577 | S | 7/2005 | Totten et al. |
| D511,525 | S | 11/2005 | Hernandez et al. |
| D511,526 | S | 11/2005 | Totten et al. |
| 6,983,424 | B1 | 1/2006 | Dutta |
| D517,087 | S * | 3/2006 | Saods ........................ D14/488 |
| D523,441 | S | 6/2006 | Sapp et al. |
| D525,981 | S | 8/2006 | Hally et al. |
| D540,340 | S | 4/2007 | Cummins |
| D544,875 | S | 6/2007 | Wang et al. |
| D547,769 | S | 7/2007 | Griffith |
| D548,239 | S | 8/2007 | Rimas-Ribikauskas et al. |
| D549,726 | S | 8/2007 | Van Dongen et al. |
| D552,620 | S * | 10/2007 | Sato et al. .................. D14/486 |
| D553,638 | S * | 10/2007 | Kim et al. .................. D14/486 |
| D554,656 | S * | 11/2007 | Seo et al. .................. D14/486 |
| D554,658 | S * | 11/2007 | Park et al. .................. D14/486 |
| D559,261 | S * | 1/2008 | Jung et al. .................. D14/486 |
| D560,680 | S | 1/2008 | Armendariz |
| D563,985 | S | 3/2008 | Iewitt et al. |
| D564,530 | S * | 3/2008 | Kim et al. .................. D14/486 |
| D565,586 | S | 4/2008 | Shin et al. |
| D565,588 | S | 4/2008 | Sherry |
| D566,126 | S * | 4/2008 | Park et al. .................. D14/486 |
| D568,893 | S * | 5/2008 | Choi .......................... D14/486 |
| D568,900 | S | 5/2008 | Seo et al. |
| D570,358 | S | 6/2008 | Anastasopoulos et al. |
| D573,152 | S * | 7/2008 | Jasinski .................. D14/485 |
| D574,388 | S | 8/2008 | Armendariz et al. |
| D574,846 | S | 8/2008 | O'Donnell et al. |
| D576,171 | S | 9/2008 | Armendariz et al. |
| D577,738 | S * | 9/2008 | Kwag ........................ D14/486 |
| D579,456 | S | 10/2008 | Chen et al. |
| D579,946 | S * | 11/2008 | Lee et al. .................. D14/486 |
| D580,949 | S | 11/2008 | Duarte |
| D581,424 | S * | 11/2008 | Hong ........................ D14/486 |
| D581,940 | S * | 12/2008 | Van Dongen .............. D14/486 |
| D582,427 | S | 12/2008 | Neuhaus |
| D585,075 | S | 1/2009 | Flynt et al. |
| D586,359 | S | 2/2009 | Makoski et al. |
| D587,720 | S | 3/2009 | Noviello et al. |
| D587,723 | S * | 3/2009 | Lee .......................... D14/486 |
| D588,150 | S | 3/2009 | Stone et al. |
| D589,050 | S * | 3/2009 | Ha et al. .................. D14/486 |
| D589,521 | S * | 3/2009 | Napier et al. .............. D14/486 |
| D599,811 | S * | 9/2009 | Watanabe et al. .......... D14/486 |
| 2005/0050474 | A1 * | 3/2005 | Bells et al. .............. 715/747 |
| 2008/0189668 | A1 * | 8/2008 | Jeong et al. .............. 715/810 |
| 2009/0064038 | A1 * | 3/2009 | Fleischman et al. ........ 715/810 |

## OTHER PUBLICATIONS

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

U.S. Appl. No. 29/281,695, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof (as amended) filed Jun. 28, 2007.

U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.

U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof.

U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,843, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,841, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interfaces, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.

U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.

U.S. Appl. No. 29/284,263, Bull, et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.

U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of a Display Screen, filed Jan. 8, 2008.

U.S. Appl. No. 29/302,063, Matas, Graphical User Interface for a Display Screen or Portion Thereof, filed Jan. 9, 2008.

U.S. Appl. No. 29/302,217, LeMay, Graphical User Interface for a Display Screen or Portion Thereof, filed Jan. 11, 2008.

U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image For A Portion of Display Screen, filed Jan. 16, 2008.

U.S. Appl. No. 29/304,584, Sepulveda, Graphical User Interface for a Display Screen or Portion Thereof, filed Mar. 4, 2008.

U.S. Appl. No. 29/335,282, Sepulveda, Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 6, 2008.

U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 20, 2008.

U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,434, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 9, 2008.

U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 8, 2008.

U.S. Appl. No. 29/324,194, Evans et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,195, Chaudhri et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,196, Chaudhri et al., Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Sep. 8, 2008.

U.S. Appl. No. 29/324,935, Anzures et al., Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Sep. 23, 2008.

U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.

U.S. Appl. No. 29/325,998, Anzures, Graphical User Interface for a Display Screen or Portion Thereof, filed Oct. 9, 2008.

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030411

# US D617,334 S
Page 3

U.S. Appl. No. 29/333,233 Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.

U.S. Appl. No. 29/333,559, Animated Image, Graphical User Interface and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

U.S. Appl. No. 29/333,867, Animated Image, Graphical User Interface and Icon for a Display Screen or Portion Thereof, filed Mar. 16, 2009.

U.S. Appl. No. 29/335,282, Sepulveda et al., Icon for a Display Screen or Portion Thereof, filed Apr. 13, 2009.

"PDAs with a built-in wireless LAN, using the Nursing Support System", *Casio News Release*, http://www.casio.co.jp/release/2003/nns.html, dated Jan. 28, 2003.

Symbol Sourcebook, Henry Dreyfuss, Van Nostrand Reinhold, pp. 213-214, copyright 1972.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030412



# FIG. 1

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030413



# FIG. 2

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030414

U.S. Patent     Jun. 8, 2010     Sheet 3 of 8     US D617,334 S



# FIG. 3

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030415



# FIG. 4

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030416



# FIG. 5

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030417



# FIG. 6

APLNDC00030418



FIG. 7

APLNDC00030419

Case 5:11-cv-01846-LHK   Document 1374-1   Filed 07/26/12   Page 120 of 139



# FIG. 8

Copy provided by USPTO from the PIRS Image Database on 07/14/2011

APLNDC00030420

Exhibit 11



7293463

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 02, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,470,983* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 22, 2008*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

P. SWAIN

Certifying Officer

APLNDC-Y0000182302

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,470,983**
**Registered July 22, 2008**

## United States Patent and Trademark Office

### TRADEMARK
### PRINCIPAL REGISTER

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HANDHELD COMPUTER, PERSONAL DIGITAL ASSISTANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELECTRONIC CALENDAR, CALCULATOR, AND CAMERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SMS", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLACK, BLUE, BROWN, BROWN-GRAY, GRAY-GREEN, GREEN, ORANGE, RED, SILVER, TAN, WHITE AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURATION OF A RECTANGULAR HANDHELD MOBILE DIGITAL ELECTRONIC DEVICE WITH ROUNDED SILVER EDGES, A BLACK FACE, AND AN ARRAY OF 16 SQUARE ICONS WITH ROUNDED EDGES. THE TOP 12 ICONS APPEAR ON A BLACK BACKGROUND, AND THE BOTTOM 4 APPEAR ON A SILVER BACKGROUND. THE FIRST ICON DEPICTS THE LETTERS "SMS" IN GREEN INSIDE A WHITE SPEECH BUBBLE ON A GREEN BACKGROUND; THE SECOND ICON IS WHITE WITH A THIN RED STRIPE AT THE TOP; THE THIRD ICON DEPICTS A SUNFLOWER WITH YELLOW PETALS, A BROWN CENTER, AND A GREEN STEM IN FRONT OF A BLUE SKY; THE FOURTH ICON DEPICTS A CAMERA LENS WITH A BLACK BARREL AND BLUE GLASS ON A SILVER BACKGROUND; THE FIFTH ICON DEPICTS A TAN TELEVISION CONSOLE WITH BROWN KNOBS AND A GRAY-GREEN SCREEN; THE SIXTH ICON DEPICTS A WHITE GRAPH LINE ON A BLUE BACKGROUND; THE SEVENTH ICON DEPICTS A MAP WITH YELLOW AND ORANGE ROADS, A PIN WITH A RED HEAD, AND A RED-AND- BLUE ROAD SIGN WITH THE NUMERAL "280" IN WHITE; THE EIGHTH ICON DEPICTS AN ORANGE SUN ON A BLUE BACKGROUND, WITH THE TEMPERATURE IN WHITE; THE NINTH ICON DEPICTS A WHITE CLOCK WITH BLACK AND RED HANDS AND NUMERALS ON A BLACK BACKGROUND; THE TENTH ICON DEPICTS THREE BROWN-GRAY CIRCLES AND ONE ORANGE CIRCLE ON A BLACK BACKGROUND WITH A WHITE BORDER, WITH THE MATHEMATICAL SYMBOLS FOR ADDITION, SUBTRACTION, MULTIPLICATION, AND THE EQUAL SIGN DISPLAYED IN WHITE ON THE CIRCLES; THE ELEVENTH ICON DEPICTS A PORTION OF A YELLOW NOTEPAD WITH BLUE AND RED RULING, WITH BROWN BINDING AT THE TOP; THE TWELFTH ICON DEPICTS THREE SILVER GEARS OVER A THATCHED BLACK-AND-SILVER BACKGROUND; THE THIRTEENTH ICON DEPICTS A WHITE TELEPHONE RECEIVER AGAINST A GREEN BACKGROUND; THE FOURTEENTH ICON DEPICTS A WHITE ENVELOPE OVER A BLUE SKY

WITH WHITE CLOUDS; THE FIFTEENTH ICON DEPICTS A WHITE COMPASS WITH A WHITE-AND-RED NEEDLE OVER A BLUE MAP; THE SIXTEENTH ICON DEPICTS THE DISTINCTIVE CONFIGURATION OF APPLICANT'S MEDIA PLAYER DEVICE IN WHITE OVER AN ORANGE BACKGROUND.

SEC. 2(F).

SER. NO. 77-303,282, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY

APLNDC-Y0000182304

Exhibit 12



7293463

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

**May 04, 2011**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,457,218* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *July 01, 2008*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**M. TARVER**
Certifying Officer



APLNDC-Y0000182305

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,457,218
Registered July 1, 2008

## TRADEMARK
## PRINCIPAL REGISTER



APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP, MS: 3TM
CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRO-
NIC DEVICES COMPRISED OF A MOBILE PHONE,
DIGITAL AUDIO AND VIDEO PLAYER, HAND-
HELD COMPUTER, PERSONAL DIGITAL ASSIS-
TANT, ELECTRONIC PERSONAL ORGANIZER,
POCKET COMPUTER FOR NOTE-TAKING, ELEC-
TRONIC CALENDAR, CALCULATOR, AND CAM-
ERA, AND CAPABLE OF PROVIDING ACCESS TO
THE INTERNET AND SENDING AND RECEIVING
ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO,
TEXT, IMAGES, GRAPHICS AND MULTIMEDIA
FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2007; IN COMMERCE 6-29-2007.

THE MARK CONSISTS OF THE CONFIGURA-
TION OF A RECTANGULAR HANDHELD MOBILE
DIGITAL ELECTRONIC DEVICE WITH ROUNDED
CORNERS. THE MATTER SHOWN IN BROKEN
LINES IS NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-303,256, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY

APLNDC-Y0000182306

Exhibit 13



7293463

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

May 09, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,475,327 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 29, 2008*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**

**T. WALLACE**

**Certifying Officer**



APLNDC-Y0000182307

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

# United States Patent and Trademark Office

Reg. No. 3,475,327
Registered July 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER



APPLE, INC. (CALIFORNIA CORPORATION)

1 INFINITE LOOP

CUPERTINO, CA 95014

FOR: HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF A MOBILE PHONE, DIGITAL AUDIO AND VIDEO PLAYER, HANDHELD COMPUTER, PERSONAL DIGITAL ASSISTANT, ELECTRONIC PERSONAL ORGANIZER, POCKET COMPUTER FOR NOTE-TAKING, ELECTRONIC CALENDAR, CALCULATOR, AND CAMERA, AND CAPABLE OF PROVIDING ACCESS TO THE INTERNET AND SENDING AND RECEIVING ELECTRONIC MAIL, DIGITAL AUDIO, VIDEO, TEXT, IMAGES, GRAPHICS AND MULTIMEDIA FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2007; IN COMMERCE 6-29-2007.

THE COLOR(S) GRAY, SILVER AND BLACK IS/ ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE CONFIGURATION OF A HANDHELD MOBILE DIGITAL ELECTRONIC DEVICE. THE MATERIAL SHOWN IN DOTTED LINES, NAMELY, THE BUTTONS AND OPENINGS ON THE DEVICE SHOW THE POSITION OF THE MARK IN RELATION TO THE DEVICE AND ARE NOT CONSIDERED A PART OF THE MARK. THE COLOR GRAY APPEARS AS A RECTANGLE AT THE FRONT, CENTER OF THE DEVICE. THE COLOR BLACK APPEARS ON THE FRONT OF THE DEVICE ABOVE AND BELOW THE GRAY RECTANGLE AND ON THE CURVED CORNERS OF THE DEVICE. THE COLOR SILVER APPEARS AS THE OUTER BORDER AND SIDES OF THE DEVICE. THE COLOR WHITE IS SHOWN SOLELY TO IDENTIFY PLACEMENT OF THE MARK AND IS NOT CLAIMED AS A PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-303,049, FILED 10-12-2007.

SKYE YOUNG, EXAMINING ATTORNEY

APLNDC-Y0000182308

Exhibit 14



7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

April 28, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,886,196* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 07, 2010*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**W. MONTGOMERY**
**Certifying Officer**

APLNDC-Y0000182288

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,886,196**

**Registered Dec. 7, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: TELEPHONY SOFTWARE, NAMELY, COMPUTER SOFTWARE FOR MAKING, MANAGING, AND RECEIVING PHONE CALLS, AND FOR REVIEWING, MANAGING, AND PLAYING ELECTRONIC VOICE MESSAGES , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) GREEN, LIGHT GREEN, DARK GREEN AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED WHITE TELEPHONE RECEIVER AGAINST A STRIPED GREEN AND DARK GREEN BACKGROUND. A SHADE OF LIGHT GREEN COVERS THE UPPER HALF OF THE RECTANGLE DESIGN.

SER. NO. 85-019,804, FILED 4-21-2010.

ANDREW RHIM, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

APLNDC-Y0000182289

Exhibit 15

7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**April 28, 2011**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,889,642* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 14, 2010*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**W. MONTGOMERY**
**Certifying Officer**

APLNDC-Y0000182290

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,889,642**

**Registered Dec. 14, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: TEXT AND MULTIMEDIA MESSAGING SOFTWARE, NAMELY, SOFTWARE FOR PROCESSING IMAGES, GRAPHICS AND TEXT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) WHITE, GREEN, DARK GREEN AND LIGHT GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED SPEECH BUBBLE ON A DIAGONAL STRIPED BACKGROUND. THE COLOR WHITE APPEARS IN THE SPEECH BUBBLE DESIGN; THE COLORS GREEN AND DARK GREEN APPEAR IN THE DIAGONAL STRIPES IN THE BACKGROUND OF THE RECTANGLE DESIGN; AND THE COLOR LIGHT GREEN APPEARS IN THE UPPER HALF OF THE RECTANGLE DESIGN.

SER. NO. 85-018,959, FILED 4-21-2010.

ANDREW RHIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

APLNDC-Y0000182291

Exhibit 16

7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**April 28, 2011**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,886,200* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 07, 2010*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
**Under Secretary of Commerce for Intellectual Property**
**and Director of the United States Patent and Trademark Office**

*W. Montgomery*

**W. MONTGOMERY**

**Certifying Officer**

APLNDC-Y0000182292

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,886,200**

**Registered Dec. 7, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR ORGANIZING, STORING, SHARING, AND VIEWING IMAGES, SOLD AS A FEATURE OF COMPUTERS AND HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND ELECTRONIC PERSONAL ORGANIZERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) YELLOW, BLUE, GREEN, BROWN, BLACK, GRAY AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A GRAY, WHITE, AND BLUE RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED FLOWER IN THE COLORS GREEN, YELLOW, BROWN, BLACK, WHITE AND GRAY.

SER. NO. 85-019,831, FILED 4-21-2010.

JAMES MACFARLANE, EXAMINING ATTORNEY



David J. Kppos

Director of the United States Patent and Trademark Office