Exhibit 17

7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 28, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,889,685*  IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 14, 2010*

SAID RECORDS SHOW TITLE TO BE IN:
  *APPLE INC.*
  *A CALIFORNIA CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N.  WILLIAMS

Certifying Officer

APLNDC-Y0000182294

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,889,685**

**Registered Dec. 14, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR MANAGING USER SYSTEM SETTINGS AND PREFER-
ENCES SOLD AS A FEATURE OF COMPUTERS AND HAND-HELD MOBILE DIGITAL
DEVICES COMPRISED OF MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS,
HAND-HELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND ELECTRONIC
PERSONAL ORGANIZERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NOS. 3,470,983 AND 3,586,577.

THE COLOR(S) GRAY, WHITE, SILVER AND BLACK IS/ARE CLAIMED AS A FEATURE
OF THE MARK.

THE MARK CONSISTS OF PARTIAL IMAGES OF THREE GEARS SHOWN IN GRAY, WHITE
AND SILVER, ON A BACKGROUND OF GRAY WITH BLACK DOTS, ALL CONTAINED
WITHIN A RECTANGULAR GREY AND WHITE FRAME WITH ROUNDED CORNERS.

SER. NO. 85-020,006, FILED 4-21-2010.

FRED CARL, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

APLNDC-Y0000182295

Exhibit 18

7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 27, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,886,169* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 07, 2010*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**P. R. GRANT**

Certifying Officer

APLNDC-Y0000182296

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,886,169**

**Registered Dec. 7, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR COMPOSING, READING, SEARCHING, SHARING AND SYNCING TEXT FILES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-29-2007; IN COMMERCE 6-29-2007.

OWNER OF U.S. REG. NO. 3,470,983.

THE COLOR(S) YELLOW, BROWN AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED CROSS-SECTION OF A PAGE OF NOTEBOOK PAPER. THE COLOR YELLOW APPEARS IN THE NOTEBOOK PAPER; THE COLOR BROWN APPEARS AT THE TOP ABOVE THE NOTEBOOK PAPER AND IN THE VERTICAL LINES ON THE LEFT SIDE OF THE NOTEBOOK PAPER; AND THE COLOR GRAY APPEARS IN THE HORIZONTAL LINES ACROSS THE NOTEBOOK PAPER.

SER. NO. 85-019,396, FILED 4-21-2010.

ANDREW RHIM, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

Exhibit 19



7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 28, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,886,197* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 07, 2010*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

APLNDC-Y0000182298

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,886,197**

**Registered Dec. 7, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

APPLE INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR CONTACT INFORMATION MANAGEMENT SOLD AS A FEATURE OF COMPUTERS AND HANDHELD MOBILE DIGITAL ELECTRONIC DEVICES COMPRISED OF MOBILE PHONES, DIGITAL AUDIO AND VIDEO PLAYERS, HANDHELD COMPUTERS, PERSONAL DIGITAL ASSISTANTS, AND ELECTRONIC PERSONAL OR-GANIZERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-19-2009; IN COMMERCE 6-19-2009.

OWNER OF U.S. REG. NOS. 3,462,199, 3,462,224, AND 3,470,983.

THE COLOR(S) BROWN, WHITE AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BROWN RECTANGLE WITH ROUNDED CORNERS DEPICTING A STYLIZED WIRE-BOUND BOOK WITH THE SILHOUETTE OF A MAN IN THE MIDDLE. THE WIRE BINDING APPEARS IN WHITE AND GRAY. THERE ARE BROWN TABS ON THE RIGHT OF THE BOOK WITH THE LETTERS "ABCDEF" IN GRAY AND WHITE.

SER. NO. 85-019,809, FILED 4-21-2010.

JAMES MACFARLANE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

APLNDC-Y0000182299

Exhibit 20

7293220

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 28, 2011

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,935,038*  IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *March 22, 2005*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *APPLE INC.*
  *A CALIFORNIA CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

APLNDC-Y0000182300

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,935,038

United States Patent and Trademark Office   Registered Mar. 22, 2005

## TRADEMARK
## PRINCIPAL REGISTER



APPLE COMPUTER, INC. (CALIFORNIA CORPORATION)
1 INFINITE LOOP
CUPERTINO, CA 95014

FOR: COMPUTER SOFTWARE FOR USE IN PURCHASING, AUTHORING, DOWNLOADING, TRANSMITTING, RECEIVING, EDITING, EXTRACTING, ENCODING, DECODING, PLAYING, STORING AND ORGANIZING AUDIO DATA , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-9-2001; IN COMMERCE 1-9-2001.

THE MARK CONSISTS OF A DESIGN OF A COMPACT DISC WITH TWO MUSICAL NOTES.

SER. NO. 78-382,867, FILED 3-11-2004.

HENRY S. ZAK, EXAMINING ATTORNEY

APLNDC-Y0000182301

Exhibit 21



7293220

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

**April 27, 2011**

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:**

**TRADEMARK APPLICATION:** *85/041,463*
**FILING DATE:** *May 18, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



**M. K. CARTER**
Certifying Officer

APLNDC-Y0000183090

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85041463**
**Filing Date: 05/18/2010**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85041463 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT10\IMAGEOUT 10\850\414\85041463\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) purple and white is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a rectangle with rounded corners depicting a stylized musical note in a white circle on a purple background. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 941 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Apple Inc. |
| *STREET | 1 Infinite Loop |
| *CITY | Cupertino |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 95014 |

Copy provided by USPTO from the TICRS Image Database on 04/25/2011

APLNDC-Y0000183091

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | California |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **\*IDENTIFICATION** | Computer software for use in searching, browsing, reviewing, sampling, playing, purchasing, and downloading pre-recorded audio and video content |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 06/00/2008 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/00/2008 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT10\IMAGEOUT 10\850 \414\85041463\xml1\ APP0003.JPG |
| **SPECIMEN DESCRIPTION** | screen capture of website showing mark at point of sale |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **PRIOR REGISTRATION(S)** | The applicant claims ownership of U.S. Registration Number(s) 3470983 and 2935038. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Lisa G. Widup |
| **FIRM NAME** | Apple Inc. |
| **STREET** | 1 Infinite Loop, MS 3TM |
| **CITY** | Cupertino |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 95014 |
| **OTHER APPOINTED ATTORNEY** | Thomas R. La Perle, John Donald, Yuka Sugar |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Lisa G. Widup |
| **FIRM NAME** | Apple Inc. |

Copy provided by USPTO from the TICRS Image Database on 04/25/2011

APLNDC-Y0000183092

| STREET | 1 Infinite Loop, MS 3TM |
|---|---|
| CITY | Cupertino |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95014 |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Lisa G. Widup/ |
| SIGNATORY'S NAME | Lisa G. Widup |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 05/18/2010 |

Copy provided by USPTO from the TICRS Image Database on 04/25/2011

APLNDC-Y0000183093

PTO Form 1478 (Rev 9/2006)

OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85041463
### Filing Date: 05/18/2010

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The color(s) purple and white is/are claimed as a feature of the mark. The mark consists of a rectangle with rounded corners depicting a stylized musical note in a white circle on a purple background.
The applicant, Apple Inc., a corporation of California, having an address of
   1 Infinite Loop
   Cupertino, California 95014
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 009: Computer software for use in searching, browsing, reviewing, sampling, playing, purchasing, and downloading pre-recorded audio and video content

In International Class 009, the mark was first used at least as early as 06/00/2008, and first used in commerce at least as early as 06/00/2008, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) screen capture of website showing mark at point of sale.
Specimen File1

The applicant claims ownership of U.S. Registration Number(s) 3470983 and 2935038.

The applicant's current Attorney Information:
Lisa G. Widup and Thomas R. La Perle, John Donald, Yuka Sugar of Apple Inc.
   1 Infinite Loop, MS 3TM
   Cupertino, California 95014
   United States

The applicant's current Correspondence Information:
   Lisa G. Widup
   Apple Inc.
   1 Infinite Loop, MS 3TM
   Cupertino, California 95014

Copy provided by USPTO from the TICRS Image Database on 04/25/2011

APLNDC-Y0000183094

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Lisa G. Widup/   Date Signed: 05/18/2010
Signatory's Name: Lisa G. Widup
Signatory's Position: Attorney of record, California bar member


RAM Sale Number: 11552
RAM Accounting Date: 05/19/2010

Serial Number: 85041463
Internet Transmission Date: Tue May 18 14:35:38 EDT 2010
TEAS Stamp: USPTO/BAS-17.193.14.218-2010051814353816
4096-85041463-460ab6bfd8ca66b29d3801ec13
6ae9c20ad-DA-11552-20100518142844725426

Copy provided by USPTO from the TICRS Image Database on 04/25/2011

APLNDC-Y0000183095



Apple - iPhone - Download music from the iTunes Store on iPhone.

http://www.apple.com/iphone/iphone-3gs/itunes.html

Q- Google

Apple - iPhone - Download music...

Store    Mac    iPod    iPhone    iPad    iTunes    Support    Q Search

# iPhone

Features    Why iPhone    Apps for iPhone    Gallery    How To    Tech Specs    Buy iPhone

**iPhone 3G S**

- Phone
- iPod
- Safari
- Mail
- Video Recording
- Photos
- Voice Control
- Messages
- Maps + Compass
- Keyboard
- Cut, Copy & Paste
- Search
- Voice Memos
- **Accessibility**
- Tethering
- App Store
- **iTunes**
- Home Screen

More Features

iPhone Technology

iPhone 3G
New features. New price. $99*

Shop the iTunes Store for music, movies, TV shows, and more

Preview songs with a tap, then download over cellular or Wi-Fi networks [1]

## iTunes

Shop the iTunes Store — the world's largest online music store — from your iPhone. Download songs, movies, TV shows, and more.

Shopping on iTunes
Watch the video ▶

### Buy on the fly.

Access the iTunes Store over cellular or Wi-Fi networks. [2] Then browse millions of songs or shop for movies, movie rentals, TV shows, music videos, audiobooks, podcasts, ringtones — even college lectures from iTunes U. Downloads start instantly.
⊕ How to find songs, albums, and podcasts

### Sync it back.

When you connect iPhone to your computer, the music and video you bought syncs to your iTunes library. And if you've only partially downloaded something, your computer completes the download automatically.
⊕ How to sync purchased content

APLNDC-Y0000183096



Copy provided by USPTO from the TICRS Image Database on 04/25/2011

APLNDC-Y0000183097

Exhibit 22

**Samsung Gem SCH-I100**



Exhibit 23

# Samsung Gravity Touch SGH-T669



Exhibit 24

**Samsung Beat DJ M7600**



Exhibit 25

**Samsung W999**



Exhibit 26

# Casio GzOne Commando 4550



Exhibit 27

# Sony Ericsson Xperia Arc S

  

Exhibit 28

**Nokia Lumia 800**



Exhibit 29

# Pantech Crossover P8000



Exhibit 30

**Nokia X5**

  

Exhibit 31

**Sony Tablet S**








Exhibit 32

**Barnes & Noble Nook**







Exhibit 33

## Coby Kyros MID8125





Exhibit 34

## Acer Iconia





Source: http://acer.us/ac/en/US/content/iconia-tab-a500

Exhibit 35

**Sony Tablet P**



Exhibit 36

# Panasonic Toughbook H2

 



Source: http://www.panasonic.com/business/toughbook/ultra-mobile-rugged-mca-toughbook-
h2.asp#?cm_sp=Toughbook Site Promotions-_-Product Detail Page-_-Photo Gallery View

Exhibit 37

# Panasonic Toughbook A1



Source: http://www.panasonic.com/business/toughpad/us/durable-tablet-photos.asp

Exhibit 38

**Panasonic Toughbook U1**






Source: http://www.panasonic.com/business/toughbook/ultra-mobile-rugged-toughbook-u1-ultra.asp#?cm_sp=Toughbook Site Promotions-_-Product Detail Page-_-Photo Gallery View