# CORRECTED EXHIBIT 1 TO SAMSUNG'S ADMINISTRATIVE MOTION

## Table A – Documents to Be Sealed

| Docket # | Name of Filing | Portion to Be Sealed | Compelling Reason for Sealing |
|---|---|---|---|
| 927 | Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Highly sensitive financial information related to costs of goods. | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶¶ 3-4, 6.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 927 | Ex. 1 to Martin Declaration in Support of Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts | Highly sensitive financial information related to operating profits | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶¶ 5-6.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 927 | Ex. 2 to Martin Decl. of Giho Ro in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Highly sensitive financial information related to costs of goods, and profits | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶¶ 9-10.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |

| Docket # | Name of Filing | Portion to Be Sealed | Compelling Reason for Sealing |
|---|---|---|---|
| 927 | Ex. 3 to Martin Declaration in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Highly sensitive financial information related to costs of goods, profits, and transfer pricing | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶¶ 5-6.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 927 | Ex. 5 to Martin Declaration in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Highly sensitive financial information related to costs of goods and profits | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶¶ 5-6.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 927 | Ex. 10 to Martin Declaration in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts | Highly sensitive financial information related to profits and profit margins, losses, and costs of goods | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶¶ 7-8.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |

| Docket # | Name of Filing | Portion to Be Sealed | Compelling Reason for Sealing |
|---|---|---|---|
| 991 | Ex. F to Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment | Highly sensitive financial information related to profits and profit margins, losses, and costs of goods | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶ 11.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 991 | Ex. G to Declaration of Terry L. Musika in Support of Apple's Opposition to Samsung's Motion for Summary Judgment | Highly sensitive financial information related to profits and profit margins, losses, and costs of goods | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶ 11.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 1013 | Exhibit O to the Declaration of Michel Maharbiz in Support of Apple's Opposition to Samsung's Motion for Summary Judgment | Highly sensitive financial information related to costs of goods. | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶ 12.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |

| Docket # | Name of Filing | Portion to Be Sealed | Compelling Reason for Sealing |
|---|---|---|---|
| 1022 | Ex. 37 to Declaration of Peter Bressler in support of Apple's Opposition to Samsung's Motion for Summary Judgment | Highly sensitive financial information related to profits and costs of goods | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others.  (Decl. of Giho Ro at ¶ 13.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 1060 | Ex. B to Declaration of Michael J. Wagner in Support of Samsung's Reply in Support of Motion to Strike Expert Testimony Based on Undisclosed Facts and Theories | Highly sensitive information related to revenues, pricing, and profits. | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others.  (Decl. of Giho Ro at ¶¶ 14-15.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 1206 | Apple's Opposition to Samsung's Motions in Limine | Highly sensitive information related to tax accounting and profits | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others.  (Decl. of Giho Ro at ¶ 16.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |

| Docket # | Name of Filing | Portion to Be Sealed | Compelling Reason for Sealing |
|---|---|---|---|
| 1206 | Ex. 42 to Declaration of Kanada in Support of Apple's Opposition to Samsung's Motions in Limine | Highly sensitive financial information related to profits (broken down by product) | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶ 17.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 1206 | Ex. 43 to Declaration of Kanada in Support of Apple's Opposition to Samsung's Motions in Limine | Highly sensitive financial information related to profits | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶ 18.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |
| 1206 | Ex. 44 to Declaration of Kanada in Support of to Apple's Opposition to Samsung's Motions in Limine | Highly sensitive financial information related to profits | Highly sensitive financial information is subject to extraordinary level of security within Samsung, has never been made public, represents extensive investment, and could be vehicle for improper purposes in hands of competitors and others. (Decl. of Giho Ro at ¶ 19.) *See Bauer Bros. LLC v. Nike, Inc.*, No. 09cv500–WQH–BGS, 2012 WL 1899838, at *3-4 (S.D. Cal. May 24, 2012). |