1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

15

16                 UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**CORRECTED DECLARATION OF PRASHANTH CHENNAKESAVAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:     July 27, 2012<br>Time:    3:00 p.m.<br>Place:   Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

02198.51855/4873814.2

Case No. 11-cv-01846-LHK
DECLARATION OF PRASHANTH CHENNAKESAVAN

I, Prashanth Chennakesavan, declare:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Samsung's Administrative Motion to File Documents Under Seal.

3. Attached hereto as **Exhibit 1** is a proposed redacted version of Samsung's Notice of Motion and Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 927). The portions of the document that Samsung requests be sealed are highlighted in yellow.

4. Attached hereto as **Exhibits 2, 3, 4, and 5** are proposed redacted versions of Exhibits 1, 3, 5, and 2, respectively, to the Declaration of Joby Martin in Support of Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 927). The portions of the documents that Samsung requests be sealed are highlighted in yellow.

5. Attached hereto as **Exhibits 6 and 7** are proposed redacted versions of Exhibits F and G, respectively, to the Declaration of Terry Musika, CPA in Support of Apple's Opposition to Samsung's Motion to Exclude Opinions of Certain of Apple's Experts (Dkt. No. 991). The portions of the documents that Samsung requests be sealed are highlighted in yellow.

6. Attached hereto as **Exhibit 8** is a proposed redacted version of Exhibit O to the Declaration of Michel Maharbiz, Ph.D. in Support of Apple's Opposition to Samsung's Motion for Summary Judgment (Dkt. No. 1013). The portions of the document that Samsung requests be sealed are highlighted in yellow.

7. Attached hereto as **Exhibit 9** is a proposed redacted version of Exhibit 37 to the Declaration of Peter Bressler in Support of Apple's Opposition to Samsung's Motion for Summary Judgment (Dkt. No. 1022). The portions of the document that Samsung requests be sealed are highlighted in yellow.

1    8.    Attached hereto as **Exhibit 10** is a proposed redacted version of Exhibit B to the
2  Declaration of Michael J. Wagner in Support of Samsung's Motion to Strike Expert Testimony
3  Based on Undisclosed Facts and Theories (Dkt. No. 1060).  The portions of the document that
4  Samsung requests be sealed are highlighted in yellow.

5    9.    Attached hereto as **Exhibit 11** is a proposed redacted version of Apple's
6  Oppositions to Samsung's Motions *in Limine* (Dkt. No. 1206).  The portions of the document that
7  Samsung requests be sealed are highlighted in yellow.

8    10.   Attached hereto as **Exhibits 12, 13, and 14** are proposed redacted versions of
9  Exhibits 42, 43, and 44, respectively, to the Declaration of Joseph Kanada in Support of Apple's
10 Oppositions to Samsung's Motions *in Limine* (Dkt. No. 1206).  The portions of the documents that
11 Samsung requests be sealed are highlighted in yellow.

12   11.   Attached hereto as **Exhibit 15** is a proposed redacted version of Exhibit 10 to the
13 Declaration of Joby Martin in Support of Samsung's Motion to Exclude Opinions of Certain of
14 Apple's Experts (Dkt. No. 927).  The portions of the document that Samsung requests be sealed
15 are highlighted in yellow.

17   I declare under penalty of perjury that the foregoing is true and correct. Executed in Los
18 Angeles, California on July 26, 2012.

21              */s/ Prashanth Chennakesavan*
22                Prashanth Chennakesavan

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Prashanth Chennakesavan.

　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria Maroulis*