Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
Leo Spooner, III (State Bar No. 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: +1 650 590 0700
Facsimile:  +1 650 590 1900

Attorneys for Non-Party
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF EMERGENCY ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER<br><br>Judge: Hon. Judge Lucy H. Koh |

**EMERGENCY ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER**

Pursuant to the Court's Order of July 23, 2012 (Dkt. No. 1288), and Civil Local Rules 7-11 and 79-5, International Business Machines Corporation ("IBM") submits this administrative motion requesting an order sealing two financial figures in a single document, Samsung Trial Exhibit 630, which are commercially sensitive to Non Party IBM. There are compelling reasons for a narrowly tailored sealing of this information.

Samsung recently informed IBM that it intends use a trial exhibit that includes a summary of a license agreement between Samsung and IBM. In particular, Samsung designated as potential trial exhibit No. 630 a table summarizing key terms of a December 22, 2010 IBM-Samsung Patent License Agreement ("PLA"). This exhibit lists two amounts that the IBM-Samsung PLA specifies as balancing payments, which are payments from one party to the other to account for differences in the size and relevance of the respective patent portfolios. *See* King Declaration ¶ 3.

IBM requests an order sealing the portion of this exhibit that lists the balancing payment amounts in the IBM-Samsung PLA. To the extent there are other exhibits or testimony that would also disclose those amounts, but that have not been brought to IBM's attention by Samsung or Apple, IBM also requests sealing those amounts in such other exhibits or testimony.

There are compelling reasons for sealing this commercially sensitive information. Public disclosure of the amount of payments under IBM's license agreements would negatively impact IBM in future license and settlement negotiations by giving potential licensees the ability to derive IBM's methodology. King Dec. ¶ 5. That methodology, which subsumes the exact factors IBM relies upon and how it weights those factors, is a valuable secret. King Dec. ¶ 4. The amount of the balancing payment in a particular agreement, such as the 2010 IBM-Samsung Patent License Agreement, is a significant data point towards reverse engineering IBM's pricing methodology. King Dec. ¶ 5. Competitors and potential counterparties to licensing and settlement agreements would gain an unfair insight into IBM's analyses, particularly as IBM would know nothing about their methodology for the negotiations. *Id.* By using their knowledge of the precise substantive and financial terms of this previously nonpublic agreement, this unfair

advantage would allow them to calibrate their negotiation strategies to the determent of IBM. *Id.* Accordingly, confidential license agreements have been consistently held by courts to meet the "compelling reasons" standard of the Ninth Circuit. *See, e.g., Electronic Arts, Inc. v. United States District Court for the Northern District of California*, 298 Fed. Appx. 568, 569 (9th Cir. 2008) (pricing terms, royalty rates, guaranteed minimum payment terms of licensing agreement constituted trade secret); *Powertech Tec., Inc., v. Tessera, Inc.*, 2012 U.S. Dist. LEXIS 75831, at *5 (N.D. Cal. May 31, 2012) (compelling reasons to seal license agreement).

In view of the Court's Order of July 17, 2012 (Dkt. No. 1256), IBM's request is very narrowly tailored to the sealing of just two amounts that are shown on Samsung's Trial Exhibit 630. There is very little public interest in knowing the specific amounts under this particular proprietary agreement. The 2010 IBM-Samsung Patent License Agreement requires the parties to maintain the confidentiality of its terms, King Decl. ¶ 6, and Non Party IBM relies upon that confidentiality obligation to protect its sensitive corporate information. *See In re Adobe Systems, Inc. Sec. Litigation*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (under-seal filings preserve third parties' "legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated"). For the reasons stated above, the public disclosure of the commercially sensitive balancing payment amounts specified in that agreement would harm IBM's active and substantial patent licensing business. King Dec. ¶ 3, 6.

This Motion is accompanied by a declaration of Kenneth S. King and a Joint Stipulation and Proposed Order. IBM has lodged with the Court two unredacted copies of an excerpt of Samsung proposed trial exhibit No. 630, of which IBM is requesting partial sealing. This excerpt is the only part of proposed exhibit No. 630 to which IBM has access. IBM also has attached a redacted copy of this document hereto as Exhibit A, which IBM does not object to being included in the public record.

| | | |
|---|---|---|
| 1 | DATED: July 26, 2012 | KING & SPALDING LLP |
| 2 | | |
| 3 | | BY: *Timothy T. Scott* |
| 4 | | Timothy T. Scott<br>Attorneys for Non-Party |
| 5 | | INTERNATIONAL BUSINESS MACHINES CORPORATION |

(Lines 6–28 blank)

# EXHIBIT A

## IBM

Trial Exhibit 630: Exhibits 3A and 3B to the Expert Report of David Teece, an expert retained by Apple, dated March 22, 2012. Exhibit 3A is a table summarizing the key terms of various contracts between Samsung and third parties to the litigation. Exhibit 3B contains a table summarizing the key terms of various contracts between Apple and third parties to the litigation.

Trial Exhibit 630 contains the following information about your company:

**Exhibit 3A**
**Summary of Samsung License Agreements**

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Samsung Electronics Co Ltd | International Business Machines Corporation | License Reference Number: L106170 | 12/22/2010 | 12/22/2010 | Last to expire of the Licensed Patents | Information Handling System Products Information (excluding System z Products) | Worldwide | Cross-License<br><br>Samsung to pay IBM ▓ lump sum payment<br><br>Samsung has the option to change the Patent Capture Date to December 21, 2020 in which Samsung would pay IBM ▓ (in installments) | S-794-ITC-000000245 to S-794-ITC-000000273 |