Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
Leo Spooner, III (State Bar No. 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: +1 650 590 0700
Facsimile:  +1 650 590 1900

Attorneys for Non-Party
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERIA, INC. a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>JOINT STIPULATION AND [PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S EMERGENCY ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER<br><br>Judge:  Hon. Judge Lucy H. Koh |

WHEREAS Defendant Samsung has designated a potential trial exhibit, No. 630, that includes a table summarizing certain payment terms of a December 22, 2010 IBM-Samsung Patent License Agreement ("PLA"), attached as Exhibit 3A to Samsung's Expert Report of David Teece, dated March 22, 2012;

WHEREAS IBM will move for an order to seal a portion of these materials;

---

JOINT STIPULATION AND [PROPOSED] ORDER                                                              Case No. 11-cv-01846-LHK

WHEREAS Samsung and IBM[1] agree that portions of these materials are sealable;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED that Samsung and IBM do not oppose the following materials being sealed as follows:

(a) the specific amounts in the column entitled "Payments" in the a table summarizing certain terms of a December 22, 2010 IBM-Samsung Patent License Agreement ("PLA"), attached as Exhibit 3A to Samsung's Expert Report of David Teece, dated March 22, 2012, proposed trial exhibit No. 630.

Dated: July 26, 2012

KING & SPALDING LLP

By: /s/ Timothy T. Scott
TIMOTHY T. SCOTT

Attorneys for Non-Party IBM

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Victoria Maroulis
CHARLES K. VERHOEVEN
KEVIN P.B. JOHNSON
VICTORIA F. MAROULIS
MICHAEL T. ZELLER

Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

---

[1] Counsel for Third Party Intervener Reuters America suggested that they would not stipulate to the sealing of this portion of Exhibit No. 630. Apple's counsel did not respond to our request for a stipulation.

**ATTESTATION OF E-FILED SIGNATURE**

I, Timothy T. Scott, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45, I hereby attest that Victoria Maroulis concurred with this filing.

KING & SPALDING LLP

By: /s/ Timothy T. Scott
TIMOTHY T. SCOTT

Attorneys for Non-Party IBM

[PROPOSED] ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: July _____, 2012

_____
LUCY H. KOH
United States District Judge