1  Timothy T. Scott (State Bar No. 126971)
   tscott@kslaw.com
2  Leo Spooner, III (State Bar No. 241541)
3  lspooner@kslaw.com
   KING & SPALDING LLP
4  333 Twin Dolphin Drive
   Suite 400
5  Redwood Shores, CA 94065
6  Telephone:  +1 650 590 0700
   Facsimile:   +1 650 590 1900
7
   Attorneys for Non-Party
8  INTERNATIONAL BUSINESS MACHINES CORPORATION
9
10
11                      UNITED STATES DISTRICT COURT
12                      NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  APPLE, INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| 15              Plaintiff, | **PROOF OF SERVICE** |
| 16       v. | |
| 17  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERIA, INC. a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., a Delaware limited liability comapny, | |
| 21              Defendants. | |

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18, and am not a party to the within action. I am employed in the City of Redwood City, County of San Mateo, and my business address is 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA. I am readily familiar with the firm's practice of collection and processing of documentation for mailing with the United States Postal Service. On the date listed below, following ordinary business practice, I served the following document(s):

1. **NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF EMERGENCY ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER;**

2. **DECLARATION OF KENNETH S. KING;**

3. **JOINT STIPULATION AND [PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATON'S EMERGENCY ADMININSTRATIVE MOTION FOR A LIMITED SEALING ORDER**

on the parties in this action, by enclosing true and correct copies therein in sealed envelope(s), addressed as follows:

| | |
|---|---|
| Michael A. Jacobs<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 | Attorneys for Apple, Inc. |
| Ali H. Shah<br>WilmerHale<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006 | Attorneys for Apple, Inc. |
| Andrew L. Liao<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA 94304 | Attorneys for Apple, Inc. |

| | | |
|---|---|---|
| 1 | Benjamin George Damstedt | Attorneys for Apple, Inc. |
| 2 | Cooley Godward Kronish LLP | |
|   | Five Palo Alto Square | |
| 3 | 3000 El Camino Real | |
|   | Palo Alto, CA 94306 | |
| 4 | | |
|   | Brian Larivee | Attorneys for Apple, Inc. |
| 5 | WilmerHale | |
|   | 60 State Street | |
| 6 | Boston, MA 02109 | |
| 7 | | |
|   | David B. Bassett | Attorneys for Apple, Inc. |
| 8 | WilmerHale | |
|   | 7 World Trade Center | |
| 9 | New York, NY 10007 | |
| 10 | Erik J. Olson | Attorneys for Apple, Inc. |
|   | Morrison & Foerster LLP | |
| 11 | 755 Page Mill Road | |
|   | Palo Alto, CA 94304 | |
| 12 | | |
|   | Huan-Yi Lin | Attorneys for Samsung Electronics Co. Ltd. |
| 13 | Steptoe Johnson LLP | |
|   | 2121 Avenue of the Stars | |
| 14 | Suite 2800 | |
| 15 | Los Angeles, CA 90067 | |
| 16 | Thomas G. Pasternak | Attorneys for Samsung Electronics Co. Ltd. |
|   | DLA Piper US LLP | |
| 17 | 115 South La Salle Street | |
|   | Suite 3100 | |
| 18 | Chicago, IL 60603 | |
| 19 | | |
|   | Benjamin Laban Singer | Attorneys for Samsung Electronics Co. Ltd. |
| 20 | Hopenfeld Singer Rice and Saito LLP | |
|   | 235 Montgomery Street | |
| 21 | Suite 907 | |
|   | San Francisco, CA 94104 | |
| 22 | | |
|   | Edward H. Rice | Attorneys for Samsung Electronics Co. Ltd. |
| 23 | Hopenfeld Singer Rice & Saito LLP | |
|   | 445 E. Erie Street | |
| 24 | Suite 108 | |
| 25 | Chicago, IL 60654 | |
| 26 | Kevin P.B. Johnson | Attorneys for Samsung Electronics Co. Ltd. |
|   | Quinn Emanuel Urquhart & Sullivan LLP | |
| 27 | 555 Twin Dolphin Drive | |
|   | 5th Floor | |
| 28 | Redwood Shores, CA 94065 | |

POS          3

| | | |
|---|---|---|
| Kfir B. Levy | | Attorneys for Samsung Electronics Co. Ltd. |
| Kellogg, Huber, Hansen, et al. | | |
| 1615 M Street, NW | | |
| Suite 400 | | |
| Washington, DC 20036 | | |
| Charles Kramer Verhoeven | | Attorneys for Samsung Electronics America, Inc. |
| Quinn Emanuel Urquhart, et al. | | |
| 50 California Street | | |
| 22nd Floor | | |
| San Francisco, CA 94111 | | |
| | | |
| Melinda Mae Morton | | Attorneys for Cellco Partnership dba Verizon Wireless |
| Bergeson, LLP | | |
| 303 Almaden Blvd. | | |
| Suite 500 | | |
| San Jose, CA 95110 | | |
| | | |
| Michael J. Bettinger | | Attorneys for Cellco Partnership dba Verizon Wireless |
| K&L Gates LLP | | |
| Four Embarcadero Center | | |
| Suite 1200 | | |
| San Francisco, Ca 94111 | | |
| | | |
| Karl Olson | | Attorneys for Reuters America LLC |
| Ram, Olson, Cereghino, et al. | | |
| 555 Montgomery Street | | |
| Suite 820 | | |
| San Francisco, CA 94111 | | |

( )   <u>By U.S. Mail</u>:  I caused to be placed, on the date shown below, at my place of business, a true copy thereof, enclosed in a sealed envelope, with postage fully pre-paid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

( )   <u>By Facsimile</u>:  By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

(X)   <u>By Overnight Delivery</u>:  I caused such envelope to be delivered to the office of the addressee(s) by overnight delivery via Federal Express/United Parcel Service or by a similar overnight delivery service.

( )   <u>By Personal Service</u>:  By causing a true copy thereof to be personally delivered by hand on _____, to the offices of the addressee(s).

(X)   <u>By E-Mail</u>:  By causing a true copy thereof to be emailed to the addressees at the e-mail addresses indicated.

1   I declare under penalty of perjury under the laws of the State of California, that the
2   foregoing is true and correct.
3   Date:  July 26, 2012

                                    /s/  *Timothy T. Scott*