# EXHIBIT 7
# FILED UNDER SEAL

# In The Matter Of:

*APPLE INC., et al.*
*v.*
*SAMSUNG ELECTRONICS CO., LTD., et al.*

_____

## *KARAN SINGH- Vol. 2*
### *April 27, 2012*

_____

# *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**

**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

--oOo--

| | |
|---|---|
| APPLE INC. a California corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) 11-cv-01846-LHK ) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEPOSITION OF

KARAN SINGH

_____

APRIL 27, 2012

VOLUME II

(Pages 286 - 367)

REPORTED BY:  SARAH LUCIA BRANN, CSR 3887

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 287

1                       I N D E X

2                 INDEX OF EXAMINATIONS

3                                            Page

4    EXAMINATION BY MR. BRIGGS ..................   290

5

6

7            EXHIBITS MARKED FOR IDENTIFICATION

8    No.                  Description         Page

9    Exhibit 8 United States Patent .............   291
                Number 7,844,915
10

11

12

13

14

15

16

17                     --oOo--

18

19

20

21

22

23

24

25

Merrill Corporation - Boston

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 288

1                      --oOo--

2            Deposition of KARAN SINGH, taken by the

3      Defendant, at 555 Twin Dolphin Drive, Suite 500,

4      Redwood Shores, California, commencing at 9:39 a.m.,

5      on April 27, 2012, before SARAH LUCIA BRANN, CSR,

6      pursuant to Notice.

7                      --oOo--

8              A P P E A R A N C E S

9      FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT APPLE INC.

10            MORRISON & FOERSTER LLP
              425 Market Street
11            San Francisco, California 94105-2482
              415.268.7000
12            By:  ANDREW E. MONACH, Attorney at Law
              amonach@mofo.com
13            By:  MARK MELAHN, Attorney at Law
              mmelahn@mofo.com
14

       FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF SAMSUNG:
15
              QUINN EMANUEL URQUHART & SULLIVAN LLP
16            555 Twin Dolphin Drive
              Redwood Shores, California 94065
17            650.801.5000
              By:  TODD M. BRIGGS, Attorney at Law
18            toddbriggs@quinnemanuel.com

19            QUINN EMANUEL URQUHART & SULLIVAN LLP
              51 Madison Avenue, #22
20            New York, New York 10010
              212.849.700
21            By:  GUY EDDON, Attorney at Law
              guyeddon@quinnemanuel.com
22

23     ALSO PRESENT:

24            JEFREE ANDERSON, Videographer, Merrill

25                     --oOo--

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 289

|  |  |  |
|---|---|---|
|  | 1 | REDWOOD SHORES, CALIFORNIA; FRIDAY, APRIL 27, 2012 |
|  | 2 | 9:39 A.M. |
|  | 3 | --oOo-- |
| 08:09:09 | 4 | P R O C E E D I N G S |
| 09:39:03 | 5 | THE VIDEOGRAPHER:  Here begins Volume II, |
| 09:39:05 | 6 | Videotape Number 1, in the deposition of Karan |
| 09:39:07 | 7 | Singh.  Today's date is April 27, 2012.  The time on |
| 09:39:11 | 8 | the video monitor is 9:39 a.m.  The court reporter |
| 09:39:16 | 9 | today is Sarah Brann of -- employed by Merrill Court |
| 09:39:22 | 10 | Reporting, San Francisco, California. |
| 09:39:24 | 11 | Counsel, please voice identify yourselves |
| 09:39:26 | 12 | and state whom you represent. |
| 09:39:28 | 13 | MR. BRIGGS:  Todd Briggs from Quinn |
| 09:39:30 | 14 | Emanuel, representing Samsung. |
| 09:39:34 | 15 | MR. EDDON:  Guy Eddon from Quinn Emanuel, |
| 09:39:36 | 16 | representing Samsung. |
| 09:39:37 | 17 | MR. MONACH:  Andrew Monach from Morrison & |
| 09:39:38 | 18 | Foerster, representing Apple and the witness. |
| 09:39:42 | 19 | MR. MELAHN:  Mark Melahn from Morrison & |
| 09:39:44 | 20 | Foerster representing Apple. |
| 09:39:46 | 21 | THE VIDEOGRAPHER:  Please begin. |
| 09:39:47 | 22 | KARAN SINGH |
| 09:39:47 | 23 | _____ |
| 09:39:47 | 24 | called as a witness, who, having been previously |
| 09:39:47 | 25 | duly sworn, was examined and testified as follows: |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 290

| | | |
|---|---|---|
| 09:39:47 | 1 | EXAMINATION BY MR. BRIGGS |
| 09:39:47 | 2 | MR. BRIGGS:  Q.  Dr. Singh, did you |
| 09:39:48 | 3 | discuss your testimony from yesterday with counsel |
| 09:39:50 | 4 | after the deposition? |
| 09:39:52 | 5 | MR. MONACH:  I'll instruct the witness not |
| 09:39:53 | 6 | to answer. |
| 09:40:02 | 7 | I'm instructing you not to answer. |
| 09:40:03 | 8 | MR. BRIGGS:  Q.  I am not asking for any |
| 09:40:06 | 9 | substance or communications.  I just want to know if |
| 09:40:08 | 10 | you discussed your testimony from yesterday with |
| 09:40:11 | 11 | counsel after the deposition. |
| 09:40:12 | 12 | MR. MONACH:  And I am instructing him not |
| 09:40:14 | 13 | to answer, because the question contains subject |
| 09:40:17 | 14 | matter. |
| 09:40:18 | 15 | MR. BRIGGS:  I am not asking for -- I am |
| 09:40:20 | 16 | just -- it's a yes-or-no question.  Did you discuss? |
| 09:40:24 | 17 | MR. MONACH:  And I'm instructing the |
| 09:40:25 | 18 | witness not to answer, based on Rule 26, work |
| 09:40:28 | 19 | product, et cetera. |
| 09:40:31 | 20 | MR. BRIGGS:  Q.  Are you going to follow |
| 09:40:32 | 21 | that instruction? |
| 09:40:34 | 22 | A.  I'm -- I'm not -- I'm not -- I don't know |
| 09:40:39 | 23 | the exact procedure in this -- in this scenario, but |
| 09:40:45 | 24 | I'm -- I -- under clear sort of indication like that |
| 09:40:52 | 25 | from counsel, without any further understanding of |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 291

| | | |
|---|---|---|
| 09:40:57 | 1 | the law, I would have to -- I would have to go based |
| 09:41:00 | 2 | on that. |
| 09:41:01 | 3 | Q.   Did you discuss your testimony from |
| 09:41:03 | 4 | yesterday with any other person after your |
| 09:41:08 | 5 | deposition? |
| 09:41:08 | 6 | MR. MONACH:  Other than counsel? |
| 09:41:10 | 7 | MR. BRIGGS:  Other than counsel. |
| 09:41:10 | 8 | MR. MONACH:  You can answer that question. |
| 09:41:12 | 9 | THE WITNESS:  No. |
| 09:41:12 | 10 | (Deposition Exhibit 8 |
| 09:41:12 | 11 | was marked for identification.) |
| 09:41:16 | 12 | MR. BRIGGS:  Q.  Let's turn to the last |
| 09:41:18 | 13 | patent we have to discuss, the '915 patent. |
| 09:41:22 | 14 | A.   Okay. |
| 09:41:24 | 15 | Q.   Here is a copy of the '915 that's been |
| 09:41:27 | 16 | marked as Exhibit 8, if you need to refer to it.  We |
| 09:41:30 | 17 | have your two reports -- |
| 09:41:32 | 18 | A.   Yes. |
| 09:41:32 | 19 | Q.   -- in front of you again, which are |
| 09:41:37 | 20 | Exhibit 1 and Exhibit 2, your infringement report |
| 09:41:41 | 21 | and your validity report. |
| 09:41:47 | 22 | Dr. Singh, what is the invention that is |
| 09:41:49 | 23 | claimed in the '915 patent? |
| 09:41:51 | 24 | MR. MONACH:  I object to the form of the |
| 09:41:52 | 25 | question.  Under the best evidence rule the claims |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 292

| | | |
|---|---|---|
| 09:41:57 | 1 | are the best evidence of what the invention is. |
| 09:41:59 | 2 | Object to the extent it calls for a legal |
| 09:42:02 | 3 | conclusion.  But the witness can give his own |
| 09:42:04 | 4 | impression or summarize generally what it's about. |
| 09:42:15 | 5 | THE WITNESS:  Well, the precise inventions |
| 09:42:17 | 6 | of the '915 are provided by the claim language, the |
| 09:42:23 | 7 | claims of the '915.  Generally speaking, the '915 |
| 09:42:34 | 8 | talks about fluid techniques for navigation on touch |
| 09:42:51 | 9 | screen displays. |
| 09:42:59 | 10 | I just want to confirm something with |
| 09:43:01 | 11 | the -- yeah. |
| 09:43:09 | 12 | MR. BRIGGS:  Q.  So it's about fluid |
| 09:43:11 | 13 | navigation on touch screen displays? |
| 09:43:14 | 14 | A.  On touch screen displays generally |
| 09:43:16 | 15 | speaking, yes. |
| 09:43:17 | 16 | Q.  Can you be more specific? |
| 09:43:21 | 17 | MR. MONACH:  Same objection.  Go ahead. |
| 09:43:25 | 18 | THE WITNESS:  It describes -- it describes |
| 09:43:30 | 19 | a set of techniques on how -- on how input received |
| 09:43:38 | 20 | on a touch screen display can be -- can be |
| 09:43:45 | 21 | interpreted by a program and used to perform various |
| 09:43:55 | 22 | navigation operations. |
| 09:43:57 | 23 | MR. BRIGGS:  Q.  Let's focus on the |
| 09:43:58 | 24 | independent claims. |
| 09:43:59 | 25 | A.  Okay. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 293

| | | |
|---|---|---|
| 09:43:59 | 1 | Q.   Can you summarize what the independent |
| 09:44:01 | 2 | claims of the '915 capture? |
| 09:44:05 | 3 | MR. MONACH:  Object to the form of the |
| 09:44:06 | 4 | question, for the reasons previously stated. |
| 09:44:12 | 5 | THE WITNESS:  Well, a claim is quite |
| 09:44:18 | 6 | summarily put to begin with, so I would say the |
| 09:44:23 | 7 | independent claims essentially elucidate what they |
| 09:44:27 | 8 | capture quite -- quite clearly. |
| 09:44:30 | 9 | MR. BRIGGS:  Q.  If you were to explain to |
| 09:44:36 | 10 | the jury in plain English what the independent |
| 09:44:39 | 11 | claims of the '915 patent cover, how would you do |
| 09:44:42 | 12 | that? |
| 09:44:42 | 13 | MR. MONACH:  Object to the form of the |
| 09:44:44 | 14 | question. |
| 09:44:50 | 15 | THE WITNESS:  Well, if I had to describe |
| 09:44:52 | 16 | in a general sense claim one, for example, I would |
| 09:44:59 | 17 | describe it as -- as a method that would -- that on |
| 09:45:14 | 18 | receipt of user input on a touch sensitive display |
| 09:45:23 | 19 | would use an event programming protocol where views |
| 09:45:35 | 20 | that were -- that were associated with those events |
| 09:46:01 | 21 | would -- would interpret those events. |
| 09:46:07 | 22 | In particular they would use the -- sort |
| 09:46:14 | 23 | of they would use the number of touch -- the number |
| 09:46:20 | 24 | of touch points to distinguish between two different |
| 09:46:26 | 25 | kinds of operations that would be used for |

Merrill Corporation - Boston

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 294

| | | |
|---|---|---|
| 09:46:30 | 1 | navigation. |
| 09:46:34 | 2 | MR. BRIGGS:  Q.  So would you agree that a |
| 09:46:35 | 3 | key limitation in the claims of the '915 patent is |
| 09:46:41 | 4 | the requirement of distinguishing between a single |
| 09:46:48 | 5 | input point interpreted as scroll operation and two |
| 09:46:52 | 6 | or more input points that are interpreted as a |
| 09:46:56 | 7 | gesture operation? |
| 09:46:58 | 8 | MR. MONACH:  Object to form and calling |
| 09:47:01 | 9 | for a legal conclusion. |
| 09:47:03 | 10 | THE WITNESS:  Well, so I am not expressing |
| 09:47:05 | 11 | a legal opinion here, but I would understand that a |
| 09:47:11 | 12 | person of ordinary skill in the art, yes, would -- |
| 09:47:17 | 13 | would understand that the number of touch -- touch |
| 09:47:27 | 14 | points should be taken into account. |
| 09:47:34 | 15 | MR. BRIGGS:  Q.  Now, the '915 patent was |
| 09:47:37 | 16 | applied for by Apple in January 2007; correct? |
| 09:47:45 | 17 | A.   You mean the filing date? |
| 09:47:46 | 18 | Q.   Correct. |
| 09:47:48 | 19 | A.   Yes, I believe it says Jan. 7, 2007 on |
| 09:47:51 | 20 | the... |
| 09:47:55 | 21 | Q.   And yesterday you testified that you were |
| 09:47:57 | 22 | working in the field of user interfaces at least as |
| 09:48:02 | 23 | early as 2002; correct? |
| 09:48:06 | 24 | A.   Yes, that is correct. |
| 09:48:08 | 25 | Q.   So before January of 2007 are you aware of |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 295

| | | |
|---|---|---|
| 09:48:14 | 1 | any systems, any touch screen systems, that would |
| 09:48:19 | 2 | distinguish between a single input point and two or |
| 09:48:23 | 3 | more input points? |
| 09:48:35 | 4 | A.   There -- yes, there may have been systems |
| 09:48:37 | 5 | that perform such distinctions for various reasons. |
| 09:48:45 | 6 | Q.   So you were aware of systems before |
| 09:48:47 | 7 | January 2007 that would distinguish between a single |
| 09:48:51 | 8 | input point and two or more input points; correct? |
| 09:49:00 | 9 | A.   I believe that it is plausible that such |
| 09:49:05 | 10 | systems could have existed.  I may not have |
| 09:49:12 | 11 | conclusively, you know, tested out precisely on |
| 09:49:14 | 12 | those systems firstly whether they actually perform |
| 09:49:16 | 13 | that distinguishing test and, if they did, then, you |
| 09:49:23 | 14 | know -- then what the ramifications of that were as |
| 09:49:27 | 15 | well.  But it is plausible. |
| 09:49:32 | 16 | Q.   Were you aware of any systems before |
| 09:49:34 | 17 | January of 2007 that would respond to single inputs, |
| 09:49:42 | 18 | single touch inputs and multiple touch inputs in |
| 09:49:45 | 19 | different ways? |
| 09:49:49 | 20 | A.   Perhaps. |
| 09:49:50 | 21 | Q.   What were those systems? |
| 09:49:57 | 22 | MR. MONACH:  Objection.  Assumes facts not |
| 09:49:58 | 23 | in evidence. |
| 09:50:02 | 24 | THE WITNESS:  Well, there's -- I don't |
| 09:50:11 | 25 | know the exact dates, but -- but generally speaking |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 296

| | | |
|---|---|---|
| 09:50:16 | 1 | the performing different -- different operations, |
| 09:50:26 | 2 | performing various operations based on -- based on |
| 09:50:31 | 3 | different kinds of input certainly could have |
| 09:50:36 | 4 | existed generally speaking in some flavor, some -- |
| 09:50:44 | 5 | yeah, some systems could have existed. |
| 09:50:47 | 6 | MR. BRIGGS:  Q.  What were the names of |
| 09:50:50 | 7 | those systems? |
| 09:50:51 | 8 | MR. MONACH:  Objection.  Assumes facts not |
| 09:50:53 | 9 | in evidence. |
| 09:50:57 | 10 | THE WITNESS:  Well, precise systems? |
| 09:51:00 | 11 | Precise individual systems?  I'm not sure. |
| 09:51:07 | 12 | MR. BRIGGS:  Q.  You can't recall any |
| 09:51:08 | 13 | names of systems that -- |
| 09:51:11 | 14 | A.  Well, so, as I said, there have been -- |
| 09:51:16 | 15 | there certainly -- it's certainly plausible that |
| 09:51:21 | 16 | there are -- there were systems that involved |
| 09:51:26 | 17 | showing a variety of operations in relationship to a |
| 09:51:35 | 18 | variety of different kinds of input. |
| 09:51:41 | 19 | However, if you're asking me for, you |
| 09:51:46 | 20 | know, a single specific system that indicated -- |
| 09:51:56 | 21 | that indicated what -- that you could do different |
| 09:52:01 | 22 | operations perhaps based on -- on various kinds of |
| 09:52:08 | 23 | input and some other factors, I believe some -- some |
| 09:52:13 | 24 | systems -- in some flavor an example of the |
| 09:52:20 | 25 | system -- of such a system may have been -- may have |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 297

| | | |
|---|---|---|
| 09:52:25 | 1 | been, let's say, for instance, the -- the SmartSkin |
| 09:52:33 | 2 | system that has been proposed as an example in -- |
| 09:52:39 | 3 | again, I'm not sure what its priority date is.  But |
| 09:52:44 | 4 | if it predates 2007, then it would be -- it would be |
| 09:52:50 | 5 | a plausible example. |
| 09:52:52 | 6 | Q.   Before you became involved in this |
| 09:52:54 | 7 | litigation were you aware of the SmartSkin system? |
| 09:53:02 | 8 | A.   Yeah, I believe I had heard of it at some |
| 09:53:07 | 9 | point.  I believe there's -- there was a paper |
| 09:53:12 | 10 | published on it.  I'm not sure exactly the |
| 09:53:16 | 11 | conference.  But if it was the UIST conference, |
| 09:53:19 | 12 | that's a conference that I have published at myself |
| 09:53:24 | 13 | and go to from time to time. |
| 09:53:26 | 14 | Q.   Before you became involved in this |
| 09:53:29 | 15 | litigation, were you aware of the DiamondTouch |
| 09:53:34 | 16 | system? |
| 09:53:37 | 17 | A.   Yes, I was aware of it. |
| 09:53:46 | 18 | Q.   And before you became involved in this |
| 09:53:49 | 19 | lawsuit were you aware of Jefferson Han or any of |
| 09:53:52 | 20 | the work that Jefferson Han did? |
| 09:53:56 | 21 | A.   As in was I aware of him personally? |
| 09:53:59 | 22 | Q.   Or his work in general. |
| 09:54:01 | 23 | A.   Yes, in general. |
| 09:54:03 | 24 | Q.   When did you first become aware of the |
| 09:54:05 | 25 | DiamondTouch system? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 298

| | | |
|---|---|---|
| 09:54:09 | 1 | A.   Exactly I don't remember. |
| 09:54:10 | 2 | Q.   Do you have any approximate idea? |
| 09:54:19 | 3 | A.   It would be hard -- I would be hard pushed |
| 09:54:24 | 4 | to have a precise date.  I vaguely recall.  I would |
| 09:54:33 | 5 | be hard -- |
| 09:54:34 | 6 | Q.   Before 2005? |
| 09:54:36 | 7 | A.   I really wouldn't -- one goes through such |
| 09:54:38 | 8 | a large volume of different kinds of research, |
| 09:54:44 | 9 | devices and projects and so on, that exact dates |
| 09:54:47 | 10 | would be difficult for me to... |
| 09:54:50 | 11 | Q.   Before you became involved in this |
| 09:54:51 | 12 | litigation had you ever used a DiamondTouch system? |
| 09:54:57 | 13 | A.   Actually personally used it? |
| 09:54:59 | 14 | Q.   Right. |
| 09:55:00 | 15 | A.   No. |
| 09:55:01 | 16 | Q.   Have you ever seen videos of people using |
| 09:55:04 | 17 | it? |
| 09:55:11 | 18 | A.   In the context of this litigation I have. |
| 09:55:13 | 19 | Q.   Before this litigation had you ever seen |
| 09:55:15 | 20 | any videos? |
| 09:55:16 | 21 | MR. MONACH:  Videos of DiamondTouch? |
| 09:55:23 | 22 | MR. BRIGGS:  That's what we're talking |
| 09:55:24 | 23 | about. |
| 09:55:25 | 24 | THE WITNESS:  I may have, but I don't have |
| 09:55:27 | 25 | any precise recollection.  But I do have |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 299

| | | |
|---|---|---|
| 09:55:31 | 1 | recollection of having seen videos in the context of |
| 09:55:33 | 2 | the litigation. |
| 09:55:34 | 3 | MR. BRIGGS:  Q.  Do you know an individual |
| 09:55:37 | 4 | named Cliff Forlines? |
| 09:55:42 | 5 | A.  I don't know him well, but I do know of |
| 09:55:44 | 6 | him and I believe I may have -- I may have even met |
| 09:55:50 | 7 | him on occasion. |
| 09:55:59 | 8 | Q.  How do you know of Mr. Forlines? |
| 09:56:03 | 9 | A.  I believe Mr. Forlines was -- at some |
| 09:56:14 | 10 | point I believe he was an employee at Mitsubishi.  I |
| 09:56:21 | 11 | believe at some point he was also a student in my |
| 09:56:24 | 12 | lab or in my department. |
| 09:56:27 | 13 | I'm not sure exactly -- I don't -- I don't |
| 09:56:29 | 14 | think he was a full-time student.  I would be |
| 09:56:32 | 15 | conjecturing.  But if -- you know, as to his status |
| 09:56:36 | 16 | of whether he was full time or part time.  But I |
| 09:56:39 | 17 | think he certainly was involved with our lab at some |
| 09:56:45 | 18 | point, though not with me personally. |
| 09:56:47 | 19 | Q.  Do you know an individual named Adam |
| 09:56:49 | 20 | Bogue? |
| 09:56:53 | 21 | A.  Adam Bogue?  No. |
| 09:57:04 | 22 | Q.  Now, you believe you might have met |
| 09:57:06 | 23 | Mr. Forlines before? |
| 09:57:09 | 24 | A.  Or at least been introduced to him, yes. |
| 09:57:15 | 25 | Q.  And where did that happen? |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 300

| | | |
|---|---|---|
| 09:57:21 | 1 | A.   It would either have been at my lab or at |
| 09:57:26 | 2 | a conference. |
| 09:57:28 | 3 | Q.   Now, do you understand that Mr. Forlines |
| 09:57:31 | 4 | works on touch screen systems? |
| 09:57:33 | 5 | MR. MONACH:  Objection.  Lack of |
| 09:57:35 | 6 | foundation. |
| 09:57:41 | 7 | THE WITNESS:  Inasmuch as I believe there |
| 09:57:43 | 8 | is deposition testimony from him, yes. |
| 09:57:45 | 9 | MR. BRIGGS:  Q.  Have you reviewed |
| 09:57:46 | 10 | Mr. Forlines' deposition testimony? |
| 09:57:58 | 11 | A.   I looked at, I guess, the portion that |
| 09:58:00 | 12 | was -- may have been cited in one of the reports. |
| 09:58:05 | 13 | Q.   So you looked at certain portions of his |
| 09:58:08 | 14 | deposition testimony that was in your reports, but |
| 09:58:11 | 15 | you haven't sat down and read the entire transcript; |
| 09:58:14 | 16 | is that right? |
| 09:58:15 | 17 | A.   His entire deposition transcript? |
| 09:58:18 | 18 | Q.   Correct. |
| 09:58:24 | 19 | A.   No. |
| 09:58:33 | 20 | Q.   Have you ever met Jefferson Han? |
| 09:58:45 | 21 | A.   Similarly, yes, I believe I may have met |
| 09:58:47 | 22 | him. |
| 09:58:48 | 23 | Q.   Do you know where? |
| 09:58:51 | 24 | A.   It would probably -- in this case it |
| 09:58:54 | 25 | probably would have been at a conference. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 301

| | | |
|---|---|---|
| 09:58:55 | 1 | Q.   Do you know which conference? |
| 09:59:02 | 2 | A.   It could be at any of a couple of |
| 09:59:04 | 3 | different conferences.  I can -- yeah. |
| 09:59:10 | 4 | Q.   Have you ever been to a conference called |
| 09:59:12 | 5 | the TED conference? |
| 09:59:14 | 6 | A.   Personally?  No. |
| 09:59:18 | 7 | Q.   Do you know what that conference is? |
| 09:59:25 | 8 | A.   Vaguely. |
| 09:59:25 | 9 | Q.   What is it? |
| 09:59:27 | 10 | A.   Well, it's -- I think it's a general |
| 09:59:31 | 11 | conference of talks and technology. |
| 09:59:36 | 12 | Q.   And what's the focus of the technology at |
| 09:59:38 | 13 | the TED conferences? |
| 09:59:41 | 14 | MR. MONACH:  Objection.  Lack of |
| 09:59:42 | 15 | foundation.  Compound.  Assumes facts not in |
| 09:59:48 | 16 | evidence. |
| 09:59:51 | 17 | THE WITNESS:  Precisely I don't know.  I |
| 09:59:52 | 18 | have seen TED conferences on a variety of subjects |
| 09:59:58 | 19 | actually that are -- that also don't seem |
| 10:00:03 | 20 | necessarily related to technology.  I mean, videos. |
| 10:00:13 | 21 | MR. BRIGGS:  Q.  Have you ever seen the |
| 10:00:14 | 22 | video of Jeff Han demonstrating a multi-touch device |
| 10:00:20 | 23 | at a TED conference in Monterey, California? |
| 10:00:23 | 24 | A.   I have never attended a TED conference. |
| 10:00:29 | 25 | Q.   Have you ever seen a video? |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 302

| | | |
|---|---|---|
| 10:00:31 | 1 | A.   I may have seen a video of Jeff Han |
| 10:00:40 | 2 | demonstrating a touch device.  Whether that was a |
| 10:00:44 | 3 | demonstration taken at a TED conference in -- I |
| 10:00:49 | 4 | would -- I wouldn't know.  But I probably have seen |
| 10:00:53 | 5 | some videos, or a video related. |
| 10:00:57 | 6 | Q.   So do you know for sure whether or not you |
| 10:01:00 | 7 | have seen such a video? |
| 10:01:08 | 8 | A.   A video of him demonstrating such a |
| 10:01:11 | 9 | device? |
| 10:01:12 | 10 | Q.   Yes. |
| 10:01:18 | 11 | A.   I believe there may have been one |
| 10:01:19 | 12 | submitted as one of the exhibits in -- in -- perhaps |
| 10:01:24 | 13 | in Mr. Gray's invalidity report. |
| 10:01:28 | 14 | Q.   Did you review that video? |
| 10:01:35 | 15 | A.   I probably looked at it. |
| 10:01:36 | 16 | Q.   Sitting here today, you are not sure if |
| 10:01:38 | 17 | you looked at it or not? |
| 10:01:40 | 18 | A.   No, I am pretty sure I would have looked |
| 10:01:42 | 19 | at it.  I did go through the exhibits. |
| 10:01:44 | 20 | Q.   How many times did you watch that video? |
| 10:01:51 | 21 | A.   I would say at least once. |
| 10:01:56 | 22 | Q.   But you are not sure if you watched it |
| 10:01:59 | 23 | more than once? |
| 10:02:00 | 24 | A.   Well, I mean, it's a difficult question to |
| 10:02:06 | 25 | answer whether I watched it in its entirety more |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 303

| | | |
|---|---|---|
| 10:02:09 | 1 | than once or whether I watched a small portion of it |
| 10:02:15 | 2 | multiple times.  I may have looked at some portions. |
| 10:02:18 | 3 | Q.   When did you first become aware of the |
| 10:02:22 | 4 | SmartSkin system? |
| 10:02:25 | 5 | A.   Exactly I couldn't say.  I mean, as I |
| 10:02:30 | 6 | said, I don't recall the exact date when the papers |
| 10:02:42 | 7 | may have been published, or the paper may have been |
| 10:02:45 | 8 | published, the one that is one of the exhibits, I |
| 10:02:47 | 9 | believe.  But I would say sometime between then and |
| 10:02:57 | 10 | now. |
| 10:02:59 | 11 | Q.   Does the DiamondTouch system distinguish |
| 10:03:03 | 12 | between scroll and gesture operations? |
| 10:03:07 | 13 | A.   The DiamondTouch system -- |
| 10:03:10 | 14 | MR. MONACH:  Object to form. |
| 10:03:21 | 15 | THE WITNESS:  Well, generally speaking |
| 10:03:23 | 16 | some -- the DiamondTouch had a variety of |
| 10:03:29 | 17 | different -- both hardware and software |
| 10:03:32 | 18 | configurations that were shown and displayed.  So I |
| 10:03:38 | 19 | sort of need to know exactly which one.  But |
| 10:03:42 | 20 | generally speaking, over some combination of them |
| 10:03:45 | 21 | there may have been scroll operations shown and |
| 10:03:59 | 22 | perhaps some gesture operations shown. |
| 10:04:01 | 23 | MR. BRIGGS:  Q.  So you agree that the |
| 10:04:02 | 24 | DiamondTouch system -- |
| 10:04:05 | 25 | A.   Or systems. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 304

| | | |
|---|---|---|
| 10:04:05 | 1 | Q.   -- or systems did distinguish between |
| 10:04:14 | 2 | scroll operations and gesture operations; correct? |
| 10:04:17 | 3 | MR. MONACH:  Object to the form. |
| 10:04:18 | 4 | Mischaracterizes the prior testimony. |
| 10:04:20 | 5 | THE WITNESS:  I mean, I express more |
| 10:04:24 | 6 | precise or detailed opinions in my report.  I can -- |
| 10:04:27 | 7 | I can read to you from there if you like.  But |
| 10:04:31 | 8 | generally speaking certainly scroll operations -- I |
| 10:04:40 | 9 | think there were some examples of a scroll operation |
| 10:04:45 | 10 | that may have been shown, and an example of a |
| 10:04:51 | 11 | gesture operation. |
| 10:04:55 | 12 | MR. BRIGGS:  Q.  The Jeff Han system that |
| 10:04:58 | 13 | was shown on the video that you reviewed at least |
| 10:05:02 | 14 | once, did that system distinguish between a scroll |
| 10:05:08 | 15 | operation and a gesture operation? |
| 10:05:13 | 16 | A.  So the question, at least as you phrased |
| 10:05:16 | 17 | it, is -- is a little -- it's difficult to answer, |
| 10:05:27 | 18 | because if a scroll operation and a gesture |
| 10:05:30 | 19 | operation are different operations, then, yes, as in |
| 10:05:41 | 20 | a scroll operation may have been shown.  A gesture |
| 10:05:45 | 21 | operation may have been shown. |
| 10:05:51 | 22 | Q.  How about the SmartSkin system?  Did the |
| 10:05:55 | 23 | SmartSkin system distinguish between a scroll |
| 10:05:58 | 24 | operation and a gesture operation? |
| 10:06:04 | 25 | A.  That one I would need to maybe double |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 305

| | | |
|---|---|---|
| 10:06:07 | 1 | check with my report. |
| 10:06:08 | 2 | Q.   If you don't know off the top of your |
| 10:06:11 | 3 | head, we can look at it later. |
| 10:06:13 | 4 | A.   Okay.  Fine. |
| 10:06:17 | 5 | Q.   That's fine if you don't remember. |
| 10:06:21 | 6 | To the best of your knowledge, did Apple |
| 10:06:24 | 7 | invent touch screens? |
| 10:06:27 | 8 | MR. MONACH:  Objection.  Lack of |
| 10:06:29 | 9 | foundation. |
| 10:06:33 | 10 | THE WITNESS:  I'm not sure. |
| 10:06:37 | 11 | MR. BRIGGS:  Do you have any idea? |
| 10:06:39 | 12 | MR. MONACH:  Same objection.  Object to |
| 10:06:40 | 13 | form. |
| 10:06:44 | 14 | THE WITNESS:  I believe it's a difficult |
| 10:06:45 | 15 | question to answer, because the -- I think sometimes |
| 10:06:49 | 16 | people quibble about what exactly constitutes or may |
| 10:06:54 | 17 | have constituted the first touch screen, so to |
| 10:06:59 | 18 | speak.  So I -- I would prefer not to speculate. |
| 10:07:03 | 19 | MR. BRIGGS:  Q.  Did Apple invent |
| 10:07:09 | 20 | scrolling using touch screens? |
| 10:07:18 | 21 | A.   When you talk about scrolling you refer to |
| 10:07:20 | 22 | the operation of navigation -- of navigating a |
| 10:07:27 | 23 | region of the display? |
| 10:07:32 | 24 | Q.   Correct. |
| 10:07:32 | 25 | MR. MONACH:  Objection.  Lack of |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 306

| | | |
|---|---|---|
| 10:07:33 | 1 | foundation. |
| 10:07:34 | 2 | THE WITNESS:  I'm not -- I'm not certainly |
| 10:07:36 | 3 | sure.  There have been also -- there are various |
| 10:07:39 | 4 | flavors of -- or ways by which you can go about |
| 10:07:43 | 5 | that.  But I'm not -- yeah, I'm not sure. |
| 10:07:47 | 6 | MR. BRIGGS:  Q.  Did Apple invent |
| 10:07:50 | 7 | performing a gesture operation on a touch screen? |
| 10:07:55 | 8 | MR. MONACH:  Object to form.  Lack of |
| 10:07:56 | 9 | foundation. |
| 10:08:09 | 10 | THE WITNESS:  In a general setting, taken |
| 10:08:11 | 11 | out of context, I couldn't say for sure. |
| 10:08:15 | 12 | MR. BRIGGS:  Q.  Did Apple invent zooming |
| 10:08:21 | 13 | on a touch screen? |
| 10:08:22 | 14 | MR. MONACH:  Same objection. |
| 10:08:36 | 15 | THE WITNESS:  In a completely general |
| 10:08:40 | 16 | sense, I couldn't say for sure. |
| 10:08:41 | 17 | MR. BRIGGS:  Q.  Did Apple invent tapping |
| 10:08:45 | 18 | on a touch screen? |
| 10:08:48 | 19 | MR. MONACH:  Object -- objection.  Lack of |
| 10:08:50 | 20 | foundation. |
| 10:08:51 | 21 | THE WITNESS:  Again, in -- without more |
| 10:08:55 | 22 | context, in a very general setting, I couldn't say |
| 10:08:58 | 23 | for sure. |
| 10:09:00 | 24 | MR. BRIGGS:  Q.  Did Apple invent |
| 10:09:04 | 25 | distinguishing between a scroll and gesture |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 307

| | | |
|---|---|---|
| 10:09:08 | 1 | operation on a touch screen? |
| 10:09:21 | 2 | A.   I think that you would probably need to -- |
| 10:09:23 | 3 | you would need to provide more context on -- on |
| 10:09:33 | 4 | what -- what constituted distinguishing. |
| 10:09:35 | 5 | Q.   Did Apple invent distinguishing between a |
| 10:09:39 | 6 | single input point and multiple input points on a |
| 10:09:43 | 7 | touch screen? |
| 10:09:48 | 8 | A.   Simply distinguishing them?  I couldn't |
| 10:09:51 | 9 | say. |
| 10:09:53 | 10 | Q.   Let's turn to claim 1 of the '915 patent. |
| 10:10:18 | 11 | A.   Yes. |
| 10:10:20 | 12 | Q.   The first limitation, or the first element |
| 10:10:22 | 13 | of claim 1 requires a touch-sensitive display that |
| 10:10:31 | 14 | is integrated with the device.  What does that mean |
| 10:10:33 | 15 | to a person of ordinary skill in the art? |
| 10:10:53 | 16 | A.   I believe that a person of ordinary skill |
| 10:10:55 | 17 | in the art would understand that the entity that was |
| 10:11:04 | 18 | receiving and -- receiving touch input and the |
| 10:11:09 | 19 | entity that was -- that was responsible for the -- |
| 10:11:13 | 20 | that was responsible for the display were an |
| 10:11:19 | 21 | integrated unit. |
| 10:11:26 | 22 | Q.   What do you mean by an integrated unit? |
| 10:11:42 | 23 | A.   Well, one -- one way of talking about it |
| 10:11:44 | 24 | would be to say that they were part of the same |
| 10:11:46 | 25 | physical housing. |

Page 308

| | | |
|---|---|---|
| 10:11:48 | 1 | Q.   Are there other ways to talk about it? |
| 10:11:54 | 2 | A.   Well, at least that. |
| 10:12:04 | 3 | Q.   So, it's at least the same physical |
| 10:12:07 | 4 | housing. |
| 10:12:08 | 5 | A.   Mm-hmm. |
| 10:12:10 | 6 | Q.   What more could it be than that? |
| 10:12:31 | 7 | A.   Well, let's just say that, for starters. |
| 10:12:34 | 8 | Q.   Okay.  So your definition of integrated is |
| 10:12:38 | 9 | same physical housing in the context of the claims |
| 10:12:41 | 10 | of the '915 patent; is that correct? |
| 10:12:56 | 11 | A.   Well, essentially -- I mean, there are |
| 10:13:04 | 12 | sort of examples -- essentially that the components |
| 10:13:10 | 13 | were -- yes, were together.  The various components |
| 10:13:14 | 14 | were together in a single -- yeah, in a single |
| 10:13:18 | 15 | integrated device, in a single integrated housing. |
| 10:13:32 | 16 | Q.   What in the claims or the specification or |
| 10:13:36 | 17 | the prosecution history for the '915 patent supports |
| 10:13:42 | 18 | that definition of integrated? |
| 10:13:53 | 19 | A.   I just believe that that's how a person of |
| 10:13:55 | 20 | ordinary skill in the art would understand it. |
| 10:13:57 | 21 | There may be -- there may be certain other -- |
| 10:14:01 | 22 | other -- you know, I mean, there are examples of -- |
| 10:14:05 | 23 | of such devices shown in the specification.  And |
| 10:14:15 | 24 | there -- there could be additional support for the |
| 10:14:19 | 25 | second.  I can go through the patent, if you like, |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 309

| | | |
|---|---|---|
| 10:14:22 | 1 | to find... |
| 10:14:24 | 2 | Q.   Just sitting here today, are you aware of |
| 10:14:26 | 3 | any definitions of integrated within the |
| 10:14:28 | 4 | specification or the prosecution history for the |
| 10:14:30 | 5 | '915 patent? |
| 10:14:36 | 6 | A.   Well, there -- you know, as I pointed |
| 10:14:39 | 7 | to -- I can point to -- there are examples in the |
| 10:14:41 | 8 | figures.  But I believe -- yeah, I believe there are |
| 10:14:47 | 9 | potentially other examples in the specification as |
| 10:14:49 | 10 | well.  I seem to vaguely recall that.  I could go |
| 10:15:00 | 11 | through it, if you like. |
| 10:15:12 | 12 | Q.   Could integrated mean connected to? |
| 10:15:17 | 13 | MR. MONACH:  Object to the form of the |
| 10:15:18 | 14 | question. |
| 10:15:20 | 15 | THE WITNESS:  Connected to?  Well, usually |
| 10:15:30 | 16 | if you want something to mean connected to, you |
| 10:15:35 | 17 | would just say connected to, is what -- in my |
| 10:15:38 | 18 | understanding a person of ordinary skill in the art |
| 10:15:42 | 19 | would use the term connected to usually to refer |
| 10:15:45 | 20 | to -- yeah.  But again, you know, in -- it could, |
| 10:15:53 | 21 | or -- it depends on the context.  It depends on |
| 10:15:56 | 22 | how -- what examples are suggested or provided. |
| 10:16:07 | 23 | MR. BRIGGS:  Q.  The next limitation in |
| 10:16:09 | 24 | claim 1 has a term "event object."  Do you see that? |
| 10:16:20 | 25 | A.   Yes. |

Merrill Corporation - Boston

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 310

| | | |
|---|---|---|
| 10:16:21 | 1 | Q.   What is an object in the context of claim |
| 10:16:27 | 2 | 1? |
| 10:16:30 | 3 | A.   What an object, as -- in the context of |
| 10:16:35 | 4 | this patent and as a person of ordinary skill in the |
| 10:16:43 | 5 | art would understand is it's a programming construct |
| 10:16:46 | 6 | that -- that encapsulates some information and |
| 10:16:54 | 7 | functionality in a general setting. |
| 10:16:57 | 8 | Q.   So it has two components, information and |
| 10:17:03 | 9 | functionality? |
| 10:17:05 | 10 | A.   Not -- not necessarily.  I mean, it could |
| 10:17:09 | 11 | have.  It -- it could have one.  It could have the |
| 10:17:15 | 12 | other.  It could possibly have both. |
| 10:17:28 | 13 | Q.   Now, in your opinion, does object refer or |
| 10:17:33 | 14 | is it connected in some way to the idea of |
| 10:17:35 | 15 | object-oriented programming? |
| 10:17:37 | 16 | A.   Yes, I believe so. |
| 10:17:40 | 17 | Q.   So would you say that the claims of the |
| 10:17:43 | 18 | '915 patent are limited to, or they would only read |
| 10:17:48 | 19 | on systems that use object-oriented programming? |
| 10:18:05 | 20 | A.   Yes, I -- you could say that. |
| 10:18:10 | 21 | Q.   What other type of programming is there |
| 10:18:12 | 22 | other than object-oriented programming?  What would |
| 10:18:16 | 23 | you call that? |
| 10:18:19 | 24 | A.   Procedural programming, logical |
| 10:18:22 | 25 | programming.  There's -- there are a number of |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 311

| | | |
|---|---|---|
| 10:18:29 | 1 | various flavors of programs. |
| 10:18:38 | 2 | Q.   So in your opinion the claims of the '915 |
| 10:18:41 | 3 | patent would not cover procedural programming or |
| 10:18:45 | 4 | logical programming; is that correct? |
| 10:18:53 | 5 | A.   Well, it would -- insomuch as -- I mean, |
| 10:19:04 | 6 | there are -- there are sort of various aspects over |
| 10:19:11 | 7 | here that are talked about as -- you know, there are |
| 10:19:16 | 8 | objects.  There are events.  So, it basically, to a |
| 10:19:27 | 9 | person of ordinary skill in the art, indicates a |
| 10:19:30 | 10 | particular -- a particular style of programming. |
| 10:19:50 | 11 | Q.   So in your opinion, would the claims of |
| 10:19:53 | 12 | the '915 patent cover procedural programming or |
| 10:19:56 | 13 | logical programming? |
| 10:20:04 | 14 | A.   It depends, because, you know, parts of an |
| 10:20:08 | 15 | object-oriented programming language can be |
| 10:20:15 | 16 | procedural as well.  So you would really need to |
| 10:20:18 | 17 | look at the -- I think you would need to look at the |
| 10:20:24 | 18 | specification -- the code constructs to -- for a |
| 10:20:29 | 19 | person of ordinary skill in the art to get a sense |
| 10:20:34 | 20 | of whether -- you know, whether such a construct as |
| 10:20:38 | 21 | is suggested by the '915 claims is met. |
| 10:20:46 | 22 | Q.   In your opinion, would the claims of the |
| 10:20:48 | 23 | '915 patent cover functional programming? |
| 10:20:52 | 24 | MR. MONACH:  Object to form.  Vague. |
| 10:20:58 | 25 | THE WITNESS:  Again, you would need to |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

Page 312

| | | |
|---|---|---|
| 10:20:58 | 1 | look at the particular -- the particular way the |
| 10:21:04 | 2 | programs were laid out. |
| 10:21:10 | 3 | MR. BRIGGS:  Q.  If a functional program |
| 10:21:12 | 4 | did not have any object-oriented aspects to it, |
| 10:21:16 | 5 | would the claims of the '915 patent cover that |
| 10:21:19 | 6 | functional program? |
| 10:21:20 | 7 | MR. MONACH:  Objection.  Incomplete |
| 10:21:21 | 8 | hypothetical. |
| 10:21:31 | 9 | THE WITNESS:  Again, it would depend on -- |
| 10:21:33 | 10 | there are various aspects coming -- you know, |
| 10:21:38 | 11 | mentioned over here.  There's the concept of an |
| 10:21:42 | 12 | event as well as one of an object.  So again, you |
| 10:21:48 | 13 | would really need to look at the specific -- the |
| 10:21:51 | 14 | specific implementation to draw a conclusion. |
| 10:21:58 | 15 | MR. BRIGGS:  Q.  But if a particular |
| 10:21:59 | 16 | program had no object-oriented aspects in it, would |
| 10:22:05 | 17 | the claims of the '915 patent cover that? |
| 10:22:16 | 18 | A.  I would really need to see such a program |
| 10:22:19 | 19 | to be able to give you a clear opinion. |
| 10:22:22 | 20 | Q.  So a program that did not have any |
| 10:22:26 | 21 | object-oriented aspects in it could potentially be |
| 10:22:30 | 22 | covered by the claims of the '915 patent?  Is that |
| 10:22:33 | 23 | your testimony? |
| 10:22:36 | 24 | A.  Could you repeat the question, please? |
| 10:22:39 | 25 | Q.  So a program that did not have any |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 313

| | | |
|---|---|---|
| 10:22:41 | 1 | object-oriented aspects in it could potentially be |
| 10:22:44 | 2 | covered by the claims of the '915 patent? |
| 10:22:52 | 3 | A.   Well, it would be unlikely, but I would -- |
| 10:22:56 | 4 | it would be unlikely, but I would need to be able to |
| 10:22:59 | 5 | say something conclusively. |
| 10:23:09 | 6 | Q.   What does the term "event object" mean in |
| 10:23:14 | 7 | the context of the '915 patent? |
| 10:23:24 | 8 | A.   So event object, a person of ordinary |
| 10:23:26 | 9 | skill in the art would understand that to be a |
| 10:23:29 | 10 | programming construct that describes an |
| 10:23:33 | 11 | infrastructure of how input received by that |
| 10:23:46 | 12 | infrastructure is processed and passed to, I guess, |
| 10:23:56 | 13 | one or more application programs. |
| 10:24:01 | 14 | Q.   In the context of a touch screen device, |
| 10:24:03 | 15 | what is an event object? |
| 10:24:06 | 16 | A.   In the context of a touch screen and in |
| 10:24:11 | 17 | the context of the '915, an event object would |
| 10:24:15 | 18 | essentially relate to the programming construct that |
| 10:24:33 | 19 | processes touch events, and using sort of an |
| 10:24:46 | 20 | event-driven framework to application programs |
| 10:24:49 | 21 | running on -- on the device that was being |
| 10:24:52 | 22 | controlled by the touch screen. |
| 10:24:54 | 23 | Q.   So would it be fair to say that the event |
| 10:24:57 | 24 | object collects or holds information about the |
| 10:25:04 | 25 | touches made on a touch screen? |

Page 314

| Time | Line | |
|---|---|---|
| 10:25:11 | 1 | A.   And generally speaking and other auxiliary |
| 10:25:15 | 2 | information that might be related to it, times, |
| 10:25:18 | 3 | things like that. |
| 10:25:19 | 4 | Q.   And then that event object can be passed |
| 10:25:23 | 5 | to application programs; is that correct? |
| 10:25:27 | 6 | A.   In a general setting, typically. |
| 10:25:39 | 7 | Q.   Now, the next limitation in claim 1, or |
| 10:25:42 | 8 | the next element of claim 1 uses a term "invokes." |
| 10:25:47 | 9 | A.   Mm-hmm. |
| 10:25:53 | 10 | Q.   Now, what does the term "invokes" mean in |
| 10:25:57 | 11 | the context of the '915 patent? |
| 10:26:06 | 12 | A.   Sorry.  I don't know whether you were |
| 10:26:09 | 13 | going to say more. |
| 10:26:10 | 14 | Q.   No. |
| 10:26:12 | 15 | MR. MONACH:  Object to the extent it calls |
| 10:26:13 | 16 | for a legal conclusion.  You can give your |
| 10:26:15 | 17 | understanding. |
| 10:26:19 | 18 | THE WITNESS:  So I'm not expressing a |
| 10:26:22 | 19 | legal opinion over here, but I would say invokes, |
| 10:26:32 | 20 | someone with ordinary skill in the art in this |
| 10:26:38 | 21 | context would understand that the program or the |
| 10:26:45 | 22 | view as suggested by the -- by the '915 claims |
| 10:27:04 | 23 | would -- that the event would cause this information |
| 10:27:09 | 24 | regarding the event and the event object to be |
| 10:27:14 | 25 | passed to the view associated with that event for |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 315

| | | |
|---|---|---|
| 10:27:20 | 1 | the processing. |
| 10:27:25 | 2 | MR. BRIGGS:  Q.  Now, that definition you |
| 10:27:26 | 3 | just provided for invokes, is that the same |
| 10:27:33 | 4 | definition that is commonly used in the art? |
| 10:27:47 | 5 | A.  Well, in the art the word "invoke" is |
| 10:27:56 | 6 | often used loosely to indicate that a certain piece |
| 10:28:02 | 7 | of functionality is called in -- but -- in a very |
| 10:28:11 | 8 | general setting, as opposed to, yes, the invoking of |
| 10:28:16 | 9 | some functionality. |
| 10:28:17 | 10 | Q.  So generally to computer scientists |
| 10:28:20 | 11 | invokes would mean calling a function. |
| 10:28:27 | 12 | A.  Taken with no additional context at all, |
| 10:28:31 | 13 | perhaps. |
| 10:28:40 | 14 | Q.  Have you ever taught classes to students |
| 10:28:43 | 15 | and used the term "invokes"? |
| 10:28:58 | 16 | A.  It's typically not -- I mean, it's a word |
| 10:29:00 | 17 | that I have heard used, but personally I don't |
| 10:29:05 | 18 | recall that -- you know, it's not -- it's not like |
| 10:29:08 | 19 | one of my favorite words that I personally use a |
| 10:29:14 | 20 | lot. |
| 10:29:17 | 21 | Q.  Have you ever described to a student or a |
| 10:29:19 | 22 | colleague, you know, the concept of invoking a |
| 10:29:25 | 23 | function? |
| 10:29:27 | 24 | A.  I may have, but I couldn't give you -- I |
| 10:29:32 | 25 | can't recall a very specific instance where I said |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 316

| | | |
|---|---|---|
| 10:29:34 | 1 | something exactly like this to a student or a |
| 10:29:37 | 2 | colleague. |
| 10:29:38 | 3 | Q.   If you were going to teach one of your |
| 10:29:39 | 4 | students what invoking means, would you use the |
| 10:29:44 | 5 | definition "calling a function"? |
| 10:29:49 | 6 | MR. MONACH:  Object to form. |
| 10:29:53 | 7 | THE WITNESS:  As I have said, I think, you |
| 10:29:54 | 8 | know, if I was to just use the word -- if I was to |
| 10:29:59 | 9 | use the word "invoke," I would typically use it -- |
| 10:30:07 | 10 | because to me it's sort of a loose term, I would |
| 10:30:12 | 11 | expect to provide further context where it would be |
| 10:30:16 | 12 | then clear to somebody as to what -- what I was |
| 10:30:20 | 13 | saying. |
| 10:30:22 | 14 | MR. BRIGGS:  Q.  Did you review the |
| 10:30:25 | 15 | inventor testimony for the '915 patent?  In |
| 10:30:34 | 16 | particular Mr. Platzer's testimony. |
| 10:30:36 | 17 | A.   I do recall, and I could just check with |
| 10:30:41 | 18 | my report to -- |
| 10:30:43 | 19 | Q.   Sure. |
| 10:30:44 | 20 | A.   -- see where... |
| 10:31:30 | 21 | If you know where I may have referred to |
| 10:31:33 | 22 | it -- |
| 10:31:34 | 23 | Q.   I don't recall you referring to that -- |
| 10:31:36 | 24 | A.   Okay. |
| 10:31:36 | 25 | Q.   -- specifically in your report. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 317

| | | |
|---|---|---|
| 10:31:37 | 1 | A.   Okay.  All right. |
| 10:31:38 | 2 | Q.   Let me read you the testimony from |
| 10:31:39 | 3 | Mr. Platzer's deposition and then I'm going to ask |
| 10:31:47 | 4 | you a question about it. |
| 10:31:50 | 5 | "Q.  Turning back to the claim, the claim |
| 10:31:52 | 6 | states 'determining whether the event object |
| 10:31:54 | 7 | invokes a scroll or gesture operation.'  And my |
| 10:32:00 | 8 | question is what does it mean to invoke a |
| 10:32:02 | 9 | scroll or gesture operation? |
| 10:32:07 | 10 | "A.  I'm not a lawyer, so I'm not |
| 10:32:10 | 11 | comfortable in defining invoke as far as the |
| 10:32:13 | 12 | patent is concerned.  But in UIKit, as well as |
| 10:32:17 | 13 | what we would say invoke would mean, call a |
| 10:32:21 | 14 | particular function or a set of code that, you |
| 10:32:25 | 15 | know, is executed when the user scrolls or does |
| 10:32:28 | 16 | a gesture." |
| 10:32:31 | 17 | So do you agree with Mr. Platzer's |
| 10:32:36 | 18 | definition of invoke? |
| 10:32:38 | 19 | MR. MONACH:  Object to the form of the |
| 10:32:39 | 20 | question.  Object that it mischaracterizes his |
| 10:32:42 | 21 | testimony. |
| 10:32:48 | 22 | THE WITNESS:  I don't disagree with it, |
| 10:32:49 | 23 | but I find that it's not a very well phrased or |
| 10:32:53 | 24 | complete -- it's not a very well put together |
| 10:33:00 | 25 | definition.  I mean, there's lots of holes in the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 318

| | | |
|---|---|---|
| 10:33:08 | 1 | way the sentence is even phrased. |
| 10:33:10 | 2 | MR. BRIGGS:  Q.  Would you agree that |
| 10:33:11 | 3 | invoke in general means to call a particular |
| 10:33:17 | 4 | function? |
| 10:33:18 | 5 | A.   You know, hearing the statement that you |
| 10:33:21 | 6 | just read back to me from Mr. Platzer's deposition, |
| 10:33:25 | 7 | I would -- I would sort of understand that |
| 10:33:28 | 8 | essentially the UIKit that he refers to was in some |
| 10:33:40 | 9 | sense calling or -- yeah, calling some sort of |
| 10:33:44 | 10 | function with -- which had access to the event |
| 10:33:49 | 11 | information that would then be processed as he |
| 10:33:55 | 12 | states in terms of -- you know, for doing scroll |
| 10:33:58 | 13 | operations or gesture operations. |
| 10:34:00 | 14 | Q.   And that's consistent with the meaning of |
| 10:34:04 | 15 | invoke that's used by computer scientists; correct? |
| 10:34:11 | 16 | A.   Well, as I said, the -- the meaning as |
| 10:34:22 | 17 | used by computer scientists, typically I think |
| 10:34:28 | 18 | computer scientists would take a word like that and |
| 10:34:33 | 19 | provide some context to give you some clarity in |
| 10:34:37 | 20 | terms of what -- what -- what was being -- you know, |
| 10:34:44 | 21 | what was being referred to, what -- what information |
| 10:34:48 | 22 | was being passed with the functions that were |
| 10:34:53 | 23 | involved, and so on.  I think, loosely speaking, it |
| 10:34:56 | 24 | relates to some piece of functionality that is being |
| 10:35:01 | 25 | called.  But it -- it typically sort of almost |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 319

| | | |
|---|---|---|
| 10:35:08 | 1 | requires that you provide further -- further |
| 10:35:11 | 2 | context. |
| 10:35:14 | 3 | Q.   So is it your testimony that in the |
| 10:35:16 | 4 | context of the '915 patent invoke does not mean |
| 10:35:20 | 5 | calling a function? |
| 10:35:25 | 6 | MR. MONACH:  Objection.  Vague. |
| 10:35:26 | 7 | THE WITNESS:  In the context of the '915 I |
| 10:35:31 | 8 | am saying that it means that a function is called, |
| 10:35:37 | 9 | as Mr. Platzer seems to suggest.  And, given the |
| 10:35:47 | 10 | additional context of the event object, that that |
| 10:35:50 | 11 | event object is in some sense both related to the |
| 10:35:58 | 12 | function that is called as well as part of the |
| 10:36:04 | 13 | information that is going to be accessible to |
| 10:36:08 | 14 | whichever programming entity is -- is going to use |
| 10:36:13 | 15 | that information. |
| 10:36:24 | 16 | MR. BRIGGS:  Q.  So in the context of the |
| 10:36:25 | 17 | '915 patent, your testimony is that "invoke" |
| 10:36:29 | 18 | involves -- it doesn't necessarily involve calling |
| 10:36:36 | 19 | the function, but it somehow relates to a function |
| 10:36:44 | 20 | call.  I'm trying to see the distinction here. |
| 10:36:48 | 21 | A.   Yes.  So the fact that the context |
| 10:36:56 | 22 | provided for invoking in this is an event object. |
| 10:36:59 | 23 | The event object a person of ordinary skill in the |
| 10:37:02 | 24 | art would understand to be an event programming |
| 10:37:07 | 25 | protocol that typically has a particular mechanism |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 320

| | | |
|---|---|---|
| 10:37:14 | 1 | by which functions are called. |
| 10:37:15 | 2 | And within that setting I believe a person |
| 10:37:22 | 3 | of ordinary skill in the art would understand what |
| 10:37:25 | 4 | function it was that was being called and that the |
| 10:37:28 | 5 | information that was captured by the event object |
| 10:37:30 | 6 | would be available for processing. |
| 10:37:35 | 7 | Q.   So is it your testimony that the use of |
| 10:37:37 | 8 | "invoke" in the claims of the '915 patent is |
| 10:37:42 | 9 | different than the way the term "invoke" would |
| 10:37:48 | 10 | typically be used by computer scientists? |
| 10:37:52 | 11 | MR. MONACH:  Object to form. |
| 10:37:54 | 12 | THE WITNESS:  I sort of feel that I have |
| 10:37:55 | 13 | already answered this question in the sense that I |
| 10:37:58 | 14 | have said that -- that I believe that the term just |
| 10:38:03 | 15 | by itself, invoke, would usually be embedded in |
| 10:38:12 | 16 | some -- some context that would provide clarity of |
| 10:38:19 | 17 | what the piece of functionality was, what |
| 10:38:23 | 18 | information it had access to, and that usually that |
| 10:38:29 | 19 | should be taken together with a word to decipher it, |
| 10:38:34 | 20 | and that with the context a person of ordinary skill |
| 10:38:40 | 21 | in the art should be able to decipher it without |
| 10:38:44 | 22 | ambiguity. |
| 10:38:46 | 23 | MR. BRIGGS:  Q.  Now, the definition you |
| 10:38:50 | 24 | are providing for invoke in the context of the '915 |
| 10:38:52 | 25 | patent, have you ever used that definition for |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 321

| | | |
|---|---|---|
| 10:38:54 | 1 | invoke before this case? |
| 10:38:59 | 2 | MR. MONACH:  Object to form. |
| 10:39:03 | 3 | THE WITNESS:  Precisely that definition, |
| 10:39:05 | 4 | with that context of the -- the sentence construct |
| 10:39:11 | 5 | put that way, probably not.  But equally possibly |
| 10:39:20 | 6 | something similar I could well have -- something |
| 10:39:25 | 7 | analogous I could have used. |
| 10:39:29 | 8 | MR. BRIGGS:  Q.  And you have been working |
| 10:39:30 | 9 | in the field of computer science since the early |
| 10:39:34 | 10 | 1990s; is that correct? |
| 10:39:38 | 11 | A.  At least. |
| 10:39:41 | 12 | Q.  And you received your PhD in computer |
| 10:39:43 | 13 | science in 1995; is that correct? |
| 10:39:48 | 14 | A.  As far as I remember, yes. |
| 10:39:52 | 15 | Q.  What is a scroll operation as used in the |
| 10:39:54 | 16 | claims of the '915 patent? |
| 10:40:01 | 17 | A.  A scroll operation, as I believe a person |
| 10:40:08 | 18 | of ordinary skill in the art would understand in the |
| 10:40:11 | 19 | context of the '915 patent, refers to an operation |
| 10:40:18 | 20 | that causes sort of the pure translation of content |
| 10:40:28 | 21 | that it is being applied to. |
| 10:40:37 | 22 | Q.  By pure translation you mean -- can you |
| 10:40:44 | 23 | explain what that means? |
| 10:40:47 | 24 | A.  Sure.  Mathematically objects or entities |
| 10:40:55 | 25 | can undergo certain formation of transformations. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 322

| | | |
|---|---|---|
| 10:41:02 | 1 | There's a whole hierarchy of them.  There are |
| 10:41:06 | 2 | certain kinds of transformations called linear |
| 10:41:09 | 3 | transforms, which are things that transform straight |
| 10:41:13 | 4 | lines to straight lines.  There are an even more |
| 10:41:19 | 5 | general case called non-linear transforms that would |
| 10:41:23 | 6 | turn a straight line into a curve.  There are more |
| 10:41:26 | 7 | specific transforms called affine transforms that |
| 10:41:30 | 8 | have certain properties.  A rotation is an example |
| 10:41:36 | 9 | of an affine transform. |
| 10:41:41 | 10 | Anyway, so there are various kinds of |
| 10:41:43 | 11 | transforms like that that have certain properties |
| 10:41:44 | 12 | that -- that are preserved. |
| 10:41:47 | 13 | A translation is a -- strictly a |
| 10:41:51 | 14 | translation or a pure transition is a specific form |
| 10:41:56 | 15 | of transformation that has certain mathematical |
| 10:42:00 | 16 | properties that are preserved before and after. |
| 10:42:12 | 17 | Q.   What is a gesture operation, as that term |
| 10:42:17 | 18 | is used in the '915 patent? |
| 10:42:20 | 19 | A.   A gesture operation, as I -- as a person |
| 10:42:27 | 20 | of ordinary skill in the art would understand in the |
| 10:42:32 | 21 | context of the '915 patent, is -- is -- is also a |
| 10:42:39 | 22 | transformation that gets applied to the content that |
| 10:42:43 | 23 | it is being applied to.  It's a more -- it's a |
| 10:42:47 | 24 | different form of transformation from a pure |
| 10:42:51 | 25 | translation.  And some examples of gesture |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 323

| | | |
|---|---|---|
| 10:42:58 | 1 | operations have been provided, one example being a |
| 10:43:04 | 2 | scaling transformation, a scale transformation. |
| 10:43:08 | 3 | Q.   What does a scale transformation mean? |
| 10:43:12 | 4 | A.   So a scale transformation is again |
| 10:43:15 | 5 | something that has a clear set of mathematical |
| 10:43:19 | 6 | properties, but for -- a layman definition of it |
| 10:43:24 | 7 | would refer to essentially an enlargement or an |
| 10:43:29 | 8 | increase in size or a zoom.  These are -- these are |
| 10:43:34 | 9 | terms that you could attribute to a scale |
| 10:43:40 | 10 | transformation. |
| 10:43:48 | 11 | Q.   Is a scroll a type of gesture? |
| 10:43:51 | 12 | MR. MONACH:  Object to form. |
| 10:43:57 | 13 | THE WITNESS:  A scroll -- |
| 10:43:59 | 14 | MR. MONACH:  Asked and answered. |
| 10:44:07 | 15 | THE WITNESS:  You would have to -- given |
| 10:44:09 | 16 | that these terms are used in a specific context in |
| 10:44:13 | 17 | the '915 patent, I think you would need a little |
| 10:44:16 | 18 | more clarity in that question for me to really |
| 10:44:19 | 19 | answer it. |
| 10:44:21 | 20 | MR. BRIGGS:  Q.  Well, let's set aside the |
| 10:44:23 | 21 | '915 patent.  And I'd like to know if, to a computer |
| 10:44:32 | 22 | scientist who has never been involved in this case |
| 10:44:34 | 23 | or looked at the '915 patent, would they say that a |
| 10:44:37 | 24 | scroll can be a gesture? |
| 10:44:38 | 25 | MR. MONACH:  Objection.  Asked and |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 324

| | | |
|---|---|---|
| 10:44:40 | 1 | answered yesterday. |
| 10:44:44 | 2 | THE WITNESS:  A scroll -- I mean, as I |
| 10:44:45 | 3 | said, I have answered it yesterday.  It might just |
| 10:44:52 | 4 | be simplest if we can read back my answer from |
| 10:44:56 | 5 | yesterday.  I think essentially that's what I would |
| 10:44:57 | 6 | like to say it is.  So -- |
| 10:44:59 | 7 | MR. BRIGGS:  Q.  What was your answer from |
| 10:45:01 | 8 | yesterday? |
| 10:45:02 | 9 | A.  Well, I don't remember the exact wording |
| 10:45:05 | 10 | of it.  But I think a scroll typically refers to -- |
| 10:45:09 | 11 | to a motion. |
| 10:45:14 | 12 | If you -- I think you have to talk about |
| 10:45:17 | 13 | it in terms of, you know, is the scroll -- I |
| 10:45:22 | 14 | think -- when -- you know, if you talk about it with |
| 10:45:27 | 15 | respect to -- if you talk about it with respect to |
| 10:45:37 | 16 | an -- you know, an element that you are applying a |
| 10:45:44 | 17 | scroll to.  So if you are actually applying a scroll |
| 10:45:47 | 18 | to something, then it's essentially what I referred |
| 10:45:50 | 19 | to just a little bit earlier as a scroll operation. |
| 10:45:58 | 20 | Looked at in a general setting by itself, |
| 10:46:01 | 21 | it could indicate a motion of some kind, as well. |
| 10:46:06 | 22 | So I really think that, you know, you need to |
| 10:46:10 | 23 | provide it with some -- some clear context, if you |
| 10:46:14 | 24 | expect to have a clear understanding of what it is. |
| 10:46:20 | 25 | Q.  Have you ever -- in all your years in the |

Merrill Corporation - Boston

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 325

| | | |
|---|---|---|
| 10:46:23 | 1 | field of computer science and user interfaces, have |
| 10:46:26 | 2 | you ever heard anybody say that a scroll can be a |
| 10:46:32 | 3 | gesture operation or that a scroll is a gesture |
| 10:46:37 | 4 | operation? |
| 10:46:52 | 5 | A.   That's not a sentence, you know, by itself |
| 10:46:54 | 6 | that I would -- |
| 10:46:58 | 7 | Q.   I mean, have you -- |
| 10:46:59 | 8 | A.   -- see out of context.  It's just -- it |
| 10:47:05 | 9 | would be a very -- you know, out of context it would |
| 10:47:08 | 10 | sort of be an odd sentence. |
| 10:47:09 | 11 | Q.   If you walked up to Dr. Balakrishnan today |
| 10:47:13 | 12 | and you asked him, "Can a scroll be a gesture, or is |
| 10:47:16 | 13 | a scroll a type of a gesture?" what would he say? |
| 10:47:19 | 14 | MR. MONACH:  Objection.  Lack of |
| 10:47:20 | 15 | foundation.  Vague. |
| 10:47:21 | 16 | THE WITNESS:  He would tell me to explain |
| 10:47:22 | 17 | myself in clear terms. |
| 10:47:26 | 18 | MR. BRIGGS:  Q.  What if he asked you that |
| 10:47:28 | 19 | question, the same question?  Is a scroll a gesture? |
| 10:47:32 | 20 | A.   I would ask him to clarify himself, to be |
| 10:47:38 | 21 | precise. |
| 10:47:38 | 22 | Q.   You would ask him if you were talking |
| 10:47:40 | 23 | about the '915 patent? |
| 10:47:42 | 24 | A.   No, I -- I would just ask him to clarify |
| 10:47:47 | 25 | himself. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 326

| | | |
|---|---|---|
| 10:47:47 | 1 | Q. Okay. Can a user scroll with one input |
| 10:47:51 | 2 | point -- |
| 10:47:51 | 3 | MR. MONACH: Objection. |
| 10:47:52 | 4 | MR. BRIGGS: Q. -- on a touch screen? |
| 10:47:54 | 5 | MR. MONACH: Objection. Vague. |
| 10:47:55 | 6 | Ambiguous. |
| 10:48:07 | 7 | THE WITNESS: I guess if the question that |
| 10:48:08 | 8 | you are trying to ask is whether a user can perform |
| 10:48:13 | 9 | a scroll operation with one input point -- |
| 10:48:18 | 10 | MR. BRIGGS: Q. Let me ask that question. |
| 10:48:20 | 11 | A. Okay. |
| 10:48:20 | 12 | Q. That's a better phrasing. |
| 10:48:21 | 13 | A. Okay. |
| 10:48:22 | 14 | Q. Can a user perform a scroll operation |
| 10:48:26 | 15 | using one input point? |
| 10:48:30 | 16 | A. Conceptually, or in the context of the |
| 10:48:36 | 17 | '915 patent, or... |
| 10:48:38 | 18 | Q. How about on an Apple iPhone? |
| 10:48:43 | 19 | A. On an Apple iPhone, yes, I believe a user |
| 10:48:49 | 20 | could. |
| 10:48:50 | 21 | Q. Can a user perform a scroll operation |
| 10:48:54 | 22 | using two input points on an Apple iPhone? |
| 10:48:58 | 23 | MR. MONACH: Objection. Vague. |
| 10:49:00 | 24 | THE WITNESS: A scroll operation as I have |
| 10:49:07 | 25 | defined it, as being a pure translation? |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 327

| | | |
|---|---|---|
| 10:49:32 | 1 | Not that I have personally inspected.  Not |
| 10:49:36 | 2 | that I have seen. |
| 10:49:37 | 3 | MR. BRIGGS:  Q.  Do you think it's |
| 10:49:39 | 4 | possible for a user on some system to perform a |
| 10:49:44 | 5 | scroll operation using two fingers? |
| 10:49:48 | 6 | MR. MONACH:  Objection.  Vague and |
| 10:49:49 | 7 | ambiguous.  Incomplete hypothetical. |
| 10:49:52 | 8 | THE WITNESS:  Conceptually in a general |
| 10:49:54 | 9 | setting, to the extent that it's a hypothetical |
| 10:49:58 | 10 | question?  Perhaps. |
| 10:50:00 | 11 | MR. BRIGGS:  Q.  And you could scroll with |
| 10:50:02 | 12 | three fingers as well; right? |
| 10:50:04 | 13 | MR. MONACH:  Same objection. |
| 10:50:05 | 14 | THE WITNESS:  You could perform a scroll |
| 10:50:07 | 15 | operation conceptually as -- conceptually as I have |
| 10:50:13 | 16 | defined a scroll operation, which is a pure |
| 10:50:16 | 17 | translation, potentially. |
| 10:50:26 | 18 | MR. BRIGGS:  Q.  In claim 1 of the '915 |
| 10:50:29 | 19 | patent, if you look at the fifth element, there's a |
| 10:50:37 | 20 | phrase that states, "by scrolling a window having a |
| 10:50:42 | 21 | view associated with the event object." |
| 10:50:50 | 22 | A.   Yes. |
| 10:50:54 | 23 | Q.   What does that phrase mean to a person of |
| 10:50:57 | 24 | ordinary skill in the art? |
| 10:51:01 | 25 | A.   So, again, within some event-driven |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 328

| | | |
|---|---|---|
| 10:51:16 | 1 | programming infrastructures there is -- there is the |
| 10:51:25 | 2 | ability to -- for windows or for views or regions, |
| 10:51:36 | 3 | to -- to associate themselves, to declare an |
| 10:51:41 | 4 | interest in certain events or event objects, and so |
| 10:51:46 | 5 | that when an event is received in that -- in that |
| 10:51:50 | 6 | region or in that window, that that information is |
| 10:51:55 | 7 | passed on to that particular -- that particular view |
| 10:51:59 | 8 | or window. |
| 10:52:01 | 9 | And in this context it would say -- it |
| 10:52:04 | 10 | would -- it would -- it would scroll that window, or |
| 10:52:15 | 11 | rather it would perform a strict translation of that |
| 10:52:19 | 12 | window. That's how I believe a person of ordinary |
| 10:52:24 | 13 | skill in the art... |
| 10:52:26 | 14 | Q. What does the term within that phrase |
| 10:52:29 | 15 | "associated with" mean? |
| 10:52:33 | 16 | A. Associated basically means that when -- |
| 10:52:40 | 17 | when the event is -- when the event is received that |
| 10:52:50 | 18 | there is a connection between that event because of |
| 10:52:58 | 19 | its location and the -- and the entities that have |
| 10:53:02 | 20 | expressed an interest in that event. |
| 10:53:13 | 21 | Q. So it seems like you are using just the |
| 10:53:16 | 22 | plain meaning of "associated with." |
| 10:53:18 | 23 | A. Well, I am using the plain meaning of the |
| 10:53:21 | 24 | word "associate." However, in this context and in |
| 10:53:24 | 25 | the context of an event-driven programming |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 329

| | | |
|---|---|---|
| 10:53:27 | 1 | infrastructure, it would typically -- a person of |
| 10:53:31 | 2 | ordinary skill in the art would understand a |
| 10:53:32 | 3 | particular flow of programming construct that would |
| 10:53:37 | 4 | stem from that association. |
| 10:53:50 | 5 | Q.   In your infringement report you have a |
| 10:53:59 | 6 | section that discusses Apple's practice of the '915 |
| 10:54:03 | 7 | patent.  And that starts on page 77 of your report, |
| 10:54:22 | 8 | paragraph 295.  Do you remember writing this portion |
| 10:54:58 | 9 | of your report? |
| 10:54:59 | 10 | A.   Yes. |
| 10:55:03 | 11 | Q.   Now, my question is, when you determined |
| 10:55:11 | 12 | that Apple's products met the claim limitations in |
| 10:55:17 | 13 | the '915 patent, did you review any Apple source |
| 10:55:23 | 14 | code to reach your conclusion? |
| 10:55:26 | 15 | A.   Yes. |
| 10:55:28 | 16 | Q.   And where do you state that in your |
| 10:55:31 | 17 | report? |
| 10:55:32 | 18 | A.   I would have to read through my report |
| 10:55:35 | 19 | to -- |
| 10:55:38 | 20 | Q.   It's -- |
| 10:55:39 | 21 | A.   -- to -- |
| 10:55:40 | 22 | Q.   This section is about a page long, so... |
| 10:55:58 | 23 | A.   I may not have stated it in my report, but |
| 10:56:02 | 24 | I did review Apple source code. |
| 10:56:05 | 25 | Q.   Did you need to review Apple source code |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 330

| | | |
|---|---|---|
| 10:56:08 | 1 | to reach the conclusion that Apple's products |
| 10:56:11 | 2 | practiced the claims of the '915 patent? |
| 10:56:18 | 3 | MR. MONACH:  Object to form. |
| 10:56:23 | 4 | THE WITNESS:  Well, a number of -- a |
| 10:56:26 | 5 | number of pieces of evidence led to my conclusion. |
| 10:56:36 | 6 | As I mentioned, the description of the event |
| 10:56:39 | 7 | handling guide in the iOS provides evidence of the |
| 10:56:44 | 8 | program -- program flow of the structure.  I did |
| 10:56:49 | 9 | look for specific constructs in the Apple source |
| 10:56:51 | 10 | code, and in addition I believe I already mentioned |
| 10:56:56 | 11 | yesterday that I spoke to one of the Apple |
| 10:57:03 | 12 | inventors, engineers on this patent, to further |
| 10:57:11 | 13 | convince myself. |
| 10:57:12 | 14 | MR. BRIGGS:  Q.  Now, if you had not |
| 10:57:14 | 15 | looked at any Apple source code, would you be able |
| 10:57:17 | 16 | to reach the conclusion that Apple's products |
| 10:57:20 | 17 | practice any of the claims of the '915 patent? |
| 10:57:24 | 18 | MR. MONACH:  Objection.  Incomplete |
| 10:57:25 | 19 | hypothetical and vague. |
| 10:57:31 | 20 | THE WITNESS:  It would depend on what |
| 10:57:33 | 21 | other evidence I had in forming my opinions.  I |
| 10:57:38 | 22 | don't -- a number of pieces of information put |
| 10:57:49 | 23 | together can, you know, can help form a conclusive |
| 10:57:53 | 24 | opinion. |
| 10:57:53 | 25 | MR. BRIGGS:  Q.  But it's not necessary to |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 331

| | | |
|---|---|---|
| 10:57:54 | 1 | look at the source code to determine whether -- or |
| 10:58:00 | 2 | for you wasn't necessary to look -- strike that. |
| 10:58:03 | 3 | For you, you didn't find it necessary to |
| 10:58:06 | 4 | look at Apple's source code to determine whether the |
| 10:58:13 | 5 | iPhone and iPad products practiced any of the claims |
| 10:58:16 | 6 | of the '915 patent; is that correct? |
| 10:58:19 | 7 | MR. MONACH:  Object to the form of the |
| 10:58:20 | 8 | question. |
| 10:58:21 | 9 | THE WITNESS:  I believe I said that I did |
| 10:58:22 | 10 | look at Apple source code. |
| 10:58:30 | 11 | MR. BRIGGS:  Q.  Yes, but that was not |
| 10:58:32 | 12 | necessary to reach the conclusion that Apple's |
| 10:58:39 | 13 | iPhone or iPad products practiced any of the claims |
| 10:58:44 | 14 | of the '915 patent; correct? |
| 10:58:46 | 15 | MR. MONACH:  Objection.  Incomplete |
| 10:58:47 | 16 | hypothetical.  Vague. |
| 10:58:48 | 17 | THE WITNESS:  I believe that's somewhat of |
| 10:58:49 | 18 | a hypothetical question, because, given that I did |
| 10:58:52 | 19 | do it, had I not done it I would have had to |
| 10:58:54 | 20 | reanalyze my opinions in the -- in the light of |
| 10:58:57 | 21 | whatever other pieces of evidence I had to -- to -- |
| 10:59:02 | 22 | to decide whether in my mind that was -- that was |
| 10:59:05 | 23 | conclusive enough or whether I needed more. |
| 10:59:09 | 24 | MR. BRIGGS:  Q.  Well, if it was necessary |
| 10:59:10 | 25 | to look at Apple's source code, why didn't you |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 332

| | | |
|---|---|---|
| 10:59:13 | 1 | include that in this section of your report? |
| 10:59:18 | 2 | MR. MONACH:  Objection to form.  Assumes |
| 10:59:21 | 3 | facts not in evidence. |
| 10:59:32 | 4 | THE WITNESS:  Well, I, as I said, there |
| 10:59:35 | 5 | were a number of -- are a number of things that I |
| 10:59:40 | 6 | took into account.  And as a person of ordinary |
| 10:59:49 | 7 | skill in the art that works in this area, generally |
| 10:59:55 | 8 | in the report there are -- there are pieces of |
| 10:59:59 | 9 | knowledge and understanding that don't necessarily |
| 11:00:02 | 10 | always make it into -- into your report.  That |
| 11:00:11 | 11 | doesn't -- that doesn't say that they do not have a |
| 11:00:17 | 12 | bearing in the formation of your opinions. |
| 11:00:27 | 13 | MR. BRIGGS:  Q.  Do you have any evidence |
| 11:00:29 | 14 | that Samsung has practiced the method claims that |
| 11:00:35 | 15 | are asserted in the '915 patent? |
| 11:00:41 | 16 | MR. MONACH:  Objection.  Vague. |
| 11:00:44 | 17 | THE WITNESS:  I am sorry.  Could you |
| 11:00:45 | 18 | repeat the question, please? |
| 11:00:47 | 19 | MR. BRIGGS:  Q.  Do you have any evidence |
| 11:00:48 | 20 | that Samsung has performed the method claims in the |
| 11:00:55 | 21 | '915 patent? |
| 11:00:57 | 22 | MR. MONACH:  Same objection. |
| 11:00:59 | 23 | THE WITNESS:  When you say Samsung, you |
| 11:01:00 | 24 | mean Samsung employees?  Because when you say |
| 11:01:03 | 25 | performed, it typically means that there is a person |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 333

| | | |
|---|---|---|
| 11:01:06 | 1 | that performs it. |
| 11:01:09 | 2 | MR. BRIGGS:  Q.  Let me ask you this |
| 11:01:10 | 3 | question.  Are you alleging that Samsung directly |
| 11:01:12 | 4 | infringes the method claims of the '915 patent? |
| 11:01:19 | 5 | A.   I believe that is a question we have gone |
| 11:01:22 | 6 | over in the context of the '163 and '891 patents. |
| 11:01:26 | 7 | And my answer is essentially the same, that I |
| 11:01:29 | 8 | believe the functionality of the claims is present |
| 11:01:40 | 9 | on Samsung accused products.  And if I read from my |
| 11:01:50 | 10 | report, I -- can you point me at one of the method |
| 11:02:10 | 11 | claims from the patent? |
| 11:02:12 | 12 | Q.   Claim 1. |
| 11:02:36 | 13 | A.   Right.  So, as -- as I state, in addition |
| 11:02:41 | 14 | to having the functionality on the Samsung accused |
| 11:02:46 | 15 | products, I believe the ordinary and intended use of |
| 11:02:50 | 16 | the product would require -- would involve users |
| 11:02:59 | 17 | actually performing those -- that piece of |
| 11:03:04 | 18 | function -- that functionality or those claims. |
| 11:03:07 | 19 | There is evidence that I provided in terms |
| 11:03:09 | 20 | of user manuals and tool tips that essentially show |
| 11:03:17 | 21 | the usage of the functionality that is described in |
| 11:03:19 | 22 | the '91 claims -- '915 claims.  And so I believe |
| 11:03:25 | 23 | that it is quite likely that people would, in their |
| 11:03:33 | 24 | ordinary and intended use, perform that |
| 11:03:37 | 25 | functionality. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

Page 334

| | | |
|---|---|---|
| 11:03:39 | 1 | Q.   So your theory of infringement on the |
| 11:03:42 | 2 | method claims for the '915 patent is the same as |
| 11:03:45 | 3 | your theory of infringement for the method claims of |
| 11:03:49 | 4 | the '163 patent and the '891 patent we discussed |
| 11:03:53 | 5 | yesterday? |
| 11:03:54 | 6 | MR. MONACH:  Object to form. |
| 11:03:55 | 7 | MR. BRIGGS:  Q.  It's based on ordinary |
| 11:03:56 | 8 | and intended use; is that correct? |
| 11:03:58 | 9 | A.   By and large. |
| 11:04:01 | 10 | Q.   Okay.  Now, in your infringement report, |
| 11:04:18 | 11 | you state that Samsung infringes claim 1; correct? |
| 11:04:52 | 12 | A.   Yes. |
| 11:04:54 | 13 | Q.   And what do you identify as the event |
| 11:04:58 | 14 | object in Samsung's products? |
| 11:05:07 | 15 | A.   I believe I would have it in detail in my |
| 11:05:11 | 16 | claim charts, that there is a summary of it provided |
| 11:05:15 | 17 | in the report, but if you were to give me my claim |
| 11:05:19 | 18 | charts, I would be able to give you -- give it to |
| 11:05:25 | 19 | you in more precise detail. |
| 11:05:27 | 20 | Q.   I actually think it's in your report. |
| 11:05:29 | 21 | A.   Oh, is it in my report? |
| 11:05:31 | 22 | Q.   If you look at page 85, paragraph 322 and |
| 11:05:36 | 23 | the surrounding paragraphs. |
| 11:05:38 | 24 | A.   Mm-hmm.  Yes.  I believe it would be a |
| 11:05:44 | 25 | motion event object. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 335

| | | |
|---|---|---|
| 11:05:48 | 1 | Q.   So your position is that the event object |
| 11:05:51 | 2 | limitation in the claims is met by the motion event |
| 11:05:55 | 3 | object in Samsung's products; correct? |
| 11:06:00 | 4 | A.   That is correct. |
| 11:06:01 | 5 | Q.   Okay.  What is the motion event object? |
| 11:06:08 | 6 | How would you describe it? |
| 11:06:09 | 7 | MR. MONACH:  Objection.  Vague. |
| 11:06:25 | 8 | THE WITNESS:  It's an event object that |
| 11:06:27 | 9 | captures touch input on the touch screen.  The |
| 11:06:38 | 10 | precise definitions I have pointed to in the -- in |
| 11:06:42 | 11 | the HTML web page, and I would be happy to look at |
| 11:06:49 | 12 | them to give you a more precise definition. |
| 11:06:54 | 13 | MR. BRIGGS:  Q.  What information is |
| 11:06:55 | 14 | stored in a motion event object? |
| 11:07:00 | 15 | A.   Again, I would probably need to look at |
| 11:07:02 | 16 | the -- the object specification to -- to give you |
| 11:07:12 | 17 | more precise or conclusive answers.  But generally |
| 11:07:15 | 18 | in such objects you would have information |
| 11:07:19 | 19 | regarding -- regarding the touches, the touch times, |
| 11:07:25 | 20 | the locations, those sort of things. |
| 11:07:30 | 21 | Q.   What methods are within the motion event |
| 11:07:33 | 22 | object? |
| 11:07:35 | 23 | MR. MONACH:  Object to form. |
| 11:07:42 | 24 | THE WITNESS:  Again, I would need to look |
| 11:07:44 | 25 | at the precise specification of the -- of the object |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 336

| 11:07:48 | 1 | to -- to give you a conclusive answer.  But |
| 11:07:54 | 2 | generally speaking there would be methods to access |
| 11:08:01 | 3 | those pieces of information. |
| 11:08:05 | 4 | MR. BRIGGS:  Q.  Are there any methods in |
| 11:08:07 | 5 | the motion event object that invoke a scroll |
| 11:08:11 | 6 | operation? |
| 11:08:14 | 7 | A.  As I have already answered many times in |
| 11:08:23 | 8 | the context of the '915 patent, the -- the -- the |
| 11:08:30 | 9 | use -- the use of the phrase where the event object |
| 11:08:35 | 10 | invokes in the context of an event-driven |
| 11:08:41 | 11 | programming infrastructure would relate to, in this |
| 11:08:43 | 12 | context, the view in this case, I believe, of a |
| 11:08:52 | 13 | class called web view receiving -- receiving the |
| 11:09:01 | 14 | event information via a function that is called on |
| 11:09:07 | 15 | touch event, I believe, that the motion event is a |
| 11:09:16 | 16 | part of, as a part of being -- I believe it's one of |
| 11:09:19 | 17 | the parameters of that function. |
| 11:09:22 | 18 | And all of this that I am mentioning is |
| 11:09:25 | 19 | off the top of my head.  If you -- if you wanted me |
| 11:09:29 | 20 | to say so completely conclusively, I would need to |
| 11:09:33 | 21 | actually run through the -- the precise claim trace |
| 11:09:39 | 22 | to corroborate that. |
| 11:09:43 | 23 | Q.  So back to my original question.  Are |
| 11:09:46 | 24 | there any methods in the motion event object that |
| 11:09:49 | 25 | invoke a scroll operation? |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

Page 337

| | | |
|---|---|---|
| 11:10:03 | 1 | MR. MONACH:  Object to form. |
| 11:10:04 | 2 | THE WITNESS:  I believe that you would |
| 11:10:04 | 3 | need to describe the phrase "invoke a scroll |
| 11:10:09 | 4 | operation" very specifically in a context that would |
| 11:10:12 | 5 | require elaboration of that question for me to be |
| 11:10:14 | 6 | able to answer it in any way that might not be |
| 11:10:18 | 7 | misconstrued. |
| 11:10:19 | 8 | MR. BRIGGS:  Q.  So your answer would |
| 11:10:21 | 9 | depend on the precise definition of invoke; correct? |
| 11:10:26 | 10 | A.  It would depend on what a person of |
| 11:10:32 | 11 | ordinary skill in the art would understand, given |
| 11:10:37 | 12 | the context of the '915 patent. |
| 11:10:43 | 13 | Q.  Let's assume that invoke means call.  In |
| 11:10:51 | 14 | that case are there any methods in the motion event |
| 11:10:55 | 15 | object that invoke a scroll operation? |
| 11:10:57 | 16 | MR. MONACH:  Objection.  Vague. |
| 11:11:01 | 17 | THE WITNESS:  I believe that that's -- |
| 11:11:05 | 18 | that's sort of a hypothetical question, where you |
| 11:11:07 | 19 | are assuming the -- taking a word completely out of |
| 11:11:13 | 20 | context, assigning an arbitrary meaning to it, and |
| 11:11:19 | 21 | then asking a hypothetical question based on that. |
| 11:11:23 | 22 | And in that sense -- |
| 11:11:25 | 23 | I am sorry.  You were going to say |
| 11:11:27 | 24 | something? |
| 11:11:28 | 25 | MR. BRIGGS:  Q.  Well, I am surprised that |

Page 338

| | | |
|---|---|---|
| 11:11:29 | 1 | you say that's an arbitrary meaning of -- saying |
| 11:11:33 | 2 | that invoke means call, that's not arbitrary. |
| 11:11:38 | 3 | A.   That's -- |
| 11:11:39 | 4 | MR. MONACH:  Object to the form or the |
| 11:11:40 | 5 | colloquy.  Maybe we should start over.  If you have |
| 11:11:43 | 6 | a question to pose to the witness, the witness can |
| 11:11:47 | 7 | answer the question. |
| 11:11:48 | 8 | But whatever his facial expression may be, |
| 11:11:50 | 9 | you are entitled to finish your answer. |
| 11:11:53 | 10 | THE WITNESS:  Okay.  So I apologize. |
| 11:11:54 | 11 | Perhaps that was not exactly the way I may have |
| 11:11:58 | 12 | intended to word it.  But essentially what I wanted |
| 11:12:00 | 13 | to say is that, if you were to take the term |
| 11:12:10 | 14 | "invoke" out of what I believe its context should be |
| 11:12:16 | 15 | and ask the hypothetical question as to whether |
| 11:12:19 | 16 | there was a method inside the motion event object |
| 11:12:30 | 17 | itself, I would say there is not. |
| 11:12:32 | 18 | MR. BRIGGS:  Q.  So, just so it's clear |
| 11:12:34 | 19 | for the record, if invoke means call, your position |
| 11:12:40 | 20 | is that there are no methods in the motion event |
| 11:12:44 | 21 | object that would invoke a scroll operation; |
| 11:12:47 | 22 | correct? |
| 11:12:47 | 23 | MR. MONACH:  Object to form. |
| 11:12:52 | 24 | THE WITNESS:  Well, firstly -- I believe I |
| 11:12:59 | 25 | have sort of answered that question.  I have said |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

Page 339

| | | |
|---|---|---|
| 11:13:03 | 1 | that I believe that it's a hypothetical question.  I |
| 11:13:08 | 2 | do not see any reason for taking this term out of |
| 11:13:14 | 3 | its context, as I would expect a person of ordinary |
| 11:13:20 | 4 | skill in the art to understand it within an |
| 11:13:25 | 5 | event-driven programming infrastructure, where |
| 11:13:29 | 6 | typically the event object essentially by itself |
| 11:13:36 | 7 | encapsulates information. |
| 11:13:38 | 8 | So if you were to take it out of context |
| 11:13:43 | 9 | and construe it that way, and then ask me |
| 11:13:46 | 10 | hypothetically whether that would be the case, |
| 11:13:51 | 11 | then -- then, no, there would not be such a thing |
| 11:13:57 | 12 | within the motion object class. |
| 11:14:00 | 13 | MR. BRIGGS:  Q.  Again, let's assume that |
| 11:14:04 | 14 | invoke means call.  Are there any methods in the |
| 11:14:07 | 15 | motion event object that invoke a gesture operation? |
| 11:14:19 | 16 | A.   Insomuch as that question is taken out of |
| 11:14:25 | 17 | its context and looked at in this hypothetical |
| 11:14:37 | 18 | setting where the motion object is, yes -- no, there |
| 11:14:49 | 19 | would not. |
| 11:14:51 | 20 | Q.   No, there would not be any methods in the |
| 11:14:54 | 21 | motion event object that invoke a gesture operation? |
| 11:14:58 | 22 | MR. MONACH:  Object to the form of the |
| 11:14:59 | 23 | question. |
| 11:15:02 | 24 | THE WITNESS:  In the hypothetical scenario |
| 11:15:04 | 25 | that you were to use what I believe is -- is a term, |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 340

| | | |
|---|---|---|
| 11:15:11 | 1 | "invoke," that would need to be taken with its |
| 11:15:15 | 2 | context in the context of an event object-driven |
| 11:15:19 | 3 | programming infrastructure, then no.  If you take it |
| 11:15:24 | 4 | out of context, then no. |
| 11:15:30 | 5 | MR. BRIGGS:  Q.  Have you reviewed |
| 11:15:31 | 6 | Dr. Gray's expert report on non-infringement of the |
| 11:15:37 | 7 | '915 patent? |
| 11:15:38 | 8 | A.  Yes. |
| 11:15:41 | 9 | Q.  And do you understand that Dr. Gray takes |
| 11:15:44 | 10 | the position that one of ordinary skill in the art |
| 11:15:47 | 11 | would understand invoke to mean call? |
| 11:15:55 | 12 | A.  I would need to read exactly what he said. |
| 11:15:59 | 13 | But generally speaking there was something to that |
| 11:16:01 | 14 | effect. |
| 11:16:03 | 15 | Q.  So there's a disagreement between you and |
| 11:16:09 | 16 | Dr. Gray about the meaning of invoke as that term is |
| 11:16:15 | 17 | used in the '915 patent; correct? |
| 11:16:20 | 18 | A.  You mean Mr. Gray. |
| 11:16:21 | 19 | Q.  Mr. Gray, correct. |
| 11:16:22 | 20 | A.  Yes, I believe there is a disagreement. |
| 11:16:31 | 21 | Q.  And if Mr. Gray's position is correct, |
| 11:16:40 | 22 | there would be no infringement by Samsung's products |
| 11:16:44 | 23 | of the '915 patent; right? |
| 11:16:47 | 24 | MR. MONACH:  Object to the form of the |
| 11:16:49 | 25 | question as vague and ambiguous and an incomplete |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 341

| | | |
|---|---|---|
| 11:16:52 | 1 | hypothetical with respect to type of infringement. |
| 11:16:57 | 2 | THE WITNESS:  We have been focused on a |
| 11:16:59 | 3 | single claim limitation over here.  So it would be |
| 11:17:04 | 4 | difficult for me to say anything about the |
| 11:17:08 | 5 | over-arching question of Samsung's accused products |
| 11:17:11 | 6 | based on these hypothetical scenarios, looking at a |
| 11:17:14 | 7 | very specific single claim limitation. |
| 11:17:17 | 8 | MR. BRIGGS:  Q.  Well, let's look at claim |
| 11:17:18 | 9 | 1 of the '915 patent. |
| 11:17:22 | 10 | If Mr. Gray's interpretation of the term |
| 11:17:26 | 11 | "invoke" is accepted by the court, would you agree |
| 11:17:33 | 12 | that there would be no infringement of claim 1 by |
| 11:17:37 | 13 | Samsung's products? |
| 11:17:39 | 14 | MR. MONACH:  Object as vague, whether you |
| 11:17:40 | 15 | are referring to literal or doctrine of equivalence |
| 11:17:44 | 16 | or both. |
| 11:17:48 | 17 | THE WITNESS:  I would need you to -- to |
| 11:17:53 | 18 | specify what form of infringement you were referring |
| 11:17:56 | 19 | to, for starters. |
| 11:18:01 | 20 | MR. BRIGGS:  Q.  If Mr. Gray's |
| 11:18:02 | 21 | interpretation of the term "invoke" is accepted by |
| 11:18:06 | 22 | the court, would you agree that there would be no |
| 11:18:08 | 23 | literal infringement of claim 1 by Samsung's |
| 11:18:12 | 24 | products? |
| 11:18:14 | 25 | MR. MONACH:  Objection.  Vague. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 342

| 11:18:19 | 1 | THE WITNESS:  I would need to reanalyze |
| 11:18:23 | 2 | the products under that construction to provide a |
| 11:18:28 | 3 | conclusive answer.  But even were you to take that |
| 11:18:36 | 4 | construction, I believe that claim 1 would still be |
| 11:18:44 | 5 | infringing under the doctrine of equivalence. |
| 11:18:47 | 6 | MR. BRIGGS:  Q.  But you would agree that |
| 11:18:48 | 7 | there would be no literal infringement; correct? |
| 11:18:51 | 8 | A.  No, I said I would have to reanalyze the |
| 11:18:54 | 9 | products, given -- I have currently performed an |
| 11:18:57 | 10 | analysis of the products, given a construction that |
| 11:19:02 | 11 | I believe a person of ordinary skill in the art |
| 11:19:07 | 12 | would understand the -- the claim language to mean. |
| 11:19:13 | 13 | If you are imposing a different |
| 11:19:16 | 14 | construction on me, I would need to -- need to |
| 11:19:21 | 15 | reanalyze things under that scenario. |
| 11:19:24 | 16 | Q.  Have you ever carefully reviewed the |
| 11:19:28 | 17 | motion event object? |
| 11:19:31 | 18 | MR. MONACH:  Objection.  Vague. |
| 11:19:35 | 19 | THE WITNESS:  I have reviewed it in as |
| 11:19:37 | 20 | much as I deem necessary. |
| 11:19:43 | 21 | MR. BRIGGS:  Q.  Do you remember ever |
| 11:19:44 | 22 | seeing in the motion event object any methods that |
| 11:19:49 | 23 | call a scroll operation or -- or any methods that |
| 11:19:56 | 24 | call a gesture operation? |
| 11:20:01 | 25 | A.  Not that I recall. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 343

| | | |
|---|---|---|
| 11:20:05 | 1 | Q.   So let's assume that there are no such |
| 11:20:07 | 2 | methods in the motion event object.  If that is |
| 11:20:10 | 3 | true, and if Mr. Gray's construction for invoke were |
| 11:20:18 | 4 | accepted by the court, would you agree that claim 1 |
| 11:20:24 | 5 | of the '915 patent is not literally infringed by |
| 11:20:28 | 6 | Samsung's products? |
| 11:20:30 | 7 | MR. MONACH:  Objection.  Vague. |
| 11:20:32 | 8 | THE WITNESS:  I would need to look at the |
| 11:20:33 | 9 | trace again carefully to answer this question |
| 11:20:36 | 10 | conclusively. |
| 11:20:39 | 11 | MR. BRIGGS:  Q.  But based on my |
| 11:20:40 | 12 | hypothetical, how would you answer the question? |
| 11:20:43 | 13 | MR. MONACH:  Same objection. |
| 11:20:43 | 14 | THE WITNESS:  Well, on the hypothetical, I |
| 11:20:50 | 15 | would answer the question hypothetically. |
| 11:20:53 | 16 | MR. BRIGGS:  Q.  What's your hypothetical |
| 11:20:54 | 17 | answer? |
| 11:20:55 | 18 | A.   Maybe. |
| 11:20:57 | 19 | Q.   Maybe no literal infringement? |
| 11:20:59 | 20 | A.   Maybe no, maybe yes, depending on how |
| 11:21:05 | 21 | exactly the code and its flow was laid out, based on |
| 11:21:15 | 22 | the new construction that you would give me. |
| 11:21:17 | 23 | Q.   You also mentioned that there may be -- |
| 11:21:22 | 24 | there may still be infringement in your opinion |
| 11:21:25 | 25 | under the doctrine of equivalence. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 344

| | | |
|---|---|---|
| 11:21:27 | 1 | A.   Yes. |
| 11:21:27 | 2 | Q.   Can you explain that for me? |
| 11:21:30 | 3 | A.   Sure.  I believe the -- the claim as -- as |
| 11:21:46 | 4 | described by -- the claim language as I pointed out |
| 11:21:52 | 5 | describes the window or view receiving event |
| 11:22:03 | 6 | information that it then processes to process |
| 11:22:08 | 7 | that -- the event of information that the -- |
| 11:22:18 | 8 | Excuse me.  I will start over. |
| 11:22:20 | 9 | Q.   Okay. |
| 11:22:35 | 10 | A.   I believe that the -- the claim |
| 11:22:41 | 11 | describes -- describes an -- the use of an |
| 11:22:51 | 12 | event-driven, object-driven infrastructure.  And the |
| 11:22:56 | 13 | use of it is essentially the medium by which -- by |
| 11:23:02 | 14 | which scroll or gesture operations were performed. |
| 11:23:08 | 15 | Were this medium in this situation to be |
| 11:23:16 | 16 | produced using a different sort of, in some sense, |
| 11:23:23 | 17 | flow of logic, in the end the -- the actual |
| 11:23:30 | 18 | operations that would be performed, the |
| 11:23:33 | 19 | determination, would be all substantially |
| 11:23:37 | 20 | equivalent.  They would be substantially the same. |
| 11:23:42 | 21 | Q.   Now, did you provide that description in |
| 11:23:46 | 22 | your report, the one you just testified as to? |
| 11:23:49 | 23 | A.   I believe in my report I -- well, let me |
| 11:23:52 | 24 | see exactly what I said in my report. |
| 11:25:27 | 25 | Right.  So as I say in paragraph 333, "To |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 345

| | | |
|---|---|---|
| 11:25:33 | 1 | the extent that this limitation is not met |
| 11:25:36 | 2 | literally, in my opinion it is met under the |
| 11:25:37 | 3 | doctrine of equivalents because each of the Accused |
| 11:25:40 | 4 | Products perform steps insubstantially different |
| 11:25:42 | 5 | from determining whether the event object invokes a |
| 11:25:47 | 6 | scroll or gesture operation by distinguishing |
| 11:25:50 | 7 | between a single input point applied to the |
| 11:25:51 | 8 | touch-sensitive display that is interpreted as the |
| 11:25:54 | 9 | scroll operation and two or more input points |
| 11:25:56 | 10 | applied to the touch-sensitive display that are |
| 11:26:00 | 11 | interpreted as the gesture operation, and |
| 11:26:03 | 12 | accomplishes the same function in the same way to |
| 11:26:06 | 13 | achieve the same result." |
| 11:26:08 | 14 | MR. BRIGGS:  Let's take a break. |
| 11:26:09 | 15 | THE VIDEOGRAPHER:  This marks the end of |
| 11:26:10 | 16 | Tape Number 1 in the deposition of Karan Singh, |
| 11:26:15 | 17 | Volume II.  Going off the record, the time is 11:26. |
| 11:33:07 | 18 | (Recess taken from 11:26 to 11:42.) |
| 11:41:37 | 19 | THE VIDEOGRAPHER:  This marks the |
| 11:41:38 | 20 | beginning of Tape Number 2 in the deposition of |
| 11:41:42 | 21 | Karan Singh, Volume II.  Going back on the record, |
| 11:41:45 | 22 | the time is 11:42. |
| 11:41:51 | 23 | MR. BRIGGS:  Q.  Dr. Singh, let's turn to |
| 11:41:53 | 24 | your rebuttal report. |
| 11:41:55 | 25 | A.   Yes. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 346

| | | |
|---|---|---|
| 11:42:06 | 1 | Q. And if you turn to page 56, that's where |
| 11:42:08 | 2 | you begin your discussion of the '915 patent. |
| 11:42:11 | 3 | A. Yes. |
| 11:42:14 | 4 | Q. And you understand that Dr. Gray -- I am |
| 11:42:18 | 5 | sorry -- Mr. Gray has provided the opinion that the |
| 11:42:25 | 6 | asserted claims of the '915 patent are anticipated |
| 11:42:32 | 7 | by the DiamondTouch system? |
| 11:42:35 | 8 | A. Mm-hmm. |
| 11:42:37 | 9 | Q. And you disagree with that opinion; |
| 11:42:38 | 10 | correct? |
| 11:42:39 | 11 | A. Yes. |
| 11:42:40 | 12 | Q. So what are the reasons you disagree with |
| 11:42:42 | 13 | his opinion? |
| 11:42:55 | 14 | A. I provided a detailed description based on |
| 11:42:58 | 15 | the claims. But generally speaking the DiamondTouch |
| 11:43:09 | 16 | describes navigation and interaction on -- on a |
| 11:43:16 | 17 | touch screen display that is not integrated as the |
| 11:43:21 | 18 | claims of the '915 patent require, at least. |
| 11:43:29 | 19 | Q. Can you describe why DiamondTouch is not |
| 11:43:32 | 20 | integrated? |
| 11:43:40 | 21 | A. Well, it would be speculative as to why |
| 11:43:47 | 22 | the inventors chose that design. But in general |
| 11:43:52 | 23 | it's a design that involves sort of a touch surface |
| 11:44:09 | 24 | that typically sort of rests on a table and that has |
| 11:44:13 | 25 | a display that projects information on top of it |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 347

| | | |
|---|---|---|
| 11:44:18 | 1 | from above, and then people sort of interact with |
| 11:44:23 | 2 | that display.  So there are a number of different |
| 11:44:31 | 3 | components that are situated in a very different |
| 11:44:37 | 4 | schematic from -- from that suggested by the '915. |
| 11:44:41 | 5 | Q.   What components in DiamondTouch are not, |
| 11:44:46 | 6 | in your opinion, integrated with the main touch |
| 11:44:50 | 7 | display? |
| 11:44:51 | 8 | MR. MONACH:  Objection.  Assumes facts not |
| 11:44:53 | 9 | in evidence regarding the nature of the DiamondTouch |
| 11:44:59 | 10 | display. |
| 11:45:06 | 11 | THE WITNESS:  Well, the DiamondTouch has a |
| 11:45:08 | 12 | number of, firstly, hardware configurations.  So it |
| 11:45:13 | 13 | would be difficult to say exactly for which one |
| 11:45:18 | 14 | without knowing the specific hardware |
| 11:45:21 | 15 | specifications.  But in general -- generally they |
| 11:45:25 | 16 | all have at least a table that has an overlaid touch |
| 11:45:40 | 17 | sensor, and then a projector which is a separate |
| 11:45:47 | 18 | component that I believe by design is set up to |
| 11:45:58 | 19 | project onto the surface from above, and sort of, by |
| 11:46:02 | 20 | virtue of that, needs to be physically separate, |
| 11:46:05 | 21 | because you need a throw to be able to project |
| 11:46:11 | 22 | light, at least probably has a computer that drives |
| 11:46:14 | 23 | it, and maybe a mouse or a keyboard additionally. |
| 11:46:24 | 24 | MR. BRIGGS:  Q.  So your position is that |
| 11:46:26 | 25 | the DiamondTouch system is not integrated because, |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

Page 348

| | | |
|---|---|---|
| 11:46:29 | 1 | first of all, there's a separate projector, and then |
| 11:46:37 | 2 | possibly a separate computer? |
| 11:46:43 | 3 | A.   Well, particularly the touch input and |
| 11:46:53 | 4 | the -- and the entity responsible for the display |
| 11:46:58 | 5 | are disparate, at least, by design. |
| 11:47:07 | 6 | Q.   So in other words, the projector is not |
| 11:47:11 | 7 | integrated with the touch table; is that correct? |
| 11:47:16 | 8 | A.   That is correct. |
| 11:47:17 | 9 | Q.   They are two separate components? |
| 11:47:19 | 10 | A.   That's right. |
| 11:47:19 | 11 | Q.   How is the projector connected to the |
| 11:47:25 | 12 | table? |
| 11:47:29 | 13 | A.   Light. |
| 11:47:30 | 14 | Q.   Is there a physical connection between the |
| 11:47:32 | 15 | two? |
| 11:47:33 | 16 | A.   Between the table and the projector? |
| 11:47:41 | 17 | Probably not directly.  That is, it projects light. |
| 11:47:44 | 18 | The projector projects light onto the table. |
| 11:47:49 | 19 | Q.   What else does the projector do? |
| 11:47:54 | 20 | A.   Well, the projector is probably connected |
| 11:47:56 | 21 | to a computer.  And the -- and the table is also |
| 11:48:02 | 22 | connected to a computer. |
| 11:48:03 | 23 | Q.   Have you ever inspected a DiamondTouch |
| 11:48:07 | 24 | system in person? |
| 11:48:15 | 25 | A.   A specific hardware configuration of the |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 349

| | | |
|---|---|---|
| 11:48:17 | 1 | DiamondTouch? |
| 11:48:18 | 2 | Q.   Correct. |
| 11:48:19 | 3 | A.   I may have seen such a system.  I have |
| 11:48:21 | 4 | inspected specifications of them in cited documents. |
| 11:48:37 | 5 | Q.   So have you ever physically been in the |
| 11:48:38 | 6 | same room as a DiamondTouch system, any DiamondTouch |
| 11:48:43 | 7 | system? |
| 11:48:44 | 8 | A.   I may have. |
| 11:48:50 | 9 | Q.   When you were preparing your report, did |
| 11:48:52 | 10 | you make any efforts to personally inspect a |
| 11:48:55 | 11 | DiamondTouch system? |
| 11:49:01 | 12 | A.   No, I relied on the hardware descriptions |
| 11:49:04 | 13 | and specifications that were provided to me in the |
| 11:49:06 | 14 | cited documents.  And I assumed that they were |
| 11:49:12 | 15 | accurate and that they were describing what the |
| 11:49:15 | 16 | components that the system -- how it was set up, |
| 11:49:20 | 17 | just like everything else that they were citing. |
| 11:49:25 | 18 | Q.   Did those documents that you reviewed, did |
| 11:49:28 | 19 | they describe how the projector -- or what the |
| 11:49:32 | 20 | projector was connected to? |
| 11:49:38 | 21 | A.   I would have to look at the papers in |
| 11:49:41 | 22 | detail.  But generally speaking the projector would |
| 11:49:49 | 23 | have been connected to some kind of computational |
| 11:49:52 | 24 | device that was -- that was displaying -- that was |
| 11:49:55 | 25 | causing the images that the projector projected to |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 350

11:50:01    1    be displayed.

11:50:02    2         Q.   Do you know if the projector was connected

11:50:10    3    to the table?

11:50:11    4         A.   As to precisely whether the physical table

11:50:16    5    or whether the table through the computational

11:50:28    6    device, I would have to look at the specification

11:50:32    7    precisely, but I do not believe that that would

11:50:36    8    be -- that is relevant.

11:50:50    9         Q.   Why wouldn't it be obvious to one of

11:50:53   10    ordinary skill in the art to take the DiamondTouch

11:50:57   11    system and the concepts disclosed by the

11:50:59   12    DiamondTouch system and integrate it into a single

11:51:03   13    device?

11:51:10   14         A.   Well, as I can understand, given some of

11:51:12   15    the DiamondTouch techniques and the interaction

11:51:17   16    techniques, it's sort of aiming at a vision where --

11:51:25   17    where your table is really the notion of -- of -- of

11:51:33   18    tables.  As we know there are images where -- where

11:51:39   19    in -- in the various documents and systems, where

11:51:43   20    people are talking about placing coffee mugs and

11:51:49   21    cups, and so on, on the table with the additional --

11:51:56   22    with the additional use of being able to have light

11:52:02   23    from the projector projected onto them.

11:52:06   24              So in some sense the design is exploiting

11:52:09   25    and utilizing the fact that this is a projection

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

Page 351

| | | |
|---|---|---|
| 11:52:14 | 1 | system where the projection is coming from above and |
| 11:52:18 | 2 | this is the surface that you interact with. |
| 11:52:23 | 3 | I don't -- so for that reason I don't see |
| 11:52:26 | 4 | any reason for being able, or wanting, to combine |
| 11:52:33 | 5 | them or integrate them, because there is value in |
| 11:52:37 | 6 | them being -- in them being separate. |
| 11:52:43 | 7 | In addition, just the physicality of a |
| 11:52:46 | 8 | projection system requires a certain throw.  So you |
| 11:52:49 | 9 | would need to have somewhat of a large, yeah, large |
| 11:52:59 | 10 | installation. |
| 11:53:03 | 11 | Q.  Would it be -- would it be predictable if |
| 11:53:06 | 12 | you were running the application -- if you take |
| 11:53:08 | 13 | the -- strike that. |
| 11:53:10 | 14 | If you take the applications that were |
| 11:53:11 | 15 | running on the DiamondTouch system, such as the |
| 11:53:14 | 16 | Mandelbrot, DTMouse, and tablecloth applications, |
| 11:53:21 | 17 | and you modified them so they could run on a single |
| 11:53:25 | 18 | integrated touch screen device, would that be a |
| 11:53:28 | 19 | predictable thing to do? |
| 11:53:31 | 20 | MR. MONACH:  Object to the form of the |
| 11:53:32 | 21 | question as possibly including document error, |
| 11:53:36 | 22 | applications that are not in fact in the prior art |
| 11:53:38 | 23 | disclosures. |
| 11:53:39 | 24 | Further object that the question is |
| 11:53:41 | 25 | compound and vague and an incomplete hypothetical. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 352

| | | |
|---|---|---|
| 11:53:44 | 1 | THE WITNESS:  It might be -- it would be |
| 11:53:52 | 2 | easier to answer this question if you could sort of |
| 11:53:53 | 3 | maybe simplify the question or maybe break it down |
| 11:53:58 | 4 | into a few questions. |
| 11:54:02 | 5 | MR. BRIGGS:  Q.  Are you familiar with the |
| 11:54:03 | 6 | Mandelbrot application? |
| 11:54:05 | 7 | A.   Yes. |
| 11:54:06 | 8 | Q.   Is it necessary to use an overhead |
| 11:54:09 | 9 | projection touch screen system with the Mandelbrot |
| 11:54:13 | 10 | application? |
| 11:54:14 | 11 | A.   Well, as I recall, the Mandelbrot |
| 11:54:18 | 12 | application involved a very large screen display, |
| 11:54:21 | 13 | and it involved a table and overhead projector.  So, |
| 11:54:26 | 14 | I mean, it was a fairly composite application. |
| 11:54:31 | 15 | Q.   Why couldn't one of skill in the art use |
| 11:54:34 | 16 | the Mandelbrot application on an integrated touch |
| 11:54:40 | 17 | screen? |
| 11:54:40 | 18 | MR. MONACH:  Objection.  Vague and |
| 11:54:41 | 19 | ambiguous.  Incomplete hypothetical. |
| 11:54:59 | 20 | THE WITNESS:  I don't see any clear reason |
| 11:55:02 | 21 | for wanting to use -- use the Mandelbrot application |
| 11:55:06 | 22 | on an integrated touch screen display.  The program |
| 11:55:16 | 23 | was -- it's designed to be shown as an application |
| 11:55:23 | 24 | of an overhead projection device. |
| 11:55:29 | 25 | MR. BRIGGS:  Q.  What about the Mandelbrot |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 353

| | | |
|---|---|---|
| 11:55:32 | 1 | application would limit its use to an overhead |
| 11:55:36 | 2 | projection device? |
| 11:55:38 | 3 | MR. MONACH:  Object to the form of the |
| 11:55:39 | 4 | question. |
| 11:56:01 | 5 | THE WITNESS:  Hypothetically, inasmuch as |
| 11:56:03 | 6 | it's a hypothetical question, you could attempt to |
| 11:56:11 | 7 | create such a program on an integrated touch device. |
| 11:56:22 | 8 | However, I -- yeah, I don't see any clear reason to |
| 11:56:25 | 9 | do so. |
| 11:56:26 | 10 | MR. BRIGGS:  Q.  So there's nothing that |
| 11:56:27 | 11 | would prevent one with skill in the art from |
| 11:56:35 | 12 | incorporating the Mandelbrot application into an |
| 11:56:39 | 13 | integrated touch screen device; correct? |
| 11:56:42 | 14 | MR. MONACH:  Objection.  Incomplete |
| 11:56:43 | 15 | hypothetical. |
| 11:56:44 | 16 | THE WITNESS:  Well, you would have to look |
| 11:56:45 | 17 | into the parameters of the particular Mandelbrot |
| 11:56:48 | 18 | application, sort of the resources that they -- that |
| 11:56:51 | 19 | they -- that they use, the form of display that they |
| 11:56:55 | 20 | apply, and see whether it would make sense to |
| 11:57:02 | 21 | consider such a -- consider such a transfer. |
| 11:57:13 | 22 | MR. BRIGGS:  Q.  Are you familiar with the |
| 11:57:14 | 23 | DTMouse application that ran on the DiamondTouch |
| 11:57:17 | 24 | system? |
| 11:57:19 | 25 | A.   Yes. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 354

| | | |
|---|---|---|
| 11:57:19 | 1 | Q.   Is there anything about the DTMouse |
| 11:57:21 | 2 | application that would limit its use to an overhead |
| 11:57:26 | 3 | projection device? |
| 11:57:32 | 4 | A.   I would have to look at the DTMouse in a |
| 11:57:35 | 5 | little more detail to refresh my mind as to how |
| 11:57:44 | 6 | exactly it operated. |
| 11:57:45 | 7 | Q.   How do you recall the DTMouse program |
| 11:57:48 | 8 | operating? |
| 11:57:48 | 9 | A.   Well, it provided some kind of mouse-like |
| 11:57:52 | 10 | functionality, but I would really need to... |
| 11:57:58 | 11 | Q.   What kind of mouse-like functionality did |
| 11:58:01 | 12 | it provide? |
| 11:58:03 | 13 | A.   I would need to look into my report to |
| 11:58:06 | 14 | provide -- to give you a good answer on that. |
| 11:58:08 | 15 | Q.   So sitting here right now, without looking |
| 11:58:10 | 16 | at your report, you can't tell me what type of |
| 11:58:13 | 17 | functionality DTMouse provided? |
| 11:58:21 | 18 | A.   Well, I have definitely reviewed it.  I |
| 11:58:26 | 19 | would just like to refresh -- I would need to |
| 11:58:29 | 20 | refresh my mind on it.  I have been through, and I |
| 11:58:32 | 21 | have looked at a fairly large volume of material |
| 11:58:42 | 22 | over the course of this. |
| 11:58:43 | 23 | Q.   Are you familiar with the tablecloth |
| 11:58:45 | 24 | application that ran on the DiamondTouch systems? |
| 11:58:47 | 25 | A.   Yes. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 355

| | | |
|---|---|---|
| 11:58:53 | 1 | Q.   And what did the tablecloth -- what |
| 11:58:56 | 2 | functionality did the tablecloth application |
| 11:58:59 | 3 | provide? |
| 11:59:00 | 4 | A.   I believe the tablecloth provided some |
| 11:59:02 | 5 | sort of navigational functionality. |
| 11:59:07 | 6 | Q.   What about the tablecloth application |
| 11:59:11 | 7 | would limit its use to an overhead projection |
| 11:59:14 | 8 | device? |
| 11:59:15 | 9 | MR. MONACH:  Object to the form of the |
| 11:59:16 | 10 | question. |
| 11:59:17 | 11 | THE WITNESS:  I would need to review |
| 11:59:20 | 12 | the -- that particular application in detail to see |
| 11:59:23 | 13 | what resources it used and, you know, what its |
| 11:59:29 | 14 | design rationale was. |
| 11:59:30 | 15 | MR. BRIGGS:  Q.  But sitting here right |
| 11:59:31 | 16 | now, you don't know if there's anything that would |
| 11:59:35 | 17 | limit the tablecloth application to an overhead |
| 11:59:40 | 18 | projection device? |
| 11:59:42 | 19 | A.   I could review it and answer that question |
| 11:59:44 | 20 | for you if you would like me to. |
| 11:59:47 | 21 | Q.   But you can't provide me with any -- any |
| 11:59:51 | 22 | reasons right now? |
| 11:59:54 | 23 | A.   I can review it and... |
| 12:00:09 | 24 | Q.   Let's turn to paragraph 166 of your |
| 12:00:12 | 25 | rebuttal report. |

Merrill Corporation - Boston

617-542-0039                          www.merrillcorp.com/law

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 356

| 12:00:40 | 1 | A.   Yes. |
| 12:00:41 | 2 | Q.   Now, in this paragraph you appear to |
| 12:00:43 | 3 | provide a reason why the DiamondTouch system is not |
| 12:00:53 | 4 | anticipatory to the claims of the '915 patent.  Can |
| 12:00:57 | 5 | you explain what that reason is? |
| 12:01:01 | 6 | A.   Specifically in paragraph 166? |
| 12:01:03 | 7 | Q.   Yes. |
| 12:01:09 | 8 | A.   Well, in paragraph 166 essentially I |
| 12:01:16 | 9 | was -- Mr. Gray had provided a citation to a section |
| 12:01:23 | 10 | of code from a DiamondTouch embodiment. |
| 12:01:29 | 11 | And when I analyzed that code, I was able |
| 12:01:35 | 12 | to see the use of an event object as -- what |
| 12:01:45 | 13 | appeared to be an event object as -- as suggested. |
| 12:01:52 | 14 | But there didn't seem to be, to me, at least over |
| 12:01:58 | 15 | there, a clear connection between -- between the |
| 12:02:05 | 16 | event object and -- and the view that would process |
| 12:02:08 | 17 | that.  To the extent that Mr. Gray is able to show |
| 12:02:16 | 18 | that such a thing could be possible, I believe 166 |
| 12:02:23 | 19 | is saying that, given what was disclosed, I felt it |
| 12:02:27 | 20 | was not completely conclusive. |
| 12:02:32 | 21 | Q.   Would you expect, if you took a closer |
| 12:02:34 | 22 | look at the DiamondTouch code, to find an |
| 12:02:39 | 23 | association that would meet the limitation of the |
| 12:02:42 | 24 | claim? |
| 12:02:47 | 25 | MR. MONACH:  Objection.  Lack of |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 357

| | | |
|---|---|---|
| 12:02:47 | 1 | foundation.  Calls for speculation. |
| 12:02:51 | 2 | THE WITNESS:  Well, as I said, |
| 12:02:52 | 3 | speculatively I -- it was not explicitly disclosed |
| 12:02:58 | 4 | as such.  I am not precluding that it could not be |
| 12:03:02 | 5 | the case. |
| 12:03:03 | 6 | MR. BRIGGS:  Q.  I mean, is it logically |
| 12:03:06 | 7 | probable from a computer scientist's perspective |
| 12:03:09 | 8 | that this limitation would not be met by the |
| 12:03:15 | 9 | DiamondTouch system? |
| 12:03:17 | 10 | MR. MONACH:  Object to the form of the |
| 12:03:18 | 11 | question. |
| 12:03:23 | 12 | THE WITNESS:  It is plausible that it |
| 12:03:25 | 13 | could or could not be, could or could not be met. |
| 12:03:32 | 14 | As I said, I -- it was not explicitly disclosed, but |
| 12:03:40 | 15 | it is plausible that one such -- one connection |
| 12:03:46 | 16 | might exist. |
| 12:03:48 | 17 | MR. BRIGGS:  Q.  It's extremely likely, |
| 12:03:49 | 18 | isn't it? |
| 12:03:50 | 19 | MR. MONACH:  Objection.  Lack of |
| 12:03:51 | 20 | foundation and calls for speculation. |
| 12:03:55 | 21 | THE WITNESS:  It's plausible. |
| 12:03:58 | 22 | MR. BRIGGS:  Q.  Very likely? |
| 12:03:59 | 23 | MR. MONACH:  Same objection. |
| 12:04:00 | 24 | THE WITNESS:  Same answer. |
| 12:04:03 | 25 | MR. BRIGGS:  Q.  Do you think there's a |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 358

| | | |
|---|---|---|
| 12:04:04 | 1 | 50 percent chance? |
| 12:04:08 | 2 | MR. MONACH:  Objection.  Lack of |
| 12:04:09 | 3 | foundation.  Calls for speculation. |
| 12:04:11 | 4 | THE WITNESS:  You are asking me to |
| 12:04:11 | 5 | speculate on something that was not explicitly |
| 12:04:15 | 6 | disclosed.  I -- I have said that it is plausible, |
| 12:04:19 | 7 | but without the fact that it was explicitly |
| 12:04:25 | 8 | disclosed. |
| 12:04:26 | 9 | MR. BRIGGS:  Q.  You agree that the |
| 12:04:28 | 10 | DiamondTouch system creates an event object; |
| 12:04:33 | 11 | correct? |
| 12:04:34 | 12 | MR. MONACH:  Object to the form of the |
| 12:04:36 | 13 | question.  Vague as to which DiamondTouch system. |
| 12:04:39 | 14 | THE WITNESS:  I would believe that a |
| 12:04:42 | 15 | DiamondTouch embodiment has what appears to be an |
| 12:04:48 | 16 | event object. |
| 12:04:49 | 17 | MR. BRIGGS:  Q.  And you also agree that |
| 12:04:52 | 18 | scroll operations could be performed on the |
| 12:04:53 | 19 | DiamondTouch system; correct? |
| 12:05:00 | 20 | A.  Scroll operations could be performed on a |
| 12:05:05 | 21 | DiamondTouch system. |
| 12:05:06 | 22 | Q.  Okay.  So if event objects were tracking |
| 12:05:10 | 23 | the user input, isn't it necessary that the event |
| 12:05:20 | 24 | object would have to be associated with a scroll |
| 12:05:23 | 25 | operation in the DiamondTouch system? |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 359

| | | |
|---|---|---|
| 12:05:35 | 1 | A.   The event object -- |
| 12:05:37 | 2 | Could you repeat the question? |
| 12:05:42 | 3 | Q.   All I am trying to get at here is, we know |
| 12:05:45 | 4 | that the DiamondTouch system created event objects; |
| 12:05:48 | 5 | correct? |
| 12:05:50 | 6 | A.   Yes. |
| 12:05:50 | 7 | Q.   And we know that it allowed for scrolling; |
| 12:05:54 | 8 | correct? |
| 12:05:55 | 9 | A.   (Nods head.) |
| 12:05:56 | 10 | Q.   So somewhere in the system there must be |
| 12:05:57 | 11 | an association between the event object and the |
| 12:05:59 | 12 | scrolling; correct? |
| 12:06:01 | 13 | MR. MONACH:  Object to form. |
| 12:06:02 | 14 | THE WITNESS:  It would -- it could depend |
| 12:06:06 | 15 | on the event object infrastructure that -- the event |
| 12:06:13 | 16 | programming infrastructure that that specific |
| 12:06:16 | 17 | DiamondTouch embodiment would support. |
| 12:06:26 | 18 | One could conceive of a scenario where |
| 12:06:30 | 19 | specific views or regions or windows were not |
| 12:06:34 | 20 | explicitly associated with events.  So it is -- it |
| 12:06:45 | 21 | is possible that that were not the case, and I |
| 12:06:54 | 22 | didn't see it explicitly disclosed to be the case. |
| 12:07:02 | 23 | MR. BRIGGS:  Q.  But it would be highly |
| 12:07:03 | 24 | unlikely that there would be absolutely no |
| 12:07:06 | 25 | associations in the whole system between event |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 360

| 12:07:08 | 1 | objects and scrolling; correct? |
| 12:07:12 | 2 | MR. MONACH:  Object to the form of the |
| 12:07:13 | 3 | question. |
| 12:07:19 | 4 | THE WITNESS:  I believe we were talking |
| 12:07:20 | 5 | about event objects and views in this paragraph, not |
| 12:07:29 | 6 | event objects and scrolling. |
| 12:07:31 | 7 | MR. BRIGGS:  Q.  Well, the claim |
| 12:07:32 | 8 | limitation states "scrolling of window having a view |
| 12:07:36 | 9 | associated with the event object." |
| 12:07:40 | 10 | A.   Right.  But what I am referring to in 166 |
| 12:07:45 | 11 | is -- talks about the specific association of views, |
| 12:07:56 | 12 | not scrolling. |
| 12:08:01 | 13 | Q.   So do you believe it would be highly |
| 12:08:03 | 14 | likely that an event object would be associated with |
| 12:08:07 | 15 | a view in the DiamondTouch system? |
| 12:08:09 | 16 | MR. MONACH:  Objection.  Lack of |
| 12:08:10 | 17 | foundation and calls for -- sorry. |
| 12:08:13 | 18 | Lack of foundation and calls for |
| 12:08:15 | 19 | speculation. |
| 12:08:16 | 20 | THE WITNESS:  As I said in what I was |
| 12:08:20 | 21 | pointed at, it was not explicitly disclosed to be |
| 12:08:23 | 22 | the case.  It is plausible that it may be the case. |
| 12:08:42 | 23 | MR. BRIGGS:  Q.  In paragraph 167 you |
| 12:08:44 | 24 | address claim 2. |
| 12:08:45 | 25 | A.   Yes. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 361

| | | |
|---|---|---|
| 12:08:48 | 1 | Q.   Now, do you agree that the DTFlash |
| 12:08:50 | 2 | application discloses rubber banding? |
| 12:09:07 | 3 | MR. MONACH:  Objection.  Vague and |
| 12:09:07 | 4 | incomplete hypothetical. |
| 12:09:15 | 5 | THE WITNESS:  In a general sense some |
| 12:09:18 | 6 | configuration of the DTFlash may talk about a |
| 12:09:25 | 7 | general notion of rubber banding. |
| 12:09:29 | 8 | MR. BRIGGS:  Q.  So you agree that DTFlash |
| 12:09:32 | 9 | does disclose the general notion of rubber banding; |
| 12:09:36 | 10 | right? |
| 12:09:36 | 11 | MR. MONACH:  Object to the form of the |
| 12:09:37 | 12 | question.  Vague. |
| 12:09:46 | 13 | THE WITNESS:  I would need to look at the |
| 12:09:50 | 14 | source in detail to give you sort of a conclusive |
| 12:09:54 | 15 | representation of what aspect of rubber banding that |
| 12:09:58 | 16 | it may capture, but there is a general notion, |
| 12:10:01 | 17 | without being able to provide a conclusive |
| 12:10:07 | 18 | definition. |
| 12:10:11 | 19 | MR. BRIGGS:  Q.  Let's turn to paragraph |
| 12:10:12 | 20 | 169 of your report, where you address claim 3.  And |
| 12:10:16 | 21 | this claim involves attaching scroll indicators to a |
| 12:10:22 | 22 | content edge of a window. |
| 12:10:25 | 23 | Now, do you agree that the DTMouse |
| 12:10:31 | 24 | application discloses scroll indicators that are |
| 12:10:36 | 25 | attached to a window? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 362

| | | |
|---|---|---|
| 12:10:42 | 1 | A. There would be -- some embodiment of the |
| 12:10:44 | 2 | DTMouse might -- might -- might show scroll |
| 12:10:51 | 3 | indicators. I would need to review that application |
| 12:10:53 | 4 | in detail to give you a conclusive answer on what |
| 12:11:00 | 5 | form. |
| 12:11:06 | 6 | Q. But your belief is, sitting here today, |
| 12:11:10 | 7 | that some embodiment of the DTMouse application |
| 12:11:14 | 8 | discloses attaching scroll indicators? |
| 12:11:17 | 9 | A. Perhaps in some form. But if you would |
| 12:11:21 | 10 | like me to answer that conclusively, then I would |
| 12:11:24 | 11 | like to kind of review that to see exactly what they |
| 12:11:29 | 12 | were doing. |
| 12:11:35 | 13 | Q. Let's turn to paragraph 171, and that's |
| 12:11:40 | 14 | where you address claim 5, which states |
| 12:11:44 | 15 | "Determining" -- states in part, "Determining |
| 12:11:47 | 16 | whether the event object invokes a scroll or gesture |
| 12:11:52 | 17 | operation is based on receiving a drag user input |
| 12:11:56 | 18 | for a certain time period." |
| 12:11:58 | 19 | Now isn't it true that the DiamondTouch |
| 12:12:01 | 20 | system discloses that limitation? |
| 12:12:03 | 21 | A. Which? The DiamondTouch discloses claim |
| 12:12:07 | 22 | 5? |
| 12:12:08 | 23 | Q. Yes. |
| 12:12:10 | 24 | A. No, I believe paragraph 177 suggests why |
| 12:12:14 | 25 | it does not disclose. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 363

| | | |
|---|---|---|
| 12:12:16 | 1 | Q.   And why is that? |
| 12:12:26 | 2 | A.   Well, as I say, the DiamondTouch -- the |
| 12:12:30 | 3 | portion pointed to me that talks about an |
| 12:12:35 | 4 | mForgivingTime is not used to determine whether the |
| 12:12:40 | 5 | event object invokes a scroll or gesture.  It's a |
| 12:12:46 | 6 | time interval that -- it's just a time interval, |
| 12:12:52 | 7 | like a marker in time, within which you may choose |
| 12:13:01 | 8 | to -- to interpret your decision, all the while |
| 12:13:09 | 9 | performing scrolls and/or -- scrolls or gesture |
| 12:13:13 | 10 | operations. |
| 12:13:14 | 11 | So I don't see that time interval in |
| 12:13:20 | 12 | itself being -- being used to determine whether a |
| 12:13:31 | 13 | scroll or gesture operation is performed. |
| 12:13:40 | 14 | Q.   So do you believe the DiamondTouch |
| 12:13:42 | 15 | system -- even if you believe that this particular |
| 12:13:44 | 16 | portion of code doesn't meet this claim limitation, |
| 12:13:46 | 17 | do you believe that something else in the |
| 12:13:49 | 18 | DiamondTouch system could meet this claim |
| 12:13:53 | 19 | limitation? |
| 12:13:55 | 20 | A.   Well, nothing that was disclosed to me. |
| 12:13:56 | 21 | Q.   But based on your expertise in the field, |
| 12:13:58 | 22 | would you expect there to be code that performs this |
| 12:14:02 | 23 | limitation? |
| 12:14:02 | 24 | MR. MONACH:  Object to the form of the |
| 12:14:04 | 25 | question as lacking in foundation and calling for |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 364

| | | |
|---|---|---|
| 12:14:06 | 1 | speculation. |
| 12:14:08 | 2 | THE WITNESS:  That would be -- |
| 12:14:08 | 3 | MR. MONACH:  Vague. |
| 12:14:09 | 4 | I am sorry.  I didn't mean to talk over |
| 12:14:11 | 5 | you. |
| 12:14:12 | 6 | THE WITNESS:  No, that's fine. |
| 12:14:14 | 7 | That would be highly speculative. |
| 12:14:16 | 8 | MR. MONACH:  I think we're -- completed |
| 12:14:18 | 9 | our time.  But can we get an official check from the |
| 12:14:24 | 10 | gentleman who is running the clock? |
| 12:14:30 | 11 | MR. BRIGGS:  And we won't count this time; |
| 12:14:30 | 12 | right? |
| 12:14:32 | 13 | MR. MONACH:  Excuse me. |
| 12:14:33 | 14 | THE VIDEOGRAPHER:  I am sorry. |
| 12:14:33 | 15 | MR. MONACH:  By my calculation, we have |
| 12:14:34 | 16 | completed 10 and a half hours on the clock. |
| 12:14:36 | 17 | THE VIDEOGRAPHER:  Going off the record, |
| 12:14:38 | 18 | the time is 12:15. |
| 12:14:42 | 19 | (Recess taken from 12:15 to 12:17.) |
| 12:16:34 | 20 | THE VIDEOGRAPHER:  We are back on the |
| 12:16:35 | 21 | record.  The time is 12:17. |
| 12:16:39 | 22 | MR. BRIGGS:  So we have been on the record |
| 12:16:41 | 23 | now, I guess, 10 hours and 32 minutes.  And Apple's |
| 12:16:49 | 24 | counsel has taken the position that the deposition |
| 12:16:51 | 25 | has to end now. |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 365

| 12:16:54 | 1 | I still have additional questions, but I |
| 12:16:57 | 2 | will stop my questioning now, based on Apple's |
| 12:17:02 | 3 | counsel's refusal to let the deposition go forward. |
| 12:17:05 | 4 | MR. MONACH:  Well, as long as you are |
| 12:17:06 | 5 | going to phrase it that way, Quinn Emanuel has taken |
| 12:17:10 | 6 | the position that no expert deposition should go |
| 12:17:15 | 7 | more than seven hours.  As part of a negotiation in |
| 12:17:17 | 8 | which our side got some additional time for a |
| 12:17:20 | 9 | witness covering four patents, we agreed to provide |
| 12:17:24 | 10 | Professor Singh, who is covering three patents, for |
| 12:17:27 | 11 | a day and a half. |
| 12:17:28 | 12 | We showed up at 9:00 o'clock at the |
| 12:17:31 | 13 | scheduled time yesterday, waited two hours, and |
| 12:17:34 | 14 | started at 11:00 a.m., due to some miscommunication |
| 12:17:38 | 15 | between Samsung's counsel and the reporting firm, |
| 12:17:40 | 16 | came back here until, I believe, sometime after |
| 12:17:43 | 17 | 9:00 p.m., and then have -- the witness has |
| 12:17:49 | 18 | graciously gone through two minutes longer than the |
| 12:17:51 | 19 | agreed-upon maximum time for the deposition. |
| 12:17:54 | 20 | And based on that, I am stating that the |
| 12:17:56 | 21 | deposition is over.  Thank you. |
| 12:17:58 | 22 | MR. BRIGGS:  Thank you, Dr. Singh. |
| 12:18:00 | 23 | THE WITNESS:  Thank you. |
| 12:18:01 | 24 | THE VIDEOGRAPHER:  This marks the end of |
| 12:18:02 | 25 | Tape Number 2 in the deposition of Karan Singh, |

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 366

| | | |
|---|---|---|
| 12:18:05 | 1 | Volume II. |
| 12:18:06 | 2 | Going off the record, the time is 12:18. |
| 12:18:09 | 3 | (Whereupon, the deposition was |
| 12:18:09 | 4 | concluded at 12:18 p.m.) |
| 12:18:09 | 5 | --oOo-- |
| 12:18:09 | 6 | I declare under penalty of perjury the |
| 12:18:09 | 7 | foregoing is true and correct.  Subscribed at |
| 12:18:09 | 8 | _____, California, this ____ day |
| 12:18:09 | 9 | of _____, 2012. |
| 12:18:09 | 10 | _____ |
| 12:18:09 | 11 | Karan Singh |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
KARAN SINGH - 4/27/2012

Page 367

1               CERTIFICATE OF REPORTER

2          I, SARAH LUCIA BRANN, a Certified

3     Shorthand Reporter, hereby certify that the witness

4     in the foregoing deposition was by me duly sworn to

5     tell the truth, the whole truth, and nothing but the

6     truth in the within-entitled cause;

7          That said deposition was taken in

8     shorthand by me, a disinterested person, at the time

9     and place therein stated, and that the testimony of

10    the said witness was thereafter reduced to

11    typewriting, by computer, under my direction and

12    supervision;

13         That before completion of the deposition,

14    review of the transcript [ ] was [X] was not

15    requested.  If requested, any changes made by the

16    deponent (and provided to the reporter) during the

17    period allowed are appended hereto.

18         I further certify that I am not of counsel

19    or attorney for either or any of the parties to the

20    said deposition, nor in any way interested in the

21    event of this cause, and that I am not related to

22    any of the parties thereto.

23              DATED:  April 30, 2012

24         _____

25              SARAH LUCIA BRANN, CSR No. 3887

3e5376ff-c9e0-4a24-bf8e-b920b6c9ed64