# EXHIBIT 8
# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California corporation,
 6
                    Plaintiff,
 7
     vs.                           CASE NO. 11-CV-01846-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                    Defendants.
13   _____/
14
15              C O N F I D E N T I A L
16         A T T O R N E Y S'  E Y E S  O N L Y
17
18        VIDEOTAPED DEPOSITION OF SCOTT HERZ
19            REDWOOD SHORES, CALIFORNIA
20              FRIDAY, OCTOBER 14, 2011
21
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 42678
```

Confidential Attorneys' Eyes Only

1  using the word "call" to mean, you know, some kind of
2  function or method, it's code having to do with a
3  gesture.
4          MR. BRIGGS:  Q.  And is it -- is it code that
5  causes the gesture operation to occur?
6          MR. OLSON:  Objection; incomplete
7  hypothetical; calls for a legal opinion.
8          THE WITNESS:  So I don't know what it -- it
9  could do a lot of things.
10         MR. BRIGGS:  Q.  So as you sit here, you
11 don't have a real precise definition of gesture call?
12         MR. OLSON:  Objection; calls for a legal
13 opinion.
14         THE WITNESS:  So certainly not with respect
15 to specific text; but then also, a gesture could be
16 any number of things.  So I'm not thinking of a
17 specific one.
18         MR. BRIGGS:  Q.  I mean, are there any -- is
19 there any kind of definition you can give for a
20 gesture call?
21         MR. OLSON:  Same objections.
22         THE WITNESS:  I would just repeat, I think,
23 what I said before, which is it's, you know, again,
24 not related to -- to any particular language, but a --
25 some code that does something, some gesture, as a

Confidential Attorneys' Eyes Only

Page 95

1  result of calling it.
2       MR. BRIGGS:  This claim limitation also
3  states:
4       "Based on invoking the scroll or gesture
5  operation."
6    Q  My question is:  What is -- what is invoking
7  a scroll operation?
8       MR. OLSON:  Objection; calls for a legal --
9  legal opinion; lack of foundation.
10       THE WITNESS:  So I don't -- I don't know with
11  respect to that particular limitation that -- that
12  you're mentioning.  But if it's -- if it -- you're
13  asking sort of, like, what does the word "invoke" --
14       MR. BRIGGS:  That's right.
15       THE WITNESS:  I mean -- so again, not having
16  to do with this particular language, an example of
17  invoking something would be, you know, making a method
18  call, making a function call, causing that code to
19  run.
20       MR. BRIGGS:  Q.  So invoking has a notion of
21  causing something to happen?
22       MR. OLSON:  Objection; misstates the
23  testimony.
24       THE WITNESS:  So in the example I gave,
25  invoking could mean, yeah, causing something to

Confidential Attorneys' Eyes Only

Page 96

1   happen.
2           MR. BRIGGS:  Q.  Could it mean causing an
3   event handler to run?
4           MR. OLSON:  Objection; vague; incomplete
5   hypothetical.
6           THE WITNESS:  So I think it depends on, you
7   know, what is meant by an "event handler."  I mean,
8   invoking, it's just -- it's like I mentioned earlier;
9   right?  If it's a function, it's -- a function can be
10  invoked.  A method could be invoked.
11          MR. BRIGGS:  Q.  So an event handler could be
12  invoked?
13          MR. OLSON:  Objection; misstates the
14  testimony.
15          THE WITNESS:  So if -- if a -- if an event
16  handler was a -- considered to be a method, and I
17  don't know that it is or isn't, it could be invoked.
18          MR. BRIGGS:  Q.  And what does invoking a
19  gesture operation mean --
20          MR. OLSON:  Objection --
21          MR. BRIGGS:  Q.  -- to you?
22          MR. OLSON:  -- objection; calls for a legal
23  conclusion; lack of foundation.
24          THE WITNESS:  So I don't know with respect to
25  this particular text what it means.  And sort of as I

Confidential Attorneys' Eyes Only

Page 97

1  mentioned before, if it's -- if there's some code that
2  has to do with a gesture and you're invoking it, it
3  means, you know, you're causing that code to run.
4        MR. BRIGGS:  Okay.
5   Q   So I'm going to move on to the next
6  limitation in Claim 1, and it states:
7        "Responding to at least one scroll call, if
8  issued, by scrolling a window having a view associated
9  with event object based on an amount of a scroll with
10 the scroll stopped at a predetermined position in
11 relation to the user input."
12       Do you see that?
13  A   Uh-huh.
14  Q   Do you understand that?
15       MR. OLSON:  Objection; calls for a legal
16 conclusion.
17       THE WITNESS:  So, I mean, I wouldn't want to
18 speculate as to what it means since I'm not a -- not a
19 lawyer.
20       MR. BRIGGS:  Q.  Do you have a nonlegal view
21 of what that might mean?
22       MR. OLSON:  Same objections.
23       THE WITNESS:  I could -- I mean, I could
24 think of an example or something -- of something that
25 might do something like that.