# EXHIBIT 9
# FILED UNDER SEAL

Confidential Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6            Plaintiff,
 7   vs.                        Case No. 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12            Defendants.
     ----------------------------------/
13
14
15                    CONFIDENTIAL
16                ATTORNEYS' EYES ONLY
17                   OUTSIDE COUNSEL
18       VIDEOTAPED DEPOSITION OF ANDREW PLATZER
                Redwood Shores, California
19              Tuesday, October 18, 2011
20
21        Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,
22   CLR
             JOB NO. 42881
23
24
25
```

Confidential Attorneys' Eyes Only

Page 78

1    "gesture" informally, it can include a single touch at
2    this time.
3           BY MR. BRIGGS:
4       Q.  Do you have any definition of "gesture"
5    outside of UIKit?
6       A.  I don't quite understand.
7       Q.  Well, if you were going to give a
8    definition of what a "gesture" is outside of UIKit
9    and away from this patent, what would your
10   definition be?
11      A.  Whatever is in the dictionary.  I -- I
12   don't understand.
13      Q.  You don't have a definition for "gesture"
14   as it would be used by one of skill in the art of
15   touchscreens?
16          MR. OLSON:  Objection.  Calls for a legal
17   conclusion.
18          THE WITNESS:  Is this -- I don't
19   understand.  Is this referring to the patent or just
20   in general?
21          BY MR. BRIGGS:
22      Q.  Just in general.
23          As a computer scientist that works on
24   touchscreens, how would you define "gesture"?
25      A.  As a computer scientist, I don't know of

Confidential Attorneys' Eyes Only

1  any official definition of "gesture," and so all I
2  can do is give you an example of what UIKit
3  considers a gesture, which includes multiple touches
4  or sometimes single -- you know, again, informally
5  we call it a "gesture."  That includes single
6  touches.
7       Q.   Okay.  Turning back to the claim, the claim
8  states, Determining whether the event object invokes
9  a scroll or gesture operation.
10          And my question is what does it mean to invoke
11  a scroll or gesture operation?
12          MR. OLSON:  Objection.  Calls for a legal
13  conclusion.  Lack of foundation.
14          THE WITNESS:  I'm not a lawyer, so I'm not
15  comfortable in defining "invoke" as far as the
16  patent is concerned.
17          But in UIKit, as well as what we would say
18  "invoke" would mean, call a particular function or a set
19  of code that, you know, is executed when the user
20  scrolls or does a gesture.
21          BY MR. BRIGGS:
22       Q.   And at the time you filed this patent
23  application in 2007, did you have an understanding
24  of what "invoke" meant as you used it here in the
25  claims?

Confidential Attorneys' Eyes Only

Page 80

1   A.   I'm not a -- a lawyer, so I'm not
2   comfortable defining "invoke" in the patent.
3        But as an example, in Objective-C or in many
4   other languages, "invoke" is often used as a synonym for
5   calling a function.
6   Q.   Okay.  I've got that answer, but I had a
7   different question.
8        At the time you filed the '915 patent
9   application in 2007, did you have an understanding of
10  what "invoke" meant as you used it in Claim 1?
11       MR. OLSON:  Objection.  Asked and answered.
12       THE WITNESS:  I don't recall.
13       BY MR. BRIGGS:
14  Q.   Now, still focusing on this claim
15  limitation here, what does it mean, "to distinguish
16  between a single input point that is interpreted as
17  a scroll operation and two or more input points that
18  are interpreted as a gesture operation"?
19       MR. OLSON:  Objection.  Calls for a legal
20  conclusion.  Lack of foundation.
21       THE WITNESS:  I'm not a lawyer, so I'm not
22  comfortable with defining the word "interpreted"
23  here.
24       But as an example, in UIKit, the event object
25  will contain the number of touches, number of fingers

Confidential Attorneys' Eyes Only

Page 81

1  down, and based on code, the code would choose a
2  particular set of instructions to execute based on the
3  value of the number of touches.
4          BY MR. BRIGGS:
5      Q.  Would the UIKit code distinguish between a
6  single input point and -- well, strike that.
7          Would the UIKit code always interpret a single
8  input point as a scroll operation?
9          MR. OLSON:  Objection.  Vague as to time.
10         THE WITNESS:  I don't understand.  Could
11 you be more specific of the time?
12         BY MR. BRIGGS:
13     Q.  Let's start in 2005.  Would the UIKit code
14 always identify a single input point as a scroll
15 operation?
16     A.  I don't understand.  That's a very broad
17 question.  UIKit is a larger -- large framework.
18     Q.  Well, I'm not sure why you don't understand
19 that question.
20         Is it because you don't know how all the code
21 works in UIKit, or is there something else wrong with
22 the question?
23     A.  Yes.  So with regards to the UIKit, I
24 cannot speak for all of the code in UIKit.
25     Q.  What about the code that you know of in