# EXHIBIT 10
# FILED UNDER SEAL

Highly Confidential - Outside Counsels Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                             CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17          O U T S I D E   C O U N S E L   O N L Y
18
19      VIDEOTAPED DEPOSITION OF SCOTT FORSTALL
20            REDWOOD SHORES, CALIFORNIA
21             THURSDAY, OCTOBER 27, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 43002
```

Highly Confidential - Outside Counsels Eyes Only

Page 13

1  language in here are you sort of pointing to that
2  reflects this notion of -- of pointing to a logical or
3  semantical region?
4      A   It talks about a plurality of boxes of
5  content.  And so in this case, boxes of content would
6  refer to these sort of semantic or logical regions as
7  one area I see in this that implies that.
8      Q   Okay.  Anything else?
9      A   Let's see.
10         Well, I mean, a structured electronic
11 document, so this implies some level of structure.
12 Structure itself would imply there are semantic
13 regions, logical regions, within it, and that's what
14 the structure entails.  So the structured electronic
15 document itself helps describe this idea.
16         So those are -- I mean, there might be
17 something else I'm missing in there, but those are the
18 two that I --
19     Q   Okay.  What does "structured electronic
20 document" mean?
21         MR. JACOBS:  Objection; calls for a legal
22 conclusion.
23         MR. JOHNSON:  Q.  You can go ahead and answer
24 unless he tells you not to answer something.  He's
25 just preserving the rights for the record.

Highly Confidential - Outside Counsels Eyes Only

Page 14

1   A   Okay.  Could you ask the question again.
2   Q   What does elect -- sorry -- what does
3   "structured electronic document" mean?
4         MR. JACOBS:  Same objection.
5         THE WITNESS:  I don't know the legal
6   definition, if there is a legal definition of
7   structured electronic document.
8         I can answer sort of my understanding of how
9   I would interpret structured electronic document to
10  mean, and I would take it to mean a -- a document
11  which has some form of structure in it, and that
12  structure could come in many different forms.
13        HTML is a great example of sort of a
14  structured electronic document where it is a document
15  that the actual organization of HTML implies different
16  regions.  There's, like, divs and there's a document
17  object model, and all of this sort of builds and
18  creates structure; and so there's sort of a render
19  tree you have for this that's non-UI, and then you
20  apply different styles and other things to then
21  display it on the screen.  And so there is -- there is
22  a structure sort of as a piece of that.
23        MR. JOHNSON:  Q.  If you -- if you turn to
24  Figure 5A, I think, each one of the blocks that are
25  labeled there, are those -- are those structured

Page 15

1   electronic documents like you were just referring to?
2        A   Well, you can infer -- or you could -- there
3   can be multiple different ways of looking at this.
4            One way is to look at the entire web page as
5   a structured electronic document, and then these are
6   sort of the semantic regions I was talking about
7   earlier.
8            You could imagine that you could embed a
9   whole other document within a document as well.  So
10  you could have maybe, you know, an Excel spreadsheet
11  in a piece of this or a whole other web page inside of
12  a frame, and then that itself could be considered a
13  structured electronic document inside of another one.
14           You know, from this you can't determine
15  precisely which those blocks are, but it can be
16  interpreted in multiple ways.
17       Q   Okay.  So you could have, for example,
18  block -- Block 1 could be its own structured
19  electronic document, and then there could be something
20  embedded within there, like the Excel spreadsheet or
21  something else, which would then be another box of
22  content; is that what you're saying?
23       A   I'm not sure what you mean by "box of
24  content" there.
25       Q   Right.

Highly Confidential - Outside Counsels Eyes Only

Page 16

1  A   You could have --
2  Q   I was -- yeah.  I mean, if you turn back to
3  Claim 2, it talks about a structured electronic
4  document "wherein the structured electronic document
5  comprises a plurality of boxes of content."
6  A   Uh-huh.
7  Q   So -- and I'm not trying to put words in your
8  mouth.  I'm trying to understand.
9      What I understand structured electronic
10 document to mean is that it can be very broad in a lot
11 of senses, and it can be the whole web page, per se,
12 and it can also be something smaller, like Block 1, if
13 there is something that's embedded within it, like an
14 Excel spreadsheet; is that accurate?
15     MR. JACOBS:  Objection; form.
16     THE WITNESS:  So there's a potential
17 recursive nature of structure and -- I mean, you see
18 its nature.  You see it's in fractals.  A fractal is
19 something which is recursive and it is a structure to
20 fractals, but when you zoom into them, there's a
21 structure embedded within them.  So a structured
22 electronic document itself could embed other
23 structured electronic documents within it.
24     MR. JOHNSON:  Okay.
25 Q   What is --