# EXHIBIT 11
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                    Plaintiff,
 7
     vs.                              CASE NO.   11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                  Defendants.
     _____/
14
15
16         H I G H L Y   C O N F I D E N T I A L
17           A T T O R N E Y S'   E Y E S   O N L Y
18
19      VIDEOTAPED DEPOSITION OF RICHARD WILLIAMSON
20             REDWOOD SHORES, CALIFORNIA
21               FRIDAY, OCTOBER 28, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 42876
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 66

1  Q  Do you have an engineering -- do you have any
2  independent knowledge of what a structured electronic
3  document is?
4  A  Yes.
5      MR. BARQUIST:  Objection; vague and
6  ambiguous; calls for a legal conclusion.
7      THE WITNESS:  I will not interpret the legal
8  language.  I can tell you about the engineering work.
9      MR. MACK:  Okay.  I'm not asking for the
10 legal interpretation.
11 Q  Just do you have -- have you heard the term
12 structured electronic document used at Apple before?
13 A  I can tell you about the way we talk about
14 structured documents from an engineering perspective
15 and what a structured document is.
16 Q  Okay.  My question was, though, have you
17 heard the term structured electronic document at Apple
18 before?
19     MR. BARQUIST:  Objection.
20     Other than in connection with meetings with
21 counsel, you may answer it.
22     MR. MACK:  Q.  I mean, in your work as an
23 engineer, have you ever heard of the term structured
24 electronic document?
25 A  I use the term structured document a lot,

Page 67

1  especially as it relates to the double tap technology
2  that we have.
3      Q   Okay.  And what is a structured document?
4      A   A structured document is something that has a
5  visual structure with structurally interesting
6  components.  And there are many examples of a
7  structured document, whether it be a .pdf document
8  with an imposed structure or whether it be a web page
9  with a structure or an .rtf document.  So a structured
10 document is something that, you know, a normal human
11 can look at and identify areas of interest.
12     Q   Okay.  So would it be safe to say a
13 structured document has some sort of layout associated
14 with it; is that fair?
15         MR. BARQUIST:  Objection; vague and
16 ambiguous.
17         THE WITNESS:  I'm not sure.  I mean, that's
18 different than the definition I just gave you.  So,
19 you know, I think of a structured document more in
20 terms of its visual appearance and having visually
21 interesting elements that you can zoom in to.
22         MR. MACK:  Okay.
23     Q   So would a -- would a plain text document be
24 a structured document?
25         MR. BARQUIST:  Objection; incomplete

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

Page 68

1  hypothetical; calls for a legal conclusion.
2          THE WITNESS:  To the extent that that's a --
3  you know, trying to impose a legal question to me, I'm
4  not sure I'm qualified to answer that.
5          MR. MACK:  Yeah, but I'm not asking for the
6  legal definition.
7     Q   Like, would you consider a text document a
8  structured document from the definition you just gave?
9          MR. BARQUIST:  Objection; vague and
10 ambiguous; incomplete hypothetical.
11         THE WITNESS:  What kind of text document?  I
12 mean, you need to be more specific.
13         MR. MACK:  Just a -- you know, not a rich
14 format; just a regular form -- regular text document,
15 a .txt file that you're displaying on a screen.
16    Q   Would that -- would you consider that a
17 structured document?
18         MR. BARQUIST:  Objection; lacks foundation;
19 vague and ambiguous.
20         THE WITNESS:  I mean, it all depends on the
21 context.
22         MR. MACK:  Okay.
23    Q   But you gave examples of a web -- you gave
24 examples of some structured documents; correct?
25         And you said a web page is a structured