# EXHIBIT 12
# FILED UNDER SEAL

Highly Confidential Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    APPLE INC., a California          )

6    Corporation,                      )

7              Plaintiff,              )

8    vs.                               ) No. 11-CV-01846-LHK

9    SAMSUNG ELECTRONICS CO., LTD,    )

10   a Korean business entity;        )

11   SAMSUNG ELECTRONICS AMERICA,     )

12   INC., a New York corporation;    )

13   SAMSUNG TELECOMMUNICATIONS        )

14   AMERICA, LLC, a Delaware         )

15   limited liability company,       )

16             Defendants.             )

17                                     )

18

19      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20      VIDEOTAPED DEPOSITION OF GREG CHRISTIE

21            TUESDAY, OCTOBER 18, 2011

22

23   REPORTED BY:

24   JANIS JENNINGS, CSR 3942, CLR, CCRR

25   JON NO: 42882

Highly Confidential Attorneys' Eyes Only

Page 74

1  material there.  If you want to look at the -- if

2  you want to ask him about the technical material in

3  the body of the patent, that might be productive.

4  But I think asking him just to read the claims is

5  not fair and is harassing.

6          MS. DUCCA:  Counsel, you had the witness

7  come in without reading the patent.  I'll take the

8  deposition the way we need to take the deposition.

9  I'm trying to figure out if he's even an inventor.

10  He can't tell me what he invented.

11          MR. JACOBS:  I don't think you've asked

12  that question very well.

13          MS. DUCCA:  I asked him what he invented.

14  He told me he can't tell me.

15  BY MS. DUCCA:

16     Q.    Can you tell me what you invented in the

17  '163 patent, sitting here today?

18          MR. JACOBS:  Objection.  Form.  Calls for

19  a legal conclusion.

20          THE WITNESS:  Without reviewing the

21  claims and coming to agreement on words that may

22  be foreign to my day-to-day use and my job and in

23  my communication, I cannot answer that question

24  accurately.

25  BY MS. DUCCA:

Highly Confidential Attorneys' Eyes Only

Page 75

1    Q.    What is a structured electronic document?

2    A.    I don't use that term.

3    Q.    Okay.  What do you believe a structured

4  electronic document to be?

5    A.    If I don't use the term, I can't believe

6  what it is.

7    Q.    Is a web page a structured electronic

8  document?

9    A.    I don't know.

10   Q.    Can it be?

11   A.    I don't know.

12   Q.    What is a box?

13   A.    A box?

14        MR. JACOBS:  Objection.  Vague and

15  ambiguous.

16        THE WITNESS:  A box is a figure comprised

17  of four sides.

18  BY MS. DUCCA:

19   Q.    What is a box in the context of claim 2?

20        MR. JACOBS:  Object to the form.  Calls

21  for a legal conclusion.  Lacks foundation.

22        THE WITNESS:  What is a box...  A box

23  of content...  Well, that interesting.  I'm guessing

24  that a box is an area with four sides.

25  BY MS. DUCCA:

Highly Confidential Attorneys' Eyes Only

Page 76

1    Q.    Does it have to have four sides?

2         MR. JACOBS:  Lack of foundation.  Calls

3    for speculation.  Calls for a legal conclusion.

4         THE WITNESS:  Does it have to have four

5    sides?  I don't know the answer to that in the

6    context of claim 2.

7    BY MS. DUCCA:

8    Q.    And just to be clear, sitting here today,

9    you can't -- you as an inventor on the patent cannot

10   tell me what a structured electronic document is?

11   A.    I don't use the term "structured

12   electronic document."

13   Q.    Is that a yes or a no?  Can you tell me

14   what it means?  I don't care whether you use it or

15   not.

16   A.    It's not a phrase I use; therefore, I

17   don't know what it means.

18   Q.    So then sitting here today as an inventor

19   on the '163 patent, you cannot tell me what a

20   structured electronic document is; correct?

21   A.    That is correct.

22   Q.    What is a gesture?

23   A.    In what sense?

24   Q.    In the sense of claim 2.

25   A.    In the sense of claim 2...