# EXHIBIT 14
# FILED UNDER SEAL

**Infringement Claim Chart for U.S. Patent No. 7,844,915 against the Samsung Galaxy S2 Mobile Phone**

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 1** | |
| A machine implemented method for scrolling on a touch-sensitive display of a device comprising: | The Samsung device, which includes a touch-sensitive display, performs a machine implemented method for scrolling on the touch-sensitive display. (Screenshot of the Samsung Galaxy S2 scrolling a webpage.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device; | The Samsung device receives a user input. The user input includes one or more input points (one or more fingers) applied to the touch-sensitive display that is integrated with the Samsung device.<br><br>(Screenshot of the Samsung Galaxy S2 receiving user input.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
| --- | --- |
| creating an event object in response to the user input;<br><br>determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | The Samsung device, via the Android platform on which the device operates, creates an event object in response to the user input and determines whether the event object invokes a scroll or gesture operation by distinguishing between a single input point (single finger) applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points (two or more fingers) applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>As an example, under the Android platform, a MotionEvent object is created in response to a touch on the touchscreen. (Android Developers Site at Class MotionEvent) (Available at http://developer.android.com/reference/android/view/MotionEvent.html.)<br><br>       <br><br>(Screenshots of the Samsung Galaxy S2 scrolling in response to a single input point applied to the touch-sensitive display and scaling in response to two or more input points applied to the touch-sensitive display.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| | • **The Samsung Galaxy S II has source code that allows for "creating an event object in response to the user input."**<br>• On the Galaxy S II, user input is processed by the device driver, which passes the input into user space and parses it into an event object referred to as the "MotionEvent" object. This object is an event object created by the method InputConsumer::populateMotionEvent(). (*See* frameworks/base/libs/ui/inputTransport.cpp:702-792 [SAMNDCA-C000005800 to -C000005802]; *see also* frameworks/base/libs/ui/input.cpp:128-159 [SAMNDCA-C000005783 to -C000005784] (MotionEvent::initialize() method)).<br>    ○ Analogous code in Android 2.2, as exemplified by the Samsung Vibrant, appears in methods at the following Bates pages: SAMNDCA-C000006088.<br>    ○ Analogous code in Android 2.1, as exemplified by the Samsung Captivate, appears in methods at the following Bates pages: SAMNDCA-C000006258 to -C000006259.<br>• **The Samsung Galaxy S II has source code that allows for "determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation"**<br>• On the Galaxy S II, the WebView class's onTouchEvent() method interprets the input points associated with the MotionEvent object it processes. The onTouchEvent() method distinguishes between a single input point (ev.getPointerCount == 1) and two or more input points (ev.getPointerCount > 1). (*See* WebView.java:7476-7512 [SAMDNCA-C000005757 to -C000005758].) If one input point is detected, the contact is interpreted as a scroll operation in onTouchEvent(). (*See* WebView.java:7514-8168 [SAMNDCA-C000005758 to -C000005772].) If two or more input points are detected, the contact is interpreted as a gesture operation via a call to mScaleDetector.onTouchEvent(). (*See* WebView.java:7479 [SAMNDCA- |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
| --- | --- |
| | C000005758].)<br>○ Analogous code in Android 2.2, as exemplified by the Samsung Vibrant, appears in methods at the following Bates pages: SAMNDCA-C000006138.<br>○ Analogous code in Android 2.1, as exemplified by the Samsung Captivate, appears in methods at the following Bates pages: SAMNDCA-C000006306. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;<br><br>responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and | The Samsung device issues at least one scroll or gesture call based on invoking the scroll or gesture operation.  The Samsung device responds to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input.<br><br> <br><br>(Screenshot of the Samsung Galaxy S2 scrolling a webpage.)<br><br>• **The Samsung Galaxy S II has source code that is capable of "issuing at** |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| | **least one scroll or gesture call based on invoking the scroll or gesture operation."**<br>• On the Galaxy S II, if one input point is detected, WebView's onTouchEvent() will issue a scroll call to doDrag() or doFling(). (WebView.java:7944, 8123 [SAMNDCA-C000005767, -C000005771]) If two or more input points are detected, the contact is interpreted as a gesture operation and issue a call to mScaleDetector.onTouchEvent(). (*See* WebView.java:7479 [SAMNDCA-C000005758].)<br>　○ Analogous code in Android 2.2, as exemplified by the Samsung Vibrant, appears in methods at the following Bates pages: SAMNDCA-C000006138.<br>　○ Analogous code in Android 2.1, as exemplified by the Samsung Captivate, appears in methods at the following Bates pages: SAMNDCA-C000006306.<br>• **The Samsung Galaxy S II has source code that is capable of "responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input."**<br>• On the Galaxy S II, the onTouchEvent() method calls doFling() for a scroll operation. (*See* WebView.java:8123 [SAMNDCA-C000005771].) doFling() then calls the Overscroller.fling() method. (*See* WebView.java:8784 [SAMNDCA-C000005775.) Overscroller.fling() itself calls mScrollerX and mScrollerY, each of which is responsible for scrolling in one axis (i.e., one scrolls horizontally and the other scrolls vertically). (*See* OverScroller.java:395-396 [SAMNDCA-C000005959].) The OverScroller class thus maintains state information for the fling. (*See id.*)<br>• The mScrollerX and mScrollerY track the start points, start time, duration, total distance, and the final position for the scroll at the end of the fling operation. (OverScroller.java:681-754 [SAMNDCA-C000005965 to –C000005967].) The OverScroller.fling() function thus determines the final position of the fling before beginning the fling operation.<br>• The actual rendering of the fling occurs subsequently as part of the drawing |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| | cycle. At the end of an event processing cycle, the method computeScroll() is called to compute which part of the view should be rendered to the user. (*See* WebView.java:3929-3983 [SAMNDCA-C000005728 to –C000005729].) The computeScroll() method uses the OverScroller class to extract the state information for the fling. (*See id.*) Afterwards, it calls WebView.overScrollBy() to scroll the content—this method calculates maximums for the distance the user can scroll beyond the edge of the content and whether content should be fixed to a particular axis. (*See id.*) onOverScrollBy() itself calls onOverScrolled() to ensure the intended scroll coordinates are valid and then calls View.scrollTo() to invoke the scroll operation. (*See* View.java:9004, 9053 [SAMNDCA-C000005835 to –C000005836].)  View.scrollTo() scrolls the window (setting mScrollX and mScrollY) based on the amount of a scroll with the scroll stopped at a "predetermined position in relation to the user input." (*See* WebView.java:3505, 3525 [SAMDNCA-5726].)<br>• Alternatively, the scroll stops at a "predetermined position in relation to the user input" because after the mScrollX and mScrollY fields are set (or determined), the WebView.onDraw() method is subsequently called to translate and draw the view shown to the user. (*See* WebView.java:4764-4918 [SAMNDCA-C000005732 to –C000005735].)<br>    ○ Analogous code in Android 2.2, as exemplified by the Samsung Vibrant, appears in methods at the following Bates pages: SAMNDCA-C000006115, SAMNDCA-C000006118, SAMNDCA-C000006128, SAMNDCA-C000006130, SAMNDCA-C000006135, SAMNDCA-C000006141 to -C000006147, SAMNDCA-C000006162, SAMNDCA-C000006163, SAMNDCA-C000006165.<br>    ○ Analogous code in Android 2.1, as exemplified by the Samsung Captivate, appears in methods at the following Bates pages: SAMNDCA-C000006285, SAMNDCA-C000006288, SAMNDCA-C000006297, SAMNDCA-C000006300, SAMNDCA-C000006305, SAMNDCA-C000006309 to -C000006314, SAMNDCA-C000006326, SAMNDCA-C000006327, SAMNDCA-C000006329. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | The Samsung device responds to issue at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points (two or more fingers) in the form of the user input.<br> <br>(Screenshot of the Samsung Galaxy S2 scaling a webpage.)<br>• On the Galaxy S II, the onTouchEvent() method calls the mScaleDetector.onTouchEvent() method to perform the scaling (zoom) operation using the MotionEvent object information, which includes the two or |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| | more input points touching the screen. (*See* WebView.java:7479 [SAMNDCA-C000005758].) onTouchEvent() calls setContext(), which records information about the position of the two input points corresponding, for example, to the user's fingers on the screen (WebviewScaleGestureDetector.java:323 [SAMNDCA-C000005824]). As the user moves his fingers relative to one another—as in, for example, a pinching or de-pinching gesture—the onScale() method of the WebView class calls the WebviewScaleGestureDetector's getScaleFactor() method to calculate the scale factor based on the ratio of the current distance between the fingers and the previous distance between them (as of the last time the touch screen was polled for input). (WebView.java:7230-7294 [SAMNDCA-C000005753 to -C000005755];) onScale() then calls setNewZoomScale(), which uses the calculated scale factor to scale the WebView and all of its child views. WebView.java:7289 [SAMNDCA-C000005755]; WebView.java:3091-3246 [SAMNDCA-C000005722 to -C000005725].)<br>○ Analogous code in Android 2.2, as exemplified by the Samsung Vibrant, appears in methods at the following Bates pages: SAMNDCA-C000006108, SAMNDCA-C000006110 to -C000006113, SAMNDCA-C000006137, SAMNDCA-C000006138.<br>○ Analogous code in Android 2.1, as exemplified by the Samsung Captivate, appears in methods at the following Bates pages: SAMNDCA-C000006279, SAMNDCA-C000006281 to -C000006282, SAMNDCA-C000006284, SAMNDCA-C000006302, SAMNDCA-C000006303. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 3** | |
| The method as in claim **1**, further comprising:<br><br>attaching scroll indicators to a content edge of the window. | The Samsung device attaches scroll indicators to the window edge.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S2 attaching a scroll indicator to a content edge of the window.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 4** | |
| The method as in claim **1**, further comprising:<br><br>attaching scroll indicators to the window edge. | The Samsung device attaches scroll indicators to the window edge.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S2 attaching a scroll indicator to the window edge.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 5** | |
| The method as in claim **1**, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | The Samsung device determines whether the event object invokes a scroll or gesture operation based on receiving a drag user input for a certain time period.<br><br>• The Galaxy S II determines whether the event object invokes the scroll operation based on receiving a drag user input for a certain time period. The onTouchEvent() method invokes the fling operation based on the user scrolling within a certain period of time. (*See* WebView.java:8107-8125 [SAMDNCA-C00005771].)<br>  ○ Analogous code in Android 2.2, as exemplified by the Samsung Vibrant, appears in methods at the following Bates pages: SAMDNCA-C00006147.<br>  ○ Analogous code in Android 2.1, as exemplified by the Samsung Captivate, appears in methods at the following Bates pages: SAMDNCA-C00006314. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 7** | |
| The method as in claim **1**, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | The Samsung device is a cell phone.<br><br>(Screenshot of the Samsung Galaxy S2 displaying a call menu.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 8** | |
| A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising: | The Samsung device includes a computer readable storage medium storing executable program instructions. The executable program instructions, when executed, cause the Samsung device to perform a method.  |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| receiving a user input, the user input is one or more input points applied to a touch-sensitive display that is integrated with the data processing system; | The instructions, when executed, cause the Samsung device to receive a user input. The user input includes one or more input points (one or more fingers) applied to the touch-sensitive display that is integrated with the Samsung device.<br>(Screenshot of the Samsung Galaxy S2 receiving user input.) |

<table>
<tr><th>U.S. Patent No. 7,844,915</th><th>Samsung Galaxy S II</th></tr>
<tr><td>creating an event object in response to the user input;<br><br>determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;</td><td>The instructions, when executed, cause the Samsung device, via the Android platform on which the device operates, to create an event object in response to the user input. The instructions, when executed, also cause the Samsung device to determine whether the event object invokes a scroll or gesture operation by distinguishing between a single input point (single finger) applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points (two or more fingers) applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>As an example, under the Android platform, a MotionEvent object is created in response to a touch on the touchscreen. (Android Developers Site at Class MotionEvent) (Available at http://developer.android.com/reference/android/view/MotionEvent.html.)<br><br>   <br><br>(Screenshots of the Samsung Galaxy S2 scrolling in response to a single input point applied to the touch-sensitive display and scaling in response to two or more input points applied to the touch-sensitive display.)</td></tr>
</table>

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
| --- | --- |
| issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;<br><br>responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and | The instructions, when executed, cause the Samsung device to issue at least one scroll or gesture call based on invoking the scroll or gesture operation. The instructions, when executed, also cause the Samsung device to respond to at least one scroll call, if issued, by scrolling a window having a view associated with the event object.<br><br>   <br><br>(Screenshot of the Samsung Galaxy S2 scrolling a webpage.) |

<table>
<tr><th>U.S. Patent No. 7,844,915</th><th>Samsung Galaxy S II</th></tr>
<tr><td>responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input.</td><td>The instructions, when executed, cause the Samsung device to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points (two or more fingers) in the form of the user input.

(Screenshot of the Samsung Galaxy S2 scaling a webpage.)</td></tr>
</table>

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 9** | |
| The medium as in claim **8**, further comprising:<br><br>rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll. | The instructions, when executed, cause the Samsung device to rubberband a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll.<br><br>(Screenshots of the Samsung Galaxy S2 rubberbanding an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 10** | |
| The medium as in claim **8**, further comprising:<br><br>attaching scroll indicators to a e of the view. | The instructions, when executed, cause the Samsung device to attach scroll indicators to a content edge of the view.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S2 attaching a scroll indicator to a content edge of the view.<br><br>) |

sf-3121348

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 11** | |
| The medium as in claim **8**, further comprising:<br><br>attaching scroll indicators to a window edge of the view. | The instructions, when executed, cause the Samsung device to attach scroll indicators to a content edge of the view.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S2 attaching a scroll indicator to a content edge of the view. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 12** | |
| The medium as in claim **8**, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | The instructions, when executed, cause the Samsung device to determine whether the event object invokes a scroll or gesture operation based on receiving a drag user input for a certain time period. |
| **Claim 14** | |
| The medium as in claim **8**, wherein the data processing system is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | The Samsung device is a cell phone.<br>(Screenshot of the Samsung Galaxy S2 displaying a call menu.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 15** | |
| An apparatus, comprising:<br><br>means for receiving, through a hardware device, a user input on a touch-sensitive display of the apparatus, the user input is one or more input points applied to the touch-sensitive display that is integrated with the apparatus; | The Samsung device includes a processor executing computer instructions for receiving, through a hardware device, a user input on a touch-sensitive display of the apparatus, the user input is one or more input points (one or more fingers) applied to the touch-sensitive display that is integrated with the Samsung device.<br><br>(Screenshot of the Samsung Galaxy S2 receiving user input.) |

<table>
<tr><th>U.S. Patent No. 7,844,915</th><th>Samsung Galaxy S II</th></tr>
<tr><td>means for creating an event object in response to the user input;<br><br>means for determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation;</td><td>The Samsung device, via the Android platform on which the device operates, includes a processor executing computer instructions for creating an event object in response to the user input and determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point (single finger) applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points (two or more fingers) applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>As an example, under the Android platform, a MotionEvent object is created in response to a touch on the touchscreen. (Android Developers Site at Class MotionEvent) (Available at http://developer.android.com/reference/android/view/MotionEvent.html.)<br><br>   <br><br>(Screenshots of the Samsung Galaxy S2 scrolling in response to a single input point applied to the touch-sensitive display and scaling in response to two or more input points applied to the touch-sensitive display.)</td></tr>
</table>

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| means for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;<br><br>means for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and | The Samsung device includes a processor executing computer instructions for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation. The processor also executing computer instructions for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object.<br><br><br><br><br><br><br>(Screenshot of the Samsung Galaxy S2 scrolling a webpage.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| means for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | The Samsung device includes a processor executing computer instructions for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points (two or more fingers) in the form of the user input.     (Screenshot of the Samsung Galaxy S2 scaling a webpage.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 16** | |
| The apparatus as in claim **15**, further comprising:<br><br>means for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll. | The Samsung device includes a processor executing computer instructions for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.<br><br>(Screenshots of the Samsung Galaxy S2 rubberbanding an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 17** | |
| The apparatus as in claim **15**, further comprising:<br><br>means for attaching scroll indicators to a content edge of the window. | The Samsung device includes a processor executing computer instructions for attaching scroll indicators to a content edge of the window.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S2 attaching a scroll indicator to a content edge of the window.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 18** | |
| The apparatus as in claim **15**, further comprising:<br><br>means for attaching scroll indicators to the window edge. | The Samsung device includes a processor executing computer instructions for attaching scroll indicators to the window edge.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S2 attaching a scroll indicator to the window edge.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S II |
|---|---|
| **Claim 19** | |
| The apparatus as in claim **15**, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | The Samsung device includes a processor executing computer instructions for determining whether the event object invokes a scroll or gesture operation based on receiving a drag user input for a certain time period. |
| **Claim 21** | |
| The apparatus as in claim **15**, wherein the apparatus is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | The Samsung device is a cell phone.<br>(Screenshot of the Samsung Galaxy S2 displaying a call menu.) |