# EXHIBIT 2

Confidential Attorneys' Eyes Only Outside Counsel

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                            CASE NO. 11-CV-01846-LHK
 8
     SAMSUNG ELECTRONICS CO., LTD.,
 9   A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                  Defendants.
13   _____/
14
15            C O N F I D E N T I A L
16         A T T O R N E Y S'  E Y E S  O N L Y
17            O U T S I D E   C O U N S E L
18
19     VIDEOTAPED DEPOSITION OF RAVIN BALAKRISHNAN, Ph.D.
20               SAN FRANCISCO, CALIFORNIA
21                TUESDAY, AUGUST 16, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 41176
```

Confidential Attorneys' Eyes Only Outside Counsel

Page 27

1  did zoom in.  But whether or not it has to be zoomed
2  in, I need to spend a bit more time making sure
3  whether it has to or not.  I have not done that right
4  now on this device.
5          MR. JOHNSON:  Okay.
6          THE WITNESS:  So, on this device, I went
7  through the -- the preamble.  It's clearly a
8  computer-implemented method.  It has a device with a
9  touchscreen display.  It is displaying right now a
10 first portion of an electronic document.  The
11 electronic document here happens to be a photograph or
12 an image, some kind of a picture of something.
13         MR. JOHNSON:  Q.  Is the electronic doc --
14 what -- what does an "electronic document" mean in the
15 context of this patent?
16         MR. MONACH:  Object to form to the extent
17 it's calling for a legal conclusion, but you can give
18 your views on that.
19         THE WITNESS:  In the context of this patent,
20 my understanding, having read the patent and the
21 claims, is ==the electronic document is some visual==
22 ==representation on the screen that has a defined length==
23 ==and a width, as an example, or defined set of==
24 ==boundaries==, because they may not have to be a
25 rectangular set of boundaries.

Confidential Attorneys' Eyes Only Outside Counsel

Page 28

1  MR. JOHNSON: Q. So can it -- it can be
2 anything with a defined length and width?
3  A It could be any visually represented thing
4 with a defined boundary. I'd rather use the word
5 "boundaries," because length and width may connote a
6 rectangular thing. It may not be a rectangle,
7 necessarily.
8  Q Okay. So an electronic document is anything
9 that can be visually represented with a defined
10 boundary?
11  MR. MONACH: Object to the form of the
12 question; object as calling for a legal conclusion.
13  THE WITNESS: In the context of this patent
14 and the claims, reading the patent and the claims, I
15 would say that would be a -- my definition of an
16 electronic document would be something visually
17 representable on the screen that -- that has a defined
18 set of boundaries.
19  MR. JOHNSON: Okay.
20  Q How about the next limitation?
21  A Okay. So, as I said earlier, it's got a
22 first portion of an electronic document. We already
23 went through that.
24  Q And -- and -- I'm sorry.
25  A I'm sorry.