Date: 7/26/2012

Honorable Lucy H. Koh

Dear Judge Koh:

The Plaintiff and Defense attorneys on the *Apple Inc. v Samsung Electronics Co., Ltd.* litigation request that Your Honor allow us to arrange for the provision of secure high-speed wired or wireless internet access in the courtroom as well as remote real time transcript that can be viewed by Court authorized individuals outside of the courthouse. The Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective representation of all parties involved on this matter. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

The remote real time feed will enable the court reporter to send a real time transcript feed over a secure connection to court authorized users following the proceedings from locations outside of court such as firm offices or war rooms. Parties will be responsible for all court reporter fees.

Subject to your approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service, and installs a network that is completely independent of the Court's existing systems. Courtroom Connect only needs the permission of the Court to temporarily locate the minimal amount of required equipment and cabling to connect to the Internet (e.g. small router and firewall that can be hidden from sight). This can be done easily, and, of course, will be paid for by the parties at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- Anyone using the network is required to use the highest level of encryption available (among other security measures, 802.11x is utilized with rotating key encryption).

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's computer networking personnel. Sumit Chatterjee (phone: 650-814-5776) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like. Many trials in state and federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom, and references can be made available upon request. Specifically, Courtroom Connect has provided Internet access in the US District Court, Northern

District of Illinois on past trials such as the *BP v Flint Hills* trial before Judge St. Eves and the recent *Grede v BNY* trial before Judge Zagel.

If Your Honor is agreeable to these arrangements, the parties would most appreciate if you would sign the enclosed order permitting us to proceed.   Please let me know if you have any questions. Thank you for your consideration.

Yours sincerely,

Morrison & Forester
Plaintiff

Quinn Emanuel Urquhart & Sullivan, LLP
Defendant

cc:  Plaintiff and Defense Counsel