1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING COURTROOM CONNECT TO PROVIDE PARTIES WITH INTERNET CONNECTIVITY AT TRIAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Courtroom Connect is authorized to provide the parties in this action with Internet connectivity and remote real time transcript feeds to authorized locations outside of Court, for the duration of the proceedings, set to begin on Monday, July 30, 2012.  Courtroom Connect can proceed to make proper arrangements with the Court Information Technology Group and Official court reporter.  The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

**IT IS SO ORDERED.**

Dated:  July _____, 2012.

HONORABLE LUCY H. KOH
United States District Court Judge