# EXHIBIT 3

Highly Confidential - Outside Counsels' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5  APPLE INC., a California corporation,

6

             Plaintiff,

7

  vs.                    CASE NO.  11-cv-01846-LHK

8

  SAMSUNG ELECTRONICS CO.,

9  LTD., a Korean business entity; SAMSUNG ELECTRONICS

10  AMERICA,INC., a New York corporation; SAMSUNG

11  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited

12  liability company,

13             Defendants.

  _____/

14

15

16      H I G H L Y   C O N F I D E N T I A L

17       O U T S I D E  C O U N S E L  O N L Y

18

19      VIDEOTAPED DEPOSITION OF JONATHAN IVE

20          SAN FRANCISCO, CALIFORNIA

21         THURSDAY, DECEMBER 1, 2011

22

23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24  CSR LICENSE NO. 9830

25  JOB NO. 43920

Highly Confidential - Outside Counsels' Eyes Only

Page 50

1    Q    And in your view, is -- is that construction

2    or design of the -- the bezel more important to the

3    design of the -- of the first iPhone than the home

4    button in terms of an overall feeling and appearance

5    that the -- that the design creates?

6    A    Yeah, I'm not comfortable answering that

7    question, because I think to -- to answer your

8    question properly, I would actually need to make

9    models and experiment with changing those.  So I

10   actually don't know.

11   Q    One element that you did mention as being

12   important, in your view, was the display and it being

13   centered.

14   A    Right.

15   Q    If you could please tell me what you mean by

16   that.

17   A    Well, the -- the actual display as a

18   component is obviously important.  It's -- one of the

19   great innovations here, of course, was that it not

20   only gave you video sort of output, but that it was

21   that you touched the display.  So that was your

22   primary means of -- of interaction.

23        And so the display, as we thought about it

24   from a design point of view, was an important

25   component, and so its position, relative to the

Highly Confidential - Outside Counsels' Eyes Only

Page 51

1   perimeter of the product, was also important.

2        So we have it centered with equal dimension

3   on the -- I could -- if I call it the forehead, that's

4   the area above the display; and also the chin is

5   another way that we would talk about the area below

6   the display.  Those are the same size.

7        The vertical -- the -- the vertical columns

8   on either side with the -- you know, the black mask

9   are also the same size, so it is symmetrically

10  positioned within the product.

11       And as a handheld product that you would use

12  in this way, that seemed -- that seemed important to

13  us.

14    Q   And you began your answer by saying that the

15  display as a component is obviously important.

16       If you could please tell me, what do you mean

17  by that?  Why was the display as a component

18  important?

19    A   Well, if you didn't -- if you did not have

20  that component, that element within the design, the

21  phone wouldn't function very well, as it would be very

22  difficult to use.

23       And I described that what was particularly

24  significant in the case of the first iPhone was that

25  the display was combined with a multi-touch panel, a

Highly Confidential - Outside Counsels' Eyes Only

Page 52

1    multi-touch sensing panel, and so that it was also

2    your primary means of input, so that you would relate

3    to the display in multiple ways:  That you would look

4    to see who is calling, that you could look at

5    photographs, you could look at video, you could look

6    at your address book, but then you could directly

7    manipulate the information that you saw on the

8    display.

9        Q   And did all that, that you've described about

10   the display, have an influence on -- on the design of

11   the -- the external appearance of the -- of the phone?

12       A   What that did was make it very clear in our

13   minds that the display was important, and we wanted to

14   develop a product that featured and deferred to the

15   display.

16           So we -- some of our early discussions about

17   the iPhone centered on this idea of, as I mentioned

18   earlier, this -- you know, this infinity pool, this

19   pond, where the display would sort of magically

20   appear.

21       Q   You mentioned that as part of this process,

22   that it became clear that the product, namely the

23   iPhone we're talking about here, would defer to the

24   display.

25           What do you mean by that phrase, "defer to

Highly Confidential - Outside Counsels' Eyes Only

Page 53

1    the display"?

2        A    I think that's another way of saying that we

3    did not want to develop a design.  In any of the

4    designs that we explored, none of them we explored did

5    anything to -- to undermine or detract or distract

6    from the importance of the -- the display.

7        Q    And was part of the reason for that that

8    the -- in the context of a -- of the iPhone, that the

9    display screen itself was the main way in which the

10   user interacted with the device?

11       A    No.

12            When we are at these early stages in design,

13   when we're trying to establish some of the -- you

14   know, the primary goals -- often we'll talk about, you

15   know, the -- the story for the product -- we're

16   talking about perception.  We're talking about how you

17   feel about the product, not in a physical sense, but

18   in a -- you know, in a perceptual sense.

19            And so it's just -- it was very clear

20   having -- just how important and in some ways magical

21   this display and the -- the new user interface was,

22   that we wanted to -- to, from a perceptual point of

23   view, create a design and a design story, create an

24   appearance that would in some ways augment that.

25            So I mentioned the way that when the display

Highly Confidential - Outside Counsels' Eyes Only

Page 54

1    switch is on, that just feeling magical, feeling

2    surprising, we're talking about a number of years ago.

3    This may now seem -- we got used to products that do

4    this.  But at the earliest stages of this design, this

5    seemed -- this was very new, and it felt there was

6    real opportunity to develop a design story based on

7    those sorts of preoccupations.

8        Q    Regardless of the -- the design intention

9    behind it, do you think, as a practical matter, the

10   fact that the display is the primary way that a user

11   interfaces with the -- the original iPhone means that

12   having a design that defers to the displays that you

13   mentioned means that there's less distractions for the

14   user in actually using the screen?

15       A    Can you make that a shorter question?

16       Q    Sure.  I can -- I can try that.

17            In response to my question, I was asking you

18   about the phrase that you've used, which is that you

19   didn't want a design that undermined or distracted

20   from the importance of the display, and you've also

21   used another phrase, which was that you have a design

22   that deferred to the display; do you recall generally

23   talking about that?

24       A    Yes.

25       Q    And I had asked one question about sort of

Highly Confidential - Outside Counsels' Eyes Only

1    design intention that you've now already answered.

2        A    Yes.

3        Q    Now I wanted to ask a slightly different

4    question --

5        A    Right.

6        Q    -- which is:  As a practical matter, do you

7    think the fact that the display screen itself is -- is

8    the main point of interaction that a user has with the

9    original iPhone means that having a design that defers

10   to the display, as you've -- you've meant it or as

11   you've mentioned, means that the user is less

12   distracted from -- from that interaction with the

13   screen, just as a practical matter?

14       A    I think what we've found, given that overall

15   goal, was that there were -- there were many solutions

16   that we explored that met that -- that goal of -- of

17   elevating the display and creating that sort of

18   hierarchy.

19            And I think that the design that we chose,

20   based upon its appearance, was one of many that --

21   that there would be less distractions during use --

22   less visual distractions during use.

23       Q    So if I understand you correctly, the -- the

24   design solution that was actually chosen for the

25   iPhone that you've described, as a practical matter,

Highly Confidential - Outside Counsels' Eyes Only

1  it does create less visual distractions for the user

2  when interfacing with the display?

3      A   Yes.  What I'm -- what I'm saying is that as

4  a consequence -- not as a goal, but as a consequence,

5  amongst the many other alternatives that we looked at,

6  I think that would be true.

7      Q   Have you read the -- the Walter Isaacson

8  biography of Steve Jobs?

9      A   I've read a couple of pages, yes.

10     Q   Were you interviewed for that book?

11     A   I was, yes.

12     Q   And do you recall about how many times you --

13 you were interviewed by Mr. Isaacson?

14     A   I recall we had one -- one interview I would

15 call a primary interview, and then we met on one other

16 occasion; and I think we may have had one telephone

17 conversation, but I'm not certain.

18     Q   So your best recollection is it was

19 approximately three times?

20     A   We -- well, your question was "interview," so

21 no.  There was one time when we were -- we met in what

22 you would, I think, probably characterize as an

23 interview; we met on one time when I showed him the

24 design studio, and then possibly we had a short

25 telephone conversation.

Highly Confidential - Outside Counsels' Eyes Only

Page 57

1    Q   So in terms of the -- the number of times

2    where you had some type of oral communication with

3    Mr. Isaacson, whether in person or by phone, your best

4    recollection is that there were three of them?

5    A   No, my best recollection was there's two, and

6    there's a possibility of the third.

7    Q   And how certain do you feel about the -- the

8    third?  I mean, is it more than 50 percent?  Less than

9    50 percent?

10   A   I'd say it's 50/50.

11   Q   Right there on the edge.

12       Did you read the portion of Mr. Isaacson's

13   book where he talked about -- well, actually, let me

14   step back for a second.

15       There were terms or codes that were used for

16   different iterations of the potential design for the

17   very first iPhone that went something like P1, P2?

18   A   Yes.

19   Q   And do you recall that in one of those

20   earlier iterations of the iPhone display -- or excuse

21   me -- the iPhone design, that the front flat surface

22   had a rim that ran around the -- the display screen?

23   A   I'm sorry.  I'm slightly confused by -- so

24   this is a question that's discrete from Walter

25   Isaacson's book?

Highly Confidential - Outside Counsels' Eyes Only

Page 84

1    the -- the user to be able to pick up the -- the

2    tablet with one hand from underneath?

3        A    No, that wasn't a goal.  We -- we made the

4    observation that if that's something that we wanted to

5    enable, that meant that our exploration would be

6    concerned with the sorts of formal solutions that I

7    mentioned.  And there were -- there were -- there were

8    many of them.

9        Q    Well, then, I guess setting aside, then,

10   the -- the terminology about a goal -- maybe it's a

11   little easier that way.

12            In terms of the -- the final design for

13   the -- the first iPad, was there anything about the

14   design that, as a consequence of the design, made it

15   easier for the user to pick up with one hand from a --

16   from a flat table, for example?

17       A    Could you just clarify which iPad we're

18   talking about.  Is it the iPad in the -- the patents

19   or the --

20       Q    The first iPad that actually went to market.

21       A    That went to market.

22            Yes, it was one of the -- the many that we

23   explored that had the -- the rear surface developed

24   up.

25            In the case of the first iPad, the -- there

Highly Confidential - Outside Counsels' Eyes Only

Page 85

1   was a vertical wall that ran around the perimeter of

2   the product.  But the bottom edge of that vertical

3   wall was -- I don't know how many millimeters, but was

4   a number of millimeters above a surface if you were to

5   rest it on a surface.

6        Q    Whether or not it was the -- the goal of the

7   design of the second iPad, the iPad 2, was there

8   anything about the design in the iPad 2 that, as a

9   consequence of the design, made it easier for the user

10  to pick it up with one hand from a flat surface, such

11  as a table?

12       A    I'm sorry.  Could you repeat that.

13       Q    Sure.  It's basically the same question I was

14  asking before about the first iPad that went to

15  market.

16       A    Yes.

17       Q    Now I'm asking about the iPad 2.  So I'll

18  just restate the whole question, but just so you have

19  a sense of where I'm --

20       A    Yes.

21       Q    -- going with this.

22            So setting aside whether it was the goal or

23  not of the design --

24       A    Yes.

25       Q    -- as a consequence of the design that was

Highly Confidential - Outside Counsels' Eyes Only

1    actually used for the iPad 2, was there anything about

2    that design that made it easier for the user to pick

3    up the iPad 2 from a flat surface, such as a table?

4        A    Yes.  I think the overall principle is

5    similar to the first iPad, even though the formal --

6    the -- the final definition is -- is different.

7            But the -- it's the same principle, which is

8    there is an edge that is essentially raised from

9    the -- the desktop, and that your fingers can go

10   underneath.

11       Q    Did you have any involvement in the -- the

12   design or the creation of the application icons for

13   the iPhone?

14       A    For the first iPhone?

15       Q    Right.

16       A    I recall Steve showing them to me during a

17   number of stages in development, and we had

18   discussions.  I don't recall what the discussions

19   were, but I do recall seeing them.

20       Q    Did you make any comments or have any input

21   into the -- the look of the icons or the -- the layout

22   of the icons for the first iPhone?

23       A    I recall being shown the work.  I recall

24   discussions about it, but I couldn't describe that as

25   input because I don't know.  I can't recall whether --

Highly Confidential - Outside Counsels' Eyes Only

Page 87

1   I can't recall what I said, and I can't recall if

2   there was a consequence to anything that I said.

3       Q   Do you recall whether the shape of the icons

4   that you saw in the versions that Mr. Jobs showed you

5   were in the form of a rectangle with rounded corners?

6       A   I think -- yes, I think I recall the shape of

7   the icons, and that they were square with -- with

8   radii on each of the four -- four corners.

9       Q   And do you have any knowledge or information

10  as to what the source of that shape was?  In other

11  words, where that shape came from?

12      A   I -- I don't recall.

13      Q   Do you know whether that shape was based on

14  prior icon shapes?

15      A   I don't recall.

16      Q   Do you have any knowledge or information as

17  to the -- the source of the icon layout that was used

18  for the first iPhone; namely, that kind of grid

19  pattern?

20      A   No, I don't recall.

21          I think my involvement was very much Steve

22  showing me, This is the work that's being done, and --

23  and then I would assume with being -- asking my

24  opinion, but I don't recall that.

25      Q   Do you recall having any other communications

Highly Confidential - Outside Counsels' Eyes Only

Page 114

1    three-dimensional designer, I find that very difficult

2    to answer.

3         MR. ZELLER:  Q.  And so when you say

4    "difficult," does that mean you cannot answer it?

5    A    I cannot feel comfortable with -- that I've

6    answered your question well.

7    Q    Well, I'm trying to find out:  Are you saying

8    it's impossible to answer my question?

9         MR. JACOBS:  Object to the form.

10        THE WITNESS:  Could you ask me your -- your

11   question again.

12        MR. ZELLER:  Q.  Focusing your attention on

13   the -- the design that's shown here in Exhibit 1178,

14   all right, is there any interpretation of this design

15   that you have that would mean that this design shown

16   here in Exhibit 1178 is substantially the same as the

17   design of the front face of the first iPhone?

18   A    There is one interpretation that -- of -- of

19   this limited information that would make this

20   similar -- very similar to the first iPhone.

21   Q    I'm -- let's please mark as Exhibit 1179 a

22   one-page document which is a comparison of -- of three

23   phone designs.

24        (Document marked Exhibit 1179

25          for identification.)

Highly Confidential - Outside Counsels' Eyes Only

Page 115

1        THE WITNESS:  Thank you.

2        MR. ZELLER:  Q.  Do you recognize the design

3    of the -- the phone that's shown here on the far

4    right?

5        A    That could be a representation of the first

6    iPhone.

7        Q    Do you recognize the design that's shown here

8    in the middle on Exhibit 1179?

9        A    Again, that could be a representation, yes,

10   of the front elevation -- an orthographic

11   representation of the first -- the first iPhone.

12       Q    Comparing the designs that are shown here in

13   Exhibit 1179, do you believe that these three designs

14   we have here on this page are -- are basically and

15   essentially the same design to one another, or do you

16   believe that they are different?

17       A    I think there is an interpretation -- as we

18   said earlier, one of many.  But based on these lines

19   here, there is an interpretation where there are many

20   elements that could be interpreted in the same way

21   between the phone that is on my left and then the two

22   that are on the -- on the right.

23       Q    And by that, do you mean that there are --

24   there's an interpretation of these -- these designs,

25   these drawings that we have here --

Highly Confidential - Outside Counsels' Eyes Only

Page 116

1      A    Yes.

2      Q    -- these views that, from your view, make

3  them overall, in terms of their impression, to be

4  similar rather than different designs?

5      A    I'm sorry.  Could you repeat that.

6      Q    Sure.  I'm just trying to make sure I

7  understand your answer.

8           When you -- when you -- in your answer, when

9  you're talking about these --

10     A    Yes.

11     Q    -- a comparison between these designs --

12     A    Yes.

13     Q    -- overall, from their overall impression

14 that you see, based on the information that you have

15 here comparing these three designs, do you believe

16 that they create the overall same impression of

17 design, or would you consider them to be overall in

18 their impression to be different designs?

19     A     What I'm saying is that with limited

20 information, that there is an interpretation, based on

21 the information I have in front of me, that these

22 could feel like three very similar designs, or that

23 this one is very similar to -- if I interpret the two

24 on the right in the same way, that the one on the left

25 could feel very similar to the ones on the right.

Highly Confidential - Outside Counsels' Eyes Only

Page 154

1    products that we're developing.

2        Q   As of the time that you began first working

3    on the iPhone design -- this first iPhone design, what

4    other manufacturer of mobile phones were you aware of?

5        A   Can you -- it would help me if you could

6    define what you mean by the word "aware of."

7        Q   Well, let me ask it this way:  I take it as

8    of the time when you started working on the -- the

9    design that resulted in the first iPhone design --

10       A   Yes.

11       Q   -- you had seen other mobile phones --

12       A   Yes.

13       Q   -- as of that time?

14       A   Yes, I had seen --

15       Q   Which ones do you remember seeing as of that

16   time?

17       A   I remember seeing a Motorola StarTAC.  I

18   remember a Sony Ericsson product.  I'm afraid I can't

19   remember the name -- you know, the model number of

20   that.  I remember a -- I remember a Nokia vaguely.

21           I think I was using a -- I think I was

22   personally using at the time a Motorola StarTAC.

23   What -- I can't recall the name.  It was developed

24   from the StarTAC.

25       Q   Was it the Razr?

Highly Confidential - Outside Counsels' Eyes Only

Page 155

1    A    Yes.  I think that was the product that I was

2    using.

3    Q    Anyone -- any others that you can remember

4    seeing as of that time?

5    A    Golly, I can't remember.  Yeah, this is five

6    years ago now.

7    Q    Let me show you what was previously marked as

8    Exhibit 8, which is a copy of United States Design

9    Patent 504,889.  And please let me know when you've

10   had a chance to take a look here at Exhibit 8.

11   A    Okay.

12   Q    First, do you recognize Exhibit 8 as a U.S.

13   design patent that you're a named inventor on?

14   A    I do.

15   Q    And did you actually contribute to this

16   design?

17   A    Yes, I did.

18   Q    In your view as an inventor of this design

19   shown here in the '889 design patent --

20   A    Yes.

21   Q    -- what was new or original about it as

22   compared to other designs that were in existence?

23        MR. JACOBS:  Objection; lacks foundation.

24        THE WITNESS:  Could you ask me that question

25   more specifically, please.

Highly Confidential - Outside Counsels' Eyes Only

Page 156

1          MR. ZELLER:  Yeah, sure.

2     Q    You understood, generally speaking, that to

3  obtain a design patent --

4     A    Yes.

5     Q    -- you have to have something that's new or

6  original about a design, compared to designs that are

7  already out there?

8     A    Yes.

9     Q    And in fact, you recall that when you -- you

10  signed papers --

11     A    Yes.

12     Q    -- as a design patent inventor, part of what

13  you attest to to the patent office, in other words,

14  what you swear to, is that -- that what you've created

15  is a new and original design; do you generally recall

16  that?

17     A    I -- I recall that when I signed those

18  papers, that I'm saying that I am not aware of

19  anything previously that would render this not new.

20  So yes, I remember that.

21     Q    And so taking a look at the design that's

22  depicted here in Exhibit 8 --

23     A    Yes.

24     Q    -- from your perspective as an inventor, what

25  was different or new or original about this compared

Highly Confidential - Outside Counsels' Eyes Only

Page 159

1    or different from existing designs as of the time that

2    this design was created?

3        A    I think that -- I think that covers it in

4    terms of the form.

5            I think the -- the -- the construction, you

6    know, the -- this, you know, singular clear part and

7    then this singular rear casing, just the simplicity

8    of -- of how -- you know, that architecture, the

9    simplicity of that, I think, was, to me, seems --

10   seems very new, given what the product is, which is a

11   handheld tablet device.

12       Q    Can I please have the '035 mockup.

13           MR. JACOBS:  Yeah.

14           THE WITNESS:  Have you finished with -- can I

15   move these, or are you --

16           MR. ZELLER:  Sure.

17       Q    I'm not promising to be finished with them,

18   but -- but we can move them out of your way --

19       A    Let's move them out of my way.

20       Q    -- if it makes life easier for you.

21           MR. JACOBS:  You want to take a break while

22   we -- because I think this is probably a good --

23           MR. ZELLER:  Yeah, this is a good time.

24           THE VIDEOGRAPHER:  This is the end of

25   Disc No. 4, Volume I.

Highly Confidential - Outside Counsels' Eyes Only

Page 160

1        We are off the record at 4:02 p.m.

2        (Recess taken.)

3        THE VIDEOGRAPHER:  This is the beginning of

4    Disc No. 5, Volume I.

5        We are back on the record at 4:25 p.m.

6        You may proceed.

7        MR. ZELLER:  Q.  What I'd like to show you is

8    a three-dimensional mockup of a tablet that's been

9    produced by Apple in this case, and it's generally

10   known as the 035 mockup or -- or prototype, and please

11   take a look at that.

12       Have you seen the 035 mockup before?

13   A    Yes, I have.

14   Q    And when do you remember first seeing the 035

15   mockup?

16   A    My recollection of -- of first seeing it is

17   very hazy, but it was, I'm guessing, sometime between

18   2002 and 2004, some -- but it was -- I remember seeing

19   this and -- and perhaps models similar to this when we

20   were first exploring tablet designs that ultimately

21   became the iPad.

22   Q    Do you recognize the 035 mockup as a mockup

23   that the Apple model shop produced?

24   A    I actually don't know which model shop

25   made -- made this, but I recognize this as a model

Highly Confidential - Outside Counsels' Eyes Only

Page 161

1    that was produced during our exploration.

2        Q   Do you recall if the -- the group that

3    produced the actual physical model of this 035 mockup

4    was an internal group or whether it was an outside

5    vendor?

6        A   I have no -- no recollection.

7        Q   Is the 035 mockup a tablet design that you

8    personally worked on?

9        A   It was -- the best of my recollection, this

10   was a design that was modeled as a consequence of the

11   way that we work, which is as a team.

12       Q   Do you recognize the 03 mockup design as a

13   design that you, among other people, invented?

14       A   You said 03.

15       Q   '5 mockup, the physical one that you have in

16   front of you?

17       A   Yes, I recognize this as one of -- one of the

18   models that we made as part of the design process, as

19   part of the exploration.

20           Where my recollection is hazy is trying to

21   remember, you know, at what point in the exploration

22   we made this, the circumstances around making it.

23           But I certainly recognize it as a model that

24   we made as part of that exploration.

25       Q   Is the design that's shown in the  '889

Highly Confidential - Outside Counsels' Eyes Only

Page 162

1   design patent, which is marked as Exhibit 8, the same

2   design as the 035 mockup?

3       A    I think that there are many similarities.

4       Q    Apart from being able to say that there are

5   many similarities, can you tell me with any certainty

6   one way or another whether the design that's shown in

7   the '889 design patent is the same design as the 035

8   mockup?

9            MR. JACOBS:  Objection; lacks foundation.

10           THE WITNESS:  I can say confidently that

11  there are many, many elements that are represented in

12  this model that I see in our patent.

13           MR. ZELLER:  Q.  And can you tell me anything

14  beyond that with any certainty in terms of whether

15  that's the same design or not?

16      A    I think I -- I think I've done my best to

17  answer the question, which is I think there are many

18  elements that I see here that I see in our design

19  patent.

20      Q    Are you aware of any three-dimensional

21  models --

22      A    Yeah.

23      Q    -- of any tablet designs that were created

24  prior to March 17, 2004, that was closer in its

25  appearance to the design that's shown in the

Highly Confidential - Outside Counsels' Eyes Only

Page 163

1    '889 design patent than the 035 mockup?

2       A    I'm not aware of any that are closer or less

3    close.  I recall this model; I, of course, recall this

4    patent, and I can see many similarities.

5       Q    Is it your best understanding that the model

6    that was created to reflect the design that's shown

7    here in the '889 design patent is the 035 mockup, or

8    is it your impression that there's another mockup that

9    was a rendition -- a three-dimensional rendition of

10   the '889 design?

11          MR. JACOBS:  Objection; lacks foundation.

12          THE WITNESS:  Yes, and I'm afraid I also

13   don't understand your question.  You said is there

14   another model that reflects this.

15          My sense is that we would make a model, and

16   then from what we learned, we would then work on

17   defining a patent, not the other way around.

18          MR. ZELLER:  And that's fair enough.  So let

19   me -- let me rephrase it.

20      Q    You have in front of you the 035 mockup.

21      A    Yes.

22      Q    And I'll tell you, that's -- that's the one

23   that we have here.

24      A    Yes.

25      Q    And so what I'm really trying to find out is:



