# EXHIBIT 10

MONOLITH

OCEAN


BUBBLEGUM


LEMON


CHILL




TOUCH AND CREATE.



NOKIA FINGERPRINT




## CARACTERÍSTICAS :

* INTERFACE TOTALMENTE PERSONALIZÁVEL
* ÁREA TOTAL SENSÍVEL AO TOQUE
* ÁREA TOTAL DE ECRÃN
* BLOQUEIO POR IMPRESSÃO DIGITAL
* CÂMERA RETRÁCTIL
* CÔR DE BASE PERSONALIZADA

## INFORMAÇÕES TECNOLÓGICAS RELEVANTES :

- SUPERFÍCIE SENSÍVEL AO TOQUE
- RECONHECIMENTO POR IMPRESSÃO DIGITAL
- SUPERFÍCIE COM AUTO-POLARIZAÇÃO
- WIRELESS 802.11 E BLUETOOTH
- PROJECTION KEYBOARD
- CARREGAMENTO DE BATERIA MAGNETIC WIRELESS



MONOLITH
OCEAN
BUBBLEGUM
LEMON
CHILL



MODO BLOQUEADO
MODO CHAMADA
MODO SMS
MODO MENUS
MODO CINEMA



103 MM
43 MM
6 MM
11 MM

**TOUCH AND CREATE.**

**NOKIA FINGERPRINT**