# EXHIBIT 12

Page 1

1  UNITED STATES INTERNATIONAL TRADE COMMISSION
2               Washington, D.C.
3      Before the Honorable Charles E. Bullock
4      Acting Chief Administrative Law Judge
5
6  In the Matter of:                )
7  CERTAIN ELECTRONIC DIGITAL       )
8  MEDIA DEVICES AND COMPONENTS     ) Inv. No. 337-TA-796
9  THEREOF                          )
10                                  )
11
12
13
14          CONFIDENTIAL BUSINESS INFORMATION
15            SUBJECT TO PROTECTIVE ORDER
16
17          DEPOSITION OF KURT DAMMERMANN
18              FRIDAY, MARCH 23, 2012
19
20
21
22
23
24  REPORTED BY:
25  JANIS JENNINGS, CSR 3942, CLR, CCRR

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Page 226

1   BY MR. ZELLER:
2       Q.   Did anyone from industrial design ever ask
3   you to procure from a vendor or otherwise request
4   from a vendor a display screen that was in any color
5   other than the color of the display screen in its
6   off position that you actually have there in front
7   of you as part of the iPhone that was released to
8   market that we've marked as Exhibit 5?
9            MS. RAHEBI:  Objection.  Vague and
10  ambiguous.  Assumes facts not in evidence.
11           THE WITNESS:  Yeah, I don't recall whether
12  or not someone asked me for that.
13  BY MR. ZELLER:
14      Q.   Is there, generally speaking -- let's set
15  aside this particular project for a moment.  I take
16  it, generally speaking, you have some familiarity
17  with displays.
18      A.   Yes.
19      Q.   And is there a typical default color that
20  you're aware of for display screens when they're
21  turned off?
22           MS. RAHEBI:  Objection.  Vague and
23  ambiguous.
24           THE WITNESS:  No.  I don't know that there
25  is a typical default color.

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Page 227

1  BY MR. ZELLER:
2      Q.   I take it that prior to the time that you
3  began working on the M68 project, you'd seen display
4  screens that were turned off?
5      A.   Yes.
6      Q.   And what colors had you seen for display
7  screens when they were turned off prior to the time
8  that you first became involved with the M68 project?
9           MS. RAHEBI:  Objection.  Assumes facts not
10 in evidence.  Misstates prior testimony.
11          He's indicated he wasn't involved in the
12 M68 project.
13          THE WITNESS:  So if you're asking about
14 displays I saw at Apple, I can't recall ever seeing
15 colored displays when they were turned off, but they
16 were typically grays and blacks and various warm
17 grays, cool grays.
18 BY MR. ZELLER:
19     Q.   I'm actually even asking before you
20 started working on the phone project when you were
21 there at Apple.  So let me reframe it a little bit.
22          I take it prior to the time that you first
23 began working on any phone project there at Apple,
24 whether it was gray for M68 or any other name --
25 prior to that time, I take it you had seen display

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Page 228

1  components when they were turned off.
2      A.   Yes.
3           MS. RAHEBI:  Objection.  Assumes facts not
4  in evidence.
5  BY MR. ZELLER:
6      Q.   And then focusing on --
7           MS. RAHEBI:  Sorry.  Let me just finish my
8  objection.  Vague and ambiguous.
9  BY MR. ZELLER:
10     Q.   And focusing on those displays that you
11 saw prior to that time, before that phone project
12 there at Apple, what colors do you recall seeing for
13 the display screens that were in their off position?
14          MS. RAHEBI:  Objection.  Vague and
15 ambiguous.
16          THE WITNESS:  Yeah, I mean, it's hard to
17 characterize.  It's a long time ago.  But grays,
18 dark colors, some lighter than others.
19 BY MR. ZELLER:
20     Q.   And with respect to that first iPhone that
21 you have there in front of you that we marked as
22 Exhibit 5, just so we have a common terminology
23 here, what color would you call that display screen,
24 the active area that's turned off right now?
25     A.   I would call that gray.