# EXHIBIT 15

035

APLNDC-X0000005887
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



APLNDC-X0000005851

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY