# EXHIBIT 20

# In The Matter Of:

*APPLE, INC.,*
*v.*
*SAMSUNG ELECTRONICS CO., LTD., et al.,*

_____

## *SUNGYUB LEE – Vol. 1*
### *March 8, 2012*

_____

# *CONFIDENTIAL ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**

179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 7

1          Raise your right hand for me, please.

2          Do you each of you solemnly swear or affirm

3     that the testimony you're about to interpret today,

4     English to Korean, Korean to English, you will do so to

5     the best of your ability today?

6          MR. KIM:  Yes.

7          MS. KIM:  Yes.

8          COURT REPORTER:  Thank you.

9

10

11               PHYLLIS KIM,

12     HAVING BEEN FIRST DULY SWORN BY THE COURT REPORTER

13          TO INTERPRET ENGLISH TO KOREAN,

14     KOREAN TO ENGLISH TO THE BEST OF HER ABILITY,

15          INTERPRETED THE FOLLOWING PROCEEDINGS:

16

17               ALBERT KIM,

18     HAVING BEEN FIRST DULY SWORN BY THE COURT REPORTER

19          TO INTERPRET ENGLISH TO KOREAN,

20     KOREAN TO ENGLISH TO THE BEST OF HIS ABILITY,

21      CHECK INTERPRETED THE FOLLOWING PROCEEDINGS:

22

23          COURT REPORTER:  Raise your right hand for me,

24     please.

16:53:20   25          Do you solemnly swear or affirm that the

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 8

```
             1    testimony you're about to give today will be the truth,

             2    the whole truth, and nothing but the truth?

             3              THE WITNESS:  Yes.

             4              COURT REPORTER:  Please begin.

16:53:36     5              MS. NEILL:  First, I just wanted to read for

             6    the record the following statement:

             7              We understand the court reporter is not

             8    authorized to administer oath in this venue;

             9    nevertheless, we request she administer the oath, and we

16:53:45    10    stipulate that we waive any objection to the validity of

            11    the deposition based on the oaths.

            12              Does counsel for Apple agree?

            13         MR. AHN:  So agreed.

            14

            15

            16                   SUNGYUB LEE,

            17         30(B)(6) WITNESS OF BLUEBIRD SOFT, INC.,

            18    HAVING BEEN FIRST DULY SWORN BY THE COURT REPORTER,

            19         WAS EXAMINED AND TESTIFIED AS FOLLOWS:

            20

            21                DIRECT EXAMINATION

            22

            23    BY MS. NEILL:

            24         Q    Good afternoon, Mr. Lee.

16:54:15    25         A    Good afternoon.  Nice to meet you.
```

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 9

|  |  |  |
|---|---|---|
| | 1 | Q   Nice to meet you.  I just wanted to explain a |
| | 2 | little bit about the deposition.  I'm going to -- I'm |
| | 3 | going to ask you some questions.  Mr. Ahn may object to |
| | 4 | my questions.  If he does object, you should still |
| 16:54:38 | 5 | answer my question. |
| | 6 | A   I understand. |
| | 7 | Q   Okay.  And when I'm done, Mr. Ahn may have some |
| | 8 | questions for you. |
| | 9 | A   Yes. |
| 16:54:55 | 10 | Q   And I may object, and you would still answer |
| | 11 | the question. |
| | 12 | A   Yes, I understand. |
| | 13 | MR. AHN:  Just for the record, I note that I'm |
| | 14 | not here representing the witness. |
| 16:55:21 | 15 | MS. NEILL:  Neither am I. |
| | 16 | BY MS. NEILL: |
| | 17 | Q   Also if you need a break at any point, please |
| | 18 | let us know. |
| | 19 | A   Yes. |
| 16:55:28 | 20 | Q   Do you understand that Apple and Samsung are |
| | 21 | involved in litigation in California? |
| | 22 | A   My extent of -- my extent to the knowledge is |
| | 23 | that I have seen it on the newspaper. |
| | 24 | Q   And do you understand that you are here today |
| 16:55:54 | 25 | to give testimony on behalf of Bluebird Soft that might |

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 10

1    be used in that litigation?

2        A    Yes.

3        Q    Is there any reason you cannot provide your

4    best testimony here today?

16:56:18    5        A    No.

6        Q    If you could please describe for me your

7    education since high school?

8        A    Uhm, I completed -- actually, I received a

9    master's degree for clothing and textile at Seoul

16:57:00   10    National University, and I have completed the course

11    work for the Ph.D. in the same university, but I did not

12    get the Ph. degree.

13        Q    And do you hold any other degrees besides the

14    master's degree?

16:57:23   15        A    No.

16        Q    When did you get your master's degree?

17            INTERPRETER:  Interpreter's correction, Mr. Lee

18    said that he also has a bachelor's degree from the same

19    university.

16:57:49   20            THE WITNESS:  It was in 1997.

21    BY MS. NEILL:

22        Q    And after you finished your master's degree,

23    did you start a job?

24        A    No.  I was going to complete my course work for

16:58:18   25    the Ph.D. for two years.

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 11

|  |  |  |  |
|---|---|---|---|

1       Q    Is that until 1999?

2       A    (Indicating).

3       Q    And in 1999, did you start working?

4       A    Yes.

16:58:36    5       Q    And what company did you work for?

6       A    I started teaching at Kijeon Women's College in

7    Jonju.

8            INTERPRETER:  Interpreter spelling is

9    K-I-J-E-O-N, Women's University, in the City of

16:59:08    10   J-O-N-J-U.

11   BY MS. NEILL:

12       Q    And what did you teach?

13       A    I taught mostly marketing or the fashion

14   marketing.

16:59:25    15       Q    And how long did you teach at Kijeon Women's

16   College?

17       A    Two years.

18       Q    And so that was until 2001?

19       A    Yes.

16:59:41    20       Q    And what did you do then?

21       A    I worked for a consulting company called PFIN

22   for about two years.

23       Q    Does PFIN stand for anything?

24       A    Yes.  I don't have a clear recollection about

17:00:14    25   it, but it was a company related to a fashion business.

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 12

1          Q     And you said that you did consulting for that

2    company?

3          A     No.  I worked as a consultant for that company,

4    but then afterwards, I served as the CEO for about a

17:00:49    5    year.

6          Q     And how long did you work at PFIN?

7          A     I don't think it was quite two years.

8          Q     And where did you go after PFIN?

9          A     Here, Bluebird Software.

17:01:22   10          Q     And when did you start at Bluebird Software?

11          A     I believe it was the fall of 2002.

12          Q     And when you joined Bluebird Software, what was

13    your title?

14          A     I started working as the planning department

17:01:49   15    team leader.

16          Q     And at any point in the past 10 years, has your

17    title changed?

18          A     Yes.  After working for about six month, I was

19    promoted to become executive vice president.

17:02:26   20          Q     And how long were you executive vice president?

21          A     Until now.  So about 9 years now.

22          Q     So, your title is is still executive vice

23    president?

24          A     Yes.

17:02:39   25          Q     Are you familiar with the Bluebird device

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 13

1    called the Pidion BM-200?

2         A    Yes.

3         Q    I am going to hand you a device that's a BM-200

4    for you to confirm that that is a BM-200.

17:03:05    5         A    Yes, it is correct.

6         Q    Can you, please, hold it up so that the camera

7    can see it?

8         A    (Witness complies).

9         Q    And maybe turn it around so you can see the

17:03:16    10   back as well?

11        A    (Witness complies).

12        Q    Thank you.

13             MS. NEILL:  I would like to mark as the first

14   exhibit, uhm... a copy of the subpoena to testify in

17:03:32    15   this case.  And we should start our exhibit numbers with

16   Exhibit 2200.

17

18             (Exhibit 2200 marked for identification.)

19

17:04:04    20   BY MS. NEILL:

21        Q    Mr. Lee, have you ever seen this document?

22        A    Yes.

23        Q    And did you read this document before today?

24        A    I only read a couple of first pages, including

17:04:27    25   the cover.

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 14

1            Q    If you could, please, turn to the page --
2      there's no numbers, I apologize.  It's about four, five
3      from the back.  And it has the title "Deposition Topics"
4      at the top.
17:05:04    5            A    Yes.
6            Q    Have you seen this page before?
7            A    No.  I have never read it before.
8            Q    If you would read number 1, please, and let me
9      know if you have information today that's responsive to
17:05:35   10      that topic?
11            A    Uhm, I don't think I can answer to the exact
12      date, but I think I can testify to the level of month.
13            Q    Okay.  And the same for the second topic?
14            A    I don't understand exactly what the phrase
17:06:32   15      "scope of use" means here.
16            Q    Are you aware of the markets in which the
17      BM-200 was sold during the first two years?
18            A    That, I think I can answer.
19            Q    Okay.
17:06:47   20            MR. AHN:  Objection.  Assumes facts.
21      BY MS. NEILL:
22            Q    Do you have any information about the third
23      topic?
24            A    Since my recollection isn't entirely clear, I
17:07:20   25      think I can't give you an exact answer to the topic 3.

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 15

1         Q    And the topic 4?

2              MR. AHN:  One second.  Looks like we've lost

3         the Live Note feed.

4

17:09:59  5                   (Pause in proceedings.)

6

7              THE WITNESS:  I can answer, yes.

8         BY MS. NEILL:

9         Q    And as to topic 5, do you have any knowledge or

17:10:24  10        recollection about what the graphical use or interface?

11             MR. AHN:  Objection.  Vague and ambiguous.

12             THE WITNESS:  Yes.

13             MS. NEILL:  I would like to mark as the next

14        exhibit a document with Bates label BBS 000004 that was

17:10:58  15        produced by Bluebird Soft in this case.

16

17                  (Exhibit 2201 marked for identification.)

18

19        BY MS. NEILL:

17:11:39  20        Q    Mr. Lee, do you recognize this document to show

21        a view -- a front -- a view of the front face of the

22        BM-200?

23             MR. AHN:  Objection.  Compound.  Vague and

24        ambiguous.

17:12:03  25             THE WITNESS:  Yes.

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 16

1      BY MS. NEILL:

2          Q    And can you tell if this device has a bezel?

3              MR. AHN:  Objection.  Vague and ambiguous.

4              THE WITNESS:  I don't know exactly what you

17:12:29    5   mean by "bezel."

6      BY MS. NEILL:

7          Q    So, do you see the silver area that runs around

8      the perimeter of the device?

9          A    Yes.

17:12:47   10       Q    And if I refer to that as a bezel, will you

11     understand what I am referring to?

12         A    Yes.

13         Q    So, referring to the actual device that I

14     handed you earlier, does the BM-200 have a silver bezel?

17:13:15   15              MR. AHN:  Objection.  Vague and ambiguous.

16     Assumes facts.  Foundation.

17              THE WITNESS:  Yes.

18              MS. NEILL:  I would like to mark as the next

19     exhibit a printout of a website.

17:13:29   20

21              (Exhibit 2202 marked for identification.)

22

23              MR. AHN:  I object to the use of this document.

24     It does not have any production numbers on it.  It does

17:13:59   25   not appear to have been produced to Apple.

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

            1          COURT REPORTER:  It does not.... something to

            2     Apple?

            3          MR. AHN:  It has not been produced to Apple.

            4     Accordingly, Apple will move to strike both the exhibit

17:14:12    5     as well as any testimony pertaining to it.

            6     BY MS. NEILL:

            7          Q    Mr. Lee, do you recognize this document?

            8          A    Yes.

            9          MR. AHN:  Same objections.

17:14:27   10     BY MS. NEILL:

           11          Q    And what do you recognize it to be?

           12          A    This is an article, which was reported on the

           13     Korean IT News back when we released a BM-200.

           14          Q    And --

17:14:56   15          INTERPRETER:  IT News.

           16     BY MS. NEILL:

           17          Q    -- do you see on this document, the date

           18     April 28, 2005?

           19          MR. AHN:  Objection.  Foundation.  Assumes

17:15:12   20     facts.  Vague and ambiguous.

           21          THE WITNESS:  Yes.

           22          MR. AHN:  Misstates the document.

           23     BY MS. NEILL:

           24          Q    And is it your recollection that the BM-200 was

17:15:26   25     made publically known by April 8th of -- April 28th,

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 18

```
              1    excuse me --

              2             MR. AHN:  Objection.

              3    BY MS. NEILL:

              4        Q    -- of 2005?

17:15:34      5             MR. AHN:  Objection.  Calls for legal

              6    conclusion.  Vague and ambiguous.  Also foundation.

              7             THE WITNESS:  Yes, that is my recollection.

              8             MS. NEILL:  I would like to mark as the next

              9    exhibit a document bearing dates number BBS 000003.

17:16:57     10

             11             (Exhibit 2203 marked for identification.)

             12

             13    BY MS. NEILL:

             14        Q    Mr. Lee, do you recognize this document?

17:17:14     15        A    Yes.

             16        Q    And what is this?

             17        A    This is a certificate for excellent industrial

             18    design, which was selected by the Korean agency called

             19    Korea Institute of Design Promotion, which is a Korean

17:17:59     20    government agency, where they select excellent design.

             21    So, this is the certificate awarded to us.

             22        Q    And what is the date on the certificate?

             23        A    It is as of May 27th of -- 2005.

             24             MS. NEILL:  I would like to mark as the next

17:18:32     25    exhibit a document bearing Bates numbers BBS 000005
```

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 19

```
         1    through BBS 000006.

         2

         3            (Exhibit 2204 marked for identification.)

         4

17:19:09 5    BY MS. NEILL:

         6        Q    Mr. Lee, if you could just take a look at this

         7    exhibit for me, please.

         8            Do you recognize this exhibit?

         9        A    Yes.

17:19:15 10       Q    And what is this?

         11       A    This is a catalog that we made for the purposes

         12   of marketing at the time we released the product.

         13       Q    And do you know when this document was created?

         14           MR. AHN:  Objection.  Foundation.

17:19:41 15          THE WITNESS:  I don't remember exactly.  We

         16   usually prepared the document when the product gets

         17   released.

         18   BY MS. NEILL:

         19       Q    And is this document given to anyone?

17:19:58 20       A    Yes.  Usually, we print out many copies, like

         21   thousand copies or 10,000 copies, and distribute and use

         22   as marketing material.

         23           MS. NEILL:  I would like to mark as the next

         24   exhibit a document bearing Bates numbers BBS 000007

17:20:30 25   through 000008.
```

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 20

1

2                    (Exhibit 2205 marked for identification.)

3

4        BY MS. NEILL:

17:20:54    5        Q    Mr. Lee, do you recognize this document?

6        A    Yes.

7        Q    And what is this document?

8        A    After we released the product in Korea, this is

9        the document we prepared in order to prepare the

17:21:21   10        launching of the product overseas.  So, this is overseas

11        marketing material.

12        Q    And was this document prepared after the

13        previous one we were just looking at, Exhibit 2204?

14              MR. AHN:  Objection.  Foundation.

17:21:51   15              THE WITNESS:  Usually what happens is that we

16        usually create the Korean version and English version of

17        the catalog at the same time.

18        BY MS. NEILL:

19        Q    And do you have any recollection of when this

17:22:05   20        document would have been distributed for overseas

21        markets?

22              MR. AHN:  Objection.  Foundation.  Objection.

23        Foundation.  Vague and ambiguous.  Form.  Assumes facts.

24              THE WITNESS:  I believe this document would

17:22:40   25        have been distributed in 2005 because, according to our

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 21

1    sales record, it says that our product was, uhm, product

2    started being sold since 2005.

3              MS. NEILL:  I would like to mark as the next

4    exhibit a document bearing Bates numbers BBS000009

17:23:07   5    through 000036.  Yeah, unfortunately, I only have one

6    color copy of it, so that's the one I want to mark.

7

8              (Exhibit 2206 marked for identification.)

9

17:23:35   10   BY MS. NEILL:

11        Q    Mr. Lee, do you recognize this document?

12        A    Yes.

13        Q    And what is this document?

14        A    This is a manual usually included when a

17:23:58   15   product is sold.

16        Q    Do you know if this is the manual that was

17   included with the Pidion BM-200?

18        A    Yes.

19              MS. NEILL:  I would like to mark as the next

17:24:21   20   exhibit a document bearing Bates number BBS 0000001

21   through 0000002.

22

23              (Exhibit 2207 marked for identification.)

24

17:24:56   25   BY MS. NEILL:

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 22

```
            1        Q    Mr. Lee, have you seen this document before?

            2        A    I haven't, but it looks like our ERP material.

            3        Q    And what does ERP stand for?

            4        A    Entire Resource Program or -- I don't know.

17:25:26    5        Q    And what kind of information is reflected in an

            6   ERP document?

            7             MR. AHN:  Objection.  Form.  Foundation.

            8             THE WITNESS:  The company's entire resources,

            9   including company's asset, materials, sales, and

17:26:02   10   production process and marketing process is managed by

           11   ERP.

           12             MR. AHN:  We have lost the Live Note again.

           13             THE VIDEOGRAPHER:  I believe the Blackberry is

           14   giving interference.

17:26:36   15             MS. NEILL:  Should we take a break?  We should

           16   take a break.

           17             THE VIDEOGRAPHER:  Going off the record.  The

           18   time is 5:26 p.m.

           19

17:26:42   20                     (Off the record.)

           21

           22             THE VIDEOGRAPHER:  Back on the record.  The

           23   time is 5:35 p.m.

           24   BY MS. NEILL:

17:35:33   25        Q    Mr. Lee, I would like to direct your attention
```

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 23

             1      back to Exhibit 2207 we were looking at before the

             2      break?

             3          A    Yes.

             4          Q    Does this document indicate that sales of the

17:35:46     5      BM 2 -- of the BM-200 were made between the years 2005

             6      and 2008?

             7               MR. AHN:  Objection.  Foundation.  Form.

             8      Compound.

             9               THE WITNESS:  Yes.  That's correct.  This is

17:36:17    10      the sales data.

            11      BY MS. NEILL:

            12          Q    And do you know if the BM-200 was ever sold in

            13      the United States?

            14               MR. AHN:  Objection.  Foundation.  Vague and

17:36:34    15      ambiguous.

            16               THE WITNESS:  We have sold one sample.

            17      BY MS. NEILL:

            18          Q    Do you know when that was?

            19               MR. AHN:  Objection.  Foundation.

17:36:51    20               THE WITNESS:  Based on our record, it is

            21      November of 2007.

            22               MS. NEILL:  I'd like to mark as the next

            23      exhibit a document bearing Bates number SAMNDCA00198065

            24      through 00198067.

17:37:25    25

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 24

1            (Exhibit 2208 marked for identification.)

2

3       BY MS. NEILL:

4            Q    Mr. Lee, have you ever seen this document?

17:37:55    5            A    I have not seen this in the formal document,

6       but I have on the website.

7            Q    And under the "Bluebird Pidion BM-200 Specs,"

8       the third line down, it indicates release date of

9       November 2005?

17:38:28   10            A    Yes.

11            Q    Do you know if that release date is accurate?

12                 MR. AHN:  Objection.  Foundation.

13                 THE WITNESS:  I cannot tell you whether or not

14       it is true based on my recollection only, but it is true

17:39:00   15       that we usually released a product in Korea first and

16       then overseas.

17       BY MS. NEILL:

18            Q    Is there a usual timeframe between the time

19       that you release a document -- I mean, a product in

17:39:24   20       Korea and the time it's released overseas?

21                 MR. AHN:  Objection.  Vague and ambiguous.

22       Foundation.

23                 THE WITNESS:  It varies depending on the

24       product.

17:39:51   25                 MS. NEILL:  I'd like to mark as the next

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 25

1          exhibit a document bearing Bates stamp SAMNDCA00326344

2          through 00326346.

3

4                  (Exhibit 2209 marked for identification.)

17:40:32   5

6          BY MS. NEILL:

7               Q    Mr. Lee, have you ever seen this before?

8               A    Yes.

9               Q    And what is this?

17:40:42  10               A    It's an article on another IT news about our

11          BM-200 release.

12               Q    And if you look at the photographs...

13                  INTERPRETER:  It's another IT news article,

14          which was about our BM-200 release.

17:41:33  15          BY MS. NEILL:

16               Q    If you look at the photographs in this

17          document --

18               A    Yes.

19               Q    -- do you recognize the devices in those

17:41:41  20          photographs to be BM-200 models?

21                  MR. AHN:  Objection.  Foundation.  Assumes

22          facts.

23                  THE WITNESS:  Yes.

24          BY MS. NEILL:

17:41:55  25               Q    Was the BM-200 also released in a black

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 26

```
          1    version?

          2        A    Yes.

          3        Q    And if you could, with the device that I gave

          4    you earlier, could you please show, pointing on that

17:42:16  5    device, show the camera what part of the device would be

          6    black?

          7             MR. AHN:  Objection.  Foundation.

          8             THE WITNESS:  At the time, we used black for

          9    the front face bezel and key areas.

17:42:49 10    BY MS. NEILL:

         11        Q    And turning your attention to the second page

         12    of this document, the last full picture at the bottom,

         13    the one that isn't cut off, appears to have a picture of

         14    a white BM-200 next to a black BM-200.

17:43:15 15             MR. AHN:  Objection.  Assumes facts.

         16    Foundation.

         17             THE WITNESS:  Yes.

         18    BY MS. NEILL:

         19        Q    And does this photo also show the graphical

17:43:27 20    user interface?

         21             MR. AHN:  Objection.  Foundation.  Assumes

         22    facts.  Vague and ambiguous.  Document speaks for

         23    itself.

         24             THE WITNESS:  Yes.

17:43:39 25    BY MS. NEILL:
```

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 27

```
 1        Q    Did the display of the BM-200 have icons that

 2   appeared in rows and columns on the front?

 3             MR. AHN:  Objection.  Vague and ambiguous.

 4   Foundation.

 5             THE WITNESS:  Yes.

 6             MS. NEILL:  I'd like to mark as the next

 7   exhibit a printout of a website titled PAS News.

 8             MR. AHN:  I note for the record that this

 9   exhibit does not have any Bates numbers, does not appear

10   to have been produced to Apple; accordingly, we move to

11   strike this exhibit as well as any testimony regarding

12   this exhibit.

13

14             (Exhibit 2210 marked for identification.)

15

16   BY MS. NEILL:

17        Q    Mr. Lee, have you ever seen this before?

18        A    No.  I have not seen this before.

19        Q    Was the BM-200 ever released with a black front

20   face and a silver bezel?

21             MR. AHN:  Objection.  Foundation.  Vague and

22   ambiguous.

23             THE WITNESS:  Based on the photo, uhm, I think

24   there would have, but I don't have clear recollection

25   about it.
```

17:44:05 (line 5)
17:44:34 (line 10)
17:44:53 (line 15)
17:45:12 (line 20)
17:45:40 (line 25)

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

CONFIDENTIAL ATTORNEYS' EYES ONLY
SUNGYUB LEE - 3/8/2012

Page 28

1              MS. NEILL:  I have nothing further.

2

3

4                        CROSS-EXAMINATION

17:46:03   5

6      BY MR. AHN:

7          Q    Mr. Lee, I have a few followup questions for

8      you.

9          A    Yes.

17:46:13  10          Q    Are you currently represented by an attorney?

11          A    No.

12          Q    Did you want to be represented by an attorney

13      at today's deposition?

14          A    I never thought about it.

17:46:38  15          Q    Are you at all concerned about the legal

16      ramifications of your testimony today?

17              MS. NEILL:  Objection.  Vague.

18              THE WITNESS:  Just because you just asked me

19      that question, I started being concerned, but there's

17:47:06  20      nothing particular that I'm concerned about.

21      BY MR. AHN:

22          Q    Sitting next to you is a member of your legal

23      department?

24          A    Yes.

17:47:21  25          Q    I just want to confirm whether or not Mr. Yun

0c8da1b2-0026-4b26-97f3-2047dc5f9fdb

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Apple, Inc. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.   11-cv-01846-LHK |
| Samsung Electronics Co., Ltd. | ) | (If the action is pending in another district, state where:) |
| _Defendant_ | ) | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Bluebird Soft Inc.
     120 Sylvan Ave. Suite 301, Englewood Cliffs, NJ 07632

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is _not_ a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Attachment A.

| Place:  Quinn Emanuel Urquhart & Sullivan, LLP | Date and Time: |
|---|---|
| 51 Madison Avenue, 22nd Floor | 2/23/2012  9:00 a.m. |
| New York, New York 10010 | |

The deposition will be recorded by this method:  Videotaped and recorded stenographically

☑ _Production:_ You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment B.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  2/10/2012

CLERK OF COURT

OR _____

_____                    _____
Signature of Clerk or Deputy Clerk                    _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ , who issues or requests this subpoena, are:

Samsung Electronics Co., Ltd.
Scott C. Hall, Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065; Email: scotthall@quinnemanuel.com; Telephone: 650-801-5000



AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   11-cv-01846-LHK

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

## ATTACHMENT A

### DEFINITIONS

The requests for production, as well as the Instructions provided above, are subject to and incorporate the following definitions and instructions as used herein:

1.      The terms "Bluebird," "YOU," and "YOUR" shall refer to Bluebird Soft, Inc. and any predecessor or successor of Bluebird Soft, Inc., and any past or present parent, division, subsidiary, affiliate, joint venture, associated organization, director, officer, agent, employee, consultant, staff member, or other representative of Bluebird Soft, Inc.

2.      The terms "Document" and "Documents" shall have the broadest meaning ascribed to it by Federal Rule of Civil Procedure 34 and Federal Rule of Evidence 1001.   The term shall include within its meaning, by way of example and not limitation, any and all accounts, analyses, books, CDs, calendars, commercial paper, communications, correspondence, DVDs, process flows, manuals, e-mail, films, financial statements, floppy disks, hard disks, inter-office memoranda, invoices, ledgers, letters, licenses, logs, memoranda, microfilms, minutes, notes, notes of conversations, notes of meetings, notes of telephone calls, office communications, photographs, printouts, recordings of conversations (whether written or electronic), reports, schedules, storage tape, task lists, telegrams, telephone bills, videotapes or other video recordings, and any differing versions of the foregoing whether denominated formal, informal or otherwise, as well as copies of the foregoing which differ from the original in any way, including handwritten notations or other written or printed matter.   The foregoing specifically includes information stored electronically, whether in a computer database or otherwise, regardless of whether such documents are presently in documentary form or not.   A draft or non-identical copy of a Document is a separate Document within the meaning of this term.

3.      The terms "Communication" or "Communications" shall mean, without limitation, any transmittal, conveyance or exchange of a word, statement, fact, thing, idea, Document, instruction, information, demand, question or other information by any medium, whether by

written, oral or other means, including but not limited to electronic communications and electronic mail.

    4.    "Identify" when used in reference to:

        (1)    An individual, means to state his or her full name, present or last known residential and business addresses, present or last known position and business affiliation, and if applicable, history of employment of that individual;

        (2)    A firm, partnership, corporation, proprietorship, joint venture, association, or other organization or entity, means to state its full name, present or last known address and place of incorporation or formation and to identify each agent that acted for it with respect to the matters relating to the request or answer;

        (3)    A Document, means to state the date, title, if any, subject matter, each author, each addressee or recipient if practicable, and otherwise a general description of the persons to whom the writing was distributed, the production number, and the type of document, *i.e.*, publication, letter, memorandum, book, telegram, chart etc., or some other means of identifying the document, and its present location and custodian;

        (4)    A Communication, means to state its date and place, the person(s) who participated in it or who were present during any part of it or who have knowledge about it;

        (5)    A date, means to state the date and set forth the basis for Your contention that the date is responsive to the request; and

        (6)    A product, service, or intellectual property, means to state all names and numbers related to the product, service, or intellectual property, and the owner, manufacturer, distributor, licensor, or dealer of the product, service, or intellectual property during the relevant time period and currently.  For a product, provide all designations for the product, from the most specific to the most general, including any model numbers or designations, version numbers or designations, and internal numbers or designations.

    5.    The term "person" or "persons" refers to any individual, corporation, proprietorship, association, joint venture, company, partnership or other business or legal entity,

including governmental bodies and agencies.   The masculine includes the feminine and vice versa; the singular includes the plural and vice versa.

6.     The terms "any," "all," "every," and "each" shall each mean and include the other as necessary to bring within the scope of these requests for production all responses that might otherwise be construed to be outside of their scope.

7.     The terms "and," "or," and "and/or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests for production all responses that might otherwise be construed to be outside of its scope.

8.     The terms "referring to," "relating to," "concerning" or "regarding" shall mean containing, describing, discussing, embodying, commenting upon, identifying, incorporating, summarizing, constituting, comprising or are otherwise pertinent to the matter or any aspect thereof.

9.     The use of the singular form of any word includes the plural and vice versa, as necessary to bring within the scope of these requests for production all responses that might otherwise be construed to be outside of its scope.

10.    The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

## DEPOSITION TOPICS

1.  The design, invention, creation and development, including publication date, date of first use, or date of any public disclosure, of the PIDION BM-200 or any predecessor design thereof.

2.  The scope of use within the first two years of use of the PIDION BM-200 or any device incorporating a predecessor design thereof.

3.  The identities of the persons involved in the design, creation, and development of the PIDION BM-200 or any predecessor design thereof.

4.  The external characteristics of any and all versions of the PIDION BM-200 or any predecessor designs thereof.

5.  The graphical user interface, including icons and icon arrangement associated with the graphical user interface, for any and all versions of the PIDION BM-200 or any predecessor designs thereof.

# ATTACHMENT B

## DEFINITIONS

The definitions set forth in Attachment A are incorporated by reference.

## INSTRUCTIONS

1.    This subpoena seeks Documents in existence as of the date of service hereof and to the full extent permitted by the Federal Rules of Civil Procedure.

2.    This subpoena shall apply to all Documents in your possession, custody or control as of the date of service hereof or coming into your possession, custody, or control before the date of the production.

3.    In the event that any Document called for by these requests or subsequent requests has been destroyed or discarded, that Document is to be identified by stating: (i) the author(s), addressee(s) and any indicated or blind copyee(s); (ii) the Document's date, number of pages and attachments or appendices; (iii) the Document's subject matter; (iv) the date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; (v) the persons who were authorized to carry out such destruction or discard; and (vi) whether any copies of the Document presently exist and, if so, the name of the custodian of each copy.

4.    Should you seek to withhold any Document based on some limitation of discovery (including privilege), you must supply a list of the Document for which limitation of discovery is claimed, indicating:

      a.    the identity(ies) of each Document's author(s), writer(s), sender(s), or initiator(s) and their positions;

      b.    the identity(ies) of each Document's recipient(s), addressee(s), or party(ies) for whom it was intended and their positions;

      c.    the date of creation or transmittal indicated on each Document, or estimate of that date, indicated as such, if no date appears on the Documents;

  d.  the general subject matter as described on each Document, or, if such description does not appear, then some other description sufficient to identify the Document; and

  e.  the claimed ground(s) for limitation of discovery (e.g., "attorney-client privilege" or "work product privilege").

 5.  If any of the Documents are considered "confidential business information" or "source code," as those terms are defined in the protective order attached as Exhibit 1 ("Protective Order"), such Documents should be produced subject to the terms and provisions of the Protective Order.

 6.  If no Documents are responsive to a particular request, you are to state that no responsive Documents exist.

 7.  If you propound any written answers to the requests for Documents to be Produced, repeat verbatim, immediately before each answer, the request being answered.

 8.  Electronic records and computerized information must be produced in an intelligible format or together with a description of the system from which it was derived sufficient to permit rendering the materials intelligible.

 9.  File folders with tabs or labels identifying Documents called for by these requests must be produced intact with such Documents.

 10.  Documents attached to each other must not be separated.

## DOCUMENTS AND THINGS TO BE PRODUCED

1.      Any and all versions of the following products: PIDION BM-200.

2.      Any and all predecessor designs of the following products: PIDION BM-200.

3.      In the event YOU are unable to produce an item specified in Request No. 1, Documents sufficient to show images, from as many perspectives as possible, of the external characteristics of any and all versions of the following products: PIDION BM-200.

4.      In the event YOU are unable to produce an item specified in Request No. 2, Documents sufficient to show images, from as many perspectives as possible, of the external characteristics of any and all predecessor designs of the following products: PIDION BM-200.

5.      In the event YOU are unable to produce an item specified in Request No. 1, Documents sufficient to show images, from as many perspectives as possible, of the graphical user interface, including images showing icons and icon arrangement associated with the graphical user interface, of any and all versions of the following products: PIDION BM-200.

6.      In the event YOU are unable to produce an item specified in Request No. 2, Documents sufficient to show images, from as many perspectives as possible, of the graphical user interface, including images showing icons and icon arrangement associated with the graphical user interface, of any and all predecessor designs of the following products: PIDION BM-200.

7.      All Documents relating to the design, invention, creation and development, including publication date, date of first use, or date of any public disclosure, of the PIDION BM-200 or any predecessor design thereof.

8.      All Documents relating to the scope of use within the first two years of use of the PIDION BM-200 or any device incorporating a predecessor design thereof.

6.      Documents sufficient to identify the persons involved in the design, creation, and development of the PIDION BM-200 or any predecessor design thereof.

7.      For each of the Documents produced in response to this subpoena, all Documents necessary to understand, determine, and interpret the meaning of all codes, acronyms, symbols, abbreviations, or other methods of identification necessary to completely and fully interpret those Documents.

8.      All existing English translations of each foreign language Document produced in response to this subpoena.





BBS000004

ABO    LOGIN

# Bluebird Soft

| | | |
|---|---|---|
| **About** | **Product news** | Company > Product news |

**Product News** ▼
- Bluebird
- Bluebirdsoft
- PIDION

**Exhibition** ▼
- CeBIT 2011
- VIP ASIA 2010 H1
- CTIA 2010
- VIP ASIA 2009 Product
- CTIA Wireless 2009

**Contact us**

**AVING TV** +more

### Language

All(119)  Chinese(Simplified)(6)  English(32)  French(2)  German(9)  Italian(2)
Japanese(7)  Korean(55)  Portuguese(Brazil)(1)  Russian(3)  Spanish(2)

## 블루버드소프트, 기업용 스마트폰 선보여

Nikki Hwang                                                        Apr 28 2005


[2009 아시아 100대 제품] 블루버드소프트의 오토


[영상] 무정국사업본부 선정 오토아이디 PDA 'BIP-


Bluebird Soft präsentiert auf der CeBIT 2009


Bluebird Soft推出 AutoID PDA"BIP-6000"


Bluebird Soft to lead the trend of the global Auto


Bluebird Soft's powerful and prestigious


블루버드소프트, 산업용 PDA 전시로 호평 받아


블루버드소프트, 모토아이디 PDA 'BIP-6000' 선보


Bluebird Soft's latest industrial PDA lineup to be

블루버드소프트, 'BIP-6000' 등 다양한 산업용 PDA



[AVing Korea] 산업용 PDA 제조사 블루버드소프트(대표 이장원)는 초소형 스마트폰 '피디온(Pidion) BM-200'을 출시할 예정이다.

오는 29일까지 코엑스에서 개최되는 정보기술 종합전시회 'IT코리아-KIECO 2005'에서 처음 선보이는 이 제품은 산업용 제품답지 않게 작고 심플한 디자인을 채택했다.



Δ π EXHIBIT 2202
Deponent Lee
3.8.12  Rpt  Lus
WWW.DEPOBOOK.COM

이번에 선보인 '피디온(Pidion) BM-200'은 인텔 PXA270 520MHz의 CPU를 장착했으며 128MB 롬, 64MB 램 등을 지원하며 운영체제는 윈도우 CE 5.0을 사용했다.

아울러 CDMA 모듈을 내장해 휴대전화 및 인터넷 연결사용이 가능하며, 제품 후면에는 200만 화소의 CMOS 타입의 카메라와 셀프 촬영을 위한 반사경이 탑재되어 있다.



회사 관계자는 "이 제품은 영업이나 사무관리직 등 화이트칼라를 타깃으로 디자인되었다"며 "기존에 유통, 물류 담당자들이 주로 사용했던 산업용 PDA 모델들에 비해 훨씬 작고 가벼운 것이 특징"이라고 설명했다.

정식제품은 5월말쯤 출시될 예정이다.

Copyright 2010 AVING All rights reserved.

제 05F042 호

# 우수산업디자인상품선정증



상 품 명 : 기업용 PDA

브 랜 드 명 : 피디온

형 식 명 : BM-200

회 사 명 : 리얼루버드소프트

디자이너명 : 유후연, 황석진, 강은구

위 상품은 산업디자인진흥법 제6조 제1항의 규정에 의하여 우수산업
디자인상품으로 선정되었음을 증명합니다.

2005년 5월 27일

한국디자인진흥원 



Δ π EXHIBIT 2203
Deponent: Lee
Date 3-8-12 Rptr QL5
WWW.DEPOBOOK.COM

BBS000003



# BM-200

## "The business in your hand"

### ■ 초소형 PDA폰

- 제5회 모바일기술대상' 수상작
- 우수신업디자인(GD)' 선정
- SWING 통신방식 (CDMA & WLAN 통신모듈 결합)
- 100만화소 CMOS 카메라 내장
- 전화, MP3 및 동영상 기능
- Bluetooth, USB, RS-232C, IrDA, Mini-SD
- Intel PXA270 520MHz, Windows CE 5.0
- RAM 64MB, ROM 128MB(Up to 512MB)
- 2.8 inch 260,000 Color TFT-LCD

■SFA(영업자동화)
■FFA(현장업무자동화)
■개인
■증권거래
■자산관리
■공공기관
■모바일 비지니스



http://www.mypidion.com







BBS000005

# BM-200

**PIDION**

## 활용분야



**·영업지원관리**
영업사원들의 상품정보 및 고객정보 송수신, 방문
교사의 학생 진도관리 및 학부모 상담



**·현장작업관리**
경찰 주차단속을 위한 차량정보 조회, 보험 세일
즈들의 상품정보 수신 및 고객 포토폴리오 조회



**·금융업무**
증권거래, 모바일뱅킹, 증권정보 조회, 모바일
뱅킹



**·개인업무지원**
전화, e-Learing, e-Book, 동영상, MP3Play,
네비게이션, 사진촬영, 일정관리, 주소록 관리 등

## 주요특징



**·Intenna PDA폰**
초소형, 초경량 인테나 PDA폰으로 구현하여 높
은 휴대성이 보장



**·쉽고 편리한 사용자 환경**
MP3, 동영상의 강력한 멀티미디어 환경을 제공
하며, 화면방향 조정, Hold 키등 사용자 중심의
편의성을 증대



**·SWING 통신**
CDMA & WLAN을 환경에 맞게 통신방법을
설정할 수 있는 SWING 방식으로 통신비 절감



**·200만화소 카메라, 블루투스**
200만 화소의 고해상도 카메라와 무선헤드폰 등
의 주변기기를 사용할 수 있는 블루투스가 내장

## 제품사양

| SECTION | SPEC |
|---|---|
| CPU | Intel PXA270 520MHz |
| OS | Windows CE 5.0 |
| MEMORY | RAM : 64MB (Up to 128MB) / ROM : 128MB (Up to 512MB) |
| DISPLAY | 2.8inch TFT LCD 240 x 320 260,000 Color |
| RADIO | Full-radio (CDMA & WLAN or GSM & WLAN) |
| INTERFACE | USB Client, Client, RS-232C, Mini SD Slot, IrDA, Bluetooth |
| CAMERA | 2M Camera, Flash, Reflective mirror |
| BATTERY | 1300mA Rechargeable Lithium Polymer Battery (Max Capacity  2600mA) |
| ANTENNA | Internal : Bluetooth, CDMA, WLAN, GSM |
| ENVIRONMENT | 12times drop 1.2m to concrete |
| AUDIO | Speaker & Mic integrated Headset jack |
| KEYPAD | 9Key |
| LED | PDA : 2 CRADLE : 1 |
| OPERATION EMPERATURE | 4° to 122° F/-20°C to 50°C (or better depending on the application) |
| RELATIVE HUMIDITY | 5% to 90% RH noncondensing |
| DIMENSION | 61 (width) x 119 (length) x 19 (thickness)mm |



**Bluebird Soft Inc.**
558-5, Sinsa-dong, Kangnam-gu, Seoul, Korea
T. 82-2-548-0740    F. 82-2-548-0870    www.bluebird.co.kr



# BM-200

## "The business in your hand"

### ■ Ultra-slim Smart phone Solution

- Internal Antenna
- Intel PXA270 520 MHz
- Windows CE 5.0
- 2M Pixel CMOS Camera
- Full radio("WLAN & CDMA" or "WLAN & GSM")
- RAM 64MB(Up to 128MB),
  ROM 128MB(Up to 512MB)
- 2.8 inch 260,000 color TFT-LCD

■ SFA(Sales Force Automation)

■ FFA(Field Force Automation)

■ Personal

■ Government

■ Asset Management

■ Mobile Business

Δ π EXHIBIT 2205
Deponent Lee
Date 3-8-12 Rptr lu5
WWW.DEPOBOOK.COM

http://www.mypidion.com

    

BBS000007

# BM-200

# PIDION

## Application



**· Sales Support**
Salespeople transmit product and Customer Information. Schooling teachers manage students' progress and utilze education consulting material.



**· General work /Medical**
Remote information search, exit polling, and urgent document transmission Emergent medical support, patient information and disease history inquiry, and administration.



**· Banking**
Customer consulting, finance portfolio, account inquiry and transfer, mobile banking, and real-time stock exchange information.



**· Personal**
e-learning, e-book, Moving image, MP3 player, GPS, Photo, Schedule organizer and address book.

## Features



**· Mini-Smart Phone with Intenna**
BM-200, the latest Pidion-series, guarantees portability of ultra-light, ultra-slim smart phone with Intenna. You can enjoy 2.8 inch-LCD that provides landscape or portrait mode.



**· MP3 play**
Enjoy your favorite MP3 music everywhere. With Mini-SD, you can simply store large volume of multimedia files and use them freely.



**· Save your phone bill with Full- Radio**
Save your phone bill with BM-200. Full- Radio communication gives you options to set communication mode, CDMA(or GSM) plus WLAN according to your indoor or outdoor work environment.



**· 2M Camera and Bluetooth**
High-Definition(HD) Digital camera with 2MPis now available with CMOS type and features longer use with low-electric power consumption. With a new mounted flash, you can take photo of yourself by a reflective mirror or at night time.

## Specifications

| SECTION | SPEC |
| --- | --- |
| CPU | Intel PXA270 520MHz |
| OS | Windows CE 5.0 |
| MEMORY | RAM : 64MB (Up to 128MB) / ROM : 128MB (Up to 512MB) |
| DISPLAY | 2.8inch TFT LCD 240 x 320 260,000 Color |
| RADIO | Full-radio (CDMA & WLAN or GSM & WLAN) |
| INTERFACE | USB Client, Client, RS-232C, Mini SD Slot, IrDA, Bluetooth |
| CAMERA | 2M Camera, Flash, Reflective mirror |
| BATTERY | 1300mA Rechargeable Lithium Polymer Battery (Max Capacity : 2600mA) |
| ANTENNA | Internal : Bluetooth, CDMA, WLAN, GSM |
| ENVIRONMENT | 12times drop 1.2m to concrete |
| AUDIO | Speaker & Mic integrated Headset jack |
| KEYPAD | 9key |
| LED | PDA : 2  CRADLE : 1 |
| OPERATION EMPERATURE | 4° to 122° F/-20°C to 50°C (or better depending on the application) |
| RELATIVE HUMIDITY | 5% to 90% RH noncondensing |
| DIMENSION | 61 (width) x 119 (length) x 19 (thickness)mm |



Bluebird Soft Inc.
558-5, Sinsa-dong, Kangnam-gu, Seoul, Korea
T. 82-2-548-0740    F. 82-2-548-0870    www.bluebird.co.kr

The Business in Your Hand

# BM-200
## Manual (CDMA 1x Ver.1.0)

PIDION

· 사용전에 "안전 및 주의사항"을 반드시 읽고 정확하게 지켜주시기 바랍니다.

· 사용설명서에 표시된 화면과 버튼 또는 이동통신 사업자의 사정에 따라 다를 수 있으며, 사용자에게 통보없이 일부 형태 및 내용이 변경될 수 있습니다.

· 사용설명서의 일부 내용은 제품 소프트웨어의 버전에 따라 사전 예고없이 변경될 수 있습니다.

Δ π EXHIBIT
Deponent Lee
3.13 Forters
www.uckbock.com

## 경고 및 주의사항

※ 제품을 안전하고 올바르게 사용하여 사고나 위험을 미리 막기 위한 것이므로 반드시 지켜주시기 바랍니다.

- 제품을 임의로 분해하거나 개조하지 마십시오.

- 단말기 사용을 금지한 지역에서는 사용하지 마십시오.

- 운전중에는 단말기 사용을 자제하여 주시고, 부득이한 경우 핸즈프리 키트를 사용하거나, 차를 세운 후 사용하여 주십시오.

- 공항 등에서 진동으로 사용하여 타인에게 방해가 되지 않도록 합시다.

- 배터리를 파손 시키거나 충격, 가열, 침수 및 분해할 경우 폭발의 위험이 있습니다. PDA 또는 배터리가 물이나 액체 등에 젖은 경우 단말기 내에 있는 라벨의 색상이 바뀝니다. (이 경우 제품 고장시 무료 서비스를 받을 수 없으므로 PDA 사용 시 수의하시기 바랍니다.)

- 배터리를 너무 덥거나 주운곳에 장시간 보관하게되면 용량이 줄거나 수명이 짧아질 수 있습니다.

- 배터리 접촉 단자(금속부위)에 목걸이, 동전 등이 전기가 흐르는 물체들이 연결되지 않도록 주의하여 주십시오.

- 배터리와 어댑터는 지정된 것으로 사용하이 주시고 당사 단말기 이외에 다른 용도로 사용하지 마십시오.

- 지정된 정품이 아닌 배터리 사용 시 수명이 단축되며, 폭발의 위험 및 PDA의 수명을 단축시킬 수 있습니다. (이 경우 무상수리를 받으실 수 없습니다.)

BBS000010


piolon BM-200

## II. 목차

Ⅰ. 경고 및 주의사항

Ⅱ. 목차

Ⅲ. 제품 알아두기
1. 제품 구성물
2. 각부 명칭
3. 기능버튼 설명
4. 배터리 삽입
5. 배터리 충전
6. 소프트리셋
7. 하드리셋
8. 단말기 사양

Ⅳ. 시작하기
1. 단말기 전원켜기
2. 스타일러스 펜 사용
3. 단말기 시작하기
4. 저장장치 사용
5. IrDA 사용
6. 전화기능
7. 문자입력
8. 제공프로그램

Ⅴ. ActiveSync 연결
1. ActiveSync 설치
2. ActiveSync 사용시 주의사항

Ⅵ. 주의사항

Ⅶ. Q&A

BBS000011



Ⅲ 제품 알아두기

[BM-200 본체 1대]

[크래들 1대]

[배터리(표준형)]

[스타일러스펜]

[전원케이블]

[어댑터]

[usb케이블]

[사용설명서]

BBS000013



2. 각부 명칭

[정면]
마이크
LCD 화면
(터치스크린)
수화기
(스피커)

[좌측면]
스타일러스 펜
Mini-SD card slot

[뒷면]
배터리
안테나
반사경
헤드스트랩 고리
배터리 잠금장치
리셋 스위치

[우측면]
IrDA 포트
이어폰 연결단자

PIDION
BM-200

BBS000014

# III. 제품 알아두기

## 3. 기능 버튼 설명



[전원버튼]
▶ On / Off

[Jog Dial]
▶ 각 프로그램의 확인 기능
▶ 상하/좌우 이동 버튼
▶ 볼륨 조절

[Hold 버튼]
▶ Lock On / Off 기능
▶ PDA로 실행 중에도 Hold 버튼을
이용하여 효율적인 전력관리 지원

[통화시작 버튼]
▶ 프로그램, 통화모드로 View,
최근통화시 바로 통화 기능



[카메라 촬영 버튼]
▶ 카메라를 활영하기 위한 단축 버튼
(단, 카메라 미 지원 시 N/A 키 제공)

[화면 전환 버튼]
▶ 프로그램 및 화면 전환

[통화종료 버튼]
▶ 통화 종료 프로그램의 종료
▶ 활성화중인 프로그램의 종료기능

[전화번호부 버튼]
▶ 전화 사용이 많은 사용자를 위한
단축 다이얼

[메시지 버튼]
▶ 메뉴버튼을 바로 갈 수 있는 단축
다이얼

BBS00015

## 4. 배터리 삽입

### [배터리 장착하기]



· 배터리 홈에 맞추어 끼운 후 배터리 잠금 버튼을 화살표 방향으로 끝까지 밀어주십시오.

※ 배터리를 빼기 전에는 본체의 전원을 반드시 끈 후, 감작스런 전원 차단은 고장의 원인이 될 수 있습니다.

### [배터리 탈착하기]



· 배터리 잠금버튼을 화살표 방향으로 밀면서 홈을 이용하여 배터리를 분리해 주십시오.

※ 배터리를 빼기 전에는 본체의 전원을 반드시 끈 후, 배터리를 분리하여 주십시오.

BBS000016

# III. 제품 알아두기

## 5. 배터리 충전

[어댑터를 크래들에 연결한 경우]



• 그림과 같이 크래들 뒷면 왼쪽 전원 연결부에 어댑터를 연결해 주세요.

※ 전용 어댑터를 사용할 때 가장 안전하고 효과적으로 사용하실 수 있습니다.

※ 제품 구입시 배터리가 충전되어 있지 않을 수 있습니다.

[어댑터를 PDA에 직접 연결한 경우]



• 그림과 같이 전원 연결단자에 어댑터를 연결해 주세요.

BBS000017

## 6. 소프트리셋



Reset 버튼

• 스타일러스 펜을 사용하여 Reset 버튼을 가볍게 눌러주십시오.

※ 단말기에 예기치 못한 상황이 발생하여 프로그램간 충돌이 발생하거나 동작이 멈추게 되면
소프트리셋을 하시면 됩니다.

※ 컴퓨터의 리셋버튼을 한 경우와 흡사하며, 저장하지 않은 모든 정보는 잃어버리게 됩니다.

BBS000018

## III. 제품 알아두기

### 7. 하드리셋







▸ 스타일러스 펜 + 버튼을 사용하여 하드리셋을 합니다.

• 소프트리셋을 한 후에도 단말기가 반응하지 않을 경우 사용하게 됩니다.

• 하드리셋은 별도의 버튼이 있는 것이 아니라 [통화시작버튼][통화종료버튼]과 reset버튼을 동시에 눌러 주십시오. (이때 단말기는 공장에서 출고될 당시의 같은 상태로 돌아가게 됩니다.)

※ 하드리셋을 한 경우 메모리(RAM)에 설치한 프로그램, 작성한 문서, 설정환경등을 모두 잃어 버리게되므로 주의하여 주시기 바랍니다.

※ 데이터 및 프로그램의 손실에 대하여 분사가 책임지지 않으며, 하드리셋을 하실 경우 반드시 데이터 백업 및 프로그램을 백업하시기 바랍니다.

PIDION BM-200

## 8. 단말기 사양

| 구분 | 소벽 |
|---|---|
| CPU | Intel PXA270 520MHz |
| OS | Windows CE 5.0 |
| MEMORY | RAM : 64MB / ROM : 128MB |
| DISPLAY | 2.8inch TFT LCD, 240x320pixel, 260,000 Color |
| RADIO | CDMA Integrated |
| INTERFACE | PDA : IrDA, Mini SD Slot, RS-232C, USB Client<br>CRADLE : RS-232C, USB Port |
| BATTERY | 1300mA Rechargeable Lithium Polymer Battery<br>(디용량 : 2600mA) |
| ANTENNA | Internal : CDMA |
| ENVIRONMENT | 12times drop 1.2m to concrete |
| AUDIO | Speaker & Mic : Mono Speaker and Mono Mic Integrated<br>Earphone Set : Stereo Earphone and Mono Mic (optional) |
| KEYPAD | 9key |
| OPERATION TEMPERATURE | 4° to 122° F/-20° to 50° C |
| RELATIVE HUMIDITY | 5% to 90% RH noncondensing |
| DIMENION | 61 x 119 x 19mm |
| MP3 | MP3 기능 |

BBS000019

# IV. 시작하기

## 1. 단말기 전원 켜기



전원버튼(Power Bottuon)

- Power Button을 누르면 전원이 켜집니다.
- 전원이 켜진 상태에서 Power Button을 2초 정도 누르고 있으면 Front Light가 켜지거나 꺼집니다.

## 2. 스타일러스 펜 사용



- 터치스크린 LCD 화면에서 대상을 선택하거나 실행, 이동 등을 수행할 때 사용되는 입력장치 입니다.
- 스타일러스 펜은 단말기 좌측면 하단에서 분리하여 사용합니다.

※ 전용 스타일러스 펜 이외의 날카로운(펜, 핀, 송곳 등)도구를 사용하시면 제품이 손상될 수 있습니다.

BBS000020



## 3. 단말기 시작하기

**[화면 조정하기]**

· LCD 화면에 스타일러스 펜을 이용하여 화면 입력값을 최적화 시켜줍니다.

중앙의 십자 표시 정중앙을 스타일러스 펜을 이용하여 정확하게 누르면 타겟이 이동하게 되며, 해당 위치를 펜으로 정확하게 눌러주십시오.



**[Win CE의 시작화면]**

· 초기 마법사를 완료하시면 다음과 같은 시작화면이 나옵니다.



IV. 시작하기

4. 저장장치 사용



* Mini SD 카드는 초소형 플래시 저장매체로 각종 데이터의 보관, 이동 등에 사용됩니다.

* Mini SD 카드 삽입 : 그림과 같이 메모리카드를 슬롯의 화살표 방향으로 인전하게 장착될 때까지 밀어 넣으세요.

* Mini SD 카드 분리 : 그림과 같이 메모리카드를 안쪽으로 갚숙히 눌러주면 바으로 조금 튀어나오게 되며, 분리할 수 있습니다

14

BBS000022

PIDION BM-200

## 5. IrDA 사용







▸ 크래들이나 USB 연결 케이블 없이도 PDA에서 컴퓨터 및 다른 기기와 통신이 가능하여 파일이나 프로그램을 전송할 수 있습니다.

▸ 예) 1. [시작] → [설정]

   2. [연결] 탭을 누른 후 무선전송 선택

   3. 들어오는 모든 무선 전송 받기에 체크 후 [OK] 클릭

   4. 상대방의 적외선포트 찾기

   5. 보낼 데이터를 확인 후 [OK]

※ 그림과 같이 IrDA (적외선포트)를 다른 기기의 IrDA와 가까운 거리(30Cm ~ 1M 이내)내에서 마주보게 합니다. (가까운 거리에서 위치할 수록 통신속도가 빠릅니다.)

BBS000023

# IV. 시작하기

## 6. 전화기능

신호세기표시 : 통화지역의 신호세기 표시
N-zone : N-zone 상태 표시
데이터통신표시 : 데이터 통신 상태 표시
벨소리 표시 : 수신음 상태 표시
메시지표시 : 받은 메시지 상태 표시

전화기 : 전화기능 종료
배터리 잔량표시 : 사용중인 배터리 잔량 표시
잠금기능표시 : 전화사용 잠금모드 상태 표시
알람설정 : 알람 설정 상태 표시
모닝콜설정 : 모닝콜(알람) 설정 상태 표시

1. 전화걸기
1) 전화기 실행 버튼 (🔘) 을 눌러 전화기 프로그램을 실행합니다.
2) 걸고자하는 번호나 단축번호를 누릅니다.
3) [지우] 버튼을 눌러 번호를 수정할 수 있습니다.
4) [통화] 버튼을 눌러 전화를 겁니다.
※ 재발신 기능 : 번호를 입력하지 않고 그냥 통화버튼을 누르면 최종통화 번호로 자동연결됩니다.
5) 연결되면 통화가 시작됩니다.
   ※ 여권에 실패하면 자동으로 저다이얼 사용여부와 횟수는 전화설정→음성면에서 설정할 수 있습니다.
   ※ 한지 통화하고 있는 시간이 화면에 표시됩니다.

6) [종료] 버튼을 눌러 통화를 종료합니다.

2. 전화받기
1) 전화벨이 울리며, 전화왔다는 메시지가 표시됩니다.
2) 예감상태에서 통화 버튼을 누르면 통화가 이루어집니다.
3) 종료버튼을 누르거나 상대방이 끊으면 경으로 전화가 자동으로 전화가 끊어지게 됩니다.
4) 통화중으로 버튼 (🔘) 을 2번 놀려 모뎀을 끄거나 켤 수 있습니다.

BBS000024

PIDION BM-200

## 7. 문자입력



- 취소 : 입력된 문자를 지웁니다.
  취소를 길게 3초 이상 누르고 있으면 입력된 문자가 모두 지워집니다.
- 띄어쓰기 : 커서에서 오른쪽으로 한 칸씩 이동합니다.
- 기호 : 기호 입력기가 실행됩니다.
- 한글 : 영대 → 영소 → 숫자 → 한글로 문자가 변경됩니다.
- 저장 : 입력한 문자가 저장됩니다.
- 　 : keyboard, 필기인식 입력을 선택할 수 있습니다.



BBS000026

PIDION BM-200

# V.ActiveSync 연결

## 1. ActiveSync 설치

1) http://www.microsoft.co.kr의 Activesync를 다운로드 후 msasync.exe 파일을 실행합니다.

2) 잠시 후 다음과 같이 창이 뜨면 Next를 선택합니다.

3) 위와 같이 나오면 설치할 경로를 선택하고 Next를 선택합니다.

4) 파일을 카피한 후 다음과 같이 단말기가 연결되어 있지 않다면 연결설정 창이 뜨게 됩니다.
혹은 단말기를 연결하면 자동으로 다음 과정으로 넘어갑니다.





# V.ActiveSync 연결

## 1. ActiveSync 설치

5) 데스크탑에 단말기 연결하기

• 전원을 연결하고 USB케이블을 데스크탑에 연결합니다.
• USB 크레들에 단말기를 올려 놓습니다.

[Cradle 연결하기]

[PDA에 직접 연결하기]



▸ 그림과 같이 Cradle ↔ cable ↔ 컴퓨터에 연결하여 주십시오.

▸ 그림과 같이 PDA ↔ cable ↔ 컴퓨터에 연결하여 주십시오.

BBS000028



PiDiON BM-200

## 1. ActiveSync 설치

- 단말기를 컴퓨터와 최초 연결하면 PC의 새 하드웨어 검색 마법사가 동작합니다.
- Microsoft ActiveSync를 이미 설치한 사용자는 추가 드라이버를 설치하실 필요가 없습니다.
- 사용자 PC의 환경에 따라 다음과 같은 PC 제 시작을 요구할 수 있으며, 해당 요구가 나타날 시에는 PC를 다시 시작하여 주시기 바랍니다.
- 최초 설치 시에는 단말기와 컴퓨터의 접속이 실패할 수 있습니다. 실패 시에는 확인 버튼을 클릭하여 종료하신 후 다시 시작하시면 됩니다.



6) 연결이 되면 윗 그림과 같이 나타납니다.
Yes를 선택하고 다음을 누릅니다. 메스크림과
임시로 연결하는 경우에는 No를 선택하십시오.



7) Standard Partnership을 선택했다면 아래와
같이 나타납니다.

# V.ActiveSync 연결

## 1. ActiveSync 설치

8) 단말기를 동기화할 경우 해당사항에 대해서 선택하고 다음을 누릅니다.
그러면 다음과 같이 나타납니다.



9) 동기화할 프로그램들을 선택한 후 다음을 누르면 다음과 같이 나옵니다.

10) 마침을 누르면 설치가 완료됩니다.



BBS000030

PIDION BM-200

## 2. ActiveSync 사용시 주의사항

### 1) 처음 시작할 때

a. 기존에 설치되어 있던 Active Sync 프로그램을 제거 하십시오.

b. 새로운 Active Sync를 설치하십시오. 이 때 설치 중간에 Get Connected 라는 다이얼로그가 뜨면 취소를 누르시면 됩니다.

c. 설치가 완료되면 Active Sync 메뉴에서 File 밑에 Connection Settings 메뉴를 선택해서 다이얼로그를 띄운 후 'Allow USB connection with this desktop computer' 항목을 체크 하시고 밑에 'Satus : USB is available' 이라고 나오는 것을 확인합니다. 만일 이 때 Get Connected 다이얼로그가 뜬다면, 이것은 기존에 오 동작하는 USB 드라이버가 전존해 있기 때문인데 이 때는 제어판→시스템→장치관리자를 띄워서 'Windows CE USB Devices' 밑에 오류가 있는 장치를 제거하면 됩니다.

### 2) PC와 USB 장치 인지 감지 후 "알 수 없는 장치" 다이얼로그가 뜰 때

a. 크래들에 단말기가 꽂혀 있는 상태에서 단말기 전원을 키면 이렇게 될 수가 있습니다.

b. 단말기를 크래들에서 뺏다가 다시 꽂아 주십시오.

### 3). Active Sync 에서 "Connecting..." 이라고 나오는 상태가 오랫동안 지속될 때

a. 단말기를 크래들에서 재거해 일단 연결을 끊습니다.

b. Active Sync 메뉴의 File 밑에 Connection Settings 다이얼로그를 띄운 후 'Allow USB connection with this desktop computer' 항목 체크박스를 해제 한 다음에 OK 를 누릅니다.

c. 다시 Connection Settings 다이얼로그를 띄운 후 "Allow USB connection with this desktop computer" 항목 체크박스를 설정 한 다음에 OK를 누릅니다.

d. 단말기를 크래들에 다시 꽂아 주십시오.

BBS000031

# V. ActiveSync 연결

## 2. ActiveSync 사용시 주의사항

4) 여러 번 시도해도 연결이 실패하고 PC 트레이에 "알 수 없는 하드웨어 장치" 아이콘이 계속 뜰 때

  a. 간혹 PC 에 있는 USB 호스트가 이상한 상태에 빠져서 계속 연결이 실패하는 경우가 있습니다.

  b. 이 때 단말기를 크래들에서 제거한 후에, PC를 재 부팅 한 다음 다시 단말기를 크래들에 꽂으면 동작합니다.

5) 주 배터리의 전원을 제거하였다가 다시 연결하였을 시에 단말기가 동작하지 않을 때

  a. 이 문제가 발생하지 않게 하기 위해서는 주 배터리를 빼기 전에 단말기의 전원 버튼을 누르거나, 스타일러스 펜으로 시작메뉴의 종료를 누름으로써 Windows CE가 '시스템 종료' 과정을 거치게 해야 합니다.

  b. 부득이하게 배터리의 전원을 제거하였는데 단말기가 올바르게 동작하지 않을 경우는 '#' 버튼과 '입력' 버튼을 동시에 누른 상태에서 뒷면의 reset 버튼을 누르고 뗍니다.

  c. 단, 해당 동작은 현재 Memory 상의 자료를 삭제하게 되므로 파일저장소내의 자료가 아닌 경우에는 보존되지 않습니다.

BBS000032

PIDION BM-200

## VI. 주의사항

1. 본 PDA폰은 전자파 인체보호기준에 적합한 제품이나 사용자의 건강과 안전을 위해 문서에서 제공하는 정품을 사용하여 주시기 바랍니다. 그렇지 않은 경우 안전을 보장하지 못할 수도 있습니다.

2. PDA폰이 젖은 상태에선 절대로 전원 버튼을 누르면 안되며, 젖은 손으로 어댑터나 전원코드를 만지지 마세요. 감전의 위험이 있습니다.

3. 사용자 임의로 절대로 개조, 분리, 혹은 수리하지 마시고, 본사 고객센터에 문의하여 주시기 바랍니다. 또한 인건을 위한 경고 및 주의사항을 반드시 지켜주세요. 그렇지 않을 경우 무상수리를 받으실 수 없습니다.

4. PDA폰을 데이터는 별도로 기록/보관해 두세요. 제품의 고장 수리시 또는 언그레이드 중 부득이한 경우 PDA폰에 저장된 주요 내용이 지워질 수 있으나 중요한 데이터는 미리 백업받아 보관해 두세요. (벨소리, 문자/음성 메시지,케릭터 등을 초기화 됩니다.)

5. 온도가 높거나 습기가 있는 장소에서는 사용하지 마세요. 비에 젖거나 음료수 등을 흘리거나, 찜질방 등 고온/고습 환경에서 사용하게 되면 고장의 원인이 될 수 있습니다. 이러한 경우 무상으로 수리를 받으실 수 없습니다.

6. 신용카드, 전화카드, 통장, 승차권 등의 자성을 이용한 제품은 PDA폰에 가까이 두지마세요. PDA폰 자기에 의해 정보가 훼손될 수 있습니다.

7. 진동 및 충격을 피하며, 사용하지 않을 때나 부재시에는 전원 코드를 콘센트에서 뺀 후, 떨어뜨리지 않도록 안전한 곳에 보관하세요.

8. 먼지가 많은 장소에 설치하지 마시고, 전원 코드를 열기구에 접근하지 않도록 하세요. 청소시 전원 코드를 빼고, 전원 플러그의 핀 부위에 먼지 등이 붙어있을 때는 깨끗이 닦아주세요.

9. 배터리를 사용하지 않고 장시간 방치할 때는 충전시킨 후, 실온에서 보관해 주세요. 충분히 충전된 배터리라도 자체 특성에 의해 전압이 낮아져 사용시간이 짧아질 수 있습니다.

10. PDA폰에 색을 칠하지 마세요. 외관이나 화면이 훼손되거나 고장의 원인이 될 수 있습니다. 또한 도료가 벗겨져 체질에 따라 알레르기 반응을 보일 경우 PDA폰 사용을 멈추고 의사와 상담하세요.

BBS000033

## VII.Q&A

**Q. 단말기를 물이 들어갔는데 어떻게 해야 하나요?**

A. 우선 배터리를 단말기에서 분리하여 주시고 건조한 곳에 말려주시기 바랍니다. 일정시간 건조시킨 후에도 동작을 하지 않을 경우 메인보드 및 기타 부품을 교체가 필요하오니 고객센터로 문의하여 주시기 바랍니다.

**Q. 부팅이 되지 않습니다.**

A. 프로그램이 손상되었을 수 있습니다. Reset 하여 주시고 그래도 정상화 되지 않는다면 고객센터로 문의하여 주시기 바랍니다.

**Q. 충전이 안됩니다.**

A. 단말기와 크래들이 정확하게 연결되었는지 확인하여 주시고, 램프의 작동상태를 확인하여 주십시오. 충전단자를 깨끗이 닦아주시고 그래도 작동을 하지 않는 다면 배터리의 수명이 다 되었거나, 불량일 수 있습니다. (배터리의 보증기간은 6개월입니다.)

**Q. A/S는 어떻게 신청을 하나요?**

A. 택배를 이용하여 본사 고객센터로 보내주시면 됩니다. 발송하실 때에는 선물로 보내주시고 A/S완료 후 본사에서 선불 결제 후 발송됩니다.

**Q. 단말기가 정확히 발송되었는지 확인할 수 있나요?**

A. 본사 고객센터로 문의하여 주시면 운송장 번호를 알려드리며, 관련 택배회사에 문의하시면 알 수 있습니다.

BBS000034

# 품 질 보 증 서

저희 블루버드소프트의 제품을 구입하여 주셔서 마음속 깊이 감사드립니다. 본 제품에 대한 품질보증기간은 일반제품, 소모품, 일반보증품 구입일로 부터 1년입니다. (단, 배터리 6개월) 이와 별도로 제품사 실에서 별도의 기간을 보증할 경우, 제조사의 규정에 따릅니다. 상기 품질보증 기간에도 불구하고 사용자 부주의 및 천재지변으로 인한 손상 및 파손에 대하여서는 유상으로 처리 할 수 있습니다.

부품보증 기간 : 제조사는 제품 판매 후 5년간 판매된 제품의 부품을 보관합니다.

## ● A/S 접수방법

A/S접수는 우편, 택배, 방문 접수를 원칙으로 합니다.

- 제조사 이외의 별도 업체를 통하여 제품을 구매하신 경우, A/S를 의뢰하시기 위해서는 당사에 사용자 등록을 먼저 하셔야 합니다.

- 사용자 등록을 위해서는 (주)블루버드소프트 콜센터(1588-1380)로 문의하시기 바랍니다.

- A/S 접수 시 거래명세표 또는 입수증을 동봉하여 보내주셔야 합니다. 주문지 성함, 연락처, 주소, 증상을 첨부하여 주시면 보다 신속, 편리하게 처리 할 수 있습니다.

- A/S의뢰는 구입업체이나 하시거나, 분사 고객지원센터로 직접 문의하실 수도 있습니다.

- 제품에 부착된 라벨을 고의적으로 제손하지 마시기 바랍니다. 라벨의 제손에 의해 소비자가 불이익을 받을 수 있습니다.

## ● 반품 및 교환

1. 제품 구입 후 다음사항이 확인될 경우 반품 및 교환이 가능합니다.

- 배달된 상품이 파손되었거나 기능상 하자가 있는 경우

- 배달된 상품이 주문한 상품과 외관이나 기능면에서 차이가 있을 경우

- 입금 후 20일이 지나도 구매 상품을 받지 못하는 경우

- 동일 증상으로 인하여 3번 이상 A/S를 받은 경우

2. 다음 사항에 대하여서는 반품 및 교환이 불가능 합니다.

- 실링 포장으로 검품되는 제품의 경우, 해당 실링을 제거하였을 경우

- 사용자의 부주의 및 천재 사변으로 인하여 제품이 손상 또는 마손 되었을 경우

- 제품의 기타 부속(CD, 디스켓, 메뉴얼, 연결케이블 등)을 분실한 경우

- 제품구입 후 10일이 지난 제품의 하자발생시 1:1 교환 또는 A/S임고 처리되며, 반품 및 환불이 불가능합니다.

## ● A/S 운송비용

- 품질보증기간 중 소비자의 과실에 의한 A/S 처리에 경우 각각 발송 시 발송자가 운송 비용을 부담합니다.

- 품질보증기간 중 제품의 하자에 의한 A/S 처리의 경우 제조사가 전액 부담합니다.

- 품질보증기간 경과 후 소비자의 과실에 의한 A/S 처리의 경우 소비자가 전액 부담합니다.

- 품질보증기간 경과 후 제품의 하자에 의한 A/S 처리의 경우 각각 발송 시 발송자가 운송비용을 부담합니다.

## ● 처리규정

구입 후 1개월 이내에 정상적인 사용 상태에서 발생한 성능, 기능상의 하자로 중요한 수리를 요할 때(중요한 수리란 간단한 부품의 교체로 정상적인 사용이 불가능한 경우) :제품교환 또는 무상 교체.

- 품질보증기간 이내에 정상적인 사용 상태에서 발생한 성능,기능상의 하자 : 무상 수리.

:제품교환 또는 무상 교환.

- 소비자의 부주의 및 천재지변으로 인한 제품의 손상 및 파손, 제조사 및 제조사가 지정한 수리점이 아닌 자가 수리하여 제품이 변경 또는 손상된 경우 : 유상수리 금액 징수 후 부품교환 또는 수리.

- 품질보증기간 경과 후 : 유상수리 금액 징수 후 부품교환 또는 수리.

- 유지보수계는 인수일로부터 48시간 이내에 A/S를 완료하여 소비자에게 송부합니다. 단, 우송시 48시간은 유지보수업체가 재품을 접수하여 송부에 소요되는 시간입니다. 단, 우송 수리의 경우 소비자가 유상수리 금액을 지불하고 난 후 48시간 이내에 송부합니다.

- 무상 수리 금액에 관한 규정은 별도로 협의합니다.

## ● 기타

- 영수증 및 보증서를 분실하여 구입일자를 확인할 수 없을 경우 제조일이나 수입 통관일로부터 보증기간을 계산 합니다.

- 베터리의 경우 액세서리의 경우 A/S 센터에서 관리하고 있는 판매기록과 일치하는 베터리만이 A/S 처리를 받을 수 있습니다. 소비자의 과실 후 티 판매기록과 일치하지 않는 베터리의 수리나 교환은 유상처리됩니다.

BBS000035

BBS0000036

## Bluebird

고객을 위해 한발 앞선 서비스로 최선을 다하겠습니다.

### 고객지원센터

운영시간
평일(AM 9:00~PM 6:00)
토요일, 일요일, 주중 공휴일은 휴무
주소: 서울시 강남구 신사동 558-3
연락처: 1588-1380
홈페이지 : www.bluebird.co.kr

**Bluebird Soft, Inc.**
서울특별시 강남구 신사동 558-5
T.82-2-548-0740(123)  F.82-2-548-0870
www.bluebird.co.kr

복지서면 제품정보 및 사용설명을 원하시면 블루버드소프트 홈페이지(www.bluebird.co.kr)를 참고 하십시오.

Δ π EXHIBIT

BBS000001

**매출처별조회**

사 업 장:(주)블루버드소프트
영업기간:2005-01-01~2008.1231
거 래 처:
계산서유형:
내수/수출:
담 당 자:
작업구분:전 체

| 사업장 | | 거래처명 | 내수구분 | 대출일 | 품목코드 | 대출량 | 정산구분 |
|---|---|---|---|---|---|---|---|
| (주)블루버드소프트 | Toyota Tsusho | 수출 | 2005-07-20 | BM-200-A-001 | 1.00 | 타외 |
| (주)블루버드소프트 | Mobil Şebeke Elektronik ve Kontrol Sistemleri Dis Tic.A.S. | 수출 | 2005-12-28 | BM-200-A-003 | 1.00 | 타외 |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2005-12-29 | BM-200-A-001 | 260.00 | · |
| (주)블루버드소프트 | 탑코노징 | 내수 | 2005-06-30 | BM-200-A-001 | 1.00 | |
| (주)블루버드소프트 | 탑코노징 | 내수 | 2005-07-31 | BM-200-A-001 | 1.00 | |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2005-12-29 | BM-200-A-002 | 484.00 | · |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2005-12-29 | BM-200-A-003 | 1,856.00 | · |
| (주)블루버드소프트 | 아이앤비마이 | 내수 | 2005-11-10 | BM-200-A-003 | 50.00 | · |
| (주)블루버드소프트 | 탑코노징 | 내수 | 2005-08-31 | BM-200-A-003 | 1.00 | · |
| (주)블루버드소프트 | 탑코노징 | 내수 | 2005-09-30 | BM-200-A-003 | 1.00 | |
| (주)블루버드소프트 | C.J.T VENTURE(씨제이아이벤처) | 내수 | 2005-11-05 | BM-200-F-001 | 1.00 | · |
| (주)블루버드소프트 | 사토텔레콤 | 내수 | 2005-12-01 | BM-200-F-海實圖 | 1.00 | · |

| 사업장 | | 거래처명 | 내수구분 | 대출일 | 품목코드 | 대출량 | 정산구분 |
|---|---|---|---|---|---|---|---|
| (주)블루버드소프트 | West International | 수출 | 2006-06-09 | BM-200-A-002 | 1.00 | |
| (주)블루버드소프트 | Telepath Ltd | 수출 | 2006-06-03 | BM-200-A-003 | 1.00 | |
| (주)블루버드소프트 | Telepath Ltd | 수출 | 2006-04-12 | BM-200-K-001 | 1.00 | |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2006-05-19 | BM-200-A-001 | 260.00 | · |
| (주)블루버드소프트 | 리즈컴 | 내수 | 2006-07-20 | BM-200-A-001 | 1.00 | · |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2006-05-19 | BM-200-A-002 | 484.00 | · |
| (주)블루버드소프트 | 아이앤비마이 | 내수 | 2006-05-12 | BM-200-A-002 | 1.00 | · |
| (주)블루버드소프트 | 아이앤비마이 | 내수 | 2006-11-14 | BM-200-A-002 | 1.00 | · |
| (주)블루버드소프트 | 헬프리마이크로 | 내수 | 2006-12-11 | BM-200-A-002 | 1.00 | · |
| (주)블루버드소프트 | 모비데블롭런트(주) | 내수 | 2006-08-03 | BM-200-A-002 | 1.00 | · |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2006-04-14 | BM-200-A-003 | 1,000.00 | · |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2006-05-19 | BM-200-A-003 | 856.00 | · |
| (주)블루버드소프트 | 아이앤비마이 | 내수 | 2006-02-23 | BM-200-A-003 | 15.00 | · |
| (주)블루버드소프트 | 헬프리마이 | 내수 | 2006-02-23 | BM-200-A-003 | 1.00 | · |
| (주)블루버드소프트 | (주)스피드카퍼 | 내수 | 2006-12-22 | BM-200-A-003 | 1.00 | · |
| (주)블루버드소프트 | 모비데블롭런트(주) | 내수 | 2006-06-21 | BM-200-A-003 | 1.00 | · |
| (주)블루버드소프트 | 모비데블롭런트(주) | 내수 | 2006-12-04 | BM-200-A-003 | 5.00 | · |
| (주)블루버드소프트 | SK네트웍스(주)서울지사 | 내수 | 2006-08-29 | BM-200-A-003 | 5.00 | · |
| (주)블루버드소프트 | 주식회사 가온(온월름) | 내수 | 2006-09-08 | BM-200-A-003 | 10.00 | · |
| (주)블루버드소프트 | 주식회사 가온(온월름) | 내수 | 2006-08-16 | BM-200-B-001 | 62.00 | · |
| (주)블루버드소프트 | (주)딜라인스 | 내수 | 2006-11-30 | BM-200-B-001 | 1.00 | · |
| (주)블루버드소프트 | (주)달에셋 | 내수 | 2006-08-30 | BM-200-F-001 | 14.00 | · |
| (주)블루버드소프트 | 시몬스드거래처 | 내수 | 2006-08-30 | BM-200-F-001 | 16.00 | · |
| (주)블루버드소프트 | 시몬스드거래처 | 내수 | 2006-08-30 | BM-200-F-001 | 1.00 | · |
| (주)블루버드소프트 | 시몬스드거래처 | 내수 | 2006-08-30 | BM-200-F-001 | 1.00 | · |

BBS000002

| 사업장 | 거래처명 | 납수구분 | 매출일 | 품목명 | 매출량 | 생산면적 |
|---|---|---|---|---|---|---|
| (주)엠버스앤드 | 서울키드거래처 | 나수 | 2006-09-13 | BM-200-F-001 | 1.00 | * |
| (주)엠버스앤드 | 원조호 | 나수 | 2006-08-30 | BM-200-F-001 | 14.00 | |
| (주)엠버스앤드 | 원조호 | 나수 | 2006-08-30 | BM-200-F-001 | 23.00 | |
| (주)엠버스앤드 | 원조호 | 나수 | 2006-09-13 | BM-200-F-001 | 1.00 | * |
| (주)엠버스앤드 | (주)한라시스템 | 나수 | 2006-11-02 | BM-200-F-001 | 6.00 | |
| (주)엠버스앤드 | 엠구매그 | 나수 | 2006-12-11 | BM-200-F-001 | 1.00 | * |

| 사업장 | 거래처명 | 납수구분 | 매출일 | 품목명 | 매출량 | 생산면적 |
|---|---|---|---|---|---|---|
| (주)엠버스앤드 | Systems Scanning Ltd | 수출 | 2007-02-13 | BM-200-A-003 | 1.00 | |
| (주)엠버스앤드 | Heliodyne,Inc | 수출 | 2007-11-27 | BM-200-A-003 | 1.00 | 미국 |
| (주)엠버스앤드 | B.B.S Telecommunications Pte Ltd | 수출 | 2007-11-07 | BM-200-A-003 | 2.00 | 싱가폴(LD) |
| (주)엠버스앤드 | 삼성인포넷 | 나수 | 2007-03-20 | BM-200-A-003 | 1.00 | * |
| (주)엠버스앤드 | (주)비티앤스 | 나수 | 2007-02-20 | BM-200-B-001 | 2.00 | * |
| (주)엠버스앤드 | (주)비티앤스 | 나수 | 2007-09-17 | BM-200-B-001 | 1.00 | * |
| (주)엠버스앤드 | 제이씨정보통신(주) | 나수 | 2007-08-30 | BM-200-B-001 | 4.00 | * |
| (주)엠버스앤드 | 제이씨정보통신(주) | 나수 | 2007-09-07 | BM-200-B-001 | 6.00 | * |
| (주)엠버스앤드 | 제이씨정보통신(주) | 나수 | 2007-02-21 | BM-200-F-001 | 2.00 | * |
| (주)엠버스앤드 | E-온넷 | 나수 | 2007-03-07 | BM-200-F-001 | 2.00 | * |
| (주)엠버스앤드 | (주)벤스윈 | 나수 | 2007-06-28 | BM-200-F-001 | 1.00 | * |
| (주)엠버스앤드 | 서울키드거래처 | 나수 | 2007-05-15 | BM-200-A-001 | 1.00 | * |
| (주)엠버스앤드 | 서울키드거래처 | 나수 | 2007-05-21 | BM-200-A-001 | 1.00 | * |
| (주)엠버스앤드 | 주식회사 디우 | 나수 | 2007-04-11 | BM-200-A-003 | 1.00 | * |

| 사업장 | 거래처명 | 납수구분 | 매출일 | 품목명 | 매출량 | 생산면적 |
|---|---|---|---|---|---|---|
| (주)엠버스앤드 | 유아정보통신(주) | 나수 | 2008-01-11 | BM-200-B-001 | 1 | Korea |
| (주)엠버스앤드 | 유아정보통신(주) | 나수 | 2008-04-11 | BM-200-B-001 | 5 | Korea |
| (주)엠버스앤드 | (주)유앤상사 | 나수 | 2008-01-17 | BM-200-B-001 | 1 | Korea |
| (주)엠버스앤드 | (주)맨스쿨 | 나수 | 2008-05-07 | BM-200-F-001 | 1 | Korea |



SAMNDCA00198065



SAMNDCA00198066



LG P936 Optimus LTE (November, 2011)

**Recent OS Datasheets**

Google Android 4.0.1
Google Android 4.0
Google Android 3.2.1
Google Android 2.3.6
Google Android 2.3.5

**Recent CPU Datasheets**

Qualcomm Snapdragon MSM8960
NVIDIA Tegra 3
Samsung Exynos 4210
NVIDIA Tegra 2 3D T25
NVIDIA Tegra 2 3D AP20H

▶ VoIP information

VoIP phone
VoIP hardware
Subhost VoIP service
▶ Smart Phone Parts
Wholesale Smart Phone Parts
Wholesale BlackBerry Phone Parts

(c) 2006-2011 PDAdb.net All rights reserved. | PDAdb Engine: v1.7.30 (2011/07/30) pdadb.net | smartphonedb.net | smartphonedb.co

Add to favorites | Set as home page

`<%3CIFRAME NAME="STFRAME" ALLOWTRANSPARENCY="TRUE" STYLE="BODY{BACKGROUND:TRANSPARENT}" %3E%3CIFRAME%3E id=stSegmentFrame name="stSegmentFrame" width="0px" height="0px" scrolling="no" src="http://tag.sharethis.com/partners.php?partner=stsheterid=cm=1320952177706" frameBorder="0">`

SAMNDCA00198067



Ads by Google    Wifi Cell Phone    Windows Phone HTC    Mobile Phone Plan    Cricket Phones

## PIDION BM-200 sleek Windows CE PDA phone from Bluebird

**RadioShack Official Store**
Shop the Latest Deals on Phones! Get
The Best Prices On Top Gifts.
www.RadioShackDeals.com

**BlackBerry® Smartphones**
Trade up to a new BlackBerry experience.
Promo Code BBtrade4.
Blackberry.tmobile.com

**Cheap Cell Phone Plans**
Unlimited Everything, Minutes, Text Photos
& More. Sign Up Now!
CellYou.com/Unlimited-Phone-Plans



Bluebirdsoft (Korea) has launched its new PDA phone 'PIDION BM-200' with a sleek design. It is powered by Intel PXA 270 Processor running at 520 MHz, runs on Windows CE 5.0 and will be compatible with CDMA networks. It has a large 2.8" touchscreen TFT with a resolution of 240 x 320 pixels (262,000 colors). It has 64MB RAM (upto 128 MB) and 128MB ROM (upto 1GB). It has a lot of Connectivity options like Bluetooth, Wi-Fi, Infrared, and USB. Also included is a 2 Megapixel Camera with flash, and a Mini SD card slot for memory expansion. It is possible to use Pocket PC applications via the Pocket PC Emulator. Like most Windows based PDA phones it does not have any buttons all phone functions are also performed via the Touch screen. The PIDION BM-200 will be available in two colors Black and White.

**Related Results**
**BlackBerry® Pearl™ 3G**
Stylish & Small Smartphone with the Power of BlackBerry!
BlackBerry.com/Pearl3G

It measures 61 x 119 x 19mm. Via - Aving (Korean)



Δ π EXHIBIT 2209
Deponent
3-8-12
Date_____ Rptr
WWW.DEPOBOOK.COM

PIDION BM-200 sleek Windows CE PDA phone from Bluebird

Page 2 of 3



SAMNDCA00326345



SAMNDCA00326346



3/7/12                                     Pidion BM-200 Smartphone


**pdasnews**
daily news for mobile technology

home      store      older articles      sitemap      about us      contact us      facebook page

Quick Search

# Pidion BM200 Smartphone

Dimitris S.        Other



Shop th
PDASN
for Sof
Access

Subscribe

Categories

Android

Bada

BlackBerry

HP webOS

iPhone

Linux

Other

Symbian

Windows Mobile

Photoshot of a Korea's gadget. Available in Korea only, Pidion BM200 is small but has integrated WiFi, bluetooth and running windows CE5.0. The SD card
slot is just nice for the 2 megapixel camera. More photoes at slashphone.com

## Comments (0)

• Change your comment display settings

### Post a Comment

* Your Name:

* Your Email:

                        (not publicly displayed)

Reply Notification:    ☐ Email me when someone replies to my comment

Approval Notification:  ☐ Email me when my reply is approved

Website:

* Security Image:       **e7fave**   Generate new
                        Copy the numbers and letters from the security image.

Latest News

Apple Launches New

Android Browser Bec
World's Most Popular
Browser

Huawei Introduces 1
Quad

ASUS announces the

Samsung Galaxy S W
Galaxy Note 10.1 Of
Announced

Lava First to Deliver
Smartphone Based o
Technology to Fast (
India Market

ASUS PadFone and u
Transformer Pad Lir
unveiled at Mobile V
Congress 2012

Nokia 808 PureView

Δ π EXHIBIT 2210
Deponent Lee
Date 8-17 Rptr
WWW.DEPOBOOK.COM



Pidion BM-200 Smartphone

* Message:

Path:

Click here for a list of HTML tags permitted in comments

Submit

revolution in smartp
imaging

Share the Fun with :
GALAXY Beam

Samsung's new GAL/
series offers optima
multimedia experie:

Copyright 2009. All rights reserved. www.pdasnews.com