# EXHIBIT 31

Apple - iPhone - Windows Internet Explorer
http://web.archive.org/web/20070111091833/http://www.apple.com/iphone/
INTERNET ARCHIVE WaybackMachine BETA
http://www.apple.com/iphone/
428 captures
11 Jan 07 - 19 Jul 11
DEC JAN FEB
11
2006 2007 2008
Store iPhone iPod + iTunes .Mac QuickTime Support Mac OS X
Overview iPod Phone Internet Technology Tech Specs Keynote Sign-up
iPhone
Introducing iPhone
iPhone combines three products — a revolutionary mobile phone, a widescreen iPod with touch controls, and a breakthrough Internet communications device with desktop-class email, web browsing, maps, and searching — into one small and lightweight handheld device. iPhone also introduces an entirely new user interface based on a large multi-touch display and pioneering new software, letting you control everything with just your fingers. So it ushers in an era of software power and sophistication never before seen in a mobile device, completely redefining what you can do on a mobile phone.
Widescreen iPod
Revolutionary Phone
Breakthrough Internet Device
High Technology
Watch the Keynote
Sign-up to Learn More
This device has not been authorized as required by the rules of the Federal Communications Commission. This device is not, and may not be, offered for sale or lease, or sold or leased, until authorization is obtained.
Home > Hardware > iPhone
http://web.archive.org/web/20070111091833/http://www.apple.com/iphone/
Internet
100%



