# EXHIBIT 38

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

3 SAN JOSE DIVISION

4 APPLE INC., a California corporation,

5

6       Plaintiff,

7 vs.                           Case No. 11-CV-01846-LHK

8 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;
9 SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation;
10 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware
11 limited liability company,

12       Defendants.
---------------------------------/
13

14

15

16

17       CONFIDENTIAL ATTORNEYS' EYES ONLY

18

19     VIDEOTAPED DEPOSITION OF DANIELE De IULIIS
        Redwood Shores, California
20          Friday, October 21, 2011

21

22 Reported by:
LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR,CLR
23 JOB NO. 43000

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 186

1  Q.  Did you work on the design of this tablet?
2  A.  I worked alongside my colleagues in the
3  industrial design department as a collective and as
4  a team on this.
5  Q.  Approximately how many months did you spend
6  working on this design?
7  A.  We spent -- I really don't recall.  It's
8  going back a long time.
9  Q.  More than three months?
10  A.  Yes.  I'm guessing.  My best guess would be
11  yes, more than three months.
12  Q.  Did you create any sketches relating to the
13  development of this tablet design?
14  A.  I may have.
15  Q.  Is it common that you work on a design for
16  more than three months and don't create a single
17  sketch related to it?
18      MR. MONACH:  Objection.  Vague.
19      THE WITNESS:  I believe I mentioned to you
20  earlier that we tend to go into three dimensions
21  very, very quickly.  That's generally how we work.
22      BY MS. CARUSO:
23  Q.  Is it common that you work on a design for
24  more than three months and don't create a single
25  sketch related to it?

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 187

1             MR. MONACH:  Objection.  Vague.
2             THE WITNESS:  It's possible.
3             BY MS. CARUSO:
4      Q.   Is it your understanding that you didn't
5  create any sketches relating to tablet design?
6      A.   I don't remember.
7      Q.   Have you gone back to look through your
8  sketchbooks from the 2003 time period to see if
9  there were any sketches relating to the tablet
10 design?
11     A.   I don't remember the dates that were asked
12 for us to look at.  So I don't remember the dates.
13     Q.   You referred to this -- did you call it an
14 early prototype of the tablet design?
15     A.   I don't remember if I called it an early
16 prototype or a prototype.
17     Q.   Do you agree that it's an early prototype?
18     A.   I agree that it's a prototype.  I guess a
19 prototype by definition is -- anyway.  I'm sorry.
20     Q.   You've been handed what has been marked as
21 Exhibit 8, Lutton Exhibit 8.  Do you have that in
22 front of you?
23     A.   Yes.
24     Q.   Do you -- and that is US Design Patent
25 504889 --

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 188

1    A.    Yes.
2    Q.    -- correct?
3          You're named as an inventor of this design;
4    is that correct?
5    A.    Yes.
6    Q.    Did you participate in the team that
7    created this design?
8    A.    I did.
9    Q.    Does this D889 reflect the design of the
10   prototype that's in front of you?
11         MR. MONACH:  Objection.  Lack of
12   foundation.  Vague.  Objection, calls for a legal
13   conclusion.
14         THE WITNESS:  I believe so.
15         BY MS. CARUSO:
16   Q.    Do you see Figure 6 of the D889 patent?
17   A.    I do.
18   Q.    There's a circular element on that.  Do you
19   see it?
20   A.    I do.
21   Q.    Do you also see that on the prototype that
22   you're holding?
23   A.    I do.
24   Q.    In Figure 1 of the D889 patent, there's
25   a -- a line that's thicker than the other lines.  Do

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 189

1  you see that?
2         MR. MONACH:  Objection.  Vague.  Objection
3  to the extent it may not accurately reflect the
4  drawing.
5         THE WITNESS:  I see a bad photocopy.
6         BY MS. CARUSO:
7     Q.   Starting at the left, do you see three
8  parallel lines on the left-hand side of the top
9  drawing?
10    A.   I do.
11    Q.   Do you see the middle line of those three?
12    A.   I do.
13    Q.   Does it appear to you to be thicker than
14  the other two?
15    A.   Yes.
16    Q.   Do you have an understanding of why it's
17  thicker?
18         MR. MONACH:  Objection.  Lack of
19  foundation.  Objection to the extent it calls for a
20  legal conclusion.
21         THE WITNESS:  I don't.
22         BY MS. CARUSO:
23    Q.   Do you have any understanding of what that
24  middle line represents?
25         MR. MONACH:  Same objection.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 190

```
 1              THE WITNESS:  One more time.  What was your
 2   question.
 3              BY MS. CARUSO:
 4       Q.   Do you have any understanding of what that
 5   middle line represents?
 6       A.   No.
 7       Q.   Figure 1, looking at the prototype in front
 8   of you, do you agree that there is a gap between the
 9   screen portion and the outer rim?
10       A.   I do agree there's a gap.
11       Q.   Was that gap -- did you participate in the
12   design that led to that gap?
13              MR. MONACH:  Object to the form of the
14   question as it assumes facts that are not in
15   evidence.
16              THE WITNESS:  I was part of the team that
17   designed this product, and, therefore, I
18   participated in the design of that detail.
19              BY MS. CARUSO:
20       Q.   Was that detail intended to serve any
21   function?
22       A.   I don't -- I'm sorry.  What do you mean by
23   "function"?
24       Q.   Any purpose that enabled the product to
25   work.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 191

```
 1            MR. MONACH:  Objection.  Vague.
 2            THE WITNESS:  I don't understand if I
 3   understand your definition.
 4            BY MS. CARUSO:
 5       Q.   Did the gap -- why was there a gap?  I'll
 6   ask that question.
 7       A.   I really don't remember.
 8       Q.   If you'd look at this --
 9       A.   Thank you.
10       Q.   -- and if you could just hold that up again
11   for the camera.
12            THE VIDEOGRAPHER:  I didn't get a shot of
13   the front.  You have to hold it longer for me.
14            Thank you.  Great.
15            BY MS. CARUSO:
16       Q.   Does that prototype also have a gap?
17       A.   It does.
18       Q.   And is there anything sort of in the
19   interior of that gap that you can see?
20            MR. MONACH:  Objection.  Vague.
21            THE WITNESS:  I see a detail within what
22   you're calling the gap.
23            BY MS. CARUSO:
24       Q.   Is that detail found in the first prototype
25   you were looking at, as well?
```