# EXHIBIT 41

Confidential Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4    APPLE INC., a California

     corporation,

5

6             Plaintiff,

7    vs.                      Case No. 11-CV-01846-LHK

8    SAMSUNG ELECTRONICS CO., LTD.,

     a Korean business entity;

9    SAMSUNG ELECTRONICS AMERICA,

     INC., a New York corporation;

10   SAMSUNG TELECOMMUNICATIONS

     AMERICA, LLC, a Delaware

11   limited liability company,

12            Defendants.

     --------------------------------/

13

14

15

16                  CONFIDENTIAL

17              ATTORNEYS' EYES ONLY

18

19      VIDEOTAPED DEPOSITION OF DUNCAN KERR

                Redwood Shores, California

20            Wednesday, October 26, 2011

21

22   Reported by:

     LORRIE L. MARCHANT, CSR No. 10523

23   RPR, CRR, CCRR, CLR

24   JOB NO. 42863

25

Confidential Attorneys' Eyes Only

1    (indicating) which have three parallel lines.

2            MR. MONACH:  Same objection.

3            THE WITNESS:  So, again, I'm a designer.

4    I'm not a patent attorney.  My assumption is that

5    those lines were put there to represent some legal

6    aspect of this document which I'm not aware of.

7            As a designer, my interpretation of that

8    would be that it's a reflective surface.

9            BY MS. CARUSO:

10   Q.   Okay.  Do you have any understanding of

11   whether, in Figure 2, the lines that we're referring

12   to as a -- you identified as perhaps being

13   reflective surface are on the front or the back of

14   the device?

15           MR. MONACH:  Objection.  Lack of

16   foundation.  Calls for a legal conclusion.

17           THE WITNESS:  From my design interpretation

18   of these drawings, Figure 2 represents the rear

19   surface.

20           BY MS. CARUSO:

21   Q.   Do you understand Figure 1 to represent the

22   front surface?

23           MR. MONACH:  Same objection.

24           THE WITNESS:  Yes.

25

Confidential Attorneys' Eyes Only

Page 26

1      BY MS. CARUSO:

2      Q.   Do you have any understanding of what the

3   sort of interior line that goes within the outline

4   of the front surface represents?

5           MR. MONACH:  Same objection.  Vague.

6           THE WITNESS:  So this dot -- this dotted

7   line (indicating)?

8           BY MS. CARUSO:

9      Q.   Yes.

10          MR. MONACH:  Same objection.  Lack of

11  foundation.  And calls for a legal conclusion.

12          THE WITNESS:  Again, as a designer, I would

13  be interpreting this patent drawing, which I would

14  understand that drawing to mean something for a

15  patent attorney.  I would be making an

16  interpretation of it as a designer.

17          BY MS. CARUSO:

18     Q.   Do you have any understanding of what it

19  represents?

20          MR. MONACH:  Objection.  Lack of

21  foundation.  Calls for a legal conclusion.

22          Continuing instruction not to reveal any

23  attorney-client communications, if you had them.

24          THE WITNESS:  It could be a number of

25  things.

Confidential Attorneys' Eyes Only

Page 27

1    BY MS. CARUSO:

2    Q.    Which are?

3          MR. MONACH:   Same objection.

4          THE WITNESS:   Making the assumption that

5    this -- has a display visible from the front

6    surface, it could be the edge of the active area of

7    the display.

8          If this were a -- a display which had touch

9    sensing on it, it could be a demarcation of what's

10   active and what's inactive from a touch perspective.

11   It could be -- it could be some -- a design detail

12   on the front surface.

13         It could be -- presuming, again, that this

14   is a reflective material which is transparent, there

15   could be some detail on the back side of that

16   surface.   It could be some component inside the

17   assembly, behind the transparent surface.

18         BY MS. CARUSO:

19   Q.    In Figure 2, on the right-hand side of the

20   drawing, what looks to be the side edge of the

21   device tapers towards the rear of the drawing.

22         Do you see that?

23   A.    You mean --

24         MR. MONACH:   Objection.

25

Confidential Attorneys' Eyes Only

Page 28

1      BY MS. CARUSO:

2    Q.    Yes.

3         MR. MONACH:   Assumes facts not in evidence.

4  Objection to the extent it calls for a legal

5  conclusion.

6         THE WITNESS:   I see that tapering, yes.

7         BY MS. CARUSO:

8    Q.    Do you have an understanding of what that

9  tapering represents?

10        MR. MONACH:   Objection.  Vague.  Object to

11 the extent it calls for a legal conclusion.

12        THE WITNESS:   Again, I'm a designer, not a

13 patent attorney.  I don't understand the -- the

14 constraints or the -- what the goals of a patent

15 attorney drawing -- patent drawing are.

16        My design interpretation of that could be a

17 number of things.

18        BY MS. CARUSO:

19   Q.    Which are?

20        MR. MONACH:   Same objection.

21        THE WITNESS:   It could be an attempt at a

22 perspective representation of this object.  It could

23 be that the shape of the -- the object, actually the

24 thickness of it, changes from one corner to the

25 other corner.  It could be a combination of those.

Confidential Attorneys' Eyes Only

1      BY MS. CARUSO:

2      Q.   Do you recall creating a product at Apple

3   in which the thickness of a handheld tablet device

4   changed from one corner to the next?

5      A.   I don't recall.

6      Q.   Focusing on the upper right corner of

7   Figure 2, that tapering portion that we were

8   referring to earlier doesn't appear to go all the

9   way to the top edge of the product.

10          Do you see that?

11          MR. MONACH:  Objection.  Assumes facts not

12   in evidence.  Object to the extent it asks for a

13   legal conclusion from the witness.

14          THE WITNESS:  Again, it's difficult for me

15   to interpret this patent drawing.  I'm not an expert

16   on what lines on the patent drawing are supposed to

17   represent.

18          BY MS. CARUSO:

19      Q.   I'm not -- as a designer, how would you

20   interpret this drawing if someone presented it to

21   you?

22          MR. MONACH:  Objection.  Vague.  Incomplete

23   hypothetical.  Object to the extent it calls for a

24   legal conclusion since it's a patent drawing.

25          THE WITNESS:  I find it ambiguous from a