# EXHIBIT 43

Confidential - Attorneys' Eyes Only

Page 1

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4

5    APPLE INC., a California          )
     corporation,                      )
6                                      )
                     Plaintiff,        )
7      vs.                             ) NO. 11-CV-01846-LHK
                                       )
8    SAMSUNG ELECTRONICS CO.,          )
     LTD., a Korean business           )
9    entity; SAMSUNG ELECTRONICS       )
     AMERICA, INC., a New York         )
10   corporation; SAMSUNG              )
     TELECOMMUNICATIONS AMERICA,       )
11   LLC, a Delaware limited           )
     liability company,                )
12                                     )
                     Defendants.       )
13   ---------------------------

14

15

                           ***
16           CONFIDENTIAL - ATTORNEYS' EYES ONLY
                           ***
17

18      VIDEOTAPED DEPOSITION OF MATTHEW ROHRBACH
19            SAN FRANCISCO, CALIFORNIA
20            MONDAY, OCTOBER 24, 2011
21

22

23

24      Reported By:
        Yvonne Fennelly, CCRR, CSR No. 5495
25      JOB NO. 43006

Confidential - Attorneys' Eyes Only

1    A.    A project code number.

2    Q.    For what?

3    A.    An Apple product.

4    Q.    What Apple product?

5    A.    I can't say that.

6    Q.    Why?

7          MS. TAYLOR:  Just a moment.

8          Let me tell the witness, if it

9    pertains to a released product, you can answer

10   that question.  I don't know if it does.

11         THE WITNESS:  I'm not sure that it's

12   released.

13   BY MR. ZELLER:

14   Q.    You just don't know one way or

15   another?

16   A.    That's right.

17   Q.    So you can't say for sure it's not

18   released; correct?

19   A.    Correct.

20   Q.    Do you know what N90 stands for, the

21   particular product or project?

22   A.    I think so.

23   Q.    Is it something you're working on?

24         MS. TAYLOR:  I'm not going to let him

25   answer if it's an unreleased product.

Confidential - Attorneys' Eyes Only

1          MR. ZELLER:  Well, I'm entitled to

2     know whether he has personal knowledge of this

3     or not.

4     BY MR. ZELLER:

5          Q.    I'm asking simply:  Is this a

6     project, whatever it is, since you won't tell me

7     what it is, you're being instructed, but do you

8     have personal knowledge of this project in the

9     sense that you're someone working on it?

10         A.    Yes, I'm working on it.

11         Q.    Let me show you what's previously

12    marked as Exhibit 8, which is United States

13    Design Patent 504,889.

14              I take it, at some point, you became

15    aware that there was a dispute between Samsung

16    and Apple?

17              MS. TAYLOR:  It's a yes-or-no

18    question.

19              THE WITNESS:  Yes.

20    BY MR. ZELLER:

21         Q.    At any time prior to the time you

22    became aware that there was a dispute between

23    Apple and Samsung, in other words, litigation in

24    court that was going on, had you seen the '889

25    design patent?

Confidential - Attorneys' Eyes Only

Page 96

1       A.      I don't recall.

2       Q.      You are listed as a named inventor

3   here.

4               You see that?

5       A.      Yes.

6       Q.      What about the design that's shown

7   here in Exhibit 889 was new or original or

8   different from the prior art?

9               MS. TAYLOR:  Objection; lacks

10  foundation, calls for speculation, also appears

11  to be seeking a legal conclusion, and it's vague

12  and ambiguous.

13              THE WITNESS:  I don't know.

14  BY MR. ZELLER:

15      Q.      Was this design that is shown here in

16  Exhibit 8 different from tablet designs that

17  were already in existence?

18              MS. TAYLOR:  Lacks foundation, calls

19  for speculation, it's vague and ambiguous.

20              THE WITNESS:  I don't know.

21  BY MR. ZELLER:

22      Q.      Well, you're named as an inventor;

23  right?

24      A.      Yes.

25      Q.      Well, what did you and the other

Confidential - Attorneys' Eyes Only

Page 97

1  inventors named here invent that's shown here in

2  Exhibit 8, the '889 patent?

3          MS. TAYLOR:  Objection; it calls for

4  a legal conclusion and lacks foundation.

5          THE WITNESS:  We did the industrial

6  design.

7  BY MR. ZELLER:

8      Q.    Well, what was inventive about it?

9          MS. TAYLOR:  Objection; that calls

10 for a legal conclusion, and lacks foundation.

11         THE WITNESS:  The shape.  I don't

12 know exactly.  Design elements.

13 BY MR. ZELLER:

14     Q.    Do you know generally?

15         MS. TAYLOR:  Asked and answered.

16         THE WITNESS:  I don't recall.  I

17 don't know.

18 BY MR. ZELLER:

19     Q.    What about the shape of the design

20 that's shown here in the '889 design patent, in

21 your view, was inventive?

22         MS. TAYLOR:  Objection; it calls for

23 a legal conclusion, it's vague and ambiguous,

24 and it lacks foundation, calls for speculation.

25         THE WITNESS:  I don't know what the

Confidential - Attorneys' Eyes Only

Page 98

1    document is trying to get across.

2    BY MR. ZELLER:

3        Q.    And when you say "the document,"

4    you're talking about the drawings and the other

5    information here in the '889 design patent?

6        A.    Correct.

7        Q.    Is that saying because you don't have

8    an understanding of what's being shown here?

9        A.    I was familiar with the design at the

10   time, but I don't know what the document is

11   trying to communicate.

12       Q.    Well, as you sit here now, based on

13   everything that you know, do you have any

14   knowledge or understanding as to what, if

15   anything, was inventive about the design shown

16   here in the '889 design patent?

17           MS. TAYLOR:  Calls for a legal

18   conclusion, and lacks foundation, and it calls

19   for speculation.

20           THE WITNESS:  No, I don't know what

21   the document is trying to communicate.

22   BY MR. ZELLER:

23       Q.    Based on all the information that you

24   have available to you, was there anything about

25   the shape that you consider to be new or

Confidential - Attorneys' Eyes Only

Page 99

1  inventive as of the time that this invention was

2  created?

3            MS. TAYLOR:  Objection; it calls for

4  a legal conclusion, and lacks foundation.

5            THE WITNESS:  I don't know.

6  BY MR. ZELLER:

7      Q.    Directing your attention to Figure 1

8  of the '889 design patent, you'll see that this

9  is an angled front view of the design.

10           Do you see that?

11     A.    I think so.  Figure 1.

12     Q.    And you'll see that there is an

13 interior rectangular shape on the front surface.

14           Do you see that?

15     A.    Yes.

16     Q.    Are those dotted lines or dash lines?

17           MS. TAYLOR:  The document speaks for

18 itself, and it lacks foundation.

19           THE WITNESS:  I don't know.

20 BY MR. ZELLER:

21     Q.    Does that set of rectangular lines

22 that runs on the interior of the front depict

23 anything?

24           MS. TAYLOR:  Calls for speculation,

25 and calls for a legal conclusion.

Confidential - Attorneys' Eyes Only

Page 100

1            THE WITNESS:  I don't know.

2   BY MR. ZELLER:

3       Q.    Does that interior rectangular line

4   indicate the difference between the active area

5   of the display screen and the nonactive area?

6            MS. TAYLOR:  Calls for speculation,

7   and it calls for a legal conclusion.

8            THE WITNESS:  I don't know.

9   BY MR. ZELLER:

10      Q.    Do you have any knowledge or

11  information as to what that interior rectangular

12  line depicts?

13           MS. TAYLOR:  Same objections.

14           THE WITNESS:  I would be guessing.

15  BY MR. ZELLER:

16      Q.    And why is it you can't ascertain

17  that?  Is there not enough information in the

18  drawings here to tell you?

19      A.    I don't understand the language of

20  the patent drawing.

21      Q.    Well, I'm not asking you to

22  understand -- I'm not asking about the language

23  of patent drawings.  I'm asking you as an

24  inventor, your understanding of this design

25  patent.

Confidential - Attorneys' Eyes Only

1          Do you understand that?

2     A.    Do I understand that you're asking me

3     as an inventor listed on this document?

4     Q.    Right.

5     A.    Yes.

6     Q.    Directing your attention to Figure 1,

7     you'll see that in certain parts of the

8     perimeter, of the front, there is a darker line

9     that runs on that perimeter.

10          Do you see that?

11     A.    I think so.

12     Q.    And so that there's no doubt about

13     this, you can see it most clearly as it runs on

14     this bottom portion of the drawing.

15          Do you see that part right there?

16     A.    Okay.

17     Q.    And this is Figure 1 we're talking

18     about.

19     A.    Yes.

20     Q.    Do you know what that darker line

21     depicts?

22     A.    No.

23     Q.    Do you have any knowledge or

24     information as to what that darker line depicts?

25          MS. TAYLOR:  Calls for speculation,

Confidential - Attorneys' Eyes Only

Page 102

1  lacks foundation.

2         THE WITNESS:  No.

3  BY MR. ZELLER:

4     Q.    Does that darker area depict the

5  ventilation area that we talked about earlier

6  for the tablet?

7         MS. TAYLOR:  Same objections.

8         THE WITNESS:  I don't know.

9  BY MR. ZELLER:

10    Q.    It might, might not, you don't know

11 one way or another?

12        MS. TAYLOR:  Mischaracterizes his

13 testimony.

14        THE WITNESS:  I don't know what that

15 line depicts.

16 BY MR. ZELLER:

17    Q.    Right.

18        So it might depict the ventilation

19 area, it might not, you don't know, you don't

20 have an understanding; right?

21        MS. TAYLOR:  Mischaracterizes his

22 testimony, asked and answered.

23        THE WITNESS:  Yeah, I don't know what

24 that line depicts.

25 ///

Confidential - Attorneys' Eyes Only

1   BY MR. ZELLER:

2       Q.    Well, is it the ventilation area?

3             MS. TAYLOR:  Asked and answered,

4   calls for speculation.

5             THE WITNESS:  I don't know.

6   BY MR. ZELLER:

7       Q.    Are you denying that that's the

8   ventilation area?

9             MS. TAYLOR:  Mischaracterizes his

10  testimony, and unduly argumentative.  Also calls

11  for a legal conclusion.

12            THE WITNESS:  I don't know what that

13  line depicts.

14  BY MR. ZELLER:

15      Q.    You don't know one way or another;

16  right?

17            MS. TAYLOR:  Asked and answered, and

18  now you're harassing the witness.

19            THE WITNESS:  I don't know what it

20  depicts.

21  BY MR. ZELLER:

22      Q.    Can you tell me one way or another

23  whether it depicts the ventilation area?  Yes or

24  no?

25            MS. TAYLOR:  Asked and answered,

Confidential - Attorneys' Eyes Only

1  calls for speculation, and you're being

2  harassing.

3              THE WITNESS:  I don't know what that

4  line depicts.

5              MR. ZELLER:  All right.

6              Can you read back my question?

7              I ask that you focus on the

8  particular question I have asked you and answer

9  that question, please.

10             (Record read.)

11             MS. TAYLOR:  Can you read the

12  objections, too, please?

13             (Record read.)

14  BY MR. ZELLER:

15     Q.    So please answer my question.

16             MS. TAYLOR:  Which question?

17             THE WITNESS:  Can you read the

18  question one more time, please?

19             (Record read.)

20             MS. TAYLOR:  Asked and answered,

21  calls for speculation, calls for a legal

22  conclusion.

23             THE WITNESS:  No, I can't say one way

24  or the other.

25  ///

Confidential - Attorneys' Eyes Only

1  BY MR. ZELLER:

2       Q.    Directing your attention to Figure 2.

3  You'll see on the interior of the drawing there,

4  there are those three sets of diagonal lines.

5            Do you see that?

6       A.    Yes.

7       Q.    What do those represent or depict?

8            MS. TAYLOR:  Calls for a legal

9  conclusion, and speculation, lacks foundation.

10           THE WITNESS:  I don't know.

11  BY MR. ZELLER:

12      Q.    Do you have any understanding?

13           MS. TAYLOR:  Same objections.

14           THE WITNESS:  No.

15  BY MR. ZELLER:

16      Q.    All right.

17           Directing your attention to Figure 4

18  of the '889 design patent, you'll see that the

19  diagonal lines don't appear on the interior of

20  Figure 4.

21           Do you see that?

22      A.    Yes.

23      Q.    All right.

24           And do you have any explanation or

25  understanding as to why those diagonal lines

Confidential - Attorneys' Eyes Only

1   appear on Figure 2 but not on Figure 4?

2             MS. TAYLOR:  Calls for a legal

3   conclusion, and speculation, lacks foundation.

4             THE WITNESS:  No.

5   BY MR. ZELLER:

6      Q.    Is the back surface of the tablet

7   design that's being depicted here on the '889

8   design patent showing a substantially flat back?

9             MS. TAYLOR:  Calls for speculation,

10  calls for a legal conclusion, and lacks

11  foundation.

12            THE WITNESS:  I don't know.

13  BY MR. ZELLER:

14     Q.    Does the design that's being depicted

15  here in the '889 design patent show a flat,

16  clear front surface?

17            MS. TAYLOR:  Calls for a legal

18  conclusion, speculation, and lacks foundation.

19            THE WITNESS:  I don't know.

20  BY MR. ZELLER:

21     Q.    Directing your attention to Figure 9

22  of the '889 design patent, you'll see that the

23  portion of the device that is the top of the

24  device as being held by the person in the

25  outline here and is to the furthest right of the

Confidential - Attorneys' Eyes Only

1    drawing, when you look at it, you'll see there

2    is kind of a wedge shape there on the side.

3              MS. TAYLOR:  A web shape, what?

4              MR. ZELLER:  A wedge shape,

5    W-E-D-G-E.

6              MS. TAYLOR:  I couldn't hear the

7    word.  Thank you.

8              THE WITNESS:  Okay.

9    BY MR. ZELLER:

10        Q.    Do you know if that's the design for

11   the tablet that is being depicted here on the

12   '889 design patent has a side that is wedged

13   shaped?

14             MS. TAYLOR:  Lacks foundation, calls

15   for a legal conclusion, and speculation.

16             THE WITNESS:  I don't know.

17   BY MR. ZELLER:

18        Q.    You don't have any understanding in

19   that regard?

20        A.    No.

21        Q.    Directing your attention to Figure 6.

22   You'll see that there is what's generally

23   depicted as a hole there on the right side.

24        A.    Okay.

25             I see I think what you're indicating.

Confidential - Attorneys' Eyes Only

Page 108

1        Q.    What is that?

2              MS. TAYLOR:  Calls for a legal

3    conclusion, and speculation, lacks foundation.

4              THE WITNESS:  I don't know.

5    BY MR. ZELLER:

6        Q.    All right.

7              Is that part of the design that is

8    depicted here in the '889 design patent?

9              MS. TAYLOR:  Legal conclusion, calls

10   for speculation, and lacks foundation.

11             THE WITNESS:  I don't know.

12   BY MR. ZELLER:

13       Q.    Do you know why that, that hole

14   doesn't show up in Figure 9?

15             MS. TAYLOR:  Calls for speculation.

16             THE WITNESS:  No.

17   BY MR. ZELLER:

18       Q.    Do you have any understanding or

19   explanation?

20             MS. TAYLOR:  Calls for speculation,

21   asked and answered.

22             THE WITNESS:  No.

23   BY MR. ZELLER:

24       Q.    You'll see, generally speaking, that

25   these figures depict what we roughly call a

Confidential - Attorneys' Eyes Only

1    connector port, sometimes people call it a

2    30-pin connector if you specifically look at

3    Figure 8?

4            MS. TAYLOR:  Which figure?

5    BY MR. ZELLER:

6        Q.    Do you see that?

7        A.    The rectangles in Figure 8?

8        Q.    Right.

9              Do you see that?

10       A.    I see those rectangles, yeah.

11       Q.    Do you know what they are?

12            MS. TAYLOR:  Calls for a legal

13   conclusion.

14            THE WITNESS:  No.

15   BY MR. ZELLER:

16       Q.    Do you have any knowledge or

17   understanding as to what they are?

18            MS. TAYLOR:  Same, and lacks

19   foundation.

20            THE WITNESS:  No.

21   BY MR. ZELLER:

22       Q.    If we could go back for a moment to

23   Exhibit 841.

24            You'll agree with me that the mockup

25   that's depicted here shows a port on one side,

Confidential - Attorneys' Eyes Only

Page 110

1   it's in the shape, generally, of a hole as well

2   as something people call a connector or 30-pin

3   connector; right?

4           MS. TAYLOR:  Are you directing him to

5   a particular page?

6   BY MR. ZELLER:

7       Q.    Well, it is shown in various

8   perspectives, but you could look at 18780 and

9   18781.

10          Do you see what I'm referring to?

11      A.    I see those pages.

12      Q.    Well, let's break it down, then.

13          Do you see here on 18780 there is

14  that darker smaller rectangular region?

15      A.    Yes.

16      Q.    Is it your understanding, generally

17  speaking, that that is a connector, something

18  sometimes people call a 30-pin connector?

19          MS. TAYLOR:  Objection; it's vague

20  and ambiguous, lacks foundation.

21          THE WITNESS:  As best as I can tell

22  in this photograph, that's what I would guess

23  that it is.

24  BY MR. ZELLER:

25      Q.    It's your best understanding based on

Confidential - Attorneys' Eyes Only

Page 114

1          THE WITNESS:  I don't recall.

2    BY MR. ZELLER:

3        Q.    If you don't recall, then how do you

4    recall if you contributed anything?

5          MS. TAYLOR:  Objection; that's overly

6    argumentative.

7             You can answer, if you can.

8             Calls for a legal conclusion as well.

9          THE WITNESS:  I was there through the

10   process.

11   BY MR. ZELLER:

12       Q.    Well, you participated in the

13   process, but my question is:  Is did you

14   contribute something to this design?

15         MS. TAYLOR:  Asked and answered,

16   calls for a legal conclusion, lacks foundation.

17            THE WITNESS:  I don't recall exactly

18   what.

19   BY MR. ZELLER:

20       Q.    What, generally, did you contribute?

21         MS. TAYLOR:  Asked and answered,

22   calls for a legal conclusion, asked -- lacks

23   foundation.

24            THE WITNESS:  I don't know.

25   ///

Confidential - Attorneys' Eyes Only

Page 115

1    BY MR. ZELLER:

2        Q.    Is there anything you can point to

3    whether it -- in the most general terms, that

4    you, yourself, contributed to this design that's

5    shown here in the '889 design patent?

6            MS. TAYLOR:  Calls for a legal

7    conclusion, lacks foundation.

8            THE WITNESS:  No.

9    BY MR. ZELLER:

10       Q.    Can you tell me what any of the other

11   named inventors contributed to this design

12   that's shown here in the '889 patent?

13           MS. TAYLOR:  Calls for a legal

14   conclusion, lacks foundation, calls for

15   speculation.

16           THE WITNESS:  No.

17   BY MR. ZELLER:

18       Q.    Is the design that's shown here in

19   the '889 design patent the design of the iPad?

20           MS. TAYLOR:  Calls for a legal

21   conclusion, also lacks foundation, calls for

22   speculation, it's vague and ambiguous.

23           THE WITNESS:  I don't know.

24   BY MR. ZELLER:

25       Q.    Is the design that's shown here in

Confidential - Attorneys' Eyes Only

1  the '889 design patent the iPad 2 design?

2          MS. TAYLOR:  Same objections; legal

3  conclusion, speculation, lacks foundation, vague

4  and ambiguous.

5          THE WITNESS:  I don't know.

6  BY MR. ZELLER:

7      Q.    Did Apple ever manufacture or produce

8  a product that looks like the design that's

9  shown here in the '889 design patent?

10         MS. TAYLOR:  It's vague and

11  ambiguous, calls for speculation, lacks

12  foundation.

13         THE WITNESS:  I don't know.

14  BY MR. ZELLER:

15     Q.    I'm going to show you what was

16  previously marked as Exhibit 6, which is a copy

17  of United States Design Patent 593,087.

18         And please let me know when you've

19  had a chance to look at the '087 design patent.

20     A.    Okay.

21         Okay.

22     Q.    Prior to the time that you became

23  aware that there was a dispute between Samsung

24  and Apple, did you see the '087 design patent?

25     A.    Don't recall.

Confidential - Attorneys' Eyes Only

1      Q.    You'll see that you're named as an

2  inventor on the '087 design patent.

3      A.    Yes.

4      Q.    Please tell me, as an inventor on the

5  '087 design patent, what was new or original

6  about the design that's shown here on this

7  patent --

8            MS. TAYLOR:  Calls for --

9  BY MR. ZELLER:

10     Q.    -- as of the time that it was

11  invented?

12           MS. TAYLOR:  Calls for a legal

13  conclusion, calls for speculation, lacks

14  foundation, it's vague and ambiguous.

15           THE WITNESS:  I don't know.

16  BY MR. ZELLER:

17     Q.    How was the design shown in the '087

18  design patent different, in any way, from

19  designs that were already in existence for

20  electronic devices as of the time that the '087

21  design was invented?

22           MS. TAYLOR:  Calls for a legal

23  conclusion, calls for speculation, lacks

24  foundation, vague and ambiguous, and compound.

25           THE WITNESS:  I don't know.