# EXHIBIT 44

Highly Confidential - Attorneys' Eyes Only

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5     APPLE INC., a California          )

6     Corporation,                      )

7              Plaintiff,               )

8     vs.                               ) No. 11-CV-01846-LHK

9     SAMSUNG ELECTRONICS CO., LTD,     )

10    a Korean business entity;         )

11    SAMSUNG ELECTRONICS AMERICA,      )

12    INC., a New York corporation;     )

13    SAMSUNG TELECOMMUNICATIONS        )

14    AMERICA, LLC, a Delaware          )

15    limited liability company,        )

16              Defendants.             )

17                                      )

18

19      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

20        VIDEOTAPED DEPOSITION OF EUGENE WHANG

21             THURSDAY, OCTOBER 27, 2011

22

23

24    REPORTED BY:

25    JANIS JENNINGS, CSR 3942, CLR, CCRR

Highly Confidential - Attorneys' Eyes Only

Page 57

1    exactly if that -- if this button only just took the

2    user back home; but, for instance now, you know, the

3    home button activates CRE or you can -- you know, if

4    you double click it, it will activate iTunes.  It

5    has a lot of other functions as well, but I don't

6    recall when those other functions were mapped onto

7    the home button as well.

8    BY MS. NEILL:

9        Q.    So looking now at the large rectangular

10   feature that's indicated with dashed lines on this

11   drawing on the front here, which may be referred to

12   as a "screen," what is the function of that?

13           MR. HUNG:  Objection.  Assumes facts.

14   Calls for a legal conclusion.

15           THE WITNESS:  Are you talking about this

16   dashed line here (indicating)?

17   BY MS. NEILL:

18       Q.    Yes.

19       A.    I mean, again, I'm not an expert at

20   reading patent drawings, but to me as a designer

21   this would indicate where the active area of a

22   screen would be.

23       Q.    And you'll notice that the device appears

24   to have four rounded corners.

25           MR. HUNG:  Objection.  The document speaks

Highly Confidential - Attorneys' Eyes Only

Page 58

1    for itself.  Calls for a legal conclusion.

2              You can answer.

3              THE WITNESS:  Yeah, you can -- I guess you

4    can refer to them as "rounded corners," but we would

5    just kind of refer to this entire thing as its

6    profile.

7    BY MS. NEILL:

8        Q.    So how would you refer to the corners of

9    this device?

10       A.    We could refer to them as "corner

11   splines."  Spline, s-p-l-i-n-e.

12       Q.    Was there any reason -- or strike that.

13             Is there any reason that the corners are

14   rounded?

15             MR. HUNG:  Objection.  Calls for a legal

16   conclusion.  Calls for an expert opinion.

17             THE WITNESS:  I can't recall the specifics

18   of any particular reason, but the rounded corners

19   can serve many purposes.

20   BY MS. NEILL:

21       Q.    Can you name --

22       A.    Or the rounded splines.

23       Q.    Okay.  Can you name some of the purposes

24   that the rounded splines might serve?

25       A.    Yeah.  The corner splines and the size

Highly Confidential - Attorneys' Eyes Only

Page 59

1    that they are can make the product and the shape

2    appear more friendly.  The -- what happens with the

3    rear surface also is somewhat in tune with -- and

4    governed by what those corner splines are.

5             Because the surface on the back and the

6    way it kind of wraps around is highly sensitive to

7    what size those actual like radiuses would be so it

8    affects the rear surface as well.  It can be more

9    comfortable against the ear or in the hands.  It's

10   also visually more lightweight.  Yeah, those are

11   some of the examples.

12        Q.    Okay.  Can you think of any other specific

13   reasons?

14        A.    I mean, we just -- I think we arrived

15   there because we thought it looked good and we felt

16   happy with the appearance.

17             MR. HUNG:  We're just going to get him

18   water.  You can go ahead.  Erika will get it.

19   BY MS. NEILL:

20        Q.    So the next feature I would like to direct

21   your attention to is sort of the oval or elongated,

22   maybe pill-shaped that's above that -- what we were

23   earlier referring to as the screen shape.

24        A.    Okay.

25        Q.    What is that?

Highly Confidential - Attorneys' Eyes Only

Page 60

1           MR. HUNG:  Objection.  Calls for a

2   legal conclusion.  Calls for an expert opinion.

3   Foundation.

4           THE WITNESS:  It appears to be a receiver

5   opening.

6   BY MS. NEILL:

7       Q.    And what kind of receiver?

8       A.    A receiver is just kind of what we call

9   it.  It's, you know, like the opening for you to

10  hear another person's voice or whatever sound may

11  be coming out of there when you're on a phone call.

12      Q.    And is there any reason why it's

13  positioned where it is on the overall device?

14          MR. HUNG:  Objection.  Foundation.

15  Calls for a legal conclusion.  Calls for an expert

16  opinion.

17          THE WITNESS:  We -- you know, we tried it

18  in many positions and this is where we felt that it

19  just seems to look most comfortable.

20  BY MS. NEILL:

21      Q.    And when you were designing this -- or

22  coming up with this design, was there ever any

23  feedback or information that you received from

24  engineers?

25      A.    Just in general with the product in

Highly Confidential - Attorneys' Eyes Only

Page 71

1    Q.    Can you explain what those are.

2    A.    Yep.  The far left one seems to be some

3    kind of power connector.  Beside that is a

4    FireWire A, I believe, and beside that is a USB and

5    then an audio jack.

6    Q.    And was that prototype ever a working

7    prototype, to your knowledge?

8          MR. HUNG:  Objection.  Vague.

9          THE WITNESS:  To my knowledge, no.

10   BY MS. NEILL:

11   Q.    And if you could pick up the other one,

12   please, and do the same, showing it to the camera.

13         Thank you.

14         And are there any ports or inputs on that

15   device?

16   A.    It seems like two.

17   Q.    Okay.  Can you describe them for me,

18   please.

19   A.    Yeah.  The top right seems to be a

20   headphone jack or audio in/out, and on the very

21   bottom is a 30-pin.

22   Q.    And to your knowledge, was that a working

23   prototype that you're holding?

24         MR. HUNG:  Objection.  Vague.

25         THE WITNESS:  To my -- to my knowledge,

Highly Confidential - Attorneys' Eyes Only

Page 72

1    no.

2    BY MS. NEILL:

3       Q.    And do you know if there was ever a

4    working Q79 prototype of -- that reflect either of

5    the designs shown in front of you?

6       A.    I can't recall.

7             MR. HUNG:  Objection.  Vague.

8    BY MS. NEILL:

9       Q.    Do you know when the first working tablet

10   prototype was made?

11            MR. HUNG:  Foundation.  Vague.

12            THE WITNESS:  I don't know.

13   BY MS. NEILL:

14      Q.    Do you have any approximation?

15      A.    No.

16      Q.    Do you know if it was before or after the

17   time that these prototypes were made?

18            MR. HUNG:  Same objections.

19            THE WITNESS:  I don't recall.

20   BY MS. NEILL:

21      Q.    All right.  So what I am going to give you

22   now is United States Design Patent 504,889, which

23   was previously marked as Exhibit 8.

24            Take a look at the patent.

25      A.    Okay.

Highly Confidential - Attorneys' Eyes Only

Page 73

1      Q.     Can you please turn to figure 2.

2             And you'll see there on figure 2 along one

3   edge of the device there seems to be a small, round

4   port.

5      A.     Yep.  There seems to be a little dotted --

6   some kind dotted line running around.

7      Q.     Uh-huh.  Okay.  And then on the other edge

8   of the device that you can see in that same drawing,

9   there appears to be a rectangular type of port.

10     A.     Yes.

11     Q.     Okay.  And can you please refer to

12  figure 6 as well.

13            And I'm sorry.  If you look at the first

14  page of the patent, it indicates that figure 6 is a

15  right-side view.

16     A.     Okay.

17     Q.     And can you see, again, the round feature

18  on figure 6?

19     A.     Yes.

20     Q.     And on figure 8 -- which is a lower side

21  view, according to the first page of the patent --

22  can you see that there is a rectangular feature

23  along that edge?

24     A.     Yes.

25     Q.     Is the design depicted in this patent

Highly Confidential - Attorneys' Eyes Only

Page 74

1    reflected in one of the two devices in front of you?

2              MR. HUNG:  Objection.  Vague.  Foundation.

3    Calls for a legal conclusion.  Calls for an expert

4    opinion.

5              THE WITNESS:  There doesn't seem to be

6    enough information in the drawings to -- for me to

7    say if it's -- if it's representative of one of

8    these.  There are some similarities, but, you know,

9    there's -- there's also differences.

10   BY MS. NEILL:

11       Q.    So the -- let's just take the one that is

12   closest to you, the mockup that is sitting closest

13   to you, the prototype.

14       A.    Okay.

15       Q.    Is that different from the design that is

16   pictured in these drawings?

17             MR. HUNG:  Objection.  Vague.

18             THE WITNESS:  To me, yes, they appear to

19   be different.

20   BY MS. NEILL:

21       Q.    What differences do you notice?

22       A.    Well, in figure 1 and from my view, in the

23   mockup there's a perimeter kind of vent detail.

24   That isn't depicted here, from what I can see.

25             Also, with this drawing, I can't really

Highly Confidential - Attorneys' Eyes Only

Page 75

1    tell what the -- what the surface is -- what the

2    surface quality or the finish or what the material

3    intent is, so I can't -- I can't really point to any

4    other kind of details.

5         Q.    If you will take a look for a second at

6    figure 2, please.

7         A.    Okay.

8         Q.    You will see in figure 2, which is a

9    bottom perspective view, that there are a series of

10   diagonal lines.

11        A.    Yes.

12        Q.    What do those represent?

13              MR. HUNG:  Objection.  Foundation.

14              THE WITNESS:  I don't -- I don't know.

15   BY MS. NEILL:

16        Q.    If you please turn to figure 4, which is a

17   bottom view.  Are those lines present?

18        A.    Of the same lines as in the last figure?

19        Q.    Yes.  As in figure 2.

20        A.    It doesn't appear -- they don't appear to

21   be there.

22        Q.    Do you know why they're not there?

23        A.    No.

24        Q.    And going back to the lines that are in

25   figure 2, do you have under- -- any understanding as

Highly Confidential - Attorneys' Eyes Only

Page 76

1   to what those lines may reflect?

2       A.    No.

3       Q.    In figure 1, do you also see a series of

4   diagonal lines?

5       A.    Yes.

6       Q.    Do you have any understanding as to what

7   those lines may reflect?

8       A.    No, I don't.

9       Q.    In figure 1 again, to bring your attention

10  to that, you can see around the front of the device

11  there appears to be a line, basically the perimeter

12  of the front, that appears to be thicker along

13  the -- the way I'm looking at it, it would be the

14  left edge and the bottom edge.

15      A.    Okay.

16      Q.    Do you see that line?

17      A.    I mean, I see a line that gets -- that

18  starts off around here as one thickness, and then

19  down on the bottom edge, it kind of goes thicker.

20      Q.    Uh-huh.

21      A.    Yep.

22      Q.    Do you think it's possible that that line

23  depicts the vent?

24            MR. HUNG:  Objection.  Calls for

25  speculation.  Calls for a legal conclusion.  Calls

Highly Confidential - Attorneys' Eyes Only

Page 77

1    for an expert opinion.

2            THE WITNESS:  To me, when I see this

3    drawing, I -- I don't see the vent detail.

4    BY MS. NEILL:

5        Q.    Do you have any understanding at all of

6    what the thicker line might represent?

7        A.    No, I don't.

8        Q.    And turning to figure 9, this depicts a

9    person holding the device.

10       A.    Okay.

11       Q.    Along the top edge of the device, the

12   farthest away from the person who is holding it, do

13   you see that that edge appears to be wedge-shaped?

14           MR. HUNG:  Objection.  The document speaks

15   for itself.

16           THE WITNESS:  I don't see that.

17   BY MS. NEILL:

18       Q.    Do you see that the -- the top edge

19   appears to taper towards the -- as the person is

20   holding it towards the left edge of the top?

21           MR. HUNG:  Objection.  The document speaks

22   for itself.

23           THE WITNESS:  Do you think you can just

24   kind of point to --

25   BY MS. NEILL:

Highly Confidential - Attorneys' Eyes Only

Page 78

1      Q.     So I'm pointing to the top edge away --

2    farthest away from him --

3      A.     Okay.

4      Q.     -- and that it tapers along this line --

5      A.     Yeah.  Yeah.

6      Q.     -- so that this area appears as a wedge.

7      A.     Right.

8             MR. HUNG:  Objection.  The document speaks

9    for itself.  Assumes facts.

10   BY MS. NEILL:

11     Q.     Do you have any understanding of why that

12   appears to be wedge-shaped?

13            MR. HUNG:  Objection.  Assumes facts.

14            THE WITNESS:  I don't.  To me, it just

15   looks like whoever drew it just got their

16   perspective wrong.

17   BY MS. NEILL:

18     Q.     And also along the front perimeter of the

19   front face of the device, there appears to be a

20   darker line, or heavier line.

21     A.     Yeah, there appears to be a slightly

22   thicker line.

23     Q.     And do you have any understanding of what

24   that represents?

25     A.     No.

Highly Confidential - Attorneys' Eyes Only

Page 79

1    Q.    And just -- if will turn to the first page

2   of this patent, you will see that you are listed as

3   an inventor on this patent.

4    A.    Yes.

5    Q.    And what did you contribute to the design

6   depicted in this patent?

7    A.    Like I said before, just, you know --

8   specifically it's hard to pick out any kind of

9   detail or specific thing.  You know, we all worked

10  on this together, so, you know, we all kind of

11  equally contributed to the design.

12   Q.    And do you know when this design was first

13  conceived of?

14   A.    No, I don't.

15   Q.    Okay.  And do you know when it was first

16  put down in a written form?

17   A.    No.

18   Q.    Did you create any of the figures in this

19  patent?

20   A.    No, I didn't.

21   Q.    Do you know who did?

22   A.    No, I do not.

23   Q.    Did you ever meet with anyone regarding

24  whether or not you were an inventor of this patent?

25   A.    I can't recall.