KARL OLSON (SBN 104760)
kolson@rocklawcal.com
XINYING VALERIAN (SBN 254890)
xvalerian@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorneys for Third-Party REUTERS AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING VARIOUS THIRD PARTY MOTIONS TO SEAL**<br><br>Date:　　July 27, 2012<br>Time:　　3:00 p.m.<br>Place:　　Courtroom 1, 5th Floor<br>**Judge:　Hon. Lucy H. Koh** |

　　The Court has reviewed various third party motions to seal and Reuters America LLC's opposition thereto. Having read and considered the motions and opposition, the Court hereby DENIES the third party motions to seal (Document Numbers 1328, 1340, 1334, 1376 and 1378) for the reasons outlined in Reuters' opposition. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1182-83 (9th Cir. 2006) [judge need not document compelling reasons to unseal; rather the proponent of sealing bears the burden and a failure to meet that burden means the default posture of public access prevails; non-party's reliance upon protective order is unreasonable and is not a compelling reason that rebuts the presumption of access].

　　IT IS SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　Northern District of California

1
2
3   N:\docs\1273-02\OppThirdPartyMotsSeal3-PropOrd.doc
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28