# EXHIBIT 50

Highly Confidential - Attorneys' Eyes Only

Page 1

1       IN THE UNITED STATES DISTRICT COURT
2            OF NORTHERN CALIFORNIA
3              San Jose Division
4          Case No. 11-CV-846 LHK
5    _____
6    APPLE, INCORPORATED,                      )
7                              Plaintiff,      )
8         v.                                   )
9    SAMSUNG ELECTRONICS COMPANIES,            )
10   et al,                                    )
11                             Defendants.     )
12   _____)
13
14       H I G H L Y   C O N F I D E N T I A L
15            * ATTORNEYS' EYES ONLY *
16
17          DEPOSITION OF PETER BRESSLER
18
19                Washington, D.C.
20                 April 24, 2012
21
22
23
24   Reported by:  Mary Ann Payonk, RDR-CRR
25   Job No. 48797

Highly Confidential - Attorneys' Eyes Only

Page 151

| | | |
|---|---|---|
| 1 | to be confused between Apple devices and | 02:15 |
| 2 | Samsung devices? | 02:15 |
| 3 | A.   I don't believe I've opined on | 02:15 |
| 4 | anything in -- about trade dress other than the | 02:15 |
| 5 | functionality of Apple's trade dress. | 02:15 |
| 6 | Q.   So if I understand you correctly, the | 02:15 |
| 7 | only expert opinion you're offering in this | 02:15 |
| 8 | case as it pertains to trade dress is the lack | 02:15 |
| 9 | of functionality of Apple's trade dress. | 02:15 |
| 10 | A.   I believe that's correct.  I can | 02:16 |
| 11 | check my report. | 02:16 |
| 12 | Q.   Please do, because I want to make | 02:16 |
| 13 | sure I have a full understanding of the scope | 02:16 |
| 14 | of your opinion on trade dress. | 02:16 |
| 15 | A.   I believe I have limited my opinions | 02:17 |
| 16 | to the -- to the functionality of Apple's trade | 02:17 |
| 17 | dress -- | 02:17 |
| 18 | Q.   Are you offering -- | 02:17 |
| 19 | A.   -- in the iPhones and the iPads. | 02:17 |
| 20 | Q.   I'm sorry.  I didn't mean to cut you | 02:18 |
| 21 | off. | 02:18 |
| 22 | A.   In the phones and the iPad. | 02:18 |
| 23 | Q.   Are you offering an expert opinion in | 02:18 |
| 24 | this case about similarity or claimed | 02:18 |
| 25 | similarity between Apple's claimed trade dress | 02:18 |

```
                                                    Page 152
1    in any Samsung devices?                        02:18
2         A.    I do not believe so.  I believe the 02:18
3    only opinion I have expressed in my report is  02:18
4    about the functionality or lack thereof of     02:18
5    Apple's trade dress.                           02:18
6         Q.    Then, focusing on your opinion as to 02:18
7    the lack of functionality of Apple's claimed   02:18
8    trade dress -- first let me ask you, Please    02:18
9    tell me what your understanding is of the      02:18
10   standard that you applied to determine whether 02:18
11   or not a trade dress or a trade dress element  02:18
12   was functional.                                02:19
13        A.    In short form, I believe I reviewed 02:20
14   whether the design yields a utilitarian        02:20
15   advantage, whether alternative designs were    02:20
16   available, whether advertising touted          02:20
17   utilitarian advantages of the design, whether  02:20
18   the particular design resulted from a          02:20
19   comparatively simple or inexpensive method of  02:20
20   manufacture.  I also reviewed alternative      02:20
21   embodiment to determine if the visual elements 02:20
22   of trade dress were functional.                02:20
23        Q.    What do you mean by you reviewed    02:20
24   alternative embodiments to determine if the    02:20
25   visual elements of the trade dress were        02:20
```

Highly Confidential - Attorneys' Eyes Only

Page 153

| | | |
|---|---|---|
| 1 | functional? | 02:20 |
| 2 | A.   Meaning if there were alternative | 02:20 |
| 3 | designs that performed the same function, then | 02:20 |
| 4 | they would not be considered functional, | 02:21 |
| 5 | dictated by function. | 02:21 |
| 6 | Q.   Is that different than the | 02:21 |
| 7 | alternative design standard you mentioned? | 02:21 |
| 8 | A.   No. | 02:21 |
| 9 | Q.   It's the same thing? | 02:21 |
| 10 | A.   Same thing. | 02:21 |
| 11 | Q.   What did you do in order to determine | 02:21 |
| 12 | whether the claimed Apple trade dress or any | 02:21 |
| 13 | element of the claimed Apple trade dress | 02:21 |
| 14 | yielded a utilitarian advantage? | 02:21 |
| 15 | A.   I reviewed competitive phones to | 02:21 |
| 16 | determine whether there was anything in the | 02:21 |
| 17 | appearance and function of the phone that | 02:21 |
| 18 | was -- that had a utilitarian advantage over | 02:21 |
| 19 | other phones. | 02:22 |
| 20 | Q.   And did you do anything else to | 02:22 |
| 21 | determine that? | 02:22 |
| 22 | A.   No, I don't believe so. | 02:22 |
| 23 | Q.   Please tell me everything you did as | 02:22 |
| 24 | part of this review of competitive phones that | 02:22 |
| 25 | you just described. | 02:22 |

Highly Confidential - Attorneys' Eyes Only

Page 154

1    A.    Throughout my report, I reviewed a          02:22
2  number of phones and compared their                 02:23
3  functional -- the appearance of their               02:23
4  functionality.  And in my report -- let's see,      02:23
5  16 and 17.                                          02:23
6           In my report, I worked against the         02:24
7  various visual elements that were identified in     02:24
8  the Apple patents and compared them to existing     02:24
9  phones to determine whether there were              02:24
10 alternative appearances that performed similar     02:24
11 functions.                                          02:24
12   Q.    Did you do anything else as part of         02:24
13 this review we're discussing?                       02:24
14   A.    I seem to have lost my place.               02:24
15          I also reviewed the depositions of         02:26
16 Apple designers in which they identified that       02:26
17 Apple had considered alternative designs and        02:26
18 were perfectly capable of executing them and        02:26
19 had decided upon the current design for             02:26
20 aesthetic reasons.                                  02:26
21   Q.    My question is:  Other than what            02:26
22 you've described, did you do anything else as       02:26
23 part of your review of competitive phones that      02:26
24 you talked about?                                   02:26
25   A.    I'm not sure I understand your              02:26