# EXHIBIT 52

Page 1

1         IN THE UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4

APPLE, INC., a California
5  corporation,
6
7                      Plaintiff,
8
      -vs-                         No. 11-CV-01846-LHK
9

SAMSUNG ELECTRONICS CO., LTD.,
10 a Korean business entity; et al.,
11                     Defendants.
12
13         VIDEOTAPED DEPOSITION OF MICHAEL TCHAO
14            CONFIDENTIAL - ATTORNEYS' EYES ONLY
15                 REDWOOD SHORES, CALIFORNIA
16                 TUESDAY, FEBRUARY 21, 2012
17
18
19
20
21 Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575
22           Certified LiveNote Reporter
23 Job # 46145
24
25

Confidential Attorneys' Eyes Only

Page 65

| | | |
|---|---|---|
| 1 | Q. Any other negative feedback from the consumer | 11:19 |
| 2 | research reports regarding the original iPad? | 11:19 |
| 3 | A. Other than the ones we've already discussed, | 11:19 |
| 4 | no, not that I can recall. | 11:19 |
| 5 | Q. I asked you about consumer feedback from the | 11:20 |
| 6 | consumer research -- from the consumer research | 11:20 |
| 7 | reports regarding iPad 2 and you've listed a number of | 11:20 |
| 8 | things that sounded like they were -- it was negative | 11:20 |
| 9 | feedback. | 11:20 |
| 10 | I want to ask you specifically about iPad 2, | 11:20 |
| 11 | what do you recall from the consumer research reports | 11:20 |
| 12 | regarding positive feedback regarding iPad 2? | 11:20 |
| 13 | A. Again, with iPad 2, some of the same things | 11:20 |
| 14 | that consumers -- iPad 1 users were positive about | 11:20 |
| 15 | were similarly positive for iPad 2. | 11:21 |
| 16 | Big beautiful screen, thin, light, portable, | 11:21 |
| 17 | easy and fun to use. Recent survey discussed that | 11:21 |
| 18 | iPad -- iPad 2 users saw their iPads as their | 11:21 |
| 19 | preferred device for doing many tasks including | 11:21 |
| 20 | checking e-mail and web browsing and using apps. | 11:21 |
| 21 | Q. Any other positive feedback from the consumer | 11:21 |
| 22 | research reports that you recall regarding iPad 2? | 11:21 |
| 23 | A. I think the variety and quality of apps was | 11:22 |
| 24 | mentioned by a number of consumers as positive. | 11:22 |
| 25 | Q. Anything else? | 11:22 |

Confidential Attorneys' Eyes Only

Page 66

| | | |
|---|---|---|
| 1 | A. That's what I can recall. | 11:22 |
| 2 | Q. With respect to iPad 2, do you recall any | 11:22 |
| 3 | consumer feedback concerning the size of the product? | 11:23 |
| 4 | A. Again, size, weight, thinness were all | 11:23 |
| 5 | discussed as positive attributes of the product. | 11:23 |
| 6 | Q. Do you recall any feedback about iPad 2 being | 11:23 |
| 7 | comfortable to hold? | 11:23 |
| 8 | A. Yes. | 11:23 |
| 9 | Q. What do you recall -- | 11:23 |
| 10 | A. I believe in some of the verbatims, customers | 11:23 |
| 11 | discussed about iPad 2 being comfortable to hold. | 11:23 |
| 12 | Q. What do you recall about that? | 11:23 |
| 13 | A. Just that. | 11:23 |
| 14 | Q. Did they attribute the comfort to hold to | 11:23 |
| 15 | anything in particular? | 11:23 |
| 16 | A. Other than that the iPad 2 was comfortable to | 11:23 |
| 17 | hold and that was a positive attribute of the product. | 11:24 |
| 18 | Q. Do you think the iPad 2 is comfortable to | 11:24 |
| 19 | hold? | 11:24 |
| 20 | A. Yes, I believe the iPad 2 is comfortable to | 11:24 |
| 21 | hold. | 11:24 |
| 22 | Q. What do you attribute that to? | 11:24 |
| 23 | A. I believe both the physical design of the | 11:24 |
| 24 | product, the weight of the product. | 11:24 |
| 25 | Q. Anything else? | 11:24 |

1   A.  I think that would be -- those would                11:24
2   encompass it.                                           11:24
3   Q.  What about the physical design of the product       11:24
4   makes it comfortable to hold?                           11:24
5   A.  The shape of the back housing, the area of          11:24
6   the -- around the screen, the bezel around the screen,  11:24
7   the weight of the product and the distribution of that  11:24
8   weight, the balance of the product.                     11:24
9   Q.  Anything else?                                      11:24
10  A.  The materials that the product is made of.          11:25
11  Q.  Would your answer be the same if I asked you        11:25
12  the same question about the original iPad?              11:25
13  A.  Yes.                                                11:25
14  Q.  What is it about the bezel -- first of all,         11:25
15  when you say "bezel," what are you referring to?        11:25
16  A.  In this particular respect, the bezel I'm           11:25
17  referring to the black area or the -- around the        11:25
18  screen, that is the -- the area around the screen, I    11:25
19  guess is probably the best way to describe it.          11:25
20  Q.  The black border that surrounds the active          11:25
21  area of the screen?                                     11:25
22  A.  That's correct.                                     11:25
23  Q.  What is it about that black border around the       11:25
24  active area of the screen that in your view adds to     11:25
25  the comfort to holding the iPad?                        11:25

Confidential Attorneys' Eyes Only

Page 68

| | | |
|---|---|---|
| 1 | A. It provides an area for your hand to rest | 11:25 |
| 2 | without activating the screen while you're holding the | 11:25 |
| 3 | device. | 11:26 |
| 4 | Q. What is it about the what you refer to as the | 11:26 |
| 5 | housing -- first of all, when you say the housing of | 11:26 |
| 6 | the device, what are you referring to? | 11:26 |
| 7 | A. I'm referring specifically to what also might | 11:26 |
| 8 | be called the back case of the product, the -- in the | 11:26 |
| 9 | case of iPad and iPad 2, the aluminum enclosure that | 11:26 |
| 10 | makes up the back of the product. | 11:26 |
| 11 | Q. What is it about the shape of the housing | 11:26 |
| 12 | that makes the iPad easy to hold, in your view? | 11:26 |
| 13 | A. The curve of the housing, so no sharp areas | 11:26 |
| 14 | contact your hand, the smooth contour of it, and | 11:26 |
| 15 | texture of the material that makes it easy to hold on | 11:27 |
| 16 | to. | 11:27 |
| 17 | Q. Does the rectangular shape of the iPad | 11:27 |
| 18 | contribute to the ease with which it can be held? | 11:27 |
| 19 | MS. TAYLOR: Objection, it's vague. | 11:27 |
| 20 | THE WITNESS: Does the -- could you repeat | 11:27 |
| 21 | the question again? I'm sorry. | 11:27 |
| 22 | BY MR. KIDMAN: | 11:27 |
| 23 | Q. Sure. Would you agree that the general shape | 11:27 |
| 24 | of the iPad is rectangular? | 11:27 |
| 25 | A. The iPad and iPad 2 are rectangular in shape, | 11:27 |

Confidential Attorneys' Eyes Only

Page 69

1    yes.                                                          11:27
2        Q.  Do you think that rectangular shape                   11:27
3    contributes to the ease with which it can be held?            11:27
4            MS. TAYLOR:  Objection, it's vague.                   11:27
5            THE WITNESS:  I believe the shape of the iPad         11:27
6    does contribute to its being easy to hold.                    11:27
7    BY MR. KIDMAN:                                                11:27
8        Q.  How about -- would you agree that both the            11:27
9    iPad and the iPad 2 have rounded corners?                     11:27
10       A.  By corners, what are you referring to?                11:27
11       Q.  If you look at the iPad sort of from the top          11:27
12   view, the corners appear rounded.                             11:28
13           Would you agree with that?                            11:28
14       A.  Yes, both iPad and iPad 2 feature rounded             11:28
15   corners if you look at it from the top down.                  11:28
16       Q.  As opposed to pointed corners?                        11:28
17       A.  Yes, as opposed to pointed corners.                   11:28
18       Q.  Do you think the rounded corners of the iPad          11:28
19   and the iPad 2 contribute to the ease with which it           11:28
20   can be held?                                                  11:28
21           MS. TAYLOR:  Objection, it's vague.                   11:28
22           THE WITNESS:  I'm not sure the rounded                11:28
23   corners contribute to it being easy to hold.                  11:28
24   BY MR. KIDMAN:                                                11:28
25       Q.  In your view, is there any advantage from a           11:28

Confidential Attorneys' Eyes Only

Page 70

| | | |
|---|---|---|
| 1 | user's point of view to having the rounded corners as | 11:28 |
| 2 | opposed to, say, pointed corners? | 11:28 |
| 3 | A.  I can certainly imagine that rounded corners | 11:28 |
| 4 | would be preferable to certain other shapes of corners | 11:28 |
| 5 | in a product like an iPad. | 11:29 |
| 6 | Q.  Why is that? | 11:29 |
| 7 | A.  Well, again, I have to compare it to | 11:29 |
| 8 | something specific in order to answer that question, | 11:29 |
| 9 | but as an example, if a corner of a product were made | 11:29 |
| 10 | to be sharp, it could be painful to hold. | 11:29 |
| 11 | Q.  Anything else that comes to mind? | 11:29 |
| 12 | A.  That's just a specific example. | 11:29 |
| 13 | Q.  Any other examples that come to mind? | 11:29 |
| 14 | A.  Not readily. | 11:29 |
| 15 | MR. KIDMAN:  Okay.  We need to take a break | 11:29 |
| 16 | to change the tape. | 11:29 |
| 17 | THE WITNESS:  Okay. | 11:29 |
| 18 | THE VIDEOGRAPHER:  This marks the end of disk | 11:29 |
| 19 | number 1 to the videotaped deposition of Michael | 11:29 |
| 20 | Tchao. | 11:29 |
| 21 | The time is 11:29 a.m., we are off the | 11:29 |
| 22 | record. | 11:29 |
| 23 | (Recess taken.) | 11:29 |
| 24 | THE VIDEOGRAPHER:  This marks the beginning | 11:40 |
| 25 | of disk number 2 to the videotaped deposition of | 11:40 |

Confidential Attorneys' Eyes Only

Page 71

1  Michael Tchao, the time is 11:40 a.m., we are back on    11:40
2  the record.    11:40
3  BY MR. KIDMAN:    11:40
4      Q.  In the consumer research reports that you've    11:40
5  seen, have you seen any consumer feedback, positive or    11:40
6  negative, on the rectangular shape of the iPad or the    11:40
7  iPad 2?    11:40
8      A.  Not specifically the rectangular shape.    11:40
9      Q.  When you say "not specifically the    11:40
10 rectangular shape," what do you mean?    11:40
11     A.  As I mentioned, the research does discuss    11:40
12 people having positive comments about the design, the    11:40
13 size of the product.    11:40
14         I don't believe the term rectangular shape is    11:40
15 in the research.    11:40
16     Q.  In the consumer research reports you've seen,    11:41
17 have you seen any consumer feedback on the rounded    11:41
18 corner of the iPad or iPad 2?    11:41
19     A.  Not specifically.    11:41
20     Q.  When you say "not specifically" --    11:41
21     A.  I can recall no specific mentions of rounded    11:41
22 corners in any of the consumer feedback that I've    11:41
23 read.    11:41
24     Q.  In the consumer research that you've seen,    11:41
25 have you seen any consumer feedback on the black    11:41

Confidential Attorneys' Eyes Only

Page 132

```
1    consumers?                                                  14:22
2         A.  Yes, we believe that it was for both iPad 1        14:22
3    and for iPad 2.                                             14:22
4         Q.  And why do you believe that to be an               14:22
5    important feature for consumers?                            14:22
6         A.  Because it speaks to its portability and           14:22
7    because of its small size, it's able to be taken from       14:22
8    place to place more easily.                                 14:23
9         Q.  A thinner tablet's easier to transport or          14:23
10   carry around, is that your understanding?  Do               14:23
11   consumers view it that way?                                 14:23
12        A.  Our belief is -- well, prior to the iPad,          14:23
13   tablet PCs were thick and heavy and so we wanted to         14:23
14   contrast iPad to those tablets, PCs that came before.       14:23
15        Q.  And what benefits are there to consumers from      14:23
16   the iPad being thinner than what came before it?            14:23
17             MS. TAYLOR:  Calls for speculation.               14:23
18             THE WITNESS:  Our belief was -- the reason        14:23
19   why we wanted to distinguish ourselves from those           14:23
20   tablet PCs was because we felt the thinner, lighter         14:23
21   iPad would be more portable and therefore be used in        14:23
22   more situations and -- more readily than previous           14:23
23   tablet PCs which had not seen much success.                 14:24
24   BY MR. KIDMAN:                                              14:24
25        Q.  Do you believe that the flat screen that           14:24
```

Page 133

| | | |
|---|---|---|
| 1 | covers the front face of the iPad is an important | 14:24 |
| 2 | feature to consumers? | 14:24 |
| 3 |     MS. TAYLOR:  Objection, it's vague. | 14:24 |
| 4 |     THE WITNESS:  I'm not sure I understand the | 14:24 |
| 5 | question. | 14:24 |
| 6 | BY MR. KIDMAN: | 14:24 |
| 7 |   Q.  Would you describe the iPad as having a flat | 14:24 |
| 8 | front surface? | 14:24 |
| 9 |   A.  Yes. | 14:24 |
| 10 |   Q.  And would you describe that flat front | 14:24 |
| 11 | surface as covering the front of the iPad? | 14:24 |
| 12 |     MS. TAYLOR:  Objection, it's vague. | 14:24 |
| 13 |     THE WITNESS:  Again, you're referring to what | 14:24 |
| 14 | aspect of the front?  The entire front or the screen | 14:25 |
| 15 | specifically?  I'm not sure I understand what you're | 14:25 |
| 16 | referring to. | 14:25 |
| 17 | BY MR. KIDMAN: | 14:25 |
| 18 |   Q.  How would you describe the front surface of | 14:25 |
| 19 | the iPad? | 14:25 |
| 20 |   A.  So the front surface of the iPad is a -- is a | 14:25 |
| 21 | piece -- a flat piece of glass. | 14:25 |
| 22 |   Q.  And would you describe that flat piece of | 14:25 |
| 23 | glass that makes up the front surface of the iPad as | 14:25 |
| 24 | an important feature to consumers? | 14:25 |
| 25 |     MS. TAYLOR:  Objection, it's vague. | 14:25 |

Confidential Attorneys' Eyes Only

Page 134

| | | |
|---|---|---|
| 1 | THE WITNESS: I'm not sure I know whether | 14:25 |
| 2 | it's an important feature to consumers. | 14:25 |
| 3 | BY MR. KIDMAN: | 14:25 |
| 4 | Q. Would you agree that the design of the iPad | 14:25 |
| 5 | defers to the screen? | 14:26 |
| 6 | MS. TAYLOR: Objection, vague. | 14:26 |
| 7 | THE WITNESS: I would say -- we have said and | 14:26 |
| 8 | I would say that the iPad is primarily screen. | 14:26 |
| 9 | BY MR. KIDMAN: | 14:26 |
| 10 | Q. And why is that? | 14:26 |
| 11 | A. Because in our design, we have stripped away | 14:26 |
| 12 | those other attributes -- those aspects of design and | 14:26 |
| 13 | function from the front of the device so that you just | 14:26 |
| 14 | can focus on the screen. | 14:26 |
| 15 | Q. And why do you want users to focus on the | 14:26 |
| 16 | screen? | 14:26 |
| 17 | A. Because on the iPad, they interact with their | 14:26 |
| 18 | information through the screen. | 14:27 |
| 19 | Q. Through the multi-touch features? | 14:27 |
| 20 | A. That's correct. | 14:27 |
| 21 | Q. So for that reason is it important to have a | 14:27 |
| 22 | large screen area? | 14:27 |
| 23 | MS. TAYLOR: Objection, it's vague. | 14:27 |
| 24 | THE WITNESS: There are multi-touch | 14:27 |
| 25 | devices -- in fact, we ship multi-touch devices that | 14:27 |

Confidential Attorneys' Eyes Only

Page 135

| | | |
|---|---|---|
| 1 | have smaller screens. | 14:27 |
| 2 | BY MR. KIDMAN: | 14:27 |
| 3 | Q. What would be an example of that? | 14:27 |
| 4 | A. The iPhone has a three and a half inch | 14:27 |
| 5 | screen, it's multi-touch. It was our first | 14:27 |
| 6 | multi-touch device. | 14:27 |
| 7 | Q. Does Apple do any research of competitive | 14:27 |
| 8 | product? | 14:28 |
| 9 | MS. TAYLOR: Objection, it's vague. | 14:28 |
| 10 | THE WITNESS: We do study competitive | 14:28 |
| 11 | products from time to time. | 14:28 |
| 12 | BY MR. KIDMAN: | 14:28 |
| 13 | Q. For what purpose? | 14:28 |
| 14 | A. There are a range of purposes that we look at | 14:28 |
| 15 | competitor products. | 14:28 |
| 16 | Q. And what would those reasons be? | 14:28 |
| 17 | A. One reason might be to answer questions that | 14:28 |
| 18 | the press might ask about our product relative to the | 14:28 |
| 19 | competition. | 14:29 |
| 20 | Q. Any others? | 14:29 |
| 21 | A. Another reason might be to determine what | 14:29 |
| 22 | features should be in future products or to benchmark | 14:29 |
| 23 | our product against other products. | 14:29 |
| 24 | Q. Any others? | 14:29 |
| 25 | A. Another reason might be to determine if a | 14:29 |