# EXHIBIT 54

Highly Confidential - Attorneys Eyes Only

Page 1

1                 UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    APPLE INC., a California
     corporation,

6

                    Plaintiff,

7

     vs.                           CASE NO.  11-cv-01846-LHK

8

     SAMSUNG ELECTRONICS CO.,

9    LTD., a Korean business
     entity; SAMSUNG ELECTRONICS

10   AMERICA,INC., a New York
     corporation; SAMSUNG

11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited

12   liability company,

13                 Defendants.
     _____/

14

15

16        H I G H L Y   C O N F I D E N T I A L

17        A T T O R N E Y S'  E Y E S   O N L Y

18

19     VIDEOTAPED DEPOSITION OF FLETCHER ROTHKOPF

20          REDWOOD SHORES, CALIFORNIA

21          WEDNESDAY, FEBRUARY 29, 2012

22

23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR

24   CSR LICENSE NO. 9830

25   JOB NO. 46055

Highly Confidential - Attorneys Eyes Only

Page 18

1    having on iPhones during the development phase.  I          09:29

2    won't be able to remember them all.  Developing a           09:29

3    product, there's hundreds of issues, so --                  09:29

4        Q   As you sit here, do you -- do you remember          09:29

5    any of those issues?                                        09:29

6        A   Sure.                                               09:29

7            Is there a specific type of technical issue         09:29

8    that you're -- you want me to try to remember or --         09:30

9        Q   No.  I'm just --                                    09:30

10       A   -- relating to any particular aspects?              09:30

11   Because, like I said, there are hundreds.                   09:30

12       Q   As you sit here, do you -- do you recall --         09:30

13   are there categories of issues that you -- that you         09:30

14   recall?                                                     09:30

15       A   Sure.                                               09:30

16       Q   What -- what are those categories of issues?        09:30

17       A   Cosmetic issues; manufacturing issues; design      09:30

18   issues; and related to manufacturing issues, cost --       09:30

19   cost control issues; and then -- and then issues that      09:30

20   are brought about trying to meet the industrial            09:30

21   design.  It kind of goes into the cosmetic issues          09:30

22   category.                                                   09:30

23       Q   With respect to any version of the iPhone,         09:31

24   what issues do you recall having been brought about by     09:31

25   trying to meet the industrial design?                      09:31

Highly Confidential - Attorneys Eyes Only

Page 19

| | | |
|---|---|---|
| 1 | A    Doing the white version of the iPhone was | 09:31 |
| 2 | challenging.  We had to pioneer a lot of -- a lot of | 09:31 |
| 3 | new things we weren't expecting that would be | 09:31 |
| 4 | difficult to make that product white. | 09:31 |
| 5 | More issues around the home button.  That's a | 09:31 |
| 6 | really big, big detail to our ID team, so getting that | 09:31 |
| 7 | perfect is -- is always tricky. | 09:31 |
| 8 | Issues around the detail, the finishing of | 09:31 |
| 9 | the bottom housings and the -- the cosmetic and | 09:31 |
| 10 | structural parts for the -- for the phone. | 09:31 |
| 11 | Q    Anything else? | 09:32 |
| 12 | A    Like I said, there are -- there are hundreds | 09:32 |
| 13 | of different individual issues.  Those are the main | 09:32 |
| 14 | ones that come to mind as far as things that were | 09:32 |
| 15 | truly challenging and/or were being talked about a lot | 09:32 |
| 16 | and took a lot of research just to solve. | 09:32 |
| 17 | Q    Any others that come to mind as you sit here? | 09:33 |
| 18 | A    No.  Those are the big ones. | 09:33 |
| 19 | Q    Any -- any smaller ones that come to mind as | 09:33 |
| 20 | you sit here? | 09:33 |
| 21 | A    Tiny details around how to finish the screws | 09:33 |
| 22 | on the outside of the product.  There are two screws | 09:33 |
| 23 | on the -- that the user can see on the outside of the | 09:33 |
| 24 | product.  Those were, again, a detail that the ID team | 09:33 |
| 25 | wanted to pay a lot of attention to.  And to an | 09:33 |

Highly Confidential - Attorneys Eyes Only

Page 20

1    engineer, a screw is normally just a screw.  But in      09:33

2    this case they were really tricky, expensive,           09:33

3    laborious.                                              09:33

4        Q    Anything else?                                 09:33

5        A    Small, small design details.  There were       09:34

6    issues on the phone.  That's all that comes to mind.    09:34

7        Q    Is there a white version of the iPod Touch?    09:34

8        A    There is.                                      09:34

9        Q    And did you encounter the same problems with   09:34

10   the white version of the iPod Touch that were           09:34

11   encountered with the white version of the iPhone?       09:34

12       A    Many of them.                                  09:34

13       Q    And what -- what were the -- what were the      09:34

14   challenges that you referred to doing the -- the white  09:34

15   version of the iPhone?                                  09:34

16       A    The main ones are making the -- the white ink  09:34

17   on the back of the glass opaque enough that light       09:35

18   doesn't shine through where you don't want it to shine  09:35

19   through, and making the sensors, particularly the       09:35

20   light-related sensors, like the ambient light sensor,   09:35

21   work properly, even though you have a much more         09:35

22   reflective surface around it than you did when you had  09:35

23   a black -- black ink.                                   09:35

24           Those are the big ones, but that -- that --     09:35

25   iPhone had paved the way, and those guys had resolved   09:35

Highly Confidential - Attorneys Eyes Only

Page 21

1   most of the technical issues, so we could roll their       09:35

2   findings into the iPod Touch.                              09:35

3       Q   Do you recall -- so -- so the two issues that      09:35

4   you identified for me, using the white ink -- or           09:36

5   getting the white ink on the back of the glass opaque      09:36

6   enough so light didn't shine through where you didn't      09:36

7   want it to shine through, and then also the issue with     09:36

8   the ambient light sensors with the more reflective         09:36

9   surface, those are -- those are challenges that --         09:36

10  that you had to deal with on the white version of the      09:36

11  iPod Touch?                                                09:36

12      A   Yes.                                               09:36

13      Q   Do you recall -- you had mentioned that            09:36

14  the -- a lot of the challenges had been addressed by       09:36

15  the folks doing the -- the white version of the            09:37

16  iPhone, and that they had paved the way for you.           09:37

17          Do you recall any of the challenges that the       09:37

18  folks doing the white version of the iPhone                09:37

19  challenged -- encountered -- I'm sorry -- encountered,     09:37

20  other than the two that you've just described for me?      09:37

21      A   Yes.                                               09:37

22      Q   What issues do you recall with respect to the      09:37

23  white version of the iPhone?                               09:37

24      A   Figuring out how to make the -- the white          09:37

25  plastic around the glass not stain.  For example, inks     09:37

Highly Confidential - Attorneys Eyes Only

Page 22

1   coming off of someone's clothes when the phone was in      09:37

2   their pocket staining the white plastic.                   09:37

3        We don't have a proximity sensor on the iPod          09:37

4   Touch, but they do on the phones, and getting that to      09:37

5   work through the white was also a challenge.               09:37

6        The appearance of the home button again in            09:38

7   white was a challenge.                                     09:38

8        Those -- those are the ones I remember that           09:38

9   the product design team specifically had to deal with.     09:38

10  Q   You referred to the -- the challenge of               09:38

11  getting the white ink on the back of the glass opaque      09:38

12  enough so that light didn't shine through where you        09:38

13  didn't want it to.                                         09:38

14       Where -- where is that -- where is that ink           09:39

15  on the back of the glass?  Is there an area that           09:39

16  you're referring to?                                       09:39

17  A   The ink is everywhere except for some                 09:39

18  specific locations.  One is where the screen is.  The      09:39

19  screen doesn't shine through ink.  And then there are      09:39

20  a few other discrete locations where there are no --       09:39

21  there is no ink or there's different types of ink.         09:39

22  The ambient light sensor lives where the proximity         09:39

23  sensor lives.  Obviously, there is no ink in the           09:39

24  receiver hole or the home button hole.                     09:39

25  Q   So other than those locations you described,           09:39

Highly Confidential - Attorneys Eyes Only

1   there's white -- white ink that's on the back of        09:39

2   the -- the glass cover of the iPhone?                    09:39

3      A   Right.  When you see white on the front of        09:39

4   the iPhone, that's the ink on the back of the glass.     09:39

5      Q   What's the purpose of that ink -- white ink       09:39

6   on the back of the glass?                                09:39

7      A   It's cosmetic.  It stops you from seeing all      09:39

8   the -- all the guts, if you will, on the inside of the   09:39

9   phone.                                                   09:40

10     Q   So if that -- if that ink weren't there, you      09:40

11  would see the components on the inside of the phone?     09:40

12     A   And you would see the glue on the back of the     09:40

13  glass that was holding it onto the product and the       09:40

14  not-pretty stuff.                                        09:40

15     Q   So what was the -- the issue, as you recall       09:40

16  it, with getting the white ink opaque -- opaque enough   09:40

17  so that light didn't shine through?                      09:40

18     A   The issue was that a given layer of white ink     09:40

19  at a given thickness did not have the opacity of that    09:40

20  same thickness of black ink.                             09:40

21     Q   And why -- why was that an issue?                 09:41

22     A   It's an issue because there are light sources     09:41

23  inside the product besides the active area of the        09:41

24  display, and you don't want those to shine through the   09:41

25  ink.  So the LEDs that light the back light for the      09:41

Highly Confidential - Attorneys Eyes Only

Page 24

1    display, those leak some undesired light, and you        09:41

2    don't want to be able to see that from the outside of    09:41

3    the product.                                              09:41

4        Q   So the -- the -- the -- what was it about the    09:41

5    white ink that made that more of a challenge than --     09:41

6    than black -- the black ink --                           09:41

7        A   It was --                                        09:41

8        Q   -- that was used on, I guess, the black          09:41

9    versions of the -- of the iPhone?                        09:41

10       A   -- it was the lower opacity.  So for a given     09:42

11   intensity of stray light source, you'll be able to see   09:42

12   that more easily from the outside of the product with    09:42

13   a given thickness of white ink versus black ink.         09:42

14       Q   And is -- is that -- well, could that issue      09:42

15   be resolved just by using more than one -- using         09:42

16   additional layers of the -- of the white ink?            09:42

17       A   That's one of the ways that that's resolved.     09:42

18       Q   How -- how was this issue resolved?              09:42

19       A   A combination -- a combination of factors:       09:42

20   More white ink, as you said; printing different colors   09:42

21   of ink that were more opaque behind the white ink; and   09:43

22   I believe there was some amount of reformulation of      09:43

23   the white ink to make it more opaque for a given         09:43

24   thickness.  I wasn't directly involved in that           09:43

25   chemistry.                                               09:43

Highly Confidential - Attorneys Eyes Only

Page 25

1    Q    Are there -- were there any manufacturing      09:43

2    issues surrounding the -- the use of the white ink?   09:43

3    A    Yes.                                            09:43

4    Q    What were the -- the manufacturing issues?     09:43

5    A    The main one that my team was directly          09:44

6    dealing with -- and when I say "my team," I mean the   09:44

7    product design team -- is every time you print a layer   09:44

8    of ink, there's some fallout for that step.  So the   09:44

9    more layers you add, the more fallout you have.  So    09:44

10   it's a -- it's a yield-related process issue to print   09:44

11   more layers.                                         09:44

12   Q    Any other manufacturing issues in connection    09:44

13   with using the white ink on the white version of the   09:44

14   iPhone?                                              09:44

15   A    Yes.                                            09:44

16   Q    What -- what other manufacturing issues?        09:44

17   A    Laminating a touch sensor to the -- to the      09:44

18   back of the glass is more challenging when the ink is   09:44

19   thicker.                                             09:44

20   Q    Any others?                                     09:45

21   A    Not that I can think of directly relating to    09:45

22   the -- the white ink.                                09:45

23   Q    You mentioned that one of the manufacturing     09:45

24   issues with the white ink used on the white iPhone --   09:45

25   and, I take it, also on the white iPod Touch; is that   09:45

Highly Confidential - Attorneys Eyes Only

Page 26

| | | |
|---|---|---|
| 1 | correct? | 09:45 |
| 2 | A   Which one are you talking about? | 09:45 |
| 3 | Q   Well, I'm sorry.  That's not a good question. | 09:45 |
| 4 | Let me rephrase. | 09:45 |
| 5 |     One of the manufacturing issues that you | 09:45 |
| 6 | mentioned about -- mentioned concerning the white ink | 09:45 |
| 7 | that's used with the white version of the iPhone, is | 09:46 |
| 8 | that the more layers you print, the more fallout there | 09:46 |
| 9 | is. | 09:46 |
| 10 |     What do you mean by -- by "fallout"? | 09:46 |
| 11 | A   Something that causes you to throw a piece of | 09:46 |
| 12 | glass away in the factory. | 09:46 |
| 13 | Q   And so when you -- when you said "yield | 09:46 |
| 14 | issue," that means -- that's -- that's the same issue? | 09:46 |
| 15 | A   Yes. | 09:46 |
| 16 | Q   Yield -- well -- | 09:46 |
| 17 | A   1 over yield equals fallout. | 09:46 |
| 18 | Q   I'm sorry.  What over yield equals fallout? | 09:46 |
| 19 | A   I guess 1 minus yield equals fallout.  So if | 09:46 |
| 20 | you have 40 percent yield, then you have 60 percent | 09:46 |
| 21 | fallout.  If you have 25 percent yield, then you have | 09:46 |
| 22 | 75 percent fallout.  They're just the inverse of each | 09:46 |
| 23 | other. | 09:46 |
| 24 | Q   Got it. | 09:46 |
| 25 |     And so in the manufacturing of the white | 09:46 |

Highly Confidential - Attorneys Eyes Only

Page 27

1   version of the iPhone and -- and the white version of        09:47

2   the iPod Touch, was there more fallout with the cover         09:47

3   glass?                                                        09:47

4       A    In the development phase, yes.  I don't know        09:47

5   what the production numbers are.                              09:47

6       Q    And -- and so do you know if in the                 09:47

7   production process that fallout issue with the glass,         09:47

8   with the white ink was -- was addressed or resolved?          09:47

9       A    I don't know.                                        09:47

10      Q    One of the other manufacturing issues that          09:48

11  you mentioned with respect to the white ink that's            09:48

12  used on the white version of the iPhone is that               09:48

13  laminating the touch sensor to the back of the glass          09:48

14  became more challenging; is that right?                       09:48

15      A    Correct.                                             09:48

16      Q    And do you know how that issue was -- was            09:48

17  addressed?                                                    09:48

18      A    Yes, yes.                                            09:48

19      Q    How was that issue addressed?                        09:48

20      A    Changing the type of adhesive that's used and       09:48

21  the process that's used to laminate the touch sensor          09:48

22  to the glass.                                                 09:48

23      Q    Were there any cost control issues related to       09:49

24  the white iPhone compared to the black version of the         09:49

25  iPhone?                                                       09:49

Highly Confidential - Attorneys Eyes Only

Page 28

1    A    I know that it costs more to make a white one      09:49
2    than a black one.                                       09:49
3    Q    Do you know how much more?                         09:49
4    A    No.                                                09:49
5    Q    Do you know why it costs more to make a white      09:49
6    version of the iPhone than a black version?             09:50
7    A    More ink process steps on the glass that I         09:50
8    know.                                                   09:50
9    Q    I'm sorry.  More ink process steps on the          09:50
10   glass?                                                  09:50
11   A    More layers of ink.  Just what we discussed        09:50
12   before, more -- and it costs more money.                09:50
13        And let's see.  One other would be -- I            09:50
14   mentioned the challenge in getting the white plastic    09:50
15   to not stain.  One thing we do is paint a clear         09:50
16   coating on top of the white plastic, and that painting  09:50
17   process costs money.                                    09:50
18   Q    And that's a step that doesn't take place          09:50
19   with the black version of the phone?                    09:50
20   A    Correct.                                           09:50
21        I'm actually going to -- I'm going to correct      09:50
22   myself a little bit.  I don't know if we actually used  09:50
23   that painting process in production.  I know that we    09:51
24   experimented it -- with it during development.          09:51
25   Q    Any -- any other reasons that you're aware --      09:51

Highly Confidential - Attorneys Eyes Only

Page 29

1   that you're aware of that the white version of the        09:51

2   iPhone costs more than the black version?                 09:51

3       A    Not that I can think of.  I think that the       09:51

4   other changes that we made aren't necessarily big cost    09:51

5   drivers, but I'm -- I'm not totally sure.                 09:51

6       Q    So the main cost driver that you're aware of     09:51

7   is the -- the requirement to have more -- more ink        09:51

8   layers for the white ink than the black ink?             09:51

9       A    Correct.                                         09:52

10      Q    And does it cost more to make the white          09:52

11  version of the iPod Touch than the black version, for    09:52

12  these same reasons?                                       09:52

13      A    Yes, for -- specifically for the reason that     09:52

14  there are more layers of ink.  That's one of them,       09:52

15  yeah, the only one I'm really sure about.                09:52

16      Q    And do you know how much more it costs to        09:52

17  make a white version of the iPod Touch than a black      09:52

18  version?                                                  09:52

19      A    I don't know exactly how much.                   09:52

20      Q    Have you seen any documents that indicate        09:52

21  what the cost difference is between making a white       09:52

22  version of the iPod Touch than a black version?          09:52

23      A    Yes.                                             09:52

24      Q    And what -- what documents are those?            09:52

25      A    I don't remember the specific document          09:52

Highly Confidential - Attorneys Eyes Only

Page 30

1  that -- that has that, but I have seen that --   09:53

2  estimates of that price delta before.   09:53

3     Q   Do you recall any -- any of the documents   09:53

4  you've seen that estimate that price delta?   09:53

5     A   I don't recall which specific documents.   09:53

6     Q   So we had started down this path of   09:53

7  questioning when I'd asked you about technical issues   09:54

8  regarding the -- the iPhone that you were aware of.   09:54

9         And you listed for me a number of categories   09:54

10  of -- of those issues, and one of those categories was   09:54

11  issues brought about by trying to meet the -- the   09:54

12  industrial design.   09:54

13         And within that category, you mentioned a   09:54

14  couple of things, and one of them was the challenges   09:54

15  surrounding the white version of the iPhone, and   09:54

16  that's what we've -- we've just talked about.   09:54

17         One of the other issues in that category   09:54

18  was -- that you mentioned was issues around the home   09:54

19  button; do you recall that?   09:54

20     A   Yep.   09:54

21     Q   And what issue -- what issues around the home   09:54

22  button do you -- do you recall with respect to the   09:55

23  iPhone?   09:55

24     A   This is going to be boring, but white is less   09:55

25  opaque than black, and so you can see a shadow through   09:55

Highly Confidential - Attorneys Eyes Only

Page 31

1   the -- if we make a white button exactly the same way      09:55

2   we make the black button, in some cases you see a          09:55

3   shadow line through the -- through the button.  So we      09:55

4   changed the structure of the button slightly to           09:55

5   address that.                                              09:55

6       Q    And why did you need to -- so this is a --        09:55

7   this is a white version of the iPhone versus black        09:55

8   version of the iPhone issue as well?                      09:55

9       A    Yes.  Specifically, my knowledge relates to      09:55

10  the white and black iPod Touch.                            09:56

11      Q    Okay.  And so for the iPod Touch -- the white     09:56

12  version of the iPod Touch, to address the opacity          09:56

13  issue with respect to the white ink, you needed to         09:56

14  make some structural changes to -- to the home button;     09:56

15  is that correct?                                           09:56

16      A    Yes.                                              09:56

17      Q    And that's because you needed more layers         09:56

18  of -- of white ink on the home button area?                09:56

19      A    It's actually white plastic for the home          09:56

20  button, but we needed to keep the white plastic at         09:56

21  a -- at a minimum thickness.                               09:56

22           And there are some -- some other cosmetic --      09:56

23  cosmetic issues related to having white parts, again,      09:56

24  like staining and -- it's easier to pick stuff out         09:56

25  with your eyes on a white better than it is on a black     09:56

Highly Confidential - Attorneys Eyes Only

Page 48

1    Q    And how was that challenge addressed or          10:37

2    resolved?                                              10:37

3    A    By alloy selection.                               10:37

4    Q    And what was the -- the alloy selection?          10:37

5    A    I can't remember the specific alloy.  It's        10:37

6    just one of the many stainless steel alloys.           10:38

7    Q    Does -- does the bezel on the iPhone 3G and       10:38

8    3GS tie the housing together with the cover glass?     10:38

9    A    No.                                               10:38

10   Q    How -- how is the bezel on the iPhone 3G and      10:38

11   3GS different from the bezel on the original iPod      10:38

12   Touch in that respect?                                 10:39

13   A    On the original iPod Touch, the glass is          10:39

14   adhered to the bezel, and then the bezel is snapped    10:39

15   into the bottom housing.  The bezel is made out of     10:39

16   aluminum.                                              10:39

17        On the -- on the 3GS, the bezel and the           10:39

18   housing are glued together before the glass is         10:39

19   installed.  Then the glass is not adhered directly to  10:39

20   the bezel.                                             10:39

21   Q    On -- on the iPhone 3G and 3GS, does the          10:39

22   bezel help keep the glass in place?                    10:39

23   A    I can imagine some situations where it            10:39

24   would.  I wouldn't say it's specifically designed to   10:39

25   do that.                                               10:39

Highly Confidential - Attorneys Eyes Only

Page 49

1    Q   Is -- is the -- is the bezel that's used with      10:39

the iPhone 3G and 3GS different from the bezel used on    10:39

the original iPhone?                                       10:39

4    A   It's different.                                    10:40

5    Q   How is it different?                               10:40

6    A   Honestly, I'm not familiar enough with the        10:40

part -- I'm not familiar enough with the part to          10:40

answer that question in detail.  I know it is a           10:40

different part.  I don't even know if it's the same       10:40

alloy or a different alloy.  I know they're both          10:40

steel.                                                    10:40

12   Q   Does the bezel on the iPhone 3G and 3GS help      10:40

prevent the edge of the cover glass from -- from          10:40

getting chipped?                                          10:40

15   A   I can imagine some situations in which it         10:40

would help.                                               10:40

17   Q   What situations would that be?                    10:40

18   A   Were you to drop the phone at such an angle       10:40

that it impacted the bezel instead of the glass.          10:40

20   Q   Any other situations where that would be          10:41

true?                                                     10:41

22   A   There are other things you could do to your       10:41

phone besides drop it where you would impact the bezel    10:41

before impacting the glass, and that would help reduce    10:41

chipping.                                                 10:41

Highly Confidential - Attorneys Eyes Only

Page 50

1    Q   Does the bezel on the iPhone 3G and 3GS help      10:41

2   protect the -- the device from -- from impacts?        10:41

3    A   That's a -- that's a difficult question to        10:42

4   answer because inherently, anything on the outside of  10:42

5   the device could help protect the inside of the        10:42

6   device.  Whether the bezel specifically helps and in   10:42

7   which situations, I don't know.                        10:42

8        Maybe you can be more specific about what         10:42

9   helps to protect means.  Are we talking about drop?    10:42

10  Are we talking about rain?  Are we talking about --    10:42

11  there's a lot of different protection -- types of      10:42

12  protection.                                            10:42

13   Q   Protection from -- from the phone if it were      10:42

14  to be dropped or, you know, inadvertent -- you know,   10:42

15  some sort of inadvertent blow.                         10:42

16   A   Again, situations where the bezel ends up         10:42

17  between the -- some foreign object and the glass would 10:42

18  be situations where it was protecting, you could say.  10:43

19   Q   Can you think of instances where the bezel        10:43

20  would provide that kind of protection?                 10:43

21   A   The -- the drop instance that I mentioned         10:43

22  before where you drop at such an angle that you impact 10:43

23  the bezel before the glass.                            10:43

24       Maybe if you had the -- the phone in your         10:43

25  purse with a sharp object, like keys, and they hit the 10:43

Highly Confidential - Attorneys Eyes Only

Page 51

1   bezel before they hit the glass.                        10:43

2       Q    What about if you, like, inadvertently bang    10:43

3   the phone against some sort of, you know, solid         10:43

4   object?                                                 10:43

5       A    Yes, however you -- I mean, whether you're     10:43

6   dropping the phone or something is coming toward it,    10:43

7   if the bezel gets between the glass and that object,    10:43

8   it could serve as protecting.                           10:43

9       Q    You said that the -- the bezel on the          10:44

10  iPhone 3G and 3GS has both -- both has -- strike that.  10:44

11       You said that the bezel on the iPhone 3G and       10:44

12  3GS has both a cosmetic and a functional part.          10:44

13  What -- what did you mean by that?                      10:44

14      A    The cosmetic part means the part that the      10:44

15  user sees from the outside of the phone.  And the       10:44

16  functional part means things like screw holes or        10:44

17  brackets or flanges that serve to keep the bezel        10:44

18  connected to the rest of the -- the rest of the phone.  10:44

19      Q    Does the bezel on the iPhone 3G and 3GS        10:45

20  provide structural support for the -- for the device?   10:45

21       MR. OVERSON:  Objection; vague; foundation.        10:46

22       THE WITNESS:  When you say "structural             10:46

23  support," what -- what do you mean, structural          10:46

24  support?                                                10:46

25       MR. KIDMAN:  Q.  Is that -- is that -- you         10:46

Highly Confidential - Attorneys Eyes Only

Page 52

1   know, is that a term that you're familiar with?          10:46

2       A   Yes, but -- yeah, it is.                          10:46

3       Q   What -- what's -- what's your understanding       10:46

4   of the term structural support when it's used in          10:46

5   connection with a device like -- like the iPhone?         10:46

6       A   Something that would, for example, protect        10:46

7   the display from deflection during a drop event, like     10:46

8   a frame.                                                   10:46

9       Q   And -- and using that definition of the term      10:46

10  structural support, does the bezel on the iPhone 3G       10:46

11  and 3GS provide structural support for the device?        10:46

12      A   I don't think it protects the display from --     10:46

13  from deflection during drop.  It is a stiff part, so      10:46

14  it will contribute to the overall rigidity and            10:47

15  stiffness of the device.                                  10:47

16      Q   Is there some -- some level of stiffness or       10:47

17  rigidity that -- that you want to achieve with a          10:47

18  device like the -- like the iPhone?                       10:47

19      A   Sometimes you want it to be stiff and             10:47

20  sometimes you don't.                                      10:47

21      Q   What -- what do you mean by that?                 10:47

22      A   There are different events that the phone         10:47

23  will experience in the field where stiffness will be     10:47

24  either advantageous or disadvantageous.                   10:47

25      Q   What are events where it would be                 10:48

Highly Confidential - Attorneys Eyes Only

Page 84

1    have a kind of black stripe on the top and the bottom,    11:58

2    and that bottom black stripe is where the home button    11:58

3    sits.    11:58

4         Some of the designs didn't have that black    11:58

5    stripe.  So it was mostly screen with no border on the    11:58

6    top and bottom, less border on the top than bottom.    11:58

7    No home button at all.    11:58

8    Q   When you say some of these designs had no    11:58

9    black strip on the top or the bottom, when you say    11:58

10   black strip, is that sometimes what's called, at least    11:58

11   with respect to the iPhone, the black mask?    11:58

12   A   Yes, and I don't mean to say there was no    11:58

13   black mask at all, but there wasn't that kind of    11:58

14   thicker black mask at the top and the bottom.    11:58

15   Q   The black mask at the -- at the top and the    11:58

16   bottom was narrower than the black mask on the -- the    11:59

17   product that shipped?    11:59

18   A   Correct.  Narrower and more close in width to    11:59

19   the left and right sides.    11:59

20   Q   Any -- any other differences between the    11:59

21   design explorations you saw and the -- the design of    11:59

22   the device as it shipped, industrial design?    11:59

23   A   No.    11:59

24   Q   On those design explorations that you saw    11:59

25   where the black mask was narrower at the -- at the --    11:59

Highly Confidential - Attorneys Eyes Only

Page 85

1   at the top and at the bottom, in those design          12:00

2   explorations, was the -- was the screen larger to --   12:00

3   to fill that area?                                     12:00

4       A   I would say actually that the product was      12:00

5   shorter as opposed to the screen getting larger, so it 12:00

6   maintained that rectangular aspect ratio.  Just bring  12:00

7   in the whole product to make that black mass smaller.  12:00

8       Q   Have you -- have you seen any design           12:00

9   explorations for any version of the -- the iPod Touch  12:00

10  where the screen runs all the way to the -- to the     12:00

11  edge of the -- the -- the front glass?                 12:00

12      A   Industrial designs?                            12:00

13      Q   Yeah.  Let's -- let's start with -- let's      12:01

14  start with that.                                       12:01

15      A   The reason I'm distinguishing between them is  12:01

16  because there are things that they ask for that are    12:01

17  industrial designs that I've never seen a mechanical   12:01

18  design for, because sometimes they ask for certain     12:01

19  things we just don't know how to do the mechanical     12:01

20  design for.                                            12:01

21      Q   Okay.  But fair -- that's a fair distinction.  12:01

22          Have -- have you seen any industrial designs   12:01

23  of any version of the iPod Touch where the screen ran  12:01

24  all the way to the edge of -- of the top glass?        12:01

25      A   Yes.                                           12:01

Highly Confidential - Attorneys Eyes Only

Page 86

1    Q    Have you seen any mechanical designs where          12:01

2    the screen ran all the way to the edge of the top        12:01

3    glass?                                                    12:01

4    A    No, not mature kind of shippable mechanical         12:01

5    designs, only crazy brainstorm ideas.  Nothing I would   12:01

6    call a design, really.                                   12:01

7    Q    Okay.  And are you aware of any reason why          12:01

8    those industrial designs where the screen ran all the    12:02

9    way to the edge of the top glass were not adopted?       12:02

10   A    Yes.                                                 12:02

11   Q    And what are those reasons?                          12:02

12   A    There's a -- with current display technology,       12:02

13   there is necessarily a border between where the active   12:02

14   region of the display ends and where the glass that      12:02

15   makes up the display ends.                               12:02

16       So there's a dead zone, if you will, a border        12:02

17   around the display itself, and that's there because      12:02

18   there are a bunch of electrical traces running from      12:02

19   the top to the bottom.                                    12:02

20       The display is made of two pieces of glass           12:02

21   that need to be sealed together hermetically in order    12:02

22   for a normal LCD display to function properly, and so    12:02

23   there's some sort of overhead there that necessarily     12:02

24   creates a border so that the screen can actually run     12:02

25   to the very edge of the product.                         12:02

Highly Confidential - Attorneys Eyes Only

Page 87

1    Q   And this border where the active region of      12:04

the display ends and where the glass that makes up the   12:04

display ends, is -- is there a name for that that --     12:04

that you've used or heard?                               12:04

5    A   Actually, the border.  Yep, we call -- we       12:04

refer to them as border rules or border design rules,    12:05

and that every time we do a display, we look at how      12:05

much length will there be.  How much distance will       12:05

there be between the end of the active area and the      12:05

10   end of the physical display, the glass.              12:05

11   Q   And what's -- what's the size of that border     12:05

on the -- on the original iPod Touch?                    12:05

13   A   Oh, I can't remember the exact number.  On      12:05

the order of 2 millimeters-ish.                          12:05

15   Q   So is that border, that region where the        12:05

active region of the display ends and where the glass    12:05

of the display ends, is that different from the --       12:05

what we refer to as the "black mask"?                    12:05

19   A   It is different from the black mask, yes.       12:05

20   Q   And in that border where the active region of   12:05

the display ends and where the glass makes up where      12:06

the display ends, is that sometimes called the "dead     12:06

pixel zone"?                                             12:06

24   A   That -- that's different.                       12:06

25       So the dead pixels, also known as the           12:06

Highly Confidential - Attorneys Eyes Only

Page 88

1    viewable but not active area, make up part of the        12:06

2    border region.                                           12:06

3        Q   And what's the rest of that border region        12:06

4    made up of?                                              12:06

5        A   Metal traces that are right angles from the      12:06

6    top and bottom of the display, some glue area that       12:06

7    fills the two pieces of glass and the display are made   12:06

8    out of together, and some overhead to allow for the      12:06

9    manufacturing tolerance of cutting a piece of glass.     12:06

10           There may be some other things in there too.     12:06

11   Those are the big ones that I know about.  Excuse me.    12:06

12       Q   Other than what you've just described for me,    12:07

13   are you aware of any other reasons why any of these      12:07

14   industrial design explorations where the -- where the    12:07

15   display runs all the way to the edge of the glass were   12:07

16   -- were not adopted?                                     12:07

17       A   There will also be challenges around             12:07

18   protecting the display.  Even if the glass of the        12:07

19   display stopped right at the edge of the active area     12:08

20   of the display, the display glass is not very strong,    12:08

21   so you wouldn't want to expose that to the outside       12:08

22   world.  You need to build some kind of cage around it.   12:08

23       Q   And in the original iPod Touch that was          12:08

24   shipped, how would you describe that cage that's built   12:08

25   around the display?                                      12:08

Highly Confidential - Attorneys Eyes Only

Page 89

1    A    It's a -- there are a couple of aspects that    12:08

2    make up that cage.  One of them is a metal frame that    12:08

3    kind of cradles the entire display and protects it    12:08

4    when the things are shifting around inside the product    12:08

5    in a catastrophic event, like a drop.  And then the --    12:09

6    the housing creates part of that cage and it's    12:09

7    always -- always a challenge to try to use, you know,    12:09

8    the -- that does not -- the industrial design network,    12:09

9    we're kind of forced to be using it in a way that    12:09

10   will -- that we can take advantage of and actually    12:09

11   protect stuff that's inside the product.    12:09

12        So that would be part of the overall cage    12:09

13   around the display.    12:09

14   Q    And on the original iPod Touch that shipped,    12:10

15   that -- that -- what you described, the cage, is -- is    12:10

16   that the area that would be below the -- what we've    12:10

17   called the "black mask"?    12:10

18   A    Yes.    12:10

19        All of that cage area would be below the    12:10

20   black mask because the display is underneath the    12:10

21   covered glass.  And so anything that's around the    12:10

22   display is -- has to be under the black mask.    12:10

23   Q    And so that -- that cage that's -- that's    12:10

24   built around the display is -- if I'm holding the    12:10

25   phone and looking at the front face, I would not see    12:10

Highly Confidential - Attorneys Eyes Only

Page 90

1   that cage, because it's concealed by the black mask?   12:10

2       A   Correct.   12:10

3           You wouldn't see that, that cage, because   12:10

4   it's concealed by the black mask from the top, and the   12:10

5   rest of the cosmetic part of enclosure from the --   12:10

6   from the sides and bottom.   12:10

7       Q   You said that some of the design explorations   12:11

8   that you saw for the original iPad Touch were thicker   12:11

9   than the version that actually shipped; correct?   12:11

10      A   Yes.   12:11

11      Q   And do you -- do you know why those thicker   12:11

12  design explorations were not adopted?   12:12

13      A   I know one of the reasons.  One of them is   12:12

14  that we were considering putting a component inside   12:12

15  the iPod Touch that required more space.  We decided   12:12

16  not to put that component inside the iPod Touch.   12:12

17  That's one thing that enabled us to make it thinner.   12:12

18      Q   What was that component?   12:12

19      A   A hard drive.   12:12

20      Q   And so because that component was not used,   12:12

21  you were able to make the form factor of the version   12:12

22  that shipped thinner?   12:13

23      A   Correct.   12:13

24      Q   Why didn't -- why didn't you just keep the   12:13

25  same thickness?  Even though -- even though that   12:13

Highly Confidential - Attorneys Eyes Only

Page 91

1  component wasn't used, why didn't you just keep it --    12:13

2  keep it the same thickness?    12:13

3      A    Because it -- because it looks nicer when    12:13

4  it's thinner.  So in general, the industrial design    12:13

5  team will push us to make products as thin as    12:13

6  possible, even though there are some exceptions to    12:13

7  that.    12:13

8      Q    What are -- what would those exceptions be?    12:13

9      A    So having -- having rounded corners on the    12:13

10  top or having a curve on the bottom housing creates    12:13

11  challenges to making the product its absolute    12:13

12  thinnest.    12:13

13          So there are some tradeoffs there, and the    12:13

14  reason is that basically, all of the things that we're    12:13

15  trying to fit inside of these products are rectangles.    12:13

16  And fitting a bunch of rectangles inside a rectangle    12:13

17  is more efficient than -- than fitting a bunch of    12:13

18  rectangles inside an amorphous shape.    12:14

19          Think of it kind of like a Tetris game.  If    12:14

20  you had some curved -- some curved outside instead of    12:14

21  a flat bottom, it would be much more difficult to pack    12:14

22  the pieces in efficiently.    12:14

23          So in the case of, you know, the iPod Touch,    12:14

24  the generation after that, it has a curved bottom, and    12:14

25  it's actually thicker, and that was a tradeoff.    12:14

Highly Confidential - Attorneys Eyes Only

Page 138

1    Q   Do you recall anything further that they said    14:40

2  in response to that design option?    14:40

3    A   No.    14:40

4    Q   Was it a short conversation?    14:40

5    A   Yes.    14:40

6    Q   Do you recall who expressed the view that it    14:40

7  didn't look or feel nice?    14:40

8    A   I -- I don't recall exactly who said that,    14:40

9  no.    14:40

10   Q   Was it more than one person who expressed    14:40

11 that view?    14:40

12   A   I believe so, yes.  It was pretty -- it was a    14:40

13 clear -- a clear "no" from the team -- the ID team.    14:40

14   Q   And other than saying that they didn't like    14:40

15 the way that it looked -- well, other than saying that    14:40

16 it didn't look or feel nice, do you recall any -- in    14:40

17 any more detail what their reaction was?    14:40

18   A   They're a very polite group of individuals,    14:41

19 and they probably thanked us for doing the work and    14:41

20 showing them the data.    14:41

21   Q   Do you have any understanding as to what was    14:41

22 meant when they said it didn't feel nice?    14:41

23   A   Yes.    14:41

24   Q   And what's your understanding in that regard?    14:41

25   A   When you run your finger over the transition    14:41

Highly Confidential - Attorneys Eyes Only

Page 139

1  between the glass and the -- the housing or bezel or      14:41

2  bumper or whatever around it, that that didn't feel       14:41

3  nice.  It didn't feel good.                               14:41

4      Q   Do you have any understanding one way or          14:41

5  another as to whether the design where the cover glass    14:41

6  was sub-flush to the edge of the device would be more     14:41

7  difficult to clean than design -- the design where the    14:42

8  cover glass was flush with the edge of the device?        14:42

9      A   I don't specifically know that to be true,        14:42

10 but intuitively, I understand what you're suggesting.     14:42

11     Q   What do you mean by that?                         14:42

12     A   I understand that it could be more difficult      14:42

13 to clean a device that had something set in from some     14:42

14 raised edges because you would collect stuff,             14:42

15 anything, in that -- in that corner created by the new    14:42

16 raised edge.                                              14:42

17     Q   So intuitively, that makes some sense to you?     14:42

18     A   Yes.                                              14:42

19     Q   Have you seen any designs of any version of       14:42

20 the iPhone where the cover glass sat either proud to      14:42

21 the edge of the device or sub-flush to the edge of the    14:43

22 device?                                                   14:43

23     A   Yes.                                              14:43

24     Q   And -- and in what context have you seen          14:43

25 those designs?                                            14:43

Highly Confidential - Attorneys Eyes Only

Page 140

1    A    Models in the industrial design studio, and    14:43

2    models that the PD team has created based off of those    14:43

3    designs from the industrial design team.    14:43

4    Q    And are you aware of any drop testing that    14:43

5    was done on those designs of the iPhone where the    14:43

6    cover glass sat proud of the edge and sub-flush to the    14:43

7    edge of the device?    14:43

8    A    Proud -- can you rephrase.  Sorry.  It can't    14:43

9    be proud and sub-flush.    14:43

10   Q    Yeah, let me -- so to clarify, have you seen    14:43

11   design -- iPhone designs where the cover glass sat    14:44

12   proud to the edge of the device?    14:44

13   A    Yes.    14:44

14   Q    And have you also seen iPhone designs where    14:44

15   the cover glass sat sub-flush to the edge of the    14:44

16   device?    14:44

17   A    No, I haven't seen designs like that.    14:44

18   Q    Okay.  Have you seen any drop testing for the    14:44

19   iPhone designs where the cover glass sat proud to the    14:44

20   edge of the device?    14:44

21   A    Yes.    14:44

22   Q    And have you had any involvement in those    14:44

23   drop tests?    14:44

24   A    Yes.    14:44

25   Q    And what was your involvement in those drop    14:44