# EXHIBIT 55

Confidential Attorneys' Eyes Only

Page 1

1     UNITED STATES INTERNATIONAL TRADE COMMISSION

2                  WASHINGTON, D.C.

3

4    In the Matter of:

                                    Investigation No.

5    CERTAIN ELECTRONIC DIGITAL

     MEDIA DEVICES AND COMPONENTS      337-TA-796

6    THEREOF

7

8

9

10

11        CONFIDENTIAL -- ATTORNEYS' EYES ONLY

12           PURSUANT TO THE PROTECTIVE ORDER

13

14     VIDEOTAPED DEPOSITION OF FLETCHER R. ROTHKOPF

15              Redwood Shores, California

16              Thursday, April 19, 2012

17

18

19

20

21

22

23    REPORTED BY:

24    CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

25    JOB NO. 48527

Confidential Attorneys' Eyes Only

1    Q.   Okay.  Do you recall any discussions

2  discussing product design risks with using a

3  cover glass configuration where the top surface

4  of the cover glass is curved?

5    A.   Are we talking just about the edges

6  being curved?

7    Q.   Top surface being curved in any manner.

8    A.   Product design.  What is a product

9  design consideration?

10    Q.   Well, my question was -- I'm talking

11  about product design risks, so let me just

12  reframe the question.

13    A.   Okay.

14    Q.   Do you recall any discussions about the

15  product design risks associated with using a

16  cover glass configuration where the top surface

17  is curved in either of the ways that you've

18  described?

19         MR. OVERSON:  Objection; vague.

20         MR. KIDMAN:  Let me just clear it up.

21  BY MR. KIDMAN:

22    Q.   You've talked about cover glass

23  configurations where the entire top surface is

24  curved and then cover glass configurations where

25  the top -- where the edges of the top surface are

Confidential Attorneys' Eyes Only

Page 28

1   curved; correct?

2       A.   Well, I mostly talked about not seeing

3   configurations where the entire cover glass was

4   curved on an iPhone or iPod Touch, so not really

5   correct.

6       Q.   Okay.  Let me just -- let me just back

7   up then.

8            Do you recall any discussions about

9   product design risks with using cover glass where

10  the top surface is curved in connection with --

11  with any product at Apple?

12      A.   Would a reliability risk be considered

13  a product design risk?

14      Q.   Well, you've -- you're familiar with

15  the term "product design risk" or "PD risk";

16  correct?

17      A.   Yes.

18      Q.   It's a term that you've used in updates

19  that you give concerning devices like the iPod

20  Touch; correct?

21      A.   Yes.

22      Q.   And when you use that term "product

23  design risk," you -- you include reliability

24  result risk; correct?

25      A.   Yes.

Confidential Attorneys' Eyes Only

1    Q.   Okay.  So using that definition of "PD

2  risk" or "product design risk" that you've used

3  in update documents at Apple, using that

4  definition of "product design risk," do you

5  recall any discussions about any product design

6  risks associated with cover glass configuration

7  where the top surface is curved?

8    A.   If I -- if I include reliability and

9  manufacturing and yield risk and those kinds of

10  things and PD risks, which in those updates I

11  write I do, then yes.

12    Q.   Okay.  And what do you recall being

13  discussed about product design risks as you've

14  used that term in connection with using cover

15  glass where the top surface is curved?

16    A.   I recall yield risks, difficulty in

17  manufacturing some of those curved glasses.

18    Q.   Anything else?

19    A.   Not specifically related to the glass

20  being curved.  I can't remember anything else.

21    Q.   When you say not specifically relating

22  to the glass being curved, do you recall any

23  discussions about PD risks with using a curved

24  configuration where the curved configuration

25  contributed in some way to the -- to the PD risk?

Confidential Attorneys' Eyes Only

1    A.   In those considerations where the glass

2  was curved and proud of the rest of the unit or

3  above the rest of the unit, yes.

4    Q.   And -- and so you're saying that you

5  recall the discussion of PD risks with curved

6  cover glass and then -- and then in addition, a

7  discussion of PD risks where the curve -- where

8  the cover glass sat above -- noticeably above the

9  edge of the device; is that correct?

10    A.   In some cases we consider the glass

11  being above the edge of the device to be a risk

12  in itself.

13    Q.   And what was the -- what was the risk

14  with the glass sitting above the edge of the

15  device itself?

16    A.   The risk is that the edges of the glass

17  are more likely to contact the ground or anything

18  else in the normal use of the device or abusive

19  cases also.

20    Q.   And does that have an impact on

21  failure -- failure rates?

22    A.   In some cases it has in the reliability

23  test failure rates.

24    Q.   And do you recall any discussions --

25  well, strike that.

Confidential Attorneys' Eyes Only

Page 36

1   yield risks that you've told me about?

2        A.   They're pretty much one and the same,

3   yep.

4        Q.   Is there any --

5        A.   Difficult manufacturing processes lead

6   to sometimes low-yield until you have them

7   figured out, so those remain as risks.

8             MR. KIDMAN:  Let's mark the next

9   document as Exhibit 2.

10             (Deposition Exhibit 2 was marked for

11             identification)

12             MR. KIDMAN:  And for the record,

13   Exhibit 2 is a multipage documents Bates-labeled

14   APLNDC0002455740 through 2455745.

15             THE WITNESS:  (Witness reviewing

16   document.)

17   BY MR. KIDMAN:

18        Q.   And, Mr. Rothkopf, take a moment to

19   review this.  My first question is going to be:

20   Have you seen any part of this -- this document

21   before?

22        A.   Give me one minute.

23        Q.   Sure.

24        A.   I don't think I've seen any part of

25   this before.  I don't remember seeing it now.

Confidential Attorneys' Eyes Only

1      Q.   Okay.  And particularly, if you look at

2    the third page of the document --

3      A.   Mm-hmm, yes.

4      Q.   -- there is a chart there.  It's got

5    some columns at the top.  One says "Layout

6    Diagram."  The next column says "Z Stack."  The

7    next column says "Time to Market (Ranked)."  And

8    then the next column is "Grape Risks."  And the

9    next column is "PD Risks."

10           Do you see that?

11     A.   Yes, I do.

12     Q.   You don't recall having seen this --

13   this chart before?

14     A.   No.

15     Q.   Do you recall there being any

16   discussion about increased cost using cover glass

17   configurations where the top surface or any part

18   of the top surface is curved as opposed to the

19   glass being flat?

20     A.   Yes.

21     Q.   What do you recall about that?

22     A.   I recall that due to the yield risks

23   associated with the curved surfaces, you see an

24   increased cost as a result of those.  So every

25   piece of glass you throw away, you basically have

Confidential Attorneys' Eyes Only

1   to pay for even though you don't get to ship them

2   to a customer.

3           In addition, the processing time for

4   some of the curved glass configurations was

5   longer than a flat glass configuration.

6       Q.   And so the longer processing time adds

7   to the cost?

8       A.   Correct.

9       Q.   Do you recall any discussion in

10  connection with any curved cover glass

11  configurations, meaning that the top surface of

12  the cover glass is curved or some portion of the

13  top surface of the cover glass is curved, any

14  discussions concerning any difficulties with the

15  operation of the -- the touch sensor?

16      A.   Not specifically relating to the glass

17  being curved, but I can see some of those risks

18  highlighted in the document that you put in front

19  of me here.

20      Q.   And where is that?

21      A.   Under the column labeled "Grape Risks"

22  on the third page of the document.

23      Q.   And when you say those risks are not

24  specifically -- specifically relating to the

25  cover glass being curved, is the discussion of

Confidential Attorneys' Eyes Only

Page 39

1  grape risks related to the cover glass, cover

2  glass being curved so?

3      A.   So I hadn't previously heard of

4  risks -- these type of -- these so-called grape

5  risks here related to the cover glass being

6  curved, but now, you know, I've read this entire

7  column, so now I have -- I know what's on this

8  document for the most part.

9      Q.   Independent --

10     A.   When I say -- sorry.  When I say I know

11  what's on this document, I mean only because now

12  I have seen it in front of me and I have it in

13  front of me.

14     Q.   Independent of this document, have you

15  heard any discussion concerning any of the things

16  that have been identified in this document as

17  grape risks in connection with using curved cover

18  glass configurations?

19     A.   So some of these risks are -- look to

20  be somewhat general and could also apply to cover

21  glass configurations that weren't curved, and so

22  I've seen some of them before in that context,

23  but not in the context of specifically this is a

24  risk because the cover glass is curved.

25     Q.   Now, at least one version of the iPod

Confidential Attorneys' Eyes Only

1    glass manufacturing, but they are very difficult

2    to see with the naked eye that could be curved to

3    be curved, so --

4         Q.   Okay.  So when you're talking about the

5    fourth and fifth generation, iPod Nano and we're

6    talking about cover glass that's curved on the

7    top surface, we're talking about cover glass

8    that's visibly curved on -- on the top surface

9    and that was the design intent; is that correct?

10        A.   Correct, yes.

11        Q.   And you were involved from that product

12   development perspective with both the fourth and

13   fifth generation iPod Nano; correct?

14        A.   Really just the fourth.

15        Q.   And what was your involvement with the

16   fourth generation iPod Nano?

17        A.   I designed some of the parts inside of

18   it and I designed some of the overall

19   architecture of the device as far as the

20   mechanical parts of the architecture and

21   components go.

22        Q.   And how is the cover glass on the sixth

23   generation iPod Nano different from the cover

24   glass configuration on the fourth and fifth

25   generations?

Confidential Attorneys' Eyes Only

Page 42

1     A.   The sixth generation iPod Nano is flat

2   on both sides, so there is no intentional design

3   element that makes it curved.

4     Q.   And was there an additional cost

5   associated with using the curved cover glass on

6   the fourth and fifth generation iPod Nanos?

7     A.   I don't know.

8     Q.   Do you recall seeing any -- any

9   documents that discussed an additional cost

10   related to the use of the curved cover glass?

11     A.   I don't specifically recall seeing

12   documents related to that.

13     Q.   Do you recall generally there being any

14   discussion about there being an additional cost

15   associated with using the curved cover glass on

16   either the fourth or fifth generation iPod Nano?

17     A.   Generally, yes, I can -- I can remember

18   some people talking about that it might be more

19   expensive, but I can't -- only generally.  I

20   can't remember exactly what documents were

21   generated or anything like that.

22     Q.   And was that additional expense related

23   to the higher -- I'm sorry, the yield risks and

24   the manufacturing difficulty that you described

25   earlier?

Confidential Attorneys' Eyes Only

1      A.    I don't know if it was related to the

2   yield risks or the higher processing time or the

3   larger amount of bulk material required.  Any

4   three of those could contribute.

5      Q.    And when you say "larger amount of bulk

6   material required," what -- what are you

7   referring to?

8      A.    The overall volume of the piece of

9   glass that you start with before you make it into

10   a curved piece of glass, in the center of the

11   glass, sort of at the apex of the curve, if you

12   will, those products are pretty thick, so it

13   takes a lot of -- a thick sheet of glass going in

14   and in some cases I know we pay for glass per

15   square or cubic meter, kind of per weight, so it

16   could have been more expensive because of that,

17   just requiring more raw material input to the

18   process.

19      Q.    And why is -- on that curved

20   configuration, why is the glass thicker in the

21   center?

22      A.    That curved configuration -- why is it

23   thicker in the center?  So as opposed to being a

24   shell kind of shape where the thickness is even

25   and the glass is bent, if you will, you start

Confidential Attorneys' Eyes Only

Page 44

1    with a piece of glass that's as thick as the apex

2    and you remove material on the curved sections.

3    So what you end up is towards the edges of the

4    glass, it's thin and towards the center it's

5    thick.  Kind of like if you took a sphere and cut

6    a piece off of it.

7         Q.   And why is that the process that's used

8    to create the curvature as opposed to, as you

9    said, it just being a shell with a -- kind of a

10   constant thickness?

11        A.   It may be possible to do it either way,

12   so I don't know exactly -- I don't know exactly

13   why.  It's possible.  We probably could have done

14   it the other way if we had a motivation for doing

15   it the other way.

16        Q.   And do you have any understanding as to

17   why it was done the way it was done where the --

18   you start with a thicker piece of material and --

19   and remove material from -- from the edges as

20   opposed to creating that shell with the constant

21   thickness?

22        A.   Yes.

23        Q.   And what's your understanding in that

24   regard?

25        A.   Creating a shell with a constant