# EXHIBIT 56

CONFIDENTIAL BUSINESS INFORMATION

1        UNITED STATES INTERNATIONAL TRADE COMMISSION

2                      WASHINGTON, D.C.

3

4    In the Matter of:

5    CERTAIN ELECTRONIC DIGITAL        Investigation No.

     MEDIA DEVICES AND COMPONENTS    337-TA-796

6    THEREOF

     ----------------------------/

7

8

9

10

11            CONFIDENTIAL BUSINESS INFORMATION

12              PURSUANT TO PROTECTIVE ORDER

13        VIDEOTAPED DEPOSITION OF BRIAN LYNCH

14            Redwood Shores, California

15             Thursday, April 12, 2012

16

17

18

19

20

21

22

23    Reported by:

      LORRIE L. MARCHANT, CSR No. 10523

24                      RPR, CRR, CCRR, CLR

25    JOB NO. 48526

CONFIDENTIAL BUSINESS INFORMATION

1    A.    Yes.

2    Q.    And can you tell me the -- the types of

3 issues that are discussed in those brainstorming

4 meetings?

5    A.    I would give you the same description as I

6 did for the iPhone, the general discussion of

7 specific technical challenges or issues.

8    Q.    And have you participated in brainstorming

9 meetings regarding the iPod touch, where members of

10 other product design teams participate?

11    A.    Yes.

12    Q.    In the brainstorming meetings regarding the

13 iPhone, do you recall there being any issues

14 discussed other than what you've described as

15 technical issues or challenges?

16    A.    I recall being in meetings where we

17 discussed potential features for a product.

18    Q.    And that's an iPhone product?

19    A.    Yes.

20    Q.    Do you recall participating in

21 brainstorming meetings regarding the iPhone where

22 the topic of discussion was something other than a

23 technical discussion or -- or product -- potential

24 product features?

25    A.    No.

CONFIDENTIAL BUSINESS INFORMATION

1    Q.   When you -- you talk about discussing

2  technical issues or challenges in these

3  brainstorming meetings, would you include in --

4  in -- in that category, for example, cost control

5  issues?

6          MR. DANIS:  Objection.  Vague.

7          THE WITNESS:  What do you mean by "cost

8  control issues"?

9          BY MR. KIDMAN:

10   Q.   Just costing issues.

11         MR. DANIS:  Same objection.

12         THE WITNESS:  Could you give me an example

13 of a costing issue?

14         BY MR. KIDMAN:

15   Q.   Is -- is -- do you have any -- do you have

16 any understanding as to what I mean when I say "a

17 costing issue"?

18   A.   I understand cost -- cost -- cost of --

19 cost is a numerical measure of the expense or value

20 of something.  But "issues" is a very general term.

21   Q.   Well, and -- and I intend it to be general.

22 And that is, in any of these brainstorming meetings

23 regarding the iPhone, do you ever talk about issues

24 related to the cost of components or features?

25   A.   I would say -- I -- I don't recall any

CONFIDENTIAL BUSINESS INFORMATION

Page 20

1  instances of specific discussion in detail of cost.

2      Q.   Do you recall any discussions about --

3  strike that.

4          In -- in your position as director of iPod

5  product design, do you have any responsibility

6  for -- for costing issues?

7      A.   Yes.  One of the requirements of the design

8  is -- specifically for internal components is that

9  we design them in such a way that they are able to

10  be produced at a reasonable price.

11      Q.   And in your position, do you see, from time

12  to time, information relating to the costs of

13  manufacturing the products that you're responsible

14  for?

15      A.   Yes.

16      Q.   And in the brainstorming meetings that

17  you've participated in regarding the iPhone, can you

18  tell me the -- the types of technical issues you

19  recall being discussed?

20      A.   I recall a specific discussion around how

21  to effectively provide radio frequency shielding of

22  components on a circuit board during the design

23  phase of the iPhone, third -- iPhone -- the iPhone,

24  second-generation iPhone.

25          There was a discussion of designing what we

CONFIDENTIAL BUSINESS INFORMATION

Page 21

1   call shield cans and shield fences in order to

2   contain radiated RF emissions from the chips on the

3   circuit board, prevent them from interfering with

4   the other radios.

5       Q.   Any others?

6            MR. DANIS:  I'm sorry.  Any other what?

7            BY MR. KIDMAN:

8       Q.   Well, any other technical issues regarding

9   the iPhone that you recall being discussed in any of

10  these brainstorming meetings.

11      A.   Not that I specifically recall.

12      Q.   Do you recall generally any other issues

13  related to the iPhone being discussed in any of

14  those brainstorming meetings?

15      A.   Again, I don't have a specific recollection

16  of any other -- any other items being discussed.

17      Q.   Do you have a general recollection of any

18  other items being discussed?

19      A.   No.

20      Q.   What issues do you recall being discussed

21  in any of these brainstorming meetings regarding the

22  iPad?

23      A.   I recall a discussion of how to design an

24  internal structure to prevent denting of a housing

25  in the corners of the housing during a drop test.

CONFIDENTIAL BUSINESS INFORMATION

Page 22

1    I recall discussion of using -- I suppose

2    this is related to an unreleased project, so I

3    recall --

4         MR. DANIS:  Well, let me interject.  I

5    would object to any testimony and instruct you not

6    to answer as to any unannounced features or product

7    as related to the iPad or any -- any of the other

8    products today.

9         THE WITNESS:  I recall another brainstorm

10   related to the --

11        MR. KIDMAN:  Well, I just want to -- I just

12   want to clarify.  If it's -- if -- if -- if you're

13   instructing him not to answer questions about

14   unreleased product, I agree with that.

15        MR. DANIS:  Right.

16        MR. KIDMAN:  But if -- if it's -- if it's

17   explorations of features or alternative designs in

18   connection with a product that was released, I think

19   I'm entitled -- entitled to know that.

20        THE WITNESS:  This product hasn't been

21   released.

22        I recall -- actually, this product has not

23   been released either, the other recollection that I

24   have.

25

CONFIDENTIAL BUSINESS INFORMATION

1       BY MR. KIDMAN:

2       Q.   Other than the internal structure to

3    prevent the denting of the housing during --

4    during -- if the product is dropped, do you recall

5    any other issues being discussed in any of these

6    brainstorming meetings regarding the iPad?

7       A.   No, not that I recall.

8       Q.   What issues do you recall being discussed

9    in any of these brainstorming meetings regarding the

10   iPod touch?  And I'm referring to any version of the

11   iPod touch.

12      A.   I recall a brainstorm related to preventing

13   the denting of the corner of the iPod touch housing

14   as well.  I recall -- I apologize.  I've worked on a

15   lot of products.

16          I recall brainstorms related to the

17   general -- the -- what we would call the

18   architecture of a product, meaning the general ways

19   in which we connect major parts together, for

20   second-generation iPod.  Internal details of how to

21   connect things.

22          I recall brainstorms of how to do --

23   related to how to -- where to locate circuits,

24   internal integrated circuit chips, and batteries

25   relative to one another inside a product.

CONFIDENTIAL BUSINESS INFORMATION

Page 24

1    Q.   Do you recall any other issues being

2  discussed regarding any version of the iPod touch

3  during any of these brainstorming meetings?

4    A.   No, not specifically.

5    Q.   So we kind of started down this road about

6  talking about the brain -- brainstorming meetings

7  that you've participated in when I asked you about

8  your involvement with any Apple products other than

9  iPod products.

10      Other than participating in these

11  brainstorming meetings, have you had any -- any

12  involvement in connection with the design or

13  development of any version of the iPhone?

14      MR. DANIS:  Objection.  Vague.  Overbroad.

15      THE WITNESS:  Again, very -- that's a very

16  general statement.  Perhaps if you could give me

17  examples of specific ways that -- yeah.  Not in any

18  formal way, let's say.

19      BY MR. KIDMAN:

20    Q.   Do you have in mind any other ways in which

21  you've been involved in the design or development of

22  the iPhone other than these brainstorming meetings?

23    A.   I would say I've been shown samples of

24  internal components in an informal way.

25    Q.   Anything else?

CONFIDENTIAL BUSINESS INFORMATION

Page 25

1     A.   I have looked at CAD models of components

2  in an informal setting.  And I've discussed the

3  status of iPhone projects with my colleagues on the

4  iPhone team and, again, in informal ways and in,

5  like, staff meetings or things like that.  I've

6  received e-mails about the status of iPhone

7  projects.

8     Q.   Anything else come to mind?

9     A.   No, nothing else comes to mind.

10    Q.   In any of these other settings in -- that

11 you've just described for me, where you've

12 participated in the design or development of the

13 iPhone, any version of the iPhone, do you recall the

14 discussion of any -- what you've described as

15 technical issues?

16    A.   Do I recall the discussion of technical

17 issues in those settings?

18    Q.   Yes.

19         MR. DANIS:  Objection.  It's vague and

20 overbroad.

21         THE WITNESS:  The first thing, you said

22 that I was involved in the design and development of

23 iPhones.  I wouldn't -- I wouldn't agree with that

24 statement.  I wouldn't say that I was involved in

25 their design.

CONFIDENTIAL BUSINESS INFORMATION

Page 26

1          I would say that I was involved in

2    discussions around their design.  I wouldn't take

3    personal credit for design.

4          And could you clarify your question?

5          BY MR. KIDMAN:

6    Q.    Sure.

7          In -- in any -- any of these settings --

8    and I'm not trying to mischaracterize the extent of

9    your involvement, but I'm -- I just want to focus on

10   these -- these -- we've talked about the

11   brainstorming meetings.

12   A.    Right.

13   Q.    And the technical issues regarding the

14   iPhone you recall being discussed in these

15   brainstorming meetings.

16   A.    Yes.

17   Q.    And then we talked about these other --

18   other settings where you've had some participation.

19   A.    Right.

20   Q.    And discussions concerning the iPhone.

21         And so my question is in these other

22   settings --

23   A.    Yes.

24   Q.    -- do you recall any technical issues that

25   were discussed?

CONFIDENTIAL BUSINESS INFORMATION

Page 27

1    A.   Any specific technical issues.

2         I recall discussing the design of

3    insulating layers nearby electrical components in

4    order to prevent them from making contact with metal

5    housing components.

6         I recall discussing the manufacturing

7    process for certain iPhone components, particularly

8    housings, the sequence in which they're made.  The

9    equipment that's used to make them.

10        I recall discussing the internal

11   architecture of the phone, where the headphone

12   connector is located relative to the display, for

13   example.

14        THE VIDEOGRAPHER:  Please be careful of

15   your microphone, Counsel.

16        MR. KIDMAN:  Oh, I'm sorry.

17        BY MR. KIDMAN:

18   Q.   Any other issues?

19   A.   I recall discussing the performance of

20   other products in reliability tests.  I recall

21   discussing the selection of materials for other

22   products.  The selection of vendors for those parts.

23   Q.   Anything else that you recall?

24   A.   I recall discussion of issues related to

25   the interaction of sensors on the inside of -- of

CONFIDENTIAL BUSINESS INFORMATION

Page 28

1  iPhones.  Sensors that also exist in an iPod touch.

2        I recall discussing field reliability

3  issues of iPhones and iPods.

4        I recall discussing the -- the road map for

5  new versions of sensors and other internal

6  components that would eventually find their way into

7  iPods and iPhones.

8    Q.   Any other issues that you recall?

9        MR. DANIS:  Technical issues?

10       BY MR. KIDMAN:

11   Q.   Any -- any issues that you recall being

12  discussed that --

13   A.   Any issues at all?

14   Q.   -- we haven't talked about.

15   A.   I recall discussing procedures for handling

16  prototypes, to avoid them being misplaced or lost.

17       I recall discussing positions of engineers

18  within the -- within the iPhone team and -- you

19  know, we've had engineers transfer from one group to

20  the other group.

21       I recall discussing space planning, where

22  we will make space for new engineers who join the

23  team.

24       I recall discussing potential new engineers

25  who we'd be interested in hiring and discussing

CONFIDENTIAL BUSINESS INFORMATION

Page 29

1    where they might fit into our team.

2         I recall discussing relationships with the

3    cross-functional teams, electrical engineering

4    teams, and strategies for working -- working with

5    them.

6         Q.   Anything else that you recall?

7              MR. DANIS:  Objection.  It's vague and

8    ambiguous.

9              THE WITNESS:  Yeah.  Yes, there are other

10   discussions that I recall having with members of the

11   iPhone team.

12             BY MR. KIDMAN:

13        Q.   And these are issues related to the design

14   or development of the iPhone?

15             MR. DANIS:  Objection.  Vague and

16   ambiguous.

17             THE WITNESS:  Those are the specific

18   discussions that I recall.

19             BY MR. KIDMAN:

20        Q.   Is there a -- strike that.

21             So you -- you're the director of the iPod

22   product design group; correct?

23        A.   Correct.

24        Q.   Is there a -- to your knowledge, a director

25   of the iPhone product design group?

CONFIDENTIAL BUSINESS INFORMATION

Page 30

1    A.   Yes.

2    Q.   Who is that?

3    A.   His name is Tang Tan.

4    Q.   And is there a manager -- one or more

5    managers of the iPhone product design group?

6    A.   Tang has two managers on his team.

7    Q.   Who -- who are they?

8    A.   Their names are Dave Pakula and

9    Richard Dinh.

10   Q.   And is there a director of the iPad product

11   design team?

12   A.   Yes.

13   Q.   And who is that?

14   A.   His name is John Ternus.

15   Q.   And does Mr. Ternus have managers below

16   him?

17   A.   I believe so.

18   Q.   Do you know who they are?

19   A.   I believe one is named Sean Corbin.

20   Another is named Andy Lauder.

21   Q.   And, I'm sorry, I may have asked you this.

22        Do you have managers -- managers below --

23   below you?

24   A.   I do, yes.

25   Q.   And how many?

CONFIDENTIAL BUSINESS INFORMATION

1     A.    Two.

2     Q.    Who are your managers?

3     A.    Emery Sanford and Fletcher Rothkopf.

4     Q.    Are Mr. Sanford's areas of responsibility

5  different from Mr. Rothkopf's?

6     A.    Yes.

7     Q.    And how -- how does that divide up?

8     A.    They work on different projects.

9     Q.    And -- and do you assign them the

10  product -- the products that they -- or projects

11  that they work on?

12     A.    Yes.  Emery and Fletcher have been managers

13  only since January of this year or December of last

14  year.  Just recently.

15     Q.    Did Mr. Rothkopf replace somebody in -- in

16  that position as -- in his current position as

17  manager?

18     A.    No.

19     Q.    That was a newly created position?

20     A.    Yes.

21     Q.    And how about Mr. Sanford, did he replace

22  somebody?

23     A.    No.

24     Q.    Prior to Mr. Sanford and Mr. Rothkopf

25  becoming managers on the iPod product design team,

CONFIDENTIAL BUSINESS INFORMATION

Page 82

1    again.

2       Q.   Sure.

3            Do you recall any discussion about any

4    risks associated with using cover glass where the

5    top surface was curved in connection with the iPhone

6    4?

7            MR. DANIS:  Objection.  Asked and answered.

8            THE WITNESS:  Not other than the general

9    recollection that I have around these architectures.

10           BY MR. KIDMAN

11      Q.   And -- and -- and what's your general

12   recollection about the risks associated with using

13   cover glass where the top surface was curved?

14      A.   What's my general recollection?

15           MR. DANIS:  Objection.  Misstates the

16   witness's prior testimony.

17           THE WITNESS:  Again, all I have is a

18   general recollection.

19           BY MR. KIDMAN:

20      Q.   And what is that general recollection?

21      A.   That we discussed different architectures

22   for achieving touch sensing on a curved cover glass.

23           BY MR. KIDMAN:

24      Q.   And in connection with those discussions,

25   did you also talk about risks associated with using

CONFIDENTIAL BUSINESS INFORMATION

1   industrial design decision; is that correct?

2       A.   That's my -- that's my best recollection,

3   yeah.

4       Q.   Did you participate in any discussions

5   concerning the decision not to use curved cover

6   glass in the sixth-generation iPod nano?

7       A.   Not that I recall.

8       Q.   Have you seen any documents that discuss

9   the decision as to whether or not to use curved

10  cover glass in the sixth-generation iPod nano?

11      A.   Not that I recall.

12      Q.   Do you recall how it was you learned that

13  curved cover glass would not be used in the

14  sixth-generation iPod nano?

15      A.   I recall receiving from industrial design

16  a -- a -- our team received from industrial design a

17  final file describing the specific geometry for

18  the -- for the sixth-generation iPod nano that

19  contained flat top surface cover glass.

20      Q.   Was that a surface file that you received

21  from the industrial design group?

22      A.   It would have been a surface file, yes.

23      Q.   Other than the surface file, have you seen

24  any -- any other documents -- well, strike that.

25          Did you yourself have any discussion with

CONFIDENTIAL BUSINESS INFORMATION

1   any -- any people in the industrial design group

2   about whether or not to use curved cover glass with

3   the sixth- -- sixth-generation iPod nano?

4       A.   I don't remember any specific discussions.

5       Q.   Do you recall generally that such

6   discussions did happen?

7       A.   I don't recall that.

8       Q.   Do you know if any of the members of -- of

9   your team had discussions with the industrial design

10  group about whether or not to use curved cover glass

11  with the sixth-generation iPod nano?

12      A.   I don't recall that happening either.

13      Q.   Going back to the PD risks associated with

14  using curved cover glass on the fourth-generation

15  iPod nano, you indicated that the curved cover glass

16  required new manufacturing methods that were

17  unknown; correct?

18      A.   I would say that -- to be specific, that

19  they were -- required manufacturing methods that

20  were unknown to us at Apple at that time.  Unknown

21  to me, I should say.

22      Q.   And how is the manufacturing method used to

23  manufacture the curved cover glass different from

24  the manufacturing method used to manufacture flat

25  cover glass?

CONFIDENTIAL BUSINESS INFORMATION

Page 94

1     A.   Which specific cover glass are you

2   referring to?

3     Q.   I'm talking about the curved cover glass

4   used with the fourth-generation iPod nano.

5     A.   So the manufacturing process for what's a

6   completely front and back side planar cover glass

7   involves one or two fewer steps.

8         So a curved cover glass, in the case of the

9   fourth-generation iPod nano, requires basically two

10  additional steps in order to manufacture it.

11  There's a grinding and polishing step that use a

12  grinding and polishing tool with a geometry that

13  matches the curvature of the glass.

14        Whereas in -- in the alternative process

15  for using -- for manufacturing flat glass, there is

16  simply a lapping or polishing step on the front and

17  back that uses a planar polishing surface.

18    Q.   And, I'm sorry, so the two additional steps

19  required to manufacture the curved cover glass as

20  opposed to the flat cover -- cover glass are the

21  grinding and polishing steps?

22    A.   Shaped grinding and shaped polishing.

23    Q.   And how does that differ from the process

24  for doing -- manufacturing flat glass?

25    A.   There's -- the grinding process for the

CONFIDENTIAL BUSINESS INFORMATION

1   front surface does not exist in the manufacturing of

2   a flat piece of glass.  And the polishing, to be

3   specific, sort of bristled wheel polishing of the

4   front surface does not exist in the -- in the

5   creation of a flat -- flat piece of glass.

6       Q.   In -- excuse me.

7            Do those two additional manufacturing steps

8   that are required to make the curved cover glass as

9   opposed to the flat cover glass, do those two

10  additional steps add cost to the manufacturing?

11           MR. DANIS:  Objection.  Speculation.

12           THE WITNESS:  I -- I don't -- I don't have

13  a complete breakdown of the process costs.  I would

14  say that they are additional operations, but I --

15  but I don't know whether or not -- I don't know

16  their contribution to the cost.

17           BY MR. KIDMAN:

18      Q.   Do you know if the cost to manufacture the

19  curved cover glass used with the fourth-generation

20  iPod nano is -- is higher than the cost would have

21  been to manufacture that same cover glass, only

22  flat?

23      A.   I don't -- I don't recall ever trying to

24  estimate the cost of that same piece of glass in a

25  flat state.

CONFIDENTIAL BUSINESS INFORMATION

Page 96

1    Q.   Do you know if the cost of the -- so you

2  don't have any understanding one way or another as

3  to whether it costs more to manufacture -- well,

4  strike that.

5         Do you have any understanding at all as to

6  whether it costs more to manufacture the curved

7  cover glass used with a fourth-generation iPod nano

8  than it would to manufacture that same piece of

9  glass with -- with a flat top surface?

10         MR. DANIS:  Objection.  Speculation.  Asked

11  and answered.

12         THE WITNESS:  Yeah.  Again, I haven't ever

13  tried to estimate the cost of -- of a -- of the

14  alternate geometry that you've described.

15         BY MR. KIDMAN:

16    Q.   Well, based on your experience, do you

17  have -- do you have any understanding as to whether

18  it would cost more to -- to manufacture the curved

19  cover glass with these additional manufacturing

20  steps?

21         MR. DANIS:  Objection.  No foundation.

22  Speculation.

23         THE WITNESS:  Yeah, I wouldn't speculate.

24         BY MR. KIDMAN:

25    Q.   You just don't have any understanding in

CONFIDENTIAL BUSINESS INFORMATION

Page 97

1   that regard; is that -- is that true?

2          MR. DANIS:  Same objections.  And it's also

3   vague.

4          THE WITNESS:  I don't have any specific

5   understanding of that.

6          BY MR. KIDMAN:

7      Q.   So based -- based on your experience and

8   based on your position as the director of product

9   design for the iPod group, you have no understanding

10  as to whether that decision to include curved cover

11  glass on the fourth-generation iPod nano added to

12  the cost of the manufacturing of the product; is

13  that correct?

14         MR. DANIS:  I'm sorry.  Can you -- can you

15  read the question back.

16         (Record read as follows:

17         "Q  So based on your experience and based

18         on your position as the director of product

19         design for the iPod group, you have no

20         understanding as to whether that decision

21         to include curved cover glass on the

22         fourth-generation iPod nano added to the

23         cost of the manufacturing of the product;

24         is that correct?")

25         THE WITNESS:  I would say that with the

CONFIDENTIAL BUSINESS INFORMATION

Page 98

1 introduction of a new process, I was personally

2 concerned about the addition of cost from adding

3 additional processing steps.  But I do not -- I did

4 not do a -- I don't recall doing a comparison of the

5 same geometry with the flat surface to a curved

6 surface in order to quantify what the exact cost

7 difference would be.

8         BY MR. KIDMAN:

9    Q.   But your concern was that by adding these

10 additional processing steps, that it would increase

11 the cost to some degree; is that correct?

12   A.   That's a consideration, yes.

13   Q.   And is it your understanding -- I

14 understand that you may not have quantified a

15 difference in cost between manufacturing the curved

16 cover glass and the flat cover glass, but is it your

17 understanding that it did add to the cost -- the

18 manufacturing cost of the product to include the

19 curved cover glass as opposed to the flat cover

20 glass?

21         MR. DANIS:  Objection.  No foundation.

22 Speculation.  Vague.

23         THE WITNESS:  I don't know what -- which

24 flat cover glass you're referring to.  There was no

25 specific alternative flat design to which to

CONFIDENTIAL BUSINESS INFORMATION

1   compare.

2           BY MR. KIDMAN:

3       Q.   Well, what was your concern, then, about

4   the -- adding the two additional manufacturing steps

5   with respect to the issue of cost?

6           MR. DANIS:  Objection.  Asked and answered.

7           THE WITNESS:  I'll say it again, that I am

8   concerned that -- I was concerned that adding

9   additional processing steps would increase the cost.

10          BY MR. KIDMAN:

11      Q.   And is it your understanding that adding

12  those additional processing steps did, in fact,

13  increase the cost in some amount?

14          MR. DANIS:  Objection.  Speculation.

15  Vague.

16          THE WITNESS:  I would say that -- that

17  those processing costs -- that those additional

18  processing steps -- those processing steps have

19  associated cost.

20          BY MR. KIDMAN:

21      Q.   And the cost of those additional processing

22  steps add to the cost of manufacturing the product;

23  correct?

24      A.   Every -- yeah.  The -- the cost of the

25  product is a sum of the cost of material and

CONFIDENTIAL BUSINESS INFORMATION

1    processing steps.

2        Q.   And so if there's a cost associated with

3    additional processing steps, then those -- those

4    costs associated with those additional processing

5    steps add to the cost of the product; correct?

6            MR. DANIS:  Vague.  Speculation.

7            THE WITNESS:  Again, I -- I can only make

8    specific statements about the cost of this -- the --

9    the process steps involved in making this piece of

10   glass and this cost are extremely general ones.

11           And in the case of this glass, there wasn't

12   an alternate processing -- alternate process or

13   alternate geometry that we considered for

14   comparison, so I don't really know how to answer

15   that.

16           In general, though, I would say that when

17   you add more processing steps to the creation of

18   something, depending on the cost of those processing

19   steps and the cost of the -- and the time of those

20   processing steps and the time things -- of the -- of

21   each processing step leading up to that or after

22   that, the yield of that processing steps, all of

23   those things can contribute to the cost of a part.

24           BY MR. KIDMAN:

25       Q.   Did you do anything to investigate your

CONFIDENTIAL BUSINESS INFORMATION

1  concern that these additional processing costs --

2  processing steps to manufacture the curved cover

3  glass would -- would increase costs?

4          MR. DANIS:  Objection.  Misstates the

5  witness's prior testimony.

6          THE WITNESS:  Could you just -- could we

7  read it back.

8          (Record read as follows:

9          "Q  Did you do anything to investigate your

10             concern that these additional processing

11             costs -- processing steps to manufacture

12             the curved cover glass would increase

13             costs?")

14         THE WITNESS:  We specifically worked to --

15  with other teams within Apple to quantify the costs

16  of the part.

17         BY MR. KIDMAN:

18     Q.   What -- what other teams did you work with

19  to quantify the cost of the part?

20     A.   We worked with our supply base engineering

21  team and our global supply chain management team.

22     Q.   And did you, in fact, quantify the cost of

23  manufacturing the part?

24     A.   I did not personally.

25     Q.   But that was done at Apple?

CONFIDENTIAL BUSINESS INFORMATION

Page 163

1    Q.    When you say "N81," that's the currently

2  shipping fourth generation of iPod touch?

3    A.    Correct.  Yes.

4    Q.    And putting that aside, are you aware of

5  any drop testing that was done on any design

6  exploration in connection with any version of the

7  iPod touch where that cover glass sat higher than

8  the top edge of the housing in a way that was

9  intended to be visually apparent to the user of the

10 device?

11   A.    None other than the -- the testing we

12 discussed before with curved glass.

13   Q.    Now, when you presented the results of the

14 testing of the design with the curved glass to the

15 industrial design group, did you present that by way

16 of a -- a Keynote presentation?

17   A.    I believe we had printed copies of the

18 Keynote presentation.

19   Q.    And isn't it true that the reaction of the

20 industrial design members who you made the

21 presentation to was that they were disappointed with

22 the high failure rate of the curved cover glass?

23        MR. DANIS:  Objection.  Asked and answered.

24        THE WITNESS:  I don't recall that -- that

25 disappointment as a particular reaction.  Again, I

CONFIDENTIAL BUSINESS INFORMATION

1    don't -- I don't recall their reaction.

2            BY MR. KIDMAN:

3        Q.   You don't recall one way or another whether

4    they were disappointed with the failure rate of the

5    curved cover glass?

6        A.   I recall that they weren't -- they weren't

7    pleased by the result.  I don't recall them being --

8    I'm certain that they weren't happy about the

9    result.  I don't recall particular disappointment.

10       Q.   And -- and why do you say you're certain

11   that they weren't happy about the result?

12       A.   I think that I would have recalled a -- a

13   positive -- a very positive reaction, I guess.  Just

14   don't -- yeah.

15       Q.   I'm sorry.  Are you finished?

16       A.   Yes, I'm finished.  Sorry.

17       Q.   There's a white version of the N81;

18   correct?

19       A.   Yes.  We call it N81A.

20       Q.   And N81, again, is the fourth-generation

21   iPod touch correct?

22       A.   Correct.

23       Q.   And is there a white version of the

24   third-generation iPod touch?

25       A.   No.

CONFIDENTIAL BUSINESS INFORMATION

Page 165

1    Q.    So the fourth-generation iPod touch is the

2  one that shipped in a -- in a white version?

3    A.    With the cover glass, yes.

4    Q.    And is there a separate team within product

5  design that works on the white version of the

6  fourth-generation iPod touch as opposed to the black

7  version?

8    A.    No.   The -- well, to be specific, the white

9  version happened at a different point in time of the

10  black version, with a subset of the team.

11    Q.    And who's -- who makes up the team or who

12  made up the team that works on the white version of

13  the fourth-generation iPod touch?

14    A.    The white version for the iPod team was

15  Anna Shedletsky and Eric De Jong.

16    Q.    Anyone else?

17    A.    Adam Mittleman may have briefly worked on

18  it.  He no longer -- no longer works at Apple.

19    Q.    When did Adam leave?

20    A.    He left in -- I believe around April of

21  2011.

22    Q.    Do you know where he went?

23    A.    He went -- he took time away from work.

24    Q.    Do you know if he is currently working?

25    A.    He is currently working, yeah.

CONFIDENTIAL BUSINESS INFORMATION

Page 166

1    Q.   Do you know where?

2    A.   I believe he's working at a company called

3 Nest Labs.

4    Q.   Is that Tony Fadell's company?

5    A.   I don't know if it's Tony Fadell's company.

6 I know that he is associated with it.

7    Q.   M-hm.  He's associated with Nest Labs?

8    A.   With Nest Labs, yes.  I don't know what the

9 nature of the association is.

10   Q.   Does the white version of the

11 fourth-generation iPod touch cost more to

12 manufacture than the black version?

13   A.   I believe so, yes.

14   Q.   Do you have any understanding as to -- to

15 why the white version costs more to manufacture than

16 the black version?

17   A.   There are -- yes, I do.

18   Q.   And what's your understanding in that

19 regard?

20   A.   There are -- for the cover glass part,

21 there are additional layers of ink printed on the

22 back side of the cover.  There is also a painting

23 operation on a plastic housing part that's not --

24 that doesn't exist on the black housing and a two --

25 at least two printing operations on the inside of

CONFIDENTIAL BUSINESS INFORMATION

1  that white piece of plastic than doesn't exist on

2  the black unit.

3        It also has a -- I'm -- I'm not actually

4  sure if this affects cost or not, so I won't

5  speculate.  Never mind.

6     Q.   Are there any other reasons why the white

7  version of the fourth-generation iPod touch cost

8  more to manufacture than the black version other

9  than the things you've just told me about?

10    A.   Not that I recall.

11    Q.   And do you know how much more the white

12 version of the iPod touch costs than the black

13 version?

14    A.   I'm not certain, no.

15    Q.   Do you have -- do you have any

16 understanding in that regard?

17    A.   My --

18         MR. DANIS:  Objection.  Speculation.  Asked

19 and answered.

20         THE WITNESS:  Yeah.  I'd be guessing.

21         BY MR. KIDMAN:

22    Q.   Have you seen information on that?

23    A.   I believe at one point I've seen

24 information on the cost difference, but I don't

25 recall the numbers.

CONFIDENTIAL BUSINESS INFORMATION

1       Q.   Do you know if it's more than a dollar?

2            MR. DANIS:  Objection.  Speculation.

3            THE WITNESS:  I'd be -- yeah, I'd be

4   guessing.

5            BY MR. KIDMAN:

6       Q.   M-hm.  Well, is -- is there some -- is

7   there some amount that you know or that you're --

8   you're confident saying that it -- that it -- the

9   difference exceeds?

10      A.   The difference exceeds?  I'm confident that

11  the difference exceeds 50 cents.

12      Q.   Have you seen any documents that show the

13  difference in the manufacturing cost between the

14  white version and the black version of the iPod

15  touch?

16      A.   I believe so.  I can't recall a specific

17  time or document, but I believe I have, yes.

18      Q.   Is -- is there some amount that you're

19  confident in saying that the cost difference is less

20  than?

21      A.   I'm pretty confident it's less than $5.

22      Q.   And are you able to bracket the cost

23  difference between the white version and the black

24  version any more narrowly than more than 50 cents

25  but less than $5?

CONFIDENTIAL BUSINESS INFORMATION

Page 169

1    A.    No.

2    Q.    Why does the white version of the iPod

3    touch require more layers of ink than the black

4    version?

5         MR. DANIS:  Objection.  Speculation.

6         THE WITNESS:  My understanding is that

7    individual layers of -- multiple layers of white ink

8    are required to provide -- to, in the finished

9    product, have the appropriate shade of white, the

10   target shade of white from ID that we'd like the

11   outside -- for the outside appearance -- outside of

12   the phone to -- or, sorry, of the touch to have.

13   Sorry.  That's unclear.

14        Too few layers of white ink would have

15   resulted in a grayish appearance.  And with adding

16   additional layers of white, the outside appearance

17   becomes more white because of the increased opacity

18   of the ink.

19        THE VIDEOGRAPHER:  Try not pull on your

20   cord.

21        BY MR. KIDMAN:

22   Q.    And is it also true that additional layers

23   of white ink are required to increase the opacity so

24   that light doesn't shine through the border region

25   that's created with the layers of ink?

CONFIDENTIAL BUSINESS INFORMATION

1    MR. DANIS:  Objection.  Speculation.  Vague

2  and ambiguous.

3    THE WITNESS:  I don't think that that's a

4  direct requirement of additional layers of white

5  ink.

6    BY MR. KIDMAN:

7   Q.   Well, is one of the reasons that additional

8  layers of white ink are used to create the border on

9  the white version of the iPod touch, some of that

10  light doesn't shine through border area?

11    MR. DANIS:  Objection.  Speculation.  Vague

12  and ambiguous.

13    THE WITNESS:  I don't think that's the

14  specific reason, no.

15    BY MR. KIDMAN:

16   Q.   So have you ever heard that that's one of

17  the reasons for using additional layers of white ink

18  on the white version?

19   A.   I haven't heard that as a reason for

20  additional layers of white ink.

21   Q.   What was the additional painting operation

22  on the housing that's used with the white version of

23  the iPod touch?

24   A.   It's a spray paint, clear spray paint.

25  It's applied to the outside edge of part of -- one

CONFIDENTIAL BUSINESS INFORMATION

Page 171

1    of the housing parts.

2        Q.    What housing part is that clear spray --

3        A.    We call that part the --

4        Q.    I'm sorry.  I had a little pause there.  I

5    wasn't quite finished, so just let me ask a full

6    question.

7        A.    Sure.

8        Q.    What's the housing part that this clear

9    spray is applied to?

10        A.    We call the part the G-frame.

11        Q.    Is the G-frame on the exterior of the

12    product?

13        A.    It's both on the exterior and interior.

14        Q.    And is the clear spray applied to the

15    exterior of the G-frame?

16        A.    Yes.

17        Q.    Is it also applied to the interior part of

18    the G -- G-frame?

19        A.    It is applied, yeah -- yes.

20        Q.    And why is this clear spray applied to

21    the -- the G-frame?

22        A.    It's applied to the G-frame to prevent

23    staining of the white G-frame.

24        Q.    And is a clear spray like that applied to

25    the black version of the iPod touch?

CONFIDENTIAL BUSINESS INFORMATION

Page 172

1    A.    No.  No, it's not.

2    Q.    Why not?

3          MR. DANIS:  Objection.  Speculation.

4          THE WITNESS:  The -- the black G-frame does

5    not have a tendency to stain.

6          BY MR. KIDMAN:

7    Q.    On the original iPhone, is -- is there an

8    area that's referred to as "the G-frame"?

9    A.    Not that I'm aware of.

10   Q.    I'm sorry.  What material is the G-frame

11   made out of on the iPod touch?

12   A.    I believe it's a nylon thermoplastic.

13   Q.    Is that a kind of resin?

14   A.    Nylon is the base resin, yeah.

15   Q.    And what are the two printing operations on

16   the inside of the housing that are done on the white

17   version of the iPod touch?

18   A.    There is one printing operation that is

19   black ink to reduce the transparency of the white

20   G-frame in local regions.

21         There's another that is black ink, also in

22   the region of the rear-facing camera, in order to

23   make the outward appearance of the white G-frame

24   black in that region.

25   Q.    And the first operation that you referred

CONFIDENTIAL BUSINESS INFORMATION

1  to, when black ink is -- is applied to reduce the

2  transparency of the G-frame, what's the reason for

3  wanting to reduce the transparency of the G-frame?

4          MR. DANIS:  Objection.  Speculation.

5          THE WITNESS:  We observed on some prototype

6  units that light coming from the LCD backlight could

7  travel through the white G-frame and be visible to a

8  user from the outside.

9          BY MR. KIDMAN:

10     Q.   And what's -- what's the reason for

11  applying -- talking now about the second operation.

12          What's the reason for applying the black

13  ink on the G-frame in the area -- in the region of

14  the rear-facing camera?

15     A.   The -- the reason is that ID did not want

16  the user to be able to look into the region and see

17  the white G-frame, so they painted it black.  They

18  wanted the appearance of the region around the

19  camera to be black.

20     Q.   Is the thickness of the cover glass on the

21  white version of the iPod touch the same as the

22  thickness of the cover glass on the black version?

23     A.   Yes.

24     Q.   Does the application of the additional

25  layers of ink on the white version of the iPod touch

CONFIDENTIAL BUSINESS INFORMATION

Page 174

1  increase the height of the Grape stack compared to

2  the black version?

3      A.   The -- it, frankly, depends on your

4  reference for measurement.  So I'm not sure.  If

5  you -- if you could describe the -- what -- what's

6  the -- what you mean as the datum for the thickness

7  measurement.  What's the zero point?

8      Q.   How does it differ based on -- on --

9      A.   In general, how does it differ?  The

10 additional ink -- the -- the glass material itself

11 is of the same thickness for the cover on both

12 types.  The additional layers of ink increase the

13 thickness of the glass and ink together.

14         The difference from the back of the ink to

15 the bottommost surface of the -- the backmost

16 surface of the display which compromises the Grape

17 module is identical to that on the black touch.

18     Q.   And so does the cover glass on the white

19 version of the iPod touch sit higher relative to the

20 edge of the device than on the black version?

21     A.   Yeah.  The white version, the glass sits

22 approximately 30 microns higher relative to the --

23 to the plastic G-frame than it does on the black

24 version.

25     Q.   And does -- does that -- does that fact

CONFIDENTIAL BUSINESS INFORMATION

Page 175

1  have any impact on the failure rate of the glass in

2  drop testing?

3      A.   I don't believe -- I believe that in the

4  the end, the drop performance was very similar

5  between the two.

6      Q.   Is -- has there been any observed

7  difference in the failure rate of the cover glass on

8  the white version as compared to the black version

9  in drop testing?

10     A.   There may have been at different points in

11  time in the project.  But the overall performance by

12  the end of the project was comparable.

13     Q.   And was anything done over the course of

14  the project to reduce the failure rate of the cover

15  glass on the white version?

16     A.   I don't recall specific changes.  It was

17  something that we paid very close attention to, but

18  I don't recall any specific design changes.

19          MR. KIDMAN:  Let's mark the next document

20  as Exhibit 5.

21          (Marked for identification purposes,

22          Exhibit 5.)

23          MR. KIDMAN:  And for the record, Exhibit 5

24  is a multipage document Bates-numbered

25  APLNDC0002015123 through 2015125.

CONFIDENTIAL BUSINESS INFORMATION

1      BY MR. KIDMAN:

2      Q.   Mr. Lynch, have you seen this document

3   before?

4      A.   I have a vague recollection.  I don't

5   remember it specifically, but ...

6      Q.   At the bottom of the first page, there's an

7   e-mail from you to Adam, dated March 24, 2010.

8          Do you see that?

9      A.   Yes.

10     Q.   And is the Adam that you're sending this

11  e-mail to Adam -- Adam Mittleman?

12     A.   Mittleman.  Yes.  I believe so.

13     Q.   Okay.  And do you recall having sent this

14  e-mail?

15     A.   Not specifically.

16     Q.   Do you have any reason to doubt that you

17  sent this e-mail on March 24, 2010?

18     A.   No, no reason to doubt it.

19     Q.   And if you move up the page, there's an

20  e-mail from Adam Mittleman to you, with a copy to

21  others.

22         Do you see that?

23     A.   Yes.

24     Q.   Do you recall having received this e-mail

25  from Adam Mittleman?

CONFIDENTIAL BUSINESS INFORMATION

Page 177

1    A.    Again, not specifically.

2    Q.    Do you have any reason to doubt that you

3    received this e-mail from Adam Mittleman --

4    A.    No.

5    Q.    -- on March 26, 2010?

6    A.    No, I don't.

7    Q.    In Mr. Mittleman's e-mail to you, he says,

8    B, here's a rundown of the design and operational

9    issues associated with white ink.

10         Do you see that?

11   A.    Yes.

12   Q.    And is the -- the third page of -- of the

13   e-mail, the rundown of design and operational issues

14   associated with white ink that Mr. Mittleman is

15   referring to?

16   A.    Yes, I think so.

17   Q.    Adam goes on in his e-mail to say, Danny

18   and Jody had a chat today, and it seems that Johnny

19   is mostly interested in white CG for K93, so the

20   same may be true for N81 as well.

21         Do you see that?

22   A.    Yes.

23   Q.    And "K93" -- "K93" refers to the -- the

24   iPad; correct?

25   A.    Yes.

CONFIDENTIAL BUSINESS INFORMATION

1      Q.   In the next sentence of Mr. Mittleman's

2  e-mail he says, I'm still getting cost info for the

3  white frame and white home button, but the white CG

4  is about a buck coster adder.

5          Do you see that?

6      A.   Yes.

7      Q.   Does that refresh your recollection at all

8  as to the -- the cost difference between the white

9  version and the black version of the iPod touch?

10     A.   No.  I mean, I think this is a -- yeah.

11  No, it doesn't.

12     Q.   And when Mr. -- and when Mr. Mittleman says

13  the white CG is about a buck coster adder, do you

14  have any understanding of what he was referring to

15  there?

16     A.   I would interpret that to mean that -- that

17  his -- his estimate of additional cost for a white

18  cover glass is about a dollar with respect to the

19  black cover glass.  I don't know the origin of his

20  estimate.

21     Q.   Okay.  But that's just -- your

22  understanding is that he's just referring to the

23  additional cost for the white cover glass; correct?

24     A.   Correct.

25     Q.   And so that wouldn't include the -- the

CONFIDENTIAL BUSINESS INFORMATION

Page 179

1  additional painting operations on the housing and

2  G-frame; is that correct?

3      A.   From this statement, I would interpret that

4  just to mean just the CG, just the cover glass.

5      Q.   If you look at the third page of Exhibit 5,

6  which is what Mr. Mittleman refers to as the rundown

7  of design and operational issues associated with

8  white ink, do you see that the first -- under the

9  heading "White N81," the first line says, Design

10  implications of white ink.

11         Do you see that?

12     A.   Yes.

13     Q.   And there are some -- some bullet points

14  below that.  And the first one is, White ink is 35

15  UM thicker than black.

16     A.   Yes.

17     Q.   What's -- what's UM?

18     A.   That's short for microns.

19     Q.   And the next bullet point says, Would

20  require growing the G-frame in Z by 35 UM to

21  maintain current CG proudness.

22         Do you know what he's referring to there?

23     A.   Yeah.  He's referring to the -- the

24  additional -- the additional ink thickness would

25  cause the glass to sit slightly higher in the

CONFIDENTIAL BUSINESS INFORMATION

1   product.  And if we wanted to maintain the same

2   position of the G-frame with respect to the glass,

3   we would need to grow the G-frame by 35 microns.

4       Q.   And in the version of the white N81 that

5   shipped, you didn't grow the G-frame; correct?

6       A.   Correct.

7       Q.   And, instead, the cover glass just sits a

8   little prouder than the black version?

9       A.   That's right.

10      Q.   And then down below, it says, Operational

11  implications for white ink.

12           Do you see that?

13      A.   Yes.

14      Q.   And third bullet point is, Need to manage

15  two glass thicknesses, .80 UM for white, .83 UM for

16  black.  And, in fact, you didn't need to manage two

17  different glass thicknesses; is that correct?

18           MR. DANIS:  I'm sorry.  Can you read that

19  question back.

20           MR. KIDMAN:  Let me just ask a different --

21  different question because I think I -- now I think

22  I understand what this is saying and it supersedes

23  my question.

24           BY MR. KIDMAN:

25      Q.   When he says, Need to manage two glass

CONFIDENTIAL BUSINESS INFORMATION

1    thicknesses, is he referring to the addition --

2    additional layers of ink on the white cover glass

3    increasing the thickness over the -- as compared to

4    the black version?

5        A.   No.   I think he's referring to a potential

6    third solution, which would be to reduce the

7    thickness of the -- of the white glass and to

8    compensate for the thickness of the ink.

9        Q.   And was that -- was that solution

10   implemented?

11       A.   No.

12       Q.   Okay.   And then the next bullet point says,

13   White CG is 80 cents to $1.05 more expensive.

14            Do you see that?

15       A.   Yes.

16       Q.   Does that refresh your recollection in any

17   way as to the additional cost for manufacturing the

18   white cover glass as compared to the black?

19       A.   This --

20            MR. DANIS:   I'm sorry.   I don't think there

21   was a prior question to the witness on the cost of

22   white cover glass.   So I don't know how to state the

23   objection, but I -- I think you're asking --

24            BY MR. KIDMAN:

25       Q.   Do you have any understanding as to the

CONFIDENTIAL BUSINESS INFORMATION

Page 208

1    tests.  And these are tests that I'm familiar with

2    from other -- you know, other projects and other

3    uses.

4        Q.   And who was it that shared the -- the data

5    with you that's reflected here?

6        A.   I believe it was Chris Prest.  I think he

7    was the one who oversaw this testing, this effort.

8        Q.   Are you aware of any testing that's been

9    done on glass configurations where the corners of

10   the glass from the plan view are at a 90-degree

11   angle without -- without any radii?

12       A.   No, not that I remember.

13       Q.   The first through third generations of the

14   iPod nano used plastic for the top cover; correct?

15       A.   Correct.

16       Q.   Do any versions of the iPod touch use

17   plastic for the top cover?

18       A.   No.

19       Q.   And do all versions of the iPod touch use

20   glass as the material for the top cover?

21       A.   Yes.

22       Q.   Do you know, in connection with any version

23   of the iPod touch, whether any material other than

24   glass has been considered for the top cover?

25       A.   It's possible that in early -- early

CONFIDENTIAL BUSINESS INFORMATION

Page 209

1    configurations of N45, the first touch, such as

2    the -- the configuration that you showed in the

3    image, that -- in the image in a prior exhibit, that

4    we may have considered plastic for -- for that type

5    of product.  I don't recall the -- I don't recall

6    definitively.

7        Q.   Do you have any understanding as to why

8    glass was selected as the material for the top cover

9    of each of the versions of the iPod touch that have

10   shipped?

11       A.   I recall the decision to use glass -- or

12   hearing of the decision to use glass on the

13   first-generation iPhone, and I believe that the

14   logic for that -- for that decision was applied to

15   the touch, although I don't recall -- you know, I

16   wasn't part of that decision.

17            I don't recall the specific timing when

18   that happened relative to where we were in the

19   development of N45.

20       Q.   And do you know what the logic was behind

21   selecting glass for the top cover of the -- of the

22   original iPhone?

23       A.   I understand from, you know, recollection

24   of discussions at the time and then also from, you

25   know, news articles I've read more recently about --

CONFIDENTIAL BUSINESS INFORMATION

Page 210

1 that Steve Jobs advocated switching to it because of

2 its scratch resistance -- to glass because of its

3 scratch resistance.

4     Q.   And do you recall -- putting aside news

5 articles that you've subsequently read, do you

6 recall any discussions internally at Apple about

7 that being the logic behind selecting glass for the

8 top cover of the original iPhone?

9     A.   I recall speaking to Steve Zadesky about

10 it, sometime -- sometime shortly after, that we

11 learned -- or he had learned of that decision.  And

12 him -- he related to me a similar -- similar logic,

13 similar story.

14     Q.   What do you recall Mr. Zadesky saying?

15     A.   I recall him saying that -- that the --

16 that Steve Jobs felt that the scratch resistance of

17 the plastic was unacceptable and that the team

18 should switch to glass.

19     Q.   Do you recall any testing being done on

20 plastic top covers?

21         MR. DANIS:  Objection.  Vague as to

22 "device."

23         BY MR. KIDMAN:

24     Q.   For any version of the iPod touch or the

25 iPhone.

CONFIDENTIAL BUSINESS INFORMATION

1      A.   I don't recall any touch relating --

2  related testing -- any touch-related testing.  I do

3  recall tests -- I -- I recall that there was -- I

4  believe that there was testing at the time of the

5  original iPhone during the development of that

6  product.

7      Q.   When you say you don't recall any

8  touch-related testing, do you mean you don't recall

9  any testing of a plastic cover in connection with

10 the iPod touch?

11     A.   Yes, exactly.

12     Q.   Okay.  What do you recall about the testing

13 of plastic for the top cover in connection with the

14 iPhone?

15     A.   I just have vague recollections of hearing

16 about different materials that were trialed and, you

17 know, hearing hardness result numbers from those

18 plastics.  I don't -- I don't recall any -- any

19 level of detail, but I'm just aware that that

20 testing was happening.

21     Q.   When you say you recall hearing about

22 hardness result numbers, what does -- what does that

23 refer to?

24     A.   Hardness is a -- is a material property,

25 something you can measure.