# EXHIBIT 58

Jony

With iPad 2, we have made advances in both form and function that are so significant and far reaching.

Rarely has a product defined an entire category and then changed as dramatically in such a short period of time.

*Still prefer the more personal thought.  Also it didn't change.  It was redesigned.*

I can't think of a product that has defined an entire category to then be so fundamentally redesigned in such a short period of time.

Jony

The iPad 2 really is defined by the display. There are just no distractions.

What were essentially three surfaces have been collapsed into two—as we managed to reduce the structural wall around the perimeter of the product and, importantly, eliminate the edge. It is not only more comfortable to hold, but, with the breakthroughs we've made with unibody engineering, it is rigid, durable, and even more precise.

While the back of the product is made of durable aluminum, we wanted to figure out a way to protect the display without compromising the iPad's size and weight.

So, rather than designing a separate case, we created the iPad Smart Cover.

*I sound too marketing like saying iPad smart cover.*

It was developed with the iPad, so the two are made to work together. It attaches magnetically, aligning perfectly, and it's just as easy to remove.

When the iPad detects that you have opened the cover, it immediately wakes from sleep. You can also fold the cover to create a stand for typing or watching a video. (And the internal micro-fiber lining helps clean the glass.)
Even the microfibre internal lining was developed to help clean the glass.

There are ten colors. Five in polyurethane and five in a beautiful, aniline-dyed leather. This is much more than just an accessory. They actually combine to create one product.

*I wish there was a better, less ambiguous way of saying "They actually combine to create one product." Sounds like I am saying the ten different covers combine.....*

The iPad and cover were designed from the beginning as one product.

Highly Confidential - Attorneys' Eyes Only                                                                                                    APLNDC0001207394

Jony

We're constantly working to refine and improve. To simplify. To make something thinner and lighter while, at the same time, trying to actually increase functionality. Sometimes, those improvements are incremental but sometimes, as is the case with the new iPad, they are dramatic.

The original iPad created an entire category, and re-imagined what a computer is.

Now, iPad 2 redefines the iPad.

*Don't like "and re-imagined what a computer is."*

Highly Confidential - Attorneys' Eyes Only                                                                                                    APLNDC0001207395