# EXHIBIT 60

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                 Plaintiff,
 7
     vs.                           CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13              Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17        A T T O R N E Y S'   E Y E S   O N L Y
18
19     VIDEOTAPED DEPOSITION OF PHIL HOBSON
20         REDWOOD SHORES, CALIFORNIA
21          TUESDAY, FEBRUARY 28, 2012
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 46054
```

Highly Confidential - Attorneys' Eyes Only

Page 157

| | | |
|---|---|---|
| 1 | that your understanding? | 15:34 |
| 2 | A   That's my understanding, yes. | 15:34 |
| 3 | Q   Mr. Hamblin in his e-mail says: | 15:34 |
| 4 | "We have made some additional modifications | 15:34 |
| 5 | to the Grape mechanical drop samples." | 15:34 |
| 6 | Do you see that? | 15:34 |
| 7 | A   Yes. | 15:34 |
| 8 | Q   Do you know what he refers -- what he's | 15:34 |
| 9 | referring to when he says "Grape mechanical drop | 15:34 |
| 10 | samples"? | 15:34 |
| 11 | MR. GALLEGOS:  Objection; lacks foundation. | 15:34 |
| 12 | THE WITNESS:  I don't know specifically what | 15:34 |
| 13 | he's referring to. | 15:34 |
| 14 | MR. KIDMAN:  Q.  Were you involved in any | 15:34 |
| 15 | drop testing that related to the touch panel? | 15:34 |
| 16 | A   Specifically just the touch panel?  I mean, | 15:35 |
| 17 | we did drop testing for -- for the general | 15:35 |
| 18 | architecture. | 15:35 |
| 19 | Q   And did the drop -- any of the drop testing | 15:35 |
| 20 | that you participated in include samples of phones | 15:35 |
| 21 | where the touch panel was in operation? | 15:35 |
| 22 | MR. GALLEGOS:  Objection; vague. | 15:35 |
| 23 | THE WITNESS:  Yes.  I mean, we did drop | 15:35 |
| 24 | testing all the way up to production ramp. | 15:35 |
| 25 | MR. KIDMAN:  Q.  Were there any drop tests, | 15:35 |

Case 5:11-cv-01846-LHK   Document 1384-13   Filed 07/26/12   Page 4 of 7
Highly Confidential - Attorneys' Eyes Only

Page 158

1  the purpose of which was to determine the -- the --    15:35
2  the impact on the touch panel?    15:35
3       A    The touch panel was one of many components    15:36
4  we'd look at after getting drop test results.    15:36
5       Q    In this e-mail, Mr. Hamblin writes "the    15:36
6  changes are," and in the paragraph No. 1, he says:    15:36
7            "We've added a black mask around the    15:36
8  perimeter of the bottom side of the cover sheet."    15:36
9            Do you know what he's referring to there?    15:36
10           MR. GALLEGOS:  Objection; lacks foundation.    15:36
11           THE WITNESS:  I can only make an assumption.    15:36
12  I don't know specifically what he's referring to.    15:36
13           MR. KIDMAN:  Q.  Are you familiar with    15:37
14  something on the original iPhone that's referred to as    15:37
15  the "black mask"?    15:37
16      A    That typically is the ink layer on the    15:37
17  underside of the cover glass to hide the mechanical    15:37
18  bits inside the product.    15:37
19      Q    And can you see the black mask from the    15:37
20  exterior of the phone if you're -- if you're holding    15:37
21  it and looking at the front of the phone?    15:37
22      A    Yes.    15:37
23      Q    And what -- what is the -- what is the    15:37
24  black -- black mask?  Is that the black border that    15:37
25  surrounds the active area of the screen?    15:37

Highly Confidential - Attorneys' Eyes Only

Page 159

| | |
|---|---|
| 1    MR. GALLEGOS: Objection; vague. | 15:37 |
| 2    THE WITNESS: The black mask is -- again, | 15:37 |
| 3  it's an ink layer applied to the underside of the | 15:37 |
| 4  cover glass that hides all the mechanical parts inside | 15:37 |
| 5  the product. | 15:37 |
| 6    MR. KIDMAN: Q. And from the -- viewing the | 15:37 |
| 7  phone from the exterior, does the black mask appear as | 15:38 |
| 8  a border that runs around the active area of the | 15:38 |
| 9  display? | 15:38 |
| 10    MR. GALLEGOS: Objection; vague. | 15:38 |
| 11    THE WITNESS: It depends on how you define a | 15:38 |
| 12  border. | 15:38 |
| 13    MR. KIDMAN: Q. Well, if you're just looking | 15:38 |
| 14  at the -- holding the original iPhone and looking at | 15:38 |
| 15  the screen, is the black mask that you're referring to | 15:38 |
| 16  visible? | 15:38 |
| 17    A  From the front of the product, yes. | 15:38 |
| 18    Q  And that's the area that is between the | 15:38 |
| 19  active area of the display and the -- the bezel; is | 15:38 |
| 20  that -- is that correct? | 15:38 |
| 21    MR. GALLEGOS: Objection; form; vague. | 15:38 |
| 22    THE WITNESS: The black mask extends from the | 15:38 |
| 23  outer edge of the glass to the visible active area of | 15:39 |
| 24  the LCD. | 15:39 |
| 25    MR. KIDMAN: Q. And what components of the | 15:39 |

Highly Confidential - Attorneys' Eyes Only

Page 160

| | | |
|---|---|---|
| 1 | device does the black mask hide? | 15:39 |
| 2 | MR. GALLEGOS: Objection; form. | 15:39 |
| 3 | THE WITNESS: I mean, most all the components | 15:39 |
| 4 | on the inside, mechanical components. | 15:39 |
| 5 | MR. KIDMAN: Q. In his e-mail, Mr. Hamblin | 15:40 |
| 6 | goes on to say: | 15:40 |
| 7 | "The critical dimension for the black mask | 15:40 |
| 8 | location is to ensure a 0.2mm gap between the LCD | 15:40 |
| 9 | active area and the edge of the black mask." | 15:40 |
| 10 | Do you see that? | 15:40 |
| 11 | A   Yes. | 15:40 |
| 12 | Q   Do you have any understanding as to what he's | 15:40 |
| 13 | referring to there? | 15:40 |
| 14 | MR. GALLEGOS: Objection; lacks foundation. | 15:40 |
| 15 | THE WITNESS: I can only make an assumption | 15:40 |
| 16 | as to what he's talking about. | 15:40 |
| 17 | MR. KIDMAN: Q. Well, what would your | 15:40 |
| 18 | understanding be based on? | 15:40 |
| 19 | A   Based on what I read, my understanding would | 15:40 |
| 20 | be he's talking about the gap between the active area | 15:40 |
| 21 | of the LCD at 0.2, and then the edge of the black mask | 15:40 |
| 22 | starts. | 15:40 |
| 23 | Q   And the "0.2mm" refers to 0.2 millimeters; is | 15:41 |
| 24 | that correct? | 15:41 |
| 25 | A   Yes. | 15:41 |

Highly Confidential - Attorneys' Eyes Only

```
                                                            Page 161
1       Q   And is that 0.2-millimeter gap between the      15:41
2   active area of the screen and the edge of the black     15:41
3   mask, is that sometimes called the dead pixel area?     15:41
4           MR. GALLEGOS:  Objection; form.                 15:41
5           THE WITNESS:  I never heard it referred to as   15:41
6   that.                                                   15:41
7           MR. KIDMAN:  Q.  Do you have any                15:41
8   understanding as to why the active area of the screen   15:41
9   on the original iPhone does not extend all the way to   15:41
10  the edge of the bezel?                                  15:41
11          MR. GALLEGOS:  Objection; form.                 15:41
12          THE WITNESS:  There are things located around   15:41
13  the border of the LCD that necessarily need to be       15:42
14  there, things like seals between the different glass    15:42
15  layers, traces for the electrical signals.  So you      15:42
16  need space for those things to reside.                  15:42
17          MR. KIDMAN:  Q.  Any other reasons?             15:42
18          MR. GALLEGOS:  Objection; form.                 15:42
19          THE WITNESS:  No, that's the -- the main        15:42
20  reasons.                                                15:42
21          MR. KIDMAN:  Q.  Any other -- I understand      15:42
22  that may be the main reason, but are there any other    15:42
23  reasons, whether you'd call them main reasons or not?   15:42
24          MR. GALLEGOS:  Objection; form; vague; lacks    15:43
25  foundation.                                             15:43
```