# EXHIBIT 63

Highly Confidential - Attorneys Eyes Only

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California         )
     corporation,                     )
 5                                    )
                  Plaintiff,          )
 6                                    )
          vs.                         )  No: 11-CV-01846-LHK
 7                                    )
     SAMSUNG ELECTRONICS CO., LTD,    )
 8   a Korean business entity;        )
     SAMSUNG ELECTRONICS AMERICA,     )
 9   INC., a New York corporation;    )
     SAMSUNG TELECOMMUNICATIONS       )
10   AMERICA, LLC, a Delaware         )
     limited liability company        )
11                                    )
                  Defendants.         )
12   _____)
13
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16           DEPOSITION OF STEPHEN ZADESKY
17              Redwood Shores, California
18                Monday, March 5, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 46058
```

Highly Confidential - Attorneys Eyes Only

Page 84

1    Q.    And do you remember any specific
2    issues regarding air gaps --
3    A.    Yes.
4    Q.    -- on the original iPhone?
5    A.    Yes.                                              11:17
6    Q.    Where was the air gap issue, like
7    on the body of the phone, where was it located?
8    A.    Wherever two different materials
9    came together there was typically a gap.
10   Q.    And do you recall any specific               11:17
11   meeting of two materials that was an issue that
12   you addressed?
13   A.    Yes.
14   Q.    Where was it located?
15   A.    The gap between the cover glass              11:18
16   and the stainless steel bezel.
17   Q.    And the stainless steel what?
18   A.    Bezel.
19   Q.    Okay.  So the -- was this on a
20   model that was close to what was released as the   11:18
21   original iPhone, meaning the issue of the air gap
22   that you're talking about?
23   A.    Yes.
24   Q.    And what specifically was the
25   issue that you were addressing?                    11:18

Highly Confidential - Attorneys Eyes Only

Page 85

1  A.  Our testing showed that by making
2  a small change in the gap between the glass and
3  the stainless steel bezel that we could improve
4  performance in drop testing.
5  Q.  What was the difference,                                    11:19
6  increasing the gap or decreasing the gap?
7  A.  Decreasing.
8  Q.  And what is the role of the bezel
9  that you're talking about, the stainless steel
10 bezel that goes around the face of the original              11:19
11 iPhone?
12         MR. BEARD:  Objection.  Vague and
13     ambiguous.
14         THE WITNESS:  It would depend on
15     who you would ask.  For us, it was the                    11:19
16     primary structural member of the phone.
17         The primary structural member of
18     the phone.
19 Q.  I just couldn't -- you dropped
20 off, so I couldn't hear exactly how you ended the            11:19
21 sentence.  Thank you for repeating it.
22         For us, you mean product design or
23 mechanical engineering perspective?
24 A.  Yeah, yeah, yes.
25 Q.  And what specifically did the                            11:19

Highly Confidential - Attorneys Eyes Only

Page 86

1  bezel do in that -- in terms of being the primary
2  structural member of the phone?
3         A.   It provides structural support and
4  attachment points for the other internal
5  components of the device.                              11:20
6         Q.   Did it have a role in attaching
7  the display and cover glass?
8         A.   Yes.  The cover glass and display
9  were some of the items attached.
10        Q.   And what else?                             11:20
11        A.   It would be a really long list.  A
12 lot of things.
13        Q.   And the bezel also attached those
14 units to the back housing; is that right?
15        A.   I'm sorry, what's those units?             11:20
16        Q.   The things that you said it
17 supported.
18        A.   Right.
19        Q.   Or the attachment points that it
20 created were to attach certain items to the back       11:20
21 housing; is that right, so that it would be one
22 solid unit?
23        A.   Yes.  Some of the components were
24 attached to the bezel.  Some of the components
25 were attached to the bottom housing.  And then as     11:21

Highly Confidential - Attorneys Eyes Only

Page 87

1  part of the assembly process they would meet
2  together.  So either directly or indirectly, yes.
3         Q.   Did the bezel also have a role in
4  protecting the cover glass?
5         A.   Yes.                                                11:21
6         Q.   What was that role?
7         A.   In a drop event, if the unit were
8  to land on the stainless steel bezel rather than
9  on the glass, it would protect the glass.
10        Q.   Have there been designs that                        11:21
11 involved glass going all the way to the edge of
12 the device?
13        A.   On?
14        Q.   On the iPhone?
15        A.   On the M68?                                         11:21
16        Q.   Yes.
17        A.   I don't think so, no.  Or I'm not
18 sure.
19        Q.   Do you remember any designs where
20 the glass was proud of the bezel, meaning higher                11:22
21 than the top of the bezel?
22        A.   During the development of M68?
23        Q.   Yes.
24        A.   We go through so many different
25 iterations at the beginning that I would be                     11:22