# EXHIBIT 64

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6          Plaintiff,
 7   vs.                           Case No. 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12          Defendants.
     ----------------------------------/
13
14
15
16                    CONFIDENTIAL
17                ATTORNEYS' EYES ONLY
18                  OUTSIDE COUNSEL
19       VIDEOTAPED DEPOSITION OF IMRAN CHAUDHRI
             Redwood Shores, California
20             Friday, October 14, 2011
21
22
23   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523, RPR, CRR, CCRR, CLR
24
     JOB NO. 42879
25
```

Confidential Attorneys' Eyes Only

Page 132

1  this very broadly, then, I take it you don't have
2  any knowledge or information about the specific
3  mockup that's in front of you right now?
4      A.   That's correct.
5           MR. ZELLER:  So I think that --
6           MR. KREEGER:  Can we take a quick break,
7  please?
8           MR. ZELLER:  Sure.
9           THE VIDEOGRAPHER:  This is the end of Disk
10 No. 3, Volume I.  We are off the record at 2:45 p.m.
11          (Recess taken, from 2:45 to 2:56.)
12          THE VIDEOGRAPHER:  This is the beginning of
13 Disk No. 4, Volume I.  We are back on the record at
14 2:56 p.m.  You may proceed.
15          BY MR. ZELLER: Let's please mark as
16 Exhibit 576 a multipage document, which is a copy of
17 the United States Design Patent 627,790.
18          (Marked for identification purposes,
19          Exhibit 576.)
20          BY MR. ZELLER:
21     Q.   Please let me know when you've had a chance
22 to review Exhibit 576.
23     A.   Okay.
24     Q.   Do you recognize this as the '790 design
25 patent that you're named as the inventor on?

Confidential Attorneys' Eyes Only

Page 133

1   A.   I do.
2   Q.   And I take it you've seen this before
3   today?
4   A.   I have.
5   Q.   Can you please tell me, upon reviewing
6   the -- the figure which is on the last page of
7   Exhibit 790 [sic], what is it that you invented
8   that's reflected here?
9        MR. KREEGER:  Objection.
10       You can answer.
11       THE WITNESS:  It looks like it's the home
12  screen for the iPhone.
13       BY MR. ZELLER:
14  Q.   And in terms of what's depicted here of the
15  home screen of the iPhone that's shown in this
16  figure, what is it that you -- you came up with
17  yourself?
18  A.   I came up with the shape of the icons and
19  the way they're laid out.  And the two sections.
20  Q.   And when you say "the two sections," the
21  fact that there's two rows on top and then this
22  missing or blank area and then a bottom row?
23  A.   Yeah.  The -- mainly that the bottom row is
24  different from the rest of the icons.
25  Q.   And what do you mean by that?  How are they

Page 134

1  different from the rest of the icons?
2      A.   They -- they give the customer a quicker
3  access to them.
4      Q.   Oh, I see.
5           The bottom row, because it remains static,
6  as opposed to moving when -- when pages are scrolled
7  through on the device, gives the user quicker access
8  to those -- those bottom -- that bottom row of
9  icons?
10     A.   For example, yeah.
11     Q.   What else does it do?  What other ways does
12  it give -- does this layout give the customer
13  quicker access?
14     A.   It also gives them a closer proximity to
15  where their finger was previously.
16     Q.   And perhaps if you could explain that for
17  me.  I'm not -- I'm not entirely following that
18  part.
19     A.   So the customer would press the home
20  button, which would bring them to this home screen.
21  And generally their -- their finger would be towards
22  the bottom of the screen anyway.  And it means that
23  their -- that their finger wouldn't have to travel
24  as far.
25     Q.   And by that, it means that having that --