# EXHIBIT 68

APLNDC-Y0000028751



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028752



# US Mobile Phone Market Study

**Pre-iPhone Launch**

The information in this and related documents is strictly

Apple Market Research & Analysis
June 2007

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028753

# Why this report?

Purpose:  The purpose of this study is to provide a comprehensive view of the US mobile phone market and especially of the iPhone's potential. As additional research is conducted on the iPhone, the report will be updated to keep it relevant with any new available information.

Key areas include:

• Awareness of iPhone, mobile phone brands, and key models
• Consideration and likelihood to buy iPhone
• Impediments to consideration and purchase of iPhone
• Mobile phone users' relationship with their service provider
• Mobile phone use and ownership trends
• Purchase decision making
• Profiling of market segments, including those most likely to buy iPhone

Method: Apple Market Research worked with Doxus, an independent market research firm to develop the questionnaire. Doxus fielded a web survey from May 17 to 21 2007 using sample from consumer panels. Data was weighted by carrier, gender and age to reflect

3

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028754



Highly Confidential - Attorneys' Eyes Only

# Key Conclusions

**The iPhone enjoys high purchase interest**
- 24% of the market will consider purchasing an iPhone
- 12% are very or somewhat likely to buy an iPhone
- 9% are very or somewhat likely to buy the $499 or $599 iPhone models
- 6% have delayed their purchase in anticipation of the iPhone
- 4% already have the iPhone specifically in mind

**Those likely to buy iPhone represent a very attractive market segment**
- They are heavy mobile phone users who are actively engaged with using mobile features beyond calling and texting
- 66% own iPods and 22% use Macs
- 30% have household incomes above $100K

**Building awareness is critical to increase consideration**
- 60% of the mobile market is aware of the iPhone
- 31% are aware that AT&T is the exclusive service provider

5

APLNDC-Y0000028755

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028756

# Key Conclusions (continued)

**Cost and service provider issues are key inhibitors for those not considering iPhone**

- 24% of those very or somewhat likely to buy will not do so at current prices
- 29% of the market will not consider iPhone due to a cost–related issue
- 21% of the market will not consider the iPhone due to service provider issue such as not wanting to switch to AT&T or not wanting to pay an early termination fee due to an existing contract

**Apple and AT&T will need to build a long term relationship with customers**

- Mobile phone owners are not particularly brand–loyal; two–thirds changed the brand of their phone with their most recent purchase
- Switching service providers is common and driven by service plans and service–related issues

**iPod owners likely to purchase the 4 or 8 GB iPhone are more likely** [6]

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028757



# iPhone awareness is high but consideration needs further development

Highly Confidential - Attorneys' Eyes Only

# 60% of the mobile market is aware of the iPhone and 24% will consider

* timeframe was broad and included 36 months or more.

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028759



Highly Confidential - Attorneys' Eyes Only

# Most who say they are likely to buy the iPhone (but not at current prices) would be more receptive at prices below $300

Q82. Which of the following statements best describes you? I will mostly buy...
Q83.At what price would you most likely buy the Apple iPhone?

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028761



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028762

# Willingness to switch to AT&T is highest among those likely to buy

**Willing to switch to AT&T by those considering iPhone but not currently an AT&T customer**



**66%**
Considering
iPhone

**69%**
Aware
of iPhone

**81%**
Likely to Buy
iPhone

Q73. Would you be willing to switch from your current service provider to AT&T/Cingular in order to get the Apple iPhone?

12

Highly Confidential - Attorneys' Eyes Only



# Of those that will not consider iPhone, cost & lack of familiarity are

**Percent considering iPhone**
Base = All Users

Yes 24%

No 76%

**Reasons for not considering**
Base = Those Not Considering iPhone

| Reason | % |
|---|---|
| Phone Cost | 38% |
| Not Familiar with iPhone | 35% |
| Carrier Issues | 27% |
| Not Familiar with Apple | 26% |
| Don't Need Phone with These Features | 18% |
| Apple Too New of a Player | 11% |

Q68. In addition to the [PIPE Q62 BRAND NAME ONLY], which of the following mobile phone brands, if any, are you likely to consider?
Q69. For which of the following reasons won't you consider the Apple iPhone?

13

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028763

APLNDC-Y0000028764



# For those not considering iPhone due to high cost, prices would have to be

As a percentage of the mobile market

**24%**
Will consider iPhone

**53%**
Will not consider iPhone for reasons other

**23%**
Will not consider iPhone due to high cost

Those who will not consider iPhone due to cost, will consider at these prices

| | |
|---|---|
| $400 to $499 | 1% |
| $300 to $399 | 3% |
| $200 to $299 | 7% |
| $100 to $199 | 29% |
| Under $100 | 34% |
| Nothing | 5% |

Q70. You checked "high cost of the phone" as a reason you would be unlikely to consider the Apple iPhone. At what price would you consider buying the Apple iPhone?

14

Highly Confidential - Attorneys' Eyes Only

# Of those considering, but not likely to purchase iPhone, cost and carrier

Likely to buy iPhone of those considering it
N=485

Reasons for not purchasing*
* Caution, small base N=33

Q71. How likely are you to buy an Apple iPhone the next time you buy a mobile phone?
Q74. For which of the following reasons are you unlikely to buy the Apple iPhone?

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028766

Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028767

Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028768



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028769



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028770



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028771

# Design elements are the key drivers



#1  Appearance and design –

#2  Device combining phone, iPod, Internet – 59%

#3  Favorable opinion of Apple

#4  iPod/music playing capabilities – 58%

#5  Widescreen display – 57%

#6  Easy to use – 54%

#7  Touch controls – 52%

#8  Built-in Wifi – 50%

#9  Web capabilities, e.g. Google Maps, etc. – 49%

#10  Want the newest cool model – 48%

Base: Very/Somewhat likely to purchase iPhone
Q76: Which of the following features or reasons are the most important in your decision to purchase an Apple iPhone?

21

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028772



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028773



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028774



APLNDC-Y0000028775



Highly Confidential - Attorneys' Eyes Only

# Apple's website was a top source of information on the iPhone

Top Information Sources Used

Base: Those who sought information
Q87. To which of these sources have you gone seeking more information about the Apple iPhone?

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028777

# Those likely to buy an iPhone have a significantly different profile than the

| | US Mobile Market | Aware of iPhone | Considering iPhone | Likely to buy iPhone | Likely to buy 8GB iPhone |
|---|---|---|---|---|---|
| Male | 48% | 53% | 59% | 67% | 86% |
| Under 35 years old | 41% | 47% | 55% | 58% | 68% |
| Household income > $100K | 17% | 21% | 25% | 30% | 57% |
| Owns iPod | 31% | 42% | 60% | 66% | 78% |
| Own an Apple Mac | 8% | 11% | 18% | 22% | 18% |
| Owns gaming system with Internet connection | 17% | 21% | 31% | 43% | 70% |

Percentages in larger type are +/– 10 pts. or greater than US Mobile Market

27

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028778

Most of the mobile phone market appears to have a stable relationship with service providers

28

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028779



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028780



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028781



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028782



Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028783

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028784



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028785



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028786



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028787



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028788



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028789



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028790

Highly Confidential - Attorneys' Eyes Only

# Those who plan to purchase iPhone tend to pay for their own service and are less likely to have a contract or

| | US Mobile Market | Aware of iPhone | Considering | Likely to buy | Likely to buy 8GB |
|---|---|---|---|---|---|
| AT&T subscribers | 24% | 25% | 28% | 29% | 30% |
| Verizon subscribers | 25% | 24% | 20% | 19% | 12% |
| Sprint/Nextel subscribers | 19% | 18% | 17% | 17% | 10% |
| T-Mobile | 11% | 11% | 12% | 13% | 16% |
| Alltel subscribers | 6% | 6% | 9% | 12% | 27% |
| Contract with penalty | 66% | 65% | 61% | 56% | 42% |
| Pay for own service | 83% | 81% | 83% | 87% | 92% |
| On a family plan | 52% | 51% | 45% | 39% | 23% |

Percentages in larger type are +/– 10 pts. or greater than US Mobile Market

40

APLNDC-Y0000028791



Switching service providers is common and is driven by service plans and service-related issues

41

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028792



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028793



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028794



APLNDC-Y0000028795



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028796

# But there are some differences on why users switched from particular

|  | Previous Service Provider | | | |
|---|---|---|---|---|
| Reasons for Switching | Verizon | AT&T | Sprint | T-Mobile |
| Service-related issues | 14% | 31% | 33% | 27% |
| Preferred service plan | 43% | 23% | 19% | 19% |

46

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028797



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028798

# Those who plan to purchase iPhone have higher switching behavior

| | US Mobile Market | Aware of iPhone | Considering iPhone | Likely to buy iPhone | Likely to buy 8GB iPhone |
|---|---|---|---|---|---|
| Contract with penalty | 66% | 65% | 61% | 56% | 42% |
| Pays for own service | 83% | 81% | 83% | 87% | 92% |
| On a family plan | 52% | 51% | 45% | 39% | 23% |
| Switched service provider ever | 56% | 59% | 59% | 62% | 79% |
| Switched service provider with current phone | 32% | 34% | 37% | 42% | 58% |
| Likely to switch service provider with next phone | 22% | 26% | 32% | 42% | 59% |

Percentages in larger type are +/– 10 pts. or greater than US Mobile Market

48

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028799



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028800



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028801



# The level of brand awareness is low for RIM Blackberry, Sony Ericsson,

Total awareness

Motorola — 95%
Nokia — 94%
Samsung — 89%
RIM Blackberry — 78%
Sony Ericsson — 78%
LG — 77%
Apple iPhone — 60%
Palm Treo — 50%

Know a lot
Know a fair amount
Know a little
Know in name only

Q4. Which, if any, of these mobile phone brands are you aware of?
Q5. To what extent are you aware of each of these mobile phone brands?

51

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028802



APLNDC-Y0000028803



# While total awareness is high, the iPhone and LG Chocolate have a high

Highly Confidential - Attorneys' Eyes Only

# TV was by far the primary source for first hearing about the iPhone

Base: Aware of iPhone
Q9. How did you first become aware of the Apple iPhone?

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028805

# Those who are likely to consider or buy the iPhone have high awareness

| | US Mobile Market | Aware of iPhone | Considering | Likely to buy | Likely to buy 8GB |
|---|---|---|---|---|---|
| First became aware of iPhone from family/ | 11% | 11% | 16% | 19% | 34% |
| Know a lot about iPhone | 11% | 18% | 25% | 37% | 55% |
| Know a lot about RIM Blackberry | 14% | 21% | 31% | 42% | 62% |
| Know a lot about Motorola | 47% | 53% | 58% | 67% | 77% |
| Know a lot about RIM Blackberry 8800 | 8% | 12% | 18% | 26% | 52% |
| Know a lot about Palm Treo 700 | 8% | 11% | 19% | 26% | 52% |
| Aware of 6 or more phone models asked | 39% | 58% | 62% | 71% | 80% |

Percentages in larger type are +/− 10 pts. or greater than US Mobile Market

55

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028806



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028807



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028808



APLNDC-Y0000028809



# While brand repurchase rates are low, Motorola's was highest

**Previous brand repurchase rate**
Base: Those who have owned more than one phone

Q13. What is the brand of your previous mobile phone?
Q22. What is the brand of your current mobile phone?

| Brand | Rate |
|---|---|
| Motorola | 49% |
| LG | 42% |
| RIM Blackberry | 40% |
| Samsung | 32% |
| Nokia | 25% |
| Kyocera | 21% |
| Sony Ericsson | 16% |
| Palm Treo | 14% |

59

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028810

# The mobile phone market is not set on a certain form factor

## 43% changed styles when purchasing their current phone



**Change from previous mobile phone style**

Previous base: Has had more than one phone.
Q14-Q23: What is the style of your [previous/current] mobile phone?

60

Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028811

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028812

# Overall, satisfaction with mobile brands is high

Owners report especially high ratings



Q20. Overall, how satisfied or dissatisfied are you with your current phone?

62

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028813

# Those likely to consider or buy the iPhone are more likely to have changed brand or style

| | US Mobile Market | Aware of iPhone | Considering iPhone | Likely to buy iPhone | Likely to buy 8GB iPhone |
|---|---|---|---|---|---|
| Have changed brand | 65% | 69% | 72% | 72% | **85%** |
| Have changed style | 43% | 45% | 49% | 49% | **63%** |
| Currently uses pda style w/QWERTY keyboard | 5% | 7% | 10% | 12% | **15%** |

Percentages in larger type are +/- 10 pts. or greater than US Mobile Market

63

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028814



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028815



Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028816

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028817



Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028818

Highly Confidential - Attorneys' Eyes Only

# Most mobile phones have the capabilities we asked about

* Of those who send/receive SMS, 60% send 100 or less in an average month.

Q41. How often, if at all, do you use your [current brand] mobile phone to...?

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028820

Highly Confidential - Attorneys' Eyes Only



# Among those with the capability, photos and SMS are the most

Legend:
- Once a day +
- Less than once a day
- Tried it once
- Never tried it

| Feature | Once a day + | Less than once a day | Tried it once | Never tried it |
|---|---|---|---|---|
| Send/receive SMS text messages * (N=1,915) | 42% | 30% | 8% | 20% |
| Use a calendar/scheduling feature (N=1,890) | 30% | 29% | 10% | 31% |
| Connect with a Bluetooth headset (N=1,640) | 29% | 18% | 6% | 47% |
| Take photos (N=1,930) | 29% | 58% | 7% | 7% |
| Connect to Internet (web browser) (N=1,671) | 24% | 22% | 14% | 40% |
| Send/receive instant messages (N=1,710) | 23% | 21% | 9% | 47% |
| Listen to music (N=1,840) | 23% | 21% | 7% | 50% |
| Send/receive email (N=1,648) | 23% | 20% | 10% | 48% |
| Send/receive picture/video mail (N=1,590) | 20% | 33% | 12% | 35% |
| Play games (N=1,870) | 20% | 32% | 18% | 31% |
| Watch video (N=1,540) | 15% | 23% | 8% | 54% |

**Mobile phone feature use**

Base: Phone has capability to do each feature.
Q41. How often, if at all, do you use your (current brand) mobile phone to…?

70

APLNDC-Y0000028821

# Those likely to consider or buy the iPhone are heavy users

| | US Mobile Market | Aware of iPhone | Considering iPhone | Likely to buy iPhone | Likely to buy 8GB iPhone |
|---|---|---|---|---|---|
| Use current phone for mostly personal but occasionally for business | 50% | 54% | 62% | 66% | 76% |
| Use mobile phone more than 5 times per day | 51% | 54% | 64% | 73% | 85% |
| >100 SMS messages sent per month (base: sent/received SMS messages more than one/(twice) | 30% | 34% | 42% | 53% | 65% |

Percentages in larger type are +/– 10 pts. or greater than US Mobile Market

71

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028822



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028823



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028824



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028825

# The majority purchased their current mobile phone from the service

|  | In-store or at a retail | Online | Over the Phone | Other | Total |
|---|---|---|---|---|---|
| **From the service provider** | 49% | 13% | 5% | – | 67% |
| **From a reseller/retailer that carries multiple** | 19% | 4% | – | – | 23% |
| **From the phone manufacturer** | 1% | 2% | 1% | – | 4% |
| **Other** | – | – | – | 6% | 6% |
| **Total** | 69% | 19% | 6% | 6% | 100% |

Q33. Where/how did you get your [current] mobile phone?

75

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028826



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028827

# There are four primary reasons for replacing a mobile phone



Just wanted a new phone – 24%

Previous phone broke/not working – 24%

Able to upgrade for free/reduced cost – 23%

Changed service providers – 20%

Other – 9%

Base: Has had more than one mobile phone
Q36: What is the main reason you replaced the [current phone] mobile phone you were previously using?

77

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028828

# Out of 22 attributes asked about, these six were most important in selecting

Top-2 box



The basic style of the phone – 48%

Low cost of the phone – 46%

Built-in camera – 45%

Small size/slim – 44%

Long battery life – 42%

Attractive appearance/design –

Q35. Which of the following features or attributes, if any, were most important in your decision to select the [current phone brand] over other mobile phone brands or models? (Note: Multiple responses allowed)

78

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028829

Highly Confidential - Attorneys' Eyes Only

# Those who solely select mobile phone brand and service provider are more likely to consider and buy iPhone

| | US Mobile Market | Aware of iPhone | Considering iPhone | Likely to buy iPhone | Likely to buy 8GB iPhone |
|---|---|---|---|---|---|
| Self selected mobile phone | 74% | 77% | 79% | 86% | 97% |
| Self selected service provider | 65% | 66% | 69% | 76% | 85% |
| Spent $200+ on current phone | 16% | 18% | 25% | 33% | 51% |
| Seriously considered other brands | 61% | 63% | 68% | 70% | 55% |

Percentages in larger type are +/− 10 pts. or greater than US Mobile Market

APLNDC-Y0000028830



Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028831

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028832



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028833

Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028834



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028835



Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028836

Highly Confidential - Attorneys' Eyes Only



# Top attributes

**Current Phone**

| Basic style | Low cost | Built-in camera | Long battery life | Small size/slim |

**Next Phone**

| Basic style | Low cost | Built-in camera | Long battery life | Speakerphone |

Q35. Which of the following features or attributes, if any, were most important in your decision to select the [current brand] over other mobile phone brands or models?
Q67. You told us earlier that you are most likely to get a new mobile phone in [time period]. Which of the following features or attributes, if any, will be most important in your decision of which mobile phone to get?

87

APLNDC-Y0000028837

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028838

# Those who are considering or are likely to buy iPhone are further along in their decision process

| | US Mobile Market | Aware of iPhone | Considering iPhone | Likely to buy iPhone | Likely to buy 8GB iPhone |
|---|---|---|---|---|---|
| **Expect to purchase next phone within 12 months** | 63% | 68% | 75% | 81% | 93% |
| **Plan to spend $200+ on their next phone** | 19% | 23% | 37% | 49% | 73% |
| **Already have a mobile phone in mind** | 26% | 29% | 35% | 45% | 46% |

Percentages in larger type are +/– 10 pts. or greater than US Mobile Market

88

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028839



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028840



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028841

Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028842



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028843



Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028844

Highly Confidential - Attorneys' Eyes Only



APLNDC-Y0000028845

# Key Conclusions

**The iPhone enjoys high purchase interest**
- 24% of the market will consider purchasing an iPhone
- 12% are very or somewhat likely to buy an iPhone
- 9% are very or somewhat likely to buy the $499 or $599 iPhone models
- 6% have delayed their purchase in anticipation of the iPhone
- 4% already have the iPhone specifically in mind

**Those likely to buy iPhone represent a very attractive market segment**
- They are heavy mobile phone users who are actively engaged with using mobile features beyond calling and texting
- 66% own iPods and 22% use Macs
- 30% have household incomes above $100K

**Building awareness is critical to increase consideration**
- 60% of the mobile market is aware of the iPhone
- 31% are aware that AT&T is the exclusive service provider

95

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028846

Highly Confidential - Attorneys' Eyes Only

# Key Conclusions (continued)

**Cost and service provider issues are key inhibitors for those not considering iPhone**

- 24% of those very or somewhat likely to buy will not do so at current prices
- 29% of the market will not consider iPhone due to a cost-related issue
- 21% of the market will not consider the iPhone due to service provider issue such as not wanting to switch to AT&T or not wanting to pay an early termination fee due to an existing contract

**Apple and AT&T will need to build a long term relationship with customers**

- Mobile phone owners are not particularly brand-loyal; two-thirds changed the brand of their phone with their most recent purchase
- Switching service providers is common and driven by service plans and service-related issues

**iPod owners likely to purchase the 4 or 8 GB iPhone are more likely**

96

APLNDC-Y0000028847

## Additional Research

- iPhone Early Buyer Study (field in July)
- iPhone Communications Study (Marcom funded – field in July)
- iPhone Buyer Tracker (Start fielding in September)
- Europe Mobile Phone Market Study (Complete late September)

97

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028848



# US Mobile Market Study

## Pre-iPhone Launch

The information in this and related documents is strictly
Apple Confidential • Internal Use Only • Need to Know Basis

Arthur Rangel
Director Market Research
arangel@apple.com

James Imahiro
Research Manager
imahiro@apple.com

Apple Market Research & Analysis
June 2007

Highly Confidential - Attorneys' Eyes Only

APLNDC-Y0000028849



TM and © 2007 Apple Computer, Inc. All rights reserved.

Highly Confidential - Attorneys' Eyes Only