# EXHIBIT 69

```
                                                              Page 1
 1           IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4

    APPLE, INC., a California
 5  corporation,
 6
 7                        Plaintiff,
 8
        -vs-                            No. 11-CV-01846-LHK
 9

    SAMSUNG ELECTRONICS CO., LTD.,
10  a Korean business entity; et al.,
11                       Defendants.
                                    /
12
13          VIDEOTAPED DEPOSITION OF HAL PORET
14                     CONFIDENTIAL
15              SAN FRANCISCO, CALIFORNIA
16               THURSDAY, APRIL 19, 2012
17
18
19
20
21  Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575
22             Certified LiveNote Reporter
23  JOb 48723
24
25
```

Confidential

Page 132

| | | |
|---|---|---|
| 1 | that there might be a distinction between owners and | 13:28 |
| 2 | purchasers of cellular telephones? | 13:28 |
| 3 | A.  Yes, I addressed that. | 13:28 |
| 4 | Q.  Why did you focus on owners as opposed to | 13:29 |
| 5 | purchasers? | 13:29 |
| 6 | A.  I didn't. | 13:29 |
| 7 | Q.  The survey -- you accepted results from | 13:29 |
| 8 | persons who owned who were not purchasers, right? | 13:29 |
| 9 | A.  I let people take the survey, but I didn't | 13:29 |
| 10 | use them in the secondary meaning universe. | 13:29 |
| 11 | Q.  They were excluded from that? | 13:29 |
| 12 | A.  It's just what you were asking me about | 13:29 |
| 13 | before, those people took the survey, but in the | 13:29 |
| 14 | analysis of the secondary meaning level, those people | 13:29 |
| 15 | weren't included in that universe. | 13:29 |
| 16 | Q.  Why did you let them take the survey if you | 13:29 |
| 17 | were not including them in the universe of people | 13:29 |
| 18 | whose responses would be considered for determining | 13:30 |
| 19 | secondary meaning? | 13:30 |
| 20 | A.  For a couple of reasons. | 13:30 |
| 21 | Number one, the most important one being that | 13:30 |
| 22 | since there was potentially a dilution aspect to this | 13:30 |
| 23 | case, and there was a general interest in finding out | 13:30 |
| 24 | how widely the iPhone trade dress was recognized even | 13:30 |
| 25 | outside of the narrower universe for secondary | 13:30 |

1  meaning.                                                      13:30
2        So including people who owned mobile phones             13:30
3  but don't fall within the narrower category of                13:30
4  secondary meaning universe being the recent purchasers        13:30
5  or the likely future purchasers gave us a broader base        13:30
6  of relevant consumers to see what the recognition             13:30
7  level of the trade dress was there.                           13:30
8       Q.  Is it your testimony that the cellular               13:30
9  telephone survey you performed could be used both to          13:31
10 measure secondary meaning and in a dilution analysis?         13:31
11      A.  No, that's not what I was saying.                    13:31
12         What I mean is this -- by including somewhat          13:31
13 of a broader audience at least there are some results         13:31
14 just as you were asking me before what would the              13:31
15 results have been among people who bought a phone more        13:31
16 than 12 months ago, we have those results.                    13:31
17         So if somebody is interested in getting a             13:31
18 sense of is the iPhone trade dress recognized amongst         13:31
19 a broader audience there's data on that.                      13:31
20      Q.  Anywhere in your report do you break out your        13:32
21 findings with respect to secondary meaning among just         13:32
22 the group of respondents who were likely to purchase a        13:32
23 cellular telephone in the coming 12 months?                   13:32
24      A.  I don't think so.  I mean it's in the data           13:32
25 that's produced along with the report, but it's not           13:32

Confidential

Page 134

1  laid out like that in the body of the report.  13:32
2      Q.  Why not?  13:32
3      A.  Because I don't see the relevance of breaking  13:32
4  that out as a separate group to look at when that's  13:32
5  just one piece of the relevant universe.  13:32
6      Q.  So in your view, looking at secondary meaning  13:33
7  among prospective purchasers is not relevant?  13:33
8          MR. BEARD:  Objection, misstates and  13:33
9  mischaracterizes prior testimony.  13:33
10         THE WITNESS:  No, that's not what I said.  13:33
11 BY MR. QUINTO:  13:33
12     Q.  I'm sorry, would you explain it again,  13:33
13 please?  13:33
14     A.  I just said the universe as I see it is --  13:33
15 consists of recent and likely future purchasers.  13:33
16         So I don't see the reason for breaking out  13:33
17 the results based on only part of that being just the  13:33
18 future purchasers, but anybody who wants to do that,  13:33
19 it's in the data.  13:33
20     Q.  Do you intend to analyze your data further  13:33
21 between now and trial, your data for either the cell  13:34
22 phone or the tablet computer surveys?  13:34
23     A.  I don't know.  Only if there's some reason  13:34
24 to.  13:34
25     Q.  As you sit here today, you have no such  13:34