# EXHIBIT 71

 iPhone



**Touching is believing.**
The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only                                                                                    APLNDC00000114





**Touching is believing.**

The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only





**Touching is believing.**

The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000116





**Touching is believing.**

The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only

 iPhone



**Touching is believing.**
The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only





**Touching is believing.**
The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only                                                                                      APLNDC00000119

 iPhone



**Touching is believing.**
The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only





**Touching is believing.**
The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only

APLNDC00000121





**Touching is believing.**

The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only



**Say hello to iPhone.**
The revolutionary new iPhone is now available at Apple and AT&T retail stores.

Highly Confidential -
Attorneys' Eyes Only                                                APLNDC00000123