# EXHIBIT 77

Highly Confidential Attorneys' Eyes Only

Page 1

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4    APPLE INC., a California         )
     corporation,                     )
5                                     )
                   Plaintiff,         )
6                                     )
           vs.                        )  No: 11-CV-01846-LHK
7                                     )
     SAMSUNG ELECTRONICS CO., LTD,    )
8    a Korean business entity;        )
     SAMSUNG ELECTRONICS AMERICA,     )
9    INC., a New York corporation;    )
     SAMSUNG TELECOMMUNICATIONS       )
10   AMERICA, LLC, a Delaware         )
     limited liability company        )
11                                    )
                   Defendants.        )
12   _____)
13
14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16            DEPOSITION OF FREDDY ANZURES
17              Redwood Shores, California
18              Tuesday, October 18, 2011
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 42857
```

Highly Confidential Attorneys' Eyes Only

Page 83

1  Q. And what's the silhouette intended
2  to depict?
3  A. It's intended to depict a
4  general -- a person.
5  Q. And why did you choose that image
6  or graphic as part of that icon along with the
7  physical real world address book for the icon?
8  MR. MONACH: Object to the form.
9  THE WITNESS: It's one of a number
10  of symbols that people associate with
11  people, a silhouette.
12  Q. So one reason was you thought it
13  was already familiar to people?
14  A. Yes.
15  Q. And why use the silhouette of a
16  top of the person's head as opposed to, like, a
17  whole person on an icon?
18  A. Scale. It's easier to see.
19  Typically when you look at IDs of any sort, it's
20  usually the top portion of a person.
21  Q. Directing your attention to Figure
22  1 of the '305 design patent, which is Exhibit
23  577, you'll see that there's an empty space there
24  between the third rows and then the dock?
25  A. Yes.

Page 84

1      Q.   Do you know if there's a reason
2  for that empty space?
3      A.   Yes.
4      Q.   What's the reason for the empty
5  space?
6      A.   The reason was to provide a space
7  between the main icons and the dock icons?
8      Q.   And why was that?
9      A.   By design.  So that there's a
10 visual distinction between the four icons at the
11 bottom, which we call your favorites, and the
12 other icons on the screen.
13     Q.   And from your perspective as a
14 designer, what was the reason for having that
15 space between the top three rows of icons and
16 then the dock?
17     A.   It separates the top icons from
18 the bottom.
19     Q.   And does that help users in some
20 way, is what I'm driving at?
21          MR. MONACH:  Objection to the form
22     of the question.
23          THE WITNESS:  It helps users
24     distinguish their favorite icons from the
25     other icons on the springboard.

Page 85

1    Q.   Does that make the screen layout,
2  that's shown here in the '305 design patent, more
3  efficient for users to operate in some way or to
4  use?
5            MR. MONACH:  Objection.  Lack of
6        foundation, vague, calling for
7        speculation.
8            THE WITNESS:  I don't know.
9    Q.   Does it help a user in some way to
10  be able to distinguish between the -- the
11  favorites, as you were calling them, that are
12  part of the dock and then the other icons?
13            MR. MONACH:  Same objection.
14            THE WITNESS:  The space enables
15        users to visually see a grouping of their
16        favorites at the bottom and a grouping of
17        the other icons at the top.
18    Q.   Does the missing space make it
19  easier for the user to find the favorites that
20  are there in the dock as opposed to the other
21  icons?
22            MR. MONACH:  Objection.  Lack of
23        foundation, calls for speculation.
24    Q.   From your perspective as a
25  designer?