# EXHIBIT 78

Subject: Fwd: iPod Roadmap Review 2011.06.10
Date: Tue, 14 Jun 2011 16:31:06 +0000
From: "Monica Tran" <monica.tran@apple.com>
To: "Stan Ng" <stan@apple.com>
Message-ID: <428A1AFE-E1B8-4392-9425-8B3AF64CF0AC@apple.com>

---

Hi Stan,

Welcome back!

Have you had a chance to connect with Joz on this direction from the Friday meeting (which he was not part of)?

I have an **Confidential** so I just wanted to check if this has been bought off on?

Thanks,
Monica

Begin forwarded message:

> **From:** Bryson Gardner <bryson@apple.com>
> **Date:** June 11, 2011 3:54:44 PM PDT
> **To:** Aram Lindahl <aram@apple.com>, Brian Lynch <blynch@apple.com>, Brian Sander <bsander@apple.com>, Bryan James <bryan.james@apple.com>, Carlos Ribas <ribas.c@apple.com>, Chrissy Meyer <christine.meyer@apple.com>, Christi Wilkerson <christiw@apple.com>, Fletcher Rothkopf <fletcher@apple.com>, Hope Giles <hopeg@apple.com>, Jesse Boettcher <jboettcher@apple.com>, Jesse Dorogusker <jesse@apple.com>, John Daniel <john.daniel@apple.com>, Joseph Fisher Jr <jrfisher@apple.com>, Kaiann Drance <kaiann@apple.com>, Ken Herman <kherman@apple.com>, Matthew Leopold <mleopold@apple.com>, Monica Tran <monicat@apple.com>, Patrice Cook <patrice@apple.com>, Paul Nangeroni <nangeroni@apple.com>, Policarpo Wood <pwood@apple.com>, Rishabh Bhargava <rishabh@apple.com>, Saket Vora <vora@apple.com>, Saurabh Gupta <saurabh@apple.com>, Sean Mayo <sean.mayo@apple.com>, Stephanie Lue <lue@apple.com>, Svetlana Samoilova <ssamoilova@apple.com>, Teo Dabov <tdabov@apple.com>, Vic Alessi <valessi@apple.com>, Wendy Goh <wgoh@apple.com>, Yannick Bertolus <yannick@apple.com>
> **Subject: Fwd: iPod Roadmap Review 2011.06.10**

Outcome from the roadmap meeting below.

**Confidential**



Highly Confidential - Attorneys' Eyes Only        APLNDC0001932082

**Confidential**

I'm in China but will be coordinating the work remotely.

Bryson

Begin forwarded message:

**From:** Bryson Gardner <bryson@apple.com>
**Date:** June 11, 2011 2:30:05 PM PDT
**To:** Bob Mansfield <bobmans@apple.com>, Jeff Williams <jwilliams@apple.com>, Gregory Joswiak <joz@apple.com>, Achim Pantfoerder <achim@apple.com>, Brian Lynch <blynch@apple.com>, Brian Sander <bsander@apple.com>, Bryan James <bryan.james@apple.com>, Carlos Ribas <ribas.c@apple.com>, Chip Hills <chip@apple.com>, David Tupman <dtupman@apple.com>, Hope Giles <hopeg@apple.com>, Jesse Dorogusker <jesse@apple.com>, Johny Srouji <srouji@apple.com>, Louie Sanguinetti <lsanguinetti@apple.com>, Lynn Youngs <lyoungs@apple.com>, Matthew Leopold <mleopold@apple.com>, Ruben Caballero <rcaballero@apple.com>, Sabih Khan <sabih@apple.com>, Stan Ng <stan@apple.com>, Stephen Zadesky <szadesky@apple.com>, Svetlana Samoilova <ssamoilova@apple.com>, Vic Alessi <valessi@apple.com>, Wei Chen <chen.w@apple.com>, Yannick Bertolus <yannick@apple.com>
**Subject: iPod Roadmap Review 2011.06.10**

Updated roadmap slides from the discussion yesterday; key points below.

The next review will be scheduled for week of 6/20, including **Confidential**

**Confidential**

Bryson

**Confidential**

**Confidential**

N81A:
- white unit cost estimate ~$3.82 more than black; recommend white in higher SKUs only (for both 2011 and 2012)

sub-$199 iPod
- investigate WiFi + display RTXC product to leverage some iCloud features (e.g. music)

------ end message ------

Highly Confidential - Attorneys' Eyes Only                                                                                    APLNDC0001932084