# EXHIBIT 79

REPORTER: LORRIE L. MARCHANT, RPR, CRR, CCRR, CSR. NO. 10523

EXHIBIT: 5
Witness: Lynch
Date: 4-12-12   # of pages: ___

Subject: Re: white N81
Date: Fri, 26 Mar 2010 04:12:43 +0000
From: "Adam Mittleman" <amittleman@apple.com>
To: "Brian Lynch" <blynch@apple.com>
CC: "Fletcher Rothkopf" <fletcher@apple.com>, "Phil Hobson" <phobson@apple.com>, "Anna-Katrina Shedletsky" <shedletsky@apple.com>
Message-ID: <D7FD4801-3962-4379-8FF0-6A7EF3C4029E@apple.com>

---

B,

Here is a rundown of the design and operational issues associated with white ink. Dani and Jody had a chat today and it seems that Jony is mostly interested in white CG for K93, so the same may be true for N81 as well.

I am still getting cost info for the white frame and white home button, but the white CG is about a buck coster adder.

-adam


adam mittleman
apple product design

tel:     +1 (408) 974 6974
mobile:  +1 (408) 550 3618
china:   +86 134 3086 4833

1 Infinite Loop, MS 305-1PH, Cupertino, CA 95014


On Mar 24, 2010, at 12:16 AM, Brian Lynch wrote:

Adam,
Can you scope out what it would take to make a white N81 color unit?

This should include all the possible design implications for a production unit. Make a simple slide and we can discuss with Danny D.

Jony mentioned "we should look at it in white" during the iPeg review.

B

Highly Confidential - Attorneys' Eyes Only

APLNDC0002015123

------ end message ------

Highly Confidential - Attorneys' Eyes Only

APLNDC0002015124

# White N81

## Design Implications of white ink

- White ink is 35um thicker than black (4 layers white, 1 gray)
- Would require growing the G-frame in Z by 35um to maintain current CG proudness
- Would probably replace IR ink over ALS with hole pattern and silver colored coldener (0.13mm max thickness)
- Laser etching ink over ALS will slightly degrade the CG strength (silk screen not crisp enough)

## Operational Implications of white ink

- Thicker ink step requires liquid glue. This can only be done by Wintek and TPK
- Need laser etching capacity at CG vendor
- Need to manage 2 glass thicknesses (0.80mm for white, 0.83mm for black)
- White CG is $0.80-$1.05 more expensive

## Other potential parts to be affected

- White g-frame (risk of staining)
- White menu button (standard double shot, low risk)



APLNDC0002015125

Highly Confidential - Attorneys' Eyes Only