DAVID A. KAYS, ESQ. (SBN 120798)
FREEDA Y. LUGO, ESQ. (SBN 244913)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Non-Party
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                            Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE OF DAVID A. KAYS FOR NON-PARTY QUALCOMM INCORPORATED**<br><br>**Judge: Honorable Lucy H. Koh** |

      TO THE CLERK OF THIS COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

///

PLEASE TAKE NOTICE that David A. Kays hereby enters his appearance as an additional counsel of record in this case for Non-Party Qualcomm Incorporated, for the limited purpose of requesting the sealing of Qualcomm Incorporated's confidential and propriety information, which it understands may be presented at trial in this case, as well as any proceedings related to that request, and certifies that he is admitted to practice in this Court.

Dated: July 26, 2012                     MORGAN, FRANICH, FREDKIN & MARSH


By:    /S/
       DAVID A. KAYS
       Attorneys for Non-Party QUALCOMM INC.