1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK

19              Plaintiff,                        **SAMSUNG'S OBJECTIONS AND
                                                  COUNTER DESIGNATIONS TO
20       vs.                                      APPLE'S CORRECTED NOTICE OF
                                                  AMENDED DEPOSITION
21 SAMSUNG ELECTRONICS CO., LTD., a               DESIGNATIONS**
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New               Trial Date: July 30, 2012
   York corporation; SAMSUNG                      Time: 8:00 a.m.
23 TELECOMMUNICATIONS AMERICA,                    Place: Courtroom 8, 4th Floor
   LLC, a Delaware limited liability company,    Judge: Hon. Lucy H. Koh
24
                Defendants.
25

26

27

28

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2   Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and
3   counter designations to Apple's Corrected Notice of Amended Deposition Designations.
4   The specific objections and counter designations are attached as Exhibit A.   The objection
5   codes used for Samsung's objections are attached as Exhibit B.   Samsung reserves its right to
6   modify its objections and counter designations.

8   DATED: July 26, 2012                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By */s/ Victoria F. Maroulis*
                                            Victoria F. Maroulis
                                            Attorneys for SAMSUNG ELECTRONICS
                                            CO., LTD., SAMSUNG ELECTRONICS
                                            AMERICA, INC., and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC