QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION** |

02198.51845/4875828.2

Case No. 11-cv-01846-LHK
**DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION**

I, Alex Binder, declare:

1. I make this declaration in Support of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung's") Motion for Adverse Inference Jury Instruction.

2. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

3. Under my supervision, contract attorneys for Quinn Emanuel and document production vendors engaged by Quinn Emanuel assisted in gathering the information provided in Paragraphs 5-15 of this Declaration.

4. The numbers provided in Paragraphs 5-15 of this Declaration regarding Samsung's productions include documents served by the parties in this action, as well as in the following actions: *In the Matter of Certain Electronic Devices, Including Wireless Communication Devices, Portable Music and Data Processing Devices, and Tablet Computers*, USITC Inv. No. 337-TA-794 and *Apple Inc. v. Samsung Electronics Co., LTD., et al.,* and *In the Matter of Certain Electronic Digital Media Devices and Components Thereof*, USITC Inv. No. 337-TA-796.

5. Attached hereto as **Exhibit 1** is a true and correct copy of Apple Inc.'s Supplemental Identification of Custodians, Search Terms, and Document Retention Notices ("Apple's Defensive Transparency Disclosures"), and Exhibit FF thereto. Pursuant to the Court's Order Granting-in-Part Apple's Motion for an Adverse Inference Jury Instruction ("Order") (Dkt. No. 895) at page 2, footnote 4, this exhibit previously submitted under seal was unsealed on 7/25/12.

6. Attached hereto as **Exhibit 2** is a true and correct copy of Apple Inc. Amended Document Retention Notice Distribution. ("Apple's Offensive Transparency Disclosures"). Pursuant to the Court's Order at page 2, footnote 4, this exhibit previously submitted under seal was unsealed on 7/25/12.

-1- Case No. 11-cv-01846-LHK
**DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION ADVERSE INFERENCE JURY INSTRUCTION**

7.      Apple issued litigation hold notices no earlier than April 29, 2011. Apple issued or sent a total of 957 litigation hold notices. Apple issued or sent 264 litigation hold notices, or roughly 28% of the total Apple litigation hold notices, on or after January 1, 2012.

8.      Four Apple design-related witnesses (Chris Harris, Chris Hood, Mark Lee, and Chris Prest) do not appear in Apple's Defensive Transparency Disclosures as having been sent defensive litigation hold notices. They appear in Apple's Offensive Transparency Disclosures as having been issued offensive litigation hold notices on January 11, 2012.

9.      Brian Huppi does not appear in Apple's Defensive Transparency Disclosures, and appears in Apple's Offensive Transparency Disclosures as having been issued an offensive litigation hold notice on February 23, 2012.

10.     Steve Jobs does not appear in either Apple's Defensive Transparency Disclosures or Apple's Offensive Transparency Disclosures as having been issued or sent an offensive or defensive litigation hold notice.

11.     Attached hereto as **Exhibit 3** is a true and correct copy of Apple Inc.'s First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(a)(1) ("Apple's Initial Disclosures").   Pursuant to the Court's Order at page 2, footnote 4, this exhibit previously submitted under seal was unsealed on 7/25/12.

12.     The following chart summarizes the dates certain offensive or defensive litigation hold notices were issued or sent to certain individuals named in Apple's Initial Disclosures.

| Witness | Potential area(s) of knowledge (at least) | Offensive Litigation Hold Notice Issued | Defensive Litigation Hold Notice Sent |
|---|---|---|---|
| Suzanne Lindbergh | Appearance of Apple products in popular media | 1/11/12 | none |
| John Brown | The mobile phone, tablet and media player markets | 9/27/11 | none |
| Phil Schiller | Apple's iPhone and iPad business | 9/27/11 | none |
| Tony Blevins | Supply chain for baseband chips | none | 2/8/12 |

| | | | |
|---|---|---|---|
| | incorporated into accused Apple products; identity of baseband chips incorporated into accused Apple products | | |
| Saku Hieta | Supply chain for baseband chips incorporated into accused Apple products; identity of baseband chips incorporated into accused Apple products | None | 1/30/12 |
| Justin Santamaria | Design and operation of accused functionality in accused Apple products | 9/27/11 | 8/31/11, 1/30/12 |

13. The following chart summarizes the number of emails Apple produced from the custodial files of certain Apple employees relevant to this litigation:

| **Custodian** | **Relevance** | **No. of Emails in Custodial Production** | **No. of Documents in Custodial Production** |
|---|---|---|---|
| Bartley Andre | named inventor of D270, D899, D087,and D677 patents | 14 | 135 |
| BJ Watrous | head patent counsel | 0 | 11 |
| Brian Huppi | named inventor of '607 | 0 | 104 |
| Chris Harris | model builder | 0 | 0 |
| Chris Stringer | named inventor of D677, D270, and D889 patents | 15 | 38 |
| Curt Rothert | software engineer | 30 | 30 |
| Duncan Kerr | named inventor of D087, D677, D270, and patents D899 | 41 | 130 |
| Eugene Whang | named inventor of D087, D677, D270, and D899 | 36 | 146 |

| Custodian | Relevance | No. of Emails in Custodial Production | No. of Documents in Custodial Production |
|---|---|---|---|
| | patents | | |
| Evans Hankey | designer | 0 | 21 |
| Jonathan Ive | named inventor of D087, D677, D270, and D899 patents | 45 | 173 |
| Mark Buckley | finance analyst | 0 | 100 |
| Mark Lee | manager, model shop | 8 | 10 |
| Matthew Rohrbach | named inventor of D087, D677, D270, and D889 patents | 32 | 385 |
| Peter Russell-Clarke | named inventor of D270 patent | 56 | 190 |
| Quinn Hoellwarth | Apple in-house attorney, prosecutor of '949, and '757 patents | 0 | 0 |
| Rico Zorkendorfer | named inventor of D087, D677, D270, and D889 patents | 15 | 62 |
| Shin Nishibori | named inventor of D889, D087, D677, D270, and D899 patents. | 18 | 94 |
| Stephen Lemay | named inventor of '163 patent | 43 | 59 |
| Steve Jobs | named inventor of '949, '678, D087, D677, D270, D889, D757, and D678 patents; former CEO | 51 | 54 |
| Wei Chen | technical director | 12 | 37 |

14. The following chart summarizes the number of custodial emails produced for certain Apple custodians dated after August 1, 2010 and before April 1, 2011. Of the 66 emails listed below dated between August 1, 2010 and April 1, 2011, more than 20 are various permutations of email chains, containing significant duplication.

| Name | Emails dated 8/1/10-3/31/11 | Non-Email Documents dated 8/1/2010-3/31/2011 |
|---|---|---|
| Bartley Andre | 1 | 1 |
| Brian Huppi | 0 | 0 |
| Chris Harris | 0 | 0 |
| Chris Stringer | 4 | 2 |
| Curt Rothert | 3 | 0 |
| Duncan Kerr | 7 | 12 |
| Eugene Whang | 7 | 6 |
| Evans Hankey | 0 | 0 |
| Jon Ive | 5 | 9 |
| Mark Buckley | 0 | 0 |
| Mark Lee | 3 | 0 |
| Matthew Rohrbach | 16 | 25 |
| Peter Russell Clarke | 2 | 1 |
| Quinn Hoellwarth | 0 | 0 |
| Rico Zorkendorfer | 3 | 3 |
| Shin Nishibori | 0 | 0 |
| Stephen Lemay | 0 | 0 |
| Steve Jobs | 3 | 0 |
| Wei Chen | 12 | 7 |

15. The following chart summarizes the number of non-custodial emails produced for certain Apple custodians, compared to the number of custodial emails produced for each:

| Witness | Relevance | Non-Custodial Emails | Custodial Emails |
|---|---|---|---|
| Chris Stringer | named inventor of D677, D270, and D889 patents | 475 | 15 |
| Douglas Satzger | Former industrial design creative lead and design manager | 133 | 0 |
| Eugene Whang | named inventor of D087, D677, D270, and D899 patents | 144 | 36 |
| Jonathan Ive | named inventor of D087, D677, D270, and D899 patents | 759 | 45 |
| Matthew Rohrbach | named inventor of D087, D677, D270, and D889 patents | 112 | 31 |
| Scott Forstall | Named inventor of '163 patent | 1,676 | 172 |
| Shin Nishibori | named inventor of D889, D087, D677, D270, and D899 | 43 | 18 |

| | | | |
|---|---|---|---|
| | patents | | |
| Stephen Lemay | named inventor of '163 patent | 2,028 | 40 |
| Steve Jobs | named inventor of '949, '678, D087, D677, D270, D889, D757, and D678 patents; former CEO | 2,042 | 51 |

16.     Pursuant to the Court's Order at page 2, footnote 4, portions of this declaration previously submitted under seal were unsealed on 7/25/12.

I declare under penalty of perjury that the foregoing is true and correct.   Executed in San Francisco, California on July 26, 2012.


                                                        By  /s/ *Alex Binder*
                                                              Alex Binder

**GENERAL ORDER ATTESTATION**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file the foregoing **DECLARATION OF ALEX BINDER IN SUPPORT OF SAMSUNG'S INC.'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION.** In compliance with General Order 45, X.B., I hereby attest that Alex Binder has concurred in this filing.

DATE: July 26, 2012                                                                  /s/ *Victoria Maroulis*