# EXHIBIT 1

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants.<br><br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, a California corporation,<br><br>                    Counterclaim-Plaintiffs,<br>          v.<br><br>APPLE INC., a California corporation,<br><br>                    Counterclaim-Defendant. | Case No. 11-CV-01846-LHK<br><br>**APPLE INC.'S SUPPLEMENTAL IDENTIFICATION OF CUSTODIANS, SEARCH TERMS, AND DOCUMENT RETENTION NOTICES**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

Plaintiff and Counterclaim-defendant Apple Inc. ("Apple") hereby supplements its prior disclosures (served on October 7, 2011 and November 7, 2011) of custodians, search terms, and document retention notices.  This disclosure does not constitute a waiver of attorney-client, work product, or any other applicable privilege or doctrine.

**SUPPLEMENTAL IDENTIFICATION OF CUSTODIANS & SEARCH TERMS**

A list of custodians from whom documents were collected and the search terms applied to each custodians' documents is provided below:

| Custodian | Search Terms |
|---|---|
| Dicker, George | Exhibit I ('055 patent) |
| Grainger, Morgan | Exhibit I ('055 patent) |
| Alsina, Thomas | Exhibit C ('711 patent) |
| Chapman, Greg | Exhibit C ('711 patent) |
| Eguiluz, Hernan | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Kim, Emilie | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Salinas, Carlos | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Wilkinson, Ian | Exhibit E ('893 patent) Exhibit K ('460 patent) |
| Santamaria, Justin | Exhibit F ('871 patent) |
| Hieta, Saku | "PMB8878" or "PMB9801" or "8878" or "9801" or "Intel AND Chip" or "Intel AND Chipset" or "Intel AND Processor" or "Intel AND Baseband" or "Intel AND America" or "iPhone AND PMB" or "iPad AND PMB" or "MDM6610" or "6610" or "MDM" or "iPhone AND MDM" or "Qualcomm AND Chip" or "Qualcomm AND Chipset" or "Qualcomm AND Processor" or "Qualcomm AND Baseband" |
| Lancaster, Chuck | Exhibit M |
| Allen, Andy | Exhibit M |
| Joswiak, Greg | Exhibit M |
| Lutton, Chip | Exhibit N |
| Mavrakakis, Tom | Exhibit N |
| Workman, Helene Plotka | Exhibit N |

| Singer, David | Exhibit N |
|---|---|
| Teksler, Boris | Exhibit N |
| Buckley, Mark | N/A (targeted production) |
| Dimpflmaier, Ron | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Faheem, Faraz | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Manning, Billy | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Mishra, Puneet | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Muresan, TB | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Narang, Mohit | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |

| | |
|---|---|
| Sanguinetti, Louie | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Schell, Stephan | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Shi, Jason | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Sorensen, Robert | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Stewart, Cole | Exhibit A ('516 patent)<br>Exhibit B('604 patent)<br>Exhibit D ('792 patent)<br>Exhibit G ('867 patent)<br>Exhibit H ('001 patent)<br>Exhibit J ('410 patent)<br>Exhibit L ('941 patent) |
| Agile, iPhone_BOMs | N/A (non-human custodian) |
| Agile_K48_iPad_BOM Server | N/A (non-human custodian) |
| Server, hutch.apple.com | N/A (non-human custodian) |
| Specs_N3, iPhone_Specs | N/A (non-human custodian) |
| MRD, MRD | N/A (non-human custodian) |
| Server, Agile_iBook_MLB | N/A (non-human custodian) |
| Server, Agile_iSight_MLB | N/A (non-human custodian) |

**SUPPLEMENTAL DISCLOSURE OF DOCUMENT RETENTION NOTICES**

| Exhibit | Date Notice Was Sent to Recipient | List of Recipients |
|---------|-----------------------------------|--------------------|
| O | May 17, 2011 | *See* Exhibit FF |
| P | June 2, 2011 | *See* Exhibit FF |
| Q | June 28, 2011 | *See* Exhibit FF |
| R | August 1, 2011 | *See* Exhibit FF |
| S | August 1, 2011 | *See* Exhibit FF |
| T | August 2, 2011 | *See* Exhibit FF |
| U | August 22, 2011 | *See* Exhibit FF |
| V | August 23, 2011 | *See* Exhibit FF |
| W | August 31, 2011 | *See* Exhibit FF |
| X | September 16, 2011 | *See* Exhibit FF |
| Y | September 26, 2011 | *See* Exhibit FF |
| Z | September 30, 2011 | *See* Exhibit FF |
| AA | November 11, 2011 | *See* Exhibit FF |
| BB | January 30, 2012 | *See* Exhibit FF |
| CC | February 8, 2012 | *See* Exhibit FF |
| DD | February 14, 2012 | *See* Exhibit FF |
| EE | February 16, 2012 | *See* Exhibit FF |

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on February 22, 2012 by e-mail upon the following:

4

5

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)

6

Quinn Emanuel Urquhart & Sullivan LLP

7

50 California Street, 22nd Floor
San Francisco, California 94111

8

Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

9

10

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)

11

Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)

12

Quinn Emanuel Urquhart & Sullivan LLP

13

555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065

14

Telephone: (650) 801-5000
Facsimile: (650) 801-5100

15

16

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)

17

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor

18

New York, New York 10010
Telephone: (212) 849-7000

19

Facsimile: (212) 849-7100

20

Michael T. Zeller (Cal. Bar No. 196417)

21

(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP

22

865 S. Figueroa St., 10th Floor

23

Los Angeles, California 90017
Telephone: (213) 443-3000

24

Facsimile: (213) 443-3100

25

26

*/s/ Mark D. Selwyn*
Mark D. Selwyn

27

28

# EXHIBIT FF

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Aaron | Ackerman |
| Exhibit O | Andre | Boule |
| Exhibit O | Andrew | Platzer |
| Exhibit O | Alan | Wang |
| Exhibit O | Anh | Luong |
| Exhibit O | Ana | Lin |
| Exhibit O | Anand | Sethuraman |
| Exhibit O | Karthik | Anantharaman |
| Exhibit O | Andy | Allen |
| Exhibit O | Art | Rangel |
| Exhibit O | Abhishek | Sen |
| Exhibit O | Brett | Alten |
| Exhibit O | Bharath | Narasimha Rao |
| Exhibit O | Billy | Leung |
| Exhibit O | Bill | Noellert |
| Exhibit O | Thomas | Boger |
| Exhibit O | Greg | Bolsinga |
| Exhibit O | Brad | Moore |
| Exhibit O | Brian | Whitaker |
| Exhibit O | Tim | Brinegar |
| Exhibit O | Bhaskar | Vadathavoor |
| Exhibit O | Wes | Calidonna |
| Exhibit O | Cameron | Rogers |
| Exhibit O | Frank | Casanova |
| Exhibit O | Chris | Becherer |
| Exhibit O | Chris | Blumenberg |
| Exhibit O | Christi | Wilkerson |
| Exhibit O | Chris | Huber |
| Exhibit O | Chuck | Pisula |
| Exhibit O | Chinmay | Maru |
| Exhibit O | Kim | Cooper |
| Exhibit O | Cole | Stewart |
| Exhibit O | David | Tom |
| Exhibit O | David | Kilzer |
| Exhibit O | David | Kong |
| Exhibit O | David | Moody |
| Exhibit O | Eyan | Al-Shemali |
| Exhibit O | Ed | Scott |
| Exhibit O | Efrain | Villasenor |
| Exhibit O | Velu | Elangovan |
| Exhibit O | Eric | Jue |
| Exhibit O | Faraz | Faheem |
| Exhibit O | Leslie | Fithian |
| Exhibit O | Scott | Forstall |
| Exhibit O | Linda Frager | Taylor |
| Exhibit O | Nitin | Ganatra |
| Exhibit O | Garwood | Kotite |
| Exhibit O | George | Dicker |
| Exhibit O | Gordie | Freedman |
| Exhibit O | Jared | Gosler |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Greg | Wallace |
| Exhibit O | Scott | Herz |
| Exhibit O | James | Imahiro |
| Exhibit O | Jim | Yang |
| Exhibit O | Cherif | Jazra |
| Exhibit O | Joyce | Chow |
| Exhibit O | Jai | Dhar |
| Exhibit O | Jennifer | Henry |
| Exhibit O | Jesse | Yu |
| Exhibit O | Jinku | Kim |
| Exhibit O | Jorge | Rivera Espinoza |
| Exhibit O | Gregory | Joswiak |
| Exhibit O | Jeremy | Sandmel |
| Exhibit O | John | Harper |
| Exhibit O | Jason | Shi |
| Exhibit O | Jayna | Whitt |
| Exhibit O | Kaiann | Drance |
| Exhibit O | Ken | Bridges |
| Exhibit O | Ken | Kocienda |
| Exhibit O | Mazen | Laimon |
| Exhibit O | Henri | Lamiraux |
| Exhibit O | Chuck | Lancaster |
| Exhibit O | Lauren | Black |
| Exhibit O | Larry | Lowe |
| Exhibit O | Laura | Metz |
| Exhibit O | Louie | Sanguinetti |
| Exhibit O | Li | Su |
| Exhibit O | Michael | Lewis |
| Exhibit O | Madhusudan | Chaudhary |
| Exhibit O | Shivesh | Makharia |
| Exhibit O | Jeff | Maranhas |
| Exhibit O | Tom | Mavrakakis |
| Exhibit O | Mark | Buckley |
| Exhibit O | Mike | Chen |
| Exhibit O | Michael | Miramontes |
| Exhibit O | Monica | Tran |
| Exhibit O | Natalie | Kerris |
| Exhibit O | Naveen | Rawat |
| Exhibit O | Nghiep | Bui |
| Exhibit O | Dan | Dion |
| Exhibit O | Peggy | Nguyen |
| Exhibit O | Nhan | Nguyen |
| Exhibit O | Nick | Lum |
| Exhibit O | Nima | Parivar |
| Exhibit O | Vijay | Parpia |
| Exhibit O | Ping | Toh |
| Exhibit O | Helene | Workman |
| Exhibit O | Paul | Marcos |
| Exhibit O | Barbara | Poyer |
| Exhibit O | Prashant | Vashi |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Qishan | Yu |
| Exhibit O | Qin | Zhang |
| Exhibit O | Rati | Agrawal |
| Exhibit O | Ron | Dimpflmaier |
| Exhibit O | Richard | Edwards |
| Exhibit O | Richard | Williamson |
| Exhibit O | Rebecca | Ling |
| Exhibit O | Chip | Lutton |
| Exhibit O | Robert | Scritzky |
| Exhibit O | Chris | Roberts |
| Exhibit O | Rodrigo | Quinteros Soria |
| Exhibit O | Rob | Sorensen |
| Exhibit O | Robert | Ulrich |
| Exhibit O | Sachin | Sane |
| Exhibit O | SangHo | Baek |
| Exhibit O | Swaminathan | Balakrishnan |
| Exhibit O | Johnson | Sebeni |
| Exhibit O | Seejo | Pylappan |
| Exhibit O | Shawn | Ellis |
| Exhibit O | Serena | Chang |
| Exhibit O | Tahir | Shamim |
| Exhibit O | Evelyn | Shimazaki |
| Exhibit O | Meriko | Borogove |
| Exhibit O | Steve | Hotelling |
| Exhibit O | Sindhu | Sivasankaran Nair |
| Exhibit O | Sissie | Twiggs |
| Exhibit O | Lacey | Li |
| Exhibit O | Doug | Smith |
| Exhibit O | Srini | Nimmala |
| Exhibit O | Michael | Stallman |
| Exhibit O | Stan | Ng |
| Exhibit O | John | Stauffer |
| Exhibit O | Steve | Sinclair |
| Exhibit O | Dan | Strengier |
| Exhibit O | Supriya | Gujral |
| Exhibit O | Sree | Vallath |
| Exhibit O | Sarma | Vangala |
| Exhibit O | Srini | Vasudevan |
| Exhibit O | Davina | Takeda |
| Exhibit O | Tamara | Whiteside |
| Exhibit O | Todd | Benjamin |
| Exhibit O | Michael | Tchao |
| Exhibit O | Tracey | Chavers |
| Exhibit O | Boris | Teksler |
| Exhibit O | Tom | Gee |
| Exhibit O | TB | Muresan |
| Exhibit O | Tong | Liu |
| Exhibit O | Romain | Trilling |
| Exhibit O | Rick | von Wohld |
| Exhibit O | Wanping | Zhang |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit O | Wade | Barnes |
| Exhibit O | Jay | Welshofer |
| Exhibit O | Billy | Manning |
| Exhibit O | Wesley | Lilienthal |
| Exhibit O | Wayne | Westerman |
| Exhibit O | Longda | Xing |
| Exhibit O | Yu-Lin | Wang |
| Exhibit P | Paul | Baker |
| Exhibit P | Daniel | Borges |
| Exhibit P | Chris | Hartman |
| Exhibit P | Shuvo | Chatterjee |
| Exhibit P | Imran | Chaudhri |
| Exhibit P | Tito | Thomas |
| Exhibit P | Kapil | Chhabra |
| Exhibit P | Charles | Dominguez |
| Exhibit P | Tashbeeb | Haque |
| Exhibit P | Pierre | Vandwalle |
| Exhibit P | Andreas | Wolf |
| Exhibit P | Arun | Mathias |
| Exhibit P | Ben | Juang |
| Exhibit P | Tech | Yang Lee |
| Exhibit P | Haining | Zhang |
| Exhibit P | Alex | Ho |
| Exhibit P | Chaithanya | Chikkur Dattatraya |
| Exhibit P | Ron | Huang |
| Exhibit P | Rob | Mayor |
| Exhibit P | Aon | Mujtaba |
| Exhibit P | Xiaowen | Wang |
| Exhibit P | Kee-Bong | Song |
| Exhibit P | Sundar | Shiva |
| Exhibit Q | Dallas | De Atley |
| Exhibit Q | Paul | Chinn |
| Exhibit Q | Curtis | Galloway |
| Exhibit Q | Adi | Masputra |
| Exhibit Q | Josh | Graessley |
| Exhibit Q | Michael | Brouwer |
| Exhibit Q | Dan | Wilson |
| Exhibit Q | Bala | Bhat |
| Exhibit Q | Allan | Nathanson |
| Exhibit Q | Toby | Paterson |
| Exhibit Q | Josh | Shaffer |
| Exhibit Q | David | Carson |
| Exhibit Q | Steve | Swales |
| Exhibit Q | Stan | Jirman |
| Exhibit Q | Assana | Fard |
| Exhibit Q | Derek | Clegg |
| Exhibit Q | Morgan | Grainger |
| Exhibit Q | Antti | Koivisto |
| Exhibit Q | Yasuo | Kida |
| Exhibit R | Scott | Forstall |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Henri | Lamiraux |
| Exhibit R | Ken | Kocienda |
| Exhibit R | Nitin | Ganatra |
| Exhibit R | Richard | Williamson |
| Exhibit R | Toby | Paterson |
| Exhibit R | Scott | Herz |
| Exhibit R | Paul | Marcos |
| Exhibit R | Stan | Jirman |
| Exhibit R | Chuck | Pisula |
| Exhibit R | Chris | Blumenberg |
| Exhibit R | George | Dicker |
| Exhibit R | David | Carson |
| Exhibit R | Steve | Swales |
| Exhibit R | Brad | Moore |
| Exhibit R | Seejo | Pylappan |
| Exhibit R | Greg | Bolsinga |
| Exhibit R | Shuvo | Chatterjee |
| Exhibit R | David | Kilzer |
| Exhibit R | Andre | Boule |
| Exhibit R | Gordie | Freedman |
| Exhibit R | Andrew | Platzer |
| Exhibit R | Josh | Shaffer |
| Exhibit R | Jason | Shi |
| Exhibit R | Eyad | Al-Shemali |
| Exhibit R | Madhusudan | Chaudhary |
| Exhibit R | Karthik | Anantharaman |
| Exhibit R | Velu | Elangovan |
| Exhibit R | Cherif | Jazra |
| Exhibit R | Tong | Liu |
| Exhibit R | Bharath | Narasimha Rao |
| Exhibit R | Abhishek | Sen |
| Exhibit R | Faraz | Faheem |
| Exhibit R | SangHo | Baek |
| Exhibit R | Swaminathan | Balakrishnan |
| Exhibit R | Mazen | Laimon |
| Exhibit R | Lacey | Li |
| Exhibit R | Rebecca | Ling |
| Exhibit R | Shivesh | Makharia |
| Exhibit R | Naveen | Rawat |
| Exhibit R | Sachin | Sane |
| Exhibit R | Tahir | Shamim |
| Exhibit R | Sindhu | Sivasankaran Nair |
| Exhibit R | Sree | Vallath |
| Exhibit R | Sarma | Vangala |
| Exhibit R | Prashant | Vashi |
| Exhibit R | Srini | Vasudevan |
| Exhibit R | Wanping | Zhang |
| Exhibit R | Srini | Nimmala |
| Exhibit R | Johnson | Sebeni |
| Exhibit R | Rati | Agrawal |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Romain | Trilling |
| Exhibit R | Yu-Lin | Wang |
| Exhibit R | Li | Su |
| Exhibit R | Longda | Xing |
| Exhibit R | Qin | Zhang |
| Exhibit R | Cole | Stewart |
| Exhibit R | Tito | Thomas |
| Exhibit R | Kapil | Chhabra |
| Exhibit R | Charles | Dominguez |
| Exhibit R | Tashbeeb | Haque |
| Exhibit R | Pierre | Vandwalle |
| Exhibit R | Andreas | Wolf |
| Exhibit R | Arun | Mathias |
| Exhibit R | Ben | Juang |
| Exhibit R | Teck | Yang Lee |
| Exhibit R | Haining | Zhang |
| Exhibit R | Alex | Ho |
| Exhibit R | Chaithanya | Chikkur Dattatraya |
| Exhibit R | Ron | Huang |
| Exhibit R | Rob | Mayor |
| Exhibit R | Aon | Mujtaba |
| Exhibit R | Xiaowen | Wang |
| Exhibit R | Kee-Bong | Song |
| Exhibit R | Morgan | Grainger |
| Exhibit R | Louie | Sanguinetti |
| Exhibit R | Nghiep | Bui |
| Exhibit R | Ron | Dimpflmaier |
| Exhibit R | Billy | Leung |
| Exhibit R | Wesley | Lilienthal |
| Exhibit R | Anh | Luong |
| Exhibit R | Bill | Noellert |
| Exhibit R | Rodrigo | Quinteros Soria |
| Exhibit R | Rob | Sorensen |
| Exhibit R | Efrain | Villasenor |
| Exhibit R | Brian | Whitaker |
| Exhibit R | Jim | Yang |
| Exhibit R | Wade | Barnes |
| Exhibit R | Chris | Huber |
| Exhibit R | Nick | Lum |
| Exhibit R | Jesse | Yu |
| Exhibit R | Jai | Dhar |
| Exhibit R | Wes | Calidonna |
| Exhibit R | Tracey | Chavers |
| Exhibit R | Tom | Gee |
| Exhibit R | Jinku | Kim |
| Exhibit R | Jorge | Rivera Espinoza |
| Exhibit R | Daniel | Kong |
| Exhibit R | Nhan | Nguyen |
| Exhibit R | Dan | Strengier |
| Exhibit R | Ping | Toh |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Bhaskar | Vadathavoor |
| Exhibit R | Chinmay | Maru |
| Exhibit R | Vijay | Parpia |
| Exhibit R | Michael | Stallman |
| Exhibit R | Qishan | Yu |
| Exhibit R | TB | Muresan |
| Exhibit R | Billy | Manning |
| Exhibit R | Nima | Parivar |
| Exhibit R | Wayne | Westerman |
| Exhibit R | Daniel | Borges |
| Exhibit R | Chris | Hartman |
| Exhibit R | Steve | Hotelling |
| Exhibit R | John | Stauffer |
| Exhibit R | Meriko | Borogove |
| Exhibit R | Sundar | Shiva |
| Exhibit R | Jeremy | Sandmel |
| Exhibit R | Assana | Fard |
| Exhibit R | Derek | Clegg |
| Exhibit R | John | Harper |
| Exhibit R | Robert | Scritzky |
| Exhibit R | Greg | Wallace |
| Exhibit R | Robert | Ulrich |
| Exhibit R | Dallas | De Atley |
| Exhibit R | Paul | Chinn |
| Exhibit R | Curtis | Galloway |
| Exhibit R | Adi | Masputra |
| Exhibit R | Josh | Graessley |
| Exhibit R | Michael | Brouwer |
| Exhibit R | Dan | Wilson |
| Exhibit R | Bala | Bhat |
| Exhibit R | Allan | Nathanson |
| Exhibit R | Antti | Koivisto |
| Exhibit R | Yasuo | Kida |
| Exhibit R | Paul | Baker |
| Exhibit R | Imran | Chaudhri |
| Exhibit R | Garwood | Kotite |
| Exhibit R | Mike | Chen |
| Exhibit R | Chris | Roberts |
| Exhibit R | Dan | Dion |
| Exhibit R | Doug | Smith |
| Exhibit R | Ana | Lin |
| Exhibit R | Barbara | Poyer |
| Exhibit R | Davina | Takeda |
| Exhibit R | Andy | Allen |
| Exhibit R | Alan | Wang |
| Exhibit R | Chuck | Lancaster |
| Exhibit R | Mark | Buckley |
| Exhibit R | Peggy | Nguyen |
| Exhibit R | David | Moody |
| Exhibit R | Todd | Benjamin |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit R | Linda Frager | Taylor |
| Exhibit R | Thomas | Boger |
| Exhibit R | Laura | Metz |
| Exhibit R | Cameron | Rogers |
| Exhibit R | Jay | Welshofer |
| Exhibit R | Michael | Tchao |
| Exhibit R | Gregory | Joswiak |
| Exhibit R | Lauren | Black |
| Exhibit R | Chris | Becherer |
| Exhibit R | Frank | Casanova |
| Exhibit R | Supriya | Gujral |
| Exhibit R | Stan | Ng |
| Exhibit R | Tim | Brinegar |
| Exhibit R | Eric | Jue |
| Exhibit R | Steve | Sinclair |
| Exhibit R | Kaiann | Drance |
| Exhibit R | Jeff | Maranhas |
| Exhibit R | Monica | Tran |
| Exhibit R | Christi | Wilkerson |
| Exhibit R | Arthur | Rangel |
| Exhibit R | James | Imahiro |
| Exhibit R | Natalie | Kerris |
| Exhibit R | Jared | Gosler |
| Exhibit R | Sissie | Twiggs |
| Exhibit R | Aaron | Ackerman |
| Exhibit R | Michael | Lewis |
| Exhibit R | Jennifer | Henry |
| Exhibit R | Tamara | Whiteside |
| Exhibit R | Kim | Cooper |
| Exhibit R | Richard | Edwards |
| Exhibit R | Larry | Lowe |
| Exhibit R | Michael | Miramontes |
| Exhibit R | Evelyn | Shimazaki |
| Exhibit R | David | Tom |
| Exhibit R | Leslie | Fithian |
| Exhibit R | Joyce | Chow |
| Exhibit R | Chip | Lutton |
| Exhibit R | Boris | Teksler |
| Exhibit R | Ed | Scott |
| Exhibit R | Helene | Plotka Workman |
| Exhibit R | Brett | Alten |
| Exhibit R | Anand | Sethuraman |
| Exhibit R | Rick | von Wohld |
| Exhibit R | Jayna | Whitt |
| Exhibit R | Ken | Bridges |
| Exhibit R | Tom | Mavrakakis |
| Exhibit S | Prasanna | Kalkura |
| Exhibit S | Michael | O'Dwyer |
| Exhibit S | Stanley | Kuo |
| Exhibit S | Sapna | Mittal |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit S | Roger | Pantos |
| Exhibit S | David | Singer |
| Exhibit S | Indranil | Sen |
| Exhibit T | Kelly | Altick |
| Exhibit U | Thomas | Alsina |
| Exhibit U | Greg | Chapman |
| Exhibit V | Michael | O'Sullivan |
| Exhibit V | Cathy | Kearney |
| Exhibit V | Erik | Stannow |
| Exhibit V | Stefano | Liotta |
| Exhibit V | Eshwar | Vangala |
| Exhibit V | Alistair | McFarlane |
| Exhibit V | Enzo | Biagini |
| Exhibit V | Marco | Bossi |
| Exhibit V | Mauro | Cardaio |
| Exhibit W | William | Stewart |
| Exhibit W | Eric | Allamanche |
| Exhibit W | Barry | Haskell |
| Exhibit W | Sassan | Ahmadi |
| Exhibit W | Xiangying | Yang |
| Exhibit W | Li | Li |
| Exhibit W | Kevin | McLaughlin |
| Exhibit W | Audra | Liu |
| Exhibit W | Benjamin | Vigier |
| Exhibit W | David | Haggerty |
| Exhibit W | Matt | Mow |
| Exhibit W | Stephan | Schell |
| Exhibit W | Naushad | Zaveri |
| Exhibit W | Jerry | Hauck |
| Exhibit W | Justin | Santamaria |
| Exhibit X | Mohit | Narang |
| Exhibit X | Puneet | Mishra |
| Exhibit Y | Hernan | Eguiluz |
| Exhibit Y | Emilie | Kim |
| Exhibit Y | Carlos | Salinas |
| Exhibit Y | Ian | Wilkinson |
| Exhibit Y | Greg | Novick |
| Exhibit Z | John | Elias |
| Exhibit Z | Greg | Christie |
| Exhibit Z | Alexei | Kosut |
| Exhibit Z | Andrew | Platzer |
| Exhibit Z | Sean | Kelly |
| Exhibit Z | Jeff | Robbin |
| Exhibit AA | Olivier | Bonnet |
| Exhibit BB | Alex | Ho |
| Exhibit BB | Andreas | Wolf |
| Exhibit BB | Arun | Mathias |
| Exhibit BB | Ben-Heng | Juang |
| Exhibit BB | Chaithanya | Chikkur Dattatraya |
| Exhibit BB | Charles | Dominguez |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Christiaan | Hartman |
| Exhibit BB | Daniel | Borges |
| Exhibit BB | Haining | Zhang |
| Exhibit BB | imran | Chaudhri |
| Exhibit BB | Kapil | Chhabra |
| Exhibit BB | Kee-Bong | Song |
| Exhibit BB | Paul | Baker |
| Exhibit BB | Pierre | Vandwalle |
| Exhibit BB | Robert | Mayor |
| Exhibit BB | Ron | Huang |
| Exhibit BB | Sundararaman | Shiva |
| Exhibit BB | Syed | Mujtaba |
| Exhibit BB | Tashbeeb | Haque |
| Exhibit BB | Teck | Yang Lee |
| Exhibit BB | Tito | Thomas |
| Exhibit BB | Xiaowen | Wang |
| Exhibit BB | Allan | Nathanson |
| Exhibit BB | Assana | Fard |
| Exhibit BB | Balasubramanya | Bhat |
| Exhibit BB | Cahya | Masputra |
| Exhibit BB | Curtis | Galloway |
| Exhibit BB | Dallas | De Atley |
| Exhibit BB | Daniel | Wilson |
| Exhibit BB | David | Carson |
| Exhibit BB | Derek | Clegg |
| Exhibit BB | Joshua | Graessley |
| Exhibit BB | Joshua | Shaffer |
| Exhibit BB | Michael | Brouwer |
| Exhibit BB | Morgan | Grainger |
| Exhibit BB | Paul | Chinn |
| Exhibit BB | Stephen | Swales |
| Exhibit BB | Toby | Paterson |
| Exhibit BB | Yasuo | Kida |
| Exhibit BB | David | Singer |
| Exhibit BB | Indranil | Sen |
| Exhibit BB | Michael | O'Dwyer |
| Exhibit BB | Prasanna | Kalkura |
| Exhibit BB | Roger | Pantos |
| Exhibit BB | Sapna | Mittal |
| Exhibit BB | Kelly | Altick |
| Exhibit BB | Gregory | Chapman |
| Exhibit BB | Thomas | Alsina |
| Exhibit BB | Alistair | McFarlane |
| Exhibit BB | Cathy | Kearney |
| Exhibit BB | Enzo | Biagini |
| Exhibit BB | Erik | Stannow |
| Exhibit BB | Marco | Bossi |
| Exhibit BB | Mauro | Cardaio |
| Exhibit BB | Michael | O'Sullivan |
| Exhibit BB | Stefano | Liotta |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Subrahmanyeshwar | Vangala |
| Exhibit BB | Audra | Liu |
| Exhibit BB | Barry | Haskell |
| Exhibit BB | David | Haggerty |
| Exhibit BB | Eric | Allamanche |
| Exhibit BB | Jerrold | Hauck |
| Exhibit BB | Justin | Santamaria |
| Exhibit BB | Kevin | McLaughlin |
| Exhibit BB | Li | Li |
| Exhibit BB | Matthew | Mow |
| Exhibit BB | Naushad | Zaveri |
| Exhibit BB | Stephan | Schell |
| Exhibit BB | William | Stewart |
| Exhibit BB | Xiangying | Yang |
| Exhibit BB | Mohit | Narang |
| Exhibit BB | Puneet | Mishra |
| Exhibit BB | Alexei | Kosut |
| Exhibit BB | Andrew | Platzer |
| Exhibit BB | Gregory | Christie |
| Exhibit BB | Jeffrey | Robbin |
| Exhibit BB | Sean | Kelly |
| Exhibit BB | Aaron | Ackermann |
| Exhibit BB | Abhishek | Sen |
| Exhibit BB | Anand | Sethuraman |
| Exhibit BB | Andre | Boule |
| Exhibit BB | Andrew | Allen |
| Exhibit BB | Anh | Luong |
| Exhibit BB | Arthur | Rangel |
| Exhibit BB | Bharath | Narasimha Rao |
| Exhibit BB | Bhaskar | Vadathavoor |
| Exhibit BB | Billy | Leung |
| Exhibit BB | Boris | Teksler |
| Exhibit BB | Bradford | Moore |
| Exhibit BB | Brett | Alten |
| Exhibit BB | Brian | Whitaker |
| Exhibit BB | Cameron | Rogers |
| Exhibit BB | Charles | Lancaster |
| Exhibit BB | Cherif | Jazra |
| Exhibit BB | Chinmay | Maru |
| Exhibit BB | Christopher | Blumenberg |
| Exhibit BB | Christopher | Huber |
| Exhibit BB | Christopher | Becherer |
| Exhibit BB | Christopher | Roberts |
| Exhibit BB | Cole | Stewart |
| Exhibit BB | Daniel | Dion |
| Exhibit BB | Daniel | Kong |
| Exhibit BB | David | Moody |
| Exhibit BB | David | Kilzer |
| Exhibit BB | David | Tom |
| Exhibit BB | Davina | Takeda |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Douglas | Smith |
| Exhibit BB | Edward | Scott |
| Exhibit BB | Eric | Jue |
| Exhibit BB | Evelyn | Shimazaki |
| Exhibit BB | Faraz | Faheem |
| Exhibit BB | Frank | Casanova |
| Exhibit BB | Garwood | Kotite |
| Exhibit BB | George | Dicker |
| Exhibit BB | Gordon | Freedman |
| Exhibit BB | Greg | Joswiak |
| Exhibit BB | Gregory | Bolsinga |
| Exhibit BB | Gregory | Wallace |
| Exhibit BB | Helene | Workman |
| Exhibit BB | Hsiang-Yin | Lin |
| Exhibit BB | Jai | Dhar |
| Exhibit BB | James | Imahiro |
| Exhibit BB | Olivier | Bonnet |
| Exhibit BB | Emilie | Kim |
| Exhibit BB | Gregory | Novick |
| Exhibit BB | James | Yang |
| Exhibit BB | Jared | Gosler |
| Exhibit BB | Jeffrey | Maranhas |
| Exhibit BB | Jennifer | Henry |
| Exhibit BB | Jeremy | Sandmel |
| Exhibit BB | Jesse | Yu |
| Exhibit BB | Jianxiong | Shi |
| Exhibit BB | Jinghua | Ling |
| Exhibit BB | Jinku | Kim |
| Exhibit BB | John | Welshofer |
| Exhibit BB | John | Harper |
| Exhibit BB | John | Stauffer |
| Exhibit BB | Johnson | Sebeni |
| Exhibit BB | Jorge | Rivera Espinoza |
| Exhibit BB | Joyce | Chow |
| Exhibit BB | Kaiann | Drance |
| Exhibit BB | Karthik | Anantharaman |
| Exhibit BB | Kenneth | Kocienda |
| Exhibit BB | Kim | Cooper |
| Exhibit BB | Larry | Lowe |
| Exhibit BB | Laura | Metz |
| Exhibit BB | Lauren | Black |
| Exhibit BB | Leslie | Fithian |
| Exhibit BB | Li | Su |
| Exhibit BB | Linda | Taylor |
| Exhibit BB | Longda | Xing |
| Exhibit BB | Louie | Sanguinetti |
| Exhibit BB | Madhusudan | Chaudhary |
| Exhibit BB | Mark | Buckley |
| Exhibit BB | Mary | Twiggs |
| Exhibit BB | Mazen | Laimon |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | meriko | borogove |
| Exhibit BB | Merri | Wilkerson |
| Exhibit BB | Michael | Tchao |
| Exhibit BB | Michael | Miramontes |
| Exhibit BB | Michael | Stallman |
| Exhibit BB | Michael | Lewis |
| Exhibit BB | Michael | Chen |
| Exhibit BB | Monica | Tran |
| Exhibit BB | Natalie | Kerris |
| Exhibit BB | Naveen | Rawat |
| Exhibit BB | Nghiep | Bui |
| Exhibit BB | Nhan | Nguyen |
| Exhibit BB | Nicholas | Lum |
| Exhibit BB | Nima | Parivar |
| Exhibit BB | Paul | Marcos |
| Exhibit BB | Peggy | Nguyen |
| Exhibit BB | Prashant | Vashi |
| Exhibit BB | Qin | Zhang |
| Exhibit BB | Qishan | Yu |
| Exhibit BB | Rati | Agrawal |
| Exhibit BB | Richard | Williamson |
| Exhibit BB | Richard | von Wohld |
| Exhibit BB | Richard | Edwards |
| Exhibit BB | Robert | Ulrich |
| Exhibit BB | Robert | Scritzky |
| Exhibit BB | Robert | Sorensen |
| Exhibit BB | Ronald | Dimpflmaier |
| Exhibit BB | Sachin | Sane |
| Exhibit BB | SangHo | Baek |
| Exhibit BB | Sarma | Vangala |
| Exhibit BB | Scott | Forstall |
| Exhibit BB | Scott | Herz |
| Exhibit BB | Seejo | Pylappan |
| Exhibit BB | Shivesh | Makharia |
| Exhibit BB | Si | Li |
| Exhibit BB | Sindhu | Sivasankaran Nair |
| Exhibit BB | Sreevalsan | Vallath |
| Exhibit BB | Srinivasan | Vasudevan |
| Exhibit BB | Srinivasan | Nimmala |
| Exhibit BB | Stanley | Ng |
| Exhibit BB | Steven | Hotelling |
| Exhibit BB | Steven | Sinclair |
| Exhibit BB | Supriya | Gujral |
| Exhibit BB | Swaminathan | Balakrishnan |
| Exhibit BB | Tahir | Shamim |
| Exhibit BB | Tamara | Whiteside |
| Exhibit BB | Thanigaivelu | Elangovan |
| Exhibit BB | Thomas | Boger |
| Exhibit BB | Thomas | Gee |
| Exhibit BB | Tiberiu | Muresan |

| DRN Received | Employee First Name | Employee Last Name |
|---|---|---|
| Exhibit BB | Tom | Mavrakakis |
| Exhibit BB | Tong | Liu |
| Exhibit BB | Tracey | Chavers |
| Exhibit BB | Vijay | Parpia |
| Exhibit BB | Wanping | Zhang |
| Exhibit BB | Wayne | Westerman |
| Exhibit BB | Wei | Wang |
| Exhibit BB | Wesley | Calidonna |
| Exhibit BB | William | Noellert |
| Exhibit BB | Yu-Lin | Wang |
| Exhibit BB | Yuping | Toh |
| Exhibit BB | Antti | Koivisto |
| Exhibit BB | Michael | Culbert |
| Exhibit BB | Daniel | Rosckes |
| Exhibit BB | Saku | Hieta |
| Exhibit BB | Daniel | Gobera Rubalcava |
| Exhibit BB | Michael | Engber |
| Exhibit BB | David | Falkenburg |
| Exhibit BB | Beth | Kellermann |
| Exhibit BB | Benjamin | Vigier |
| Exhibit BB | Sassan | Ahmadi |
| Exhibit BB | John | Elias |
| Exhibit BB | Barbara | Poyer |
| Exhibit BB | Charles | Pisula |
| Exhibit BB | Daniel | Strengier |
| Exhibit BB | Eyad | Al-Shemali |
| Exhibit BB | Henri | Lamiraux |
| Exhibit BB | Jayna | Whitt |
| Exhibit BB | Todd | Benjamin |
| Exhibit BB | William | Manning |
| Exhibit CC | Tony | Blevins |
| Exhibit DD | Lucas | Newman |
| Exhibit EE | Jeffrey | Terlizzi |