UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR SPOLIATION ADVERSE INFERENCE INSTRUCTION AGAINST APPLE** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Spoliation Adverse Inference Instruction Against Apple ("Motion for Adverse Inference").

Having considered the arguments of the parties and the papers submitted, the Court GRANTS Samsung's Motion for Adverse Inference.   The Court shall give the same adverse inference instruction against Apple as is given against Samsung, and the Apple adverse inference instruction shall be supplemented by the following additional language:   "Apple initiated this

lawsuit, and you should presume that it was more reasonable for a party in Apple's position to foresee litigation than it was for a party in Samsung's position."

**IT IS SO ORDERED.**

DATED:   _____, 2012

_____

HONORABLE LUCY H. KOH
United States District Court Judge