1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK-PSG |
| 13              Plaintiff, | |
| 14         vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 16  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 17  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18              Defendants. | |
| 19 | |

20          Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

21  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Spoliation

22  Adverse Inference Instruction Against Apple.   Samsung concurrently filed a motion to shorten

23  time pursuant to Civil Local Rules 6-1(b) and 6-3.

24          Having considered the arguments of the parties and the papers submitted, and good cause

25  having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time for Briefing

26  and Hearing, and sets the hearing for August 6, 2012, at _____.   Plaintiff Apple Inc. may file

27  and serve its opposition papers no later than July 31, 2012.   Plaintiff Samsung may file and serve

28  its reply papers no later than August 3, 2012.

02198.5185

1

2      **IT IS SO ORDERED.**

3

4    DATED: _____, 2012

5

6                                              _____

7                                              HONORABLE LUCY H. KOH
                                               United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28