1  Ramsey M. Al-Salam, WSBA Bar No. 18822
   RAlsalam@perkinscoie.com
2  Nathaniel E. Durrance, CA Bar No. 229210
   NDurrance@perkinscoie.com
3  Perkins Coie LLP
   1201 Third Avenue, Suite 4900
4  Seattle, WA  98101-3099
   Telephone:  206.359.8000
5  Facsimile:  206.359.9000

6  Attorneys for Non-Party
   MICROSOFT CORPORATION
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | APPLE, INC., a California corporation, | Case No. 11-CV-01846-LHK |
13 | Plaintiff, | NON-PARTY MICROSOFT CORPORATION'S MOTION TO SEAL CONFIDENTIAL LICENSE AND TERMS |
14 | v. | |
15 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited company, | |
18 | Defendants. | |

20      Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Regarding Third Party

21 Motions to Seal, ECF 1288 dated July 23, 2012, Microsoft Corporation ("Microsoft") moves the

22 Court to seal and otherwise protect from public disclosure the terms of the confidential license

23 agreement ("Confidential Agreement") between Microsoft and Samsung Electronics Co. Ltd.

24

25 ("Samsung").  More specifically, Microsoft requests that the Confidential Agreement and its

26 terms be treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under Section

27 9 of the Protective Order (ECF 687).

28

1    Confidential license agreements, such as the one that is the subject of this request, are
2 considered trade secrets in the Ninth Circuit and qualify for protection from public disclosure
3 under the "compelling reasons" test.  Microsoft therefore requests that the Court seal and prevent
4 from public disclosure the terms of the Confidential Agreement, including in Court documents,
5 trial exhibits, and testimony.  This request includes sealing of the license terms summary from the
6 Microsoft/Samsung Confidential Agreement found in Trial Exhibit 630, Expert Report of David
7 Teece, submitted by Samsung in this case.
8    Samsung, the other party to the confidential license agreement at issue, does not oppose
9 this motion to seal.
10   This motion is based upon the Memorandum of Points and Authorities filed in support
11 hereof and the Declaration of Tanya Moore.  A proposed order is filed herewith.

DATED: July 26, 2012         /s/ *Nathaniel E. Durrance*
                             Ramsey M. Al-Salam, WSBA No. 18822
                             RAlsalam@perkinscoie.com
                             Nathaniel E. Durrance, CA Bar No. 229210
                             NDurrance@perkinscoie.com
                             PERKINS COIE LLP
                             1201 Third Avenue, Suite 4900
                             Seattle, WA 98101-3099
                             Tel: 206.359.8000/Fax: 206.359.9000

                             Attorneys for Microsoft Corporation

**Certificate of Service**

I certify that on July 26, 2012, I caused the foregoing to be filed with the Clerk of the Court using the Court's ECF system, which will send notification of the filing to the attorney(s) of record.

Dated: July 26, 2012.

                                      */s/ Nathaniel E. Durrance*
                                      Nathaniel E. Durrance