Ramsey M. Al-Salam, WA Bar No. 18822
RAlsalam@perkinscoie.com
Nathaniel E. Durrance, CA Bar No. 229210
NDurrance@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Non-Party
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited company,<br><br>Defendants. | Case No. 11-CV-01846-LHK<br><br>[PROPOSED] ORDER GRANTING NON-PARTY MICROSOFT CORPORATION'S MOTION TO SEAL CONFIDENTIAL LICENSE AND TERMS<br><br>Judge:     Honorable Lucy H. Koh |

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Regarding Third Party Motions to Seal, ECF 1288 dated July 23, 2012, Microsoft Corporation ("Microsoft") filed a motion for the Court to seal and otherwise protect from public disclosure terms of a confidential license agreement ("Confidential Agreement") between Microsoft and Samsung Electronics Co. Ltd. ("Samsung").  More specifically, Microsoft requested that the Confidential Agreement and its terms be treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under Section 9 of the Protective Order (ECF 687).

[PROPOSED] ORDER                    -1-

Confidential license agreements, such as the one that is the subject of this request, are considered trade secrets in the Ninth Circuit and qualify for protection from public disclosure under the "compelling reasons" test. In its filing and supporting documents, Microsoft has demonstrated that it is entitled to have the Court seal and prevent from public disclosure the Confidential Agreement and its terms, including in Court documents, trial exhibits, and testimony. This includes sealing of the license terms summary from the Microsoft/Samsung Confidential Agreement found in Trial Exhibit 630, Expert Report of David Teece, submitted by Samsung in this case.

Accordingly, IT IS HEREBY ORDERED that:

(1) The Confidential Agreement and its terms be treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under Section 9 of the Protective Order (ECF 687).

(2) The terms of the Confidential Agreement in Exhibits 3A and 3B to Trial Exhibit 630 (to the extent the text relates to licenses involving Microsoft) be redacted from the public record if that exhibit is offered and admitted into evidence at trial in this matter.

(3) Testimony and trial exhibits offered during trial regarding the Confidential Agreement or its terms be redacted and sealed from the public record.

**IT IS SO ORDERED.**

DATED: _____, 2012

HONORABLE LUCY H. KOH
United States District Court Judge