UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND DENYING APPLE'S MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION** |

02198.51855/4876792.2

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR DE NOVO DETERMINATION OF
DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND DENYING APPLE'S MOTION FOR
ADVERSE INFERENCE JURY INSTRUCTION

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for De Novo
3  Determination of Dispositive Matter Referred to Magistrate Judge ("Motion for De Novo
4  Determination").

5  The Court having heard oral argument and conducted a *de novo* review of Apple's Motion
6  for Adverse Inference Jury Instruction ("Apple's Motion for Adverse Inference") (Dkt. No. 895),
7  including all associated briefing and declarations, and the Magistrate Judge's Order Granting-In-
8  Part (Dkt. No. 1321), and having considered the arguments of the parties and the papers submitted,
9  the Court GRANTS Samsung's Motion for De Novo Determination, and DENIES Apple's Motion
10 for Adverse Inference.

12 **IT IS SO ORDERED.**

14 DATED: _____, 2012

17  HONORABLE LUCY H. KOH
    United States District Court Judge

28
02198.51855/4876792.2

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR DE NOVO DETERMINATION OF
DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE AND DENYING APPLE'S MOTION FOR
ADVERSE INFERENCE JURY INSTRUCTION