QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE SAMSUNG'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE;**<br><br>**DECLARATION OF VICTORIA F. MAROULIS** |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing and hearing on Samsung's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.   This motion is based on this notice of motion and supporting memorandum; the supporting Declaration of Victoria F. Maroulis, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

**RELIEF REQUESTED**

Samsung seeks an Order shortening time for briefing and hearing on its Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.

July 26, 2012                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   */s/ Victoria F. Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Michael T. Zeller

    Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## MEMORANDUM

On July 24, 2012, Magistrate Judge Grewal issued an order granting-in-part Apple's motion for spoliation adverse inference instruction against Samsung. In an order that directly conflicts with the ITC decision rejecting the same arguments, Magistrate Judge Grewal applied the wrong standard to conclude that Samsung's preservation obligation attached in August 2010; failed to apply the same rules to Apple as he did to Samsung; erroneously ignored Samsung's arguments that Apple was required to establish prejudice and failed to do so; and adopted a proposed instruction that wrongly imposes mandatory findings on the jury. If the Magistrate Judge's Order is followed it will constitute reversible error invalidating any victory which Apple might achieve. With trial beginning in a matter of days this matter requires expedited consideration. Accordingly, Samsung moves the Court to shorten time for the briefing and hearing schedule for its concurrently-filed Motion for a De Novo Determination of Dispositive Matter Referred to Magistrate Judge ("Motion for De Novo Determination"). Specifically, Samsung requests that:

1. Apple's Opposition to Samsung's Motion for De Novo be filed on or before July 31;
2. Samsung's reply in support of its Motion for De Novo Determination be filed on or before August 3; and
3. Samsung's Motion for De Novo Determination be heard on August 6, 2012, at the Court's convenience.

A shortened briefing schedule on Samsung's Motion for De Novo Determination is necessary because, if adjudicated pursuant to the briefing and hearing schedule prescribed by the Local Rules, Samsung's Motion for De Novo Determination would not be heard until after the trial, mooting the very relief Samsung is seeking. The adverse inference that is the subject of Samsung's motion is central to Samsung's ability to present its defenses to the jury, and delaying resolution of the motion until after the trial would result in substantial prejudice to Samsung.

1    The relief sought by Samsung's Motion for De Novo Determination is narrow, and tied
2 directly to the Magistrate Judge's Order imposing an adverse inference against Samsung.   A
3 shortened briefing and hearing schedule will therefore not result in any prejudice to Apple.
4    Counsel for Samsung contacted counsel for Apple in an effort to reach agreement with
5 respect to the briefing and hearing schedule outlined above.   *See* Declaration of Victoria F.
6 Maroulis in Support of Samsung's Motion to Shorten Time.   Apple did not agree to Samsung's
7 proposed schedule, and indicated that it would oppose Samsung's Motion for De Novo
8 Determination.

## CONCLUSION

10    For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's
11 Motion to Shorten Time for Briefing and Hearing on Samsung's Motion for De Novo
12 Determination.

14 DATED: July 26, 2012                Respectfully submitted,

15                QUINN EMANUEL URQUHART &
                SULLIVAN, LLP

18                By   */s/ Victoria F. Maroulis*
                    Charles K. Verhoeven
19                    Kevin P.B. Johnson
                    Victoria F. Maroulis
20                    Michael T. Zeller
21                    Attorneys for SAMSUNG ELECTRONICS CO.,
                    LTD., SAMSUNG ELECTRONICS AMERICA,
22                    INC. and SAMSUNG
                    TELECOMMUNICATIONS AMERICA, LLC