1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                     UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 19         Plaintiff, | **DECLARATION OF VICTORIA F. MAROULIS IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME** |
| 20    vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24         Defendant. | |

02198.51855/4860101.1

Case No. 11-cv-01846-LHK (PSG)
MAROULIS DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO SHORTEN TIME

I, Victoria F. Maroulis, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Shorten Time For Briefing and Hearing on its Motion De Novo Determination of Dispositive Matter Referred to Magistrate Judge ("Motion for De Novo Determination"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. On July 26, 2012, I contacted counsel for Apple via email in order to propose a shortened briefing schedule whereby Samsung would file its Motion for De Novo Determination on July 26, Apple would file its opposition brief by July 31, Samsung would file its reply brief by August 3, and hearing on the Motion for De Novo Determination would be held the week of August 6, at the Court's convenience.

3. Apple responded to my message indicating that it would oppose a shortened briefing schedule. Attached hereto as Exhibit 1 is a true and correct copy of my email exchange with counsel for Apple.

4. The relief requested in Samsung's Motion to Shorten Time is necessary in order to allow the Court to decide Samsung's Motion for De Novo Determination in an expedited manner based on the commencement of trial. If the Court does not grant briefing and hearing on shortened time, the Motion for De Novo Determination would not be briefed until August 16, and would not be heard until August 30. By that time, trial in this case will be concluding.

5. The present request to shorten the briefing and hearing schedule on Samsung's Motion for De Novo Determination will not affect the schedule of the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 26, 2012, at Redwood Shores, California.

                     */s/ Victoria F. Maroulis*
                     Victoria F. Maroulis