UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.   Samsung concurrently filed a motion to shorten time pursuant to Civil Local Rules 6-1(b) and 6-3.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time for Briefing and Hearing, and sets the hearing for August 6, 2012, at _____.   Plaintiff Apple Inc. may file and serve its opposition papers no later than July 31, 2012.   Plaintiff Samsung may file and serve its reply papers no later than August 3, 2012.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Court Judge