# EXHIBIT A



| | | | | United States (English) |
|---|---|---|---|---|
| Search Microsoft News Center | PRODUCTS | STORE | DOWNLOADS | SUPPORT |

Sign in

# Microsoft News Center

Mobile | Subscribe | Follow

Our Company | Our Products | Blogs & Communities | Press Tools

**TopStories** | Microsoft reports record revenue 2012-07-19 | Microsoft unveils the new Office 2012-07-16 | Technology 'saved my life' 2012-07-09

## Microsoft and Samsung Broaden Smartphone Partnership

Sept. 28, 2011
Agreements mark new initiatives to promote Windows Phone and share intellectual property.



**Press Contacts**

Rapid Response Team
Waggener Edstrom Worldwide
(503) 433-7070

**Related Links**

**Microsoft Resources**
  Microsoft Licensing
  Microsoft IP Licensing Newsroom
**Blog**
  Our Licensing Deal with Samsung: How IP Drives Innovation and Collaboration

**REDMOND, Wash — Sept. 28, 2011 —** Microsoft announced today that it has signed a definitive agreement with Samsung Electronics Co. Ltd., to cross-license the patent portfolios of both companies, providing broad coverage for each company's products. Under the terms of the agreement, Microsoft will receive royalties for Samsung's mobile phones and tablets running the Android mobile platform. In addition, the companies agreed to cooperate in the development and marketing of Windows Phone.

"Microsoft and Samsung see the opportunity for dramatic growth in Windows Phone and we're investing to make that a reality," said Andy Lees, president, Windows Phone Division, Microsoft. "Microsoft believes in a model where all our partners can grow and profit based on our platform."

"Through the cross-licensing of our respective patent portfolios, Samsung and Microsoft can continue to bring the latest innovations to the mobile industry," said Dr. Won-Pyo Hong, executive vice president of global product strategy at Samsung's mobile communication division. "We are pleased to build upon our long history of working together to open a new chapter of collaboration beginning with our Windows Phone "Mango" launch this fall."

Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services and solutions that help people and businesses realize their full potential.

*Note to editors:* For more information, news and perspectives from Microsoft, please visit the Microsoft News Center at http://www.microsoft.com/news. Web links, telephone numbers and titles were correct at time of publication, but may have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/news/contactpr.mspx.

Read More: **Intellectual Property, Licensing**

- **Microsoft and Amdocs Software Systems Limited Sign Patent Agreement.**   July 24, 2012
- **Microsoft and Aluratek Inc. Sign Patent Agreement Covering Android and Chrome Based Devices.**   July 09, 2012
- **Microsoft and Coby Electronics Sign Patent Agreement Covering Android and Chrome Based Devices.**   July 09, 2012
- **Microsoft Signs Patent Licensing Agreement With Aspen Avionics.**   May 03, 2012
- **Microsoft and Pegatron Corp. Sign Patent Agreement Covering Android- and Chrome-Based Devices.**   April 25, 2012

 Mobile    Subscribe   Follow

Site Map 

Manage Profiles | Contact Us | Terms of Use | Trademarks | Privacy Statement   ©2012 Microsoft