# ATTACHMENT A

## RIM – RESEARCH IN MOTION

<u>Trial Exhibit 630</u>:  Exhibits 3A and 3B to the Expert Report of David Teece, an expert retained by Apple, dated March 22, 2012. Exhibit 3A is a table summarizing the key terms of various contracts between Samsung and third parties to the litigation.  Exhibit 3B contains a table summarizing the key terms of various contracts between Apple and third parties to the litigation.

Trial Exhibit 630 contains the following information about RIM:

**Exhibit 3A**
**Summary of Samsung License Agreements**

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Samsung Ltd | Electronics Co . • Research In Motion Limited | Patent License Agreement | kW 2006 | 8/14/2006 | ███ | ███ | worldwide | ███ | SA MN DCA00323440 to SAMNDCA00323448 |