# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3110**

WRITER'S INTERNET ADDRESS
melissadalziel@quinnemanuel.com

January 25, 2012

Via Federal Express

| | |
|---|---|
| Brian Rivers | Legal Department |
| Vice President, Licensing | Research In Motion |
| Research In Motion | 122 West John Carpenter Freeway |
| 102 Decker Court, Suite 180 | Suite 430 |
| Irving, TX 75062 | Irving, TX 75038 |

Re:   Notice of Disclosure of Research In Motion ("RIM") Documents

Dear Mr. Rivers:

As we previously notified RIM on November 28, 2011, Samsung Electronics Co., Ltd. ("SEC"), SEC's wholly-owned subsidiary, Samsung Electronics America, Inc. ("SEA"), and SEA's wholly-owned subsidiary, Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"), have asserted a number of claims of patent infringement against Apple Inc. ("Apple").  Quinn Emanuel Urquhart & Sullivan, LLP is outside counsel for Samsung.  The following actions, among others, have been filed by Samsung against Apple, and particularly allege infringement by Apples mobile electronic devices:

1. On June 16, 2011, Apple filed an Amended Complaint against SEC, SEA and STA in the United States District Court for the Northern District of California, Case No. 5:11-cv-01846-LHK.  Apple's Complaint alleged federal false designations of origin and unfair competition, federal trademark infringement, federal trade dress dilution, state unfair business practices, common law trademark infringement, unjust enrichment, and infringement of U.S. Patent Nos. 6,493,002; 7,469, 381; 7,844,915; 7,853,891; 7,663,607; 7,864,163; and 7,920,129; D627,790; D617,334; D604;305; D593,087; D618,677; D622,270; and D504,889.  On June 30, 2011, SEC, SEA and STA filed their Answer, Affirmative Defenses, and Counterclaims to Apple's Amended Complaint (with Apple's Amended Complaint, "the Northern District of California action").  SEC, SEA

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow 125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

    and STA alleged that Apple infringes U.S. Patent Nos. 6,928,604; 7,050,410; 7,069,055; 7,079,871; 7,200,792; 7,362,867; 7,386,001; 7,447,516; 7,456,893; 7,577,460; 7,675,941; and 7,698,711.  The Counterclaims allege that Apple's iPhone, iPod and iPad products infringe these patents.  Discovery is ongoing.  Trial is scheduled to begin on July 30, 2012.

2. On June 28, 2011, SEC and STA filed a Complaint with the United States International Trade Commission ("ITC") alleging that Apple infringes United States Patent Nos. 7,706,348; 7,486,644; 6,771,980; 6,879,843; and 7,450,114 ("the Samsung ITC action").  The Complaint alleges that Apple's electronic devices allowing for communications and data transfer over networks, including its wireless communication devices, portable music and data processing devices, and tablet computers, infringe the '348, '644, '980, '843 and '114 patents.  The ITC instituted an investigation on July 27, 2011.  The investigation is captioned ITC Inv. No. 337-TA-794.  Discovery is ongoing.  A hearing is set for June 4, 2012 – June 15, 2012.  A target date for completion of the investigation is set for December 3, 2012.

As we discussed with your counsel, Steve Borgman, on November 30, 2011 and December 7, 2011, as part of the ITC action, SEC, SEA, and STA was compelled to produce certain license agreements between RIM and SEC.

Currently, in the parallel Northern District of California action, SEC, SEA, and STA has been requested to produce RIM's confidential information, including license agreements between RIM and SEC and related royalty information.  We are writing to you pursuant to paragraphs 7.4 and 7.6 of the July 2006 Patent License Agreement to request written consent to disclose one copy of each relevant document in connection with each of the above-mentioned actions, pursuant to appropriate protective orders that have been or will be entered in the respective actions.  If RIM gives consent to disclose these documents, SEC, SEA and STA will produce these documents, and any related royalty documents, if any, as "Highly Confidential – Outside Counsel's Eyes Only" pursuant to the Northern District of California interim protective order, and any protective order entered hereinafter.  Under the protective orders, such designations limit documents to outside counsel eyes only, and their use will be strictly limited by the protective order.  For your reference, enclosed with this letter please find a copy of the protective order currently entered in the Northern District of California action.

Please contact me as soon as possible regarding this disclosure.

Very truly yours,

*Melissa Dalziel*

Melissa Dalziel

cc: Steve R. Borgman, Vinson & Elkins LLP (via e-mail to: sborgman@velaw.com)

Enclosures: Northern District of California interim protective order

02198.51855/4566242.1