# EXHIBIT B



**From:** Borgman, Steve
**Sent:** Wednesday, February 01, 2012 3:58 PM
**To:** 'Melissa Dalziel'
**Subject:** RE: Apple v. Samsung (NDCA Action)

Melissa -- Thank you for your January 31 email.  RIM does not object to the production of the single license agreement (attached) so long as it is designated Highly Confidential -- Attorneys' Eyes Only under the protective order dated January 30, 2012 (Dkt. 687), and Apple employees and in-house counsel will not have access to it.  Please be sure that the copy produced includes this designation on every page; the attached copy does not include this required designation yet.

Please let me know if you have any questions.

Best,

Steve


Steve Borgman
Vinson & Elkins L.L.P.
1001 Fannin
2500 First City Tower
Houston, Texas 77002-6760
713-758-2002 (office)
713-615-5758 (fax)
sborgman@velaw.com


**From:** Melissa Dalziel [mailto:melissadalziel@quinnemanuel.com]
**Sent:** Tuesday, January 31, 2012 7:03 PM
**To:** Borgman, Steve
**Subject:** RE: Apple v. Samsung (NDCA Action)

Thanks, Steve.  Attached is the new protective order in the NDCA action. The only RIM document that we have identified as responsive in the NDCA action to date is the attached patent license agreement, which has already been produced in the ITC action.  The Court has ordered that this document be produced by February 3rd.  (See pp. 9-11 of the attached 1/27/12 Order re: production of license agreements; p. 2 re: February 3rd production date.)  Please let me know if RIM has any concerns regarding this production.

Best regards, Melissa

**Melissa Dalziel**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3110 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
melissadalziel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Borgman, Steve [mailto:SBorgman@velaw.com]
**Sent:** Tuesday, January 31, 2012 2:47 PM
**To:** Melissa Dalziel
**Subject:** RE: Apple v. Samsung (NDCA Action)

Melissa -- This is to follow up on our call last week. As I indicated on the call, RIM wants to see the specific documents involved so it knows what disclosures are involved in connection with the requested consent. In addition, I understood from the call that you were looking into the status of the stipulation and whether and to what extent it applied to non-expedited discovery, as well as whether any other protective orders have been entered in the case.

Please note that, pending resolution of these issues, RIM does not consent to the production of any RIM confidential information.

Best,

Steve

Steve Borgman
Vinson & Elkins L.L.P.
1001 Fannin
2500 First City Tower
Houston, Texas 77002-6760
713-758-2002 (office)
713-615-5758 (fax)
sborgman@velaw.com

**From:** Melissa Dalziel [mailto:melissadalziel@quinnemanuel.com]
**Sent:** Wednesday, January 25, 2012 5:53 PM
**To:** Borgman, Steve
**Subject:** Apple v. Samsung (NDCA Action)

Steve, I understand that you may represent RIM. Attached is a courtesy copy of correspondence we are sending to RIM via fed-ex today. Please feel free to contact me with any questions.

Best regards, Melissa

2

**Melissa Dalziel**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3110 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
melissadalziel@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Treasury Circular 230 Disclosure:** To the extent this communication contains any statement regarding federal taxes,
 that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding
 federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party
 any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is
 intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an
 authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying
 of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this
 email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.