IRELL & MANELLA LLP
Andrei Iancu (184973)
aiancu@irell.com
Alan J. Heinrich (212782)
aheinrich@irell.com
David A. Schwarz (159376)
dschwarz@irell.com
Jonathan Lange (238056)
jlange@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Attorneys for Nonparties
Research In Motion Corporation and
Research In Motion Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-CV-01846-LHK |
| Plaintiff, | **DECLARATION OF JONATHAN LANGE IN SUPPORT OF NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.'S ADMINISTRATIVE MOTION TO SEAL THIRD PARTY CONFIDENTIAL INFORMATION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

2679936

# DECLARATION OF JONATHAN LANGE

I, Jonathan Lange, declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Nonparties Research In Motion Corporation and Research In Motion Ltd. (collectively, "RIM") in the above-entitled action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of RIM's Administrative Motion to Seal Third Party Confidential Information.

2. RIM is a party in the case styled *Mformation Technologies, Inc. v. Research In Motion, Ltd., et al.*, Case No. 08-CV-4990, currently pending before Judge James Ware in this District. On July 3, 2012, Judge Ware agreed to the parties' request to close the courtroom during testimony regarding RIM patent licenses. A true and correct copy of the relevant transcript excerpt reflecting that agreement is attached hereto as Exhibit A.

Executed on July 26, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Jonathan Lange*
Jonathan Lange

2679955

- 1 -