UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-CV-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NONPARTIES RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.'S ADMINISTRATIVE MOTION TO SEAL THIRD PARTY CONFIDENTIAL INFORMATION** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Nonparties Research In Motion Corporation and Research in Motion Ltd. ("RIM") have filed an administrative motion to seal their confidential information contained in Trial Exhibit 630 and have submitted the declarations of Michael J. Crowley and Jonathan Lange in support thereof. Based on RIM's motion and the declarations of Michael J. Crowley and Jonathan Lange, the Court finds that the information relating to the terms of RIM's patent license agreement with Samsung that RIM requests be sealed is the type of highly sensitive business confidential information and trade secrets information that derives value from their secrecy and that would be valuable to RIM's competitors in patent licensing negotiations. Additionally, the Court finds that such information is only tangentially related to the substance of the underlying case, and that therefore the public's

1  understanding of the judicial process would not be significantly aided thereby.  Therefore, RIM
2  has demonstrated compelling reasons why its confidential information should be sealed.
3       IT IS HEREBY ORDERED THAT RIM's motion to seal portions of Trial Exhibit 630 is
4  GRANTED.  Only the redacted version of that portion of Trial Exhibit 630 (as shown in
5  Attachment A to the motion) may be presented in open court.
6       IT IS FURTHER ORDERED THAT the courtroom shall be closed during testimony
7  relating to the sealed portions of Trial Exhibit 630 insofar as it may pertain to RIM.

9  Dated: _____

The Honorable Lucy H. Koh
United States District Judge