[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS**<br><br>Date:  July 26, 2012<br><br>Judge:  Hon. Lucy H. Koh |

The parties inform the Court that, after meeting and conferring for several hours on their respective translations of the foreign language trial exhibits, they have reached agreement on the vast majority of the disputed translations.  The parties will stipulate to and substitute mutually agreeable translations for the exhibits on which agreement has been made.

The parties are continuing to discuss a much smaller number of disputed translations. Because agreement on several translations appears likely if parties have additional time to consider their positions, the parties have agreed to do so and to meet and confer again shortly. The parties will submit a statement concerning this set of translations by Saturday, July 28, 2012 at 6PM.

This Statement and the meet and confer relates to the sets of trial exhibits served on July 5, to which translation objections were made, and do not pertain to any additional foreign language exhibits that may have been included in the supplemental trial exhibits that were just served this week.

On July 26, 2012, the parties met and conferred to discuss objections to the parties' respective translations of foreign language exhibits.  The parties were able to resolve almost all disagreements and are continuing to work to resolve the remaining disputes.  The parties also discussed and came to an agreement regarding the process for substituting new translations reflecting the parties' agreed upon translations.

The parties will file a statement regarding the remaining disputes by no later than 6:00 PM on Saturday July 29, 2012.

| | |
|---|---|
| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: /s/ Richard Hung | By: /s/ Victoria Maroulis |
| HAROLD J. MCELHINNY<br>MICHAEL A. JACOBS<br>RACHEL KREVANS<br>JENNIFER LEE TAYLOR<br>ALISON M. TUCHER<br>RICHARD S.J. HUNG<br>JASON R. BARTLETT<br><br>Attorneys for APPLE INC. | CHARLES K. VERHOEVEN<br>KEVIN P.B. JOHNSON<br>VICTORIA F. MAROULIS<br>MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

1

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard Hung.

       */s/ Victoria Maroulis*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28