QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S BRIEF REGARDING REFERENCES AT TRIAL TO "PLAINTIFF" AND "DEFENDANT"** |

1    Both parties in this action have claims against the other that will be tried to the jury in the
2 upcoming trial.   Accordingly, both parties will at times be acting as plaintiffs and both as
3 defendants, and it is therefore important that both parties are treated the same.   It is important that
4 the terminology that is used to refer to the parties reflects this fact.   In order to avoid any unfair
5 prejudice to Samsung that may result from references to Apple as "plaintiff" in front of the jury,
6 Samsung requests that both parties be referred to as "claimants."
7    Additionally, Samsung requests that its counsel be permitted to sit at plaintiff's table while
8 Samsung presents its affirmative case.   The general rule in courts nationwide, both civil and
9 criminal, is that the party with the burden of proof sits nearest the jury.   In keeping with this
10 practice, it makes sense that Samsung would sit at plaintiff's table while presenting its affirmative
11 case.   Furthermore, equal treatment of the parties with respect to where they sit while presenting
12 their affirmative case will mitigate any prejudice to Samsung that may result from Apple being in
13 closer proximity to the jury throughout the trial.   It will also ensure that the jury does not draw
14 any improper inference based on disparate treatment of the parties with respect to their positions in
15 the courtroom.   Other courts have adopted this approach in complex, high-stakes trials involving
16 claims asserted by both parties.   *See Mattel v. MGA*, Case No. 04-09049 (DOC) (C.D. Cal.),
17 March 10, 2011 Trial Tr., Vol. 3, at 26:25-27:6, attached hereto as Exhibit A.

19 DATED: July 26, 2012                 QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By  */s/ Victoria F. Maroulis*
                                          Charles K. Verhoeven
                                          Victoria F. Maroulis
                                          Kevin P.B. Johnson
                                          Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS
                                          CO., LTD., SAMSUNG ELECTRONICS
                                          AMERICA, INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC

# EXHIBIT A

```
 1
 2
 3
 4                UNITED STATES DISTRICT COURT
 5               CENTRAL DISTRICT OF CALIFORNIA
 6                     SOUTHERN DIVISION
 7                           - - -
 8       THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING
 9
         MATTEL, INC., et al.,
10                 Plaintiffs,
           vs.
11
                                     CV-04-9049-DOC
12       MGA ENTERTAINMENT, INC.,    DAY 31
           et al.,                   Volume 3 of 3
13                 Defendants.
14       --------------------------
15
16
17            REPORTER'S TRANSCRIPT OF PROCEEDINGS
18                    Santa Ana, California
19                  Thursday, March 10, 2011
20
21
                         SHARON A. SEFFENS, RPR
22                       United States Courthouse
                         411 West 4th Street, Suite 1-1053
23                       Santa Ana, CA  92701
                         (714) 543-0870
24
25
```

```
 1   APPEARANCES OF COUNSEL:

 2   For Plaintiff MATTEL, INC., ET AL.:

 3   JOHN B. QUINN
     MICHAEL T. ZELLER
 4   WILLIAM PRICE
     QUINN EMANUEL URQUHART & SULLIVAN, LLP
 5   865 South Figueroa Street, 10th Floor
     Los Angeles, CA  90017
 6   (213) 443-3000

 7   For Defendant MGA ENTERTAINMENT, INC., ET AL.:

 8   THOMAS MCCONVILLE
     ORRICK HERRINGTON & SUTCLIFFE LLP
 9   4 Park Plaza, Suite 1600
     Irvine, CA  92614
10   (949) 567-6700

11   ANNETTE HURST
     ORRICK, HERRINGTON & SUTCLIFFE LLP
12   The Orrick Building
     405 Howard Street
13   San Francisco, CA  94105
     (415) 773-4585
14
     KELLER RACKAUCKAS LLP
15   JENNIFER L. KELLER
     18500 Von Karman Avenue, Suite 560
16   Irvine, CA
     (949) 476-8700
17

18   FOR CARLOS GUSTAVO MACHADO GOMEZ:

19   MARK E. OVERLAND
     100 Wilshire Boulevard, Suite 950
20   Santa Monica, CA  90401
     (310) 459-2830
21

22   ALEXANDER COTE
     SCHEPER KIM AND HARRIS LLP
23   601 West Fifth Street, 12th Floor
     Los Angeles, CA  90071-2025
24   (213) 613-4655

25
```

```
 1   ALSO PRESENT:

 2   MGA ENTERTAINMENT, INC.
     JEANINE PISONI
 3   16360 Roscoe Boulevard, Suite 105
     Van Nuys, CA   91406
 4

 5   ALSO PRESENT:

 6   ISAAC LARIAN, MGA CEO

 7   KEN KOTARSKI, Mattel Technical Operator

 8   MIKE STOVALL, MGA Technical Operator

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   going.
 2            MR. COTE:  Yes.
 3            THE COURT:  If that's acceptable to you, that
 4   let's the parties start tomorrow.
 5            MR. COTE:  Of course.
 6            THE COURT:  Counsel, I am going to pay all of you
 7   a compliment in front of the jury about how hard you are
 8   working.
 9            Nancy, would you get the jury.
10            (Jury present.)
11            THE COURT:  The jurors are present.  Counsel are
12   present.
13            Mr. Quinn, on behalf of Mattel.
14            MR. QUINN:  Your Honor, subject to the issues that
15   we discussed the jury's presence, Mattel rests.
16            THE COURT:  Mattel is resting at this time.  There
17   are a few matters that we can accomplish this weekend and
18   outside your presence, but both parties have agreed to go
19   forward tomorrow.
20            We anticipated that Mattel would be resting
21   sometime this week.  We didn't know quite know if it was
22   Wednesday, Thursday, or early Friday, but we anticipated
23   this, and MGA will be ready to start their presentation
24   tomorrow morning at 8:30.
25            Now, we are going to be switching tables.  MGA
```

1    will be sitting at the table that times has been referred to
2    as the plaintiff's table, and Mr. Overland and Mr. Cote will
3    be joining them.  I am going to have a small table set up so
4    we keep visually who is with whom, and Mattel will be over
5    sitting over what we previously referred to as the
6    defendant's table.
7              We have about 152 hours that we have been in
8    session so far, maybe a little bit more by the end of today.
9    I'm not quite certain.  I haven't been keeping that close
10   account, but you can see a running total over on this board.
11   As of yesterday, it was 87 hours and 41 minutes for Mattel
12   and MGA 64 hours and 8 minutes.  That's about right.  The
13   plaintiff is usually using a few more hours in the
14   presentation of their case, and now MGA will probably start
15   using a few more hours.
16             All counsel are on notice when that hits 120 hours
17   that's the end of the lawsuit for that party.  Actually
18   because of the preparation of counsel and the extraordinary
19   efforts on both Mattel and MGA's part and Mr. Machado's
20   counsel, the -- because we are not having sidebars, because
21   they are going all over the evidence on nights and during
22   the weekends, means that that 120 hours for each side is
23   probably the equivalent of about 200 hours.  It's really
24   about a four-month trial that's being brought down into
25   about three months, so it's coming to you pretty quick.

```
 1
 2
 3
 4                         CERTIFICATE
 5
 6        I hereby certify that pursuant to Section 753,
 7   Title 28, United States Code, the foregoing is a true and
 8   correct transcript of the stenographically reported
 9   proceedings held in the above-entitled matter and that the
10   transcript page format is in conformance with the
11   regulations of the Judicial Conference of the United States.
12
13   Date:  March 11, 2011
14
15
                            Sharon A. Seffens 3/11/11
16                          _____
                            SHARON A. SEFFENS, U.S. COURT REPORTER
17
18
19
20
21
22
23
24
25
```