DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
MARCUS T. HALL (SBN: 206495)
mthall@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

PETER J. CHASSMAN (*pro hac vice* application forthcoming)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
Telephone:     (713) 651-2623
Facsimile:     (713) 651-2700

Attorneys for Non-Party,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | CASE NO.:  11-CV-01846-LHK |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF DAVID S. BLOCH, JENNIFER A. GOLINVEAUX, MARCUS T. HALL, AND PETER J. CHASSMAN FOR NON-PARTY MOTOROLA MOBILITY LLC** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | Judge: Hon. Lucy H. Koh |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that the following counsel hereby enter an appearance on behalf

3  of Non-Party Motorola Mobility LLC ("Motorola"), for the limited purpose of requesting the

4  sealing of Motorola's confidential and proprietary information, which it understands may be

5  presented at trial in this case, as well as any proceedings related to that request:

      DAVID S. BLOCH (SBN: 184530)
      dbloch@winston.com
      JENNIFER A. GOLINVEAUX (SBN: 203056)
      jgolinveaux@winston.com
      MARCUS T. HALL (SBN: 206495)
      mthall@winston.com
      WINSTON & STRAWN LLP
      101 California Street
      San Francisco, CA  94111-5894
      Telephone:    (415) 591-1000
      Facsimile:    (415) 591-1400

      PETER J. CHASSMAN (*pro hac vice* application forthcoming)
      pchassman@winston.com
      WINSTON & STRAWN LLP
      1111 Louisiana, 25th Floor
      Houston, TX  77002-5242
      Telephone:    (713) 651-2623
      Facsimile:    (713) 651-2700

      Attorneys for Non-Party,
      MOTOROLA MOBILITY LLC

Dated:  July 26, 2012                    WINSTON & STRAWN LLP

                                By:   /s/ Jennifer A. Golinveaux
                                     David S. Bloch
                                     Jennifer A. Golinveaux
                                     Marcus T. Hall
                                     Peter J. Chassman (*pro hac vice* forthcoming)
                                     Attorneys for Non-Party,
                                     MOTOROLA MOBILITY LLC

-1-

NOTICE OF APPEARANCE OF DAVID S. BLOCH, JENNIFER A. GOLINVEAUX, MARCUS T. HALL, AND PETER J. CHASSMAN FOR NON-PARTY MOTOROLA MOBILITY LLC
Case No. 11-CV-01846-LHK