DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
MARCUS T. HALL (SBN: 206495)
mthall@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

PETER J. CHASSMAN (*pro hac vice* application forthcoming)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
Telephone:     (713) 651-2623
Facsimile:      (713) 651-2700

Attorneys for Non-Party,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | CASE NO.:  11-CV-01846-LHK |
| Plaintiff, | |
| v. | **DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL EXHIBITS, CLOSE COURTROOM, AND SEAL PORTIONS OF TRANSCRIPT** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |
| | [Civ. L.R. 79-5] |
| | Date: Expedited Request<br>Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

-1-

DECL. OF JENNIFER A. GOLINVEAUX ISO EMERGENCY MOT'N BY NONPARTY MOTOROLA TO SEAL
Case No. 11-CV-01846-LHK

## DECLARATION OF JENNIFER A. GOLINVEAUX

I, Jennifer A. Golinveaux, declare and state:

1. I am an attorney at law and a partner at Winston & Strawn LLP, counsel for nonparty Motorola Mobility LLC ("Motorola"). I submit this declaration in support of Emergency Motion By Non-Party Motorola Mobility LLC To Seal Exhibits, Close Courtroom, And Seal Portions Of Transcript ("Motorola's Motion to Seal"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a proposed redacted version of the Motorola confidential information excerpted by Samsung as contained in proposed Samsung Trial Exhibits 77, 630, and 631. The portions that Motorola requests to be sealed are outlined in blue.

3. Attached hereto as Exhibit 2 is a proposed redacted version of proposed Samsung Trial Exhibit 82. The portions that Motorola requests to be sealed appear on pages 13-15, 17, and 19 (Bates S-794-ITC-005280731 to S-794-ITC-005280733, S-794-ITC-005280735, and S-794-ITC-005280737) and are outlined in blue.

4. Exhibit A, Appendix A to the concurrently submitted Declaration of Thomas V. Miller contains redacted public versions of Exhibits 1 and 2.

5. Pursuant to Civ. L.R. 7-11, on July 26, 2012, counsel for Motorola attempted to obtain a stipulation from parties to this action Apple and Samsung, and Third Party Intervenor Reuters America to the relief sought in Motorola's Motion to Seal. Samsung has indicated that it does not oppose Motorola's Motion to Seal. Counsel for Reuters America has responded that he is still checking with his client but that Motorola should assume that Reuters will not stipulate to sealing or closing the courtroom. Apple has not responded to Motorola's request as of the filing of this declaration.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of July, 2012, in San Francisco, California.

Jennifer A. Golinveaux

# EXHIBIT 1 – REDACTED

# LODGED WITH THE CLERK

PROPOSED REDACTED VERSION OF THE MOTOROLA CONFIDENTIAL INFORMATION EXCERPTED BY SAMSUNG AS CONTAINED IN PROPOSED TRIAL EXHIBITS 77, 630, AND 631

# EXHIBIT 2 – REDACTED

# LODGED WITH THE CLERK

PROPOSED REDACTED VERSION OF MOTOROLA CONFIDENTIAL INFORMATION CONTAINED IN PROPOSED TRIAL EXHIBIT 82