```
 1  DAVID S. BLOCH (SBN: 184530)
    dbloch@winston.com
 2  JENNIFER A. GOLINVEAUX (SBN: 203056)
    jgolinveaux@winston.com
 3  MARCUS T. HALL (SBN: 206495)
    mthall@winston.com
 4  WINSTON & STRAWN LLP
    101 California Street
 5  San Francisco, CA  94111-5894
    Telephone:     (415) 591-1000
 6  Facsimile:     (415) 591-1400

 7  PETER J. CHASSMAN (pro hac vice application forthcoming)
    pchassman@winston.com
 8  WINSTON & STRAWN LLP
    1111 Louisiana, 25th Floor
 9  Houston, TX  77002-5242
    Telephone:     (713) 651-2623
10  Facsimile:     (713) 651-2700

11  Attorneys for Non-Party,
    MOTOROLA MOBILITY LLC
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO.:  11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL EXHIBITS, CLOSE COURTROOM, AND SEAL PORTIONS OF TRANSCRIPT** |

1   Non-Party Motorola Mobility LLC filed an emergency administrative motion for an order
2   to seal portions of proposed Trial Exhibits 77, 82, 630, and 631, as well as to close the courtroom
3   during discussion of such portions of those exhibits, and to seal any corresponding portions of
4   the transcript ("Motorola's Motion to Seal").  The Court has considered the papers and evidence
5   presented in connection with Motorola's Motion to Seal and determined that compelling reasons
6   exist for sealing this material.
7   Motorola's Motion to Seal is GRANTED.
8   The following materials shall be filed under seal:
9   (a)  those portions of the Trial Exhibit 77 that disclose terms of a license
10  agreement between Samsung and Motorola, Inc. – specifically, within the row discussing
11  the Samsung license with Motorola (Bates No. S-794-ITC-005216440-5216462) the
12  columns indicating the monetary consideration, what rights are included, and whether the
13  license is a cross license;
14  (b)  pages 13-15, 17, and 19 (Bates S-794-ITC-005280731 to S-794-ITC-
15  005280733, S-794-ITC-005280735, and S-794-ITC-005280737) of Trial Exhibit 82;
16  (c)  those portions of the Trial Exhibit 630 that disclose terms of license
17  agreements between Samsung and Motorola, Inc.(Bates Nos. S-794-ITC-005280285 to S-
18  794-ITC-005280348; S-794-ITC-005280871 to S-794-ITC-005280874; and S-794-ITC-
19  005216440 to S-794-ITC-0085216462) – specifically, within the three rows that came
20  from Exhibit 3A to the report of David Teece concerning licenses between Motorola and
21  Samsung, the columns concerning licensed products/technology and payments; and
22  (d)  those portions of Trial Exhibit 631 that disclose royalty rates, amounts paid or
23  received by Motorola, or other license information – specifically the row from Teece
24  Exhibit 4A indicating Motorola rates and the row from Exhibit 4B indicating revenues,
25  royalties and rates as between Motorola and Samsung;
26  Those members of the public and litigants not authorized to view "Highly Confidential –
27  Attorneys Eyes Only" material shall be excluded from the courtroom during any discussion or
28  display of any of the information identified in items (a)-(d) above.  Any portions of the

transcripts of any proceedings during which the information identified in items (a)-(d), above, is discussed, and any exhibits entered at trial that comprise or discuss such information shall be sealed.

**IT IS SO ORDERED.**

Dated: _____

                                          LUCY H. KOH
                                          United States District Judge