HAROLD J. MCELHINNY (CA SBN 66,781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111,664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116,421)
rkrevans@mofo.com
RICHARD S.J. HUNG (CA SBN 197,425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Counterclaim-Defendant. | Civil Action No. 11-CV-01846-LHK<br><br><br>**APPLE INC.'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S RULE 26(a)(3) DEPOSITION DESIGNATIONS** |

APPLE INC.'S OBJECTIONS AND
COUNTERDESIGNATIONS TO SAMSUNG'S
RULE 26(a)(3) DEPOSITION DESIGNATIONS
Case No. 11-cv-01846 (LHK)

sf-3175758

Apple submits the following objections and counterdesignations to Samsung's amended deposition designations, filed on July 23, 2012 and as corrected on July 25, 2012.

## I.      OBJECTIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS

Apple objects to Samsung's presentation of deposition testimony from:

- any Apple employee or expert witness who is available to testify live at trial, unless the testimony was provided under Rule 30(b)(6) of the Federal Rules of Civil Procedure or by a managing agent;

- any presently-employed Samsung employee on the ground that such employees are not unavailable to Samsung;

- any witness whose deposition took place after the fact discovery close, except depositions taken by agreement of the parties or under Court order in this action;

- any witness within the Court's subpoena powers under Rule 45(b)(2) and not under court order or prior agreement of the parties; and

- any Apple expert not listed in Apple's revised witness list, filed on July 23, 2012.

Apple's specific objections and counterdesignations to Samsung's individual deposition designations are contained in the attached Exhibit A.

Dated: July 26, 2012                MORRISON & FOERSTER LLP

                                    By:      /s/ Michael A. Jacobs
                                             Michael A. Jacobs

                                    WILMER CUTLER PICKERING HALE AND DORR LLP

                                    By:      /s/ Mark D. Selwyn
                                             Mark D. Selwyn

                                    For Plaintiff APPLE INC.

APPLE INC.'S OBJECTIONS AND
COUNTERDESIGNATIONS TO SAMSUNG'S
RULE 26(a)(3) DEPOSITION DESIGNATIONS
Case No. 11-cv-01846 (LHK)

sf-3175758