| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | |
| 6 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No.   5:11-cv-01846-LHK<br><br>**APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>**[DOCKET NOS. 1385-1, 1385-2]** |

Apple hereby moves the Court to remove the following documents from ECF, submitted electronically on July 26, 2012:

Exhibit 6 to the Declaration of Joby Martin in Support of Samsung's Daubert Motion ("Martin Declaration").

Exhibit 7 to Martin Declaration.

The above documents consist of Exhibit 32 to the Expert Report of Terry L. Musika and Exhibit 32-S to the Supplemental Expert Report of Terry L. Musika and have been filed multiple times in connection with various briefs. Apple's Renewed Motion to Seal, filed July 24, 2012, requested sealing of these documents (*See, e.g.*, Ex. 1 to the Declaration of Erica Tierney in Support of Apple's Renewed Motion to Seal ("Tierney Declaration") at 210 (Exhibit 32 to Musika Report); Ex. 4 to Tierney Declaration at 97 (Exhibit 32-S to Supp. Musika Report); Ex. 6 to Tierney Declaration (Exhibit 32-S to Supp. Musika Report).) However, Apple inadvertently did not include Exhibits 6 and 7 to the Martin Declaration in the enumeration of instances of the document to be sealed. As a result, Samsung filed Exhibits 6 and 7 publicly.

The ECF Help Desk has already been contacted and has locked the documents in question, and is awaiting the Court's order to remove them from the record. Apple will today file and lodge with the Clerk's Office a corrected renewed motion to seal that includes Exhibits 6 and 7 to the Martin Declaration.

For the foregoing reasons, Apple respectfully requests that the Court grant Apple's Motion to Remove Incorrectly Filed Documents [Docket Nos. 1385-1, 1385-2].

Counsel for Samsung confirmed that Samsung does not oppose this motion.

Dated: July 27, 2012                                MORRISON & FOERSTER LLP

                                                    By:  */s/ Michael A. Jacobs*
                                                         MICHAEL A. JACOBS

                                                    Attorneys for Plaintiff and
                                                    Counterclaim-Defendant
                                                    APPLE INC.