1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| 11          Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS [DOCKET NOS. 1385-1, 1385-2]** |
| 12     v. | |
| 13  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 14 | |
| 15 | |
| 16 | |
| 17          Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 11-CV-01846 LHK
sf-3175783

Apple has moved this Court to remove incorrectly filed Docket Nos. 1385-1 and 1385-2. The documents at issue, as filed under different docket numbers, were addressed in Apple's renewed motion to seal. Apple has filed a corrected renewed motion to seal that includes these docket entries.

Finding good cause therefor, the Court hereby grants Apple's Motion to Remove Incorrectly Filed Documents [Docket No. 1385-1, 1385-2] and orders that they be removed from the publicly available docket.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge