COPY

United States District Court
For the Northern District of California

1
2
3   IN THE UNITED STATES DISTRICT COURT
4
    FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6   APPLE INC., a California corporation
7                                               CASE NO. 11-cv-01846-LHK
8           Plaintiff,
                                                (Proposed)
9   v.                                          ORDER GRANTING APPLICATION
                                                FOR ADMISSION OF ATTORNEY
10  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG    PRO HAC VICE
    ELECTRONICS AMERICA INC., a New York corporation; and SAMSUNG
11  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability
    Company,
12          Defendant.

13
14  Joseph J. Mueller                          , whose business address and telephone number is

15  Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, MA 02109;
    (617) 526-6396
16
17  and who is an active member in good standing of the bar of Supreme Judicial Court of Mass.

18  having applied in the above-entitled action for admission to practice in the Northern District of

19  California on a pro hac vice basis, representing Apple Inc.

20          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22  *vice.* Service of papers upon and communication with co-counsel designated in the application

23  will constitute notice to the party. All future filings in this action are subject to the requirements

24  contained in General Order No. 45, *Electronic Case Filing.*

25
26  Dated: _____          _____

27                                          United States District    Judge
28

RECEIVED JUL 25 2012

FAXED