1  STEVEN D. HEMMINGER (SBN 110665)
   steve.hemminger@alston.com
2  **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
3  Menlo Park, CA 94025-4008
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001

5  Attorneys for Non-Party
   NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>**NOTICE OF APPEARANCE OF STEVEN D. HEMMINGER** |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Steven D. Hemminger, of the law firm of Alston & Bird LLP, hereby appears as counsel of record for non-party Nokia Corporation in the above-captioned case.

DATED: July 27, 2012                    Respectfully submitted,

By: */s/ Steven D. Hemminger*
    Steven D. Hemminger
    ALSTON & BIRD, LLP
    275 Middlefield Road, Suite 150
    Menlo Park, CA  94025-4008

*Attorneys for Non-Party Nokia Corporation*

NOTICE OF APPEARANCE
STEVEN D. HEMMINGER                    2                    Case No.: 11-CV-01846-LHK