1
2
3
4
5
6
7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                            SAN JOSE DIVISION

11  APPLE INC., a California corporation,              Case No. 11-cv-01846-LHK

12                  Plaintiff,                         **[PROPOSED] ORDER GRANTING APPLE'S CORRECTED RENEWED MOTION TO SEAL**

13          v.

14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

15
16
17
18                  Defendants.

[PROPOSED] ORDER
Case No. 11-cv-01846-LHK
sf-3175785

1    The Court issued an Order denying various motions to seal and directing the parties to file
2 more narrowly tailored renewed motions to seal (Dkt. No. 1256.)  Apple filed a renewed motion
3 to seal on July 24, 2012 and a corrected renewed motion to seal on July 27, 2012.
4    Apple's Corrected Renewed Motion to Seal is GRANTED.  Consistent with and to the
5 extent described in Apple's corrected renewed motion to seal and supporting declarations, the
6 documents at issue in Apple's Corrected Renewed Motion to Seal may be filed under seal.
7    **IT IS SO ORDERED.**
8
   Dated: _____        _____
9                                                                  Hon. Lucy H. Koh
                                                                   United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3175785