| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF NATHAN SABRI IN SUPPORT OF APPLE'S CORRECTED RENEWED MOTION TO SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I make this declaration in support of Apple's Corrected Renewed Motion to Seal.

2. Through its Corrected Renewed Motion to Seal, Apple seeks to seal data created by third-party market research companies where such data is extensive and risks supplanting the third party's market for its report. Apple does not seek to seal passing references or data that focuses on Apple and Samsung.

3. I understand that Apple is contractually obligated to defend the interests of third parties who sell Apple their proprietary consumer and market studies, and disclosure of this material would severely harm such third parties competitively and damage Apple's relationship with them. The market research companies with which Apple does business operate by selling their reports, which typically cost many thousands of dollars each.

4. Public disclosure of a substantial portion or the entirety one of these reports would completely supplant the market for that report. If Apple is forced to disclose this information, which Apple acquired under an agreement to keep the information private and confidential, the affected third party companies could be reluctant to do business with Apple again in the future, potentially permanently harming Apple's relationships and preventing Apple from obtaining this critical consumer data.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2012 at San Jose, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Nathan Sabri has concurred in this filing.

Dated: July 27, 2012                     */s/ Michael A. Jacobs*
                                          Michael A. Jacobs