| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116,421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                 Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                 Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S NOTICE OF LODGMENT OF *CORRECTED* EXHIBIT 1 TO THE DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S RESPONSE TO SAMSUNG'S OPENING MEMORANDUM REGARDING DESIGN PATENT CLAIM CONSTRUCTION** |

1  PLEASE TAKE NOTICE that a *Corrected* Exhibit 1 to the Declaration of Jason R.
2  Bartlett in Support of Apple's Response to Samsung's Opening Memorandum Regarding Design
3  Patent Claim Construction will be lodged with the Court on July 27, 2012.  This exhibit is a true
4  and correct copy of excerpts from the deposition transcript of Jonathan Ive, taken December 1,
5  2011.  An incomplete copy was inadvertently attached as Exhibit 1 to the Declaration of Jason R.
6  Bartlett in Support of Apple's Response to Samsung's Opening Memorandum Regarding Design
7  Patent Claim Construction, which was submitted under seal by Apple on June 26, 2012 as part of
8  Docket Number 1140.

9  Dated: July 27, 2012                              MORRISON & FOERSTER LLP

11                                                   By:  */s/ Michael A. Jacobs*
12                                                        Michael A. Jacobs

13                                                        Attorneys for Plaintiff
                                                          APPLE INC.