1  MICHAEL B. LEVIN (SBN: 172329)
   mlevin@wsgr.com
2  DYLAN J. LIDDIARD (SBN: 203055)
   dliddiard@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:   (650) 493-9300
   Facsimile:    (650) 565-5100
6
7  Attorneys for Non-Parties
   INTERDIGITAL TECHNOLOGY
   CORPORATION and
8  INTERDIGITAL COMMUNICATIONS LLC

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 | APPLE, INC., a California Corporation, | )  CASE NO.:  11-CV-01846-LHK
   |                                        | )
14 |              Plaintiff,                 | )  **NOTICE OF APPEARANCE**
   |                                        | )
15 |        v.                               | )
   |                                        | )
16 | SAMSUNG ELECTRONICS CO., LTD., a       | )
   | Korean corporation; SAMSUNG             | )
17 | ELECTRONICS AMERICA, INC., a New York   | )
   | corporation; SAMSUNG                    | )
18 | TELECOMMUNICATIONS AMERICA, LLC, a      | )
   | Delaware limited liability company,     | )
19 |                                        | )
   |              Defendants.                | )
20 |                                        | )

1 TO THE COURT AND ALL PARTIES HEREIN:

2 PLEASE TAKE NOTICE that Michael B. Levin, of the law firm of Wilson Sonsini Goodrich &
3 Rosati, hereby appears as counsel of record for non-parties InterDigital Technology Corporation
4 and InterDigital Communications, LLC (collectively, "InterDigital") in the above-captioned
5 case.

Dated: July 27, 2012                                  Respectfully submitted,

                                                      WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation


                                                      By: /s/ Michael B. Levin
                                                              Michael B. Levin

                                                      Attorneys for Non-Parties
                                                      INTERDIGITAL TECHNOLOGY
                                                      CORPORATION and
                                                      INTERDIGITAL COMMUNICATIONS, LLC

-2-                                                                              5018266_1.DOCX
NOTICE OF APPEARANCE
Case No. 11-CV-01846-LHK

**ATTESTATION OF E-FILED SIGNATURE**

I, Corina I. Cacovean, am the ECF User whose ID and password are being used to file this Motion. In compliance with General Order 45, X.B., I hereby attest that Michael B. Levin has concurred in this filing.

Dated: July 27, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Corina I. Cacovean
Corina I. Cacovean

Attorneys for Non-Parties
INTERDIGITAL TECHNOLOGY CORPORATION and
INTERDIGITAL COMMUNICATIONS, LLC