| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | MARK D. SELWYN (SBN 244180) |
| RICHARD S.J. HUNG (CA SBN 197425) | mark.selwyn@wilmerhale.com |
| rhung@mofo.com | WILMER CUTLER PICKERING |
| JASON R. BARTLETT (CA SBN 214530) | HALE AND DORR LLP |
| jasonbartlett@mofo.com | 950 Page Mill Road |
| MORRISON & FOERSTER LLP | Palo Alto, California 94304 |
| 425 Market Street | Telephone: (650) 858-6000 |
| San Francisco, California 94105-2482 | Facsimile: (650) 858-6100 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  In accordance with Northern District of California Civil Local Rule 7-11, Apple
2  respectfully moves the Court for leave to file a Reply in Support of its Renewed Motion to Seal.
3  Third party Reuters America LLC filed a response opposing both parties' renewed
4  motions to seal. (Dkt. No. 1330.)  In light of the extremely sensitive nature of the documents at
5  issue and the implications on the rights of third parties, and to ensure completeness of the record
6  in advance of the July 27 hearing, Apple respectfully requests that the Court grant this motion so
7  that Apple may have a fair opportunity to respond to Reuters' contentions.  A copy of the
8  proposed reply is attached hereto as Exhibit A.

Dated: July 27, 2012                              MORRISON & FOERSTER LLP

                                                  By:  */s/ Michael A. Jacobs*
                                                       Michael A. Jacobs
                                                       Attorneys for Plaintiff
                                                       APPLE INC.