MICHAEL B. LEVIN (SBN: 172329)
mlevin@wsgr.com
DYLAN J. LIDDIARD (SBN: 203055)
dliddiard@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

Attorneys for Non-Parties
INTERDIGITAL TECHNOLOGY
CORPORATION and
INTERDIGITAL COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO.:  11-CV-01846-LHK<br><br>**NOTICE OF APPEARANCE** |

5018249_1.DOCX

1   TO THE COURT AND ALL PARTIES HEREIN:

2   PLEASE TAKE NOTICE that Dylan J. Liddiard, of the law firm of Wilson Sonsini Goodrich &

3   Rosati, hereby appears as counsel of record for non-parties InterDigital Technology Corporation

4   and InterDigital Communications, LLC (collectively, "InterDigital") in the above-captioned

5   case.

6
7   Dated:  July 27, 2012                          Respectfully submitted,

8                                                  WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

9
10                                                 By: /s/ Dylan J. Liddiard
                                                        Dylan J. Liddiard

11                                                 Attorneys for Non-Parties
                                                   INTERDIGITAL TECHNOLOGY
12                                                 CORPORATION and
                                                   INTERDIGITAL COMMUNICATIONS, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION OF E-FILED SIGNATURE

2

I, Corina I. Cacovean, am the ECF User whose ID and password are being used to file

3

this Motion. In compliance with General Order 45, X.B., I hereby attest that Dylan J. Liddiard

4

has concurred in this filing.

5

6

Dated:  July 27, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

7

8

    /s/ Corina I. Cacovean
Corina I. Cacovean

9

10

Attorneys for Non-Parties
INTERDIGITAL TECHNOLOGY

11

CORPORATION and
INTERDIGITAL COMMUNICATIONS, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5018249_1.DOCX