QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF PRASHANTH CHENNAKESAVAN IN SUPPORT OF THE PARTIES' JOINT MOTION REGARDING THE SEALING OF TRIAL EXHIBITS** |

I, Prashanth Chennakesavan, declare:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of the parties' Joint Motion Regarding the Sealing of Trial Exhibits.

3. On July 25, 2012, the same day that Samsung and Apple Inc. ("Apple") exchanged their respective trial exhibits, counsel for the parties held a telephonic conference to discuss a joint approach on the presentation of evidence at trial that would minimize the need to seal trial exhibits.

4. On July 26, 2012, counsel for the parties participated in an in-person meet-and-confer session to discuss the sealing of trial exhibits.

5. During the meet-and-confer session, counsel for the parties exchanged draft proposals about the presentation of evidence at trial that would minimize the need to introduce into evidence exhibits that contain highly-sensitive information.

6. While the parties have yet to reach a final agreement that would eliminate the need to introduce into evidence exhibits that contain highly sensitive information altogether, Samsung will negotiate in good faith to minimize the need to seal trial exhibits. Based on my discussions with counsel for Apple, I believe that Apple will also negotiate in good faith.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on July 27, 2012.

                                   /s/ Prashanth Chennakesavan

                                   Prashanth Chennakesavan

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Prashanth Chennakesavan.

                                                            */s/ Victoria Maroulis*