| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF MOTION TO ENFORCE ORDERS REGARDING SONY DESIGNS** |

I, JASON R. BARTLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Motion to Enforce Court Orders Regarding Sony Designs.

2. Samsung's Trial Brief cites a February 2006 email from Tony Fadell that circulated a news article concerning Sony. (Dkt. No. 1322 at 1.) Apple produced that email in November 2011.

3. Samsung's Trial Brief also refers to and includes pictures of CAD drawings by Apple that allegedly reflect "Sony style" designs. (*Id*. at 1-2, 6.) Apple produced those CAD drawings for inspection in July 2011 and produced physical printouts of the CAD drawings in October 2011.

4. My partner Alison Tucher alerted counsel for Samsung this morning by email that we intended to bring this motion, and asked that they let us know whether they would oppose the motion. As reflected in the attached e-mail chain, Samsung opposes the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2012 in San Jose, California.

                                                   */s/ Jason R. Bartlett*
                                                   Jason R. Bartlett

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: July 27, 2012        /s/ *Michael A. Jacobs*
                            Michael A. Jacobs

BARTLETT DECL. ISO APPLE'S MOT. TO ENFORCE COURT ORDERS REGARDING SONY DESIGNS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3175833

2