| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF KRISTIN L. YOHANNAN IN SUPPORT OF APPLE'S MOTION TO ENFORCE COURT ORDERS REGARDING SONY DESIGNS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, KRISTIN L. YOHANNAN, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in several jurisdictions, including the District of Columbia and the U.S. Patent and Trademark Office. I have personal knowledge of the matters stated herein. I make this declaration in support of Apple's Motion to Enforce Court Orders Regarding Sony Designs.

2. Apple and Samsung are parties in a pending Investigation before the United States International Trade Commission, *In the Matter Certain Electronic Digital Media Devices and Components Thereof*, Inv. No. 337-TA-796. I represent Apple in that Investigation.

3. Samsung noticed Shin Nishibori for deposition in the ITC Investigation. Over Apple's objections, Judge Pender ordered that deposition to proceed. Pursuant to Judge Pender's Order, Samsung deposed Mr. Nishibori on May 2, 2012, in the ITC investigation, but Apple *never* agreed that Mr. Nishibori's deposition would be taken after the close of fact discovery in the Northern District of California case. Apple did see that counsel for Samsung provided the court reporter at the May 2 deposition with a caption that included the Northern District of California case, but Apple never stipulated, before or after the deposition, that Mr. Nishibori would be deposed in the Northern District of California case at the same time as his deposition in the ITC case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2012 at the District of Columbia.

                                                  /s/ *Kristin L. Yohannan*
                                                        Kristin L. Yohannan

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Kristin L. Yohannan has concurred in this filing.

Dated: July 27, 2012   /s/ *Michael A. Jacobs*
                       Michael A. Jacobs