1
2
3
4
5
6
7

8                                         UNITED STATES DISTRICT COURT

9                                        NORTHERN DISTRICT OF CALIFORNIA

10                                                 SAN JOSE DIVISION

| | |
|---|---|
| 11   APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| 12                  Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO ENFORCE COURT ORDERS REGARDING SONY DESIGNS** |
| 13            v. | |
| 14   SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18                  Defendants. | |

19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK
sf-3175043

1  Apple has filed a Motion to Enforce Court Orders Regarding Sony Designs. Apple's
2  Motion is GRANTED. Samsung is precluded from presenting: (1) Shin Nishibori's deposition
3  testimony; (2) evidence of Apple's alleged "Sony style" CAD drawings; (3) the February 2, 2006
4  Tony Fadell email circulating a news article about Sony design; and (4) any other evidence or
5  argument that Apple's designs were derived from Sony's products.

**IT IS SO ORDERED.**

Dated: _____   _____

                                              Hon. Lucy H. Koh
                                              United States District Court Judge