| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **APPLE'S OPPOSITION TO SAMSUNG'S BRIEF REGARDING REFERENCES AT TRIAL TO "PLAINTIFF" AND "DEFENDANT"** <br><br> **Trial:** July 30, 2012 <br> **Time:** 9:00 a.m. <br> **Place:** Courtroom 8, 4th Floor <br> **JUDGE:** HON. LUCY H. KOH |

APPLE INC.'S OPPOSITION TO SAMSUNG'S BRIEF RE: REFERENCES TO PLAINTIFF AND
DEFENDANT
CASE NO. 11-CV-01846-LHK
sf-3175805

1    The Court has offered Samsung the opportunity to bifurcate its case—to be a plaintiff
2  asserting patents in a separate case against Apple.  Samsung turned the option down.  (7/24/2012
3  Hr'g Tr. at 43:3-11.)  Now Samsung asks the court to treat it like the plaintiff in front of the jury,
4  referring to the parties as "claimants" and reshuffling counsel tables in the courtroom.  Samsung's
5  proposal contradicts the Federal Rules of Civil Procedure and may confuse the jury.

6    Apple is the plaintiff in this case, as the caption on Samsung's brief indicates.  By filing a
7  complaint and summons, Apple became the plaintiff and Samsung the defendant.  *See* Fed. R.
8  Civ. P. 4.  By filing its counterclaims in this action, Samsung became a defendant-
9  counterclaimant.  (*See* Dkt. No. 80.) *See also* Fed. R. of Civ. P. 13.  If Samsung wishes to be
10 called something else, it should have tried its affirmative case separately.

11   Samsung's request to sit near the jury while it bears the burden of proof is unnecessary
12 and inconvenient.  Samsung has indicated that it intends to follow Apple's affirmative case with
13 its own affirmative case, before defending against Apple's claims.  If the trial occurs in this order,
14 Samsung's request would result in table-swapping every few days.  The Court's management of
15 the trial will mitigate any possible prejudice to Samsung, regardless of where the parties' lawyers
16 sit.

17   Samsung cites a transcript from one Central District of California case, *Mattel v. MGA*,
18 Case No. 04-cv-09049  (C.D. Cal. filed Nov. 2, 2004) (Quinn Emanuel representing Mattel), in
19 which the court apparently allowed the parties to switch tables at the end of the plaintiff's case.
20 That trial was considerably longer than this one (Dkt. No. 1398 at 8 (120 hours per side)), and we
21 have no indication in the transcript fragment Samsung provides as to why the court decided to
22 allow the parties to switch tables.

23   Samsung's latest attempt to re-write the Court's guidelines for this trial should be denied.

24
25
26
27
28

APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK                                                                                          1
sf-3175805

Dated: July 27, 2012  MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.