| | |
|---|---|
| 1 | Ramsey M. Al-Salam, WSBA Bar No. 18822 |
| | RAlsalam@perkinscoie.com |
| 2 | Nathaniel E. Durrance, CA Bar No. 229210 |
| | NDurrance@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 4 | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | Attorneys for Non-Party |
| | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No. 11-CV-01846-LHK |
| Plaintiff, | **NON-PARTY MICROSOFT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited company, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 27, 2012

/s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
RAlsalam@perkinscoie.com
Nathaniel E. Durrance, CA Bar No. 229210
NDurrance@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000/Fax: 206.359.9000

Attorneys for Microsoft Corporation

**United Stated District Court**
For the Northern District of California

-2- MICROSOFT'S CERTIFICATION OF INTERESTED ENTITIES, NO. CV 11-CV-01846-LHK