QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CURRAN M. WALKER IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO ENFORCE COURT ORDERS REGARDING SONY DESIGNS** |

I, Curran M. Walker, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge and could testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from counsel for Apple, Kristen Yohannan to counsel for Samsung, Alex Lasher and Eric Huang, copying others and dated April 18, 2012.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Trial Exhibit 649.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the May 2, 2012 deposition of Shin Nishibori.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the November 4, 2011 deposition of Christopher Stringer.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the October 27, 2011 deposition of Eugene Whang.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the October 31, 2011 deposition of Richard Howarth.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from counsel for Apple, Jason Bartlett, to counsel for Samsung, Diane Hutnyan, dated February 1, 2012.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Trial Exhibit 562.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the February 9, 2012 deposition of Douglas Satzger.

11. Attached hereto as **Exhibit 10** is a true and correct copy of screen shots from Shin Nishibori's Twitter feed.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a certified translation of Shin Nishibori's Twitter feed.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Trial Exhibit 1.

1    14.    Attached hereto as **Exhibit 13** is a true and correct copy of a letter from counsel for
2  Samsung, Michael Zeller, to counsel for Apple, Mia Mazza, dated November 8, 2011.
3    15.    Executed July 27, 2012, at San Jose, California.

4

5                                                            */s/ Curran M. Walker*
                                                             Curran M. Walker
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Curran Walker.

*/s/ Victoria Maroulis*