# EXHIBIT 1

| | |
|---|---|
| From: | Yohannan, Kristin L. [KYohannan@mofo.com] |
| Sent: | Wednesday, April 18, 2012 7:50 AM |
| To: | Alex Lasher; Eric Huang; Reginald.Lucas@usitc.gov |
| Cc: | Apple-Samsung-796-Service; Samsung ITC; S&JSamsung796@steptoe.com; AppleMoFo; Samsung v. Apple |
| Subject: | 796 Investigation and Northern California action: Deposition of Shin Nishibori |

Counsel -

Mr. Shin Nishibori is available for deposition in both the 796 Investigation and the Northern California action on May 2, 2012. As detailed in my letter to Judge Pender and in the accompanying declaration of Mr Nishibori's physician, ▮▮▮▮▮▮▮ Mr. Nishibori's deposition will be limited to two hours. Therefore, his deposition will be from 10 am to 12 pm local time. Mr. Nishibori is available for deposition in Honolulu, HI. Please confirm the location of Mr. Nishibori's deposition.

Please note that Mr. Nishibori will require a Japanese translator for his deposition.

Best regards,
Kristin

**Kristin L. Yohannan**
**Morrison & Foerster LLP**
**2000 Pennsylvania Ave. N.W.**
**Washington, D.C.  20006-1888**
**Direct Dial: 202.887.1527**
**Fax: 202.887.0763**
kyohannan@mofo.com

MORRISON | FOERSTER

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any

1

information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------