# EXHIBIT 3

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 1

1    UNITED STATES INTERNATIONAL TRADE COMMISSION
2                  Washington, D.C.
3    In the Matter of              )
                                   )
4    CERTAIN ELECTRONIC DIGITAL    )   Inv. No. 337-TA-796
     MEDIA DEVICES AND             )
5    COMPONENTS THEREOF            )
                                   )
6
7
8             UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                SAN JOSE DIVISION
11   APPLE INC., a California    ) CIVIL NO.  11-CV-01846-LHK
     corporation,                )
12                               )
              Plaintiff,         )
13                               )
         vs.                     )
14                               )
     SAMSUNG ELECTRONICS CO.,    )
15   LTD., a Korean business     )
     entity; SAMSUNG ELECTRONICS )
16   AMERICA, INC., a New York   )
     corporation; and SAMSUNG    )
17   TELECOMMUNICATIONS AMERICA, )
     LLC, a Delaware limited     )
18   liability company,          )
                                 )
19            Defendants.        )
                                 )
20
21         CONFIDENTIAL BUSINESS INFORMATION
22       HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
23       VIDEOTAPED DEPOSITION OF SHIN NISHIBORI
24         MAY 2, 2012         HONOLULU, HAWAII
25   TSG JOb # 49110     Reporter: ADRIANNE IGE KURASAKI

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 6

```
 1              AYANO NISHIMURA,                    10:04AM
 2       called as the official interpreter for     10:04AM
 3  the witness, being first duly sworn to interpret 10:04AM
 4  the following testimony from English to         10:04AM
 5  Japanese and from Japanese to English.          10:04AM
 6              SADAAKI MATSUTANI,                  10:04AM
 7       called as a check interpreter for          10:04AM
 8  the witness, being first duly sworn to check    10:04AM
 9  the following testimony from English to         10:04AM
10  Japanese and from Japanese to English.          10:04AM
11                SHIN NISHIBORI,                   10:05AM
12       called as a witness on behalf of           10:05AM
13  Defendants and Counterclaim Plaintiffs,         10:05AM
14  Samsung Electronics Co., Ltd., Samsung          10:05AM
15  Electronics America, Inc., and Samsung          10:05AM
16  Telecommunications, LLC, being first duly       10:05AM
17  sworn to tell the truth, the whole truth, and   10:05AM
18  nothing but the truth, was examined and         10:05AM
19  testified as follows:                           10:05AM
20                  EXAMINATION                     10:05AM
21  BY MR. ZELLER:                                  10:05AM
22     Q    Good morning.                           10:05AM
23     A    Good morning.                           10:05AM
24     Q    If you could please tell us your full   10:05AM
25  name for the record.                            10:05AM
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 14

| | | |
|---|---|---|
| 1 | Q    Was that the end of your answer or was | 10:20AM |
| 2 | there more you were going to add? | 10:20AM |
| 3 | A    Your question was, "Did you design the | 10:20AM |
| 4 | first iPhone?" | 10:20AM |
| 5 | And my answer will be:  I was involved | 10:20AM |
| 6 | in the project of making the first iPhone. | 10:20AM |
| 7 | However, I did not design the actual iPhone that | 10:20AM |
| 8 | came out. | 10:20AM |
| 9 | And also, I'd like to add that I was not | 10:21AM |
| 10 | in the -- I didn't belong to the project team. | 10:21AM |
| 11 | However, I participated in a meeting or | 10:21AM |
| 12 | brainstorming that would cast out the ideas and | 10:21AM |
| 13 | talk about it.  I was there. | 10:21AM |
| 14 | Q    What do you mean by "the project team"? | 10:21AM |
| 15 | A    In order to develop a project, there's a | 10:21AM |
| 16 | leader and then there's some people underneath | 10:22AM |
| 17 | or something like that, and to create some type | 10:22AM |
| 18 | of group to do the development.  And that will | 10:22AM |
| 19 | be the core group of the development.  So I'd | 10:22AM |
| 20 | like to say that I was not in that group. | 10:22AM |
| 21 | THE CHECK INTERPRETER:  Proposed | 10:22AM |
| 22 | correction:  "In developing the product, there | 10:22AM |
| 23 | is a leader and there are several team -- | 10:22AM |
| 24 | project team members, depending on the project. | 10:22AM |
| 25 | I don't know how many people would be in the | 10:22AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 15

| | | |
|---|---|---|
| 1 | team.  However, these people became -- become | 10:22AM |
| 2 | the main group to work on this.  And in such a | 10:22AM |
| 3 | manner, the product development is conducted. | 10:22AM |
| 4 | What I'm saying is I was not in that group." | 10:22AM |
| 5 | BY MR. ZELLER: | 10:22AM |
| 6 | Q    Were you one person who contributed to | 10:22AM |
| 7 | the look of the hardware or the exterior of the | 10:22AM |
| 8 | first iPhone? | 10:23AM |
| 9 | A    I do not know. | 10:23AM |
| 10 | Q    Were you one of the Apple designers who | 10:23AM |
| 11 | contributed to the look of the hardware or the | 10:23AM |
| 12 | exterior of any generation of iPhone? | 10:23AM |
| 13 | MS. TAYLOR:  Go ahead. | 10:23AM |
| 14 | (Whereupon, the Interpreter translates.) | 10:23AM |
| 15 | MS. TAYLOR:  Objection.  Vague and | 10:24AM |
| 16 | ambiguous. | 10:24AM |
| 17 | INTERPRETED ANSWER:  So there's an | 10:24AM |
| 18 | objection and... | 10:24AM |
| 19 | BY MR. ZELLER: | 10:24AM |
| 20 | Q    You should answer the question. | 10:24AM |
| 21 | A    I do not know. | 10:24AM |
| 22 | Q    Is there any generation of iPhone that | 10:24AM |
| 23 | you can say you were an Apple designer who | 10:24AM |
| 24 | contributed to the look of? | 10:24AM |
| 25 | (The Check Interpreter speaks in Japanese.) | 10:25AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 16

| | | |
|---|---|---|
| 1 | MS. TAYLOR: Wait. Objection. Vague | 10:25AM |
| 2 | and ambiguous. | 10:25AM |
| 3 | INTERPRETED ANSWER: It was not the | 10:25AM |
| 4 | product that I was leading, so I do not have the | 10:25AM |
| 5 | knowledge or -- or I don't understand how my | 10:25AM |
| 6 | design contributed to the final project. | 10:25AM |
| 7 | However, in the course of designing the | 10:26AM |
| 8 | project, I made the model that changed the flow | 10:26AM |
| 9 | of direction that -- which triggered to change | 10:26AM |
| 10 | the flow. So, although it was not a final | 10:26AM |
| 11 | project, I think that I can say that I was | 10:26AM |
| 12 | involved in the project. | 10:26AM |
| 13 | THE CHECK INTERPRETER: The lead | 10:26AM |
| 14 | interpreter said "project" or "final project" | 10:26AM |
| 15 | twice. | 10:26AM |
| 16 | THE INTERPRETER: Final -- final | 10:26AM |
| 17 | product. I'm sorry, let me make the correction. | 10:26AM |
| 18 | Final product. | 10:26AM |
| 19 | THE CHECK INTERPRETER: Proposed | 10:26AM |
| 20 | correction: There were two instances of that. | 10:26AM |
| 21 | It should be incorporated in -- the correction | 10:27AM |
| 22 | should be made for the whole answer. | 10:27AM |
| 23 | "In the course of coming up with the | 10:27AM |
| 24 | product, I did make a model or models that -- | 10:27AM |
| 25 | that changed the -- that triggered the change in | 10:27AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 17

| | | |
|---|---|---|
| 1 | the course.  So it was not in the final product. | 10:27AM |
| 2 | However, I did -- I can say I did affect the | 10:27AM |
| 3 | flow of the project as a result." | 10:27AM |
| 4 | BY MR. ZELLER: | 10:27AM |
| 5 |    Q    And the project that you're referring to | 10:27AM |
| 6 | here is the first iPhone project? | 10:27AM |
| 7 |    A    So when you said the word "project," | 10:27AM |
| 8 | that means that the project that I had my | 10:28AM |
| 9 | influence on; correct? | 10:28AM |
| 10 |    Q    Correct. | 10:28AM |
| 11 |    A    That is the first iPhone. | 10:28AM |
| 12 |        MR. ZELLER:  Let's please mark as | 10:28AM |
| 13 | Exhibit 1 a series of images, CAD images along | 10:28AM |
| 14 | with file path information produced by Apple. | 10:28AM |
| 15 | And, for the record, this was previously | 10:28AM |
| 16 | identified as Exhibit 1172. | 10:28AM |
| 17 |     (Exhibit No. 1 marked for identification.) | 10:28AM |
| 18 | BY MR. ZELLER: | 10:29AM |
| 19 |    Q    Do you recognize the images that are | 10:29AM |
| 20 | shown here on Exhibit 1? | 10:29AM |
| 21 |    A    Yes. | 10:29AM |
| 22 |    Q    And is this a representation of a design | 10:29AM |
| 23 | that became a model that you were referring to | 10:29AM |
| 24 | that changed the flow or course of the first | 10:29AM |
| 25 | iPhone project? | 10:29AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 36

| | | |
|---|---|---|
| 1 | just don't have a clear memory one way or | 11:22AM |
| 2 | another whether anyone else was on the e-mail? | 11:22AM |
| 3 | A    Yes.  But one thing I'd like to point | 11:22AM |
| 4 | out is that nobody was on this project -- | 11:22AM |
| 5 | rather, it's not a project.  It is a Sony thing. | 11:22AM |
| 6 | Sony story. | 11:23AM |
| 7 |      Nobody else was involved.  So I just | 11:23AM |
| 8 | assumed that nobody else is involved or heard | 11:23AM |
| 9 | anything or involved in the e-mail.  But I | 11:23AM |
| 10 | didn't really -- I do not really see the actual | 11:23AM |
| 11 | e-mail myself, so I don't -- I can't answer | 11:23AM |
| 12 | hundred percent. | 11:23AM |
| 13 | Q    Did you actually type up the e-mail to | 11:23AM |
| 14 | Mr. Ive and send it to him or did someone else | 11:23AM |
| 15 | do that? | 11:23AM |
| 16 | A    Myself.  I did it myself. | 11:23AM |
| 17 | Q    Do you recall about how much time passed | 11:23AM |
| 18 | between the time you got the general direction | 11:23AM |
| 19 | from Mr. Ive to do this work and then when you | 11:23AM |
| 20 | came up with these CAD images that are | 11:23AM |
| 21 | Exhibits 1 and 2? | 11:23AM |
| 22 | A    Yes.  Yes, from the idea to the | 11:24AM |
| 23 | completion of the sketch, it probably took | 11:24AM |
| 24 | between one week to ten days.  I would say less | 11:24AM |
| 25 | than ten days. | 11:24AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 37

1   And the reason is that -- that I was                11:25AM
2   trying to accelerate the process was that           11:25AM
3   Jonathan Ive was on business trip and I wanted      11:25AM
4   to finish creating the model before he returns.     11:25AM
5   So I was sending him e-mails and then I -- and      11:25AM
6   then I got his confirmations.  And then from the    11:25AM
7   very short turnaround time, I sent the model to     11:26AM
8   the outsourcing company to make it and then         11:26AM
9   completed it.                                       11:26AM
10    Q    At the time when Mr. Ive gave you the        11:26AM
11  general direction, were you familiar with Sony      11:26AM
12  designs?                                            11:26AM
13    A    Part of the reason is that I worked for      11:27AM
14  Panasonic for nine years.  And my latter half of    11:27AM
15  my employment, for four and a half years, I was     11:27AM
16  involved in the audio division.  And a part of      11:27AM
17  me, I have a respect for Sony products.  And I      11:27AM
18  had some image in my head about what Sony           11:28AM
19  products are; so, for example, switches or          11:28AM
20  things like that that's specific to Sony.           11:28AM
21       So -- but roughly, what I included in          11:28AM
22  this drawing is what if -- what would Sony would    11:28AM
23  do -- what would Sony do.  For example, the jog     11:28AM
24  shuttle or the buttons and layout and how the       11:28AM
25  brand is placed on and so forth.                    11:28AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 38

| | | |
|---|---|---|
| 1 | (The Check Interpreter speaks in Japanese.) | 11:28AM |
| 2 | THE CHECK INTERPRETER: "So based on my | 11:28AM |
| 3 | recollection, I put in what Sony would do in my | 11:29AM |
| 4 | image that I had in mind.  I put in the | 11:29AM |
| 5 | details." | 11:29AM |
| 6 | BY MR. ZELLER: | 11:29AM |
| 7 | Q    When you worked for Panasonic, was that | 11:29AM |
| 8 | in Japan? | 11:29AM |
| 9 | A    Yes. | 11:29AM |
| 10 | Q    And what years did you work for | 11:29AM |
| 11 | Panasonic? | 11:29AM |
| 12 | A    From April 1989 to March 1998. | 11:29AM |
| 13 | Q    And then after that, did you work for | 11:29AM |
| 14 | other companies as a designer? | 11:29AM |
| 15 | A    No, as a freelance designer.  I launched | 11:30AM |
| 16 | my own company. | 11:30AM |
| 17 | Q    So then you were a freelance designer | 11:30AM |
| 18 | with your own company starting from March of | 11:30AM |
| 19 | 1998? | 11:30AM |
| 20 | A    No.  For one year, this is my personal | 11:30AM |
| 21 | matters.  But the reason I resigned from | 11:30AM |
| 22 | Panasonic is that -- because I wanted to do | 11:30AM |
| 23 | design or work as a designer.  So for one year, | 11:31AM |
| 24 | I did not do anything, just anything to do with | 11:31AM |
| 25 | design. | 11:31AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 58

1                    WITNESS CERTIFICATE

2

3          I, SHIN NISHIBORI, do hereby certify

4    that I have read the foregoing pages, inclusive,

5    and corrections, if any, were noted by me; and

6    that same is now a true and correct transcript

7    of my testimony.

8          Dated _____

9                _____
                       SHIN NISHIBORI

10

11

12

13

14

15          Signed before me this _____

16    day of _____, 20_____.

17

18

19    _____

20

21

22    Certain Electronic Digital Media Devices, Case 337-TA-796/
      Apple Inc. v Samsung Electronics Company, Ltd., et al.,

23    Civil No. 11-CV-01846
      Videotaped Deposition of SHIN NISHIBORI

24    Taken on May 2, 2012

25

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 59

1         CERTIFICATE
2
          I, ADRIANNE IGE KURASAKI, C.S.R., in and for the
3    State of Hawaii, do hereby certify:
4         That on Wednesday, May 2, 2012, at 10:03 a.m.,
     appeared before me SHIN NISHIBORI, the witness whose
5    testimony is contained herein; that, prior to being
     examined, the witness was by me duly sworn or affirmed;
6    that the proceedings were taken down by me in computerized
     machine shorthand and were thereafter reduced to print
7    under my supervision; that the foregoing represents, to
     the best of my ability, a true and correct transcript of
8    the proceedings had in the foregoing matter.
9
          I further certify that I am not counsel for any of
10   the parties hereto, nor in any way interested in the
     outcome of the cause named in the caption.
11
          This 57-page Deposition of SHIN NISHIBORI, dated
12   May 2, 2012, was subscribed and sworn to before me this
     2nd day of May, 2012, in the First Circuit of the State of
13   Hawaii, by Adrianne Ige Kurasaki.
14
15
16
17   _____
          Adrianne Ige Kurasaki, CSR 388
18        State of Hawaii
19
20
21
22
23
24
25

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 60

```
1    NAME OF CASE:

2    DATE OF DEPOSITION:

3    NAME OF WITNESS:

4    Reason Codes:

5         1.   To clarify the record.

6         2.   To conform to the facts.

7         3.   To correct transcription errors.

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                              _____
```