# EXHIBIT 10



**twitter**                                        Search          Have an account? Sign in ▾

**Shin Nishibori** @snishibori                                        22 Mar
@unam0 まだ全然決まっていないので、どっかで会いましょ〜。
↰ In reply to Obi-Wan

**efish_kyoto** @efish_kyoto                                        21 Mar
3/27(火)臨時休業ではありますが、予定しております「もりたもとこの着物
教室」は予定通り8:00p.m.よりefish2階で開催されます。まだお席も少し
残っております。貸切状態での着物教室、とても楽しくなるかと思います。要
予約 efish杉本まで(075)361-3069
↻ Retweeted by Shin Nishibori

**efish_kyoto** @efish_kyoto                                        21 Mar
efish は来週の3/27(火)都合により臨時休業することになりました。ご来店
を予定されていた方、いつもご利用のお客さまに大変ご迷惑をおかけし申
し訳ございません。詳しくは→bit.ly/rvuE9
↻ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori                                        21 Mar
@unam0 30日から東京入りして2日の飛行機でもどりますぅ〜。
↰ In reply to Obi-Wan

**Shin Nishibori** @snishibori                                        21 Mar
@tomo_kon はーい、ありがとうございまーす。
↰ In reply to tomoyukikondo

**Shin Nishibori** @snishibori                                        21 Mar
@tomo_kon 疲れてそんな余裕なーい。笑) でもあと少しで京都につきま
すー。
↰ In reply to tomoyukikondo

**Shin Nishibori** @snishibori                                        21 Mar
@tomo_kon ただいまっす。帰りに東京にもチラリとよってきまーす。
↰ In reply to tomoyukikondo

**Shin Nishibori** @snishibori                                        21 Mar
@Chihoyo そっかぁ、意味がわかった。Rapidだからあの鉄腕アトムみたい
な電車だと思ったんだぁ。でも、流石に南海には行かないよ。笑
↰ In reply to Chicka de la Campa

**Shin Nishibori** @snishibori                                        21 Mar
@Chihoyo いや、JRですよ。天王寺までのんびり行って、そこで乗り換えま
すぅ。
↰ In reply to Chicka de la Campa

**Shin Nishibori** @snishibori                                        21 Mar
@asamlian0704 ね〜、このアイコンだと「レストラン有ります」みたいですよ
ね。
↰ In reply to asamlian

**Shin Nishibori** @snishibori                                        21 Mar
Rapidと書いてあったので慌てて駆け乗ったら「はるか」じゃなくローカル急
行だった。天王寺まで各停かよ。泣)



Shin Nishibori (snishibori) on Twitter

twitter.com/#!/snishibori

**twitter**

Search    Have an account? Sign in ▾

**Shin Nishibori** @snishibori    21 Mar
Rapidと書いてあったので慌てて駆け乗ったら「はるか」じゃなくローカル急行だった。天王寺まで各停かよ。泣)

**Shin Nishibori** @snishibori    20 Mar
このアイコンの関係だったら、NO FOOD/DRINKにも赤タスキがいるとおもうなぁ。lockerz.com/s/194271933
🖼 View photo

**Shin Nishibori** @snishibori    20 Mar
@tsuka24 良いアイデアやろ🈁 。つかちゃんこそゆっくり寝てなー。
↩ in reply to tsukasa nishibori

**Shin Nishibori** @snishibori    20 Mar
@tsuka24 いいアイデアやろ。笑)わ、
↩ in reply to tsukasa nishibori

**Shin Nishibori** @snishibori    20 Mar
@kuki_tomo うん。ありがとうね。ぜし遊びにおいでねー。
↩ in reply to Tomoko Kukita

**Shin Nishibori** @snishibori    20 Mar
@kuki_tomo そっかぁ。NYからだと遠いしねぇ。ハワイ暮らしは最高ですよ。常夏はアホアホにしてくれます。
↩ in reply to Tomoko Kukita

**Shin Nishibori** @snishibori    20 Mar
@kuki_tomo ありがと。最近日本に帰ってる？
↩ in reply to Tomoko Kukita

**Shin Nishibori** @snishibori    20 Mar
ホノルル空港のカフェで朝からビール。これから京都に向かいまーす。
lockerz.com/s/194262044
🖼 View photo

**Shin Nishibori** @snishibori    20 Mar
@yabe わざとか。笑)
↩ in reply to Osamu Yabe / 矢部 修

**Shin Nishibori** @snishibori    15 Mar
@HumorFunclub おかえんなさ〜い。来週にはもっと不似合いな真っ黒クロ助がefishにかえります〜。
↩ in reply to しょうじま ゆみ

**Shin Nishibori** @snishibori    15 Mar
@yoshiii3 残念ですよねー。いい番組だったからSPの後にゴールデンタイムに移行してくれないか僅かな期待をしているんですけど、、、
↩ in reply to yoshitaka imayoshi

**Shin Nishibori** @snishibori    14 Mar
「世界のみんなに聞いてみた」が来週で最終回ってショック。一番お気に入りの番組だったのに。。。



**Shin Nishibori** @snishibori    14 Mar
「世界のみんなに聞いてみた」が来週で最終回ってショック。一番お気に入りの番組だったのに。。。

**Shin Nishibori** @snishibori    14 Mar
@vismix 試してみます。しかし、今回Siriを使った事で、みんなが私の英語を聞こうとしてくれていた事が痛い程解り、優しいなぁって思ったら涙が出て来ちゃいました。
← In reply to mai

**Shin Nishibori** @snishibori    14 Mar
英語設定でSiriを使うと悲しい目にばかりあわせられる。。。私のつたない英語を聞いてくれている皆に感謝しなきゃ。

**Shin Nishibori** @snishibori    14 Mar
@Yam_eye そうですね〜キビキビ感がぴったし。笑) Fiat500がハツカネズミの様に走る様も可愛い。活動している姿が美しくなければ車のデザインじゃないですね。でも多々ある「無駄にスピード感を付け加えた様な造形」は私はどうも好きにはなれませぬ。。。
← In reply to 山中俊治 Shunji Yamanaka

**Shin Nishibori** @snishibori    13 Mar
@g_d_c そういえばそんなストーリーありましたね。洗濯機を買うために家族会議をしたと。。。我が家も全部の洗濯機を見た後に家族会議します。笑
← In reply to good design company

**Shin Nishibori** @snishibori    13 Mar
@PrataOkami そう、アメリカ製も。5年前に購入した際、新製品がすでにその傾向があったので型遅れの製品を買ったんですよね。全製品を洗い出して買わなきゃ。
← In reply to 赤岩 智美

**Shin Nishibori** @snishibori    13 Mar
洗濯機の調子が悪いので家電売り場に来てみたんだけど、シンプルなところが良かったドラム式洗濯機がみんなカーブづいていてどれも好きになれない。空間に調和することはとても大切なデザイン要素なのに。アメリカの家電までこうなるとは残念！

**Shin Nishibori** @snishibori    13 Mar
@Yam_eye 私の好きな車の多くはスピード感がないかも。笑) フィアットパンダにVWビートル、初代ゴルフ、ヴァナゴン、ホンダシティなどがそんな車達。
← In reply to 山中俊治 Shunji Yamanaka

**efish_kyoto** @efish_kyoto    13 Mar
もりもAとこの着物教室を開催します。定員15名。数席空きあります。ご興味のある方は早めにご予約を。今回は帯をテーマに着物を普段に着れる知識をたくさん教えてください ます！3/27(木)20:00より 受講料は500円(ドリンク代別)詳しくは bit.ly/yqnj7j
⇄ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori    11 Mar
アメリカ全土が今日から夏時間。でもハワイはずっと夏時間だから時間を切り替えなくたって良い。ちょっと嬉しい。



**Shin Nishibori** @snishibori    11 Mar
アメリカ全土が今日から夏時間。でもハワイはずっと夏時間だから時間を切り替えなくたって良い。ちょっと嬉しい。

**Shin Nishibori** @snishibori    10 Mar
@HumorFunclub にゃぁちゃんは私とおんなじで耳が聞こえないから怖くなかったみたい。スヤスヤ寝てはります。
↰ In reply to しょうじま ゆみ

**Shin Nishibori** @snishibori    10 Mar
@malibusinobu ほんま助かりました。穏やかな天気に早く戻って欲しいですー。
↰ In reply to Sinobu Ura

**Shin Nishibori** @snishibori    10 Mar
@chitchathawaii 我が家は全く問題なしでした。場所によってはゴルフボール大のヒョウが降ったそうな。車とかボコボコになるし、怖いよねぇ。
↰ In reply to chito

**Shin Nishibori** @snishibori    10 Mar
@HumorFunclub ほんと無事で良かったぁ。鳴り止まない雷って経験がなかったので、可笑しいなぁとは思っていたんですが。。。ご近所さんは屋根がぶっ飛んだみたいで可哀想でした。
↰ In reply to しょうじま ゆみ

**Shin Nishibori** @snishibori    10 Mar
@tomo_kon 5軒程隣を通過したみたいで、その辺りは屋根や塀がぶっ飛んでいたり悲惨でした。怖い怖い。
↰ In reply to tomoyukikondo

**Shin Nishibori** @snishibori    10 Mar
昨日の朝は止む事無く雷が光り続けていて恐ろしい天気だと思っていたんだけど、まさか目と鼻の先をトルネードが通り過ぎていたなんて。大事にならなくて良かった。bit.ly/A1vPGZ

**Shin Nishibori** @snishibori    9 Mar
W杯最終予選の組み合わせが決まったんですね。どれかひと試合だけでも観に行きたいなぁ。

**Shin Nishibori** @snishibori    7 Mar
@chitchathawaii そっかぁ。それは良かった。笑)ラニカイは雲が覆っていてお月様は顔をだしてくれません。
↰ In reply to chito

**Shin Nishibori** @snishibori    7 Mar
@chitchathawaii ♡かぁ、じゃぁ、おっさんはノータッチだなぁ。
↰ In reply to chito

**Shin Nishibori** @snishibori    7 Mar
@chitchathawaii どした？自転車のサドルを盗まれたとか？
↰ In reply to chito



Shin Nishibori (snishibori) on Twitter

twitter.com/#!/snishibori

**twitter**

Search    Have an account? Sign in

**Shin Nishibori** @snishibori    7 Mar
@chitchathawali どした？自転車のサドルを盗まれたとか？
↰ in reply to chito

**Shin Nishibori** @snishibori    7 Mar
@Fnote そうそう、Chelineから話を聞いていました。とても優しい人なの
で、いい出会いであると私も嬉しいです。
↰ in reply to Fumie Shibata 柴田文江

**Shin Nishibori** @snishibori    3 Mar
@thosoi @yabe 私、何度も何度もIRAIに入ることを勧められながらも未だ
に入っていません。。。今年もパスしました。
↰ in reply to thosoi

**Shin Nishibori** @snishibori    2 Mar
@thosoi 私、このアートにはメッセージを感じます。これが全て樹木だったら
素敵な森になる。しかし人工物の棒となった時に違和感を感じる。人間が
作った電柱が当たり前になることへのアンチテーゼのような。
↰ in reply to thosoi

**efish_kyoto** @efish_kyoto    1 Mar
お待たせしました。もりたもとこさんの着物教室を3/27(火) 8:00p.m.(90
分) efishの2Fにて開催します！参加費500円。今回は帯をテーマに着物に
ついての知識が深まるお勉強をしませんか？詳しくは→bit.ly/yqnj7j
↻ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori    29 Feb
@Fnote 3月後半に日本に帰国しようと思っているので時間があうようでし
たら乾杯しましょうね！
↰ in reply to Fumie Shibata 柴田文江

**Shin Nishibori** @snishibori    29 Feb
@Fnote やったね！受賞おめでとうございます。頑張ったね、とっても。素
晴らしい評価に乾杯したいです。

**Shin Nishibori** @snishibori    29 Feb
I just finished a 11.6 km run with a pace of 8'43"/km and a time of
1:41:38 with Nike+ GPS. @nikeplus @makeitcount

**Shin Nishibori** @snishibori    24 Feb
横野あたりがハンドスプリングスローをやって失敗したら会場が盛り上がっ
て楽しいだろうに。

**Shin Nishibori** @snishibori    23 Feb
@HumorFunclub 日本の警察は周りに文句を言われないように気を使って
いるからね。アメリカの警察のように制服のままカフェでお茶したり出来ない
し、もう少しゆるくしてあげたいね。
↰ in reply to しょうじま ゆみ

**Shin Nishibori** @snishibori    23 Feb
@T_SONOYAMA 婦人警官ならさらに。笑
↰ in reply to ソノヤマ・タカスケ/T.SONOYAMA

Shin Nishibori (snishibori) on Twitter - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Shin Nishibori (snishibori) on Twitter   +

twitter.com/#!/snishibori   Google

**twitter**

Search   🔍   Have an account? Sign in ▾

**Shin Nishibori** @snishibori   23 Feb
@T_SONOYAMA 婦人警官ならさらに。笑
↰ In reply to ソノヤマ・タカスケ/T.SONOYAMA

**Shin Nishibori** @snishibori   23 Feb
@designer_tetsu EVかどうか見分けられませんでした。泣) ちなみにシリ
コンバレーには、セグウェイに乗ったおまわりさんがいます。
↰ In reply to TetsutaroNakabayashi

**Shin Nishibori** @snishibori   23 Feb
親指と小指を同時に立てたハワイ流の挨拶をしてさらりと過ぎ去りました。
ええですよね。RT @T_SONOYAMA: @snishibori おまわりさんなんです
か！？かっこいい！ lockerz.com/s/186588728
🖻 View photo

**Shin Nishibori** @snishibori   23 Feb
ちょっとかっこいいLanikai Beach Police。lockerz.com/s/186573968
🖻 View photo

**efish_kyoto** @efish_kyoto   23 Feb
efishでは只今アルバイト募集中です。男女は問わず経験者の方大歓迎で
す。詳しくはHPのtop pageを。連絡先はtel:(075)361-3069(山田ま
で) bit.ly/a23PYB
↻ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori   21 Feb
これ、アヒル口特集じゃなくて？"@tohruk: ふむ♡ "@aka_shosuke: だよ
ね。RT @nagyoshi: うひゃーー！ RT【美女まとめ100選】オシャレでカワ
イイ ショートヘア美女 - NAVER まとめ matome.naver.jp/odai
/213297999..."'

**Shin Nishibori** @snishibori   19 Feb
@AkiraMIYANAGA 展示会、どうもありがとうございました。efishという小さ
な空間をアイデアひとつで無限大に広げてくれる可能性があることを感じま
した。アイデアって素晴らしいですね。次回帰国の際はお話ができたら嬉し
いです！
↰ In reply to 宮永亮

**Shin Nishibori** @snishibori   15 Feb
@AkiraMIYANAGA こちらこそ素敵な展示をありがとうございます。残念な
がら夜の展示が見れないままハワイに戻ってきてしまいましたが、それでも
学生さんたちの才能はすごく伝わりました。先生の授業も素敵なんでしょう
ね。お客さんにもとても好評です！
↰ In reply to 宮永亮

**Shin Nishibori** @snishibori   15 Feb
@okadaeizo @tomonaga クシュン。
↰ In reply to 岡田栄造

**岡田栄造** @okadaeizo   15 Feb
.@tomonaga と、ぐろっと、なう。料理も日本酒もうまいー。大将と
@snishibori さんのことを話しつつ。
↻ Retweeted by Shin Nishibori



**twitter**

Search

Have an account? Sign in

**岡田栄造** @okadaeizo — 15 Feb
.@tomonaga と、ぐろっと、なう。料理も日本酒もうまいー。大将と @snishibori さんのことを話しつつ。
↕ Retweeted by Shin Nishibori

**宮永亮** @AkiraMIYANAGA — 14 Feb
「シカク」展 @efish (3) 2Fです。金魚が泳いでます。instagr.am/p/HApdGfjWCo/
↕ Retweeted by Shin Nishibori
View photo

**宮永亮** @AkiraMIYANAGA — 14 Feb
「シカク」展 @efish (2) instagr.am/p/HAoXMEDWCX/
↕ Retweeted by Shin Nishibori
View photo

**宮永亮** @AkiraMIYANAGA — 14 Feb
「シカク」展 @efish (1) instagr.am/p/HAn2fUjWCW/
↕ Retweeted by Shin Nishibori
View photo

**Shin Nishibori** @snishibori — 15 Feb
精華大学の学生3名による映像の作品がefishの壁に映し出されています。どれも私のすごく好きな作品で、ずっと飾って欲しいと思うほど。オススメです。pic.twitter.com/dEvv4m88
View photo

**Shin Nishibori** @snishibori — 12 Feb
捕まりたい！(嘘) RT @kidayasuo: ポルシェのパトカー。近所のディーラーがハイウェイパトロールにパナメーラをレンタルするんだそうな。こんなのに捕まったら一緒に記念撮影だ。☺ pic.twitter.com/FCNREv5n
View photo

**efish_kyoto** @efish_kyoto — 10 Feb
efishでは只今アルバイトを募集しています。男女は問いません。経験者の方大歓迎です。詳しくはHPのtop pageを。連絡先はtel:(075)361-3069(山田まで) bit.ly/a23PYB
↕ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori — 9 Feb
@jameshiga ハワイでぜひ！比嘉家が来られる時をお待ちしていますよー。
← In reply to James Higa

**Shin Nishibori** @snishibori — 8 Feb
@T_SONOYAMA 確かに昼夜関係なく飲んじゃう時おおいけど。笑)
← In reply to ソノヤマ・タカスケ/T.SONOYAMA

**Shin Nishibori** @snishibori — 8 Feb
気になっていた近所のイタリアンに。Bikini Blonde Lager BeerはとってもSmooth。pic.twitter.com/KKAdNLlg
View photo

File  Edit  View  History  Bookmarks  Tools  Help

Shin Nishibori (snishibori) on Twitter    +

twitter.com/#!/snishibori                                                    Google

**twitter**

Search    Have an account? Sign in

**Shin Nishibori** @snishibori                                          8 Feb
気になっていた近所のイタリアンに。Bikini Blonde Lager Beerはとっても
Smooth。pic.twitter.com/KKAdNLig
View photo

**Hiroshi Matsui** @Matsuhiro                                          8 Feb
こりゃ泣けるなあ……。橋下市長がメッセージ！長期入院してるK君の要望
「院内高校」について！togetter.com/li/251181
Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori                                          7 Feb
@Matsuhiro 岐阜の人はこれだけで解る訳なので、「パ」は既にパチンコの
アイコンみたいになっているんでしょうね。写真をネット上で探してみたんで
すが、見つからないのが残念っす。
In reply to Hiroshi Matsui

**Shin Nishibori** @snishibori                                          7 Feb
@Matsuhiro 昭和50年代でしたが、子供の間で話題になっていました。なん
でパだけ大きいんやーと。岐阜羽島の名神高速道路出口を出た先にある
看板で「パ・100m・出る」とだけ書かれたものは最近まであったのを覚え
ています。
In reply to Hiroshi Matsui

**Shin Nishibori** @snishibori                                          7 Feb
子供の頃の記憶ですが、名古屋、岐阜あたりのパチンコ屋の看板は何故だ
か「パ」だけ大きく「チンコ」は小さいです。RT @Matsuhiro: これ、説得力が
ある。昔自転車で日本を縦断した時に、なぜ地方にはあんなにデカいパチ
ンコ屋があるのか…d.hatena.ne.jp/Rootport/20120...

**Shin Nishibori** @snishibori                                          4 Feb
@Munehiro @vismix そうすると、また間違った期待をしてシリコンバレー
に来ちゃう。
In reply to Munehiro Nakazato

**Shin Nishibori** @snishibori                                          4 Feb
@vismix @munehiro だからどうしてもお洒落じゃなきゃいられない人はみ
んなサンフランに住む。笑)
In reply to mai

**Shin Nishibori** @snishibori                                          4 Feb
@vismix @munehiro 面白いね、八王子説。シリコンバレーに集まる人は
原宿や渋谷、パリやロンドンに憧れる人と違うのは確かだよね。
In reply to mai

**Shin Nishibori** @snishibori                                          3 Feb
@yoshikayoya ちょっとずつ走るのが一番。無理はしないようにー。
In reply to よしかようや

**Shin Nishibori** @snishibori                                          3 Feb
@SunshineAkiko2 先にサーフィンをしたんだけど、波が全くなくて不満たま
りまくりだったので、走ることにしました。でもクタクタで10キロ走れず。。。
In reply to Akiko Onofusa

**Shin Nishibori** @snishibori

Shin Nishibori (snishibori) on Twitter - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Shin Nishibori (snishibori) on Twitter          +

twitter.com/#!/snishibori                                                    Google

twitter

Search          Have an account? Sign in

**Shin Nishibori** @snishibori                                        3 Feb
@SunshineAkiko2 先にサーフィンをしたんだけど、波が全くなくて不満たま
りまくりだったので、走ることにしました。でもクタクタで10キロ走れず。。。
↩ In reply to Akiko Onofusa

**Shin Nishibori** @snishibori                                        3 Feb
I just finished a 8.70 km run with a pace of 5'57"/km and a time of
51:45 with Nike+ GPS. #nikeplus

**Shin Nishibori** @snishibori                                        1 Feb
@kojima1 八宝菜に入っている玉ねぎのシャキシャキ感とかカリフォルニア
ではなかなか出会えない部分だったので懐かしく感じました。期待して行く
中華と言うより気軽に行く中華と言った方が的を得ている様に思います。
↩ In reply to kojima1

**Shin Nishibori** @snishibori                                        1 Feb
@komeya65 いいよね〜、これ。私も購入しようと思っていたところ。誰か先
に買った人の意見を聞きたいねぇ。
↩ In reply to Koumei Yamashita

**Shin Nishibori** @snishibori                                        1 Feb
@kojima1 遊楽だーいすき。本当日本の中華ですよね。
↩ In reply to kojima1

**Shin Nishibori** @snishibori                                        1 Feb
@tawashi5454_ @mrkhgk おめでとー！🎉🎉🎉
↩ In reply to 岩井貴史 / Takafumi IWAI

**Shin Nishibori** @snishibori                                        31 Jan
@aokimusubi 中央の一番目立つところにありましたよー。
pic.twitter.com/mtnvjxqU
↩ 📷 View photo

**Shin Nishibori** @snishibori                                        31 Jan
I just finished a 7.32 km run with a pace of 6'15"/km and a time of
45:47 with Nike+ GPS. #nikeplus

**Shin Nishibori** @snishibori                                        30 Jan
アラモアナのApple Storeで青木むすびさん @aokimusubi のiPhone
Case 発見しましたー。pic.twitter.com/2hL57ckm
📷 View photo

**Shuya Okino** @shuyakyotojazz                                        29 Jan
Mondo GrossoのAngerもInbisible ManもDJ KAWASAKIのBlazinもRoot
SoulのSpirit Of LoveもMasa SextetのLove Is Everywhereも吉澤はじめ
のI'm With Youも全部生まれなかったかも。
↩ Retweeted by Shin Nishibori

**Shuya Okino** @shuyakyotojazz                                        29 Jan
京都にクラブがなかったらKJMのEclipseもSLEEP WALKERの愛の河も
Pharoah SandersとやったThe VoyageもCHARAのJr.SweetもUAの情熱
もACOの揺れる体温もbirdのSoulsもMonday満ちるのYou Make meも…
↩ Retweeted by Shin Nishibori



**Shuya Okino** @shuyakyotojazz — 29 Jan
京都にクラブがなかったらKJMのEclipseもSLEEP WALKERの愛の河も
Pharoah Sandersとやった The VoyageもCHARAのJr.SweetもUAの情熱
もACOの揺れる体温もbirdのSoulsもMonday満ちるのYou Make meも…
⇄ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori — 28 Jan
@u_tan_aotw わぁ、ありがとうございます！最初は違いに戸惑うかもしれ
ませんが、慣れるとMacじゃなきゃ嫌だ、、、ってくらい気に入っていただける
と思うので、楽しんで使ってくださいねー。
← In reply to うーたん＝沢﨑晶

**西田彩 Saya Nishida** @zonbi — 28 Jan
前回と同じ候補者の京都の市長選、前回の得票差ってたったの951票。投
票率もたった37.82%。若い世代が選挙行って1票入れるとひっくり返ること
もあったかも。昨秋クラブ・ワールドが摘発されたけど、そういう音楽文化を
守るにも1票が影響する。候補者がどういう人間か調べて選挙行こう！
⇄ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori — 27 Jan
I just finished a 10.0 km run with a pace of 5'59"/km and a time of
1:00:06 with Nike+ GPS. #nikeplus

**Shin Nishibori** @snishibori — 26 Jan
@makiszk いつでも海に行ける様にね！
← In reply to maki suzuki

**Shin Nishibori** @snishibori — 25 Jan
@tomo_kon 5分台で走れる様にする為には、まずは身体の余計な贅肉を
落とさないと駄目そうですねぇ。重くて重くて。笑）今が最高に太っているの
で、少しずつ肉体改造してみます〜。
← In reply to tomoyukikondo

**Shin Nishibori** @snishibori — 26 Jan
@yoshikayoya ただなまった身体にムチをうっているだけなんです。でもフ
ルマラソンが走れるほど身体を絞ることができたら、参加してみたいもので
すね〜。
← In reply to よしかようや

**Shin Nishibori** @snishibori — 26 Jan
@SWdesignTOKYO 近所のサーファー達はこの島までパドリングで行くん
ですが、あまりに遠くて私には試そうという気にもなりません。笑
← In reply to 和田智 | Satoshi Wada

**Shin Nishibori** @snishibori — 25 Jan
@shuyakyotojazz 私もメトロにどれだけ救われたか。。。未来の子供達、音
楽文化の為にも沖野さんの動きに私も賛同します！
← In reply to Shuya Okino

**Shuya Okino** @shuyakyotojazz — 25 Jan
京都の市長選。僕が重視するのは、脱原発と風営法。原発の問題は、観光
産業にも影響あるし、即ち経済の問題。日本を代表する都市の方向性とい
う意味でも世界から注目を集める筈。そして、風営法は音楽文化と深い関

**Shin Nishibori** (snishibori) on Twitter

twitter.com/#!/snishibori

**twitter**

Search 🔍     Have an account? Sign in ▼

**Shuya Okino** @shuyakyotojazz                                      25 Jan
京都の市長選。僕が重視するのは、脱原発と風営法。原発の問題は、観光
産業にも影響あるし、即ち経済の問題。日本を代表する都市の方向性とい
う意味でも世界から注目を集める筈。そして、風営法は音楽文化と深い関
わりがある。京都が文化都市であるならば、今一度真摯に考えなければな
らない問題。
🔁 Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori                                        25 Jan
@chisatonic 北さんに宜しくー。
↩ in reply to chisato

**Shin Nishibori** @snishibori                                        25 Jan
今の京都文化を作ってきた背景にはクラブの存在がすごく大きい。私もクラ
ブMetroで沢山の刺激を受けた。京都を出て東京や世界の音楽文化の中
心で活躍している人達が今あるのも、そんなクラブあっての事だと思う。今、
そのクラブを潰そうとする動きがある。次の世代の光を消しちゃいけないよ。

**Shin Nishibori** @snishibori                                        25 Jan
京都の皆、クラブを守ろう！RT @tomoyukitanaka: 僕からも京都の有権
者の皆さんにお願いします！ RT @shuyakyotojazz:今まで散々京都のク
ラブにお世話になったDJの皆さんが、ファンに向けて市長選の投票に行っ
た方がいいって呼びかけてくれないかな？

**Shin Nishibori** @snishibori                                        25 Jan
@HumorFunclub @aokisann 浮気してアナゴさんとでもいいですよー。
↩ in reply to しょうじま ゆみ

**Shin Nishibori** @snishibori                                        25 Jan
@malibusinobu 前の人 @tsuka24さん、どんどんと勇ましくなっておられま
す。笑)
↩ in reply to Sinobu Ura

**Shin Nishibori** @snishibori                                        25 Jan
@chitchathawaii 運んでみてわかったけど、男では絶対に必要だわ。そう
いう意味でもチトちゃん、SUPの方が良いかもねー。
↩ in reply to chito

**Shin Nishibori** @snishibori                                        25 Jan
@chietanaka とっても気落ちが良かったです。島までクーラーボックスを
持って行く人が多く、私達も次回はお弁当を持って行来たいなぁと。
↩ in reply to 田中千絵

**Shin Nishibori** @snishibori                                        25 Jan
@aokisann @humorfunclub いつでもここに来たら波平号は待ってます
よー。
↩ in reply to taiyo

**Shin Nishibori** @snishibori                                        25 Jan
@yoshikayoya 綺麗でしょー。いつか遊びにおいでねー。
↩ in reply to よしかようや

**Shin Nishibori** @snishibori                                        25 Jan

**Shin Nishibori** @snishibori                                                  25 Jan
@yoshikayoya 綺麗でしょー。いつか遊びにおいでねー。
↰ In reply to よしかようや

**Shin Nishibori** @snishibori                                                  25 Jan
@makiszk 水着、買っちゃえ〜。笑)ハワイに1週間以上いると水着が3枚
は必要になりますよ。みんな下着がわりに着るしー。
↰ In reply to maki suzuki

**Shin Nishibori** @snishibori                                                  25 Jan
@tomo_kon 近藤さんのキロ5分台がどんなに恐ろしく早いか、自分の体を
持って解ります。。。もうクタクタです。
↰ In reply to tomoyukikondo

**Shin Nishibori** @snishibori                                                  25 Jan
I just finished a 10.5 km run with a pace of 6'27"/km and a time of
1:07:50 with Nike+ GPS. #nikeplus

**Shin Nishibori** @snishibori                                                  25 Jan
@HumorFunclub やっぱ、波平でしょ。
↰ In reply to しょうじま ゆみ

**Shin Nishibori** @snishibori                                                  25 Jan
@shogo828 本格的なカヤックだ。昔、川下りをカヤックでした時は同じよう
なものでしましたがチンした経験あり。これは誰もが簡単にできるものなの
で、とっても楽チンです。
↰ In reply to shogo takayama

**Shin Nishibori** @snishibori                                                  25 Jan
@makiszk モチロンです。ハワイに来るのに痩せる必要は全くなし！そう思
わせる人達でいっぱいです。笑
↰ In reply to maki suzuki

**Shin Nishibori** @snishibori                                                  25 Jan
@aokimusubi 効果ナシです。泣) 近所で見かけるっていうのが良いです
ねー。
↰ In reply to 青木むすび

**Shin Nishibori** @snishibori                                                  25 Jan
@aokimusubi すでにマツザキシゲル色。シミだらけの焼きちくわジジイに
なってきました。笑)
↰ In reply to 青木むすび

**Shin Nishibori** @snishibori                                                  25 Jan
@kuromamekinako いろいろ考えたんですが、赤が一番可愛いなぁと。黄
色だとレンタルと同じになっちゃうし。笑)いい運動になりました。
↰ In reply to 細井典子

**Shin Nishibori** @snishibori                                                  25 Jan
@SWdesignTOKYO 全米で一番綺麗な海として選ばれている場所なの
で、海がとっても綺麗なんです。左側の島は上陸でき、この脇はサーフポイ
ントでもあります。
↰ In reply to 和田智 | Satoshi Wada



File   Edit   View   History   Bookmarks   Tools   Help

Shin Nishibori (snishibori) on Twitter          +

twitter.com/#!/snishibori                                      Google

**twitter**                          Search        Q     Have an account? Sign in ▾

**Shin Nishibori** @snishibori                                    25 Jan
@SWdesignTOKYO 全米で一番綺麗な海として選ばれている場所なの
で、海がとっても綺麗なんです。左側の島は上陸でき、この脇はサーフポイ
ントでもあります。
↰ In reply to 和田智 | Satoshi Wada

**Shin Nishibori** @snishibori                                    25 Jan
@aokimusubi オアフ島のラニカイビーチというところです。Mokuluaという2
つの島が目の前にあり、とても綺麗なところなんですよ。
↰ In reply to 青木むすび

**Shin Nishibori** @snishibori                                    25 Jan
初マイカヤック‼ pic.twitter.com/Q12tJ6OZ
🖼 View photo

**Shin Nishibori** @snishibori                                    22 Jan
@usataku そこに反応したかぁ〜。笑）今日もいい天気でしたよ。二重に虹
がかかり、とても美しい夕暮れです〜。
↰ In reply to Taku Usami

**Shin Nishibori** @snishibori                                    22 Jan
気がついたら走行10万マイル越えてたー。記念すべき時を見逃したー。🈂
http://t.co/2XsLjfgC
🖼 View photo

**Shin Nishibori** @snishibori                                    22 Jan
@Matsuhiro 確かにそうですね。私の好きだった人も随分と会社を去りまし
た。これはアメリカ、日本の違いだけでは無く、企業や部署によっても大きく
異なるんでしょうね。
↰ In reply to Hiroshi Matsui

**Shin Nishibori** @snishibori                                    22 Jan
@Matsuhiro お久しぶりです。winnerになる人が周り全体を見渡せて気配
りのできる人でないと上手くも行かないですよね。独り勝ちしようとする人は
いずれ居なくなるのも同時に見て来ました。
↰ In reply to Hiroshi Matsui

**Hiroshi Matsui** @Matsuhiro                                     22 Jan
米国の企業で16年働いて競争に身を晒してきた。そしてしみじみ分かった
こと。それは「winner takes all」ってこと。win-win なんて都合のいい時だ
け。明日には win-lose にすぐ戻る。
⇄ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori                                    22 Jan
@lequineguine 晋輔のお店は最高のプロダクトと同じ香りが漂ってるよ。
気持ちと表現だよなぁ。ハワイはあったかいよ。部屋を空けておくし、遊びに
おいでなー。

**Shin Nishibori** @snishibori                                    22 Jan
カフェで働く仕事も会社でモノづくりをする仕事も心の持ち方や仕事の姿勢
は全く一緒なんだよね。お客さんが喜んでもらえるようにプロとしての最高
のおもてなしをすること。それも心の奥底から。

**Shin Nishibori** @snishibori                                    22 Jan

File   Edit   View   History   Bookmarks   Tools   Help

Shin Nishibori (snishibori) on Twitter    +

twitter.com/#!/snishibori                                   Google

**twitter**                          Search    🔍    Have an account? Sign in ▾

**Shin Nishibori** @snishibori                                    22 Jan
カフェで働く仕事も会社でモノづくりをする仕事も心の持ち方や仕事の姿勢
は全く一緒なんだよね。お客さんが喜んでもらえるようにプロとしての最高
のおもてなしをすること。それも心の奥底から。

**Shin Nishibori** @snishibori                                    22 Jan
モノを買いたい時に欲しいものがない。これってすごいストレス。自分だけ
が特別なものを欲しい訳じゃないと思うんだけど、実際に売られている物は
余計なことをした物ばかり。私にとって「要らない」と思わせている原因の多
くがデザインなのが悲しい。

**Shin Nishibori** @snishibori                                    22 Jan
車にしても家電にしても韓国に先を行かれた、、などと勝ち負けを考える
必要はないよなぁ。自分達が「欲しい・これが最高だ」と胸をはって言える物
を一つずつ作り込んでいったら結果はついてくるものだと思うし。そんな事を
思いながらの朝コーヒー。

**Shin Nishibori** @snishibori                                    21 Jan
@roccahako こいしさん、亡くなって丁度一年が経つんですね。素敵な演
技をされる人だったんですね。同性愛Tがよく似合いってた。笑)白いフクロ
ウかぁ、、、見てみたいです。
↩ in reply to Rocca

**Shin Nishibori** @snishibori                                    21 Jan
@roccahako BOP！可愛いですね。真夜中にホノカアボーイの映画をみ
ていたら、そんなシーンが出て来て思わずつぶやいちゃいました。みまし
た？
↩ in reply to Rocca

**Shin Nishibori** @snishibori                                    21 Jan
@kamisoe 随分前に半分までみてお預けだったんですが、真夜中に目覚
めたので見直してみました。良い映画ですね。かなりのヒット作！
↩ in reply to kamisoe

**Shin Nishibori** @snishibori                                    21 Jan
誰かから「パンダの絵描ける？」と聴かれた時の為に練習しとこっと。

**Shin Nishibori** @snishibori                                    21 Jan
ムーンボーを見たくて見たくてしょうがない朝3時。ハワイ島へ行かなきゃ。

**Shin Nishibori** @snishibori                                    20 Jan
I just finished a 10.5 km run with a pace of 6'45"/km and a time of
1:10:56 with Nike+ GPS. @nikeplus

**Shin Nishibori** @snishibori                                    19 Jan
@aokisann @chihoyo こちらこそ小学生の様なツイートで。。。
↩ in reply to taiyo

**Shin Nishibori** @snishibori                                    19 Jan
@aokisann @chihoyo 何だろう、大(うんこ)がつくほど好きって、、、と思っ
て前のツイートを見直したよ。
↩ in reply to taiyo

Shin Nishibori (snishibori) on Twitter    +

twitter.com/#!/snishibori

**twitter**

Search    Have an account? Sign in

**Shin Nishibori** @snishibori                                    19 Jan
@aokisamn @chihoyo 何だろう、大（うんこ）がつくほど好きって、、、と思っ
て前のツイートを見直したよ。
↩ in reply to taiyo

**Shin Nishibori** @snishibori                                    17 Jan
@kuromamekinako @thosoi @tsuka24 もう嵐も落ち着きましたー。でも
今日一日は天気が悪くてずっと曇り空。植物の為には雨も降らないとねー。
↩ in reply to 細井典子

**Shin Nishibori** @snishibori                                    17 Jan
I just finished a 10.4 km run with a pace of 6'52"/km and a time of
1:11:57 with Nike+ GPS. #nikeplus

**Shin Nishibori** @snishibori                                    17 Jan
ものすごいストームが朝からやってきている。まだ陽が昇る前で辺りは真っ
暗なだけに、轟音だけが響き渡る。壊れていて修理待ちの窓達が保ってく
れる事を祈る。

**Shin Nishibori** @snishibori                                    15 Jan
@u_tan_aotw ははは。京都離れて10年も経ちますし、知らない人だらけで
すよー。笑）そんなに顔、広くないですし。。。
↩ in reply to うーたん＝沢崎晶

**Shin Nishibori** @snishibori                                    15 Jan
@u_tan_aotw 桑田さん？私の知人ですか？
↩ in reply to うーたん＝沢崎晶

**Shin Nishibori** @snishibori                                    15 Jan
近所のイタリアンレストランBuona SeraでDinner。内装が空瓶で彩られて
いるのがとても良い。味も美味しかったのでリピートだな。
pic.twitter.com/yFZ8LzBu
📷 View photo

**柴那典** @shiba710                                              15 Jan
クラブシーンと風営法に関する京都市長候補からのコメント。時代遅れな規
制が横行している、と。/ "市長選挙の争点「若者文化」- 中村和雄のブロ
グ" htn.to/81CLrd
↻ Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori                                    14 Jan
@vismix 皆さんでどうぞ〜。笑
↩ in reply to mai

**Shin Nishibori** @snishibori                                    14 Jan
@vismix まだまだ無理ですよー。クタクタだったもん。先ずはハーフを走れ
るようになる事を目標にします！
↩ in reply to mai

**Shin Nishibori** @snishibori                                    14 Jan
@iwnish 今メールを送りました。
↩ in reply to 西村佳哲

File Edit View History Bookmarks Tools Help

Shin Nishibori (snishibori) on Twitter

twitter.com/#!/snishibori

**twitter**

Search

Have an account? Sign in

**Shin Nishibori** @snishibori    14 Jan
@iwnish 今メールを送りました。
← In reply to 西村 佳哲

**Shin Nishibori** @snishibori    14 Jan
@Haaaaaan_chan コンドってみました。
← In reply to Naoko Hanzawa

**Shin Nishibori** @snishibori    14 Jan
I just finished a 10.2 km run with a pace of 7'18"/km and a time of
1:15:10 with Nike+ GPS. #nikeplus

**Shin Nishibori** @snishibori    14 Jan
@publicrelease :-) genki-genki! I'm getting better with ocean~!
← In reply to Eug / Public Release

**Shin Nishibori** @snishibori    13 Jan
@tomo_kon 21キロ!?元気すぎる〜
← In reply to tomoyukikondo

**Shin Nishibori** @snishibori    12 Jan
すごく綺麗な写真！うちらの周りでは鳥おやじショーと言われ、いつのまに
かユリカモメではなくオヤジが主役になっていました。RT @kidayasuo: パ
ンを受け止めようとしているユリカモメ @ 鴨川 flic.kr/p/ba31N6
View photo

**Shin Nishibori** @snishibori    12 Jan
@yucocom ものものものすご〜く小さいですが。笑）でも時々尾っぽが見え
るのが、ちょっと幸せです。
← In reply to yuco

**Shin Nishibori** @snishibori    12 Jan
@T_SONOYAMA 確かにあれは時に便利かもしれないですが、どうも買っ
ちゃいけない大人な道具（？）な気がして。笑
← In reply to ソノヤマ・タカスケ/TSONOYAMA

**Shin Nishibori** @snishibori    12 Jan
@chietanaka ははは。良い役で登場させてくださいとお伝えください。笑
← In reply to 田中千絵

**Shin Nishibori** @snishibori    12 Jan
@INSPinfo 1月から3月頃まではハワイ近郊にクジラが集まるみたいなん
です。
← In reply to 赤星淳一

**Shin Nishibori** @snishibori    12 Jan
実際の写真だとこんなに小さい。笑RT @gracious_chika: @snishibori
待ってました！！あ〜雄大！しぶきが見えますね。あとは想像力で補いま
す(笑) twitpic.com/86jhzn
View photo

**Shin Nishibori** @snishibori    12 Jan
お家から潮を噴くクジラを撮影しようとしたが、遠過ぎて見えない。笑

×

Shin Nishibori (snishibori) on Twitter - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Shin Nishibori (snishibori) on Twitter        +

← →   ✦   twitter.com/#!/snishibori                                    ☆ ▽ C   🔍 ▾ Google                        🔍   🏠

**twitter**                                    Search    🔍    Have an account? Sign in ▾

**Shin Nishibori** @snishibori                                    12 Jan
実際の写真だとこんなに小さい。笑RT @gracious_chika: @snishibori
待ってました！！あ〜雄大！しぶきが見えますね。あとは想像力で補いま
す(笑) twitpic.com/86jhzn
📷 View photo

**Shin Nishibori** @snishibori                                    12 Jan
お家から潮を噴くクジラを撮影しようとしたが、遠過ぎて見えない。笑
twitpic.com/86jgip
📷 View photo

**Shin Nishibori** @snishibori                                    11 Jan
@jurinsha オタスケマンの上枝さんですね‼
↰ in reply to やそはらまこと

**Shin Nishibori** @snishibori                                    9 Jan
@thosoi 日本は3つもタイトルをとったんですね。授賞式の韞をみてジーン
と。
↰ in reply to thosoi

**Shin Nishibori** @snishibori                                    9 Jan
澤さん、バロンドール受賞したんだ！なんて素晴らしい☆ことだ。

**Shin Nishibori** @snishibori                                    8 Jan
@chitchathawaii この前入り口まで行ったんだけど、途中で雨が降り出して
やむなく引き返し。またチャレンジしてみます。
↰ in reply to chito

**Shin Nishibori** @snishibori                                    8 Jan
@thosoi @tsuka24 @kuromamekinako 怖くて起こせません。くわばらく
わばら。
↰ in reply to thosoi

**Shin Nishibori** @snishibori                                    8 Jan
@maki_gru2 @hidekazooooo ふて寝します。。。
↰ in reply to 高橋マキ

**Shin Nishibori** @snishibori                                    8 Jan
朝4時に起きたけどKBS京都ラジオは何処にも見つからず。。。残念。

**Shin Nishibori** @snishibori                                    7 Jan
@maki_gru2 そしたら帰った時に聴きます〜。
↰ in reply to 高橋マキ

**Shin Nishibori** @snishibori                                    7 Jan
@duncankerr I took the photo at my house. Please stay here if you
have a plan to visit in Hawaii~.
↰ in reply to Duncan Kerr

**Shin Nishibori** @snishibori                                    7 Jan
@maki_gru2 @iwnish 誰かUstreamかKeyholeTVにあげてくれないだろ
うか。。。

Shin Nishibori (snishibori) on Twitter - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Shin Nishibori (snishibori) on Twitter          +

twitter.com/#!/snishibori                                    Google

**twitter**                          Search          Have an account? Sign in ▾

**Shin Nishibori** @snishibori                                    7 Jan
@duncankerr I took the photo at my house. Please stay here if you
have a plan to visit in Hawaii~.
↤ In reply to Duncan Kerr

**Shin Nishibori** @snishibori                                    7 Jan
@maki_gru2 @lwnish 誰かUstreamかKeyholeTVにあげてくれないだろ
うか〜。切望。
↤ In reply to 高橋マキ

**Shin Nishibori** @snishibori                                    7 Jan
入らないかも〜。泣) RT @lwnish: 入るんだ！電波。RT @snishibori:
おぉっ、聴かねば。ねば。RT @maki_gru2:【本日】1143KBS京都ラジオ夜
11時〜11時半の「高橋マキのぐるぐる京都」ゲストは、働き方研究家の西村
佳哲さんです。

**Shin Nishibori** @snishibori                                    7 Jan
@tari444 あまりに綺麗なので、あとでビーチまで散歩してきます。
↤ In reply to Tariho Nishimura

**Shin Nishibori** @snishibori                                    7 Jan
@Kay_aka_TAMAKI ハワイも今が満月なのかなぁ？まだ7日だけど。。。
↤ In reply to Kay a.k.a. TAMAKI

**Shin Nishibori** @snishibori                                    7 Jan
おぉっ、聴かねば。ねば。RT @maki_gru2:【本日】1143KBS京都ラジオ夜
11時〜11時半の「高橋マキのぐるぐる京都」ゲストは、働き方研究家の西村
佳哲( @lwnish)さんです。

**Shin Nishibori** @snishibori                                    7 Jan
明日は早起きする？ RT @tsuka24: Usedの8.5ftをゲット。もう後戻りはで
きない。。。pic.twitter.com/xO7OBCWB
🖼 View photo

**Shin Nishibori** @snishibori                                    7 Jan
今宵は月明かりがまぶしく、海が浮き上がって見える。
twitpic.com/84mxch
🖼 View photo

**Shin Nishibori** @snishibori                                    7 Jan
@kuromamekinako 逆さに映らなかったら天体望遠鏡が一番なんです
が、、、最新のはその辺り電子処理されていたりするんでしょうかねぇ？
↤ In reply to 細井典子

**Shin Nishibori** @snishibori                                    6 Jan
@hajimeyoshizawa おめでとうございます！
↤ In reply to HajimeYoshizawa

**Shin Nishibori** @snishibori                                    5 Jan
@vismix ハワイの方が日本より安全だからね。クジラもそのあたり、良く
解っているのかも。ハワイでは何も食べないぶん、いっぱい飛び跳ねて遊
ぶんだろうなぁ。
↤ In reply to mai





**Shin Nishibori** @snishibori — 5 Jan
@vismix 1月になって急にクジラが現れました。面白いですねー。
↶ in reply to mai

**Shin Nishibori** @snishibori — 5 Jan
@T_SONOYAMA おめでとー！
↶ in reply to ソノヤマ・タカスケ/T.SONOYAMA

**Shin Nishibori** @snishibori — 5 Jan
@T_SONOYAMA はい、でも遠くだから双眼鏡で見ないと実物は見れないんです。肉眼だと潮を吹くのがやっと見れるほど。天体望遠鏡はまだ上下逆さまに見えるのかなぁ？
↶ in reply to ソノヤマ・タカスケ/T.SONOYAMA

**Shin Nishibori** @snishibori — 5 Jan
お家の二階からクジラ発見。望遠鏡、欲しいなぁー。

**Shin Nishibori** @snishibori — 5 Jan
@vismix それにテレビ小僧の番組表が加わると日本のテレビ見放題ですね。
↶ in reply to mai

**Shin Nishibori** @snishibori — 5 Jan
@m_olog 小さめだけど普通のバナナです。そのままでも美味しかったですが、バナナチップを作ったり、揚げても美味しそうですね。
↶ in reply to masamioiogbosere

**Shin Nishibori** @snishibori — 4 Jan
@iNSPinfo 不正解です。笑
↶ in reply to 赤星淳一

**Shin Nishibori** @snishibori — 3 Jan
わいじゅー。笑) RT @manabucchie: @snishibori バナナを持っている方はやっぱり現地のお知り合いか何かですか？

**Shin Nishibori** @snishibori — 3 Jan
@thosoi 当分「バナナ料理〜」です。
↶ in reply to thosoi

**Shin Nishibori** @snishibori — 3 Jan
@yoshikayoya バナナは一つの木に一つの花だけがひらき、実は一度しか出来ないんですね。なので実を採った時に木も切り落とすのでこれで全部です。でもツクシのように根っこが繋がっていて次々に木が育つので次のバナナも数ヶ月後には採取できそうです。
↶ in reply to よしかようや

**Shin Nishibori** @snishibori — 3 Jan
@Yam_eye バナナは完熟する前に採取しないと鳥や蟻などに直ぐに食べられてしまうので、私もまだ完熟したバナナを食べていないんです。。。今回、2本が既に鳥たちに完食されていたんですが、それでも少し青いバナナの味でした。
↶ in reply to 山中俊治 Shunji Yamanaka

File    Edit    View    History    Bookmarks    Tools    Help

Shin Nishibori (snishibori) on Twitter    +

twitter.com/#!/snishibori    Google

**twitter**    Search    Have an account? Sign in

**Shin Nishibori** @snishibori    3 Jan
@Yam_eye バナナは完熟する前に採取しないと鳥や蟻などに直ぐに食べ
らてしまうので、私もまだ完熟したバナナを食べていないんです。。。今回、2
本が既に鳥たちに完食されていたんですが、それでも少し青いバナナの味
でした。
← In reply to 山中俊治 Shunji Yamanaka

**Shin Nishibori** @snishibori    3 Jan
@T_SONOYAMA 近所だったら園山さん、バナナ食べ放題だったのに
ね～。バナナって木に一回しか実がならないので、収穫後に木を根元から
切っちゃうんですよ。何だか可哀想でしょ。
← In reply to ソノヤマ・タカスケ/T.SONOYAMA

**Shin Nishibori** @snishibori    3 Jan
@vismix 大漁すぎて、笑。近かったらお裾分けに行くのに～。
← In reply to mai

**Shin Nishibori** @snishibori    3 Jan
@T_SONOYAMA はい、庭にバナナの木があり、今日が収穫日でした。
次々と実がなってきているので、当分はバナナには困らなさそうです。笑
lockerz.com/s/171342601
← View photo

**Shin Nishibori** @snishibori    3 Jan
朝からバナナ収穫～。twitpic.com/82sav7
View photo

**Shin Nishibori** @snishibori    2 Jan
@thosoi チクショー、うらやましいなぁ。
← In reply to thosoi

**Shin Nishibori** @snishibori    2 Jan
@duncankerr it's looks very yummy! Enjoy
← In reply to Duncan Kerr

**Shin Nishibori** @snishibori    1 Jan
@thosoi おめでとうございます。今朝は6時に起きて裏山に登って御来光を
楽しみました。是非一緒に登りましょうねー。
← In reply to thosoi

**Shin Nishibori** @snishibori    1 Jan
@vismix こちらは今日も良い天気ですー。lockerz.com/s/170728395
← View photo

**Shin Nishibori** @snishibori    1 Jan
@chikaoc 今年は新年早々良いスタートでしたね！
← In reply to 大塚 千夏子

**Shin Nishibori** @snishibori    1 Jan
@HumorFunclub しながわ(笑)さん、あけましておめでとう。こちらこそ今年
もよろしくねー。
← In reply to しょうじま ゆみ

File  Edit  View  History  Bookmarks  Tools  Help

Shin Nishibori (snishibori) on Twitter    +

twitter.com/#!/snishibori                                    ☆ ▼ C   🔍 ▼ Google       🔍  🏠

**twitter**                                    Search   🔍   Have an account? Sign in ▼

**Shin Nishibori** @snishibori                                    1 Jan
@HumorFunclub しながわ(笑)さん、あけましておめでとう。こちらこそ今年
もよろしくねー。
↰ In reply to しょうじま ゆみ

**Shin Nishibori** @snishibori                                    1 Jan
@hrsozk コンドーちんと一緒ですー。オザキさんもぜひ来てくださいねー。
↰ In reply to ozk

**Shin Nishibori** @snishibori                                    1 Jan
@chietanaka おめでとうございますー。今年もよろしくお願いしますー。
↰ In reply to 田中千絵

**Shin Nishibori** @snishibori                                    1 Jan
@T_SONOYAMA おめでとうございますー。去年の分迄笑える年にしたい
ですね〜。
↰ In reply to ソノヤマ・タカスケ/T.SONOYAMA

**Shin Nishibori** @snishibori                                    1 Jan
@hiroshimakino66 🈁おめでとうございまーす。
↰ In reply to hiroshi makino

**efish_kyoto** @efish_kyoto                                    30 Dec
年末年始の営業のお知らせです。今日12/31から1/3までの4日間、お正月
休みをいただくことになりました。ご来店を予定されていたみなさまには大
変ご迷惑をおかけいたしますが、よろしくお願いします。詳しくはこちら
→bit.ly/rvuE9
🔁 Retweeted by Shin Nishibori

**Shin Nishibori** @snishibori                                    30 Dec
@tohruk おかえりなさーい。酔いれたるし、またおいでねー。
↰ In reply to tohru kurata

**Shin Nishibori** @snishibori                                    30 Dec
@malibusinobu いつでも2階にどうぞ〜。
↰ In reply to Sinobu Ura

**Shin Nishibori** @snishibori                                    30 Dec
@malibusinobu 晋さんのですが、美味しいコーヒーはのみたいですか？
↰ In reply to Sinobu Ura

**Shin Nishibori** @snishibori                                    30 Dec
ええどすなぁ〜。RT @kidayasuo こんな美味しい、みたらし団子、食べた
ことない。pic.twitter.com/SH9Ha5er
🖼 View photo

**Shin Nishibori** @snishibori                                    29 Dec
@chikaaoc ここでみれるよ。ja.justin.tv/sakurin でも年賀状の邪魔か
な？
↰ ▶ View video

**Shin Nishibori** @snishibori                                    29 Dec
@chikaaoc ラッキー！良かったね。京都も良い試合をしていたから楽しみ