# EXHIBIT 11

[1.pdf]



**efish_kyoto** @efish_kyoto                    3 Apr

efishライブ決定！！！RT @takahashipierre: 4月の大阪京都ピェールギターライブ。20日大阪ミリバール。21日＆22日大阪D&DEPARTMENT。23日京都GOBLIN。24日京都efish。皆様是非。

↻ Retweeted by Shin Nishibori

Apr 3/efish_kyoto:<efish's live performance is now official!!! RT@takahashipierre: Pierre's live guitar performance in Osaka and Kyoto in April. At milibar in Osaka on the 20th. At D&DEPARTMENT in Osaka on the 21st and 22nd. At Goblin in Kyoto on the 23rd. At efish in Kyoto on the 24th. Everyone's invited.>



**Shin Nishibori** @snishibori                    3 Apr

@cotococo おめでとう。空ママは最強のオカンになってください。

← In reply to 空／三上亜希子

Apr 3/Shin Nishibori:<Congratulations. Sora Mama, please be the greatest mom.>
In reply to Sora/Akiko Mikami



**Shin Nishibori** @snishibori                    1 Apr

@unam0 それって俺？

← In reply to Obi-Wan

Apr 1/Shin Nishibori:< Is it me?>



**Shin Nishibori** @snishibori                    1 Apr

@tomo_kon がんばってー！！

← In reply to tomoyukikondo

Apr 1/Shin Nishibori:< Good luck!!>



**Shin Nishibori** @snishibo    ← Reply  ↻ Retweet  ★ Favorite  · Open

@lequineguine 晋輔、今日やってますか？efishメンバーで行きたいなぁと思ったんだけど。

Apr 1/Shin Nishibori: <Shinsuke, are you doing it today? I was thinking that I wanted to go with the efish member. >



**Shin Nishibori** @snishibori                    31 Mar

@chieischeese おつかれさまでした。そしてありがとう。最後に少しでもお話が出来て良かったです。ぜひハワイにも遊びに来てくださいね。

← In reply to chieischeese

Mar 31/Shin Nishibori: <Cheers for the good work. Thank you very much.  It was good that we were able to finally talk. It would be great if you could come and visit Hawaii. >

1

 **Shin Nishibori** @snishibori                    26 Mar
@satorumds 懐かしい場所だね。よく泊めてもらったなぁ。
← In reply to 三浦 悟

Mar 26./Shin Nishibori:< It was a place filled with memories. You had me stay very often.>
In reply to Satoru Miura

 **efish_kyoto** @efish_kyoto                     25 Mar
明日3/27（火）20:00~(90分間)もりたもとこの着物教室があります。残席わ
ずか！着物の奥深さを勉強するよい機会になりますよ。参加費500円(ドリ
ンク代別)要予約(075)361-3069(efish/杉本まで) bit.ly/yqnj7j
↻ Retweeted by Shin Nishibori

Mar 25/efish_kyoto: <Tomorrow, Tuesday, 3/27, a kimono class will be held by Motoko Morita
from 8:00 p.m. (90 minutes). Only a few seats remain! This is a good opportunity to appreciate
the profoundness of kimono. Participation fee is 500 yen (drinks separate). Reservation required.
Contact: (075) 361-3069 (efish/Sugimoto).>

 **Shin Nishibori** @snishibori                    22 Mar
@unam0 まだ全然決まっていないので、どっかで会いましょ～。
← In reply to Obi-Wan

Mar 22/Shin Nishibori: <Nothing is decided yet. Let's meet somewhere.>

[2.pdf]



**efish_kyoto** @efish_kyoto — 21 Mar

3/27(火)臨時休業ではありますが、予定しております「もりたもとこの着物教室」は予定通り8:00p.m.よりefish2階で開催されます。まだお席も少し残っております。貸切状態での着物教室、とても楽しくなるかと思います。要予約 efish杉本まで(075)361-3069

⟲ Retweeted by Shin Nishibori

Mar 21/efish_kyoto: <3/27 (Tuesday) there is a temporary closing but we did plan (Morita Moto's kimono class) and as planned it will be held from 8:00 p.m. on the second floor of efish. We think it will be a lot of fun. Reservations are required so please contact Sugimoto at (075)361-3069. >



**efish_kyoto** @efish_kyoto — 21 Mar

efish は来週の3/27(火)都合により臨時休業することになりました。ご来店を予定されていた方、いつもご利用のお客さまに大変ご迷惑をおかけし申し訳ございません。詳しくは→bit.ly/rvuE9

⟲ Retweeted by Shin Nishibori

Mar 21/efish_kyoto:< Efish will be temporarily closed next week on 3/27 (Tuesday). We apologize for any inconvenience caused for customers who were planning to visit as well as customers who always come. More details can be found at → > bit.ly/rvuE9



**Shin Nishibori** @snishibori — 21 Mar

@unam0 30日から東京入りして2日の飛行機でもどりますぅ〜。

← In reply to Obi-Wan

Mar 21/Shin Nishibori: <I am planning to come to Tokyo from the 30th and return on the flight on the 2nd. >



**Shin Nishibori** @snishibori — 21 Mar

@tomo_kon はーい、ありがとうございまーす。

← In reply to tomoyukikondo

Mar 21/Shin Nishibori: <Yes, thank you.>



**Shin Nishibori** @snishibori — 21 Mar

@tomo_kon 疲れてそんな余裕なーい。笑)でもあと少しで京都につきますー。

← In reply to tomoyukikondo

Mar 21/Shin Nishibori: <I am so tired, I don't think I can get around to that. Haha. But I will be in Kyoto shortly.>

3



**Shin Nishibori** @snishibori                                      21 Mar
@tomo_kon ただいまっす。帰りに東京にもチラリとよってきまーす。
↩ In reply to tomoyukikondo

Mar 21/Shin Nishibori: <I'm here. On the way back I will stop briefly in Tokyo. >



**Shin Nishibori** @snishibori                                      21 Mar
@Chihoyo そっかぁ、意味がわかった。Rapidだからあの鉄腕アトムみたい
な電車だと思ったんだぁ。でも、流石に南海には行かないよ。笑
↩ In reply to Chicka de la Campa

Mar 21/Shin Nishibori: <Oh ok. I understand the meaning now. I thought it was the train that looked like the Astro boy since it's the rapid. However, though I am not going to Nanhai. Ha-ha.>



**Shin Nishibori** @snishibori                                      21 Mar
@Chihoyo いや、JRですよ。天王寺までのんびり行って、そこで乗り換えま
すぅ。
↩ In reply to Chicka de la Campa

Mar 21/Shin Nishibori: <Nope it's the JR. Go to Tenoji and then transfer there. >



**Shin Nishibori** @snishibori                                      21 Mar
@asamilan0704 ね〜、このアイコンだと「レストラン有ります」みたいですよ
ね。
↩ In reply to asamilan

Mar 21/Shin Nishibori: <Hey. This icon refers to "there is a restaurant around here" right?>



**Shin Nishibori** @snishibori                                      21 Mar
Rapidと書いてあったので慌てて駆け乗ったら「はるか」じゃなくローカル急
行だった。天王寺まで各停かよ。泣）

Mar 21/Shin Nishibori: <I hurried to get on the train because it said "Rapid." But it wasn't "Haruka," but a local train. Local stops to Tennoji? Sob.>

[3.pdf]

 **Shin Nishibori** @snishibori                      20 Mar
このアイコンの関係だったら、NO FOOD/DRINKにも赤タスキがいるとおもうなぁ。lockerz.com/s/194271933
🖼 View photo

Mar 20/Shin Nishibori: <In the relationship seen in the icon, the "NO FOOD/DRINK" also requires red sleeves.>

 **Shin Nishibori** @snishibori                      20 Mar
@tsuka24 良いアイデアやろ🈳。つかちゃんこそゆっくり寝てなー。
← In reply to tsukasa nishibori

Mar 20/Shin Nishibori: <Seems like a good idea. Tsuka-chan. Please have a restful sleep.>

 **Shin Nishibori** @snishibori                      20 Mar
@tsuka24 いいアイデアやろ。笑)わ、
← In reply to tsukasa nishibori

Mar 20/Shin Nishibori:< Seems like a good idea. Ha-ha.>

 **Shin Nishibori** @snishibori                      20 Mar
@kuki_tomo うん。ありがとうね。ぜし遊びにおいでねー。
← In reply to Tomoko Kukita

Mar 20/Shin Nishibori: <Ok. Thank you very much. Definitely come and visit! >

 **Shin Nishibori** @snishibori                      20 Mar
@kuki_tomo そっかぁ。NYからだと遠いしねぇ。ハワイ暮らしは最高ですよ。常夏はアホアホにしてくれます。
← In reply to Tomoko Kukita

Mar 20/Shin Nishibori:< I see. From New York it will be far. Living in Hawaii is the best. The all year summer like weather makes me very happy.>

 **Shin Nishibori** @snishibori                      20 Mar
@kuki_tomo ありがと。最近日本に帰ってる？
← In reply to Tomoko Kukita

Mar 20/Shin Nishibori:<Thanks. Have you been back in Japan lately?>

5



**Shin Nishibori** @snishibori                                        20 Mar
ホノルル空港のカフェで朝からビール。これから京都に向かいまーす。
lockerz.com/s/194262044
View photo

Mar 20/Shin Nishibori: <Beer at a cafe at the Honolulu Airport in the morning. Now heading to Kyoto.>



**Shin Nishibori** @snishibori                                        20 Mar
@yabe わぎとか。笑)
← In reply to Osamu Yabe / 矢部 修

Mar 20/Shin Nishibori:< intentionally? Ha-ha.>
In reply to Osamu Yabe/Osamu Yabe



**Shin Nishibori** @snishibori                                        15 Mar
@HumorFunclub おかえんなさ〜い。来週にはもっと不似合いな真っ黒ク
ロ助がefishにかえります〜。
← In reply to しょうじま ゆみ

Mar 15/Shin Nishibori: <Welcome back! Next week the even more unsuitable black creature will come back to efish.>
In reply to Yumi Shojima Yumi



**Shin Nishibori** @snishibori                                        15 Mar
@yoshiii3 残念ですよねー。いい番組だったからSPの後にゴールデンタイ
ムに移行してくれないか僅かな期待をしているんですけど、、、
← In reply to yoshitaka imayoshi

[page 2]
Mar 15/Shin Nishibori: <That's too bad. It was a good show so I was slightly wishing it to be moved to the golden time after the SP….>



**Shin Nishibori** @snishibori                                        14 Mar
「世界のみんなに聞いてみた」が来週で最終回ってショック。一番お気に入
りの番組だったのに。。。

Mar 14/Shin Nishibori:< The TV program "I asked everyone in the world" will be the final show and I am shocked. It was my favorite one.>

6

[4.pdf]



**Shin Nishibori** @snishibori      14 Mar

@vismix 試してみます。しかし、今回Siriを使った事で、みんなが私の英語を聞こうとしてくれていた事が痛い程解り、優しいなぁって思ったら涙が出て来ちゃいました。

← In reply to mai

Mar 14/Shin Nishibori: <I'll try it. But now that I have used Siri, I am painfully aware of how much effort people have made to listen to my English, and how kind they are. I was welled up in tears.>



**Shin Nishibori** @snishibori      14 Mar

英語設定でSiriを使うと悲しい目にばかりあわせられる。。。私のつたない英語を聞いてくれている皆に感謝しなきゃ。

Mar 14/Shin Nishibori: <When I use Siri in English, I experience a lot of disappointments...I must say thank you to everyone who listen to my poor English.>



**Shin Nishibori** @snishibori      14 Mar

@Yam_eye そうですね〜キビキビ感がぴったし。笑）Fiat500がハッカネズミの様に走る様も可愛い。活動している姿が美しくなければ車のデザインじゃないですね。でも多々ある「無駄にスピード感を付け加えた様な造形」は私はどうも好きにはなれませぬ。。。

← In reply to 山中俊治 Shunji Yamanaka

Mar 14/Shin Nishibori:< Yeah that's right. I had a brisk feeling. Ha-ha. The Fiat 500 looks very cute when it runs around like that of house mice. It's not the design of the car when the car looks nice in motion. However I do not like too much of the structure that adds on an unnecessary sense of speed….>
In reply to Shunji Yamanaka/Shunji Yamanaka



**Shin Nishibori** @snishibori      13 Mar

@g_d_c そういえばそんなストーリーありましたね。洗濯機を買うために家族会議をしたと。。。我が家も全部の洗濯機を見た後に家族会議します。笑

← In reply to good design company

Mar 13/Shin Nishibori: <Oh now that you mentioned there was a story like that. In order to purchase a washer machine a family meeting was held…..Our family has a meeting after we look at all the washers. >



**Shin Nishibori** @snishibori      13 Mar

@PrataOkami そう、アメリカ製も。5年前に購入した際、新製品がすでにその傾向があったので型遅れの製品を買ったんですよね。全製品を洗い出して買わなきゃ。

← In reply to 赤岩 智美

7

Mar 13/Shin Nishibori:< Yes the ones made in America also. When I purchased it 5 years ago, the new products were already produced in the new direction and I purchased an out dated model. I have to buy after washing all products. >
In reply to Satomi Akaiwa



**Shin Nishibori** @snishibori                                    13 Mar

洗濯機の調子が悪いので家電売り場に来てみたんだけど、シンプルなところが良かったドラム式洗濯機がみんなカーブづいていてどれも好きになれない。空間に調和することはとても大切なデザイン要素なのに。アメリカの家電までこうなるとは残念！

Mar 13/Shin Nishibori: <The washing machine is not running well, so I came to a home electronics store. The drum-type washing machines, which I liked because they were simple, now all come with curves. I didn't like any of them. It's an important part of design to match with the surrounding environment. It's so disappointing to see that even American electronics has come to this!>



**Shin Nishibori** @snishibori                                    13 Mar

@Yam_eye 私の好きな車の多くはスピード感がないかも。笑) フィアット パンダにVWビートル、初代ゴルフ、ヴァナゴン、ホンダシティなどがそんな車達。

← In reply to 山中俊治 Shunji Yamanaka

 Mar 13/Shin Nishibori:< Cars such as the VW beetle, first generation golf, Vanagon, Honda city, etc.>
In reply to Shunji Yamanaka/Shunji Yamanaka



**efish_kyoto** @efish_kyoto                                    13 Mar

もりたもとこの着物教室を開催します。定員15名。残席空きあります。ご興味のある方は早めにご予約を。今回は帯をテーマに着物を普段に着れる知識をたくさん教えてください！3/27(木)20:00より　受講料は500円(ドリンク代別)詳しくはbit.ly/yqnj7j

⤷ Retweeted by Shin Nishibori

Mar 13/efish_kyoto: <The Morita Motoko's Kimono class will be held. Class is limited to 15 members. There are a number of unfilled seats. For those interested in attending please make reservations. The next lesson will focus on the Obi belt and general information on how to wear the kimono on a usual basis. The class is on 3/27 (Thurs) from 20:00. Class fee is 500 Yen (drinks not included). Details can be found here>

[5.pdf]



**Shin Nishibori** @snishibori     11 Mar
アメリカ全土が今日から夏時間。でもハワイはずっと夏時間だから時間を切り替えなくたって良い。ちょっと嬉しい。

Mar 11/Shin Nishibori: <The US mainland will go into day light savings time today. Hawaii is always in day light savings time so there is no need to adjust time. I am somewhat happy about this. >



**Shin Nishibori** @snishibori     10 Mar
@HumorFunclub にゃぁちゃんは私とおんなじで耳が聞こえないから怖くなかったみたい。スヤスヤ寝てはります。
↩ In reply to しょうじま ゆみ

Mar 10/Shin Nishibori: <Nyachan cannot hear just like me so she did not get scared. She is sleeping soundly. >
In reply to Shojima Yumi



**Shin Nishibori** @snishibori     10 Mar
@malibusinobu ほんま助かりました。穏やかな天気に早く戻って欲しいですー。
↩ In reply to Sinobu Ura

Mar 10/Shin Nishibori: <You saved me. I hope the weather turns moderate as usual.>



**Shin Nishibori** @snishibori     10 Mar
@chitchathawaii 我が家は全く問題なしでした。場所によってはゴルフボール大のヒョウが降ったそうな。車とかボコボコになるし、怖いよねぇ。
↩ In reply to chito

Mar 10/Shin Nishibori: <Our house was completely fine. In some places, they say they had hail the size of golf balls. Cars would be damaged. It's scary, isn't it? >



**Shin Nishibori** @snishibori     10 Mar
@HumorFunclub ほんと無事で良かったぁ。鳴り止まない雷って経験がなかったので、可笑しいなぁとは思っていたんですが。。。ご近所さんは屋根がぶっ飛んだみたいで可哀想でした。
↩ In reply to しょうじま ゆみ

Mar 10/Shin Nishibori: <It's really a good thing you are ok. Since I don't have experience with lighting that never stops screaming, I thought it was a little strange but….I heard our neighbor's roof came flying off and it was sad. >
In reply to Shojima Yumi



**Shin Nishibori** @snishibori                              10 Mar

@tomo_kon 5軒程隣を通過したみたいで、その辺りは屋根や塀がぶっ飛んでいたり悲惨でした。怖い怖い。

↩ In reply to tomoyukikondo

Mar 10/Shin Nishibori:< It seems to have passed by 5 houses and the roof and fences were flying around and it was horrible. So scary.>



**Shin Nishibori** @snishibori                              10 Mar

昨日の朝は止む事無く雷が光り続けていて恐ろしい天気だと思っていたんだけど、まさか目と鼻の先をトルネードが通り過ぎていたなんて。大事にならなくて良かった。bit.ly/A1vPGZ

Mar 10/Shin Nishibori: <Yesterday morning I thought lighting continued and the weather was scary but to also have a tornado pass in front of your eyes and nose. It was a good thing that nothing major happened. >



**Shin Nishibori** @snishibori                               9 Mar

W杯最終予選の組み合わせが決まったんですね。どれかひと試合だけでも観に行きたいなぁ。

Mar 9/Shin Nishibori: <The final qualifying round for the World Cup is now finalized. I'd like to go to any of the games, at least one of them.>



**Shin Nishibori** @snishibori                               7 Mar

@chitchathawaii そっかぁ。それは良かった。(笑)ラニカイは雲が覆っていてお月様は顔をだしてくれません。

↩ In reply to chito

Mar 7/Shin Nishibori: <I see. That's good. Haha. Lanikai's cloudy and the moon is not showing up.>



**Shin Nishibori** @snishibori                               7 Mar

@chitchathawaii ♡かぁ、じゃぁ、おっさんはノータッチだなぁ。

↩ In reply to chito

Mar 7/Shin Nishibori:< In love? Well then this old guy cannot approach you. >



**Shin Nishibori** @snishibori                               7 Mar

@chitchathawaii どした？自転車のサドルを盗まれたとか？

↩ In reply to chito

Mar 7/Shin Nishibori: <What's wrong? Were the bicycle's saddles stolen?>

[6.pdf]



**Shin Nishibori** @snishibori                                    7 Mar

@Fnote そうそう、Chelineから話を聞いていました。とても優しい人なので、いい出会いであると私も嬉しいです。

↩ In reply to Fumie Shibata 柴田文江

Mar 7/Shin Nishibori: <Right right. I heard from Cheline. I am very happy to have met such a nice person.>
In reply to Fumie Shibata/Fumie Shibata



**Shin Nishibori** @snishibori                                    3 Mar

@thosoi @yabe 私、何度も何度もIRAIに入ることを勧められながらも未だに入っていません。。。今年もパスしました。

↩ In reply to thosoi

Mar 3/Shin Nishibori:< I have been encouraged so many times to join the IRA but still haven't joined it. I passed on it this year as well.



**Shin Nishibori** @snishibori                                    2 Mar

@thosoi 私、このアートにはメッセージを感じます。これが全て樹木だったら素敵な森になる。しかし人工物の棒となった時に違和感を感じる。人間が作った電柱が当たり前になることへのアンチテーゼのような。

↩ In reply to thosoi

Mar 2/Shin Nishibori: <I sense art in this message. If all these were trees, it would have been a great forest. But once they become artificial sticks, something feels out of place. It's like an antithesis to our mindset which has naturalized manmade electric poles.>



**efish_kyoto** @efish_kyoto                                    1 Mar

お待たせしました。もりたもとこさんの着物教室を3/27(火) 8:00p.m.（90分）efishの2Fにて開催します！参加費500円。今回は帯をテーマに着物についての知識が深まるお勉強をしませんか？詳しくは→bit.ly/yqnj7j

↩ Retweeted by Shin Nishibori

Mar 1/efish_kyoto: <Thank you for waiting. Motoko Morita's kimono class will be held on the second floor of efish at 8:00 p.m. on Tuesday, March 27. The class fee is 500 Yen. Would you like to further increase your knowledge regarding Kimonos focusing on the Obi belt? Details can be found here>



**Shin Nishibori** @snishibori                                    29 Feb

@Fnote 3月後半に日本に帰国しようと思っているので時間があうようでしたら乾杯しましょうね！

↩ In reply to Fumie Shibata 柴田文江

Feb 29/Shin Nishibori: <I am planning to return to Japan at the end of March so if you have time let's grab a drink! >

11

In reply to Fumie Shibata/Fumie Shibata



**Shin Nishibori** @snishibori                                    29 Feb

@Fnote やったね！受賞おめでとうございます。頑張ったね、とっても。素晴らしい評価に乾杯したいです。

Feb 29/Shin Nishibori: <That's great! Congratulations on receiving the award! You really worked hard. Very hard. I want to drink to your amazing achievements. >



**Shin Nishibori** @snishibori                                    29 Feb

I just finished a 11.6 km run with a pace of 8'43"/km and a time of 1:41:38 with Nike+ GPS. #nikeplus #makeitcount



**Shin Nishibori** @snishibori                                    24 Feb

横野あたりがハンドスプリングスローをやって失敗したら会場が盛り上がって楽しいだろうに。

Feb 24/Shin Nishibori: <If someone like Makino did a hand spring throw and failed, the place could have had been enjoyable.>



**Shin Nishibori** @snishibori                                    23 Feb

@HumorFunclub 日本の警察は周りに文句を言われないように気を使っているからね。アメリカの警察のように制服のままカフェでお茶したり出来ないし。もう少しゆるくしてあげたいね。

← In reply to しょうじま ゆみ

Feb 23/Shin Nishibori: <The Japanese police go out of there way so that they don't receive complaints from the public. They can't have coffee at a cafe in their uniforms like the American police. I wish the rules could be more lax.>
In reply to Shojima Yumi



**Shin Nishibori** @snishibori                                    23 Feb

@T_SONOYAMA 婦人警官ならさらに。笑
← In reply to ソノヤマ・タカスケ/T.SONOYAMA

Feb 29/Shin Nishibori:< If  it was a female police officer... Ha-ha.>
In reply to Takasuke Sonoyama/T. SONOYAMA

[7.pdf]

 **Shin Nishibori** @snishibori                    23 Feb
@designer_tetsu EVかどうか見分けられませんでした。泣) ちなみにシリ
コンバレーには、セグウェイに乗ったおまわりさんがいます。
↩ In reply to TetsutaroNakabayashi

Feb 23/Shin Nishibori: <I was not able to determine whether it was EV. Sobbing) By the way, in Silicon Valley, there is a policeman riding a Segway. >

 **Shin Nishibori** @snishibori                    23 Feb
親指と小指を同時に立てたハワイ流の挨拶をしてさらりと過ぎ去りました。
ええですよね。RT @T_SONOYAMA: @snishibori おまわりさんなんです
か！？かっこいい！ lockerz.com/s/186588728
🖼 View photo

Feb 23/Shin Nishibori:< After performing the Hawaiian greeting of putting up both the thumb and pinky finger I left without hesitation.  RT @T_SONOYAMA: @snishibori It's great. It was a policeman? It's so cool!

 **Shin Nishibori** @snishibori                    23 Feb
ちょっとかっこいいLanikai Beach Police。 lockerz.com/s/186573968
🖼 View photo

Feb 23/Shin Nishibori:<It's so cool the Lanikai Beach Police. >

 **efish_kyoto** @efish_kyoto                    23 Feb
efishでは只今アルバイト募集中です。男女は問わず経験者の方大歓迎で
す。詳しくはHPのtop pageを。連絡先はtel:(075)361-3069（山田ま
で） bit.ly/a23PYB
🔁 Retweeted by Shin Nishibori

Feb 23/efish_kyoto: <efish is currently hiring part-time workers, men and women. Experience a big plus. Please refer to the top page of our homepage for more information. Please contact Yamada at (075) 361-3069.>

 **Shin Nishibori** @snishibori                    21 Feb
これ、アヒル口特集じゃなくて？"@tohruk: ふむ♡"@aka_shosuke: だよ
ね。RT @nagyoshi: うひゃーー！RT【美女まとめ100選】オシャレでカワ
イイ ショートヘア美女 - NAVER まとめ matome.naver.jp/odai
/213297999…""

Feb 21/Shin Nishibori:<This is not a special feature on duck spouts? Hmm. I agree. Wow!! RT [SumMary of 100 beauties]  Stylish and cute short hair beauties – NAVER SumMary.>

13



**Shin Nishibori** @snishibori                                    19 Feb
@AkiraMIYANAGA 展示会、どうもありがとうございました。efishという小さな空間をアイデアひとつで無限大に広げてくれる可能性があることを感じました。アイデアって素晴らしいですね。次回帰国の際はお話ができたら嬉しいです！
↩ In reply to 宮永亮

Feb 19/Shin Nishibori:<Thank you very much for the exhibition. I felt that there is a possibility to expand the small space of efish as one idea. The Idea is wonderful. It would be great if we could talk about when I return back next time. >
In reply to Akira Miyanaga



**Shin Nishibori** @snishibori                                    15 Feb
@AkiraMIYANAGA こちらこそ素敵な展示をありがとうございます。残念ながら夜の展示が見れないままハワイに戻ってきてしまいましたが、それでも学生さんたちの才能はすごく伝わりました。先生の授業も素敵なんでしょうね。お客さんにもとても好評です！
↩ In reply to 宮永亮

Feb 15/Shin Nishibori:<Thank you also for the exhibition. It was unfortunate that I returned without clearly seeing the exhibit at nighttime. However, the student's talent was really communicated across. The teacher's lectures must also be really great. It's also very popular among the customers. >
In reply to Akira Miyanaga



**Shin Nishibori** @snishibori                                    15 Feb
@okadaeizo @tomonaga クシュン。
↩ In reply to 岡田栄造

Feb 15/Shin Nishibori: [Blowing nose.]
In reply to Eizo Okada



**岡田栄造** @okadaeizo                                    15 Feb
.@tomonaga と、ぐろっと、なう。料理も日本酒もうまいー。大将と@snishibori さんのことを話しつつ。
⇄ Retweeted by Shin Nishibori

Feb 15/Eizo Okada: <Grotto with @tomonaga. Everything from food and Japanese sake is delicious. Talking about @snishibori with the master.>

14

[8.pdf]



宮永亮 @AkiraMIYANAGA                                    14 Feb
「シカク」展 @efish（3）2Fです。金魚が泳いでます。instagr.am/p
/HApdGfjWCo/
↻ Retweeted by Shin Nishibori
🖼 View photo

Feb 14/Akira Miyanaga:<The [Shikaku (rectangle)] exhibit (3) is on the 2F. The gold fishes are
swimming around. >



宮永亮 @AkiraMIYANAGA                                    14 Feb
「シカク」展 @efish（2）instagr.am/p/HAoXMEDWCX/
↻ Retweeted by Shin Nishibori
🖼 View photo

Feb 14/Akira Miyanaga:<The [Shikaku (rectangle)] exhibit (2) >



宮永亮 @AkiraMIYANAGA                                    14 Feb
「シカク」展 @efish（1）instagr.am/p/HAn2fUjWCW/
↻ Retweeted by Shin Nishibori
🖼 View photo

Feb 14/Akira Miyanaga:<The [Shikaku (rectangle)] exhibit (1) >



Shin Nishibori @snishibori                              15 Feb
精華大学の学生3名による映像の作品がefishの壁に映し出されています。
どれも私のすごく好きな作品で、ずっと飾って欲しいと思うほど。オススメで
す。pic.twitter.com/dEvv4m88
🖼 View photo

Feb 15/Shin Nishibori:<The movie projects of three students from Seika University are displayed
on the walls of efish. I love all their projects and wish I could keep them forever. Highly
recommended.>



Shin Nishibori @snishibori                              12 Feb
捕まりたい！(嘘) RT @kidayasuo: ポルシェのパトカー。近所のディーラー
がハイウェイパトロールにパナメーラをレンタルするんだそうな。こんなのに
捕まったら一緒に記念撮影だ。☺ pic.twitter.com/FCNREv5n
🖼 View photo

Feb 12/Shin Nishibori: <I want to be arrested! (Kidding). A Porche police patrol car. A dealer in
my neighborhood rents Panamera to the highway patrol. If I were to be caught by them, I would
take a commemorative photo.>



**efish_kyoto** @efish_kyoto                         10 Feb

efishでは只今アルバイトを募集しています。男女は問いません。経験者の方大歓迎です。詳しくはHPのtop pageを。連絡先はtel:(075)361-3069(山田まで) bit.ly/a23PYB

⟲ Retweeted by Shin Nishibori

Feb 10/efish_kyoto:<We are currently hiring part-time help at efish. Male and female are both welcome. Experienced workers are very welcome. Details can be found on the HP's top page. The contact is tel: (075)361-3069 (Yamada) >



**Shin Nishibori** @snishibori                         9 Feb

@jameshiga ハワイでぜひ！比嘉家が来られる時をお待ちしていますよー。

← In reply to James Higa

Feb 9/Shin Nishibori:<Definitely in Hawaii! We are waiting for the Higa family's visit!>



**Shin Nishibori** @snishibori                         8 Feb

@T_SONOYAMA 確かに昼夜関係なく飲んじゃう時おおいけど。笑)

← In reply to ソノヤマ・タカスケ/T.SONOYAMA

Feb 8/Shin Nishibori:<It's true that I drink a lot regardless whether it's night or day. Ha-ha>
In reply to Takatsuke Sonoyama/T.SONOYAMA



**Shin Nishibori** @snishibori                         8 Feb

気になっていた近所のイタリアンに。Bikini Blonde Lager Beerはとっても Smooth。pic.twitter.com/KKAdNLlg

🖼 View photo

Feb 8/Shin Nishibori:<I went to the Italian restaurant nearby. Bikini Blonde Lager is very Smooth.>

[9.pdf]



**Hiroshi Matsui** @Matsuhiro                                    8 Feb
こりゃ泣けるなあ…….橋下市長がメッセージ！長期入院してるK君の要望
「院内高校」について！ togetter.com/li/251181
↺ Retweeted by Shin Nishibori

Feb 8/Hiroshi Matsui: <This makes me cry...Mayor Hashishita sends a message in response to K,
a long-term hospital patient and his call for a high school in side a hospital.>



**Shin Nishibori** @snishibori                                    7 Feb
@Matsuhiro 岐阜の人はこれだけで解る訳なので、「パ」は既にパチンコの
アイコンみたいになっているんでしょうね。写真をネット上で探してみたんで
すが、見つからないのが残念っ。
← In reply to Hiroshi Matsui

Feb 7/Shin Nishibori: <If you're from Gifu, you would understand it with just this piece of
information. [Pa] is probably like an icon that stands for pachinko. I tried to find a photo on the
Internet, but to no avail. It's too bad.>



**Shin Nishibori** @snishibori                                    7 Feb
@Matsuhiro 昭和50年代でしたが、子供の間で話題になっていました。な
んでパだけ大きいんやーと。岐阜羽島の名神高速道路出口を出た先にある
看板で「パ・100m・出る」とだけ書かれたものは最近まであったのを覚え
ています。
← In reply to Hiroshi Matsui

Feb 7/Shin Nishibori:<It was in the 50's of the Showa era (1970's) but it was a topic of interest
among children. Why was the [PA] so big. I remember that the billboard before exiting the Gifu
Hane's Meishin highway exit was displayed as [PA – 100m – exit] only until recently.>



**Shin Nishibori** @snishibori                                    7 Feb
子供の頃の記憶ですが、名古屋、岐阜あたりのパチンコ屋の看板は何故だ
か「パ」だけ大きく「チンコ」は小さいです。RT @Matsuhiro: これ、説得力が
ある。昔自転車で日本を縦断した時に、なぜ地方にはあんなにデカいパチ
ンコ屋があるのか…d.hatena.ne.jp/Rootport/20120…

Feb 7/Shin Nishibori:"It was something I remembered as a child but around Nagoya and Gifu for
some reason the Pachinko's billboard displayed the [Pa] in big letters and the [chinko] in small
letters.  This saying is persuasive.  In the past when I crossed Japan on bike how come there were
large Pachinko places in the various regions.>

 **Shin Nishibori** @snishibori                                    4 Feb
@Munehiro @vismix そうすると、また間違った期待をしてシリコンバレーに来ちゃう。
↶ In reply to Munehiro Nakazato

Feb 4/Shin Nishibori: <Then you have wrong expectations and come to Silicon Valley.>

 **Shin Nishibori** @snishibori                                    4 Feb
@vismix @munehiro だからどうしてもお洒落じゃなきゃいられない人はみんなサンフランに住む。笑)
↶ In reply to mai

Feb 4/Shin Nishibori: <So the people who must be fashionable go live in San Francisco. Haha.>

 **Shin Nishibori** @snishibori                                    4 Feb
@vismix @munehiro 面白いね、八王子説。シリコンバレーに集まる人は原宿や渋谷、パリやロンドンに憧れる人と違うのは確かだよね。
↶ In reply to mai

Feb 4/Shin Nishibori:<It's interesting. Hachioji story. It's true that people who gather in silicon valley are different from those who wish to go to Paris or London and Harajuku or Shibuya. >

 **Shin Nishibori** @snishibori                                    3 Feb
@yoshikayoya ちょっとずつ走るのが一番。無理はしないようにー。
↶ In reply to よしかようや

Feb 3/Shin Nishibori:<It's best to run little by little. Please do not force yourself too hard. >
In reply to Yoshikayoya

 **Shin Nishibori** @snishibori                                    3 Feb
@SunshineAkiko2 先にサーフィンをしたんだけど、波が全くなくて不満たまりまくりだったので、走ることにしました。でもクタクタで10キロ走れず。。。
↶ In reply to Akiko Onofusa

Feb 3/Shin Nishibori:<I first tried surfing but there were no waves and I was disappointed so I decided to run. However since I was exhausted I was not even able to run 10 kilometers....>

[10.pdf]



**Shin Nishibori** @snishibori                                    3 Feb
I just finished a 8.70 km run with a pace of 5'57"/km and a time of
51:45 with Nike+ GPS. #nikeplus



**Shin Nishibori** @snishibori                                    3 Feb
I just finished a 8.70 km run with a pace of 5'57"/km and a time of
51:45 with Nike+ GPS. #nikeplus



**Shin Nishibori** @snishibori                                    1 Feb
@kojima1 八宝菜に入っている玉ねぎのシャキシャキ感とかカリフォルニア
ではなかなか出会えない部分だったので懐かしく感じました。期待して行く
中華と言うより気軽に行く中華と言った方が的を得ている様に思います。
← In reply to kojima1

Feb 1/Shin Nishibori: <The crunchy onions in Happosai was something I couldn't experience in
California, so I felt nostalgic. It's probably best to think of it as the casual kind of Chinese rather
than expecting a lot from it in advance.>



**Shin Nishibori** @snishibori                                    1 Feb
@komeya65 いいよね〜、これ。私も購入しようと思っていたところ。誰か先
に買った人の意見を聞きたいねぇ。
← In reply to Koumei Yamashita

Feb 1/Shin Nishibori:< Would like to hear the opinions from people who first made the
purchase.>



**Shin Nishibori** @snishibori                                    1 Feb
@kojima1 遊楽だ〜いすぎ。本当日本の中華ですよね。
← In reply to kojima1

Feb 1/Shin Nishibori:<I really like recreation. It's really Japan's Chinese food.>



**Shin Nishibori** @snishibori                                    1 Feb
@tawashi5454_ @mrkhgk おめでとー！
← In reply to 岩井貴史 / Takafumi IWAI

Feb 1/Shin Nishibori:<Congratulations!>
In reply to Takafumi Iwai/Takafumi IWAI



**Shin Nishibori** @snishibori                                                        31 Jan

@aokimusubi 中央の一番目立つところにありましたよー。
pic.twitter.com/mtnvjxqU

← 🖼 View photo

Jan 31/Shin Nishibori:<It was in the most noticeable location in the center. >



**Shin Nishibori** @snishibori                                                        31 Jan

I just finished a 7.32 km run with a pace of 6'15"/km and a time of
45:47 with Nike+ GPS. #nikeplus



**Shin Nishibori** @snishibori                                                        30 Jan

アラモアナのApple Storeで青木むすびさん @aokimusubi のiPhone
Case 発見しましたー。pic.twitter.com/2hL57ckm

🖼 View photo

Jan 30/Shin Nishibori: I found Musubi Aoki's iPhone case at Ala Moana's Apple Store.



**Shuya Okino** @shuyakyotojazz                                                       29 Jan

Mondo GrossoのAngerもInbisible ManもDJ KAWASAKIのBlazin'もRoot
SoulのSpirit Of LoveもMasa SextetのLove Is Everywhereも吉澤はじめ
のI'm With Youも全部生まれなかったかも。

↻ Retweeted by Shin Nishibori

Jan 29/Shuya Okino: <There would never have been Mondo Grosso's "Anger" and "Invisible
Man" and DJ KAWASAKI's "Blazin'" and Root Soul's "Spirit of Love" and Masa Sextet's "Love
is Everywhere" and Hajime Yoshizawa's "I'm With You."



**Shuya Okino** @shuyakyotojazz                                                       29 Jan

京都にクラブがなかったらKJMのEclipseもSLEEP WALKERの愛の河も
Pharoah SandersとやったThe VoyageもCHARAのJr.SweetもUAの情熱
もACOの揺れる体温もbirdのSoulsもMonday満ちるのYou Make meも・・・

↻ Retweeted by Shin Nishibori

Jan 29/Shuya Okino:<If there are no clubs in Kyoto then the KJM's "Eclipse" and Sleep
Walker's "Love's rivers (*Aino Kawa*)" and "Voyage" by Pharoah Sanders and Chara's "Jr.Sweet"
and UA's "passion (*Jonetsu*)" and ACO's "wavering body temperature (*Yureru Karada*)" and
bird's "Souls" and "You Make me" by Monday Michiru and....>

20

[11.pdf]



**Shin Nishibori** @snishibori                                    28 Jan

@u_tan_aotw わぁ、ありがとうございます！最初は違いに戸惑うかもしれませんが、慣れるとMacじゃなきゃ嫌だ、、、ってくらい気に入っていただけると思うので、楽しんで使ってくださいねー。

↩ In reply to うーたん＝沢崎晶

Jan 28/Shin Nishibori:<Wow thanks you very much. Please have fun using the Mac to the extent that you'll feel …. I may have been a little thrown off by the difference in the beginning but after getting used to it I can't do without the Mac. >
In reply to U-tan=Akira Sawazaki



西田彩 **Saya Nishida** @zonbi                                    28 Jan

前回と同じ候補者の京都の市長選、前回の得票差ってたったの951票。投票率もたった37.82%。若い世代が選挙行って1票入れるとひっくり返ることもあったかも。昨秋クラブ・ワールドが摘発されたけど、そういう音楽文化を守るにも1票が影響する。候補者がどういう人間か調べて選挙行こう！

↩ Retweeted by Shin Nishibori

Jan 28/Saya Nishida:<The Kyoto mayor elections that include the same candidates as the last mayor elections. The difference of votes in the previous election was only 951 votes. The voting rate was also only 37.82%. Just one vote by a young voter could have changed everything. Last fall, Club World was closed down. One vote impacts the way we protect the music culture. Let's research what kinds of candidates they are and go vote!>



**Shin Nishibori** @snishibori                                    27 Jan

I just finished a 10.0 km run with a pace of 5'59"/km and a time of 1:00:06 with Nike+ GPS. #nikeplus



**Shin Nishibori** @snishibori                                    26 Jan

@makiszk いつでも海に行ける様にね！

↩ In reply to maki suzuki

Jan 26/Shin Nishibori:<So that you can  go to the beach often! >



**Shin Nishibori** @snishibori                                    26 Jan

@tomo_kon 5分台で走れる様にする為には、まずは身体の余計な贅肉を落とさないと駄目そうですねぇ。重くて重くて。笑）今が最高に太っているので、少しずつ肉体改造してみます〜。

↩ In reply to tomoyukikondo

Jan 26/Shin Nishibori:<In order to run in the 5-minutes levels first of all I have to lose the fat. Heavy and heavy. Ha-ha. Right now I am in my fattest point and I will try to modify my body. >



**Shin Nishibori** @snishibori                    26 Jan

@yoshikayoya ただなまった身体にムチをうっているだけなんです。でもフルマラソンが走れるほど身体を絞ることができたら、参加してみたいものですね〜。

↰ In reply to よしかようや

Jan 26/Shin Nishibori:<Except that I am ignorant of my rusty body. If I am able to tighten my body to the extent that I can run a Marathon then I would like to sign up for it. >
In reply to Yoshikayoya



**Shin Nishibori** @snishibori                    26 Jan

@SWdesignTOKYO 近所のサーファー達はこの島までパドリングで行くんですが、あまりに遠くて私には試そうという気にもなりません。笑

↰ In reply to 和田智 | Satoshi Wada

Jan 26/Shin Nishibori:<The surfers nearby go to this island by paddling, but I don't get myself to try because it is so far away. Haha.>
In reply to Satoshi Wada



**Shin Nishibori** @snishibori                    25 Jan

@shuyakyotojazz 私もメトロにどれだけ救われたか。。。未来の子供達、音楽文化の為にも沖野さんの動きに私も賛同します！

↰ In reply to Shuya Okino

Jan 26/Shin Nishibori: I have also been saved by Metro...I give my support to Okino-san's actions for the children of tomorrow and for the culture of music!

[12.pdf]



**Shuya Okino** @shuyakyotojazz                                    25 Jan

京都の市長選。僕が重視するのは、脱原発と風営法。原発の問題は、観光産業にも影響あるし、即ち経済の問題。日本を代表する都市の方向性という意味でも世界から注目を集める筈。そして、風営法は音楽文化と深い関わりがある。京都が文化都市であるならば、今一度真摯に考えなければならない問題。

↻ Retweeted by Shin Nishibori

Jan 26/Shuya Okino:<The City Mayor elections in Kyoto. What I focus on are nuclear disarmament and sex industry law. The travel industry is also affected and it will immediately be an economic problem. In terms of the direction of a city, which is representative of Japan, it should attract attention around the world.  Furthermore, the sex industry law is closely related to the music culture. If Kyoto is a city of culture it is truly a problem we have to think about now.>



**Shin Nishibori** @snishibori                                    25 Jan

@chisatonic 北さんに宜しくー。

← In reply to chisato

Jan 25/Shin Nishibori:<Please say hi to Kita-san.>



**Shin Nishibori** @snishibori                                    25 Jan

今の京都文化を作ってきた背景にはクラブの存在がすごく大きい。私もクラブMetroで沢山の刺激を受けた。京都を出て東京や世界の音楽文化の中心で活躍している人達が今あるのも、そんなクラブあっての事だと思う。今、そのクラブを潰そうとする動きがある。次の世代の光を消しちゃいけないよ。

Jan 25/Shin Nishibori:<The presence of clubs plays a huge role in shaping Kyoto's culture.  I was also stimulated a lot at the Club Metro.  I think people who are at the center of the music culture in the world and in Tokyo after leaving Kyoto attribute the presence of those clubs to what they have today.  Currently there is a movement to remove those clubs. We cannot put out the lights for the next generation. >
In reply to Yumi Shojima



**Shin Nishibori** @snishibori                                    25 Jan

京都の皆、クラブを守ろう！RT @tomoyukitanaka: 僕からも京都の有権者の皆さんにお願いします！ RT @shuyakyotojazz 今まで散々京都のクラブにお世話になったDJの皆さんが、ファンに向けて市長選の投票に行った方がいいって呼びかけてくれないかな？

Jan 25/Shin Nishibori: <Protect the clubs in Kyoto! I ask for all voters! Can all the DJs who frequented Kyoto's club enough call their fans to vote in the mayoral election?>



**Shin Nishibori** @snishibori                                    25 Jan

@HumorFunclub @aokisann 浮気してアナゴさんとでもいいですよー。

← In reply to しょうじま ゆみ

Jan 25/Shin Nishibori: <I can have an affair with Anago-san.>
In reply to Shojima Yumi



**Shin Nishibori** @snishibori                                    25 Jan

@malibusinobu 前の人 @tsuka24さん、どんどんと勇ましくなっておられます。笑)

← In reply to Sinobu Ura

Jan 25/Shin Nishibori:<The person before @ tsuka24-san, slowly getting braver. Ha-ha.>



**Shin Nishibori** @snishibori                                    25 Jan

@chitchathawaii 運んでみてわかったけど、男では絶対に必要だわ。そういう意味でもチトちゃん、SUPの方が良いかもねー。

← In reply to chito

Jan 25/Shin Nishibori:"Tried carrying and understood. It is definitely necessary for guys.  In that respect, Chito-chan, the SUP is probably better."



**Shin Nishibori** @snishibori                                    25 Jan

@chietanaka とっても気落ちが良かったです。島までクーラーボックスを持って行く人が多く、私達も次回はお弁当を持って行来たいなぁと。

← In reply to 田中千絵

Jan 25/Shin Nishibori<It was good to be calm.  There were a lot of people bringing cooler boxes to the island so next time I was thinking we should bring lunch boxes.>
In reply to Chie Tanaka



**Shin Nishibori** @snishibori                                    25 Jan

@aokisann @humorfunclub いつでもここに来たら波平号は待ってますよー。

← In reply to taiyo

Jan 25/Shin Nishibori: <Namihei-go is always waiting for you whenever you come here.>



**Shin Nishibori** @snishibori                                    25 Jan

@yoshikayoya 綺麗でしょー。いつか遊びにおいでねー。

← In reply to よしかようや

Jan 25/Shin Nishibori: <It's beautiful, right? Come visit someday.>
In reply to Yoya Yoshika

24

[13.pdf]

 **Shin Nishibori** @snishibori                          25 Jan
@makiszk 水着、買っちゃえ〜。笑）ハワイに1週間以上いると水着が3枚
は必要になりますよ。みんな下着がわりに着るしー。
← In reply to maki suzuki

Jan 25/Shin Nishibori:<Buy swimwear. Ha-ha.  If you stay in Hawaii for more than three weeks
you'll need 3 pieces of swim wear.  Everyone wears it as underwear anyways.>

 **Shin Nishibori** @snishibori                          25 Jan
@tomo_kon 近藤さんのキロ5分台がどんなに恐ろしく早いか、自分の体を
持って解ります。。。もうクタクタです。
← In reply to tomoyukikondo

Jan 25/Shin Nishibori:<You can understand with your own body how fast Kondo-san's 5 minute
Kilo is…..I am so exhausted.>

 **Shin Nishibori** @snishibori                          25 Jan
I just finished a 10.5 km run with a pace of 6'27"/km and a time of
1:07:50 with Nike+ GPS. #nikeplus

 **Shin Nishibori** @snishibori                          25 Jan
@HumorFunclub やっぱ、波平でしょ。
← In reply to しょうじま ゆみ

Jan 25/Shin Nishibori:<So it was Namihei right?>
In reply to Shojima Yumi

 **Shin Nishibori** @snishibori                          25 Jan
@shogo828 本格的なカヤックだ。昔、川下りをカヤックでした時は同じよう
なものでしましたがチンした経験あり。これは誰もが簡単にできるものなの
で、とっても楽チンです。
← In reply to shogo takayama

Jan 25/Shin Nishibori: <It's a professional kayak. Long time ago, I took a kayak down the river
but it didn't go well. Anyone can use this one and it's very easy.>

 **Shin Nishibori** @snishibori                          25 Jan
@makiszk モチロンです。ハワイに来るのに痩せる必要は全くなし！そう思
わせる人達でいっぱいです。笑
← In reply to maki suzuki

Jan 25/Shin Nishibori: <Of course. You do not have to lose weight to come to Hawaii! There are
many people who remind you of that. Haha.>



**Shin Nishibori** @snishibori                              25 Jan

@aokimusubi 効果ナシです。泣）近所で見かけるっていうのが良いですねー。

← In reply to 青木むすび

Jan 25/Shin Nishibori: [illegible]
<It doesn't work. Sobbing.  It is good that it will be found nearby.>
In reply to Aoki Musubi



**Shin Nishibori** @snishibori                              25 Jan

@aokimusubi すでにマツザキシゲル色。シミだらけの焼きちくわジジイになってきました。笑）

← In reply to 青木むすび

Jan 25/Shin Nishibori:<It's already the colors of Matsuzaki Shigeru.  Became the grilled fish sausage old man with wrinkles. Ha-ha. >
In reply to Aoki Musubi



**Shin Nishibori** @snishibori                              25 Jan

@kuromamekinako いろいろ考えたんですが、赤が一番可愛いなぁと。黄色だとレンタルと同じになっちゃうし。笑）いい運動になりました。

← In reply to 細井典子

Jan 25/Shin Nishibori:<I thought about it for a while but red is the cutest.  If it's yellow it will be the same as the rentals. Ha-ha. It was a good workout.>
In reply to Noriko Hosoi



**Shin Nishibori** @snishibori                              25 Jan

@SWdesignTOKYO 全米で一番綺麗な海として選ばれている場所なので、海がとっても綺麗なんです。左側の島は上陸でき、この脇はサーフポイントでもあります。

← In reply to 和田智 | Satoshi Wada

Jan 25/Shin Nishibori:<The place was chosen as the most beautiful beach in the entire US. The beach is very beautiful. You can land on the island to the left and there is a surf point on the side.>
In reply to Satoshi Wada | Satoshi Wada

[14.pdf]

 **Shin Nishibori** @snishibori                                      25 Jan
@aokimusubi オアフ島のラニカイビーチというところです。Mokuluaという2
つの島が目の前にあり、とても綺麗なところなんですよ。
↩ In reply to 青木むすび

Jan 25/Shin Nishibori: <It's called Lanikai Beach in Oahu. There are two islands called Mokulua
right in front. It's a beautiful place.>
In reply to Musubi Aoki

 **Shin Nishibori** @snishibori                                      25 Jan
初マイカヤック‼ pic.twitter.com/Q12tJ6OZ
📷 View photo

Jan 25/Shin Nishibori: < My first kayak!!>

 **Shin Nishibori** @snishibori                                      22 Jan
@usataku そこに反応したかぁ〜。笑)今日もいい天気でしたよ。二重に虹
がかかり、とても美しい夕暮れです〜。
↩ In reply to Taku Usami

Jan 22/Shin Nishibori: <There was a response there. Ha-ha. The weather today was beautiful. It
was a very beautiful sunset with the two layers of rainbow. >

 **Shin Nishibori** @snishibori                                      22 Jan
気がついたら走行10万マイル越えてたー。記念すべき時を見逃したー。
http://t.co/2XsLjfgC
📷 View photo

Jan 22/Shin Nishibori: <Before I realized I have exceeded 100,000 miles. I lost this memorable
moment.>

 **Shin Nishibori** @snishibori                                      22 Jan
@Matsuhiro 確かにそうですね。私の好きだった人も随分と会社を去りまし
た。これはアメリカ、日本の違いだけでは無く、企業や部署によっても大きく
異なるんでしょうね。
↩ In reply to Hiroshi Matsui

Jan 22/Shin Nishibori: <It's true. The person I liked left the company a lot.  This is America and
it's not just that it's different from Japan, depending on the company or department certain things
are hugely different.



**Shin Nishibori** @snishibori                                    22 Jan

@Matsuhiro お久しぶりです。winnerになる人が周り全体を見渡せて気配りのできる人でないと上手くも行かないですよね。独り勝ちしようとする人はいずれ居なくなるのも同時に見て来ました。

↰ In reply to Hiroshi Matsui

Jan 22/Shin Nishibori: <Long time. The winner must be someone who can see things from the larger point of view and show consideration for others. Otherwise, things won't go well. I have also seen that those who only think of themselves eventually disappear.>



**Hiroshi Matsui** @Matsuhiro                                    22 Jan

米国の企業で16年働いて競争に身を晒してきた。そしてしみじみ分かったこと。それは「winner takes all」ってこと。win-win なんて都合のいい時だけ。明日には win-lose にすぐ戻る。

↻ Retweeted by Shin Nishibori

Jan 22/re-tweeted by Shin Nishibori: <I worked at an American firm for 16 years and exposed my own body to competition.  Thus I understand how pathetic this was. This is basically a case of [winner takes all]. Win-win is only when it is convenient. Tomorrow the situation will quickly return to win-lose. >



**Shin Nishibori** @snishibori                                    22 Jan

@lequineguine 晋輔のお店は最高のプロダクトと同じ香りが漂ってるよ。気持ちと表現だよなぁ。ハワイはあったかいよ。部屋を空けておくし、遊びにおいでなー。

Jan 22/Shin Nishibori:<Shinsuke's store has the best products and smells the same. It's the feeling and expression. Hawaii is warm. I will prepare a room so please come and visit. >



**Shin Nishibori** @snishibori                                    22 Jan

カフェで働く仕事も会社でモノづくりをする仕事も心の持ち方や仕事の姿勢は全く一緒なんだよね。お客さんが喜んでもらえるようにプロとしての最高のおもてなしをすること。それも心の奥底から。

Jan 22/Shin Nishibori: Whether it is working in a café or making something in a company, the way to hold one's heart and the work attitude are all the same. As a professional, one holds oneself in the best way possible to gain the satisfaction from customers. That should be from the bottom of one's heart.

[15.pdf]



**Shin Nishibori** @snishibori                    22 Jan
モノを買いたい時に欲しいものがない。これってすごいストレス。自分だけが特別なものを欲しい訳じゃないと思うんだけど、実際に売られている物は余計なことをした物ばかり。私にとって「要らない」と思わせている原因の多くがデザインなのが悲しい。

Jan 22/Shin Nishibori: <One doesn't want anything when one wants to buy something.  This is a lot of stress.  I don't think I'm the only one wanting special things. But things that are actually sold are excessive. For me, the reason for making me not to want them is often the design. It's unfortunate.>



**Shin Nishibori** @snishibori                    22 Jan
車にしても家電にしても韓国に先を行かれた、、、などと勝ち負けを考える必要はないよなぁ。自分達が「欲しい・これが最高だ」と胸をはって言える物を一つずつ作り込んでいったら結果はついてくるものだと思うし。そんな事を思いながらの朝コーヒー。

Jan 22/Shin Nishibori: <"Whether it's cars or electronics, Korea has surpassed us"....it's not necessary to think of things that way in terms of winning or losing. I believe we can yield results if we take one things at a time and make products that we ourselves wish for and could regard as the best with confidence. I was thinking these things over a morning coffee.>



**Shin Nishibori** @snishibori                    21 Jan
@roccahako こいしさん、亡くなって丁度一年が経つんですね。素敵な演技をされる人だったんですね。同性愛Tがよく似合いってた。笑）白いフクロウかぁ、、、見てみたいです。
↑ In reply to Rocca

Jan 21/Shin Nishibori: <Koishi-san, it has been exactly one year since the death. It was someone who really gave amazing performances. Homosexual T really resembled. Ha-ha. The white bag…really want to see it.>



**Shin Nishibori** @snishibori                    21 Jan
@roccahako BOP！可愛いですね。真夜中にホノカアボーイの映画をみていたら、そんなシーンが出て来て思わずつぶやいちゃいました。みました？
↑ In reply to Rocca

Jan 21/Shin Nishibori: <BOP! It's so cute. When watching the Honoka Boy movie late at night, in that scene without thinking I murmured it. Did you see it? >



**Shin Nishibori** @snishibori                                      21 Jan

@kamisoe 随分前に半分までみてお預けだったんですが、真夜中に目覚めたので見直してみました。良い映画ですね。かなりのヒット作！

↩ In reply to kamisoe

Jan 21/Shin Nishibori: <I watched half of it a long time ago I woke up during the night and watched it again. It's a great movie. It was a big hit! >



**Shin Nishibori** @snishibori                                      21 Jan

誰かから「パンダの絵描ける？」と聴かれた時の為に練習しとこっと。

Jan 21/Shin Nishibori: <I'll practice just in case someone asks me, "Can you draw a panda?">



**Shin Nishibori** @snishibori                                      21 Jan

ムーンボーを見たくて見たくてしょうがない朝3時。ハワイ島へ行かなきゃ。

Jan 21/Shin Nishibori: <Itching to see a Moonbow at 3 a.m. Need to go to Hawaii Island.>



**Shin Nishibori** @snishibori                                      20 Jan

I just finished a 10.5 km run with a pace of 6'45"/km and a time of 1:10:56 with Nike+ GPS. #nikeplus



**Shin Nishibori** @snishibori                                      19 Jan

@aokisann @chihoyo こちらこそ小学生の様なツイートで。。。

↩ In reply to taiyo

Jan 19/Shin Nishibori: <This one also is a tweet like that from an elementary school student. >



**Shin Nishibori** @snishibori                                      19 Jan

@aokisann @chihoyo 何だろう、大（うんこ）がつくほど好きって、、、と思って前のツイートを見直したよ。

↩ In reply to taiyo

Jan 19/Shin Nishibori: <I'm not sure.  I thought…liking something to the extent of taking the big (poop) and re-read the previous tweet.>

30

[16.pdf]



**Shin Nishibori** @snishibori                                    17 Jan
@kuromamekinako @thosoi @tsuka24 もう嵐も落ち着きましたー。でも
今日一日は天気が悪くてずっと曇り空。植物の為には雨も降らないとねー。
← In reply to 細井典子

Jan 17/Shin Nishibori: <The storm has calmed down. However the weather today has not been
good and it has been cloudy. It has to rain for the sake of plants. >
In reply to Noriko Hosoi



**Shin Nishibori** @snishibori                                    17 Jan
I just finished a 10.4 km run with a pace of 6'52"/km and a time of
1:11:57 with Nike+ GPS. #nikeplus



**Shin Nishibori** @snishibori                                    17 Jan
ものすごいストームが朝からやってきている。まだ陽が昇る前で辺りは真っ
暗なだけに、轟音だけが響き渡る。壊れていて修理待ちの窓達が保ってく
れる事を祈る。

Jan 17/Shin Nishibori:<A big storm has arrived since the morning. The sun is yet to rise, so it's
pitch dark. Only the roaring noise echoes through. I am praying that the broken windows awaiting
repair will hold still.>



**Shin Nishibori** @snishibori                                    15 Jan
@u_tan_aotw ははは。京都離れて10年も経ちますし、知らない人だらけで
すよー。笑) そんなに顔、広くないですし。。。
← In reply to うーたん＝沢﨑晶

Jan 15/Shin Nishibori: <Hahaha. It will be 10 years since leaving Kyoto and I do not know
anyone. Ha-ha. I am not very sociable…….>
In reply to U-tan=Akira Sawazaki



**Shin Nishibori** @snishibori                                    15 Jan
@u_tan_aotw 桑田さん？私の知人ですか？
← In reply to うーたん＝沢﨑晶

Jan 15/Shin Nishibori: <Kuwata-san? Is it someone I know?>
In reply to U-tan=Akira Sawazaki



**Shin Nishibori** @snishibori                                    15 Jan
近所のイタリアンレストランBuona SeraでDinner。内装が空瓶で彩られて
いるのがとても良い。味も美味しかったのでリピートだな。
pic.twitter.com/yFZ8LzBu
View photo

31

Jan 15/Shin Nishibori: <Dinner at the Italian restaurant Buona Sera nearby. Interior is decorated with glass bottles. I will come back here since the food was also really good.>



柴那典 @shiba710                                                                      15 Jan
クラブシーンと風営法に関する京都市長候補からのコメント。時代遅れな規
制が横行している、と。/ "市長選挙の争点「若者文化」 - 中村和雄のブロ
グ" htn.to/81CLrd
↻ Retweeted by Shin Nishibori

Jan 15/Nori Shibana: <Comment from the Mayor candidate regarding the club scene and sex industry law.  Obsolete regulations are rampant. /"the debating point of the Mayor elections [young people culture] – Nakamura Kazuo's blog" >



**Shin Nishibori** @snishibori                                                        14 Jan
@vismix 皆さんでどうぞ〜。笑
← In reply to mai

Jan 14/Shin Nishibori: <With everyone, please. Haha.>



**Shin Nishibori** @snishibori                                                        14 Jan
@vismix まだまだ無理ですよー。クタクタだったもん。先ずはハーフを走れ
るようになる事を目標にします！
← In reply to mai

Jan 14/Shin Nishibori: <I am no way close to it. I was exhausted. My immediate goal is to complete the half Marathon!>



**Shin Nishibori** @snishibori                                                        14 Jan
@lwnish 今メールを送りました。
← In reply to 西村 佳哲

Jan 14/Shin Nishibori: <Right now I just sent you the email.>

[17.pdf]

 **Shin Nishibori** @snishibori                    14 Jan
@Haaaaan_chan コンドってみました。
← In reply to Naoko Hanzawa

Jan 14/Shin Nishibori: <I saw Kondo. >

 **Shin Nishibori** @snishibori                    14 Jan
I just finished a 10.2 km run with a pace of 7'18"/km and a time of
1:15:10 with Nike+ GPS. #nikeplus

 **Shin Nishibori** @snishibori                    14 Jan
@publicrelease :-) genki-genki! I'm getting better with ocean~!
← In reply to Eug / Public Release

 **Shin Nishibori** @snishibori                    13 Jan
@tomo_kon 21キロ!?元気すぎる〜
← In reply to tomoyukikondo

Jan 13/Shin Nishibori: <21 kilograms? So healthy.>

[page 7]

 **Shin Nishibori** @snishibori                    12 Jan
すごく綺麗な写真！うちらの周りでは鳥おやじショーと言われ、いつのまに
かユリカモメではなくオヤジが主役になっていました。RT @kidayasuo: パ
ンを受け止めようとしているユリカモメ @ 鴨川 flic.kr/p/ba31N6
🖻 View photo

Jan 12/Shin Nishibori: <It's such a pretty picture! Among us, it was called an Old Bird Man's
Show, and somehow the old man was the main character, not the black-headed gull. A black gull
that is trying to catch bread @ Kamogawa.>

 **Shin Nishibori** @snishibori                    12 Jan
@yucocom ものものものすご〜く小さいですが。笑）でも時々尾っぽが見え
るのが、ちょっと幸せです。
← In reply to yuco

Jan 12/Shin Nishibori: <It's really really really small. Ha-ha. However from time to time, it is
such joy to see the tail. >



**Shin Nishibori** @snishibori                              12 Jan
@T_SONOYAMA 確かにあれは時に便利かもしれないですが、どうも買っちゃいけない大人な道具（？）な気がして。笑
↩ In reply to ソノヤマ・タカスケ/T.SONOYAMA

Jan 12/Shin Nishibori: <It's true that sometimes it is convenient but it just feels like that it's a tool (?) which is adult toy should not buy. Ha-ha. >
In reply to Takasuke Sonoyama/T. SONOYAMA



**Shin Nishibori** @snishibori                              12 Jan
@chietanaka ははは。良い役で登場させてくださいとお伝えください。笑
↩ In reply to 田中千絵

Jan 12/Shin Nishibori: <Hahaha. Please communicate the wish to appear on stage in a good role. Hahaha.>
In reply to Chie Tanaka



**Shin Nishibori** @snishibori                              12 Jan
@INSPinfo 1月から3月頃まではハワイ近郊にクジラが集まるみたいなんです。
↩ In reply to 赤星淳一

Jan 12/Shin Nishibori: <I heard that from January to March whales would gather near Hawaii..>
In reply to Junichi Akaboshi

[18.pdf]



**Shin Nishibori** @snishibori                                    12 Jan
実際の写真だとこんなに小さい。笑RT @gracious_chika: @snishibori
待ってました！！あ〜雄大！しぶきが見えますね。あとは想像力で補います（笑）twitpic.com/86jhzn
View photo

Jan 12/Shin Nishibori: <An actual picture is this small. Haha. I have been waiting!! It's so
magnificent! You can see the spouting. The rest, I will try to imagine. (Haha).>



**Shin Nishibori** @snishibori                                    12 Jan
お家から潮を噴くクジラを撮影しようとしたが、遠過ぎて見えない。笑
twitpic.com/86jgip
View photo

Jan 12/Shin Nishibori: < I tried to take a picture of the whale wiping the tide from home but I
couldn't see since I was too far away. Haha>



**Shin Nishibori** @snishibori                                    11 Jan
@jurinsha オタスケマンの上枝さんですね!!
← In reply to やそはらまこと

Jan 11/Shin Nishibori: "It's [Kamieda] –san, the helping man!!"
In reply to Makoto Yasohara



**Shin Nishibori** @snishibori                                    9 Jan
@thosoi 日本は3つもタイトルをとったんですね。授賞式の [謎] をみてジーン
と。
← In reply to thosoi

Jan 9/Shin Nishibori: <Japan took three titles. I was touched after watching the medal
ceremony.>



**Shin Nishibori** @snishibori                                    9 Jan
澤さん、バロンドール受賞したんだ！なんて素晴らしい☆ことだ。

Jan 9/Shin Nishibori: <Sawa-san, won the Ballon D'or!  It's so amazing ☆!>



**Shin Nishibori** @snishibori                                    8 Jan
@chitchathawaii この前入り口まで行ったんだけど、途中で雨が降り出して
やむなく引き返し。またチャレンジしてみます。
← In reply to chito

Jan 8/Shin Nishibori: <I went up to the entrance the other day, but had to return because it started
raining in the middle. I'll try again.>

35



**Shin Nishibori** @snishibori                                    8 Jan

@thosoi @tsuka24 @kuromamekinako 怖くて起こせません。くわばらくわばら。

← In reply to thosoi

Jan 8/Shin Nishibori: <I'm too afraid to wake it up. Heaven forbid!>



**Shin Nishibori** @snishibori                                    8 Jan

@maki_gru2 @hidekazooooo ふて寝します。。。

← In reply to 高橋マキ

Jan 8/Shin Nishibori: <I am going to stay in bed.>
In reply to Maki Takahashi



**Shin Nishibori** @snishibori                                    8 Jan

朝4時に起きたけどKBS京都ラジオは何処にも見つからず。。。残念。

Jan 8/Shin Nishibori: <I woke up at 4 in the morning but I couldn't find KBS Kyoto radio anywhere…too bad. >



**Shin Nishibori** @snishibori                                    7 Jan

@maki_gru2 そしたら帰った時に聴きます〜。

← In reply to 高橋マキ

Jan 7/Shin Nishibori: <I will listen once I get home~. >
In reply to Maki Takahashi



**Shin Nishibori** @snishibori                                    7 Jan

@duncankerr I took the photo at my house. Please stay here if you have a plan to visit in Hawaii~.

← In reply to Duncan Kerr

36

[19.pdf]



**Shin Nishibori** @snishibori                          7 Jan
@maki_gru2 @lwnish 誰かUstreamかKeyholeTVにあげてくれないだろうか〜。切望。
← In reply to 高橋マキ

Jan 7/Shin Nishobori: <I wish someone uploads it to Ustream or Keyhole TV. Strongly requested.>
In reply to Maki Takahashi



**Shin Nishibori** @snishibori                          7 Jan
入らないかも〜。泣）RT @lwnish: 入るんだ！電波。RT @snishibori: おぉっ、聴かねば。ねば。RT @maki_gru2:【本日】1143KBS京都ラジオ夜11時〜11時半の「高橋マキのぐるぐる京都」ゲストは、働き方研究家の西村佳哲さんです。

Jan 7/Shin Nishibori: <There may not be any reception. Crying. Oh really? You get reception! Ah, I must listen to it. Listen to it. [Today] 1143 KBS Kyoto Radio 11 pm to 11:30 pm's [Takahashi Maki's Round and Round Kyoto]. The guest is a labor researcher Nishimura Yoshiaki-san.



**Shin Nishibori** @snishibori                          7 Jan
@tari444 あまりに綺麗なので、あとでビーチまで散歩してきます。
← In reply to Tariho Nishimura

Jan 7/Shin Nishibori: <Since it is so beautiful, I will take a walk on the beach.>



**Shin Nishibori** @snishibori                          7 Jan
@Kay_aka_TAMAKI ハワイも今が満月なのかなぁ？まだ7日だけど。。。
← In reply to Kay a.k.a. TAMAKI

Jan 7/Shin Nishibori: <Is there a full moon today in Hawaii as well? It's still the 7th…..>



**Shin Nishibori** @snishibori                          7 Jan
おぉっ、聴かねば。ねば。RT @maki_gru2:【本日】1143KBS京都ラジオ夜11時〜11時半の「高橋マキのぐるぐる京都」ゲストは、働き方研究家の西村佳哲（ @lwnish)さんです。

Jan 7/Shin Nishibori: <If you couldn't listen. If couldn't.   [Today] 1143 KBS Kyoto Radio 11 pm to 11:30 pm's [Takahashi Maki's Round and Round Kyoto]. Guest is the way of working researcher Nishimura Yoshiaki-san.



**Shin Nishibori** @snishibori                          7 Jan
明日は早起きする？RT @tsuka24: Usedの8.5ftをゲット。もう後戻りはできない。。。pic.twitter.com/xO7OBCWB
📷 View photo

37

Jan 7/Shin Nishibori: <Will you wake up early tomorrow?    Got the used 8.5ft. There is no turning back now……>



**Shin Nishibori** @snishibori                                    7 Jan
今宵は月明かりがまぶしく、海が浮き上がって見える。
twitpic.com/84mxch
🖻 View photo

Jan 7/Shin Nishibori: <Tonight, the moonlight is so bright. You can see the ocean floating.>



**Shin Nishibori** @snishibori                                    7 Jan
@kuromamekinako 逆さに映らなかったら天体望遠鏡が一番なんです
が、、、最新のはその辺り電子処理されていたりするんでしょうかねぇ？
← In reply to 細井典子

Jan 7/Shin Nishibori:<If the image is not projected upside down, then an astronomical telescopes are the best...do the recent ones electronically process the image?>
In reply to Noriko Hosoi



**Shin Nishibori** @snishibori                                    6 Jan
@hajimeyoshizawa おめでとうございます！
← In reply to HajimeYoshizawa

Jan 6/Shin Nishibori: <Happy New Year!>



**Shin Nishibori** @snishibori                                    5 Jan
@vismix ハワイの方が日本より安全だからね。クジラもそのあたり、良く
解っているのかも。ハワイでは何も食べないぶん、いっぱい飛び跳ねて遊
ぶんだろうなぁ。
← In reply to mai

Jan 5/Shin Nishibori: <Hawaii is safer than Japan.  The whales are nearby and they probably are very aware. At the same time there is nothing to eat in Hawaii, they jump and play around a lot. >

[20.pdf]



**Shin Nishibori** @snishibori                                      5 Jan
@vismix 1月になって急にクジラが現れました。面白いですねー。
← In reply to mai

Jan 5/Shin Nishibori: <The whale suddenly emerged in January. It's interesting.>



**Shin Nishibori** @snishibori                                      5 Jan
@T_SONOYAMA おめでとー！
← In reply to ソノヤマ・タカスケ/T.SONOYAMA

Jan 5/Shin Nishibori: <Happy New Year!>



**Shin Nishibori** @snishibori                                      5 Jan
@T_SONOYAMA はい、でも遠くだから双眼鏡で見ないと実物は見れない
んです。肉眼だと潮を吹くのがやっと見えるほど。天体望遠鏡はまだ上下逆
さまに見えるのかなぁ？
← In reply to ソノヤマ・タカスケ/T.SONOYAMA

Jan 5/Shin Nishibori: <Yes, but you can't really see the actual thing unless you have a telescope
because it is far away. Finally the blowing of the tides can be seen with the naked eye. I wonder if
it is possible to look upside down with an astronomical telescope? >
In reply to Takasuke Sonoyama/T. SONOYAMA



**Shin Nishibori** @snishibori                                      5 Jan
お家の二階からクジラ発見。望遠鏡、欲しいなぁー。

Jan 5/Shin Nishibori: <I found a whale from the second floor of my house. I really want a
telescope. >



**Shin Nishibori** @snishibori                                      5 Jan
@vismix それにテレビ小僧の番組表が加わると日本のテレビ見放題です
ね。
← In reply to mai

Jan 5/Shin Nishibori: <If you include the youngster television program then watching Japan TV
is unlimited.>



**Shin Nishibori** @snishibori                                      5 Jan
@m_olog 小さめだけど普通のバナナです。そのままでも美味しかったです
が、バナナチップを作ったり、揚げても美味しそうですね。
← In reply to masamiologbosere

Jan 5/Shin Nishibori: <It's a little small but it's a normal banana.  It tastes good as it is but
turning them into banana chips or frying them will also make them tasty. >

39



**Shin Nishibori** @snishibori                          4 Jan
@INSPinfo 不正解です。笑
← In reply to 赤星淳一

Jan 4/Shin Nishibori: <Wrong answer. Haha.>
In reply to Junichi Akaboshi



**Shin Nishibori** @snishibori                          3 Jan
わいじゃー。笑）RT @manabucchie: @snishibori バナナを持っている方
はやっぱり現地のお知り合いか何かですか？

Jan 3/Shin Nishibori: <It's me! haha. Does the person who owns a banana tree someone you know from the area?>



**Shin Nishibori** @snishibori                          3 Jan
@thosoi 当分「バナナ料理〜」です。
← In reply to thosoi

Jan 3/Shin Nishibori: <I will have banana cuisine for a while.>



**Shin Nishibori** @snishibori                          3 Jan
@yoshikayoya バナナは一つの木に一つの花だけがひらき、実は一度し
か出来ないんですね。なので実を採った時に木も切り落とすのでこれで全
部です。でもツクシのように根っこが繋がっていて次々に木が育つので次の
バナナも数ヶ月後には採取できそうです。
← In reply to よしかようや

Jan 3/Shin Nishibori: <Banana comes from one flower blossoming on one tree and the seed can only develop once. Therefore when you take the seed the tree will also be cut down so this is the whole thing. However similar to the horsetail, the roots are connected and the trees are continuously grown so the next banana can be picked within the next few months. >
In reply to Yoshikayoya



**Shin Nishibori** @snishibori                          3 Jan
@Yam_eye バナナは完熟する前に採取しないと鳥や蟻などに直ぐに食べ
らてしまうので、私もまだ完熟したバナナを食べていないんです。。。今回、2
本が既に鳥たちに完食されていたんですが、それでも少し青いバナナの味
でした。
← In reply to 山中俊治 Shunji Yamanaka

Jan 3/Shin Nishibori: <If the bananas are not picked before becoming ripe then birds or ants will eat them so I am still not eating bananas that are ripe. This time, 2 are already eaten by birds and even so there was still a slight green banana taste.>
In reply to Shunji Yamanaka/Shunji Yamanaka

[21.pdf]



**Shin Nishibori** @snishibori                    3 Jan

@T_SONOYAMA 近所だったら園山さん、バナナ食べ放題だったのに
ね〜。バナナって木に一回しか実がならないので、収穫後に木を根元から
切っちゃうんですよ。何だか可哀想でしょ。

← In reply to ソノヤマ・タカスケ/T.SONOYAMA

Jan 3/Shin Nishibori: <Sonoyama-san, if we were neighbors, you could have had all-you-can-eat
bananas. Since bananas only grow on trees once, the trees are removed from their roots. Sad, isn't
it?>



**Shin Nishibori** @snishibori                    3 Jan

@vismix 大漁すぎて、笑。近かったらお裾分けに行くのに〜。

← In reply to mai

Jan 3/Shin Nishibori: <Yea, it was a big catch. Haha. If you lived close, I would have come to
share them with you.>



**Shin Nishibori** @snishibori                    3 Jan

@T_SONOYAMA はい、庭にバナナの木があり、今日が収穫日でした。
次々と実がなってきているので、当分はバナナには困らなさそうです。笑
lockerz.com/s/171342601

← ⊡ View photo

Jan 3/Shin Nishibori: <Yes, there is a banana tree in the garden and today we collected them. The
seeds have been continuously forming so in the meantime it seems that there will be no lack of
bananas.  Ha-ha.>



**Shin Nishibori** @snishibori                    3 Jan

朝からバナナ収穫〜。twitpic.com/82sav7

⊡ View photo

Jan 3/Shin Nishibori: <Collecting bananas starting in the morning.>



**Shin Nishibori** @snishibori                    2 Jan

@thosoi チクショー、うらやましいなぁ。

← In reply to thosoi

Jan 2/Shin Nishibori: <Son of a bitch, I am so jealous.>



**Shin Nishibori** @snishibori                    2 Jan

@duncankerr it's looks very yummy! Enjoy

← In reply to Duncan Kerr

41



**Shin Nishibori** @snishibori                     1 Jan

@thosoi おめでとうございます。今朝は6時に起きて裏山に登って御来光を
楽しみました。是非一緒に登りましょうねー。

↩ In reply to thosoi

Jan 1/Shin Nishibori: <Happy New Year. This morning, I woke up at 6 a.m. and climbed the
mountain behind the house to see the sunrise. Let's go climb together.>



**Shin Nishibori** @snishibori                     1 Jan

@vismix こちらは今日も良い天気ですー。 lockerz.com/s/170728395

↩ 🖾 View photo

Jan 1/Shin Nishibori: <The weather is great here too.>



**Shin Nishibori** @snishibori                     1 Jan

@chikaaoc 今年は新年早々良いスタートでしたね！

↩ In reply to 大塚　千夏子

Jan 1/Shin Nishibori: <This new year  started out great.>
In reply to Chikako Otsuka



**Shin Nishibori** @snishibori                     1 Jan

@HumorFunclub しながわ(笑)さん、あけましておめでとう。こちらこそ今年
もよろしくねー。

↩ In reply to しょうじま ゆみ

Jan 1/Shin Nishibori: <Shinagawa-san (haha), Happy New Year. Hope you have a great year as
well.>
In reply to Shojima Yumi

[22.pdf]



**Shin Nishibori** @snishibori    1 Jan
@hrsozk コンドーちんと一緒ですー。オザキさんもぜひ来てくださいねー。
← In reply to ozk

Jan 1/Shin Nishibori: < I am with Kondo-chan. Ozaki-san also please come and visit>.



**Shin Nishibori** @snishibori    1 Jan
@chietanaka おめでとうございますー。今年もよろしくお願いしますー。
← In reply to 田中千絵

Jan 1/Shin Nishibori: <Happy New Year. Hope you have a great year.>
In reply to Chie Tanaka



**Shin Nishibori** @snishibori    1 Jan
@T_SONOYAMA おめでとうございますー。去年の分迄笑える年にしたいですね〜。
← In reply to ソノヤマ・タカスケ/T.SONOYAMA

Jan 1/Shin Nishibori: <Happy New Year. I hope this year brings out all the laughter that was due last year.>
In reply to Sonoyama Takasuke/T.SONOYAMA



**Shin Nishibori** @snishibori    1 Jan
@hiroshimakino66 🈁おめでとうございまーす。
← In reply to hiroshi makino

Jan 1/Shin Nishibori: <Happy New Year.>



**efish_kyoto** @efish_kyoto    30 Dec
年末年始の営業のお知らせです。今日12/31から1/3までの4日間、お正月休みをいただくことになりました。ご来店を予定されていたみなさまには大変ご迷惑をおかけいたしますが、よろしくお願いします。詳しくはこちら→bit.ly/rvuE9
↻ Retweeted by Shin Nishibori

Dec 30/efish_kyoto: <,Here is information on the operations around the New Year's holiday season. From today 12/31 to 1/13 business will be closed during these four days for break. Apologies for anyone who was planning on visiting the store. Thank you very much. For more information please refer to following link → >



**Shin Nishibori** @snishibori    30 Dec
@tohruk おかえりなさーい。🈁いれたるし、またおいでねー。
← In reply to tohru kurata

Dec 30/Shin Nishibori: <Welcome back. I'll make [illegible]. Come again.>

43



**Shin Nishibori** @snishibori                30 Dec

@malibusinobu いつでも2階にどうぞ〜。

↰ In reply to Sinobu Ura

Dec 30./Shin Nishibori: <Come over to the second floor anytime.>



**Shin Nishibori** @snishibori                30 Dec

@malibusinobu 晋さんのですが、美味しいコーヒーはのみたいですか？

↰ In reply to Sinobu Ura

Dec 30/Shin Nishibori: <It's Shin-san's. Do you want to have good coffee?>



**Shin Nishibori** @snishibori                30 Dec

ええどすなぁ〜。RT @kidayasuo: こんな美味しい、みたらし団子、食べたことない。pic.twitter.com/SH9Ha5er

🖼 View photo

Dec 30/Shin Nishibori: <Nice. I haven't had such a delicious mitarashi dango.>



**Shin Nishibori** @snishibori                29 Dec

@chikaaoc ここでみれるよ。ja.justin.tv/sakurin　でも年賀状の邪魔かな？

↰ ▶ View video

Dec 29/Shin Nishibori: <You can see it here. But maybe this is a distraction since you are writing New Year's cards?>



**Shin Nishibori** @snishibori                29 Dec

@chikaaoc ラッキー！良かったね。京都も良い試合をしていたから楽しみ

[text cut off]

44



**TRANSPERFECT**

### CERTIFICATE OF ACCURACY

I, Kayoko Imori, of TransPerfect, Inc. do hereby declare that the following is, to the best of my knowledge and belief, a true and accurate translation, within the given parameters, of the document Shin Nishibori Twitter Feed from December 2011- April 2012, translated from Japanese into English.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the United States on this 17th day of April, 2012.

Kayoko Imori
TransPerfect Translations, Inc.

Sworn before me this
17th of April, 2012

Signature, Project Manager

Signature, Notary Public

KEVIN M KELLEY JR
Notary Public - State of New York
No. 01-KE-6229268
Qualified in Queens County
Commission Expires October 4 2014

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NY, NY 10016 l T 212.689.5555 l F 212.689.1059 l WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE