# EXHIBIT 12

# Sketches of Pre-iPhone Designs Considered by Apple

PLAINTIFF'S EXHIBIT NO.   1

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____



APLNDC-0001278008



Plaintiff's Exhibit No. 1.3

# CAD Images of Pre-iPhone Designs Considered by Apple



Plaintiff's Exhibit No. 1.4

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



4

CX-2173C

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 13, 2006)



Concept2.wire (CX-2173C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



15

CX-2174C

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# CAD Images of Pre-iPhone Designs Considered by Apple (March 15, 2006)



m68-metal-r8-0315.wire (CX-2174C)

# **Photographs of Models of Pre-iPhone Designs Considered by Apple**



# Photographs of Models of Pre-iPhone Designs Considered by Apple





# Photographs of Models of Pre-iPhone Designs Considered by Apple











Apple Proto 1017 (CX-2178C)

# Photographs of Models of Pre-iPhone Designs Considered by Apple





Apple Proto 1015

# Photographs of Models of Pre-iPhone Designs Considered by Apple







Apple Proto 1015

Plaintiff's Exhibit No. 1.30

# Photographs of Models of Pre-iPhone Designs Considered by Apple





Apple Proto 0956 (CX-2176C)

# Photographs of Models of Pre-iPhone Designs Considered by Apple











Apple Proto 0956 (CX-2176C)

# Photographs of Models of Pre-iPhone Designs Considered by Apple





Apple Proto 506

# Photographs of Models of Pre-iPhone Designs Considered by Apple








Apple Proto 506

# Photographs of Models of Pre-iPhone Designs Considered by Apple

 

Apple Proto 0392 (CX-2175C)

# Photographs of Models of Pre-iPhone Designs Considered by Apple











Apple Proto 0392 (CX-2175C)

Plaintiff's Exhibit No. 1.36

# Photographs of Models of Pre-iPhone Designs Considered by Apple





Apple Proto 897

# Photographs of Models of Pre-iPhone Designs Considered by Apple








Apple Proto 897

# Photographs of Models of Pre-iPhone Designs Considered by Apple




# Photographs of Models of Pre-iPhone Designs Considered by Apple








Apple Proto 0399 (Bressler Ex 18)

# Photographs of Models of Pre-iPhone Designs Considered by Apple





Apple Proto 915

# Photographs of Models of Pre-iPhone Designs Considered by Apple








Apple Proto 915

# Photographs of Models of Pre-iPhone Designs Considered by Apple





Apple Proto 0961 (CX-2182C)

# Photographs of Models of Pre-iPhone Designs Considered by Apple







Apple Proto 0961 (CX-2182C)

# Photographs of Other Models of Designs Considered by Apple

44



# Photographs of Other Models of Designs Considered by Apple





Apple Proto 0383 (Bressler Ex 17)

# Photographs of Other Models of Designs Considered by Apple








Apple Proto 0383 (Bressler Ex 17)

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 358, CX-1730C

# Photographs of Other Models of Designs Considered by Apple








Apple Proto 358, CX-1730C

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 335

# Photographs of Other Models of Designs Considered by Apple







Apple Proto 335

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 87

# Photographs of Other Models of Designs Considered by Apple













Apple Proto 87

# Photographs of Other Models of Designs Considered by Apple




Apple Proto 928

# Photographs of Other Models of Designs Considered by Apple








Apple Proto 928

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 976

# Photographs of Other Models of Designs Considered by Apple








Apple Proto 976

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 0337 (CX-2183C)

# Photographs of Other Models of Designs Considered by Apple








Apple Proto 0337 (CX-2183C)

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 0355 (Bressler Ex 15)

# Photographs of Other Models of Designs Considered by Apple











Apple Proto 0355 (Bressler Ex 15)

# Photographs of Other Models of Designs Considered by Apple





Apple Proto 0363 (Bressler Ex 16)

# Photographs of Other Models of Designs Considered by Apple







Apple Proto 0363 (Bressler Ex 16)

# Photographs of Other Models of Designs Considered by Apple






Apple Proto 0834 (Bressler Ex 19)

# Photographs of Other Models of Designs Considered by Apple



Apple Proto 0834 (Bressler Ex 19)

# Sketches of Pre-iPad Designs Considered by Apple







APLNDC0001310059

APLNDC0001310062



# CAD Images of Pre-iPad Designs Considered by Apple



# CAD Images of Pre-iPad Designs Considered by Apple (Feb. 23, 2004)



# CAD Images of Pre-iPad Designs Considered by Apple (Feb. 23, 2004)



q79_pebble_0223.wire (Stringer Ex 8)

# CAD Images of Pre-iPad Designs Considered by Apple (Feb. 23, 2004)



q79_pebble_0223.wire (Stringer Ex 8)

# CAD Images of Pre-iPad Designs Considered by Apple (Mar. 25, 2004)



Stringer Ex 7

# CAD Images of Pre-iPad Designs Considered by Apple (Mar. 25, 2004)



q79_pebble4_0325.wire (Stringer Ex 7)

# CAD Images of Pre-iPad Designs Considered by Apple (Mar. 25, 2004)



q79_pebble4_0325.wire (Stringer Ex 7)

# CAD Images of Pre-iPad Designs Considered by Apple (Mar. 25, 2004)



q79_pebble4_0325.wire (Stringer Ex 7)

Plaintiff's Exhibit No. 1.75

# CAD Images of Pre-iPad Designs Considered by Apple (May 4, 2004)



Stringer Ex 9

# CAD Images of Pre-iPad Designs Considered by Apple (May 4, 2004)



tab_0504.wire (Stringer Ex 9)



# CAD Images of Pre-iPad Designs Considered by Apple (May 4, 2004)



tab_0504.wire (Stringer Ex 9)



# CAD Images of Pre-iPad Designs Considered by Apple (May 4, 2004)



tab_0504.wire (Stringer Ex 9)



# CAD Images of Pre-iPad Designs Considered by Apple (May 4, 2004)



tab_0504.wire (Stringer Ex 9)



# CAD Images of Pre-iPad Designs Considered by Apple (May 4, 2004)



tab_0504.wire (Stringer Ex 9)



# CAD Images of Pre-iPad Designs Considered by Apple (Jan. 20, 2006)



APLNDC-Y0000149044

Plaintiff's Exhibit No. 1.82

# CAD Images of Pre-iPad Designs Considered by Apple (Jan. 20, 2006)



m53034.tiff (APLNDC-Y0000149045)

# CAD Images of Pre-iPad Designs Considered by Apple (Jan. 3, 2006)



APLNDC-Y0000149048

# CAD Images of Pre-iPad Designs Considered by Apple (Jan. 3, 2006)



m53017.tiff (APLNDC-Y0000149049)

# Photographs of Models of Tablet Designs Considered by Apple



# Photographs of Models of Tablet Designs Considered by Apple









Apple Proto 0848 (Bressler Ex 8)



# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 0848 (Bressler Ex 8)



# Photographs of Models of Tablet Designs Considered by Apple






Apple Proto 0874 (Bressler Ex 9)

# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 0874 (Bressler Ex 9)

# Photographs of Models of Tablet Designs Considered by Apple









Apple Proto 1202 (Bressler Ex11)

# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 1202 (Bressler Ex11)

# Photographs of Models of Tablet Designs Considered by Apple









Apple Proto 1216 (Bressler Ex12)

# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 1216 (Bressler Ex12)

# Photographs of Models of Tablet Designs Considered by Apple





Apple Proto 839

# Photographs of Models of Tablet Designs Considered by Apple







Apple Proto 839

# Photographs of Models of Tablet Designs Considered by Apple






Apple Proto 867

# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 867

# Photographs of Models of Tablet Designs Considered by Apple






Apple Proto 890

# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 890