# EXHIBIT 13

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

November 8, 2011

<u>VIA ELECTRONIC MAIL</u>

Mia Mazza
Morrison & Foerster
425 Market Street
San Francisco, California 94105-2482

Re:   *Apple v. Samsung Elecs. Co. et al.*, Case No. 11-cv-1846 LHK (N.D. Cal.)

Dear Mia:

It has come to Samsung's attention that Apple generated designs based on Sony's design language and created actual, three-dimensional models of these designs.  *See* October 27, 2011 Deposition of Eugene Whang at 88:10-92:19; documents bearing production numbers APLNDC-NCC00000200-217; APLNDC0000038109-38166; APLNDC0000038016-38040; October 31, 2011 Deposition of Richard Howarth at 17:23-26:25.  Please produce the documents related to the Sony design exercise/investigation, including but not limited to the notebooks, diagrams, progress reports, studies, internal memoranda, contracts for services, and communications that reflect Sony designs or that include the name or logo of Sony (or "Jony"), depictions of Sony products, or references to Sony's design language.  Please also produce the physical models that Apple created of the designs generated from this exercise/investigation.  These materials are responsive to at least Samsung's Request for Production Nos. 16 and 98.

Also, it appears Apple created designs based on other smart phones, including but not limited to the Treo and the Razr.  *See, e.g.*, documents bearing productions numbers APLNDC0000036646, 36657, 36892, 37167, 37177.  Please produce the documents related to these exercises/investigations, including but not limited to the notebooks, diagrams, progress reports,

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia 20004-2400 | TEL (202) 756-1950 FAX (202) 756-1951
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712

studies, internal memoranda, contracts for services, and communications that include the names or logos of these and all other prior art smart phones. Please also produce the physical models or prototypes created in connection with these exercises/investigations.

Very truly yours,

*/s/*

Michael T. Zeller