| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Michael T. Zeller (Cal. Bar No. 196417)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS<br>CO., LTD., SAMSUNG ELECTRONICS<br>AMERICA, INC. and SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.   11-cv-01846-LHK (PSG)<br><br>**JOINT STATEMENT REGARDING JURY BINDER** |

1    In accordance with the Court's order during the July 27, 2012 hearing, the parties have
2    attached as Exhibit 1 a joint chart outlining their disputes in connection with the chart of asserted
3    claims for the jury binder.

5    Dated: July 28, 2012

6    MORRISON & FOERSTER LLP         QUINN EMANUEL URQUHART & SULLIVAN, LLP

8    By: */s/ Michael A. Jacobs*         By: */s/ Victoria F. Maroulis*

9        HAROLD J. MCELHINNY            CHARLES K. VERHOEVEN
         MICHAEL A. JACOBS              KEVIN P.B. JOHNSON
10       JENNIFER LEE TAYLOR           VICTORIA F. MAROULIS
         ALISON M. TUCHER              EDWARD DEFRANCO
11       RICHARD S.J. HUNG             MICHAEL T. ZELLER
         JASON R. BARTLETT

12       Attorneys for APPLE INC.       Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Statement Regarding Jury Binder. In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: July 28, 2012                    /s/ *Michael A. Jacobs*
                                        Michael A. Jacobs