| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant Apple Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S CORRECTED OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S RULE 26(a)(3) DEPOSITION DESIGNATIONS** |

Apple submits the following corrected objections and counterdesignations to Samsung's amended deposition designations, filed on July 23, 2012 and as corrected on July 25, 2012.

## I.   OBJECTIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS

Apple objects to Samsung's presentation of deposition testimony from:

- any Apple employee or expert witness who is available to testify live at trial, unless the testimony was provided under Rule 30(b)(6) of the Federal Rules of Civil Procedure or by a managing agent;

- any presently-employed Samsung employee on the ground that such employees are not unavailable to Samsung;

- any witness whose deposition took place after the fact discovery close, except depositions taken by agreement of the parties or under Court order in this action;

- any witness within the Court's subpoena powers under Rule 45(b)(2) and not under court order or prior agreement of the parties; and

- any Apple expert not listed in Apple's revised witness list, filed on July 23, 2012.

Apple's specific objections and counterdesignations to Samsung's individual deposition designations are contained in the attached Exhibit A.

Dated: July 28, 2012                MORRISON & FOERSTER LLP

                                    By:   /s/ Michael A. Jacobs
                                          Michael A. Jacobs

                                    WILMER CUTLER PICKERING HALE AND DORR LLP

                                    By:   /s/ Mark D. Selwyn
                                          Mark D. Selwyn

                                    For Plaintiff APPLE INC.