HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ALISON M. TUCHER IN SUPPORT OF APPLE'S REQUEST FOR CORRECTION TO DESIGN PATENT CLAIM CONSTRUCTION** |

I, Alison M. Tucher, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein. I make this declaration in support of Apple's Request for Correction to Design Patent Claim Construction.

2. I sent a request by email to Samsung's counsel on July 28, 2012, at 12:18 p.m. informing Samsung that Apple intends to file a motion asking for correction to the Design Patent Claim Construction Order. I asked that they inform us by 2:00 p.m. whether they intend to oppose the motion. A copy of that email is attached as Exhibit A.

3. As of 2:15 p.m. I had received no response from Samsung.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2012 at San Jose, California.

        */s/ Alison M. Tucher*
        Alison M. Tucher

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Alison M. Tucher has concurred in this filing.

Dated: July 28, 2012             /s/ *Michael A. Jacobs*
                                 Michael A. Jacobs