Exhibit A

**From:**  Tucher, Alison M.
**Sent:**  Saturday, July 28, 2012 12:18 PM
**To:**  Samsung v. Apple
**Cc:**  'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo
**Subject:** Request for Correction re Design Patent Claim Construction Order

Vicki and Team,

Apple intends to request correction of some small errors in the Court's design patent claim construction issued last night:

1.  In the '087 claim construction, "46" should be "48."
2.  In the '677  claim construction, "6" should be "8."
3.  In the '677 and '889 claim construction, "transparent, translucent and highly polished or reflective surface" should be "transparent, translucent or highly polished or reflective surface."

Will Samsung oppose this request?  Please let us know by 2 PM.  Thank you.

Alison

-----------------------------------------------------------------
**Alison Tucher**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7269
ATucher@mofo.com