QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.   11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTION TO APPLE'S REQUEST FOR CORRECTION OF DESIGN PATENT CLAIM CONSTRUCTION ORDER** |

1  Samsung Electronics Co, Ltd., Samsung Electronics America, Inc. and Samsung
2  Telecommunication America, LLC (collectively, "Samsung") hereby object to Apple, Inc.'s
3  ("Apple") Request for Correction of the Court's Design Patent Claim Construction Order.
4  Samsung does not object to the typographical corrections to the number of figures shown in
5  the D'087 and D'677 patents. Apple's suggested revision to the Court's Order as it relates to the
6  oblique lines shown on the D'889 and D'677 designs, however, is a far cry from a "correction." It
7  is an improper motion for reconsideration of a substantive issue and is contrary to the plain
8  language of MPEP 1530.02. Indeed, Apple urged this very construction in its opening claim
9  construction brief, but the Court declined to adopt it. Dkt. 1089-3, at 3. Apple offers no
10 legitimate grounds for reconsideration at all, so the request should be rejected on that basis alone.
11 Apple is also wrong on the merits. As the Court properly stated, MPEP section 1530.02 (II)
12 provides that "[o]blique line shading must be used to show transparent, translucent and highly
13 polished or reflective surfaces." Dkt. 1425, at 9, 10. Indeed, Apple has repeatedly cited and
14 quoted the very MPEP section that it now attempts to quarrel with. *See, e.g.,* Dkt. 997-02, at 10
15 (Apple citing and relying on this MPEP provision); Dkt. 1089-3, at 3 (same). Apple's purported
16 request for this "correction" should be denied.

DATED: July 28, 2012

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By /s/ *Victoria Maroulis*
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC., and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC