1    [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11   | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
     |---|---|

12   Plaintiff,

     **JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS**

13          vs.

14   SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG

     **Date:   July 28, 2012**

15   ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG

16   TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

     **Judge:  Hon. Lucy H. Koh**

17

18          Defendant.

19

20

21

22

23

24

25

26

27

28

1    Supplementing their last Statement filed on July 26, 2012, the parties inform the Court

2    that, after meeting and conferring again on Friday, July 27 and Saturday, July 28, and the parties

3    were able to resolve even more of the disputes regarding the parties' respective translations

4    The parties will continue to discuss a much smaller number of disputed translations,

5    including in particular those that each party served subsequent to the July 26, 2012 meet and

6    confer that was the subject of the last Statement the parties submitted.  Because further agreements

7    on some if not all of these additional translations appears likely if the parties have additional time,

8    the parties have agreed to review these new translations each just received and to meet and confer

9    again on Sunday, July 29, 2012 at 3:00 pm.  The parties will also at that time meet and confer on

10    the process for resolution at trial of any remaining disputed translations.

11    The parties will stipulate to and substitute mutually agreeable translations for the exhibits

12    on which agreement has been made.

13    The parties will submit another statement concerning these additional translations, by

14    Sunday, July 29, 2012 at 6 pm.

15

16    MORRISON & FOERSTER LLP                    QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP
17

18

19    By:___/s/ Richard Hung_____             By:___/s/ Victoria Maroulis_____
        HAROLD J. MCELHINNY                        CHARLES K. VERHOEVEN
20      MICHAEL A. JACOBS                          KEVIN P.B. JOHNSON
        RACHEL KREVANS                             VICTORIA F. MAROULIS
21      JENNIFER LEE TAYLOR                        MICHAEL T. ZELLER
        ALISON M. TUCHER
22      RICHARD S.J. HUNG                         Attorneys for SAMSUNG ELECTRONICS
        JASON R. BARTLETT                         CO. LTD, SAMSUNG ELECTRONICS
23                                                AMERICA, INC., AND SAMSUNG
        Attorneys for APPLE INC.                  TELECOMMUNICATIONS AMERICA,
24                                                LLC.

25

26

27

28