HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**REPLY DECLARATION OF ALISON M. TUCHER IN SUPPORT OF APPLE'S MOTION TO ENFORCE COURT ORDERS REGARDING SONY DESIGNS** |

I, Alison M. Tucher, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein. I make this Reply Declaration in Support of Apple's Motion to Enforce Court Orders Regarding Sony Designs.'

2. I am informed by one of my law partners that Apple produced .jpeg files showing a model made of the design in Mr. Nishibori's "Sony-style" CAD drawings just a few hours after those files came into Apple's possession. Counsel recovered the .jpeg images from Mr. Nishibori shortly before his deposition.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Richard Howarth, taken July 16, 2012.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of Shin Nishibori, taken May 2, 2012.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Christopher Stringer, taken November 4, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2012 at San Jose, California.

                 */s/ Alison M. Tucher*
                 Alison M. Tucher

TUCHER DECL. ISO APPLE'S REPLY RE MOT. TO ENFORCE COURT ORDERS RE SONY DESIGNS
CASE NO. 11-CV-01846 LHK (PSG)
sf-3176367

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Alison M. Tucher has concurred in this filing.

Dated: July 28, 2012          */s/ Michael A. Jacobs*
                              Michael A. Jacobs

TUCHER DECL. ISO APPLE'S REPLY RE MOT. TO ENFORCE COURT ORDERS RE SONY DESIGNS
CASE NO. 11-CV-01846 LHK (PSG)
sf-3176367

2