Exhibit A

Confidential Attorneys' Eyes Only

                                                                    Page 1

 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6          Plaintiff,
 7   vs.                            Case No. 11-cv-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12          Defendants.
     ---------------------------------/
13
14
15                    CONFIDENTIAL
16                 ATTORNEYS' EYES ONLY
17
18      VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
              San Francisco, California
19              Monday, July 16, 2012
20
21
22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523
23                RPR, CRR, CCRR, CLR
24   JOB NO. 51740
25

Page 58

1  designing the -- when the team was designing the  03:50
2  iPhone, we -- we wondered, as you might, just  03:50
3  what -- what might the competition would do.  There  03:51
4  was no competition for us at the time.  03:51
5       But it was -- we wondered, well, yeah,  03:51
6  what -- what -- what might Sony, you know, for  03:51
7  instance do if they were -- if they had our  03:51
8  technology and -- and would create that product.  03:51
9       So I think Jony asked him to -- to have a  03:51
10 look and see, since he was Japanese, what he might  03:51
11 do.  03:51
12  Q.  Is there anything else that you can  03:51
13 remember about the -- about the project that  03:51
14 Mr. Nishibori was asked to do on the Sony style?  03:51
15  A.  I'm not sure it was a project.  But, you  03:51
16 know, just a little aside, really.  03:51
17  Q.  I -- regardless of whether it's a project  03:51
18 or exercise, whatever the case may be, do you  03:51
19 remember anything else about it?  03:51
20  A.  I remember -- not in huge, massive detail.  03:52
21  Q.  But, generally speaking -- and by the way,  03:52
22 I'm going to show you a couple of documents here in  03:52
23 a minute that may jog your memory.  But I'm just  03:52
24 trying to find out if there's anything so far that  03:52
25 you recall generally about what Mr. Nishibori did on  03:52

Page 59

1  this Sony style.  03:52
2  A.  Well, I remember that we were heading  03:52
3  down -- we -- we were working on, you know,  03:52
4  different directions.  And Shin and I walked over to  03:52
5  the table when -- when he was just starting to think  03:52
6  about it, and -- the project design table, and we  03:52
7  were having a chat about it.  03:52
8       And we picked up a model off the table  03:52
9  that -- that we liked, that we had done previously.  03:52
10 And -- and so Shin was going to base the design --  03:53
11 his, you know, exploration on this model and add a  03:53
12 few Sony-esque sort of details to it.  Because  03:53
13 that's -- yeah, that's what we -- that's what we  03:53
14 wanted to do.  03:53
15  Q.  Anything else you can remember?  03:53
16  A.  Not -- not a lot, really.  No.  03:53
17  Q.  Let me show you what was previously marked  03:53
18 as Exhibit 1172.  And for the record, we're -- we  03:53
19 marked this as TX623.  03:53
20  A.  Okay.  03:54
21  Q.  Do you recognize what's shown here in 1172  03:54
22 as the Sony-style design that Mr. Nishibori was  03:54
23 working on that you were discussing?  03:54
24  A.  It looks -- it looks pretty similar to it,  03:54
25 m-hm.  03:54

Page 60

1  Q.  And the model that you referred to, did it  03:54
2  look like this design that's shown in the -- the CAD  03:54
3  drawings here, Exhibit 1172?  03:55
4  A.  Which model?  03:55
5  Q.  The one that you're referring to where you  03:55
6  and Mr. Nishibori were -- were walking and had  03:55
7  picked up a model.  03:55
8  A.  It was similar to this.  It looks like --  03:55
9  pretty similar to this if you took the Sony details,  03:55
10 Sony-ish details off that he added.  03:55
11  Q.  And so when you're referring to "the  03:55
12 details," please identify for me what are the  03:55
13 portions of what's shown here in Exhibit 1172 that  03:55
14 Mr. Nishibori came up with as opposed to what was  03:55
15 that preexisting design that you're referring to.  03:55
16  A.  It looks -- it was a long time ago, but I  03:55
17 think it was the receiver detail right there looks a  03:55
18 little like -- that was different than what we --  03:55
19 the model that was on the table.  03:56
20      The Sony -- the buttons here on the bottom  03:56
21 look like they were sort of added.  And the Sony  03:56
22 logo and this -- what looks like it's sort of the  03:56
23 green button on the side, the jog dial, kind of --  03:56
24 that's quite a Sony -- classic Sony detail, really.  03:56
25  Q.  Anything else?  03:56

Page 61

1  A.  The connector on the bottom perhaps looks a  03:56
2  little bit like a Sony-ish connector.  03:56
3  Q.  On the back side, where the camera lens is  03:56
4  depicted, was that something that Mr. Nishibori  03:56
5  added to it?  03:56
6  A.  I don't think so.  I think we had -- we had  03:56
7  a camera in the corner already.  03:56
8  Q.  And then that preexisting model that you're  03:57
9  referring to, did it have exactly the same shape as  03:57
10 what's shown here in the CAD drawings?  03:57
11      MS. TAYLOR:  Objection.  Vague.  03:57
12      THE WITNESS:  I'm not sure if it had  03:57
13 exactly the same shape as that in the CAD drawings.  03:57
14 Similar.  03:57
15      BY MR. ZELLER:  03:57
16  Q.  Do you recall if there were differences?  03:57
17  A.  I can't recall exactly right now.  03:57
18  Q.  And did the -- the preexisting model that  03:57
19 you're referring to, did that have a name?  03:57
20  A.  I don't know if it had a name.  It  03:57
21 looked -- it looked like that (indicating).  03:57
22  Q.  And for the record, you're referring to  03:57
23 the -- the model that's on the left, on page ending  03:57
24 121 of TX562?  03:57
25  A.  Right.  Yeah.  This device (indicating).  03:57

Confidential Attorneys' Eyes Only

Page 62

```
 1     Q.  All right.  We're going to come back to     03:58
 2  that in a moment.  I just wanted to make sure we had  03:58
 3  a clear record on what you were pointing to.       03:58
 4     A.  Okay.                                       03:58
 5     Q.  In terms of the -- just that -- that shape,  03:58
 6  the rectangular shape with the rounded corners,    03:58
 7  exactly as it's shown here in the CAD drawings of  03:58
 8  Exhibit 1172, are you able to say one way or another  03:58
 9  whether Mr. Nishibori changed those at all?        03:58
10         MS. TAYLOR:  Asked and answered.            03:58
11         THE WITNESS:  I'm not sure whether he       03:58
12  changed them.                                      03:58
13         BY MR. ZELLER:                              03:58
14     Q.  And then you'll see that there's that -- in  03:58
15  the side views there's the metal band kind of design  03:58
16  shown here on the first page of 1172.              03:58
17         You see what I'm referring to?              03:58
18     A.  I don't know what material it is, but I see  03:58
19  there's a band there.                              03:58
20     Q.  And was that band portion that's depicted   03:58
21  here in the CAD drawings also part of that model   03:58
22  that -- that you saw that was preexisting?         03:58
23     A.  Yeah.                                       03:59
24     Q.  What were the sides?  More like what's      03:59
25  shown here in TX562?                               03:59
```

Page 63

```
 1     A.  They seem pretty similar to me.             03:59
 2     Q.  And when you say "pretty similar," what's   03:59
 3  shown there in 1172, in that respect does the band  03:59
 4  look similar to the model that's shown here in 562?  03:59
 5     A.  Roughly.                                    03:59
 6     Q.  And do you recall whether Mr. Nishibori     03:59
 7  made any changes to that -- that band apart from the  03:59
 8  jog wheel that you mentioned?                      03:59
 9     A.  I can't be sure exactly.                    03:59
10     Q.  And focusing, then, on that preexisting     03:59
11  model that you saw, who created that design?       03:59
12     A.  This one (indicating)?                      03:59
13     Q.  Well, I -- let me rephrase the question,    04:00
14  then, for a moment.                                04:00
15         Because in your e-mail -- and this is on    04:00
16  the first page of TX562 -- you refer to "what Shin  04:00
17  is doing with the Sony-style chappy" --            04:00
18     A.  Sorry.                                      04:00
19     Q.  And then you go to say, Also note that it's  04:00
20  only half a step away from where we were with the  04:00
21  metal band, black inside, before we changed to the  04:00
22  three equal striped sandwich, which I show below.  04:00
23         Do you see that language?                   04:00
24     A.  I see that.                                 04:00
25     Q.  And so what are you referring to there when  04:00
```

Page 64

```
 1  you say "it's only half a step away from"?         04:00
 2     A.  I'm not sure.  I think I'm saying that      04:00
 3  Shin's -- the thing that Shin was working on is    04:00
 4  similar to the -- to what we were working on       04:01
 5  previously.                                        04:01
 6     Q.  So then focusing on the model that's there  04:01
 7  on the left, shown on page 121, which is the black  04:01
 8  one, was there -- was there a name that you used for  04:01
 9  this model?                                        04:01
10     A.  I can't remember.                           04:01
11     Q.  Was this more in that style of the -- the   04:01
12  Sony-style chappy that's being referred to here?   04:01
13         MS. TAYLOR:  Objection.  Vague.             04:01
14         THE WITNESS:  Yeah.  I'm not sure what you  04:01
15  mean by "in the style of."                         04:01
16         BY MR. ZELLER:                              04:01
17     Q.  Well, here's what I'm trying to understand,  04:01
18  and maybe I -- I need to rephrase it.              04:01
19         You just say here in the first sentence of  04:01
20  your e-mail, I'm worried about the extrudo shape   04:01
21  we're using for P2, et cetera.  Looking at what Shin  04:02
22  is doing with the Sony-style chappy, he's able to  04:02
23  achieve a much smaller looking product with a much  04:02
24  nicer shape to have next to your ear and in your   04:02
25  pocket.                                            04:02
```

Page 65

```
 1         Do you see that?                            04:02
 2     A.  Yeah.  I can see that.                      04:02
 3     Q.  And so what are you referring to here when  04:02
 4  you say "the Sony-style chappy"?                   04:02
 5     A.  I can't be sure exactly, but I think        04:02
 6  it's -- I think it was something that Shin was     04:02
 7  working on, which was -- you know, this is something  04:02
 8  that Shin had a go at.                             04:02
 9     Q.  And then focus on that model, then, that's  04:02
10  on the left-hand side, on page 121 of TX562 --     04:02
11     A.  Okay.                                       04:02
12     Q.  -- is this a model that was created after   04:02
13  Mr. Nishibori was working on this design that's    04:02
14  shown in 1172?                                     04:02
15     A.  No.  I don't believe so.  I think this was  04:02
16  created before.                                    04:02
17     Q.  In looking at the model that's depicted     04:03
18  here on the left-hand side on page ending 121, did  04:03
19  Mr. Nishibori contribute anything to the design    04:03
20  that's shown there?                                04:03
21     A.  Shin is part of the design team, so he      04:03
22  could well have contributed.  You know, as we do,  04:03
23  you know, it's a conversation that's constantly    04:03
24  happening between us all.                          04:03
25     Q.  Do you have any information about the       04:03
```

Confidential Attorneys' Eyes Only

Page 86

```
 1                    CERTIFICATE
 2
         STATE OF CALIFORNIA )
 3                          : ss
         COUNTY OF SONOMA    )
 4
 5       I, Lorrie L. Marchant, a Certified Shorthand
 6   Reporter, a Registered Professional Reporter, a
 7   Certified Realtime Reporter, and a Certified
 8   Realtime Professional within and for the State of
 9   California, do hereby certify:
10       That RICHARD HOWARTH, the witness whose
11   deposition is herein set forth, was duly
12   sworn/affirmed by me and that such deposition is a
13   true record of the testimony given by such witness.
14       I further certify that I am not related to any
15   of the parties to this action by blood or marriage
16   and that I am in no way interested in the outcome of
17   this matter.
18       In witness whereof, I have hereunto set my hand
19   this 16th day of July, 2012.
20
21
22
23       --------------------------------------------
         LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24       CSR No. 10523
25
```

Page 87

```
 1                  I N D E X
 2              INDEX OF EXAMINATION
 3                                       PAGE
 4   MR. ZELLER                           5
 5                   ---oOo---
 6              INDEX OF EXHIBITS
 7   DESCRIPTION                          PAGE
 8   Exhibit TX579  e-mail and attachments to    4
         Jonathan Ive from Richard Howarth,
 9       dated 3/8/2006, subject:  on: the
         sony vs apple competition
10       (Production Nos. APLNDC0003040119 -
         APLNDC0003040124)
11
     Exhibit TX562  e-mail to David Tupman,     52
12       cc'ed to various other recipients,
         from Andrew Bright, dated 6/4/2010,
13       subject:  reciever up high in Y
         (Production Nos. APLNDC0002326562 -
14       APLNDC0002326563)
15                   ---oOo---
16          PREVIOUSLY-MARKED EXHIBITS
17   Exhibit 6   United States Design Patent, Andre,
         et al., Patent No. D593,087 S
18
     Exhibit 7   United States Design Patent, Andre,
19       et al., Patent No. D618,677 S
20   Exhibit 1172  Images of Sony phone
         (Production Nos. APLNDC-NC00000274 -
21       APLNDC-NC0000000281)
22                   ---oOo---
23
24
25
```

Page 88

```
 1   NAME OF CASE:  Apple v. Samsung (U.S. District)
 2   DATE OF DEPOSITION:  7/16/2012
 3   NAME OF WITNESS:  Richard Howarth
 4   Reason Codes:
 5      1.  To clarify the record.
        2.  To conform to the facts.
 6      3.  To correct transcription errors.
 7   Page _____ Line _____ Reason _____
     From _____ to _____
 8
     Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11
     Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14
     Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17
     Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20
     Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23
              _____
24              RICHARD HOWARTH
25
```