Exhibit B

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 1

```
 1       UNITED STATES INTERNATIONAL TRADE COMMISSION
 2                     Washington, D.C.
 3   In the Matter of              )
                                   )
 4   CERTAIN ELECTRONIC DIGITAL    )   Inv. No. 337-TA-796
     MEDIA DEVICES AND             )
 5   COMPONENTS THEREOF            )
                                   )
 6
 7
 8              UNITED STATES DISTRICT COURT
 9             NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION
11   APPLE INC., a California   ) CIVIL NO.  11-CV-01846-LHK
     corporation,               )
12                              )
                 Plaintiff,     )
13                              )
         vs.                    )
14                              )
     SAMSUNG ELECTRONICS CO.,   )
15   LTD., a Korean business    )
     entity; SAMSUNG ELECTRONICS)
16   AMERICA, INC., a New York  )
     corporation; and SAMSUNG   )
17   TELECOMMUNICATIONS AMERICA,)
     LLC, a Delaware limited    )
18   liability company,         )
                                )
19               Defendants.    )
                                )
20
21          CONFIDENTIAL BUSINESS INFORMATION
22        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
23        VIDEOTAPED DEPOSITION OF SHIN NISHIBORI
24           MAY 2, 2012       HONOLULU, HAWAII
25   TSG JOb # 49110     Reporter: ADRIANNE IGE KURASAKI
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

## Page 22

1    INTERPRETED ANSWER: Yes, it was a very    10:37AM
2  short time period because I was doing this on    10:37AM
3  the side of my project. So the idea itself was    10:37AM
4  about two days. And I worked with Carlos for    10:37AM
5  the drawing rendering. And so would be two    10:38AM
6  weeks. So if it's longer than this, it was    10:38AM
7  around two weeks that it took.    10:38AM
8  BY MR. ZELLER:    10:38AM
9    Q    And was the March of 2006 time period    10:38AM
10  when you began working on this design idea here?    10:38AM
11    A    I do not remember specific dates. I do    10:38AM
12  not remember.    10:38AM
13    THE CHECK INTERPRETER: "To that    10:38AM
14  extent."    10:38AM
15  BY MR. ZELLER:    10:38AM
16    Q    Is it fair to say that you recall first    10:38AM
17  coming up with the idea for the design and then    10:38AM
18  working very soon thereafter on these designs    10:38AM
19  that are in Exhibit 1?    10:38AM
20    (The Check Interpreter speaks in Japanese.)    10:39AM
21    MS. TAYLOR: Objection. Vague.    10:39AM
22    Translate.    10:39AM
23    (Whereupon, the Interpreter translates.)    10:39AM
24    INTERPRETED ANSWER: Well, may I explain    10:39AM
25  how the direction of this process -- rather, may    10:40AM

## Page 23

1  I explain how this idea came out?    10:40AM
2  BY MR. ZELLER:    10:40AM
3    Q    Please.    10:40AM
4    A    First, Jonathan Ive talked to me.    10:40AM
5  "Well, Shin, I have something to talk to you    10:40AM
6  about."    10:40AM
7    And he said, "You can just do this on    10:41AM
8  your side of your job. Just relax and enjoy    10:41AM
9  doing this. But can you start -- can you try    10:41AM
10  working on to create something that represents    10:41AM
11  something that if Sony attempts to create an    10:41AM
12  iPhone."    10:41AM
13    That's what he told me. But because of    10:41AM
14  my English, I'm not sure if I clearly understood    10:41AM
15  him. But this was what I understood.    10:41AM
16    THE CHECK INTERPRETER: Proposed    10:41AM
17  correction: "He said, 'You can do this as an    10:41AM
18  aside of your job and enjoy -- I want you to    10:42AM
19  enjoy doing this. But if Sony were to make an    10:42AM
20  iPhone, what would it be like? Would you make    10:42AM
21  it for me?' And because my English -- because    10:42AM
22  of my English, I'm not sure if I clearly    10:42AM
23  understood him, but this is what I understood."    10:42AM
24    THE INTERPRETER: May the interpreter    10:42AM
25  ask the witness to repeat his answer again?    10:42AM

## Page 24

1    INTERPRETED ANSWER: Your question, your    10:43AM
2  last question is about did you come up with an    10:43AM
3  idea and started with this. However, I'd like    10:43AM
4  to say that it came -- first came from Jonathan    10:43AM
5  Ive --    10:43AM
6    THE INTERPRETER: I'm sorry. Strike    10:43AM
7  that.    10:43AM
8    INTERPRETED ANSWER: Your last question    10:43AM
9  was about did you come up with an idea and then    10:43AM
10  started the project and then did the rendering    10:43AM
11  or CAD. But it's not. I'd like to say that it    10:43AM
12  came from Jonathan Ive first and then I came up    10:43AM
13  with an idea and it started then.    10:43AM
14    MS. TAYLOR: Were you correcting your    10:44AM
15  interpretation or did he strike his answer?    10:44AM
16    THE INTERPRETER: Yes, I said -- when    10:44AM
17  the Interpreter said "strike that," the    10:44AM
18  interpreter was correcting the entire    10:44AM
19  interpretation, yes. So anything after "strike    10:44AM
20  that" is my interpretation.    10:44AM
21    MR. ZELLER: The witness didn't say    10:44AM
22  "strike that"?    10:44AM
23    THE INTERPRETER: No.    10:44AM
24  BY MR. ZELLER:    10:44AM
25    Q    So just so we have a clear understanding    10:44AM

## Page 25

1  of this, so as you understood the conversation    10:44AM
2  you had with Mr. Ive, Mr. Ive was the one who    10:44AM
3  came up with the idea to say what would Sony do.    10:44AM
4  And that was the project that you started on?    10:44AM
5    (The Check Interpreter speaks in Japanese.)    10:44AM
6    INTERPRETED ANSWER: Well, it is not    10:45AM
7  that Jony came up with specific design idea to    10:45AM
8  me. But we did have a conversation and this is    10:45AM
9  what Jony said. And there's not -- what I just    10:45AM
10  told you is all, everything. And there's    10:45AM
11  nothing other than that.    10:45AM
12  BY MR. ZELLER:    10:45AM
13    Q    Let me try it this way: Mr. Ive gave    10:45AM
14  you the general direction to work on an idea for    10:46AM
15  what Sony would do and then you came up with the    10:46AM
16  specific design idea?    10:46AM
17    A    Right. I do not know who had the    10:46AM
18  original idea. But it is true that the    10:46AM
19  direction came from Ive. He asked me to make    10:46AM
20  something -- he request me -- requested me to    10:47AM
21  make something like that. So, yes, that's true.    10:47AM
22    THE CHECK INTERPRETER: "And then I went    10:47AM
23  forward with it."    10:47AM
24  BY MR. ZELLER:    10:47AM
25    Q    And then what you did, in terms of    10:47AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 30

1  chance to look at the images in Exhibit 2.      10:57AM
2    A    Okay.                                    10:57AM
3    Q    Do you recognize what these images are?  10:57AM
4       (The Check Interpreter speaks in Japanese.) 10:57AM
5        INTERPRETED ANSWER:  Hai.                 10:57AM
6  BY MR. ZELLER:                                  10:57AM
7    Q    Please tell us what you recognize them   10:57AM
8  as.                                             10:57AM
9    A    It is -- these are renderings that I     10:57AM
10 created based on my own thoughts or my          10:57AM
11 understanding of Sony-like designs -- Sony's    10:57AM
12 design, based on the request of Jonathan Ive.   10:58AM
13   Q    And then when we looked at Exhibit 1, we 10:58AM
14 saw that there were some file dates for March of 10:58AM
15 2006.                                           10:58AM
16      (The Check Interpreter speaks in Japanese.) 10:58AM
17        THE CHECK INTERPRETER:  The witness      10:58AM
18 said, "Yes."                                    10:58AM
19        MR. ZELLER:  Give me the translation.    10:58AM
20        THE INTERPRETER:  Sorry.                 10:58AM
21        INTERPRETED ANSWER:  Yes.                10:58AM
22 BY MR. ZELLER:                                  10:58AM
23   Q    Do you recall whether or not the         10:58AM
24 renderings in Exhibit 2 were done at the same   10:58AM
25 time as these renderings in Exhibit 1 or were   10:58AM

Page 31

1  they done later on?                             10:58AM
2    A    In my recollection, the ones listed here 10:59AM
3  from one, two, three, four, five, six, seven,   10:59AM
4  are the ones here, listed as jpegs here.        10:59AM
5    Q    So you think these are the same images?  10:59AM
6    A    I think they are the same.               10:59AM
7    Q    And I take it that the Sony-like designs 10:59AM
8  that were done in CAD form that you worked on   10:59AM
9  with the CAD operator, were they on Apple's CAD 10:59AM
10 system?                                         10:59AM
11        MS. TAYLOR:  Objection.  Vague.          11:00AM
12        INTERPRETED ANSWER:  Well, I'm not too   11:00AM
13 sure about what you're referring to as "CAD     11:00AM
14 system," whether you're calling it as the       11:00AM
15 software company.  If you're asking about the   11:00AM
16 location of CAD system and Apple --             11:00AM
17        MS. TAYLOR:  Wait, wait.                 11:01AM
18        THE CHECK INTERPRETER:  She's not done.  11:01AM
19        INTERPRETED ANSWER:  -- then it is.      11:01AM
20        THE CHECK INTERPRETER:  "If you're       11:01AM
21 asking about the location of the CAD system at  11:01AM
22 Apple company, if that's where it was made,     11:01AM
23 then, no doubt, it was made there."             11:01AM
24 BY MR. ZELLER:                                  11:01AM
25   Q    Was the -- were these CAD images on any  11:01AM

Page 32

1  other computer there at Apple, like your own    11:01AM
2  computer that you know of, other than the CAD   11:01AM
3  operator's computer?                            11:01AM
4        I'm sorry.  Let me withdraw that.         11:01AM
5        THE INTERPRETER:  Yes, I'm so sorry.      11:01AM
6  If the interpreter may ask for a few minutes of 11:01AM
7  break, that would be wonderful.                 11:01AM
8        MR. ZELLER:  Sure.  Absolutely.  Yeah.    11:01AM
9  We'll do that.                                  11:01AM
10       THE VIDEOGRAPHER:  Off the record.  It's
11 11:02 a.m.
12 (A recess was taken from 11:02 a.m. to 11:11 a.m.)
13       THE VIDEOGRAPHER:  This will be the       11:11AM
14 start of Tape No. 2.  We are on the record.  It 11:11AM
15 is now 11:12 a.m.                               11:12AM
16 BY MR. ZELLER:                                  11:12AM
17   Q    Focusing your attention on the CAD       11:12AM
18 renderings that we've marked as Exhibits 1 and  11:12AM
19 2.  Do you know what computers those CAD images 11:12AM
20 were on?                                        11:12AM
21   A    I'm sorry, this is what Carlos did, so   11:12AM
22 the only knowledge that I have is that was done 11:12AM
23 by -- or on Carlos' computer.                   11:12AM
24   Q    Do you remember whether those CAD images 11:12AM
25 were ever on your computer?                     11:13AM

Page 33

1    A    For this picture -- well, I had the need 11:13AM
2  to send these pictures to Jonathan Ive, who was 11:13AM
3  on business trip, by e-mail.  So I incorporated 11:13AM
4  those pictures into my computers.  However, it  11:13AM
5  was not the CAD image.  It was on jpeg.         11:14AM
6    Q    So there were jpeg images of the CAD     11:14AM
7  renderings that were made and then you e-mailed 11:14AM
8  those to Mr. Ive?                               11:14AM
9    A    Right.                                   11:14AM
10   Q    Were any of those jpeg images the ones   11:14AM
11 that are here in Exhibit 2?                     11:14AM
12   A    Yes, these are the ones that was sent to 11:14AM
13 him.                                            11:14AM
14   Q    Are they all of the jpegs?               11:14AM
15   A    I'm not sure if it's all.                11:14AM
16   Q    Let me try it this way:  Of the jpegs    11:15AM
17 that you sent, do you recognize these as being  11:15AM
18 the jpegs that you sent, all of these pages?    11:15AM
19   A    I'd like to confirm, what do you mean    11:15AM
20 "sent," mean to sent to Jonathan Ive; correct?  11:15AM
21   Q    Right.                                   11:15AM
22   A    It was very difficult to send everything 11:16AM
23 by e-mail, so I'm sure I selected some and      11:16AM
24 omitted some and sent it to him by e-mail.      11:16AM
25        I believe that the ones I sent to him    11:16AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 34

1  was the one -- were the ones that could show    11:16AM
2  details.  Because as -- the details, for    11:16AM
3  example, the buttons and switches, are the ones    11:17AM
4  that I had represented Sony's image to express.    11:17AM
5  That is why.    11:17AM
6     Q    So if I understand correctly, with    11:17AM
7  respect to the images in Exhibit 2, you sent at    11:17AM
8  least some subset of them to Mr. Ive as jpegs?    11:17AM
9     A    Yes.    11:17AM
10    Q    And I take it when you sent that, you    11:17AM
11 did a cover e-mail that went with the images?    11:17AM
12    A    Not in my recollection.    11:18AM
13    Q    When you say not in your recollection,    11:18AM
14 you just sent -- how did you transmit them to    11:18AM
15 Mr. Ive?    11:18AM
16    A    In my recollection, it was quite simple,    11:19AM
17 addressed to Jony, and it was about -- it was    11:19AM
18 regarding Sony and I came up with a rendering,    11:19AM
19 please take a look at it.  It was a very simple    11:19AM
20 paragraph.  And I selected some pictures out of    11:19AM
21 it and then I put it onto the mail application    11:19AM
22 and sent it off to him.    11:19AM
23    Q    If I understand then correctly, you    11:19AM
24 attached at least some of these images as jpegs    11:19AM
25 to an e-mail that you sent to Mr. Ive over    11:19AM

Page 35

1  Apple's e-mail system?    11:19AM
2     A    Yes, that's correct.    11:20AM
3     Q    And then your e-mail had the text that    11:20AM
4  you described?    11:20AM
5     A    Yes.  Yes.    11:20AM
6     Q    Do you remember, was anyone other than    11:20AM
7  yourself and Mr. Ive on this e-mail?    11:20AM
8     A    Well, it's not clear.  I'm on -- I had a    11:20AM
9  direct communication with Jonathan Ive only and    11:21AM
10 I was really doing this on the side, so I do not    11:21AM
11 think so.  But this is -- maybe.    11:21AM
12    Q    Do you remember one way or another?    11:21AM
13    A    Yes.    11:21AM
14       THE INTERPRETER:  The interpreter will    11:21AM
15 repeat the question.    11:21AM
16       INTERPRETED ANSWER:  Are you asking who    11:21AM
17 was in or who was not in?    11:21AM
18       MR. ZELLER:  Well, I'm just trying to    11:21AM
19 make sure I understand your last answer.    11:21AM
20       If you could translate.    11:21AM
21      (Whereupon, the Interpreter translates.)    11:21AM
22       INTERPRETED ANSWER:  If I answer    11:21AM
23 clearly, I do not know.    11:21AM
24 BY MR. ZELLER:    11:21AM
25    Q    That's what I wanted to make sure is you    11:21AM

Page 36

1  just don't have a clear memory one way or    11:22AM
2  another whether anyone else was on the e-mail?    11:22AM
3     A    Yes.  But one thing I'd like to point    11:22AM
4  out is that nobody was on this project --    11:22AM
5  rather, it's not a project.  It is a Sony thing.    11:22AM
6  Sony story.    11:23AM
7        Nobody else was involved.  So I just    11:23AM
8  assumed that nobody else is involved or heard    11:23AM
9  anything or involved in the e-mail.  But I    11:23AM
10 didn't really -- I do not really see the actual    11:23AM
11 e-mail myself, so I don't -- I can't answer    11:23AM
12 hundred percent.    11:23AM
13    Q    Did you actually type up the e-mail to    11:23AM
14 Mr. Ive and send it to him or did someone else    11:23AM
15 do that?    11:23AM
16    A    Myself.  I did it myself.    11:23AM
17    Q    Do you recall about how much time passed    11:23AM
18 between the time you got the general direction    11:23AM
19 from Mr. Ive to do this work and then when you    11:23AM
20 came up with these CAD images that are    11:23AM
21 Exhibits 1 and 2?    11:23AM
22    A    Yes.  Yes, from the idea to the    11:24AM
23 completion of the sketch, it probably took    11:24AM
24 between one week to ten days.  I would say less    11:24AM
25 than ten days.    11:24AM

Page 37

1        And the reason is that -- that I was    11:25AM
2  trying to accelerate the process was that    11:25AM
3  Jonathan Ive was on business trip and I wanted    11:25AM
4  to finish creating the model before he returns.    11:25AM
5  So I was sending him e-mails and then I -- and    11:25AM
6  then I got his confirmations.  And then from the    11:25AM
7  very short turnaround time, I sent the model to    11:26AM
8  the outsourcing company to make it and then    11:26AM
9  completed it.    11:26AM
10    Q    At the time when Mr. Ive gave you the    11:26AM
11 general direction, were you familiar with Sony    11:26AM
12 designs?    11:26AM
13    A    Part of the reason is that I worked for    11:27AM
14 Panasonic for nine years.  And my latter half of    11:27AM
15 my employment, for four and a half years, I was    11:27AM
16 involved in the audio division.  And a part of    11:27AM
17 me, I have a respect for Sony products.  And I    11:27AM
18 had some image in my head about what Sony    11:28AM
19 products are; so, for example, switches or    11:28AM
20 things like that that's specific to Sony.    11:28AM
21       So -- but roughly, what I included in    11:28AM
22 this drawing is what if -- what would Sony would    11:28AM
23 do -- what would Sony do.  For example, the jog    11:28AM
24 shuttle or the buttons and layout and how the    11:28AM
25 brand is placed on and so forth.    11:28AM

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 46

```
 1  that's what I tried to express. But with that        11:50AM
 2  said, I don't quite understand your question any     11:50AM
 3  more than that."                                     11:50AM
 4  BY MR. ZELLER:                                       11:50AM
 5     Q   Let me try it this way: Focusing on           11:50AM
 6  that time period when Mr. Ive gave you the           11:50AM
 7  general direction, you had seen at least some        11:50AM
 8  Sony products?                                       11:50AM
 9     A   Well, there's -- there's no situation         11:51AM
10  that I created this design looking at Sony           11:51AM
11  products. However, it is correct that I              11:51AM
12  expressed what I have in my mind as the image of     11:51AM
13  what Sony is in the form of buttons and other        11:51AM
14  details.                                             11:51AM
15     Q   Do you recall which type of Sony mobile       11:52AM
16  devices you had seen as of the time Mr. Ive gave     11:52AM
17  you this general direction?                          11:52AM
18     A   I do not remember.                            11:52AM
19     Q   As of the time when Mr. Ive gave you          11:52AM
20  this general direction, had you seen any kind of     11:52AM
21  Sony communication device, portable                  11:52AM
22  communication device?                                11:52AM
23         MS. TAYLOR: Objection. Vague.                 11:53AM
24         INTERPRETED ANSWER: I do not have a           11:53AM
25  recollection that I saw the project with my own     11:53AM
```

Page 47

```
 1  eyes directly. I might have some images or           11:53AM
 2  memory that -- of the products I had seen            11:53AM
 3  before. But it is not that I looked at the           11:53AM
 4  project directly with my own eyes.                   11:53AM
 5         THE CHECK INTERPRETER: Proposed               11:53AM
 6  correction: The lead interpreter said                11:53AM
 7  "project." The checking interpreter believes         11:53AM
 8  she misspoke.                                        11:54AM
 9         THE INTERPRETER: Product. Product.            11:54AM
10         THE CHECK INTERPRETER: Product.               11:54AM
11         INTERPRETED ANSWER: For example, for          11:54AM
12  example like this, I had -- I remembered Sony        11:54AM
13  used this type of camera. They used to have a        11:54AM
14  tiny little camera like this. So I remember --      11:54AM
15  I had some memory that they used the type of         11:54AM
16  camera like this at that time. But, however, it     11:54AM
17  is not that I looked at product and worked on        11:54AM
18  the design.                                          11:54AM
19  BY MR. ZELLER:                                       11:54AM
20     Q   All right. I think you're getting a           11:55AM
21  little ahead of my question. What I'm trying to      11:55AM
22  find out is something specific. Do you remember     11:55AM
23  which Sony mobile devices you had seen as of the    11:55AM
24  time or before the time Mr. Ive gave you this        11:55AM
25  general direction?                                   11:55AM
```

Page 48

```
 1         MS. TAYLOR: Objection. Vague.                 11:55AM
 2         INTERPRETED ANSWER: That's what I do          11:56AM
 3  not remember.                                        11:56AM
 4  BY MR. ZELLER:                                       11:56AM
 5     Q   Do you remember which Sony mobile             11:56AM
 6  devices you saw after Mr. Ive gave you the           11:56AM
 7  general direction?                                   11:56AM
 8     A   As for the Sony mobile devices, I'm           11:56AM
 9  repeating that I did not look at it while I was      11:56AM
10  working on the design, so I do not remember what    11:57AM
11  I looked at. However, I might have touched on       11:57AM
12  the Sony device that was sold in the market.         11:57AM
13  But as I say, I do not remember.                     11:57AM
14         THE CHECK INTERPRETER: Proposed               11:57AM
15  correction: "As for Sony mobile devices, I           11:57AM
16  repeat what I said. It's not the case that I         11:57AM
17  was looking at any mobile devices while working      11:57AM
18  on the design. I don't remember what I may have     11:57AM
19  seen at that time. But it's possible I touched      11:57AM
20  a phone that was sold in the market placed by       11:57AM
21  Sony at that time. However, I don't recall at       11:57AM
22  all."                                                11:57AM
23         MR. ZELLER: Let's please mark as              11:58AM
24  Exhibit 3 a multipage document. First page is       11:58AM
25  an e-mail from Richard Howarth dated March 8,       11:58AM
```

Page 49

```
 1  2006, with images attached.                          11:58AM
 2      (Exhibit No. 3 marked for identification.)      11:58AM
 3  BY MR. ZELLER:                                       11:58AM
 4     Q   You're not on this cover e-mail?              11:58AM
 5         ENGLISH ANSWER: No, I never seen this        11:58AM
 6  e-mail so I don't know that (In English.)            11:58AM
 7  BY MR. ZELLER:                                       11:58AM
 8     Q   But I did want to ask you about the           11:58AM
 9  pictures. If you can look at those, please.          11:58AM
10  And you'll see with the page ending 121 at the      11:58AM
11  bottom, there's a number of pages of images.        11:58AM
12  Let me take these one by one for a moment.          11:59AM
13         Focusing your attention on this page         11:59AM
14  that ends on 121, do you recognize what's on the    11:59AM
15  left-hand side here?                                 11:59AM
16     A   No.                                           11:59AM
17     Q   Is this a model that you worked on?          11:59AM
18     A   No, it is not.                               11:59AM
19     Q   Directing your attention to the next         11:59AM
20  page, which is 122. Do you recognize what's on      11:59AM
21  the right-hand side as being something you          11:59AM
22  worked on?                                          11:59AM
23     A   It's not whether I worked on the design.    12:00PM
24  I have seen this -- I might have seen the camera   12:00PM
25  part. It's close to what I worked on, but it is    12:00PM
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 58

1    WITNESS CERTIFICATE
2
3        I, SHIN NISHIBORI, do hereby certify
4    that I have read the foregoing pages, inclusive,
5    and corrections, if any, were noted by me; and
6    that same is now a true and correct transcript
7    of my testimony.
8        Dated _____
9        _____
         SHIN NISHIBORI
10
11
12
13
14
15      Signed before me this _____
16    day of _____, 20_____.
17
18
19    _____
20
21
22    Certain Electronic Digital Media Devices, Case 337-TA-796/
      Apple Inc. v Samsung Electronics Company, Ltd., et al.,
23    Civil No. 11-CV-01846
      Videotaped Deposition of SHIN NISHIBORI
24    Taken on May 2, 2012
25

Page 59

1        CERTIFICATE
2
         I, ADRIANNE IGE KURASAKI, C.S.R., in and for the
3    State of Hawaii, do hereby certify:
4        That on Wednesday, May 2, 2012, at 10:03 a.m.,
     appeared before me SHIN NISHIBORI, the witness whose
5    testimony is contained herein; that, prior to being
     examined, the witness was by me duly sworn or affirmed;
6    that the proceedings were taken down by me in computerized
     machine shorthand and were thereafter reduced to print
7    under my supervision; that the foregoing represents, to
     the best of my ability, a true and correct transcript of
8    the proceedings had in the foregoing matter.
9
         I further certify that I am not counsel for any of
10    the parties hereto, nor in any way interested in the
     outcome of the cause named in the caption.
11
         This 57-page Deposition of SHIN NISHIBORI, dated
12    May 2, 2012, was subscribed and sworn to before me this
     2nd day of May, 2012, in the First Circuit of the State of
13    Hawaii, by Adrianne Ige Kurasaki.
14
15
16
17      _____
         Adrianne Ige Kurasaki, CSR 388
18       State of Hawaii
19
20
21
22
23
24
25

Page 60

1    NAME OF CASE:
2    DATE OF DEPOSITION:
3    NAME OF WITNESS:
4    Reason Codes:
5        1. To clarify the record.
6        2. To conform to the facts.
7        3. To correct transcription errors.
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25        _____