Exhibit C

Highly Confidential - Outside Counsel's Eyes Only

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                  Plaintiff,
 7
     vs.                      CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                Defendants.
     _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17        O U T S I D E   C O U N S E L   O N L Y
18
19     VIDEOTAPED DEPOSITION OF CHRISTOPHER STRINGER
20            REDWOOD SHORES, CALIFORNIA
21              FRIDAY, NOVEMBER 4, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   TSG JOB NO. 43706
```

Highly Confidential - Outside Counsel's Eyes Only

Page 110

1  other. And I think I now understand, what you're
2  saying is that the space in between, that depicts the
3  housing.
4      A  Yes.
5      Q  And now I'm trying to figure out: Do the two
6  lines -- where they diverge there, do those -- do
7  those signify some edge of the housing?
8          MR. JACOBS: Objection; form.
9          THE WITNESS: I see a surface in between
10 those lines that is adjacent to the cover glass that
11 is on the same plane as the cover glass, butting up
12 against the edge of the cover glass.
13         MR. ZELLER: Q.  And one reason you reached
14 that conclusion is because of the drawings in the
15 other figures?
16     A  That's how -- yes.
17     Q  What other figures were you referring to,
18 just so we have a clear record on that, that were
19 helping you in your understanding?
20     A  Figure 1, Figure 3, and Figure 5 -- well, 5,
21 6, 7, and 8 equally, along with Figure 9, I create an
22 image of a product.
23     Q  Would you please mark as Exhibit 1172 a
24 multipage document bearing Bates
25 Nos. APLNDC-NCC0000247 through '281, and it's a

Page 111

1  collection of field CAD drawings.
2          (Document marked Exhibit 1172
3           for identification.)
4          THE WITNESS: Okay.
5          MR. ZELLER: Q.  Do you recognize anything
6  that's depicted here in Exhibit 1172?
7      A  Yes.
8      Q  What do you recognize these as?
9      A  I recognize an exercise that Shin Nishibori
10 worked on. I do not recall when, but the dates would
11 indicate it was in '06, March of '06.
12     Q  And even though you don't recall, as you've
13 said, is there any reason for you to think it was not
14 in the 2006 time period?
15     A  No.
16     Q  Did you work on this project yourself?
17     A  This is an exercise. I see that as distinct
18 from a project. It could be considered as to be some
19 abstract portion of a project, that being the iPhone.
20     Q  I'm happy to call it either. So just so we
21 have -- we understand we're talking about the same
22 thing. So whether it's exercise or project, focusing
23 on this design work that was done that pertained in
24 particular to these designs that are shown here in
25 Exhibit 1172 with the name Sony on it, can you please

Page 112

1  tell me generally what that -- what the purpose of
2  that was.
3      A  It was a -- just a fun exercise where Shin
4  made an object resembling an iPhone that would --
5  almost in a role-playing kind of way, what would Sony
6  do if they were us?
7      Q  Do you have an understanding -- and that's
8  the reason why Sony is -- is on this?
9      A  Yeah. It was fun.
10     Q  Do you know who came up with the idea for
11 this exercise?
12     A  I do not recall.
13     Q  Did you yourself prepare any designs or
14 drawings that was part of this exercise?
15     A  No.
16     Q  Do you know if anyone other than
17 Mr. Nishibori did?
18     A  No.
19     Q  Generally speaking, I take it you recognize
20 the images here in Exhibit 1172 as filled in CAD
21 drawings?
22     A  Rendered, shaded, yes.
23     Q  And do you know were any three-dimensional
24 models created as part of the exercise that we're
25 talking about?

Page 113

1      A  I believe so, but I am not absolutely
2  certain.
3      Q  Generally speaking, do you have a memory
4  of -- of seeing some kind of model or model number?
5      A  Not sufficiently clear. I can't recall.
6      Q  You're just not sure?
7      A  Uh-huh.
8      Q  I'm sorry. You need to give an audible --
9      A  Yes.
10     Q  Yeah. Okay.
11        Is there anything else that you remember
12 generally about this exercise?
13     A  No.
14     Q  Let me show you what was previously marked as
15 Exhibit 751, which is a copy of United States design
16 patent 622,270.
17     A  Yes.
18     Q  Do you recognize the '270 design patent as a
19 design patent that you're a named inventor on?
20     A  Yes.
21     Q  And, generally speaking, do you recognize
22 what -- what product or object is depicted here?
23     A  The iPod Touch.
24     Q  Was this the first iPod Touch?
25     A  I think so. Yes, I believe that is the case.

Page 122

1  No. 3 of 3 and concludes today's deposition of Chris
2  Stringer.
3       The time is 3:23 p.m., and we are off record.
4       (WHEREUPON, the deposition ended at
5       3:23 p.m.)
6            ---oOo---

Page 123

1                    J U R A T
2
3
4  I, CHRISTOPHER STRINGER, do hereby certify
5  under penalty of perjury that I have read the
6  foregoing transcript of my deposition taken
7  on November 4, 2011; that I have made such
8  corrections as appear noted herein in ink,
9  initialed by me; that my testimony as
10 contained herein, as corrected, is true and
11 correct.
12
13
14 DATED this ____ day of _____, 2011,
15 at _____, California.
16
17
18
19 _____
20      SIGNATURE OF WITNESS

Page 124

1            CERTIFICATE OF REPORTER
2
3
4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;
8
9       That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;
15
16      That I am a disinterested person to the said
17 action.
18
19      IN WITNESS WHEREOF, I have hereunto set my
20 hand this 4th day of November 2011.
21
22      _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

Page 125

1                    I N D E X
2
3  DEPOSITION OF CHRISTOPHER STRINGER
4
5            EXAMINATION
6                        PAGE
7       BY MR. ZELLER        5
8       BY MR. JACOBS      119
9
10           E X H I B I T S
11 EXHIBIT                        PAGE
12 Exhibit 1161  Reply Declaration of Christopher   5
13      Stringer in support of Apple's
14      Motion for a Preliminary
15      injunction; 50 pgs.
16 Exhibit 1162  Colored Photograph Ad of iPad     26
17      Thinner and Lighter; 1 pg.
18 Exhibit 1163  U.S. Patent No. D627,777 S;       41
19      7 pgs.
20 Exhibit 1164  U.S. Patent No. D637,596 S;       41
21      7 pgs.
22 Exhibit 1165  U.S. Patent No. D621,825 S;       41
23      14 pgs.
24 Exhibit 1166  Sketchbooks, Bates Nos.           41
25      APLNDC0000037650 - '95; 46 pgs.