# Photographs of Apple Phone Models

**PLAINTIFF'S EXHIBIT NO.   1**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 1.2

# Photographs of Apple Phone Models





Apple Proto 1017 (CX-2178C)

Plaintiff's Exhibit No. 1.3

# Photographs of Apple Phone Models







Apple Proto 1017 (CX-2178C)

Plaintiff's Exhibit No. 1.4

# **Photographs of Apple Phone Models**

 

4

Plaintiff's Exhibit No. 1.5

# Photographs of Apple Phone Models











Plaintiff's Exhibit No. 1.6

# Photographs of Apple Phone Models





Apple Proto 0956 (CX-2176C)

Plaintiff's Exhibit No. 1.7

# Photographs of Apple Phone Models











Apple Proto 0956 (CX-2176C)

Plaintiff's Exhibit No. 1.8

# Photographs of Apple Phone Models

 

Apple Proto 506

Plaintiff's Exhibit No. 1.9

# Photographs of Apple Phone Models













Apple Proto 506

Plaintiff's Exhibit No. 1.10

# Photographs of Apple Phone Models





Apple Proto 0392 (CX-2175C)

Plaintiff's Exhibit No. 1.11

# **Photographs of Apple Phone Models**











Apple Proto 0392 (CX-2175C)

Plaintiff's Exhibit No. 1.12

# Photographs of Apple Phone Models





Apple Proto 897

Plaintiff's Exhibit No. 1.13

# Photographs of Apple Phone Models













Apple Proto 897

Plaintiff's Exhibit No. 1.14

# Photographs of Apple Phone Models





Plaintiff's Exhibit No. 1.15

# Photographs of Apple Phone Models













Apple Proto 0399 (Bressler Ex 18)

Plaintiff's Exhibit No. 1.16

# **Photographs of Apple Phone Models**





Apple Proto 915

Plaintiff's Exhibit No. 1.17

# Photographs of Apple Phone Models








Apple Proto 915

Plaintiff's Exhibit No. 1.18

# Photographs of Apple Phone Models




Apple Proto 0961 (CX-2182C)

Plaintiff's Exhibit No. 1.19

# Photographs of Apple Phone Models







Apple Proto 0961 (CX-2182C)

Plaintiff's Exhibit No. 1.20

# Photographs of Apple Phone Models




Apple Proto 0383 (Bressler Ex 17)

Plaintiff's Exhibit No. 1.21

# Photographs of Apple Phone Models








Apple Proto 0383 (Bressler Ex 17)

Plaintiff's Exhibit No. 1.22

# **Photographs of Apple Phone Models**





Apple Proto 358, CX-1730C

Plaintiff's Exhibit No. 1.23

# Photographs of Apple Phone Models








Apple Proto 358, CX-1730C

Plaintiff's Exhibit No. 1.24

# Photographs of Apple Phone Models





Apple Proto 335

Plaintiff's Exhibit No. 1.25

# Photographs of Apple Phone Models



Apple Proto 335

Plaintiff's Exhibit No. 1.26

# **Photographs of Apple Phone Models**





Apple Proto 87

Plaintiff's Exhibit No. 1.27

# Photographs of Apple Phone Models











Apple Proto 87

Plaintiff's Exhibit No. 1.28

# Photographs of Apple Phone Models





Apple Proto 928

Plaintiff's Exhibit No. 1.29

# Photographs of Apple Phone Models








Apple Proto 928

Plaintiff's Exhibit No. 1.30

# Photographs of Apple Phone Models

 

Apple Proto 976

Plaintiff's Exhibit No. 1.31

# Photographs of Apple Phone Models













Apple Proto 976

Plaintiff's Exhibit No. 1.32

# Photographs of Apple Phone Models





Apple Proto 0337 (CX-2183C)

Plaintiff's Exhibit No. 1.33

# Photographs of Apple Phone Models








Apple Proto 0337 (CX-2183C)

Plaintiff's Exhibit No. 1.34

# Photographs of Apple Phone Models




Apple Proto 0355 (Bressler Ex 15)

Plaintiff's Exhibit No. 1.35

# Photographs of Apple Phone Models







Apple Proto 0355 (Bressler Ex 15)

Plaintiff's Exhibit No. 1.36

# Photographs of Apple Phone Models




Apple Proto 0363 (Bressler Ex 16)

Plaintiff's Exhibit No. 1.37

# Photographs of Apple Phone Models








Apple Proto 0363 (Bressler Ex 16)

Plaintiff's Exhibit No. 1.38

# Photographs of Apple Phone Models






Apple Proto 0834 (Bressler Ex 19)

Plaintiff's Exhibit No. 1.39

# Photographs of Apple Phone Models



Apple Proto 0834 (Bressler Ex 19)