# Photographs of Apple Tablet Models

**PLAINTIFF'S EXHIBIT NO. 2**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 2.2

# Photographs of Apple Tablet Models






Apple Proto 0848 (Bressler Ex 8)

# Photographs of Apple Tablet Models



Apple Proto 0848 (Bressler Ex 8)

Plaintiff's Exhibit No. 2.4

# Photographs of Apple Tablet Models






Apple Proto 0874 (Bressler Ex 9)

# Photographs of Apple Tablet Models



# Photographs of Apple Tablet Models






Apple Proto 1216 (Bressler Ex12)

Plaintiff's Exhibit No. 2.7

# Photographs of Apple Tablet Models



Apple Proto 1216 (Bressler Ex12)

# Photographs of Apple Tablet Models




# Photographs of Apple Tablet Models





# Photographs of Apple Tablet Models






Apple Proto 867

# Photographs of Apple Tablet Models



Plaintiff's Exhibit No. 2.12

# Photographs of Apple Tablet Models






Apple Proto 890

# Photographs of Apple Tablet Models

