# Apple and Samsung Smartphones

**SAMSUNG PRODUCTS BEFORE iPHONE**







| i700 | i730 | i830 | Blackjack i607 | APPLE iPHONE ANNOUNCED |
| Mar. 2004 | Jul. 2005 | Jan. 2006 | Nov. 2006 | Jan. 9, 2007 |

| 2004 | 2005 | 2006 | 2007 |

**PLAINTIFF'S EXHIBIT NO. 3**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

# Apple and Samsung Smartphones

**SAMSUNG PRODUCTS AFTER iPHONE**








**APPLE iPHONE ANNOUNCED**
Jan. 9, 2007

**F700**
Dec. 2007

**i8510 INNOV8**
Sep. 2008

**i8910 Omnia HD**
May 2009

**M7600 Beat DJ**
May 2009

**Jet S8000**
Jun. 2009

**i5700 Galaxy Spica**
Nov. 2009

| 2007 | 2008 | 2009 |

# Apple and Samsung Smartphones

**SAMSUNG PRODUCTS AFTER iPHONE**

      

**APPLE iPHONE ANNOUNCED**
Jan. 9, 2007

**Sunburst**
Mar. 2010

**Galaxy S i9000**
Jun. 2010

**Vibrant T959**
Jul. 2010

**Mesmerize i500**
Oct. 2010

**Galaxy S 4G T959V**
Feb. 2011

**Galaxy S II SGH-I777**
Oct. 2011

| 2007 | 2010 | 2011 |

Plaintiff's Exhibit No. 3.4

# Other Smartphones










**Sony Ericsson P990i**
**Aug. 2006**

**ATT Tilt**
**Sep. 2007**

**Palm Centro**
**Oct. 2007**

**Blackberry Bold**
**2008**

**HTC Hero**
**2009**

**Sony Xperia**
**X10 Mini**
**Feb. 2010**

**T-Mobile G2**
**Nov. 2010**

**LG Optimus**
**2010**

| 2006 | 2007 | 2008 | 2009 | 2010 |
|------|------|------|------|------|



**iPhone**
**Jun. 2007**

**iPhone 3G**
**Jul. 2008**

**iPhone 3GS**
**Jun. 2009**

**iPhone 4**
**Jun. 2010**

*Phones may not be to scale