# Apple and Samsung Tablets

**PLAINTIFF'S EXHIBIT NO. 4**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

**BEFORE iPAD**

**AFTER iPAD**

**May 2006**
Samsung Q1

**Apr. 2010**
Apple iPad

**Mar. 2011**
Apple iPad 2

**Nov. 2010**
Samsung Galaxy Tab 7.0

**Jun. 2011**
Samsung Galaxy Tab 10.1












# Other Tablets





*Photos may not be to scale