

# Professional Awards
## 2008

**Awards 2008 /
Winners /**

Product Design / Leisure
iPhone

- Add to My Library

The iPhone combines three products – a revolutionary mobile phone, a widescreen iPod and the internet in your pocket – into one handheld device. The iPhone also introduces an entirely new user interface based on a revolutionary 3.5-inch multi-touch display that allows users to control it with just a tap, flick or pinch of their fingers. The display is made of optical quality glass for superior scratch resistance and clarity. Changes to volume, muting the ringer and putting an incoming call through to voicemail can be done using discreet buttons on the top and side of the iPhone. It also comes with 8GB of flash memory.



- Download image

**Award**

PLAINTIFF'S EXHIBIT NO. 157
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

APLNDC-Y0000233319



**Credits**

- **Designer**
  Bart Andre
  Daniel Coster
  Richard Howarth
  Daniele de Iuliis
  Jonathan Ive
  Steve Jobs
  Duncan Kerr
  Shin Nishibori
  Matthew Rohrbach
  Doug Satzger
  Christopher Stringer
  Eugene Whang
  Rico Zorkendorfer
- **Client**
  Apple
- **Brand**
  Apple

D&AD
Britannia House
68 - 80 Hanbury Street
London
E1 5JL

©2010 D&AD. All rights reserved. No part of this site may be reproduced without our permission.



APLNDC-Y0000233320

Case 5:11-cv-01846-LHK   Document 1439-5   Filed 07/29/12   Page 4 of 6

Plaintiff's Exhibit No. 157.4



# Professional Awards
## 2011

### Awards 2011 /
### Winners /

Product Design / Consumer Product Design
iPad

- Add to My Library



- Download image

**Award**



**Credits**

- **Designer**
  Jody Akana
  Bart Andre
  Jeremy Bataillou
  Daniel Coster
  Daniele De Iuliis
  Evans Hankey
  Julian Hönig
  Richard Howarth
  Jonathan Ive
  Steve Jobs
  Duncan Kerr
  Shin Nishibori
  Matthew Rohrbach
  Peter Russell-Clarke
  Christopher Stringer
  Eugene Whang
  Rico Zörkendörfer
- **Manufacturer**
  Apple
- **Design Group**
  Apple Industrial Design Team

D&AD
Britannia House
68 - 80 Hanbury Street
London
E1 5JL

©2010 D&AD. All rights reserved. No part of this site may be reproduced without our permission.



APLNDC-Y0000141988