# Apple Phone Design Invention CAD Images

**PLAINTIFF'S EXHIBIT NO. 162**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 162.2

# Apple Phone Design Invention CAD Images

| | | | |
|---|---|---|---|
| tonga1.pix | Apr 20, 2006 7:40 PM | 1.1 MB | AliasDesign Document |
| tonga2a.pix | Apr 20, 2006 7:51 PM | 1.2 MB | AliasDesign Document |
| tonga2b.pix | Apr 20, 2006 7:53 PM | 729 KB | AliasDesign Document |
| tonga4a.pix.als | Apr 20, 2006 8:25 PM | 229 KB | AliasDesign Document |
| tonga5a.pix.als | Apr 20, 2006 8:28 PM | 328 KB | AliasDesign Document |
| tonga6a.pix.als | Apr 20, 2006 8:29 PM | 360 KB | AliasDesign Document |
| tonga7a.pix.als | Apr 20, 2006 8:29 PM | 246 KB | AliasDesign Document |
| tonga8a.pix.als | Apr 20, 2006 8:32 PM | 1.1 MB | AliasDesign Document |
| tonga8b.pix.als | Apr 20, 2006 8:32 PM | 549 KB | AliasDesign Document |
| tonga9.pix.als | Apr 20, 2006 8:41 PM | 946 KB | AliasDesign Document |
| tonga12.pix | Apr 20, 2006 9:22 PM | 410 KB | AliasDesign Document |

APL-ITC796-X0000017074

# Apple Phone Design Invention CAD Images



Plaintiff's Exhibit No. 162.4

# Apple Phone Design Invention CAD Images



tonga2b.pix (APL-ITC796-X0000017084)

Plaintiff's Exhibit No. 162.5

# Apple Phone Design Invention CAD Images



tonga5a.pix.als

Plaintiff's Exhibit No. 162.6

# Apple Phone Design Invention CAD Images



tonga6a.pix.als (APL-ITC796-X0000017088)

# Apple Phone Design Invention CAD Images



tonga2a.pix (APL-ITC796-X0000017083)

Plaintiff's Exhibit No. 162.8

# Apple Phone Design Invention CAD Images



tonga9.pix.als (APL-ITC796-X0000017092)

Plaintiff's Exhibit No. 162.9

# Apple Phone Design Invention CAD Images



tonga12.pix (APL-ITC796-X0000017078)

# Apple Phone Design Invention CAD Images



tonga4a.pix.als (APL-ITC796-X0000017087)

Plaintiff's Exhibit No. 162.11

# Apple Phone Design Invention CAD Images



tonga8a.pix.als (APLNDC-Y000017090)

# Apple Phone Design Invention CAD Images



tonga8b.pix.als (APL-ITC796-X0000017091)

Plaintiff's Exhibit No. 162.13

# Apple Phone Design Invention CAD Images



tonga7a.pix.als (APL-ITC796-X0000017089)