

APL-ITC796-X0000017034

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

PLAINTIFF'S EXHIBIT NO. 164
United States District Court
Northern District of California
No  11-CV-01846-LHK (PSG)

Apple Inc  v  Samsung Elecs

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 164.2



**APL-ITC796-X0000017035**

**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

Plaintiff's Exhibit No. 164.3



**APL-ITC796-X0000017036**

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.4



APL-ITC796-X0000017037

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.5



APL-ITC796-X0000017038

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.6



APL-ITC796-X0000017039

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.7



APL-ITC796-X0000017040

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.8



APL-ITC796-X0000017041

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.9



APL-ITC796-X0000017042

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

Plaintiff's Exhibit No. 164.10



APL-ITC796-X0000017043

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER