# Photographs of Apple Phone Models

 

**PLAINTIFF'S EXHIBIT NO. 165**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Proto 1017 (CX-2178C)

Plaintiff's Exhibit No. 165.2

# Photographs of Apple Phone Models







Apple Proto 1017 (CX-2178C)