# Photographs of Apple Phone Models




**PLAINTIFF'S EXHIBIT NO. 166**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Proto 1015

4

# Photographs of Apple Phone Models







Apple Proto 1015

5