# Photographs of Apple Phone Models




**PLAINTIFF'S EXHIBIT NO. 167**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Proto 0956 (CX-2176C)

# Photographs of Apple Phone Models







Apple Proto 0956 (CX-2176C)