# Photographs of Apple Phone Models

 

PLAINTIFF'S EXHIBIT NO. 168
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Proto 0961 (CX-2182C)

18

Plaintiff's Exhibit No. 168.2

# Photographs of Apple Phone Models







Apple Proto 0961 (CX-2182C)