Plaintiff's Exhibit No. 168.2

# Photographs of Apple Phone Models








Apple Proto 0961 (CX-2182C)