# Photographs of Models of Tablet Designs Considered by Apple

**PLAINTIFF'S EXHIBIT NO. 170**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____









Apple Proto 1202 (Bressler Ex11)

Plaintiff's Exhibit No. 170.2

# Photographs of Models of Tablet Designs Considered by Apple



Apple Proto 1202 (Bressler Ex11)