# Photographs of Apple Tablet Models

**PLAINTIFF'S EXHIBIT NO. 171**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____






Apple Proto 0874 (Bressler Ex 9)

Plaintiff's Exhibit No. 171.2

# Photographs of Apple Tablet Models



Apple Proto 0874 (Bressler Ex 9)