# EXHIBIT 1

# In The Matter Of:

*CERTAIN ELECTRONIC DEVICES INCLUDING WIRELESS, ET AL.*

———————————————————————

*SEUNG-HO AHN*
*March 15, 2012*

———————————————————————

## *CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTION ORDER*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.

In the Matter of

_____  )
CERTAIN ELECTRONIC DEVICES ) Investigation
INCLUDING WIRELESS,          ) No. 337-TA-794
ET AL.,                      )
_____  )


"CONFIDENTIAL BUSINESS INFORMATION

SUBJECT TO PROTECTIVE ORDER"


VIDEOTAPED DEPOSITION OF SEUNG-HO AHN

Thursday, March 15, 2012

AT:  9:00 a.m.

Taken at:

Renaissance Seoul Hotel
Seoul, S. Korea




Court Reporter:

Jeanne Bullis
RPR, CSR

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

```
                                                           Page 2

 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION
 3
       APPLE INC., a California  )
 4     corporation,               )
                                  )
 5           Plaintiff,           )
                                  )
 6     vs                         ) Case No.
                                  ) 11-cv-01846-LHK
 7     SAMSUNG ELECTRONICS CO.,   )
       LTD., a Korean business    )
 8     entity; SAMSUNG            )
       ELECTRONICS AMERICA,       )
 9     INC., a New York           )
       corporation, SAMSUNG       )
10     TELECOMMUNICATIONS         )
       AMERICA, LLC, a Delaware   )
11     limited liability company,)
                                  )
12           Defendants.          )
       _____)
13
14            "CONFIDENTIAL - ATTORNEYS' EYES ONLY"
15
             VIDEOTAPED DEPOSITION OF SEUNG-HO AHN
16
                    Thursday, March 15, 2012
17
                        AT:  9:00 a.m.
18
                          Taken at:
19
                    Renaissance Seoul Hotel
20                     Seoul, South Korea
21
       Court Reporter:
22
       Jeanne Bullis
23     RPR, CSR
24
25
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 3

```
 1              A P P E A R A N C E S
 2
     APPEARING ON BEHALF OF THE PLAINTIFF:
 3
          JOSEPH MUELLER, ESQ.
 4        Wilmer, Cutler, Pickering, Hale & Dorr, LLP
          60 State Street
 5        Boston, MA  02109
          (617) 526-6396
 6        joseph.mueller@wilmerhale.com
 7
     APPEARING ON BEHALF OF THE DEFENDANT:
 8
          THOMAS D. PEASE, ESQ.
 9        Quinn, Emanuel, Urquhart & Sullivan, LLP
          51 Madison Avenue
10        22nd Floor
          New York, NY  10010
11        (212) 849-7223
          thomaspease@quinnemanuel.com
12
13   INTERPRETERS:
14        Ted Kim - Main Interpreter
          Ann Park - Check Interpreter
15
16   ALSO PRESENT:
17        Brian Kim - Samsung
18
     VIDEOGRAPHER:
19
          Joe Cheung
20
21
22
23
24
25
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 19

```
09:53:11   1         A.  Yes.
09:53:12   2         Q.  And this is 2000, when you graduated?
09:53:21   3         A.  Yes.
09:53:22   4         Q.  For how long did you work for that law firm?
09:53:33   5         A.  I worked there for two years prior to
09:53:44   6    graduation.  Subsequent to my graduation, I worked
09:53:49   7    there one, possibly up to two years.
09:53:53   8         Q.  Where was this, which location?
09:54:00   9         A.  San Jose, California.
09:54:04  10         Q.  And what did you do after you completed your
09:54:06  11    work at this law firm?
09:54:19  12         A.  I rejoined Samsung Electronics.
09:54:24  13         Q.  And what was your position when you rejoined
09:54:26  14    Samsung?
09:54:36  15         A.  I was the team leader for the IP team at LCD
09:54:53  16    business division.
09:54:56  17         Q.  What were your responsibilities in that
09:54:58  18    position?
09:55:12  19         A.  I handled all aspects relating to patent
09:55:17  20    prosecution, license, for the LCD business division.
09:55:23  21         Q.  For how long did you serve in that position?
09:55:39  22         A.  Seven, eight years.  I'm not sure.  Say about
09:55:45  23    eight years.
09:55:48  24         Q.  And what was your next position?
09:56:13  25         A.  Thereafter, I became the team leader for IP
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 20

```
09:56:28   1    strategy at the site which is Samsung Advanced
09:56:36   2    Institute Of Technology.
09:56:39   3        Q.  What were your responsibilities in that role?
09:56:50   4        A.  It just had to do with the patent prosecution
09:57:18   5    for the SAIT itself, as well as the common aspect or
09:57:27   6    commonalities for, or the patents aspects throughout
09:57:32   7    the SEC; that is, not just confined to any particular
09:57:38   8    division.
09:57:41   9        Q.  What types of technologies does Samsung
09:57:48  10    develop at the SAIT?
09:57:56  11        A.  I do not really know.
09:58:00  12        Q.  You don't know?
09:58:05  13        CHECK INTERPRETER:  "I don't really know the
09:58:07  14    details."
09:58:08  15        Q.  Can you tell me at the high level the types
09:58:12  16    of technologies that SAIT develops?
09:58:25  17        MR. PEASE:  Objection, vague.
09:58:43  18        A.  Well, each of the business divisions would
09:58:47  19    develop technology related to that particular business
09:58:52  20    division, and so what's developed at the site is
09:59:02  21    technology that is not related to any particular
09:59:09  22    business division.
09:59:11  23        Q.  It would be general scientific research, for
09:59:14  24    example?
09:59:23  25        A.  That would be an example as well.
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 21

```
09:59:25   1          Q.  Can you think of other examples?
09:59:37   2          A.  My understanding is that bio, biotechnology,
09:59:45   3     is also carried out there.
09:59:50   4          Q.  And I believe you said that during this time
09:59:52   5     period, you were also developing IP strategy for other
09:59:57   6     business groups; is that right?
10:00:10   7          A.  No.
10:00:15   8          Q.  Did you have any duties that went beyond the
10:00:20   9     SAIT?
10:00:24  10          A.  Well, even then I still carried out the
10:00:51  11     duties of IP for the LCD business division.  Let me
10:00:59  12     elaborate.
10:01:01  13          I did not handle all aspects of IP for the LCD
10:01:19  14     business division.  That is, I did not handle patent
10:01:23  15     prosecution.  But I did handle license or licensing
10:01:29  16     for the LCD IP.
10:01:36  17          Q.  So you kept your LCD licensing duties even
10:01:41  18     after you joined the SAIT?
10:01:52  19          A.  Correct.
10:01:52  20          Q.  Were you doing anything else at the time you
10:01:56  21     were working with the SAIT?
10:02:06  22          MR. PEASE:  Objection, vague.
10:02:07  23          A.  No.
10:02:09  24     BY MR. MUELLER:
10:02:09  25          Q.  For how long did you work with the SAIT?
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 22

```
10:02:21   1        A.  A year, year and a half.
10:02:25   2        Q.  And you began work there about, when was it,
10:02:28   3   2009, 2010?
10:02:38   4        A.  I think that should be about right.
10:02:42   5        Q.  Do you recall when you completed your work
10:02:44   6   there, which year?
10:02:50   7        A.  That would have been either July or August of
10:02:59   8   2010, but I do not know exactly.
10:03:01   9        Q.  What did you do next?
10:03:07  10        A.  Thereafter I became the head of the IP
10:03:19  11   center, which I still do.
10:03:20  12        Q.  What is the IP center?
10:03:24  13        A.  This is the place where it handles, or it
10:03:41  14   oversees the general patent-related work for Samsung
10:03:48  15   Electronics Company.
10:03:54  16        Q.  All divisions?
10:04:21  17        A.  Well, previously IP teams used to belong to
10:04:26  18   each of the business divisions, but right now you can
10:04:33  19   say that through the IP center, you are able to
10:04:44  20   oversee all the aspects.
10:04:48  21        Q.  When was the IP center created?
10:04:54  22        A.  Once again, that would have been July or
10:05:04  23   August of 2010, which I'm not quite certain.
10:05:07  24        Q.  Were you the first head of the IP center?
10:05:18  25        A.  Well, I'm the first head of the IP center in
```

Page 24

```
10:08:28    1    licensing executive at Samsung?
10:08:43    2         A.   Yes.
10:08:44    3         Q.   To whom do you report?
10:08:50    4         A.   That is the CEO.
10:08:58    5         Q.   And who directly reports to you?
10:09:08    6         A.   There are four team leaders at the IP center.
10:09:18    7         Q.   And just so the record is clear, I'm going to
10:09:22    8    ask you to give each person's name, and let's start
10:09:24    9    with the CEO.
10:09:46   10         A.   Surname is Choi, and first name Jiseong.  A
10:10:00   11    common spelling, but that's probably not the correct
10:10:04   12    spelling.  I myself -- I know that that is not it, but
10:10:07   13    I don't know how it is spelled.
10:10:09   14         Q.   No problem.  And could you name for me,
10:10:12   15    please, sir, the four team leaders that report to you?
10:10:26   16         A.   Seung-Geon Park.  Minhyung Chung.  Jaewan Ji.
10:11:09   17    Gijoong Kang.
10:11:17   18         Q.   And I should have asked this earlier, but do
10:11:21   19    you prefer Dr. Ahn or Mr. Ahn?
10:11:29   20         A.   (In English) Anything's okay.  I forgot the
10:11:32   21    fact that I was a doctor before, so -- all right.
10:11:36   22    Call me Mr. Ahn.  That's all right.
10:11:40   23         Q.   Thank you.  Mr. Ahn, what are your day-to-day
10:11:50   24    responsibilities today at the IP center?
10:12:18   25         A.   I think it would be difficult to pinpoint
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 85

```
16:48:20   1    BY MR. MUELLER:
16:48:22   2        Q.  Well, Samsung has licensed to companies in
16:48:25   3    the industry patents relating to mobile
16:48:29   4    telecommunications technology; correct?
16:48:45   5        A.  Could you repeat that, please?
16:48:47   6        Q.  Sure.  Samsung has licensed to companies in
16:48:50   7    the industry patents relating to mobile
16:48:53   8    telecommunications technology; correct?
16:49:08   9        MR. PEASE:  Objection, vague.
16:49:10  10        A.  I do not really know, not exactly.
16:49:15  11    BY MR. MUELLER:
16:49:15  12        Q.  You don't know whether Samsung has licensed
16:49:19  13    patents relating to mobile telecommunications
16:49:21  14    technology to companies in the industry?
16:49:41  15        MR. PEASE:  Objection, vague.
16:50:48  16        A.  Earlier I was referring to the establishment
16:50:51  17    of the IP center, but I did not know of the work
16:50:57  18    related to mobile business division, and after its
16:51:04  19    establishment, there was that work for the mobile
16:51:12  20    business as well as other areas of work.  And as far
16:51:19  21    as I can recall, there has not been any such related
16:51:25  22    work in terms of the mobile business division.
16:51:31  23        And on top of which, prior to that time frame,
16:51:38  24    what kind of work had been carried out in terms of the
16:51:44  25    mobile business division, I do not know and I do not
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 86

| | | |
|---|---|---|
| 16:51:48 | 1 | recall. |
| 16:51:51 | 2 | (Interpreters conferring.) |
| 16:52:01 | 3 | CHECK INTERPRETER: "Like I told you earlier, |
| 16:52:03 | 4 | before the IP center was formed, I was not involved in |
| 16:52:08 | 5 | the mobile business division, and after the IP center |
| 16:52:11 | 6 | was formed, there was the work that was related to the |
| 16:52:16 | 7 | mobile division, as well as other business divisions. |
| 16:52:19 | 8 | So I do not really recall precisely as to what might |
| 16:52:25 | 9 | have occurred in terms of the business division, the |
| 16:52:28 | 10 | mobile business division.  And if you're talking about |
| 16:52:31 | 11 | the time period before the IP center was formed, I do |
| 16:52:36 | 12 | not really know as to what type of activities that |
| 16:52:39 | 13 | they were involved in." |
| 16:52:40 | 14 | BY MR. MUELLER: |
| 16:52:40 | 15 | Q.  But since the IP center was formed, you have |
| 16:52:44 | 16 | been involved in mobile telecommunications patent |
| 16:52:47 | 17 | licensing; correct? |
| 16:53:05 | 18 | A.  Yes. |
| 16:53:06 | 19 | MR. MUELLER:  Let's take a break. |
| 16:53:08 | 20 | VIDEOGRAPHER:  Going off the record, here marks |
| 16:53:11 | 21 | the end of tape No. 5.  The time is 16:53. |
| 16:53:19 | 22 | (A break was taken.) |
| 17:11:37 | 23 | (Exhibit 8 - 9 marked for identification.) |
| 17:11:38 | 24 | VIDEOGRAPHER:  Here marks the beginning of tape |
| 17:11:46 | 25 | No. 6.  Going on the record, the time is 17:11. |

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 117

```
19:03:17   1    BY MR. MUELLER:
19:03:18   2         Q.  Mr. Ahn, as the head --
19:03:23   3         MAIN INTERPRETER:  It's not 17, it's 19.
19:03:26   4         VIDEOGRAPHER:  Oh, sorry.  19:03.
           5    BY MR. MUELLER:
19:03:29   6         Q.  Mr. Ahn, as the head of licensing at Samsung,
19:03:32   7    what do you consider the best support for Samsung's
19:03:37   8    demand that Apple pay 2.4% for each relevant end
19:03:42   9    product in return for the rights to Samsung patents
19:03:45  10    essential to comply with ETSI standards?
19:04:36  11         MR. PEASE:  Objection.  Lacks foundation, calls
19:04:37  12    for a legal conclusion.
19:05:16  13         A.  I keep repeating myself here.  I'm not the
19:05:18  14    head of licensing, I'm the head of the IP center, of
19:05:24  15    which licensing is but one of the areas, and, as such,
19:05:32  16    I do not get involved directly in the details for
19:05:38  17    licensing, even though I do get reports on them.  And
19:05:45  18    I do not exactly know how the percentage was derived.
19:05:52  19    I do not know that directly.
19:05:55  20    BY MR. MUELLER:
19:05:56  21         Q.  Mr. Ahn, do you know anything about how the
19:05:58  22    2.4% number was derived?
19:06:12  23         A.  No.
19:06:12  24         Q.  Do you know any reason or basis to support
19:06:16  25    that number?
```

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 133

1        CERTIFICATE OF DEPONENT

2

3    I, SEUNG-HO AHN, hereby certify that I have read the

4    foregoing pages of my deposition of testimony taken in

5    these proceedings on this 15th day of March, 2012, and

6    with the exception of the changes listed on the next

7    page and/or corrections, if any, find them to be a

8    true and accurate transcription thereof.

9

10

11

12

13

         Signed:                    ........................
14
         Name:                      SEUNG-HO AHN
15
         Date:                      ........................
16

17

18

19

20

21

22

23

24

25