HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S REPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S OPENING STATEMENT DEMONSTRATIVE EXHIBITS** |

1  I, JASON R. BARTLETT, declare as follows:

2  1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.

3  ("Apple"). I am licensed to practice law in the State of California and admitted to practice

4  before this Court. I have personal knowledge of the matters stated herein or understand them to

5  be true from members of my litigation team. I make this declaration in support of Apple's

6  Objections to Samsung's Opening Statement and Demonstratives.

7  2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the

8  deposition transcript of Justin Denison, taken September 21, 2012.

9  3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the

10  deposition transcript of Seung-Ho Ahn, taken March 15, 2012.

11  I declare under penalty of perjury that the foregoing is true and correct. Executed this

12  29th day of July, 2012 at San Jose, California.

            /s/  *Jason R. Bartlett*
               Jason R. Bartlett

BARTLETT DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S OPENING STATEMENT DEMONSTRATIVE EXHIBITS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3176379

1

...

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: July 29, 2012                          */s/ Michael A. Jacobs*
                                                              Michael A. Jacobs

BARTLETT DECL. ISO APPLE'S RESPONSE TO SAMSUNG'S OBJECTIONS TO APPLE'S OPENING STATEMENT DEMONSTRATIVE EXHIBITS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3176379

2