Exhibit 2

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C.


In the Matter of

_____ )
CERTAIN ELECTRONIC DEVICES ) Investigation
INCLUDING WIRELESS,            ) No. 337-TA-794
ET AL.,                        )
_____ )



"CONFIDENTIAL BUSINESS INFORMATION

SUBJECT TO PROTECTIVE ORDER"


VIDEOTAPED DEPOSITION OF SEUNG-HO AHN

Thursday, March 15, 2012


AT:  9:00 a.m.

Taken at:

Renaissance Seoul Hotel
Seoul, S. Korea




Court Reporter:

Jeanne Bullis
RPR, CSR

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 2

```
 1        IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2               SAN JOSE DIVISION
 3
   APPLE INC., a California  )
 4 corporation,             )
                            )
 5     Plaintiff,           )
                            )
 6 vs                       ) Case No.
                            ) 11-cv-01846-LHK
 7 SAMSUNG ELECTRONICS CO., )
   LTD., a Korean business  )
 8 entity; SAMSUNG          )
   ELECTRONICS AMERICA,     )
 9 INC., a New York         )
   corporation, SAMSUNG     )
10 TELECOMMUNICATIONS       )
   AMERICA, LLC, a Delaware )
11 limited liability company,)
                            )
12   Defendants.            )
   _____)
13
14      "CONFIDENTIAL - ATTORNEYS' EYES ONLY"
15   VIDEOTAPED DEPOSITION OF SEUNG-HO AHN
16            Thursday, March 15, 2012
17            AT:  9:00 a.m.
18            Taken at:
19
            Renaissance Seoul Hotel
20          Seoul, South Korea
21
22   Court Reporter:
23 Jeanne Bullis
   RPR, CSR
24
25
```

Page 3

```
 1      A P P E A R A N C E S
 2
   APPEARING ON BEHALF OF THE PLAINTIFF:
 3
      JOSEPH MUELLER, ESQ.
 4    Wilmer, Cutler, Pickering, Hale & Dorr, LLP
      60 State Street
 5    Boston, MA  02109
      (617) 526-6396
 6    joseph.mueller@wilmerhale.com
 7
   APPEARING ON BEHALF OF THE DEFENDANT:
 8
      THOMAS D. PEASE, ESQ.
 9    Quinn, Emanuel, Urquhart & Sullivan, LLP
      51 Madison Avenue
10    22nd Floor
      New York, NY  10010
11    (212) 849-7223
      thomaspease@quinnemanuel.com
12
13 INTERPRETERS:
14    Ted Kim - Main Interpreter
      Ann Park - Check Interpreter
15
16 ALSO PRESENT:
17    Brian Kim - Samsung
18
   VIDEOGRAPHER:
19
      Joe Cheung
20
21
22
23
24
25
```

Page 4

```
 1            I N D E X
 2
   Examinations                        Page
 3
   SEUNG-HO AHN
 4    Direct Examination by MR. MUELLER    7
 5
      E X H I B I T S
 6
   No.    Description              Page
 7
 8 Exhibit 1    Patent Cross License Agreement   31
                Between Samsung Electronics Co.,
 9              Ltd., and Intel Corporation
                Bates Nos. S-794-ITC-000000040 - 49
   Exhibit 2    Amendment Number 1 to the Patent  31
10              Cross License Agreement Between
                Samsung and Intel Corporation Having
11              an Effective Date of January 1, 1993
                Bates Nos. S-794-ITC-000000021 - 25
12 Exhibit 3    8/31/04 Intel Letter with Amendment  31
                Number 2 With an Effective Date of
13              July 1, 2004 To The Patent Cross
                License Agreement Between Samsung
14              Electronics Co., Ltd. and Intel
                Corporation
15              Bates Nos. S-794-ITC-000000026 - 39
   Exhibit 4    Infrastructure and Subscriber Unit  69
16              License and Technical Assistance
                Agreement
17              Bates Nos. SAMNDCA00052124 - 63
   Exhibit 5    Amendment to Infrastructure and     69
18              Subscriber Unit License and Technical
                Assistance Agreement (The Amendment)
19              Bates Nos. SAMNDCA00052116 - 23
   Exhibit 6    Amendment to Infrastructure and     69
20              Subscriber Unit License and Technical
                Assistance Agreement (The Amendment)
21              Bates Nos. SAMNDCA00052029 - 115
   Exhibit 7    4/21/11 D. Aberle Letter            74
22 Exhibit 8    Nokia Corporation and Samsung       86
                Electronics Co., Ltd. License
23              Agreement
                Bates Nos. S-794-ITC-000001583 - 60
24 Exhibit 9    6/18/10 Nokia Corporation and Samsung  86
                Electronics Co., Ltd. License
25              Agreement Between
                Bates Nos. S-794-ITC-000001547 - 82
```

Page 5

```
 1 Exhibit 10    Amendments of ETSI Interim         98
                 Intellectual Property Rights Policy
 2               Bates Nos. S-ITC-003359712 - 17
   Exhibit 11    12/14-18/98 Samsung IPR Licensing  100
 3               Declaration
                 Bates No. APLNDE-WH-A 0000009374
 4 Exhibit 12    7/24/11 B. Teksler Letter          104
   Exhibit 13    U.S. Patent No. 6,928,604 B2       118
 5               APLNDC-WH-A 0000016618 - 30
   Exhibit 14    U.S. Patent No. 7,050,410 B1       119
 6               APLNDC-WH-A 0000014034 - 71
   Exhibit 15    U.S. Patent No. 7,069,055 B1       120
 7               APLNDC-WH-A 0000013378 - 84
   Exhibit 16    U.S. Patent No. 7,079,871 B2       121
 8               APLNDC-WH-A 0000018296 - 314
   Exhibit 17    U. S. Patent No. 7,200,792 B2      121
 9               APLNDC-WH-A 0000017615 - 656
   Exhibit 18    U. S. Patent No. 7,362,867 B1      122
10               APLNDC-WH-A 0000018113 - 133
   Exhibit 19    U.S. Patent No. 7,386,001 B1       123
11               APLNDC-WH-A 0000013077 - 95
   Exhibit 20    U.S. Patent No. 7,447,516,B2       123
12               APLNDC-WH-A 0000015619 - 45
   Exhibit 21    U. S. Patent No. 7,456,893 B2      124
13               APLNDC-WH-A 0000018487 - 500
   Exhibit 22    U. S. Patent No. 7,577,460 B2      125
14               APLNDC-WH-A 0000014727 - 45
   Exhibit 23    U. S. Patent No. 7,675,941 B2      125
15               APLNDC-WH-A 0000018762 - 78
   Exhibit 24    U. S. Patent No. 7,698,711 B2      126
16               APLNDC-WH-A 0000017299 - 307
17
18            * * * * *
19   ORIGINAL EXHIBITS RETAINED BY PLAINTIFF'S COUNSEL
20            * * * * *
21
22
23
24
25
```

2 (Pages 2 to 5)

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 6

```
09:19:15  1          P R O C E E D I N G S
09:19:15  2       VIDEOGRAPHER:  This is the video operator
09:19:17  3   speaking, Joe Cheung, of Merrill Corporation, Boston.
09:19:22  4   Today is March 15, 2012.  The time is 9:19.  We are at
09:19:27  5   the Azalea Room, Renaissance Seoul Hotel, Seoul, South
09:19:43  6   Korea, to take the videotaped deposition of Dr. Ahn in
09:19:46  7   the matter of Certain Electric Devices Including
09:19:56  8   Wireless, et al.  Investigation number is 337-TA-794.
09:19:58  9       Will counsel please introduce themselves for the
09:20:02 10   record, please.
09:20:03 11       MR. MUELLER:  Joe Mueller, Wilmer, Cutler,
09:20:06 12   Pickering, Hale and Dorr, for Apple.  And also let me
09:20:08 13   note for the record, I believe this deposition is also
09:20:11 14   for the Northern District of California case as well,
09:20:13 15   and I'll read the civil action number, which is Case
09:20:15 16   No. 11-cv-01846-LHK.  And that case is captioned
09:20:25 17   Apple, Incorporated vs. Samsung Electronics, Co.,
09:20:30 18   Limited.
09:20:30 19       MR. PEASE:  Tom Pease, Quinn, Emanuel, for
09:20:33 20   Samsung, and with me is Brian Kim from Samsung.
09:20:38 21       VIDEOGRAPHER:  And will the court reporter,
09:20:43 22   Jeanne Bullis of Merrill Corporation, Boston, please
09:20:47 23   swear the witness and the interpreter.
09:21:14 24       (Whereupon, the aforementioned Witness and
         25   Interpreters were sworn in.)
```

Page 7

```
          1       WHEREUPON,
          2              SEUNG-HO AHN
          3   having been first duly sworn as noted above, was
          4   examined and testified through the interpreter as
09:21:18  5   follows:
09:21:18  6              EXAMINATION
09:21:20  7   BY MR. MUELLER:
09:21:21  8       Q.  Good morning.
09:21:22  9       A.  Good morning.
09:21:22 10       Q.  Could you please state and spell your full
09:21:26 11   name for the record?
09:21:30 12       A.  Yes, my name is Seung-Ho Ahn.  A-H-N
09:21:43 13   S-E-U-N-G-H-O.
09:21:45 14       Q.  Mr. Ahn, do you speak English?
09:21:51 15       A.  Yes, a little bit.
09:21:54 16       Q.  And did you study at schools in the United
09:22:04 17   States?
09:22:04 18       A.  Yes.
09:22:04 19       Q.  Which ones?
09:22:29 20       A.  I had gone through the doctorate program at
09:22:35 21   University of Illinois, Urbana-Champaign, and then
09:22:41 22   thereafter, I completed the JD program at the
09:22:48 23   Santa Clara, California, University of Santa Clara,
09:22:53 24   law school.
09:22:53 25       Q.  And at Illinois, you received a Ph.D.;
```

Page 8

```
09:22:57  1   correct?
09:23:02  2       A.  Yes, that's correct.
09:23:03  3       Q.  And that was in metallurgy?
09:23:11  4       A.  Yes.
09:23:11  5       Q.  And you also attended Santa Clara for your
09:23:15  6   law degree; correct?
09:23:25  7       A.  Yes.
09:23:25  8       Q.  And at one time you were an admitted member
09:23:28  9   of the California State Bar; correct?
09:23:37 10       A.  Yes.
09:23:37 11       Q.  Are you fluent in English?
09:23:57 12       A.  Well, my answer would be different, depending
09:23:59 13   on your definition of fluent.  I don't think my
09:24:04 14   abilities are all that fluent.
09:24:11 15       Q.  Do you feel comfortable speaking in English?
09:24:14 16       A.  That depends on the situation.
09:24:17 17       Q.  If you were to testify at trial in litigation
09:24:22 18   against Apple, would you testify in English or Korean?
09:24:42 19       A.  It would be better for me to testify in
09:24:49 20   Korean.
09:24:49 21       Q.  You would testify in Korean?
09:24:50 22       A.  Correct.
09:24:51 23       Q.  Have you been deposed before?
09:24:58 24       A.  Yes.
09:25:00 25       Q.  How many times?
```

Page 9

```
09:25:08  1       A.  My recollection would be that about twice.
09:25:11  2       Q.  And do you recall in which cases?
09:25:24  3       A.  On the occasion of litigation between Samsung
09:25:34  4   and Sharp.  Also Samsung vs. SEL.
09:25:40  5       Q.  Were those the only two cases in which you
09:25:42  6   were deposed?
09:25:49  7       A.  That is my recollection.
09:25:53  8       Q.  Did you testify at a hearing or a trial in
09:25:56  9   those cases?
09:26:06 10       A.  I did testify in the case against Sharp.
09:26:13 11       Q.  In which court?
09:26:18 12       A.  ITC.
09:26:21 13       Q.  When was this?
09:26:34 14       A.  Four or five years ago.  Well, I would say
09:26:39 15   three, four years ago.
09:26:41 16       Q.  Do you recall the general subject matter of
09:26:43 17   your testimony?
09:26:53 18       A.  I do not recall.
09:26:55 19       Q.  Is that a patent case?
09:26:58 20       A.  The case itself was a patent-related case.
09:27:15 21       Q.  Was that case instigated by sharp or Samsung?
09:27:19 22       A.  Both parties.
09:27:26 23       Q.  Both parties brought claims against each
09:27:28 24   other?
09:27:32 25       A.  Yes, that's correct.
```

3 (Pages 6 to 9)

58061d58-2f52-4a92-adaa-7571c020488b

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN - 3/15/2012

Page 22

10:02:21  1       A.  A year, year and a half.
10:02:25  2       Q.  And you began work there about, when was it,
10:02:28  3   2009, 2010?
10:02:38  4       A.  I think that should be about right.
10:02:42  5       Q.  Do you recall when you completed your work
10:02:44  6   there, which year?
10:02:50  7       A.  That would have been either July or August of
10:02:59  8   2010, but I do not know exactly.
10:03:01  9       Q.  What did you do next?
10:03:07 10       A.  Thereafter I became the head of the IP
10:03:19 11   center, which I still do.
10:03:20 12       Q.  What is the IP center?
10:03:24 13       A.  This is the place where it handles, or it
10:03:41 14   oversees the general patent-related work for Samsung
10:03:48 15   Electronics Company.
10:03:54 16       Q.  All divisions?
10:04:21 17       A.  Well, previously IP teams used to belong to
10:04:26 18   each of the business divisions, but right now you can
10:04:33 19   say that through the IP center, you are able to
10:04:44 20   oversee all the aspects.
10:04:48 21       Q.  When was the IP center created?
10:04:54 22       A.  Once again, that would have been July or
10:05:04 23   August of 2010, which I'm not quite certain.
10:05:07 24       Q.  Were you the first head of the IP center?
10:05:18 25       A.  Well, I'm the first head of the IP center in

Page 23

10:05:35  1   its current iteration, but ten or some odd years ago,
10:05:41  2   there was an IP center then, and back then it was
10:05:48  3   somebody else.
10:05:49  4       Q.  But for the current iteration, you were the
10:05:51  5   first and remain the only head of the IP center;
10:05:54  6   correct?
10:06:08  7       A.  Yes, so far.
10:06:10  8       Q.  Does the IP center have lead responsibility
10:06:15  9   at Samsung Electronics for patent prosecution?
10:06:37 10       MR. PEASE:  Objection, vague.
10:06:58 11       A.  Earlier I was alluding to the fact that all
10:07:02 12   the IP-related work were combined to be the work for
10:07:15 13   IP center, but what has been left out in this
10:07:20 14   combining process was the patent prosecution, which
10:07:23 15   still remained with each of the business divisions.
10:07:30 16   BY MR. MUELLER:
10:07:30 17       Q.  Does the IP center have lead responsibility
10:07:34 18   at Samsung for licensing?
10:07:48 19       MR. PEASE:  Objection, vague.
10:08:03 20       A.  Well, I do not exactly understand what you
10:08:06 21   mean by "lead" here, but at the time of the
10:08:13 22   licensing-related work, there is cooperation with the
10:08:20 23   related business division.
10:08:25 24   BY MR. MUELLER:
10:08:25 25       Q.  Mr. Ahn, are you the highest ranking

Page 24

10:08:28  1   licensing executive at Samsung?
10:08:43  2       A.  Yes.
10:08:44  3       Q.  To whom do you report?
10:08:50  4       A.  That is the CEO.
10:08:58  5       Q.  And who directly reports to you?
10:09:08  6       A.  There are four team leaders at the IP center.
10:09:18  7       Q.  And just so the record is clear, I'm going to
10:09:22  8   ask you to give each person's name, and let's start
10:09:24  9   with the CEO.
10:09:46 10       A.  Surname is Choi, and first name Jiseong.  A
10:10:00 11   common spelling, but that's probably not the correct
10:10:04 12   spelling.  I myself -- I know that that is not it, but
10:10:07 13   I don't know how it is spelled.
10:10:09 14       Q.  No problem.  And could you name for me,
10:10:12 15   please, sir, the four team leaders that report to you?
10:10:26 16       A.  Seung-Geon Park.  Minhyung Chung.  Jaewan Ji.
10:11:09 17   Gijoong Kang.
10:11:17 18       Q.  And I should have asked this earlier, but do
10:11:21 19   you prefer Dr. Ahn or Mr. Ahn?
10:11:29 20       A.  (In English)  Anything's okay.  I forgot the
10:11:32 21   fact that I was a doctor before, so -- all right.
10:11:36 22   Call me Mr. Ahn.  That's all right.
10:11:40 23       Q.  Thank you.  Mr. Ahn, what are your day-to-day
10:11:50 24   responsibilities today at the IP center?
10:12:18 25       A.  I think it would be difficult to pinpoint

Page 25

10:12:22  1   specifically it is this or it is that, but I could say
10:12:27  2   that I'm handling the overall general patent-related
10:12:35  3   work for Samsung.
10:12:38  4       Q.  And your duties include licensing; correct?
10:12:46  5       A.  Yes.
10:12:47  6       Q.  Do your duties also include acquisitions of
10:12:52  7   intellectual property, including patents?
10:13:05  8       A.  Yes.
10:13:06  9       Q.  Do you have any involvement at all in patent
10:13:08 10   prosecution these days?
10:13:14 11       A.  I do not.
10:13:23 12       Q.  Are there other areas beyond licensing and
10:13:26 13   acquisitions that you currently work in?
10:13:45 14       A.  Well, there is the patent analysis work and
10:14:00 15   there are some people who handle litigation, and some
10:14:06 16   other people who handle strategy, and many different
10:14:13 17   things.
10:14:13 18       Q.  And when you say "patent analysis," what are
10:14:17 19   you referring to?
10:14:33 20       A.  Well, at the time of the purchase of patents,
10:14:43 21   there can be some patent analysis work prior to such
10:14:47 22   acquisition, and if there are some claims made or
10:14:54 23   litigation occurs, then the related patents could be
10:14:59 24   analyzed.
10:15:00 25       Q.  Do you supervise patent-related litigation?

7 (Pages 22 to 25)

58061d58-2f52-4a92-adaa-7571c020488b

CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER
SEUNG-HO AHN – 3/15/2012

Page 134

```
 1              CERTIFICATE OF REPORTER
 2
 3         I, JEANNE BULLIS, RPR, CSR, hereby certify
 4    that the testimony of the witness, SEUNG-HO AHN,
 5    in the foregoing transcript taken on the 15th day of
 6    March, 2012, was recorded by me in machine shorthand
 7    and was thereafter transcribed by me; and that the
 8    foregoing transcript is a true and accurate verbatim
 9    record of the said testimony.
10
11         I further certify that I am not a relative,
12    employee, counsel or financially involved with any
13    of the parties to the within cause, nor am I an
14    employee or relative of any counsel for the parties,
15    nor am I in any way interested in the outcome of the
16    within cause.
17
18    Signed:      ...............................
19    Name:        Jeanne Bullis
20    Date:        ...............................
21
22
23
24
25
```

Page 135

```
 1            ERRATA SHEET
 2
      Case Name:   APPLE VS. SAMSUNG
 3
      Witness Name:  SEUNG-HO AHN
 4
      Date:      March 15, 2012
 5
 6    ___/_____ _____ _____
 7    ___/_____ _____ _____
 8    ___/_____ _____ _____
 9    ___/_____ _____ _____
10    ___/_____ _____ _____
11    ___/_____ _____ _____
12    ___/_____ _____ _____
13    ___/_____ _____ _____
14    ___/_____ _____ _____
15    ___/_____ _____ _____
16    ___/_____ _____ _____
17    ___/_____ _____ _____
18
19    Subscribed and sworn to before
      me this   day of      2012.
20
21
22    _____
               SEUNG-HO AHN
23
24
25
```

35 (Pages 134 to 135)

58061d58-2f52-4a92-adaa-7571c020488b