# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
                HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
  1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
  2                         SAN JOSE DIVISION

  3           Civil Action No.:  11-CV-01846-LHK

  4
       APPLE, INC., a California corporation,
  5
                 Plaintiff,
  6

  7    vs.

  8    SAMSUNG ELECTRONICS CO., LTD.,
       a Korean business entity;
  9    SAMSUNG ELECTRONICS AMERICA, INC.,
       a New York corporation; and
 10    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
       a Delaware limited liability company,
 11              Defendants.
       _____/
 12

 13

 14

 15            *** HIGHLY CONFIDENTIAL ***
                   ATTORNEYS' EYES ONLY
 16

 17       VIDEOTAPED PERSONAL DEPOSITION OF:

 18                HYOUNG SHIN PARK

 19

 20

 21          Wednesday, February 29, 2012
                     Kim & Chang
 22              Seoul, South Korea
                8:15 a.m. to 11:31 a.m.
 23

 24

 25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
 1   APPEARANCES:

 2

 3      ON BEHALF OF PLAINTIFF, APPLE, INC.:

 4
        MORRISON FOERSTER, LLP
 5      By:  FRANCIS HO, ESQ.
        425 Market Street
 6      San Francisco, California 94105-2482
        Phone:  415.268.7339
 7

 8

 9      ON BEHALF OF DEFENDANT, SAMSUNG:

10
        QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
11      By:  MARGRET CARUSO, ESQ.
        555 Twin Dolphin Drive
12      Redwood Shores, California 94065
        Phone:  650.801.5005
13

14

15   Also present:

16      JINA OH, LEAD INTERPRETER
        KATHY SIM, CHECK INTERPRETER
17      JEFF MENTON, VIDEOGRAPHER
        TRACEY LOCASTRO, COURT REPORTER
18      DAVID SON, MORRISON FOERSTER

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

1              P R O C E E D I N G S

2                    - - -

3       VIDEOGRAPHER:  We are now on the video

4    record.  The time is 8:15 a.m.  Today is

5    February the 29th, 2012.

6       This is the videotaped deposition of Hyoung

7    Shin Park, that's H-Y-O-U-N-G S-H-I-N, Park, as

8    an individual.

9       This video deposition has been noticed by

10   the law firm of Morrison and Foerster and being

11   taken by attorney Francis C. Ho, representing

12   the plaintiff in the matter of Apple, Inc.

13   versus Samsung Electronics Company Limited,

14   et al. and Samsung Electronics Company Limited,

15   et al., counterclaim plaintiff, versus Apple,

16   Inc., counterclaim defendants, case number

17   11-CV-01846-LHK in the United States District

18   Court, Northern District of California, San Jose

19   Division.

20      This deposition is being taken at the

21   offices of Kim and Chang in Seoul, Korea.  The

22   court reporter is Tracey LoCastro from American

23   Realtime Court Reporters/Asia.  The videographer

24   is Jeff Menton, certified court video

25   specialist, of American Realtime Court

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

|  |  |  |
|---|---|---|
|  | 1 | Reporters/Asia. |
|  | 2 | Would counsel please state their appearances |
|  | 3 | for the record and state whom you represent, |
|  | 4 | starting with the noticing attorney.  And then |
|  | 5 | will the court reporter please swear the |
|  | 6 | interpreters in.  And then will the attorneys |
| 08:17:08 | 7 | please make their opening statements. |
| 08:17:08 | 8 | MR. HO:  This is Francis Ho for Apple.  With |
| 08:17:13 | 9 | me is David Son. |
| 08:17:14 | 10 | MS. CARUSO:  Margret Caruso of Quinn, |
| 08:17:19 | 11 | Emanuel, Urquhart and Sullivan for Samsung, et |
| 08:17:21 | 12 | al. |
|  | 13 | COURT REPORTER:  Do you solemnly swear or |
|  | 14 | affirm that you will well and truly interpret |
|  | 15 | the questions propounded by counsel and the |
|  | 16 | answers given by the witness from Korean to |
|  | 17 | English and English to Korean to the best of |
| 08:17:35 | 18 | your ability. |
| 08:17:35 | 19 | LEAD INTERPRETER:  I do. |
| 08:17:36 | 20 | CHECK INTERPRETER:  I do. |
| 08:17:37 | 21 | MR. HO:  We understand the court reporter is |
| 08:17:38 | 22 | not authorized to administer oaths in this |
| 08:17:40 | 23 | venue; nevertheless, we request that she |
| 08:17:43 | 24 | administer the oath.  And we stipulate that we |
| 08:17:45 | 25 | waive any objection to the validity of the |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

| | | |
|---|---|---|
| 08:17:48 | 1 | depositions based on the oaths. |
| 08:17:48 | 2 | THEREUPON, |
| 08:17:48 | 3 | HYOUNG SHIN PARK, |
| 08:17:48 | 4 | having been first duly sworn, was examined and |
| 08:18:12 | 5 | testified as follows: |
| 08:18:12 | 6 | THE WITNESS:  Yes. |
| 08:18:12 | 7 | EXAMINATION |
| 08:18:12 | 8 | BY MR. HO: |
| 08:18:19 | 9 | Q.    Good morning, Ms. Park.  Can you please |
| 08:18:22 | 10 | state and spell your name for the record? |
| 08:18:36 | 11 | A.    My name is Hyoung Shin Park, H-Y-O-U-N-G |
| 08:18:44 | 12 | S-H-I-N P-A-R-K. |
| 08:18:47 | 13 | Q.    Who is your employer, Ms. Park? |
| 08:18:54 | 14 | A.    Samsung Electronics. |
| 08:18:57 | 15 | Q.    And what is your position at Samsung |
| 08:19:05 | 16 | Electronics? |
| 08:19:05 | 17 | A.    I am the senior designer. |
| 08:19:09 | 18 | Q.    What do you do in your role as senior |
| 08:19:13 | 19 | designer? |
| 08:19:20 | 20 | A.    I am working on product design. |
| 08:19:24 | 21 | Q.    What kind of products? |
| 08:19:30 | 22 | A.    I design a mobile device. |
| 08:19:33 | 23 | Q.    Can you identify any mobile devices that |
| 08:19:37 | 24 | you've designed? |
| 08:19:44 | 25 | MS. CARUSO:  Objection, vague. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

```
08:40:36   1         Q.    What was the inspiration for the F700
08:40:39   2    design?
08:40:58   3         A.    So the internal name for this phone was
08:41:31   4    bowl.
08:41:32   5               CHECK INTERPRETER:  The nickname.
08:41:34   6         A.    The nickname was bowl, and that was
08:41:37   7    expressing the feeling of containing the water in a
08:41:42   8    bowl.  And so we named it so to represent that we
08:41:48   9    wanted -- represent the fact that we wanted to put as
08:41:52  10    much contents in that phone.
08:41:56  11               CHECK INTERPRETER:  As if a bowl is full of
08:42:00  12       water.
08:42:03  13         A.    And so there was a full-touch phone and also
08:42:09  14    there was a QWERTY version phone that we worked on
08:42:17  15    previously.
08:42:24  16               CHECK INTERPRETER:  May the interpreters
08:42:25  17       confer, please.
08:42:26  18               (Discussion held between Lead Interpreter
08:42:34  19    and Check Interpreter.)
08:42:34  20         A.    And also there were 3-to-4 key version.  So
08:42:50  21    that is why we nicknamed F700 to be Q bowl.
08:42:59  22    BY MR. HO:
08:43:00  23         Q.    So was the F700's inspiration a bowl of
08:43:05  24    water?
08:43:11  25               MS. CARUSO:  Objection, mischaracterizes the
```

```
08:43:13   1         testimony.
08:43:18   2         A.    Yes.
08:43:19   3   BY MR. HO:
08:43:19   4         Q.    Was there any other inspiration for the
08:43:22   5   F700?
08:43:59   6         A.    So on top of that we also wanted to create a
08:44:03   7   mysterious feeling, so something with bluish, a vase
08:44:12   8   feel, something that you will get from the plate.
08:44:19   9               CHECK INTERPRETER:  Pottery.
08:44:20  10               LEAD INTERPRETER:  Pottery, thank you.
08:44:21  11         A.    From a pottery.
08:44:23  12               So in order to express that feeling we did
08:44:26  13   the hard coating.
08:44:27  14               CHECK INTERPRETER:  We applied CMF.  And
08:44:37  15       used a coating.
08:44:39  16   BY MR. HO:
08:44:40  17         Q.    What about the F700 symbolizes a bowl of
08:44:46  18   water?
08:45:04  19               MS. CARUSO:  Objection, vague.
08:45:56  20         A.    So I don't know whether you have seen the
08:45:58  21   design, but it has a roundy shape and it has a pottery
08:46:07  22   section.  And on the window part it feels like it is
08:46:11  23   submerged, and that's how we did the finish for that
08:46:14  24   part.
08:46:15  25               CHECK INTERPRETER:  Slightly submerged.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

63

| | | |
|---|---|---|
| 11:30:28 | 1 | guideline"? |
| 11:30:54 | 2 | A.    I don't quite recall.  But these things, |
| 11:30:59 | 3 | seems like it's my first time seeing them. |
| 11:31:04 | 4 | Q.    Going back to the F700.  Besides the |
| 11:31:07 | 5 | external case, did you take part in the design of any |
| 11:31:11 | 6 | other aspect of the F700? |
| 11:31:29 | 7 | MS. CARUSO:  Objection, vague. |
| 11:31:32 | 8 | A.    No. |
| 11:31:33 | 9 | MR. HO:  That's all the questions I have for |
| 11:31:35 | 10 | you.  Thank you very much. |
| 11:31:41 | 11 | MS. CARUSO:  Samsung would like to designate |
| 11:31:43 | 12 | the entirety of the transcript as attorneys' |
| 11:31:46 | 13 | eyes only under the protective order. |
| 11:31:49 | 14 | MR. HO:  Off the record. |
| 11:31:50 | 15 | VIDEOGRAPHER:  This concludes the videotaped |
| 11:31:52 | 16 | deposition of Hyoung Shin Park consisting of |
| 11:31:55 | 17 | three video discs.  The time is 11:31 a.m. |
| 11:32:00 | 18 | We're going off the video record. |
| | 19 | |
| | 20 | (Time noted:  11:31 a.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

65

1        C E R T I F I C A T E

2  (Seoul)

3  (South Korea)

4

5         I, Tracey S. LoCastro, Registered
   Professional Reporter, do hereby certify
6  that the aforementioned witness was first duly sworn
   as noted by stipulation of counsel to testify the
7  whole truth; that I was authorized to and did report
   said deposition in stenotype; and that the foregoing
8  pages are a true and correct transcription of my
   shorthand notes of said deposition.

9         I further certify that said deposition was
   taken at the time and place hereinabove set forth
10 and that the taking of said deposition was commenced
   and completed as hereinabove set out.
11
           I further certify that I am not attorney
12 or counsel of any of the parties, nor am I a
   relative or employee of any attorney or counsel of
13 party connected with the action, nor am I
   financially interested in the action.
14
           The foregoing certification of this
15 transcript does not apply to any reproduction of the
   same by any means unless under the direct control
16 and/or direction of the certifying reporter.

17

18         IN WITNESS WHEREOF, I have hereunto

19 set my hand this 1st day of March, 2012.

20

21                    _____

22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter
23

24

25