UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING CLAIM TERMS IN JURY NOTEBOOKS |

The parties have asked for clarification regarding how certain claim terms should appear in the jury notebooks. The Court has considered the parties' positions. There are five disputes that require a ruling. The parties shall use the claim constructions described below in the jury notebooks.

1. The '381 Patent

    - The term "electronic document" means "a document stored in a digital format." An "electronic document" includes, but is not limited to, a web page; a digital image; word process, spreadsheet or presentation document; or a list of items in a digital format." An electronic document need not be stored in a single file.

1      •   The term "translating the electronic document in a second direction" was not proposed for construction, and therefore has its plain and ordinary meaning."

2. <u>The '163 Patent</u>
- The Court has not construed any terms from this patent, and therefore the terms from this patent should be given their plain and ordinary meaning.

3. <u>The '460 Patent</u>
- The Court has not construed any terms from this patent, and therefore the terms from this patent should be given their plain and ordinary meaning.

4. <u>The '711 Patent</u>
- The term "applet" means "an application designed to run within an application module that need not be operating system-independent."

**IT IS SO ORDERED.**

Dated: July 29, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER REGARDING CLAIM TERMS IN JURY NOTEBOOKS