| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| | hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| | mjacobs@mofo.com | HALE AND DORR LLP |
| 3 | RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| | rkrevans@mofo.com | Boston, MA 02109 |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| | jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| 5 | ALISON M. TUCHER (CA SBN 171363) | |
| | atucher@mofo.com | |
| 6 | RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| | rhung@mofo.com | mark.selwyn@wilmerhale.com |
| 7 | JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| | jasonbartlett@mofo.com | HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP | 950 Page Mill Road |
| | 425 Market Street | Palo Alto, California 94304 |
| 9 | San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| | Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK (PSG) |
| Plaintiff, | **APPLE'S JULY 29, 2012 ROLLING LIST OF WITNESSES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses.

1. Chris Stringer
2. Phil Schiller
3. Justin Denison
4. Wookyun Kho (by deposition)
5. Jaegwan Shin (by deposition)
6. Qi Ling (by deposition)
7. Peter Bressler

In addition, Apple has notified Samsung that Scott Forstall will testify on Friday, and may testify before one or more of the above witnesses depending on schedule.

Dated: July 29, 2012              MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
RACHEL KREVANS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

Attorneys for APPLE INC.