QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S MOTION FOR LEAVE TO FILE SUR-REPLY TO APPLE'S NEW ARGUMENTS ON REPLY RE: APPLE'S MOTION TO ENFORCE COURT ORDERS REGARDING SONY DESIGNS** |

1  Samsung respectfully requests leave to file a sur-reply to address new evidence and
2  arguments raised for the first time in Apple's Reply In Support of its Motion to Enforce Court
3  Orders Regarding Sony Designs (Dkt. 1437).   Apple's moving papers sought to preclude use of
4  "Sony-style" CAD drawings and e-mails on the basis that this evidence was purportedly stricken
5  by Judge Grewal, and further sought to preclude use of related testimony on these issues on the
6  grounds that the testimony was untimely, and that Apple never agreed to allow its use in this
7  action.   Apple did not articulate any other bases for its motion.   Dkt. 1420.

8  After Samsung demonstrated in its Opposition to Apple's Motion that (1) the documentary
9  evidence was not excluded by Judge Grewal, and (2) the evidence is probative of a number of
10 disputed issues wholly separate from the invalidity theories set forth in Mr. Sherman's report,
11 Apple submitted a reply brief that introduces an entirely new theory, *i.e.,* that a project code-
12 named "purple" purportedly rebuts one of the asserted bases for admission of the evidence.

13 Similarly, with respect to the challenged deposition testimony, after Samsung presented
14 clear evidence in its opposition brief that, contrary to its counsel's sworn declaration, Apple **had**
15 agreed to use the testimony in this case, Apple now argues that, notwithstanding its prior
16 misrepresentation, the testimony should nonetheless be excluded under Rule 403.   That argument
17 was nowhere mentioned in Apple's moving papers.

18 In light of Apple's new arguments made for the first time in its Reply brief, Samsung
19 respectfully requests leave to file a short sur-reply brief to address these new arguments, a copy of
20 which is attached as Exhibit A to the concurrently-filed declaration of Adam Cashman.

DATED: July 29, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Victoria F. Maroulis*
Charles K. Verhoeven
Victoria F. Maroulis
Kevin P.B. Johnson
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC