QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ADAM CASHMAN IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO FILE SUR-REPLY** |

I, Adam Cashman, declare:

1. I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I make this declaration in connection with Samsung's Notice of Lodging, filed herewith. I have personal knowledge of the facts set forth in this declaration except where noted and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit A is Samsung's Sur-Reply to Apple's New Arguments on Reply Re Apple's Motion to Enforce Court Orders Regarding Sony Designs.

3. Attached as Exhibit B are true and correct copies of excerpts of the May 2, 2012 Deposition of Shin Nishibori taken in this matter by agreement of counsel for Apple.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on July 29, 2012.

By _____
Adam S. Cashman

-1- Case No. 11-cv-01846-LHK
DECLARATION OF ADAM CASHMAN IN SUPPORT OF SAMSUNG'S
MOTION FOR LEAVE TO FILE SUR-REPLY