# EXHIBIT B

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 1

1      UNITED STATES INTERNATIONAL TRADE COMMISSION
2                    Washington, D.C.
3    In the Matter of             )
                                   )
4    CERTAIN ELECTRONIC DIGITAL    )   Inv. No. 337-TA-796
     MEDIA DEVICES AND             )
5    COMPONENTS THEREOF            )
                                   )
6
7
8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10               SAN JOSE DIVISION
11   APPLE INC., a California   ) CIVIL NO.  11-CV-01846-LHK
     corporation,               )
12                              )
               Plaintiff,       )
13                              )
         vs.                    )
14                              )
     SAMSUNG ELECTRONICS CO.,   )
15   LTD., a Korean business    )
     entity; SAMSUNG ELECTRONICS )
16   AMERICA, INC., a New York  )
     corporation; and SAMSUNG   )
17   TELECOMMUNICATIONS AMERICA, )
     LLC, a Delaware limited    )
18   liability company,         )
                                )
19              Defendants.     )
                                )
20
21          CONFIDENTIAL BUSINESS INFORMATION
22        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
23        VIDEOTAPED DEPOSITION OF SHIN NISHIBORI
24          MAY 2, 2012        HONOLULU, HAWAII
25   TSG JOb # 49110     Reporter: ADRIANNE IGE KURASAKI

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | WEDNESDAY, MAY 2, 2012                   10:03 A.M. | |
| 2 | THE VIDEOGRAPHER:  This is the start of | 10:03AM |
| 3 | Tape No. 1.  Videotaped Deposition of Shin | 10:03AM |
| 4 | Nishibori in the matter of Certain Electronic | 10:03AM |
| 5 | Digital Media Devices and Components Thereof. | 10:03AM |
| 6 | This is Apple versus Samsung, in the U.S. | 10:03AM |
| 7 | District Court, Northern District Court of San | 10:03AM |
| 8 | Jose Division, No. 11-CV-01846-LHK. | 10:03AM |
| 9 | This deposition is being held at The | 10:04AM |
| 10 | Halekulani Hotel, 2199 Kalia Road, Honolulu, | 10:04AM |
| 11 | Hawaii on May the 2nd, 2012, at approximately | 10:04AM |
| 12 | 10:04 a.m. | 10:04AM |
| 13 | My name is Derek Bryant.  I am the Legal | 10:04AM |
| 14 | Video Specialist from TSG Reporting, Inc., | 10:04AM |
| 15 | headquartered at 747 Third Avenue, New York, | 10:04AM |
| 16 | New York. | 10:04AM |
| 17 | The court reporter is Adrianne Kurasaki | 10:04AM |
| 18 | in association with TSG Reporting. | 10:04AM |
| 19 | Counsel, please introduce yourselves. | 10:04AM |
| 20 | MR. ZELLER:  Mike Zeller for Samsung. | 10:04AM |
| 21 | MS. TAYLOR:  Jennifer Taylor for Apple. | 10:04AM |
| 22 | MS. WHEELER:  Cindy Wheeler from Apple. | 10:04AM |
| 23 | THE VIDEOGRAPHER:  Will the court | 10:04AM |
| 24 | reporter please swear in the interpreters and | 10:04AM |
| 25 | then the witness. | 10:04AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 6

```
 1                    AYANO NISHIMURA,                    10:04AM
 2         called as the official interpreter for         10:04AM
 3   the witness, being first duly sworn to interpret     10:04AM
 4   the following testimony from English to              10:04AM
 5   Japanese and from Japanese to English.               10:04AM
 6                    SADAAKI MATSUTANI,                  10:04AM
 7         called as a check interpreter for              10:04AM
 8   the witness, being first duly sworn to check         10:04AM
 9   the following testimony from English to              10:04AM
10   Japanese and from Japanese to English.               10:04AM
11                    SHIN NISHIBORI,                     10:05AM
12         called as a witness on behalf of               10:05AM
13   Defendants and Counterclaim Plaintiffs,              10:05AM
14   Samsung Electronics Co., Ltd., Samsung               10:05AM
15   Electronics America, Inc., and Samsung               10:05AM
16   Telecommunications, LLC, being first duly            10:05AM
17   sworn to tell the truth, the whole truth, and        10:05AM
18   nothing but the truth, was examined and              10:05AM
19   testified as follows:                                10:05AM
20                    EXAMINATION                         10:05AM
21   BY MR. ZELLER:                                       10:05AM
22     Q    Good morning.                                 10:05AM
23     A    Good morning.                                 10:05AM
24     Q    If you could please tell us your full         10:05AM
25   name for the record.                                 10:05AM
```

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 29

| | | |
|---|---|---|
| 1 | name to call it, I do not have a clear | 10:54AM |
| 2 | recollection.  As what Jonathan Ive said to me | 10:54AM |
| 3 | is that "If Sony were to make that, what would | 10:55AM |
| 4 | it be like.  And please make something based on | 10:55AM |
| 5 | your idea." | 10:55AM |
| 6 | So it might have been like -- to be | 10:55AM |
| 7 | stated as Sony-like or Sony Style or something | 10:55AM |
| 8 | like that. | 10:55AM |
| 9 | But however, I do not have a | 10:55AM |
| 10 | recollection that -- whether I was the one who | 10:55AM |
| 11 | named the file or not.  I'm sorry. | 10:55AM |
| 12 | MR. ZELLER:  Let's please mark as | 10:55AM |
| 13 | Exhibit 2 some additional images produced by | 10:55AM |
| 14 | Apple.  And these bear Bates numbers | 10:55AM |
| 15 | APL-ITC796-X000016675 through 16693. | 10:55AM |
| 16 | THE INTERPRETER:  It's not in here, is | 10:56AM |
| 17 | it? | 10:56AM |
| 18 | MR. ZELLER:  I'm sorry? | 10:56AM |
| 19 | THE INTERPRETER:  It's not in here, is | 10:56AM |
| 20 | it? | 10:56AM |
| 21 | MR. ZELLER:  No, no.  I'm marking a new | 10:56AM |
| 22 | one. | 10:56AM |
| 23 | (Exhibit No. 2 marked for identification.) | 10:56AM |
| 24 | BY MR. ZELLER: | 10:56AM |
| 25 | Q    And please let us know when you've had a | 10:57AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 30

| | | |
|---|---|---|
| 1 | chance to look at the images in Exhibit 2. | 10:57AM |
| 2 | A    Okay. | 10:57AM |
| 3 | Q    Do you recognize what these images are? | 10:57AM |
| 4 |     (The Check Interpreter speaks in Japanese.) | 10:57AM |
| 5 |        INTERPRETED ANSWER:  Hai. | 10:57AM |
| 6 | BY MR. ZELLER: | 10:57AM |
| 7 | Q    Please tell us what you recognize them | 10:57AM |
| 8 | as. | 10:57AM |
| 9 | A    It is -- these are renderings that I | 10:57AM |
| 10 | created based on my own thoughts or my | 10:57AM |
| 11 | understanding of Sony-like designs -- Sony's | 10:57AM |
| 12 | design, based on the request of Jonathan Ive. | 10:58AM |
| 13 | Q    And then when we looked at Exhibit 1, we | 10:58AM |
| 14 | saw that there were some file dates for March of | 10:58AM |
| 15 | 2006. | 10:58AM |
| 16 |     (The Check Interpreter speaks in Japanese.) | 10:58AM |
| 17 |        THE CHECK INTERPRETER:  The witness | 10:58AM |
| 18 | said, "Yes." | 10:58AM |
| 19 |        MR. ZELLER:  Give me the translation. | 10:58AM |
| 20 |        THE INTERPRETER:  Sorry. | 10:58AM |
| 21 |        INTERPRETED ANSWER:  Yes. | 10:58AM |
| 22 | BY MR. ZELLER: | 10:58AM |
| 23 | Q    Do you recall whether or not the | 10:58AM |
| 24 | renderings in Exhibit 2 were done at the same | 10:58AM |
| 25 | time as these renderings in Exhibit 1 or were | 10:58AM |

Confidential Business Information
Highly Confidential Attorney's Eyes Only

Page 31

| | | |
|---|---|---|
| 1 | they done later on? | 10:58AM |
| 2 | A    In my recollection, the ones listed here | 10:59AM |
| 3 | from one, two, three, four, five, six, seven, | 10:59AM |
| 4 | are the ones here, listed as jpegs here. | 10:59AM |
| 5 | Q    So you think these are the same images? | 10:59AM |
| 6 | A    I think they are the same. | 10:59AM |
| 7 | Q    And I take it that the Sony-like designs | 10:59AM |
| 8 | that were done in CAD form that you worked on | 10:59AM |
| 9 | with the CAD operator, were they on Apple's CAD | 10:59AM |
| 10 | system? | 10:59AM |
| 11 | MS. TAYLOR:  Objection.  Vague. | 11:00AM |
| 12 | INTERPRETED ANSWER:  Well, I'm not too | 11:00AM |
| 13 | sure about what you're referring to as "CAD | 11:00AM |
| 14 | system," whether you're calling it as the | 11:00AM |
| 15 | software company.  If you're asking about the | 11:00AM |
| 16 | location of CAD system and Apple -- | 11:00AM |
| 17 | MS. TAYLOR:  Wait, wait. | 11:01AM |
| 18 | THE CHECK INTERPRETER:  She's not done. | 11:01AM |
| 19 | INTERPRETED ANSWER:  -- then it is. | 11:01AM |
| 20 | THE CHECK INTERPRETER:  "If you're | 11:01AM |
| 21 | asking about the location of the CAD system at | 11:01AM |
| 22 | Apple company, if that's where it was made, | 11:01AM |
| 23 | then, no doubt, it was made there." | 11:01AM |
| 24 | BY MR. ZELLER: | 11:01AM |
| 25 | Q    Was the -- were these CAD images on any | 11:01AM |