1  [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 12            Plaintiff, | **SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS** |
| 13            vs. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date:**  July 29, 2012 |
| | **Judge:**  Hon. Lucy H. Koh |
| 17            Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

Supplementing their last Statement filed on July 28, 2012, the parties inform the Court that, after meeting and conferring again on Thursday, Friday and Saturday, July 26, 27 and 28, the parties met and conferred again today, Sunday, July 29, 2012.  The parties made further progress, and have agreed to meet and confer again on Monday, July 30, 2012 at 7:30 am.  At the continuation of the meet and confer tomorrow, the parties will address their respective translations of additional exhibits served after July 26, and any other open issues.   They will also further discuss the process and procedure for resolution at trial of any remaining disputed translations.  With respect to that, in today's meet and confer the parties agreed that the existing exhibit disclosure agreement would apply to translations also, such that the parties will have advance notice of when a potentially disputed translation by be introduced as an exhibit, and either party will then raise any objection or translation issue in advance, in accordance with the existing procedure for exhibits.  The parties will further discuss how any dispute may then be resolved.

The parties will submit another updated Statement to the Court by Monday, July 30, 2012 by 6 pm.

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Richard Hung*<br>   HAROLD J. MCELHINNY<br>   MICHAEL A. JACOBS<br>   RACHEL KREVANS<br>   JENNIFER LEE TAYLOR<br>   ALISON M. TUCHER<br>   RICHARD S.J. HUNG<br>   JASON R. BARTLETT<br><br>Attorneys for APPLE INC. | By: */s/ Victoria Maroulis*<br>   CHARLES K. VERHOEVEN<br>   KEVIN P.B. JOHNSON<br>   VICTORIA F. MAROULIS<br>   MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

02198.51855/4876863.3

2                              Case No. 11-cv-01846-LHK
JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard Hung.

                                        */s/ Victoria Maroulis*