| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |
| 5 | Kevin P.B. Johnson (Cal. Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 6 | Victoria F. Maroulis (Cal. Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 7 | 555 Twin Dolphin Drive 5th Floor |
|   | Redwood Shores, California 94065 |
| 8 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 9 | |
|   | Michael T. Zeller (Cal. Bar No. 196417) |
| 10 | michaelzeller@quinnemanuel.com |
|   | 865 S. Figueroa St., 10th Floor |
| 11 | Los Angeles, California 90017 |
|   | Telephone: (213) 443-3000 |
| 12 | Facsimile: (213) 443-3100 |
| 13 | Attorneys for Samsung Electronics Co., Ltd., |
|   | Samsung Electronics America, Inc., and Samsung |
| 14 | Telecommunications America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ryan S. Goldstein of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Ryan S. Goldstein (CA Bar No. 20844)
> ryangoldstein@quinnemanuel.com
> 865 S. Figueroa St., 10th Floor
> Los Angeles, California 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100

DATED: July 29, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Ryan S. Goldstein
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Edward DeFranco
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## ATTESTATION OF E-FILED SIGNATURE

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Notice. In compliance with General Order 45, X.B., I hereby attest that Ryan S. Goldstein has concurred in this filing.

DATED: July 29, 2012

/s/ *Victoria F. Maroulis*
Victoria F. Maroulis