| | |
|---|---|
| 1  HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
|     hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| 2  MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
|     mjacobs@mofo.com | HALE AND DORR LLP |
| 3  RACHEL KREVANS (CA SBN 116421) | 60 State Street |
|     rkrevans@mofo.com | Boston, MA 02109 |
| 4  JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
|     jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| 5  ALISON M. TUCHER (CA SBN 171363) | |
|     atucher@mofo.com | |
| 6  RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
|     rhung@mofo.com | mark.selwyn@wilmerhale.com |
| 7  JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
|     jasonbartlett@mofo.com | HALE AND DORR LLP |
| 8  MORRISON & FOERSTER LLP | 950 Page Mill Road |
|     425 Market Street | Palo Alto, California 94304 |
| 9  San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
|     Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| 10 Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.    11-cv-01846-LHK (PSG) |
|     Plaintiff, | **DECLARATION OF JASON R. BARTLETT IN SUPPORT OF APPLE'S RESPONSES TO SAMSUNG'S OBJECTIONS TO THE EXHIBITS AND DEMONSTRATIVES TO BE USED DURING THE EXAMINATIONS OF PHIL SCHILLER, PETER BRESSLER AND SUSAN KARE, AND JUSTIN DENISON** |
|     v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|     Defendants. | **APPLE'S RESPONSES TO SAMSUNG'S OBJECTIONS TO DEPOSITION TESTIMONY OF WOOKYUN KHO, JAEGWAN SHIN & QI LING** |

1  I, JASON R. BARTLETT, declare as follows:

2  1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Objections to Samsung's Opening Statement and Demonstratives.

2. Attached hereto as Exhibit A is a true and correct copy of Exhibit 25 & 26 to the opening expert report of Peter Bressler dated March 22, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 2 to the rebuttal expert report of Peter Bressler dated April 12, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2012 at San Jose, California.

                                                                  /s/ *Jason R. Bartlett*
                                                                    Jason R. Bartlett

BARTLETT DECL. ISO APPLE'S RESPONSES TO OBJECTIONS TO EXHIBITS AND DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3176483

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: July 30, 2012

*/s/ Michael A. Jacobs*
Michael A. Jacobs

BARTLETT DECL. ISO APPLE'S RESPONSES TO OBJECTIONS TO EXHIBITS AND DEMONSTRATIVES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3176483

1