# Exhibit A

# Exhibit 25

# iPhone Product Timeline
## Apple & Samsung



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY