# Exhibit B

Exhibit 2

# Top Smartphones 2006-2011



**2006**   **2007**   **2008**



**2009**   **2010**   **2011**