QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT J. ARNOLD IN SUPPORT OF SAMSUNG'S MOTION FOR RECONSIDERATION AND OFFER OF PROOF** |

1     I, Brett Arnold, declare:

2     1.     I am an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I make this declaration in connection with Samsung's Motion for Reconsideration and Offer of Proof, filed herewith.  I have personal knowledge of the facts set forth in this declaration except where noted and, if called upon as a witness, I could and would testify to such facts under oath.

2.     Samsung has submitted a series of demonstrative exhibits that it sought to use in connection with its opening statements in the jury trial set to begin in this matter on July 30, 2012.

3.     The documents underlying demonstrative nos. 11-19 were produced to Apple on February 3, 2012.  Demonstrative nos. 11-19 are based on information contained in trial exhibits 522, 566, 596, and 625.

4.     The custodian of these files is a Samsung employee, Hyoung Shin Park.

5.     Samsung presently intends to call Ms. Park to testify at trial in this action.  Ms. Park was deposed in this case on February 29, 2012, and again in ITC Investigation No. 337-TA-796 on March 1, 2012, for approximately ten total hours on the record.

6.     In early September 2011, Samsung identified Ms. Park to Apple in its Initial Disclosures as a Samsung designer that worked on the F700 project.

7.     I have reviewed the references depicted in Samsung's demonstrative no. 10, as well as the trial exhibit upon which demonstrative no. 10 is based.  Images of the Merit, Card3, and Flipper are included in trial exhibit 596, which was produced in this action on February 3, 2012. Images of the Vessel, Wrap, and Framer models were also produced on February 3, 2012 as part of what has been designated as trial exhibit 522.

-2-

1
2   I declare under penalty of perjury that the foregoing is true and correct.  Executed in San
3   Jose, California on July 30, 2012.
4
5
6                                              By      */s Brett J. Arnold*
                                                          Brett J. Arnold
7
8
...
28

Case No. 11-cv-01846-LHK
DECLARATION OF BRETT J. ARNOLD IN SUPPORT OF SAMSUNG'S
MOTION FOR RECONSIDERATION AND OFFER OF PROOF

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Brett Arnold.

                                                  */s/ Victoria Maroulis*