# EXHIBIT 2

Confidential Attorneys' Eyes Only

Page 1

1            UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                   SAN JOSE DIVISION
4
5   APPLE INC., a California corporation,
6
                    Plaintiff,
7
    vs.                              CASE NO.  11-cv-01846-LHK
8
    SAMSUNG ELECTRONICS CO.,
9   LTD., a Korean business
    entity; SAMSUNG ELECTRONICS
10  AMERICA,INC., a New York
    corporation; SAMSUNG
11  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited
12  liability company,
13                  Defendants.
    _____/
14
15
16          C O N F I D E N T I A L
17       A T T O R N E Y S   E Y E S   O N L Y
18
19       VIDEOTAPED DEPOSITION OF QI LING
20          SAN FRANCISCO, CALIFORNIA
21         WEDNESDAY, FEBRUARY 1, 2012
22
23  BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24  CSR LICENSE NO. 9830
25  JOB NO. 45295

Confidential Attorneys' Eyes Only

Page 2

1        WEDNESDAY, FEBRUARY 1, 2012
2                9:31 a.m.
3
4
5
6       VIDEOTAPED DEPOSITION OF QI LING,
7       taken at MORRISON & FOERSTER, LLP,
8       425 Market Street, San Francisco,
9       California, pursuant to Notice, before me,
10      ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
11      CSR License No. 9830.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 3

1   A P P E A R A N C E S:

2

3         FOR APPLE INC.:

4         MORRISON & FOERSTER

5         By:   MATTHEW I. KREEGER, Esq.

6         425 Market Street

7         San Francisco, California 94105

8

9

10

11

12        FOR SAMSUNG ELECTRONICS CO. LTD:

13        QUINN EMANUEL URQUHART & SULLIVAN

14        By:   MARK TUNG, Ph.D., Esq.

15        555 Twin Dolphin Drive

16        Redwood Shores, California   94065

17

18

19

20        ALSO PRESENT:    Pete Sais, Videographer

21                         Michelle Yang, Samsung

22

                        ---oOo---

23

24

25

Confidential Attorneys' Eyes Only

|  |  | Page 4 |
|---|---|---|
| 1 | SAN FRANCISCO, CALIFORNIA | 09:29 |
| 2 | WEDNESDAY, FEBRUARY 1, 2012 | 09:29 |
| 3 | 9:30 A.M. | 09:30 |
| 4 |  | 09:30 |
| 5 |  | 09:30 |
| 6 |  | 09:30 |
| 7 | THE VIDEOGRAPHER:  Good morning.  This is the | 09:30 |
| 8 | start of Disc labeled No. 1 in the videotaped | 09:30 |
| 9 | deposition of Qi Ling, in the matter of Apple, Inc., | 09:30 |
| 10 | versus Samsung Electronics Company, Limited, et al. | 09:30 |
| 11 | In the United States District Court, Northern | 09:30 |
| 12 | District of California, San Jose Division, case | 09:30 |
| 13 | No. 11-cv-01846 LHK. | 09:30 |
| 14 | This deposition is being held at 425 Market | 09:30 |
| 15 | Street in San Francisco, California, on February 1st, | 09:31 |
| 16 | 2012, at approximately 9:31 a.m. | 09:31 |
| 17 | My name is Pete Sais, and I'm the legal video | 09:31 |
| 18 | specialist from TSG Reporting, Inc., headquartered at | 09:31 |
| 19 | 747 Third Avenue, New York, New York. | 09:31 |
| 20 | The court reporter is Andrea Ignacio, in | 09:31 |
| 21 | association with TSG Reporting. | 09:31 |
| 22 | Will counsel please introduce yourselves, and | 09:31 |
| 23 | the court reporter can swear in the witness. | 09:31 |
| 24 | MR. KREEGER:  Matthew Kreeger, Morrison & | 09:31 |
| 25 | Foerster, for Apple. | 09:31 |

Confidential Attorneys' Eyes Only

Page 5

| | | |
|---|---|---|
| 1 | MR. TUNG:  Mark Tung from Quinn Emanuel for | 09:31 |
| 2 | Samsung. | 09:31 |
| 3 | MS. YANG:  Michelle Yang for Samsung. | 09:31 |
| 4 | | 09:31 |
| 5 | QI LING, | 09:31 |
| 6 | having been sworn as a witness | 09:31 |
| 7 | by the Certified Shorthand Reporter, | 09:31 |
| 8 | testified as follows: | 09:40 |
| 9 | | 09:40 |
| 10 | EXAMINATION BY MR. KREEGER | 09:31 |
| 11 | MR. KREEGER:  Good morning, Mr. Ling.  My | 09:31 |
| 12 | name is Matthew Kreeger, and I'm an attorney for | 09:31 |
| 13 | Apple, and I'm here to take your deposition today. | 09:32 |
| 14 |    Q   Have you ever been deposed before? | 09:32 |
| 15 |    A   No. | 09:32 |
| 16 |    Q   Why don't we start by -- if you could give us | 09:32 |
| 17 | your full name. | 09:32 |
| 18 |    A   Sure. | 09:32 |
| 19 |        My last name is L-I-N-G, Ling.  First name is | 09:32 |
| 20 | Q-I, Qi. | 09:32 |
| 21 |    Q   And where do you live, Mr. Ling, your home | 09:32 |
| 22 | address? | 09:32 |
| 23 |    A   Home address is 1235 Wildwood Avenue, | 09:32 |
| 24 | Apartment 190, Sunnyvale.  ZIP code is 4 -- I'm | 09:32 |
| 25 | sorry -- 94089. | 09:32 |

Confidential Attorneys' Eyes Only

Page 6

| | | |
|---|---|---|
| 1 | Q   And where do you work? | 09:32 |
| 2 | A   I work at San Jose Mobile Communications Lab, | 09:32 |
| 3 | Samsung Telecommunications of America. | 09:32 |
| 4 | Q   Okay.  And what's the address there? | 09:32 |
| 5 | A   I believe it's 2820 Orchard Parkway, | 09:32 |
| 6 | San Jose. | 09:32 |
| 7 | Q   If at any point today you don't understand | 09:32 |
| 8 | one of my questions -- | 09:33 |
| 9 | A   Sure. | 09:33 |
| 10 | Q   -- please let me know, and I'll do my best to | 09:33 |
| 11 | rephrase the question.  Otherwise, I'm going to assume | 09:33 |
| 12 | you understand. | 09:33 |
| 13 | A   Sure. | 09:33 |
| 14 | Q   Is there any reason why you can't give full | 09:33 |
| 15 | and accurate testimony today? | 09:33 |
| 16 | A   No. | 09:33 |
| 17 | Q   You're not taking any medication or otherwise | 09:33 |
| 18 | impaired? | 09:33 |
| 19 | A   No. | 09:33 |
| 20 | Q   Okay.  What is your title -- your work title? | 09:33 |
| 21 | A   My title is senior engineer. | 09:33 |
| 22 | Q   And could you briefly describe your | 09:33 |
| 23 | educational background after high school. | 09:33 |
| 24 | A   After high school? | 09:33 |
| 25 | Q   Uh-huh. | 09:33 |

Confidential Attorneys' Eyes Only

Page 7

| | | |
|---|---|---|
| 1 | A   I got my bachelor's degree at the University | 09:33 |
| 2 | of Science and Technology of China, in China.  And | 09:33 |
| 3 | then I went to U.S. for the Ph.D. degree, and I got my | 09:33 |
| 4 | Ph.D. from Michigan State University.  And after that | 09:33 |
| 5 | I joined Samsung. | 09:34 |
| 6 | Q   Is your Ph.D. in computer science? | 09:34 |
| 7 | A   No.  It's in electrical and computer | 09:34 |
| 8 | engineering. | 09:34 |
| 9 | Q   Okay.  You mentioned you work at the San Jose | 09:34 |
| 10 | Mobile Communications Lab. | 09:34 |
| 11 | A   Yes. | 09:34 |
| 12 | Q   Is there a particular group that you're a | 09:34 |
| 13 | part of within that lab? | 09:34 |
| 14 | A   There's been a couple of reorganizations, so | 09:34 |
| 15 | I was in different groups. | 09:34 |
| 16 | Q   All right. | 09:34 |
| 17 | Maybe we should go through the history of it. | 09:34 |
| 18 | Where -- when you started at Samsung, did you | 09:34 |
| 19 | start at the San Jose Mobile Communications Lab? | 09:34 |
| 20 | A   Yes, as a contractor. | 09:34 |
| 21 | Q   And when was that? | 09:34 |
| 22 | A   It's January 2008. | 09:34 |
| 23 | Q   And which group were you a part of at that | 09:34 |
| 24 | point? | 09:34 |
| 25 | A   I don't really remember the name of the | 09:34 |