# EXHIBIT 3

Highly Confidential Attorneys' Eyes Only

```
                                                                  Page 1
 1               UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California          )
     corporation,                      )
 5                                     )
                   Plaintiff,          )
 6                                     )
          vs.                          )  No: 11-CV-01846-LHK
 7                                     )
     SAMSUNG ELECTRONICS CO., LTD,     )
 8   a Korean business entity;         )
     SAMSUNG ELECTRONICS AMERICA,      )
 9   INC., a New York corporation;     )
     SAMSUNG TELECOMMUNICATIONS        )
10   AMERICA, LLC, a Delaware          )
     limited liability company         )
11                                     )
                   Defendants.         )
12   _____ )
13
14      **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16              DEPOSITION OF JAEGWAN SHIN
17                San Francisco, California
18                Friday, January 27, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 44993
```

Highly Confidential Attorneys' Eyes Only

Page 2

1
2
3
4              January 27, 2012
5                9:31 a.m.
6
7
8       Videotaped deposition of Jaegwan
9   Shin, held at Morrison Foerster, LLP,
10  425 Market Street, San Francisco,
11  California, pursuant to Subpoena before
12  Linda Vaccarezza, a Certified Shorthand
13  Reporter of the State of California.
14
15
16
17
18
19
20
21
22
23
24
25

Highly Confidential Attorneys' Eyes Only

Page 3

1    A P P E A R A N C E S:

2            QUINN EMANUEL URQUHART & SULLIVAN

3            Attorneys for Defendants

4                555 Twin Dolphin Drive

5                Redwood Shores, California 94065

6            BY:  MARK TUNG, ESQ.

7

8

9

10           MORRISON & FOERSTER

11           Attorneys for Plaintiff

12               425 Market Street

13               San Francisco, California 94105

14           BY:  MATTHEW I KREEGER, ESQ.

15                MINN CHUNG, ESQ

16

17

18

19   ALSO PRESENT:  Michelle Yang

20

21   VIDEOGRAPHER:  Jason Corona

22

23

24

25

Highly Confidential Attorneys' Eyes Only

Page 4

1    THE VIDEOGRAPHER: This is the
2    start of tape labeled Number 1 of the
3    videotaped deposition of Jaegwan Shin in
4    the matter of Apple Inc. versus Samsung
5    Electronics Company, et. al, in the                09:31
6    United States District Court, Northern
7    District of California, San Jose
8    Division, number 11-CV-01846-LH.
9         This deposition is being held
10   at 425 Market Street, San Francisco,               09:31
11   California, on January 27th, 2012, at
12   approximately 9:31 a.m.
13        My name is Jake Corona. I'm
14   the legal video specialist from TSG
15   Reporting, Inc., headquartered at 747              09:31
16   Third Avenue, New York, New York.
17        The court reporter is Linda
18   Vaccarezza in association with TSG
19   Reporting.
20        Would counsel please introduce               09:31
21   yourselves.
22       MR. KREEGER: Matthew Kreeger,
23   Morrison Foerster, for Apple.
24       MR. CHUNG: Minn Chung of Morrison
25   Foerster representing Apple.                       09:31

Highly Confidential Attorneys' Eyes Only

Page 5

1    MS. KIM:  Samantha Kim, Morrison
2    Foerster for Apple.
3    MS. YANG:  Michelle Yang from
4    Samsung.
5    MR. TUNG:  Mark Tung from Quinn                09:32
6    Emanuel for Samsung.
7    THE VIDEOGRAPHER:  Will the court
8    reporter please swear in the witness.
9    (Korean Interpreters sworn.)
10                   JAEGWAN SHIN,                   09:32
11   Having been duly sworn, by the
12   Certified Shorthand Reporter, was
13   examined and testified as follows:
14                   EXAMINATION
15   BY MR. KREEGER:                                 09:32
16       Q.   Good morning.
17       A.   Good morning.
18       Q.   We met off the record, but my name
19   is Matthew Kreeger, and I'm an attorney at
20   Morrison Foerster.  We are here to take your    09:32
21   deposition.  Could you begin by giving us your
22   full name, please?
23       A.   Yes.  My name is Jaegwan Shin.
24       Q.   Mr. Shin, do you understand that
25   I'm going to ask you a series of questions and  09:33

Highly Confidential Attorneys' Eyes Only

Page 6

1    you're to answer the questions?

2         A.   Yes.

3         Q.   Have you ever given a deposition

4    before?

5         A.   No, I have not.                                    09:33

6         Q.   If at any point, my questions are

7    unclear, please let me know, and I will do my

8    best to rephrase them.

9         A.   I understand.

10        Q.   Do you understand that you've              09:34

11   taken an oath that's enforceable under law for

12   you to tell the truth today?

13        A.   Yes.

14        Q.   Do you speak English, Mr. Shin?

15        A.   A little, when it comes to the             09:34

16   business matters.

17        Q.   Can you read English?

18        A.   Yes, I can, when it comes to

19   e-mails.

20        Q.   What is your current home address?         09:34

21        A.   235 Green Meadow Way, Palo Alto.

22        Q.   How long have you lived in the

23   United States?

24        A.   It's been less than three years.

25        Q.   Can you briefly describe your              09:35

Page 7

1   educational background after high school?
2        A.   I graduated from a university in
3   Korea, and my major was electronic engineering.
4        Q.   Did you attend school in the
5   United States at all?                                    09:35
6        A.   No.
7        Q.   What is the name of your employer?
8        A.   It is Samsung Electronics.
9        Q.   Where do you work?  Where is your
10  office located?                                          09:36
11       A.   It's in San Jose.
12       Q.   What's the address?
13       A.   2280 Orchard Parkway, San Jose.
14       Q.   Do you work within a particular
15  division or part of Samsung Electronics?                 09:36
16       A.   Currently, I belong to the Mobile
17  Communications Lab located in San Jose of Samsung
18  Electronics, and I'm an expat from Korea.
19       Q.   What is the San Jose Mobile
20  Communications Lab?                                      09:37
21            MR. TUNG:  Objection.  Vague.
22            THE WITNESS:  Are you asking me as
23       to the roles of mobile communications?
24       Q.   No.  I'm interested in how would
25  you describe this unit of Samsung that you refer         09:37

Highly Confidential Attorneys' Eyes Only

Page 11

1        THE WITNESS:  There are many R&D
2     centers, but the R&D center I was
3     referring to here was Samsung Mobile --
4     was the one that belongs to Samsung
5     mobile division.                                09:46
6        Q.   Do you have a title?
7        A.   My current title is senior
8  director.
9        Q.   How long have you had that
10 position?                                          09:46
11       A.   Since 2009.
12       Q.   What was your position before you
13 were senior director?
14       A.   I was principal engineer when I
15 was in Korea.                                      09:47
16       Q.   When did you first join Samsung?
17       A.   It was 1993.
18       Q.   Were you working in Korea from
19 1993 all the way until 2009?
20       A.   Yes, correct.                           09:47
21       Q.   For Samsung that entire time?
22       A.   Yes.
23       Q.   Are there other senior directors
24 in the San Jose Mobile Communications Lab?
25       A.   No.                                     09:47

Highly Confidential Attorneys' Eyes Only

Page 12

1    Q.   What are your responsibilities as
2    senior director at the San Jose Mobile
3    Communications Lab?
4    A.   There is no determined role,
5    identified role, but currently, I'm working --                09:48
6    I'm -- that.
7         I'm assisting technical
8    communications between our headquarters, R&D
9    center and local engineers.  I'm also assisting
10   with matters related to Google approval which is              09:49
11   incorporated into the Android terminals or
12   devices.  I'm also responsible for communications
13   with Google when it comes to technical issues
14   related to Android devices.
15   Q.   Anything else?                                           09:49
16   A.   Besides those, I'm also
17   responsible for handling the matters requested by
18   the headquarters from Korea as an expat.  And
19   once in a while, there are guests from Korea;
20   then I would be responsible for making                        09:50
21   arrangements for meetings or for other matters.
22   Q.   You mentioned that one of your
23   roles is to facilitate technical communication
24   between the R&D at headquarters and local
25   engineers. With whom do you communicate at the                09:51

Highly Confidential Attorneys' Eyes Only

Page 13

1  R&D headquarters in order to facilitate this
2  communication with the local engineer?
3         A.   There is no person in particular;
4  it depends on cases.  It could be anybody at the
5  R&D center.                                                    09:52
6         Q.   What did you mean by Google
7  approval which is incorporated into the Android
8  devices?
9         A.   All the devices that use Google's
10 Android need to get approval from Google before              09:52
11 they are launched into the market.
12        Q.   With whom do you communicate at
13 Google?
14        A.   There is no person in particular,
15 but mostly, I talk to the manager who is                     09:53
16 responsible for Samsung matters at Google.
17        Q.   Who is that?
18        A.   Jong Yung Lee, spelling by the
19 interpreter, J-O-N-G --
20        Q.   Actually, let's get the spelling               09:53
21 from the witness.
22        A.   J-O-N-G, Y-U-N-G, space, L-E-E.
23        Q.   Is that a man or a woman?
24        A.   Man.
25        Q.   Is Mr. -- do you communicate with              09:54