HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION RE OPENING STATEMENT SLIDES 20-22** |

1    Samsung's "proffer" does not set forth the evidence it intends to introduce, other than as
2 "Mr. Nishibori's testimony and the documentary evidence, such as the Sony-style CAD files and
3 emails." Absent a proper proffer, Samsung's renewed motion for reconsideration should be
4 rejected.

5    Samsung instead argues theories for the admissibility of this evidence that have already
6 been rejected. First, Samsung argues the evidence is relevant to show "the design elements" in
7 Apple's phones "were known to other designers in the field," or that the intellectual property
8 Samsung is accused of infringing was not "proprietary and unique to" Apple. This is an
9 obviousness theory, which Judge Grewal has stricken.

10   Second, Samsung argues that this evidence "corroborate[s] Samsung's independent
11 creation story," "rebut[s] an allegation of copying," and "rebut[s] Apple's allegation of
12 willfulness." This is three ways of arguing the same point, and it is a logical impossibility.
13 Evidence of how *Apple* came up with *its* iPhone designs (which is what Samsung claims this
14 evidence shows) is not probative of how *Samsung* came up with its designs for the accused
15 products. Because the evidence relating to Mr. Nishibori's work is not relevant for this purpose
16 and is, under Judge Grewal's order, not relevant to prove invalidity, Apple has moved to exclude
17 it as irrelevant and inadmissible under Rule 403.

18   Should the Court decide to admit any evidence relating to Sony-style design and its
19 purported influence on Apple's development of the iPhone, Apple respectfully requests that the
20 Court include the following limiting instruction: "You have heard evidence [or "statements from
21 counsel"] that during the development of the iPhone an Apple designer expressed the opinion that
22 a 'Sony-style' design had certain advantages. I am instructing you that you may not consider this
23 as evidence that Apple's designs for the iPhone were not new and original, or that they came from
24 outside of Apple."

APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION RE OPENING STATEMENT SLIDES 20-22
Case No. 11-CV-01846-LHK (PSG)
sf-3176691

1

| | | |
|---|---|---|
| 1 | Dated: July 30, 2012 | MORRISON & FOERSTER LLP |
| 3 | | By: /s/ *Michael A. Jacobs* |
| 4 | | Michael A. Jacobs |
| 5 | | Attorneys for Plaintiff<br>APPLE INC. |

APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION RE OPENING STATEMENT SLIDES 20-22
Case No. 11-CV-01846-LHK (PSG)
sf-3176691

2