1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,         CASE NO. 11-cv-01846-LHK

19           Plaintiff,

20    vs.                                        **SAMSUNG'S PROFFER REGARDING
                                                 EXHIBIT 628 (FILE WRAPPER FOR
21 SAMSUNG ELECTRONICS CO., LTD., a              APPLE'S U.S.P.T.O. TRADEMARK
   Korean business entity; SAMSUNG               APPLICATION ON THE HOME
22 ELECTRONICS AMERICA, INC., a New              BUTTON)**
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
             Defendants.
25

26

27

28

02198.51855/4881820.2
                                                          Case No. 11-cv-01846-LHK
           **SAMSUNG'S PROFFER REGARDING EXHIBIT 628 (FILE WRAPPER FOR APPLE'S U.S.P.T.O.
                            TRADEMARK APPLICATION ON THE HOME BUTTON)**

Exhibit 628 is the file wrapper for Apple's application to the USPTO for a registered trademark on its purportedly iconic home button.   The document is a public filing by Apple at odds with its experts' statements, reports, and surveys, which were not disclosed until the expert discovery period after fact discovery had already closed.   In the report of Apple expert Russell Winer, Mr. Winer relied on articles, which Apple produced only after fact discovery, that did not exclude the home button from Apple's alleged trade dress, even though Mr. Winer had defined it to exclude that element.   (Expert Report of Russell Winer at ¶¶ 16, 18.)   Samsung relies on Exhibit 628 to show that the articles relied upon by Mr. Winer do not support his conclusions that the alleged trade dress was recognized or famous without the home button in light of Apple's own statements that the button is such a "prominent" and "recognizable" part of Apple's design, and Samsung cross-examined Mr. Winer with Exhibit 628 at his April 27, 2012 deposition.   (April 27, 2012 deposition of Russell Winer at 325-347.)   The document was also earlier used in the deposition of Apple's design expert, Peter Bressler, on April 23, 2012. (April 23, 2012 deposition of Peter Bressler at 236-256.)   In support of its argument Samsung relies on Exhibit 628 because it contains admissions by Apple that the home button is prominent, iconic, and instantly recognizable, and serves a significant source-identifying function on Apple products, including the iPad.

DATED: July 30, 2012          QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By */s/ Victoria F. Maroulis*
                                 Charles K. Verhoeven
                                 Victoria F. Maroulis
                                 Kevin P.B. Johnson
                                 Michael T. Zeller
                                 Attorneys for SAMSUNG ELECTRONICS
                                 CO., LTD., SAMSUNG ELECTRONICS
                                 AMERICA, INC., and SAMSUNG
                                 TELECOMMUNICATIONS AMERICA, LLC