Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
Leo Spooner, III (State Bar No. 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: +1 650 590 0700
Facsimile: +1 650 590 1900

Attorneys for Non-Party
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK (PSG)<br><br>**SUPPLEMENTAL DECLARATION OF KENNETH S. KING** |

1.    I make this declaration based on my personal knowledge of the facts described below.

2.    I am the General Manager, Intellectual Property, and Vice President, Research Business Development, at International Business Machines Corporation ("IBM"). In this role, I am responsible for IBM's corporate Intellectual Property licensing and assignment program.

3. This declaration is being submitted based on the hearing held by the Court on July 27, 2012. I previously submitted a declaration in this case in support of Non-Party International Business Machines Corporation's Notice Of Emergency Administrative Motion For A Limited Sealing Order, which requested sealing of balancing payment amounts provided for in the IBM-Samsung patent license agreement (PLA) dated December 22, 2010.

4. The December 22, 2010, IBM-Samsung PLA is still in effect. This agreement is in effect until the latest expiration date of any of the licensed patents, which would include patents issuing in 2012 and beyond, and thus this agreement will not expire for many years to come.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 30, 2012

By: _____
KENNETH S. KING