| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | MARK D. SELWYN (SBN 244180) |
| RICHARD S.J. HUNG (CA SBN 197425) | mark.selwyn@wilmerhale.com |
| rhung@mofo.com | WILMER CUTLER PICKERING |
| JASON R. BARTLETT (CA SBN 214530) | HALE AND DORR LLP |
| jasonbartlett@mofo.com | 950 Page Mill Road |
| MORRISON & FOERSTER LLP | Palo Alto, California 94304 |
| 425 Market Street | Telephone: (650) 858-6000 |
| San Francisco, California 94105-2482 | Facsimile: (650) 858-6100 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION REGARDING OPENING STATEMENT SLIDES 11-19** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

As Samsung concedes, Samsung never disclosed its independent development theory underlying the documents in slides 11-19 in response to Apple's contention interrogatories. To the extent these documents go to willful infringement, Samsung did not timely disclose this theory. To the extent these documents go to copying, a secondary consideration of nonobviousness, Samsung failed to disclose this theory, as Judge Grewal found. Furthermore, when asked about the basis for Samsung's denial of copying, Samsung's corporate representative on copying did not disclose these documents. (Sep. 21, 2011 J. Denison 30(b)(6) dep. at 155:10-19.)[1] Not only was the alleged independent development theory never disclosed during discovery, these documents are not even related to the accused products. Samsung's design documents for an *unaccused* product – the F700 – are not relevant to the design of the accused products. When asked whether the accused Galaxy S phone designs were based on the earlier unaccused F700, Samsung's head designer and sponsor of these documents, Minhyouk Lee, said no: the accused Galaxy S phone designs were his own designs. (Mar. 2, 2012 M.H. Lee dep. at 71:20-72:10.) Another sponsor of these documents, Hyoung Shin Park, the alleged F700 designer, likewise denied having any knowledge that any other Samsung phone was based on the F700 design. (Feb. 29, 2012 H.S. Park Dep. at 50:25-51:3.) Hence, Samsung's theories supporting the use of the documents in slides 11-19 are not only untimely, they are wholly irrelevant to the accused products in this case.

Dated: July 30, 2012                    MORRISON & FOERSTER LLP

                                        By:  /s/ Michael A. Jacobs
                                             Michael A. Jacobs

                                        Attorneys for Plaintiff
                                        APPLE INC.

---

[1] Apple requested, but Samsung did not provide Apple permission to unseal the confidential deposition transcripts cited in this response.