KIMBERLY K. DODD, CA Bar No. 235109, kdodd@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:     414.271.2400
FACSIMILE: 414.297.4900

ATTORNEYS FOR THIRD PARTY TOSHIBA CORPORATION

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>Defendants. | Case No:  11-cv-01846-LHK<br><br>SUPPLEMENTAL DECLARATION OF YUJI UCHIGASAKI IN SUPPORT OF THIRD PARTY TOSHIBA CORPORATION'S REVISED MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5<br><br>Judge:    The Honorable Lucy H. Koh |

I, Yuji Uchigasaki, hereby declare that:

1.      I am a Senior Manager in the IP Licensing & Contracts Department of the Intellectual Property Division of Toshiba Corporation ("Toshiba"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto.

2.      I have reviewed the portion of Exhibit 3A of Trial Exhibit 630 that relates to a license agreement between Toshiba Corporation and Samsung Electronics Co, Ltd., a copy of which is attached hereto as Uchigasaki Exhibit 1.

3.      It is the practice of Toshiba Corporation to maintain as confidential business information sensitive terms and conditions of Toshiba's license agreements. Toshiba treats the

terms of its license agreements that indicate the value of a license as confidential business information. The financial terms, duration and scope of Toshiba's licenses taken separately each provide some indication of the value of a license. However, these terms taken together provide a very strong indication of the value of a license to Toshiba's competitors. These terms are treated as highly confidential business information of Toshiba. This confidential information is not generally known by others and is not readily ascertainable by proper means and provides Toshiba with an opportunity to obtain an advantage over competitors who do not know or use it.

    4. The information in the sixth column of Exhibit 3A, entitled "Term," in the seventh column entitled "Licensed Products/Technology" and the information in the last two lines of the ninth column entitled "Payments" is the type of information that Toshiba maintains as highly confidential. A redacted form of Exhibit 3A with all Toshiba confidential information removed is attached as Uchigasaki Exhibit 2.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on the 30th day of July, 2012 in Tokyo, Japan.

*[signature]*
Yuji Uchigasaki
Senior Manager
IP Licensing & Contracts Department
Intellectual Property Division
Toshiba Corporation