# EXHIBIT 2

## TOSHIBA

**Trial Exhibit 630**: Exhibits 3A and 3B to the Expert Report of David Teece, an expert retained by Apple, dated March 22, 2012. Exhibit 3A is a table summarizing the key terms of various contracts between Samsung and third parties to the litigation. Exhibit 3B contains a table summarizing the key terms of various contracts between Apple and third parties to the litigation.

Trial Exhibit 630 contains the following information about Toshiba:

### Exhibit 3A
### Summary of Samsung License Agreements

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|----------|----------|-------|----------------|------------------|------|------------------------------|------------------|----------|--------|
| Samsung Electronics Co., Ltd | Toshiba Corporation | Patent License Agreement | 4/1/2008 | 7/9/2008 | REDACTED | REDACTED | Worldwide | Cross-License  REDACTED | S-794-ITC-000000274 to S-794-ITC-000000284 |