KIMBERLY K. DODD, CA Bar No. 235109, kdodd@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:   414.271.2400
FACSIMILE:     414.297.4900

ATTORNEYS FOR THIRD PARTY TOSHIBA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>Defendants. | Case No:  11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING THIRD PARTY TOSHIBA CORPORATION'S REVISED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge:     The Honorable Lucy H. Koh |

On July 30, 2012, Third Party Toshiba Corporation ("Toshiba") filed a revised administrative motion to seal portions of Trial Exhibit 630 and has submitted a Supplemental Declaration of Mr. Yuji Uchigasaki in support of its motion. Based on the declaration of Mr. Uchigasaki, the Court finds that the financial terms, duration, and the description of the license scope of the Toshiba/Samsung license in Exhibit 3A of Trial Exhibit 630 are the type of highly sensitive business confidential information that is not available to Toshiba's competitors and that provide Toshiba with an opportunity to obtain an advantage over competitors who do not know or use it. Accordingly, the Court finds compelling reasons to seal Exhibit 3A of Trial Exhibit 630.

Exhibit 1 to the declaration of Mr. Uchigasaki contains the same information. Accordingly, the Court also finds compelling reasons to seal Exhibit 1 to the Supplemental Declaration of Mr. Uchigasaki.

IT IS HEREBY ORDERED THAT Toshiba's motion to seal Exhibit 3A of Trial Exhibit 630 is GRANTED. Only the redacted version of Exhibit 3A of Trial Exhibit 630 (as shown in Exhibit 2 to the Supplemental Declaration of Mr. Uchigasaki) may be presented in open court.

IT IS FURTHER ORDERED THAT Toshiba's motion to seal Exhibit 1 to the Supplemental Declaration of Mr. Uchigasaki is GRANTED.

Dated: _____

The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING TOSHIBA'S REVISED
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 11-CV-01846-LHK

4822-8103-3232.1