KIMBERLY K. DODD, CA Bar No. 235109, kdodd@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:       414.271.2400
FACSIMILE:       414.297.4900

ATTORNEYS FOR THIRD PARTY TOSHIBA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>  Defendants. | Case No:  11-cv-01846-LHK<br><br>**THIRD PARTY TOSHIBA CORPORATION'S ADMINISTRATIVE MOTION TO REMOVE DOCKET #1378-3 FROM THE PUBLIC COURT FILE**<br><br>Judge:     The Honorable Lucy H. Koh |

1    Third Party Toshiba Corporation ("Toshiba") hereby brings this administrative motion to
2 remove docket #1378-3 from the public court file.  In support of this motion, Toshiba relies on
3 the Supplemental Declaration of Yuji Uchigasaki, dated July 30, 2012.
4    Docket #1378-3 discloses the duration of a patent license between Toshiba and Samsung.
5 During the pretrial conference on July 27, 2012 for this action, the Court indicated that the
6 duration of a license is sealable.  (Tr. 9:15-17.)  Toshiba had already filed a motion to seal
7 information about the scope and financial terms of the license, and had submitted a redacted
8 version of the license summary to use at the trial of this action.  (*See generally* dkt. #1378.)
9 Based on the Court's comments at the pretrial conference, Toshiba respectfully requests that the
10 Court also seal information about the duration of the license, and that the Court order removal of
11 #1378-3 from the public court file.

13 Dated:  July 30, 2012                **FOLEY & LARDNER LLP**

15                                       By:    */s/ Kimberly K. Dodd*
                                                 KIMBERLY K. DODD

16                                       Attorneys for Third Party
                                         TOSHIBA CORPORATION