KIMBERLY K. DODD, CA Bar No. 235109, kdodd@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:    414.271.2400
FACSIMILE:    414.297.4900

ATTORNEYS FOR THIRD PARTY TOSHIBA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company<br><br>Defendants. | Case No:  11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING THIRD PARTY TOSHIBA CORPORATION'S ADMINISTRATIVE MOTION TO REMOVE DOCKET #1378-3 FROM THE PUBLIC COURT FILE**<br><br>Judge:      The Honorable Lucy H. Koh |

[PROPOSED] ORDER GRANTING TOSHIBA'S ADMINISTRATIVE
MOTION TO REMOVE DOCKET #1378-3 FROM THE PUBLIC COURT FILE
CASE NO. 11-CV-01846-LHK

4840-2809-1920.1

1    Third Party Toshiba Corporation ("Toshiba") has filed an administrative motion to
2 remove docket #1378-3 from the public court file.  Toshiba relies on the Supplemental
3 Declaration of Yuji Uchigasaki as support for its motion.
4    Docket #1378-3 discloses the duration of a patent license between Toshiba and Samsung.
5 At the pretrial conference for this action, the Court indicated that the duration of a license is
6 sealable.  Consistent with that statement, and based on the Supplemental Declaration of
7 Mr. Uchigasaki, the Court finds that the duration the Toshiba/Samsung license is the type of
8 highly sensitive business confidential information that is not available to Toshiba's competitors
9 and that provides Toshiba with an opportunity to obtain an advantage over competitors who do
10 not know or use it.  Accordingly, the Court finds compelling reasons to seal information
11 regarding the license duration and remove #1378-3 from the public court file.
12    IT IS HEREBY ORDERED THAT docket #1378-3 be removed from the public court
13 file.

Dated: _____          _____
                                        The Honorable Lucy H. Koh
                                        United States District Judge

2
[PROPOSED] ORDER GRANTING TOSHIBA'S ADMINISTRATIVE
MOTION TO REMOVE DOCKET #1378-3 FROM THE PUBLIC COURT FILE
CASE NO. 11-CV-01846-LHK

4840-2809-1920.1