Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
Leo Spooner, III (State Bar No. 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: +1 650 590 0700
Facsimile: +1 650 590 1900

Attorneys for Non-Party
DOLBY LABORATORIES LICENSING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERIA, INC. a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., a Delaware limited liability comapny,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY DOLBY LABORATORIES LICENSING CORPORATION'S NOTICE OF EMERGENCY ADMINISTRATIVE MOTION FOR AN ORDER SEALING PORTIONS OF PROPOSED TRIAL EXHIBIT NO. 630, AND CLOSING THE COURTROOM AND SEALING THE TRANSCRIPT DURING DISCUSSION OF DOLBY'S CONFIDENTIAL INFORMATION**<br><br>Judge: Hon. Judge Lucy H. Koh |

### [Proposed] Order

Before this Court is Non-Party Dolby Laboratories Licensing Corporation's ("Dolby") Emergency Administrative Motion for an Order Sealing Portions of Proposed Trial Exhibit No. 630, and Closing the Courtroom and Sealing the Transcript During Discussion of Dolby's Confidential Information, in the above captioned matter.

This Court finds that Dolby has demonstrated compelling reasons to seal limited portions

of Proposed Trial Exhibit 630. Specifically, Dolby has demonstrated that there are compelling reasons to seal the column titled "Payments" in the table summarizing key terms of the Patent License Agreement, attached as Exhibit 3A to Samsung's Expert Report of David Teece, dated March 22, 2012. In addition, the Court orders the courtroom closed during discussion of this information and the transcript related to that discussion sealed.

IT IS SO ORDERED:

Dated: July _____, 2012

_____
LUCY H. KOH
United States District Judge

[PROPOSED] ORDER