| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: APPLE'S RESPONSE TO SAMSUNG'S MOTION FOR RECONSIDERATION REGARDING SLIDES 11-19** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1       In accordance with Civil Local Rules 7-11 and 79-5, and General Order No. 62, Apple Inc. ("Apple") submits this motion for an order to seal the confidential, unredacted version of

- The Declaration of Jason R. Bartlett in Support of Apple's Response to Samsung's Motion for Reconsideration Regarding Slides 11-19 ("Bartlett Decl.");
- Exhibits 1-3 to the Bartlett Decl.

      Apple submits this motion only because we are required to do so by this Court's protective order. The Bartlett Decl. and Exhibit 1-3 thereto contain information that Samsung has designated as highly confidential. Apple conferred with Samsung today in an attempt to avoid this motion, and provided Samsung with details of the information in our submission. Samsung refused to relieve us of the duty of filing this motion. In light of the Court's clear statement that only compelling reasons will now permit the sealing of materials in this case, Samsung's decision seems nothing more than a bad faith attempt to delay public review of the evidence in this case. Apple infers Samsung intends to file a declaration seeking to establish that "compelling reasons" permit the sealing of these materials. *See* Civ. Local R. 79-5(d).

      Pursuant to Civil Local Rule 79-5(c), Apple will lodge with the Clerk the Bartlett Decl. and Exhibits 1-3.

Dated: July 30, 2012                                        MORRISON & FOERSTER LLP

                                                                        By:      /s/ *Jason R. Bartlett*
                                                                                 Jason R. Bartlett

                                                                      Attorney for Plaintiff
                                                                      APPLE INC.