UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: APPLE'S TRIAL BRIEF** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, and General Order No. 62, Apple Inc.
2    ("Apple") has filed an administrative motion for an order to seal the confidential, unredacted
3    version of Apple's Trial Brief.
4    Having considered the arguments and the papers submitted, and COMPELLING
5    REASONS HAVING BEEN SHOWN, the Court hereby GRANTS Apple's Administrative
6    Motion to File Under Seal.  The above-referenced documents shall be filed under seal.
7    **IT IS SO ORDERED.**

9    Dated:_____, 2012             By:_____
                                          Honorable Lucy H. Koh
10                                        United States District Judge