QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF YOUNGJIN KWON IN SUPPORT OF SAMSUNG'S MOTION TO SEAL TRIAL EXHIBITS** |

02198.51855/4877593.1

Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF YOUNGJIN KWON

**DECLARATION OF YOUNGJIN KWON**

I, YoungJin Kwon, do hereby declare as follows:

1. I am a Principal Engineer in the Patent & Technology Analysis Group of Samsung Electronics Co., Ltd.'s Mobile Communications Intellectual Property Center. I submit this Declaration in support of Samsung Electronics Co., Ltd's, Samsung Electronics America, Inc.'s, and Samsung Telecommunications America, LLC's ("Samsung's") Motion to Seal Trial Exhibits. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to them.

2. The requested relief in the Motion to Seal is necessary to protect the confidentiality of extremely sensitive source code contained in the parties' proposed trial exhibits.

3. Trial Exhibit 31 contains source code that reflects the ideas and efforts of Samsung employees for product design, innovation and development. Source code is protected within Samsung so that only limited numbers of employees have access and copies cannot be made without proper authorization.

4. During this litigation Samsung's source code has been made available for inspection on free standing computers at the offices of Samsung's counsel, with allowances for only a limited number of pages to be printed pursuant to the Protective Order. Additionally, Samsung's source code has only been available to be viewed by Apple's outside counsel and disclosed experts who are not involved competitive decision-making.

5. Samsung's source code is confidential and proprietary to Samsung, and the adverse competitive effects on Samsung could be devastating if Samsung's competitors were able to obtain this information because this document was not filed under seal. Competitors would not have to invest the time and resources into developing their own source code for their products, which Samsung had to invest, and use such information in order to compete with Samsung.

//
//
//
//

1    I declare under penalty of perjury that the forgoing is true and correct to the best of my
2 knowledge.  Executed this 31st day of July, 2012, in Suwon, South Korea.

*Y. J. Kwon*