UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SEAL TRIAL EXHIBITS** |

      Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion to Seal Trial Exhibits and have lodged with the Court for *in camera* review the Trial Exhibits at issue.

      Samsung has also filed the declarations of GiHo Ro and YoungJin Kwon to provide evidence of compelling reasons for this Court to permit sealing.   The declarations establish that the below documents contain information would cause Samsung competitive harm if released to the public.

1    Accordingly, for compelling reasons shown, the Court ORDERS that the following
2    documents shall be sealed from the public record:
3    1.   Trial Exhibits 29, 31, 180, and 676 in their entirety; and
4    2.   The highlighted portions of Trial Exhibits 25, 27, 28, 60, and 781 lodged with the
5         Court.
6    The Court FURTHER ORDERS that the portions of Trial Exhibits 183, 184, and 185 not
7    shown to the jury shall be excluded from evidence and the public record.

9    **IT IS SO ORDERED.**

11   DATED: _____, 2012

14                                                   Honorable Luch H. Koh
                                                     United States District Judge