# Exhibits 1-15

# Proposed Redactions Lodged with Court