DAVID S. BLOCH (SBN: 184530)
dbloch@winston.com
JENNIFER A. GOLINVEAUX (SBN: 203056)
jgolinveaux@winston.com
MARCUS T. HALL (SBN: 206495)
mthall@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

PETER J. CHASSMAN (*pro hac vice* application forthcoming)
pchassman@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2623
Facsimile: (713) 651-2700

Attorneys for Non-Party,
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO.: 11-CV-01846-LHK <br><br> **SUPPLEMENTAL SUBMISSION IN SUPPORT OF EMERGENCY MOTION BY NONPARTY MOTOROLA MOBILITY LLC TO SEAL EXHIBITS, CLOSE COURTROOM, AND SEAL PORTIONS OF TRANSCRIPT** <br><br> [Civ. L.R. 79-5] <br><br> Date: Expedited Request <br> Courtroom: 8, 4th Floor <br> Judge: Hon. Lucy H. Koh |

On Friday, July 27, 2012, the Court held a case management conference. During that conference, among other things, the Court discussed motions filed by various third parties, which included the Emergency Motion by Nonparty Motorola Mobility LLC to Seal Exhibits, Close Courtroom, and Seal Portions of Transcript (Dkt. No. 1400) ("Motorola's Motion"). During the conference, the Court ruled that third parties, including Motorola could file supplemental declarations to establish that documents concerning expired license agreements should be entitled to trade secret protection:

> **The Court:** So far as the third parties are concerned, your request to protect those, you know, royalty rate and the no payment term, compensation term, however it's structured and the duration pricing, that's fine.
>
> **Mr. Hemminger:** Okay. Thank you, Your Honor.
>
> **The Court:** So any of the other third party who wishes to be heard?
>
> **Mr. McCauley:** Good afternoon, Your Honor. Robert McCauley on behalf of Philips Electronics.
>
> I'm sorry, Your Honor. There's been some discussion about licenses that have been expired and I'm wondering whether, in view of the Court's comments that you just made, the staleness issue, as the Court called it, is not going to override a declaration that says that this is competitively sensitive information, and that if it were acquired by competitors, it could irreparably harm, for instance, my client.
>
> **The Court:** If you can make the appropriate showing in your declaration that the expiration of the license is not dispositive, yeah, that's right.

Transcript of Case Management Conference at 27:15-28:14 (July 27, 2012), *Apple v. Samsung*, No. 11-CV-01846-LHK (N.D. Cal.). The Court invited third parties to make supplemental submissions in support of their motions to seal: "The Court: So who wants to redo their sealing motion, other than the two parties and Intel? Anyone else? Or is everyone else satisfied with what they have submitted?" *Id*. at 29:20-23. Motorola sought and was granted approval to supplement its motion to seal. *Id*. at 35:23-36:6. *See also* Minute Order and Case Management Order (Dkt. No. 1426) at p. 2 (the Court ordered that "Intel, and possibly RIM, IBM, Motorola Mobility, and Philips may also file supplemental declarations in support of the motions to seal by July 30, 2012 at 5:00 p.m.").

In accordance with the Court's rulings, Motorola submits herewith the Declaration of Brian C. Blasius in further support of Motorola's Motion ("Blasius Decl."). This declaration,

-1-

-2-

1  and the Declaration of Thomas V. Miller filed on July 26, 2012, Dkt. No. 1400-1, establish that
2  disclosure of the sensitive terms of the license agreements between Motorola and Samsung that
3  are identified in Samsung's proposed Trial Exhibits Nos. 77, 630, and 631, even though the
4  referenced licenses are now expired, as well as analogous information in proposed Trial Exhibit
5  No. 82 would be harmful to Motorola Mobility in its ongoing licensing activities.  *See* Blasius
6  Decl.  Rather than restating the contents of the Blasius Declaration, Motorola refers the Court to
7  that Declaration.  Accordingly, Motorola renews the request set forth in its Motion.

Dated: July 30, 2012                              WINSTON & STRAWN LLP

                                                  By:   /s/ Jennifer A. Golinveaux
                                                        David S. Bloch
                                                        Jennifer A. Golinveaux
                                                        Marcus T. Hall
                                                        Peter J. Chassman (*pro hac vice* forthcoming)
                                                        Attorneys for Non-Party,
                                                        MOTOROLA MOBILITY LLC