1  DAVID S. BLOCH (SBN: 184530)
   dbloch@winston.com
2  JENNIFER A. GOLINVEAUX (SBN: 203056)
   jgolinveaux@winston.com
3  MARCUS T. HALL (SBN: 206495)
   mthall@winston.com
4  WINSTON & STRAWN LLP
   101 California Street
5  San Francisco, CA  94111-5894
   Telephone:    (415) 591-1000
6  Facsimile:    (415) 591-1400

7  PETER J. CHASSMAN (*pro hac vice* application forthcoming)
   pchassman@winston.com
8  WINSTON & STRAWN LLP
   1111 Louisiana, 25th Floor
9  Houston, TX  77002-5242
   Telephone:    (713) 651-2623
10 Facsimile:    (713) 651-2700

11 Attorneys for Non-Party,
   MOTOROLA MOBILITY LLC
12

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 APPLE, INC., a California Corporation,        )   CASE NO.:  11-CV-01846-LHK
                                                 )
                  Plaintiff,                     )
18                                               )
            v.                                   )   **NON-PARTY MOTOROLA
19                                               )   MOBILITY LLC'S**
   SAMSUNG ELECTRONICS CO., LTD., a              )   CERTIFICATION OF
20 Korean corporation; SAMSUNG                   )   INTERESTED ENTITIES OR
   ELECTRONICS AMERICA, INC., a New York         )   PERSONS PURSUANT TO CIVIL
21 corporation; SAMSUNG                          )   L.R. 3-16
   TELECOMMUNICATIONS AMERICA, LLC, a            )
22 Delaware limited liability company,           )
                                                 )
23               Defendants.                     )   Judge: Hon. Lucy H. Koh
                                                 )
24                                               )
                                                 )
25                                               )
                                                 )
26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding: Effective May 22, 2012, more than 10%

6  ownership of Motorola Mobility LLC (formerly, Motorola Mobility, Inc.) was acquired by Google

7  Inc., which trades on NASDAQ under the ticker symbol GOOG.

8

9  Dated:  July 30, 2012                                    WINSTON & STRAWN LLP

10

11                                                          By:   /s/ Jennifer A. Golinveaux
                                                                  David S. Bloch
12                                                                Jennifer A. Golinveaux
                                                                  Marcus T. Hall
13                                                                Peter J. Chassman (*pro hac vice* forthcoming)
                                                                  Attorneys for Non-Party,
14                                                                MOTOROLA MOBILITY LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NON-PARTY MOTOROLA MOBILITY LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 11-CV-01846-LHK