# EXHIBIT A

# QUALCOMM

Trial Exhibit 630:  Exhibits 3A and 3B to the Expert Report of David Teece, an expert retained by Apple, dated March 22, 2012. Exhibit 3A is a table summarizing the key terms of various contracts between Samsung and third parties to the litigation.  Exhibit 3B contains a table summarizing the key terms of various contracts between Apple and third parties to the litigation.

Trial Exhibit 630 contains the following information about Qualcomm:

## Exhibit 3A
## Summary of Samsung License Agreements

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| Samsun g Electronics Co Ltd | Qualcomm Inc | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 12/26/2005 | 12/26/2005 | N/A | N/A | N/A | **REDACTED** | SAMNDCA00052166 to SAMNDCA00052169 |
| Samsun g Electronics Co Ltd | Qualcomm Inc | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 1/1/2009 | 11/4/2009 | **REDACTED** | Royalty-Bearing Subscriber Units means (i) all Subscriber Units that are Telephones; (ii) all Subscriber Units that are Laptop Computer Subscriber Units not covered by clause (i) above, and (iii) any type of Subscriber Unit the has been or is introduced (e g , marketed, offered for sale or Sold) by Samsung no later than 6 months following the execution of this Agreement and not covered under clauses (i) and (ii) above Docs not include GSM-only Subscriber Units<br><br>Royalty Bearing Modem cards | Worldwide | **REDACTED** | SAMNDCA00052029 to SAMNDCA00052115 |

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | means all Modem Cards other than GSM-only Modem Cards<br><br>CDMA Femtocell meanS.A. Femtocell that is used to connect to a wireless network that operates utilizing one or more CDMA Standards | | **REDACTED** | |
| Samsung Electronics Co Ltd | Qualcomm Inc | Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 8/31/1993 | 9/3/1993 | **REDACTED** | Subscriber Unit, Cordless Base Station, Components, and Infrastructure Equipment solely for use in Wireless Applications<br><br>Wireless Applications are CDMA-based Digital Cellular Systems, Personal Communications Systems, Wireless PABX Systems, commercial telemetry for information gathering, commercial security system for alarming applications, RF LAN applications, Cordless Telephone applications and any other CDMA wireless applications currently licensee by Qualcomm to its existing CDMA Subscriber Unit and Infrastructure licensees as of the Effective Date of the Agreement | Worldwide | **REDACTED** | SAMNDCA00052124 to SAMNDCA00052161 |

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **REDACTED** | |
| Samsung Electronics Co Ltd | Qualcomm Inc | Amendment to Infrastructure and Subscriber Unit License and Technical Assistance Agreement | 3/29/2004 | 3/29/2004 | REDACTED | Eligible Subscriber Unit iS.A. Qualifying Subscriber Unit (defined aS.A. Subscriber Unit (including but not limited to a Subscriber Unit implementing CDMA technology in compliance with the IS- standards) that 95, cdma2000, WCDMA and/or UMTS incorporateS.A. CDMA ASIC) that is for use in in the Rest of the World (i c , not in Korea) | Worldwide | **REDACTED** | SAMNDCA00052116 to SAMNDCA00052123 |
| Samsung Electronics Co Ltd. | Qualcomm Inc | Amendment to Infrastructure and Subscriber Unit License and | 11/17/1997 | 11/17/1997 | N/A | Subscriber Unit, Cordless Base Station, Components, and Infrastructure Equipment | N/A | **REDACTED** | SAMNDCA00052164 to SAMNDCA00052165 |

| Licensee | Licensor | Title | Effective Date | Date Last Signed | Term | Licensed Products/Technology | Geographic Scope | Payments | Source |
|---|---|---|---|---|---|---|---|---|---|
| | | Technical Assistance Agreement | | | | | | **REDACTED** | |