1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY QUALCOMM INCORPORATED'S REVISED ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO CIVIL L. R. 7-11 & 79-5** |

Non-Party Qualcomm Incorporated ("Qualcomm") filed a Revised Administrative Motion to Seal Confidential Information Pursuant to Civil L. R. 7-11 and 79-5 on July 30, 2012.

Also pursuant to Civil L. R. 79-5, for the purpose of establishing that the documents are sealable, Qualcomm filed on July 26, 2012 the Declaration of Eric Reifschneider in Support of Non-Party Qualcomm's Incorporated's Administrative Motion to Seal Confidential Information (the "Reifschneider Declaration") (Docket Item 1394, Attachment # 1). The Reifschneider Declaration articulates sufficient factual bases that the proposed redactions constitute confidential trade secrets "privileged or protectable as a trade secret or otherwise entitled to protection under the law" and are thus sealable. Civil L. R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Trial Exhibit 630 shall only be admitted into evidence under seal;

or

2. Trial Exhibit 630 shall only be admitted into evidence redacted to remove all information redacted in Exhibit A to this Revised Motion;

and

3. Testimony disclosing the substance of the redacted information shall be admitted only under seal and in such a manner as to preserve confidentiality

IT IS SO ORDERED.

Dated: _____       _____

Hon. Lucy H. Koh
United States District Judge

Case No.: 11-CV-01846
[Proposed] Order Granting Qualcomm's Motion to Seal Confidential Information