Clerk's Use Only
Initial for fee pd.:

Peter J. Chassman
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
(713) 651-2623

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Peter J. Chassman, an active member in good standing of the bar of the Supreme Court of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing MOTOROLA MOBILITY LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with Civil Local Rule 5-1, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The name, address and telephone number of those attorneys are:

1  David S. Bloch, WINSTON & STRAWN LLP, 101 California Street, San Francisco, CA
2  94111 (415) 591-1000;
3  Jennifer A. Golinveaux, WINSTON & STRAWN LLP, 101 California Street, San
4  Francisco, CA 94111 (415) 591-1000; and
5  Marcus T. Hall, WINSTON & STRAWN LLP, 101 California Street, San Francisco, CA
6  94111 (415) 591-1000.
7  I declare under penalty of perjury that the foregoing is true and correct.
8  Dated: 7/30/12

PETER J. CHASSMAN