1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL TRIAL EXHIBITS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to seal confidential trial exhibits.  For the purpose of establishing that the designated information is sealable, Apple filed the declarations of Jim Bean, Gregory Joswiak, Henri Lamiraux, and Beth Kellermann in support of its motion.  The Court finds that Apple's sealing request is narrowly tailored and justified.  Therefore, the following trial exhibits will be sealed, in whole or in part, consistent with and to the extent described in the declarations filed by Apple:

PX25, PX63, PX67, PX76, PX78, PX102, PX103, PX110, PX121, PX181, PX182, DX534, DX536, DX537, DX541, DX542, DX543, DX544, DX581, DX587, DX589, DX593, DX614, DX617, DX630, DX645, DX701, DX755, DX756, DX757, DX758, DX766-776, DX777, DX778, DX779, DX780.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                                      Hon. Lucy H. Koh
                                                                                      United States District Court Judge