MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman (SBN 268873)
303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA  94065
Tel:  (650) 394-1400
Fax: (650) 551-9901

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>PLAINTIFF(S) | CASE NUMBER:<br>11-CV-01846-LHK |
| v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.<br><br>DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON'S ADMINISTRATIVE MOTION TO SEAL; DECLARATION OF ANA JOHNS IN SUPPORT OF ERICSSON'S ADMINISTRATIVE MOTION TO SEAL; PROPOSED ORDER

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated  Court Order dated July 23, 2012 (Docket No. 1288)

☐ Manual Filing required ( *reason* ):

July 20, 2012
Date

/s/ Courtland L. Reichman
Attorney Name

Non-Party
Party Represented

G-92 (12/11)                    **NOTICE OF MANUAL FILING**



American LegalNet, Inc.
www.FormsWorkFlow.com

Note:   File one Notice in each case, each time you manually file document(s).

**NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkFlow.com
