**EXHIBIT B**

1

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION



   APPLE INC., A CALIFORNIA      )  C-11-01846 LHK
   CORPORATION,                  )
                                 )  SAN JOSE, CALIFORNIA
              PLAINTIFF,         )
                                 )  JULY 27, 2012
        VS.                      )
                                 )  PAGES 1-85
   SAMSUNG ELECTRONICS CO.,      )
   LTD., A KOREAN BUSINESS       )
   ENTITY; SAMSUNG               )
   ELECTRONICS AMERICA,          )
   INC., A NEW YORK              )
   CORPORATION; SAMSUNG          )
   TELECOMMUNICATIONS            )
   AMERICA, LLC, A DELAWARE      )
   LIMITED LIABILITY             )
   COMPANY,                      )
                                 )
              DEFENDANTS.        )
   _____

               TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE LUCY H. KOH
            UNITED STATES DISTRICT JUDGE




               APPEARANCES ON NEXT PAGE




   OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
```

```
 1    A P P E A R A N C E S:

 2    FOR PLAINTIFF              MORRISON & FOERSTER
      APPLE:                     BY:  HAROLD J. MCELHINNY
 3                                    MICHAEL A. JACOBS
                                      RACHEL KREVANS
 4                               425 MARKET STREET
                                 SAN FRANCISCO, CALIFORNIA  94105
 5

 6    FOR COUNTERCLAIMANT        WILMER, CUTLER, PICKERING,
      APPLE:                     HALE AND DORR
 7                               BY:  WILLIAM F. LEE
                                 60 STATE STREET
 8                               BOSTON, MASSACHUSETTS  02109

 9    FOR THE DEFENDANT:         QUINN, EMANUEL, URQUHART,
                                 OLIVER & HEDGES
10                               BY:  VICTORIA F. MAROULIS
                                      KEVIN P.B. JOHNSON
11                               555 TWIN DOLPHIN DRIVE
                                 SUITE 560
12                               REDWOOD SHORES, CALIFORNIA  94065

13                               BY:  MICHAEL T. ZELLER
                                      WILLIAM C. PRICE
14                               865 SOUTH FIGUEROA STREET
                                 10TH FLOOR
15                               LOS ANGELES, CALIFORNIA  90017

16    FOR INTERVENOR             RAM, OLSON,
      REUTERS:                   CEREGHINO & KOPCZYNSKI
17                               BY:  KARL OLSON
                                      XINYING VALERIAN
18                               555 MONTGOMERY STREET, SUITE 820
                                 SAN FRANCISCO, CALIFORNIA  94111
19
      FOR NOKIA:                 ALSTON & BIRD
20                               BY:  STEVEN D. HEMMINGER
                                 275 MIDDLEFIELD ROAD, SUITE 150
21                               MENLO PARK, CALIFORNIA  94025

22

23              APPEARANCES CONTINUED ON NEXT PAGE

24

25
```

```
 1    VERSUS JUST A SUMMARY OR DESCRIPTION OF THEM.
 2            SAME FOR, YOU KNOW, PRODUCT SCHEMATICS.
 3    I'LL NEED TO ACTUALLY SEE THEM.
 4            BUT IF THEY PREVIOUSLY DEALT WITH
 5    NONDISCLOSURE AGREEMENTS AND PROPER EFFORTS WERE
 6    MADE TO PRESERVE THE CONFIDENTIALITY, THAT IS
 7    ANOTHER CATEGORY.
 8            BASED ON THE NINTH CIRCUIT'S DECISION IN
 9    ELECTRONIC ARTS, PRICING, ROYALTY RATES, MINIMUM
10    PAYMENT TERMS OF LICENSING AGREEMENTS WILL BE
11    SEALABLE.
12            AND I THINK TO DO OTHERWISE GOT THE
13    DISTRICT JUDGE REVERSED, SO I'M GOING TO FOLLOW THE
14    NINTH CIRCUIT PRECEDENT ON THAT.
15            NOW, THE NINTH CIRCUIT DECISION DID NOT
16    ADDRESS THE DURATION OF THE LICENSE, BUT I WILL
17    ALLOW THAT ALSO TO BE SEALED.
18            NOW, OBVIOUSLY IF THE LICENSE HAS IN ANY
19    WAY BECOME PUBLIC, YOU CAN'T SEAL IT.
20            THE PRODUCTION CAPACITY ISSUE ON THE SAME
21    BASIS AS THE RATIONALE SET FORTH IN ELECTRONIC ARTS
22    COULD BE SEALABLE, BUT I'LL HAVE TO SEE WHAT YOU'RE
23    ACTUALLY REQUESTING BECAUSE IF IT'S OVERBROAD, IT
24    WILL NOT BE SEALED.
25            AND THEN THE THIRD PARTY MARKET DATA,
```

```
 1    TYPES OF INFORMATION WITH REGARD TO THE LICENSES
 2    AND THEY EFFECTIVELY WERE THE DURATION, THE
 3    COMPENSATION TERM, AND --
 4            WHAT WAS THE THIRD CATEGORY OF
 5    INFORMATION THAT YOU ALL WANTED TO SEAL?
 6            MR. HEMMINGER:  AND THE PRICING AND THE
 7    PAYMENT.
 8            THE COURT:  I'M SORRY?
 9            MR. HEMMINGER:  AND THE PAYMENT TERMS.
10            THE COURT:  RIGHT.  I PUT THAT IN THE
11    COMPENSATION CATEGORY.
12            MR. HEMMINGER:  RIGHT.
13            THE COURT:  THOSE ARE FINE.
14            MR. HEMMINGER:  OKAY.
15            THE COURT:  SO AS FAR AS THE THIRD
16    PARTIES ARE CONCERNED, YOUR REQUEST TO PROTECT
17    THOSE, YOU KNOW, ROYALTY RATE AND THE NO PAYMENT
18    TERM, COMPENSATION TERM, HOWEVER IT'S STRUCTURED
19    AND THE DURATION PRICING, THAT'S FINE.
20            MR. HEMMINGER:  OKAY.  THANK YOU, YOUR
21    HONOR.
22            THE COURT:  SO ANY OF THE OTHER THIRD
23    PARTY WHO WISHES TO BE HEARD?
24            MR. MCCAULEY:  GOOD AFTERNOON, YOUR
25    HONOR.  ROBERT MCCAULEY ON BEHALF OF PHILIPS
```

```
 1
 2
 3
 4                    CERTIFICATE OF REPORTER
 5
 6
 7
 8            I, THE UNDERSIGNED OFFICIAL COURT
 9   REPORTER OF THE UNITED STATES DISTRICT COURT FOR
10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH
11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
12   CERTIFY:
13            THAT THE FOREGOING TRANSCRIPT,
14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND
15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS
16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS
17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED
18   TRANSCRIPTION TO THE BEST OF MY ABILITY.
19
20
21                          /S/
22                          _____
                            LEE-ANNE SHORTRIDGE, CSR, CRR
23                          CERTIFICATE NUMBER 9595
24                          DATED:  JULY 28, 2012
25
```