**SUBMITTED UNDER SEAL**

**EXHIBIT A**