# EXHIBIT B

## SIEMENS

Trial Exhibit 77: Patent License Agreement entered into as of December 31, 2003, between Siemens AG and Samsung Electronics Co., Ltd.  (SAMNDCA00366019); summary of the key terms of various Samsung licenses with third parties, including Interdigital. A copy of the license agreement is attached.  The summary contains the following information about Siemens:

| Summary of Samsung Licenses | | | | | | |
|---|---|---|---|---|---|---|
| Samsung License Partner | Bates Range | Effective Date | | Includes Rights to UMTS- Related Patents? | Includes Rights to Other Patents? | Cross License? |
| Siemens AG ("Siemens") | SAMNDCA11 230865-11230873 | Dec. 31, 2003 | | Yes | Yes | Yes |