1  John P. Bovich (SBN 150688)
   Email: jbovich@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:  +1 415 543 8700
5  Facsimile:  +1 415 391 8269

6  Attorneys for NON-PARTY
   Siemens AG

7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                              San Jose Division

11 | APPLE INC., a California corporation, | No.: 11-cv-01846-LHK (PSG)
12 |              Plaintiff,               | **[PROPOSED] ORDER GRANTING SIEMENS AG'S ADMINISTRATIVE MOTION TO SEAL**
13 |              vs.                      |
14 | SAMSUNG ELECTRONICS CO., LTD., a      | Honorable Lucy H. Koh
   | Korean corporation; SAMSUNG
15 | ELECTRONICS AMERICA, INC., a New York
   | corporation; and SAMSUNG
16 | TELECOMMUNICATIONS AMERICA, LLC, a
   | Delaware limited liability company,
17 |
   |              Defendants.
18

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Non-party Siemens AG filed an administrative motion to seal portions of Trial Exhibit 77 on
2  July 30, 2012.  Siemens AG's Motion to Seal is hereby GRANTED.   Consistent with and to the
3  extent described in Siemens AG's motion to seal and supporting declarations, the documents at issue
4  may be filed under seal if they are used during trial:
5  1.  Sections 1.3, 1.4, 1.5, 2 (entire section), 4 (entire section), 5 (entire section) of the Patent
6  License Agreement [Nuzzi Decl., Exh. A.]; and
7  2.  The redacted portion of Samsung Electronics Co., LTD's summary of the Patent License
8  Agreement [Nuzzi Decl., Exh. B.].

**IT IS SO ORDERED.**

Dated: _____          _____

 Hon. Lucy H. Koh

  United States District Judge