1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL PREVIOUSLY FILED MOTIONS AND EXHIBITS THERETO** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple filed a motion to seal previously filed motions and exhibits thereto. For the purpose of establishing that the designated information is sealable, Apple filed the declarations of Jim Bean and Gregory Joswiak in support of its motion. The Court finds that Apple's sealing request is narrowly tailored and justified. Therefore, the following documents may be filed under seal in whole or in part, consistent with and to the extent described in the declarations filed by Apple:

- Exhibits 25 and 26 to the Declaration Jason Bartlett in Support of Apple's Daubert Motion (APLNDC-Y0000027256-27303 and APLNDC-Y0000023361-23393).
- Exhibit A to the Musika Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.
- Exhibit 3 to the Martin Declaration in Support of Samsung's Daubert Motion.
- Exhibit Q to the Mazza Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.
- Exhibit 6 to the Martin Declaration in Support of Samsung's Daubert Motion.
- Exhibit B to the Musika Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.
- Exhibit 1 to the Martin Declaration in Support of Samsung's Daubert Motion.
- Exhibit C to the Musika Declaration in Support of Apple's Opposition to Samsung's Motion for Summary Judgment.
- Exhibit E to the Musika Declaration in Support of Apple's Opposition to Samsung's Motion for Summary Judgment.
- Exhibit K to the Musika Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.
- Exhibit Y to the Musika Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.
- Exhibit 10 to the Martin Declaration in Support of Samsung's Daubert Motion.
- Exhibit Z to the Musika Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.

[PROPOSED] ORDER GRANTING APPLE'S MOTION TO SEAL PREVIOUSLY FILED MOTIONS AND EXHIBITS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3176846

1

- Exhibit 7 to the Martin Declaration in Support of Samsung's Daubert Motion.
- Samsung Reply in Support of Motion to Strike and Wagner Declaration in Support Thereof.
- Exhibit B to the Wagner Declaration in Support of Samsung's Reply in Support of Motion to Strike.
- Exhibit AA to the Musika Declaration in Support of Apple's Opposition to Samsung's Daubert Motion.
- Exhibit P1 to the Hecht Declaration in Support of Samsung's Opposition to Apple's Motion for Partial Summary Judgment.
- Exhibit 32 to the Martin Declaration in Support of Samsung's Daubert Motion.
- Exhibit 67 to the Arnold Declaration in Support of Samsung's Motion for Summary Judgment.
- Exhibit A to the Ordover Declaration in Support of Apple's Opposition to Samsung's Motion for Summary Judgment.
- Exhibit C to the Wagner Declaration (summary of Apple's Licenses and Agreements).
- Exhibits 1-6, 13, 20 and 21 to the Price Declaration in Support of Samsung's Reply in Support of Motion to Strike.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                  Hon. Lucy H. Koh
                                                                  United States District Court Judge