1   HAROLD J. MCELHINNY (CA SBN 66781)         WILLIAM F. LEE
    hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)          WILMER CUTLER PICKERING
    mjacobs@mofo.com                             HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)             60 State Street
    rkrevans@mofo.com                            Boston, MA 02109
4   JENNIFER LEE TAYLOR (CA SBN 161368)        Telephone: (617) 526-6000
    jtaylor@mofo.com                             Facsimile: (617) 526-5000
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)          MARK D. SELWYN (SBN 244180)
    rhung@mofo.com                               mark.selwyn@wilmerhale.com
7   JASON R. BARTLETT (CA SBN 214530)          WILMER CUTLER PICKERING
    jasonbartlett@mofo.com                       HALE AND DORR LLP
8   MORRISON & FOERSTER LLP                    950 Page Mill Road
    425 Market Street                            Palo Alto, California 94304
9   San Francisco, California 94105-2482         Telephone: (650) 858-6000
    Telephone: (415) 268-7000                    Facsimile: (650) 858-6100
10  Facsimile: (415) 268-7522

11  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC

12

13                        UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

16

17  APPLE INC., a California corporation,        Case No.    11-cv-01846-LHK

18                Plaintiff,                      **DECLARATION OF JASON R.
                                                  BARTLETT IN SUPPORT OF
19         v.                                     APPLE'S MOTION TO SEAL
                                                  PREVIOUSLY FILED MOTIONS
20  SAMSUNG ELECTRONICS CO., LTD., a             AND EXHIBITS**
    Korean business entity; SAMSUNG
21  ELECTRONICS AMERICA, INC., a New York
    corporation; SAMSUNG
22  TELECOMMUNICATIONS AMERICA, LLC, a
    Delaware limited liability company,
23
                  Defendants.
24

25

26

27

28

I, JASON R. BARTLETT, declare as follows:

1.      I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple").  I am licensed to practice law in the State of California and admitted to practice before this Court.  I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team.  I make this declaration in support of Apple's Motion to Seal Previously Filed Motions and Exhibits.

2.      The following documents consist of the Expert Report of Terry L. Musika or portions thereof:

- Exhibit A to the Declaration of Terry Musika in Support of Apple's Opposition to Samsung's Daubert Motion
- Exhibit 3 to the Declaration of Joby Martin in Support of Samsung's Daubert Motion
- Exhibit Q to the Declaration of Mia Mazza in Support of Apple's Opposition to Samsung's Daubert Motion
- Exhibit 6 to the Declaration of Joby Martin in Support of Samsung's Daubert Motion

This report and exhibits contain highly sensitive financial data, capacity data, and third-party consumer research as described in detail in the Declaration of Jim Bean in Support of Motion to Seal Previously Filed Motions ("Bean Declaration") filed herewith and the Declaration of Nathan Sabri in Support of Apple's Corrected Renewed Motion to Seal (Dkt. No. 1408-2) ("Sabri Declaration").  Proposed redacted versions are attached in highlighted form as **Exhibits 1, 2, 3, and 4,** respectively.

3.      The following exhibits consist of the Supplemental Expert Report of Terry Musika or portions thereof:

- Exhibit B to the Declaration of Terry Musika in Support of Apple's Opposition to Samsung's Daubert Motion
- Exhibit 1 to the Declaration of Joby Martin in Support of Samsung's Daubert Motion

1            •   Exhibit C to the Declaration of Terry Musika in Support of Apple's Opposition

2               to Samsung's Motion for Summary Judgment

3            •   Exhibit E to the Declaration of Terry Musika in Support of Apple's Opposition

4               to Samsung's Motion for Summary Judgment

5            •   Exhibit K to the Declaration of Terry Musika in Support of Apple's Opposition

6               to Samsung's Daubert Motion

7            •   Exhibit Y to the Declaration of Terry Musika in Support of Apple's Opposition

8               to Samsung's Daubert Motion

9            •   Exhibit 10 to the Declaration of Joby Martin in Support of Samsung's

10               Motion

11            •   Exhibit Z to the Declaration of Terry Musika in Support of Apple's Opposition

12               to Samsung's Daubert Motion

13            •   Exhibit 7 to the Declaration of Joby Martin in Support of Samsung's Daubert

14               Motion

15   This report and exhibits also contain highly sensitive financial data, capacity data, and third-party

16   consumer research as described in detail in the Bean Declaration and Sabri Declaration.  Proposed

17   redacted versions are attached in highlighted form as **Exhibits 5 through 13**, respectively.

18        4.      Samsung's Reply in Support of Motion to Strike and the Declaration of

19   Michael Wagner in Support thereof include specific terms of licenses, settlements, and

20   acquisitions, as discussed in detail in the Bean Declaration.  A proposed redacted version of this

21   reply and supporting declaration is attached in highlighted form as **Exhibit 14**.

22        5.      Exhibit B to the Declaration of Michael Wagner in Support of Samsung's Reply in

23   Support of Motion to Strike consists of the Corrected Expert Report of Michael J. Wagner

24   (Vol. 1).  This report contains product profit margin information and specific details of an

25   acquisition as discussed in detail in the Bean Declaration.  A proposed redacted version of this

26   exhibit is attached in highlighted form as **Exhibit 15**.

27        6.      Exhibit AA to the Declaration of Terry Musika in Support of Apple's Opposition

28   to Samsung's Daubert Motion includes product profit margin information as discussed in detail

1    in the Bean Declaration.  A proposed redacted version of this exhibit is attached in highlighted

2    form as **Exhibit 16**.

3         7.    Exhibit P1 to the Declaration of David Hecht in Support of Samsung's Opposition

4    to Apple's Motion for Partial Summary Judgment is an excerpt from the deposition of

5    Boris Teksler.  It contains confidential information related to Apple's license agreements with

6    third parties as described in detail in the Bean Declaration.  A proposed redacted version of this

7    exhibit is attached in highlighted form as **Exhibit 17**.

8         8.    Exhibit 32 to the Martin Declaration in Support of Samsung's Daubert Motion is

9    the Expert Report of Richard L. Donaldson, Esq.  Pages 23-29 contain highly sensitive and

10   confidential Apple and third party information about Apple's current and past licenses as

11   described in detail in the Bean Declaration.  A proposed redacted version of this exhibit is

12   attached in highlighted form as **Exhibit 18**.

13        9.    Exhibit 67 to the Declaration of Brett Arnold in Support of Samsung's Motion for

14   Summary Judgment is Apple Inc.'s Objections and Responses to Samsung's Fourth Set of

15   Interrogatories.  It contains highly sensitive and confidential Apple and third party information

16   about Apple's current and past licenses as described in detail in the Bean Declaration.  A

17   proposed redacted version of this exhibit is attached in highlighted form as **Exhibit 19**.

18        10.   Exhibit A to the Declaration of Janusz A. Ordover in Support of Apple's

19   Opposition to Samsung's Motion for Summary Judgment is the Expert Report of Dr. Janusz A.

20   Ordover.  Footnote 161 contains confidential information regarding Apple's licenses as

21   described in the Bean Declaration.  A proposed redacted version of this exhibit is attached in

22   highlighted form as **Exhibit 20**.

23        11.   Exhibit C to the Declaration of Michael Wagner in Support of Samsung's Reply in

24   Support of Motion to Strike is a true and correct copy of a summary of Apple's Licenses and

25   Agreements.  It contains highly sensitive and confidential Apple and third party information

26   about Apple's current and past licenses as described in the Bean Declaration.  A proposed

27   redacted version of this exhibit is attached in highlighted form as **Exhibit 21**.

28

Bartlett Decl. ISO Apple's Motion to Seal Previously Filed Motions and Exhibits
Case No. 11-cv-01846-LHK
sf-3176476

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of July, 2012 at San Jose, California.

_/s/  Jason R. Bartlett_
Jason R. Bartlett

Bartlett Decl. ISO Apple's Motion to Seal Previously Filed Motions and Exhibits
Case No. 11-cv-01846-LHK
sf-3176476

4

1

**ATTESTATION**

2          I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

3    Declaration.  In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has

4    concurred in this filing.

5    Dated:  July 30, 2012                              _/s/ Michael A. Jacobs_____
                                                         Michael A. Jacobs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28