HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK

**DECLARATION OF HENRI LAMIRAUX IN SUPPORT OF APPLE'S MOTION TO SEAL TRIAL EXHIBITS**

1        I, Henri Lamiraux, hereby declare as follows:

2        1.        I am an employee of Apple Inc. ("Apple").  My title is Vice President of iOS Apps

3   & Frameworks for Apple.  As part of my role, I am very familiar with the development of

4   Apple's source code and Apple's efforts to ensure that its source code is not disclosed outside of a

5   select group of individuals at Apple.  I submit this declaration in support of Apple's Renewed

6   Motion to Seal Trial Exhibits.  I have personal knowledge of the matters set forth below.  If called

7   as a witness I could and would competently testify as follows.

8        2.        I have been employed at Apple since 1990 and am currently the Vice President of

9   iOS Apps & Frameworks.  I received an engineering degree in chemistry from Ecole Nationale

10  Supérieure de Chimie de Montpellier.

11       3.        My responsibilities as Vice President of iOS Apps & Frameworks involve

12  managing employees who develop the source code, applications and frameworks for Apple's iOS.

13  iOS is the operating system on Apple's iPhone, iPad and iPod touch products.  Part of my

14  responsibilities include maintaining the security and secrecy of Apple's iOS source code.  Apple

15  does make certain very limited portions of the iOS code available as open source code, but the

16  large portions of the code relating to the unique functionality of the iOS operating system are not

17  publicly available.

18       4.        Apple source code is provided the highest level of protection and security within

19  Apple.  Physical access to the iOS source code is limited to select groups of authorized Apple

20  employees, with access being provided only to portions of code on a need-to-know basis. Access

21  is limited to employees directly involved in software development, management, and security.

22  The employees with such access must be approved by management as authorized employees,

23  their accounts must be specifically granted access.

24       5.        iOS source code is provided the highest level of protection and security within

25  Apple because it is not public information and it is at the heart of the success and unique

26  functionality of its iOS devices including the iPhone, iPad and iPod touch.  iOS source code

27  controls how these devices operate and provides Apple's iOS devices with their unique, easy to

28  operate user interfaces.  Apple has invested billions of dollars in conjunction with the

1  development of its iOS source code.  This source code, including the source code files identified

2  in Appendix A, is extremely valuable.  In part, this value exists because Apple's source code is

3  unique to Apple.

4      6.      To preserve this uniqueness, Apple does not share its source code with others or

5  make it available to the public.  Accordingly, disclosure of the source code files listed in

6  Appendix A to the general public including Apple's competitors would cause Apple significant

7  competitive harm.  If these source code files were to enter the public record, Apple's competitors

8  would be free to copy Apple's extremely valuable source code.  This ability to copy Apple's

9  source code would give its competitors an unfair competitive advantage, to the significant

10  detriment to the investment that Apple has made in developing iOS and the specific source code

11  files listed in Appendix A.

12      7.      Any dissemination of source code outside the tight controls maintained within

13  Apple's or its counsel's facilities poses the risk of unauthorized disclosure and great injury to

14  Apple.  In fact, even in cases such as this one in which source code must be produced (under the

15  strict guidelines of source code provisions of the Protective Order), Apple does not permit its own

16  experts to have electronic or hard copies of its source code during litigation.

17      8.      Apple's restrictions on access to its source code by third parties and its employees

18  are especially necessary because the electronic nature of source code renders the code easily

19  copied.

20      9.      The specific portions of Apple source code which we are asking this Court to seal

21  have always been non-public, and their exposure would cause Apple to lose significant

22  competitive advantage.

23      10.      Plaintiff's Exhibit 121 is a collection of four (4) Apple iOS source code files.

24  Apple considers these source code files to be trade secrets.  Public disclosure of this information

25  would be extremely harmful to Apple to for the reasons described above.

26      11.      Defendant's Exhibit 645 is a collection of one hundred sixty-nine (169) Apple iOS

27  source code files.  Apple considers these source code files to be trade secrets.  Public disclosure

28  of this information would be extremely harmful to Apple to for the reasons described above.  To

DECLARATION OF HENRI LAMIRAUX IN SUPPORT OF RENEWED MOTION TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3174344

2

1  my knowledge, with the exception of part of source code file AVPlayer.h and source code files

2  MFMailComposeViewController.h and MFMessageComposeViewController.h, this information

3  has never been publicly disclosed.  Apple does not seek to file under seal any public portions of

4  Exhibit 645.

5       12.     Attached as Appendix A is a list of the individual source code files in Exhibits 121

6  and 645 that Apple seeks to seal for the reasons explained above.

7

8       I declare under penalty of perjury that the foregoing is true and correct.  Executed this

9  30th day of July, 2012 at Cupertino, California.

10

11                                              */S/ Henri Lamiraux*
                                                Henri Lamiraux

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HENRI LAMIRAUX IN SUPPORT OF RENEWED MOTION TO SEAL
CASE NO. 11-CV-01846-LHK
sf-3174344

3

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00000390-400[1] |
| Samsung 645 | APLNDC-WH-SC 00000401-403 |
| Samsung 645 | APLNDC-WH-SC 00000404-409 |
| Samsung 645 | APLNDC-WH-SC 00000386-389 |
| Samsung 645 | APLNDC-WH-SC 00007695-704 |
| Samsung 645 | APLNDC-WH-SC 00007705 |
| Samsung 645 | APLNDC-WH-SC 00007706-707 |
| Samsung 645 | APLNDC-WH-SC 00007709-710 |
| Samsung 645 | APLNDC-WH-SC 00007711-713 |
| Samsung 645 | APLNDC-WH-SC 00007708 |
| Samsung 645 | APLNDC-WH-SC 00007715 |
| Samsung 645 | APLNDC-WH-SC 00007716-717 |
| Samsung 645 | APLNDC-WH-SC 00007714 |
| Samsung 645 | APLNDC-WH-SC 00007718 |
| Samsung 645 | APLNDC-WH-SC 00007719-21 |
| Samsung 645 | APLNDC-WH-SC 00009584 |
| Samsung 645 | APLNDC-WH-SC 00009585-86 |
| Samsung 645 | APLNDC-WH-SC 00009857-58 |
| Samsung 645 | APLNDC-WH-SC 00009559-72 |
| Samsung 645 | APLNDC-WH-SC 00009859-85 |
| Samsung 645 | APLNDC-WH-SC 00007930 |
| Samsung 645 | APLNDC-WH-SC 00009573 |
| Samsung 645 | APLNDC-WH-SC 00009574-75 |
| Samsung 645 | APLNDC-WH-SC 00009886-87 |

---

[1] Because part of this file is public, a redacted version will be lodged with the Court.

- 1 -

ACTIVEUS 98855608v1

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00009576 |
| Samsung 645 | APLNDC-WH-SC 00009888 |
| Samsung 645 | APLNDC-WH-SC 00009577-79 |
| Samsung 645 | APLNDC-WH-SC 00009889-91 |
| Samsung 645 | APLNDC-WH-SC 00009580 |
| Samsung 645 | APLNDC-WH-SC 00009581-83 |
| Samsung 645 | APLNDC-WH-SC 00009892 |
| Samsung 645 | APLNDC-WH-SC 00009893-95 |
| Samsung 645 | APLNDC-WH-SC 00009896 |
| Samsung 645 | APLNDC-WH-SC 00009897-98 |
| Samsung 645 | APLNDC-WH-SC 00000298 |
| Samsung 645 | APLNDC-WH-SC 00000299 |
| Samsung 645 | APLNDC-WH-SC 00000300 |
| Samsung 645 | APLNDC-WH-SC 00007990-91 |
| Samsung 645 | APLNDC-WH-SC 00007992-94 |
| Samsung 645 | APLNDC-WH-SC 00010108-117 |
| Samsung 645 | APLNDC-WH-SC 00010118-125 |
| Samsung 645 | APLNDC-WH-SC 00009795-802 |
| Samsung 645 | APLNDC-WH-SC 00009803-10 |
| Samsung 645 | APLNDC-WH-SC 00010052-55 |
| Samsung 645 | APLNDC-WH-SC 00009683-87 |
| Samsung 645 | APLNDC-WH-SC 00009688-737 |

ACTIVEUS 98855608v1

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00010056 |
| Samsung 645 | APLNDC-WH-SC 00009738 |
| Samsung 645 | APLNDC-WH-SC 00010057 |
| Samsung 645 | APLNDC-WH-SC 00009739 |
| Samsung 645 | APLNDC-WH-SC 00010058-60 |
| Samsung 645 | APLNDC-WH-SC 00009740-43 |
| Samsung 645 | APLNDC-WH-SC 00010061-90 |
| Samsung 645 | APLNDC-WH-SC 00009744-78 |
| Samsung 645 | APLNDC-WH-SC 00010100 |
| Samsung 645 | APLNDC-WH-SC 00009787 |
| Samsung 645 | APLNDC-WH-SC 00010091-92 |
| Samsung 645 | APLNDC-WH-SC 00009779-80 |
| Samsung 645 | APLNDC-WH-SC 00010093-99 |
| Samsung 645 | APLNDC-WH-SC 00009781-86 |
| Samsung 645 | APLNDC-WH-SC 00000301-00000304 |
| Samsung 645 | APLNDC-WH-SC 00000410-414 |
| Samsung 645 | APLNDC-WH-SC 00000415-416 |
| Samsung 645 | APLNDC-WH-SC 00009937 |
| Samsung 645 | APLNDC-WH-SC 00009938-40 |
| Samsung 645 | APLNDC-WH-SC 00009606 |
| Samsung 645 | APLNDC-WH-SC 00009907 |
| Samsung 645 | APLNDC-WH-SC 00009607-09 |
| Samsung 645 | APLNDC-WH-SC 00009908-10 |
| Samsung 645 | APLNDC-WH-SC 00009911 |
| Samsung 645 | APLNDC-WH-SC 00009912-21 |
| Samsung 645 | APLNDC-WH-SC 00009935 |
| Samsung 645 | APLNDC-WH-SC 00009936 |
| Samsung 645 | APLNDC-WH-SC 00009948-50 |
| Samsung 645 | APLNDC-WH-SC 00009944-71 |
| Samsung 645 | APLNDC-WH-SC 00009610 |

- 3 -

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00009611-16 |
| Samsung 645 | APLNDC-WH-SC 00009624 |
| Samsung 645 | APLNDC-WH-SC 00009980 |
| Samsung 645 | APLNDC-WH-SC 00009625 |
| Samsung 645 | APLNDC-WH-SC 00009981 |
| Samsung 645 | APLNDC-WH-SC 00009620-23 |
| Samsung 645 | APLNDC-WH-SC 00009975-79 |
| Samsung 645 | APLNDC-WH-SC 00009628-29 |
| Samsung 645 | APLNDC-WH-SC 00009984-87 |
| Samsung 645 | APLNDC-WH-SC 00009630 |
| Samsung 645 | APLNDC-WH-SC 00009631-32 |
| Samsung 645 | APLNDC-WH-SC 00009633 |
| Samsung 645 | APLNDC-WH-SC 00009634-35 |
| Samsung 645 | APLNDC-WH-SC 00009999 |
| Samsung 645 | APLNDC-WH-SC 00010000-01 |
| Samsung 645 | APLNDC-WH-SC 00000305 |
| Samsung 645 | APLNDC-WH-SC 00000306 |
| Samsung 645 | APLNDC-WH-SC 00000307-314 |
| Samsung 645 | APLNDC-WH-SC 00000329-332 |
| Samsung 645 | APLNDC-WH-SC 00000333-336 |
| Samsung 645 | APLNDC-WH-SC 00000337-359 |
| Samsung 645 | APLNDC-WH-SC 00000360-363 |
| Samsung 645 | APLNDC-WH-SC 00000364 |
| Samsung 645 | APLNDC-WH-SC 00000365-369 |
| Samsung 645 | APLNDC-WH-SC 00000327-28 |
| Samsung 645 | APLNDC-WH-SC 00000379 |

- 4 -

ACTIVEUS 98855608v1

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00000370-378 |
| Samsung 645 | APLNDC-WH-SC 00000417-432 |
| Samsung 645 | APLNDC-WH-SC 00000380-385 |
| Samsung 645 | APLNDC-WH-SC 00000315-26 |
| Samsung 645 | APLNDC-WH-SC 00007623-25 |
| Samsung 645 | APLNDC-WH-SC 00007459-61 |
| Samsung 645 | APLNDC-WH-SC 00007462-508 |
| Samsung 645 | APLNDC-WH-SC 00007626-27 |
| Samsung 645 | APLNDC-WH-SC 00007628-52 |
| Samsung 645 | APLNDC-WH-SC 00007653-74 |
| Samsung 645 | APLNDC-WH-SC 00007320 - 7431 |
| Samsung 645 | APLNDC-WH-SC 00007909-15 |
| Samsung 645 | APLNDC-WH-SC 00007916-22 |
| Samsung 645 | APLNDC-WH-SC 00007923-29 |
| Samsung 645 | APLNDC-WH-SC 00007902-08 |
| Samsung 645 & Apple 121 | APLNDC-WH-SC 00000078 - 96 |
| Samsung 645 & Apple 121 | APLNDC-WH-SC 00000079 - 126 |
| Samsung 645 | APLNDC-WH-SC 00007987-89 |
| Samsung 645 & Apple 121 | APLNDC-WH-SC 00010644-45 |
| Samsung 645 | APLNDC-WH-SC 00000235 - 247 |
| Samsung 645 | APLNDC-WH-SC 00000458 - 468 |
| Samsung 645 | APLNDC-WH-SC 00000468 - 471 |
| Samsung 645 | APLNDC-WH-SC 00000471 - 475 |
| Samsung 645 | APLNDC-WH-SC 00000475 - 479 |
| Samsung 645 | APLNDC-WH-SC 00000479 - 491 |
| Samsung 645 | APLNDC-WH-SC 00007722-23 |
| Samsung 645 | APLNDC-WH-SC 00007724-46 |

- 5 -

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00000450-452 |
| Samsung 645 | APLNDC-WH-SC 00000433-444 |
| Samsung 645 | APLNDC-WH-SC 00007747 |
| Samsung 645 | APLNDC-WH-SC 00007748-52 |
| Samsung 645 | APLNDC-WH-SC 00007753-54 |
| Samsung 645 | APLNDC-WH-SC 00007755-768 |
| Samsung 645 | APLNDC-WH-SC 00007769 |
| Samsung 645 | APLNDC-WH-SC 00007770 |
| Samsung 645 | APLNDC-WH-SC 00007771 |
| Samsung 645 | APLNDC-WH-SC 00007772 |
| Samsung 645 | APLNDC-WH-SC 00007773-774 |
| Samsung 645 | APLNDC-WH-SC 00007775-803 |
| Samsung 645 | APLNDC-WH-SC 00007804-807 |
| Samsung 645 | APLNDC-WH-SC 00007808-830 |
| Samsung 645 | APLNDC-WH-SC 00007831 |
| Samsung 645 | APLNDC-WH-SC 00007832-35 |
| Samsung 645 | APLNDC-WH-SC 00007843 |
| Samsung 645 | APLNDC-WH-SC 00007836 |
| Samsung 645 | APLNDC-WH-SC 00007837-42 |
| Samsung 645 | APLNDC-WH-SC 00007844-47 |
| Samsung 645 | APLNDC-WH-SC 00007848-60 |
| Samsung 645 | APLNDC-WH-SC 00000448-449 |
| Samsung 645 | APLNDC-WH-SC 000007874-7889 |
| Samsung 645 | APLNDC-WH-SC 00007874-901 |
| Samsung 645 | APLNDC-WH-SC 00000513 - 517 |
| Samsung 645 | APLNDC-WH-SC 00000453 - 454 |
| Samsung 645 | APLNDC-WH-SC 00007861 |
| Samsung 645 | APLNDC-WH-SC 00007862-63 |
| Samsung 645 | APLNDC-WH-SC 00007931-40 |
| Samsung 645 | APLNDC-WH-SC 00007941-86 |
| Samsung 645 | APLNDC-WH-SC 00007864 |
| Samsung 645 | APLNDC-WH-SC 00007865 |
| Samsung 645 | APLNDC-WH-SC 00007866 |
| Samsung 645 | APLNDC-WH-SC 00007867-73 |

- 6 -

## Appendix A to the Declaration of Henri Lamiraux

| Trial Exhibit | Bates range |
|---|---|
| Samsung 645 | APLNDC-WH-SC 00000492 |
| Samsung 645 | APLNDC-WH-SC 00000496-498 |
| Samsung 645 | APLNDC-WH-SC 00007675-94 |

- 7 -

ACTIVEUS 98855608v1