1  MCKOOL SMITH HENNIGAN, P.C.
   Courtland L. Reichman (SBN 268873)
2  creichman@mckoolsmith.com
   303 Twin Dolphin Drive, 6th Floor
3  Redwood Shores, CA  94065
   Tel:  650-394-1400
4  Fax:  650-551-9901

5  *Attorneys for Non-Party*
   *Telefonaktiebolaget*
6  *LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | Case No. 11-CV-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER SEALING AND PROTECTING FROM PUBLIC DISCLOSURE CONFIDENTIAL INFORMATION OF NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON CONTAINED IN TRIAL EXHIBITS 77, 630, AND 631** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Non-Party Telefonaktiebolaget LM Ericsson ("Ericsson") has moved the Court to seal
2    certain portions of Trial Exhibits 77, 630, and 631, which contain confidential and sensitive Ericsson
3    business and licensing information.  The Court has considered Ericsson's motion and supporting
4    declaration and the other papers in this cause and finds that Ericsson has established compelling
5    reasons to seal and redact the information requested.  Accordingly, the Court hereby enters the
6    following Orders:

7    1.    Trial Exhibit 77 references a license between Samsung and Ericsson that became
8    effective in January 2006 (the "2006 License").  The Court Orders that those portions of Trial
9    Exhibit 77 that reflect the term of, the monetary consideration for, and the patent rights covered by
10   the 2006 License be sealed and not be shown, nor discussed or testified about, in open court.

11   2.    Exhibit 3A, entitled "Summary of Samsung License Agreements," of Exhibit 630
12   references two patent licenses: a license agreement between Samsung and Ericsson that became
13   effective in December 2001 (the "2001 License") and the 2006 License.  The Court Orders that
14   those portions of Exhibit 3A of Trial Exhibit 630 that reflect the terms of, the products and
15   technology covered by, the geographic scope of, and the payments under, either the 2001 License or
16   the 2006 License be sealed and not be shown, nor discussed or testified about, in open court.

17   3.    Exhibit 3B, entitled "Summary of Apple UMTS License Agreements," of Trial
18   Exhibit 630 references two licenses between Apple and Ericsson, one that became effective in June
19   2003 (the :2003 License") and one that became effective in January 2008 (the "2008 License").  The
20   Court Orders that those portions of Exhibit 3B of Trial Exhibit 630 that reflect the terms of, the
21   products and technology covered by, the geographic scope of, and the payments under, either the
22   2003 License or the 2008 License be sealed and not be shown, nor discussed or testified about, in
23   open court.

24   4.    The Court Orders that those portions of Exhibit 4A, entitled "Initial Royalty Rates -
25   Motorola and Ericsson," of Trial Exhibit 631 that reflect Ericsson's initial GSM, CDMA, and
26   WCDMA royalty rates be sealed and not be shown, nor discussed or testified about, in open court.

**McKool Smith Hennigan P.C.**
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065

5.   The Court Orders that those portions of Exhibit 4B, entitled "Estimating Samsung Balance Royalty Rates," of Trial Exhibit 631 that reflect the net royalty, total revenues, gross royalties, partner rates, and Samsung rates with respect to the 2006 License be sealed and not be shown, nor discussed or testified about, in open court.

6.   The Court Orders that only those versions of Trial Exhibits 77, 630, and 631 that are redacted so as not to disclose the information sealed in paragraphs one (1) through five (5) of this Order are to be used in open court and provided to the public.

7.   The Court Orders that during any discussion or testimony regarding the sealed portions of Trial Exhibits 77, 630, and 631, the Court will be closed to the public and anyone else without the right to receive "Highly Confidential - Attorneys Eyes Only" materials in this case.

8.   The Court Orders that those portions of the trial transcript that contain any discussions or testimony concerning the sealed portions of Trial Exhibits 77, 630, and 631 be sealed.

**IT IS SO ORDERED.**

Dated: July ___, 2012

_____
LUCY H. KOH
United States District Judge