1  DAVID A. KAYS, ESQ. (SBN 120798)
   FREEDA Y. LUGO, ESQ. (SBN 244913)
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1613
   Telephone: (408) 288-8288
4  Facsimile:  (408) 288-8325
   ATTORNEYS FOR NON-PARTY
5  QUALCOMM INCORPORATED

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

| | |
|---|---|
| 11  APPLE INC., a California corporation, | |
| 12                                  Plaintiff, | Case No. 11-CV-01846-LHK |
| 13       v. | |
| 14  SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NON-PARTY QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT** |
| 17                                  Defendants. | |

Non-Party Qualcomm Incorporated ("Qualcomm") respectfully submits this Administrative Motion to Remove an Incorrectly Filed Document, Docket Item 1394, Attachment 2 in the Case No: 5:11-CV-01846-LHK. The document contains confidential information of non-party Qualcomm and was intended to be filed under seal. The ongoing public availability of the document would cause potentially substantial injury to Qualcomm.

Docket Item 1394 is Qualcomm's Administrative Motion to Seal Confidential Information filed July 26, 2012. "Attachment 2" as listed on the docket sheet (also identified as "Exhibit 1 to the Declaration of Eric Reifschneider") is a letter from counsel for Defendants Samsung Electronics Co. *et al.* to Qualcomm dated July 21, 2012 (the "July 21 Letter") identifying—and reciting—confidential information concerning Qualcomm license agreements contained in proposed Trial Exhibit 630, to give Qualcomm an opportunity to move to have such information admitted into evidence only under seal to preserve confidentiality.

Docket Item 1394 is Qualcomm's motion to seal that information. Obviously, it was intended that Attachment 2 would be filed under seal in its entirety so that the Motion to Seal would not itself disclose the sensitive commercial information, but Attachment 2 was incorrectly not filed under seal.

At 9:00 a.m. PDT on Monday July 30, 2012, at the earliest possible opportunity after discovery of this incorrect filing, counsel for Qualcomm notified the ECF HelpDesk for the Northern District of California that Attachment 2 had been filed incorrectly and, following the ECF HelpDesk's published procedures, Docket Item 1394 was locked pending the decision of this motion.

Because Attachment 2 contains highly sensitive Qualcomm confidential information that is appropriately the subject matter of a motion to seal for the reasons fully described in Qualcomm's Administrative Motion to Seal Confidential Information

filed July 26, 2012, Qualcomm respectfully requests that Attachment 2 to Docket Item 1394 be immediately and permanently removed from the court records as incorrectly filed. Qualcomm has filed a Revised Administrative Motion to Seal Confidential Information.

No deadline relevant to the filing of Qualcomm's Administrative Motion to Seal has passed since it was initially filed on July 26.

Dated: July 30, 2012                                        MORGAN, FRANICH, FREDKIN & MARSH


By:     /S/
        DAVID A. KAYS
Attorneys for Non-Party QUALCOMM,
INCORPORATED.

Case No. 11-CV-01846-LHK
Administrative Motion to Remove an Incorrectly Filed Document
2