UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT** |

Case No: 11-CV-01846-LHK
[Proposed] Order Granting Administrative Motion to Remove An Incorrectly Filed Document

Non-Party Qualcomm Incorporated ("Qualcomm") has filed an Administrative Motion to Remove an Incorrectly Filed Document. Qualcomm's motion relates to a document containing confidential information filed in error in support of Qualcomm's Administrative Motion to Seal Confidential Information filed July 26, 2012 (Docket Item 1394).

Having considered the arguments of the parties and the papers submitted, and finding compelling reasons therein, the Court hereby grants Qualcomm's Motion to Remove an Incorrectly Filed Document.

IT IS HEREBY ORDERED that Attachment 2 to Docket Item 1394 entitled "Exhibit 1 to the declaration of Eric Reifschneider", filed on July 26 2012 shall be permanently removed from the ECF system for the Northern District of California.

IT IS SO ORDERED.

Dated: _____     _____
                                               Hon. Lucy H. Koh
                                               United States District Judge

Case No: 11-CV-01846-LHK
[Proposed] Order Granting Administrative Motion to Remove An Incorrectly Filed Document