1  DAVID A. KAYS, ESQ. (SBN 120798)
   FREEDA Y. LUGO, ESQ. (SBN 244913)
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1613
   Telephone: (408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorneys for Non-Party
   QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                                    Plaintiff,<br><br>         v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                                    Defendants. | Case No. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606. On the date indicated below, I caused to be served in the manner indicated below the following document(s):

**NON-PARTY QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT**

**[PROPOSED] ORDER GRANTING NON-PARTY QUALCOMM INCORPORATED'S ADMINISTRATIVE MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT**

| X | **MAIL** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California. |
|---|---|

Brian Larivee
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109

Brian Seeve
60 State Street
Boston, MA 02109

Edward H. Rice
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654

James C. Burling
60 State Street
Boston, MA 02109

Marina N. Saito
Hopenfeld Singer Rice & Saito LLP
445 W. Ernie Street
Suite 108
Chicago, IL 60654

Michael Saji
60 State Street
Boston, MA 02109

Michael A. Diener
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Michael Thomas Zeller
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Richard Goldenberg<br>Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109-1803 | Samuel Calvin Walden<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Robert J. Gunther, Jr<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>New York, NY 10007 | Thomas G. Pasternak<br>DLA Piper US LLP<br>115 South La Salle Street<br>Suite 3100<br>Chicago, IL 60603 |
| | Timonthy D. Syrett<br>60 State Street<br>Boston, MA 02109 |

Executed on July 30, 2012, at San Jose, California.

_____
Freeda Y. Lugo

CERTIFICATE OF SERVICE
(Case No. 11-cv-01846-LHK)

3