1  [COUNSEL LISTED ON SIGNATURE PAGES]

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| 11 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 12 | Plaintiff, | **SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS** |
| 13 | vs. | |
| 14 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date:** July 30, 2012 |
| 15 | | |
| 16 | | |
| 17 | Defendant. | **Judge:** Hon. Lucy H. Koh |
| 18 | | |

19

20

21

22

23

24

25

26

27

28

1  Supplementing their last Statement filed on July 29, 2012, the parties inform the Court
2  that, after meeting and conferring on Thursday, Friday, Saturday and Sunday, July 26, 27, 28 and
3  29, they continued their met and confer today, Monday, July 30, 2012.  They focused on the last
4  sets of translations each party served or objected to after the first July 26 meet and confer.  As to
5  these, the parties resolved all three submitted by Samsung, and four of the five submitted by
6  Apple.   The parties are putting together a set of stipulated translations.   Today the parties
7  exchanged two more redlined translated exhibits and objections, which they agreed to discuss and
8  try to resolve at a further meet and confer on Tuesday, July 31, 2012 at 2:00 pm.  At the
9  continuation of the meet and confer tomorrow, the parties will address their remaining translations
10  of and objections to the additional translated exhibits served after July 26, and any remaining open
11  issues, including the process and procedure for resolution at trial of any remaining disputed
12  translations.
13  The parties will submit another updated Statement to the Court by Wednesday, August 1,
14  2012 by 6 pm.

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Richard Hung* <br> HAROLD J. MCELHINNY <br> MICHAEL A. JACOBS <br> RACHEL KREVANS <br> JENNIFER LEE TAYLOR <br> ALISON M. TUCHER <br> RICHARD S.J. HUNG <br> JASON R. BARTLETT <br><br> Attorneys for APPLE INC. | By: */s/ Victoria Maroulis* <br> CHARLES K. VERHOEVEN <br> KEVIN P.B. JOHNSON <br> VICTORIA F. MAROULIS <br> MICHAEL T. ZELLER <br><br> Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard Hung.

                                                                                    */s/ Victoria Maroulis*