UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING MOTIONS FOR RECONSIDERATION REGARDING OBJECTIONS TO OPENING SLIDES |

Regarding Apple's motion for reconsideration of the Court's rulings on objections to opening slides:

- Slide 32: The objection to slide 32 is overruled.
- Slide 18: The objection to slide 18 is overruled because Apple has adopted Samsung's translation.

Regarding Samsung's motion for reconsideration of the Court's rulings on objections to opening statements:

- Slide 20-22: The objection to slides 20-21 is sustained. Samsung's motion for reconsideration is denied as to these two slides. The objection to slide 22 is sustained in part and overruled in part. The Howarth e-mail and the photo were not stricken by Judge

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING MOTIONS FOR RECONSIDERATION REGARDING OBJECTIONS TO OPENING SLIDES

Grewal and are admissible to show functionality. The title of slide 22 must be changed to address only functionality.

- Slide 11-19: The objection to slides 11-19 is sustained. Samsung's motion for reconsideration is denied.
- Slide 51: The objection to slide 51 is overruled. Samsung's motion for reconsideration is granted because the theory was timely disclosed. *See* ECF No. 172.
- Slide 29: The objection to slide 29 is sustained. Samsung's motion for reconsideration is denied.
- Slide 9: The objection to slide 9 is sustained. Samsung's motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: July 30, 2012

_____
LUCY H. KOH
United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER REGARDING MOTIONS FOR RECONSIDERATION REGARDING OBJECTIONS TO OPENING SLIDES