| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Michael T. Zeller (Cal. Bar No. 196417)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Attorneys for SAMSUNG ELECTRONICS CO.,<br>LTD., SAMSUNG ELECTRONICS AMERICA,<br>INC. and SAMSUNG<br>TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>            Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING UPDATED DAMAGES OPINIONS AND EXHIBITS** |

*Additional attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.*

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

1   WHEREAS on Wednesday evening, July 25, 2012, Apple and Samsung by agreement
2   exchanged documents reflecting financial results updated for periods between April and
3   June 2012 (referred to as "Updated Financial Results").
4   WHEREAS Apple and Samsung by agreement exchanged damages calculations revised to
5   reflect the Updated Financial Results in the afternoon and evening of July 28, 2012.
6   WHEREAS Apple and Samsung by agreement exchanged updated plaintiff's and
7   defendant's exhibits that incorporate the Updated Financial Results in the afternoon and evening
8   of July 28, 2012.
9   WHEREAS the Updated Financial Results are relevant to claims for monetary relief at
10  trial.
11  WHEREAS after May 12, 2012, actions of the parties and orders entered by the Court
12  have changed the intellectual property being asserted and the products being accused (referred to
13  as "Changes to the Intellectual Property Claims").
14  WHEREAS the materials exchanged on July 28 were revised to reflect the Changes to the
15  Intellectual Property Claims.
16  NOW THEREFORE the parties stipulate as follows:
17      1. Neither party will object to the opinions of the opposing party's damages expert because it
18         includes the Updated Financial Results or the Changes to the Intellectual Property Claims.
19      2. The parties agree that the sponsoring party may substitute the following plaintiff's and
20         defendants' trial exhibits, updated to reflect the Updated Financial Results or Changes to
21         the Intellectual Property Claims, as exchanged on or since Wednesday, July 25, 2012:
22         PX25, PX102, PX103, PX180, PX181, DX676, DX703, DX704, DX781.  Neither party
23         will object to the updated versions on the ground that they include Updated Financial
24         Results or Changes to the Intellectual Property Claims.
25      3. All other objections to the content of the experts' opinions and the admission of exhibits
26         are preserved.  By this stipulation, neither party agrees to the admission of the exhibits
27         identified in paragraph 2.
28

Dated: July 30, 2012

| | |
|---|---|
| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: */s/ Michael A. Jacobs*<br>   HAROLD J. MCELHINNY<br>   MICHAEL A. JACOBS<br>   JENNIFER LEE TAYLOR<br>   ALISON M. TUCHER<br>   RICHARD S.J. HUNG<br>   JASON R. BARTLETT<br><br>   WILLIAM F. LEE<br>   MARK D. SELWYN<br><br>Attorneys for APPLE INC. | By: */s/ Victoria F. Maroulis*<br>   CHARLES K. VERHOEVEN<br>   KEVIN P.B. JOHNSON<br>   VICTORIA F. MAROULIS<br>   EDWARD DEFRANCO<br>   MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

1 **[PROPOSED] ORDER**

2 Based on the foregoing stipulation,

3 IT IS SO ORDERED.

4 Dated: July _____, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge