HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**CLARIFICATION REGARDING CERTAIN APPLE EXHIBITS** |

In the Court's Order on Samsung's Objections to Apple's Proposed Examination Exhibits and Materials for Second Day of Trial (Dkt. No. 1512), the Court deferred ruling on objections to an exhibit that Samsung identified as "PDX56," and also ruled with respect to exhibits PX49 through PX54. Furthermore, the Court ordered *Samsung* to submit PDX56 to the Court prior to 8:00 a.m. tomorrow. However, Apple did not disclose exhibits with any of these exhibit numbers for use in Dr. Kare's direct testimony, and has never identified any exhibit as PDX56.

Apple believes that the Court's order regarding a submission of PDX56 is intended to require *Apple* to submit the entire set of demonstrative exhibits that it proposes to use when Dr. Kare is testifying. When Apple initially disclosed the set of Kare demonstrative exhibits, it believed that Dr. Kare might testify on the second day of trial. With opening arguments scheduled for tomorrow morning, it appears that Dr. Kare, who is Apple's eighth witness, will not testify on the second day of trial.

Since Apple initially disclosed Dr. Kare's proposed demonstrative exhibits to Samsung, Apple has been revising and reducing the number of slides in the exhibit. Apple intends to disclose a revised set of demonstrative exhibits for Dr. Kare at 7:00 p.m. on Wednesday, per the established process for disclosing exhibits. If Samsung objects to any of the demonstrative exhibits, Apple will submit a copy of the demonstrative exhibits to the Court with its response to Samsung's objections.

Dated: July 31, 2012               MORRISON & FOERSTER LLP

                                   By:   */s/ Michael A. Jacobs*
                                         MICHAEL A. JACOBS

                                   Attorneys for Plaintiff
                                   APPLE INC.

CLARIFICATION REGARDING CERTAIN APPLE EXHIBITS
CASE NO. 11-CV-01846-LHK                                                       2