# EXHIBIT A

# Samsung Interface Graphics Over Time

**iPhone**
2007



**Fascinate**
2010



