# EXHIBIT B

# iPad Media Coverage



**Verdict Is in on Apple iPad: It's a Winner**
By Edward C. Baig, April 2, 2010



"Months of speculation, feverish lust, an überhyped prize that could disrupt the status quo of computing. You wouldn't be the first person to compare the run-up to Saturday's arrival of the iPad to the prelaunch mania that surrounded the iPhone."

"The first iPad is a winner."

"Apple's tablet is fun, simple, stunning to look at and blazingly fast."

PDX7.1

# Similar Channels of Trade for Apple & Samsung

## Apple Sales Channels











## Samsung Sales Channels













PDX13.1