# EXHIBIT 2

*Apple v. Samsung,* No. 11-cv-01846
**Denison Trial Cross Exhibits**

**Exhibits**
PX44
PX54
PX58
PX60
PX62

**Other Materials**
ITC 796 Witness Statement of Justin Denison
ITC 796 Rebuttal Witness Statement of Justin Denison
January 25, 2012 Deposition of Justin Denison
September 21, 2011 30(b)(6) Deposition of Justin Denison
ITC 796 Hearing Transcript (Denison)
Apple's August 12, 2011 30(b)(6) Deposition Notice
January 27, 2012 Deposition of Jaegwan Shin
February 2, 2012 Deposition of Qi Ling
January 12, 2012 Deposition of Wookyun Kho

sf-3176713

# Curran Walker

| | |
|---|---|
| **From:** | rbarajas@mofo.com |
| **Sent:** | Monday, July 30, 2012 1:59 PM |
| **To:** | Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com; AppleMofo@mofo.com |
| **Cc:** | WHAppleSamsungParalegalTeam@wilmerhale.com; Geoffrey Grundy; Sibrina Khan; Rene Unger; Gisele Darwish |
| **Subject:** | Apple v. Samsung, No. 11-01846: Justin Denison Cross Exam Disclosure |

Counsel:

Attached are Apple's cross examination disclosure and documents for Justin Denison.

Rosemary Barajas
Senior Litigation Paralegal
Morrison | Foerster LLP
425 Market Street | San Francisco | 94105
Tel: 415.268.6744
Mobile: 415.690.5221

File(s) will be available for download until **29 August 2012**:

File: Denison.zip, 1,604.40 KB


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com
Accellion File Transfer



---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

1