# EXHIBIT 3

# Curran Walker

| | |
|---|---|
| **From:** | Barajas, Rosemary [RBarajas@mofo.com] |
| **Sent:** | Monday, July 30, 2012 7:54 PM |
| **To:** | Samsung v. Apple; 'WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com); AppleMoFo |
| **Subject:** | Apple v. Samsung, No. 11-01846: Amended Justin Denison Cross Exam Disclosure |
| **Attachments:** | Amended Apple Denison cross disclosure.pdf; Denison - Exhibit 225.pdf; Denison Trial Testimony (Public).pdf |

Counsel:

Attached is an amended cross exam disclosure, as well as additional cross exam documents for Justin Denison.

**Rosemary Barajas**
**Senior Litigation Paralegal**
**Morrison | Foerster LLP**
**425 Market Street | San Francisco | 94105**
**Tel: 415.268.6744**
**Mobile: 415.690.5221**

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

1

*Apple v. Samsung,* No. 11-cv-01846
**Amended Denison Trial Cross Exhibits**

**Exhibits**
PX44
PX54
PX58
PX60
PX62


**Other Materials**
ITC 796 Witness Statement of Justin Denison
ITC 796 Rebuttal Witness Statement of Justin Denison
January 25, 2012 Deposition of Justin Denison
September 21, 2011 30(b)(6) Deposition of Justin Denison
Ex. 225 to September 21, 2011 30(b)(6) Deposition of Justin Denison
ITC 794 Hearing Transcript (Denison, public version)
ITC 796 Hearing Transcript (Denison)
Apple's August 12, 2011 30(b)(6) Deposition Notice
January 27, 2012 Deposition of Jaegwan Shin
February 2, 2012 Deposition of Qi Ling
January 12, 2012 Deposition of Wookyun Kho