# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: July 30, 2012                                              Time in Court: 12 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (11:15 to 11:27)

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: **CV11-01846 LHK (PSG)**
Plaintiff Attorney(s) present: Peter Kolovos.
Defendant Attorney(s) present: Melissa Dalziel, *telephonically*
Third Party Attorney(s) present: Jeff Ezgar.  Also present: Robert McCauley, *telephonically*;
Karl Olson, *telephonically*; David Schwarz, *telephonically*; and Timothy Scott, *telephonically*

### PROCEEDINGS:
### Third Party IBM's Motion for Temporary Restraining Order (Doc. 1472)

Hearing held.
Court to issue order after hearing.

///