UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

Civil Minute Order

Court Proceedings: Jury Selection, Monday, July 30, 2012    Time in Court: 5hr 46min
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:

|  APPLE INC. | V. | SAMSUNG ELECTRONICS CO. LTD., ET AL |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Charles K. Verhoeven |
| Michael A. Jacobs | William C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Michael T. Zeller |
| | **John B. Quinn** |

PROCEEDINGS:   JURY TRIAL

| | |
|---|---|
| 8:52 a.m. | Hearing held outside presence of prospective jury panel. |
| 9:40 a.m. | Hearing concludes. |
| 9:50 a.m. | A panel of 74 prospective jurors is brought to the Courtroom and sworn. Jury selection begins. |
| 12:10 p.m. | The noon recess is taken. |
| 1:10 p.m. | Jury selection resumes. |
| 3:57 p.m. | 10 jurors are sworn to hear the matter. The remaining members of the panel are thanked and excused. The jurors are pre-instructed by the Court. |
| 4:36 p.m. | The jury is admonished and excused for the day. Court is adjourned until Tuesday, July 31, 2012 at 9:00 a.m. |