UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Lucy H. Koh, Presiding
Courtroom 1 - 5th Floor

**Civil Minute Order**

Date: Friday, July 27, 2012                              Time in Court: 1 hr 14 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

**TITLE:   APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., ET AL**
**CASE NUMBER**: 11-cv-01846

Plaintiffs Attorneys present: Harold J. McElhinny, Michael A. Jacobs, William F. Lee, Mark D. Selwyn, Rachel Krevans
Defendants Attorneys present: Kevin P.B. Johnson, Bill Price, Mike Zeller, Victoria F. Maroulis
3rd Party Attorneys present: Steven D. Hemminger for Nokia; Robert F. McCauley III for Philips; Karl Olson & Xinxing Valerian for Reuters; Timothy T. Scott for IBM; Jennifer A. Golinveaux for Motorola; Dylan J. Liddiard for InterDigital; Christopher Kelley for Intel; David Schwartz for Research in Motion

**PROCEEDINGS:** FINAL PRE-TRIAL CONFERENCE, VARIOUS MOTIONS

The matter is heard by the Court and taken under submission.  Written orders will issue.  The matter remains set for Jury Selection and Trial beginning Monday, July 30, 2012 at 9:00 a.m.
Court is adjourned.