UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**AMENDED [PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Spoliation Adverse Inference Instruction Against Apple.   Samsung concurrently filed a motion to shorten time pursuant to Civil Local Rules 6-1(b) and 6-3.   The District Court referred Samsung's Motion to this Court on July 27, 2012.

      WHEREAS, under Civil Local Rule 6-3, Apple's deadline to oppose Samsung's motion to shorten time was July 30, 2012;

      WHEREAS, Apple did not file any such opposition;

      WHEREAS, time is of the essence given that trial has commenced;

NOW, THEREFORE, having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time for Briefing and Hearing, and sets the hearing for August 6, 2012, at _____. Apple Inc. may file and serve its opposition papers no later than August 1, 2012.   Samsung may file and serve its reply papers no later than August 3, 2012.

**IT IS SO ORDERED.**

DATED:   _____, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge