# EXHIBIT A







Case 5:11-cv-01846-LHK   Document 1532-1   Filed 08/01/12   Page 4 of 4

