# EXHIBIT F

# EXHIBIT 1



**DEFENDANT'S EXHIBIT NO. 623.001**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

DEFENDANT'S EXHIBIT NO. 623.002
Case 5:11-cv-01846-LHK Document 1532-6 Filed 09/01/12 Page 4 of 11
Case 5:11-cv-01846-LHK Document 1522-2 Filed 07/25/12 Page 3 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000275

DEFENDANT'S EXHIBIT NO. 623.003
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page4 of 10

sony style8.psd
Search
Sidebar
SONY
Previous
Next
Zoom
Move
Text
Select
Annotate

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APLNDC-NCC00000276

DEFENDANT'S EXHIBIT NO. 623.004
Case 5:11-cv-01846-LHK Document 1532-6 Filed 09/01/12 Page 6 of 11
Case5:11-cv-01846-LHK Document1522-2 Filed07/25/12 Page5 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000277

DEFENDANT'S EXHIBIT NO. 623.005
Case 5:11-cv-01846-LHK Document 1532-6 Filed 09/01/12 Page 7 of 11
Case5:11-cv-01846-LHK Document1322-2 Filed07/25/12 Page6 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000278

DEFENDANT'S EXHIBIT NO. 623.006
Case 5:11-cv-01846-LHK Document 1532-6 Filed 08/01/12 Page 8 of 11
Case 5:11-cv-01846-LHK Document 1322-2 Filed 07/25/12 Page 7 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APLNDC-NCC00000279



DEFENDANT'S EXHIBIT NO. 623.008



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000281

DEFENDANT'S EXHIBIT NO. 623.009
Case 5:11-cv-01846-LHK Document 1532-6 Filed 09/01/12 Page 11 of 11
Case 5:11-cv-01846-LHK Document 1322-2 Filed 07/25/12 Page 10 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000282