# EXHIBIT G

Exhibit A

Confidential Attorneys' Eyes Only

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4   APPLE INC., a California
    corporation,
5
6   Plaintiff,
7   vs.                              Case No. 11-cv-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
9   SAMSUNG ELECTRONICS AMERICA,
    INC., a New York corporation;
10  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, a Delaware
11  limited liability company,
12  Defendants.
    ----------------------------------/
13
14
15              CONFIDENTIAL
16          ATTORNEYS' EYES ONLY
17
18  VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
        San Francisco, California
19        Monday, July 16, 2012
20
21
22  Reported by:
    LORRIE L. MARCHANT, CSR No. 10523
23           RPR, CRR, CCRR, CLR
24  JOB NO. 51740
25

Case 5:11-cv-01846-LHK Document 1532-7 Filed 08/01/12 Page 4 of 6
Case 5:11-cv-01846-LHK Document 1438-1 Filed 07/25/12 Page 3 of 5
Confidential Attorneys' Eyes Only

Page 58

1 designing the -- when the team was designing the 03:50
2 iPhone, we -- we wondered, as you might, just 03:50
3 what -- what might the competition would do. There 03:51
4 was no competition for us at the time. 03:51
5 But it was -- we wondered, well, yeah, 03:51
6 what -- what -- what might Sony, you know, for 03:51
7 instance do if they were -- if they had our 03:51
8 technology and -- and would create that product. 03:51
9 So I think Jony asked him to -- to have a 03:51
10 look and see, since he was Japanese, what he might 03:51
11 do. 03:51
12 Q. Is there anything else that you can 03:51
13 remember about the -- about the project that 03:51
14 Mr. Nishibori was asked to do on the Sony style? 03:51
15 A. I'm not sure it was a project. But, you 03:51
16 know, just a little aside, really. 03:51
17 Q. I -- regardless of whether it's a project 03:51
18 or exercise, whatever the case may be, do you 03:51
19 remember anything else about it? 03:51
20 A. I remember -- not in huge, massive detail. 03:52
21 Q. But, generally speaking -- and by the way, 03:52
22 I'm going to show you a couple of documents here in 03:52
23 a minute that may jog your memory. But I'm just 03:52
24 trying to find out if there's anything so far that 03:52
25 you recall generally about what Mr. Nishibori did on 03:52

Page 59

1 this Sony style. 03:52
2 A. Well, I remember that we were heading 03:52
3 down -- we -- we were working on, you know, 03:52
4 different directions. And Shin and I walked over to 03:52
5 the table when -- when he was just starting to think 03:52
6 about it, and -- the project design table, and we 03:52
7 were having a chat about it. 03:52
8 And we picked up a model off the table 03:52
9 that -- that we liked, that we had done previously. 03:52
10 And -- and so Shin was going to base the design -- 03:53
11 his, you know, exploration on this model and add a 03:53
12 few Sony-esque sort of details to it. Because 03:53
13 that's -- yeah, that's what we -- that's what we 03:53
14 wanted to do. 03:53
15 Q. Anything else you can remember? 03:53
16 A. Not -- not a lot, really. No. 03:53
17 Q. Let me show you what was previously marked 03:53
18 as Exhibit 1172. And for the record, we're -- we 03:53
19 marked this as TX623. 03:53
20 A. Okay. 03:54
21 Q. Do you recognize what's shown here in 1172 03:54
22 as the Sony-style design that Mr. Nishibori was 03:54
23 working on that you were discussing? 03:54
24 A. It looks -- it looks pretty similar to it, 03:54
25 m-hm. 03:54

Page 60

1 Q. And the model that you referred to, did it 03:54
2 look like this design that's shown in the -- the CAD 03:54
3 drawings here, Exhibit 1172? 03:55
4 A. Which model? 03:55
5 Q. The one that you're referring to where you 03:55
6 and Mr. Nishibori were -- were walking and had 03:55
7 picked up a model. 03:55
8 A. It was similar to this. It looks like -- 03:55
9 pretty similar to this if you took the Sony details, 03:55
10 Sony-ish details off that he added. 03:55
11 Q. And so when you're referring to "the 03:55
12 details," please identify for me what are the 03:55
13 portions of what's shown here in Exhibit 1172 that 03:55
14 Mr. Nishibori came up with as opposed to what was 03:55
15 that preexisting design that you're referring to. 03:55
16 A. It looks -- it was a long time ago, but I 03:55
17 think it was the receiver detail right there looks a 03:55
18 little like -- that was different than what we -- 03:55
19 the model that was on the table. 03:56
20 The Sony -- the buttons here on the bottom 03:56
21 look like they were sort of added. And the Sony 03:56
22 logo and this -- what looks like it's sort of the 03:56
23 green button on the side, the jog dial, kind of -- 03:56
24 that's quite a Sony -- classic Sony detail, really. 03:56
25 Q. Anything else? 03:56

Page 61

1 A. The connector on the bottom perhaps looks a 03:56
2 little bit like a Sony-ish connector. 03:56
3 Q. On the back side, where the camera lens is 03:56
4 depicted, was that something that Mr. Nishibori 03:56
5 added to it? 03:56
6 A. I don't think so. I think we had -- we had 03:56
7 a camera in the corner already. 03:56
8 Q. And then that preexisting model that you're 03:57
9 referring to, did it have exactly the same shape as 03:57
10 what's shown here in the CAD drawings? 03:57
11 MS. TAYLOR: Objection. Vague. 03:57
12 THE WITNESS: I'm not sure if it had 03:57
13 exactly the same shape as that in the CAD drawings. 03:57
14 Similar. 03:57
15 BY MR. ZELLER: 03:57
16 Q. Do you recall if there were differences? 03:57
17 A. I can't recall exactly right now. 03:57
18 Q. And did the -- the preexisting model that 03:57
19 you're referring to, did that have a name? 03:57
20 A. I don't know if it had a name. It 03:57
21 looked -- it looked like that (indicating). 03:57
22 Q. And for the record, you're referring to 03:57
23 the -- the model that's on the left, on page ending 03:57
24 121 of TX562? 03:57
25 A. Right. Yeah. This device (indicating). 03:57

Confidential Attorneys' Eyes Only

Page 62

1   Q. All right. We're going to come back to          03:58
2   that in a moment. I just wanted to make sure we had  03:58
3   a clear record on what you were pointing to.        03:58
4   A. Okay.                                            03:58
5   Q. In terms of the -- just that -- that shape,      03:58
6   the rectangular shape with the rounded corners,     03:58
7   exactly as it's shown here in the CAD drawings of   03:58
8   Exhibit 1172, are you able to say one way or another 03:58
9   whether Mr. Nishibori changed those at all?         03:58
10     MS. TAYLOR: Asked and answered.                  03:58
11     THE WITNESS: I'm not sure whether he             03:58
12  changed them.                                       03:58
13     BY MR. ZELLER:                                   03:58
14  Q. And then you'll see that there's that -- in     03:58
15  the side views there's the metal band kind of design 03:58
16  shown here on the first page of 1172.               03:58
17     You see what I'm referring to?                   03:58
18  A. I don't know what material it is, but I see     03:58
19  there's a band there.                               03:58
20  Q. And was that band portion that's depicted       03:58
21  here in the CAD drawings also part of that model   03:58
22  that -- that you saw that was preexisting?         03:58
23  A. Yeah.                                           03:59
24  Q. What were the sides? More like what's          03:59
25  shown here in TX562?                               03:59

Page 63

1   A. They seem pretty similar to me.                 03:59
2   Q. And when you say "pretty similar," what's       03:59
3   shown there in 1172, in that respect does the band 03:59
4   look similar to the model that's shown here in 562? 03:59
5   A. Roughly.                                        03:59
6   Q. And do you recall whether Mr. Nishibori         03:59
7   made any changes to that -- that band apart from the 03:59
8   jog wheel that you mentioned?                      03:59
9   A. I can't be sure exactly.                        03:59
10  Q. And focusing, then, on that preexisting        03:59
11  model that you saw, who created that design?       03:59
12  A. This one (indicating)?                          03:59
13  Q. Well, I -- let me rephrase the question,       04:00
14  then, for a moment.                                04:00
15     Because in your e-mail -- and this is on       04:00
16  the first page of TX562 -- you refer to "what Shin 04:00
17  is doing with the Sony-style chappy" --            04:00
18  A. Sorry.                                          04:00
19  Q. And then you go to say, Also note that it's    04:00
20  only half a step away from where we were with the  04:00
21  metal band, black inside, before we changed to the 04:00
22  three equal striped sandwich, which I show below.  04:00
23     Do you see that language?                       04:00
24  A. I see that.                                     04:00
25  Q. And so what are you referring to there when    04:00

Page 64

1   you say "it's only half a step away from"?        04:00
2   A. I'm not sure. I think I'm saying that          04:00
3   Shin's -- the thing that Shin was working on is   04:00
4   similar to the -- to what we were working on      04:01
5   previously.                                       04:01
6   Q. So then focusing on the model that's there   04:01
7   on the left, shown on page 121, which is the black 04:01
8   one, was there -- was there a name that you used for 04:01
9   this model?                                       04:01
10  A. I can't remember.                              04:01
11  Q. Was this more in that style of the -- the    04:01
12  Sony-style chappy that's being referred to here? 04:01
13     MS. TAYLOR: Objection. Vague.                 04:01
14     THE WITNESS: Yeah. I'm not sure what you     04:01
15  mean by "in the style of."                        04:01
16     BY MR. ZELLER:                                 04:01
17  Q. Well, here's what I'm trying to understand,  04:01
18  and maybe I -- I need to rephrase it.             04:01
19     You just say here in the first sentence of    04:01
20  your e-mail, I'm worried about the extrudo shape  04:01
21  we're using for P2, et cetera. Looking at what Shin 04:02
22  is doing with the Sony-style chappy, he's able to 04:02
23  achieve a much smaller looking product with a much 04:02
24  nicer shape to have next to your ear and in your  04:02
25  pocket.                                           04:02

Page 65

1      Do you see that?                               04:02
2   A. Yeah. I can see that.                          04:02
3   Q. And so what are you referring to here when    04:02
4   you say "the Sony-style chappy"?                  04:02
5   A. I can't be sure exactly, but I think          04:02
6   it's -- I think it was something that Shin was    04:02
7   working on, which was -- you know, this is something 04:02
8   that Shin had a go at.                            04:02
9   Q. And then focus on that model, then, that's   04:02
10  on the left-hand side, on page 121 of TX562 --    04:02
11  A. Okay.                                          04:02
12  Q. -- is this a model that was created after    04:02
13  Mr. Nishibori was working on this design that's   04:02
14  shown in 1172?                                    04:02
15  A. No. I don't believe so. I think this was     04:02
16  created before.                                   04:02
17  Q. In looking at the model that's depicted      04:03
18  here on the left-hand side on page ending 121, did 04:03
19  Mr. Nishibori contribute anything to the design  04:03
20  that's shown there?                               04:03
21  A. Shin is part of the design team, so he       04:03
22  could well have contributed. You know, as we do, 04:03
23  you know, it's a conversation that's constantly   04:03
24  happening between us all.                         04:03
25  Q. Do you have any information about the        04:03

Confidential Attorneys' Eyes Only

Page 86

CERTIFICATE

STATE OF CALIFORNIA )
: ss
COUNTY OF SONOMA )

I, Lorrie L. Marchant, a Certified Shorthand Reporter, a Registered Professional Reporter, a Certified Realtime Reporter, and a Certified Realtime Professional within and for the State of California, do hereby certify:

That RICHARD HOWARTH, the witness whose deposition is herein set forth, was duly sworn/affirmed by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 16th day of July, 2012.

--------------------------------------------
LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
CSR No. 10523

Page 87

I N D E X
INDEX OF EXAMINATION
PAGE
MR. ZELLER                                    5
---oOo---
INDEX OF EXHIBITS
DESCRIPTION                              PAGE
Exhibit TX579  e-mail and attachments to      4
   Jonathan Ive from Richard Howarth,
   dated 3/8/2006, subject: on: the
   sony vs apple competition
   (Production Nos. APLNDC0003040119 -
   APLNDC0003040124)

Exhibit TX562  e-mail to David Tupman,       52
   cc'ed to various other recipients,
   from Andrew Bright, dated 6/4/2010,
   subject: reciever up high in Y
   (Production Nos. APLNDC0002326562 -
   APLNDC0002326563)
---oOo---
PREVIOUSLY-MARKED EXHIBITS
Exhibit 6  United States Design Patent, Andre,
   et al., Patent No. D593,087 S

Exhibit 7  United States Design Patent, Andre,
   et al., Patent No. D618,677 S
Exhibit 1172  Images of Sony phone
   (Production Nos. APLNDC-NC00000274 -
   APLNDC-NC0000000281)
---oOo---

Page 88

NAME OF CASE: Apple v. Samsung (U.S. District)
DATE OF DEPOSITION: 7/16/2012
NAME OF WITNESS: Richard Howarth
Reason Codes:
   1. To clarify the record.
   2. To conform to the facts.
   3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____
RICHARD HOWARTH