# EXHIBIT B

# EXHIBIT 5

DEFENDANT'S EXHIBIT
NO. 522.001

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____By:_____

SAMNDCA00321382

# MPCP PROJECT 2006

SAMSUNG MOBILE DESIGN TEAM

SAMSUNG

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SAMNDCA00321383

OUTLINE




**SAMSUNG**

**SAMSUNG**

LOGO의 기본색상 : 청색(Pantone 286C : M80% + C100%)
- 단일 청색으로 연속성 표현
- 인정감과 신뢰감을 주는 색
- 과거 보다 진솔하려는 의지를 담았으며 사회에 대한 책임감을 상징

워드마크의 디자인: 우주와 세계무대를 상징하는 타원
- 동적이고 혁신적인 이미지
- S, G 부분 내부와 외부의 기운을 통하게 하여 세계와 호흡, 인류사회 이미지
- 영문로고: 기술우위를 통한 고객지향의지 첨단 기업 이미지

SAMSUNG Mobile blue history



| T100 | E700 | D500 | D600 |
|------|------|------|------|
| Metallic blue | indigo blue | Blue black | Bluish dark gray |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# THEME

## THE BLUE / SKY :

Positive, Day&Night, Star, Universe, Satellite, Oxygen, Endless, Dream, Future, Magic, Energy, Skyline etc...
Blue – Light ~ Dark blue
Samsung = Three Star

하늘에서 내리는 일의 개의 별






FUTURE FLASH

WHISPERING BREEZE

NIGHT FEVER












SAMNDCA00321384

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY









# CONTENTS

OLYMPIC BLUE

UNIVERSAL BLUE

ENERGETIC FEVER

SAPPHIRE

MPCP PROJECT 2006

SAMNDCA00321385

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRODUCT

# OLYMPIC BLUE

Sporty and technical image
Soft minimal shape with Turquoise blue , black and white
Graphic line accent ( ex: keypad layout, pattern embossed rear cover )



YSL Rive gauche fragrance








DIRK BIKKEMBER

DIRK BIKKEMBERGS

Dirk Bikkembergs shoes



Aygo for Sports, Toyota

MPCP PROJECT 2006

SAMNDCA00321386

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

---

C.M.F

# OLYMPIC BLUE

유광 White + Matt Turquoise Blue + Black accent
Resin 부식처리, rubber feels





SAMNDCA00321387

MPCP PROJECT 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GUI

# OLYMPIC BLUE

Vector image, Straight line
Bright Sky blue tone











MPCP PROJECT 2006

SAMNDCA00321388

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PRODUCT

## UNIVERSAL BLUE _ TOTAL BLUE

Symbolic Everyone's Blue – NEW SAMSUNG Blue
Intelligent & fashionable. Positive spirit . popular . Unisexual color
Total blue image








MPCP PROJECT 2006

SAMNDCA00321389

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**DEFENDANT'S EXHIBIT NO. 522.009**

# UNIVERSAL BLUE _ TOTAL BLUE

C.M.F

All blue concept – Samsung blue
Metal (Aluminum anodizing) + Resin (Solid resin) + Chrome accent





MPCP PROJECT 2006

SAMNDCA00321390

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRODUCT

UNIVERSAL BLUE _ BLUE ACCENT

Blue accent – chrome, black and white
Day and night variation









MPCP PROJECT 2006

SAMNDCA00321391

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UNIVERSAL BLUE _ BLUE ACCENT

C.M.F

전면 Chrome silver (유.무광 배색)
Day& Night concept ( dark blue black & white )
Blue accent ( Lighting )
SUS hairline + black
Blue black 가죽 case , 미세한 pattern, gold accent



MPCP PROJECT 2006

SAMNDCA00321392

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PRODUCT

UNIVERSAL BLUE _ BLUEISH SILVER

Sophisticated ,neutral, creative and modern image
Everywhere, convenient, practical
Grayish metallic blue. (instead of silver)









MPCP PROJECT 2006

SAMNDCA00321393

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PRODUCT

# UNIVERSAL BLUE _ BLUEISH SILVER

Sophisticated ,neutral, creative and modern image
Everywhere, convenient, practical
Grayish metallic blue.







MPCP PROJECT 2006

SAMNDCA00321394

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UNIVERSAL BLUE _ BLUEISH SILVER

C.M.F

Grayish metallic blue ( Aluminum anodizing ) + silver. white .black
Sky Blue tone – greenish. purplish blue
Marble resin. solid resin



MPCP PROJECT 2006

SAMNDCA00321395

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# UNIVERSAL BLUE

GUI

Seamless, reflection
Sky in your hand



MPCP PROJECT 2006

SAMNDCA00321396

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GUI

# UNIVERSAL BLUE

Captures the sky.
Vertical line.



SAMSUNG

MPCP PROJECT 2006

SAMNDCA00321397

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 522.017



GUI

# UNIVERSAL BLUE

Shadow plays.
Simple and comfortable atmosphere.







MPCP PROJECT 2006

SAMNDCA00321398

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# ENERGETIC FEVER

Fashionable, trendy, spectacular, urban, 70-80's style
Monoblock, electric blue
Anodizing, glamorous & mercerized shine, reflecting, metallic effects.



Sprint sister basket, Nike



Historical.



Dog, Jeffs Koons







Mords bag, Gucci & BMW moto

MPCP PROJECT 2006

SAMNDCA00321399

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 522.019

# ENERGETIC FEVER

PRODUCT

Fashionable, trendy, spectacular, urban, 70-80's style
Monoblock, electric blue
Anodizing, glamorous & mercerized shine, reflecting, metallic effects.

BOSS
SKIN

pièce à conviction

Arquitect edition taps

Falling in violet...
SONY

Falling in violet...
SONY
Now Playing
Every Moment
New Walkman
Sony
like.no.other
OPTION
BACK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321400

**DEFENDANT'S EXHIBIT NO. 522.020**

# ENERGETIC FEVER

## C.M.F

Black, dark silver + 중착 electric blue





MPCP PROJECT 2006

SAMNDCA00321401

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GUI

# ENERGETIC FEVER

Vibration, Wave
Spectral, Whirling motif





Muddled colors
Colorist
vibrations



Energy

MPCP PROJECT 2006

SAMNDCA00321402

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# ENERGETIC FEVER

Fireworks, Rainbow effects
magnificent, Free movement



















MPCP PROJECT 2006

SAMNDCA00321403

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00321404

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PRODUCT

## SAPPHIRE

Luxurious, Precious, Mysterious image , Wow effect (lighting)
Crystal cut, Jewelry, Sapphire
Very deep blue, Sparkle, transparency, translucency










MPCP PROJECT 2006

## PRODUCT

## SAPPHIRE

Luxurious, Precious, Mysterious image, Wow effect (lighting)
Crystal cut, Jewelry, Sapphire
Very deep blue, Sparkle, transparency, translucency











MPCP PROJECT 2006

SAMNDCA00321405

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SAPPHIRE

C.M.F

깊이감 있는 이중사출 ( sparkle blue resin + dark blue ) + deep blue
Sapphire/deep blue + champagne gold + gold accent



MPCP PROJECT 2006

SAMNDCA00321406

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## GUI

## SAPPHIRE

Jewelry, starry night, milky way
Lighting effect , dimness
제품과 GUI의 emotional interaction – lighting






SAMSUNG

MPCP PROJECT 2006

SAMNDCA00321407

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## SAPPHIRE

C.M.F

컬러감 있는 이종사출 ( sparkle translucent white resin + white ) + Purple blue/Dark blue
Woman target



MPCP PROJECT 2006

SAMNDCA00321408

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321409

# PRODUCT COLOR SCENARIO



SLIDE (4 models)

FRAMER

VESSEL

ZRONT

WRAP

Q_ SLIDE (1model)

Q Bowl

MPCP PROJECT 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FRAMER

47*104*14 _ 2.57 Inch LCD

SAPPHIRE + UNIVERSAL BLUE





MPCP PROJECT 2006

SAMNDCA00321410

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FRAMER

47*104*14 _ 2.57 Inch LCD

1. - Front : black 유광 window
2. - Side Body dummy : titan silver (유,무광 배색)
3. - Slide 하단부 :blue accent ( Lighting )
4. - Keypad : dark blue + blue LED
5. - back : dark blue





MPCP PROJECT 2006

SAMNDCA00321411

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

46°99*14.5 _ 2.79 Inch LCD

VESSEL

OLYMPIC BLUE



MPCP PROJECT 2006

SAMNDCA00321412

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# VESSEL

46*99*14.5 _ 2.79 Inch LCD

1. - Front : black 유광 window
2. - Side : 무광/반광 white
3. - Side accent : turquoise blue
4. - Keypad : white/gray + white/turquoise blue LED
5. - Back : turquoise blue resin 무소,치리 / rubber feels (pattern)





MPCP PROJECT 2006

SAMNDCA00321413

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321414

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

46*98*14.5 _ 2.79 Inch LCD

UNIVERSAL BLUE ENERGETIC

FEVER



BOWL



MPCP PROJECT 2006

BOWL

46*98*14.5 _ 2.79 Inch LCD

1. - Front : black 유광 window
2. - Front :무광 Samsung blue 몰착
3. - Side accent : chrome silver
4. - Keypad: dark silver/chrome silver + white LED
5. - Back : 유광 Samsung blue 몰착



MPCP PROJECT 2006

SAMNDCA00321415

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

46.5*100*14 _ 2.57 Inch LCD

WRAP



SAMNDCA00321416



UNIVERSAL BLUE







MPCP PROJECT 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# WRAP

46.5*100*14 _ 2.57 Inch LCD

1. - Front: 유글 black window
2. - Side accent : Samsung blue
3. - Keypad : accent blue + dark blue
4. - Back : 무글/반글 black
5. -1. Cover : 무글 dark blue
5. -2. Cover : SUS metallic silver blue



MPCP PROJECT 2006

SAMNDCA00321417

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 522.037

**WRAP**

46.5*100*14 _ 2.57 Inch LCD

1. - Accessory : darkblue Leather + gold accent ( pattern )



MPCP PROJECT 2006

SAMNDCA00321418

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Q BOWL

46.2*92.27*14.8 _ 2.79 inch LCD





UNIVERSAL BLUE







MPCP PROJECT 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321419

# Q BOWL

46.2*92.27*14.8 _ 2.79 inch LCD

1. - Front : 유광 black window
2. - Front : mid metallic silver blue 증착/a이노드이징
3. - Side accent : darkblue
4. - Keypad : darkblue + white LED
5. - Back : light metallic silver blue 증착/



MPCP PROJECT 2006

SAMNDCA00321420

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 522.040

# FINAL PRODUCT COLOR



FRAMER

BOWL

VESSEL

WRAP

Q BOWL

SAMSUNG

MPCP PROJECT 2006

SAMNDCA00321421

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

47*104*14 _ 2.57 Inch LCD

FRAMER

SAMNDCA00321422

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



VESSEL

46*99*14.5 _ 2.79 Inch LCD

MPCP PROJECT 2006

SAMNDCA00321423

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



BOWL

46*98*14.5 _ 2.79 inch LCD

MPCP PROJECT 2006

SAMNDCA00321424

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 522.044



WRAP

46.5*100*14 _ 2.57 Inch LCD

MPCP PROJECT 2006

SAMNDCA00321425

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321426

## Q BOWL

46.2*92.27*14.8 _ 2.79 inch LCD



MPCP PROJECT 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



SAMNDCA00321427

MPCP PROJECT 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY