# EXHIBIT C

# EXHIBIT 6

**DEFENDANT'S EXHIBIT
NO. * &) .001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____By:_____

Master Popular Communication piece   >>   Rendering Stage   07/21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321707



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SLIDE

SAPPHIRE



47*101*14 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SLIDE



47*101*14 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321710

SLIDE 

UNIVERSAL BLUE 

  



46.2*92.27*14.8 _ 2.79 inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321711

SLIDE



46.2*92.27*14.8 _ 2.79 inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SLIDE

OLYMPIC BLUE





45*92.27*12.9 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321713

SLIDE



45*92.27*12.9 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SLIDE

SAPPHIRE



46*98*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321715

SLIDE



46*98*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321716



SLIDE

UNIVERSAL BLUE

46*98*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321717

SLIDE



46*98*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321718

SLIDE

SAPPHIRE



46.56*100.18*14 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321719

SLIDE



46.56*100.18*14 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321720

SKIN_SLIDE



46*114*13 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         SAMNDCA00321721

SKIN_SLIDE

   

46*114*13 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SKIN_SLIDE

OLYMPIC BLUE



46*115*10.8 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321723

SKIN_SLIDE



46*115*10.8 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321724

Q_SLIDE

UNIVERSAL BLUE





52*96.4*15 _ 2.98 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q_SLIDE



52*96.4*15 _ 2.98 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321726





Master Popular Communication piece >> Rendering Stage 08/04

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          SAMNDCA00321753



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FRAMER



SAPPHIRE + UNIVERSAL BLUE

47*104*14 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00321755

FRAMER



47*104*14 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321756

VESSEL

OLYMPIC BLUE





46*99*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321757

VESSEL



46*98*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



BOWL



46*98*14.5 _ 2.79 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

WRAP

UNIVERSAL BLUE





46.5*100*14 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321761

WRAP    Stainless Steel_ Press Mold



46.5*100*14 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321762

WRAP    Leather Accessories



46.5*100*14 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321763

WRAP     Resin_Dark Blue



46.5*100*14 _ 2.57 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        SAMNDCA00321764

Q BOWL

UNIVERSAL BLUE





46.2*92.27*14.8 _ 2.79 inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321765

Q BOWL



52*96.4*15 _ 2.98 Inch LCD

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321766