# EXHIBIT D

# EXHIBIT 8

**DEFENDANT'S EXHIBIT
NO. 566.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted:_____By:_____

Sensing Heaven

# IReen Interaction Design

IReen : Intelligent Screen

Samsung Mobile UX Group / 2006.09.14.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321539



Contents

I. UX concept

II. Phone type

III. Basic UI control layout

IV. WOW effect

V. Application UI

VI. Menu Interaction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321540



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321541



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



II. Phone Type

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321543



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321545



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321547



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321549

## UI design 전략 및 구성 · IReen

IReen (Intelligent Screen)에 따른 별도 UI
30~40% : 메뉴, 대표 App. 등

기존 UI 적용 변형 > 사업자 대응 전략
60~70% : 기본 App.



Samsung Mobile UX design group AX part

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



III. Basic UI control Layout

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SAMNDCA00321551



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321557



Short cut control - 개요                                      Basic UI control Layout

Shortcut의 정의 : 상황 별로 사용자가 활용할 수 있는 기능을 호출해주는 방식
상황은 하단에 정의된 방식과 종류가 있으며, 추후 더 필요할 때는 추가가 가능하니
Shortcut을 사용자가 상황 별로 외우는 것은 무리가 있으므로 남용하지 않고 절제하여 적용하는 것이 중요함.

동작 정의 : 하단의 10가지 동작 및 사용자 저장 특수 형태(별표, 삼각형, 사각형 등)
적용 Application : idle, MP3 player, Camera, DMB, 화상회의, 메시지 작성, 메시지 확인, album, 사진(지도)열람, 전화번호부, 통화 중
대표 적용 widget : List up/down, Back, Forward, Home, End, Volume up/down, Menu 호출, 확인



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321559



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



list of shortcuts in application                                Basic UI control Layout

| 동작 \ App. | idle | MP3 | Camera | DMB | 환상환의 | 메시지 작성 | 메시지 확인 | 일 범 | 사진 지도 | 통화 종 |
|---|---|---|---|---|---|---|---|---|---|---|
| ↑ | | | | | | | | | | |
| ↓ | | | | | | | | | | |
| → | | | | | | | | | | |
| ← | | | | | | | | | | |
| ↗ | | | | | | | | | | |
| ↙ | | | 추가 예정 | | | | | | | |
| ↖ | | | | | | | | | | |
| ↘ | | | | | | | | | | |
| 원형 (시계방향) | | | | | | | | | | |
| 원형 (반 시계방향) | | | | | | | | | | |
| 사용자 정의 1 | | | | | | | | | | |
| 사용자 정의 2 | | | | | | | | | | |
| 사용자 정의 3 | | | | | | | | | | |

Samsung Mobile UX design group All rain

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321562

list of shortcuts for widgets                                    Basic UI control Layout

| widget<br>동작 | List | Check box | combo | tab | radio button | vertical scroll | horizontal scroll | etc 1 | etc 2 | etc 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| ↑ | | | | | | | | | | |
| ↓ | | | | | | | | | | |
| → | | | | | | | | | | |
| ← | | | | | | | | | | |
| ↗ | | | 추가 예정 | | | | | | | |
| ↙ | | | | | | | | | | |
| ↖ | | | | | | | | | | |
| ↘ | | | | | | | | | | |
| 원형 (시계방향) | | | | | | | | | | |
| 원형 (반 시계방향) | | | | | | | | | | |
| 사용자 정의 1 | | | | | | | | | | |
| 사용자 정의 2 | | | | | | | | | | |
| 사용자 정의 3 | | | | | | | | | | |

Samsung Mobile UX design group A4 size

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321563



General Volume control — Application UI

대부분의 상황에서 OJ를 이용한 상하 이동은 volume을 control 하기 위한 것으로 활용된다.
idle, 전화 통화중, DMB, Media playing 중 등.
강제적으로 Volume을 제어할 수 있는 상황을 설정해주어야 함.

volume 크게

volume 작게

Samsung Mobile UX design group AX part

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



IV. Wow Effects

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321565



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

analysis



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321567



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321568



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321569



# V. Application UI Workflow

Samsung Mobile UX design group AX part

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321576



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



VI. Menu Interaction

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321583



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321585



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321586



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

DEFENDANT'S EXHIBIT NO. 566.052
Case 5:11-cv-01846-LHK   Document 1533-4   Filed 08/01/12   Page 54 of 63



CONFIDENTIAL - ATTORNEYS' EYES ONLY

SAMNDCA00321590



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321593



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA00321596



[Touch] Interaction_ List Display_ Wet Soap Interaction — Interaction design

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY