# EXHIBIT E

# EXHIBIT 2



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016675



DEPOSITION
EXHIBIT

2

PENGAD 800-631-6989



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016676



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

**APL-ITC796-X0000016677**



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016678



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016679



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

**APL-ITC796-X0000016680**



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016681



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016682



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016683



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

**APL-ITC796-X0000016684**



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016685



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016686



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016687

CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER



APL-ITC796-X0000016688



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

APL-ITC796-X0000016689



**CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

**APL-ITC796-X0000016690**



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016691



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016692



CONTAINS APPLE CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

APL-ITC796-X0000016693