# EXHIBIT F

# EXHIBIT 1



DEFENDANT'S EXHIBIT NO. 623.002
Case 5:11-cv-01846-LHK Document 1533-6 Filed 08/01/12 Page 4 of 11
Case 5:11-cv-01846-LHK Document 1522-2 Filed 07/25/12 Page 3 of 10

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| 1.jpg | Mar 7, 2006 3:47 PM | 61 KB | JPEG image |
| 2.jpg | Mar 7, 2006 3:47 PM | 49 KB | JPEG image |
| 3.jpg | Mar 7, 2006 3:47 PM | 41 KB | JPEG image |
| 4.jpg | Mar 7, 2006 3:47 PM | 41 KB | JPEG image |
| 5.jpg | Mar 7, 2006 3:48 PM | 37 KB | JPEG image |
| 6.jpg | Mar 7, 2006 3:48 PM | 49 KB | JPEG image |
| 7.jpg | Mar 7, 2006 3:48 PM | 61 KB | JPEG image |
| 8.jpg | Mar 7, 2006 3:48 PM | 57 KB | JPEG image |
| 9.jpg | Mar 7, 2006 3:48 PM | 66 KB | JPEG image |
| 10.jpg | Mar 7, 2006 3:48 PM | 74 KB | JPEG image |
| 11.jpg | Mar 7, 2006 3:49 PM | 45 KB | JPEG image |
| 12.jpg | Mar 7, 2006 3:49 PM | 57 KB | JPEG image |
| 13.jpg | Mar 7, 2006 3:49 PM | 53 KB | JPEG image |
| 14.jpg | Mar 7, 2006 3:49 PM | 66 KB | JPEG image |
| 15.jpg | Mar 7, 2006 4:57 PM | 57 KB | JPEG image |
| 16.jpg | Mar 7, 2006 4:57 PM | 57 KB | JPEG image |
| 17.jpg | Mar 7, 2006 4:57 PM | 49 KB | JPEG image |
| 18.jpg | Mar 7, 2006 4:57 PM | 53 KB | JPEG image |
| 19.jpg | Mar 7, 2006 4:58 PM | 66 KB | JPEG image |
| 20.jpg | Mar 8, 2006 5:58 PM | 61 KB | JPEG image |
| 21.jpg | Mar 8, 2006 5:58 PM | 49 KB | JPEG image |
| 23.jpg | Mar 8, 2006 5:58 PM | 57 KB | JPEG image |
| 24.jpg | Mar 8, 2006 5:58 PM | 53 KB | JPEG image |
| 25.jpg | Mar 8, 2006 5:59 PM | 74 KB | JPEG image |
| 26.jpg | Mar 8, 2006 5:59 PM | 74 KB | JPEG image |
| 27.jpg | Mar 8, 2006 5:59 PM | 70 KB | JPEG image |
| 28.jpg | Mar 8, 2006 5:59 PM | 70 KB | JPEG image |
| 29.jpg | Mar 8, 2006 5:59 PM | 66 KB | JPEG image |
| 30.jpg | Mar 8, 2006 5:59 PM | 49 KB | JPEG image |
| 31.jpg | Mar 8, 2006 5:59 PM | 41 KB | JPEG image |
| 32.jpg | Mar 8, 2006 5:59 PM | 45 KB | JPEG image |
| comparo.psd | Mar 8, 2006 9:37 AM | 5.9 MB | Adobe...ument |
| comparo2.psd | Mar 13, 2006 10:03 AM | 7 MB | Adobe...ument |
| sony styleB.psd | Mar 14, 2006 2:14 PM | 6.1 MB | Adobe...ument |
| VIEW1.jpg | Mar 8, 2006 6:00 PM | 692 KB | JPEG image |

1 of 35 selected, 214.15 GB available

DEVICES: iDisk, MBP-07, BOOTCAMP, Source
PLACES: Desktop, R01, Applications, Documents
SEARCH FOR: Today, Yesterday, Past Week, All Images, All Movies, All Documents

sony style

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000275



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000276

DEFENDANT'S EXHIBIT NO. 623.004
Case 5:11-cv-01846-LHK Document 1533-6 Filed 08/01/12 Page 6 of 11
Case5:11-cv-01846-LHK Document1522-2 Filed07/25/12 Page5 of 10



DEFENDANT'S EXHIBIT NO. 623.005
Case 5:11-cv-01846-LHK Document 1533-6 Filed 08/01/12 Page 7 of 11
Case5:11-cv-01846-LHK Document1522-2 Filed07/25/12 Page6 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APLNDC-NCC00000278

DEFENDANT'S EXHIBIT NO. 623.006
Case 5:11-cv-01846-LHK Document 1533-6 Filed 09/01/12 Page 8 of 11
Case 5:11-cv-01846-LHK Document 1522-2 Filed 07/25/12 Page 7 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000279

DEFENDANT'S EXHIBIT NO. 623.007
Case 5:11-cv-01846-LHK Document 1533-6 Filed 09/01/12 Page 9 of 11
Case5:11-cv-01846-LHK Document1522-2 Filed07/25/12 Page8 of 10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APLNDC-NCC00000280


DEFENDANT'S EXHIBIT NO. 623.008
Case 5:11-cv-01846-LHK Document 1532-6 Filed 09/01/12 Page 10 of 11
Case 5:11-cv-01846-LHK Document 1322-2 Filed 07/25/12 Page 9 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          APLNDC-NCC00000281

DEFENDANT'S EXHIBIT NO. 623.009
Case 5:11-cv-01846-LHK Document 1533-6 Filed 09/01/12 Page 11 of 11
Case 5:11-cv-01846-LHK Document 1322-2 Filed 07/25/12 Page 10 of 10

