# EXHIBIT G

Exhibit A

Confidential Attorneys' Eyes Only

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
 6           Plaintiff,
 7   vs.                        Case No. 11-cv-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
 9   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
10   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware
11   limited liability company,
12           Defendants.
     ---------------------------------/
13
14
15                CONFIDENTIAL
16             ATTORNEYS' EYES ONLY
17
18     VIDEOTAPED DEPOSITION OF RICHARD HOWARTH
             San Francisco, California
19             Monday, July 16, 2012
20
21
22   Reported by:
     LORRIE L. MARCHANT, CSR No. 10523
23             RPR, CRR, CCRR, CLR
24   JOB NO. 51740
25
```

Case 5:11-cv-01846-LHK Document 1533-7 Filed 08/01/12 Page 4 of 6
Case 5:11-cv-01846-LHK Document 1438-1 Filed 07/25/12 Page 3 of 5

Confidential Attorneys' Eyes Only

Page 58

1  designing the -- when the team was designing the    03:50
2  iPhone, we -- we wondered, as you might, just    03:50
3  what -- what might the competition would do. There    03:51
4  was no competition for us at the time.    03:51
5      But it was -- we wondered, well, yeah,    03:51
6  what -- what -- what might Sony, you know, for    03:51
7  instance do if they were -- if they had our    03:51
8  technology and -- and would create that product.    03:51
9      So I think Jony asked him to -- to have a    03:51
10 look and see, since he was Japanese, what he might    03:51
11 do.    03:51
12     Q. Is there anything else that you can    03:51
13 remember about the -- about the project that    03:51
14 Mr. Nishibori was asked to do on the Sony style?    03:51
15     A. I'm not sure it was a project. But, you    03:51
16 know, just a little aside, really.    03:51
17     Q. I -- regardless of whether it's a project    03:51
18 or exercise, whatever the case may be, do you    03:51
19 remember anything else about it?    03:51
20     A. I remember -- not in huge, massive detail.    03:52
21     Q. But, generally speaking -- and by the way,    03:52
22 I'm going to show you a couple of documents here in    03:52
23 a minute that may jog your memory. But I'm just    03:52
24 trying to find out if there's anything so far that    03:52
25 you recall generally about what Mr. Nishibori did on    03:52

Page 59

1  this Sony style.    03:52
2      A. Well, I remember that we were heading    03:52
3  down -- we -- we were working on, you know,    03:52
4  different directions. And Shin and I walked over to    03:52
5  the table when -- when he was just starting to think    03:52
6  about it, and -- the project design table, and we    03:52
7  were having a chat about it.    03:52
8      And we picked up a model off the table    03:52
9  that -- that we liked, that we had done previously.    03:52
10 And -- and so Shin was going to base the design --    03:53
11 his, you know, exploration on this model and add a    03:53
12 few Sony-esque sort of details to it. Because    03:53
13 that's -- yeah, that's what we -- that's what we    03:53
14 wanted to do.    03:53
15     Q. Anything else you can remember?    03:53
16     A. Not -- not a lot, really. No.    03:53
17     Q. Let me show you what was previously marked    03:53
18 as Exhibit 1172. And for the record, we're -- we    03:53
19 marked this as TX623.    03:53
20     A. Okay.    03:54
21     Q. Do you recognize what's shown here in 1172    03:54
22 as the Sony-style design that Mr. Nishibori was    03:54
23 working on that you were discussing?    03:54
24     A. It looks -- it looks pretty similar to it,    03:54
25 m-hm.    03:54

Page 60

1      Q. And the model that you referred to, did it    03:54
2  look like this design that's shown in the -- the CAD    03:54
3  drawings here, Exhibit 1172?    03:55
4      A. Which model?    03:55
5      Q. The one that you're referring to where you    03:55
6  and Mr. Nishibori were -- were walking and had    03:55
7  picked up a model.    03:55
8      A. It was similar to this. It looks like --    03:55
9  pretty similar to this if you took the Sony details,    03:55
10 Sony-ish details off that he added.    03:55
11     Q. And so when you're referring to "the    03:55
12 details," please identify for me what are the    03:55
13 portions of what's shown here in Exhibit 1172 that    03:55
14 Mr. Nishibori came up with as opposed to what was    03:55
15 that preexisting design that you're referring to.    03:55
16     A. It looks -- it was a long time ago, but I    03:55
17 think it was the receiver detail right there looks a    03:55
18 little like -- that was different than what we --    03:55
19 the model that was on the table.    03:56
20     The Sony -- the buttons here on the bottom    03:56
21 look like they were sort of added. And the Sony    03:56
22 logo and this -- what looks like it's sort of the    03:56
23 green button on the side, the jog dial, kind of --    03:56
24 that's quite a Sony -- classic Sony detail, really.    03:56
25     Q. Anything else?    03:56

Page 61

1      A. The connector on the bottom perhaps looks a    03:56
2  little bit like a Sony-ish connector.    03:56
3      Q. On the back side, where the camera lens is    03:56
4  depicted, was that something that Mr. Nishibori    03:56
5  added to it?    03:56
6      A. I don't think so. I think we had -- we had    03:56
7  a camera in the corner already.    03:56
8      Q. And then that preexisting model that you're    03:57
9  referring to, did it have exactly the same shape as    03:57
10 what's shown here in the CAD drawings?    03:57
11         MS. TAYLOR: Objection. Vague.    03:57
12         THE WITNESS: I'm not sure if it had    03:57
13 exactly the same shape as that in the CAD drawings.    03:57
14 Similar.    03:57
15         BY MR. ZELLER:    03:57
16     Q. Do you recall if there were differences?    03:57
17     A. I can't recall exactly right now.    03:57
18     Q. And did the -- the preexisting model that    03:57
19 you're referring to, did that have a name?    03:57
20     A. I don't know if it had a name. It    03:57
21 looked -- it looked like that (indicating).    03:57
22     Q. And for the record, you're referring to    03:57
23 the -- the model that's on the left, on page ending    03:57
24 121 of TX562?    03:57
25     A. Right. Yeah. This device (indicating).    03:57

Case 5:11-cv-01846-LHK Document 1533-7 Filed 08/01/12 Page 5 of 6
Case 5:11-cv-01846-LHK Document 1438-1 Filed 07/25/12 Page 5 of 6
Confidential Attorneys' Eyes Only

Page 62

1   Q. All right. We're going to come back to 03:58
2   that in a moment. I just wanted to make sure we had 03:58
3   a clear record on what you were pointing to. 03:58
4   A. Okay. 03:58
5   Q. In terms of the -- just that -- that shape, 03:58
6   the rectangular shape with the rounded corners, 03:58
7   exactly as it's shown here in the CAD drawings of 03:58
8   Exhibit 1172, are you able to say one way or another 03:58
9   whether Mr. Nishibori changed those at all? 03:58
10      MS. TAYLOR: Asked and answered. 03:58
11      THE WITNESS: I'm not sure whether he 03:58
12  changed them. 03:58
13      BY MR. ZELLER: 03:58
14  Q. And then you'll see that there's that -- in 03:58
15  the side views there's the metal band kind of design 03:58
16  shown here on the first page of 1172. 03:58
17      You see what I'm referring to? 03:58
18  A. I don't know what material it is, but I see 03:58
19  there's a band there. 03:58
20  Q. And was that band portion that's depicted 03:58
21  here in the CAD drawings also part of that model 03:58
22  that -- that you saw that was preexisting? 03:58
23  A. Yeah. 03:59
24  Q. What were the sides? More like what's 03:59
25  shown here in TX562? 03:59

Page 63

1   A. They seem pretty similar to me. 03:59
2   Q. And when you say "pretty similar," what's 03:59
3   shown there in 1172, in that respect does the band 03:59
4   look similar to the model that's shown here in 562? 03:59
5   A. Roughly. 03:59
6   Q. And do you recall whether Mr. Nishibori 03:59
7   made any changes to that -- that band apart from the 03:59
8   jog wheel that you mentioned? 03:59
9   A. I can't be sure exactly. 03:59
10  Q. And focusing, then, on that preexisting 03:59
11  model that you saw, who created that design? 03:59
12  A. This one (indicating)? 03:59
13  Q. Well, I -- let me rephrase the question, 04:00
14  then, for a moment. 04:00
15      Because in your e-mail -- and this is on 04:00
16  the first page of TX562 -- you refer to "what Shin 04:00
17  is doing with the Sony-style chappy" -- 04:00
18  A. Sorry. 04:00
19  Q. And then you go to say, Also note that it's 04:00
20  only half a step away from where we were with the 04:00
21  metal band, black inside, before we changed to the 04:00
22  three equal striped sandwich, which I show below. 04:00
23      Do you see that language? 04:00
24  A. I see that. 04:00
25  Q. And so what are you referring to there when 04:00

Page 64

1   you say "it's only half a step away from"? 04:00
2   A. I'm not sure. I think I'm saying that 04:00
3   Shin's -- the thing that Shin was working on is 04:00
4   similar to the -- to what we were working on 04:01
5   previously. 04:01
6   Q. So then focusing on the model that's there 04:01
7   on the left, shown on page 121, which is the black 04:01
8   one, was there -- was there a name that you used for 04:01
9   this model? 04:01
10  A. I can't remember. 04:01
11  Q. Was this more in that style of the -- the 04:01
12  Sony-style chappy that's being referred to here? 04:01
13      MS. TAYLOR: Objection. Vague. 04:01
14      THE WITNESS: Yeah. I'm not sure what you 04:01
15  mean by "in the style of." 04:01
16      BY MR. ZELLER: 04:01
17  Q. Well, here's what I'm trying to understand, 04:01
18  and maybe I -- I need to rephrase it. 04:01
19      You just say here in the first sentence of 04:01
20  your e-mail, I'm worried about the extrudo shape 04:01
21  we're using for P2, et cetera. Looking at what Shin 04:02
22  is doing with the Sony-style chappy, he's able to 04:02
23  achieve a much smaller looking product with a much 04:02
24  nicer shape to have next to your ear and in your 04:02
25  pocket. 04:02

Page 65

1       Do you see that? 04:02
2   A. Yeah. I can see that. 04:02
3   Q. And so what are you referring to here when 04:02
4   you say "the Sony-style chappy"? 04:02
5   A. I can't be sure exactly, but I think 04:02
6   it's -- I think it was something that Shin was 04:02
7   working on, which was -- you know, this is something 04:02
8   that Shin had a go at. 04:02
9   Q. And then focus on that model, then, that's 04:02
10  on the left-hand side, on page 121 of TX562 -- 04:02
11  A. Okay. 04:02
12  Q. -- is this a model that was created after 04:02
13  Mr. Nishibori was working on this design that's 04:02
14  shown in 1172? 04:02
15  A. No. I don't believe so. I think this was 04:02
16  created before. 04:02
17  Q. In looking at the model that's depicted 04:03
18  here on the left-hand side on page ending 121, did 04:03
19  Mr. Nishibori contribute anything to the design 04:03
20  that's shown there? 04:03
21  A. Shin is part of the design team, so he 04:03
22  could well have contributed. You know, as we do, 04:03
23  you know, it's a conversation that's constantly 04:03
24  happening between us all. 04:03
25  Q. Do you have any information about the 04:03

Confidential Attorneys' Eyes Only

Page 86

1              CERTIFICATE
2
      STATE OF CALIFORNIA )
3             : ss
      COUNTY OF SONOMA  )
4
5     I, Lorrie L. Marchant, a Certified Shorthand
6 Reporter, a Registered Professional Reporter, a
7 Certified Realtime Reporter, and a Certified
8 Realtime Professional within and for the State of
9 California, do hereby certify:
10     That RICHARD HOWARTH, the witness whose
11 deposition is herein set forth, was duly
12 sworn/affirmed by me and that such deposition is a
13 true record of the testimony given by such witness.
14     I further certify that I am not related to any
15 of the parties to this action by blood or marriage
16 and that I am in no way interested in the outcome of
17 this matter.
18     In witness whereof, I have hereunto set my hand
19 this 16th day of July, 2012.
20
21
22
23    -------------------------------------------
     LORRIE L. MARCHANT, CSR, RPR, CRR, CLR, CCRR
24     CSR No. 10523
25

Page 87

1            I N D E X
2          INDEX OF EXAMINATION
3              PAGE
4 MR. ZELLER             5
5            ---oOo---
6    INDEX OF EXHIBITS
7    DESCRIPTION             PAGE
8 Exhibit TX579  e-mail and attachments to     4
     Jonathan Ive from Richard Howarth,
9     dated 3/8/2006, subject: on: the
     sony vs apple competition
10    (Production Nos. APLNDC0003040119 -
     APLNDC0003040124)
11
   Exhibit TX562  e-mail to David Tupman,       52
12      cc'ed to various other recipients,
     from Andrew Bright, dated 6/4/2010,
13     subject: reciever up high in Y
     (Production Nos. APLNDC0002326562 -
14    APLNDC0002326563)
15            ---oOo---
16    PREVIOUSLY-MARKED EXHIBITS
17 Exhibit 6   United States Design Patent, Andre,
     et al., Patent No. D593,087 S
18
   Exhibit 7   United States Design Patent, Andre,
19     et al., Patent No. D618,677 S
20 Exhibit 1172  Images of Sony phone
      (Production Nos. APLNDC-NC00000274 -
21     APLNDC-NC0000000281)
22           ---oOo---
23
24
25

Page 88

1 NAME OF CASE:  Apple v. Samsung (U.S. District)
2 DATE OF DEPOSITION:  7/16/2012
3 NAME OF WITNESS:  Richard Howarth
4 Reason Codes:
5    1. To clarify the record.
     2. To conform to the facts.
6    3. To correct transcription errors.
7 Page _____ Line _____ Reason _____
   From _____ to _____
8
   Page _____ Line _____ Reason _____
9 From _____ to _____
10 Page _____ Line _____ Reason _____
   From _____ to _____
11
   Page _____ Line _____ Reason _____
12 From _____ to _____
13 Page _____ Line _____ Reason _____
   From _____ to _____
14
   Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
   From _____ to _____
17
   Page _____ Line _____ Reason _____
18 From _____ to _____
19 Page _____ Line _____ Reason _____
   From _____ to _____
20
   Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
   From _____ to _____
23
        _____
24        RICHARD HOWARTH
25