1  [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Date:** August 1, 2012 |
| | **Judge:** Hon. Lucy H. Koh |
| Defendant. | |

1  Supplementing their last statement of July 30, 2012, the parties inform the Court that they
2 have met and conferred for a seventh day on their translation disputes.  This process is nearly
3 completed, with fewer than a dozen narrow disputes remaining.  As to these limited disputes, the
4 parties have exchanged and are seeking client approval for the means of resolving their differences
5 without court intervention.  They expect to conclude that discussion later this evening or tomorrow
6 morning and will update the Court on the agreed means as soon as possible tomorrow, August 2,
7 2012.

8

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:  /s/ Richard Hung<br>     HAROLD J. MCELHINNY<br>     MICHAEL A. JACOBS<br>     RACHEL KREVANS<br>     JENNIFER LEE TAYLOR<br>     ALISON M. TUCHER<br>     RICHARD S.J. HUNG<br>     JASON R. BARTLETT<br><br>Attorneys for APPLE INC. | By:  /s/ Victoria Maroulis<br>     CHARLES K. VERHOEVEN<br>     KEVIN P.B. JOHNSON<br>     VICTORIA F. MAROULIS<br>     MICHAEL T. ZELLER<br><br>Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

02198.51855/4887739.1

-2- Case No. 11-cv-01846-LHK
SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard Hung.

　　　　　　　　　　　　　　　　　　　　 */s/ Victoria Maroulis*

02198.51855/4887739.1

-3-　　　　　　　　　　Case No. 11-cv-01846-LHK
SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS