| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RICHARD S.J. HUNG (CA SBN 197425) | 60 State Street |
| rhung@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: (415) 268-7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE'S RESPONSE TO DECLARATION OF JOHN B. QUINN AND RECOMMENDATION REGARDING APPROPRIATE SANCTION** |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| APPLE INC., a California corporation, | |
| Counterclaim-Defendant. | |

I, Peter J. Kolovos, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Attached as **Exhibit A** is a true and correct copy of a screenshot of an article entitled, "Samsung, After 'Begging' to Get Sony Into Apple Patent Trial, Flouts Judge And Releases 'Excluded Evidence' Anyway" available at:

> www.forbes.com/sites/conniegugliemo/2012/07/31/samsung-after-begging-to-get-sony-
> into-apple-patent-trial-flouts-judge-and-releases-excluded-evidence-anyway/

(last visited August 1, 2012).

3. Attached as **Exhibit B** is a true and correct copy of a screenshot of an article entitled, "In Apple-Samsung trial, it's John Quinn v. Judge Koh" available at:

> http://newsandinsight.thomsonreuters.com/Legal/News/2012/08_-_August/In_Apple-
> Samsung_trial,_it_s_John_Quinn_v__Judge_Koh/

(last visited August 1, 2012).

4. Attached as **Exhibit C** is a true and correct copy of a screenshot of an excerpt of an article entitled, "Samsung Goes Public With Excluded Evidence to Undercut Apple's Design Claims" available at:

> www.allthingsd.com/20120731/samsung-goes-public-with-excluded-evidence-to-
> undercut-apples-design-claims/

(last visited August 1, 2012).  The excerpted portion does not include the slides that were released with Samsung's press statement.

Dated:  August 1, 2012                             /s/ Peter J. Kolovos
                                                                    Peter J. Kolovos

DECLARATION OF PETER J. KOLOVOS
- 1 -                              Case No. 11-cv-01846 (LHK)

## GENERAL ORDER 45 ATTESTATION

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Peter J. Kolovos has concurred in this filing.

                                   /s/ Mark D. Selwyn
                                   Mark D. Selwyn

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 1, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                   /s/ Mark D. Selwyn
                                   Mark D. Selwyn