| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF RICHARD HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES RE SAMSUNG'S RESPONSES** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, RICHARD HUNG, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Objections and Responses to Samsung's Responses and Objections to the Day 3 Disclosures.

2. Apple served its amended disclosures for Peter Bressler, Susan Kare, Phil Schiller, and Justin Denison and its disclosure for Scott Forstall for Day 3 of trial at 7:15 p.m. on August 1, 2012. A true and correct copy of this disclosure is attached as **Exhibit A.**

3. Samsung did not provide its list of objections to the materials Apple disclosed at 7:15 p.m. until 12:26 a.m. on August 2.

4. Samsung's list of objections alone consisted of six pages of objections, which exceeds the Court's five-page limit. Apple promptly inquired as to whether Samsung genuinely intended to fully brief its six pages of objections, but received no response.

5. Samsung's list of objections included no fewer than 18 exhibits and demonstratives that the Court already ruled on, with new objections to those exhibits.

6. Attached as **Exhibit B** is a true and correct copy of this email correspondence between Apple and Samsung.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of August, 2012 at San Jose, California.

                                                            */s/ Richard Hung*
                                                                Richard Hung

CASE NO. 11-CV-01846-LHK
sf-3178058

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard Hung has concurred in this filing.

Dated: August 2, 2012          */s/ Michael A. Jacobs*
                               Michael A. Jacobs