# Exhibit A

| | |
|---|---|
| From: | Barajas, Rosemary |
| To: | Samsungv.Apple@quinnemanuel.com; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo |
| Subject: | Apple v. Samsung, No. 11-01846: Apple"s Disclosure for Day 3 |
| Date: | Wednesday, August 01, 2012 7:16:21 PM |

Counsel:

Attached is Apple's amended disclosure for Peter Bressler, Susan Kare, Phil Schiller, and Justin Denison. Also attached is Apple's disclosure for Scott Forstall.

Attached are amended deposition designations disclosure for Wookyun Kho.

Included with this disclosure are revised PX3, PX17 and new PX69.

Rosemary Barajas
Senior Litigation Paralegal
Morrison | Foerster LLP
425 Market Street | San Francisco | 94105
Tel: 415.268.6744
Mobile: 415.690.5221

File(s) will be available for download until **31 August 2012**:

File: Day 3 Disclosure.zip, 26,079.97 KB


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit
http://www.accellion.com
Accellion File Transfer