1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 APPLE INC., a California corporation,         CASE NO. 11-cv-01846-LHK

20            Plaintiff,                         **DECLARATION OF KETAN V. PATEL IN SUPPORT OF SAMSUNG'S (1) OBJECTIONS REGARDING FORSTALL EXHIBITS, AND AMENDED EXHIBIT DISCLOSURES FOR BRESSLER, KARE, SCHILLER AND DENISON, AND (2) RESPONSES REGARDING EXHIBITS FOR DENISON DIRECT EXAM AND SCHILLER CROSS EXAM**
21       vs.

22 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
              Defendants.
26

27

28

02198.51845/4887926.1
                                                          Case No. 11-cv-01846-LHK
         DECLARATION OF KETAN V. PATEL IN SUPPORT OF SAMSUNG'S OBJECTIONS AND RESPONSES

**DECLARATION OF KETAN V. PATEL**

I, KETAN V. PATEL, do hereby declare as follows:

1. I am an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Objections to Apple's Proposed Examination Exhibits and Materials for Third Day of Trial.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit A is a true and correct copy of Apple Inc.'s Initial Disclosures Pursuant to Rule 26(A)(1) served on August 26, 2011.

3. Attached as Exhibit B is a true and correct copy of Apple Inc.'s First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(A)(1) served on March 4, 2012.

4. Attached as Exhibit C is a true and correct copy of Apple's Revised Deposition Designation List (Exhibit 3 to Joint Pretrial Conference Statement) served on July 23, 2012.

5. Attached as Exhibit D is a true and correct excerpt from the Oct. 27, 2011 deposition of Scott Forstall.

6. Attached as Exhibit E is a true and correct excerpt from the Feb. 9, 2012 Deposition of Scott Forstall.

7. Attached as Exhibit F are true and correct excerpts from Apple Inc.'s Objections and Responses to Samsung Electronics Co. Ltd.'s First Set of Interrogatories to Apple Inc., Apple Inc.'s Second Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple, Apple Inc.'s Third Amended Objections and Response to Samsung's Interrogatory No. to Apple, Apple Inc.'s Fourth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple, Apple Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple and Apple Inc.'s Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple.

8. Attached as Exhibit G are true and correct copies of pages 20 and 21 from Samsung's Objections to Apple's Notice of Rule 30(B)(6) Deposition of Samsung Electronics Co., Ltd Relating to Apple's Motion for a Preliminary Injunction.

9. Attached as Exhibit H are true and correct copies of pages 6 through 9 of Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc. The relevant passages are at 6:5-10 and 9:11-26.

10. Attached as Exhibit I are true and correct copies of two email exchanges between Victoria Maroulis and Taryn Rawson dated August 1, 2012 in which Samsung requested that Apple identify what the alleged "related theories" were that Samsung failed to disclose, but Apple refused to do so.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this 2nd day of August, 2012, in San Jose, CA.

/s/ Ketan V. Patel
KETAN V. PATEL

1  **General Order 45 Attestation**

2      I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3  Declaration.  In compliance with General Order 45(X)(B), I hereby attest that KETAN V. PATEL

4  has concurred in this filing.

5

6  DATE: August 2, 2012                                */s/  Victoria Maroulis*
                                                       Victoria Maroulis