# EXHIBIT C

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846 LHK (PSG)<br><br>**APPLE'S REVISED DEPOSITION DESIGNATIONS LIST (EXHIBIT 3 TO JOINT PRETRIAL CONFERENCE STATEMENT)**<br><br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

Pursuant to the July 19, 2012 Minute Order and Case Management Order (Docket No. 1267) Apple submits herewith as Exhibit 1 its revised witness list, previously submitted as Exhibit 3 to the Joint Pretrial Conference Statement (Docket No. 1189-3).

Dated: July 23, 2012

MORRISON & FOERSTER LLP

By:     /s/ Michael A. Jacobs
        Michael A. Jacobs

        Attorneys for Plaintiff
        APPLE INC.

Exhibit 1

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Balakrishnan, Ravin | Previously provided | Dr. Balakrishnan is a Professor of Computer Science at the University of Toronto. His fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Balakrishnan may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the '381 patent, Samsung's infringement of that patent, the validity of that patent, and the functionality and operation of Samsung's Accused Products. |
| Blevins, Tony | Previously provided | Mr. Blevins is currently the Vice President of Procurement at Apple. Mr. Blevins may testify regarding Apple's history, products, components, supply chain and procurement, supplier relationships, and technology, and the sales and marketing of Apple's products. |
| Bressler, Peter | Previously provided | Mr. Bressler, FIDSA, is an industrial designer and an adjunct professor at the University of Pennsylvania. Mr. Bressler may testify regarding the contents of and subjects disclosed in his expert reports, including the industrial design, background, and state of the art of the D'889, D'677, and D'087 patents, Samsung's infringement and Apple's practice of those patents, the validity and non-functionality of those patents, and the non-functionality of Apple's asserted trade dress. |
| Chapman, Greg | Previously provided | Mr. Chapman is currently an engineer at Apple and may testify regarding the design, development, research, operation, function, performance, features, and/or structure of the accused Apple products. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Donaldson, Richard | Previously provided | Mr. Donaldson was formerly a licensing executive at Texas Instruments and has expertise in licensing and intellectual property valuation, including with respect to declared-essential patents. He may testify regarding the subjects disclosed in his expert reports, including without limitation FRAND licensing; whether Samsung's licensing offers were consistent with FRAND; the appropriate FRAND rate for Samsung's declared-essential UMTS patents; including the patents-in-suit, and the Samsung-Intel license. |
| Dourish, Paul | Previously provided | Dr. Dourish is a Professor of Informatics in the Donald Bren School of Information and Computer Sciences at the University of California, Irvine. His fields of expertise include computer science, mobile computing systems, human-computer interaction, embedded systems, and user interface design and operation. Dr. Dourish may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the asserted claims of the '893 patent, the interpretation of the asserted claims of the '893 patent, the invalidity of the '893 patent, the design and operation of Apple's Accused Products as they relate to the asserted claims of the '893 patent, and Apple's non-infringement of the asserted claims of the '893 patent. |
| Forstall, Scott | Previously provided | Mr. Forstall is the Senior Vice President of iOS software at Apple and a named inventor of the '163 patent. Mr. Forstall may testify regarding the graphical user interfaces in Apple products such as the iPhone and iPad, the design and development process for these interfaces, and the inventions of the '381, 915, and '163 utility patents and their significance. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Givargis, Tony | Previously provided | Dr. Givargis is a Professor of Computer Science at the University of California, Irvine. His fields of expertise include computer science, computer architecture, and software design. Dr. Givargis may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the asserted claims of the '711 patent, the invalidity of the '711 patent, the design and operation of Apple's Accused Products as they relate to the asserted claims of the '711 patent, and Apple's non-infringement of the asserted claims of the '711 patent. |
| Hauser, John | Previously provided | Dr. Hauser is the Kirin Professor of Marketing at the MIT Sloan School of Management. His field of expertise includes marketing research, customer satisfaction, and consumer decision-making. Dr. Hauser may testify regarding the contents of and subjects disclosed in his expert report, including the conjoint studies that he conducted to determine the price premium Samsung consumers are willing to pay for the features associated with the patents-in-suit. |
| Hedge, Alan | Previously provided | Dr. Hedge is a Professor in the Department of Design and Environmental Analysis at Cornell University and a Research Professor in the Department of Mechanical and Aerospace Engineering at Syracuse University. Dr. Hedge may testify regarding the contents of and subjects disclosed in his expert report, including the field of ergonomics and human factors, the non-functionality of the D'889, D'677, D'087, and D'305 patents, and the non-functionality of Apple's asserted trade dress. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Kare, Susan | Previously provided | Ms. Kare is an icon designer and user interface graphic designer. Ms. Kare may testify regarding the contents of and subjects disclosed in her expert reports, including icon and user interface graphics design, the background of and state of the art relevant to the D'305 patent, Samsung's infringement and Apple's practice of that patent, the validity and non-functionality of that patent, and the non-functionality of Apple's asserted trade dress. |
| Kim, Emilie | Previously provided | Ms. Kim is currently a software engineer at Apple on the Photos and Camera apps team. Ms. Kim may testify regarding Apple prior art and the design, development, research, operation, function, performance, and features of the accused Apple products. |
| Kim, Hyong | Previously provided | Dr. Kim is a Professor of Electrical and Computer Engineering at Carnegie Mellon University. Dr. Kim's fields of expertise include wireless communication networks and the areas of network management and control systems. Dr. Kim may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the asserted claims of the '516, the claims of the '516 patent, the invalidity of the asserted claims of the '516 patent, the design and operation of Apple's Accused Products as they relate to the asserted claims of the '516 patent, and Apple's non-infringement of the asserted claims of the '516 patent. Dr. Kim may also testify as to alternative technologies to the '516 patent. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Knightly, Edward | Previously provided | Dr. Knightly is a Professor of Electrical and Computer Engineering at Rice University. His fields of expertise include mobile and wireless communication networks and high-performance protocol design, analysis, and implementation, as well as deployment of testbeds. Dr. Knightly may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the asserted claims of the '941 patent, the asserted claims of the '941 patent, the invalidity of the '941 patent, the design and operation of Apple's Accused Products as they relate to the asserted claims of the '941 patent, and Apple's non-infringement of the asserted claims of the '941 patent. Dr. Knightly may also testify as to alternative technologies to the '941 patent. |
| Musika, Terry | Previously provided | Mr. Musika is a CPA with over 37 years of experience and is a managing director and co-founder of Invotex Group. His fields of expertise include accounting, finance, valuation, business planning, and economic damages analysis. Mr. Musika may testify regarding the contents of and subjects disclosed in his expert reports, including the damages that Apple has suffered due to Samsung's violation of Apple's intellectual property and a rebuttal of certain damages Samsung may seek in connection with Samsung's counterclaims. Mr. Musika may also testify in rebuttal to Dr. O'Brien regarding the contents of and subjects disclosed in his expert report concerning defects in the methodology, assumptions, and data used by Dr. O'Brien in calculating a reasonable royalty for the three Samsung feature patents. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Ordover, Janusz | Previously provided | Dr. Ordover is a Professor of Economics at New York University. His fields of expertise include industrial organization, antitrust and regulation economics. He may testify regarding the contents of and subjects disclosed in his expert reports, including without limitation relevant industry background; standardization of IPR; FRAND licensing; the definition of the relevant input technologies markets; the effect of Samsung's conduct on those markets; Samsung's market power; and the effects of Samsung's conduct on downstream competition. |
| Poret, Hal | Previously provided | Mr. Poret is an expert in the design and execution of consumer surveys. Mr. Poret may testify regarding the contents of and subjects disclosed in his expert report, including the methodology and results of his surveys to test consumer recognition of the iPhone and iPad trade dresses. |
| Rossi, Peter | Previously provided | Dr. Rossi is the James Collins Professor of Marketing, Statistics, and Economics at the Anderson School of Management at UCLA. His fields of expertise include marketing, statistics, economics, and survey research. Dr. Rossi may testify regarding the contents of and subjects disclosed in his expert report, including defects in the methodology, assumptions, and data of Dr. Sukumar, and the reasons why Dr. Sukumar's opinions concerning alleged use of the patented features and the value of the feature patents are invalid and unreliable and an improper basis for calculating damages, in rebuttal to Dr. Sukumar and Dr. O'Brien. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Schiller, Phil | Previously provided | Mr. Schiller is the Senior Vice President of Worldwide Product Marketing at Apple. Mr. Schiller may testify regarding Apple's marketing for Apple mobile devices such as the iPhone and iPad, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Schiller also may testify regarding drivers of demand for devices such as Apple's iPhone and iPad products and the competitive market for mobile devices, such as smartphones and tablets. |
| Singh, Karan | Previously provided | Dr. Singh's fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Singh may testify regarding the contents of and subjects disclosed in his expert reports and declarations, including the technical background and state of the art relevant to the asserted claims of the '163 and '915 patents, Samsung's infringement of those patents, the validity of those patents, and the functionality and operation of Samsung's Accused Products as they relate to those patents. |
| Sood, Sanjay | Previously provided | Dr. Sood is an Associate Professor at the Anderson Graduate School of Management of the University of California, Los Angeles. Dr. Sood may testify regarding the contents of and subjects disclosed in his expert report, including the importance of design in consumer choice, Apple's brand equity, and the impact of Samsung's accused products on Apple's product designs and overall brand. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Srivastava, Mani | Previously provided | Dr. Srivastava's fields of expertise include mobile computing systems, embedded systems, low-power systems, wireless sensing, and wireless networks. Dr. Srivastava may testify regarding the contents of and subjects disclosed in his expert reports, including the technical background and state of the art relevant to the asserted claim of the '460 patent, the invalidity of the '460 patent, the design and operation of Apple's Accused Products as they relate to the asserted claim of the '460 patent, and Apple's non-infringement of the asserted claim of the '460 patent. |
| Stringer, Chris | Previously provided | Mr. Stringer is currently a Senior Director of Industrial Design at Apple and is a co-inventor on the D'889, D'677, and D'087 patents. Mr. Stringer may testify regarding the industrial design process at Apple, the background, conception, and reduction to practice of those patents, other designs considered by Apple, and the background, design, and success of Apple's products. |
| Teksler, Boris | Previously provided | Mr. Teksler is the Director of Patent Licensing and Strategy at Apple. Mr. Teksler may testify regarding Apple's practices and policies with respect to licensing of its intellectual property and Apple's efforts to stop Samsung from violating Apple's intellectual property and proprietary technology. Mr. Teksler may also testify concerning Apple's licensing negotiations with Samsung, the costs incurred by Apple in defense of Samsung's assertion of declared-essential patents, FRAND licensing, and Apple's licenses relating to UMTS declared-essential patents. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Van Liere, Kent | Previously provided | Dr. Van Liere is an expert in statistics and survey research methods. He may testify regarding the contents of and subjects disclosed in his expert report, including the methodology and results of his surveys, whether consumers associate Samsung phones with Apple, and whether consumers confuse the source of the Samsung Galaxy Tab 10.1 with Apple. |
| Walker, Michael | Previously provided | Dr. Walker is the former Chair of the European Telecommunications Standards Institute ("ETSI") Board and has expertise as with respect to ETSI's IPR policy as well as disclosure and licensing of declared standards-essential patents. He may testify regarding the contents of and subjects disclosed in his expert report, including without limitation the ETSI IPR policy, Samsung's failure timely to disclose the '516 and '941 patents, Samsung's irrevocable commitments to ETSI under the ETSI IPR policy to license those patents, and its breach of such commitments by seeking injunctive relief in this case. |
| Watrous, Bruce "BJ" | Previously provided | Mr. Watrous is the Vice President & Chief IP Counsel at Apple and may testify concerning Apple's licensing negotiations with Samsung, the costs incurred by Apple in defense of Samsung's assertion of declared-essential patents, FRAND licensing, and Apple's licenses relating to UMTS declared-essential patents. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Winer, Russell | Previously provided | Dr. Winer is the William Joyce Professor of Marketing and the Chair of the Marketing Department at the Stern School of Business, New York University. Dr. Winer may testify regarding the content of and subjects disclosed in his expert reports, including the strength of Apple's brand, the relationship between Apple's product design and the strength of Apple's brand, the strength and fame of Apple's asserted trade dress, Samsung's infringement and dilution of Apple's asserted trade dress, and the impact that Samsung's accused products have on Apple's product designs and the overall Apple brand. |

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Proposed Purpose of Testimony** |
| Anzures, Freddy | Previously provided | Mr. Anzures is currently a Designer at Apple and is a co-inventor on the D'305 patent. Mr. Anzures may testify regarding the D'305 patent, including its background, conception, and reduction to practice, the design process at Apple, other designs considered by Apple, and the background, design, and success of Apple's products. Mr. Anzures also may testify regarding the design and development of the iPhone user interface unveiled at MacWorld 2007. |
| Beyer, Tom | Morrison & Foerster LLP 425 Market St. San Francisco, CA 94105 | Mr. Beyer is a legal assistant in the San Francisco office of Morrison & Foerster, counsel for Apple. Mr. Beyer may testify regarding the parties' productions in this case, including the authenticity of documents and devices produced by Apple. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Proposed Purpose of Testimony** |
| Brunner, Robert | 7 Broderick Street<br>San Francisco, CA 94117 | Mr. Brunner is the former Senior Director of Industrial Design for Apple. Mr. Brunner may testify concerning the "Brain Box" concept, if introduced by Samsung despite the Court's prior rulings. |
| Buckley, Mark | Previously provided | Mr. Buckley is a financial analyst at Apple, Inc. Mr. Buckley may testify regarding information from Apple's internal systems relating to Apple's financial results, Apple's manufacturing capacity, and the profitability of Apple's products and services. |
| Christie, Greg | Previously provided | Mr. Christie is the Vice President of Human Interface at Apple and a named inventor of the '163 patent. Mr. Christie may testify regarding the graphical user interfaces in Apple products such as the iPhone and iPad, the design and development process for these interfaces, and the inventions of the '381, 915, and '163 utility patents and their significance. |
| Denison, Justin | Address known to Samsung | Mr. Denison is STA's Chief Strategy Officer. He may be called to testify regarding the development, design, sales and marketing of the accused Samsung products, Samsung's awareness of and consideration of Apple, its products, and its intellectual property, competition between Apple and Samsung in the smartphone and tablet markets, and the pricing and hardware and software design of Samsung's accused products. |
| Hill, Arthur Lee IV | Sony Mobile Communications USA, 3333 Piedmont Rd., Suite 600<br>Atlanta, GA<br>30305 | Mr. Hill is the General Counsel for Sony Mobile Communications (USA) Inc. He may be called to testify to the authenticity of sales records produced by Sony Mobile Communications (USA) Inc. and other Sony business records. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Proposed Purpose of Testimony** |
| Joswiak, Greg | Previously provided | Mr. Joswiak is the Vice President for iPod, iPhone, and iOS Product Marketing at Apple. Mr. Joswiak may testify regarding Apple's marketing for Apple's iOS devices such as the iPhone, including Apple's advertising strategy and expenditures, sales figures, other publicity for these products, and internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Joswiak also may testify regarding the competitive market for mobile devices, such as smartphones. |
| Keeper of the Records | Sony Ericsson Mobile Communications 100 Redwood Shores Parkway, Redwood City, CA | The Keeper of the Records may be called to testify to the authenticity of sales records produced by Sony Mobile Communications (USA) Inc. and other Sony business records. |
| Lutton, Richard J. | Previously provided | Mr. Lutton is the former Chief Patent Counsel at Apple. Mr. Lutton may testify regarding Apple's practices and policies with respect to licensing of its intellectual property, Apple's efforts to stop Samsung from violating Apple's intellectual property and using Apple's proprietary technology, and communications between Apple and Samsung including licensing negotiations. |
| Ording, Bas | Previously provided | Mr. Ording is the named inventor of the '381 patent and may testify regarding its invention. |
| Platzer, Andrew | Previously provided | Mr. Platzer is a named inventor of the '915 patent and may testify regarding its invention. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Proposed Purpose of Testimony** |
| Rosenbrock, Karl Heinz | Previously provided | Mr. Rosenbrock is the former Director-General of ETSI and was retained by Samsung as an expert witness in this and prior litigation. Mr. Rosenstock may be called to testify concerning the subjects of his deposition, including without limitation the IPR policies of ETSI. |
| Samsung Custodian of Records | Address known to Samsung | Samsung's Custodian of Records may be called to testify regarding the authenticity of documents and devices produced by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. |
| Schroepfer, Peter | Morrison & Foerster LLP 425 Market St. San Francisco, CA 94105 | Mr. Schroepfer is a Korean Language Translator and may testify regarding the parties' Korean language interpretations. |
| Shin, Jaegwan | Address known to Samsung | Mr. Shin is a Senior Director with Samsung's Mobile Communications Lab. Mr. Shin may testify regarding his work at Samsung, including Samsung's study and use of Apple products in its own product design and Samsung's infringement of the asserted patents. |
| Sittler, Ed | Morrison & Foerster LLP 425 Market St. San Francisco, CA 94105 | Mr. Sittler is a legal assistant in the San Francisco office of Morrison & Foerster, counsel for Apple. Mr. Sittler may testify regarding the parties' productions in this case, including the authenticity of documents and devices produced by Apple. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3a
**Apple's Witness List**

| Witnesses Apple MAY CALL at Trial if the Need Arises | | |
|---|---|---|
| **Name** | **Address** | **Proposed Purpose of Testimony** |
| Sohn, Dale | Address known to Samsung | Mr. Sohn is the CEO of STA and an officer at SEC. Mr. Sohn may be called to testify regarding the accused Samsung products, including their sale, marketing, and development, the relationship between SEC and STA, Samsung's analysis and consideration of Apple's products, designs, and technology, and the direction and implementation of campaigns relating to Apple. |
| Tchao, Michael | Previously provided | Mr. Tchao is the Vice President of iPad Product Marketing at Apple. Mr. Tchao may testify regarding Apple's marketing for Apple's iPad devices, including the advertising strategy and expenditures, sales figures, other publicity for these products, and internal market research for these devices, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Tchao may testify regarding the competitive market for tablets. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Ahn, Seung-Ho[1] | Mr. Ahn is the head of the IP Center at Samsung.  Apple may present testimony from Mr. Ahn concerning the subjects of his depositions, including without limitation Samsung's licenses and licensing practices. |
| Benner, Timothy | Mr. Benner is STA's Senior Manager of Consumer Insights and Analytics. Apple may present testimony from Mr. Benner concerning the subjects of his deposition, including without limitation consumer surveys in Samsung's possession relating to the smartphone and tablet markets. |
| Chang, Dong Hoon[1] | Mr. Chang is a Senior Vice President at Samsung and head of SEC's Mobile Design Group.  Apple may present testimony from Mr. Chang concerning the subjects of his depositions, including without limitation the accused Samsung products, Samsung's design and development process and strategy, the availability of alternative designs, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and customer confusion relating to tablet designs. |
| Cheung, Benjamin | Dr. Cheung is currently a lead system engineer at Alcatel Lucent. Apple may present testimony from Dr. Cheung concerning the subjects of his deposition, including without limitation the interpretation of technical standards, the design, development, research, operation, function, performance, features, structure, and/or standards compliance of the radio network controller and base station hardware used with the accused Apple products, and communications with network operators concerning implementation of particular features. |
| Cho, Joon-Young | Mr. Cho is listed as a co-inventor on the '516 patent and currently works as a principal engineer at Samsung. Apple may present testimony from Mr. Cho concerning the subjects of his deposition, including without limitation the technical background and state of the art relevant to the asserted claims of the '516 patent, the delayed disclosure of the '516 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Cho, Nara | Mr. Cho is a member of Samsung's Smartphone Planning Group. Apple may present testimony from Mr. Cho concerning the subjects of his deposition, including without limitation the Galaxy Tab 10.1, Samsung's design and development of the Galaxy Tab 10.1, the reasons for customer returns of the Galaxy Tab 10.1, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property. |
| Choi, Sung Ho[1] | Mr. Choi is a standards engineer at Samsung. Apple may present testimony from Mr. Choi concerning the subjects of his depositions, including without limitation Samsung's standards-setting policies and procedures, Samsung's policies and procedures about the decisions to seek patents on standardized technology, and the facts relating to Samsung's participation in 3GPPP. |
| Choi, Gee-sung | Mr. Choi is the head of Samsung Group's corporate strategy and recently served as CEO and Vice Chairman of Samsung Electronics. Apple may present testimony from Mr. Choi regarding the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's corporate strategy and structure, and Samsung's practices and actions concerning the retention and preservation of documents. |
| Chung, Minhyung[1] | Mr. Chung is a member of the IP Center at Samsung. Apple may present testimony from Mr. Chung concerning the subjects of his depositions, including without limitation Samsung licenses and licensing practices. |
| Conley, Cira | Ms. Conley is a corporate representative for Gravity Tank. Apple may present testimony from Ms. Conley concerning the subjects of her deposition, including without limitation Gravity Tank's relationship with and work for Samsung. |
| Denison, Justin[1] | Mr. Denison is STA's Chief Strategy Officer. Apple may present testimony from Mr. Denison concerning the subjects of his depositions or trial testimony, including without limitation the accused Samsung products, Samsung's sales and marketing of the accused products, Samsung's design and development process and strategy, competition between Apple and Samsung, the overall U.S. smartphone and tablet markets, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and intellectual property. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Eun, Sung-Ho | Mr. Sung-ho Eun is an engineer at Samsung. Apple may present testimony from Mr. Eun concerning the subjects of his deposition, including without limitation the design, development, conception, reduction to practice, and/or prosecution of the '893 patent. |
| Hong, Wong Pyo | Mr. Hong is an Executive Vice President and the head of SEC's global product strategy. Apple may present testimony from Mr. Hong concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, the availability of alternative designs, Samsung's consideration, analysis and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's corporate strategy and structure, and the availability of alternative designs. |
| Jeong, Moon-Sang | Mr. Jeong is a Senior Engineer at Samsung. Apple may present testimony from Mr. Jeong concerning the subjects of his deposition, including without limitation the design, development, conception, reduction to practice, and/or prosecution of the '711 patent, the scope and content of the prior art, and Samsung products that purportedly practice the '711 patent. |
| Kho, Wookyun | Mr. Kho is an engineer in SEC's Advanced Development Software Group 1. Apple may present testimony from Mr. Kho concerning the subjects of his deposition, including without limitation Samsung's implementation of the bounce feature in its products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Kim, Seongwoo[1] | Mr. Kim is the director of IP licensing at Samsung. Apple may present testimony from Mr. Kim concerning the subjects of his depositions and the topics for which he was designated as a corporate representative, including without limitation Samsung's licenses and licensing practices. |
| Kim, Soeng-Hun | Mr. Kim is listed as a co-inventor on the '941 patent and a senior engineer at Samsung. Apple may present testimony from Mr. Kim concerning the subjects of his deposition, including without limitation the technical background and state of the art relevant to the asserted claims of the '941 patent, the '941 patent and the asserted claims of the '941 patent, the delayed disclosure of the '941 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Kim, Young-Bum[1] | Mr. Kim is listed as a co-inventor on the '516 patent and is a senior engineer at Samsung. Apple may present testimony from Mr. Kim concerning the subjects of his depositions, including without limitation the technical background and state of the art relevant to the asserted claims of the '516 patent, the '516 patent and the asserted claims of the '516 patent, the delayed disclosure of the '516 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |
| Kwak, Yong-Jun[1] | Mr. Kwak is listed as a co-inventor on the '516 patent and currently works at Samsung. Apple may present testimony from Mr. Kwak concerning the subjects of his depositions, including without limitation the technical background and state of the art relevant to the asserted claims of the '516 patent, the '516 patent and the asserted claims of the '516 patent, the delayed disclosure of the '516 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |
| Lam, Ioi[1] | Mr. Lam is an engineer at Samsung. Apple may present testimony from Mr. Lam concerning the subjects of his depositions, including without limitation the accused Samsung products, the user interface and functionality of the accused Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Lee, JuHo[1] | Mr. Lee is listed as a co-inventor on the '516 patent and is a principal engineer at Samsung. Apple may present testimony from Mr. Lee concerning the subjects of his depositions, including without limitation the technical background and state of the art relevant to the asserted claims of the '516 patent, the '516 patent and the asserted claims of the '516 patent, the delayed disclosure of the '516 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Lee, JunWon[1] | Mr. Lee is SEC's Director of Licensing. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or for which he was designated as a corporate representative, including without limitation Samsung's awareness of Apple's patents, Samsung's notice of Apple's claims of patent infringement and trade dress violations, and the lack of any Samsung licenses comparable to the intellectual property at issue. Apple may also present testimony from Mr. Lee concerning Samsung's licenses and licensing practices and Samsung's policies and practices for participating at ETSI and 3GPP. |
| Lee, Kiwon[1] | Mr. Lee is a lead engineer at SEC. Apple may present testimony from Mr. Lee concerning the subjects of his depositions or trial testimony, including without limitation the accused Samsung devices, Samsung's devices' interpretation of touch inputs, scrolling and gestures, the source code for the Samsung devices, Samsung's competitive intelligence practices, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, products, and/or technology, and the authenticity of certain exhibits. |
| Lee, MinHyouk[1] | Mr. Lee is vice president of the Mobile Communications Division Design Team at SEC. Apple may present testimony from Mr. Lee concerning the subjects of his deposition or trial testimony, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the availability of alternative designs. |
| Lee, Sanguen | Mr. Lee is a Manager at Samsung. Apple may present testimony from Mr. Lee concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's business and marketing strategy, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's sales to and communications with Best Buy, and Samsung's customer surveys. |
| Ling, Qi | Mr. Ling is an engineer at Samsung. Apple may present testimony from Mr. Ling concerning the subjects of his deposition, including without limitation the accused Samsung products, the user interface and functionality of Samsung's accused products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Nam, Ki Hyung[1] | Mr. Nam is a senior engineer at SEC. Apple may present testimony from Mr. Nam concerning the subjects of his depositions or trial testimony, including the authenticity of certain documents. |
| Oh, Jeong Seok | Mr. Oh is a senior engineer at Samsung. Apple may present testimony from Mr. Oh concerning the subjects of his deposition, including without limitation the design, development, conception, reduction to practice, and/or prosecution of the '460 patent, the scope and content of the prior art, and Samsung products that purportedly practice the '460 patent. |
| Paltian, Markus | Mr. Paltian is a senior specialist, firmware development at Intel Mobile Communications. Apple may present testimony from Mr. Paltian concerning the subjects of his deposition, including without limitation the interpretation of technical standards and the design, development, research, operation, function, performance, features, structure, and/or standards compliance of the baseband processor used in the accused Apple products. |
| Park, Hyoung Shin[1] | Ms. Park is a Senior Designer at Samsung. Apple may present testimony from Mr. Lee concerning the subjects of her depositions or trial testimony, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the availability of alternative designs. |
| Park, Junho | Mr. Park is a director of product planning at Samsung. Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's competitive intelligence practices, and the authenticity of certain documents. |
| Park, Sang-Ryul | Mr. Park is a principal engineer at Samsung. Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation the design, development, conception, reduction to practice, and/or prosecution of the '460 patent, the scope and content of the prior art, and Samsung products that purportedly practice the '460 patent. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Park, Seunggun | Mr. Park is Senior Vice President of the IP Center at Samsung. Apple may present testimony from Mr. Park concerning the subjects of his deposition, including Samsung's compliance with and understanding of the ETSI IPR policy regarding FRAND licensing, its patent disclosures and FRAND commitments, and its licenses and licensing negotiations. |
| Pendleton, Todd[1] | Mr. Pendleton is STA's Chief Marketing Officer. Apple may present testimony from Mr. Pendleton concerning the subjects of his depositions, including without limitation the accused Samsung products, Samsung's and Apple's product designs, competition between Apple and Samsung, Samsung's marketing and advertising with respect to the feature patents, Samsung's business, and the overall U.S. smartphone and tablet markets. |
| Roarty, Sean | Mr. Roarty was the corporate designee of Bloomberg LP. Apple may present testimony from Mr. Roarty concerning the subjects of his deposition, including without limitation the design and development of Bloomberg terminals, alleged functional constraints, and the availability of alternative designs. |
| Rosenberg, Brian | Mr. Rosenberg is STA's Senior Vice President of Mobile Phone and Tablet Sales. Apple may present testimony from Mr. Rosenberg concerning the subjects of his deposition, including without limitation information concerning sales, pricing, retail channels, and carriers of Samsung's accused products, competition between Apple and Samsung, Samsung's business, Samsung's business strategies, and the overall U.S. smartphone and tablet markets. |
| Rosenbrock, Karl Heinz[1] | Mr. Rosenbrock is an expert witness retained by Samsung in this and prior litigation. He is the former Director-General of ETSI. Apple may present testimony from Mr. Rosenbrock concerning the subjects of his depositions, including without limitation the IPR policies of ETSI. |
| Ryu, DongSeok | Mr. Ryu is responsible for UX negotiations with carriers at SEC. Apple may present testimony from Mr. Ryu concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's ability to alter user interfaces, Samsung's business strategies, and the visual appearance of Samsung's user interfaces in relation to Apple's user interfaces. |

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Schin, MinCheol | Mr. Schin is an executive for SEC's Android Development Group 1. Apple may present testimony from Mr. Schin concerning the subjects of his deposition, including without limitation the accused Samsung products, Samsung's design and development process and strategy, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, the user interface and functionality of Samsung's accused products, and the authenticity of certain documents. |
| Sheppard, Tim[1] | Mr. Sheppard is STA's Vice President of Finance and Operations. Apple may present testimony from Mr. Sheppard concerning the subjects of his depositions, including without limitation the financial results and profitability of Samsung's accused products, Samsung's productions of financial information to Apple, Samsung's tax relationship with the United States and transfer/allocation of profits between the three named defendants, the pricing and sales of Samsung's accused products, and Samsung's relationships with wireless network carriers. |
| Shin, Jaegwan[1] | Mr. Shin is an engineer at Samsung. Apple may present testimony from Mr. Shin concerning the subjects of his depositions, including without limitation the accused Samsung products, the user interface and functionality of the accused Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Sohn, Dale | Mr. Sohn is STA's President and Chief Executive Officer. Apple may present testimony from Mr. Sohn concerning the subjects of his deposition, including without limitation the accused Samsung products, competition between Apple and Samsung, similarity of Apple's and Samsung's products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and its awareness of Apple's claims for patent infringement and trade dress violations. |

8

sf-3166400

*Apple v. Samsung*, No. 11-01846
EXHIBIT 3b
**Deposition Designations**

| Witnesses | Substance of Testimony To Be Given |
|---|---|
| Van Der Velde, Himke | Mr. Van Der Velde is listed as a co-inventor on the '941 patent and currently works as a standards engineer at Samsung. Apple may present testimony from Mr. Van Der Velde concerning the subjects of his deposition, including without limitation the technical background and state of the art relevant to the asserted claims of the '941 patent, the '941 patent and the asserted claims of the '941 patent, the delayed disclosure of the '941 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |
| Van Lieshout, Gert-Jan | Mr. Van Lieshout is listed as a co-inventor on the '941 patent, currently works as a standards engineer at Samsung, and is a past Chairman of the 3GPP RAN 2 working group. Apple may present testimony from Mr. Van Lieshout concerning the subjects of his deposition, including without limitation the technical background and state of the art relevant to the asserted claims of the '941 patent, the '941 patent and the asserted claims of the '941 patent, the delayed disclosure of the '941 patent to ETSI, the general patenting and IPR disclosure process at Samsung, and Samsung's incentives to patent and/or contribute to technical standards. |
| Yeo, JungMin | Ms. Yeo is an industrial designer at Samsung. Apple may present testimony from Ms. Yeo concerning the subjects of her deposition, including without limitation the accused Samsung products, the design and development of Samsung's tablet computer devices and smartphone devices, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, the availability of alternative designs, and alleged functional constraints surrounding tablet design. |

Name :    N.D. Cal. Case No. 11-cv-1846 only
Name[1]:    N.D. Cal. Case No. 11-cv-1846; also ITC No. 337-TA-794, -796[†]
Name[2]:    ITC No. 337-TA-794, -796 only

[†]As Samsung has designated testimony from International Trade Commission Investigation Nos. 337-TA-794 & 796, Apple also does so.