# EXHIBIT E

```
                                                              Page 1
 1     UNITED STATES INTERNATIONAL TRADE COMMISSION
 2                  WASHINGTON, D.C.
 3
 4   In the Matter of:
                                         Investigation No.
 5   CERTAIN ELECTRONIC DIGITAL
     MEDIA DEVICES AND COMPONENTS     337-TA-796
 6   THEREOF
 7
 8
 9
10       CONFIDENTIAL - ATTORNEYS' EYES ONLY
11          PURSUANT TO PROTECTIVE ORDER
12
13
14     VIDEOTAPED DEPOSITION OF SCOTT FORSTALL
15            Redwood Shores, California
16           Thursday, February 9, 2012
17
18
19
20
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 44757
```

Confidential Attorneys' Eyes Only

Page 256

1  flat below.  And that was a pretty big design
2  decision we made, which no one had ever done that
3  I had seen before, having a phone with a single
4  button on the front.
5          And so that button itself, in each of
6  the phones we've shipped so far, is actually
7  carved in a little bit so you can -- you can feel
8  it.  You know where it is, you can feel it, even
9  if you're not looking at the phone.
10         And so I wouldn't -- when you're saying
11 that it has a flat surface on the front, I -- I'd
12 say you're wrong.
13 BY MR. JOHNSON:
14     Q.   Does it have a flat surface on the
15 back?
16         MR. McELHINNY:  Objection.
17         THE WITNESS:  Does which one?
18 BY MR. JOHNSON:
19     Q.   The iPhone 4.
20     A.   Well, we have a -- a ring around the
21 camera, and so it is very -- I mean you can feel
22 a notch with your fingernail, potentially, if you
23 move across that.
24     Q.   So it's not flat either?
25     A.   So it's -- well, I would say the back

Page 257

1    is more flat than the front.  The front is flat
2    across the screen, certainly.  The display, it's
3    flat across that.  But it's not flat across the
4    button, which is indented slightly, and it's not
5    flat against the receiver hole.
6         Q.   Does -- making the touchscreen flat,
7    does that make it easier to use a touchscreen?
8              MR. McELHINNY:  Objection.
9              THE WITNESS:  I don't know if it does
10   or not.
11   BY MR. JOHNSON:
12        Q.   How about having a flat back surface?
13   Does that provide any utility?
14             MR. McELHINNY:  Objection.
15             THE WITNESS:  It may.
16   BY MR. JOHNSON:
17        Q.   Like what?
18             MR. McELHINNY:  Objection.
19             THE WITNESS:  When you set it down it
20   doesn't rock.
21   BY MR. JOHNSON:
22        Q.   Anything else?
23             MR. McELHINNY:  Objection.
24             THE WITNESS:  I'm not an expert in
25   industrial design.  I -- so I -- I'm not certain

1  on this.  There's other people who know a lot
2  more about industrial design than I do who could
3  speak much better about it.
4  BY MR. JOHNSON:
5       Q.   Is there any utilitarian aspect to
6  having a clear display screen?
7            MR. McELHINNY:  Objection.
8            THE WITNESS:  A what?
9  BY MR. JOHNSON:
10      Q.   Clear display screen.
11      A.   I don't know what that means.
12      Q.   Is the display screen on the iPhone 4
13  clear, as opposed to tinted or colored?
14      A.   Is the display screen clear?  Display
15  screen -- the screen is whatever colors happen to
16  be drawn at the time.
17           What are you referring to?
18      Q.   I'm referring to -- let's talk about --
19  over the screen there's a piece of glass; right?
20      A.   Yes.
21      Q.   Okay.  And that glass is clear; right?
22      A.   As far as I know.
23      Q.   Is there any utilitarian aspect to
24  having a clear glass over the touch panel?
25           MR. McELHINNY:  Objection.

Confidential Attorneys' Eyes Only

Page 259

1           THE WITNESS:  I don't know.  I'm not an
2  expert in that.
3  BY MR. JOHNSON:
4     Q.   Can you think of any utilitarian reason
5  for using black on the -- on the surface of the
6  phone?
7           MR. McELHINNY:  Objection.
8           THE WITNESS:  I'm not an expert in
9  that.
10 BY MR. JOHNSON:
11    Q.   Don't know?
12    A.   Yeah, I'm not -- I'm not sure.  I mean,
13 we have a black phone and we have a white phone
14 also.
15    Q.   But even on the white phone, the screen
16 display is black; right?
17          MR. McELHINNY:  Objection.
18          THE WITNESS:  The screen display is
19 whatever color is being displayed on the screen
20 at the time.
21 BY MR. JOHNSON:
22    Q.   When it's turned off it's black; right?
23    A.   I don't know if it's -- I mean if you
24 look at an off screen, depending on the angle of
25 light going into it, I don't know if it's

Confidential Attorneys' Eyes Only

Page 272

1      DECLARATION UNDER PENALTY OF PERJURY

2

3      I, SCOTT FORSTALL, do hereby certify under
4  penalty of perjury that I have read the foregoing
5  transcript of my deposition taken on February 9,
6  2012; that I have made such corrections as appear
7  noted herein in ink, initialed by me; that my
8  testimony as contained herein, as corrected, is
9  true and correct.

10

11      DATED this            day of
12  2012, at                            , California.

13

14

15

16

17                SCOTT FORSTALL

18

19

20

21

22

23

24

25