# EXHIBIT F

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice* anticipated)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and Counterclaim-defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG ELECTRONICS CO. LTD.'S FIRST SET OF INTERROGATORIES TO APPLE INC.** |

U.S. Patent No. 7,853,891

Apple is informed and believes that the inventions recited in claims 1-3, 5-7, 14-21, 23, 24, 26-28, 30-32, 39-46, 48, 49, 51-53, 55-57, 64-71, 73, and 74 of the '891 patent were conceived of by Imran Chaudhri and Bas Ording in 2000, and that the asserted claims were wholly or substantially reduced to practice no later than March 2001. The asserted claims were constructively reduced to practice no later than July 10, 2002.

U.S. Patent No. 7,864,163

Apple is informed and believes that the inventions recited in claims 2, 4-13, 17-18, 27-42, and 47-52 of the '163 patent were conceived of by Bas Ording, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, and Marcel van Os, and reduced to practice no later than September 6, 2006. In accordance with Federal Rule of Civil Procedure 33(d), Apple will produce documents and make available for inspection prototype products and/or source code.

U.S. Patent No. 7,844,915

Apple is informed and believes that the inventions recited in claims 1-21 of the '915 patent were conceived of by Andrew Platzer and Scott Herz between the summer and fall of 2005, and that the asserted claims were wholly or substantially reduced to practice no later than the fall of 2005. The asserted claims were constructively reduced to practice no later than January 7, 2007. In accordance with Federal Rule of Civil Procedure 33(d), Apple will make available for inspection prototype products and/or source code.

U.S. Patent No. 7,812,828

Apple is informed and believes that the inventions recited in claims 1-3, 6, 9-13, 15, 16, and 20-31 of the '828 patent were conceived of by Wayne Westerman and John Elias no later than January 1998, and that the asserted claims were reduced to practice no later than January 26, 1998. In accordance with Federal Rule of Civil Procedure 33(d), Apple will produce documents and make available for inspection prototype products.

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S SECOND AMENDED OBJECTIONS AND RESPONSE TO SAMSUNG'S INTERROGATORY NO 1 TO APPLE** |

1  U.S. Patent Application No. 11/956,969 filed December 14, 2007.  In accordance with Federal
2  Rule of Civil Procedure 33(d), Apple refers to the following production documents because the
3  burden of deriving or ascertaining the answer to this Interrogatory from the produced business
4  records is substantially the same for Apple as for Samsung: APLNDC00010928-930;
5  APLNDC00014245-252; APLNDC00014253-257; APLNDC00014258; APLNDC00014259-
6  265; and APLNDC00014266.  Apple has also made available for inspection prototype devices
7  and/or source code.
8  <u>U.S. Patent No. 7,853,891</u>
9       Apple is informed and believes that the inventions recited in claims 1-3, 5-7, 14-21, 23,
10  24, 26-28, 30-32, 39-46, 48, 49, 51-53, 55-57, 64-71, 73, and 74 of the '891 patent were
11  conceived of by Imran Chaudhri and Bas Ording in 2000, and that the asserted claims were
12  wholly or substantially reduced to practice in March 2001.  The asserted claims were
13  constructively reduced to practice on July 10, 2002 in U.S. Patent Application No. 10/193,573.
14  <u>U.S. Patent No. 7,864,163</u>
15       Apple is informed and believes that the inventions recited in claims 2, 4-13, 17-18, 27-42,
16  and 47-52 of the '163 patent were conceived of by Andre Boule, Scott Forstall, Greg Christie,
17  Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, and Marcel van Os,
18  and reduced to practice in March/April, 2006.  The asserted claims were also constructively
19  reduced to practice in a provisional patent application filed on September 6, 2006 and in U.S.
20  Patent Application No. 11/850,013 filed September 4, 2007.  In accordance with Federal Rule of
21  Civil Procedure 33(d), Apple refers to the following production documents because the burden of
22  deriving or ascertaining the answer to this Interrogatory from the produced business records is
23  substantially the same for Apple as for Samsung: APLNDC00016628; APLNDC00019636-637;
24  APLNDC00019638; APLNDC0001200348-353; APLNDC0001200354-360;
25  APLNDC0001200361-373;  APLNDC-X0000002313-2319; APLNDC-X0000004557-4561.
26  Apple has also made available for inspection prototype devices and/or source code.
27
28

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S THIRD AMENDED OBJECTIONS AND RESPONSE TO SAMSUNG'S INTERROGATORY NO 1 TO APPLE** |

U.S. Patent No. 7,469,381

Apple is informed and believes that the inventions recited in claims 1-20 of the '381 patent were conceived of by Bas Ording in February 2005 while he was working on a project at Apple relating to the user interface for the iPhone, and that the asserted claims were wholly or substantially reduced to practice on or about February 11, 2005.  Apple is informed and believes that Mr. Ording communicated his conception and his initial reduction to practice of the inventions to one or more members of Apple's Human Interface Group, including Greg Christie, the Director of the group, shortly after they were made.  The asserted claims were also constructively reduced to practice in provisional patent applications filed in January 2007 and in U.S. Patent Application No. 11/956,969 filed December 14, 2007.  In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following production documents because the burden of deriving or ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung: APLNDC00010928-930; APLNDC00014245-252; APLNDC00014253-257; APLNDC00014258; APLNDC00014259-265; and APLNDC00014266.  Apple has also made available for inspection prototype devices and/or source code.

U.S. Patent No. 7,853,891

Apple is informed and believes that the inventions recited in claims 1-3, 5-7, 14-21, 23, 24, 26-28, 30-32, 39-46, 48, 49, 51-53, 55-57, 64-71, 73, and 74 of the '891 patent were conceived of by Imran Chaudhri and Bas Ording in 2000, and that the asserted claims were wholly or substantially reduced to practice in March 2001.  The asserted claims were constructively reduced to practice on July 10, 2002 in U.S. Patent Application No. 10/193,573.

U.S. Patent No. 7,864,163

Apple is informed and believes that the inventions recited in claims 2, 4-13, 17-18, 27-42, and 47-52 of the '163 patent were conceived of by Andre Boule, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, and Marcel van Os in or before March 2006, and reduced to practice in March/April 2006.  Multiple groups at Apple contributed to the claimed inventions, including the Human Interface, iOS, and Safari groups.

These groups sought to aid the user in zooming to the correct region of a webpage without having to zoom and then scroll to center. They pursued a method of a two finger tap that would zoom to the space between two spread fingers. This option did not work to the groups' satisfaction. In early 2006, Mr. Forstall recommended a solution in which an action, a double-tap for example, would automatically determine which region of a webpage to zoom in on. Mr. Christie, along with the Human Interface group, suggested that after a user double-tapped to zoom in on an area of interest, a subsequent double-tap in a new area of interest should retarget to that new area. A subsequent double-tap that was not in a new area would cause a zoom-out effect. Mr. Williamson and Mr. Blumenberg were the two primary individuals implementing the computer code that reduced the inventions to practice. The feature was a high priority and implementing it was Mr. Blumenberg's main task for the time period, between two weeks and two months, it took for him to complete it. By March/April 2006, the inventors had a functional version of computer code practicing the inventions.

The asserted claims were also constructively reduced to practice in a provisional patent application filed on September 6, 2006 and in U.S. Patent Application No. 11/850,013 filed September 4, 2007. In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following production documents because the burden of deriving or ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung: APLNDC00016628; APLNDC00019636-637; APLNDC00019638; APLNDC0001200348-353; APLNDC0001200354-360; APLNDC0001200361-373; APLNDC0001200374; APLNDC0000019634; APLNDC-X0000002313-2319; and APLNDC-X0000004557-4561. Apple has also made available for inspection prototype devices and/or source code.

U.S. Patent No. 7,844,915

Apple is informed and believes that the inventions recited in claims 1-21 of the '915 patent were conceived of by Andrew Platzer and Scott Herz between the summer and fall of 2005, and that the asserted claims were wholly or substantially reduced to practice in the fall of 2005. Mr. Platzer and Mr. Herz worked on an application framework known as "UIKit" used on

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
4  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
5  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
6  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
9  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

10

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

18 | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG)
19 |     Plaintiff, | **APPLE INC.'S FOURTH AMENDED OBJECTIONS AND RESPONSE TO SAMSUNG'S INTERROGATORY NO. 1 TO APPLE**
20 |     v. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
25 |     Defendants. |

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

U.S. Patent No. 7,469,381

Apple is informed and believes that the inventions recited in claims 1-20 of the '381 patent were conceived of by Bas Ording in February 2005 while he was working on a project at Apple relating to the user interface for the iPhone, and that the asserted claims were wholly or substantially reduced to practice on or about February 11, 2005. Apple is informed and believes that Mr. Ording communicated his conception and his initial reduction to practice of the inventions to one or more members of Apple's Human Interface Group, including Greg Christie, the Director of the group, shortly after they were made. The asserted claims were also constructively reduced to practice in provisional patent applications filed in January 2007 and in U.S. Patent Application No. 11/956,969 filed December 14, 2007. In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following production documents because the burden of deriving or ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung: APLNDC00010928-930; APLNDC00014245-252; APLNDC00014253-257; APLNDC00014258; APLNDC00014259-265; and APLNDC00014266. Apple has also made available for inspection prototype devices and/or source code.

U.S. Patent No. 7,853,891

Apple is informed and believes that the inventions recited in claims 1-3, 5-7, 14-21, 23, 24, 26-28, 30-32, 39-46, 48, 49, 51-53, 55-57, 64-71, 73, and 74 of the '891 patent were conceived of by Imran Chaudhri and Bas Ording in 2000, and that the asserted claims were wholly or substantially reduced to practice in March 2001. The asserted claims were constructively reduced to practice on July 10, 2002 in U.S. Patent Application No. 10/193,573.

U.S. Patent No. 7,864,163

Apple is informed and believes that the inventions recited in claims 2, 4-13, 17-18, 27-42, and 47-52 of the '163 patent were conceived of by Andre Boule, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, and Marcel van Os in or before March 2006, and reduced to practice in March/April 2006. Multiple groups at Apple contributed to the claimed inventions, including the Human Interface, iOS, and Safari groups.

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

1. These groups sought to aid the user in zooming to the correct region of a webpage without having to zoom and then scroll to center. They pursued a method of a two finger tap that would zoom to the space between two spread fingers. This option did not work to the groups' satisfaction. In early 2006, Mr. Forstall recommended a solution in which an action, a double-tap for example, would automatically determine which region of a webpage to zoom in on. Mr. Christie, along with the Human Interface group, suggested that after a user double-tapped to zoom in on an area of interest, a subsequent double-tap in a new area of interest should retarget to that new area. A subsequent double-tap that was not in a new area would cause a zoom-out effect. Mr. Williamson and Mr. Blumenberg were the two primary individuals implementing the computer code that reduced the inventions to practice. The feature was a high priority and implementing it was Mr. Blumenberg's main task for the time period, between two weeks and two months, it took for him to complete it. By March/April 2006, the inventors had a functional version of computer code practicing the inventions.

The asserted claims were also constructively reduced to practice in a provisional patent application filed on September 6, 2006 and in U.S. Patent Application No. 11/850,013 filed September 4, 2007. In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following production documents because the burden of deriving or ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung: APLNDC00016628; APLNDC00019636-637; APLNDC00019638; APLNDC0001200348-353; APLNDC0001200354-360; APLNDC0001200361-373; APLNDC0001200374; APLNDC0000019634; APLNDC-X0000002313-2319; and APLNDC-X0000004557-4561. Apple has also made available for inspection prototype devices and/or source code.

<u>U.S. Patent No. 7,844,915</u>

Apple is informed and believes that the inventions recited in claims 1-21 of the '915 patent were conceived of by Andrew Platzer and Scott Herz between the summer and fall of 2005, and that the asserted claims were wholly or substantially reduced to practice in the fall of 2005. Mr. Platzer and Mr. Herz worked on an application framework known as "UIKit" used on

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S FIFTH AMENDED OBJECTIONS AND RESPONSE TO SAMSUNG'S INTERROGATORY NO. 1 TO APPLE** |

1  that Mr. Ording communicated his conception and his initial reduction to practice of the
2  inventions to one or more members of Apple's Human Interface Group, including Greg Christie,
3  the Director of the group, shortly after they were made. The asserted claims were also
4  constructively reduced to practice in provisional patent applications filed in January 2007 and in
5  U.S. Patent Application No. 11/956,969 filed December 14, 2007. In accordance with Federal
6  Rule of Civil Procedure 33(d), Apple refers to the following production documents because the
7  burden of deriving or ascertaining the answer to this Interrogatory from the produced business
8  records is substantially the same for Apple as for Samsung: APLNDC00010928-930;
9  APLNDC00014245-252; APLNDC00014253-257; APLNDC00014258; APLNDC00014259-
10 265; and APLNDC00014266. Apple has also made available for inspection prototype devices
11 and/or source code.

12 U.S. Patent No. 7,853,891

13 Apple is informed and believes that the inventions recited in claims 1-3, 5-7, 14-21, 23,
14 24, 26-28, 30-32, 39-46, 48, 49, 51-53, 55-57, 64-71, 73, and 74 of the '891 patent were
15 conceived of by Imran Chaudhri and Bas Ording in 2000, and that the asserted claims were
16 wholly or substantially reduced to practice in March 2001. The asserted claims were
17 constructively reduced to practice on July 10, 2002 in U.S. Patent Application No. 10/193,573.

18 U.S. Patent No. 7,864,163

19 Apple is informed and believes that the inventions recited in claims 2, 4-13, 17-18, 27-42,
20 and 47-52 of the '163 patent were conceived of by Andre Boule, Scott Forstall, Greg Christie,
21 Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, and Marcel van Os
22 in or before March 2006, and reduced to practice in March/April 2006. Multiple groups at Apple
23 contributed to the claimed inventions, including the Human Interface, iOS, and Safari groups.
24 These groups sought to aid the user in zooming to the correct region of a webpage without having
25 to zoom and then scroll to center. They pursued a method of a two finger tap that would zoom to
26 the space between two spread fingers. This option did not work to the groups' satisfaction. In
27 early 2006, Mr. Forstall recommended a solution in which an action, a double-tap for example,
28 would automatically determine which region of a webpage to zoom in on. Mr. Christie, along

**SUBJECT TO PROTECTIVE ORDER; CONTAINS HIGHLY CONFIDENTIAL –
OUTSIDE ATTORNEY'S EYES ONLY INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S AMENDED OBJECTIONS AND RESPONSE TO SAMSUNG'S INTERROGATORY NO 1 TO APPLE** |

U.S. Patent Application No. 11/956,969 filed December 14, 2007.  In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following production documents because the burden of deriving or ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung: APLNDC00010928-930; APLNDC00014245-252; APLNDC00014253-257; APLNDC00014258; APLNDC00014259-265; and APLNDC00014266.  Apple has also made available for inspection prototype devices and/or source code.

U.S. Patent No. 7,853,891

Apple is informed and believes that the inventions recited in claims 1-3, 5-7, 14-21, 23, 24, 26-28, 30-32, 39-46, 48, 49, 51-53, 55-57, 64-71, 73, and 74 of the '891 patent were conceived of by Imran Chaudhri and Bas Ording in 2000, and that the asserted claims were wholly or substantially reduced to practice in March 2001.  The asserted claims were constructively reduced to practice on July 10, 2002 in U.S. Patent Application No. 10/193,573.

U.S. Patent No. 7,864,163

Apple is informed and believes that the inventions recited in claims 2, 4-13, 17-18, 27-42, and 47-52 of the '163 patent were conceived of by Andre Boule, Scott Forstall, Greg Christie, Stephen O. Lemay, Imran Chaudhri, Richard Williamson, Chris Blumenberg, and Marcel van Os, and reduced to practice in March/April, 2006.  The asserted claims were also constructively reduced to practice in a provisional patent application filed on September 6, 2006 and in U.S. Patent Application No. 11/850,013 filed September 4, 2007.  In accordance with Federal Rule of Civil Procedure 33(d), Apple refers to the following production documents because the burden of deriving or ascertaining the answer to this Interrogatory from the produced business records is substantially the same for Apple as for Samsung: APLNDC00016628; APLNDC00019636-637; APLNDC00019638; APLNDC0001200348-353; APLNDC0001200354-360; APLNDC0001200361-373;  APLNDC-X0000002313-2319; APLNDC-X0000004557-4561.  Apple has also made available for inspection prototype devices and/or source code.