1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, )<br><br>Plaintiff, )<br>v. )<br> )<br>SAMSUNG ELECTRONICS CO., LTD., A )<br>Korean corporation; SAMSUNG )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, LLC, )<br>a Delaware limited liability company, )<br> )<br>Defendants. )<br> )<br> ) | Case No.: 11-CV-01846-LHK<br><br>ORDER REGARDING OBJECTIONS |

The Parties have filed multiple rounds of objections regarding the testimony of witnesses

Bressler, Kare, Denison, and Schiller. *See, e.g*., ECF Nos. 1462, 1466.  The Court has already

ruled on several of these objections on July 30, 2012, and July 31, 2012. *See, e.g*., ECF Nos. 1511

and 1520.  The parties filed additional objections to these same witnesses on July 31, 2012. *See,*

*e.g*., ECF Nos. 1518, 1521, and 1526.  The parties then filed yet a third round of objections on

August 2, 2012, covering many of the same witnesses, as well as adding a new witness, Mr.

Forstall. *See* ECF Nos. 1540, 1541.  The parties then filed a fourth round of corrected objections

on August 2, 2012, regarding the same witnesses. *See* ECF Nos. 1542, 1543.

1

Case No.: 11-CV-01846-LHK
ORDER REGARDING OBJECTIONS

1       In light of these multiple rounds of objections on the same four witnesses, the Court will

2   assume that the objections filed on July 31, 2012 have been superceded by the corrected objections

3   filed on August 2, 2012, at ECF Nos. 1542 and 1543, and will only rule on these objections.

4       In the future, the parties may only file one set of objections and responses to a witness's

5   exhibits.  Additionally, for all objections related to untimely disclosures, or exhibits that have

6   previously been stricken by either this Court or Judge Grewal, the parties shall indicate the docket

7   number and the page number of the controlling order, as well as the docket number and the page

8   number of the controlling motion to strike or exclude.  Finally, in the future, should the parties

9   need to file corrected objections, the parties must refile attachments with the corrected objections.

10  **IT IS SO ORDERED.**

11  Dated: August 2, 2012

    LUCY H. KOH
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_United States District Court_
_For the Northern District of California_

2

Case No.: 11-CV-01846-LHK
ORDER REGARDING OBJECTIONS