HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**AMENDMENT TO DKT. NO. 1543** |

AMENDMENT TO [CORRECTED] APPLE'S RESPONSES AND OBJECTIONS TO DAY 3 DISCLOSURES
CASE NO. 11-CV-01846-LHK (PSG)
sf-3178304

1　　　　In its corrected responses to Samsung's objections (Dkt. 1543), Apple mistakenly stated
2　that it did not disclose PX58 as a Kare exhibit. Apple intended to withdraw (and does withdraw)
3　that exhibit with respect to the examination of Ms. Kare. Apple apologizes for the confusion.

5　Dated: August 2, 2012　　　　　　　　　　　MORRISON & FOERSTER LLP

7　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Jacobs
　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Jacobs
8
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
9　　　　　　　　　　　　　　　　　　　　　　　APPLE INC.