1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5    Kevin P.B. Johnson (Bar No. 177129
     kevinjohnson@quinnemanuel.com
6    Victoria F. Maroulis (Bar No. 202603)
     victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:      (650) 801-5000
   Facsimile:      (650) 801-5100
9
     Michael T. Zeller (Bar No. 196417)
10   michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15
16                  UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,       | CASE NO. 11-cv-01846-LHK

19              Plaintiff,                      | **DECLARATION OF JOBY MARTIN IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE APPLE INC'S RESPONSE TO DECLARATION OF JOHN B. QUINN**

20          vs.

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
               Defendant.
25

26

27

28

1    I, Joby Martin, declare as follows:

2    1.    I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,

3    counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

4    Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in

5    support of Samsung's Motion to Strike Apple Inc.'s Response to Declaration of John B. Quinn

6    and Purported Recommendation Regarding Sanction.  Except where expressly noted, I have

7    personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I

8    could and would testify to such facts under oath.

9    2.    Attached hereto as Exhibit 1 is a true and correct copy of the proposed trial

10   demonstrative exhibits that Samsung distributed to a select number of reporters in response in

11   inquiries from members of the media.

12   3.    Samsung has experienced extensive negative publicity throughout the duration of

13   this case.   In just the first two days of trial, at least 528 news articles reported on Apple's

14   accusations of copying.  Attached hereto as Exhibit 2 is a list of such articles, which was prepared

15   at my direction and under my supervision.[1]

16   4.    From the time that Samsung publicly filed its trial brief on July 25, 2012 until the

17   start of jury selection, at least 294 news articles reported on Sony's influence on the design

18   process leading to the original iPhone.  Attached hereto as Exhibit 3 is a list of such articles,

19   prepared by a team of Samsung public relations specialists working at my direction and under my

20   supervision.

21   5.    From the time that Samsung publicly filed its trial brief on July 23, 2012 until the

22   start of jury selection, at least 11 news articles reported on the Samsung F700 and other excluded

23   evidence of independent creation.  Attached hereto as Exhibit 4 is a list of such articles, which was

24   prepared at my direction and under my supervision.

25

26

27   [1] The numbers cited in paragraphs 3 – 7 include wire stories that appeared in more than one
publication.

28

-1-                              Case No. 11-cv-01846-LHK

MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE APPLE'S RESPONSE
TO DECLARATION OF JOHN B. OUINN

1     6.     Apple has made numerous prejudicial statements about Samsung to the media,

2 which have been widely reported.  In the time since Apple filed its complaint, at least 96 news

3 articles have cited Apple spokeswoman Kristin Huguet's statements alleging copying by

4 Samsung.  Attached hereto as Exhibit 5 is a list of such articles, which was prepared at my

5 direction and under my supervision.

6     7.     Apple has made numerous statements to the press regarding evidence which the

7 Court has ruled inadmissible.  At least 79 news articles have reported on Apple spokeswoman

8 Kirstin Huguet's comments regarding the June 26, 2012 preliminary injunction order.    Attached

9 hereto as Exhibit 6 is a list of such articles.

10

11     I declare under penalty of perjury under the laws of the United States that the foregoing is

12 true and correct.  Executed on the 2nd day of August, 2012, in San Jose, California.

13

14                          _____/s/ Joby Martin_____
                                          Joby Martin

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE APPLE'S RESPONSE
TO DECLARATION OF JOHN B. QUINN

1

**General Order 45 Attestation**

2       I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3 Declaration.  In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has

4 concurred in this filing.

5                                                                  */s/ Victoria Maroulis*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                                        Case No. 11-cv-01846-LHK
MARTIN DECLARATION IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE APPLE'S RESPONSE
TO DECLARATION OF JOHN B. QUINN