# EXHIBIT 1



# Samsung's Independent Creation of Smartphones



Report of the Samsung Mobile Design Team – "Master Popular Communication Piece" – Summer 2006 (Exh. 596.009)



# Samsung Designs In Development Before The iPhone

**Report of the Samsung Mobile Design Team – "MPCP Project 2006"** (Exh. 522.042)

**"Vessel"**







# Samsung Designs In Development Before The iPhone

**Report of the Samsung Mobile Design Team – "MPCP Project 2006"** (Exh. 522.045)

**"Q-Bowl"**







# Samsung Designs In Development Before The iPhone

**Report of the Samsung Mobile Design Team – "MPCP Project 2006"** (Exh. 522.043)

**"Bowl"**







# Samsung Designs In Development Before The iPhone

**"Slide"**

**Samsung Mobile Design Team – "Master Popular Communication Piece" – July 2006** (Exh. 625.010)





# Samsung Designs In Development Before The iPhone

Samsung Mobile UX Group – Report Entitled “IReen Interaction Design” – Sept. 14, 2006 (Exh. 566.014)



# Samsung Designs In Development Before The iPhone

**Samsung Mobile UX Group – "IReen Interaction Design"**
(Sept. 14, 2006) (Exh. 566.014)







# Samsung Designs In Development Before The iPhone

**Samsung Mobile UX Group –
"IReen Interaction Design"**
(Sept. 14, 2006) (Exh. 566.038)









# Samsung Designs In Development Before The iPhone





# "Sony-Style" Designs

**Shin Nishibori** - Apple Design Inventor

**A.** Well, may I explain how the direction of this process -- rather, may I explain how this idea came out?

**Q.** Please.

**A.** First, Jonathan Ive talked to me. "Well, Shin, I have something to talk to you about." He said, "You can do this as an aside of your job and enjoy - I want you to enjoy doing this. But if Sony were to make an iPhone, what would it be like? Would you make it for me?"

– 5/2/12 Depo. at 22:24-23:12

Exh. 1.43



# “Sony-Style” Designs

**Shin Nishibori** - Apple Design Inventor



**Q.** Do you recognize what these pictures are? …Please tell us what you recognize them as.

**A.** It is -- these are renderings that I created based on my own thoughts or my understanding of Sony-like designs - Sony’s design, based on the request by Jonathan Ive.

– 5/2/12 Depo. at 30:3-12






Exh. 623.001

# “Sony-Style” Designs

DEFENDANT'S EXHIBIT NO. 562.001

Subject: on: the sony vs apple competition
Date: Wed, 08 Mar 2006 02:46:30 +0000
From: "Richard Howarth" <howarth@apple.com>
To: "Jonathan Ive" <ive@apple.com>
Message-ID: <7A6182E5-4376-471D-B232-5DA75826BD17@apple.com>

hi Jony,

i'm worried about the extrudo shape we're using for P2 etc. looking at what shin's doing with the sony-style chappy, he's able to achieve a much smaller-looking product with a much nicer shape to have next to your ear and in your pocket. also note that it's only half a step away from where we were with the metal band, black insides before we changed to the 3-equal-striped sandwich which i show below. It looks a lot smaller to me and it makes the X a load narrower, which is something i've been going on about for ages because i'm worried that the round sides are so inefficient. I agree that the one we did below isn't right, and it looks old next to the extrusion, but it does have the size and shape/comfort benefits i mentioned before and these are hard to ignore with a product we have to carry and use all day, every day. i'm really worried that we're making something that is going to look and be too wide.

i'm also worried that if we start cutting volume buttons on the side, then it removes some of the purity of the extrusion idea and seems like the wrong shape for the job. We can only add so much too it before it becomes a style/ a shape, rather than the most efficient construction method and that would be bad.

r.

Highly Confidential - Attorneys' Eyes Only

Date: Wed, 08 Mar 2006 02:46:30 +0000
From: "Richard Howarth" <howarth@apple.com>
To: "Jonathan Ive" <ive@apple.com>

hi Jony,

i'm worried about the extrudo shape we're using for P2 etc. looking at what shin's doing with the sony-style chappy, he's able to achieve a much smaller-looking product with a much nicer shape to have next to your ear and in your pocket. also note that it's only half a step

Exh. 562.001-003