# EXHIBIT 2

Search 1: (Apple and Samsung and (trial or lawsuit or litigation) and (copy or copying or copied or stole)) = 528

7/30/12 – 7/31/12



---

### WSJ Blog: Key Witness No Longer Works At Apple, Doesn't Want to Testify at Samsung Trial

Dow Jones Global Equities News, 23:19, 29 July 2012, 225 words, By Ina Fried, (English)

Shin Nishibori, the Apple designer whose Sony-infused iPhone designs have become a central issue in the case, apparently has no plans to testify in the patent infringement case.

### Smartphones duel - in court

The San Francisco Chronicle, 30 July 2012, 798 words, Casey Newton, (English)

For the second time in as many months, two technology giants are about to square off in court over an intellectual property dispute - and as before, the outcome is anyone's guess.

### ◊ Early iPhone Prototypes Revealed

Forbes.com, 22:26, 29 July 2012, 247 words, Connie Guglielmo Forbes, (English)

In an interesting twist in what has become a more than two year legal battle, Apple's patent litigation with Samsung has moved the company to unveil unused designs put together during the development of its iPhone, iPod and iPad. As part of ...

### ◊ Apple, Samsung wage war in court over product designs

The Dallas Morning News, 01:05, 30 July 2012, 718 words, Paul Elias, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and tablet markets.

### ◊ Tech titans in court over iPhone, iPad

Pittsburgh Post-Gazette, 01:04, 30 July 2012, 497 words, (English)

Share with others: SAN FRANCISCO -- Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### ◊ Apple-Samsung case set for court

SF Gate, 01:04, 30 July 2012, 713 words, Casey Newton, (English)

For the second time in as many months, two technology giants are about to square off in court over an intellectual property dispute - and as before, the outcome is anyone's guess.

### ◊ Tech titans face off in court over iPhone, iPad

The Detroit News, 01:00, 30 July 2012, 971 words, Paul Elias, (English)

San Francisco -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### ◊ Samsung Galaxy phones v. Apple iPhones? In court, advantage Apple.

The Christian Science Monitor, 01:17, 30 July 2012, 535 words, Dhara Ranasinghe, (English)
As Apple and Samsung Electronics head to the courts in the United States on Monday in a technology-patent trial that has a lot at stake for both firms, one intellectual property expert tells CNBC that Apple is in a stronger position than ...

### Galaxy phones drive Samsung to record profit again [Khaleej Times (United Arab Emirates)]

TMCnet.com, 01:33, 30 July 2012, 715 words, (English)
(Khaleej Times (United Arab Emirates) Via Acquire Media NewsEdge) Samsung, the world's largest technology firm by revenue, reported another record-high quarterly profit as customers flocked to Galaxy smartphones, helping it outdo rivals ...

### Apple to call execs, Samsung employees at patent trial

MacNN, 02:15, 30 July 2012, 661 words, Electronista Staff, (English)
Witnesses appearing at the US trial of Apple versus Samsung run the gamut from early Apple employees and current executives to Samsung employees and expert witnesses. The case, which is seeking billions in damages from Samsung for allegedly ...

### Samsung Case Is a Proxy for Google

The Wall Street Journal, 30 July 2012, 998 words, By Jessica E. Vascellaro, (English)
When Apple Inc. and Samsung Electronics Co. face off in a high-stakes patent trial Monday, there will be another elephant in the room: Google Inc.

### Apple reveals 'Purple' phone prototype in court filing, to prove it didn't copy Sony

Engadget, 30 July 2012, 187 words, Mat Smith, (English)
Alongside another raft of iPhone and iPad prototype sketches and designs, Apple claims that the design process that culminated in its first smartphone predated its Sony-tinged renders. The Verge spotted Apple's latest filing to the court ...

### Apple to call execs, Samsung employees at patent trial

Electronista, 30 July 2012, 79 words, (English)
Witnesses appearing at the US trial of Apple versus Samsung run the gamut from early Apple employees and current executives to Samsung employees and expert witnesses. The case, which is seeking billions in damages from Samsung for allegedly ...

### Apple, Samsung patent trial set to kick off, billions at stake

Reuters, 02:59, 30 July 2012, 388 words, Dan Levine, (English)
July 30 (Reuters) - Jury selection is scheduled to begin on Monday morning in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the ...

### Apple, Samsung patent trial set to kick off, billions at stake

International Business Times, 03:47, 30 July 2012, 387 words, Dan Levine, (English)
Jury selection is scheduled to begin on Monday morning in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the balance.

### UPDATE 1-Apple, Samsung patent trial set to kick off in U.S., billions at stake

Reuters, 03:50, 30 July 2012, 398 words, Dan Levine, (English)
July 30 (Reuters) - Jury selection is due to begin on Monday in the United States in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars ...

### Apple, Samsung patent trial set to kick off in U.S., billions at stake

Reuters, 03:50, 30 July 2012, 392 words, Dan Levine, (English)
(Reuters) - Jury selection is due to begin on Monday in the United States in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the ...

### Crucial California trial begins in Apple vs Samsung case

ZDNet Australia, 04:33, 30 July 2012, 709 words, Charlie Osborne, (English)
The trial kicking off today in federal court in San Jose, Calif., is a patent battle between Apple and Samsung Electronics -- and the stakes are high.

### Apple Wins Right to Use 'Gratuitous Images' of Steve Jobs Ahead of Court Showdown

International Business Times, 04:31, 30 July 2012, 680 words, David Gilbert, (English)
Ahead of the opening of the trial being dubbed, the Patent Trial of the Century, Apple has won a preliminary ruling allowing it to continue using images of deceased, former-CEO Steve Jobs.

### Crucial California trial begins in Apple vs Samsung case

ZDNet Asia, 04:32, 30 July 2012, 708 words, Charlie Osborne, (English)
The trial kicking off today in federal court in San Jose, Calif., is a patent battle between Apple and Samsung Electronics -- and the stakes are high.

### Tech titans face off in court over iPhone, iPad

Daily Courier-Observer, 30 July 2012, 968 words, Associated Press, (English)
SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### Apple and Samsung go to court today

The Inquirer, 04:58, 30 July 2012, 267 words, Carly Page, (English)
THE HIGH-PROFILE PATENT BATTLE between Apple and Samsung heads to court in California today, where a jury will hear the firms' opening statements.

### ◊ Titans face off in court over iPhone, iPad

Worcester Telegram & Gazette, 06:31, 30 July 2012, 694 words, Paul Elias, (English)

SAN FRANCISCO — Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### ◊ Apple vs. Samsung: Shaping the Mobile Battlefield

Bloomberg Businessweek, 06:33, 30 July 2012, 895 words, Paul M. Barrett, (English)

On July 9, a British judge named Colin Birss ruled that Samsung's tablet computers were unlikely to be confused with Apple's iPad because they're "not as cool." In the often-bizarre world of intellectual property law, this was bad news for ...

### ◊ Apple, Samsung begin battle for billions in US patent smackdown

The Register, 06:34, 30 July 2012, 448 words, Brid-Aine, (English)

Apple and Samsung's tit-for-tat patent posturing will finally come to a head in the US today, as jury selection starts on a trial that could kill a massive audience for Samsung stuff, and result in a win (or loss) of billions of dollars for ...

### Apple, Samsung patent suit opens in California

Telecompaper World, 30 July 2012, 252 words, (English)

Apple's patent-infringement lawsuit against Samsung Electronics will open in US federal court in California on 30 July, with the selection of a jury to consider the smartphone dispute. Judge Lucy Koh in San Jose is presiding over the trial.

### ◊ Tech trial: Titans face off in court over iPhone, iPad

Indianapolis Star, 08:58, 30 July 2012, 972 words, Paul Poteet, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### ◊ As Apple and Samsung Head to Court, Here's a Handy Cheat Sheet

All Things Digital, 30 July 2012, 1119 words, Ina Fried, (English)

As you may have heard, Apple and Samsung are having a bit of a tiff. Actually, it is more like a knock-down, drag-out brawl at this point. But one piece of the argument is due to be settled in a trial that starts today in a federal court in ...

### ◊ WSJ Tech Briefing Early Edition, July 30, 2012

The Wall Street Journal Tech Talk, 30 July 2012, 854 words, (English)

Summary: The Apple-Samsung case is a proxy for Google ... the social-media frenzy is clearly fizzling ... and "i-crime" is on the rise. Jim Chesko has those stories and more.

### ◊ Key witness no longer works at Apple, doesn't want to testify

Fortune, 07:34, 30 July 2012, 317 words, Ina Fried, (English)

Shin Nishibori, the Apple designer whose Sony-infused iPhone designs have become a central issue in the Samsung patent case, apparently has no plans to testify in the upcoming trial.

### Apple vs Samsung begins: Billions at stake in federal court

SlashGear, 30 July 2012, 530 words, Chris Davies, (English)

Apple and Samsung are set to square off in the first day of the San Jose federal jury trial today, as the next phase of the heated design and patent row kicks off with huge stakes in the smartphone and tablet worlds. Having failed to reach ...

### Billions at stake as Apple, Samsung face off in court

MSNBC, 07:34, 30 July 2012, 357 words, (English)

Jury selection is scheduled to begin on Monday morning in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the balance.

### Tech titans face off in court over iPhone, iPad

Philly.com, 07:48, 30 July 2012, 969 words, PAUL ELIAS, (English)

SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Apple v. Samsung: Patent trial of the century

Fortune, 08:17, 30 July 2012, 590 words, Philip Elmer-DeWitt, (English)

FORTUNE -- The most important confrontation in the "thermonuclear war" Apple (AAPL) CEO Steve Jobs launched against Google's (GOOG) Android operating system two years ago is scheduled to begin in earnest Monday when two armies of opposing ...

### Linkpost | 7.30.2012

TechBlog, 30 July 2012, 60 words, chron.com, (English)

• Google at Center of Samsung-Apple Phone Patent Trial and Tech titans face off in court over iPhone, iPad – The late Steve Jobs' "thermonuclear war" comes to a head today as the Apple v. Samsung trial begins. Apple's claiming Samsung stole ...

### Apple's Court Brawl Begins

FOXNews.com, 09:00, 30 July 2012, 1020 words, Associated Press, (English)

Aug. 25, 2011: An attorney holds an Apple iPad, left, and a Samsung Galaxy Tab 10.1 at the regional court in Duesseldorf, Germany.AP Photo/dapd, Sascha Schuermann

### ALL THINGS D: As Apple and Samsung Head to Court, Here's a Handy Cheat Sheet

Dow Jones News Service, 08:37, 30 July 2012, 1057 words, (English)

(This story has been posted on All Things D, a website owned by Dow Jones.)

   By Ina Fried
   As you may have heard, Apple Inc. (AAPL) and Samsung Electronics Co. (SSNHY, 005930.SE) are having a bit of a tiff.

#### 2005 Purple iPhone design could thwart Samsung's assertion that Apple copied Sony

9 to 5 Mac, 30 July 2012, 105 words, Seth Weintraub, (English)

. We hope you aren't sick of early iPhone prototypes just yet as the monster Apple vs. Samsung trial is kicking off today and yet another prototype has hit the docket.  This time, Apple is releasing images of its "purple" iPhone design from ...

#### In iPad copycat case, Quinn Emanuel is on the defensive

The Recorder, 30 July 2012, 1527 words, Amy Miller amiller@alm.com, (English)

Quinn Emanuel Urquhart & Sullivan's reputation as one of the toughest firms to beat in a courtroom is on the line. Starting Monday, a team of high-profile litigators led by Charles Verhoeven will defend Samsung Electronics Co. in front ...

#### Apple, Samsung battle over iPhone and iPad patents

Detroit Free Press, 08:37, 30 July 2012, 435 words, Scott Martin, (English)

SAN FRANCISCO – Apple and Samsung will be duking it out in court this week about features that could be in your phone or tablet. Apple alleges that its iPad and iPhone are being copied by Samsung and wants Samsung's products pulled from ...

#### Tech titans face off in court over iPhone, iPad

The News & Observer, 08:49, 30 July 2012, 969 words, PAUL ELIAS, (English)

SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

#### Apple v Samsung $2.5bn patent trial begins with jury selection

V3.co.uk, 09:02, 30 July 2012, 237 words, Alastair Stevenson, (English)

Jury selection for the high-profile Apple vs Samsung US lawsuit is set begun on Monday in San Francisco, marking the beginning of the biggest battle between the technology titans to date.

#### Billions at stake as Apple, Samsung trial begins

ecPulse, 30 July 2012, 144 words, (English)

Monday begins the San Jose federal jury trial as the patent battle between Apple Inc and Samsung Electronics Co Ltd, the world`s largest consumer electronics corporations, continues.

#### Tech titans face off in court over iPhone, iPad

KRVN 880 Rural Radio, 09:08, 30 July 2012, 1059 words, PAUL ELIAS, (English)

FILE - In this June 7, 2010, file photo, Apple CEO Steve Jobs holds a new iPhone at the Apple Worldwide Developers Conference in San Francisco. Two

tech titans are squaring off in federal court Monday in a closely watched trial over control ...

### 🔹 Tech titans face off in court over iPhone, iPad
KSL-TV, 09:08, 30 July 2012, 971 words, Paul Elias, (English)
SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### 🔹 Tech titans face off in court over iPhone, iPad
Hendersonville Times News, 09:03, 30 July 2012, 984 words, PAUL ELIAS, (English)
Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### 🔹 Stakes high as Apple, Samsung face off
MSNBC, 07:34, 30 July 2012, 569 words, NBC News, (English)
Jury selection is scheduled to begin on Monday morning in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the balance.

### 🔹 Tech titans in court over iPhone, iPad
Californian (Salinas), 23:54, 29 July 2012, 581 words, Paul Elias, (English)
SAN FRANCISCO — Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### 🔹 Tech titans face off in court over iPhone, iPad
The Houma Courier, 09:16, 30 July 2012, 985 words, PAUL ELIAS, (English)
SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### 🔹 Tech titans face off in court over iPhone, iPad
KBCI 2 Boise, 09:27, 30 July 2012, 995 words, PAUL ELIAS, (English)
Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

### 🔹 Tech titans face off in court over iPhone, iPad
Houma Today, 09:28, 30 July 2012, 987 words, PAUL ELIAS, (English)
SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### 🔹 Apple to call execs, Samsung employees at patent trial
IPod Daily News, 09:29, 30 July 2012, 662 words, Electronista Staff, (English)

Witnesses appearing at the US trial of Apple versus Samsung run the gamut from early Apple employees and current executives to Samsung employees and expert witnesses. The case, which is seeking billions in damages from Samsung for allegedly ...

#### Tech titans face off in court
WTNH.com, 09:30, 30 July 2012, 968 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

#### Tech titans face off in court over iPhone, iPad
WNYT, 09:33, 30 July 2012, 971 words, PAUL ELIAS, (English)

(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

#### Apple v. Samsung trial over iPhone and iPad patent claims set to begin
Oroville Mercury Register, 09:33, 30 July 2012, 1036 words, Howard Mintz, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

#### Apple, Samsung face off in court over iPhone, iPad
The Seattle Times, 09:38, 30 July 2012, 968 words, PAUL ELIAS, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

#### Tech titans face off in court over iPhone, iPad
WWL-TV, 09:35, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

#### Tech titans face off in court over iPhone, iPad
KMSB-TV, 09:36, 30 July 2012, 998 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

#### The Morning Download: Innovation on Trial
CIO Report, 07:55, 30 July 2012, 2305 words, By Michael Hickins, (English)

The Morning Download cues up the most important news in business technology every weekday morning. Send us your tips, compliments and complaints.

#### Apple, Samsung to face off in trial over control of US smartphone market
The Christian Science Monitor, 09:55, 30 July 2012, 894 words, Paul Elias, (English)

Apple Inc. filed a lawsuit against Samsung Electronics Co. last year alleging
the world's largest technology company's smartphones and computer tablets are
illegal knockoffs of its popular iPhone and iPad products.Apple is demanding
$2.5 ...

**Corporate News: Big Stakes in Patent War --- Quarterly Results From Samsung
and Apple Show How Large the Pot Has Grown**

The Wall Street Journal, 30 July 2012, 842 words, By Evan Ramstad, (English)
SEOUL -- As Samsung Electronics Co. goes to court this week with Apple Inc.
over product-copying allegations in the biggest market yet, the U.S., both
companies' latest quarterly results make clear what's financially at stake.

**Samsung Thwarted in Bid To Show Apple has "Sony Style"**

All Things Digital, 30 July 2012, 419 words, Ina Fried, (English)
It looks like the jury hearing the case of Apple vs. Samsung won't get to
hear the degree to which Apple's iPhone was influenced by Sony. The federal
judge overseeing the case ruled late Sunday Samsung's opening argument can't
talk about ...

**Apple v. Samsung: Shaping the Mobile Battlefield**

Bloomberg Businessweek, 09:55, 30 July 2012, 895 words, Paul M. Barrett, (English)
On July 9, a British judge named Colin Birss ruled that Samsung's tablet
computers were unlikely to be confused with Apple's iPad because they're "not
as cool." In the often-bizarre world of intellectual property law, this was
bad news for ...

**Apple, Samsung face off in court**

The Patriot-News, 30 July 2012, 274 words, (English)
PATENT FIGHT Two tech titans will square off in federal court today in a
closely watched trial over control of the U. S. smart phone and computer
tablet markets. Apple Inc. filed a lawsuit against Samsung Electronics Co.
last year alleging ...

**Apple Reveals 2005 'Purple' Prototype To Quash Samsung's iPhone Inspired By
Sony Claim**

iPhone Hacks, 30 July 2012, 81 words, iPhoneHacks, (English)
Apple and Samsung's trial kicks off in a federal district court in San Jose,
California today. The court documents filed for the trial have revealed some
interesting details. Apple has made an argument in favor of its "Samsung
copied Apple ...

**Apple, Samsung Patent Trial Set to Kick Off in US, Billions at Stake**

International Business Times, 10:04, 30 July 2012, 395 words, (English)
Jury selection is due to begin on Monday in the United States in a high
stakes patent battle between Apple Inc (AAPL.O) and Samsung Electronics Co
Ltd (005930.KS), the culmination of over a year of pretrial jousting with
billions of dollars ...

**Apple-Samsung Patent Battle Shifts to Trial**

The New York Times, 30 July 2012, 1070 words, By STEVE LOHR, (English)
Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.

### Samsung/Apple trial by jury begins today, don't expect a clear outcome anytime soon

Android Central, 30 July 2012, 281 words, Alex Dobie, (English)
Following months of legal wrangling, injunctions and appeals, Samsung and Apple will face off in a federal court in San Jose today. The two companies accuse each other of patent and design infringement, with Apple seeking more than $2.5bn ...

### Tech titans face off in court over iPhone, iPad

590 KLBJ, 09:28, 30 July 2012, 971 words, Austin Jobs, (English)
SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

KEPR-TV, 09:24, 30 July 2012, 995 words, PAUL ELIAS, (English)
Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

### Tech titans face off in court over iPhone, iPad

KCBY.com, 09:26, 30 July 2012, 995 words, PAUL ELIAS, (English)
Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

### Tech titans face off in court over iPhone, iPad

Sarasota Herald-Tribune, 09:22, 30 July 2012, 986 words, PAUL ELIAS, (English)
SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

WSFA, 09:44, 30 July 2012, 988 words, PAUL ELIAS, (English)
SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

News Channel 10, 09:43, 30 July 2012, 983 words, PAUL ELIAS, (English)
(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday

in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

KOLD-TV, 09:43, 30 July 2012, 1022 words, (English)

(AP Photo/Ahn Young-joon, File). FILE - In this April 19, 2011 file photo, Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea.

### Tech titans face off in court over iPhone, iPad

WIS-TV, 09:45, 30 July 2012, 989 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

WTen.com, 09:45, 30 July 2012, 989 words, The Associated Press, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

WOI-TV, 09:45, 30 July 2012, 989 words, The Associated Press, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

Belleville View, 09:54, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Apple-Samsung "Thermonuclear" US Court Battle Begins Today

Silicon Angle, 30 July 2012, 946 words, Mellisa Tolentino, (English)

Today's mobile news roundup features: the much awaited Apple-Samsung trial in the US; Apple's acquisition of AuthenTec; Microsoft Hardware's team readying for Windows 8 tablets;  HTC closing offices in South Korea; and KT Corp. hackers ...

### Apple vs. Samsung: Tech Titans Face Off in U.S. Court Over iPhone, iPad

Daily Finance, 10:19, 30 July 2012, 943 words, The Associated Press, (English)

SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

Santa Cruz Sentinel, 09:28, 30 July 2012, 972 words, PAUL ELIAS, (English)

SAN FRANCISCO—Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech Titans Face Off in Court over iPhone, iPad

Wireless Week, 10:19, 30 July 2012, 971 words, Paul Elias, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Apple Vs Samsung - Companies Finally Square Off In California Court

Red Orbit, 10:19, 30 July 2012, 569 words, Michael Harper, (English)

The case between Apple and Samsung finally kicks off today as jury selection begins in Judge Lucy Koh's California District Court in San Jose.

### Tech Titans Face Off in Court Over iPhone, iPad

KAALtv.com, 10:19, 30 July 2012, 968 words, Jennie Olson, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Apple, Samsung patent trial set to kick off in U.S., billions at stake(Reuters, 07/30/2012 05:57AM PDT)

Boot Camp Report, 09:57, 30 July 2012, 400 words, Dan Levine, (English)

(Reuters) - Jury selection is due to begin on Monday in the United States in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the ...

### Tech titans face off in court over iPhone, iPad

KEYT3, 09:59, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Apple, Samsung to face off in trial over control of US smartphone market

Topanga Messenger, 09:59, 30 July 2012, 895 words, Paul Elias, (English)

Apple Inc. filed a lawsuit against Samsung Electronics Co. last year alleging the world's largest technology company's smartphones and computer tablets are illegal knockoffs of its popular iPhone and iPad products.Apple is demanding $2.5 ...

### Apple, Samsung to face off in court over iPhone, iPad

Topanga Messenger, 09:59, 30 July 2012, 1025 words, Associated Press, (English)

Aug. 25, 2011: An attorney holds an Apple iPad, left, and a Samsung Galaxy Tab 10.1 at the regional court in Duesseldorf, Germany.AP Photo/dapd, Sascha Schuermann

### Billions at stake as Apple, Samsung face off in court

Topanga Messenger, 09:59, 30 July 2012, 573 words, NBC News, (English)

Jury selection is scheduled to begin on Monday morning in a high stakes patent battle between Apple Inc and Samsung Electronics Co Ltd, the culmination of over a year of pretrial jousting with billions of dollars in the balance.

### Tech titans face off in court over iPhone, iPad

WSPA News, 10:05, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

WAVE 3, 09:54, 30 July 2012, 1022 words, (English)

(AP Photo/Ahn Young-joon, File). FILE - In this April 19, 2011 file photo, Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea.

### Apple Faces Samsung in Court: Hot Trends

Ashland TAB, 09:36, 30 July 2012, 412 words, Brittany Umar, (English)

NEW YORK (TheStreet) -- Popular searches on the Internet include Apple(AAPL) as the tech titan is set to face competitor Samsung in court Monday.

### Tech titans face off in court over iPhone, iPad

Reliable Answers, 10:06, 30 July 2012, 971 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

klewtv.com 3, 10:06, 30 July 2012, 995 words, PAUL ELIAS, (English)

Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

### Tech titans face off in court over iPhone, iPad

KTEN, 09:40, 30 July 2012, 990 words, The Associated Press, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Apple Faces Samsung in Court: Hot Trends

Oak Ridger, 09:41, 30 July 2012, 411 words, Brittany Umar, (English)

NEW YORK (TheStreet) -- Popular searches on the Internet include Apple(AAPL) as the tech titan is set to face competitor Samsung in court Monday.

### Smartphone courtroom showdown: Apple vs. Samsung in patent fight

   © 2012 Factiva, Inc.  All rights reserved.

Local Tech Wire, 10:07, 30 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin this week.

### Tech titans face off in court over iPhone, iPad

Local Tech Wire, 10:07, 30 July 2012, 970 words, PAUL ELIAS, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

News 10 NBC, 10:11, 30 July 2012, 984 words, PAUL ELIAS, (English)

(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.