# EXHIBIT 3

Search: (Apple and Samsung and (trial or lawsuit or litigation) and (Sony or nishibori)) = 294 articles

7/25/12 – 7/31/12



**WSJ BLOG/Korea Real Time: The Apple-Samsung Trial: What Samsung Will Attempt to Prove**

Dow Jones Global Equities News, 20:48, 24 July 2012, 1418 words, (English)

(This story has been posted on The Wall Street Journal Online's Korea Real Time Report blog at http://blogs.wsj.com/korearealtime.) By Ashby Jones

**The Apple-Samsung Trial: What the Companies Will Attempt to Prove**

WSJ Blogs, 20:48, 24 July 2012, 1374 words, (English)

By Ashby Jones In the Apple-Samsung case set to go to trial next week, each company asserts that the other infringed a handful of patents used in their smartphones and tablet computers.

**Great Audio Accessories for the iPod Shuffle and Nano**

PC World, 06:15, 25 July 2012, 211 words, PC World, (English)

Sony Walkman Z Series Review: A Solid Multimedia Player With Limited Storage Sony's Z Series Tegra 2-powered Walkman is great for multimedia playback and gaming, as long as you're okay with the built in storage.

**Ouch! Apple required to put up notice: 'Samsung didn't copy us' (7)**

CD Freaks, 10:04, 25 July 2012, 446 words, (English)

One might wonder if the legal department of Apple is bigger than their actual R&D, as Apple has been very busy suing other companies to protect their patents. In a recent lawsuit in the United Kingdom, Apple accused Samsung of copying ...

**Samsung: Apple wouldn't have sold a single iPhone without stealing our tech**

BGR, 25 July 2012, 506 words, Zach Epstein, (English)

Another day, another Apple (AAPL) vs. Samsung (005930) trial. The two consumer electronics companies are preparing to do battle in San Jose, California next week, and now-public court documents shed light on the positions each firm is ...

**Samsung: Apple wouldn't have sold a single iPhone without stealing our tech**

Boy Genius Report, 25 July 2012, 506 words, Zach Epstein, (English)

Another day, another Apple (AAPL) vs. Samsung (005930) trial. The two consumer electronics companies are preparing to do battle in San Jose, California next week, and now-public court documents shed light on the positions each firm is ...

**Samsung: Our 2006 phone concepts prove Apple is a hypocrite**

SlashGear, 25 July 2012, 869 words, Chris Davies, (English)

Samsung has struck back at Apple's $2.5bn patent demands, arguing that its Cupertino rival "could not have sold a single iPhone without the benefit of Samsung's patented technology." In a brief filed to the Californian courts this week, ...

 © 2012 Factiva, Inc. All rights reserved.

**Samsung: Apple wouldn't have sold a single iPhone without stealing our tech**
Yahoo! Tech, 12:17, 25 July 2012, 513 words, Zach Epstein, (English)
Another day, another Apple (AAPL) vs. Samsung (005930) trial. The two
consumer electronics companies are preparing to do battle in San Jose,
California next week, and now-public court documents shed light on the
positions each firm is ...

**Apple looked to Sony for iPhone design inspiration, court documents show**
Computerworld, 05:41, 25 July 2012, 745 words, (English)
Apple looked in part to Sony for inspiration in designing its first iPhone,
even having an internal designer produce "Sony-like" mock-ups of cell phones
that carried the name of the Japanese electronics company, according to
internal Apple ...

**Apple looked to Sony for iPhone design inspiration, court documents show**
TechWorld, 04:41, 25 July 2012, 639 words, (English)
Apple looked in part to Sony for inspiration in designing its first iPhone,
even having an internal designer produce "Sony-like" mock-ups of cell phones
that carried the name of the Japanese electronics company, according to
internal Apple ...

**Samsung and Panasonic Deals Fail To Revive...**
SmartHouse News, 13:16, 25 July 2012, 312 words, David Richards, (English)
Despite new deals with Samsung, Panasonic, Sony and Microsoft, online content
provider Quickflix has failed to turn around their fortunes with the stock
plunging 30% late yesterday.

**Apple looked to Sony for iPhone design inspiration, court documents show**
Computerworld, 15:34, 25 July 2012, 474 words, Martyn Williams, (English)
IDG News Service - Apple looked in part to Sony for inspiration in designing
its first iPhone, even having an internal designer produce "Sony-like" mock-
ups of cell phones that carried the name of the Japanese electronics company,
according ...

**Apple Looked to Sony for IPhone Design Inspiration, Court Documents Show**
PC World, 15:00, 25 July 2012, 641 words, Martyn Williams, (English)
Apple looked in part to Sony for inspiration in designing its first iPhone,
even having an internal designer produce "Sony-like" mock-ups of cell phones
that carried the name of the Japanese electronics company, according to
internal Apple ...

**Apple Looked to Sony for iPhone Design Inspiration, Court Documents Show**
CIO Magazine, 16:04, 25 July 2012, 474 words, IDG News Service (San Francisco Bureau), (English)
Apple looked in part to Sony for inspiration in designing its first iPhone,
even having an internal designer produce "Sony-like" mock-ups of cell phones
that carried the name of the Japanese electronics company, according to
internal Apple ...

    © 2012 Factiva, Inc.  All rights reserved.

**Court documents: Apple looked to Sony for iPhone design inspiration**

Macworld, 17:47, 25 July 2012, 641 words, Martyn Williams, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

**Court Documents Show Apple Looked to Sony for iPhone Design Inspiration**

PC World, 16:48, 25 July 2012, 641 words, Martyn Williams, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

**Apple: Google Warned Samsung Against Copying Us**

All Things Digital, 25 July 2012, 472 words, John Paczkowski, (English)

When Apple's patent battle with Samsung heads to trial next week, the iPhone-maker plans build its case using its Korean rival's own words against it. An un-redacted version of Apple's trial brief bluntly states that Samsung was well aware ...

**Apple, Samsung reveal new details in patent feud**

The Oakland Tribune, 25 July 2012, 379 words, Howard Mintz hmintz@mercurynews.com, (English)

Google warned Samsung that its tablets appeared too much like Apple's iPad, and "famous" designers warned Samsung its smartphones "looked like (they) copied the iPhone too much." And Apple maintained an "Android war room" to study rival ...

**Apple v. Samsung Electronics: The Patent War Claims, Uncut**

NYT Blogs, 25 July 2012, 1042 words, By STEVE LOHR, (English)

The gloves have emphatically come off in the patent war between Apple and Samsung Electronics. A courtroom confrontation, scheduled to begin Monday, is only one of dozens of suits and countersuits around the world involving these two ...

**Apple, Samsung reveal new details in patent feud**

Contra Costa Times, 25 July 2012, 382 words, Howard Mintz hmintz@mercurynews.com, (English)

Google warned Samsung that its tablets appeared too much like Apple's iPad, and "famous" designers warned Samsung its smartphones "looked like (they) copied the iPhone too much." And Apple maintained an "Android war room" to study rival ...

**Apple looked to Sony for iPhone design inspiration, court documents show**

Computerworld Singapore, 01:00, 26 July 2012, 391 words, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

     © 2012 Factiva, Inc.  All rights reserved.

**Google warned Samsung on copying, documents show**

MacNN, 01:01, 26 July 2012, 345 words, Electronista Staff, (English)

In the buildup to next week's trial between Apple and Samsung, Apple plans on letting Samsung's own words defeat it in court. An unredacted copy of Apple's court brief says that Samsung was willfully and blatantly violating Apple's design ...

**Apple looked to Sony for iPhone design inspiration, court documents show**

Computer News Middle East, 26 July 2012, 579 words, IDG Reporter, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

**Apple looked to Sony for iPhone design inspiration, court documents show [Computer News Middle East]**

TMCnet.com, 03:12, 26 July 2012, 609 words, (English)

(Computer News Middle East Via Acquire Media NewsEdge) Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the ...

**Apple trial: Samsung deleted emails it shouldn't have**

ZDNet Australia, 07:18, 26 July 2012, 503 words, David Meyer, (English)

Samsung destroyed evidence that could have been used in its US courtroom battle against Apple, a judge has informed the jury ahead of next week's trial.

**Apple trial: Samsung deleted emails it shouldn't have**

ZDNet Asia, 07:34, 26 July 2012, 504 words, David Meyer, (English)

Samsung destroyed evidence that could have been used in its US courtroom battle against Apple, a judge has informed the jury ahead of next week's trial.

**Court documents: Apple looked to Sony for iPhone design inspiration**

Computerworld Hong Kong, 12:00, 26 July 2012, 601 words, Martyn Williams, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

**Apple looked to Sony for iPhone inspiration: court documents**

Computer News Middle East, 26 July 2012, 577 words, IDG Reporter, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

   © 2012 Factiva, Inc.  All rights reserved.

### Google warned Samsung on copying, documents show

IPod Daily News, 09:35, 26 July 2012, 346 words, Electronista Staff, (English)

In the buildup to next week's trial between Apple and Samsung, Apple plans on letting Samsung's own words defeat it in court. An unredacted copy of Apple's court brief says that Samsung was willfully and blatantly violating Apple's design ...

### Apple, Samsung briefs yield overview of upcoming trial

IPod Daily News, 09:35, 26 July 2012, 1751 words, Mikey Campbell, (English)

Apple and Samsung on Wednesday laid bare their respective patent claims and arguments in a pair of court briefs for the high-stakes patent trial set to begin proceedings on Monday, July 30.

### Apple looked to Sony for iPhone inspiration: court documents [Computer News Middle East]

TMCnet.com, 10:21, 26 July 2012, 607 words, (English)

(Computer News Middle East Via Acquire Media NewsEdge) Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the ...

### Apple Looked to Sony for iPhone Design Inspiration

PC World, 10:31, 26 July 2012, 706 words, Martyn Williams, (English)

Mock-ups of iPhone prototypes are shown in this March 2006 image.Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name ...

### Apple Wouldn't Have Created an iPhone if it Wasn't for our Technology: Samsung

The Droid Guy, 26 July 2012, 672 words, Chethan, (English)

Samsung and Apple are currently preparing arguments for the upcoming trial and in the midst of all that there are some strong words coming through from both camps. It is Samsung this time, and the company mentioned that Apple wouldn't have ...

### Even Google warned Samsung its designs mimicked Apple's too closely

Examiner, 13:19, 26 July 2012, 497 words, Michael Santo, (English)

Imitation is the sincerest form of flattery, but not when it comes to an Apple Samsung lawsuit. As the Cupertino, Calif.-based company's lawsuit against Samsung enters the trial phase next week, it's clear that some of Apple's evidence ...

### Google warned Samsung on copying, documents show

Electronista, 11:59, 26 July 2012, 345 words, Electronista Staff, (English)

In the buildup to next week's trial between Apple and Samsung, Apple plans on letting Samsung's own words defeat it in court. An unredacted copy of Apple's court brief says that Samsung was willfully and blatantly violating Apple's

 © 2012 Factiva, Inc.  All rights reserved.

design ...

**Apple looked to Sony for iPhone design inspiration, court documents show**
Good Gear Guide, 12:17, 26 July 2012, 638 words, (English)
Apple looked in part to Sony for inspiration in designing its first iPhone,
even having an internal designer produce "Sony-like" mock-ups of cell phones
that carried the name of the Japanese electronics company, according to
internal Apple ...

**Court documents: Apple looked to Sony for iPhone design inspiration**
Macworld Australia, 12:28, 26 July 2012, 603 words, Martyn Williams, (English)
Apple looked in part to Sony for inspiration in designing its first iPhone,
even having an internal designer produce "Sony-like" mock-ups of cell phones
that carried the name of the Japanese electronics company, according to
internal Apple ...

**Apple's iPhone Has Sony Style, Says Samsung**
All Things Digital, 26 July 2012, 689 words, John Paczkowski, (English)
Apple's "revolutionary" iPhone design wasn't an original creation, but a
derivative one, and the company is just as much a "copyist" as it alleges
Samsung to be. That's one of the central arguments the Korean company will
make against Apple ...

**Samsung smartphones obliterate iPhone sales in Q2 as rivalry reaches boiling point**
BGR, 26 July 2012, 677 words, Brad Reed, (English)
Samsung (005930) has emerged as Apple's (AAPL) top smartphone competitor and
the company steamrolled its competition in the second quarter of 2012.
Samsung sold 52 million smartphones into distribution channels, according to
the latest ...

**Samsung smartphones obliterate iPhone sales in Q2 as rivalry reaches boiling point**
Boy Genius Report, 26 July 2012, 677 words, Brad Reed, (English)
Samsung (005930) has emerged as Apple's (AAPL) top smartphone competitor and
the company steamrolled its competition in the second quarter of 2012.
Samsung sold 52 million smartphones into distribution channels, according to
the latest ...

**Apple: Even Google said Samsung copied the iPad**
SlashGear, 26 July 2012, 430 words, Chris Davies, (English)
Apple has blasted back at Samsung's tablet design denials, telling courts
that far from Google giving its universal support, it had actually warned its
Korean partner that its slates were "too similar" to the iPad. Documents
filed to the ...

**Samsung says Apple stole iPhone design from Sony**
9 to 5 Mac, 26 July 2012, 232 words, Jordan Kahn, (English)
With Apple and Samsung's jury trial slated to kick off in a federal district

   © 2012 Factiva, Inc.  All rights reserved.

court in San Jose, Calif this Monday, AllThingsD points us to trial briefs
where Samsung's lawyers argue Apple's inspiration for the original iPhone CAD
drawings ...

**Deals July 26: 22" Ultra-slim 1080p LCD $119.99**

Tom's Hardware Guide, 17:16, 26 July 2012, 1112 words, Jane McEntegart, (English)

The weekend's almost here, so why not celebrate with a little retail therapy?
This monitor has it all: micro-thin design, Full HD 1080p resolution, 3 year
warranty, and ridiculously low price. The L2201X is only 10mm thin and can
actually ...

**Samsung Claims iPhone's Design Was Inspired By Sony Product**

iPhone Hacks, 26 July 2012, 70 words, iPhoneHacks, (English)

Apple and Samsung's trial kicks off in a federal district court in San Jose,
California on Monday. As we reported earlier, Apple has filed a document as a
part of its briefing for the trial in which it makes arguments in favor of
its ...

**Samsung v. Apple Trial Documents Reveal Early iPhone and iPad Prototypes**

Mac Rumors, 26 July 2012, 220 words, Jordan Golson, (English)

The plethora of court cases between Apple and other companies over
trademarks, design decisions, and patents have only occasionally offered
anything of interest to the average observer. Today, however, The Verge has
dug up a treasure trove ...

**ALL THINGS D: Samsung, Apple Reveal Names of Those Who May Testify**

Dow Jones News Service, 19:06, 26 July 2012, 347 words, (English)

(This story has been posted on All Things D, a website owned by Dow Jones.)

   By Ina Fried
  With Apple Inc. (AAPL) and Samsung Electronics Co. (005930.SE, SSNHY) set
to go to trial in a key patent dispute next week, both sides are ...

**Samsung, Apple Reveal Names of Those Who May Testify at Next Week's Trial**

All Things Digital, 26 July 2012, 368 words, Ina Fried, (English)

With Apple and Samsung set to go to trial in a key patent dispute next week,
both sides are furiously filing documents with the court, offering more
insight into their legal strategy. Among the host of documents that have
arrived in the ...

**Apple's iPhone Has Sony Style, Says Samsung (Full Trial Brief)**

All Things Digital, 14:40, 26 July 2012, 705 words, John Paczkowski, (English)

Apple's "revolutionary" iPhone design wasn't an original creation, but a
derivative one, and the company is just as much a "copyist" as it alleges
Samsung to be. That's one of the central arguments the Korean company will
make against Apple ...

**Apple: Google Warned Samsung Against Copying Us**

All Things Digital, 14:40, 26 July 2012, 493 words, John Paczkowski, (English)

    © 2012 Factiva, Inc.  All rights reserved.

When Apple's patent battle with Samsung heads to trial next week, the iPhone maker plans to build its case using its Korean rival's own words against it. An unredacted version of Apple's trial brief bluntly states that Samsung was well ...

**Samsung was warned about Apple-esque designs — surprising no one**

VentureBeat, 14:40, 26 July 2012, 418 words, (English)

Gearing up for its long-awaited patent trial with Samsung in California next week, Apple is planning to show that Samsung was aware of its very similar tablet and smartphone designs, based on warnings from Google, other designers, and even ...

**Apple, Samsung briefs yield overview of upcoming trial**

Apple Insider, 15:08, 26 July 2012, 1750 words, Mikey Campbell, (English)

Apple and Samsung on Wednesday laid bare their respective patent claims and arguments in a pair of court briefs for the high-stakes patent trial set to begin proceedings on Monday, July 30.

**Documents in Apple v. Samsung Give Reporters Plenty to Chew On**

All Things Digital, 26 July 2012, 483 words, Ina Fried, (English)

So this is what all those lawyers have been up to. For anyone wondering if all of those hundreds of attorneys were really working on Apple v. Samsung, Thursday's avalanche of paperwork makes it clear that they were. On Thursday alone, ...

**Apple v. Samsung Electronics: The Patent War Claims, Uncut**

The Benton Foundation, 15:30, 26 July 2012, 293 words, Steve Lohr, (English)

Location: The gloves have emphatically come off in the patent war between Apple and Samsung Electronics. A courtroom confrontation, scheduled to begin July 30, is only one of dozens of suits and countersuits around the world involving these ...

**IN PATENT FEUD, A WORRY OVER DESIGN SIMILARITIES; NEW DETAILS FOCUS ON COMPARISON, STUDY OF ANDROID PRODUCTS**

San Jose Mercury News, 26 July 2012, 383 words, Howard Mintz, hmintz@mercurynews.com, (English)

Google warned Samsung that its tablets appeared too much like Apple's iPad, and "famous" designers warned Samsung its smartphones "looked like (they) copied the iPhone too much." And Apple maintained an "Android war room" to study rival ...

**Apple looked to Sony for iPhone design inspiration, court documents show**

Computerworld Malaysia, 16:02, 26 July 2012, 391 words, (English)

Apple looked in part to Sony for inspiration in designing its first iPhone, even having an internal designer produce "Sony-like" mock-ups of cell phones that carried the name of the Japanese electronics company, according to internal Apple ...

**Samsung smartphones obliterate iPhone sales in Q2 as rivalry reaches boiling point**

   © 2012 Factiva, Inc.  All rights reserved.

Boy Genius Report, 14:00, 26 July 2012, 684 words, Brad Reed, (English)

Samsung (005930) has emerged as Apple's (AAPL) top smartphone competitor and the company steamrolled its competition in the second quarter of 2012. Samsung sold 52 million smartphones into distribution channels, according to the latest ...

**Motorola Fully Reveals the Photon Q**

Phone Scoop, 11:27, 26 July 2012, 574 words, Eric M. Zeman, (English)

On the heels of being out by Sprint CEO Dan Hesse, Motorola today provided more details about the Photon Q. The Photon Q is a sideways slider with touch screen and full QWERTY keyboard for messaging. It runs Android 4.0.4 Ice Cream Sandwich ...

**12 things you need to know about Apple v Samsung**

Computerworld, 20:36, 26 July 2012, 1096 words, Martyn Williams, (English)

IDG News Service - The stakes are high for both Apple and Samsung Electronics as they prepare to kick off their much-anticipated patent-infringement trial in front of a California jury on Monday.

**Apple v. Samsung court filings reveal Sony-inspired iPhone, kickstand-equipped iPad and other prototypes**

Engadget, 27 July 2012, 375 words, Donald Melanson, (English)

There's no telling how much more we'll see once the big Apple vs. Samsung trial finally gets underway in a San Jose federal court next week, but today has already seen the release of a swath of new documents full of surprises. Most notably, ...

**Samsung, Apple Even At Odds Over Where they Will Sit at Trial**

All Things Digital, 27 July 2012, 339 words, Ina Fried, (English)

How deep do the disputes go between Apple and Samsung? Well, the latest motion from Samsung concerns where each party will sit during the trial and how each will refer to the other. Samsung takes issue with being called the "defendant" and ...

**Early 2006 iPhone prototype borrowed heavily from Sony**

Examiner, 01:23, 27 July 2012, 290 words, (English)

Apple is no stranger when it comes to finding "inspiration" from others, it was Steve Jobs that famously said "Good artists copy; great artists steal" and We have always been shameless about stealing great ideas."

**Samsung Posts Record $5.9B Profit, Doubles Apple's Smartphone Sales**

International Business Times, 01:32, 27 July 2012, 436 words, Eric Linton, (English)

Samsung Electronics Co, the world's top technology firm by revenue, reported a record quarterly profit of $5.9 billion Friday, as rampant sales of its smartphones more than offset a tumble in memory chip prices.

**Early iPhone and iPad Prototypes Appear in Official Documents for Samsung Vs Apple Court Case**

     © 2012 Factiva, Inc.  All rights reserved.

Android Tablet News and Reviews, 27 July 2012, 300 words, James A., (English)

The Apple versus Samsung lawsuit has brought up some interesting documents, that show the evolution of Apple products over the years. Now the latest unveiling is a couple of Apple prototype from back in the days, that you can see below. ...

**iPhone and iPad prototypes show Apple's roads not taken**

Unofficial Apple Weblog, 27 July 2012, 613 words, Chris Rawson, (English)

gt; It turns out the prototype iPad we saw last week was just the tip of the iceberg in the Apple versus Samsung "patent trial of the century." Newly released photos from the case (courtesy of The Verge) show a wide variety of CAD drawings, ...

**Everything you need to know about Apple vs Samsung**

Macworld UK, 09:29, 27 July 2012, 1515 words, (English)

The big Apple-Samsung patent trial begins in the US on Monday. What are the arguments, what's at stake, who's likely to win, and where will this leave the mobile industry as a whole?

**Apple Claims Google Warned Samsung Against Copying iPhone and iPad**

Daring Fireball, 09:24, 27 July 2012, 558 words, John Paczkowski, (English)

When Apple's patent battle with Samsung heads to trial next week, the iPhone maker plans to build its case using its Korean rival's own words against it. An unredacted version of Apple's trial brief bluntly states that Samsung was well ...

**iPhone and iPad prototypes show Apple's roads not...**

GameDaily, 09:57, 27 July 2012, 561 words, Chris Rawson Jul, (English)

It turns out the prototype iPad we saw last week was just the tip of the iceberg in the Apple versus Samsung "patent trial of the century." Newly released photos from the case (courtesy of The Verge) show a wide variety of CAD drawings, ...

**12 things you need to know about Apple v. Samsung**

Computerworld, 12:04, 27 July 2012, 1096 words, Martyn Williams, (English)

IDG News Service - The stakes are high for both Apple and Samsung Electronics as they prepare to kick off their much-anticipated patent-infringement trial in front of a California jury on Monday.

**Who Copied Whom? The Days Leading Up To Apple vs Samsung**

Red Orbit, 13:18, 27 July 2012, 1091 words, Michael Harper, (English)

The road leading to the great US case of Apple v Samsung has already been a spectacular one, full of twists and turns, injunctions and revelations. For instance, Samsung has already had injunctions placed on 2 of their devices, depositions ...

**iPhone and iPad prototypes show Apple's roads not taken**

Unofficial Apple Weblog, 11:37, 27 July 2012, 1066 words, Chris Rawson Jul, (English)

    © 2012 Factiva, Inc.  All rights reserved.

It turns out the prototype iPad we saw last week was just the tip of the iceberg in the Apple versus Samsung "patent trial of the century." Newly released photos from the case (courtesy of The Verge) show a wide variety of CAD drawings, ...

⊕ **Apple says Google warned Samsung about copying Apple's work**

Unofficial Apple Weblog, 27 July 2012, 313 words, Kelly Hodgkins, (English)

gt; The big trial between Apple and Samsung is slated to begin next week in the US and the two companies are filing briefs in advance to prepare for the jury part of the trial. One juicy tidbit pulled out of Apple's brief by AllThingsD ...

⊕ **Apple vs. Samsung: What you need to know**

Macworld, 15:02, 27 July 2012, 1430 words, David Price, (English)

We've summarised each side's arguments below and have attempted to explain what Apple and Samsung stand to win or lose in this titanic legal battle, how likely each outcome is, and the likely effect on the tablet and smartphone markets—not ...

⊕ **Apple v Samsung - 12 things you need to know**

Computerworld UK, 12:43, 27 July 2012, 1005 words, Martyn Williams, (English)

The stakes are high for both Apple and Samsung Electronics as they prepare to kick off their much-anticipated patent-infringement trial in front of a California jury on July 30.

⊕ **Early iPhone prototypes drew inspiration from Sony, iPod mini**

Ars Technica, 15:16, 27 July 2012, 327 words, Chris Foresman Jul, (English)

Apple's iPhone 4/4S design was influenced by principles extolled by a Sony designer, according to court documents filed in the ongoing Apple v. Samsung lawsuit in California. The unredacted filings, made in preparation of a jury trial ...

⊕ **Tech Firms Battle to Keep Secrets as Apple vs. Samsung Nears Trial**

All Things Digital, 27 July 2012, 553 words, Ina Fried, (English)

While the primary battle next week in a San Jose courtroom will be between Samsung and Apple, a secondary skirmish is also taking place. Both Apple and Samsung — along with a variety of other tech companies including Intel, Qualcomm and ...

⊕ **Apple v. Samsung : 5 Most Surprising Reveals in the Latest Court Documents**

Wired, 17:37, 27 July 2012, 1038 words, Christina Bonnington, (English)

The lawyers behind the upcoming Apple v. Samsung trial have been hard at work filing docket after docket as their court battle looms closer, and many of those dockets have just been released to the public. We're now seeing a lot of ...

⊕ **Apple v. Samsung : 5 Surprising Reveals in Latest Court Documents**

Wired, 17:49, 27 July 2012, 1036 words, Christina Bonnington, (English)

The lawyers behind the upcoming Apple v. Samsung trial have been hard at work

   © 2012 Factiva, Inc.  All rights reserved.

filing docket after docket as their court battle looms closer, and many of
those dockets have just been released to the public. We're now seeing a lot
of ...

**Apple Tries to Torpedo Samsung's "Sony Style" iPhone Charge**

All Things Digital, 27 July 2012, 401 words, John Paczkowski, (English)

Samsung's argument that Apple cribbed portions of its original iPhone design
from Sony is an interesting one, but the company may not get a chance to see
how it plays in court. Unsurprisingly, Apple has taken exception to it and
asked that ...

**Apple v. Samsung court filings reveal Sony-inspired iPhone, kickstand-
equipped iPad and other prototypes**

Engadget, 14:38, 27 July 2012, 681 words, Donald Melanson, (English)

There's no telling how much more we'll see once the big Apple vs. Samsung
trial finally gets underway in a San Jose federal court next week, but today
has already seen the release of a swath of new documents full of surprises.
Most notably, ...

**Apple v. Samsung patent trial over iPhone and iPad patent claims set to begin**

The Oakland Tribune, 27 July 2012, 1033 words, Howard Mintz hmintz@mercurynews.com, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past
Apple and its iPhone to become the largest seller of smartphones in the
world. And it also has become one of the companies nipping at Apple's heels
in the scorching ...

**Apple v. Samsung patent trial over iPhone and iPad patent claims set to begin**

Contra Costa Times, 27 July 2012, 1036 words, Howard Mintz hmintz@mercurynews.com, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past
Apple and its iPhone to become the largest seller of smartphones in the
world. And it also has become one of the companies nipping at Apple's heels
in the scorching ...

**Apple says Google warned Samsung about copying Apple's work**

Unofficial Apple Weblog, 14:30, 27 July 2012, 775 words, Kelly Hodgkins Jul, (English)

The big trial between Apple and Samsung is slated to begin next week in the
US and the two companies are filing briefs in advance to prepare for the jury
part of the trial. One juicy tidbit pulled out of Apple's brief by AllThingsD
reveals ...

**Samsung v. Apple Trial Documents Reveal Early iPhone and iPad Prototypes**

IPod Daily News, 09:28, 28 July 2012, 267 words, Jordan Golson, (English)

The plethora of court cases between Apple and other companies over
trademarks, design decisions, and patents have only occasionally offered
anything of interest to the average observer. Today, however, The Verge has
dug up a treasure trove ...

**Everything you need to know about Apple vs Samsung**

IPod Daily News, 09:28, 28 July 2012, 1516 words, (English)

The big Apple-Samsung patent trial begins in the US on Monday. What are the arguments, what's at stake, who's likely to win, and where will this leave the mobile industry as a whole?

**Court filings reveal Sony-inspired iPhone ahead of next week's trial**
TechSpot, 10:05, 28 July 2012, 332 words, Lee Kaelin, (English)
The widely-discussed patent infringement trial between Apple and Samsung starts next week, with the former seeking $2.525 billion in damages and the latter demanding 2.4% of the sale price on every device misusing its patents.

**Court filings reveal Sony-inspired iPhone ahead of next week's trial**
TechSpot, 10:04, 28 July 2012, 333 words, Lee Kaelin, (English)
The widely-discussed patent infringement trial between Apple and Samsung starts next week, with the former seeking $2.525 billion in damages and the latter demanding 2.4% of the sale price on every device misusing its patents.

**Android Central international round-up - July 28, 2012**
Android Central, 28 July 2012, 525 words, Alex Dobie, (English)
The Olympic Games kicked off in London this week, starting with an opening ceremony featuring two leading smartphones from Samsung, the Galaxy S3 and Galaxy Note. And with Samsung being not only a leading Android manufacturer, but a global ...

**Everything you need to know about Apple vs Samsung**
ARN, 10:50, 28 July 2012, 1426 words, (English)
The big Apple-Samsung patent trial begins in the US on Monday. What are the arguments, what's at stake, who's likely to win, and where will this leave the mobile industry as a whole?

**Apple v. Samsung: 5 Surprising Reveals in Latest Court Documents**
Gadget Lab, 09:42, 28 July 2012, 1160 words, Christina Bonnington, (English)
An early prototype of the iPad featuring iPod labeling was revealed in court documents Thursday. The lawyers behind the upcoming Apple v. Samsung trial have been hard at work filing docket after docket as their court battle looms closer, and ...

**Ad for Apple's Siri gets poison oak wrong, report says**
One More Thing, 09:42, 28 July 2012, 648 words, (English)
According to a report, the ad showed up in a July issue of The Economist, and displayed Siri pointing to poison ivy and not poison oak in the image.

**Apple v. Samsung patent trial over iPhone and iPad patent claims set to begin**
Contra Costa Times, 12:12, 28 July 2012, 1017 words, Howard Mintz, (English)
SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

**Chick-fil-A spokesman dies**

Contra Costa Times, 12:12, 28 July 2012, 1008 words, Howard Mintz, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

**Mercury News interview: Shon Boney, CEO Sprouts Farmers Market**

Contra Costa Times, 12:12, 28 July 2012, 1012 words, Howard Mintz, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

**Apple v. Samsung patent trial over iPhone and iPad patent claims set to begin**

San Jose Mercury News, 14:05, 28 July 2012, 1036 words, Howard Mintz, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

**Apple Tries to Torpedo Samsung's "Sony Style" iPhone Charge**

All Things Digital, 14:23, 28 July 2012, 460 words, John Paczkowski, (English)

Samsung's argument that Apple cribbed portions of its original iPhone design from Sony is an interesting one, but the company may not get a chance to see how it plays in court. Unsurprisingly, Apple has taken exception to it and asked that ...

**FourSquare served lawsuit over patents on GPS usage**

Neowin.net, 14:24, 28 July 2012, 1119 words, (English)

FourSquare is a service loved and loathed by different people. Some will argue that it spams Twitter incessantly as you check in at various locations, while others extol its virtues for letting you share your experiences with friends. ...

**Everything You Need to Know About the Big Apple vs. Samsung Patent Trial**

PC World, 21:00, 28 July 2012, 969 words, David Price, (English)

The big Apple-Samsung patent trial begins in the Unites States on Monday. What are the arguments, what's at stake, who's likely to win, and where will this leave the mobile industry as a whole?

**Samsung Makes Another Case to Have Apple's "Sony Style" Put Before Jury**

All Things Digital, 29 July 2012, 533 words, Ina Fried, (English)

One of the key debates raging ahead of next week's big patent trial is whether Samsung will be able to present a jury with evidence that Apple's iPhone was heavily influenced by Sony. Samsung has introduced evidence that the iPhone project ...

    © 2012 Factiva, Inc. All rights reserved.

⚙ **Tech titans face off in court over iPhone, iPad**

The Seattle Times, 12:01, 29 July 2012, 972 words, PAUL ELIAS, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

⚙ **Tech titans face off in court over iPhone, iPad**

Boston.com, 12:04, 29 July 2012, 990 words, Paul Elias, (English)

SAN FRANCISCO—Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

⚙ [Tech titans face off in court over iPhone, iPad](#)

The Sacramento Bee, 11:56, 29 July 2012, 988 words, PAUL ELIAS, (English)

Copyright 2012 . All rights reserved. This material may not be published, broadcast, rewritten or redistributed. SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. ...

⚙ [Tech titans face off in court over iPhone, iPad](#)

WLNS, 12:17, 29 July 2012, 992 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

⚙ [Tech titans face off in court over iPhone, iPad](#)

Portland Press Herald, 12:18, 29 July 2012, 973 words, Press Herald, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

⚙ [Tech titans face off in court over iPhone, iPad](#)

The Kansas City Star, 12:18, 29 July 2012, 973 words, PAUL ELIAS, (English)

SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

⚙ [Everything you need to know about Apple vs Samsung](#)

Macworld Australia, 12:14, 29 July 2012, 1522 words, David Price, (English)

The big Apple-Samsung patent trial begins in the US on Monday. What are the arguments, what's at stake, who's likely to win, and where will this leave the mobile industry as a whole?

⚙ [Tech titans face off in court over iPhone, iPad](#)

ABC 33/40, 12:34, 29 July 2012, 993 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

KEYC Television, 13:31, 29 July 2012, 1019 words, (English)

Romania is holding a referendum on impeaching President Traian Basescu, part of a political battle that has raised questions about the rule of law in the fledgling EU member.

[Tech titans face off in court over iPhone, iPad](#)

WMDT, 13:25, 29 July 2012, 993 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

Atlanta WSB AM 750 Talk Radio, 11:44, 29 July 2012, 972 words, PAUL ELIAS, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Apple v. Samsung trial over iPhone and iPad patent claims set to begin](#)

San Jose Mercury News, 14:05, 29 July 2012, 1035 words, Howard Mintz, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

[Tech titans face off in court over iPhone, iPad](#)

FOX Carolina, 14:20, 29 July 2012, 993 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

WSMV, 14:20, 29 July 2012, 993 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Apple, Samsung face off in federal court over patents to iPhones, iPads](#)

Associated Press Newswires, 15:18, 29 July 2012, 975 words, By PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

KAALtv.com, 15:35, 29 July 2012, 976 words, PAUL ELIAS, (English)

(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

Daily Herald, 17:32, 29 July 2012, 971 words, Associated Press, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### Tech titans face off in court over iPhone, iPad

WHDH-TV, 17:33, 29 July 2012, 972 words, Business News, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

### Court Case Offers Rare Glimpse at Dozens of iPhone and iPad Prototype Designs

All Things Digital, 29 July 2012, 419 words, Ina Fried, (English)

One of the fun side benefits of the Apple's court case against Samsung is that the inside peek being given inside how the Cupertino, Calif.-based company develops its new products. That's because as part of its case, Apple is forced to hand ...

### Key Witness No Longer Works At Apple, Doesn't Want to Testify at Samsung Trial

All Things Digital, 29 July 2012, 311 words, Ina Fried, (English)

Shin Nishibori, the Apple designer whose Sony-infused iPhone designs have become a central issue in the Samsung patent case, apparently has no plans to testify in the upcoming trial. In a letter to the court on Sunday, a lawyer representing ...

### Former Apple designer won't be in court Monday for Apple Samsung trial

TechWorld, 15:01, 29 July 2012, 313 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

### Former Apple designer won't be in court Monday for Apple Samsung trial

Computerworld Singapore, 12:00, 29 July 2012, 312 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

### Google Seeks to Dismiss Class Action eBook Lawsuit

Good E-Reader Blog, 12:55, 29 July 2012, 882 words, Michael Kozlowski, (English)

When Google decided to scan 15 million orphaned eBooks and many classical works seven years ago, the last thing they envisioned was a monumental class action lawsuit. Recently a judge hearing the class refused a proposed $125 million dollar ...

### Former Apple designer won't be in court Monday for Apple Samsung trial

Computerworld Malaysia, 12:00, 29 July 2012, 312 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

### WSJ Blog: Key Witness No Longer Works At Apple, Doesn't Want to Testify at Samsung Trial

Dow Jones Global Equities News, 23:19, 29 July 2012, 225 words, By Ina Fried, (English)

Shin Nishibori, the Apple designer whose Sony-infused iPhone designs have become a central issue in the case, apparently has no plans to testify in the patent infringement case.

### Apple, Google and Microsoft eye Kodak patents

ZDNet Australia, 01:03, 30 July 2012, 397 words, Josh Taylor, (English)

As Kodak prepares to sell off 1100 of its patents in a bid to stay afloat, Microsoft, Google and Apple are all reportedly looking to get a slice of the patent pie.

### Apple, Samsung wage war in court over product designs

The Dallas Morning News, 01:05, 30 July 2012, 718 words, Paul Elias, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and tablet markets.

### Tech titans in court over iPhone, iPad

Pittsburgh Post-Gazette, 01:04, 30 July 2012, 497 words, (English)

Share with others: SAN FRANCISCO -- Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊙ [Tech titans face off in court over iPhone, iPad](#)

The Detroit News, 01:00, 30 July 2012, 971 words, Paul Elias, (English)

San Francisco -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

⊙ [Former Apple designer won't be in court Monday for Apple Samsung trial](#)

Computerworld, 01:17, 30 July 2012, 488 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

⊙ [Apple, Google and Microsoft eye Kodak patents](#)

ZDNet Asia, 01:17, 30 July 2012, 397 words, Josh Taylor, (English)

As Kodak prepares to sell off 1100 of its patents in a bid to stay afloat, Microsoft, Google and Apple are all reportedly looking to get a slice of the patent pie.

⊙ [Apple to call execs, Samsung employees at patent trial](#)

MacNN, 02:15, 30 July 2012, 661 words, Electronista Staff, (English)

Witnesses appearing at the US trial of Apple versus Samsung run the gamut from early Apple employees and current executives to Samsung employees and expert witnesses. The case, which is seeking billions in damages from Samsung for allegedly ...

⊙ [Former Apple Designer Won't Be in Court Monday for Apple Samsung Trial](#)

PC World, 01:20, 30 July 2012, 309 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

⊙ [Apple reveals 'Purple' phone prototype in court filing, to prove it didn't copy Sony](#)

Engadget, 30 July 2012, 187 words, Mat Smith, (English)

Alongside another raft of iPhone and iPad prototype sketches and designs, Apple claims that the design process that culminated in its first smartphone predated its Sony-tinged renders. The Verge spotted Apple's latest filing to the court ...

⊙ [Former Apple designer won't be in court Monday for Apple Samsung trial](#)

PC Advisor, 03:33, 30 July 2012, 312 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent

infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.


### Tech titans face off in court over iPhone, iPad

Daily Courier-Observer, 30 July 2012, 968 words, Associated Press, (English)

SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.


### Titans face off in court over iPhone, iPad

Worcester Telegram & Gazette, 06:31, 30 July 2012, 694 words, Paul Elias, (English)

SAN FRANCISCO — Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


### Tech trial: Titans face off in court over iPhone, iPad

Indianapolis Star, 08:58, 30 July 2012, 972 words, Paul Poteet, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


### As Apple and Samsung Head to Court, Here's a Handy Cheat Sheet

All Things Digital, 30 July 2012, 1119 words, Ina Fried, (English)

As you may have heard, Apple and Samsung are having a bit of a tiff. Actually, it is more like a knock-down, drag-out brawl at this point. But one piece of the argument is due to be settled in a trial that starts today in a federal court in ...


### Key witness no longer works at Apple, doesn't want to testify

Fortune, 07:34, 30 July 2012, 317 words, Ina Fried, (English)

Shin Nishibori, the Apple designer whose Sony-infused iPhone designs have become a central issue in the Samsung patent case, apparently has no plans to testify in the upcoming trial.


### Apple vs Samsung begins: Billions at stake in federal court

SlashGear, 30 July 2012, 530 words, Chris Davies, (English)

Apple and Samsung are set to square off in the first day of the San Jose federal jury trial today, as the next phase of the heated design and patent row kicks off with huge stakes in the smartphone and tablet worlds. Having failed to reach ...


### Tech titans face off in court over iPhone, iPad

Philly.com, 07:48, 30 July 2012, 969 words, PAUL ELIAS, (English)

SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

Apple v. Samsung: Patent trial of the century

Fortune, 08:17, 30 July 2012, 590 words, Philip Elmer-DeWitt, (English)

FORTUNE -- The most important confrontation in the "thermonuclear war" Apple (AAPL) CEO Steve Jobs launched against Google's (GOOG) Android operating system two years ago is scheduled to begin in earnest Monday when two armies of opposing ...

Apple's Court Brawl Begins

FOXNews.com, 09:00, 30 July 2012, 1020 words, Associated Press, (English)

Aug. 25, 2011: An attorney holds an Apple iPad, left, and a Samsung Galaxy Tab 10.1 at the regional court in Duesseldorf, Germany.AP Photo/dapd, Sascha Schuermann

2005 Purple iPhone design could thwart Samsung's assertion that Apple copied Sony

9 to 5 Mac, 30 July 2012, 105 words, Seth Weintraub, (English)

. We hope you aren't sick of early iPhone prototypes just yet as the monster Apple vs. Samsung trial is kicking off today and yet another prototype has hit the docket.  This time, Apple is releasing images of its "purple" iPhone design from ...

In iPad copycat case, Quinn Emanuel is on the defensive

The Recorder, 30 July 2012, 1527 words, Amy Miller amiller@alm.com, (English)

Quinn Emanuel Urquhart & Sullivan's reputation as one of the toughest firms to beat in a courtroom is on the line. Starting Monday, a team of high-profile litigators led by Charles Verhoeven will defend Samsung Electronics Co. in front ...

Tech titans face off in court over iPhone, iPad

The News & Observer, 08:49, 30 July 2012, 969 words, PAUL ELIAS, (English)

SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

Tech titans face off in court over iPhone, iPad

KRVN 880 Rural Radio, 09:08, 30 July 2012, 1059 words, PAUL ELIAS, (English)

FILE - In this June 7, 2010, file photo, Apple CEO Steve Jobs holds a new iPhone at the Apple Worldwide Developers Conference in San Francisco. Two tech titans are squaring off in federal court Monday in a closely watched trial over control ...

[⊕] [Tech titans face off in court over iPhone, iPad](#)

KSL-TV, 09:08, 30 July 2012, 971 words, Paul Elias, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


[⊕] [Tech titans face off in court over iPhone, iPad](#)

Hendersonville Times News, 09:03, 30 July 2012, 984 words, PAUL ELIAS, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


[⊕] [Tech titans in court over iPhone, iPad](#)

Californian (Salinas), 23:54, 29 July 2012, 581 words, Paul Elias, (English)

SAN FRANCISCO — Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smart phone and computer tablet markets.


[⊕] [Tech titans face off in court over iPhone, iPad](#)

The Houma Courier, 09:16, 30 July 2012, 985 words, PAUL ELIAS, (English)

SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


[⊕] [Tech titans face off in court over iPhone, iPad](#)

KBCI 2 Boise, 09:27, 30 July 2012, 995 words, PAUL ELIAS, (English)

Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...


[⊕] [Tech titans face off in court over iPhone, iPad](#)

Houma Today, 09:28, 30 July 2012, 987 words, PAUL ELIAS, (English)

SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


[⊕] [Former Apple designer won't be in court Monday for Apple Samsung trial](#)

Macworld UK, 09:28, 30 July 2012, 312 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

**Apple to call execs, Samsung employees at patent trial**

IPod Daily News, 09:29, 30 July 2012, 662 words, Electronista Staff, (English)

Witnesses appearing at the US trial of Apple versus Samsung run the gamut from early Apple employees and current executives to Samsung employees and expert witnesses. The case, which is seeking billions in damages from Samsung for allegedly ...

**Tech titans face off in court**

WTNH.com, 09:30, 30 July 2012, 968 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

**Tech titans face off in court over iPhone, iPad**

WNYT, 09:33, 30 July 2012, 971 words, PAUL ELIAS, (English)

(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

**Apple v. Samsung trial over iPhone and iPad patent claims set to begin**

Oroville Mercury Register, 09:33, 30 July 2012, 1036 words, Howard Mintz, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

**Apple, Samsung face off in court over iPhone, iPad**

The Seattle Times, 09:38, 30 July 2012, 968 words, PAUL ELIAS, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

**Tech titans face off in court over iPhone, iPad**

WWL-TV, 09:35, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

**Tech titans face off in court over iPhone, iPad**

KMSB-TV, 09:36, 30 July 2012, 998 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

   © 2012 Factiva, Inc.  All rights reserved.

[Apple, Samsung to face off in trial over control of US smartphone market](#)

The Christian Science Monitor, 09:55, 30 July 2012, 894 words, Paul Elias, (English)

Apple Inc. filed a lawsuit against Samsung Electronics Co. last year alleging the world's largest technology company's smartphones and computer tablets are illegal knockoffs of its popular iPhone and iPad products.Apple is demanding $2.5 ...

[Samsung Thwarted in Bid To Show Apple has "Sony Style"](#)

All Things Digital, 30 July 2012, 419 words, Ina Fried, (English)

It looks like the jury hearing the case of Apple vs. Samsung won't get to hear the degree to which Apple's iPhone was influenced by Sony. The federal judge overseeing the case ruled late Sunday Samsung's opening argument can't talk about ...

[Apple, Samsung face off in court](#)

The Patriot-News, 30 July 2012, 274 words, (English)

PATENT FIGHT Two tech titans will square off in federal court today in a closely watched trial over control of the U. S. smart phone and computer tablet markets. Apple Inc. filed a lawsuit against Samsung Electronics Co. last year alleging ...

[Apple Reveals 2005 'Purple' Prototype To Quash Samsung's iPhone Inspired By Sony Claim](#)

iPhone Hacks, 30 July 2012, 81 words, iPhoneHacks, (English)

Apple and Samsung's trial kicks off in a federal district court in San Jose, California today. The court documents filed for the trial have revealed some interesting details. Apple has made an argument in favor of its "Samsung copied Apple ...

[Apple-Samsung Patent Battle Shifts to Trial](#)

The New York Times, 30 July 2012, 1070 words, By STEVE LOHR, (English)

Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.

[Tech titans face off in court over iPhone, iPad](#)

590 KLBJ, 09:28, 30 July 2012, 971 words, Austin Jobs, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

KEPR-TV, 09:24, 30 July 2012, 995 words, PAUL ELIAS, (English)

Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

[Tech titans face off in court over iPhone, iPad](#)
KCBY.com, 09:26, 30 July 2012, 995 words, PAUL ELIAS, (English)
Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

[Tech titans face off in court over iPhone, iPad](#)
Sarasota Herald-Tribune, 09:22, 30 July 2012, 986 words, PAUL ELIAS, (English)
SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)
WSFA, 09:44, 30 July 2012, 988 words, PAUL ELIAS, (English)
SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)
News Channel 10, 09:43, 30 July 2012, 983 words, PAUL ELIAS, (English)
(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)
KOLD-TV, 09:43, 30 July 2012, 1022 words, (English)
(AP Photo/Ahn Young-joon, File). FILE - In this April 19, 2011 file photo, Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea.

[Tech titans face off in court over iPhone, iPad](#)
WIS-TV, 09:45, 30 July 2012, 989 words, PAUL ELIAS, (English)
SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)
WTen.com, 09:45, 30 July 2012, 989 words, The Associated Press, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

◁ **Tech titans face off in court over iPhone, iPad**
WOI-TV, 09:45, 30 July 2012, 989 words, The Associated Press, (English)
SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

◁ **Tech titans face off in court over iPhone, iPad**
Belleville View, 09:54, 30 July 2012, 997 words, PAUL ELIAS, (English)
SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

◁ **Apple vs. Samsung: Tech Titans Face Off in U.S. Court Over iPhone, iPad**
Daily Finance, 10:19, 30 July 2012, 943 words, The Associated Press, (English)
SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

◁ **Tech titans face off in court over iPhone, iPad**
Santa Cruz Sentinel, 09:28, 30 July 2012, 972 words, PAUL ELIAS, (English)
SAN FRANCISCO—Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

◁ **Tech Titans Face Off in Court over iPhone, iPad**
Wireless Week, 10:19, 30 July 2012, 971 words, Paul Elias, (English)
SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

◁ **Apple Vs Samsung - Companies Finally Square Off In California Court**
Red Orbit, 10:19, 30 July 2012, 569 words, Michael Harper, (English)
The case between Apple and Samsung finally kicks off today as jury selection begins in Judge Lucy Koh's California District Court in San Jose.

◁ **Apple counter Samsung claims, reveals 2005 'Purple' iPhone prototype design**
MacDailyNews, 10:19, 30 July 2012, 197 words, (English)
"When we last checked in on the Apple vs Samsung trial, filings revealed Samsung's aggressive plans to beat Apple, but also suggested a glimpse at Apple's Sony-inspired design process," Nate Ralph reports

   © 2012 Factiva, Inc.  All rights reserved.

for The Verge.

[⟳] **Tech Titans Face Off in Court Over iPhone, iPad**

KAALtv.com, 10:19, 30 July 2012, 968 words, Jennie Olson, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[⟳] **Tech titans face off in court over iPhone, iPad**

KEYT3, 09:59, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[⟳] **Apple strikes back at Samsung with 2005 iPhone prototype design**

Topanga Messenger, 09:59, 30 July 2012, 339 words, Sam Oliver, (English)

Countering Samsung's allegations that the iPhone borrowed design elements from Sony, Apple has revealed an iPhone prototype dating back to 2005 that shares many design elements with the iPhone 4 released in 2010.

[⟳] **Apple, Samsung to face off in trial over control of US smartphone market**

Topanga Messenger, 09:59, 30 July 2012, 895 words, Paul Elias, (English)

Apple Inc. filed a lawsuit against Samsung Electronics Co. last year alleging the world's largest technology company's smartphones and computer tablets are illegal knockoffs of its popular iPhone and iPad products.Apple is demanding $2.5 ...

[⟳] **Apple, Samsung to face off in court over iPhone, iPad**

Topanga Messenger, 09:59, 30 July 2012, 1025 words, Associated Press, (English)

Aug. 25, 2011: An attorney holds an Apple iPad, left, and a Samsung Galaxy Tab 10.1 at the regional court in Duesseldorf, Germany.AP Photo/dapd, Sascha Schuermann

[⟳] **Tech titans face off in court over iPhone, iPad**

WSPA News, 10:05, 30 July 2012, 997 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[⟳] **Tech titans face off in court over iPhone, iPad**

WAVE 3, 09:54, 30 July 2012, 1022 words, (English)

(AP Photo/Ahn Young-joon, File). FILE - In this April 19, 2011 file photo, Samsung Electronics' Galaxy S,

 © 2012 Factiva, Inc.  All rights reserved.

left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea.

⊕ [Apple Faces Samsung in Court: Hot Trends](#)

Ashland TAB, 09:36, 30 July 2012, 412 words, Brittany Umar, (English)

NEW YORK (TheStreet) -- Popular searches on the Internet include Apple(AAPL) as the tech titan is set to face competitor Samsung in court Monday.

⊕ [Tech titans face off in court over iPhone, iPad](#)

Reliable Answers, 10:06, 30 July 2012, 971 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Tech titans face off in court over iPhone, iPad](#)

klewtv.com 3, 10:06, 30 July 2012, 995 words, PAUL ELIAS, (English)

Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the ...

⊕ [Tech titans face off in court over iPhone, iPad](#)

KTEN, 09:40, 30 July 2012, 990 words, The Associated Press, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Apple Faces Samsung in Court: Hot Trends](#)

Oak Ridger, 09:41, 30 July 2012, 411 words, Brittany Umar, (English)

NEW YORK (TheStreet) -- Popular searches on the Internet include Apple(AAPL) as the tech titan is set to face competitor Samsung in court Monday.

⊕ [Tech titans face off in court over iPhone, iPad](#)

Local Tech Wire, 10:07, 30 July 2012, 970 words, PAUL ELIAS, (English)

SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Tech titans face off in court over iPhone, iPad](#)

News 10 NBC, 10:11, 30 July 2012, 984 words, PAUL ELIAS, (English)

(AP) SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

   © 2012 Factiva, Inc.  All rights reserved.

[Apple, Samsung face off in US court over patents](#)

KVUE News Online, 10:15, 30 July 2012, 927 words, Associated Press, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

KUSA-TV, 10:16, 30 July 2012, 975 words, The Associated Press, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

Access North GA, 10:24, 30 July 2012, 972 words, Ken Stanford, (English)

SAN FRANCISCO - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Apple Faces Samsung in Court: Hot Trends](#)

The Girard Press, 10:24, 30 July 2012, 412 words, Brittany Umar, (English)

NEW YORK (TheStreet) -- Popular searches on the Internet include Apple(AAPL) as the tech titan is set to face competitor Samsung in court Monday.

[Judge blocks Samsung's 'Sony iPhone design' evidence](#)

Neowin.net, 30 July 2012, 42 words, John Callaham, (English)

A judge has ruled that the jury in the lawsuit between Samsung and Apple won't hear evidence from Samsung that Apple may have stolen its iPhone design from Sony. Read more...

[Apple vs. Samsung with a side of Sony: Vertical integration wars](#)

ZDNet Asia, 11:04, 30 July 2012, 433 words, Larry Dignan, (English)

If there's any question what Apple has become look no farther than the never-ending patent and copyright bickering with Samsung to give you an answer. Apple used to be compared to PC makers and Microsoft. The reality is Apple's vertically ...

[Apple says 'Purple' iPhone concept predates Sony's art](#)

One More Thing, 09:41, 30 July 2012, 740 words, (English)

Samsung has charged Apple with allegedly copying Sony's phone designs with the iPhone, but there appears to be one design that predated Sony's. by Don Reisinger

   © 2012 Factiva, Inc.  All rights reserved.

[Early iPhone, iPad designs revealed in court filing](#)

One More Thing, 09:41, 30 July 2012, 794 words, Dara Kerr, (English)

Ever wondered what the thought process must have been like for Apple's designers in coming up with the early iterations of the iPhone and iPad? Or if there were any crazy versions that never made it to the shelf?

[Samsung, Apple head for courtroom confrontation](#)

One More Thing, 09:41, 30 July 2012, 932 words, Josh Lowensohn, (English)

Monday marks the start of the U.S. trial between Apple and Samsung, two companies that have spent the past 17 months attempting to disembowel one another with legal filings -- all while quietly doing business together that helps keep them ...

[Apple vs. Samsung with a side of Sony: Vertical integration wars](#)

ZDNet Australia, 11:18, 30 July 2012, 433 words, Larry Dignan, (English)

If there's any question what Apple has become look no farther than the never-ending patent and copyright bickering with Samsung to give you an answer. Apple used to be compared to PC makers and Microsoft. The reality is Apple's vertically ...

[More iPhone prototypes revealed to disprove Sony design influence](#)

Unofficial Apple Weblog, 30 July 2012, 300 words, Kelly Hodgkins, (English)

gt; Samsung and Apple face off in court this week when jury selection in their big patent infringement trial begins in the US. As the two gear up for their legal battle, tech journalists are still pulling out prototype images, emails and ...

[Tech titans face off in court over iPhone, iPad](#)

KSLA, 10:46, 30 July 2012, 990 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Tech titans in court over iPhone, iPad](#)

Californian Online, 10:47, 30 July 2012, 579 words, Paul Elias, (English)

SAN FRANCISCO — Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

[Tech titans face off in court over iPhone, iPad](#)

Minnesota Public Radio, 10:52, 30 July 2012, 974 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) -- Two tech titans will square off in federal court Monday in a closely watched trial

over control of the U.S. smartphone and computer tablet markets.

[Apple and Samsung's patent case goes to court today](#)

TechRadar, 10:57, 30 July 2012, 299 words, Joe Svetlik July, (English)

Today a jury will hear the opening statements for the Apple/Samsung patent case in a California court. The case has been going on for over a year now, and is one of the biggest intellectual property infringement cases ever.

[Former Apple designer won't be in court Monday for Apple Samsung trial](#)

ARN, 10:59, 30 July 2012, 417 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

[Apple's "Purple" Concept For iPhone, Gets Sony-Inspired Designs Thrown Out Of Patent Trial](#)

TechCrunch, 30 July 2012, 350 words, Sarah Perez, (English)

Jury selection is starting today for the patent trial between Apple and Samsung that has already resulted in the release of tons of early Apple iPhone and iPad prototypes designs. But one design holds particular interest: an iPhone concept ...

[Apple-Samsung Patent Battle Shifts to Trial](#)

NYTimes.com Feed, 30 July 2012, 1038 words, By STEVE LOHR, (English)

Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.

[Apple And Samsung Are Squaring Off In The Patent Fight Of The Century](#)

The Business Insider, 12:03, 30 July 2012, 970 words, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech titans face off in court](#)

WISH-TV, 11:27, 30 July 2012, 967 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[More iPhone prototypes revealed to disprove Sony design influence](#)

   © 2012 Factiva, Inc.  All rights reserved.

Unofficial Apple Weblog, 11:37, 30 July 2012, 729 words, Kelly Hodgkins Jul, (English)

Samsung and Apple face off in court this week when jury selection in their big patent infringement trial begins in the US. As the two gear up for their legal battle, tech journalists are still pulling out prototype images, emails and other ...

⊕ [More Early iPhone and iPad Prototype Designs Surface in Samsung Trial Documents](#)

Mac Rumors, 30 July 2012, 316 words, Eric Slivka, (English)

Last week, we noted that documents filed as part of the ongoing lawsuit between Apple and Samsung had revealed a few images of early iPhone prototype designs, including some that revealed similar design to what ultimately appeared years ...

⊕ [Tech titans face off in court over iPhone, iPad](#)

Digital Producer, 11:48, 30 July 2012, 971 words, The Associated Press, (English)

SAN FRANCISCO (AP) Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Tech titans face off in court over iPhone, iPad](#)

ABC 40, 11:48, 30 July 2012, 988 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Tech titans face off in court](#)

WALA-TV, 11:53, 30 July 2012, 968 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Tech titans face off in court](#)

WIVB, 11:57, 30 July 2012, 989 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊕ [Apple to call execs, Samsung employees at patent trial](#)

Electronista, 02:55, 30 July 2012, 661 words, Electronista Staff, (English)

Witnesses appearing at the US trial of Apple versus Samsung run the gamut from early Apple employees and current executives to Samsung employees and expert witnesses. The case, which is seeking billions in damages from Samsung for allegedly ...

[Tech titans face off in court over iPhone, iPad](#)

WFMJ, 12:00, 30 July 2012, 988 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


[Day One of Apple Vs. Samsung Starts with Another Debate on Apple's "Sony Style"](#)

All Things Digital, 30 July 2012, 411 words, Ina Fried, (English)

The trial of Apple vs. Samsung kicked off with another debate on whether Samsung should be allowed to present evidence on whether Sony influenced the design of the original iPhone. The judge on Sunday said that Samsung would not be able to ...


[Jury selection underway in $2.5B Apple-Samsung patent lawsuit](#)

NJ.com, 13:02, 30 July 2012, 746 words, Bloomberg News, (English)

Kimihiro Hoshino/AFP/GettyImagesAn Apple logo is seen at its annual developers conference, WWDC 2012, in this June 10, 2012 file photo in San Francisco.


[Apple-Samsung Patent Battle Shifts to Trial](#)

Pittsburgh Post-Gazette, 14:01, 30 July 2012, 1041 words, (English)

Share with others: Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.


[Former Apple designer won't be in court Monday for Apple Samsung trial](#)

Good Gear Guide, 12:14, 30 July 2012, 278 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.


[Tech titans face off in court over iPhone, iPad](#)

Yahoo! Tech, 12:19, 30 July 2012, 971 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.


[Apple, Samsung to Face off in Court over IPhone, IPad](#)

Moneynews, 12:20, 30 July 2012, 988 words, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.


   © 2012 Factiva, Inc.  All rights reserved.

⟳ [Court rules Samsung can't show Sony's influence on iPhone; Apple reveals 2005 prototype](#)

Unofficial Apple Weblog, 30 July 2012, 447 words, Steven Sande, (English)

gt; The battle royale begins in a California courtroom today, as jury selection begins in the case of Apple vs. Samsung. As part of the last-minute legal maneuvering before the trial started, Samsung attempted to show how certain iPhone ...

⟳ [Former Apple designer won't be in court Monday for Apple Samsung trial](#)

Australian PC World, 12:28, 30 July 2012, 279 words, John Ribeiro, (English)

Shin Nishibori, a former Apple designer and a key witness in Samsung defense against patent infringement allegations from Apple, will not appear before a California court on Monday despite being asked to do so.

⟳ [Tech titans face off in court over iPhone, iPad](#)

Digital Post Production, 12:28, 30 July 2012, 972 words, The Associated Press, (English)

SAN FRANCISCO (AP) Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⟳ [A look at an early iPhone prototype](#)

Fortune, 13:35, 30 July 2012, 207 words, JP Mangalindan, (English)

Apple reveals the 'Purple' smarphone prototype; how Yahoo's new CEO is making the company more like Google. Apple iPhone 5 and iPad mini event planned for September 12, iPhone 5 release date for September 21[iMORE]

⟳ [Former Apple designer will not be in court for Samsung trial](#)

Computerworld UK, 12:45, 30 July 2012, 250 words, John Ribeiro, (English)

Former Apple designer Shin Nishibori, key witness in Samsung defence against patent infringement allegations from Apple, will not appear before a California court today despite being asked to do so.

⟳ [Apple, Samsung patent case jury selection begins](#)

TechWorld, 13:45, 30 July 2012, 455 words, (English)

Lawyers for Apple and Samsung Electronics have begun choosing the 10 people that will make up the jury to which they will argue claims of patent infringement.

⟳ [Apple, Samsung patent case jury selection begins](#)

Computerworld, 13:45, 30 July 2012, 472 words, (English)

Lawyers for Apple and Samsung Electronics have begun choosing the 10 people that will make up the

jury to which they will argue claims of patent infringement.

**Massacre Suspect to be Charged; Dow Trading above 13,000; Apple, Samsung Patent Trial of the Century; E-Mail Leads to Huge Network of Child Porn Spanning the Globe; Bill Clinton Front & Center at DNC.**
CNN: CNN Newsroom, 30 July 2012, 7625 words, Kyra Phillips, Alison Kosik, Mark Preston, Suzanne Malveaux, Wolf Blitzer, Zain Verjee, Mohammed Jamjoom, Jim Spellman, Sara Sidner, (English)
KYRA PHILLIPS, CNN ANCHOR: And hello everyone. I'm Kyra Phillips. It's 11:00 on the East Coast, 8:00 on the West. We're 30 minutes away from another court appearance by James Egan Holmes, and this is a big one. Formal charges in the ...

🔘 **Tech titans face off in court over iPhone, iPad**
The News-Sun, 10:29, 30 July 2012, 867 words, PAUL ELIAS, (English)
SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

🔘 **Tech titans face off in court over iPhone, iPad**
MaineToday.com, 10:23, 30 July 2012, 973 words, PAUL ELIAS, (English)
SAN FRANCISCO — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

🔘 **Apple, Samsung in court over iPhone, iPad**
Tampa Bay Online, 13:16, 30 July 2012, 966 words, The Associated Press, (English)
Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

🔘 **Apple, Samsung face off in court over iPhone, iPad**
KGO San Francisco, 13:39, 30 July 2012, 971 words, The Associated Press, (English)
SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

🔘 **Key witness in Apple-Samsung trial won't testify**
SlashGear, 30 July 2012, 488 words, Eric Abent, (English)
The trial between Apple and Samsung, which is kicking off today, will apparently be moving forward without a key witness that could have helped Samsung's case quite a bit. All Things Digital reports that Shin Nishibori no longer works at ...

   © 2012 Factiva, Inc.  All rights reserved.

⊕ **Apple, Samsung Patent Case Jury Selection Begins**

PC World, 13:20, 30 July 2012, 457 words, Martyn Williams, (English)

Lawyers for Apple and Samsung Electronics have begun choosing the 10 people that will make up the jury to which they will argue claims of patent infringement.

⊕ **Apple, Samsung patent case jury selection begins**

Computerworld, 15:34, 30 July 2012, 474 words, Martyn Williams, (English)

IDG News Service - Lawyers for Apple and Samsung Electronics have begun choosing the 10 people that will make up the jury to which they will argue claims of patent infringement.

⊕ **Apple, Samsung patent case jury selection begins**

Macworld, 16:18, 30 July 2012, 393 words, Martyn Williams, (English)

The jurors are being selected from a pool of people called in to the U.S. District Courthouse in San Jose, California. Each side will get to question prospective jurors and dismiss those they don't want on the jury.

⊕ **TEXT-S&P revises Rovi Corp outlook to negative**

Reuters, 16:21, 30 July 2012, 1213 words, (English)

Overview -- Rovi Corp. lowered its full-year revenue and earnings outlook. -- We are revising our 'BB-' rating outlook on Rovi to negative from stable, based on our reduced performance expectations for full-year 2012. -- The negative ...

**Tech titans face off in court over iPhone, iPad**

The Herald-Palladium, 30 July 2012, 962 words, (English)

Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

**Apple, Samsung face off in federal court over patents to iPhones, iPads**

Associated Press Newswires, 16:30, 30 July 2012, 996 words, By PAUL ELIAS, (English)

SAN FRANCISCO (AP) - With billions of dollars and control of the U.S. smartphone and computer tablets markets at stake, jury selection began Monday in a closely watched trial between two of the world's leading tech companies over patents.

⊕ **Apple, Samsung face off in federal court over patents to iPhones, iPads**

Star-Tribune, 16:51, 30 July 2012, 1001 words, PAUL ELIAS, (English)

Please enter your valid email address. SAN FRANCISCO - With billions of dollars and control of the U.S. smartphone and computer tablets markets at stake, jury selection began Monday in a closely watched trial between two of the world's ...

     © 2012 Factiva, Inc.  All rights reserved.

⊙ [News: Former Apple Designer Fights Samsung Subpoena](#)

The Mac Observer, 30 July 2012, 84 words, Bryan Chaffin, (English)

Shin Nishibori, a former designer at Apple, is fighting a subpoena from Samsung to get him to testify and appear at the patent infringement trial between the two rivals. That trial began this morning, but an attorney representing Mr. ...

⊙ [Apple, Samsung patent case jury selection begins](#)

IDG News Service, 14:15, 30 July 2012, 456 words, Francisco Bureau, (English)

Lawyers for Apple and Samsung Electronics have begun choosing the 10 people that will make up the jury to which they will argue claims of patent infringement.

⊙ [Haggling Over 'Sony Phone' Precedes Jury Selection for Apple v. Samsung](#)

Wired, 17:12, 30 July 2012, 733 words, Christina Bonnington, (English)

SAN JOSE, CA — Apple and Samsung gathered to begin the jury selection process in San Jose Federal Court on Monday morning — but not before their lawyers haggled one last time over trial evidence.

[Daily Report: Testing the Strength of Apple's Patents](#)

NYT Blogs, 30 July 2012, 273 words, By THE NEW YORK TIMES, (English)

A major patent dispute between Apple and Samsung Electronics comes to a head beginning Monday in a federal court in San Jose, Calif., Steve Lohr reports in Monday's New York Times.

⊙ [Tech titans face off in court over iPhone, iPad](#)

FOX 5 KVVU-TV, 14:25, 30 July 2012, 988 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

⊙ [Everything you need to know about Apple vs Samsung](#)

PC World New Zealand, 14:35, 30 July 2012, 1423 words, (English)

The big Apple-Samsung patent trial begins in the US today. What are the arguments, what's at stake, who's likely to win, and where will this leave the mobile industry as a whole?

⊙ [Tech titans face off in court over iPhone, iPad](#)

Valdosta Daily Times, 14:37, 30 July 2012, 970 words, (English)

SAN FRANCISCO — Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

   © 2012 Factiva, Inc.  All rights reserved.

[Apple reveals 'Purple' phone prototype in court filing, to prove it didn't copy Sony](#)

Engadget, 14:38, 30 July 2012, 483 words, Mat Smith, (English)

The previous batch of sketches revealed during Apple v Samsung suggested the iPhone may have actually borrowed ideas from Sony, but a new filing goes back even further into history to show that's not the case. The Verge spotted that the ...

[Judge blocks Samsung's 'Sony iPhone design' evidence](#)

Neowin.net, 14:38, 30 July 2012, 2959 words, (English)

A few days ago, Samsung filed a legal brief in its long running lawsuit in the US against Apple, claiming that Apple may have stolen the design for the iPhone from Sony. Samsung was hoping this might be a way to show that Apple was guilty ...

[MS takes eye off the ball](#)

ITWeb, 14:40, 30 July 2012, 1677 words, Paul Booth, (English)

In the last two weeks, the international ICT world was dominated by the executive reshuffle involving EMC and VMware, Microsoft's first ever quarterly loss, and an array of smallish acquisitions.

[Daisey Cutter: The Ultimate Apple Fanboy, Mike Daisey, Is Back With A Slightly More Realistic Show](#)

TechCrunch, 11:23, 30 July 2012, 855 words, John Biggs, (English)

Mike Daisey, noted fabulist, is back at his original theatre in DC, The Woolly Mammoth where is holding encore presentations of his debunked – and now slightly rewritten – show about working conditions at Foxconn. Gone are the guards ...

[Apple's "Purple" Concept For iPhone Gets Sony-Inspired Designs Thrown Out Of Patent Trial](#)

TechCrunch, 11:22, 30 July 2012, 767 words, Sarah Perez, (English)

Jury selection is starting today for the patent trial between Apple and Samsung that has already resulted in the release of tons of early Apple iPhone and iPad prototypes designs. But one design holds particular interest: an iPhone concept ...

[The Weather Channel Releases Lumia-Only Windows Phone App: Augmented Reality, Social Weather Alerts, And More](#)

TechCrunch, 10:50, 30 July 2012, 1019 words, (English)

Jordan Crook studied English Literature at New York University before entering the tech space. Prior to joining TechCrunch, Crook dabbled in mobile marketing and mobile apps as well as doing device reviews for MobileMarketer and MobileBurn. ...

[Tech titans face off in court over iPhone, iPad](#)

   © 2012 Factiva, Inc.  All rights reserved.

Bay News 9, 14:43, 30 July 2012, 1092 words, (English)

FILE - In this April 19, 2011 file photo, Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea. Two tech titans are squaring off in federal court Monday in a closely watched ...

🔘 Tech titans face off in court over iPhone, iPad

Times News, 14:44, 30 July 2012, 972 words, PAUL ELIAS, (English)

SAN FRANCISCO -- Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

🔘 Tech titans face off in court

WAVY, 14:51, 30 July 2012, 968 words, PAUL ELIAS, (English)

SAN FRANCISCO (AP) — Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

🔘 Tech titans face off in court over iPhone, iPad

The Columbus Dispatch, 14:55, 30 July 2012, 1009 words, (English)

The E-Edition includes all of the news, comics, classifieds and advertisements of the newspaper. And it's available to subscribers before 6 a.m. every day.

🔘 Tech titans face off in court over iPhone, iPad

WBRC-TV, 15:00, 30 July 2012, 1022 words, (English)

(AP Photo/Ahn Young-joon, File). FILE - In this April 19, 2011 file photo, Samsung Electronics' Galaxy S, left, and Apple's iPhone 4 are displayed at a mobile phone shop in Seoul, South Korea.

🔘 IBM, Toshiba try to keep a lid on Samsung deals amid Apple trial

ZDNet Australia, 19:02, 30 July 2012, 275 words, Larry Dignan, (English)

As Apple and Samsung duel in a San Jose courtroom over patents partners of the latter are scurrying to keep financial aspects of their dealings under seal.

🔘 IBM, Toshiba try to keep a lid on Samsung deals amid Apple trial

ZDNet Asia, 19:03, 30 July 2012, 274 words, Larry Dignan, (English)

As Apple and Samsung duel in a San Jose courtroom over patents partners of the latter are scurrying to keep financial aspects of their dealings under seal.

🔘 Apple strikes back at Samsung with 2005 iPhone prototype design

Apple Insider, 15:07, 30 July 2012, 338 words, Sam Oliver, (English)

Countering Samsung's allegations that the iPhone borrowed design elements from Sony, Apple has revealed an iPhone prototype dating back to 2005 that shares many design elements with the iPhone 4 released in 2010.


Major Apple Vs. Samsung Patent Lawsuit Goes To Trial

TechWeek Europe, 15:06, 30 July 2012, 596 words, Max Smolaks, (English)

A significant court battle between Apple and Samsung, two of the world's largest electronics manufacturers, will enter its final stages before a 10-member jury in a federal court in San Jose, California, on Monday.


ALL THINGS D: Day One of Apple Vs. Samsung

Dow Jones News Service, 19:40, 30 July 2012, 1001 words, (English)

(This story has been posted on All Things D, a website owned by Dow Jones.)


  By Ina Fried

  The trial of Apple versus Samsung kicked off with another debate on whether Samsung should be allowed to present evidence on whether Sony ...


Next round of Samsung, Apple litigation kicks off in California

techcentral.ie, 15:48, 30 July 2012, 461 words, (English)

TechLife | 30 Jul 2012 : Documents submitted to a California court as part of the patent battle between Apple and Samsung Electronics provide a fascinating look at the iPhone and iPad designs considered by Apple before the devices went on ...


Nightly Business Report

Nightly Business Report, 30 July 2012, 4751 words, Tom Hudson, Susie Gharib, Darren Gersh, Erika Miller, Diane  Eastabrook, (English)

SUSIE GHARIB, NIGHTLY BUSINESS REPORT ANCHOR: Good evening everyone. I`m Susie Gharib. Will the world`s economic powers take action to boost the global economy? Investors are waiting on key meetings at the Federal Reserve and the European ...


Tech Titans Face Off In Court Over iPhone, iPad

LEX 18, 15:49, 30 July 2012, 970 words, (English)

SAN FRANCISCO (AP) - Two tech titans will square off in federal court Monday in a closely watched trial over control of the U.S. smart phone and computer tablet markets.


Judge: Samsung can't show Sony-like Apple iPhone prototype


   © 2012 Factiva, Inc.  All rights reserved.

Electronista, 30 July 2012, 110 words, (English)

Samsung saw yet another procedural setback today at the opening of its trial against Apple in US District Court in San Francisco. An attempt by Samsung to frame an early iPhone prototype labeled "Jony" by Apple designers as copied from Sony ...

[Apple vs. Samsung with a side of Sony: Vertical integration wars](#)

Between The Lines, 16:09, 30 July 2012, 535 words, Larry Dignan, (English)

If there's any question what Apple has become look no farther than the never-ending patent and copyright bickering with Samsung to give you an answer. Apple used to be compared to PC makers and Microsoft. The reality is Apple's vertically ...

[SAMSUNG, APPLE TAKE BITTER FEUD TO COURT; JURY'S DECISION COULD HAVE WIDE REPERCUSSIONS IN PATENT WARS](#)

San Jose Mercury News, 30 July 2012, 1047 words, Howard Mintz, hmintz@mercurynews.com, (English)

SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the largest seller of smartphones in the world. And it also has become one of the companies nipping at Apple's heels in the scorching ...

[TECH TITANS IN COURT OVER IPHONE, IPAD](#)

Pittsburgh Post-Gazette, 30 July 2012, 497 words, Paul Elias, (English)

SAN FRANCISCO -- Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smartphone and computer tablet markets.

[Tech tidbits: Olympians' Twitter protest, police and tracking, Siri patent suit](#)

Good Morning Silicon Valley, 14:26, 30 July 2012, 677 words, (English)

Posted by Levi Sumagaysay on July 30th, 2012 at 11:26 am | Categorized as Uncategorized | Tagged as Apple, cybersecurity, GPS, law enforcement, lawsuit, Olympics, patent, privacy, protest, Siri, social, social media, sponsors, Taiwan, ...

[Apple vs. Samsung, with Google at center and Sony on the side](#)

Good Morning Silicon Valley, 13:01, 30 July 2012, 733 words, (English)

Posted by Levi Sumagaysay on July 30th, 2012 at 10:01 am | Categorized as Uncategorized | Tagged as android, Apple, courts, Google, ipad, iphone, lawsuits, Lucy Koh, patents, Samsung, smartphones, Sony, tablets, trial

[Off topic: List mania, made-up words, gardening up, U.S. shootings](#)

Good Morning Silicon Valley, 08:49, 30 July 2012, 359 words, (English)

Posted by Levi Sumagaysay on July 30th, 2012 at 5:49 am | Categorized as Off Topic From abbreviations to Nintendo games to vampires, list of lists of lists on Wikipedia. (via Not Exactly Rocket Science) Also, the Oxford English Fictionary. ...

### [Samsung, Apple Face Off In U.S. Court, Drag Sony Into The Mix](#)

ChannelWeb, 10:25, 30 July 2012, 528 words, Kristin Bent, (English)
Apple and Samsung Monday kicked off their highly anticipated patent dispute trial in the U.S., with a third electronics giant reportedly being added to the mix.

### [Haggling Over 'Sony Phone' Precedes Jury Selection for Apple v. Samsung](#)

Gadget Lab, 17:12, 30 July 2012, 849 words, Christina Bonnington, (English)
The judge in the Apple v. Samsung case won't allow this Apple prototype to be viewed during official court proceedings. The prototype was created by Apple to demonstrate a Sony-like design, and the artist of the prototype even went so far ...

### [Apple-Samsung trial gets its jury](#)

One More Thing, 19:10, 30 July 2012, 914 words, Josh Lowensohn, (English)
SAN JOSE, Calif.--The first day of the patent infringement trial between Apple and Samsung wrapped up with a jury in hand. After whittling down a pool of prospective jurors, the court now has its 10, which will hear testimony and decide the ...

### [Prospective jurors in Apple-Samsung trial quizzed](#)

One More Thing, 13:58, 30 July 2012, 1012 words, Josh Lowensohn, (English)
SAN JOSE, Calif.--"This will be a very interesting case," U.S. District Judge Lucy Koh told prospective jurors today, the first day of a trial between Apple and Samsung in a federal court here.

### [Former Apple designer: I won't testify at Samsung trial](#)

One More Thing, 13:20, 30 July 2012, 686 words, Lance Whitney, (English)
Former Apple designer Shin Nishibori is playing hard to get at testifying in the patent showdown between Apple and Samsung. Samsung had been counting on Nishibori to appear in court. While at Apple, he developed designs of a Sony-like ...

### [Opening statements underway in Apple patent trial](#)

The Miami Herald, 15:26, 30 July 2012, 813 words, PAUL ELIAS, (English)
SAN JOSE, Calif. -- Apple Inc. has started making its case to a jury that a bitter rival owes it billions of dollars for copying its iPhones and iPads.

**Apple claims Samsung copied iPhone technology**

The Miami Herald, 15:26, 30 July 2012, 521 words, PAUL ELIAS, (English)

SAN JOSE, Calif. -- An attorney for Apple told a jury Tuesday that rival Samsung faced two options to compete in the booming cellphone market after Steve Jobs introduced the iPhone to critical acclaim in 2007: Innovate or copy.

**Apple, Samsung face off in court**

Charleston Gazette, 30 July 2012, 943 words, Paul Elias          The Associated Press, (English)

SAN FRANCISCO - Two tech titans will square off in federal court today in a closely watched trial over control of the U.S. smart phone and computer tablet markets.

**Apple v. Samsung trial over iPhone and iPad patent claims set to begin**

The Oakland Tribune, 30 July 2012, 1035 words, The Street, (English)

http://business-news.thestreet.com///story/apple-v-samsung-trial-over-iphone-and-ipad-patent-claims-set-begin-2/1 (hidethestreet) SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the ...

**Apple v. Samsung trial over iPhone and iPad patent claims set to begin**

Contra Costa Times, 30 July 2012, 1035 words, The Street, (English)

http://business-news.thestreet.com///story/apple-v-samsung-trial-over-iphone-and-ipad-patent-claims-set-begin-2/1 (hidethestreet) SAN JOSE -- Over the past year, South Korea-based Samsung has hurtled past Apple and its iPhone to become the ...

**Apple-Samsung trial gets its jury**

CNET News.com, 30 July 2012, 555 words, Josh Lowensohn, (English)

SAN JOSE, Calif.--The first day of the patent infringement trial between Apple and Samsung wrapped up with a jury in hand. After whittling down a pool of prospective jurors, the court now has its 10, which will hear testimony and decide the ...

**Prospective jurors in Apple-Samsung trial quizzed**

CNET News.com, 30 July 2012, 638 words, Josh Lowensohn, (English)

SAN JOSE, Calif.--"This will be a very interesting case," U.S. District Judge Lucy Koh told prospective jurors today, the first day of a trial between Apple and Samsung in a federal court here.

   © 2012 Factiva, Inc.  All rights reserved.