# EXHIBIT 4

Search: (Apple and Samsung and (trial or lawsuit or case) and F700): 11 articles

7/23/12 – 7/30/12



### 🔹 Apple, Samsung drop more claims in upcoming patent trial

IPod Daily News, 09:30, 5 July 2012, 657 words, Electronista Staff, (English)

Late yesterday, Apple and Samsung presented a revised list of patents from each company challenging the other, reflecting a further narrowing of claims that may move Federal District Judge Lucy Koh to declare the case ready to go to trial, ...

### 🔹 Apple Proposes To Drop Claims On Galaxy Tab Injunction, Narrows Focus In Samsung Patent Case

IPod Daily News, 09:30, 5 July 2012, 317 words, Rob LeFebvre, (English)

Apple and Samsung already narrowed the field of their California-based lawsuits against each other back in May of this year, pending a July 30 trial. Late yesterday, however, both parties filed a joint statement about narrowing the ...

### 🔹 Apple, Samsung drop more claims in upcoming patent trial

Electronista, 11:57, 5 July 2012, 656 words, Electronista Staff, (English)

Late yesterday, Apple and Samsung presented a revised list of patents from each company challenging the other, reflecting a further narrowing of claims that may move Federal District Judge Lucy Koh to declare the case ready to go to trial, ...

### 🔹 Apple, Samsung pare down patent claims ahead of trial

Apple Insider, 15:08, 6 July 2012, 355 words, Mikey Campbell, (English)

Apple and Samsung filed a joint statement late Tuesday intending to pare down claims in the two companies' California lawsuit in an effort to streamline the case to an acceptable size before it goes to trial on July 30.

### 🔹 Apple's Entire Case Against Samsung Summed Up In A Single Image

Phanroid, 25 July 2012, 156 words, Chris Chavez, (English)

This image, tweeted earlier today by AllThingsD's John Paczkowski, gives us a clear look at Apple's entire case in their patent holy-war against Samsung. If this looks convincing to you, it shouldn't. The iPhone was unveiled in January at ...

### 🔹 Samsung: Our 2006 phone concepts prove Apple is a hypocrite

SlashGear, 25 July 2012, 869 words, Chris Davies, (English)

Samsung has struck back at Apple's $2.5bn patent demands, arguing that its Cupertino rival "could not have sold a single iPhone without the benefit of Samsung's patented technology." In a brief filed to the Californian courts this week, ...

### 🔹 Apple vs. Samsung: Dueling before-and-after stories

Fortune, 16:21, 26 July 2012, 173 words, Philip Elmer-DeWitt, (English)

The trial starts on Monday, and both sides have filed their briefs. What the

```
jury will see. FORTUNE -- The image at right, taken from the pretrial brief
Apple (AAPL) filed on Tuesday, represents the story the company wants the
jury to hear: ...
```

### Apple-Samsung Patent Battle Shifts to Trial

The New York Times, 30 July 2012, 1070 words, By STEVE LOHR, (English)

Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.

### Apple-Samsung Patent Battle Shifts to Trial

NYTimes.com Feed, 30 July 2012, 1038 words, By STEVE LOHR, (English)

Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.

### Apple-Samsung Patent Battle Shifts to Trial

Pittsburgh Post-Gazette, 14:01, 30 July 2012, 1041 words, (English)

Share with others: Patent trials are part bombast, part boredom. Lurid accusations of corporate skulduggery and deceit quickly give way to a mind-numbing slog through the technical details and vague language of patent claims.

### Major Apple Vs. Samsung Patent Lawsuit Goes To Trial

TechWeek Europe, 15:06, 30 July 2012, 596 words, Max Smolaks, (English)

A significant court battle between Apple and Samsung, two of the world's largest electronics manufacturers, will enter its final stages before a 10-member jury in a federal court in San Jose, California, on Monday.