# EXHIBIT 5

Search: (((Samsung and apple) and (trial or case or lawsuit or litigation)) and (Kristin w/2 Huguet)) NOT Kodak = 96 articles

4/15/11 – 7/31/12



**UPDATE 2-Apple sues Samsung over Galaxy products**

Reuters News, 15:57, 18 April 2011, 413 words, (English)

\* Samsung phones, tablet copy iPhone and iPad - lawsuit \* Apple attacks design, interface of Galaxy products \* Galaxy products use Google Android operating system

**UPDATE 5-Apple sues Samsung, says stop copying us**

Reuters News, 20:57, 18 April 2011, 941 words, (English)

\* Samsung phones, tablet copy iPhone and iPad-lawsuit \* Apple attacks design, interface, application icons of Galaxy models \* Tablet market set to quadruple to 70 mln this yr - Gartner

**Samsung Drops One Lawsuit Against Apple To Focus On Others**

Dow Jones News Service, 16:48, 2 July 2011, 396 words, (English)

--Samsung dropped one lawsuit in Northern California --Will "raise patent infringement" in lawsuit Apple brought --Still litigating many lawsuits with Apple around the world

**Samsung Drops One Lawsuit Against Apple To Focus On Others**

Dow Jones Business News, 17:03, 2 July 2011, 396 words, (English)

--Samsung dropped one lawsuit in Northern California --Will "raise patent infringement" in lawsuit Apple brought --Still litigating many lawsuits with Apple around the world

**Samsung Drops One Lawsuit Against Apple to Focus on Others**

The Wall Street Journal Online, 18:16, 2 July 2011, 345 words, By Ian Sherr, (English)

SAN FRANCISCO -- Samsung Electronics Co. voluntarily dropped one of its lawsuits against Apple Inc. as part of an effort to streamline legal proceedings.

**DJ Samsung Drops One Lawsuit Against Apple To Focus On Others**

Dow Jones Chinese Financial Wire, 22:31, 3 July 2011, 402 words, (English)

--Samsung dropped one lawsuit in Northern California --Will "raise patent infringement" in lawsuit Apple brought --Still litigating many lawsuits with Apple around the world By Ian Sherr Of DOW JONES NEWSWIRES

**APPLE WINS PATENT RULING VS. HTC; U.S. TRADE PANEL SAYS TAIWAN FIRM'S ANDROID SMARTPHONE INFRINGED**

San Jose Mercury News, 16 July 2011, 429 words, William McQuillen, Bloomberg News, (English)

Apple won a U.S. International Trade Commission ruling in a patent-infringement case targeting HTC's Android-based mobile telephones. HTC, Asia's second-largest maker of smartphones, said Friday it was found to have infringed two ...

**U.S. ITC Votes To Investigate Samsung Claims Against Apple**

Page 1    © 2012 Factiva, Inc.  All rights reserved.

Dow Jones News Service, 16:07, 27 July 2011, 359 words, (English)

--Samsung-Apple case to be assigned to a judge --Samsung and Apple involved in legal proceedings around the globe --ITC has power to block imports of products infringing on competitor's patents

**US ITC Votes To Investigate Samsung Claims Against Apple**

Dow Jones Business News, 17:34, 27 July 2011, 358 words, (English)

--Samsung-Apple case to be assigned to a judge --Samsung and Apple involved in legal proceedings around the globe --ITC has power to block imports of products infringing on competitor's patents

**UPDATE 1-Apple blocks Samsung from selling Galaxy in EU**

Reuters News, 16:55, 9 August 2011, 411 words, (English)

* Apple has separate lawsuit underway in the Netherlands  * Setback follows delayed launch in Australia (Adds expert comments, details and background)

**APPLE: BLOCKS SAMSUNG TABLET SALES IN EU**

San Jose Mercury News, 10 August 2011, 161 words, Bloomberg News, (English)

Apple said it won a temporary order that prevents Samsung Electronics from distributing the Galaxy Tab 10.1 tablet computer in the European Union, except the Netherlands.

**Samsung says tablet idea came from Kubrick film**

Tulsa World, 25 August 2011, 277 words, KAREN GULLO, (English)

Samsung Electronics Co., facing allegations that it stole tablet computer patents from Apple Inc., says the design for such devices can be traced back to Stanley Kubrick's 1968 film "2001: A Space Odyssey."

**UPDATE 1-T-Mobile lines up against Apple in Samsung lawsuit**

Reuters News, 16:14, 28 September 2011, 477 words, (English)

* T-Mobile opposes Apple bid to halt Galaxy sales-filing * Apple says Samsung products copy the iPhone, iPad (Adds Apple and T-Mobile comments, background, byline)

**TECHNOLOGY; JOBS' MOBILE WAR RAGES ON; Apple has been able to block sales of devices that use Google's Android**

Los Angeles Times, 4 November 2011, 1221 words, David Sarno, (English)

Steve Jobs' legacy at Apple Inc. goes well beyond cool gadgets, a thriving retail chain and a music empire. He also launched the company's all-out legal war on Google Inc.

**Motorola wins preliminary ban vs Apple in Germany**

Reuters News, 13:11, 7 November 2011, 322 words, (English)

* Apple says not worried, Motorola says will assert rights * Preliminary injunction may not have immediate impact Nov 7 (Reuters) - A German court granted a preliminary injunction against Apple Inc in a patent infringement case that banned ...

**Jobs' patent battle rages on; Judges in 3 countries have been persuaded to temporarily block sales of Android devices over alleged...**

Chicago Tribune, 8 November 2011, 1182 words, By David Sarno, Tribune Newspapers, (English)

Steve Jobs' legacy at Apple Inc. goes well beyond cool gadgets, a thriving retail chain and a media content empire. He also launched the company's all-out legal war on Google Inc.

**UPDATE 2-U.S. judge rejects Apple bid to halt Galaxy sales**

Reuters News, 23:49, 2 December 2011, 641 words, (English)

* Judge rejects Apple request for injunction-ruling   * Apple says Samsung "slavishly" copies iPhone and iPad   * Two companies engaged in global patent battle

**UPDATE 1-Motorola wins German patent case ruling vs Apple**

Reuters News, 14:09, 9 December 2011, 386 words, (English)

(Adds analyst comment) Dec 9 (Reuters) - Motorola Mobility Holdings Inc won a preliminary injunction against Apple Inc in Germany, which could bar the sales of iPhones and iPads in the country.

**U.S. Backs Apple In Patent Ruling That Hits Google In Patent Ruling That Hits**

The New York Times, 20 December 2011, 1641 words, By NICK WINGFIELD, (English)

CORRECTION APPENDED A federal agency ruled on Monday that a set of important features commonly found in smartphones are protected by an Apple patent, a decision that could force changes in how Google's Android phones function.

**China's iPad dispute a global issue**

The Washington Post, 23 February 2012, 721 words, Sarah Halzack         Hayley Tsukayama, (English)

To most global consumers, the iPad is practically synonymous with American electronics titan Apple. But one debt-ridden company in China, Proview, is alleging that it is the rightful owner of the trademark for the name of one of Apple's ...

**UPDATE 2-Apple infringes on Motorola Mobility patent-ITC judge**

Reuters News, 13:23, 24 April 2012, 491 words, (English)

* ITC judge: Apple infringed on one of three patents * Both companies hope to prevail in final ruling * ITC final decision due in August (Adds background on smartphone patent wars)

**Apple,Samsung CEOs in U.S. court talks over patent row**

Reuters, 03:34, 21 May 2012, 952 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - The chief executives of Apple Inc and Samsung Electronics Co Ltd come face to face on Monday in court-directed mediation in the United States over a dispute in which the iPhone maker claims the Korean firm has ...

**Apple, Samsung CEOs in U.S. court talks over patent row**

International Business Times, 04:00, 21 May 2012, 489 words, Dan Levine, (English)

The chief executives of Apple Inc and Samsung Electronics Co Ltd <005930.KS>
come face to face on Monday in court-directed mediation in the United States
over a dispute in which the iPhone maker claims the Korean firm has
"slavishly" ...

**Apple, Samsung Ordered Into Patent Settlement Conference**

Topanga Messenger, 09:57, 21 May 2012, 1297 words, Joel Rosenblatt, (English)

Apple Inc. (AAPL) (AAPL) and Samsung Electronics Co. are unlikely to resolve
their worldwide fight over mobile device patents in court-ordered talks that
start today between their chief executive officers, said lawyers following
the case.

**Apple, Samsung CEOs in U.S. court talks over patent row**

Reuters India, 10:43, 21 May 2012, 961 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - The chief executives of Apple Inc (AAPL.O) and
Samsung Electronics Co Ltd (005930.KS) come face to face on Monday in court-
directed mediation in the United States over a dispute in which the iPhone
maker claims the ...

**Apple,Samsung CEOs in U.S. court talks over patent row**

22 WSBT, 12:54, 21 May 2012, 609 words, Larry Ellison, (English)

SAN FRANCISCO (Reuters) - The chief executives of Apple Inc and Samsung
Electronics Co Ltd come face to face on Monday in court-directed mediation in
the United States over a dispute in which the iPhone maker claims the Korean
firm has ...

**Apple, Samsung CEOs in U.S. court talks on patents**

Reuters, 15:18, 21 May 2012, 761 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - The chief executives of Apple Inc and Samsung
Electronics Co Ltd were summoned for court-directed mediation on Monday over
the iPhone maker's claims the Korean firm has "slavishly" copied some of its
products.

**Patent wars may hurt competition, FTC warns**

Local Tech Wire, 10:13, 7 June 2012, 1009 words, (English)

Google Inc.'s (Nasdaq: GOOG) bid to block imports of Microsoft Corp.'s
(Nasdaq: MSFT) Xbox gaming system and Apple Inc.'s (Nasdaq: AAPL) iPhone
based on patents owned by its Motorola Mobility unit may hurt competition,
the U.S. Federal ...

**Patent wars may hurt competition, FTC warns**

Carolina Newswire, 13:34, 7 June 2012, 1009 words, (English)

Google Inc.'s (Nasdaq: GOOG) bid to block imports of Microsoft Corp.'s
(Nasdaq: MSFT) Xbox gaming system and Apple Inc.'s (Nasdaq: AAPL) iPhone
based on patents owned by its Motorola Mobility unit may hurt competition,
the U.S. Federal ...

**Patent wars may hurt competition, FTC warns**

WRAL Tech Wire, 16:02, 7 June 2012, 1008 words, (English)

Google Inc.'s (Nasdaq: GOOG) bid to block imports of Microsoft Corp.'s
(Nasdaq: MSFT) Xbox gaming system and Apple Inc.'s (Nasdaq: AAPL) iPhone
based on patents owned by its Motorola Mobility unit may hurt competition,
the U.S. Federal ...

**ANALYSIS-Apple's big enemy in smartphone wars: delay**

Reuters News, 18:29, 12 June 2012, 1211 words, By Dan Levine, (English)

SAN FRANCISCO, June 12 (Reuters) - Apple Inc has spent nearly three years
fighting its rivals in a global smartphone patent war. Now, setbacks in two
key U.S. court cases are laying bare why a drawn-out battle could be bad news
for ...

**Analysis: Apple's big enemy in smartphone wars: delay**

International Business Times, 19:01, 12 June 2012, 659 words, Dan Levine, (English)

Apple Inc has spent nearly three years fighting its rivals in a global
smartphone patent war. Now, setbacks in two key U.S. court cases are laying
bare why a drawn-out battle could be bad news for the iPhone maker.

**Analysis: Apple's big enemy in smartphone wars: delay**

Reuters, 19:04, 12 June 2012, 1181 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - Apple Inc has spent nearly three years fighting its
rivals in a global smartphone patent war. Now, setbacks in two key U.S. court
cases are laying bare why a drawn-out battle could be bad news for the iPhone
maker.

**Apple's big enemy in smartphone wars: delay**

Reuters India, 10:50, 13 June 2012, 1190 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - Apple Inc (AAPL.O) has spent nearly three years
fighting its rivals in a global smartphone patent war. Now, setbacks in two
key U.S. court cases are laying bare why a drawn-out battle could be bad news
for the ...

**RPT-ANALYSIS-Apple's big enemy in smartphone wars: delay**

Reuters News, 06:59, 13 June 2012, 1221 words, By Dan Levine, (English)

(Repeats story that ran on Tuesday with no change to text) SAN FRANCISCO,
June 12 (Reuters) - Apple Inc has spent nearly three years fighting its
rivals in a global smartphone patent war. Now, setbacks in two key U.S. court
cases are laying ...

**Apple's Big Enemy in Smartphone Wars: Delays**

Moneynews, 12:25, 13 June 2012, 1131 words, (English)

Last Thursday, Judge Richard Posner in Chicago federal court canceled Apple's
long-awaited trial against Google's Motorola Mobility division, which makes
devices powered by the Internet search company's Android mobile operating
system. The ...

**Apple wins preliminary injunction against Samsung Galaxy Tab 10.1 tablet**

MacDailyNews, 01:02, 27 June 2012, 601 words, (English)

"Apple Inc. won its bid for a court order immediately blocking U.S. sales of

     © 2012 Factiva, Inc.  All rights reserved.

Samsung Electronics Co.'s Galaxy Tab 10.1 tablet computer while the companies litigate Apple's patent-infringement claims," Joel Rosenblatt and Edvard Pettersson ...

**UPDATE 2-U.S. judge issues injunction on Samsung Galaxy Tab sales**
Reuters, 01:03, 27 June 2012, 750 words, Dan Levine, (English)
SAN FRANCISCO, June 26 (Reuters) - A U.S. judge on Tuesday granted Apple Inc's bid t o stop Samsung Electronics from selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone ...

**Apple wins ruling blocking U.S. sales of Samsung tablet**
Chicago Tribune, 01:18, 27 June 2012, 248 words, Andrea Chang, (English)
Apple, which has been embroiled in a bitter patent fight with Samsung Electronics, won a court order Tuesday blocking the sale of Samsung's Galaxy Tab 10.1 tablet computer in the U.S.

**Judge halts sales of Samsung Galaxy Tab in U.S**
Reuters, 02:19, 27 June 2012, 811 words, Dan Levine, (English)
SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet ...

**Judge halts sales of Samsung Galaxy Tab in U.S.**
Reuters, 02:19, 27 June 2012, 816 words, Dan Levine, (English)
SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet ...

**UPDATE 3-Judge halts sales of Samsung Galaxy Tab in U.S.**
Reuters, 02:19, 27 June 2012, 818 words, Dan Levine, (English)
SAN FRANCISCO, June 26 (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone ...

**Judge halts U.S. sales of Samsung Galaxy Tab**
International Business Times, 02:31, 27 June 2012, 570 words, Dan Levine, (English)
A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

**Judge halts U.S. sales of Samsung Galaxy Tab**
Reuters, 02:33, 27 June 2012, 810 words, Dan Levine, (English)
SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United

States, giving the iPhone maker a significant win in the global smartphone and tablet ...

**Apple Granted Preliminary Injunction Against Samsung Galaxy Tab 10.1 Sales In US**

International Business Times, 02:38, 27 June 2012, 645 words, Kukil Bora, (English)

On late Tuesday, U.S. District Judge Lucy Koh in San Jose, California, issued a preliminary injunction on the Samsung Galaxy Tab 10.1 in the U.S. Koh denied Apple's request for a ban on the tablet and multiple Galaxy smartphones in the ...

**Judge halts sales of Samsung Galaxy Tab in U.S**

International Business Times, 02:14, 27 June 2012, 571 words, Dan Levine, (English)

A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

**Some Samsung tablet sales halted**

Los Angeles Times, 27 June 2012, 228 words, Andrea Chang, (English)

Apple Inc., which has been embroiled in a bitter patent fight with Samsung Electronics Co., won a court order Tuesday blocking the sale of Samsung's Galaxy Tab 10.1 tablet computer in the U.S.

**US Court Bans Samsung Galaxy Tab Sales Following Apple Complaint**

International Business Times, 04:45, 27 June 2012, 593 words, Alistair Charlton, (English)

A US judge has sided with Apple and blocked sales of the Samsung Galaxy Tab 10.1 in America, stating that the Korean manufacturer competed unfairly against Apple with an infringing product.

**UPDATE 4-Judge halts sales of Samsung Galaxy Tab in U.S.**

Reuters, 05:06, 27 June 2012, 817 words, Dan Levine, (English)

SAN FRANCISCO, June 26 (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone ...

**Judge halts sales of Samsung Galaxy Tab in U.S.**

Chicago Tribune, 07:19, 27 June 2012, 808 words, (English)

A U.S. judge on Tuesday backed Apple Inc.'s request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

**Apple wins preliminary U.S. injunction against Samsung Galaxy Tab 10.1 tablet; new Galaxy Tab 10.1 II remains on sale**

MacDailyNews, 09:21, 27 June 2012, 980 words, (English)

"Apple Inc. won its bid for a court order immediately blocking U.S. sales of Samsung Electronics Co.'s Galaxy Tab 10.1 tablet computer while the companies

   © 2012 Factiva, Inc.  All rights reserved.

litigate Apple's patent-infringement claims," Joel Rosenblatt and Edvard
Pettersson ...

**Judge halts U.S. sales of Samsung Galaxy Tab**

Chicago Tribune, 09:27, 27 June 2012, 807 words, (English)

A U.S. judge on Tuesday backed Apple Inc.'s request to stop Samsung
Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving
the iPhone maker a significant win in the global smartphone and tablet patent
wars.

**UPDATE 4-Judge halts sales of Samsung Galaxy Tab in U.S.**

Reuters News, 21:27, 26 June 2012, 917 words, (English)

* Galaxy Tab a distant 2nd to iPad in tablet mkt * Judge had previously
denied Apple request * Samsung says may take legal action * In Seoul, Samsung
shares up 3 pct in flat market

**Apple wins patent war, Samsung Galaxy tablet to be pulled from US**

Topanga Messenger, 09:57, 27 June 2012, 809 words, Miyoung Kim, (English)

A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung
Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving
the iPhone maker a significant win in the global smartphone and tablet patent
wars.

**Judge halts sales of Samsung Galaxy Tab in U.S**

Reuters India, 06:05, 27 June 2012, 819 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's (AAPL.O)
request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the
United States, giving the iPhone maker a significant win in the global
smartphone ...

**Judge Koh issues injunction against Samsung Galaxy Tab 10.1**

Electronista, 11:56, 27 June 2012, 299 words, (English)

Northern District of California Judge Lucy Koh has issued an injunction
against Samsung to stop it from selling the the Galaxy Tab 10.1 tablet in the
United States. The judge's order becomes effective once Apple posts a $2.6
million bond to ...

**Judge Halts Sales of Samsung Galaxy Tab in U.S.**

Moneynews, 12:25, 28 June 2012, 772 words, (English)

Samsung's Galaxy touchscreen tablets, powered by Google's Android operating
system, are considered by many industry experts to be the main rival to the
iPad, though they are currently a distant second to Apple's device. Microsoft
and Google ...

**UPDATE 1-Apple scores second courtroom win vs Samsung**

Reuters, 19:04, 29 June 2012, 294 words, Dan Levine, (English)

SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple
Inc's request for a p re-trial i njunction against the sale of Samsung
Electronics Co Ltd's Galaxy Nexus phone, han ding the iPhone maker its second

     © 2012 Factiva, Inc.  All rights reserved.

legal victory ...

**Apple scores second courtroom win vs Samsung**

Reuters, 18:47, 29 June 2012, 292 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

**Apple scores 2nd legal win vs Samsung in a week**

Reuters, 19:19, 29 June 2012, 433 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

**UPDATE 2-Apple scores 2nd legal win vs Samsung in a week**

Reuters, 19:19, 29 June 2012, 431 words, Dan Levine, (English)

SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's Galaxy Nexus phone, handing the iPhone maker its second legal victory ...

**Apple scores second legal win vs Samsung in a week**

International Business Times, 19:31, 29 June 2012, 428 words, Dan Levine, (English)

A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's <005930.KS> Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a ...

**Apple scores 2nd legal win vs Samsung in a week**

International Business Times, 19:31, 29 June 2012, 428 words, Dan Levine, (English)

A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's <005930.KS> Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a ...

**Apple scores second legal win vs Samsung in a week**

Reuters, 19:14, 29 June 2012, 433 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

**UPDATE 3-Apple scores 2nd legal win vs Samsung in a week**

Reuters News, 18:01, 29 June 2012, 516 words, (English)

* Pre-trial ban on Galaxy Nexus sales follows Tab ban * Such injunctions considered rare (Adds Samsung statement) By Dan Levine SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple Inc's request for a pre-

    © 2012 Factiva, Inc.  All rights reserved.

trial injunction ...

**It's Apple 2, Samsung 0 In US Patent Contests This Week**
International Business Times, 23:30, 29 June 2012, 519 words, J.J. McGrath, (English)
On Tuesday, Apple was granted a similar court order blocking U.S. sales of
Samsung's Galaxy Tab 10.1 tablet computer. Koh noted in her 101-page order on
Friday that "Apple has shown that it is likely to prove at trial that the
Galaxy Nexus ...

**UPDATE 3-Apple scores 2nd legal win vs Samsung in a week**
Reuters, 20:59, 29 June 2012, 458 words, Dan Levine, (English)
SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple
Inc's request for a pre-trial injunction against the sale of Samsung
Electronics Co Ltd's Galaxy Nexus phone, handing the iPhone maker its second
legal victory ...

**Samsung Galaxy Nexus Banned in US**
International Business Times, 07:30, 30 June 2012, 430 words, Staff Reporter, (English)
The Samsung Galaxy Nexus has been slapped with a sales ban in the US
following a Californian judge ruling in favour of Apple in a patent dispute.
Apple filed an injunction claiming Samsung copied some of the design and
looks of its iPhone. ...

**Apple scores 2nd legal win vs Samsung in a week**
Reuters India, 10:51, 30 June 2012, 459 words, Dan Levine, (English)
SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's
(AAPL.O) request for a pre-trial injunction against the sale of Samsung
Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker
its second ...

**Apple scores second legal win vs. Samsung in a week**
The Oakland Tribune, 30 June 2012, 392 words, Dan Levine Reuters, (English)
SAN JOSE -- A U.S. judge on Friday granted ( ) request for a pre-trial
injunction against the sale of Samsung's Galaxy Nexus phone, handing the
iPhone maker its second legal victory against Samsung in a week.

**Apple scores second legal win vs. Samsung in a week**
Contra Costa Times, 30 June 2012, 397 words, Dan Levine Reuters, (English)
SAN JOSE -- A U.S. judge on Friday granted Apple's ( AAPL) request for a pre-
trial injunction against the sale of Samsung's Galaxy Nexus phone, handing
the iPhone maker its second legal victory against Samsung in a week.

**It's Apple 2, Samsung 0 In US Patent Contests**
International Business Times, 23:30, 29 June 2012, 578 words, J.J. McGrath, (English)
On Tuesday, Apple was granted a similar court order blocking U.S. sales of
Samsung's Galaxy Tab 10.1 tablet computer. Apple's iPhones and iPads are
competitors of Samsung's Galaxy Nexus smartphones and Galaxy Tab 10.1
computers, ...

   © 2012 Factiva, Inc.  All rights reserved.

**Apple scores second legal win vs. Samsung in a week**

Contra Costa Times, 12:23, 1 July 2012, 400 words, Dan Levine Reuterscontracostatimes, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's (AAPL) request for a pre-
trial injunction against the sale of Samsung's Galaxy Nexus phone, handing
the iPhone maker its second legal victory against Samsung in a week.

**Apple scores second legal win vs. Samsung in a week**

SiliconValley.com, 13:07, 1 July 2012, 400 words, Dan Levine, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's (AAPL) request for a pre-
trial injunction against the sale of Samsung's Galaxy Nexus phone, handing
the iPhone maker its second legal victory against Samsung in a week.

**Apple scores second legal win vs. Samsung in a week**

Inside Bay Area, 12:11, 2 July 2012, 400 words, Dan Levine Reuterscontracostatimes, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's (AAPL) request for a pre-
trial injunction against the sale of Samsung's Galaxy Nexus phone, handing
the iPhone maker its second legal victory against Samsung in a week.

**Apple loss: HTC can continue smartphone imports into U.S.**

WRAL Tech Wire, 15:50, 3 July 2012, 538 words, (English)

HTC Corp. can continue to bring its newest smartphones into the U.S. while a
trade agency investigates whether the phones violate an order that the
Taiwanese company stop infringing an Apple Inc. patent.

**UPDATE 1-U.S. Judge rejects Samsung request to lift stay on Nexus sales**

Reuters News, 20:11, 3 July 2012, 399 words, By Erin Geiger Smith, (English)

July 3 (Reuters) - A U.S. judge on Tuesday rejected a request by Samsung
Electronics Co. to lift a pre-trial injunction against sales of its Galaxy
Nexus phone, another legal setback for the South Korean firm ahead of an
upcoming court ...

**UPDATE 1-U.S. Judge rejects Samsung request to lift stay on Nexus sales**

Reuters, 20:53, 3 July 2012, 376 words, Erin Geiger Smith, (English)

July 3 (Reuters) - A U.S. judge on Tuesday rejected a request by Samsung
Electronics Co. to lift a pre-trial injunction against sales of its Galaxy
Nexus phone, another legal setback for the South Korean firm ahead of an
upcoming court ...

**Apple loss: HTC can continue smartphone imports into U.S.**

Local Tech Wire, 10:04, 4 July 2012, 539 words, (English)

HTC Corp. can continue to bring its newest smartphones into the U.S. while a
trade agency investigates whether the phones violate an order that the
Taiwanese company stop infringing an Apple Inc. patent.

**U.S. judge rejects Samsung request to lift stay on Nexus sales**

Reuters India, 10:45, 4 July 2012, 349 words, Erin Geiger Smith, (English)

REUTERS - A U.S. judge on Tuesday rejected a request by Samsung Electronics

Co. to lift a pre-trial injunction against sales of its Galaxy Nexus phone, another legal setback for the South Korean firm ahead of an upcoming court battle with ...

**Apple loss: HTC can continue smartphone imports into U.S.**

Carolina Newswire, 13:18, 4 July 2012, 539 words, (English)

HTC Corp. can continue to bring its newest smartphones into the U.S. while a trade agency investigates whether the phones violate an order that the Taiwanese company stop infringing an Apple Inc. patent.

**Apple abandons green certification**

Channel 3000, 13:31, 11 July 2012, 655 words, John D. Sutter, (English)

Is hip design is more important than being green? Technology giant Apple is catching heat on blogs this week for its decision to drop out of an environmental certification program for electronics, called EPEAT.

**Apple abandons green certification**

CNN Wire, 13:25, 11 July 2012, 654 words, By John D. Sutter CNN, (English)

Update 1:27 p.m. ET: Adds statement from Apple and EPEAT spokeswomen, grafs 4, 12-13. (CNN) -- Is hip design is more important than being green?

**Apple abandons green certification**

CNN Wire, 14:45, 11 July 2012, 646 words, By John D. Sutter CNN, (English)

Update 2:50 p.m. ET: Fixes double-word typo. (CNN) -- Is hip design more important than being green? Technology giant Apple is catching heat on blogs this week for its decision to drop out of an environmental certification program for ...

**Leaving 'green registry' means selling woes for Apple**

WRAL Tech Wire, 15:46, 11 July 2012, 675 words, (English)

San Francisco plans to suspend purchases of Apple Inc. (Nasdaq: AAPL) computers after the company stopped participating in an environmental certification program used by governments and universities to make purchasing decisions.

**Leaving 'green registry' means selling woes for Apple**

Carolina Newswire, 14:21, 11 July 2012, 676 words, (English)

San Francisco plans to suspend purchases of Apple Inc. (Nasdaq: AAPL) computers after the company stopped participating in an environmental certification program used by governments and universities to make purchasing decisions.

**Apple Off City of San Francisco Purchaser List**

Cupertino Patch, 21:04, 11 July 2012, 713 words, Adam Satariano, (English)

July 11 (Bloomberg) -- San Francisco plans to suspend purchases of Apple Inc. computers after the company stopped participating in an environmental certification program used by governments and universities to make purchasing decisions.

### Apple Abandons U.S. Green Certification

The Denver Channel, 09:29, 12 July 2012, 640 words, John D. Sutter, (English)

(CNN) -- Is hip design more important than being green? Technology giant Apple is catching heat on blogs this week for its decision to drop out of an environmental certification program for electronics, called EPEAT.

### Leaving 'green registry' means selling woes for Apple

Local Tech Wire, 10:06, 12 July 2012, 676 words, (English)

San Francisco plans to suspend purchases of Apple Inc. (Nasdaq: AAPL) computers after the company stopped participating in an environmental certification program used by governments and universities to make purchasing decisions.

### Apple Abandons Green Certification

The Denver Channel, 09:27, 14 July 2012, 638 words, John D. Sutter, (English)

(CNN) -- Is hip design more important than being green? Technology giant Apple is catching heat on blogs this week for its decision to drop out of an environmental certification program for electronics, called EPEAT.

### Apple, Samsung head to trial in bitter, costly patent fight

Carolina Newswire, 13:05, 28 July 2012, 1053 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin next week.

### Apple, Samsung head to trial in bitter, costly patent fight

WRAL Tech Wire, 15:25, 28 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin next week.

### Apple, Samsung head to trial in bitter, costly patent fight

Local Tech Wire, 10:03, 29 July 2012, 1053 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin next week.

### In iPad copycat case, Quinn Emanuel is on the defensive

The Recorder, 30 July 2012, 1527 words, Amy Miller amiller@alm.com, (English)

Quinn Emanuel Urquhart & Sullivan's reputation as one of the toughest firms to beat in a courtroom is on the line. Starting Monday, a team of high-profile litigators led by Charles Verhoeven will defend Samsung Electronics Co. in front ...

   © 2012 Factiva, Inc.  All rights reserved.

**Smartphone courtroom showdown: Apple vs. Samsung in patent fight**

Local Tech Wire, 10:07, 30 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin this week.

**Smartphone courtroom showdown: Apple vs. Samsung in patent fight**

Carolina Newswire, 13:17, 30 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin this week.