# EXHIBIT 6

Search 5: (Samsung and injunction) and Kristin w/2 Huguet = 79 articles

6/26/12 – 8/2/12

DOWJONES

**Apple Wins Injunction Against Samsung Galaxy Tab**

All Things Digital, 26 June 2012, 210 words, John Paczkowski, (English)

Apple has scored a major victory in its pitched patent battle with Samsung. U.S. District Judge Lucy Koh late Tuesday issued a ruling granting Apple's request for a preliminary injunction preventing Samsung from selling its Galaxy Tab 10.1 ...

**Apple wins preliminary injunction against Samsung Galaxy Tab 10.1 tablet**

MacDailyNews, 01:02, 27 June 2012, 601 words, (English)

"Apple Inc. won its bid for a court order immediately blocking U.S. sales of Samsung Electronics Co.'s Galaxy Tab 10.1 tablet computer while the companies litigate Apple's patent-infringement claims," Joel Rosenblatt and Edvard Pettersson ...

**Judge Koh issues injunction against Samsung Galaxy Tab 10.1**

MacNN, 01:02, 27 June 2012, 252 words, (English)

Northern District of California Judge Lucy Koh has issued an injunction against Samsung to stop it from selling the the Galaxy Tab 10.1 tablet in the United States. The judge's order becomes effective once Apple posts a $2.6 million bond to ...

**UPDATE 2-U.S. judge issues injunction on Samsung Galaxy Tab sales**

Reuters, 01:03, 27 June 2012, 750 words, Dan Levine, (English)

SAN FRANCISCO, June 26 (Reuters) - A U.S. judge on Tuesday granted Apple Inc's bid t o stop Samsung Electronics from selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone ...

**Apple wins ruling blocking U.S. sales of Samsung tablet**

Chicago Tribune, 01:18, 27 June 2012, 248 words, Andrea Chang, (English)

Apple, which has been embroiled in a bitter patent fight with Samsung Electronics, won a court order Tuesday blocking the sale of Samsung's Galaxy Tab 10.1 tablet computer in the U.S.

**Apple wins preliminary injunction against Samsung's Galaxy Tab 10.1**

Into Mobile, 27 June 2012, 314 words, Kelly Hodgkins, (English)

On the eve of Google I/O, Apple has won a legal victory again Samsung in a US Court. Late on Tuesday, US District Court Judge Lucy Koh granted Apple a preliminary injunction that would ban the sale of the Galaxy Tab 10.1 in the US. Koh ...

**Judge halts sales of Samsung Galaxy Tab in U.S**

Reuters, 02:19, 27 June 2012, 811 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United

 © 2012 Factiva, Inc. All rights reserved.

States, giving the iPhone maker a significant win in the global smartphone and tablet ...

### ◊ Judge halts sales of Samsung Galaxy Tab in U.S.

Reuters, 02:19, 27 June 2012, 816 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet ...

### ◊ UPDATE 3-Judge halts sales of Samsung Galaxy Tab in U.S.

Reuters, 02:19, 27 June 2012, 818 words, Dan Levine, (English)

SAN FRANCISCO, June 26 (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone ...

### ◊ Judge halts U.S. sales of Samsung Galaxy Tab

International Business Times, 02:31, 27 June 2012, 570 words, Dan Levine, (English)

A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

### ◊ Judge halts U.S. sales of Samsung Galaxy Tab

Reuters, 02:33, 27 June 2012, 810 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet ...

### ◊ Apple Granted Preliminary Injunction Against Samsung Galaxy Tab 10.1 Sales In US

International Business Times, 02:38, 27 June 2012, 645 words, Kukil Bora, (English)

On late Tuesday, U.S. District Judge Lucy Koh in San Jose, California, issued a preliminary injunction on the Samsung Galaxy Tab 10.1 in the U.S. Koh denied Apple's request for a ban on the tablet and multiple Galaxy smartphones in the ...

### ◊ Judge halts sales of Samsung Galaxy Tab in U.S

International Business Times, 02:14, 27 June 2012, 571 words, Dan Levine, (English)

A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

### Some Samsung tablet sales halted

Los Angeles Times, 27 June 2012, 228 words, Andrea Chang, (English)

Apple Inc., which has been embroiled in a bitter patent fight with Samsung

```
Electronics Co., won a court order Tuesday blocking the sale of Samsung's
Galaxy Tab 10.1 tablet computer in the U.S.
```

### US Court Bans Samsung Galaxy Tab Sales Following Apple Complaint

International Business Times, 04:45, 27 June 2012, 593 words, Alistair Charlton, (English)

```
A US judge has sided with Apple and blocked sales of the Samsung Galaxy Tab
10.1 in America, stating that the Korean manufacturer competed unfairly
against Apple with an infringing product.
```

### UPDATE 4-Judge halts sales of Samsung Galaxy Tab in U.S.

Reuters, 05:06, 27 June 2012, 817 words, Dan Levine, (English)

```
SAN FRANCISCO, June 26 (Reuters) - A U.S. judge on Tuesday backed Apple Inc's
request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the
United States, giving the iPhone maker a significant win in the global
smartphone ...
```

### Judge halts sales of Samsung Galaxy Tab in U.S.

Chicago Tribune, 07:19, 27 June 2012, 808 words, (English)

```
A U.S. judge on Tuesday backed Apple Inc.'s request to stop Samsung
Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving
the iPhone maker a significant win in the global smartphone and tablet patent
wars.
```

### Samsung likely to appeal U.S. Galaxy Tab 10.1 sales ban; claims 'design innovation and progress restricted'

MacDailyNews, 09:21, 27 June 2012, 463 words, (English)

"A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars," Dan Levine ...

### Apple wins preliminary U.S. injunction against Samsung Galaxy Tab 10.1 tablet; new Galaxy Tab 10.1 II remains on sale

MacDailyNews, 09:21, 27 June 2012, 980 words, (English)

"Apple Inc. won its bid for a court order immediately blocking U.S. sales of Samsung Electronics Co.'s Galaxy Tab 10.1 tablet computer while the companies litigate Apple's patent-infringement claims," Joel Rosenblatt and Edvard Pettersson ...

### Judge halts U.S. sales of Samsung Galaxy Tab

Chicago Tribune, 09:27, 27 June 2012, 807 words, (English)

```
A U.S. judge on Tuesday backed Apple Inc.'s request to stop Samsung
Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving
the iPhone maker a significant win in the global smartphone and tablet patent
wars.
```

### UPDATE 4-Judge halts sales of Samsung Galaxy Tab in U.S.

Reuters News, 21:27, 26 June 2012, 917 words, (English)

```
* Galaxy Tab a distant 2nd to iPad in tablet mkt * Judge had previously
```

denied Apple request * Samsung says may take legal action * In Seoul, Samsung shares up 3 pct in flat market

### 🔹 Judge Koh issues injunction against Samsung Galaxy Tab 10.1

IPod Daily News, 09:30, 27 June 2012, 288 words, (English)

Northern District of California Judge Lucy Koh has issued an injunction against Samsung to stop it from selling the the Galaxy Tab 10.1 tablet in the United States. The judge's order becomes effective once Apple posts a $2.6 million bond to ...

### 🔹 Apple Wins In Samsung Galaxy Tab Case (For Now)

IPod Daily News, 09:30, 27 June 2012, 225 words, Rob LeFebvre, (English)

Judge Lucy Koh handed Apple an injunction against Samsung selling their Galaxy Tab 10.1 in the US in the latest round of legal warfare between the two companies. Her decision comes after her previous denial of Apple's request as well as a ...

### 🔹 Samsung likely to appeal U.S. Galaxy Tab 10.1 sales ban; claims 'design innovation and progress restricted'

IPod Daily News, 09:30, 27 June 2012, 464 words, (English)

"A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars," Dan Levine ...

### 🔹 Apple wins preliminary U.S. injunction against Samsung Galaxy Tab 10.1 tablet; new Galaxy Tab 10.1 II remains on sale

IPod Daily News, 09:30, 27 June 2012, 981 words, (English)

"Apple Inc. won its bid for a court order immediately blocking U.S. sales of Samsung Electronics Co.'s Galaxy Tab 10.1 tablet computer while the companies litigate Apple's patent-infringement claims," Joel Rosenblatt and Edvard Pettersson ...

### 🔹 Apple wins patent war, Samsung Galaxy tablet to be pulled from US

Topanga Messenger, 09:57, 27 June 2012, 809 words, Miyoung Kim, (English)

A U.S. judge on Tuesday backed Apple Inc's request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

### 🔹 Judge halts sales of Samsung Galaxy Tab in U.S

Reuters India, 06:05, 27 June 2012, 819 words, Dan Levine, (English)

SAN FRANCISCO (Reuters) - A U.S. judge on Tuesday backed Apple Inc's (AAPL.O) request to stop Samsung Electronics selling its Galaxy Tab 10.1 tablet in the United States, giving the iPhone maker a significant win in the global smartphone ...

### 🔹 Samsung Galaxy Tab sales halted following Apple injuction

MyADSL.co.za, 01:15, 27 June 2012, 799 words, (English)

Reuters is a news agency headquartered in New York City. Until 2008 the Reuters news agency formed part of a British independent company, Reuters Group...

### Apple Gets the Samsung Galaxy Tab Banned

NBC Philadelphia, 11:41, 27 June 2012, 399 words, Barbara E. Hernandez, (English)

U.S. District Judge Lucy Koh issued a ruling late Tuesday granting Apple a preliminary injunction that would prevent sales of the Galaxy Tab 10.1 tablet in the United States. The Galaxy Tab 2 10.1, which Samsung unveiled last month, won't ...

### Apple Gets the Samsung Galaxy Tab Banned

NBC Connecticut, 11:42, 27 June 2012, 399 words, Barbara E. Hernandez, (English)

U.S. District Judge Lucy Koh issued a ruling late Tuesday granting Apple a preliminary injunction that would prevent sales of the Galaxy Tab 10.1 tablet in the United States. The Galaxy Tab 2 10.1, which Samsung unveiled last month, won't ...

### Judge Koh issues injunction against Samsung Galaxy Tab 10.1

Electronista, 11:56, 27 June 2012, 299 words, (English)

Northern District of California Judge Lucy Koh has issued an injunction against Samsung to stop it from selling the the Galaxy Tab 10.1 tablet in the United States. The judge's order becomes effective once Apple posts a $2.6 million bond to ...

### Samsung Galaxy Tab 10.1 banned in the US

iTnews.com.au, 17:46, 27 June 2012, 736 words, Dan Levine, (English)

Major win for Apple. A US judge placed a ban on the sale of Samsung's Galaxy Tab 10.1 tablet in the country on Tuesday, in a major win for Apple in the case.

### Apple Wins Injunction Against Samsung's Galaxy Tab

All Things Digital, 14:46, 27 June 2012, 472 words, John Paczkowski, (English)

Apple has won its greatest victory yet in its sprawling intellectual property battle with Samsung: An injunction against U.S. sales of what was until recently the Korean company's marquee Android tablet.

### US judge blocks Galaxy Tab sales

ITWeb, 14:49, 27 June 2012, 729 words, (English)

A US judge yesterday granted Apple's bid to stop Samsung Electronics from selling its Galaxy Tab 10.1 tablet in the US, giving the iPhone maker a significant win in the global smartphone and tablet patent wars.

### Apple Gets the Samsung Galaxy Tab Banned

WNBC.com, 15:05, 27 June 2012, 399 words, Barbara E. Hernandez, (English)

U.S. District Judge Lucy Koh issued a ruling late Tuesday granting Apple a preliminary injunction that would prevent sales of the Galaxy Tab 10.1 tablet in the United States. The Galaxy Tab 2 10.1, which Samsung unveiled last month, won't ...

◊ **Judge Koh issues injunction against Samsung G...**

MacNN, 22:45, 26 June 2012, 262 words, (English)

Northern District of California Judge Lucy Koh has issued an injunction against Samsung to stop it from selling the the Galaxy Tab 10.1 tablet in the United States. The judge's order becomes effective once Apple posts a $2.6 million bond to ...

◊ **Apple Gets the Samsung Galaxy Tab Banned**

NBC 10, 11:07, 28 June 2012, 399 words, Barbara E. Hernandez, (English)

U.S. District Judge Lucy Koh issued a ruling late Tuesday granting Apple a preliminary injunction that would prevent sales of the Galaxy Tab 10.1 tablet in the United States. The Galaxy Tab 2 10.1, which Samsung unveiled last month, won't ...

◊ **Apple Gets the Samsung Galaxy Tab Banned**

KXAS-TV, 11:19, 28 June 2012, 399 words, Barbara E. Hernandez, (English)

U.S. District Judge Lucy Koh issued a ruling late Tuesday granting Apple a preliminary injunction that would prevent sales of the Galaxy Tab 10.1 tablet in the United States. The Galaxy Tab 2 10.1, which Samsung unveiled last month, won't ...

◊ **Judge Halts Sales of Samsung Galaxy Tab in U.S.**

Moneynews, 12:25, 28 June 2012, 772 words, (English)

Samsung's Galaxy touchscreen tablets, powered by Google's Android operating system, are considered by many industry experts to be the main rival to the iPad, though they are currently a distant second to Apple's device. Microsoft and Google ...

◊ **UPDATE 1-Apple scores second courtroom win vs Samsung**

Reuters, 19:04, 29 June 2012, 294 words, Dan Levine, (English)

SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple Inc's request for a p re-trial i njunction against the sale of Samsung Electronics Co Ltd's Galaxy Nexus phone, han ding the iPhone maker its second legal victory ...

◊ **Apple scores second courtroom win vs Samsung**

Reuters, 18:47, 29 June 2012, 292 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

◊ **Apple scores 2nd legal win vs Samsung in a week**

Reuters, 19:19, 29 June 2012, 433 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

#### UPDATE 2-Apple scores 2nd legal win vs Samsung in a week

Reuters, 19:19, 29 June 2012, 431 words, Dan Levine, (English)

SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's Galaxy Nexus phone, handing the iPhone maker its second legal victory ...

#### Apple scores second legal win vs Samsung in a week

International Business Times, 19:31, 29 June 2012, 428 words, Dan Levine, (English)

A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's <005930.KS> Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a ...

#### Apple scores 2nd legal win vs Samsung in a week

International Business Times, 19:31, 29 June 2012, 428 words, Dan Levine, (English)

A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's <005930.KS> Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a ...

#### Apple scores second legal win vs Samsung in a week

Reuters, 19:14, 29 June 2012, 433 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

#### UPDATE 3-Apple scores 2nd legal win vs Samsung in a week

Reuters News, 18:01, 29 June 2012, 516 words, (English)

* Pre-trial ban on Galaxy Nexus sales follows Tab ban * Such injunctions considered rare (Adds Samsung statement) By Dan Levine SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction ...

#### It's Apple 2, Samsung 0 In US Patent Contests This Week

International Business Times, 23:30, 29 June 2012, 519 words, J.J. McGrath, (English)

On Tuesday, Apple was granted a similar court order blocking U.S. sales of Samsung's Galaxy Tab 10.1 tablet computer. Koh noted in her 101-page order on Friday that "Apple has shown that it is likely to prove at trial that the Galaxy Nexus ...

#### UPDATE 3-Apple scores 2nd legal win vs Samsung in a week

Reuters, 20:59, 29 June 2012, 458 words, Dan Levine, (English)

SAN JOSE, Calif., June 29 (Reuters) - A U.S. judge on Friday granted Apple Inc's request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's Galaxy Nexus phone, handing the iPhone maker its second legal victory ...

### Samsung Galaxy Nexus Banned in US

International Business Times, 07:30, 30 June 2012, 430 words, Staff Reporter, (English)

The Samsung Galaxy Nexus has been slapped with a sales ban in the US following a Californian judge ruling in favour of Apple in a patent dispute. Apple filed an injunction claiming Samsung copied some of the design and looks of its iPhone. ...

### Apple wins injunction against Samsung Galaxy Nexus smartphone

IPod Daily News, 09:32, 30 June 2012, 463 words, AppleInsider Staff, (English)

Judge Lucy Koh on Friday granted Apple an injunction against Samsung's Galaxy Nexus phone with the ruling coming on the heels of an identical decision to block sales of the South Korean company's Galaxy Tab 10.1.

### Apple scores 2nd legal win vs Samsung in a week

Reuters India, 10:51, 30 June 2012, 459 words, Dan Levine, (English)

SAN JOSE, California (Reuters) - A U.S. judge on Friday granted Apple Inc's (AAPL.O) request for a pre-trial injunction against the sale of Samsung Electronics Co Ltd's (005930.KS) Galaxy Nexus phone, handing the iPhone maker its second ...

### Apple scores second legal win vs Samsung in a week

MyADSL.co.za, 06:07, 30 June 2012, 477 words, Dan Levine and Poornima Gupta, (English)

Reuters is a news agency headquartered in New York City. Until 2008 the Reuters news agency formed part of a British independent company, Reuters Group...

### Apple wins injunction against Samsung Galaxy Nexus smartphone

Apple Insider, 15:11, 30 June 2012, 462 words, AppleInsider Staff, (English)

Judge Lucy Koh on Friday granted Apple an injunction against Samsung's Galaxy Nexus phone with the ruling coming on the heels of an identical decision to block sales of the South Korean company's Galaxy Tab 10.1.

### Apple scores second legal win vs. Samsung in a week

The Oakland Tribune, 30 June 2012, 392 words, Dan Levine Reuters, (English)

SAN JOSE -- A U.S. judge on Friday granted ( ) request for a pre-trial injunction against the sale of Samsung's Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a week.

### Apple scores second legal win vs. Samsung in a week

Contra Costa Times, 30 June 2012, 397 words, Dan Levine Reuters, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's ( AAPL) request for a pre-trial injunction against the sale of Samsung's Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a week.

### It's Apple 2, Samsung 0 In US Patent Contests

International Business Times, 23:30, 29 June 2012, 578 words, J.J. McGrath, (English)

On Tuesday, Apple was granted a similar court order blocking U.S. sales of

Samsung's Galaxy Tab 10.1 tablet computer. Apple's iPhones and iPads are competitors of Samsung's Galaxy Nexus smartphones and Galaxy Tab 10.1 computers, ...

### Apple scores second legal win vs. Samsung in a week
Contra Costa Times, 12:23, 1 July 2012, 400 words, Dan Levine Reuterscontracostatimes, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's (AAPL) request for a pre-trial injunction against the sale of Samsung's Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a week.

### Apple scores second legal win vs. Samsung in a week
SiliconValley.com, 13:07, 1 July 2012, 400 words, Dan Levine, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's (AAPL) request for a pre-trial injunction against the sale of Samsung's Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a week.

### US judge bans Galaxy Nexus
iTnews.com.au, 17:00, 1 July 2012, 369 words, Dan Levine, (English)

Second recent win for Apple. The Samsung Galaxy Nexus smartphone has been temporarily banned from sale in the US, in a second major win for Apple last week.

### Apple scores second legal win vs. Samsung in a week
Inside Bay Area, 12:11, 2 July 2012, 400 words, Dan Levine Reuterscontracostatimes, (English)

SAN JOSE -- A U.S. judge on Friday granted Apple's (AAPL) request for a pre-trial injunction against the sale of Samsung's Galaxy Nexus phone, handing the iPhone maker its second legal victory against Samsung in a week.

### UPDATE 1-U.S. Judge rejects Samsung request to lift stay on Nexus sales
Reuters News, 20:11, 3 July 2012, 399 words, By Erin Geiger Smith, (English)

July 3 (Reuters) - A U.S. judge on Tuesday rejected a
request by Samsung Electronics Co. to lift a
pre-trial injunction against sales of its Galaxy Nexus phone,
another legal setback for the South Korean firm ahead of an
upcoming court ...

### UPDATE 1-U.S. Judge rejects Samsung request to lift stay on Nexus sales
Reuters, 20:53, 3 July 2012, 376 words, Erin Geiger Smith, (English)

July 3 (Reuters) - A U.S. judge on Tuesday rejected a request by Samsung Electronics Co. to lift a pre-trial injunction against sales of its Galaxy Nexus phone, another legal setback for the South Korean firm ahead of an upcoming court ...

### US court rejects Samsung request to lift ban on Nexus sales
IT Pro, 04:26, 4 July 2012, 348 words, (English)

Korean electronics giant fails to get pre-trial sales ban lifted. A US judge has rejected a request by Samsung Electronics to lift a pre-trial injunction against sales of its Galaxy Nexus phone, another legal setback for the South Korean ...

#### U.S. judge rejects Samsung request to lift stay on Nexus sales

Reuters India, 10:45, 4 July 2012, 349 words, Erin Geiger Smith, (English)

REUTERS - A U.S. judge on Tuesday rejected a request by Samsung Electronics Co. to lift a pre-trial injunction against sales of its Galaxy Nexus phone, another legal setback for the South Korean firm ahead of an upcoming court battle with ...

#### Samsung Galaxy Nexus sales still halted

MyADSL.co.za, 09:58, 4 July 2012, 390 words, (English)

Reuters is a news agency headquartered in New York City. Until 2008 the Reuters news agency formed part of a British independent company, Reuters Group...

#### US judge rejects Samsung request

ITWeb, 14:43, 4 July 2012, 373 words, (English)

A US judge yesterday rejected a request by Samsung Electronics to lift a pre-trial injunction against sales of its Galaxy Nexus phone, another legal setback for the South Korean firm ahead of an upcoming court battle with Apple.

#### Kodak loses patent case against Apple, Blackberry maker

Local Tech Wire, 09:58, 22 July 2012, 925 words, (English)

Eastman Kodak Co. lost its patent case against Apple Inc. (Nasdaq: AAPL) and Research In Motion Ltd. (Nasdaq: RIMM) over digital image-preview technology, a U.S. trade agency said today in a decision that could hurt the company's efforts to ...

#### Kodak loses patent case against Apple, Blackberry maker

Carolina Newswire, 13:00, 22 July 2012, 925 words, (English)

Eastman Kodak Co. lost its patent case against Apple Inc. (Nasdaq: AAPL) and Research In Motion Ltd. (Nasdaq: RIMM) over digital image-preview technology, a U.S. trade agency said today in a decision that could hurt the company's efforts to ...

#### Kodak loses patent case against Apple, Blackberry maker

WRAL Tech Wire, 09:51, 22 July 2012, 924 words, (English)

Eastman Kodak Co. lost its patent case against Apple Inc. (Nasdaq: AAPL) and Research In Motion Ltd. (Nasdaq: RIMM) over digital image-preview technology, a U.S. trade agency said today in a decision that could hurt the company's efforts to ...

#### Kodak to appeal patent case against Apple, Blackberry maker

Local Tech Wire, 10:04, 23 July 2012, 926 words, (English)

Eastman Kodak Co. lost its patent case against Apple Inc. (Nasdaq: AAPL) and Research In Motion Ltd. (Nasdaq: RIMM) over digital image-preview technology, a U.S. trade agency said today in a decision that could hurt the company's efforts to ...

#### 🔹 Kodak to appeal patent case against Apple, Blackberry maker

Carolina Newswire, 13:08, 23 July 2012, 926 words, (English)

Eastman Kodak Co. lost its patent case against Apple Inc. (Nasdaq: AAPL) and Research In Motion Ltd. (Nasdaq: RIMM) over digital image-preview technology, a U.S. trade agency said today in a decision that could hurt the company's efforts to ...

#### 🔹 Kodak to appeal patent case against Apple, Blackberry maker

WRAL Tech Wire, 15:33, 23 July 2012, 925 words, (English)

Eastman Kodak Co. lost its patent case against Apple Inc. (Nasdaq: AAPL) and Research In Motion Ltd. (Nasdaq: RIMM) over digital image-preview technology, a U.S. trade agency said today in a decision that could hurt the company's efforts to ...

#### 🔹 Apple, Samsung head to trial in bitter, costly patent fight

Carolina Newswire, 13:05, 28 July 2012, 1053 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin next week.

#### 🔹 Apple, Samsung head to trial in bitter, costly patent fight

WRAL Tech Wire, 15:25, 28 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin next week.

#### 🔹 Apple, Samsung head to trial in bitter, costly patent fight

Local Tech Wire, 10:03, 29 July 2012, 1053 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin next week.

#### In iPad copycat case, Quinn Emanuel is on the defensive

The Recorder, 30 July 2012, 1527 words, Amy Miller amiller@alm.com, (English)

Quinn Emanuel Urquhart & Sullivan's reputation as one of the toughest firms to beat in a courtroom is on the line. Starting Monday, a team of high-profile litigators led by Charles Verhoeven will defend Samsung Electronics Co. in front ...

#### 🔹 Smartphone courtroom showdown: Apple vs. Samsung in patent fight

Local Tech Wire, 10:07, 30 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin this week.

**Smartphone courtroom showdown: Apple vs. Samsung in patent fight**

Carolina Newswire, 13:17, 30 July 2012, 1052 words, JOEL ROSENBLATT, (English)

Apple Inc. (Nasdaq: AAPL) and Samsung Electronics Co., having waged their patent battle on four continents, are now on a collision course in California with little prospect of a settlement before a jury trial set to begin this week.