| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.   11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF EXHIBIT G TO DECLARATION OF MICHEL MAHARBIZ IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT UNDER L.R. 79-5(E)** |

Pursuant to Civil Local Rule 79-5(e), Apple hereby withdraws Exhibit G to the Declaration of Michel Maharbiz in Support of Apple's Opposition to Samsung's Motion for Summary Judgment ("Exhibit G").

L.R. 79-5(e) specifies that if a motion to seal is denied, "the submitting party may retain the document and not make it part of the record in the case[.]" *See also Tessera, Inc. v. Qualcomm, Inc.*, No. C 12-692 CW, 2012 U.S. Dist. LEXIS 85669, at *7 (N.D. Cal. June 20, 2012) (denying motion to seal and ordering party to file in public record or withdraw exhibit); *Centrify Corp. v. Quest Software, Inc.*, No. C 10-3873 CW, 2011 U.S. Dist. LEXIS 148061, at *3 (N.D. Cal. Dec. 23, 2011) (same). Apple filed a motion to seal Exhibit G on June 1, 2012 (Dkt. No. 1013), which the Court denied on July 17, 2012 with leave to file a renewed motion to seal (Dkt. No. 1256.) Exhibit G is no longer relevant to the case, as it pertained to claims which have been voluntarily dismissed (Dkt. No. 1178.) Apple, as the submitting party, will retain the document and not make it a part of the record in the case.

Dated: August 2, 2012                                MORRISON & FOERSTER LLP

                                                     By:   */s/ Jason R. Bartlett*
                                                           JASON R. BARTLETT

                                                     Attorneys for Plaintiff
                                                     APPLE INC.