1 | HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
2 | MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
3 | RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
4 | JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
5 | ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
6 | RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
7 | JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
8 | MORRISON & FOERSTER LLP
425 Market Street
9 | San Francisco, California  94105-2482
Telephone:  (415) 268-7000
10 | Facsimile:  (415) 268-7522

11 | Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Kevin P.B. Johnson (Cal. Bar No. 177129)
Victoria F. Maroulis (Cal. Bar No. 202603)
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Michael T. Zeller (Cal. Bar No. 196417)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.,<br><br>Defendants. | Case No.      11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING UPDATED DAMAGES OPINIONS AND EXHIBITS** |

1  *Additional attorneys for Plaintiff and*
   *Counterclaim-Defendant APPLE INC.*

2

3  WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING

4  HALE AND DORR LLP
   60 State Street

5  Boston, MA 02109
   Telephone: (617) 526-6000

6  Facsimile: (617) 526-5000

7  MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com

8  WILMER CUTLER PICKERING
   HALE AND DORR LLP

9  950 Page Mill Road
   Palo Alto, California 94304

10 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS on Wednesday evening, July 25, 2012, Apple and Samsung by agreement

2   exchanged documents reflecting financial results updated for periods between April and

3   June 2012 (referred to as "Updated Financial Results").

4    WHEREAS Apple and Samsung by agreement exchanged damages calculations revised to

5   reflect the Updated Financial Results in the afternoon and evening of July 28, 2012.

6    WHEREAS Apple and Samsung by agreement exchanged updated plaintiff's and

7   defendant's exhibits that incorporate the Updated Financial Results in the afternoon and evening

8   of July 28, 2012.

9    WHEREAS the Updated Financial Results are relevant to claims for monetary relief at

10  trial.

11    WHEREAS after May 12, 2012, actions of the parties and orders entered by the Court

12  have changed the intellectual property being asserted and the products being accused (referred to

13  as "Changes to the Intellectual Property Claims").

14    WHEREAS the materials exchanged on July 28 were revised to reflect the Changes to the

15  Intellectual Property Claims.

16  NOW THEREFORE the parties stipulate as follows:

17    1.   Neither party will object to the opinions of the opposing party's damages expert because it

18        includes the Updated Financial Results or the Changes to the Intellectual Property Claims.

19    2.   The parties agree that the sponsoring party may substitute the following plaintiff's and

20        defendants' trial exhibits, updated to reflect the Updated Financial Results or Changes to

21        the Intellectual Property Claims, as exchanged on or since Wednesday, July 25, 2012:

22        PX25, PX102, PX103, PX180, PX181, DX676, DX703, DX704, DX781.  Neither party

23        will object to the updated versions on the ground that they include Updated Financial

24        Results or Changes to the Intellectual Property Claims.

25    3.   All other objections to the content of the experts' opinions and the admission of exhibits

26        are preserved.  By this stipulation, neither party agrees to the admission of the exhibits

27        identified in paragraph 2.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  July 30, 2012

MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
    HAROLD J. MCELHINNY
    MICHAEL A. JACOBS
    JENNIFER LEE TAYLOR
    ALISON M. TUCHER
    RICHARD S.J. HUNG
    JASON R. BARTLETT

    WILLIAM F. LEE
    MARK D. SELWYN

    Attorneys for APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ Victoria F. Maroulis*
    CHARLES K. VERHOEVEN
    KEVIN P.B. JOHNSON
    VICTORIA F. MAROULIS
    EDWARD DEFRANCO
    MICHAEL T. ZELLER

    Attorneys for SAMSUNG ELECTRONICS
    CO. LTD, SAMSUNG ELECTRONICS
    AMERICA, INC., AND SAMSUNG
    TELECOMMUNICATIONS AMERICA,
    LLC.

1

[PROPOSED] ORDER

2

Based on the foregoing stipulation,

3

IT IS SO ORDERED.

4

Dated:   August 2, 2012

5

6

_____

HONORABLE LUCY H. KOH
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28