1  KARL OLSON (SBN 104760)
   kolson@rocklawcal.com
2  XINYING VALERIAN (SBN 254890)
   xvalerian@rocklawcal.com
3  RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
   555 Montgomery Street, Suite 820
4  San Francisco, California  94111
   Telephone:  (415) 433-4949
5  Facsimile:  (415) 433-7311

6  *Attorneys for Third-Party REUTERS AMERICA LLC*

7

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

10 APPLE INC., a California corporation,      CASE NO.  11-cv-01846-LHK

11              Plaintiff,                    **[PROPOSED] ORDER DENYING
                                              MOTIONS TO SEAL TRIAL AND
12        v.                                  PRETRIAL EVIDENCE**

13 SAMSUNG ELECTRONICS CO., LTD., a
   Korean Business entity; SAMSUNG
14 ELECTRONICS AMERICA, INC., a New           Date:      No hearing set
   York corporation; SAMSUNG                  Time:      N/A
15 TELECOMMUNICATIONS AMERICA,                Place:     Courtroom 1, 5th Floor
   LLC, a Delaware limited liability company, **Judge:     Hon. Lucy H. Koh**
16
                Defendants.
17

18        The Court has reviewed various sealing motions and Reuters America LLC's opposition

19 thereto.  Having read and considered the motions and opposition, the Court hereby DENIES the

20 motions by Apple and/or Samsung (Document Numbers 1414, 1488, 1490, 1495, 1499) and the

21 motions by various third parties regarding licensing agreements (Document Numbers 1328, 1334,

22 1340, 1376, 1390, 1396, 1400, 1481, 1486, 1489, 1493, 1498, 1506) for the reasons outlined in

23 Reuters' opposition.  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1182-83 (9th Cir.

24 2006) [judge need not document compelling reasons to unseal; rather the proponent of sealing

25 bears the burden and a failure to meet that burden means the default posture of public access

26        / / /

27        / / /

28        / / /

prevails; non-party's reliance upon protective order is unreasonable and is not a compelling reason that rebuts the presumption of access].

IT IS SO ORDERED.

Dated: _____

The Honorable Lucy H. Koh
Judge, United States District Court
Northern District of California

N:\Docs\1273-02\OppMotsSeal4-PropOrd.doc