KARL OLSON (SBN 104760)
kolson@rocklawcal.com
XINYING VALERIAN (SBN 254890)
xvalerian@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Third-Party REUTERS AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.  11-cv-01846-LHK<br><br>**DECLARATION OF AMY STEVENS IN SUPPORT OF REUTERS' OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**<br><br>Date:      No hearing set<br>Time:      N/A<br>Place:     Courtroom 1, 5th Floor<br>**Judge:    Hon. Lucy H. Koh** |

I, Amy Stevens, declare:

1. I have personal knowledge of the facts set forth below, except as to those stated on information and belief, and as to those I believe them to be true.

2. I am employed by Reuters America, LLC as the executive editor, professional news.  The following is a short summary of my experience: I was a reporter at the *Wall Street Journal* ("*WSJ*") from 1990-96; I served in various editing roles for the WSJ from 1996-2000; was deputy page one editor of the *WSJ* from 2001-2003; editor of the *Weekend Journal* of the *WSJ* from 2004-2006; deputy editor of *Conde Nast Portfolio* magazine from 2006-2009; and have held my current job since June 2010.

Reuters is the largest independent international news agency in the world.  Each day its news and insight reaches over one billion people, including 430,000 financial professionals

around the world who subscribe to Thomson Reuters desktop products, hundreds of thousands legal and tax and accounting professionals, 35 million visitors to Reuters web sites each month and 650 TV clients, 1700 text media clients and 1,000 pictures and graphics clients.

3. I am well-acquainted with media coverage of this lawsuit. Business and technology reporters from many media organizations are closely following this lawsuit due to the widespread interest in the disputes between Apple and various companies, including Samsung, that utilize Google's Android operating system. Mainstream business outlets like the *Wall Street Journal*, Bloomberg and Reuters tend to focus coverage on the case's strategic impact on the companies, including financial risks for shareholders; publications like *The Recorder* analyze legal tactics, and sites like *The Verge* dig into the technology.

4. Our organization is providing detailed reporting and analysis on the case because our subscribers here in North America and in Asia are interested in the information. Some subscribers follow developments in the wireless devices industry, for example. Other subscribers are retail and institutional investors who may own stock in Apple, Samsung, or both.

5. Our reporting on the case also facilitates a broad discourse on the interesting and important issues presented by the case. Our stories, either on Reuters' own platforms or transmitted on the wire, are picked up or otherwise incorporated into the reporting, analysis and commentary of many others.

6. Although certain colorful aspects of this case (such as Steve Jobs' supposed declaration of "thermonuclear" war on Android) have increased the limelight on the case, Reuters believes that the journalistic value of the case derives from having a complete picture of the evidence and arguments.

7. Our organization, like others in journalism, sees this public and open jury trial as a rare opportunity to inform the public about the workings of our justice system, and particularly patent law, which has been much in the spotlight because of its use and possible abuse in many cases but which may not be well understood by the general public.

8. I am informed and believe that the public is particularly interested in this case because it is a major dispute between corporate giants that are leaders in the most popular

consumer technologies. Millions of people have smartphones and tablets like the ones at issue in this case.

9. I am informed and believe that maximum public access to the records in this case is important to consumers and investors. The wide coverage and interest in this case supports this belief.

10. Maximum public access to the records in this case increases public understanding of the workings of the court and promotes discussion about patent policy and intellectual property trends in general.

11. Based on my professional experience, and talking to those Reuters employees who have covered Silicon Valley, I do not believe that the level of secrecy and secrecy measures that Apple claims to have actually reflects the true level of secrecy at Apple. By way of example, the profit margins on Apple's iPhone and iPad were disclosed last week, and previously other websites have published estimates of the cost of its components.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York, on August 3, 2012.

        */s/ Amy Stevens*
        Amy Stevens

N:\Docs\1273-02\OppMotsSeal4-Stevens Decl-FINAL.doc

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  August 2, 2012                    By:      */s/ Karl Olson*
                                                                Karl Olson (SBN 104760)
                                                                RAM, OLSON, CEREGHINO & KOPCZYNSKI
                                                                555 Montgomery Street, Suite 820
                                                                San Francisco, CA  94111
                                                                Tel: 415-433-4949; Fax:  415-433-7311
                                                                Email:  kolson@rocklawcal.com

                                                                *Attorneys for Reuters America LLC*

---

Case No. 11-cv-01846-LHK – DECLARATION OF AMY STEVENS IN SUPPORT OF REUTERS' OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE                                                                4