KARL OLSON (SBN 104760)
kolson@rocklawcal.com
XINYING VALERIAN (SBN 254890)
xvalerian@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Third-Party REUTERS AMERICA LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean Business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO.  11-cv-01846-LHK<br><br>**DECLARATION OF XINYING VALERIAN IN SUPPORT OF REUTERS' OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**<br><br>Date:     No hearing set<br>Time:     N/A<br>Place:    Courtroom 1, 5th Floor<br>**Judge:    Hon. Lucy H. Koh** |

I, Xinying Valerian, declare:

1.     I am an attorney with the law firm of Ram, Olson, Cereghino & Kopczynski, LLP, counsel for Reuters America, LLC.  I am licensed to practice law in the State of California.  I have personal knowledge of the matters stated herein.

2.     Attached as **Exhibit A** hereto is a printout of a Reuters article dated July 26, 2012 from the Internet, "Apple U.S. margins for iPad about half of iPhone," which is accessible at the URL, http://www.reuters.com/article/2012/07/26/us-apple-margins-idUSBRE86P1NI20120726 (last visited August 2, 2012).

3.     Attached as **Exhibit B** hereto is a printout of a Forbes article dated July 29, 2012 from the Internet, "Why Are Apple's iPad Margins Half The iPhone Ones?," available at

http://www.forbes.com/sites/timworstall/2012/07/29/why-are-apples-ipad-margins-half-the-iphone-ones/ (last visited August 2, 2012).

4. Attached as **Exhibit C** hereto is a Apple's 3rd Quarter 2012 data summary which I downloaded from the Press Releases section of Apple's website containing the July 24, 2012 earnings release, at http://www.apple.com/pr/library/2012/07/24Apple-Reports-Third-Quarter-Results.html (last visited August 2, 2012).

5. Attached as **Exhibit D** hereto is a printout from the Internet which provides a "Preliminary Bill of Materials (BOM) Cost Analysis" for the 3rd Generation iPad. The URL is http://www.isuppli.com/Teardowns/News/pages/New-iPad-32-GB-4G-Carries-364-35-Bill-of-Materials.aspx (last visited August 2, 2012).

6. Attached as **Exhibit E** hereto is a printout from a July 31, 2012 article from the online tech magazine The Verge, "Nearly 40 iPhone and iPad prototypes revealed in Samsung trial," available at http://www.theverge.com/2012/7/31/3209913/apple-iphone-ipad-prototypes-new-samsung-trial-pictures (last visited August 2, 2012). According to this webpage as of my last visit, there were 335 comments. Here I include only pages 1 and 2 containing the main article and I omit the public comments, which span over 50 printed pages.

7. Attached as **Exhibit F** hereto is a printout of a Wall Street Journal article dated July 26, 2012, "Turns Out Apple Conducts Market Research After All," available at http://blogs.wsj.com/digits/2012/07/26/turns-out-apple-conducts-market-research-after-all/ (last visited August 2, 2012).

8. Attached as Exhibit G hereto is a printout of a press release "Strong Demand for Smartphones in Second Quarter Continues to Drive the Worldwide Mobile Phone Market, According to IDC," July 26, 2012, from the website of International Data Corporation (IDC). The URL is http://www.idc.com/getdoc.jsp?containerId=prUS23624612 (last visited August 2, 2012).

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on August 2, 2012.

*/s/ Xinying Valerian*
Xinying Valerian

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 2, 2012   By:   */s/ Karl Olson*
Karl Olson (SBN 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, CA  94111
Tel: 415-433-4949; Fax:  415-433-7311
Email:  kolson@rocklawcal.com

*Attorneys for Reuters America LLC*