# EXHIBIT A

» Print

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Apple U.S. margins for iPad about half of iPhone: filing

Thu, Jul 26 2012

By Dan Levine



SAN FRANCISCO (Reuters) - Apple Inc earned gross margins of 49 to 58 percent on its U.S. iPhone sales between April 2010 and the end of March 2012, while gross margins on the iPad were much lower during much of that period, according to a court filing.

The information was revealed on Thursday in a freshly unsealed statement from an Apple expert witness, filed in the company's patent battle against Samsung Electronics Co Ltd.

An Apple representative declined to comment on the court filing.

Between October 2010 and the end of March 2012, Apple had gross margins of 23 to 32 percent on its U.S. iPad sales, which generated revenue of more than $13 billion for Apple, the filing said. Apple does not typically disclose profit margins on individual products.

U.S. iPhone sales between April 2010 and the end of March 2012 generated revenue of more than $33 billion for Apple.

Apple and Samsung, the world's largest consumer electronics corporations, are waging legal war around the world, accusing each other of patent violations as they vie for supremacy in a fast-growing market for mobile devices.

A trial is scheduled to begin in federal court in San Jose, California, on Monday. Apple is seeking roughly $2.53 billion in damages, plus permanent injunctions on some Samsung phones and tablets.

The case in U.S. District Court, Northern District of California, is Apple Inc v. Samsung Electronics Co Ltd et al, 11-1846.

(Reporting By Dan Levine; Editing by Leslie Adler)

© Thomson Reuters 2011. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.