# EXHIBIT C

# Apple Inc.
## Q3 2012 Unaudited Summary Data
(Units in thousands, Revenue in millions)

|  | Q2 2012 | | Q3 2011 | | Q3 2012 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Segments** | Mac Units | Revenue | Mac Units | Revenue | Mac Units | Revenue | Mac Units | Revenue | Mac Units | Revenue |
| Americas | 1,214 | $13,182 | 1,487 | $10,126 | 1,522 | $12,806 | 25% | - 3% | 2% | 26% |
| Europe | 1,048 | 8,807 | 922 | 7,098 | 941 | 8,237 | - 10% | - 6% | 2% | 16% |
| Japan | 158 | 2,645 | 150 | 1,510 | 173 | 2,009 | 9% | - 24% | 15% | 33% |
| Asia Pacific | 771 | 10,153 | 620 | 6,332 | 593 | 7,887 | - 23% | - 22% | - 4% | 25% |
| Retail | 826 | 4,399 | 768 | 3,505 | 791 | 4,084 | - 4% | - 7% | 3% | 17% |
| **Total Operating Segments** | 4,017 | $39,186 | 3,947 | $28,571 | 4,020 | $35,023 | 0% | - 11% | 2% | 23% |

|  | Q2 2012 | | Q3 2011 | | Q3 2012 | | Sequential Change | | Year/Year Change | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Product Summary** | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue | Units | Revenue |
| Mac Desktops (1)(9) | 1,199 | $1,563 | 1,155 | $1,580 | 1,010 | $1,287 | - 16% | - 18% | - 13% | - 19% |
| Mac Portables (2)(9) | 2,818 | 3,510 | 2,792 | 3,525 | 3,010 | 3,646 | 7% | 4% | 8% | 3% |
| **Subtotal Mac** | 4,017 | 5,073 | 3,947 | 5,105 | 4,020 | 4,933 | 0% | - 3% | 2% | - 3% |
| iPod (3)(9) | 7,673 | 1,207 | 7,535 | 1,325 | 6,751 | 1,060 | - 12% | - 12% | - 10% | - 20% |
| Other Music Related Products and Services (4) | | 2,151 | | 1,571 | | 2,060 | | - 4% | | 31% |
| iPhone and Related Products and Services (5)(9) | 35,064 | 22,690 | 20,338 | 13,311 | 26,028 | 16,245 | - 26% | - 28% | 28% | 22% |
| iPad and Related Products and Services (6)(9) | 11,798 | 6,590 | 9,246 | 6,046 | 17,042 | 9,171 | 44% | 39% | 84% | 52% |
| Peripherals and Other Hardware (7) | | 643 | | 517 | | 663 | | 3% | | 28% |
| Software, Service and Other Sales (8) | | 832 | | 696 | | 891 | | 7% | | 28% |
| **Total Apple** | | $39,186 | | $28,571 | | $35,023 | | - 11% | | 23% |

(1) Includes revenue from iMac, Mac mini and Mac Pro sales.
(2) Includes revenue from MacBook, MacBook Air and MacBook Pro sales.
(3) Includes revenue from iPod sales.
(4) Includes revenue from sales from the iTunes Store, App Store and iBookstore in addition to sales of iPod services and Apple-branded and third-party iPod accessories.
(5) Includes revenue from sales of iPhone, iPhone services, and Apple-branded and third-party iPhone accessories.
(6) Includes revenue from sales of iPad, iPad services, and Apple-branded and third-party iPad accessories.
(7) Includes revenue from sales of displays, networking products and other hardware.
(8) Includes revenue from sales of Apple-branded and third-party Mac software, and services.
(9) Includes amortization of related revenue deferred for non-software services and embedded software upgrade rights.