# EXHIBIT E

APPLE  POLICY & LAW  MOBILE

# Nearly 40 iPhone and iPad prototypes revealed in Samsung trial

By Dieter Bohn (http://www.theverge.com/users/Dieter%20Bohn) on July 31, 2012 09:57 pm



Today at the Apple vs. Samsung trial (http://www.theverge.com/2012/7/31/3207848/apple-vs-samsung-complete-trial-coverage) , Apple designer Christopher Stringer took to the stand as Apple's first witness (http://www.theverge.com/2012/7/31/3207582/apple-designer-christopher-stringer-samsung-trial-testimony) . In the course of his testimony about Apple's design process, he showed dozens of rejected iPhone and iPad designs — including some he actually showed in person. They give us yet (http://www.theverge.com/2012/5/28/3048232/apple-ipad-prototype-two-dock-connectors-ebay) another (http://www.theverge.com/2012/7/30/3201162/apple-refutes-claim-they-cribbed-notes-from-sony-reveal-prototype/in/2297513) look (http://www.theverge.com/2012/7/26/3190849/court-documents-reveal-multiple-ipad-iphone-prototypes-kickstand/in/2297513) at Apple's design process and reveal a bit about how the company forms its design aesthetic. Some of the newly revealed phones do appear to have more in common with Sony's design aesthetic (http://www.theverge.com/2012/7/26/3189309/apple-sony-iphone-design-inspiration-iphone-4-looked-old/in/2297513) than Apple's, for example "Apple Proto 87" goes for a flat, black metallic look with all the major buttons and ports on the side of the device.



Stringer said that Apple created "hundreds" of different models over the course of the design process, some of which would receive even more iterations as the team would try out different individual elements for the device.

## STORYSTREAM 1 2



9 UPDATES TO

### Apple vs. Samsung: complete coverage of tech's biggest trial

7:23P  Judge: Samsung can't use '2001' or UK television show to dispute Apple's iPad patents

1:01P  Apple wants Samsung case dismissed with winning verdict because of leaked evidence

AUG 1  Lead Samsung lawyer defends decision to send rejected evidence to media

JUL 31 Nearly 40 iPhone and iPad prototypes revealed in Samsung trial

JUL 31 Samsung angers judge by sending rejected evidence from Apple trial to the media

JUL 31 Apple designer Christopher Stringer reveals iPhone design process, says 'we've been ripped off'

3 MORE UPDATES

## HEADLINES



"Apple Proto 0874," an iPad prototype, was particularly interesting in that it didn't go with a simple slab design, but included a thinner rail around the entire device that curves around the back on the top and bottom. Presumably that would have been meant to improve grip, but it's easy to see why Apple left this model on the cutting room floor:



We've collected all of the prototypes in the two galleries below, in total there's over 60 images, broken into 32 iPhone prototype models, CAD images, and six iPad model images.

## APPLE IPHONE PROTOTYPE PICTURES AND CAD FILES



## APPLE IPAD PROTOTYPE IMAGES



RELATED ITEMS  DESIGN  TRIAL  PROTOTYPE  CHRISTOPHER STRINGER  TESTIMONY  CAD  IPHONE  IPAD (WI-FI)  APPLE  CELLPHONES  TABLETS


Android's unfinished multi-user functionality shown off in developer's video


'Dishonored' lets you make your master plan


American Express reportedly didn't sign off on new Google Wallet app


90 Seconds on The Verge: Thursday, August 2nd, 2012


Judge: Samsung can't use '2001' or UK television show to dispute Apple's iPad patents

## LATEST *MEDIA*


90 Seconds on The Verge: Thursday, August 2, 2012 (video)
about 2 hours ago


'Doom 3 BFG Edition' screenshots
about 3 hours ago      1 comments


'FIFA 13' iOS screenshots
about 3 hours ago


'The Sims 3: Seasons' gallery
about 4 hours ago

'FIFA 13' Wii U screenshots
about 4 hours ago

## DISCUSSIONS

ANDROID ARMY
(HTTP://WWW.THEVERGE.COM/FORUMS/ANDROID ARMY)
Looking Mighty Sexy
about 1 hour ago by Cameronbic
(http://www.theverge.com/users/Cameronbic)  3 comments

MICROSOFT TRIBE
(HTTP://WWW.THEVERGE.COM/FORUMS/MICROSOFT TRIBE)
my idea for Surface pricing
about 2 hours ago by smileyctp
(http://www.theverge.com/users/smileyctp)  2 comments

MICROSOFT TRIBE
(HTTP://WWW.THEVERGE.COM/FORUMS/MICROSOFT TRIBE)
Windows RTM Enterprise edition leaks onto the Internet