# EXHIBIT F

New York          84°|72°

News, Quotes, Companies, Videos

GET 4 WEEKS
FREE
SUBSCRIBE NOW!

►THE PRINT JOURNAL
►THE ONLINE JOURNAL

U.S. Edition Home          Today's Paper          People In The News          Video          Blogs          Journal Community                    Subscribe   Log In

World     U.S.     New York     Business     Markets     Tech     Personal Finance     Life & Culture     Opinion     Careers     Real Estate     Small Business

TOP STORIES IN
**Technology**


1 of 12
Apple-Samsung
Trial Begins


2 of 12
New Rules on
Kids' Web Ads


3 of 12
Microsoft
Reboots Hotmail as
Outlook.com



WSJ BLOGS

Search Digits          [ SEARCH ]

July 26, 2012, 6:48 PM

# Turns Out Apple Conducts Market Research After All

**Article**          **Comments (1)**                                        DIGITS HOME PAGE »

By Jessica E. Vascellaro

Apple co-founder Steve Jobs notoriously shunned market research. He once quipped: "It isn't the consumer's job to know what they want." That was Apple's job.

It is with a tinge of irony then that buried within the troves of court documents unsealed Thursday in the Apple vs. Samsung patent war is an "iPhone Owner Study" labeled "Apple Market Research & Analysis, May 2011." It surveys users in multiple countries about why they bought an iPhone.

To be fair, Mr. Jobs mostly denounced focus groups, which are only one particular type of market research. And a company of Apple's size can hardly be faulted for talking to its customers, particularly as rivals start courting them too.

The study points to Apple's concern about the growth of Android, which eclipsed the iPhone in overall smartphone shipments that year. The big takeaways: Chinese customers remain some of the most enthusiastic about various iPhone features. And Apple's brand and the design were far bigger drivers of iPhone purchases than software features and apps.

Here is a breakdown of the results (or at least the bits not omitted from the filing):

One chart lists responses from customers in seven different countries, asking them why they bought an iPhone after considering an Android device. "Trust Apple Brand" emerged as the first or second most popular reason in most regions, including in the U.S and China where 54% of respondents cited it as a factor.

Some 67% of Chinese respondents said they bought the iPhone because they liked the physical appearance and design, the highest percentage across the group, which also included Japan, the U.K., France, Germany and South Korea.

Least important, almost universally, was the ability to easily transfer music and other media across multiple devices. "Greater availability of apps I am interested in" was a significant factor in South Korea, where 47% cited it as a reason.

A second chart lists features found "very important" in buying an iPhone, without any mention of Android. Physical appearance and design also ranked very highly, followed by "comfort while holding in hands." Game apps weren't important in any region, except in China, where 48% of respondents cited it as a reason.

An Apple spokesman declined to comment.

**Don't Miss...**                    Powered by Taboola


A Surprise Hit
Spawns a Movie
Deal
02:25


Why HTC Is Headed
in the Same
Direction as Nokia
03:05


Apple's Lull in
Releasing iPhones
Has Given Samsung
a Chance to Surge ...
03:21

**About Digits**

Digits delivers breaking news and insights about the technology landscape, including Q&As with newsmakers, product news and strategic moves. Send news items, comments and questions to digits@wsj.com.

[ Follow ]  **Digits on Twitter**

[ Like ]  **Digits on Facebook**

**Most Popular**

Read     Commented     All Blogs

1.

DIGITS HOME PAGE

A Phone Network Just for Hackers

## Don't Miss...

Next »
'Other' Kansas City Jazzed About Google's 'Free' Internet

Powered by Taboola



**NEWS**
Ongoing Problems with the Airbus A380
03:53



**BUSINESS**
Why Does Mark Zuckerberg Have an Adjustable-Rat...
03:45



**BUSINESS**
Apple Preps for New Tablet
03:59

**NEWS**
Apple Prepares to Produce a New, Smaller Tablet, S...
03:05

**Trusted Survey Companies**
Our reviews help you know which companies you can trust.
www.RateThisSurvey.com

**Conducting Masterclasses**
Prof. Christian Klutig & LSSO 10.-16. Sept. 2012 - Vilnius, Lithuania
www.philharmonie.com

**Market Research Surveys**
Consumer, Customer & Employee Surveys. Design, Sampling & Analysis.
www.MaCorr.com

**IRBNet - Powerful, Secure**
The world's most widely used tools for IRB, IACUC, IBC and more.
www.IRBNet.org

## You Might Like

Netflix Users' Taste for Movie Streaming Continues to Fall

Apple Designer Christopher Stringer Leads Off its Witnesses

The Apple-Samsung Trial: What Apple Will Attempt to Prove

Apple's Upcoming iPhone: What We Know

Microsoft Bringing Multi-Touch Screens to the Big Time

## From Around the Web

Content from Sponsors What's this?

Who Has the Worst Customer Service? (Angie's List)

The Illustrious iPhone 5 (Web2Carz)

Rumor Has It, Apple Has a Jaw-Dropping Headline Feature Up Its Sleeve (LAPTOP Magazine)

iPhone 5 & iPad Mini: sources name September 12th launch date (uSwitch.com)

6 Phone Apps That Will Save You a Fortune (My Life Scoop)

## Add a Comment

Name

We welcome thoughtful comments from readers. Please comply with our guidelines. Our blogs do not require the use of your real name.

Comment

[ CLEAR ]  [ POST ]

## Comments (1 of 1)

View all Comments »

4:39 am July 27, 2012

**kalpanaceo** wrote :

Informatics Outsourcing is an Offshore Market Research service company for Clinical Research,Bio Chemistry, Bio Technologies. Market Research services includes both Quantitative and Qualitative Market Research services Worldwide with affordable price.

---

### Apple to Discuss New Products on Sept. 12

2. A Phone Network Just for Hackers

3. 'Other' Kansas City Jazzed About Google's 'Free' Internet

4. What We Learned From Apple's 3Q Earnings Call

5. Turns Out Apple Conducts Market Research After All

### Technology Career News & Advice

Levinsohn's Luck May Have Turned

Social Media Stocks Get Thumbs Down

iPhone Apps Are for Democrats

The 25 Toughest Companies for Interviews

keyword        city, state, zip    

MORE JOBS AND CAREER NEWS

Finance Jobs | Accounting Jobs | Sales Jobs | Marketing Jobs

**Online Marketing**
Reach More Customers With Email Marketing. Get Free Strategy& Tips.
emailsmartz.com

**Chinese Art**
Buy Chinese Art here
http://www.cnn.com

**Market Research Company**
Join the Leader in Market Research. Market Research is All We Do!
opinionsltd.com/MarketResearch

BACK TO TOP

**Customer Center:**
My Account
My Subscriptions

**Create an Account:**
Register for Limited Access
Subscribe to WSJ.com
Subscribe to WSJ Weekend -
Print Edition

**Help & Information Center:**
Help
Customer Service
Contact Us
Global Support
Print Subscriber Services

**About:**
Content Partnerships
Reprints
Advertising
Place a Classified Ad
Classifieds
Advertise Locally
Conferences
About Dow Jones
Privacy Policy - UPDATED
10/18/2011
Data Policy - NEW
Your Ad Choices
Subscriber Agreement &
Terms of Use - NEW
Copyright Policy
Jobs at WSJ.com

**WSJ.com:**
Site Map
Home
World
U.S.
New York
Business
Markets
Market Data
Tech
Personal Finance
Life & Culture
Opinion
Autos
Careers
Real Estate
Small Business
Student Journal
Corrections
SafeHouse - Send Us
Information

**Tools & Formats:**
Today's Paper
Video Center
Graphics
Columns
Blogs
Topics
Guides
Alerts
Newsletters
Mobile
WSJ Social
Tablet Edition
Podcasts
  RSS Feeds
Journal Community
  WSJ on Twitter
  WSJ on Facebook
  WSJ on Foursquare
WSJ on Google+
WSJ on YouTube
My Journal
Portfolio
E-books

**Digital Network**
WSJ.com
Marketwatch.com
Barrons.com
SmartMoney.com
AllThingsD.com
FINS: Finance, IT Jobs, Sales Jobs
BigCharts.com
Virtual Stock Exchange
WSJ Radio
Professor Journal
WSJ U.S. Edition
WSJ Asia Edition
WSJ Europe Edition
WSJ India Page

**Foreign Language Editions:**
WSJ Chinese
WSJ Japanese
WSJ Portuguese
WSJ Spanish
WSJ Deutschland

Copyright ©2012 Dow Jones & Company, Inc. All Rights Reserved