**United States District Court**
For the Northern District of California

1
2
3         IN THE UNITED STATES DISTRICT COURT
4
5         FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    APPLE INC., a California corporation,          **CASE NO.** 11-cv-01846-LHK
8                  Plaintiff,                       ~~(Proposed)~~
                                                    **ORDER GRANTING APPLICATION**
9         v.                                        **FOR ADMISSION OF ATTORNEY**
                                                    ***PRO HAC VICE***
10   SAMSUNG ELECTRONICS CO., LTD., a Korean corporation;
     SAMSUNG ELECTRONICS AMERICA, INC., a New York
11   corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company,
12                 Defendant.
                                          /
13
14   Roger G. Brooks                        , whose business address and telephone number is
15   Cravath, Swaine & Moore LLP, 825 Eighth Ave., New York, NY 10019; (212) 474-1000
16
17   and who is an active member in good standing of the bar of  the State of New York
18   having applied in the above-entitled action for admission to practice in the Northern District of
19   California on a pro hac vice basis, representing  Qualcomm Incorporated
20         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
21   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
22   *vice.* Service of papers upon and communication with co-counsel designated in the application
23   will constitute notice to the party. All future filings in this action are subject to the requirements
24   contained in General Order No. 45, *Electronic Case Filing.*
25
26   Dated:   August 2, 2012
                                              *Lucy H. Koh*
27                                            Lucy H. Koh
                                              United States District   Judge
28