1  [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Date:   August 2, 2012 |
| Defendant. | Judge: Hon. Lucy H. Koh |

1   Supplementing their last Statement filed on August 1, 2012, the parties inform the Court
2   that the parties have agreed to submit the few words or phrases remaining in dispute to the agreed
3   translator for resolution.

4

5   MORRISON & FOERSTER LLP            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
6

7

8   By:  /s/ Richard Hung              By:  /s/ Victoria Maroulis
        HAROLD J. MCELHINNY                CHARLES K. VERHOEVEN
9       MICHAEL A. JACOBS                  KEVIN P.B. JOHNSON
        RACHEL KREVANS                     VICTORIA F. MAROULIS
10      JENNIFER LEE TAYLOR                MICHAEL T. ZELLER
        ALISON M. TUCHER
11      RICHARD S.J. HUNG              Attorneys for SAMSUNG ELECTRONICS
        JASON R. BARTLETT              CO. LTD, SAMSUNG ELECTRONICS
                                       AMERICA, INC., AND SAMSUNG
12      Attorneys for APPLE INC.       TELECOMMUNICATIONS AMERICA,
                                       LLC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Richard Hung.

                                                                */s/ Victoria Maroulis*

02198.51855/4889905.1

-3-   Case No. 11-cv-01846-LHK
SUPPLEMENTAL JOINT STATEMENT RE: MEET AND CONFER TO DISCUSS OBJECTIONS TO EXHIBIT TRANSLATIONS