IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants.    / | CASE NO. 11-CV-01846-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

PETER J. CHASSMAN, whose business address and telephone number is WINSTON & STRAWN LLP, 1111 Louisiana, 25th Floor, Houston, TX  77002-5242, Tel: 1 (713) 651-2623, and who is an active member in good standing of the bar of TEXAS, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing MOTOROLA MOBILITY LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in Civil L.R. 5-1, *Electronic Case Filing*.

Dated: August 2, 2012

Lucy H. Koh
United States District Judge