# APPENDIX A

**APPENDIX A**

| Exhibit | Description | Sealing Briefing |
|---|---|---|
| PX102 | iPhone Sales Summary | Dkt. No. 1495 at 7-9; Dkt. No. 1495-2 at 1-5, 7-8 |
| PX103 | iPad and iPod Touch Sales Summary | Dkt. No. 1495 at 7-9; Dkt. No. 1495-2 at 1-5, 8-9 |
| DX617 | iPad Tracking Study FY11 - Q2 | Dkt. No. 1495 at 10-12; Dkt. No. 1496 at 1-4 |
| DX767 | iPhone Buyer Survey FY11 - Q4 | Dkt. No. 1495 at 10-12; Dkt. No. 1496 at 1-4 |
| DX534* | iPhone Buyer Survey FY11 - Q2 | Dkt. No. 1495 at 10-12; Dkt. No. 1496 at 1-4 |
| DX774* | iPhone Buyer Survey FY10 - Q4 | Dkt. No. 1495 at 10-12; Dkt. No. 1496 at 1-4 |
| DX775* | iPhone Buyer Survey FY11 - Q1 | Dkt. No. 1495 at 10-12; Dkt. No. 1496 at 1-4 |
| DX776* | iPhone Buyer Survey FY11 - Q3 | Dkt. No. 1495 at 10-12; Dkt. No. 1496 at 1-4 |

* Exhibit untimely disclosed at 9:23 p.m. on August 2. Apple objects to this exhibit, but in the event the Court allows Samsung's untimely supplementation, Apple requests that only excerpted portions of these documents be used as well.