UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION REGARDING SEALING ISSUES RELATED TO AUGUST 3 WITNESS EXAMINATIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Apple filed a motion regarding sealing issues related to August 3 witness examinations.
2  The motion raises four specific exhibits that were addressed in Apple's earlier filed motion to seal
3  confidential trial exhibits (Dkt. No. 1495).  Apple requests that the Court issue an order accepting
4  Apple's proposed redactions of PX102 and PX103 and directing Samsung to enter into evidence
5  only those pages of DX617 and DX767 about which it specifically questions Mr. Schiller.
6  Apple's request is granted.

7   - Exhibits PX102 and PX103 will be sealed in part, consistent with the proposed
8     redactions Apple lodged with the Court on July 31.
9   - Only the pages of DX617 and DX767 about which Samsung specifically questions
10     Mr. Schiller will be entered into evidence.

11  DX534 and DX774-76 shall not be used in the examination of Mr. Schiller as they were not
12  timely disclosed.

13
14   **IT IS SO ORDERED.**
15
16  Dated: _____    _____
17                                                                     Hon. Lucy H. Koh
                                                                       United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION REGARDING SEALING ISSUES
CASE NO. 11-CV-01846-LHK
sf-3178646