QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SUBMISSION IN RESPONSE TO THE COURT'S AUGUST 2, 2012 ORDER (Dkt. 1563)** |

02198.51855/4890074.1

Case No. 11-cv-01846-LHK
SAMSUNG'S SUBMISSION IN RESPONSE TO THE COURT'S AUGUST 2, 2012 ORDER (Dkt. 1563)

1   Pursuant to the Court's August 2, 2012 Order (Dkt. 1563), Samsung hereby resubmits the
2   following demonstratives Apple disclosed for use with Ms. Kare:
3   • PDX 14.4, PDX 14.8-14.10 are attached hereto as Exhibit A;
4   • PDX 14.24-14.27, 14.29-14.33 are attached hereto as Exhibit B; and
5   • PDX 14.34-14.36, 14.37 are attached hereto as Exhibit C.

7   DATED:   August 3, 2012            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By  */s/ Victoria F. Maroulis*
                                          Charles K. Verhoeven
                                          Victoria F. Maroulis
                                          Kevin P.B. Johnson
                                          Michael T. Zeller
                                          Attorneys for SAMSUNG ELECTRONICS
                                          CO., LTD., SAMSUNG ELECTRONICS
                                          AMERICA, INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC