# EXHIBIT A

# D'305 Patent v. Fascinate

**D'305 Patent** ---- **Mix of Icon Styles** ---- **Fascinate**










JX1042, JX1013

PDX14.4

# D'305 Patent v. Fascinate

## D'305 Patent

## Fascinate




---------- Grid ------------


--- **Rounded Rectangle** ---


  
--- **Mix of Icon Styles** ---
   

  
------ **Colorful Icons** ------
  


------ **Bottom Row** ------


JX1042, PX21

PDX14.8

# D'305 Patent v. Fascinate

## D'305 Patent

## Fascinate




JX1042, PX21

# Icon Size Relative to Screen Size

## D'305 Patent



## Fascinate



JX1042, PX21

PDX14.10