# EXHIBIT B

# iPhone 3G Trade Dress

## iPhone 3G



PX8

PDX14.24

# iPhone 3G v. Fascinate

### iPhone 3G



### Fascinate



# iPhone 3G v. Accused Products

**iPhone 3G**



**Fascinate**



**Droid Charge**



**Mesmerize**



**Epic 4G**



**Vibrant**



**Infuse 4G**



**Galaxy S Showcase (i500)**



**Captivate**



**Galaxy S (i9000)**



**Galaxy S 4G**



**Indulge**



**Gem**



**Continuum**



JX1001, PX21

PDX14.26

# Registered iPhone Trade Dress v. Accused Products

**Registered iPhone Trade Dress**



**Fascinate**



**Droid Charge**



**Mesmerize**



**Epic 4G**



**Vibrant**



**Infuse 4G**



**Galaxy S Showcase (i500)**



**Captivate**



**Galaxy S (i9000)**



**Galaxy S 4G**



**Indulge**



**Gem**



**Continuum**



JX1001, PX21

PDX14.27

# All iPhones v. Accused Phones

**iPhone**


**iPhone 3G**


**Fascinate**


**Droid Charge**


**Mesmerize**


**Epic 4G**


**iPhone 3GS**      **iPhone 4**


**Vibrant**


**Infuse 4G**


**Galaxy S Showcase (i500)**      **Captivate**




**Galaxy S (i9000)**


**Galaxy S 4G**


**Indulge**


**Gem**


**Continuum**


JX1000, JX1001, JX1002, JX1003, PX21

# iPhone v. Blackberry Torch

### iPhone

### Blackberry Torch




JX1000, PX22

PDX14.30

# iPhone v. Nokia N9

**iPhone**  **Nokia N9**




# iPhone v. M8

## iPhone

## Meizu M8




# Alternative Designs

### Blackberry Torch



### Nokia N9



### Meizu M8



PX22

PDX14.33