# EXHIBIT C

Plaintiff's Exhibit No. 44.131



# 122. Visual Interaction Effect _ Icon

☐ **Usage of indistinguishable icons for different functions makes for difficult differentiation**

- i-Phone : Instant recognizability due to highly intuitive icon usage.
- S1 : Difficult differentiation due to icons that are duplicative or are intuitively deficient.

| i-Phone | | GT-i9000 | |
|---|---|---|---|
| *(iPhone screenshot)* | Minimize replicate icons; can feel icons were made in consideration of the user, for instant recognition and ease for the user. | *(GT-i9000 screenshot)* | Confusion can result from indistinguishable icons like Message and e-mail. |
| **Directions for Improvement** | Change replicate icons and select and use highly intuitive icons. For appls that have long names, change long names to simple ones or change the long name so it can be expressed at once for ease of recognition. | | |

- 127 / 132 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                SAMNDCA00204006



JX1013, PX44

PDX14.35



# Samsung Interface Graphics Over Time

**iPhone**
2007





**Fascinate**
2010



PDX 55

PDX14.37