# EXHIBIT A

# Apple and Samsung Smartphones

**Samsung Products Before iPhone**











| i700<br>Mar. 2004 | i730<br>Jul. 2005 | i830<br>Jan. 2006 | Blackjack i607<br>Nov. 2006 | **Apple iPhone Announced**<br>Jan. 9, 2007 |

| 2004 | 2005 | 2006 | 2007 |

**PLAINTIFF'S EXHIBIT NO. 3**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

# Apple and Samsung Smartphones

**Samsung Products After iPhone**

      

**Apple iPhone Announced**
Jan. 9, 2007

**i8510 INNOV8**
Sep. 2008

**i8910 Omnia HD**
May 2009

**M7600 Beat DJ**
May 2009

**Jet S8000**
Jun. 2009

**i5700 Galaxy Spica**
Nov. 2009

**Sunburst**
Mar. 2010

| 2007 | 2008 | 2009 | 2010 | 2010 |

# Apple and Samsung Smartphones

**Samsung Products After iPhone**

     

**Apple iPhone Announced**
Jan. 9, 2007

**Galaxy S i9000**
Jun. 2010

**Vibrant T959**
Jul. 2010

**Mesmerize i500**
Oct. 2010

**Galaxy S 4G T959V**
Feb. 2011

**Galaxy S II T989**

2007 | 2010 | 2011