# EXHIBIT B

# Accused Products

PLAINTIFF'S EXHIBIT NO.  7
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Plaintiff's Exhibit No. 7.2

# Acclaim




Plaintiff's Exhibit No. 7.3



Plaintiff's Exhibit No. 7.4

# Captivate





**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.5

# Continuum



Plaintiff's Exhibit No. 7.6

# Continuum

  

**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.7

# Droid Charge



Plaintiff's Exhibit No. 7.8

# Droid Charge





**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.9



Plaintiff's Exhibit No. 7.10

# Epic 4G

  

**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.11

# Exhibit 4G

 

Plaintiff's Exhibit No. 7.12

# Fascinate





Plaintiff's Exhibit No. 7.13



# Fascinate

**Views corresponding to D'677**

Plaintiff's Exhibit No. 7.14

# Fascinate





**Views corresponding to D'305**

14

Plaintiff's Exhibit No. 7.15



Plaintiff's Exhibit No. 7.16



# Galaxy Ace

**Views corresponding to D'677**

Plaintiff's Exhibit No. 7.17

# Galaxy Prevail





Plaintiff's Exhibit No. 7.18

# Galaxy S (i9000)





Plaintiff's Exhibit No. 7.19



Plaintiff's Exhibit No. 7.20

# Galaxy S (i9000)

 

**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.21

# Galaxy S 4G





Plaintiff's Exhibit No. 7.22



# Galaxy S 4G

**Views corresponding to D'677 and D'087**

22

Plaintiff's Exhibit No. 7.23

# Galaxy S 4G





**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.24

# Galaxy S II (AT&T)





Plaintiff's Exhibit No. 7.25

# Galaxy S II (AT&T)



**Views corresponding to D'677 and D'087**

25

Plaintiff's Exhibit No. 7.26

# Galaxy S II (i9100)





Plaintiff's Exhibit No. 7.27

# Galaxy S II (i9100)



**Views corresponding to D'677 and D'087**

27

Plaintiff's Exhibit No. 7.28

# Galaxy S II (T-Mobile)





Plaintiff's Exhibit No. 7.29

# Galaxy S II (T-Mobile)



**Views corresponding to D'677**

Plaintiff's Exhibit No. 7.30

# Galaxy S II (Epic 4G Touch)





Plaintiff's Exhibit No. 7.31

# Galaxy S II (Epic 4G Touch)



**Views corresponding to D'677 and D'087**

Plaintiff's Exhibit No. 7.32

# Galaxy S II (Skyrocket)





Plaintiff's Exhibit No. 7.33



# Galaxy S II (Skyrocket)

**Views corresponding to D'677 and D'087**

Plaintiff's Exhibit No. 7.34

# Galaxy S Showcase (i500)





Plaintiff's Exhibit No. 7.35

# Galaxy S Showcase (i500)



**Views corresponding to D'677**

Plaintiff's Exhibit No. 7.36

# Galaxy S Showcase (i500)

  

**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.37

# Galaxy Tab





Plaintiff's Exhibit No. 7.38

# Galaxy Tab 10.1 (WiFi)





Plaintiff's Exhibit No. 7.39

# Galaxy Tab 10.1 (WiFi)



**Views corresponding to D'889**

Plaintiff's Exhibit No. 7.40

# Galaxy Tab 10.1 (4G LTE)





Plaintiff's Exhibit No. 7.41

# Galaxy Tab 10.1 (4G LTE)



**Views corresponding to D'889**

Plaintiff's Exhibit No. 7.42

# Gem





Plaintiff's Exhibit No. 7.43

# Gravity Smart




Plaintiff's Exhibit No. 7.44

# Indulge

  

**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.45

# Infuse 4G





Plaintiff's Exhibit No. 7.46



Plaintiff's Exhibit No. 7.47

# Infuse 4G





**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.48

# Intercept




Plaintiff's Exhibit No. 7.49

# Mesmerize





Plaintiff's Exhibit No. 7.50

# Mesmerize



Plaintiff's Exhibit No. 7.51

# Mesmerize

  

**Views corresponding to D'305**

Plaintiff's Exhibit No. 7.52

# Nexus S




Plaintiff's Exhibit No. 7.53

# Nexus S 4G




Plaintiff's Exhibit No. 7.54

# Replenish




Plaintiff's Exhibit No. 7.55

# Sidekick




Plaintiff's Exhibit No. 7.56

# Transform




Plaintiff's Exhibit No. 7.57



Plaintiff's Exhibit No. 7.58



Plaintiff's Exhibit No. 7.59

# Vibrant





**Views corresponding to D'305**