HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF MOTION FOR RECONSIDERATION RE: RULINGS ON OBJECTIONS TO BRESSLER, KARE, SCHILLER, DENISON & FORSTALL EXHIBITS (DKT. NO. 1563)** |

1  I, Richard S.J. Hung, declare as follows:

2  1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein or understand them to be true. I make this declaration in support of Apple's Trial Brief re: Rulings on Objections to Bressler, Kare, Schiller, Denison & Forstall Exhibits (Dkt. No. 1563)l.

2. Attached as Exhibit A is a true and correct copy of a August 2, 2012 e-mail from Taryn Rawson to Robert Becher. The e-mail received no response.

3. Attached as Exhibit B is a true and correct copy of excerpts from the March 22, 2012 expert report of Peter Bressler.

4. Attached as Exhibit C is a true and correct copy of a March 27, 201 e-mail from Mia Mazza to the Samsung v. Apple mailing list at Quinn Emanuel Urquhart & Sullivan.

5. Attached as Exhibit D is a true and correct copy of Apple's March 9, 2012 Corrected Amended Response to Samsung's Interrogatory No. 7.

6. Attached as Exhibit F is a true and correct copy of excerpts from the March 22, 2012 expert report of Susan Kare.

7. Attached as Exhibit F is a true and correct copy of excerpts of the Apple's First Amended Initial Disclosures, dated March 4, 2012.

8. Attached as Exhibit G is a true and correct copy of excerpts of the October 27, 2011 deposition of Scott Forstall.

9. Attached as Exhibit H is a true and correct copy of excerpts of the February 9, 2012 deposition of Scott Forstall.

10. Attached as Exhibit I is a true and correct copy of excerpts of the April 4, 2012 deposition of Scott Forstall.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2012 at San Jose, California.

　　　　　　　　　　　　　　　　　　　／s/ Richard S.J. Hung　　　　　　
　　　　　　　　　　　　　　　　　　　Richard S.J. Hung

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: August 3, 2012                    */s/ Michael A. Jacobs*
                                         Michael A. Jacobs