# EXHIBIT C

# Hung, Richard S. J.

**From:** Mazza, Mia
**Sent:** Tuesday, March 27, 2012 3:28 PM
**To:** 'Samsung v. Apple'
**Cc:** AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com'
**Subject:** Apple v. Samsung:  Production for Inspection - Devices Referenced in Bressler Report

Counsel:

Devices referenced in Peter Bressler's opening expert report are available for inspection at Morrison and Foerster's San Francisco offices upon reasonable notice.  Please let me know when you would like to inspect, and copy applemofo@mofo.com

Regards,

**Mia Mazza**
**Morrison & Foerster LLP**
**San Francisco**
**(415) 268-6024 office**
**(415) 302-6583 mobile**
**(415) 268-7522 fax**