# EXHIBIT G

Highly Confidential - Outside Counsels Eyes Only

Page 1

1           UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4
5  APPLE INC., a California corporation,
6
                   Plaintiff,
7
   vs.                           CASE NO.  11-cv-01846-LHK
8
   SAMSUNG ELECTRONICS CO.,
9  LTD., a Korean business
   entity; SAMSUNG ELECTRONICS
10 AMERICA, INC., a New York
   corporation; SAMSUNG
11 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited
12 liability company,
13                 Defendants.
   _____/
14
15
16       H I G H L Y   C O N F I D E N T I A L
17         O U T S I D E   C O U N S E L   O N L Y
18
19     VIDEOTAPED DEPOSITION OF SCOTT FORSTALL
20            REDWOOD SHORES, CALIFORNIA
21            THURSDAY, OCTOBER 27, 2011
22
23 BY: ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24 CSR LICENSE NO. 9830
25 JOB NO. 43002

TSG Reporting - Worldwide    877-702-9580

Highly Confidential - Outside Counsels Eyes Only

Page 2

1    THURSDAY, OCTOBER 27, 2011
2         9:10 a.m.
3
4
5
6    VIDEOTAPED DEPOSITION OF SCOTT FORSTALL,
7    taken at QUINN EMANUEL URQUHART &
8    SULLIVAN, LLP, 555 Twin Dolphin Drive,
9    Suite 560, Redwood Shores, California,
10   Pursuant to Notice, before me,
11   ANDREA M. IGNACIO HOWARD, CLR, CCRR, RPR,
12   CSR License No. 9830.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES:
2
3    FOR APPLE INC.:
4    MORRISON & FOERSTER LLP
5    By: MICHAEL A. JACOBS, Esq.
6    425 Market Street
7    San Francisco, California 94105-2482
8    Phone: (415) 268-7455  Fax: (415) 276-7455
9    mjacobs@mofo.com;
10
11
12   FOR SAMSUNG ELECTRONICS CO. LTD:
13   QUINN EMANUEL URQUHART & SULLIVAN, LLP
14   By: KEVIN P. B. JOHNSON, Esq.
15      BRIAN E. MACK, Esq.
16   555 Twin Dolphin Drive, 5th Floor
17   Redwood Shores, California 94065
18   Phone: (650) 801-5000  Fax: (650) 801-5100
19   kevinjohnson@quinnemanuel.com
20
21   ALSO PRESENT: Pete Sais, Videographer
22              Cyndi Wheeler, Apple, Inc.
23
            ---oOo---
24
25

Page 4

1        REDWOOD SHORES, CALIFORNIA
2        THURSDAY, OCTOBER 27, 2011
3             9:10 a.m.
4
5
6        THE VIDEOGRAPHER: Good morning. This is the
7    start of disc labeled No. 1 in the videotaped
8    deposition of Scott Forstall in the matter of Apple,
9    Inc., versus Samsung Electronics Company, Ltd., et al.
10       In the United States District Court, Northern
11   District of California, San Jose Division. Case
12   No. 11-cv-01846-LHK.
13       This deposition is being held at 555 Twin
14   Dolphin Drive in Redwood Shores, California on
15   October 27th, 2011, at approximately 9:10 a.m.
16       My name is Pete Sais from TSG Reporting,
17   Inc., and I'm the legal video specialist.
18       The court reporter is Andrea Ignacio in
19   association with TSG Reporting.
20       Will counsel please introduce yourselves, and
21   the court reporter could swear in the witness.
22       MR. JOHNSON: I'm Kevin Johnson. With me is
23   Brian Mack, here on behalf of Samsung.
24       MR. JACOBS: I'm Michael Jacobs, Morrison &
25   Foerster, for Apple. With me is Cyndi Wheeler from

Page 5

1    Apple legal.
2
3             SCOTT FORSTALL,
4        having been sworn as a witness,
5        by the Certified Shorthand Reporter,
6             testified as follows:
7
8
9        EXAMINATION BY MR. JOHNSON
10       MR. JOHNSON: Q. Good morning, Mr. Forstall.
11       A  Good morning.
12       [redacted]

Page 26

Page 27

Page 28

```
 9   Q  Right.
10   A  Okay. So when we were working on the iPhone,
11   we added double tap to zoom just sort of in general.
12   And so you can zoom in to, you know, photos. We had
13   it in Safari. You could double tap and zoom in to the
14   page, which is exceptionally useful when you have one
15   of these small devices where you can't see all the
16   text. You can't read it, with my eyesight, on some
17   sites, depending on how small the text is, and so you
18   need to zoom in.
19       And so we had things like pinch to zoom, and
20   so you could put two fingers down and -- and I guess
21   we call this a depinch. You know, pinch together
22   actually shrinks it down, but a depinch zooms in.
23       And so this was all very useful and helpful,
24   and you could sort of zoom in, read a web page, scan
25   between different parts of a story.
```

Page 29

```
1   But the onus is on the user at that point to
2   pick the right portion of the page, zoom in, get it
3   correct. And -- and so you might zoom in, and you
4   might accidentally zoom off the first character of
5   every word on the left-hand line because you zoomed a
6   little too much or you translated to the left by
7   accident while you're doing the zoom.
8
```

Page 178

[redacted]

Page 179

[redacted]

Page 180

```
10    Q  Okay.  And rubber-banding, what do -- what do
11  you mean by rubber-banding?
12    A  It's when you -- say, you're scrolling
13  something, and you get to the end of it, and you -- as
14  your finger descends down, you pull it farther away
15  from the edge, and then when you let go, it bounces
16  back.
17    Q  Okay.  You're not an inventor on that patent?
18    A  I don't think so.  I think --
19    Q  Right.
20    A  -- Bas Ording is the inventor of that patent.
21    Q  Right, right.
22       And are you aware that that patent is also
23  asserted in this case?
24    A  Asserted in the current case that we're --
25  I've heard that.
```

181

```
1    Q  Right.
2       And you're aware that Apple has moved for a
3  preliminary injunction against Samsung on that
4  particular patent; right?
5    A  I -- I have not actually been following
6  exactly the legal maneuvers that are being done.
7    Q  The -- what was specifically discussed about
8  the rubber-banding patent that you remember?
9    A  I don't remember specifics.  I think it was
10  just one of the things that Steve said.  Here's
11  something we invented.  Don't -- don't copy it.  Don't
12  steal it.
13    Q  And do you remember, did that -- had that
14  patent issued at the time of these meetings?
15    A  I don't know.
```

[redacted]

Highly Confidential - Outside Counsels Eyes Only



Page 202

5  Q  Was the rubber banding patent ever discussed
6  after that first meeting?
7  A  Rubber banding is one of the sort of key
8  things for the fluidity of the iPhone and -- and all
9  of iOS, and so I know it was one of the ones that
10 Steve really cared about.
11     I actually think that Android had not done
12 rubber banding at some point and it was actually added
13 later. So they actually went from sort of, you know,
14 not yet copying and infringing to -- to choosing to
15 copy, which is sad and distasteful.
16     But I can't give you a specific recollection
17 of -- of Steve, you know, going over rubber banding
18 with -- with them in those meetings or not. I --
19 Q  Okay.
20 A  -- I expect it came up, because it's one of
21 the key things we talked -- you know, he and I talked
22 about, but I don't know if it came up there.

Page 203

1  So --

Page 204

Highly Confidential - Outside Counsels Eyes Only

Page 214



Page 215

Page 216

2   How about the design of the phone?  By that,
3   I mean, you know, the appearance of the icons and the
4   overall appearance of the phone.  Not necessarily
5   the -- the hardware aspect, but the look and feel of
6   the actual phone.
7     A  Right.
8       Well, so I -- I think, in general, what --
9   what Steve did in these meetings was just talk
10  through.  There's a set of things we've done, which
11  you're copying, and those -- those things, you know,
12  are -- and I think a lot of different things were
13  discussed.
14      Now, I can't give you specific recollections
15  of -- of what -- you know, I can't precisely say this
16  is -- was what was discussed at this meeting and
17  guarantee it.  I know like the design of icons with
18  the rounded recs was something that we cared about
19  because it -- it -- it looked uniquely ours, and --
20  and we didn't want other people to go and copy that,
21  that design, because it would confuse users as to
22  what's, you know, an iPhone versus what's one of these
23  copy phones.
24      So -- but I don't remember specifically even
25  if in one of these things if -- if the icon appearance

Page 217

1   was discussed, icon design was discussed.
2       I do know that there were specific icons that
3   were discussed where they absolutely ripped us off,
4   and these were -- some of those were extreme.  One was
5   in merging calls.
6       So if you're on a call and you want to do --
7   to make a conference call out of it, we created some
8   icon, and it -- it's these -- it's like this merging
9   thing.  Two -- you have a line coming from one side, a
10  line coming from the other, and then one goes up the
11  middle, and --



Page 218

[redacted]

Page 219

[redacted]

Page 220

[redacted] And it's funny,
because when you ask -- designing an icon is very
difficult, and by the time you get to something that
is good, you've gone through many iterations. But
when you see it, it seems -- you know, people think
it's obvious. Of course that's what the icon would
look like, but it's not obvious until you're done with
it and you've created it.
   So then when someone else is -- is building
something, when they're building Android, and they had
seen and used the iPhone, they were informed by how
we'd done it; and in some cases they -- they were
copying us and they didn't even realize, I think,
maybe, I don't know if they realized it or not -- but
I think they were copying things that -- that they
looked back and say, oh, well, of course, you know, a
star would be favorites, but a star is an odd thing to
be favorites.
   A star is like, you know -- I don't know.
You have someone, an actor or someone with a room and
there's a star, and so you star something that you
like, but -- but the actual concept of these icons is
not trivial to get to but, you know, the voice mail

Page 221

here looks like an old reel-to-reel tape which is
completely esoteric for most people today.
   And I think that's the kind of thing. There
were a set of several things that we saw them copy to
the iPhones.

[redacted]

   And I think at some point they even like --
our photo is a flower, and I think they put a flower

Highly Confidential - Outside Counsels Eyes Only

Page 222

1  on to be their photos icon. It's a photo. It could
2  be a photo of anything in the whole world, and it was
3  stunning that a flower was chosen, because we went
4  through all kinds of different photos to pick that
5  one.
6     But anyway, I mean, there was a whole set. I
7  don't remember exactly right now, but if we look back,
8  I think it would be easier to see even in an existing
9  Android phone. Some of those were changed though.
10    MR. JACOBS: Would this be an okay time for a
11 break?
12    MR. JOHNSON: Actually I'm done. I have no
13 further questions.
14    MR. JACOBS: Then it's a great time for a
15 break.
16    I have no questions.
17    MR. JOHNSON: Thank you.
18    MR. JACOBS: Just confirm the 30-day and
19 outside counsel only, "Highly Confidential"
20 designation.
21    THE VIDEOGRAPHER: This marks the end of
22 Volume I, Disc 3, and concludes today's deposition of
23 Scott Forstall.
24    The time is 3:28 p.m., and we are off the
25 (Continued on next page to include jurat

Page 223

1  record.
2     (WHEREUPON, the deposition ended at 3:28 p.m.)
3        ---oOo---
4
5  _____
6        Scott Forstall

Page 224

1     J U R A T
2
3
4  I, SCOTT FORSTALL, do hereby certify under
5  Penalty of perjury that I have read the
6  foregoing transcript of my deposition taken
7  on October 27, 2011; that I have made such
8  corrections as appear noted herein in ink,
9  initialed by me; that my testimony as
10 contained herein, as corrected, is true and
11 correct.
12
13
14 DATED this ____ day of _____, 2011,
15 at _____, California.
16
17
18
19 _____
20 SIGNATURE OF WITNESS

Page 225

1        CERTIFICATE OF REPORTER
2
3
4     I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;
8
9     That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;
15
16    That I am a disinterested person to the said
17 action.
18
19    IN WITNESS WHEREOF, I have hereunto set my
20 hand this 27th day of October, 2011.
21
22 _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

57