# EXHIBIT H

Confidential Attorneys' Eyes Only

Page 1

1     UNITED STATES INTERNATIONAL TRADE COMMISSION
2                     WASHINGTON, D.C.
3
4  In the Matter of:
                                          Investigation No.
5  CERTAIN ELECTRONIC DIGITAL
   MEDIA DEVICES AND COMPONENTS      337-TA-796
6  THEREOF
7
8
9
10       CONFIDENTIAL - ATTORNEYS' EYES ONLY
11           PURSUANT TO PROTECTIVE ORDER
12
13
14     VIDEOTAPED DEPOSITION OF SCOTT FORSTALL
15            Redwood Shores, California
16            Thursday, February 9, 2012
17
18
19
20
21
22
23  REPORTED BY:
24  CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25  JOB NO. 44757

TSG Reporting - Worldwide    (877)702-9580

Confidential Attorneys' Eyes Only

Page 2

1               February 9, 2012

2                   9:30 a.m.

3

4

5       Deposition of SCOTT FORSTALL, taken on

6 behalf of the Samsung Respondents, at 555 Twin

7 Dolphin Drive, Fifth Floor, Redwood Shores,

8 California, before Cynthia Manning, Certified

9 Shorthand Reporter No. 7645, Certified LiveNote

10 Reporter, California Certified Realtime Reporter.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  APPEARANCES:
2
3  FOR COMPLAINANT APPLE INC.:
4
        MORRISON & FOERSTER, LLP
5       BY:  HAROLD J. McELHINNY, ESQ.
        425 Market Street
6       San Francisco, California 94105-2482
        415.268.7000
7       hmcelhinny@mofo.com
8
9
10 FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY,
   LTD., SAMSUNG ELECTRONICS AMERICA, INC., and
11 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:
12      QUINN EMANUEL URQUHART & SULLIVAN, LLP
        BY:  KEVIN P. B. JOHNSON, ESQ.
13           RON HAGIZ, ESQ.
        555 Twin Dolphin Drive
14      Fifth Floor
        Redwood Shores, California 94065
15      650.801.5000
        kevinjohnson@quinnemanuel.com
16      ronhagiz@quinnemanuel.com
17
18 ALSO PRESENT:
19      David Edward Melaugh, Esq., Apple Inc.
20      Aric Kerhoulas, Videographer
21
22
23
24
25

Confidential Attorneys' Eyes Only

Page 4

1                REDWOOD SHORES, CALIFORNIA;
2          THURSDAY, FEBRUARY 9, 2012; 9:30 a.m.
3
4            THE VIDEOGRAPHER:  Good morning.
5            This marks the beginning of Disk 1 of
6  the videotaped deposition of Scott Forstall, in
7  the matter of Certain Electronic Digital Media
8  Devices and Components Thereof in the United
9  States International Trade Commission,
10 Washington, D.C., Investigation No. 337-TA-796.
11           This deposition is being held at the
12 office of Quinn Emanuel at 555 Twin Dolphin
13 Drive, Redwood Shores, California.
14           The date today is February 9th, 2012,
15 and the time is approximately 9:31 a.m.
16           My name is Aric Kerhoulas, with TSG
17 Reporting, Incorporated.
18           Our court reporter today is Cynthia
19 Manning, in association with TSG.
20           Counsel, please introduce yourselves
21 starting with the questioning attorney.
22           MR. JOHNSON:  I'm Kevin Johnson from
23 Quinn Emanuel on behalf of Samsung, and with me
24 is Ron Hagiz.
25           MR. McELHINNY:  I'm Harold McElhinny on

Page 5

1  behalf of Apple Incorporated, and I'm here with
2  David Melaugh, who works for Apple.
3              THE VIDEOGRAPHER:  If the court
4  reporter will please swear in the witness we can
5  proceed.
6
7                  SCOTT FORSTALL,
8          having first been duly sworn, testified
9          as follows:
10
11                   EXAMINATION
12 BY MR. JOHNSON:
13     Q.   Good morning, Mr. Forstall.
14     A.   Good morning.
15          (Deposition Exhibit 1 was marked for
16          identification)
17 BY MR. JOHNSON:
18     Q.   I'm going to place before you what I've
19 marked as Forstall Exhibit 1.  And this is a
20 notice of deposition.
21          Do you understand that you're appearing
22 today for your deposition in the Investigation
23 No. 796 pending before the International Trade
24 Commission?
25     A.   Yes.

Confidential Attorneys' Eyes Only

Page 7



```
12        Q.    What are the documents you looked at?
13        A.    I looked at some patents.
14        Q.    More than one?
15        A.    Yeah.  I think there were a few
16   patents.
17        Q.    Anything else besides patents?
18        A.    There were some e-mails.  There were
19   some court filings specifically about what this
20   deposition was going to entail, so I looked at
21   the court request.
22              Those are the ones I can remember off
23   the top of my head.
24        Q.    Okay.  And what patents did you look
25   at?
```

Page 8

1    A.   There was one patent that deals with --
2  well, patents deal with many things.
3         There was a patent that deals with sort
4  of touch and gestures for things like scrolling;
5  a lot of other things included in that, but that
6  was one of them.
7         There was a patent dealing with zooming
8  into logical regions.
9         There was a patent dealing with
10 ellipses mapping, so mapping touches on a
11 touchscreen through ellipses.
12        There was one dealing with
13 rubberbanding.
14        There was one dealing with menus and
15 active controls on a menu.
16        Let's see.  And there's several more
17 that aren't coming to me right now, but there's a
18 number of them.
19    Q.   And you're an inventor listed on at
20 least some of those, but not all of them; right?
21    A.   Correct.

[redacted]

Page 22



```
 1  [REDACTED]
 2  [REDACTED]
 3  [REDACTED]
 4  [REDACTED]
 5  [REDACTED]
 6  [REDACTED]
 7  [REDACTED]
 8  [REDACTED]
 9  [REDACTED]
10  [REDACTED]
11              In -- in developing the iPhone, for
12  example, which you were involved in; right?
13       A.    Yes.
14       Q.    Okay.  In developing the iPhone, can
15  you describe for me how the idea of a vertical
16  screen-scrolling heuristic was developed?
17            MR. McELHINNY:  Objection.
18            THE WITNESS:  I can describe for you
19  the way that we invented the concept of sort of
20  locking the scrolling into a given dimension, if
21  that's what you're asking.
22  BY MR. JOHNSON:
23       Q.    Yes.  Let's start there.
24       A.    We -- when we were creating Safari and
25  you would sort of zoom in to a story in Safari,
```

Confidential Attorneys' Eyes Only

Page 23

1   and you take your finger -- say your thumb -- and
2   you scroll along, we found that the natural arc
3   of your thumb isn't a straight vertical line.
4   And in fact, it goes along this curve.  And so as
5   you'd scroll, you would actually move the story
6   out of view and back into view as you went
7   through the story.
8              And so we thought we should find a way
9   to figure out the user's intent.  What are they
10  trying to do here?  And if they're really trying
11  to scroll that story and see the story the entire
12  time, then regardless of this imprecise data,
13  regardless of the fact that their thumb might be
14  moving in an arc as opposed to a perfect vertical
15  line, we should actually scroll in a perfect
16  vertical orientation in this particular example.
17             And before this, if you look at other
18  devices out there, no one had ever done something
19  like this because they would scroll with -- with
20  a keyboard, with a mouse, or directly -- there's
21  a scroll bar and things are locked into an
22  orientation, when you grab a scroll bar it's only
23  scrolling in that dimension.
24             And when creating the iPhone, there
25  were so many completely unsolved problems that we

Page 24

1  had to tackle -- and this was one of them.  And
2  so we had to figure out a way, with this new form
3  of input, with this touch and multi-touch input,
4  to scroll something in the way the user would
5  want it, even though there is imprecise input
6  here.  In fact, even you can almost consider it
7  an almost inaccurate input in some ways, if your
8  thumb is moving at such an angle that it would be
9  hard even to discern that they were really trying
10 to scroll through a story.
11           So while going through that, we came up
12 with a number of ways to figure out that the user
13 intends to scroll this vertical -- in this
14 example, and there's other examples that we have,
15 horizontal and other dimensions as well -- but to
16 determine that's their intent, and then scroll in
17 that dimension.

