# EXHIBIT I

HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

Page 281

1  UNITED STATES INTERNATIONAL TRADE COMMISSION

2  WASHINGTON, D.C.

3

4

5  In the matter of:

6  CERTAIN ELECTRONIC DIGITAL

7  MEDIA DEVICES AND COMPONENTS      Inv. No. 337-TA-796

8  THEREOF

9  _____ /

10

11

12  HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF

13  APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

14  VOLUME II

15

16  DEPOSITION OF SCOTT FORSTALL

17  CUPERTINO, CALIFORNIA

18  WEDNESDAY, APRIL 4, 2012

19

20

21

22

23

24  BY: JUDIE A. NICHOLAS, CSR 12229

25  JOB NO. 48359

HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

Page 282

1    CUPERTINO, CALIFORNIA, WEDNESDAY, APRIL 4, 2012
2                      10:31 A.M.
3                       --oOo--
4
5
6         VOLUME II, DEPOSITION OF SCOTT FORSTALL,
7    taken at Apple Inc., 2 Infinite Loop, Cupertino,
8    California, before me, JUDIE A. NICHOLAS, CSR NO.
9    12229.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

Page 283

1                        I N D E X

2   EXAMINATION BY                                       PAGE

3      MR. STRETCH............................... 287

4

5

6                       E X H I B I T S

7   NUMBER               DESCRIPTION                    PAGE

8   Exhibit 24   United States Design Patent             344

9                US D558,757S

10               Bates APLNDC3630-3633

11  Exhibit 25   United States design Patent             349

12               US D618,678S

13               Bates APL-ITC796-0443-446

14

15

16      QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

17                    PAGE    LINE

18                    287      11

19                    318       8

20                    330       4

21                    330      22

22                    348      22

23

24                      --oOo--

25

HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

Page 284

```
 1
 2
 3    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
 4                    PAGE LINE
 5
 6
 7
 8
 9
10                     --oOo--
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

Page 285

1     A P P E A R A N C E S:

2  FOR APPLE, INC.:

3     MORRISON & FOERSTER.

4     BY:  MICHAEL JACOBS, ESQ.

5          DEOK KEUN MATTHEW AHN, ESQ.

6     425 Market Street.

7     San Francisco, CA 94105

8

9

10

11

12  FOR SAMSUNG ELECTRONICS CO., LTD:

13     QUINN EMANUEL URQUHART & SULLIVAN

14     BY:  CHRISTOPHER E. STRETCH, ESQ.

15     50 California Street

16     San Francisco, CA 94111

17

18

19

20

21  ALSO PRESENT:

22     Cyndy Wheeler, Apple Inhouse Counsel

23     Peter Matteson, Videographer

24

25                --oOo--

HIGHLY CONFIDENTIAL BUSINESS INFORMATION OF
APPLE, INC., PURSUANT TO THE PROTECTIVE ORDER

Page 295

1  [REDACTED]
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14     Q.  Anything specifically aside from the no
15 keyboard and double tapping that you can recall?
16     A.  They copied many of the icons we created.
17 They copied them blatantly and directly.
18         So one of the specific ones that we had
19 talked about was the icon used to merge calls, and
20 when you're on a phone call and another phone call
21 comes in, you might want to merge those two calls.
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]