UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Tuesday, July 31, 2012     Time in Court: 7 hrs 32 min
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

TITLE:

| APPLE INC. | V. | SAMSUNG ELECTRONICS CO. LTD., ET AL |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Charles K. Verhoeven |
| Michael A. Jacobs | William C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Michael T. Zeller |
| | John B. Quinn |

**PROCEEDINGS:   JURY TRIAL–DAY ONE**

| | |
|---|---|
| 8:53 a.m. | Hearing held outside presence of the jury. Counsel stipulate to excusing Juror number 4. She is thanked and excused. |
| 9:02 a.m. | Hearing concludes. Jury now present. Federal patent video is shown. |
| 9:34 a.m. | Opening statement by Harold McElhinny on behalf of Apple. |
| 10:29 a.m. | The morning recess is taken. |
| 10:43 a.m. | Hearing held outside the presence of the jury. |
| 10:52 a.m. | Further opening statement by William Lee on behalf of Apple. |
| 11:25 a.m. | Opening statement by Charles Verhoeven on behalf of Samsung. |
| 12:02 p.m. | The Court takes lunch recess. |
| 1:06 p.m. | Samsung's opening statement continues. |
| 1:59 p.m. | A brief recess is taken to prepare for first witness. |
| 2:15 p.m. | Hearing held outside the presence of the jury. |
| 2:37 p.m. | Jury now present Christopher Stringer is affirmed and examined. |
| 3:29 p.m. | Mid-afternoon recess. |
| 3:43 p.m. | Witness Stringer examination resumes. |
| 4:23 p.m. | Philip William Schiller is sworn and examined. |
| 4:30 p.m. | Jurors are admonished and excused. |
| 4:31 p.m. | Hearing outside the presence of the jury. |
| 4:39 p.m. | Court is adjourned until Friday, August 3, 2012 at 8:30 a.m. |

The following exhibits are admitted into evidence:
Joint Trial Exhibits: JX-1040, JX-1041, JX-1043, JX-1000, JX-1001, JX-1002, JX-1003, JX-1004, JX-1005,
Plaintiffs: PX-163, PX-164, PX-165, PX-166, PX-168, PX-167, PX-162, PX-171, PX-170,
Defendants: DX-687, DX-740, DX-741