DAVID KAYS, ESQ. (SBN 120798)
FREEDA LUGO, ESQ. (SBN 244913 )
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

ROGER G. BROOKS, *Pro Hac Vice*
CRAVATH, SWAIN & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Non-Party,
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,, <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **NON-PARTY QUALCOMM INCORPORATED'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |

Non-Party Qualcomm Incorporated respectfully requests leave to file a reply to address the erroneous argument in Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence that Qualcomm's administrative motion to seal is moot.  As set forth in Qualcomm's reply, attached  as Exhibit A to the declaration of David A. Kays filed herewith, despite the inadvertent disclosure of the licensing terms that were the subject of Qualcomm's administrative motion to seal – which Qualcomm has addressed –

1

Apple, Inc. v. Samsung Electronics, Case No: 11-CV-01846-LHK
QUALCOMM'S MOTION FOR LEAVE TO FILE REPLY TO
REUTERS OPPO TO MOT. TO SEAL TRAIL/PRE\-TRIAL EVIDENCE

sealing Qualcomm's confidential information in this Court's record still matters in the real world.

In light of this erroneous argument directed at Qualcomm's administrative motion to seal, Qualcomm respectfully requests leave to file a short reply to address this argument, a copy of which is attached as Exhibit A to the declaration of David A. Kays filed concurrently herewith.

Dated:  August 3, 2012                    MORGAN, FRANICH, FREDKIN & MARSH

                                          CRAVATH, SWAINE & MOORE, LLP


                                          By:  /S/
                                               DAVID KAYS
                                               Attorneys for Non-Party
                                               QUALCOMM INCORPORATED

2

Apple, Inc. v. Samsung Electronics, Case No: 11-CV-01846-LHK
QUALCOMM'S MOTION FOR LEAVE TO FILE REPLY TO
REUTERS OPPO TO MOT. TO SEAL TRAIL/PRE\-TRIAL EVIDENCE