DAVID KAYS, ESQ. (SBN 120798)
FREEDA LUGO, ESQ. (SBN 244913 )
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

ROGER G. BROOKS, *Pro Hac Vice*
CRAVATH, SWAIN & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Non-Party,
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,, <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **DECLARATION OF DAVID A. KAYS IN SUPPORT OF NON-PARTY QUALCOMM INCORPORATED'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |

I, David A. Kays, hereby declare:

1. I am an attorney with the law firm of Morgan Franich Fredkin & Marsh, counsel for Non-Party Qualcomm Incorporated ("Qualcomm").  I make this declaration in connection with Qualcomm's Motion for Leave to File a Reply to Reuters America

1

Apple, Inc. v. Samsung Electronics, Case No: 11-CV-01846-LHK
DECLARATION OF DAVID A. KAYS IN SUPPORT OF QUALCOMM'S MOTION
 FOR LEAVE TO FILE REPLY TO REUTERS OPPO TO MOT. TO SEAL TRIAL AND PRE-TRIAL EVIDENCE

1  LLC's Opposition to Motions to Seal Trial and Pretrial Evidence.  I have personal
2  knowledge of the matters set forth herein and if called as a witness could
3  competently testify thereto.
4  2. Attached as Exhibit A is Non-Party Qualcomm Incorporated's Reply to Third Party
5  Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 3rd day of August 2012, at San Jose, California.

       /S/
   DAVID KAYS