1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                                    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                                    Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY QUALCOMM INCORPORATED'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |

Non-Party Qualcomm Incorporated ("Qualcomm") filed a Motion For Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence. The proposed Reply was Attached to the Declaration of David A. Kays filed with the motion.

Having considered the motion, and all other relevant papers concerning that motion, it is hereby ORDERED that:

Non-Party Qualcomm Incorporated's Motion for Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence is GRANTED.

IT IS SO ORDERED.

Dated: _____       _____

Hon. Lucy H. Koh

United States District Judge