DAVID A. KAYS, ESQ. (SBN 120798)
FREEDA Y. LUGO, ESQ. (SBN 244913)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Non-Party
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                          Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                          Defendants. | Case No. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606. On the date indicated below, I caused to be served in the manner indicated below the following document(s):

**NON-PARTY QUALCOMM INCORPORATED'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLP'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**

**DECLARATION OF DAVID A. KAYS IN SUPPORT OF NON-PARTY QUALCOMM INCORPORATED'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**

**[PROPOSED] ORDER GRANTING NON-PARTY QUALCOMM INCORPORATED'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**

| X | **MAIL** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California. |
|---|---|

Brian Larivee  
Wilmer Hale  
60 State Street  
Boston, MA 02109  

Michael A. Diener  
Wilmer Hale  
60 State Street  
Boston, MA 02109  

Brian Seeve  
Wilmer Hale  
60 State Street  
Boston, MA 02109  

Richard Goldenberg  
Wilmer Hale  
60 State Street  
Boston, MA 02109-1803  

Michael Saji  
Wilmer Hale  
60 State Street  
Boston, MA 02109  

Timothy D. Syrett  
Wilmer Hale  
60 State Street  
Boston, MA 02109  

James C. Burling  
Wilmer Hale  
60 State Street  
Boston, MA 02109  

Robert J. Gunther , Jr  
Wilmer Hale  
7 World Trade Center  
New York, NY 10007

| | |
|---|---|
| Samuel Calvin Walden<br>Wilmer Hale<br>7 World Trade Center<br>New York, NY 10007 | Michael Thomas Zeller<br>Quinn Emanuel<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |
| Edward H. Rice<br>Hopenfeld Singer Rice & Saito<br>445 W. Erie Street<br>Suite 108<br>Chicago, Il 60654 | Jon C. Cederberg<br>Quinn Emanuel<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |
| Marina N. Saito<br>Hopenfeld Singer Rice & Saito LLP<br>445 W. Ernie Street<br>Suite 108<br>Chicago, IL 60654 | |

Executed on August 3, 2012, at San Jose, California.

_____
Jeannie Donelson