# EXHIBIT A

# Apple and Samsung Tablets

**PLAINTIFF'S EXHIBIT NO. 4**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____



## BEFORE iPAD

## AFTER iPAD

**May 2006**
Samsung Q1

**Apr. 2010**
Apple iPad

**Mar. 2011**
Apple iPad 2

**Nov. 2010**
Samsung Galaxy Tab 7.0

**Jun. 2011**
Samsung Galaxy Tab 10.1












# Other Tablets





**2001** Compaq Tablet

**2003** Fujitsu Stylistic ST4000

**May 2006** Samsung Q1

**Aug. 2011** Vinci Tablet

**Nov. 2002** Compaq TC1000

**Nov. 2002** Motion M1200

**Apr. 2010** Apple iPad

**Mar. 2011** Apple iPad 2

**Nov. 2011** Barnes & Noble Nook Tablet

**Sep. 2011** Sony Tablet S

**Jul. 2002** Microsoft Smart Display

**Jul. 2005** Electrovaya Scribbler SC3000

**Nov. 2010** Samsung Galaxy Tab 7.0

**Jun. 2011** Samsung Galaxy Tab 10.1

**Apr. 2011** Acer Iconia A500

*Photos may not be to scale*