| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | |
| 6 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No.    11-cv-01846-LHK (PSG)<br><br>**APPLE'S AUGUST 5, 2012<br>ROLLING LIST OF WITNESSES** |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses:

1. Peter Bressler
2. Susan Kare
3. Russell Winer
4. Hal Poret (possible)
5. Kent Van Liere (possible)
6. Ravin Balakrishnan
7. Karan Singh

Dated: August 5, 2012                    MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
RACHEL KREVANS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

Attorneys for APPLE INC.

APPLE'S AUGUST 5, 2012 ROLLING LIST OF WITNESSES
CASE NO. 11-cv-01846 LHK (PSG)
sf-3179353