1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   Michael T. Zeller (Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
14 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                  UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20               Plaintiff, | **DECLARATION OF KETAN V. PATEL IN SUPPORT OF SAMSUNG'S** |
| 21          vs. | **OBJECTIONS AND RESPONSES REGARDING EXHIBITS TO BE USED** |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | **WITH WITNESSES WINER, VAN LIERE, PORET AND BALAKRISHNAN** |
| 23  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 24  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 25               Defendants. | |
| 26 | |

27

28

**DECLARATION OF KETAN V. PATEL**

I, KETAN V. PATEL, do hereby declare as follows:

1. I am an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Objections Regarding Balakrishnan Exhibits. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them under oath.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Ravin Balakrishnan, Ph.D. Regarding Infringement of U.S. Patent No. 7,469,381 and Exhibit 3 from the same.

3. Attached as Exhibit B is a true and correct copy of *Allen Engineering Corp. v. Bartell Industries, Inc.*, 299 F.3d 1336 (Fed. Cir. 2002).

4. Attached as Exhibit C is a true and correct copy of *Abaxis, Inc. v. Cepheid*, Case No. 10-cv-02840-LHK 2012 U.S. Dist. LEXIS 100530 (N.D. Cal. July 19, 2012)

5. Attached as Exhibit D is a true and correct copy of pages 21 and 22 from the deposition of Russell Winer dated April 27, 2012.

6. Attached as Exhibit E is a true and correct copy of Apple's Responses to Samsung's Interrogatory No. 70.

7. Attached as Exhibit F is a true and correct copy of Apple's Responses to Samsung's Interrogatory 71.

8. Attached as Exhibit G is a true and correct copy of PDX 14.38.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Executed this 6th day of August, 2012, in San Jose, CA.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Ketan V. Patel*
KETAN V. PATEL

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that KETAN V. PATEL has concurred in this filing.

DATE: August 6, 2012                    /s/  Victoria Maroulis
                                        Victoria Maroulis