# EXHIBIT D

```
 1  UNITED STATES DISTRICT COURT NORTHERN
    DISTRICT OF CALIFORNIA SAN JOSE DIVISION
 2  ---------------------------------------X
    APPLE INC., a California corporation
 3
 4                      PLAINTIFF,
 5       -against-
 6  SAMSUNG ELECTRONIC CP., LTD., a Korean
    business entity; SAMSUNG ELECTRONICS
 7  AMERICAN, INC., A New York Corporation;
    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
 8  a Delaware limited liability company,
 9
                        DEFENDANTS.
10  ---------------------------------------X
11
12         ***CONFIDENTIAL***
13
14
15   VIDEOTAPED DEPOSITION OF RUSSELL WINER
16          New York, New York
17          Friday, April 27, 2012
18
19
20
21
22
23  Reported by:
24  Rebecca Schaumloffel, RPR, CLR
25  JOB NO. 48805
```

| | | |
|---|---|---|
| 1 | confusion, both of which are relevant in | 09:31AM |
| 2 | different parts of my report. | 09:31AM |
| 3 |     Q.   When did you first review these | 09:32AM |
| 4 | reports? | 09:32AM |
| 5 |     A.   I don't remember the exact date | 09:32AM |
| 6 | but it was some time obviously before | 09:32AM |
| 7 | March 22nd. | 09:32AM |
| 8 |     Q.   How much in advance of | 09:32AM |
| 9 | March 22nd? | 09:32AM |
| 10 |     A.   I don't recall exactly.  Maybe a | 09:32AM |
| 11 | week or two. | 09:32AM |
| 12 |     Q.   Did you review them in final form | 09:32AM |
| 13 | or were they in draft? | 09:32AM |
| 14 |     A.   I don't know what the file dates | 09:32AM |
| 15 | were of their -- their reports.  They may | 09:32AM |
| 16 | well have been a draft. | 09:32AM |
| 17 |     Q.   Were they signed when you saw | 09:32AM |
| 18 | them? | 09:32AM |
| 19 |     A.   I don't recall. | 09:32AM |
| 20 |     Q.   For either of these reports, did | 09:32AM |
| 21 | you actually review any of the underlying | 09:32AM |
| 22 | survey data? | 09:32AM |
| 23 |     A.   I read the reports.  And I am not | 09:32AM |
| 24 | exactly sure what you mean by "the underlying | 09:32AM |
| 25 | survey data." | 09:32AM |

| | | |
|---|---|---|
| 1 | Q. You know what a survey is? | 09:32AM |
| 2 | A. Of course. | 09:32AM |
| 3 | Q. You know that there are materials | 09:32AM |
| 4 | such as questionnaires, survey data that's | 09:33AM |
| 5 | collected as part of a survey? | 09:33AM |
| 6 | A. All, as I said earlier, all I | 09:33AM |
| 7 | read was the report. I did not look at the | 09:33AM |
| 8 | materials that were generated from their | 09:33AM |
| 9 | research. | 09:33AM |
| 10 | Q. Did they interest you at all? | 09:33AM |
| 11 | A. No. | 09:33AM |
| 12 | Q. Why not? | 09:33AM |
| 13 | A. Because I relied on the expert | 09:33AM |
| 14 | reports themselves and I was not asked to | 09:33AM |
| 15 | opine on the research methodology that was | 09:33AM |
| 16 | used in those reports. | 09:33AM |
| 17 | Q. So is it true that you have no | 09:33AM |
| 18 | expert opinion and are offering no expert | 09:33AM |
| 19 | opinion in this case as to the validity of | 09:33AM |
| 20 | these surveys? | 09:33AM |
| 21 | MS. HAGBERG: Objection; | 09:33AM |
| 22 | compound. | 09:33AM |
| 23 | A. As I said earlier, I was not | 09:33AM |
| 24 | asked to opine on the research methodology | 09:33AM |
| 25 | used in the studies. I relied on the results | 09:33AM |

| | | |
|---|---|---|
| 1 | of the studies. | 09:33AM |
| 2 | Q.    I am not asking you to respond to | 09:33AM |
| 3 | an earlier question.  Is it true that you | 09:33AM |
| 4 | have no expert opinion and are offering no | 09:33AM |
| 5 | expert opinion in this case as to the | 09:33AM |
| 6 | validity of these surveys? | 09:34AM |
| 7 | MS. HAGBERG:  Objection; asked | 09:34AM |
| 8 | and answered. | 09:34AM |
| 9 | A.    By inference because I relied on | 09:34AM |
| 10 | them to support my statement, I am asserting | 09:34AM |
| 11 | that the studies are valid. | 09:34AM |
| 12 | Q.    Please tell me all the | 09:34AM |
| 13 | information that you have -- sorry, strike | 09:34AM |
| 14 | that. | 09:34AM |
| 15 | Tell me your complete | 09:34AM |
| 16 | investigation you made as an expert in | 09:34AM |
| 17 | determining validity of either of these | 09:34AM |
| 18 | surveys? | 09:34AM |
| 19 | MS. HAGBERG:  Objection; vague | 09:34AM |
| 20 | and compound. | 09:34AM |
| 21 | A.    As I said before, I read both | 09:34AM |
| 22 | studies, which includes a description of the | 09:34AM |
| 23 | research methodology, and used them as | 09:34AM |
| 24 | support for my statement. | 09:34AM |
| 25 | Q.    Did you do anything else in order | 09:34AM |

| | | | | |
|---|---|---|---|---|
| Name of Case: | | *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case No. 11-cv-1846 LHK | | |
| Date of deposition: | | April 27, 2012 | | |
| Name of witness: | | Russell Winer | | |

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 9 | 7 | A-T-O-G-L-U | A-T-U-G-L-U | 2 |
| 30 | 23 | Although not saying it happened here | Although I'm not saying it happened here | 3 |
| 55 | 14 | Bump | Lump | 3 |
| 62 | 1 | Buy | Box | 3 |
| 69 | 5 | Means | Mean | 3 |
| 108 | 24-25 | Sleep Craft | Sleekcraft | 3 |
| 112 | 10 | El | Elk | 2 |
| 113 | 9 | Ridell | Riddell | 2 |
| 114 | 4 | Ridell | Riddell | 2 |
| 323 | 7-8 | Sea to shining sea | "Sea to shining sea" | 1 |

Dated: MAY 15, 2012

RUSSELL WINER

sf-3144150

Confidential

Page 348

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: The time is | 05:15PM |
| 2 | 5:17. That's the end of today's | 05:15PM |
| 3 | deposition. | 05:15PM |
| 4 | We are going off the record. | 05:15PM |
| 5 | (Whereupon, at 5:17 p.m., the | |
| 6 | Examination of this Witness was | |
| 7 | concluded.) | |

*[signature]*

RUSSELL WINER

Subscribed and sworn to before me this _____ day of _____, 2012.

_____
NOTARY PUBLIC