# EXHIBIT E

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES**<br><br>**CONFIDENTIAL UNDER THE PROTECTIVE ORDER** |

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS CONFIDENTIAL INFORMATION**</u>

[lines 1–6 redacted]

**INTERROGATORY NO. 70:**

Separately for each APPLE TRADE DRESS, state fully and in detail all facts that support YOUR contention that SAMSUNG is diluting or has diluted such trade dress.

**RESPONSE TO INTERROGATORY NO. 70**

Apple objects to the phrase "fully and in detail" as vague and ambiguous. Apple objects to this Interrogatory as unduly burdensome, overbroad, and impracticable to the extent that it requests Apple to state "all facts" supporting Apple's contention "fully and in detail," especially given the late date in the discovery period at which this Interrogatory was propounded. Apple further objects to this Interrogatory to the extent it seeks information that: (i) would require Apple to draw a legal conclusion to respond; (ii) is outside of Apple's possession, custody, or control; (iii) can be obtained as easily by Samsung, is already in Samsung's possession, or is publicly available; or (iv) is subject to a confidentiality or nondisclosure agreement or governed by a protective order preventing its production.

Subject to and incorporating its General Objections and its specific objections, Apple responds as follows with respect to the Samsung products accused in Apple's Amended Complaint:

Samsung is diluting Apple's Original iPhone Trade Dress, iPhone 3G Trade Dress, iPhone 4 Trade Dress, iPhone Trade Dress, iPad Trade Dress, iPad 2 Trade Dress and the trade dress registered in U.S. Trademark Reg. Nos. 3,470,983, 3,457,218, and 3,475,327 by advertising and selling a wide variety of lookalike products, including without limitation Galaxy,

Galaxy S, and Galaxy SII products such as Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, Vibrant, Galaxy Tab 7.0, Galaxy Tab 7.0 Plus, Galaxy Tab 10.1, and Galaxy Tab 10.1 LTE.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of Apple's distinctive trade dress in its products.

Many of Samsung's Galaxy phones embody a combination of several elements of the Original iPhone Trade Dress, including at least the following:  Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, and Vibrant.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the Original iPhone Trade Dress.

Many of Samsung's Galaxy phones embody a combination of several elements of the iPhone 3G Trade Dress, including at least the following:  Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, and Vibrant.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the iPhone 3G Trade Dress.

Many of Samsung's Galaxy phones embody a combination of several elements of the iPhone Trade Dress, including at least the following:  Captivate, Continuum, Droid Charge, Epic

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, and Vibrant.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the iPhone Trade Dress.

Many of Samsung's Galaxy phones embody a combination of several elements of the trade dress registered in U.S. Trademark Reg. No. 3,470,983, including at least the following: Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, and Vibrant.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the registered trade dress.

Many of Samsung's Galaxy phones embody a combination of several elements of the trade dress registered in U.S. Trademark Reg. No. 3,457,218, including at least the following: Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, and Vibrant.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the registered trade dress.

Many of Samsung's Galaxy phones embody a combination of several elements of the trade dress registered in U.S. Trademark Reg. No. 3,475,327, including at least the following:

**SUBJECT TO PROTECTIVE ORDER**
<u>**CONTAINS CONFIDENTIAL INFORMATION**</u>

Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, and Vibrant.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the registered trade dress.

Many of Samsung's Galaxy phones embody a combination of several elements of the iPhone 4 Trade Dress, including at least the following:  Galaxy Ace.  These products were intentionally designed to look like Apple products in their hardware and user interface design. By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the iPhone 4 Trade Dress.

Many of Samsung's Galaxy tablet computers embody a combination of several elements of the iPad Trade Dress, including at least the following:  Galaxy Tab 7.0, Galaxy Tab 7.0 Plus, Galaxy Tab 10.1, and Galaxy Tab 10.1 LTE.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the iPad Trade Dress.

Many of Samsung's Galaxy tablet computers embody a combination of several elements of the iPad 2 Trade Dress, including at least the following:  Galaxy Tab 7.0, Galaxy Tab 7.0 Plus, Galaxy Tab 10.1, and Galaxy Tab 10.1 LTE.  These products were intentionally designed to look like Apple products in their hardware and user interface design.  By offering them for sale and selling them in the U.S., Samsung has diluted and will continue to dilute the strength of the iPad 2 Trade Dress.

Samsung threatens to dilute the distinctiveness of Apple's highly distinctive designs by producing and promoting lookalike products.  Further, Apple's reputation as an innovator in

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

design may be diminished if other companies are selling products with similar designs. Apple has a well-established reputation of coming out with remarkable new products and designs that look very different from what has come before. If consumers can buy products with similar designs from other companies, Apple's design will no longer stand out from the crowd of competing products. Eventually design will no longer be a compelling strength for Apple.

Facts that support Apple's contention that Samsung's Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products have diluted and will continue to dilute the Apple trade dress at issue in this lawsuit include, but are not limited to, facts relating to (i) the unique appearance of the iPhone, iPod touch, and iPad products, (ii) pre-launch publicity for the iPhone, iPod touch, and iPad products, (iii) Apple's extensive advertising of the iPhone, iPod touch, and iPad products, (iv) unsolicited third-party press for the iPhone, iPod touch, and iPad products, including positive reviews and press accolades, (v) the iPhone, iPod touch, and iPad products' appearance in popular media, (vi) the widespread use of the iPhone, iPod touch, and iPad products by well known political, sports, and entertainment figures, (vii) design awards received by Apple for the design of the iPhone, iPod touch, and iPad products, (viii) sales of the iPhone, iPod touch, and iPad products, (ix) Samsung's extensive advertisements of the Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products, (x) third-party reviews of Samsung's Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products, including reviews comparing Samsung's smartphone and tablet computer products to Apple's products, and (xi) Samsung's sales of the Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products.

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| | |
|---|---|
| Dated:  March 10, 2012 | /s/ Mark D. Selwyn |
| | Mark D. Selwyn (SBN 244180) |
| | (mark.selwyn@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:   (650) 858-6100 |
| | |
| | William F. Lee (admitted *pro hac vice*) |
| | (william.lee@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 60 State Street |
| | Boston, Massachusetts  02109 |
| | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| | |
| | Harold J. McElhinny (SBN 66781) |
| | (HMcElhinny@mofo.com) |
| | Michael A. Jacobs (SBN 111664) |
| | (MJacobs@mofo.com) |
| | Richard S.J. Hung (CA SBN 197425) |
| | rhung@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California 94105 |
| | Telephone: ( 415) 268-7000 |
| | Facsimile:  (415) 268-7522 |
| | |
| | Attorneys for Plaintiff and |
| | Counterclaim-Defendant Apple Inc. |

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 10, 2012 by electronic mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

      /s/ Mark. D Selwyn
      Mark D. Selwyn