# EXHIBIT F

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Civil Action No. 11-CV-01846-LHK<br><br>**APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES**<br><br>**CONFIDENTIAL UNDER THE PROTECTIVE ORDER** |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

## INTERROGATORY NO. 71:

Separately for each SAMSUNG product or product packaging that YOU contend infringes any APPLE TRADE DRESS or APPLE TRADEMARK, state fully and in detail on a trade dress-by-trade dress and trademark-by-trademark basis all facts that support YOUR contention that the SAMSUNG product or product packaging is likely to cause confusion, cause mistake, or deceive consumers as to the affiliation, connection, or association of SAMSUNG with APPLE, or as to origin, sponsorship, or approval by APPLE of SAMSUNG'S goods, services or commercial activities.

## RESPONSE TO INTERROGATORY NO. 71:

Apple objects to the phrase "fully and in detail" as vague and ambiguous.  Apple objects to this Interrogatory as unduly burdensome, overbroad, and impracticable to the extent that it requests Apple to state "all facts" supporting Apple's contention "fully and in detail," especially given the late date in the discovery period at which this Interrogatory was propounded.  Apple further objects to this Interrogatory to the extent it seeks information that: (i) would require Apple to draw a legal conclusion to respond; (ii) is outside of Apple's possession, custody, or control; (iii) can be obtained as easily by Samsung, is already in Samsung's possession, or is publicly available; or (iv) is subject to a confidentiality or nondisclosure agreement or governed by a protective order preventing its production.

Subject to and incorporating its General Objections and its specific objections, Apple responds as follows with respect to the Samsung products accused in Apple's Amended Complaint:

Samsung is infringing Apple's Original iPhone Trade Dress, iPhone 3G Trade Dress, iPhone 4 Trade Dress, iPhone Trade Dress, iPad Trade Dress, iPad 2 Trade Dress and the trade dress registered in U.S. Trademark Reg. Nos. 3,470,983, 3,457,218, and 3,475,327 by

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

advertising and selling a wide variety of lookalike products, including without limitation Galaxy, Galaxy S, and Galaxy SII products such as Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II (AT&T Edition, 4G), Galaxy S II (i9100), Galaxy S II (T-Mobile edition), Galaxy S II Epic 4G Touch, Galaxy S II Skyrocket (4G LTE), Galaxy S Showcase (i500), Infuse 4G, Mesmerize, Vibrant, Galaxy Tab 7.0, Galaxy Tab 7.0 Plus, Galaxy Tab 10.1, and Galaxy Tab 10.1 LTE.  These products were intentionally designed to look like Apple products in their hardware and user interface design and infringe Apple's trade dress rights, as shown in the charts below.

**Trade Dress**

A.    **Original iPhone Trade Dress; iPhone 3G Trade Dress; iPhone 4 Trade Dress; iPhone Trade Dress; U.S. Trademark Registration Nos. 3,470,983; 3,457,218; 3,475,327**

| Trade Dress | | |
|---|---|---|
| Original iPhone Trade Dress; iPhone Trade Dress | iPhone 3G Trade Dress | iPhone 4 Trade Dress |
|  |  |  |
| U.S. Reg. No. 3,470,983 | U.S. Reg. No. 3,457,218 | U.S. Reg. No. 3,475,327 |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| | | |
|---|---|---|
|  |  |  |

**Accused Samsung Designs**

| Captivate | Continuum | Droid Charge |
|---|---|---|
|  |  |  |
| Epic 4G | Fascinate | Galaxy Prevail |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**


Galaxy S (i9000)


Galaxy S 4G


Galaxy S II (AT&T Edition, 4G)


Galaxy S II (i9100)


Galaxy S II (T-Mobile edition)


Galaxy S II Epic 4G Touch

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**




| Galaxy S II Skyrocket (4G LTE) | Galaxy S Showcase (i500) | Infuse 4G |
|---|---|---|




| Mesmerize | Vibrant |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



**B.**    **iPhone 4 Trade Dress**

| Trade Dress |
| --- |



| Accused Samsung Design |
| --- |
| Galaxy Ace |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15

**C.      iPad Trade Dress and iPad2 Trade Dress**

16

| Trade Dress |
| --- |

17
18
19
20
21
22
23
24
25
26
27

| Accused Samsung Designs |
| --- |

28

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Galaxy Tab 7.0 | Galaxy Tab 7.0 Plus |
|---|---|
|  |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Galaxy Tab 10.1 | Galaxy Tab 10.1 LTE |
|---|---|
|  | |

Samsung is also infringing Apple's icon trademarks by advertising and selling a wide variety of products using confusingly similar icons, including without limitation phones and products such as Captivate; Continuum; Droid Charge; Epic 4G; Exhibit 4G; Fascinate; Galaxy Ace; Galaxy S (i9000); Galaxy S 4G; Galaxy S II (AT&T Edition, 4G); Galaxy S II (T-Mobile Edition); Galaxy S II Epic 4G Touch; Galaxy S II Skyrocket (4G LTE); Galaxy S Showcase; Gem; Gravity Smart; Indulge; Infuse 4G; Mesmerize; and Vibrant**.** The icons on these products were intentionally designed to look like Apple's icons and infringe Apple's trademark rights, as shown in the charts below.

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

## Icon Trademarks

**I.      3,886,196 – Trademark Icon for Telephone Calls**





**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Galaxy S II Epic 4G Touch | Galaxy S II Skyrocket (4G LTE) | Galaxy S Showcase | Gem |
|---|---|---|---|
| Gravity Smart | Indulge | Infuse 4G | Mesmerize |
| Vibrant | | | |

**J.     3,889,642 – Trademark Icon for Messaging**



| Acclaim | Continuum | Droid Charge | Fascinate |
|---|---|---|---|



**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Galaxy Prevail | Galaxy S Showcase | Galaxy Tab 7.0 | Gem |
|---|---|---|---|
| | | | |
| Intercept | Mesmerize | Nexus S | Nexus S 4G |
| | | | |
| Replenish | Transform | | |
| | | | |

**K.      3,886,200 – Trademark Icon for Photos**



| Captivate | Continuum | Droid Charge | Epic 4G |
|---|---|---|---|



**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Exhibit 4G | Fascinate | Galaxy Ace | Galaxy S (i9000) |
|---|---|---|---|
| Galaxy S 4G | Galaxy S Showcase | Galaxy Tab 7.0 | Gem |
| Gravity Smart | Indulge | Infuse 4G | Mesmerize |
| Sidekick | Vibrant | | |

**L.      3,889,685 – Trademark Icon for Settings**



**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Captivate | Continuum | Droid Charge | Epic 4G |
|---|---|---|---|
|  |  |  |  |
| Exhibit 4G | Fascinate | Galaxy Ace | Galaxy S (i9000) |
|  |  |  |  |
| Galaxy S 4G | Galaxy S II (AT&T Edition, 4G) | Galaxy S II (i9100) | Galaxy S II (T-Mobile Edition) |
|  |  |  |  |
| Galaxy S II Epic 4G Touch | Galaxy S II Skyrocket (4G LTE) | Galaxy S Showcase | Galaxy Tab 7.0 |
|  |  |  |  |
| Galaxy Tab 7.0 Plus | Galaxy Tab 10.1 | Gem | Gravity Smart |
|  |  |  |  |
| Indulge | Infuse 4G | Mesmerize | Vibrant |
|  |  |  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

**M.      3,886,169 – Trademark Icon for Notes**





**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Mesmerize | Sidekick | Vibrant | |
|---|---|---|---|
|  | | | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

### N.    3,886,197 – Trademark Icon for Contacts



2
3
4
5
6
7
8
9
10
11

| Captivate | Continuum | Droid Charge | Epic 4G |
|---|---|---|---|
| | | | |

12
13
14
15
16

| Exhibit 4G | Fascinate | Galaxy Ace | Galaxy S (i9000) |
|---|---|---|---|
| | | | |

17
18
19
20
21

| Galaxy S 4G | Galaxy S II (AT&T Edition, 4G) | Galaxy S II (i9100) | Galaxy S II (T-Mobile Edition) |
|---|---|---|---|
| | | | |

22
23
24
25
26

| Galaxy S II Epic 4G Touch | Galaxy S II Skyrocket (4G LTE) | Galaxy S Showcase | Galaxy Tab 7.0 |
|---|---|---|---|
| | | | |

27
28

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| Galaxy Tab 7.0 Plus | Galaxy Tab 10.1 | Gem | Gravity Smart |
| Indulge | Infuse 4G | Mesmerize | Vibrant |

**O.      Application No. 85/041,463 (Purple iTunes Store Trademark) and Registration No. 2,935,038 ("iTunes Eighth Note and CD Design Trademark")**





**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



| Indulge | Infuse 4G | Mesmerize | Vibrant |

1
2
3
4
5
6
7
8
9
10
11
12
13
14

Consumers who see Samsung's products are likely to be confused as to the source of Samsung's products, or misled into believing that there is an association between the Samsung products and Apple.  Samsung had many options in developing its smartphones and tablet computers.  Indeed, earlier versions of Samsung smartphones did not embody the same combination of elements of Apple's trade dress.  Even the icons in earlier versions of the Samsung smartphones looked different because, for example, they did not appear as a matrix of colorful square icons above a bottom "dock" of icons.

15
16
17
18
19
20
21
22
23
24
25
26
27

Facts that support Apple's contention that Samsung's Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products have infringed and will continue to infringe the Apple trade dress and icon trademarks at issue in this lawsuit include, but are not limited to, facts relating to (i) the unique appearance of the iPhone, iPod touch, and iPad products, (ii) pre-launch publicity for the iPhone, iPod touch, and iPad products, (iii) Apple's extensive advertising of the iPhone, iPod touch, and iPad products, (iv) unsolicited third-party press for the iPhone, iPod touch, and iPad products, including positive reviews and press accolades, (v) the iPhone, iPod touch, and iPad products' appearance in popular media, (vi) the widespread use of the iPhone, iPod touch, and iPad products by well known political, sports, and entertainment figures, (vii) design awards received by Apple for the design of the iPhone, iPod touch, and iPad products, (viii) sales of the iPhone, iPod touch, and iPad products, (ix) Samsung's extensive advertisements of the Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products, (x) third-party reviews of Samsung's Galaxy, Galaxy S, and Galaxy SII smartphone

28

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1
2
3
4

and tablet computer products, including reviews comparing Samsung's smartphone and tablet computer products to Apple's products, and (xi) Samsung's sales of the Galaxy, Galaxy S, and Galaxy SII smartphone and tablet computer products.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

Dated:  March 10, 2012

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 10, 2012 by electronic mail upon the following:

Charles Kramer Verhoeven (Cal. Bar No. 170151)
(charlesverhoeven@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-7600

Kevin P.B. Johnson (Cal. Bar No. 177129)
(kevinjohnson@quinnemanuel.com)
Victoria F. Maroulis (Cal. Bar No. 202603)
(victoriamaroulis@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No. 165596)
(eddefranco@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

/s/ Mark. D Selwyn
Mark D. Selwyn