# EXHIBIT G

# Applications Screen

**D'305 Patent**



**Fascinate Home Screen**



**Fascinate Applications Screen**



JX1042, JX1013

PDX14.38