1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
3  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
4  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
7  JASON R. BARTLETT (CA SBN 214530)
   jasonbartlett@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES REGARDING DAY 4 EXAMINATION DISCLOSURES** |

I, RICHARD S.J. HUNG, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Objections and Responses Regarding Day 4 Examination Disclosures.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of Exhibit 2 to the Expert Report of Jeffrey Johnson, Ph.D. Regarding Non-Infringement of U.S. Patent No. 7,469,381.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the Expert Report of Russell S. Winer.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of excerpts to Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple Inc.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of Samsung's Objections and Responses to Apple's Eleventh Rule 30(B)(6) Deposition Notice.

6. Attached to this declaration as **Exhibit E** is a true and correct copy of excerpts of Ravin Balakrishnan's March 22, 2012 expert report.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August, 2012 at San Jose, California.

/s/ Richard S.J. Hung
Richard S.J. Hung

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard S.J. Hung has concurred in this filing.

Dated: August 6, 2012                             */s/ Michael A. Jacobs*
                                                              Michael A. Jacobs

HUNG DECL. ISO APPLE'S OBJECTIONS AND RESPONSES REGARDING DAY 4 DISCLOSURES
CASE NO. 11-CV-01846-LHK
sf-3179471

2