# EXHIBIT A

# EXHIBIT 2

**Exhibit 2 – Materials Considered**

- U.S. Patent No. 7,469,381
- '381 Patent File History
- '381 Patent Re-exam
- U.S. Patent No. 2009/0073194
- MERL DTFlash Tablecloth software
- LaunchTile
- XNav
- U.S. Patent No. 7,872,640
- WO 03/081458
- Declaration of Andries van Dam (in support of Samsung Opposition to Apple Motion for Preliminary Injunction)
- Declaration of Ben Bederson (in support of Samsung Opposition to Apple Motion for Preliminary Injunction)
- Declaration of Ravin Balakrishnan (in support of Apple Motion for Preliminary Injunction)
- Reply Declaration of Ravin Balakrishnan (in support of Apple Reply for Motion for Preliminary Injunction)
- Deposition Transcript of Andries van Dam, September 14, 2011
- Deposition Transcript of Ravin Balakrishnan, August 16, 2011
- Markman Tutorial Transcript
- Markman Hearing Transcript
- Preliminary Injunction Transcript
- Apple's Opening Claim Construction Brief
- Apple's Reply Claim Construction Brief
- Samsung's Opposition Claim Construction Brief
- Apple Markman Tutorial Presentation
- Samsung Markman Tutorial Presentation
- Apple's Motion for Preliminary Injunction
- Samsung Opposition to Apple's Motion for Preliminary Injunction
- Apple's Reply for Apple's Motion for Preliminary Injunction
- Deposition Transcript of Ioi Lam, March 8, 2012
- Deposition Transcripts of Wookyun Kho, January 12, 2012 and March 4, 2012
- Deposition Transcript of Dooju Byun, February 17, 2012
- Deposition Transcript of Kihyung Nam, January 10, 2012 and February 10, 2012
- Deposition Transcript of Jaegwan Shin, January 27, 2012
- Deposition Transcript of Sehyun Kim, March 2, 2012
- Telephone conference with Ioi Lam
- Telephone conference with Wookyun Kho
- Telephone conference with Dooju Byun
- Telephone conference with Sehyun Kim
- Judge's Order Construing Disputed Claim Terms dated April 4, 2012

- Judge's Order Denying Motion for Preliminary Injunction dated December 2, 2011
- Expert Report of Andries Van Dam, Ph.D. Regarding Invalidity of U.S. Patent No. 7,469,381
- Samsung devices accused of infringement of the '381 Patent
- Exhibits, appendices and attachments to the above