UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Friday, August 3, 2012     Time in Court: 7hours 18minutes
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge/Irene Rodriguez

TITLE:

| APPLE INC. | V. | SAMSUNG ELECTRONICS CO. LTD., ET AL |
|---|---|---|
| PLAINTIFF(S) | | DEFENDANT(S) |

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Charles K. Verhoeven |
| Michael A. Jacobs | William C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Michael T. Zeller |
| | John B. Quinn |

PROCEEDINGS:   JURY TRIAL-DAY THREE

8:36 a.m.  Hearing held outside the presence of the jury.  The Court brings each juror into the Courtroom individually and voir dires on the issue of whether they have heard or read anything about the case since Court was last in session on Tuesday, July 31.  The Court is satisfied with responses given by the jurors.
9:02 a.m.  Jurors brought into Courtroom.  Witness Schiller resumes the stand for further examination.
10:17 a.m. Morning recess is taken.
10:36 a.m. All parties present, examination resumes.
11:51 a.m. Witness Schiller is thanked and excused.
11:52 a.m. Witness Scott Forstall is sworn and examined.
12:00 p.m. Noon recess is taken.
1:02 p.m.   Hearing held outside the presence of the jury.
1:12 p.m.   Jury now present examination of Witness Forstall resumes.
2:13 p.m.   Witness Justin Denison is sworn and examined.
2:58 p.m.   Mid-afternoon break is taken.
3:15 p.m.   Hearing held outside the presence of the jury.
3:23 p.m.   Jury now present examination of Witness Denison resumes.
4:32 p.m.   The jury is admonished and excused.  Hearing is held outside the presence of the jury.
4:56 p.m.   Court is adjourned until Monday, August 6, 2012 at 8:30 a.m.

The following exhibits are admitted into evidence:
Joint Exhibits: JX-1093, JX-1027, JX-1016, JX-1025, JX- 1091, JX-1046, JX-1007, JX-1019
Plaintiffs: PX-133, PX-17, PX-134, PX-135, PX-142, PX-15, PX-138, PX-141, PX-140, PX-143, PX-144, PX-145, PX-146, PX-127, PX-58, PX-54, PX-52, PX-60, PX-44
Defendants: DX-578, DX-592, 143.22, 143.82,143.4, 143.12, 143.6, 143.16, 143.25, DX-2524, DX-2525, DX-2517, DX-2519