Page 2: Addendum indicating motions ruled on during proceedings on this date:

The following motions were ruled on in open Court on the record: Docket numbers 1549, 1564 and 1569 were all denied.