DAVID A. KAYS, ESQ. (SBN 120798)
FREEDA Y. LUGO, ESQ. (SBN 244913)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Non-Party
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                                   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                                   Defendants. | Case No. 11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606. On the date indicated below, I caused to be served in the manner indicated below the following document(s):

**NON-PARTY QUALCOMM INCORPORATED'S REPLY TO REUTERS AMERICA LLP'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**

| X | **MAIL** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California. |
|---|---|

Brian Larivee
Wilmer Hale
60 State Street
Boston, MA 02109

Brian Seeve
Wilmer Hale
60 State Street
Boston, MA 02109

Michael Saji
Wilmer Hale
60 State Street
Boston, MA 02109

James C. Burling
Wilmer Hale
60 State Street
Boston, MA 02109

Michael A. Diener
Wilmer Hale
60 State Street
Boston, MA 02109

Richard Goldenberg
Wilmer Hale
60 State Street
Boston, MA 02109-1803

Timothy D. Syrett
Wilmer Hale
60 State Street
Boston, MA 02109

Robert J. Gunther, Jr
Wilmer Hale
7 World Trade Center
New York, NY 10007

Samuel Calvin Walden
Wilmer Hale
7 World Trade Center
New York, NY 10007

Edward H. Rice
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654

CERTIFICATE OF SERVICE
(Case No. 11-cv-01846-LHK)

| | |
|---|---|
| Marina N. Saito<br>Hopenfeld Singer Rice & Saito LLP<br>445 W. Ernie Street<br>Suite 108<br>Chicago, IL 60654 | Jon C. Cederberg<br>Quinn Emanuel<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |

Michael Thomas Zeller
Quinn Emanuel
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Executed on August 6, 2012, at San Jose, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Jeannie Donelson