# EXHIBIT 4

Confidential Attorneys' Eyes Only

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                   Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13                 Defendants.
     _____/
14
15
16            C O N F I D E N T I A L
17         A T T O R N E Y S  E Y E S  O N L Y
18
19      VIDEOTAPED DEPOSITION OF BRIAN Q. HUPPI
20            REDWOOD SHORES, CALIFORNIA
21             TUESDAY, OCTOBER 18, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR.
24   CSR LICENSE NO. 9830
25   JOB NO. 42679
```

Confidential Attorneys' Eyes Only

Page 5

1  Foerster, representing Apple.

2

3                    BRIAN Q. HUPPI,

4          having been sworn as a witness,

5        by the Certified Shorthand Reporter,

6                 testified as follows:

7

8

9              EXAMINATION BY MR. MACK

10       MR. MACK:  Q.  Mr. Huppi, could you please
11  state your name and address for the record.
12       A   Sure.  It's Brian Quentin Huppi.  My address
13  is 262 Rutledge Street in San Francisco, California.
14       Q   Have you been deposed before?
15       A   Yes.
16       Q   How many times?
17       A   Once.
18       Q   And do you remember what case that was in?
19       A   It was a case involving Motorola.  I don't
20  remember the case number.
21       Q   Okay.  And was -- were you deposed as your
22  role as an inventor on any patent asserted -- asserted
23  in that case?
24       A   Yes.
25       Q   Okay.  Do you remember which patent it was?

1       MR. MACK:  Q.  Do you recognize this -- this
2  document?
3       A    Yes.  I believe I received an e-mail copy of
4  it.
5       Q    Okay.  And is this subpoena the reason why
6  you are testifying here today?
7            MR. BARTLETT:  Objection; vague.
8            THE WITNESS:  I believe that's why I'm here.
9            MR. MACK:  Okay.
10      Q    Do you see that the subpoena also asks you to
11 produce documents in connection with this case?
12      A    Yes.
13      Q    And did you perform a search for documents in
14 connection with this case?
15      A    Yes, but I didn't find any.
16      Q    Okay.  Did you perform a search for documents
17 in connection with the previous case that you were
18 deposed in?
19      A    Yes.  I didn't find any.
20      Q    Okay.  Do you maintain a computer at your
21 house with work relating to Apple?
22           MR. BARTLETT:  Objection; vague.
23           THE WITNESS:  I have a home computer, but it
24 doesn't have any Apple materials.  That was all left
25 behind at Apple.

Page 10

1           MR. MACK:  Okay.
2      Q    How about e-mail correspondence with Apple?
3  Do you have any e-mail correspondence on your home
4  computer?
5           MR. BARTLETT:  Same objection.
6           THE WITNESS:  I have --
7           MR. BARTLETT:  And compound.
8           THE WITNESS:  -- I do have some e-mails
9  with -- with folks at Apple.  Some are friends or
10 colleagues.  Some are with -- associated with some
11 contracting work I did with Apple since I left Apple.
12          MR. MACK:  Okay.
13     Q    And have you retained any documents relating
14 to your work at Apple after you left Apple?
15          MR. BARTLETT:  Objection; vague.
16          THE WITNESS:  They would only be documents
17 related to work I did after I left Apple.
18          MR. MACK:  Okay.
19     Q    Did you personally conduct the search for
20 documents, or did someone else conduct the search on
21 your behalf?
22     A    I searched for any documents that I might
23 have personally.
24     Q    Okay.  And you found none; correct?
25     A    Correct.

Page 194

1  CERTIFICATE OF REPORTER
2
3
4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;
8
9       That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;
15
16      That I am a disinterested person to the said
17 action.
18
19      IN WITNESS WHEREOF, I have hereunto set my
20 hand this 19th day of October, 2011.
21
22      _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830
24
25