# EXHIBIT 6

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5   APPLE INC., a California
     corporation,
 6
                    Plaintiff,
 7
     vs.                          CASE NO.  11-cv-01846-LHK
 8
     SAMSUNG ELECTRONICS CO.,
 9   LTD., a Korean business
     entity; SAMSUNG ELECTRONICS
10   AMERICA,INC., a New York
     corporation; SAMSUNG
11   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited
12   liability company,
13              Defendants.
     _____/
14
15
16        H I G H L Y   C O N F I D E N T I A L
17          A T T O R N E Y S'  E Y E S  O N L Y
18
19     VIDEOTAPED DEPOSITION OF DOUGLAS SATZGER
20          REDWOOD SHORES, CALIFORNIA
21           TUESDAY, NOVEMBER 8, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 42999
```

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 6

1   for Apple, Inc.
2           MS. TIERNEY:  Erica Tierney, Apple, Inc.
3           THE VIDEOGRAPHER:  Will the court reporter
4   please swear in the witness.
5
6                   DOUGLAS SATZGER,
7          having been sworn as a witness,
8          by the Certified Shorthand Reporter,
9                  testified as follows:
10
11
12              EXAMINATION BY MR. ZELLER
13          MR. ZELLER:  Q.  Good morning.
14      A   Good morning.
15      Q   If you could please tell us your full name
16   for the record.
17      A   Douglas Bernard Satzger.
18      Q   And have you ever gone by any other name?
19      A   No.
20      Q   You are currently employed?
21      A   No.
22      Q   When were you last employed?
23      A   Last day at HP was September 19th.
24      Q   Of this year?
25      A   Yes.  Sorry.  2011.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 7

1  Q  And how long had you worked for HP?
2  A  HP was just over a year, 13 months.
3     Before that, it was Palm. HP acquired Palm.
4  Q  And what was your -- your duties and
5  responsibilities when you were there at HP?
6  A  I was the senior director of industrial
7  design.
8  Q  And what was your position or
9  responsibilities when you were with Palm?
10 A  I was a -- I think I was just senior
11 designer.
12 Q  When HP acquired Palm and then you began
13 working for HP, did the nature of your duties change?
14 A  Yes.
15 Q  Were they broader?
16 A  Yes.
17 Q  They were both in the areas of industrial
18 design?
19 A  Yes.
20 Q  And when did you start with Palm?
21 A  In March 2009.
22 Q  And prior to that, you worked for Apple?
23 A  Yes.
24 Q  That was from the 1996 through 2008 time
25 period?

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 8

1  A   Yes.
2  Q   And did you -- just focusing on when you left
3  Apple, did you have a title?
4  A   Yeah.  I was the creative lead for color and
5  finishes.
6  Q   And how long had you had that particular
7  title when you were at Apple?
8  A   It's -- I think it was probably five years.
9  Q   So approximately the 2003 to 2008 time
10 period?
11 A   Uh-huh.
12 Q   I'm sorry.  You need to give an audible
13 response so the court reporter can take it down.
14 A   Yes.
15     MR. DAVIS:  Yeah, the court reporter has
16 trouble with "uh-huh" and "huh-uh."
17     THE WITNESS:  Yeah.
18     MR. DAVIS:  It looks funny.
19     MR. ZELLER:  Q.  And prior to that time, had
20 you -- did you have responsibility for color and
21 finishes, or was it -- was it a different
22 responsibility?
23 A   I was responsible for color and finishes, and
24 I was a -- one of the team members of the design team.
25 Q   You had more of a dual role prior to 2003?

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Page 103

1            CERTIFICATE OF REPORTER

4       I, ANDREA M. IGNACIO HOWARD, hereby certify
5  that the witness in the foregoing deposition was by me
6  duly sworn to tell the truth, the whole truth, and
7  nothing but the truth in the within-entitled cause;

9       That said deposition was taken in shorthand
10 by me, a Certified Shorthand Reporter of the State of
11 California, and was thereafter transcribed into
12 typewriting, and that the foregoing transcript
13 constitutes a full, true and correct report of said
14 deposition and of the proceedings which took place;

16      That I am a disinterested person to the said
17 action.

19      IN WITNESS WHEREOF, I have hereunto set my
20 hand this 8th day of November, 2011.

22      _____
23 ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830