# EXHIBIT 7

Highly Confidential - Attorneys' Eyes Only

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   APPLE INC., a California            )
     corporation,                        )
 5                                       )
                    Plaintiff,           )
 6                                       )
           vs.                           )  No: 11-CV-01846-LHK
 7                                       )
     SAMSUNG ELECTRONICS CO., LTD,       )
 8   a Korean business entity;           )
     SAMSUNG ELECTRONICS AMERICA,        )
 9   INC., a New York corporation;       )
     SAMSUNG TELECOMMUNICATIONS          )
10   AMERICA, LLC, a Delaware            )
     limited liability company           )
11                                       )
                    Defendants.          )
12   _____)
13
14     **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16          DEPOSITION OF CHRISTOPHER HARRIS
17             Redwood Shores, California
18              Tuesday, March 6, 2012
19
20
21
22
23   Reported By:
24   LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201
25   JOB NO. 46059
```

Highly Confidential - Attorneys' Eyes Only

Page 5

1  reporter please swear in the witness.

2  CHRIS HARRIS,

3  Having been duly sworn, by the

4  Certified Shorthand Reporter, was

5  examined and testified as follows:     10:07

6  EXAMINATION

7  BY MR. ARNOLD:

8    Q.  Good morning, Mr. Harris.  Thank

9  you for coming.  Would you please state your name

10 and spell it for the record?    10:08

11   A.  Christopher Harris.

12 C-H-R-I-S-T-O-P-H-E-R, H-A-R-R-I-S.

13   Q.  And is this your first deposition?

14   A.  Yes.

15   Q.  Well, let me -- I'll just go over    10:08

16 a few important things that -- you to be aware

17 of.  I'm sure your counsel has probably told you

18 these, but I'll mention them nonetheless.

19       So you understand that you were

20 just sworn in to tell the truth under penalty of    10:08

21 perjury.  Do you understand that?

22   A.  Yes.

23   Q.  And so your testimony today should

24 be given as if a judge were present.  Do you

25 understand that?    10:08

Page 44

1   industrial design model shop ever give feedback to the
2   designers about designs?
3           MR. DANIS:  I'm sorry.
4           THE WITNESS:  Can you repeat that,
5       please?                                           10:56
6       Q.   Sure.  Do you -- let's start just with
7   you.  Do you ever give feedback to the designers about
8   the designs?
9       A.   No.
10      Q.   Does anyone in the model shop do that?    10:56
11          MR. DANIS:  Speculation.
12          MR. ARNOLD:  That you know of?
13          THE WITNESS:  I do not know.
14      Q.   So more or less, you receive the model
15  request, you build the model and you deliver it to the   10:56
16  designers without comment on the design?
17      A.   Approximately, correct.  Yes.  I hand
18  the model off to Zack who gives it to the finishing
19  department.
20      Q.   Okay.                                         10:57
21      A.   And then it goes from there to the
22  designer.
23      Q.   Okay.  So you don't have direct contact
24  with the designers?
25      A.   Unless I need to clarify a detail or         10:57

Highly Confidential - Attorneys' Eyes Only

Page 45

1  something that have nature.
2     Q.    And do you do that from time to time?
3     A.    Rarely, rarely.
4     MR. ARNOLD:  All right.  Well, I have
5  nothing further for you, so I will let you go.  Thanks   10:57
6  so much for coming.
7     MR. DANIS:  We'll designate the
8     transcript as highly confidential, attorneys'
9     eyes only under the protective order, and
10    request that Mr. Harris be given an   10:57
11    opportunity to review the draft  transcript
12    for review and signature.
13    THE VIDEOGRAPHER:  This marks the end
14    of Disk Number 1 and concludes today's
15    deposition.  The original DVDs will be held by   10:57
16    TSG Reporting.  We are now going off the
17    record.  The time is 10:57 a.m.
18    (Time noted:  10:57 a.m.)
19
20                _____
21                CHRISTOPHER HARRIS
22
23    Subscribed and sworn to before me
      This         day of                  , 2012.
24
25    _____

Highly Confidential - Attorneys' Eyes Only

Page 46

1  C E R T I F I C A T E

2  STATE OF CALIFORNIA    )

3                         )

4  COUNTY OF SAN FRANCISCO )

5      I, LINDA VACCAREZZA, a Certified

6  Shorthand Reporter for the State of

7  California, do hereby certify:

8      That CHRISTOPHER HARRIS, the witness

9  whose deposition is hereinbefore set forth,

10 was duly sworn by me and that such deposition

11 is a true record of the testimony given by

12 such witness.

13     I further certify that I am not related

14 to any of the parties to this action by blood

15 or marriage; and that I am in no way

16 interested in the outcome of this matter.

17     IN WITNESS WHEREOF, I have hereunto set

18 my hand this 6th day of March, 2012.

19

20 _____

21 LINDA VACCAREZZA, CSR. NO. 10201

22

23

24

25