# EXHIBIT 8

Highly Confidential Pursuant to the Protective Order

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE INC., a California
     Corporation,
 5
              Plaintiff,              Case No.
 6
       vs.                            11-CV-01846-LHK
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     limited liability company,
11
              Defendants.
12
13
14
15            HIGHLY CONFIDENTIAL
16       PURSUANT TO THE PROTECTIVE ORDER
17
18       VIDEOTAPED DEPOSITION OF MARK LEE
19          Redwood Shores, California
20          Tuesday, February 28, 2012
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 46053
```

Highly Confidential Pursuant to the Protective Order

Page 5

1  Foerster on behalf of Apple.  09:58
2        THE VIDEOGRAPHER: If the court reporter
3  please swear in the witness, we can proceed.
4
5                  MARK LEE,  09:58
6     having first been duly sworn, testified
7     as follows:
8
9                  EXAMINATION
10 BY MR. BEDECARRE:  09:58
11    Q.  Good morning, Mr. Lee.
12    A.  Morning.
13    Q.  As I introduced myself before, I'm Al
14 Bedecarre and I represent Samsung in this matter.
15        You're here represented by counsel?  09:58
16    A.  Yes, I am.
17    Q.  And you also understand that your
18 counsel represents Apple Inc. in this matter?
19    A.  Yes, I do.
20    Q.  Okay. Have you ever been through the  09:58
21 process of a deposition before?
22    A.  No, I have not.
23    Q.  Well, let's just kind of go over a
24 couple of quick ground rules so that we can make
25 sure we have a clean record and that you  09:59

Highly Confidential Pursuant to the Protective Order

Page 36

| | | |
|---|---|---|
| 1 | Q. So does Mr. Von Minden have a particular focus within the group? | 10:33 |
| 3 | A. Yes, he did. | |
| 4 | Q. What is that? | |
| 5 | A. To develop paints. | 10:33 |
| 6 | Q. Are the paints used in model making or in making finished products? | |
| 8 | A. Both. | |
| 9 | Q. So what can you tell me about this -- | |
| 10 | A. Well, actually let's go back. What do you characterize as finished products? | 10:33 |
| 12 | Q. Commercial products for sale. | |
| 13 | A. Oh, no. | |
| 14 | Q. So the products he is -- the paints he is working on are purely for models, whether early drafts or complete models, is that what you're getting at? | 10:33 |
| 18 | A. Yes, to my best knowledge. | |
| 19 | Q. Okay. And is there any other role that Mr. Von Minden has besides paints? | 10:34 |
| 21 | A. Not that I'm aware of. | |
| 22 | Q. The model shop is part of the Industrial Design Group? | |
| 24 | A. That's right. | |
| 25 | Q. Does anyone in the model shop since the | 10:34 |

Highly Confidential Pursuant to the Protective Order

Page 37

| | | |
|---|---|---|
| 1 | time you've been there have design | 10:34 |
| 2 | responsibility, meaning designing products as | |
| 3 | opposed to building models? | |
| 4 |     A.  No, there is not. | |
| 5 |     Q.  So your role, to your understanding, | 10:34 |
| 6 | does not involve designing products; is that | |
| 7 | correct? | |
| 8 |     A.  Yes, that's correct. | |
| 9 |     Q.  If I asked the same question as to the | |
| 10 | rest of the members of the model shop as it | 10:34 |
| 11 | stands today, would -- to your understanding | |
| 12 | would the answer be the same? | |
| 13 |     A.  Yes, it would. | |
| 14 |     Q.  And what about the past members of the | |
| 15 | model shop?  I mean, I'm talking about at the | 10:35 |
| 16 | time you've been at Apple.  Is the same true, | |
| 17 | meaning they did not also do design work in | |
| 18 | addition to model building? | |
| 19 |     MR. DANIS:  Objection; vague, | |
| 20 | speculation. | 10:35 |
| 21 |     THE WITNESS:  To my knowledge, no model | |
| 22 | maker has done any design work on Apple products. | |
| 23 | BY MR. BEDECARRE: | |
| 24 |     Q.  That's right.  I am talking about Apple. | |
| 25 |     So in terms of a project that the model | 10:36 |

Highly Confidential Pursuant to the Protective Order

Page 64

1  don't give any feedback from a design perspective            11:20
2  to the designers in the Industrial Design Group?
3       A.  Please say that again.
4       Q.  Is it your testimony that you don't give
5  any feedback from a design perspective to the                 11:20
6  designers in the Industrial Design Group at
7  Apple?
8       A.  Yes, from a design perspective we don't.
9       Q.  How about from any other perspective, do
10 you give them feedback on models you're working               11:21
11 on?
12      A.  Yes.
13      Q.  What kind?
14      A.  We can give them the equivalent of an
15 attaboy, looks great.                                         11:21
16      Q.  Anything else in terms of material
17 choices or any other kind of feedback that you've
18 given over time on model projects that you've
19 worked on?
20          MR. DANIS:  Objection; vague, overbroad.             11:21
21          THE WITNESS:  I've given feedback on
22 materials, but not in relation to ship to
23 manufacturing.  Just building that particular
24 model.
25 //

Highly Confidential Pursuant to the Protective Order

Page 147

1  STATE OF CALIFORNIA   )
2           :ss
3  COUNTY OF SAN MATEO   )
4          I, CYNTHIA MANNING, a Certified Shorthand
5  Reporter of the State of California, do hereby
6  certify:
7          That the foregoing proceedings were taken
8  before me at the time and place herein set forth;
9  that any witnesses in the foregoing proceedings,
10 prior to testifying, were placed under oath; that
11 a verbatim record of the proceedings was made by
12 me using machine shorthand which was thereafter
13 transcribed under my direction; further, that the
14 foregoing is an accurate transcription thereof.
15         I further certify that I am neither
16 financially interested in the action, nor a
17 relative or employee of any attorney of any of
18 the parties.
19
20         IN WITNESS WHEREOF, I have subscribed my
21 name this 28th day of February 2012.
22
23
24         CYNTHIA MANNING, CSR No. 7645, CCRR, CLR
25