# EXHIBIT 10

Confidential Business Information

Page 1

1     UNITED STATES INTERNATIONAL TRADE COMMISSION

2                 WASHINGTON, D.C.

3

4   In the Matter of:

                              Investigation No.

5   CERTAIN ELECTRONIC DIGITAL

    MEDIA DEVICES AND COMPONENTS     337-TA-796

6   THEREOF

7

8

9

10

11

12        CONFIDENTIAL BUSINESS INFORMATION

13        PURSUANT TO THE PROTECTIVE ORDER

14

15     VIDEOTAPED DEPOSITION OF EVANS HANKEY

16          San Francisco, California

17          Thursday, March 15, 2012

18

19

20

21

22

23   REPORTED BY:

24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR

25   JOB NO. 47502

Confidential Business Information

1          March 15,

2              10:09 a.m.

3

4

5          Deposition of EVANS HANKEY, taken on

6  behalf of the Samsung Respondents, at 50

7  California Street, 20th, San Francisco,

8  California, before Cynthia Manning, Certified

9  Shorthand Reporter No. 7645, Certified LiveNote

10  Reporter, California Certified Realtime Reporter.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential Business Information

1    APPEARANCES:

2

3    FOR COMPLAINANT APPLE INC.:

4         MORRISON & FOERSTER, LLP
          BY:  MICHAEL JACOBS, ESQ.

5              PATRICK ZHANG, ESQ.
          425 Market Street

6         San Francisco, California 94105-2482
          415.268.6538

7         mjacobs@mofo.com

8

9

10   FOR RESPONDENTS SAMSUNG ELECTRONICS COMPANY,
     LTD., SAMSUNG ELECTRONICS AMERICA, INC..

11   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC:

12        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY:  SCOTT B. KIDMAN, ESQ.

13        865 S. Figueroa Street
          10th Floor

14        Los Angeles, California 90017
          213.443.3000

15        scottkidman@quinnemanuel.com

16

17

18   ALSO PRESENT:

19        Cyndi Wheeler, Esq., Apple Inc.

20        Alexi Dias, Videographer

21

22

23

24

25

Confidential Business Information

1    Group?

2         A.   Since June 2007.

3         Q.   I'll just take a moment to say that

4    it's important for only one of us to speak at a

5    time, and that's so the court reporter can take

6    down accurately what -- what we're saying.  So

7    I'll do my best to let you finish your answer

8    before I start my next question.  And if you

9    could do your best to let me finish my question

10   before you start your answer, it will make life

11   easier for the court reporter.

12            When did you first start working in the

13   Industrial Design Group?

14        A.   In June 2007.

15        Q.   And when you started there in the

16   Industrial Design Group, was your title director

17   of industrial design?

18        A.   Yes.

19        Q.   Who do you report to?

20        A.   Jonathan Ive.

21        Q.   And what are your duties as director of

22   industrial design?

23        A.   My duties involve -- it's varied.  So

24   I'm responsible for our -- setting the topics for

25   our design meetings that we have.  I am

Confidential Business Information

Page 7

1    responsible for the management of the CAD team

2    group.  And I'm also responsible for general

3    process as they associate to the design of what

4    we do.

5         Q.   Anything else?

6         A.   I'm responsible for the human factors

7    engineers.

8         Q.   Anything else?

9         A.   Not anything specific.  I mean...

10        Q.   Do you generally have any other duties

11   other than what you've described for me?

12        A.   I don't have any specific other duties

13   other than what I've described for you.

14        Q.   Do you perform any other roles in the

15   Industrial Design Group other than what you've

16   described for me?

17        A.   I don't think I perform any other roles

18   other than those I described.

19        Q.   Are you an industrial designer?

20        A.   I studied product design, so I studied

21   design and engineering.

22        Q.   Do you consider product design to be

23   different than industrial design?

24        A.   I do not consider myself an industrial

25   designer.

Confidential Business Information

Page 212

1          DECLARATION UNDER PENALTY OF PERJURY

2

3          I, EVANS HANKEY, do hereby certify under

4   penalty of perjury that I have read the foregoing

5   transcript of my deposition taken on March 15,

6   2012; that I have made such corrections as appear

7   noted herein in ink, initialed by me; that my

8   testimony as contained herein, as corrected, is

9   true and correct.

10

11          DATED this           day of

12   2012, at                          , California.

13

14

15

16

17                         EVANS HANKEY

18

19

20

21

22

23

24

25

Confidential Business Information

Page 214

1    STATE OF CALIFORNIA   )

2              :ss

3    COUNTY OF SAN MATEO   )

4         I, CYNTHIA MANNING, a Certified Shorthand

5    Reporter of the State of California, do hereby

6    certify:

7         That the foregoing proceedings were taken

8    before me at the time and place herein set forth;

9    that any witnesses in the foregoing proceedings,

10   prior to testifying, were placed under oath; that

11   a verbatim record of the proceedings was made by

12   me using machine shorthand which was thereafter

13   transcribed under my direction; further, that the

14   foregoing is an accurate transcription thereof.

15        I further certify that I am neither

16   financially interested in the action, nor a

17   relative or employee of any attorney of any of

18   the parties.

19

20        IN WITNESS WHEREOF, I have subscribed

21   my name this 15th day of March 2012.

22

23

24        CYNTHIA MANNING, CSR No. 7645, CCRR, CLR

25