# EXHIBIT 11

Highly Confidential - Attorneys' Eyes Only

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN JOSE DIVISION
 4   APPLE INC., a California
     corporation,
 5
              Plaintiff,            Case No.
 6
       vs.                          11-CV-01846-LHK
 7
     SAMSUNG ELECTRONICS CO., LTD.,
 8   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 9   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
10   AMERICA, LLC, a Delaware
     Limited liability company,
11
              Defendants.
12
13
14
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16           PURSUANT TO THE PROTECTIVE ORDER
17
18   VIDEOTAPED DEPOSITION OF CHRISTOPHER D. PREST
19             Redwood Shores, California
20              Thursday, March 8, 2012
21
22
23   REPORTED BY:
24   CYNTHIA MANNING, CSR No. 7645, CLR, CCRR
25   JOB NO. 46063
```

Highly Confidential - Attorneys' Eyes Only

```
                                                          Page 5
 1   Foerster for Apple.                                   09:07
 2          THE VIDEOGRAPHER:  Will the court
 3   reporter please swear in the witness.
 4
 5              CHRISTOPHER PREST,                         09:07
 6       having first been duly sworn, testified
 7       as follows:
 8
 9                  EXAMINATION
10   BY MR. KIDMAN:                                        10:09
11       Q.   Good morning.
12       A.   Good morning.
13       Q.   Could you state your name for the
14   record, please.
15       A.   My name is Christopher Prest.                09:07
16       Q.   And what's your home address?
17       A.   My home address is 522 Ashbury Street,
18   San Francisco.
19       Q.   And by whom are you employed?
20       A.   I'm employed by Apple.                       09:07
21       Q.   And how long have you been employed by
22   Apple?
23       A.   I started work -- working for Apple in
24   August 2005.
25       Q.   And what's your current position at          09:08
```

Highly Confidential - Attorneys' Eyes Only

Page 6

| | | |
|---|---|---|
| 1 | Apple? | 09:08 |
| 2 | A. I am a manager within the iPod/iPhone | |
| 3 | Product Design Team. | |
| 4 | Q. What was your position when you first | |
| 5 | started at Apple in August of 2005? | 09:08 |
| 6 | A. Product design engineer. | |
| 7 | Q. And when you first started at Apple in | |
| 8 | August of 2005 as a design engineer, were you in | |
| 9 | the Product Design Group? | |
| 10 | A. Yes. | 09:08 |
| 11 | Q. Have you held any other positions at | |
| 12 | Apple other than the two you've told me about? | |
| 13 | A. No. | |
| 14 | Q. When did you become a manager in the | |
| 15 | iPod/iPhone Product Design Team? | 09:09 |
| 16 | A. Approximately one year ago. | |
| 17 | Q. And when you -- strike that. | |
| 18 | As a design engineer in the Product | |
| 19 | Design Group, what were your -- your general | |
| 20 | duties and responsibilities? | 09:09 |
| 21 | A. Mechanical design of Apple products. | |
| 22 | Q. And when you say "mechanical design of | |
| 23 | Apple products," what do you mean by that? | |
| 24 | A. Design of components within Apple | |
| 25 | products, and also general architecture and | 09:09 |

Highly Confidential - Attorneys' Eyes Only

Page 25

1    Q.   Do you recall any work that you did in          09:43
2  terms of evaluating and developing materials for
3  manufacturing techniques with respect to
4  iPhone 3G?
5    A.   I would have conducted some glass              09:43
6  material investigations, but they may have
7  been -- they may have been tied to N82 as opposed
8  to N88.  The glass component was very similar.
9    Q.   Anything else that you recall with
10 respect to iPhone 3G?                                  09:44
11   A.   No.
12   Q.   And what work did you do in terms of
13 evaluating and developing materials and
14 manufacturing techniques on iPhone 4?
15   A.   I was involved in evaluating the glass          09:44
16 material.
17   Q.   Anything else?
18   A.   And coatings applied to the glass.
19   Q.   Anything else?
20   A.   Not that I recall.                              09:44
21   Q.   What evaluation of the cover glass
22 material for iPhone 3D did you perform?
23        MR. DANIS:  Did you say 3D?
24        MR. KIDMAN:  I'm sorry.  Yeah.
25 //

Page 98

1   STATE OF CALIFORNIA   )
2            :ss
3   COUNTY OF SAN MATEO   )
4           I, CYNTHIA MANNING, a Certified Shorthand
5   Reporter of the State of California, do hereby
6   certify:
7           That the foregoing proceedings were taken
8   before me at the time and place herein set forth;
9   that any witnesses in the foregoing proceedings,
10  prior to testifying, were placed under oath; that
11  a verbatim record of the proceedings was made by
12  me using machine shorthand which was thereafter
13  transcribed under my direction; further, that the
14  foregoing is an accurate transcription thereof.
15          I further certify that I am neither
16  financially interested in the action, nor a
17  relative or employee of any attorney of any of
18  the parties.
19
20          IN WITNESS WHEREOF, I have subscribed
21  my name this 8th day of March 2012.
22
23
24       CYNTHIA MANNING, CSR No. 7645, CCRR, CLR
25