| | |
|---|---|
| 1 | DAVID S. BLOCH (SBN: 184530) |
|   | dbloch@winston.com |
| 2 | JENNIFER A. GOLINVEAUX (SBN: 203056) |
|   | jgolinveaux@winston.com |
| 3 | MARCUS T. HALL (SBN:  206495) |
|   | mthall@winston.com |
| 4 | WINSTON & STRAWN LLP |
|   | 101 California Street |
| 5 | San Francisco, CA  94111-5894 |
|   | Telephone:     (415) 591-1000 |
| 6 | Facsimile:      (415) 591-1400 |
| 7 | PETER J. CHASSMAN (admitted *pro hac vice*) |
|   | pchassman@winston.com |
| 8 | WINSTON & STRAWN LLP |
|   | 1111 Louisiana St., 25th Floor |
| 9 | Houston, TX  77002-5242 |
|   | Telephone:     (713) 651-2623 |
| 10 | Facsimile:      (713) 651-2700 |
| 11 | Attorneys for Non-Party, |
|    | MOTOROLA MOBILITY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California Corporation, | ) | CASE NO.:  11-CV-01846-LHK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **NON-PARTY MOTOROLA MOBILITY LLC'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |
|  | ) |  |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) | Date: Expedited Request |
|  | ) | Courtroom: 8, 4th Floor |
|  | ) | Judge: Hon. Lucy H. Koh |

Non-Party Motorola Mobility LLC respectfully requests leave to file a reply to address Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence. As set forth in Motorola's reply, attached as Exhibit A to the declaration of Jennifer A. Golinveaux filed herewith, Reuter's fails to rebut the particularized document-by-document showing of the harm that would result from disclosure of the Motorola confidential information that was the subject of Motorola's motion. Instead of refuting the facts and specific concerns of the non-parties at hand, Reuters relies on a joint declaration of five college professors who do not even purport to know the facts of the situation (Dkt. No. 1556-4). Even Reuters' declarants "recognize and respect the value of confidentiality with respect to licensing data."

In light of Reuter's inadequate argument directed at Motorola's administrative motion to seal, Motorola respectfully requests leave to file a short reply to address this argument.

Dated: August 6, 2012                WINSTON & STRAWN LLP

                                     By:   /s/ Jennifer A. Golinveaux
                                           David S. Bloch
                                           Jennifer A. Golinveaux
                                           Marcus T. Hall
                                           Peter J. Chassman (admitted *pro hac vice*)
                                           Attorneys for Non-Party,
                                           MOTOROLA MOBILITY LLC