1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,   )<br>  )<br>      Plaintiff,   )<br>  )<br>      v.   )<br>  )<br>SAMSUNG ELECTRONICS CO., LTD., a   )<br>Korean corporation; SAMSUNG   )<br>ELECTRONICS AMERICA, INC., a New York )<br>corporation; SAMSUNG   )<br>TELECOMMUNICATIONS AMERICA, LLC, a )<br>Delaware limited liability company,   )<br>  )<br>      Defendants.   )<br>  )<br>  )<br>  )<br>  )<br>  ) | CASE NO.: 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY MOTOROLA MOBILITY LLC'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |

Non-Party Motorola Mobility LLC filed a Motion For Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence.  The proposed Reply was attached as Exhibit A to the Declaration of Jennifer A. Golinveaux filed with the motion.

Having considered the motion, and all other relevant papers concerning that motion, it is hereby ORDERED that:

Non-Party Motorola Mobility LLC's Motion For Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence is GRANTED.

**IT IS SO ORDERED.**

Dated:  _____

_____
LUCY H. KOH
United States District Judge