| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com | WILLIAM F. LEE<br>william.lee@wilmerhale.com |
| 2 | MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 3 | RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com | 60 State Street<br>Boston, MA 02109 |
| 4 | JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com | Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| 5 | ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com | |
| 6 | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | MORRISON & FOERSTER LLP<br>425 Market Street | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 10 | Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**APPLE'S AUGUST 6, 2012<br>ROLLING LIST OF WITNESSES** |

1  Apple Inc.'s rolling list of its anticipated next seven trial witnesses:
2      1. Susan Kare
3      2. Russell Winer
4      3. Hal Poret (maybe)
5      4. Kent Van Liere (maybe)
6      5. Ravin Balakrishnan
7      6. Karan Singh
8      7. Boris Teksler

Dated: August 6, 2012      MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*

HAROLD J. MCELHINNY
MICHAEL A. JACOBS
RACHEL KREVANS
JENNIFER LEE TAYLOR
ALISON M. TUCHER
RICHARD S.J. HUNG
JASON R. BARTLETT

Attorneys for APPLE INC.