# EXHIBIT C

**Notice Scenarios**

| Product | Scenario A Date of Notice | Scenario B Date of Notice | Scenario C Date of Notice |
|---|---|---|---|
| Captivate | April 15, 2011 | First Sale | June 16, 2011 |
| Continuum | April 15, 2011 | First Sale | June 16, 2011 |
| Droid Charge | April 15, 2011 | First Sale | June 16, 2011 |
| Epic 4G | April 15, 2011 | First Sale | June 16, 2011 |
| Exhibit 4G | N/A | N/A | N/A |
| Fascinate | April 15, 2011 | First Sale | June 16, 2011 |
| Galaxy Ace | April 15, 2011 | April 15, 2011 | N/A |
| Galaxy Prevail | April 15, 2011 | First Sale | N/A |
| Galaxy S (i9000) | April 15, 2011 | First Sale | June 16, 2011 |
| Galaxy S 4G | April 15, 2011 | First Sale | June 16, 2011 |
| Galaxy S II 2 (AT&T) | April 15, 2011 | First Sale | June 16, 2011 |
| Gem | June 16, 2011 | June 16, 2011 | June 16, 2011 |
| Hercules / Galaxy S II (T-Mobile) | April 15, 2011 | First Sale | N/A |
| Indulge | June 16, 2011 | June 16, 2011 | June 16, 2011 |
| Infuse 4G | April 15, 2011 | First Sale | June 16, 2011 |
| Intercept | N/A | N/A | N/A |
| Mesmerize | April 15, 2011 | First Sale | June 16, 2011 |
| Nexus S 4G | N/A | N/A | N/A |
| Replenish | N/A | N/A | N/A |
| Showcase / Galaxy S Showcase (i500) | April 15, 2011 | First Sale | June 16, 2011 |
| Transform | N/A | N/A | N/A |
| Vibrant | April 15, 2011 | First Sale | June 16, 2011 |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | April 15, 2011 | First Sale | June 16, 2011 |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | April 15, 2011 | First Sale | June 16, 2011 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | N/A | N/A |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | April 15, 2011 | First Sale | June 16, 2011 |
| Galaxy Tab 10.1 LTE / Galaxy Tab 10.1 (4G LTE) | April 15, 2011 | First Sale | June 16, 2011 |

**DEFENDANT'S EXHIBIT NO. 783.001**
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By: _____

**STA & SEA Profit and Loss, Smartphones Accused of Infringing Design IP**

|  | Scenario A | | Scenario B | | Scenario C | |
|---|---|---|---|---|---|---|
|  | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** |
| Qty | 11,727,525 | | 17,243,011 | | 6,732,316 | |
| Sales | | | | | | |
| COGS | | | | | | |
| Operating Expense | | | | | | |
|    G&A | | | | | | |
|       *(Labor cost)* | | | | | | |
|       *(Depreciation)* | | | | | | |
|       *(Others)* | | | | | | |
|    Sales Expenses | | | | | | |
|       *(Logistics Cost)* | | | | | | |
|       *(Marketing)* | | | | | | |
|       *(Paid Commission)* | | | | | | |
|       *(Insurance)* | | | | | | |
|       *(Others)* | | | | | | |
|    Others | | | | | | |
| Operating Profit | | | | | | |

**Notes:**
April and June 2011 figures are prorated based on the number of allegedly infringing days in the month.
Products accused of infringement include Captivate, Continuum, Droid Charge, Epic 4G, Epic 4G Touch, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II, Galaxy S II Skyrocket, Gem, Hercules, Indulge, Infuse 4G, Mesmerize, Showcase and Vibrant. Galaxy Ace, Galaxy Prevail and Hercules are excluded from Scenario C.

**Source:**
SAMNDCA00422828.

**SEC Manufacturing Profit and Loss, Smartphones Accused of Infringing Design IP**

|  | Scenario A | | Scenario B | | Scenario C | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Aggregate | Per Unit | Aggregate | Per Unit | Aggregate | Per Unit |
| Qty | 11,776,429 | | 17,635,390 | | 6,616,100 | |
| Sales | | | | | | |
| COGS | | | | | | |
|   Material Cost | | | | | | |
|   Manufacturing Expense | | | | | | |
|     (Labor cost) | | | | | | |
|     (Royalty) | | | | | | |
|     (Depreciation) | | | | | | |
|     (Subcontracting Cost) | | | | | | |
|     (Molds Cost) | | | | | | |
|     (Others) | | | | | | |
| GA Expense | | | | | | |
|   (Labor cost) | | | | | | |
|   (Depreciation) | | | | | | |
|   (Others) | | | | | | |
| Sales Expense | | | | | | |
|   (Marketing) | | | | | | |
|   (Paid Commission) | | | | | | |
|   (Insurance) | | | | | | |
|   (Others) | | | | | | |
| R&D Expense | | | | | | |
|   (Labor cost) | | | | | | |
|   (Depreciation) | | | | | | |
|   (Others) | | | | | | |
| Operating Profit | | | | | | |
| | | | | | | |
| Add back: Litigation Expense (COGS) | | | | | | |
| | | | | | | |
| Operating Profit Excluding Litigation Expense | | | | | | |

**SEC Manufacturing Profit and Loss, Smartphones Accused of Infringing Design IP**

<u>Notes:</u>
April and June 2011 figures are prorated based on the number of allegedly infringing days in the month.
Products accused of infringement include Captivate, Continuum, Droid Charge, Epic 4G, Epic 4G Touch, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II, Galaxy S II Skyrocket, Gem, Hercules, Indulge, Infuse 4G, Mesmerize, Showcase and Vibrant. Galaxy Ace, Galaxy Prevail and Hercules are excluded from Scenario C.

<u>Source:</u>
SAMNDCA00422828.

## STA & SEA Profit and Loss, Tablets Accused of Infringing Design IP

|  | Scenario A | | Scenario B | | Scenario C | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** |
| Qty | 712,297 | | 712,297 | | 642,878 | |
| Sales | | | | | | |
| COGS | | | | | | |
| Operating Expense | | | | | | |
|   G&A | | | | | | |
|     *(Labor cost)* | | | | | | |
|     *(Depreciation)* | | | | | | |
|     *(Others)* | | | | | | |
|   Sales Expenses | | | | | | |
|     *(Logistics Cost)* | | | | | | |
|     *(Marketing)* | | | | | | |
|     *(Paid Commission)* | | | | | | |
|     *(Insurance)* | | | | | | |
|     *(Others)* | | | | | | |
|   Others | | | | | | |
| Operating Profit | | | | | | |

**Notes:**
*April and June 2011 figures are prorated based on the number of allegedly infringing days in the month.*
*Products accused of infringement include Galaxy Tab 10.1 and Galaxy Tab 10.1 LTE.*

**Source:**
*SAMNDCA00422828.*

**SEC Manufacturing Profit and Loss, Tablets Accused of Infringing Design IP**

|  | Scenario A | | Scenario B | | Scenario C | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** |
| Qty | 729,890 |  | 729,890 |  | 607,450 |  |
| Sales |  |  |  |  |  |  |
| COGS |  |  |  |  |  |  |
|   Material Cost |  |  |  |  |  |  |
|   Manufacturing Expense |  |  |  |  |  |  |
|     *(Labor cost)* |  |  |  |  |  |  |
|     *(Royalty)* |  |  |  |  |  |  |
|     *(Depreciation)* |  |  |  |  |  |  |
|     *(Subcontracting Cost)* |  |  |  |  |  |  |
|     *(Molds Cost)* |  |  |  |  |  |  |
|     *(Others)* |  |  |  |  |  |  |
| GA Expense |  |  |  |  |  |  |
|   *(Labor cost)* |  |  |  |  |  |  |
|   *(Depreciation)* |  |  |  |  |  |  |
|   *(Others)* |  |  |  |  |  |  |
| Sales Expense |  |  |  |  |  |  |
|   *(Marketing)* |  |  |  |  |  |  |
|   *(Paid Commission)* |  |  |  |  |  |  |
|   *(Insurance)* |  |  |  |  |  |  |
|   *(Others)* |  |  |  |  |  |  |
| R&D Expense |  |  |  |  |  |  |
|   *(Labor cost)* |  |  |  |  |  |  |
|   *(Depreciation)* |  |  |  |  |  |  |
|   *(Others)* |  |  |  |  |  |  |
| Operating Profit |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Add back: Litigation Expense (COGS) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Operating Profit Excluding Litigation Expense |  |  |  |  |  |  |

**SEC Manufacturing Profit and Loss, Tablets Accused of Infringing Design IP**

*Notes:*
*April and June 2011 figures are prorated based on the number of allegedly infringing days in the month.*
*Products accused of infringement include Galaxy Tab 10.1 and Galaxy Tab 10.1 LTE.*

*Source:*
*SAMNDCA00422828.*

**STA & SEA Profit and Loss, All Products Accused of Infringing Design IP**

|  | Scenario A | | Scenario B | | Scenario C | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** |
| Qty | 12,439,822 | | 17,955,308 | | 7,375,194 | |
| Sales | | | | | | |
| COGS | | | | | | |
| Operating Expense | | | | | | |
|   G&A | | | | | | |
|     *(Labor cost)* | | | | | | |
|     *(Depreciation)* | | | | | | |
|     *(Others)* | | | | | | |
|   Sales Expenses | | | | | | |
|     *(Logistics Cost)* | | | | | | |
|     *(Marketing)* | | | | | | |
|     *(Paid Commission)* | | | | | | |
|     *(Insurance)* | | | | | | |
|     *(Others)* | | | | | | |
|   Others | | | | | | |
| Operating Profit | | | | | | |

**Notes:**
*April and June 2011 figures are prorated based on the number of allegedly infringing days in the month.*
*Products accused of infringement include Captivate, Continuum, Droid Charge, Epic 4G, Epic 4G Touch, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II, Galaxy S II Skyrocket, Gem, Hercules, Indulge, Infuse 4G, Mesmerize, Showcase, Vibrant, Galaxy Tab 10.1 and Galaxy Tab 10.1 LTE. Galaxy Ace, Galaxy Prevail and Hercules are excluded from Scenario C.*

**Source:**
*SAMNDCA00422828.*

## SEC Manufacturing Profit and Loss, All Products Accused of Infringing Design IP

|  | Scenario A | | Scenario B | | Scenario C | |
| --- | --- | --- | --- | --- | --- | --- |
|  | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** | **Aggregate** | **Per Unit** |
| Qty | 12,506,319 | | 18,365,280 | | 7,223,550 | |
| Sales | | | | | | |
| COGS | | | | | | |
|   Material Cost | | | | | | |
|   Manufacturing Expense | | | | | | |
|     *(Labor cost)* | | | | | | |
|     *(Royalty)* | | | | | | |
|     *(Depreciation)* | | | | | | |
|     *(Subcontracting Cost)* | | | | | | |
|     *(Molds Cost)* | | | | | | |
|     *(Others)* | | | | | | |
| GA Expense | | | | | | |
|   *(Labor cost)* | | | | | | |
|   *(Depreciation)* | | | | | | |
|   *(Others)* | | | | | | |
| Sales Expense | | | | | | |
|   *(Marketing)* | | | | | | |
|   *(Paid Commission)* | | | | | | |
|   *(Insurance)* | | | | | | |
|   *(Others)* | | | | | | |
| R&D Expense | | | | | | |
|   *(Labor cost)* | | | | | | |
|   *(Depreciation)* | | | | | | |
|   *(Others)* | | | | | | |
| Operating Profit | | | | | | |
| | | | | | | |
| Add back: Litigation Expense (COGS) | | | | | | |
| | | | | | | |
| Operating Profit Excluding Litigation Expense | | | | | | |

**SEC Manufacturing Profit and Loss, All Products Accused of Infringing Design IP**

*Notes:*
April and June 2011 figures are prorated based on the number of allegedly infringing days in the month.
Products accused of infringement include Captivate, Continuum, Droid Charge, Epic 4G, Epic 4G Touch, Fascinate, Galaxy Ace, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II, Galaxy S II Skyrocket, Gem, Hercules, Indulge, Infuse 4G, Mesmerize, Showcase, Vibrant, Galaxy Tab 10.1 and Galaxy Tab 10.1 LTE. Galaxy Ace, Galaxy Prevail and Hercules are excluded from Scenario C.

*Source:*
SAMNDCA00422828.