UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>[~~PROPOSED~~] **ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTIONS TO SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion for Leave to File a Reply in Support of Samsung's Motions to Seal.   The proposed Reply is attached to Samsung's Motion for Leave.

Having considered the motion and the proposed Reply, Samsung's Administrative Motion for Leave to File a Reply in Support of its Motions to Seal is hereby **GRANTED**.

02198.5185

-1-    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTIONS TO SEAL

**IT IS SO ORDERED.**

DATED: ____August 6_____, 2012

_____
Honorable Lucy H. Koh
United States District Judge

-2-   Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTIONS TO SEAL

02198.5185