1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   APPLE, INC., a California Corporation,        )    CASE NO.:  11-CV-01846-LHK
                                                   )
          Plaintiff,                               )
13                                                 )
          v.                                       )    **[PROPOSED] ORDER GRANTING**
14                                                 )    **NON-PARTY MOTOROLA**
     SAMSUNG ELECTRONICS CO., LTD., a              )    **MOBILITY LLC'S MOTION FOR**
15   Korean corporation; SAMSUNG                   )    **LEAVE TO FILE REPLY TO**
     ELECTRONICS AMERICA, INC., a New York         )    **REUTERS AMERICA LLC'S**
16   corporation; SAMSUNG                          )    **OPPOSITION TO MOTIONS TO**
     TELECOMMUNICATIONS AMERICA, LLC, a            )    **SEAL TRIAL AND PRETRIAL**
17   Delaware limited liability company,           )    **EVIDENCE**
                                                   )
18        Defendants.                              )
                                                   )
19                                                 )
                                                   )
20                                                 )
                                                   )
21

22

23

24

25

26

27

28

SF:337975.1

Non-Party Motorola Mobility LLC filed a Motion For Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence.  The proposed Reply was attached as Exhibit A to the Declaration of Jennifer A. Golinveaux filed with the motion.

Having considered the motion, and all other relevant papers concerning that motion, it is hereby ORDERED that:

Non-Party Motorola Mobility LLC's Motion For Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence is GRANTED.

**IT IS SO ORDERED.**

Dated:  __August 6, 2012__

_____
LUCY H. KOH
United States District Judge