QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SUBMISSION IN RESPONSE TO THE COURT'S AUGUST 6, 2012 ORDER (Dkt. 1596)** |

1   Pursuant to the Court's August 6, 2012 Order (Dkt. 1596), Samsung hereby submits the
2   following:
3   • Exhibit A:   "the portions of Dr. Jacoby's rebuttal report and the passages of Dr. Poret's
4      deposition testimony discussing Dr. Jacoby's percentages."   (Dkt. 1596 at 4.)
5   • Exhibit B:   "statement identifying what version of Android source code is in DX2556 and
6      documentation that Samsung timely produced this source code."   (Dkt. 1596 at 6.)

8   DATED:   August 7, 2012            QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By  */s/ Victoria F. Maroulis*
                                           Charles K. Verhoeven
                                           Victoria F. Maroulis
                                           Kevin P.B. Johnson
                                           Michael T. Zeller
                                           Attorneys for SAMSUNG ELECTRONICS
                                           CO., LTD., SAMSUNG ELECTRONICS
                                           AMERICA, INC., and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC