# Exhibit B

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19               Plaintiff, | **SAMSUNG'S STATEMENT IDENTIFYING ANDROID SOURCE CODE VERSIONS IN DX 2556** |
| 20        vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24               Defendants. | |

02198.51855/4895668.1

Case No. 11-cv-01846-LHK
**SAMSUNG'S STATEMENT IDENTIFYING ANDROID SOURCE CODE VERSIONS IN DX 2556**

1  Pursuant to the Court's August 6, 2012 Order on Objections (Docket No. 1596), Samsung
2  provides the following statement regarding the version of Android source code in DX2556:
3  DX2556 contains Android version 2.1.1, 2.2.1, 2.2, 2.2.2 source code Samsung made available for
4  inspection on December 30, 2011.   This code was timely produced pursuant to Judge Grewal's
5  December 22, 2011 Order.   *See* December 30, 2011 email from Sara Jenkins, RE: Apple v.
6  Samsung: Production of Documents, attached hereto as Exhibit 1.   None of the source code that
7  may be presented represents design-around source code.

9  DATED: August 7, 2012            QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By   /s/ Victoria F. Maroulis
                                       Charles K. Verhoeven
                                       Kevin P.B. Johnson
                                       Victoria F. Maroulis
                                       Michael T. Zeller
                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                       INC., and SAMSUNG
                                       TELECOMMUNICATIONS AMERICA, LLC