# Exhibit 1

# Bill Trac

| | |
|---|---|
| **From:** | Sara Jenkins |
| **Sent:** | Friday, December 30, 2011 7:18 PM |
| **To:** | 'AppleMoFo@mofo.com'; 'WH Apple Samsung NDCal Service' |
| **Cc:** | Victoria Maroulis; Todd Briggs; Melissa Chan; Samsung v. Apple |
| **Subject:** | RE: Apple v. Samsung: Production of Documents |

Counsel:

Pursuant to the Court's December 22 order, source code, CAD files and mockups for the accused devices will be available for inspection at our Redwood Shores offices tomorrow, December 31 during the hours of 1 pm to 4 pm. Please let us know by 10:00PM tonight if Apple will be coming to inspect the materials and who is coming, so we can make arrangements for someone to meet you downstairs as the building will be locked. Thank you.

Regards,

**Sara Jenkins**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
650-801-5040 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
SaraJenkins@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.