UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Monday, August 6, 2012   Time in Court: 7 hours 47 minutes
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge/Irene Rodriguez

TITLE:

APPLE INC.         V.     SAMSUNG ELECTRONICS CO. LTD., ET AL
   PLAINTIFF(S)                        DEFENDANT(S)

Attorneys present:                Attorneys present:
Harold J. McElhinny               Charles K. Verhoeven
Michael A. Jacobs                 William C. Price
Rachel Krevans                    Kevin P.B. Johnson
William F. Lee                    Victoria F. Maroulis
Mark D. Selwyn                    Michael T. Zeller
                                  John B. Quinn

PROCEEDINGS:   JURY TRIAL-DAY FOUR

8:43 a.m.  Hearing held outside the presence of the jury.
9:00 a.m.  Jury now present examination of Witness Denison continues.
9:59 a.m.  Witness Peter W. Bressler is sworn and examined.
10:27 a.m. Jurors excused for morning break.  Hearing held outside presence of the jury.
10:47 a.m. Morning recess is taken.
11:17 a.m.  Hearing outside presence of the jury.
11:19 a.m.  Jury now present examination of Witness Bressler resumes.
12:05 p.m.  Noon recess is taken.
1:06 p.m.    All parties present examination of Witness Bressler resumes.
2:43 p.m.   Jurors excused for mid-afternoon break. Hearing held outside their presence.
2:46 p.m.   Mid-afternoon recess is taken.
3:03 p.m.   Jury now present examination of Witness Bressler resumes.
3:56 p.m.   Jury excused for brief break.  Hearing held outside their presence.
4:07 p.m.   Jury returns. Examination continues.
4:32 p.m.   Jury is admonished and excused for the day.  Hearing held outside presence of the jury.
5:31 p.m.   Court is adjourned until Tuesday, August 7, 2012 at 8:30 a.m.


The following exhibits are admitted into evidence:
Joint Exhibits: JX-1010, JX-1013, JX-1012, JX-1011, JX-1019, JX-1034, JX-1035, JX-1033, JX-1031, JX-1020, JX-1017, JX-1026, JX-1022, JX-1015, JX-1007, JX-1030, JX-1037, JX-1005, JX-1038, JX-1032,
Plaintiffs: PX-40, PX-8, PX-7, PX-3, PX-174, PX-4, PX-173, PX-59, PX-10,
Defendants: DX-511, DX-728, DX-727,