# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: August 7, 2012                                     Time in Court: 45 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Alison Tucher, Jason Bartlett, Nathan Sabri and Peter Kolovos
Defendant Attorney(s) present: Susan Estrich and Joseph Ashby

### PROCEEDINGS:
**1.) Defendant's Motion for Spoliation Adverse Inference Instruction Against Apple (Doc. 1388)**
**2.) Plaintiff's Motion to Strike Samsung's Untimely Motion for Adverse Inference Instruction (Doc. 1402)**

Counsel present oral arguments.
The Court takes matters under submission; written order after hearing to be issued.

///