# EXHIBIT A

| | |
|---|---|
| **From:** | Ahn, Deok Keun Matthew [DAhn@mofo.com] |
| **Sent:** | Monday, August 06, 2012 7:44 PM |
| **To:** | Ketan Patel; Samsung v. Apple |
| **Cc:** | AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)' |
| **Subject:** | RE: Apple v. Samsung - JX1038 |

Ketan,

Now that you've had a chance to inspect the replacement device for JX1038, we'd like to substitute it for the original JX1038. The original device has the blue glow design around that has been excluded from the case by Judge Grewal. I did not hear back from you regarding my request for Samsung's basis for its continued objection to the replacement device. If you would articulate the basis for Samsung's objection, we may be able to narrow the issues regarding this substitution. Please let me know by this evening so that we can have this issue ready for resolution by the Court tomorrow morning.

Best regards,

Matt

---

**From:** Ahn, Deok Keun Matthew
**Sent:** Monday, August 06, 2012 1:43 PM
**To:** Ketan Patel; Samsung v. Apple
**Cc:** AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'
**Subject:** RE: Apple v. Samsung - JX1038

Ketan,

Please state all bases for Samsung's objection to the replacement for JX1038.

Thanks,

Matt

---

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Monday, August 06, 2012 1:30 PM
**To:** Ahn, Deok Keun Matthew; Samsung v. Apple
**Cc:** AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'
**Subject:** RE: Apple v. Samsung - JX1038

Matt,

We've completed our inspection of the proffered replacement for JX1038. Samsung continues its objection to the replacement device.

Thanks,

Ketan

1

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Monday, August 06, 2012 12:13 PM
**To:** Ketan Patel; Samsung v. Apple
**Cc:** AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'
**Subject:** RE: Apple v. Samsung - JX1038

Ketan,

We can make the device available at the Marriott.  Once you confirm, Ed Sittler will bring JX1038 and meet you in the lobby at 1:00.

Matt

**From:** Ketan Patel [mailto:KetanPatel@quinnemanuel.com]
**Sent:** Monday, August 06, 2012 11:56 AM
**To:** Ahn, Deok Keun Matthew; Samsung v. Apple
**Cc:** AppleMoFo; ''WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)'
**Subject:** RE: Apple v. Samsung - JX1038

Matt,

Samsung objects to the replacement of JX1038 as untimely.  Without waiving that objection, we would like to inspect the proffered device at 1 pm today.

Thanks,

Ketan

**From:** Ahn, Deok Keun Matthew [mailto:DAhn@mofo.com]
**Sent:** Monday, August 06, 2012 11:20 AM
**To:** Ketan Patel; Samsung v. Apple
**Cc:** AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com' (WHAppleSamsungNDCalService@wilmerhale.com)
**Subject:** Apple v. Samsung - JX1038

Ketan,

We inadvertently included as JX1038 the incorrect device.
The correct JX1038 is now available for inspection.
Please let me know if you would like to inspect it.

Best regards,

Matt

**Deok Keun Matthew Ahn | Morrison & Foerster LLP**
425 Market Street, San Francisco, California  94105
dahn@mofo.com | tel: 415.268.6629 | fax: 415.276.7263


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i)

2

avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by

reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------