1  STEVEN D. HEMMINGER (SBN 110665)
   steve.hemminger@alston.com
2  **ALSTON & BIRD LLP**
   275 Middlefield Road, Suite 150
3  Menlo Park, CA 94025-4008
   Telephone:    650-838-2000
4  Facsimile:    650-838-2001

5  Attorneys for Non-Party
   NOKIA CORPORATION

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>**NON-PARTY NOKIA CORPORATION'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S SUPPLEMENTAL OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE**<br><br>Date: Expedited Request<br>Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1  Non-Party Nokia Corporation respectfully requests leave to file a brief reply to address Reuters America LLC's Supplemental Opposition to Motions to Seal Trial and Pretrial Evidence. As set forth in Nokia Corporation's reply, attached as Exhibit A to the declaration of Steven D. Hemminger filed herewith, Reuters fails to rebut the particularized showing of the harm that would result from disclosure of the Nokia confidential licensing information that was the subject of Nokia's motion. In addition, Reuters improperly relies on a joint declaration of five college professors who do not even purport to know the facts of the situation and who themselves "recognize and respect the value of confidentiality with respect to licensing data." (Dkt. No. 1556-4).

DATED: August 7, 2012                    Respectfully submitted,

By: */s/ Steven D. Hemminger*
    Steven D. Hemminger
    ALSTON & BIRD, LLP
    275 Middlefield Road, Suite 150
    Menlo Park, CA 94025-4008

*Attorneys for Non-Party Nokia Corporation*