1 | STEVEN D. HEMMINGER (SBN 110665)
2 | steve.hemminger@alston.com
  | **ALSTON & BIRD LLP**
3 | 275 Middlefield Road, Suite 150
  | Menlo Park, CA 94025-4008
4 | Telephone:   650-838-2000
  | Facsimile:    650-838-2001

5 | Attorneys for Non-Party
  | NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF STEVEN D. HEMMINGER IN SUPPORT OF NON-PARTY NOKIA CORPORATION'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S SUPPLEMENTAL OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

DECLARATION OF STEVEN D. HEMMINGER ISO NON-PARTY NOKIA CORPORATION'S MOTION FOR LEAVE TO FILE REPLY           1           Case No.: 11-CV-01846-LHK

## DECLARATION OF STEVEN D. HEMMINGER

I, Steven D. Hemminger, declare and state:

1. I am an attorney at law admitted to practice before this Court and the courts of the State of California, and a partner at Alston & Bird, LLP, counsel for nonparty Nokia Corporation ("Nokia"). I submit this declaration in support of Non-Party Nokia Corporation's Motion for Leave to File Reply to Reuters America LLC's Supplemental Opposition to Motions to Seal Trial and Pretrial Evidence. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is Non-Party Nokia Corporation's Reply to Reuters America LLC's Supplemental Opposition to Motions to Seal Trial and Pretrial Evidence. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of August, 2012, in Menlo Park, California.

*/s/ Steven D. Hemminger*
Steven D. Hemminger

DECLARATION OF STEVEN D. HEMMINGER ISO
NON-PARTY NOKIA CORPORATION'S MOTION            2            Case No.: 11-CV-01846-LHK
FOR LEAVE TO FILE REPLY