STEVEN D. HEMMINGER (SBN 110665)
steve.hemminger@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:    650-838-2000
Facsimile:     650-838-2001

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No.: 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S MOTION FOR LEAVE TO FILE REPLY TO REUTERS AMERICA LLC'S SUPPLEMENTAL OPPOSITION TO MOTIONS TO SEAL TRIAL AND PRETRIAL EVIDENCE** |

Non-Party Nokia Corporation filed a Motion for Leave to File Reply to Reuters America LLC's Supplemental Opposition to Motions to Seal Trial and Pretrial Evidence. The proposed Reply was attached as Exhibit A to the Declaration of Steven H. Hemminger filed with the motion.

Having considered the motion, and all other relevant papers concerning that motion, it is hereby ORDERED that:

Non-Party Nokia Corporation's Motion For Leave to File Reply to Reuters America LLC's Opposition to Motions to Seal Trial and Pretrial Evidence is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                            LUCY H. KOH
                                            United States District Judge