1   HAROLD J. MCELHINNY (CA SBN 66781)
    hmcelhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    mjacobs@mofo.com
3   RACHEL KREVANS (CA SBN 116421)
    rkrevans@mofo.com
4   JENNIFER LEE TAYLOR (CA SBN 161368)
    jtaylor@mofo.com
5   ALISON M. TUCHER (CA SBN 171363)
    atucher@mofo.com
6   RICHARD S.J. HUNG (CA SBN 197425)
    rhung@mofo.com
7   JASON R. BARTLETT (CA SBN 214530)
    jasonbartlett@mofo.com
8   MORRISON & FOERSTER LLP
    425 Market Street
9   San Francisco, California  94105-2482
    Telephone:  (415) 268-7000
10  Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

11

12  Attorneys for Plaintiff and
    Counterclaim-Defendant APPLE INC.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

| | |
|---|---|
| 18  APPLE INC., a California corporation, | Case No.      11-cv-01846-LHK (PSG) |
| 19                 Plaintiff, | **APPLE'S MOTION FOR LEAVE TO FILE SUR-REPLY TO SAMSUNG'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| 20        v. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24                 Defendants. | |
| 25 | |
| 26 | |

27

28

APPLE'S MOTION FOR LEAVE TO FILE SUR-REPLY TO SAMSUNG'S MOTION FOR DE NOVO DETERMINATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3180389

1    Samsung persists in seeking *de novo* review of Judge Grewal's Order that an adverse

2  inference instruction be given, but its Reply Memorandum raises an entirely new argument for

3  why *de novo* review is required.  Samsung argues, for the first time on reply, that a federal

4  magistrate judge lacks inherent power to impose sanctions.  (*Compare* Dkt. No. 1579 (Reply) at

5  7-9 *with* Dkt. No. 1392 (Mot.) at 2-3.)  Apple moves for permission to file the attached sur-reply

6  memorandum to rebut this new argument.

7

Dated: August 8, 2012                          MORRISON & FOERSTER LLP

8

9

                                               By:    */s/ Michael A. Jacobs*
10                                                    Michael A. Jacobs

11                                                    Attorneys for Plaintiff
                                                      APPLE INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S MOTION FOR LEAVE TO FILE SUR-REPLY TO SAMSUNG'S MOTION FOR DE NOVO DETERMINATION
CASE NO. 11-CV-01846-LHK (PSG)
sf-3180389

1