MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman (SBN 268873)
creichman@mckoolsmith.com
303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA  94065
Tel.:  650-394-1400
Fax:  650-551-9901

*Attorneys for Non-Party Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation, | Case No. 5:11-CV-01846-LHK |
| Plaintiff, | |
| vs. | **NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON'S MOTION FOR LEAVE TO FILE REPLY TO THIRD- PARTY INTERVENOR REUTERS AMERICA LLC'S OPPOSITION TO MOTION TO SEAL TRIAL AND PRETRIAL EVIDENCE** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Non-Party Telefonaktiebolaget LM Ericsson ("Ericsson") respectfully requests leave to reply
2    to Third-Party Intervenor Reuters America LLC's ("Reuters") Opposition to Motion to Seal Trial
3    and Pretrial Evidence (Doc. No. 1556).  Ericsson's proposed reply is attached as Exhibit A to the
4    declaration of Courtland L. Reichman filed herewith and in support of this motion.  As set forth in
5    the proposed reply, Ericsson will be harmed even if all license information at issue is disclosed,
6    disclosure will not lead to market efficiency and will not improve damage determinations, and
7    Reuters failed to address Ericsson's evidence in support of its motion.  Ericsson seeks leave to
8    address these matters.

10   DATED:  August 8, 2012                    Respectively Submitted,

11                                             By: */s/ Courtland L. Reichman*
12                                                  Courtland L. Reichman
                                                    McKool Smith Hennigan, P.C.
                                                    303 Twin Dolphin Drive, 6th Fl
13                                                  Redwood Shores, CA 94065

14                                                  *Attorneys for Non-Party*
                                                    *Telefonaktiebolaget LM Ericsson*

1
Case No. 5:11-CV-01846-LHK                 NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON'S REPLY TO
                                           THIRD-PARTY INTERVENOR REUTERS AMERICA LLC'S OPPOSITION
                                           TO MOTION TO SEAL TRIAL AND PRETRIAL EVIDENCE
                                                                                McKool 548832v1

**McKool Smith Hennigan P.C.**
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action; my business address is 303 Twin Dolphin Drive, Suite 600, Redwood Shores, California 94065.

On August 8, 2012, all counsel of record who are registered ECF users are being served with a copy of the foregoing document described as **NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON'S MOTION FOR LEAVE TO FILE REPLY TO THIRD- PARTY INTERVENOR REUTERS AMERICA LLC'S OPPOSITION TO MOTION TO SEAL TRIAL AND PRETRIAL EVIDENCE** via the Electronic Case Filing Program of the United States District Court for the Northern District of California per Local Rule 5-3.3.

Executed on August 8, 2012, at Redwood Shores, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Janet Wasson*
Janet Wasson

Case No. 5:11-CV-01846-LHK     NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON'S MOTION FOR LEAVE TO FILE REPLY TO THIRD-PARTY INTERVENOR REUTERS AMERICA LLC'S OPPOSITION TO MOTION TO SEAL TRIAL AND PRETRIAL EVIDENCE

McKool 548832v1