MCKOOL SMITH HENNIGAN, P.C.
Courtland L. Reichman (SBN 268873)
creichman@mckoolsmith.com
303 Twin Dolphin Drive, 6th Floor
Redwood Shores, CA 94065
Tel.: 650-394-1400
Fax: 650-551-9901

*Attorneys for Non-Party Telefonaktiebolaget LM Ericsson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 5:11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY TELEFONAKTIEBOLAGET LM ERICSSON'S MOTION FOR LEAVE TO FILE REPLY TO THIRD- PARTY INTERVENOR REUTERS AMERICA LLC'S OPPOSITION TO MOTION TO SEAL TRIAL AND PRETRIAL EVIDENCE** |

Non-Party Telefonaktiebolaget LM Ericsson ("Ericsson") has moved the Court for leave to file a Reply to Reuters America LLC's ("Reuters") Opposition to Motion to Seal Trial and Pretrial Evidence. The proposed Reply was attached as Exhibit A to the declaration of Courtland L. Reichman which was filed with the motion.

Having considered the motion, and all other relevant papers concerning that motion, it is hereby ORDERED that:

Non-Party Ericsson's Motion For Leave to File Reply to Reuters America LLC's Opposition to Motion Seal Trial and Pretrial Evidence is GRANTED.

**IT IS SO ORDERD.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

**McKool Smith Hennigan P.C.**
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065