| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **DECLARATION OF CHARLES S. BARQUIST IN SUPPORT OF APPLE'S OFFER OF PROOF REGARDING EVIDENCE OF ITS IPHONE AND IPAD ADVERTISEMENTS** |

1  I, CHARLES S. BARQUIST, declare as follows:

2   1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein. I make this declaration in support of Apple's Offer of Proof Regarding Evidence of Its iPhone and iPad Advertisements (Dkt. No. 1602).

 2. Attached as **Exhibit A** is a true and correct copy of PX12.

 3. Attached as **Exhibit B** is a true and correct copy of PX13.

 4. Attached as **Exhibit C** is a true and correct copy of PX14.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of August, 2012 at San Jose, California.

              /s/ *Charles S. Barquist*
                Charles S. Barquist

BARQUIST DECL. ISO APPLE'S OFFER OF PROOF RE EVIDENCE OF IPHONE AND IPAD ADVERTISEMENTS
CASE NO. 11-CV-01846-LHK
sf-3180717

1

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Charles S. Barquist has concurred in this filing.

Dated: August 8, 2012                    */s/ Michael A. Jacobs*
                                        Michael A. Jacobs