QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S REQUEST FOR A JOINT HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST SAMSUNG AND SAMSUNG'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST APPLE** |

02198.51855/4899655.1

Case No. 11-cv-01846-LHK
SAMSUNG'S REQUEST FOR A JOINT HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST SAMSUNG AND SAMSUNG'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST APPLE

1  On June 26, 2012, Samsung filed a Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, In The Alternative, Motion for Relief from Nondispositve Pretrial Order of Magistrate Judge, (Dkt. 1392), and briefing on that motion was completed on August 3, 2012 (Dkt. 1531, 1579).  Also on June 26, 2012, Samsung filed a Motion for Spoliation Adverse Inference Against Apple, (Dkt. 1388), which this Court referred to Magistrate Judge Grewal.  The briefing on Samsung's Motion for Spoliation Adverse Inference Against Apple was completed on August 7, (Dkt. 1591, 1600), and Magistrate Judge Grewal held a hearing on the motion that same day (Dkt. 1604).

Samsung respectfully requests that appeals of both motions be heard together.  The two motions are inextricably intertwined.  However Judge Grewal rules on Samsung's motion, the party who does not prevail will almost surely appeal to this Court.   The motions raise common issues as to the trigger date for the duty to preserve evidence.  Samsung is aware of no case, and Apple has never cited any, in which a court held that a defendant is subject to preservation obligation before the plaintiff.  Permitting the appeals to be heard simultaneously would ensure that the Court has before it all relevant issues and facts, when it considers what could potentially be an unprecedented decision.

Therefore, Samsung's respectfully requests that the Court not set a hearing on its Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, In The Alternative, Motion for Relief from Nondispositve Pretrial Order of Magistrate Judge, (Dkt. 1392) until after Magistrate Judge Grewal issues a ruling on Samsung's Motion for Spoliation Adverse Inference Against Apple, (Dkt. 1388), and the parties have an opportunity to complete expedited briefing of the appeal of that ruling to this Court.

02198.51855/4899655.1

Case No. 11-cv-01846-LHK
SAMSUNG'S REQUEST FOR A JOINT HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST SAMSUNG AND SAMSUNG'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST APPLE

DATED: August 8, 2012

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Victoria F. Maroulis
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria F. Maroulis
Michael T. Zeller
Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.51855/4899655.1

-2-   Case No. 11-cv-01846-LHK
SAMSUNG'S REQUEST FOR A JOINT HEARING ON APPLE'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST SAMSUNG AND SAMSUNG'S MOTION FOR ADVERSE INFERENCE INSTRUCTION AGAINST APPLE