UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: C 11-1846 LHK (PSG) |
| Plaintiff, | **ORDER RE: ATTORNEY ADMISSION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket No. 1604)** |
| Defendants. | |

Yesterday the parties presented arguments on Samsung's motion for an adverse inference jury instruction.[1] That motion is now under submission.

In reviewing the docket, it appears that the Samsung attorney presenting Samsung's argument has not entered any appearance in this case. Ordinarily under these circumstances, the court would simply remind all counsel of this obligation and request that this error be corrected without undue delay. The presiding judge has made clear, however, her expectation that such

---

[1] *See* Docket No. 1388 (Samsung's Mot. for Spoliation Adverse Inference Instruction Against Apple); Docket No. 1604 (Aug. 7, 2012 Mot. Hr'g on Samsung's Mot. for Spoliation Adverse Inference Instruction Against Apple ).

1

Case No.: 11-1846 LHK (PSG)
**ORDER RE: ATTORNEY ADMISSION**

appearances precede any presentation in this court, and that all counsel be admitted to practice in this court.[2]

Upon further review the court has discovered that not only did counsel present arguments without first entering an appearance, there is no record in the court's database that she is admitted to practice in this court. This is potentially a more serious breach. While the requirements for admission to this district's bar may not be particularly onerous for one licensed to practice law in the State of California,[3] they are no mere formality. Before rushing to judgment, however, the court must consider the possibility that perhaps the error lies with the court and its recordkeeping. If that is indeed the case, the court apologizes here and now to counsel for the inconvenience and any insinuation of impropriety. But if the court's records are not in error, the court will proceed to consider what further measures should be taken.

No later than tomorrow at 5 p.m. PST, counsel shall file a declaration either confirming or refuting the absence of any admission in the court's records. Counsel should also present any evidence in her possession confirming her admission and identify any previous appearances in this district.

**IT IS SO ORDERED.**

Dated: August 8, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Docket No. 1426 (Minute Order and Case Mgmt. Order) at 1 ("All trial lawyers must make appearances in this case and must be admitted in this District.").

[3] *See* Civ. L.R. 11-1.

2

Case No.: 11-1846 LHK (PSG)
**ORDER RE: ATTORNEY ADMISSION**