1  DAVID S. BLOCH (SBN: 184530)
   dbloch@winston.com
2  JENNIFER A. GOLINVEAUX (SBN: 203056)
   jgolinveaux@winston.com
3  MARCUS T. HALL (SBN: 206495)
   mthall@winston.com
4  WINSTON & STRAWN LLP
   101 California Street
5  San Francisco, CA 94111-5894
   Telephone:     (415) 591-1000
6  Facsimile:     (415) 591-1400

7  PETER J. CHASSMAN (admitted *pro hac vice*)
   pchassman@winston.com
8  WINSTON & STRAWN LLP
   1111 Louisiana St., 25th Floor
9  Houston, TX 77002-5242
   Telephone:     (713) 651-2623
10 Facsimile:     (713) 651-2700

11 Attorneys for Non-Party,
   MOTOROLA MOBILITY LLC
12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 APPLE, INC., a California Corporation,          )   CASE NO.:  11-CV-01846-LHK
                                                   )
                   Plaintiff,                      )
18                                                 )
                                                   )
19        v.                                       )   **CERTIFICATE OF SERVICE**
                                                   )
20 SAMSUNG ELECTRONICS CO., LTD., a                )
   Korean corporation; SAMSUNG                     )
   ELECTRONICS AMERICA, INC., a New York           )
21 corporation; SAMSUNG                            )
   TELECOMMUNICATIONS AMERICA, LLC, a              )
22 Delaware limited liability company,             )
                                                   )
23                 Defendants.                     )
                                                   )
24                                                 )
                                                   )
25                                                 )
                                                   )

26

27

28

---

CERTIFICATE OF SERVICE
Case No. 11-CV-01846-LHK

1

## CERTIFICATE OF SERVICE

2

**United States District Court for the Northern District of California**

3

**Case No. 11-cv-01846-LHK**

4
I am a resident of the State of California, over the age of eighteen years, and not a party to

5
the within action.  My business address is Winston & Strawn LLP, 101 California Street, San

6
Francisco, CA 94111-5802.  On August 8, 2012, I served the following documents:

7

8
- **NONPARTY MOTOROLA MOBILITY LLC'S OBJECTION TO THE JOINT STIPULATION AND [PROPOSED] ORDER REGARDING A PROCEDURE FOR REDUCING THE  NUMBER OF SEALING REQUESTS**

9

10
☒    by placing a copy of the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at San Francisco, CAaddressed as set forth below.

11

12
I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

13

14

## SEE ATTACHED SERVICE LIST

15
I declare under penalty of perjury under the laws of the United States of America that the

16
above is true and correct.

17
Signed:

18
Mary Wang

19

20
Dated:    August 8, 2012

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. 11-CV-01846-LHK

1

## SERVICE LIST

2

Brian Larivee
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109

Michael Thomas Zeller
Jon C. Cederberg
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

3

4

5

6

Derek Lam
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Edward H. Rice
Marina N. Saito
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654

7

8

9

Michael A. Diener
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Thomas G. Pasternak
DLA Piper US LLP
115 South La Salle Street
Suite 3100
Chicago, IL 60603

10

11

12

Brian Seeve
60 State Street
Boston, MA 02109

Robert J. Gunther , Jr
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007

13

14

15

James C. Burling
60 State Street
Boston, MA 02109

16

17

Michael Saji
60 State Street
Boston, MA 02109

18

19

Richard Goldenberg
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803

20

21

Timonthy D. Syrett
60 State Street
Boston, MA 02109

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. 11-CV-01846-LHK