QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S RESPONSE TO THIRD PARTIES' OBJECTIONS TO THE PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING A PROCEDURE FOR REDUCING THE NUMBER OF SEALING REQUESTS** |

**Samsung's Response to Third Parties' Objections**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") file this Response to nonparties Research In Motion Corporation's, Research In Motion Ltd.'s ("RIM's"), and Motorola's objections to the Stipulation and [Proposed] Order Regarding a Procedure for Reducing the Number of Sealing Requests.  (Dkt. Nos. 1613 and 1625.)  The Stipulation provides the Court and the parties a framework to avoid requesting that the Court seal trial exhibits.  The third parties' limited objections to one paragraph should not preclude the Court from adopting the remainder of the Stipulation.

The third parties object only to the procedure outlined in paragraph 5 of the Stipulation.  (Dkt. No. 1613 at 1; Dkt. No. 1625 at 1.)  Specifically, the third parties argue that any public disclosure of the terms of the licensing agreements will cause competitive harm.  (Dkt. No. 1613 at 1-2; Dkt. No. 1625 at 1-2.)  Other third parties have raised similar concerns regarding the public disclosure of the terms of licensing agreements.  Samsung does not oppose any efforts by RIM, Motorola or other third parties to impose greater restrictions on the disclosure of licensing information or their efforts to seal the information entirely.  The procedure outlined in paragraph 5, including substituting the names of third parties with neutral identifiers, represents an effort by the parties to address concerns about confidentiality and will only be necessary if the Court denies pending motions to seal the terms of licensing agreements with third parties.

Since the third parties' objections are limited to the procedure in paragraph 5, Samsung respectfully requests that the Court adopt the Stipulation.

//
//
//
//
//
//

1 | DATED: August 8, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Victoria Maroulis
   Charles K. Verhoeven
   Kevin P.B. Johnson
   Victoria F. Maroulis
   Michael T. Zeller
   Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC