HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S RESPONSE TO THIRD PARTIES' OBJECTIONS TO THE PARTIES' STIPULATION AND PROPOSED ORDER REGARDING A PROCEDURE FOR REDUCING THE NUMBER OF SEALING REQUESTS** |

1    Apple has previously requested that the Court seal the record with respect to license
2    agreements, summaries of licensing terms, and royalty charts.  (See Dkt. No. 1495.)  Apple
3    continues to request that such information be sealed.  Moreover, Apple does not oppose any
4    additional efforts by non-parties to seal the record with respect to such information.

5    Apple agrees with Samsung that the parties' stipulated procedure to substitute neutral,
6    non-identifying designations (such as "Party A") for all third parties identified in such licensing
7    agreements, summaries or charts is intended to be used *only* if the Court denies sealing of such
8    documents.

9    In addition, Apple notes that the third-party submissions provide no reason not to enter the
10   stipulation with respect to all other elements regarding source code and financial materials.

11   Apple respectfully requests that the Court adopt the stipulation.

Dated: August 9, 2012                           MORRISON & FOERSTER LLP

                                                By:   */s/ Jason R. Bartlett*
                                                      Jason R. Bartlett

                                                Attorneys for Plaintiff
                                                APPLE INC.

APPLE'S RESPONSE TO THIRD PARTIES' OBJECTIONS TO STIPULATION RE REDUCING NUMBER OF SEALING REQUESTS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181167