1   Robert F. McCauley (State Bar No. 162056)
    robert.mccauley@finnegan.com
2   Gary C. Ma (State Bar No. 221294)
    gary.ma@finnegan.com
3   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
4   Stanford Research Park
    3300 Hillview Avenue
5   Palo Alto, California  94304-1203
    Telephone:  (650) 849-6600
6   Facsimile:   (650) 849-6666

7   Attorneys for Third Party
    KONINKLIJKE PHILIPS ELECTRONICS N.V.

8

9                   UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION

11  APPLE, INC., a California Corporation,          Case No. 11-cv-01846-LHK

12                      Plaintiff,

13          v.                                      **THIRD PARTY KONINKLIJKE
                                                    PHILIPS ELECTRONICS N.V.'S
14  SAMSUNG ELECTRONICS CO., LTD., a                JOINDER TO NONPARTIES
    Korean Corporation; SAMSUNG                     RESEARCH IN MOTION
15  ELECTRONICS AMERICA, INC., a New York           CORPORATION AND RESEARCH IN
    Corporation; SAMSUNG                            MOTION LTD.'S OBJECTION TO
16  TELECOMMUNICATIONS AMERICA, LLC, a              THE JOINT STIPULATION AND
    Delaware Limited Liability Company,             [PROPOSED] ORDER REGARDING A
17                                                  PROCEDURE FOR REDUCING THE
                                                    NUMBER OF SEALING REQUESTS**
18                      Defendants.

19

20                                                  Judge:   Honorable Lucy H. Koh

21

22

23

24

25

26

27

28

1    Third Party Koninklijke Philips Electronics N.V. ("Philips") hereby joins nonparties

2    Research In Motion Corporation and Research In Motion Ltd.'s (collectively "RIM") objection [Dkt.

3    No. 1613] to the Joint Stipulation and Proposed Order Regarding A Procedure for Reducing the

4    Number of Sealing Requests [Dkt. No. 1597] ("Proposed Stipulation").

5        Specifically, Philips agrees with RIM that the Proposed Stipulation fails to provide sufficient

6    protections to Philips' highly confidential information and trade secrets that are found in Trial

7    Exhibit 630.  As explained in Philips' Administrative Motion to Partially File Under Seal [Dkt. No.

8    1340], the Declaration of Michael Marion in support of the motion [Dkt. No. 1340-4], and the Mr.

9    Marion's Supplemental Declaration [Dkt. No. 1483], public disclosure of the financial terms of the

10   Philips licenses summarized in Trial Exhibit 630 (which are all still in-force) would cause

11   irreparable and competitive harm to Philips.  Yet, the Proposed Stipulation only requires substituting

12   "neutral non-identifying designations" for the names of affected third parties in Trial Exhibit 630,

13   [Dkt. No. 1597 at ¶ 5], while revealing to the public all of the confidential financial terms, which is

14   the only information Philips seeks to seal.  Indeed, Philips did not request redaction of the parties

15   identified in Trial Exhibit 630, but only the financial terms found under the heading "Payments" in

16   the exhibit [Dkt. No. 1340-3].  Thus, the Proposed Stipulation does nothing to protect the only part

17   of Exhibit 630 that Philips sought to seal.

18       Furthermore, the mere substitution of party names in Trial Exhibit 630 actually provides no

19   protection whatsoever.  As RIM correctly pointed out, it would be easy for one to determine the

20   identity of the affected third parties in Trial Exhibit 630 by comparing a copy of the exhibit with the

21   third-party names substituted, with the portions of the exhibit that many of the third parties,

22   including Philips, filed with their motions to seal [Dkt. No. 1613 at 1].  Additionally, the other

23   information provided in the summaries found in Trial Exhibit 630, such as the "Title" and "Licensed

24   Products/Technology," would make the identity of the licensor obvious to those familiar with the

25   relevant technology and industry.

26       Philips also agrees with RIM that the terms of the Proposed Stipulation that condition

27   substitution of third-party names in Trial Exhibit 630 only "to the extent such third parties will not

28

PHILIPS' JOINDER TO RIM'S OBJECTION
Case No. 11-cv-01846-LHK

1   be the subject of testimony," is so open-ended that there is essentially no assurance that any part of

2   Trial Exhibit 630 will be kept confidential.

3         For the reasons stated above, Philips joins RIM's objection to the Proposed Stipulation, as it

4   relates to third party confidential information in Trial Exhibit 630.  Even if the Court accepts the

5   terms of the Proposed Stipulation, Philips respectfully requests that the Court still grant Philips'

6   Administrative Motion to Partially File Under Seal, [Dkt. No. 1340], and seal the portions of Trial

7   Exhibit 630 under the column entitled "Payments," as set forth in Exhibit A of Philips' Motion [Dkt.

8   No. 1340].

9

10  Dated:  August 9, 2012                          By: /s/ Gary C. Ma
                                                       Robert F. McCauley
11                                                     Gary C. Ma
                                                       FINNEGAN, HENDERSON, FARABOW,
12                                                       GARRETT & DUNNER, LLP
                                                       Stanford Research Park
13                                                     3300 Hillview Avenue
                                                       Palo Alto, California  94304-1203
14                                                     Telephone:    (650) 849-6600
                                                       Facsimile:    (650) 849-6666
15
                                                       Attorneys for Third Party
16                                                     Koninklijke Philips Electronics N.V.

17

18

19

20

21

22

23

24

25

26

27

28

PHILIPS' JOINDER TO RIM'S OBJECTION
Case No. 11-cv-01846-LHK