1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
18 | Plaintiff, | **NOTICE OF APPEARANCE**
19 | vs. |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
21 | |
22 | |
23 | Defendants. |
24

25
26
27
28

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Susan R. Estrich of Quinn Emanuel Urquhart & Sullivan,

3 LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4 America, Inc. and Samsung Telecommunications America, LLC.

5    Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6 directed to:

7
Susan R. Estrich (CA Bar No. 90378)
susanestrich@quinnemanuel.com
8 865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
9 Telephone: (213) 443-3000
Facsimile: (213) 443-3100
10
The Law Center/USC
11 University Park
Los Angeles, CA 90089
12 Telephone: (213) 740-7578
Facsimile: (213) 740-5502
13

14 DATED: August 9, 2012                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
15

16

17                                      By  /s/ Susan R. Estrich
                                            Charles K. Verhoeven
18                                          Kevin P.B. Johnson
                                            Victoria F. Maroulis
19                                          Edward DeFranco
                                            Michael T. Zeller
20                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
21                                          INC., and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC
22

23

24

25

26

27

28