1  HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
   hmcelhinny@mofo.com                          william.lee@wilmerhale.com
2  MICHAEL A. JACOBS (CA SBN 111664)           WILMER CUTLER PICKERING
   mjacobs@mofo.com                             HALE AND DORR LLP
3  RACHEL KREVANS (CA SBN 116421)              60 State Street
   rkrevans@mofo.com                            Boston, MA 02109
4  JENNIFER LEE TAYLOR (CA SBN 161368)         Telephone: (617) 526-6000
   jtaylor@mofo.com                             Facsimile: (617) 526-5000
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)           MARK D. SELWYN (SBN 244180)
   rhung@mofo.com                               mark.selwyn@wilmerhale.com
7  JASON R. BARTLETT (CA SBN 214530)           WILMER CUTLER PICKERING
   jasonbartlett@mofo.com                       HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                      950 Page Mill Road
   425 Market Street                            Palo Alto, California 94304
9  San Francisco, California  94105-2482        Telephone: (650) 858-6000
   Telephone:  (415) 268-7000                   Facsimile: (650) 858-6100
10 Facsimile:  (415) 268-7522

11 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17 APPLE INC., a California corporation,         Case No. 11-cv-01846-LHK

18              Plaintiff,                       **NOTICE OF APPEARANCE OF
                                                 TARYN S. RAWSON**
19        v.

20 SAMSUNG ELECTRONICS CO., LTD., a
   Korean corporation; SAMSUNG
21 ELECTRONICS AMERICA, INC., a New
   York corporation; and SAMSUNG
22 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
23
                Defendants.
24

25

26

27

28

NOTICE OF APPEARANCE OF TARYN S. RAWSON
CASE NO. 11-CV-01846-LHK
sf-3181282

1    PLEASE TAKE NOTICE that attorney Taryn S. Rawson of Morrison & Foerster LLP, a

2    member of the State Bar of California (CA SBN 277341) and admitted to practice in this Court,

3    and whose contact information appears below, hereby enters an appearance as an additional

4    attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned

5    case.

6                    Taryn S. Rawson
                     Morrison & Foerster LLP
7                    425 Market St.
                     San Francisco, CA 94105
8                    Phone: (415) 268-7527
                     Fax: (415) 268-7522
9                    Email: TRawson@mofo.com

10

     Dated: August 9, 2012              MORRISON & FOERSTER LLP
11

12
                                        By:   /s/ Taryn S. Rawson
13                                            TARYN S. RAWSON

                                        Attorney for Plaintiff and Counterclaim-
14                                      Defendant APPLE INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF TARYN S. RAWSON
CASE NO. 11-CV-01846-LHK
sf-3181282