| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| 2 | hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664) | william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 3 | mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421) | HALE AND DORR LLP<br>60 State Street |
| 4 | rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368) | Boston, MA 02109<br>Telephone: (617) 526-6000 |
| 5 | jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363) | Facsimile: (617) 526-5000 |
| 6 | atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| 7 | rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530) | mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 8 | jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP | HALE AND DORR LLP<br>950 Page Mill Road |
| 9 | 425 Market Street<br>San Francisco, California  94105-2482 | Palo Alto, California 94304<br>Telephone: (650) 858-6000 |
| 10 | Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE OF FRANCIS C. HO** |

1  PLEASE TAKE NOTICE that attorney Francis C. Ho of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 247426) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

> Francis C. Ho
> Morrison & Foerster LLP
> 425 Market St.
> San Francisco, CA 94105
> Phone: (415) 268-6688
> Fax: (415) 268-7522
> Email: FHo@mofo.com

Dated: August 9, 2012                MORRISON & FOERSTER LLP

By:  /s/ *Francis C. Ho*
     FRANCIS C. HO

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.