| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF CHRISTOPHER L. ROBINSON** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  PLEASE TAKE NOTICE that attorney Christopher L. Robinson of Morrison & Foerster
2  LLP, a member of the State Bar of California (CA SBN 260778) and admitted to practice in this
3  Court, and whose contact information appears below, hereby enters an appearance as an
4  additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-
5  captioned case.

Christopher L. Robinson
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 813-4229
Fax: (650) 494-0792
Email: FHo@mofo.com

Dated: August 9, 2012                    MORRISON & FOERSTER LLP

By:  /s/ *Christopher L. Robinson*
       Christopher L. Robinson

Attorneys for Plaintiff and Counterclaim-
Defendant APPLE INC.

NOTICE OF APPEARANCE OF CHRISTOPHER L. ROBINSON
CASE NO. 11-CV-01846-LHK
sf-3181358

1