QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF SUSAN R. ESTRICH IN RESPONSE TO THE COURT'S AUGUST 8, 2012 ORDER** |

**DECLARATION OF SUSAN R. ESTRICH**

I, Susan R. Estrich, do hereby declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, the Robert Kingsley Professor of Law at the University of Southern California, and a member in good standing of the California State Bar. I graduated *magna cum laude* from Harvard Law School in 1977. Following my graduation, I clerked for The Honorable J. Skelly Wright of the District of Columbia Court of Appeals and The Honorable John Paul Stevens of the United States Supreme Court. I was a Professor of Law at Harvard Law School from 1981 to 1990.

2. I was admitted to practice law in the State of California on October 3, 1986. My state bar number is 124009. I was admitted to practice before the Central District of California in 1986.

3. On Saturday, August 4, 2012, I was approached by my law firm to argue this motion due to the press of trial obligations among other members of the team. I immediately prepared myself to make the argument.

4. At all times prior to my appearance and argument on August 7, 2012, I believed in good faith that I was admitted to practice before the Northern District of California. The basis of my belief was that when I moved to California in 1986 I joined a law firm and believed that the law firm facilitated and assisted me in complying with the administrative requirements for my admission to the District Courts in the state. In addition to the Central District of California, I am admitted to practice before the United States Court of Appeals for the Ninth Circuit, and the United Stated Supreme Court. That law firm has since dissolved.

5. As a result of these circumstances, I did not confirm my membership to practice before this Court. My omission was through inadvertence and oversight, and my conduct was not willful.

6. Upon receipt of the Court's order dated August 8, 2012, I immediately applied for and have been admitted to practice before the District Court of the Northern District of California, and have filed an appearance in this case. I have not made other appearances before the Northern District of California

7. I thank the Court for calling my inadvertent oversight to my attention. I apologize to the Court for my omission in not confirming my admission to practice in the Northern District prior to my appearance and argument on August 7, 2012.

8. I respectfully request that the Court not hold these inadvertent omissions on my part against the merits of my client's case, and further respectfully ask that the Court determine this matter as concluded now that I have obtained admission to the bar of this Court and have filed a notice of appearance pursuant to the Orders of the Court in his matter.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this 9th day of August, 2012, in Los Angeles, California.

*/s/ Susan R. Estrich*
Susan R. Estrich