# EXHIBIT A

# In The Matter Of:

*APPLE, INC.,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD.,*

_____

*JUN WON LEE - Vol. 1*

March 5, 2012

_____

*HIGHLY CONFIDENTIAL BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 22

```
           1    Q  Describe your involvement.
           2    A  I have reviewed Apple's patents.
           3    Q  When did you begin reviewing Apple's patents?
           4       MR. WEINSTEIN:  Objection; outside the scope.
09:51:36   5       THE WITNESS:  I've done that since long time
           6  ago, so I don't remember exactly when I started.
           7  BY MR. HEYISON:
           8    Q  And why were you reviewing Apple's patents?
           9       MR. WEINSTEIN:  Objection; outside the scope.
09:52:03  10       THE WITNESS:  I had some concerns because Apple
          11  made an issue of patent infringement long time ago.  It
          12  was a very, very long time ago Apple did that, so I had
          13  some concerns or worries.  When I said "I had," I should
          14  say "Samsung."
09:53:11  15       THE INTERPRETER:  Well, the interpreter's
          16  comment:  The original statement by the witness was
          17  "there had been concerns."  The subject was not --
          18  actually, there was no subject in the original
          19  testimony.
09:53:31  20  BY MR. HEYISON:
          21    Q  And what issue did Apple make regarding patent
          22  infringement a very, very long time ago?
          23       MR. WEINSTEIN:  Objection; outside the scope.
          24       THE WITNESS:  The first issue was, I believe,
09:54:18  25  touch wheel issue, touch wheel that is applied into
```

Page 23

```
           1  iPod.
           2  BY MR. HEYISON:
           3    Q  Were there any other issues?
           4       MR. WEINSTEIN:  Same objection.
09:54:40   5       THE WITNESS:  I think there was an issue about
           6  multitouch in the half -- I mean during the time.
           7       THE CHECKER INTERPRETER:  "I think there was
           8  also an issue related to multitouch which was raised by
           9  Apple in the interim."
09:55:16  10  BY MR. HEYISON:
          11    Q  Okay.  Any other issues?
          12       MR. WEINSTEIN:  Same objection.
          13       THE WITNESS:  I don't remember much else other
          14  than those.
09:55:28  15  BY MR. HEYISON:
          16    Q  Okay.  And did you make any written evaluations
          17  of Apple's patents or patent position concerning
          18  multitouch or the wheel before the meeting that occurred
          19  in late 2010?
09:56:17  20       MR. WEINSTEIN:  Objection; outside the scope.
          21       THE WITNESS:  There were several people
          22  involved in those things, and also there are lots of
          23  documents, so I'm not sure if there is a document that I
          24  personally drafted.  I don't remember whether I did or
09:56:55  25  not.
```

Page 24

```
           1  BY MR. HEYISON:
           2    Q  Am I correct that you are aware of documents
           3  that were drafted concerning the touch wheel and the
           4  multitouch patents?
09:57:19   5       MR. WEINSTEIN:  Objection; outside the scope.
           6       THE WITNESS:  That is correct.
           7  BY MR. HEYISON:
           8    Q  Okay.  Now, before the meeting that occurred in
           9  late 2010, had you reviewed any of the patents that
09:57:53  10  Apple is asserting against Samsung in the Northern
          11  District of California lawsuit?
          12       MR. WEINSTEIN:  Objection; outside the scope.
          13       THE WITNESS:  I've never compared the patent
          14  numbers, so I don't know exactly, but probably for part
09:58:49  15  of the patents, I probably have reviewed before.
          16  BY MR. HEYISON:
          17    Q  Okay.  Did you make any written evaluations in
          18  connection with your review of part of those patents?
          19       MR. WEINSTEIN:  Objection; outside the scope.
09:59:17  20       THE WITNESS:  It is not my job, actually, to
          21  make a written -- make an evaluation of those patents,
          22  so I don't think there was any evaluation done by me,
          23  personally.
          24  BY MR. HEYISON:
09:59:49  25    Q  Did anybody else --
```

Page 25

```
           1       Yes?
           2       THE CHECKER INTERPRETER:  Interpreter
           3  interjection as just as to the first portion of the
           4  translated answer:  "It is not part of my job
10:00:43   5  responsibilities to engage in a review of patents in
           6  person."
           7       Interpreter interjection as to the very first
           8  answer the witness gave at the very beginning of this
           9  line of questioning.  I believe this is the way I heard:
10:01:13  10  "I reviewed the patents," something like that.  And I
          11  believe this is what I heard instead:  "I went over the
          12  reviewed the patents."
          13       Interpreter interjection:  "Meaning that the
          14  patent review was done by others and Mr. Lee."
10:01:43  15       The witness reviewed those -- review outcome
          16  related to those patents reviewed by others.  So it goes
          17  way back to the very first question counsel asked.
          18       THE INTERPRETER:  The main interpreter does not
          19  agree with the comments with the checker interpreter
10:02:04  20  made.
          21       In this answer, the witness said that it was
          22  not the making -- the evaluation of patents.  It's not
          23  my job, so there -- I don't believe there was any
          24  evaluation made by me, personally.  That is it.
10:02:41  25       MR. HEYISON:  Okay.
```

7 (Pages 22 to 25)

Merrill Corporation - Boston
617-542-0039                              www.merrillcorp.com/law

e5d97282-55e7-4358-a0f1-71abcdb1c12f

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 26

1    THE CHECKER INTERPRETER: Again, the first part
2 of the answer was: "Reviewing patents. It's not what I
3 do personally as part of my job duty," as to this
4 particular question, but I, again, talked about the very
10:03:00  5 first question your counsel asked.
6    MR. HEYISON: Okay. So, again, I don't really
7 see any substantive difference with respect to this
8 question. I'm not going back with previous questions.
9 If you have something to say about a question, please do
10:03:18 10 it immediately afterwards, because we cannot go back to
11 questions that are already answered.
12    Q  So am I correct that you did see written
13 evaluations of Apple's patents prepared before the
14 meeting in late 2010 that were prepared by persons other
10:03:46 15 than you?
16    THE WITNESS: Yes.
17    MR. WEINSTEIN: Objection; outside the scope.
18 BY MR. HEYISON:
19    Q  Please identify the people who prepared those
10:04:10 20 evaluations.
21    MR. WEINSTEIN: Objection; outside the scope.
22    THE WITNESS: And several people did, and also
23 it was done by a different department, so I don't know
24 whom. I don't know who exactly did that.
10:04:52 25 BY MR. HEYISON:

Page 27

1    Q  Who received those evaluations?
2    MR. WEINSTEIN: Objection; outside the scope.
3    THE WITNESS: I received them, and also I
4 believe several people did.
10:05:27  5 BY MR. HEYISON:
6    Q  Okay. And other than you, who else received
7 them?
8    MR. WEINSTEIN: Objection; outside the scope,
9 calls for speculation.
10:05:38 10    THE WITNESS: Heung Molee, H-e-u-n-g,
11 M-o-l-e-e, vice president in the prosecution department
12 might have received them.
13 BY MR. HEYISON:
14    Q  Anyone else other than Heung Molee?
10:06:47 15    MR. WEINSTEIN: Same objections.
16    THE WITNESS: I'm not sure.
17 BY MR. HEYISON:
18    Q  Okay. You testified earlier that you met with
19 Apple; correct?
10:07:05 20    MR. WEINSTEIN: Objection; outside the scope.
21    THE WITNESS: Correct.
22 BY MR. HEYISON:
23    Q  On how many occasions?
24    MR. WEINSTEIN: Same objection.
10:07:19 25    THE WITNESS: Three times, approximately.

Page 28

1 BY MR. HEYISON:
2    Q  When was the first meeting and when was the
3 last?
4    MR. WEINSTEIN: Same objection.
10:07:34  5    THE WITNESS: I don't remember the meeting
6 date. I have to look at the record. Anyway, I met
7 three times in 2010 before the lawsuit.
8 BY MR. HEYISON:
9    Q  Can you separate in your mind the three
10:08:29 10 meetings -- strike that out.
11    Do you have an independent memory of each
12 meeting?
13    MR. WEINSTEIN: Objection; outside the scope.
14    THE WITNESS: To some extent I do.
10:08:48 15 BY MR. HEYISON:
16    Q  Okay. Please tell me who from Samsung and who
17 from Apple attended the first meeting.
18    MR. WEINSTEIN: Objection; outside the scope.
19    THE WITNESS: In the first meeting, Dr. Ahn and
10:09:36 20 Hoshik Jang, H-o-s-h-i-k, J-a-n-g, vice president, and
21 Kwang Joon Kim, K-w-a-n-g, J-o-o-n, K-i-m, executive
22 vice president, and I attended, I believe.
23 BY MR. HEYISON:
24    Q  Who from Apple --
10:10:15 25    THE CHECKER INTERPRETER: Senior VP --

Page 29

1    THE INTERPRETER: He said that --
2    THE CHECKER INTERPRETER: -- as opposed to
3 executive VP.
4    THE INTERPRETER: You know what? The witness
10:10:23  5 used the exact -- the same Korean title. He translated
6 EVP. Now he said it's SVP, saying that witness
7 misspoke.
8    THE CHECKER INTERPRETER: With due respect, I'm
9 afraid the main interpreter is not remembering it
10:10:40 10 accurately. Before, the title was boo sa jang, which is
11 EVP, and now the title is jeon moo, j-e-o-n m-o-o, which
12 is SVP.
13    THE INTERPRETER: You know what? I really
14 don't appreciate the comment that the main interpreter
10:11:03 15 didn't remember it correctly. I exactly remember the
16 Korean terms "boo sa jang" and "jeon moo," and you --
17 you said the -- Mr. Ji was jeon moo instead boo sa jang,
18 and that is -- that should have been translated to EVP.
19 I remember that exactly.
10:11:24 20    MR. HEYISON: Okay.
21    THE CHECKER INTERPRETER: Yeah, because
22 Mr. Ji was --
23    MR. WEINSTEIN: She should translate --
24    MR. HEYISON: Yeah, could you translate that
10:11:34 25 into English --

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 30

```
                  1       THE INTERPRETER:  So --
                  2       MR. HEYISON:  -- to resolve this so I can move
                  3  on here.
                  4       THE INTERPRETER:  Okay.  Boo sa jang is EVP and
10:11:41          5  jeon moo is SVP.
                  6       MR. HEYISON:  Great.  Okay.
                  7       THE INTERPRETER:  So this person is SVP in this
                  8  context, I believe.
                  9       MR. HEYISON:  Okay.  Excellent.
10:11:55         10    Q  Now, at the first meeting, who attended from
                 11  Apple?
                 12    A  Jim Luton, patent counsel, and the general
                 13  counsel came too.  I don't remember the name, though.
                 14    Q  If I suggest to you Bruce Sewell, is that the
10:12:27         15  general counsel from Apple that attended the meeting?
                 16    A  Apple's own general counsel, Bruce Sewell.
                 17    Q  Where was the meeting?
                 18       MR. WEINSTEIN:  Objection; outside the scope.
                 19       THE WITNESS:  Seoul.
10:12:54         20  BY MR. HEYISON:
                 21    Q  Can you give me a month and a year?
                 22    A  I don't remember the date.  I'm not really good
                 23  at remembering the dates.  I have to look at the record.
                 24    Q  Okay.  So did anybody make any written
10:13:16         25  presentations?
```

Page 31

```
                  1       MR. WEINSTEIN:  Objection; beyond the scope.
                  2       THE WITNESS:  Probably Samsung did some kind of
                  3  presentation -- oh, Apple did --
                  4       THE INTERPRETER:  Interpreter's correction:
10:14:17          5  Apple -- probably Apple did some kind of presentation,
                  6  but Samsung did not make any presentation.
                  7  BY MR. HEYISON:
                  8    Q  Okay.  Please tell me in as much detail as you
                  9  can -- strike that.
10:14:36         10       Okay.  How long did the meeting last?
                 11       MR. WEINSTEIN:  Objection; outside the scope.
                 12       THE WITNESS:  I don't remember those dates at
                 13  the time.  I don't have all those things in my head.
                 14  BY MR. HEYISON:
10:15:02         15    Q  Please tell me in as much detail as you can
                 16  what Apple said and what Samsung said.
                 17       MR. WEINSTEIN:  Objection; outside the scope.
                 18       THE WITNESS:  Samsung mostly was listening to
                 19  what Apple said in the first meeting.  Apple was talking
10:15:52         20  about Samsung's smartphone infringed Apple phone's
                 21  patents and design, so they were complaining about our
                 22  infringement about Apple's patent and design in their
                 23  phone.
                 24  BY MR. HEYISON:
10:16:20         25    Q  Anything else that you recall Apple saying?
```

Page 32

```
                  1       MR. WEINSTEIN:  Objection; outside the scope.
                  2       THE WITNESS:  I don't remember any specific
                  3  contents in detail.
                  4  BY MR. HEYISON:
10:16:47          5    Q  And so what did Apple say in response?
                  6       MR. WEINSTEIN:  Objection; outside the scope.
                  7       MR. HEYISON:  Samsung.  Thank you.
                  8    Q  What did Samsung say in response?
                  9       MR. WEINSTEIN:  Same objection.
10:17:06         10       THE WITNESS:  Samsung contended that there was
                 11  no such infringement and also requested the evidences
                 12  for the contention of the infringement.
                 13  BY MR. HEYISON:
                 14    Q  Okay.  At that first meeting you attended,
10:17:49         15  Mr. Lee, did Samsung assert that Apple was infringing
                 16  any of Samsung's patents?
                 17       MR. WEINSTEIN:  Objection; outside the scope.
                 18       THE WITNESS:  Samsung did not assert that any
                 19  specific Samsung's patent was infringed.
10:18:32         20  BY MR. HEYISON:
                 21    Q  At that meeting, that first meeting, did
                 22  Samsung tell Apple that Samsung believed Apple was
                 23  infringing any Samsung patents?
                 24       MR. WEINSTEIN:  Objection; outside the scope.
10:19:10         25       THE WITNESS:  It is possible that Samsung might
```

Page 33

```
                  1  have said that or might not, but I don't remember
                  2  exactly what was said.
                  3  BY MR. HEYISON:
                  4    Q  So sitting here today, you have no memory one
10:19:30          5  way or the other of whether Samsung asserted that Apple
                  6  was infringing Samsung patents at that first meeting?
                  7       MR. WEINSTEIN:  Objection; outside the scope,
                  8  mischaracterizes prior testimony.
                  9       THE WITNESS:  I can only recall that Samsung
10:20:23         10  did not assert that any specific Samsung's patents were
                 11  infringed.
                 12       MR. WEINSTEIN:  Counsel, we have been going for
                 13  a little over an our.  Would this be a good time for a
                 14  break?
10:20:36         15       MR. HEYISON:  You know what?  Could I -- I just
                 16  have a couple more questions on this first meeting.  I
                 17  would like to get through that and then we will take our
                 18  break.  Is that okay?
                 19       MR. WEINSTEIN:  Okay.  That's fine.
10:20:44         20  BY MR. HEYISON:
                 21    Q  Okay.  So at that first meeting that you
                 22  attended, Mr. Lee, do you recall Apple stating that
                 23  Samsung had copied Apple's products?
                 24    A  Yes.
10:21:16         25       MR. WEINSTEIN:  Objection; outside the scope,
```

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 38

```
              1       MR. WEINSTEIN:  Objection; outside the scope.
              2       THE WITNESS:  I don't remember the contents of
              3   this document entirely, but it appears to be the one.
              4       MR. HEYISON:  Okay.
10:49:53      5       THE WITNESS:  To my recollection.
              6       MR. HEYISON:  Okay.  That's all I'm going to
              7   ask you about that document.  Okay?  You can put that
              8   aside.
              9   Q  Okay.  I would like to now focus on the second
10:50:16     10   meeting that you attended with Apple.
             11       How long after the first meeting did the second
             12   meeting occur?
             13       MR. WEINSTEIN:  Objection; outside the scope.
             14       THE WITNESS:  As I told you earlier, I don't
10:50:46     15   remember the exact date, but I think it was probably
             16   after about a month.
             17   BY MR. HEYISON:
             18   Q  Who attended the second meeting from Samsung?
             19       MR. WEINSTEIN:  Same objection.
10:51:04     20       THE WITNESS:  I did, with Dr. Ahn and also
             21   Mr. Kim, Kwang Joon Kim, as VP, and the counsel Kisuk
             22   Kin, K-i-s-u-k K-i-n.
             23   BY MR. HEYISON:
             24   Q  Is Mr. Kim inside counsel for Samsung?
10:51:54     25   A  Correct.
```

Page 39

```
              1   Q  Who attended from Apple?
              2       MR. WEINSTEIN:  Objection; outside the scope.
              3       THE WITNESS:  Jim Luton, and there was another
              4   person who was a counsel, but I don't remember the name
10:52:21      5   BY MR. HEYISON:
              6   Q  When you say "counsel," Mr. Lee, do you mean a
              7   lawyer?
              8   A  Yes.
              9   Q  Am I correct there were only two people from
10:52:39     10   Apple at the second meeting?
             11       MR. WEINSTEIN:  Objection; outside the scope.
             12       THE WITNESS:  I don't remember for sure, but to
             13   my recollection, Bruce Sewell was not there.
             14   BY MR. HEYISON:
10:53:15     15   Q  Okay.  You don't remember the counsel's name?
             16   A  I don't remember.
             17   Q  Okay.  Did anybody make any written
             18   presentations at the second meeting?
             19       MR. WEINSTEIN:  Objection; outside the scope.
10:53:40     20       THE WITNESS:  By Samsung, you mean?
             21   BY MR. HEYISON:
             22   Q  By either party.
             23       MR. WEINSTEIN:  Same objection.
             24       THE WITNESS:  Samsung did.
10:53:48     25   BY MR. HEYISON:
```

Page 40

```
              1   Q  Who prepared the Samsung written presentation?
              2   A  I did.
              3       MR. WEINSTEIN:  Same objection.
              4   BY MR. HEYISON:
10:54:03      5   Q  The Samsung presentation was shown to Mr. Luton
              6   and the counsel who attended for Apple?
              7       MR. WEINSTEIN:  Same objection.
              8       THE WITNESS:  Yes.
              9   BY MR. HEYISON:
10:54:25     10   Q  Okay.  And tell me in as much detail as you can
             11   what Samsung said and what Apple said at that meeting.
             12       MR. WEINSTEIN:  Objection; outside the scope,
             13   compound.
             14       THE WITNESS:  The explanations about
10:55:08     15   Samsung's --
             16       THE INTERPRETER:  The interpreter's correction:
             17   The explanations about Apple's patents that were
             18   considered infringing -- no, correction:  Oh, there were
             19   explanations about Samsung's patents that Apple deemed
10:55:39     20   infringed and Apple mostly listened to our explanations.
             21   And to my recollection, Apple said that they are going
             22   to go back and review those patents later.
             23   BY MR. HEYISON:
             24   Q  Okay.  So am I correct in understanding,
10:56:13     25   Mr. Lee, that at that meeting, Samsung made a
```

Page 41

```
              1   presentation concerning Samsung patents that Samsung
              2   believed Apple was infringing?
              3       MR. WEINSTEIN:  Objection; outside the scope.
              4       THE WITNESS:  That is correct.
10:56:48      5   BY MR. HEYISON:
              6   Q  And am I correct in understanding that your
              7   memory is that Apple said it would review Samsung's
              8   assertions of infringement?
              9       MR. WEINSTEIN:  Same objection.
10:57:18     10       THE WITNESS:  Yes.
             11   BY MR. HEYISON:
             12   Q  And at the second meeting, did Apple deny that
             13   it was infringing Samsung's patents?
             14       MR. WEINSTEIN:  Same objection.
10:57:39     15       THE WITNESS:  Because the Apple heard that for
             16   the first time and could not make any determination, so
             17   Apple said that it would review.
             18   BY MR. HEYISON:
             19   Q  Okay.  And so am I correct that at this meeting
10:58:04     20   was the first time that Samsung asserted that Apple was
             21   infringing the Samsung patents?
             22       MR. WEINSTEIN:  Objection; outside the scope,
             23   vague and ambiguous.
             24       THE WITNESS:  That is correct.
10:58:46     25   BY MR. HEYISON:
```

11 (Pages 38 to 41)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 42

1  Q  Okay.  Other than what you have told me, do you
2  remember anything else that happened at that meeting?
3      MR. WEINSTEIN:  Objection; outside the scope.
4      THE WITNESS:  I don't remember much else that
10:59:21  5  is important particularly.
6  BY MR. HEYISON:
7  Q  Okay.  Did you make any notes of what occurred
8  at that meeting?
9      MR. WEINSTEIN:  Objection; outside the scope.
10:59:36 10     THE WITNESS:  Not in details, but little bit of
11  notes might have been taken.
12  BY MR. HEYISON:
13  Q  Do you still have those notes -- I'm sorry.
14  A  I think I did.
10:59:57 15  Q  Do you still have those notes?
16  A  About those notes, after I make a summary of
17  such meeting, I don't need them anymore, so I discard
18  them later.
19  Q  Okay.  And am I correct you prepared a summary
11:00:29 20  of the second meeting and you sent that to other people
21  at Samsung?
22     MR. WEINSTEIN:  Objection; outside the scope.
23     THE WITNESS:  Correct.
24  BY MR. HEYISON:
11:00:50 25  Q  And to whom did you send it?

Page 43

1      MR. WEINSTEIN:  Same objection.
2      THE WITNESS:  Dr. Ahn, Jae Hwan Ji, SVP.
3      MR. HEYISON:  Okay.  I make a record -- go
4  ahead, please.
11:01:13  5     THE WITNESS:  And some other people other than
6  those two would have received that too.
7      MR. HEYISON:  Okay.  So I'm going to make a
8  record request for the second memorandum.
9  Q  Now, at the second meeting, did Apple -- strike
11:01:38 10  that out.
11     At the second meeting, did Samsung tell Apple
12  that Apple needed a license to the Samsung patents?
13     MR. WEINSTEIN:  Objection; outside the scope,
14  vague and ambiguous.
11:02:03 15    THE WITNESS:  I don't remember what was said
16  specifically, but once there is an assertion about
17  infringement, I believe it is obvious that you have to
18  get a license to use the patents.
19  BY MR. HEYISON:
11:02:41 20  Q  Okay.  At the second meeting, did Samsung
21  provide any information to Apple about what type and
22  amount of royalty that Samsung would want in connection
23  with a license to its patents?
24     MR. WEINSTEIN:  Objection; outside the scope.
11:03:18 25    THE WITNESS:  The royalty amount as to how much

Page 44

1  it has to be paid was not mentioned.
2  BY MR. HEYISON:
3  Q  Why did Samsung decide to assert -- to make
4  assertions of patent infringement against Apple at the
11:04:16  5  second meeting?
6     MR. WEINSTEIN:  Objection; outside the scope.
7     THE WITNESS:  Because Apple made such assertion
8  of infringement first, Samsung wanted to let Apple know
9  that Apple also infringed Samsung's patents.
11:05:02 10  BY MR. HEYISON:
11  Q  Mr. Lee, when is it that Samsung determined
12  that, in its view, Apple was infringing the patents that
13  were identified at the second meeting?
14     MR. WEINSTEIN:  Objection; outside the scope.
11:05:55 15    THE WITNESS:  About the Samsung patents that
16  Apple infringed, there have been study for a long
17  time -- there have been studies for a long time prior to
18  that.
19  BY MR. HEYISON:
11:06:33 20  Q  And when did Samsung begin those studies?
21     MR. WEINSTEIN:  Objection; outside the scope.
22     THE WITNESS:  I don't remember the exact time
23  period, but as I told you earlier, Apple made an
24  assertion about Samsung's infringement of its patents,
11:07:10 25  so since that time, Samsung have been studying Apple

Page 45

1  patents and Samsung's patents as well.
2     MR. HEYISON:  Mr. Lee, you mentioned that
3  Samsung made a presentation at the second meeting.  I'm
4  going to show you what's marked as Exhibit No. 2.
11:07:47  5    (Exhibit 2 was marked for identification by the
6     court reporter.)
7  BY MR. HEYISON:
8  Q  Mr. Lee, is this the presentation that Samsung
9  made to Apple at the second meeting?
11:09:13 10  A  Correct.
11  Q  And if you will turn, please, to pages 11 and
12  12, is this a list of Samsung patents that Samsung told
13  Apple at the second meeting were infringed by the Apple
14  iPhones that use WCDMA technology?
11:10:07 15  A  Correct.
16     MR. WEINSTEIN:  Objection; outside the scope.
17  BY MR. HEYISON:
18  Q  Okay.  Now, when did -- when did Apple's
19  WCDMA-compatible iPhones come on the market?
11:11:09 20    MR. WEINSTEIN:  Objection; outside the scope.
21     THE WITNESS:  I'm not sure.  I don't remember.
22  BY MR. HEYISON:
23  Q  Was it at least a year before the second
24  meeting?
11:11:28 25    MR. WEINSTEIN:  Objection; outside the scope.

12 (Pages 42 to 45)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 54

1    or something like that.
2    BY MR. HEYISON:
3        Q  Okay.  So, Mr. Lee, I saw you referring to
4    Exhibit 1, and you mentioned that there were several
11:44:07  5    pictures.
6            Can you direct me to the pictures that you were
7    referring to.
8        A  There were various types of photos; for
9    example, something like this.
11:44:42 10    Q  Could you give me a page number for the record?
11       A  Pages 17, 18, 19.
12       Q  Was Samsung aware that Apple was making
13   trademark and trade-dress claims even though no specific
14   numbers were mentioned?
11:45:28 15        MR. WEINSTEIN:  Objection; outside the scope,
16   vague and ambiguous.
17           THE WITNESS:  I could not have the exact
18   understanding at that time.
19   BY MR. HEYISON:
11:46:20 20    Q  Turning to page 17 of the presentation,
21   Mr. Lee, after seeing this presentation from Apple, what
22   did Samsung understand Apple was accusing it of
23   infringing with respect to Samsung copying iPhone?
24           MR. WEINSTEIN:  Objection; outside the scope.
11:47:21 25   Objection -- I thought she was done with the question.

Page 55

1    Let me just finish again.
2            Objection; outside the scope.  Objection; vague
3    and ambiguous.
4            THE WITNESS:  I just understood it --
11:48:14  5        THE INTERPRETER:  Interpreter's correction:  I
6    just understood that Samsung had some complaints but --
7    Apple had some complaints, but Apple did not make any
8    specific assertions.
9    BY MR. HEYISON:
11:48:31 10    Q  Well, did Apple mention design patents?
11           MR. WEINSTEIN:  Objection; outside the scope.
12           THE WITNESS:  I don't remember there was no --
13   I mean no such -- I don't remember hearing such mention.
14   BY MR. HEYISON:
11:49:07 15    Q  And did Apple mention its transaction?
16           MR. WEINSTEIN:  Same objection.
17           THE WITNESS:  My recollection is that they did
18   not make any such mention.
19   BY MR. HEYISON:
11:49:32 20    Q  Okay.  And in those first two meetings you
21   attended, did Apple mention its trade dress?
22           MR. WEINSTEIN:  Same objection.
23           THE WITNESS:  I cannot remember everything
24   exactly, and also I'm not confident if I heard
11:50:24 25   everything that they said, but as far as I could

Page 56

1    remember or as far as I know, I don't think there was
2    such assertions.
3    BY MR. HEYISON:
4        Q  Okay.  Now --
11:50:40  5    A  Assertion.
6        Q  Okay.  In those first two meetings that you
7    attended, what was Apple asking Samsung to do with
8    respect to copying the iPhone?
9            MR. WEINSTEIN:  Objection; outside the scope,
11:51:16 10   vague and ambiguous.
11           THE WITNESS:  There was no specific request was
12   made, but it was a meeting where the Apple -- that
13   Samsung know that Apple had these kind of complaints,
14   and they talk about their complaints.
11:51:58 15   BY MR. HEYISON:
16       Q  Okay.  Well, Mr. Lee, was it clear to you after
17   those first and second meetings that Apple wanted
18   Samsung to stop copying the design of its iPhone?
19           MR. WEINSTEIN:  Objection; outside the scope,
11:52:37 20   lacks foundation.
21           THE WITNESS:  It was not clear, but, anyway,
22   the assertion about copying or infringement is same as
23   the request, to stop copying or infringement in this IP
24   industry, to my understanding.
11:53:31 25   BY MR. HEYISON:

Page 57

1        Q  Now, in the fourth meeting that you attended,
2    what intellectual property rights was Apple offering
3    Samsung a license to?
4            MR. WEINSTEIN:  Objection; outside the scope.
11:54:08  5        THE WITNESS:  Apple patents.
6    BY MR. HEYISON:
7        Q  And what intellectual property rights were
8    being excluded from Apple's offer to license?
9            MR. WEINSTEIN:  Objection; outside the scope,
11:54:37 10   lacks foundation.
11           THE WITNESS:  The proposal contents were very,
12   very complicated, so it's a hard for me to explain in
13   words about everything, but if there were some things
14   that were excluded, there were different terms and
11:55:37 15   conditions about them, and also if something is not
16   excluded, there would be a different terms and condition
17   about that too.
18   BY MR. HEYISON:
19       Q  Okay.  So Apple was asserting that Samsung
11:55:56 20   infringed design patents and utility patents; correct?
21           MR. WEINSTEIN:  Objection; outside the scope,
22   lacks foundation.
23           THE WITNESS:  As I told you earlier, to my
24   recollection, Apple did not make any assertion about any
11:56:39 25   specific design patent.

15 (Pages 54 to 57)

Merrill Corporation - Boston

617-542-0039                                www.merrillcorp.com/law

e5d97282-55e7-4358-a0f1-71abcdb1c12f