# EXHIBIT E

## STA and SEA U.S. Sales of Accused Smartphones [1]

Units in Thousands, Revenue in Millions USD

| Accused Products | Data | 2010 2Q | 2010 3Q | 2010 4Q | YE Total | 2011 1Q | 2011 2Q | 2011 3Q | 2011 4Q | YE Total | 2012 Q1 | 2012 Q2 | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Captivate | Units | - | 481 | 251 | 733 | 229 | 170 | 181 | 78 | 658 | (1) | (0) | (1) | 1,390 |
| | Revenue | $ - | $ 215 | $ 110 | $ 325 | $ 84 | $ 48 | $ 51 | $ 15 | $ 199 | $ 0 | $ 1 | $ 1 | $ 525 |
| Continuum | Units | - | - | 174 | 174 | 7 | 60 | 79 | (0) | 147 | (0) | (0) | (0) | 320 |
| | Revenue | $ - | $ (0) | $ 73 | $ 73 | $ 1 | $ 15 | $ 21 | $ 1 | $ 39 | $ (0) | $ (0) | $ (0) | $ 112 |
| Droid Charge | Units | - | - | - | - | - | 452 | 155 | 92 | 699 | 58 | 49 | 107 | 806 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ 241 | $ 76 | $ 35 | $ 351 | $ 25 | $ 18 | $ 43 | $ 395 |
| Epic 4G | Units | - | 373 | 329 | 703 | 367 | 521 | 69 | 136 | 1,093 | 64 | 38 | 102 | 1,897 |
| | Revenue | $ - | $ 193 | $ 170 | $ 363 | $ 179 | $ 216 | $ 16 | $ 47 | $ 459 | $ 20 | $ 14 | $ 33 | $ 855 |
| Exhibit 4G | Units | - | - | - | - | - | 118 | 132 | 33 | 283 | 14 | 6 | 20 | 303 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ 32 | $ 34 | $ 7 | $ 73 | $ 2 | $ 1 | $ 3 | $ 76 |
| Fascinate | Units | - | 541 | 486 | 1,027 | 161 | 198 | 48 | (0) | 407 | (0) | (0) | (0) | 1,434 |
| | Revenue | $ - | $ 249 | $ 219 | $ 469 | $ 68 | $ 65 | $ 15 | $ 3 | $ 150 | $ 0 | $ (0) | $ (0) | $ 619 |
| Galaxy Ace | Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy Prevail | Units | - | - | - | - | - | 666 | 539 | 332 | 1,537 | 417 | 301 | 718 | 2,255 |
| | Revenue | $ - | $ - | $ - | $ - | $ (0) | $ 122 | $ 82 | $ 55 | $ 259 | $ 70 | $ 49 | $ 120 | $ 378 |
| Galaxy S (i9000) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S 4G | Units | - | - | - | - | 354 | 253 | 302 | 237 | 1,146 | 184 | 118 | 301 | 1,447 |
| | Revenue | $ - | $ - | $ - | $ - | $ 152 | $ 90 | $ 91 | $ 62 | $ 395 | $ 47 | $ 31 | $ 78 | $ 473 |
| Galaxy S II (AT&T Edition, 4G) [2] | Units | - | - | - | - | - | - | 110 | 273 | 384 | 68 | 122 | 190 | 574 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ 53 | $ 126 | $ 180 | $ 16 | $ 44 | $ 60 | $ 240 |
| Galaxy S II (Epic 4G Touch) | Units | - | - | - | - | - | - | 165 | 414 | 579 | 516 | 581 | 1,097 | 1,675 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ 79 | $ 196 | $ 275 | $ 240 | $ 249 | $ 489 | $ 764 |
| Galaxy S II (Skyrocket) | Units | | | | - | | | | 328 | 328 | 147 | 161 | 309 | 636 |
| | Revenue | | | | $ - | | | | $ 160 | $ 160 | $ 65 | $ 64 | $ 129 | $ 289 |
| Galaxy S II (T-Mobile edition) | Units | - | - | - | - | - | - | - | 432 | 432 | 514 | 305 | 819 | 1,252 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 196 | $ 196 | $ 237 | $ 128 | $ 365 | $ 561 |
| Galaxy S Showcase | Units | - | - | 32 | 32 | 38 | 78 | 74 | 42 | 233 | 73 | 80 | 153 | 417 |
| | Revenue | $ - | $ - | $ 16 | $ 16 | $ 18 | $ 30 | $ 26 | $ 14 | $ 88 | $ 22 | $ 22 | $ 44 | $ 148 |
| Gem | Units | - | - | - | - | 97 | 153 | 102 | 22 | 374 | 0 | 0 | 0 | 374 |
| | Revenue | $ - | $ - | $ - | $ - | $ 18 | $ 28 | $ 15 | $ 3 | $ 64 | $ 0 | $ 1 | $ 1 | $ 64 |
| Indulge | Units | - | - | - | - | 144 | (0) | 66 | 61 | 271 | (0) | - | (0) | 271 |
| | Revenue | $ - | $ - | $ - | $ - | $ 59 | $ (4) | $ 23 | $ 21 | $ 98 | $ (0) | $ - | $ (0) | $ 98 |
| Infuse 4G | Units | - | - | - | - | - | 288 | 360 | 202 | 851 | 154 | 40 | 194 | 1,045 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ 138 | $ 155 | $ 67 | $ 361 | $ 44 | $ 12 | $ 56 | $ 417 |
| Intercept | Units | 84 | 466 | 307 | 858 | 161 | 147 | 3 | 70 | 380 | 49 | 5 | 54 | 1,292 |
| | Revenue | $ 20 | $ 107 | $ 69 | $ 196 | $ 31 | $ 30 | $ (1) | $ 8 | $ 67 | $ 7 | $ 1 | $ 7 | $ 271 |
| Mesmerize | Units | - | - | 120 | 120 | 149 | 206 | 55 | 127 | 537 | 10 | 121 | 131 | 788 |
| | Revenue | $ - | $ - | $ 57 | $ 57 | $ 67 | $ 81 | $ 19 | $ 38 | $ 205 | $ 3 | $ 32 | $ 35 | $ 296 |
| Nexus S 4G | Units | - | - | - | - | - | 401 | 23 | 80 | 504 | 8 | - | 8 | 512 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ 178 | $ (5) | $ 20 | $ 193 | $ 3 | $ 1 | $ 3 | $ 196 |
| Replenish | Units | - | - | - | - | - | 439 | 149 | 15 | 603 | 260 | 75 | 336 | 938 |
| | Revenue | $ - | $ - | $ - | $ - | $ - | $ 72 | $ 23 | $ (3) | $ 92 | $ 40 | $ 11 | $ 51 | $ 144 |
| Transform | Units | - | 43 | 196 | 239 | 189 | 116 | 60 | - | 365 | (0) | - | (0) | 604 |
| | Revenue | $ - | $ 13 | $ 54 | $ 66 | $ 50 | $ 25 | $ 11 | $ (0) | $ 86 | $ (1) | $ 0 | $ (1) | $ 152 |
| Vibrant | Units | 6 | 634 | 333 | 973 | 41 | 7 | (0) | - | 48 | - | - | - | 1,021 |
| | Revenue | $ 3 | $ 279 | $ 147 | $ 429 | $ 13 | $ 3 | $ 1 | $ 0 | $ 17 | $ (2) | $ 0 | $ (1) | $ 444 |
| **Total** | **Units** | 90 | 2,539 | 2,228 | 4,857 | 1,938 | 4,272 | 2,673 | 2,975 | 11,858 | 2,535 | 2,001 | 4,537 | 21,251 |
| | **Revenue** | $ 23 | $ 1,056 | $ 915 | $ 1,994 | $ 738 | $ 1,411 | $ 786 | $ 1,071 | $ 4,007 | $ 838 | $ 678 | $ 1,516 | $ 7,516 |

**Sources/Notes:**

1/ STA and SEA sales of accused smartphone sales, for June 2010 through June 2012 (SAMNDCA00402075 and '4875335_1_Highly Confidential  Attorneys Eyes Only Worldwide Accused Modell 2012 2Q update.xls').

2/ Galaxy S II (AT&T edition, 4G)'s model number is listed along with the Galaxy S II (i9100) in Samsung's financial data.  I have counted sales through STA and SEA as sales of the Galaxy S II (AT&T edition, 4G) because I understand that the i9100 model is not sold in the US and all other models listed were not found on Samsung's North America Web Site.

JOINT TRIAL EXHIBIT NO. 1500
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted:_____ By:_____

Prepared by Invotex Group

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## STA and SEA U.S. Sales of Accused Tablets 1/
Units in Thousands, Revenue in Millions USD

| Accused Products | Data | 2010 4Q | YE Total | 2011 1Q | 2Q | 3Q | 4Q | YE Total | 2012 Q1 | Q2 | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | Units | 262 | 262 | 77 | 133 | 92 | 102 | 404 | 35 | 25 | 60 | 725 |
|  | Revenue | $ 154 | $ 154 | $ 22 | $ 49 | 37 | $ 40 | $ 148 | $ 14 | $ 9 | $ 23 | $ 325 |
| Galaxy Tab 10.1 | Units | - | - | - | 133 | 133 | 213 | 480 | 104 | 1 | 105 | 585 |
|  | Revenue | - | - | - | 63 | 58 | 85 | 206 | 36 | (5) | 32 | 237 |
| Galaxy Tab 10.1 LTE | Units | - | - | - | - | 68 | 32 | 99 | 17 | 11 | 28 | 127 |
|  | Revenue | - | - | - | - | 45 | 20 | 66 | 10 | 6 | 16 | 81 |
| Total | Units | 262 | 262 | 77 | 266 | 293 | 347 | 983 | 156 | 37 | 193 | 1,438 |
|  | Revenue | $ 154 | $ 154 | $ 22 | $ 112 | $ 140 | $ 145 | $ 419 | $ 60 | $ 11 | $ 71 | $ 644 |

**Sources/Notes:**

1/  STA and SEA sales  of accused tablets for October 2010 through March 2012 (SAMNDCA00402075  and '4875335_1_Highly Confidential  Attorneys Eyes Only Worldwide Accused Modell 2012 2Q update.xls').

Case 5:11-cv-01846-LHK   Document 1637-6   Filed 08/09/12   Page 4 of 4
Apple Inc. v. Samsung Electronics Co., LTD., et al.

Joint Trial Exhibit No. 1500.3

**Apple's U.S. Historical iPhone, iPad and iPod Touch Sales**

| (Units in Thousands, Revenue in Millions USD) | | iPhone 1/ Units | iPhone 1/ Revenue | iPad 2/ Units | iPad 2/ Revenue | iPod Touch 2/ Units | iPod Touch 2/ Revenue |
|---|---|---|---|---|---|---|---|
| **2007** | Q1 | | | | | | |
| | Q2 | 270 | $ 143 | | | | |
| | Q3 | 1,119 | $ 506 | | | 172 | $ 57 |
| | Q4 | 1,833 | $ 729 | | | 1,764 | $ 523 |
| | Total | **3,222** | **$ 1,378** | | | **1,937** | **$ 580** |
| **2008** | Q1 | 1,630 | $ 671 | | | 738 | $ 242 |
| | Q2 | 692 | $ 311 | | | 825 | $ 254 |
| | Q3 | 2,660 | $ 1,645 | | | 1,204 | $ 317 |
| | Q4 | 2,041 | $ 1,222 | | | 3,181 | $ 737 |
| | Total | **7,023** | **$ 3,849** | | | **5,948** | **$ 1,550** |
| **2009** | Q1 | 1,678 | $ 1,004 | | | 1,631 | $ 392 |
| | Q2 | 2,532 | $ 1,390 | | | 1,942 | $ 438 |
| | Q3 | 3,475 | $ 1,996 | | | 2,100 | $ 457 |
| | Q4 | 2,501 | $ 1,385 | | | 4,961 | $ 1,001 |
| | Total | **10,186** | **$ 5,775** | | | **10,633** | **$ 2,289** |
| **2010** | Q1 | 2,666 | $ 1,444 | | | 2,647 | $ 558 |
| | Q2 | 2,778 | $ 1,562 | 2,294 | $ 1,398 | 2,441 | $ 493 |
| | Q3 | 4,912 | $ 2,841 | 1,969 | $ 1,223 | 2,501 | $ 496 |
| | Q4 | 3,767 | $ 2,102 | 3,597 | $ 2,065 | 5,689 | $ 1,263 |
| | Total | **14,123** | **$ 7,949** | **7,860** | **$ 4,686** | **13,278** | **$ 2,810** |
| **2011** | Q1 | 6,810 | $ 4,256 | 1,914 | $ 1,067 | 2,293 | $ 547 |
| | Q2 | 5,670 | $ 3,438 | 4,293 | $ 2,583 | 1,881 | $ 420 |
| | Q3 | 4,820 | $ 2,851 | 3,795 | $ 2,172 | 1,588 | $ 342 |
| | Q4 | 15,073 | $ 9,393 | 5,967 | $ 3,288 | 5,175 | $ 993 |
| | Total | **32,372** | **$ 19,938** | **15,969** | **$ 9,110** | **10,937** | **$ 2,302** |
| **2012** | Q1 | 10,687 | $ 6,678 | 4,460 | $ 2,387 | 2,028 | $ 411 |
| | Q2 | 8,342 | $ 5,137 | 5,713 | $ 2,891 | 1,791 | $ 354 |
| | Total | **19,029** | **$ 11,815** | **10,173** | **$ 5,277** | **3,819** | **$ 765** |
| **Total** | | **85,956** | **$ 50,703** | **34,002** | **$ 19,074** | **46,551** | **$ 10,296** |

| Units Accused by Samsung of Ingringing the Following Patents: | iPhone Units | iPhone Revenue | iPad Units | iPad Revenue | iPod Touch Units | iPod Touch Revenue |
|---|---|---|---|---|---|---|
| '516 and '941 Patents | 44,409 | $ 26,042 | 7,601 | $ 5,351 | -- | -- |
| '460 Patent | 46,624 | $ 25,896 | 18,747 | $ 8,167 | 20,970 | $ 4,639 |
| '893 Patent | 15,750 | $ 9,642 | 13,477 | $ 7,010 | 10,420 | $ 2,122 |
| '711 Patent | 15,750 | $ 9,642 | -- | -- | -- | -- |

**Sources/Notes:**
Data is displayed in calendar years/quarters.  Apple operates on a fiscal year ending September 31.
1/ Apple iPhone Units / Revenue Report APLNDC0003149809 - 9814 and APLNDC-Y0000408219.  Revenue = "Total Handset Billings." Accused units
   include iPhone 3G, iPhone 3GS, and iPhone 4.
2/ Apple iPod Touch and iPad Units / Revenue Report, APLNDC-Y0000408212 - 218.  Revenue = "Total Handset Billings." Accused iPad units and
   revenue include data for the iPad (AT&T) and iPad 2.  Accused iPod Touch units and revenue include data for the iPod Touch, 4th Generation.