# EXHIBIT F

# Carl Anderson

| | |
|---|---|
| **From:** | Olson, Erik J. [EJOlson@mofo.com] |
| **Sent:** | Monday, August 06, 2012 10:46 AM |
| **To:** | Robinson, Christopher; Barajas, Rosemary; Samsung v. Apple; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo |
| **Cc:** | WHAppleSamsungParalegalTeam@wilmerhale.com; Sibrina Khan; Gisele Darwish; Rene Unger; Geoffrey Grundy |
| **Subject:** | Apple's Disclosure - Musika |
| **Attachments:** | PX26C.pdf; PX26B.pdf; PDX34.1-55 (corrected).pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel:

I write regarding three items related to the testimony of Terry Musika.

1. Consistent with our communication last night, we are providing a revised version of PDX34 that fixes the typographic error we noted last night.
2. We also changed a number of the titles to remove a number of the use of the words "infringement" or "infringing" and replace it with other language. As I note, these changes are primarily located in the titles. The substance of the slides is unchanged.
3. Finally, Mr. Anderson has previously objected that portions of PX25 were allegedly untimely and not consistent with Musika's expert report, the supplemental expert report, the stipulation on Updated Financial Results and the stipulation regarding confidentiality. As previously stated, we disagree. Nonetheless, we have prepared alternate versions of PX25A, which are branded PX25B and PX25C, that eliminate the material to which we understand Mr. Anderson was objecting. While we still intend to use what has already been served as PX25A for all the reasons previously stated, we wanted you to have what we will use if the Court sustains any of your objections. Of course, we would make corresponding changes to all of the PDX34 slides so that they reflect the version of PX25 that is admitted. That is, the new financial numbers would tie to the relevant version of the summary. We are available to discuss any of this with you and resolve any objections that may exist. Nothing in the foregoing changes any position related to the already signed Agreement in Principle regarding Confidential Documents.

---------------------------------------------------------------
**Erik Olson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.5825 | F: 650.251.3842 | C: 650.283.5808
EJOlson@mofo.com | www.mofo.com

---

**From:** Robinson, Christopher
**Sent:** Monday, August 06, 2012 1:08 AM
**To:** Barajas, Rosemary; Samsungv.Apple@quinnemanuel.com; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo
**Cc:** WHAppleSamsungParalegalTeam@wilmerhale.com; sibrinakhan@quinnemanuel.com; giseledarwish@quinnemanuel.com; reneunger@quinnemanuel.com; geoffreygrundy@quinnemanuel.com
**Subject:** RE: Apple v. Samsung, No. 11-01846: Apple's Disclosure - Hauser, Musika, Singh, Teksler & Depo. Designations

Counsel,

1

We just discovered that slides PDX34.20, PDX34.21, and PDX34.22 had a number mistranscribed in the version we sent you. The $1,086,835,828 number will be corrected in the final version to read $1,086,087,376. We will serve a replacement tomorrow morning.

Sincerely,

Christopher

---------------------------------------------------------------
**Christopher Robinson**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: 650.813.4229 | F: 650.251.3925 | C: 650.278.6833
ChristopherRobinson@mofo.com | www.mofo.com


**From:** Barajas, Rosemary
**Sent:** Sunday, August 05, 2012 7:43 PM
**To:** Samsungv.Apple@quinnemanuel.com; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo
**Cc:** WHAppleSamsungParalegalTeam@wilmerhale.com; sibrinakhan@quinnemanuel.com; giseledarwish@quinnemanuel.com; reneunger@quinnemanuel.com; geoffreygrundy@quinnemanuel.com
**Subject:** Apple v. Samsung, No. 11-01846: Apple's Disclosure - Hauser, Musika, Singh, Teksler & Depo. Designations

Counsel:

Attached is Apple's disclosure and demonstratives for John Hauser, Terry Musika, Karan Singh, Boris Teksler and deposition designations.

Also attached are PX69, PX89, and PX90.

Rosemary Barajas
Senior Litigation Paralegal
Morrison | Foerster LLP
425 Market Street | San Francisco | 94105
Tel: 415.268.6744
Mobile: 415.690.5221

File(s) will be available for download until **04 September 2012**:

File: Day 5 Disclosure.zip, 71,308.88 KB


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com
Accellion File Transfer


---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any

2

advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------