# EXHIBIT G

Apple Inc. v. Samsung Electronics Co., Ltd. et al.

## List of Documents Considered

| | Document Description | Date | Bates Range |
|---|---|---|---|
| 1 | "A History of Object-Oriented Programming Languages and Their Impact on Program Design and Software Development" | | APLNDC-WH0000723855 - APLNDC-WH0000723867 |
| 2 | "Object Services Architecture," Object Management Group | 8/7/1992 | APLNDC-WH0000723868 - APLNDC-WH0000723949 |
| 3 | "Samsung Acclaim," Android Central (http://www.androidcentral.com/samsung-acclaim) | | |
| 4 | "Samsung Galaxy Tab 10.1," Android Central (http://www.androidcentral.com/samsung-galaxy-tab-101) | | |
| 5 | "Samsung Galaxy Tab," Android Central (http://www.androidcentral.com/samsung-galaxy-tab) | | |
| 6 | "Samsung Intercept," Android Central (http://www.androidcentral.com/samsung-intercept) | | |
| 7 | "Samsung Vibrant," Android Central (http://www.androidcentral.com/samsung-vibrant) | | |
| 8 | "The Common Object Request Broker: Architecture and Specification," OMG Document Number 91.12.1, Revision 1.1 | 12/10/1991 | APLNDC-WH0000723950 - APLNDC-WH0000724123 |
| 9 | [Proposed] Order Granting Apple's Motion to Compel Production of Documents and Things | 1/11/2012 | |
| 10 | \appendix{Vertical Interpolation Biases on Parallelogram Electrode Arrays} \label{wedge_compensation_sec} | | APLNDC0001260191 - APLNDC0001260193 |
| 11 | \appendix{Vertical Interpolation Biases on Parallelogram Electrode Arrays} \label{wedge_compensation_sec} | | APLNDC0001260187 - APLNDC0001260189 |
| 12 | \appendix<<6421>>Vertical Interpolation Biases on Parallelogram Electrode Arrays<<6421>> \label<<6422>>wedge_compensation_sec<<6422>> | | APLNDC0001260237 - APLNDC0001260240 |
| 13 | \subsection{Proposed Research} | | APLNDC0001260274 - APLNDC0001260277 |
| 14 | \subsection{Proposed Research} | | APLNDC0001260253 - APLNDC0001260256 |
| 15 | \subsubsection{Image Model Development} | | APLNDC0001260271 - APLNDC0001260273 |
| 16 | 35 U.S.C.A. § 284 | | |
| 17 | 3M MicroTouch - Capacitive Touch Screens Brochure | | APLNDC0000042641 - APLNDC0000042646 |
| 18 | 3M MicroTouch Capacitive Touch Screens Brochure | | APLNDC0001239147 - APLNDC0001239152 |
| 19 | 802.11 Commercialization Agreement between Apple Computer, Inc., France Telecom, Fujitsu Ltd., Japan Radio Co., Ltd., Koninklijke Philips Electronics N.V., Nokia Corp., Samsung Electronics Co., Ltd., Sony Corp., and Via Licensing Corp. | | APLNDC-WH0000655915 - APLNDC-WH0000655954 |

| Document Description | Date | Bates Range |
|---|---|---|
| 240 Apple Inc. Form 10-Q for the Quarterly Period Ended December 26, 2009 | 1/25/2010 | |
| 241 Apple Inc. Form 10-Q for the Quarterly Period Ended December 27, 2008 | | |
| 242 Apple Inc. Form 10-Q for the Quarterly Period Ended December 29, 2007 | | |
| 243 Apple Inc. Form 10-Q for the Quarterly Period Ended December 30, 2006 | 2/2/2007 | |
| 244 Apple Inc. Form 10-Q for the Quarterly Period Ended December 31, 2011 | 1/25/2012 | |
| 245 Apple Inc. Form 10-Q for the Quarterly Period Ended June 25, 2011 | 7/20/2011 | |
| 246 Apple Inc. Form 10-Q for the Quarterly Period Ended June 26, 2010 | 7/21/2010 | |
| 247 Apple Inc. Form 10-Q for the Quarterly Period Ended June 27, 2009 | | |
| 248 Apple Inc. Form 10-Q for the Quarterly Period Ended June 28, 2008 | | |
| 249 Apple Inc. Form 10-Q for the Quarterly Period Ended June 30, 2007 | | |
| 250 Apple Inc. Form 10-Q for the Quarterly Period Ended March 26, 2011 | | |
| 251 Apple Inc. Form 10-Q for the Quarterly Period Ended March 27, 2010 | 4/21/2010 | |
| 252 Apple Inc. Form 10-Q for the Quarterly Period Ended March 28, 2009 | 4/23/2009 | |
| 253 Apple Inc. Form 10-Q for the Quarterly Period Ended March 29, 2008 | | |
| 254 Apple Inc. Form 10-Q for the Quarterly Period Ended March 31, 2007 | 5/10/2007 | |
| 255 Apple Inc. Form 8-K for the Period Ending 1/24/12 | 1/24/2012 | |
| 256 Apple Inc. Google Websearch Report | | APLNDC-Y0000232431 - APLNDC-Y0000232433 |
| 257 Apple Inc. iPad Royalties, Q2FY2010 - Q1FY2012 | | APLNDC-Y0000232447 - APLNDC-Y0000232448 |
| 258 Apple Inc. iPhone Royalties, 2008 Q1 - 2010 Q1 | | APLNDC0000051350-R - APLNDC0000051356-R |
| 259 Apple Inc. iPhone Royalties, 2008 Q1 - 2010 Q1 | | APLNDC0001772330-R - APLNDC0001772336-R |
| 260 Apple Inc. iPhone Royalties, Q3FY2007 - Q1FY2012 | | APLNDC0000236371-R - APLNDC0000236405-R |
| 261 Apple Inc. iPhone Royalties, Q3FY2007 - Q1FY2012 | | APLNDC-Y0000236371 - APLNDC-Y0000236405 |
| 262 Apple Inc. iPhone Royalties, Q3FY2007 - Q1FY2012 | | APLNDC-Y0000232449 - APLNDC-Y0000232450 |
| 263 Apple Inc. iPod Royalties, Q3FY2004 - Q1FY2012 | | APLNDC-Y0000232451 - APLNDC-Y0000232454 |
| 264 Apple Inc. Launch to Date Net Sales by Adam ID (with ITS Billings) from 4/1/10 to 4/4/12 | | APLNDC-WH-A0000029886 - APLNDC-WH-A0000029891 |
| 265 Apple Inc. Master Development and Supply Agreement, Attachment | 2/27/2008 | APLNDC-WH0000723250 - APLNDC-WH0000723280 |
| 266 Apple Inc. Master Development and Supply Agreement, Attachment | 2/27/2008 | APLNDC-WH0000723197 - APLNDC-WH0000723227 |