# EXHIBIT H

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

```
     HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION
            Civil Action No.:  11-CV-01846-LHK
 3

 4   APPLE, INC., a California corporation,
          Plaintiff,
 5
     vs.
 6
     SAMSUNG ELECTRONICS CO., LTD.,
 7   a Korean business entity, et al.
          Defendants.
 8   _____

 9       UNITED STATES INTERNATIONAL TRADE COMMISSION
                     WASHINGTON, D.C.
10   _____

11   In the Matter of:

12   CERTAIN ELECTRONIC DIGITAL               Case No.:

13   MEDIA DEVICES AND COMPONENTS             337-TA-796

14   THEREOF

15   _____

16
                 *** HIGHLY CONFIDENTIAL ***
17               SUBJECT TO PROTECTIVE ORDER

18         VIDEOTAPED PERSONAL DEPOSITION OF:

19                   DONG HOON CHANG

20

21

22           Wednesday, March 7, 2012
                     Kim & Chang
23             Seoul, South Korea
              9:09 a.m. to 8:39 p.m.
24

25
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF PLAINTIFF, APPLE, INC.:

 4
         MORRISON FOERSTER, LLP
 5       By:  WESLEY OVERSON, ESQ.
         425 Market Street
 6       San Francisco, California 94105-2482
         Phone:  415.268.7339
 7

 8

 9   ON BEHALF OF DEFENDANT, SAMSUNG:

10
         QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
11       By:  MICHAEL T. ZELLER, Esq.
         865 South Figueroa Street
12       10th Floor
         Los Angeles, California
13       Phone:  213.443-3000

14
     Also present:
15
         ALBERT KIM, LEAD INTERPRETER
16       ANN PARK, CHECK INTERPRETER
         PAUL HISCHIER, VIDEOGRAPHER
17       TRACEY LOCASTRO, COURT REPORTER
         JAMES SHIN, SAMSUNG
18       STEPHANIE KIM, MORRISON & FOERSTER

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3

```
 1                      I N D E X

 2   Witness                                      Page
     DONG HOON CHANG
 3   Examination by Mr. Overson                      8
     Examination by Mr. Zeller                     193
 4

 5                     E X H I B I T S

 6    NUMBER            DESCRIPTION                PAGE
      Exhibit 2144      Bates numbers                13
 7                      S-ITC-3006128 through
                        29
 8    Exhibit 2145      Bates numbers SAMNDCA        35
                        10202827 through 874
 9    Exhibit 2146      Bates numbers SAMNDCA        47
                        202212 through 226
10    Exhibit 2147      Bates numbers SAMNDCA        54
                        217372 through 388
11    Exhibit 2148      Bates numbers SAMNDCA        61
                        10809390 through 460
12    Exhibit 2149      Bates numbers SAMNDCA        64
                        203092 through 179
13    Exhibit 2150      Bates numbers SAMNDCA        84
                        00202336 through 380
14    Exhibit 2151      Bates numbers SAMNDCA        96
                        10805169 through 75
15    Exhibit 2152      Bates numbers SAMNDCA       104
                        10807316 through 387
16    Exhibit 2153      Bates numbers SAMNDCA       112
                        10247373 through 78
17    Exhibit 2154      Bates numbers SAMNDCA       122
                        10247549 through 52
18    Exhibit 2155      Bates numbers SAMNDCA       125
                        203880 through 4010
19    Exhibit 2156      Bates numbers SAMNDCA       139
                        10131459 through 568
20    Exhibit 2157      Bates numbers SAMNDCA       147
                        10806650 through 59
21    Exhibit 2158      Bates numbers SAMNDCA       170
                        1015003 through 053
22    Exhibit 2159      Bates numbers SAMNDCA       175
                        203727 through 768
23    Exhibit 2160      Organizational Chart       176
                        Bates numbers SAMNDCA
24                      10997769 through 775
      Exhibit 2161      E-mail dated April         177
25                      22nd, 2010 Bates number
                        SAMNDCA 10698081
```

4

| | | | |
|---|---|---|---|
| 1 | Exhibit 2162 | Bates numbers SAMNDCA 507826 through 27 | 186 |
| 2 | Exhibit 2163 | Bates numbers SAMNDCA 10160084 through 85 | 188 |
| 3 | Exhibit 2164 | Bates numbers SAMNDCA 10159856 through 858 | 191 |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

5

|  |  |  |
|---|---|---|
|  | 1 | P R O C E E D I N G S |
|  | 2 | - - - |
| 09:09:09 | 3 | VIDEOGRAPHER:  My name is Paul Hischier, a |
| 09:09:10 | 4 | videographer with American Realtime Court |
| 09:09:14 | 5 | Reporters/Asia. |
| 09:09:14 | 6 | Today's date is March 7th, 2012.  And the |
| 09:09:18 | 7 | time is approximately 9:09.  This deposition is |
| 09:09:22 | 8 | being held in the office of Kim and Chang in |
| 09:09:25 | 9 | Jeongdong building in Seoul, Korea.  The case |
| 09:09:29 | 10 | captions are Apple, Incorporated versus Samsung |
| 09:09:34 | 11 | Electronics Company, Limited held in the U.S. |
| 09:09:37 | 12 | District Court, Northern District of California, |
| 09:09:38 | 13 | San Jose Division, civil action number |
| 09:09:44 | 14 | 11-CV-01846-LHK.  And the other case caption is |
| 09:09:49 | 15 | In the Matter of:  Certain Electronic Digital |
| 09:09:52 | 16 | Media Devices and Components Thereof held in the |
| 09:09:55 | 17 | U.S. International Trade Commission, |
| 09:09:57 | 18 | Washington, D.C. with a case number of |
| 09:10:02 | 19 | 337-TA-796. |
| 09:10:03 | 20 | The name of the witness is Dong Hoon Chang |
| 09:10:07 | 21 | testifying in his personal capacity. |
| 09:10:09 | 22 | The court reporter today is Tracey LoCastro, |
| 09:10:12 | 23 | also with American Realtime Court |
| 09:10:14 | 24 | Reporters/Asia. |
| 09:10:14 | 25 | At this time I would ask all counsel and |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

6

| | | |
|---|---|---|
| 09:10:17 | 1 | interpreters to please state their appearances |
| 09:10:19 | 2 | and whom they represent for the record. |
| 09:10:21 | 3 |     MR. OVERSON:  Wesley Overson of Morrison and |
| 09:10:25 | 4 | Foerster representing Apple, Inc. |
| 09:10:29 | 5 |     MS. STEPHANIE KIM:  Stephanie Kim |
| 09:10:31 | 6 | representing Apple, Morrison and Foerster. |
| 09:10:33 | 7 |     MR. ZELLER:  Mike Zeller for Samsung. |
| 09:10:43 | 8 |     MR. SHIN:  James Shin, Samsung. |
| 09:10:45 | 9 |     LEAD INTERPRETER:  Albert S. Kim, |
| 09:10:48 | 10 | interpreter of record. |
| 09:10:49 | 11 |     CHECK INTERPRETER:  Ann Park, check |
| 09:10:51 | 12 | interpreter. |
| 09:10:52 | 13 |     VIDEOGRAPHER:  Counsel, please state any |
| 09:10:53 | 14 | stipulations or statements you have for the |
| 09:10:56 | 15 | record at this time. |
| 09:10:58 | 16 |     MR. OVERSON:  I have been asked to read the |
| 09:11:02 | 17 | following prior to the witness taking his oath. |
| 09:11:05 | 18 |     We understand the court reporter is not |
| 09:11:08 | 19 | authorized to administer oaths in this venue; |
| 09:11:11 | 20 | nevertheless, we request that she administer the |
| 09:11:15 | 21 | oath, and we stipulate that we waive any |
| 09:11:17 | 22 | objection to the validity of the deposition |
| 09:11:20 | 23 | based on the oaths. |
| 09:11:21 | 24 |     Do you agree, Counsel? |
| 09:11:22 | 25 |     MR. ZELLER:  That's my understanding, |

| | | |
|---|---|---|
| 09:11:23 | 1 | correct. |
| 09:11:24 | 2 | VIDEOGRAPHER:  At this time will the court |
| 09:11:26 | 3 | reporter please swear in the witness and |
| 09:11:28 | 4 | interpreters. |
| | 5 | COURT REPORTER:  Do you solemnly swear or |
| | 6 | affirm that you will well and truly interpret |
| | 7 | the questions propounded by counsel and the |
| | 8 | answers given by the witness from Korean to |
| | 9 | English and English to Korean to the best of |
| 09:11:41 | 10 | your ability. |
| 09:11:41 | 11 | LEAD INTERPRETER:  I do. |
| 09:11:42 | 12 | CHECK INTERPRETER:  Yes. |
| 09:11:42 | 13 | DONG HOON CHANG, |
| 09:11:42 | 14 | after having been duly sworn by the reporter, pursuant |
| 09:11:42 | 15 | to stipulation of counsel, was examined and testified |
| 09:11:55 | 16 | through the interpreter as follows: |
| 09:11:55 | 17 | THE WITNESS:  I do. |
| 09:11:58 | 18 | MR. OVERSON:  Before we begin, Counsel, I |
| 09:12:01 | 19 | just want to confirm that this deposition is |
| 09:12:04 | 20 | going to be usable in both the ITC and the |
| 09:12:07 | 21 | Northern District of California actions. |
| 09:12:09 | 22 | MR. ZELLER:  That's correct.  The agreement |
| 09:12:11 | 23 | is is that today's testimony will be in |
| 09:12:14 | 24 | connection with both matters and also will be |
| 09:12:18 | 25 | limited to today. |

```
07:07:07   1        people working for counsel on that subject?  And
07:07:10   2        you refuse to do it.
07:07:12   3             MR. OVERSON:  Actually, I did.  But I'll ask
07:07:15   4        it again.
07:07:16   5             MR. ZELLER:  You made it a double negative
07:07:17   6        and you made it confusing.
07:07:18   7             MR. OVERSON:  I'll ask it, and I'll read it
07:07:21   8        from Mr. Zeller's transcript.
07:07:21   9   BY MR. OVERSON:
07:07:23  10        Q.   Did you have any communications, outside the
07:07:26  11   context of communications with attorneys or people
07:07:30  12   working for attorneys, on whether there were any patent
07:07:36  13   issues with respect to Apple upon the release of the
07:07:42  14   Galaxy phone in the United States?
07:08:24  15        A.   Well, lawyers, well, we have this -- we have
07:08:28  16   our IP legal team, and on that matter I did speak with
07:08:32  17   folks within our IP legal team.  And when talking
07:08:52  18   amongst ourselves, we folks don't really quite know
07:08:56  19   about these sorts of legal things and so there really
07:08:59  20   isn't a whole lot of significance were we to talk with
07:09:03  21   folks other than people belonging to the legal team,
07:09:06  22   really.
07:09:16  23        Q.   ==So did you talk amongst the engineers or the==
07:09:19  24   ==designers that you worked with about Apple patents==
07:09:22  25   ==apart from the lawyers?==
```

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

165

```
07:09:39   1           MR. ZELLER:  We're taking a break to discuss
07:09:42   2       this.  Obviously he's not -- you're not entitled
07:09:49   3       to find out whether or not they discussed the
07:09:51   4       legal advice or legal communications.  And you
07:09:56   5       have not excluded that from your question.
07:09:58   6       So --
07:09:58   7           MR. OVERSON:  I agree with that.  I'm happy
07:10:00   8       to exclude that from my question.
07:10:02   9           MR. ZELLER:  We need to make it very clear
07:10:04  10       to the witness.
07:10:04  11           So I'm instructing you that you should not
07:10:08  12       include in your answer any discussions or
07:10:10  13       communications that you had with other people
07:10:12  14       within the company, whether they're engineers or
07:10:17  15       anyone else, where the discussion was about the
07:10:20  16       legal advice or the communications with the
07:10:24  17       lawyers and people working for the lawyers.
07:11:06  18       A.   So it's like this.  As far as anything
07:11:28  19   having to do with the lawsuit or the patents, anything
07:11:33  20   having to do with things of a legal nature, the only
07:11:39  21   thing I spoke about was in the presence of such legal
07:11:43  22   team members.  So I cannot talk about that.
07:11:43  23   BY MR. OVERSON:
07:11:52  24       Q.   When do you first recall talking about
07:11:58  25   design of a tablet product?
```

American Realtime Court Reporters / Asia
www.americanrealtime.com  (561) 279-9132