# EXHIBIT I

Highly Confidential - Attorneys' Eyes Only

Page 1

1          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
2                SAN JOSE DIVISION
3    --------------------------------x
4    APPLE INC., a California
     corporation,
5
                        Plaintiff,
6                                           Case No.
     vs.                                    11-CV-01846-LHK
7
     SAMSUNG ELECTRONICS CO., LTD, a
8    Korean business entity; SAMSUNG
     ELECTRONICS AMERICA, INC., a New
9    York corporation; SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC,
10   a Delaware limited liability
     company,
11
                        Defendants.
12
     --------------------------------x
13
14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15            VIDEOTAPED DEPOSITION OF JOHN HAUSER, a
16        witness called by the Defendants, taken
17        pursuant to the applicable provisions of the
18        Federal Rules of Civil Procedure, before James
19        A. Scally, RMR, CRR, a Notary Public in and
20        for the Commonwealth of Massachusetts, at the
21        offices of WilmerHale, 60 State Street,
22        Boston, Massachusetts, on Friday, April 27,
23        2012, commencing at 9:31 a.m.
24        TSG Job # 48803
25

Highly Confidential - Attorneys' Eyes Only

Page 90

| | | |
|---|---|---|
| 1 | the four profiles that they're given. | 11:50:55 |
| 2 | Q.  Well, how -- how did you determine that the | 11:51:00 |
| 3 | features you tested were reasonable, as you say? | 11:51:03 |
| 4 | A.  Well, a few things.  Actually, quite a few things. | 11:51:10 |
| 5 | The first is we had pretests.  And in the pretests, | 11:51:15 |
| 6 | consumers felt they can answer the questions; they thought | 11:51:24 |
| 7 | they were realistic; they felt they were comfortable | 11:51:26 |
| 8 | choices.  All the things that we would expect coming out of | 11:51:30 |
| 9 | these. | 11:51:32 |
| 10 | Second, we have actual validity data within the | 11:51:35 |
| 11 | conjoint analysis.  And that if we estimate the model on 15 | 11:51:39 |
| 12 | choice sets and then try and predict the 16th, we got very | 11:51:44 |
| 13 | strong internal validity, which means that they're making | 11:51:47 |
| 14 | choices that are at least consistent and therefore would be | 11:51:50 |
| 15 | very, very realistic to them. | 11:51:56 |
| 16 | And, you know, in general, in sort of looking at | 11:51:59 |
| 17 | the features, again, this is sort of relying on my | 11:52:04 |
| 18 | expertise, I think we did a good job of portraying the | 11:52:07 |
| 19 | features to consumers.  And on many of these features, we | 11:52:12 |
| 20 | got definitely significant partworths, which means that | 11:52:17 |
| 21 | they were important.  I think for simplicity, since that's | 11:52:23 |
| 22 | not the focus of the case, I didn't report them, but, you | 11:52:25 |
| 23 | know, they were -- they're in all the files; you can | 11:52:28 |
| 24 | compute them, et cetera. | 11:52:32 |
| 25 | So I've got a lot of confidence looking across the | 11:52:34 |

Highly Confidential - Attorneys' Eyes Only

Page 105

| | | |
|---|---|---|
| 1 | remember the details of how we created the technical | 12:15:47 |
| 2 | connectivity here.  So, but it doesn't matter, and that's | 12:15:50 |
| 3 | the key thing. | 12:15:53 |
| 4 |     I am -- I didn't report the partworths of | 12:15:57 |
| 5 | connectivity, because I didn't think they were relevant to | 12:16:00 |
| 6 | the partworths of the touchscreen features, or calling the | 12:16:03 |
| 7 | touchscreen features.  They are -- you can compute them; | 12:16:10 |
| 8 | you can -- they're in all the backup.  Because they're -- | 12:16:14 |
| 9 | they're independent, and because I did the -- the test of | 12:16:16 |
| 10 | interactions, it was very important to me that that test be | 12:16:20 |
| 11 | run.  And we can find a footnote if you'd like. | 12:16:26 |
| 12 |     Q.   Are you familiar with Apple's -- any of Apple's | 12:16:40 |
| 13 | studies about smartphone users? | 12:16:43 |
| 14 |     A.   Well, I -- I've looked at two, and the -- the two | 12:16:48 |
| 15 | studies that Dr. Sukumar cited.  I -- I should say, to | 12:16:53 |
| 16 | be -- to be perfectly clear here, I looked at PowerPoint | 12:16:58 |
| 17 | presentations, which I think is what those -- those are, | 12:17:02 |
| 18 | but in the files that were given to me that describe those | 12:17:07 |
| 19 | studies. | 12:17:11 |
| 20 |     Q.   And do you remember -- do you remember what the -- | 12:17:11 |
| 21 | the most important -- most important factor was in Android | 12:17:15 |
| 22 | customers' decision to purchase an Android phone? | 12:17:22 |
| 23 |     A.   From that study, no, I'm not -- I didn't memorize | 12:17:26 |
| 24 | that study. | 12:17:30 |
| 25 |     Q.   Okay.  And you didn't -- you didn't think it was | 12:17:31 |

```
                                                                Page 238
 1   between full multi-touch and limited multi-touch, and that    16:56:04
 2   can be done.                                                   16:56:09
 3              MR. GALVIN:  I'm going to mark as                   16:56:11
 4        Exhibit 18 some data you produced.  The                   16:56:12
 5        file is called, this is just a print of a                 16:56:21
 6        file that we received from you, called wtp_               16:56:23
 7        sphone.sas.                                               16:56:27
 8              THE STENOGRAPHER:  I have Exhibit 19.               16:56:46
 9              MR. GALVIN:  19.  Okay.  As Exhibit                 16:56:47
10        19.  Exhibit 19 is wtp_sphone.sas, a                      16:56:47
11        three-page document we received from                      16:56:52
12        counsel for Apple.                                        16:56:56
13              (Exhibit 19, printout of                            16:56:57
14        wtp_sphone.sas, marked.)                                  16:56:58
15    Q.  Dr. Hauser, do you recognize this document?               16:56:59
16    A.  This appears to be a SAS file, a SAS program.  And       16:57:02
17   I presume it's -- well, I don't presume.  I mean I asked       16:57:14
18   for things to be calculated, and they were calculated.         16:57:17
19    Q.  Okay.  Do you see on page -- page 1 about three-          16:57:20
20   quarters of the way down, do you see where it says "Scale      16:57:26
21   Factor"?  Three-quarters of the page down.                     16:57:29
22    A.  Yes.                                                      16:57:36
23    Q.  Okay.  So your partworth estimates, they were             16:57:37
24   multiplied by a scale factor, weren't they?                    16:57:43
25    A.  If you're asking me can I read the SAS code, no.          16:57:47
```

Highly Confidential - Attorneys' Eyes Only

Page 239

| | | |
|---|---|---|
| 1 | Q.   No.  I'm asking you the -- the process by -- by | 16:57:50 |
| 2 | which you determined partworths, the partworths -- the | 16:57:52 |
| 3 | partworths that you report in the estimates that you | 16:57:57 |
| 4 | provide, they were multiplied by a scale factor, weren't | 16:58:03 |
| 5 | they? | 16:58:07 |
| 6 | A.   Well, there's just two sets of partworths you're | 16:58:07 |
| 7 | going to get out of Sawtooth.  One is the -- the raw | 16:58:10 |
| 8 | partworths and the other is the rescaled partworths.  The | 16:58:14 |
| 9 | last one are, I think, mean-centered difs.  And, again, I | 16:58:18 |
| 10 | can't read all the SAS code, so -- but I can -- I can | 16:58:28 |
| 11 | describe what happens. | 16:58:31 |
| 12 |        The -- in the mean-centered difs, which I think | 16:58:32 |
| 13 | is -- is what might be reported here, because these look | 16:58:35 |
| 14 | like they sum to zero, or at least close to it, that -- I | 16:58:38 |
| 15 | guess they don't.  Let me step back. | 16:58:47 |
| 16 |        In estimating the logit model, there are raw | 16:58:51 |
| 17 | partworths, okay?  And those are the ones I want to use. | 16:58:56 |
| 18 | Now, sometimes to -- to make it easy to read, what Sawtooth | 16:59:01 |
| 19 | will do is it will center those and rescale those.  So if | 16:59:06 |
| 20 | it rescales those, and we want to put it back into the | 16:59:11 |
| 21 | logit model from which it was the estimate, we have to undo | 16:59:15 |
| 22 | essentially this affine transformation.  And chances are | 16:59:19 |
| 23 | that's what it's doing is it's undoing the affine | 16:59:23 |
| 24 | transformation. | 16:59:29 |
| 25 | Q.   Didn't you -- didn't you put in the scale factor? | 16:59:30 |

Page 240

| | | |
|---|---|---|
| 1 | This is -- this is something that you have to actually tell | 16:59:32 |
| 2 | Sawtooth to do, isn't it?  It doesn't automatically do -- | 16:59:34 |
| 3 | do this -- do this scaling, does it? | 16:59:38 |
| 4 | MR. ILLOVSKY:  Objection to form. | 16:59:41 |
| 5 | A.   I can't read the SAS code. | 16:59:43 |
| 6 | Q.   Well, may -- okay.  Maybe you can point me to | 16:59:49 |
| 7 | someplace in your report where you talk about the use of | 16:59:51 |
| 8 | the scale factor and how it's used to estimate your | 16:59:53 |
| 9 | partworths. | 17:00:00 |
| 10 | A.   I can describe how the partworths are estimated. | 17:00:01 |
| 11 | Q.   Well, can you show me in your report where you | 17:00:03 |
| 12 | talk about the partworths being multiplied by the scale | 17:00:06 |
| 13 | factor? | 17:00:10 |
| 14 | A.   I -- you're showing me SAS code.  I'm not -- I | 17:00:12 |
| 15 | can't read the SAS code.  I -- I mean I could, I can go | 17:00:14 |
| 16 | through it one by one; we can, you know, spend the next | 17:00:18 |
| 17 | hour of me figuring out what the SAS code actually says. | 17:00:20 |
| 18 | And I could do that.  And then after I do that, spend that | 17:00:26 |
| 19 | time, then I'll describe to you what the scale factor | 17:00:29 |
| 20 | means. | 17:00:31 |
| 21 | Q.   Okay. | 17:00:31 |
| 22 | A.   Do you want to do that? | 17:00:33 |
| 23 | Q.   I don't.  I want to ask a question. | 17:00:34 |
| 24 | A.   Okay. | 17:00:36 |
| 25 | Q.   Is -- is it fair to say the scale factor is -- | 17:00:37 |

| | | |
|---|---|---|
| 1 | Q. You mention in your report that Cornerstone | 17:57:17 |
| 2 | Research was involved in -- in analyzing the data; is that | 17:57:23 |
| 3 | right? | 17:57:29 |
| 4 | A. That's correct. | 17:57:29 |
| 5 | Q. Can you tell me what they did exactly? | 17:57:30 |
| 6 | A. Yes. They -- I gave them instructions on how to | 17:57:33 |
| 7 | analyze it. They wrote -- they wrote the SAS code and -- | 17:57:44 |
| 8 | which manipulated the data. And my understanding is | 17:57:46 |
| 9 | they -- they -- they checked this a number of different | 17:57:48 |
| 10 | ways, and then they would provide the output to me, the | 17:57:50 |
| 11 | output of the SAS runs. | 17:57:53 |
| 12 | Q. And did you provide these instructions to | 17:57:57 |
| 13 | Cornerstone orally? | 17:58:00 |
| 14 | A. Yes, I did. | 17:58:01 |
| 15 | Q. Did you provide Cornerstone any written materials? | 17:58:03 |
| 16 | A. Only that which had been identified in my report. | 17:58:09 |
| 17 | Q. I don't think your report identifies any written | 17:58:14 |
| 18 | materials that you provided to Cornerstone, does it? | 17:58:17 |
| 19 | MR. ILLOVSKY: We're almost -- you're | 17:58:25 |
| 20 | almost out of -- out of time by my count. | 17:58:25 |
| 21 | A. Just that there's a number of academic articles | 17:58:29 |
| 22 | listed, academic articles and books. Many of these I | 17:58:31 |
| 23 | provided to them. Many of them I just gave the citations | 17:58:35 |
| 24 | to and then they looked up. Same thing with other | 17:58:41 |
| 25 | publications. Probably told them about the -- some of | 17:58:45 |