# EXHIBIT J

1  HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
   hmcelhinny@mofo.com                         william.lee@wilmerhale.com
2  RACHEL KREVANS (CA SBN 116421)              WILMER CUTLER PICKERING
   rkrevans@mofo.com                           HALE AND DORR LLP
3  MICHAEL A. JACOBS (CA SBN 111664)           60 State Street
   mjacobs@mofo.com                            Boston, MA 02109
4  JENNIFER LEE TAYLOR (CA SBN 161368)         Telephone: (617) 526-6000
   jtaylor@mofo.com                            Facsimile: (617) 526-5000
5  ALISON M. TUCHER (CA SBN 171363)
   atucher@mofo.com
6  RICHARD S.J. HUNG (CA SBN 197425)           MARK D. SELWYN (SBN 244180)
   rhung@mofo.com                              mark.selwyn@wilmerhale.com
7  JASON R. BARTLETT (CA SBN 214530)           WILMER CUTLER PICKERING
   jasonbartlett@mofo.com                      HALE AND DORR LLP
8  MORRISON & FOERSTER LLP                     950 Page Mill Road
   425 Market Street                           Palo Alto, California 94304
9  San Francisco, California  94105-2482       Telephone: (650) 858-6000
   Telephone:  (415) 268-7000                  Facsimile: (650) 858-6100
10 Facsimile:  (415) 268-7522

11

12 Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

13

14                    UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17                          SAN JOSE DIVISION

18

19 APPLE INC.,                                 Case No.    11-cv-01846 LHK (PSG)

20                Plaintiff,

21        v.                                   **APPLE'S REVISED EXHIBIT
                                               LIST (EXHIBIT 5 TO JOINT
22 SAMSUNG ELECTRONICS CO., LTD., a            PRETRIAL CONFERENCE
   Korean business entity; SAMSUNG             STATEMENT)**
23 ELECTRONICS AMERICA, INC., a New York
   corporation; SAMSUNG                        Place:    Courtroom 4, 5th Floor
24 TELECOMMUNICATIONS AMERICA, LLC, a          Judge:    Hon. Lucy H. Koh
   Delaware limited liability company,
25
                  Defendants.
26

27

28

Pursuant to the July 19, 2012 Minute Order and Case Management Order (Docket No. 1267) Apple submits herewith as Exhibit 1 its revised exhibit list, previously submitted as Exhibit 5 to the Joint Pretrial Conference Statement (Docket No. 1189-5).

Samsung informed Apple this morning that Samsung intends to voluntarily dismiss the '604 patent from its counterclaims. Apple has not had adequate time to evaluate fully the impact of that change on Apple's exhibit list or determine which exhibits should be substituted for the exhibits to be removed. Accordingly, Apple submits this list with exhibits 69, 89, 90, 109, and 191 left blank. Apple will identify substitutes for those exhibits as soon as practicable.

Dated: July 23, 2012

MORRISON & FOERSTER LLP

By:    /s/ Michael A. Jacobs
       Michael A. Jacobs

Attorneys for Plaintiff
APPLE INC.

# Exhibit 1

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | N/A | Photographs of Apple Phone Models | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 2 | N/A | N/A | Photographs of Apple Tablet Models | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 3 | N/A | N/A | Apple and Samsung Smartphones | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 4 | N/A | N/A | Apple and Samsung Tablets | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 5 | N/A | N/A | Summary of Press Reports Regarding Samsung Tablet Designs | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 6 | N/A | N/A | Summary of Press Reports Regarding Samsung Phone Designs | N/A | N/A | Peter Bressler; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 7 | N/A | N/A | Photographs of accused Samsung devices | N/A | N/A | Philip Schiller; Peter Bressler; Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 8 | N/A | N/A | Photographs of Apple products | N/A | N/A | Christopher Stringer; Philip Schiller; Scott Forstall; Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 9 | N/A | N/A | Translation of email from Dong Jin Koh dated September 16, 2008 | SAMNDCA11374409 | SAMNDCA11374414 | Karan Singh; Gee-Sung Choi | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 10 | N/A | N/A | Design alternatives considered by Peter Bressler | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 11 | N/A | N/A | iPhone and iPad Advertisements | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 12 | N/A | N/A | iPhone Television Advertisements | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |

1

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 6 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/25/12 Page 5 of 23
Apple v. Samsung, No. 11-01846
Apple's Trial Exhibit List

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 13 | N/A | N/A | iPad Television Advertisements | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 14 | N/A | N/A | iPhone & iPad Media Clips | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 15 | N/A | N/A | Apple's Sales of iPhone and iPad | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad; secondary considerations. | | |
| 16 | N/A | N/A | iPhone and iPad Advertising Expenditures | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 17 | N/A | N/A | Summary of iPhone and iPad News Coverage | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |
| 18 | N/A | N/A | Fox, *The Simpsons*, January 31, 2010 | APLNDC0000359537 | APLNDC0000359537 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 19 | N/A | N/A | Designs Considered by Apple | N/A | N/A | Scott Forstall | Offered in support of Apple's trade dress and design patent claims | | |
| 20 | N/A | N/A | Design alternatives considered by A. Hedge | N/A | N/A | Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 21 | N/A | N/A | Screen captures considered by S. Kare | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 22 | N/A | N/A | Design alternatives considered by S. Kare | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 23 | N/A | N/A | Summary of Hal Poret's Secondary Meanings Surveys | N/A | N/A | Hal Poret; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |
| 24 | N/A | N/A | Summary of Kent Van Liere's Association/Confusion Surveys | N/A | N/A | Kent Van Liere; Russell Winer | Offered in support of Apple's trade dress and design patent claims | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 7 of 24
Case5:11-cv-01846-LHK Document933-1 Filed07/25/12 Page9 of 23
Apple v. Samsung, No. 11-01846
Apple's Trial Exhibit List

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 25 | N/A | N/A | Summary of Apple's damages calculations | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 26 | N/A | N/A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 27 | N/A | N/A | Summary of selected documents reflecting comments on the smartphone and tablet marketplace | N/A | N/A | Terry Musika | Offered in support of Apple's trade dress and design patent claims, damages and secondary considerations | | |
| 28 | N/A | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Terry Musika | Damages | | |
| 29 | N/A | N/A | Summary and comparison of Samsung financial data from different sources in Samsung's production | N/A | N/A | Terry Musika | Damages | | |
| 30 | N/A | N/A | Summary of survey conducted by J. Hauser | N/A | N/A | John Hauser | Damages and secondary considerations. | | |
| 31 | N/A | N/A | Selection of Samsung source code from Bates range SAMNDCA-C000000001 - SAMNDCA-C000009221 | SAMNDCA-C000002368; SAMNDCA-C000002440; SAMNDCA-C000002481; SAMNDCA-C000002559; SAMNDCA-C000002807; SAMNDCA-C000003597; SAMNDCA-C000005715; SAMNDCA-C000006084; SAMNDCA-C000006277; SAMNDCA-C000003501; SAMNDCA-C000007702; SAMNDCA-C000007890; SAMNDCA-C000008045 | SAMNDCA-C000002420; SAMNDCA-C000002476; SAMNDCA-C000002529; SAMNDCA-C000002636; SAMNDCA-C000002968; SAMNDCA-C000003714; SAMNDCA-C000005969; SAMNDCA-C000006166; SAMNDCA-C000006331; SAMNDCA-C000003549; SAMNDCA-C000007786; SAMNDCA-C000008007; SAMNDCA-C000008180 | Karan Singh; Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |
| 32 | N/A | N/A | Samsung Blackjack i607 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 33 | N/A | N/A | iPhone and iPad Advertising Expenditures | APLNDC-Y0000051623 | APLNDC-Y0000051623 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/08/12 Page 8 of 24
Case5:11-cv-01846-LHK Document1267-3 Filed07/25/12 Page8 of 23
Apple v. Samsung, No. 11-01846
Apple's Trial Exhibit List

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Ex. 1733; Ex. 2012; Ex. 2148 | 9/1/2007 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | SAMNDCA10809390 | SAMNDCA10809460 | Terry Musika; Seogguen Kim; Dong Hoon Chang; Sungsik Lee; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 35 | Ex. 1394 | 12/14/2008 | Email from J. Boltello re: Additional wallpapers for Genie | SAMNDCA10247689 | SAMNDCA10247704 | Susan Kare; Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 36 | Ex. 2006 Ex. 1654 | 12/17/2008 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | SAMNDCA00191811 | SAMNDCA00191987 | Peter Bressler; Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 37 | Ex. 2009 Ex. 2151 | 12/24/2008 | Translation of presentation: Touch Portfolio Key Takeaways | SAMNDCA10805169 | SAMNDCA10805175 | Seogguen Kim; Sungsik Lee; Dong Hoon Chang; Won Pyo Hong; Dale Sohn; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 38 | N/A | 4/17/2009 | Presentation: Browser Zooming Methods UX Exploration Study | SAMNDCA11104115 | SAMNDCA11104139 | Karan Singh; Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 39 | Ex. 2641 | 9/9/2011 | Translation of Presentation: Alkon Instructions from the CEO | SAMNDCA20012936 | SAMNDCA20012942 | Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 40 | Ex. 1352 Ex. 1372 Ex. 1977 Ex. 2153 | 2/11/2010 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | SAMNDCA10247373 | SAMNDCA10247378 | Russell Winer; Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 41 | Ex. 1667 | 7/30/2012 | Presentation: Samsung TN GUI Framework Final Presentation | SAMNDCA11030081 | SAMNDCA11030359 | Susan Kare; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 42 | Ex. 2709 | 2/16/2010 | Translation of Email from Hyun Kim regarding PI/P3 Division Head Design Report Meeting Minutes, dated February 16, 2010 | SAMNDCA00044700 | SAMNDCA00044700 | Wong Pyo Hong; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 43 | Ex. 1751 | 2/23/2010 | Translation of Email from Ki Hyun Seo regarding Team Leader's Directives at the Executives' Meeting 2/22 (Mon) | SAMNDCA10167856 | SAMNDCA10167857 | Wong Pyo Hong; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/07/12 Page 9 of 24
Case5:11-cv-01846-LHK Document993-2 Filed07/25/12 Page9 of 23
Apple v. Samsung, No. 11-01846
Apple's Trial Exhibit List

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Ex. 1194; Ex. 1506; Ex. 2007; Ex. 2126; Ex. 2155 | 3/2/2010 | Translation of Presentation: Relative Evaluation Report on S1, iPhone | SAMNDCA00203880 | SAMNDCA00204010 | Karan Singh; Susan Kare; Russell Winer; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 45 | N/A | N/A | Samsung Beat DJ | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 46 | Ex. 2008 | 5/10/2010 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | SAMNDCA00508318 | SAMNDCA00508400 | Ravin Balakrishnan; Russell Winer; Terry Musika | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 47 | Ex. 2164 | 5/24/2010 | Translation of Email from Saejin Cha regarding China GDI evaluation and attachments | SAMNDCA10159856 | SAMNDCA10159871 | Dong Hoon Chang; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 48 | N/A | 7/5/2010 | Presentation: Wave & Galaxy S Expert & regular users UX Critique | SAMNDCA11290567 | SAMNDCA11290652 | Dong Hoon Chang; Ravin Balakrishnan; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 49 | N/A | N/A | Apple Intelligence Report: Samsung Telecom Research Israel | SAMNDCA00387536 | SAMNDCA00387585 | Karan Singh; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, copying. | | |
| 50 | N/A | N/A | Best Buy Advertisement, "Samsung Galaxy Tab included with Selected Samsung HDTVs" | N/A | N/A | Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 51 | Ex. 11; Wagner Ex. 8 | 10/5/2010 | Presentation: Samsung-Apple Licensing Discussion, October 5, 2010 | APLNDC0000010886 | APLNDC0000010903 | Boris Teksler; Richard Lutton; Jun Won Lee; Philip Schiller; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 52 | Ex. 5 | 8/4/2010 | Presentation: Samsung's Use of Apple Patents in Smartphones | APLNDC00001103 | APLNDC00001192 | Boris Teksler; Richard Lutton; Jun Won Lee | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 53 | Ex. 2022 Ex. 2117 | 2011 | Translation of Presentation: Comparison of Galaxy S and iPhone 4 | SAMNDCA11010883 | SAMNDCA11010884 | Seogguen Kim; Minhyouk Lee; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 54 | Ex. 2652 | 11/1/2010 | Presentation: Lessons from Apple Boston Consulting Group | SAMNDCA00274819 | SAMNDCA00274854 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Ex. 1391 | 2011 | Presentation: Samsung mobile icon design for 2011 | SAMNDCA20007208 | SAMNDCA20007222 | Susan Kare; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 56 | N/A | 2/11/2011 | Presentation: Samsung Q4 '10 Deep Dive | SAMNDCA00526887 | SAMNDCA00526993 | Peter Bressler; Russell Winer; Timothy Benner; Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 57 | Ex. 2005 Ex. 1517 | 4/9/2011 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | SAMNDCA00176053 | SAMNDCA10765466 | Ravin Balakrishnan; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 58 | Ex. 2651 | 6/17/2011 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | SAMNDCA10375640 | SAMNDCA10375662 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 59 | Ex. 1261 Ex. 1353 Ex. 1628 | August, 2011 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | SAMNDCA10154003 | SAMNDCA10154053 | Peter Bressler; Sangeun Lee; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 60 | Ex. 2647 | 2/16/2012 | Presentation: STA Competitive Situation Paradigm Shift | SAMNDCA11547401 | SAMNDCA11547470 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 61 | Ex. 1982 | 4/2/2012 | Translation of Presentation: Next Phase UX Direction through iPhone and TouchWiz Competitiveness Analysis | SAMNDCA10998213 | SAMNDCA10998232 | Ravin Balakrishnan; Sungsik Lee; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 62 | Vander Veen Ex. 9 | 3/25/2011 | Presentation: iPhone 5 Counter Strategy | S-ITC-003351732 | S-ITC-003351759 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, design and trade dress claims, copying. | | |
| 63 | N/A | N/A | Source Code | APLNDC0000014245 | APLNDC0000014252 | Bas Ording; Scott Forstall; Ravin Balakrishnan; Justin Denison | Offered in support of Apple's utility patent claims. | | |
| 64 | N/A | N/A | Video of Samsung infringement of '381 patent | N/A | N/A | Ravin Balakrishnan | Offered in support of Apple's utility patent claims. | | |
| 65 | N/A | N/A | Video of Samsung infringement of '163 patent | N/A | N/A | Karan Singh | Offered in support of Apple's utility patent claims. | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/06/12 Page 11 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/08/12 Page 10 of 23
Apple v. Samsung, No. 11-01846

**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 66 | N/A | N/A | Video of Samsung infringement of '915 patent | N/A | N/A | Karan Singh | Offered in support of Apple's utility patent claims. | | |
| 67 | N/A | 4/4/2012 | Apple Inc. Launch Date Net Sales by Adam Id (with ITS Billings) from 4/1/10 To 4/4/12 | APLNDC-WH-A0000029886 | APLNDC-WH-A0000029891 | Terry Musika; Mark Buckley | This exhibit is being offered as evidence of revenue earned by downloaded applications cited in Dr. O'Brien's expert report. | | |
| 68 | Sung Ho Choi 6, 7; Seung Gun Park 12 | N/A | Samsung WCDMA Release 7 Standardization Research Project Completion Report and English translation | SAMNDCA00166606; APLNDC-WH-A0000032261 | SAMNDCA00166622; APLNDC-WH-A0000032278 | Sung Ho Choi or other Samsung Witness | This exhibit is being offered as evidence of Samsung's IPR policies and practices | | |
| 69 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 70 | N/A | 5/1/2005 | 3GPP TSG-RAN WG1 Meeting #42, R1-050995 London, UK,  29 August – 2 September, 2005, Approved Report of 3GPP TSG RAN WG1 #41 in Athens (Athens, Greece, 09 – 13 May, 2005) | APLNDC-WH-A0000011139 | APLNDC-WH-A0000011202 | Michael Walker; Hyong Kim | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 71 | N/A | N/A | Samsung Spreadsheet re: IPRs | SAMNDCA00136215 | SAMNDCA00136296 | Soeng Hun Kim | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and 3GPP | | |
| 72 | N/A | 5/1/2005 | TSG-RAN WG2 Meeting #48, R2-052063, London, 29 August - 02 Sep 2005, Approved minutes of the 47 TSG-RAN WG2 meeting (Athens Greece, 09-13 May 2005) | APLNDC-WH-A0000008857 | APLNDC-WH-A0000008935 | Michael Walker; Edward Knightly | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 73 | Rosenbrock 12; Stasik 13; Teece 18 | N/A | 1st Expert Report of Hillebrand & Partners on FRAND | SAMNDCA00393932 | SAMNDCA00393945 | Karl Heinz Rosenbrock or other Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning the ETSI IPR policy and FRAND licensing | | |
| 74 | Sung Ho Choi 8; Korea 1; Lichaber 10; Stasik 3; Teece 7 | N/A | Addendum 1 ETSI/GA 29(97)/SCM/3, Amendments to the ETSI Interim Intellectual Property Rights Policy | APLNDC-WH-A0000012542 | APLNDC-WH-A0000012547 | Michael Walker; Sung Ho Choi or other Samsung Witness | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and 3GPP | | |
| 75 | Lichaber 12 | 11/27/2008 | ETSI Guide on Intellectual Property Rights (IPRs), dated November 27, 2008 | APLNDC-WH-A0000012460 | APLNDC-WH-A0000012477 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and 3GPP | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 12 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/23/12 Page 11 of 23
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 76 | N/A | N/A | FRE 1006 Summary of Apple Licenses | N/A | N/A | Boris Teksler; BJ Watrous; Richard Donaldson | This exhibit is being offered as evidence of Apple's licenses and Samsung's failure to offer FRAND terms | | |
| 77 | N/A | N/A | FRE 1006 Summary of Samsung Licenses | N/A | N/A | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's licenses and its failure to offer FRAND terms | | |
| 78 | N/A | 12/22/2011-12/29/2011 | Intel Invoices to Apple (12/22/11-12/29/11) | APL794-N0000003905 | APL794-N0000003910 | Tony Blevins | This exhibit is being offered as evidence of Apple's purchases from Intel | | |
| 79 | N/A | 4/30/2012 | Letter from B. Teksler to SW Kim, dated April 30, 2012 | APL794-N0000015789 | APL794-N0000015791 | Boris Teksler; BJ Watrous | This exhibit is being offered as evidence of Samsung's failure to offer FRAND terms | | |
| 80 | Seongwoo Kim 6, 82 | 7/25/2011 | Letter from SW Kim to B. Teksler, dated July 25, 2011 | SAMNDCA00322740 | SAMNDCA00322741 | Boris Teksler; BJ Watrous; Seongwoo Kim | This exhibit is being offered as evidence of Samsung's failure to offer FRAND terms | | |
| 81 | N/A | N/A | Patent Cross License Agreement between Intel and Samsung with Amendments 1 & 2 | S-794-ITC-000000021 | S-794-ITC-000000049 | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of Samsung's license with Intel | | |
| 82 | Seongwoo Kim 57; Stasik 12; Teece 14; Donaldson 9 | 5/2/2005 | Samsung presentation titled "Samsung - Motorola Licensing Discussions," dated May 2, 2005 | S-794-ITC-005280718 | S-794-ITC-005280737 | Richard Donaldson; Seongwoo Kim or other Samsung Witness | This exhibit is being offered as evidence of the value of Samsung's IPR and Samsung's failure to offer FRAND terms | | |
| 83 | Van Lieshot 3; Van Der Velde 2; Soeng-Hun Kim 4; Holmes 5 | 8/15-20/2004 | 3GPP TSG-RAN WG2 Meeting #43, R2-021645, Prague, Czech Republic, August 15-20, 2004, L2 Considerations for VoIP Support | APLNDC-WH0000017799 | APLNDC-WH0000017802 | Michael Walker; Gert Jan Van Lieshot or other Samsung Witness | This exhibit is being offered as evidence of the existence of alternative technologies | | |
| 84 | N/A | N/A | 3GPP Website Screenshots | APLNDC-WH-A0000022859; APLNDC-WH-A0000022862 APLNDC-WH-A0000022943 | APLNDC-WH-A0000022861; APLNDC-WH-A0000022864; APLNDC-WH-A0000022945 | Michael Walker | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 85 | N/A | N/A | Samsung Re-Amended Defence and Counterclaim; High Court of Justice, HC06-C00618 (United Kingdom) | APLNDC-WH-A0000022602 | APLNDC-WH-A0000022649 | Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning FRAND licensing | | |

Case 5:11-cv-01846-LHK Document 1637-11 Filed 08/09/12 Page 13 of 24
Case 5:11-cv-01846-LHK Document 1637-11 Filed 07/25/12 Page 12 of 23
Apple v. Samsung; No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 86 | N/A | 4/18/2007 | Samsung Statement of Surreply in the Principal Action; The Hauge District Court (April 18, 2007) | SAMNDCA00393808 | SAMNDCA00393820 | Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning FRAND licensing | | |
| 87 | N/A | N/A | 2nd Expert Report of Hillebrand & Partners on Ericsson's Cross-License Offer to Samsung | SAMNDCA00393946 | SAMNDCA00393953 | Karl Heinz Rosenbrock or other Samsung Witness; Richard Donaldson | This exhibit is being offered as evidence concerning the ETSI IPR Policy and FRAND licensing | | |
| 88 | N/A | N/A | U.S. Patent Pub. No. 2004/0077340 to Forsyth | APLNDC-WH-A0000005313 | APLNDC-WH-A0000005332 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711 | | |
| 89 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 90 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 91 | N/A | N/A | U.S. Patent No. 6,928,648 Wong | APLNDC-WH0000006750 | APLNDC-WH0000006765 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711 | | |
| 92 | N/A | N/A | U.S. Patent Pub. No. 2003/0236814 to Miyasaka | APLNDC-WH0000008163 | APLNDC-WH0000008196 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711 | | |
| 93 | N/A | N/A | iSight User's Guide | APLNDC-WH-A0000005379 | APLNDC-WH-A0000005395 | Apple engineer Emilie Kim, Apple Expert Paul Dourish, Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893 | | |
| 94 | N/A | N/A | "We Believe" TV ad for iPad 2 | APLNDC-X0000007713 | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 95 | Williams 14 | N/A | PCT Patent Application Publication No. 02/43332 - Petersen | APLNDC-WH0000019792 | APLNDC-WH0000019853 | Edward Knightly | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 96 | Williams 19 | N/A | U.S. Patent App. Pub. No. 2005/0213605 - Kim et al. | APLNDC-WH-A0000029791 | APLNDC-WH-A0000029812 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 97 | Knightly 14 | N/A | U.S. Patent No. 6,819,658 - Agarwal | APLNDC-WH0000019765 | APLNDC-WH0000019791 | Edward Knightly | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 14 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/23/12 Page 13 of 23
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 98 | Young Bum Kim 10 | N/A | 3GPP TR 25.896 v.6.0.0 | APLNDC-WH0000010911 | APLNDC-WH0000011089 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 99 | N/A | N/A | 3GPP TS 25.214 v.6.1.0 | APLNDC-WH0000013124 | APLNDC-WH00000013187 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 100 | H. Kim 8; Williams 9 | N/A | Japanese Patent Application No. 2002-190774 and English translation | APLNDC-WH0000011737; APLNDC-WH0000032288; APLNDC-WH0000012266 | APLNDC-WH0000011760; APLNDC-WH0000032288; APLNDC-WH0000012277 | Hyong Kim | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 101 | Seong Hun Kim 12; Van Der Velde 6 | 5/9-13/2005 | 3GPP TSG-RAN WG2 Meeting #47 Tdoc R2-051680, Athens, Greece, May 9-13, 2005, Change Request | APLNDC-WH-A9301 | APLNDC-WH-A9310 | Edward Knightly; Michael Walker; Samsung witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP | | |
| 102 | N/A | N/A | iPhone Sales Summary | APLNDC0003149809 | APLNDC0003149814 | Philip Schiller; Russell Winer; Mark Buckley | Offered to establish public awareness of the designs of the iPhone and in further suport of trade dress and design patent claims; damages; secondary considerations. | | |
| 103 | N/A | N/A | iPad and iPod Touch Sales Summary | APLNDC0003149779 | APLNDC0003149794 | Philip Schiller; Russell Winer; Mark Buckley | Offered to establish public awareness of the designs of the iPad and in further suport of trade dress and design patent claims; damages; secondary considerations. | | |
| 104 | N/A | N/A | Email from Juho Lee to 3GPP, dated June 18, 2004, attaching R1-040697, R1-040689, R-1040690, and R1-040696 | S-ITC-001057684 | S-ITC-001057701 | Hyong Kim; Samsung Witness | This exhibit is being offered as evidence of Samsung's failure to timely disclose IPR to ETSI and 3GPP and the existence of alternative technologies | | |
| 105 | N/A | N/A | "Apple Unveils Its Tablet Computer, the iPad," by Ryan Kim, *SF Chronicle* , January 28, 2010 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/06/12 Page 15 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/23/12 Page 14 of 23
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 106 | N/A | N/A | "Waiting for the Latest in Wizardry," by Katie Haffner, *New York Times* , June 27, 2007 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad, secondary considerations of non-obviousness, damages. | | |
| 107 | N/A | N/A | Excerpt of ABC, Modern Family (March 31, 2010) | APLNDC-X0000359613 | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 108 | N/A | 3/15/2005 | U.S. Patent No. 6,867,807 - Malloy Desormeaux | APLNDC-WH000003689 | APLNDC-WH000003711 | Paul Dourish | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 109 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |
| 110 | N/A | 2003 | Apple schematics - P72C/73C Rev B & Q8 Main Logic Board Rev 05 | APLNDC-WH-A0000000001, APLNDC-WH-A0000000255 | APLNDC-WH-A0000000050, APLNDC-WH-A0000000266 | Emilie Kim; Paul Dourish; Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 111 | N/A | Dates between 7/17/2003 and 2005 | iBook/iSight Sales Data | APLNDC-WH-A24824 | APLNDC-WH-A24845 | Emilie Kim; Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 112 | Dourish 9 | 2/14/2004 | KR 10-2004-0013792 and English translation | APLNDC-WH-A0000009255; APLNDC-WH-A0000032322 | APLNDC-WH-A0000009261; APLNDC-WH-A0000032329 | Paul Dourish | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 113 | N/A | 3/8/2012 | Sony Ericsson Affidavit of Lee Hill with Attachment | APLNDC-WH-A000026930, APLNDC-WH-A000024792 | APLNDC-WH-A000026932, APLNDC-WH-A000024793 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered to corroborate on sale date(s) of invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 114 | Givargis 13 | 3/18/2012 | J2ME Tutorial: Introduction to J2ME, dated March 18, 2012 | APLNDC-WH-A25000 | APLNDC-WH-A25006 | Tony Givargis | This exhibit is being offered to corroborate the plain-meaning understanding of invalidating prior art to patent-in-suit U.S. Patent No. 7,698,711. | | |

Apple v. Samsung, No. 11-01846

**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 115 | Givargis 12 | 6/1/2003 | Mahmoud, "The J2ME Mobile Media API" published online at http://developers.sun.com/mobility/ midp/articles/ mmapioverview (June 2003) | APLNDC-WH6738 | APLNDC-WH6749 | Tony Givargis | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 116 | N/A | 3/1/2004 | Sony Ericsson Mobile Comm. AB, "Sony K700 User Guide" (1st Ed.) March 2004 | APLNDC-WH8725 | APLNDC-WH8828 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 117 | N/A | 3/9/2004 and 3/21/2004 | Sony Press Releases, dated March 9, 2004 and March 21, 2004 | APLNDC-WH0000008506, APLNDC-WH0000005351 | APLNDC-WH0000008507, APLNDC-WH0000005352 | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered to corroborate on sale date(s) of invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 118 | Srivastava - 14 | 12/28/1999 | U.S. Patent No. 6,009,336 - Harris | APLNDC-WH6330 | APLNDC-WH6346 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 119 | Srivastava - 7 | 5/30/2000 | U.S. Patent No. 6,069,648 - Suso | APLNDC-WH5303 | APLNDC-WH5317 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 120 | Srivastava - 22 | 2/10/2004 | U.S. Patent No. 6,690,417 - Yoshida | APLNDC-WH5026 | APLNDC-WH5067 | Mani Srivastava | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,577,460. | | |
| 121 | N/A | N/A | Source Code Files, Camera and Photos Functionality (See Appendix 1 for Bates Numbers) | N/A | N/A | Emilie Kim; Paul Dourish; Mani Srivastava | This exhibit is being offered to demonstrate the cameras and photo and associated functionality of the accused Apple products. | | |
| 122 | N/A | N/A | Samsung ETSI IPR Statements | APLNDC-WH-A0000009374; APLNDC-WH-A0000009375; APLNDC-WH-A0000009415; S-794-ITC 0005517177; APLNDC-WH-A0000009482 | APLNDC-WH-A0000009374; APLNDC-WH-A0000009396; APLNDC-WH-A0000009431; S-794-ITC 0005517181; APLNDC-WH-A0000009486 | Seung Gun Park, Seung-Ho Ahn, Sung Ho Choi, or other Samsung Witness; Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and 3GPP | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 17 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/23/12 Page 16 of 23
Apple v. Samsung, No. 11-01846
Apple's Trial Exhibit List

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 123 | N/A | N/A | U.S. Patent No. 6,510,148 - Honkasalo | APLNDC-WH0000012254 | APLNDC-WH0000012265 | Hyong Kim | This exhibit is being offered as invalidiating prior art to Samsung patent-in-suit U.S. Patent No. 7,447,516 | | |
| 124 | N/A | 2003 | Apple iBook G3 800MHz laptop (2003) configured with an iSight video webcam (2003) running the Mac OS X 10.3 Panther (2003), and including Chat AV 2, iPhoto 2 and Preview 2.1.0 | N/A | N/A | Emilie Kim; Paul Dourish; Mark Buckley | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,456,893. | | |
| 125 | N/A | 3/1/2004 | Sony Ericsson K700i mobile phone | N/A | N/A | Tony Givargis, Lee Hill, or Keeper of the Records, Sony Mobile Communications | This exhibit is being offered as invalidating prior art to Samsung patent-in-suit U.S. Patent No. 7,698,711. | | |
| 126 | N/A | N/A | "Hello" TV ad for original iPhone | APLNDC-X0000007528 | APLNDC-X0000007528 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 127 | N/A | N/A | "How To" TV ad for original iPhone | APLNDC-X0000007535 | APLNDC-X0000007535 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 128 | N/A | N/A | "iPad Is Iconic" TV ad for first-generation iPad | APLNDC-X0000007703 | APLNDC-X0000007703 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 129 | N/A | N/A | Original iPhone print ad | APLNDC-X0000007531 | APLNDC-X0000007531 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 130 | N/A | N/A | iPhone 3G print ad | APLNDC-X0000007557 | APLNDC-X0000007557 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 131 | N/A | N/A | First-generation iPad outdoor ad | APLNDC-X0000007635 | APLNDC-X0000007635 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 132 | N/A | N/A | iPad2 outdoor ad | APLNDC-X0000007699 | APLNDC-X0000007699 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims. | | |
| 133 | N/A | 1/11/2007 | "Apple Waves Its Wand at the iPhone," by David Pogue, *New York Times* , January 11, 2007 | APLNDC-Y0000235973 | APLNDC-Y0000235976 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 134 | N/A | 6/27/2007 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, *The Wall Street Journal* , June 27, 2007 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 135 | N/A | 11/1/2007 | "Best Inventions of 2007," by Lev Grossman, *Time* , November 1, 2007 (including photo of cover) | APLNDC-Y0000146961 | APLNDC-Y0000146961 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 136 | N/A | 6/18/2009 | "Upgrade Makes Great iPhone Even Better," by Edward Baig, *USA Today* , June 18, 2009 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 137 | N/A | 6/20/2010 | "Thinner, Faster, Smarter iPhone Raises the Stakes," by Walter S. Mossberg, *The Wall Street Journal* , June 20, 2010 | N/A | N/A | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/06/12 Page 19 of 24
Case 5:11-cv-01846-LHK Document 1637-11 Filed 07/25/12 Page 19 of 24
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 138 | N/A | 1/25/2010 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, *The Wall Street Journal*, January 25, 2010 | APLNDC-Y0000236031 | APLNDC-Y0000236034 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 139 | N/A | 11/11/2010 | "The 50 Best Inventions of 2010," by Harry McCracken, *Time*, November 11, 2010 | APLNDC-Y0000233376 | APLNDC-Y0000233378 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 140 | N/A | 4/2/2010 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, *USA Today*, April 2, 2010 | APLNDC-Y0000233386 | APLNDC-Y0000233392 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 141 | N/A | 4/1/2010 | "Laptop Killer? Pretty Close," by Walter S. Mossberg, *The Wall Street Journal*, April 1, 2010 | APLNDC-Y0000233381 | APLNDC-Y0000233385 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 142 | N/A | N/A | "Patent Office Highlights Jobs's Innovations," *New York Times* | APLNDC-Y0000233352 | APLNDC-Y0000233352 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; secondary considerations. | | |
| 143 | N/A | N/A | iPhone Buyer Survey, FY10-Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 144 | N/A | N/A | iPhone Buyer Survey, FY11-Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 20 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/23/12 Page 19 of 23
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 145 | N/A | N/A | iPhone Buyer Survey, FY11-Q2 | APLNDC-Y0000027423 | APLNDC-Y0000027505 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 146 | N/A | N/A | iPhone Buyer Survey, FY11-Q3 | APLNDC-Y0000027506 | APLNDC-Y0000027599 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 147 | N/A | N/A | Sony Xperia Arc S | N/A | N/A | Peter Bressler; Alan Hedge | Offered to establish public awareness of the designs of the iPhone and iPad and in further support of trade dress and design patent claims; damages; secondary considerations. | | |
| 148 | N/A | N/A | Nokia Lumia 800 | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 149 | N/A | N/A | Pantech Crossover | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 150 | N/A | N/A | Casio G'zOne Commando | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 151 | N/A | N/A | LG Optimus T | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 152 | N/A | N/A | Blackberry 8700G | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 153 | N/A | N/A | HTC Hero | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 154 | N/A | N/A | Barnes and Noble Nook Tablet | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 155 | N/A | N/A | Sony Tablet S | N/A | N/A | Peter Bressler; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 156 | N/A | N/A | Samsung Q1 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 157 | N/A | N/A | D&AD Design award | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 158 | N/A | N/A | Photos of Blackberry Torch GUI | N/A | N/A | Susan Kare; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 159 | N/A | N/A | Photos of Nokia N9 GUI | N/A | N/A | Susan Kare; Alan Hedge | Offered in support of Apple's trade dress and design patent claims | | |
| 160 | N/A | N/A | Screenshot of Meizu M8 GUI | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 161 | N/A | N/A | Screenshot of GUI designs | N/A | N/A | Susan Kare | Offered in support of Apple's trade dress and design patent claims | | |
| 162 | N/A | N/A | iPhone CAD | N/A | N/A | Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 163 | N/A | N/A | Sketch of phone | APLNDC1278008 | APLNDC1278008 | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 164 | N/A | N/A | Phone CAD | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 165 | N/A | N/A | Phone model 1017 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 166 | N/A | N/A | Phone model 1015 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 167 | N/A | N/A | Phone model 956 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 22 of 24
Case 5:11-cv-01846-LHK Document 1635-1 Filed 07/23/12 Page 21 of 23
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 168 | N/A | N/A | Phone model 961 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 169 | N/A | N/A | Tablet CAD | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 170 | N/A | N/A | Tablet model 1202 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 171 | N/A | N/A | Tablet model 874 | N/A | N/A | Peter Bressler; Christopher Stringer | Offered in support of Apple's trade dress and design patent claims | | |
| 172 | N/A | 3/22/2011 | "Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It," by Kit Eaton; Fast Company, March 22, 2011 | APLNDC-Y0000148152 | APLNDC-Y0000148153 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 173 | N/A | 6/8/2011 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | APLNDC-Y0000233431 | APLNDC-Y0000233441 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 174 | N/A | 7/15/2010 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | APLNDC-Y0000236157 | APLNDC-Y0000236159 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 175 | N/A | 6/29/2010 | "Samsung Galaxy S: How Does It Measure Up to the Competition," by Ginny Mies; PCWorld, June 29, 2010 | APLNDC-Y0000233445 | APLNDC-Y0000233449 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 176 | N/A | 5/10/2011 | "Unboxing the Samsung Galaxy Tab 10.1," by Michael Muchmore, PCMag, May 10, 2011 | APLNDC-Y0000233430 | APLNDC-Y0000233430 | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 177 | N/A | 11/23/2010 | "Samsung Mesmerize: A Top-Notch Galaxy Phone," by Armando Rodriguez, PC World, November 23, 2010 | N/A | N/A | Peter Bressler; Russell Winer; Phillip Schiller | Offered in support of Apple's trade dress and design patent claims | | |
| 178 | N/A | N/A | Mobile UX Forecast Report | SAMNDCA00214969 | SAMNDCA00215201 | Susan Kare, Justin Denison; Sun-Young Yi | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 179 | N/A | N/A | Study of Competitor GUI Design | SAMNDCA11112967 | SAMNDCA11112981 | Susan Kare, Justin Denison; DongSeok Ryu | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |

Case 5:11-cv-01846-LHK Document 1637-1 Filed 08/09/12 Page 23 of 24
Case 5:11-cv-01846-LHK Document 1637-1 Filed 07/23/12 Page 22 of 23
Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 180 | N/A | N/A | Samsung's Financial Spreadsheet | SAMNDCA00402075 | SAMNDCA00402075 | Terry Musika | Damages | | |
| 181 | N/A | N/A | Apple's LOB Report for the iPhone/iPad/iPod | APLNDC0003149795 | APLNDC0003149808 | Terry Musika; Mark Buckley | Damages | | |
| 182 | N/A | N/A | Apple's iPhone & iPad Capacity Report | APLNDC-Y0000055416, APLNDC-Y0000055417 | APLNDC-Y0000055416, APLNDC-Y0000055417 | Terry Musika; Mark Buckley | Damages | | |
| 183 | N/A | 9/1/2008 | Samsung's Mercator Presentation, 9/2008 | SAMNDCA10036081 | SAMNDCA10036204 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 184 | N/A | 10/1/2000 | Translation of SEC Business Strategy, 10/2011 | SAMNDCA00401905 | SAMNDCA00401989 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 185 | N/A | N/A | Translations of 2011 Smartphone CS Project Final | SAMNDCA10257309 | SAMNDCA10257380 | Terry Musika; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 186 | N/A | N/A | Email from H. T. Han regarding "Domestig Galaxy Tab Main Horzontal Deployment Items." | SAMNDCA10005982 | SAMNDCA10005986 | Kihyung Nam; Ravin Balakrishnan; Justin Denison | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 187 | N/A | N/A | U.S. Advertising spent by medium for iPhone and iPad | APLNDC0000005710 | APLNDC0000005711 | Russell Winer; Philip Schiller; Alan Hedge | Damages, willfulness, secondary considerations, utility patent claims, trade dress and design patent claims, copying. | | |
| 188 | N/A | N/A | JP 4,642,898 and English translation | APLNDC-WH-A0000032213; APLNDC-WH-A0000032289 | APLNDC-WH-A0000032231; APLNDC-WH-A0000032309 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 189 | Cheung 10 | N/A | UTRAN Parameters User Guide v13.03/EN-30/SEP/2011 | ALU004916 | ALU004927 | Edward Knightly | This exhibit is being offered as evidence of noninfringement of Samsung patent-in-suit U.S. Patent No. 7,675,941 | | |
| 190 | N/A | | Excerpt of *The Oprah Winfrey Show* (April 21, 2010) | APLNDC-X0000359717 | | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 191 | | | [Exhibit to be replaced - removed as a result of Samsung's withdrawn assertion of the '604 patent] | | | | | | |

Apple v. Samsung, No. 11-01846
**Apple's Trial Exhibit List**

| TRIAL EXHIBIT NO. | DEPO EX. NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESS | PURPOSE | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|
| 192 | N/A | 8/12/2004 | Juho Lee's August 12, 2004 e-mail and attachment Samsung proposal R1-040864 at TSG RAN WG1 #38 (Aug. 12, 2004) | APLNDC-WH-A0000010793; APLNDC-WH-A0000010864 | APLNDC-WH-A0000010793; APLNDC-WH-A0000010866 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 193 | N/A | 8/12/2004 | Juho Lee's August 12, 2004 e-mail and attachment Samsung Proposal R1-040859 at TSG RAN WG1 #38 (Aug. 12, 2004) | APLNDC-WH-A0000010791; APLNDC-WH-A0000010862 | APLNDC-WH-A0000010792; APLNDC-WH-A0000010863 | Michael Walker | This exhibit is being offered as evidence of Samsung's contractual obligations and its failure to timely disclose IPR to ETSI and3GPP | | |
| 194 | N/A | 3/2/2010 | Email from Sungsik Lee dated March 2, 2010 | SAMNDCA10247549 | SAMNDCA10247552 | Sungsik Lee; Dong Hoon Chang; Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 195 | N/A | 10/16/2010 | Email from Sangwook Han dated October 28, 2010 | SAMNDCA10850604 | SAMNDCA10850607 | Wookyun Kho; Terry Musika; Ravin Balakrishnan; Justin Denison | Damages, secondary considerations, copying. | | |
| 196 | N/A | 11/2010-1/2011 | Premium & Mass Design Preference Study | SAMNDCA00176172 | SAMNDCA00176172 | Seung Hun Yoo; Terry Musika; Justin Denison | Damages, secondary considerations, design and trade dress claims, copying. | | |
| 197 | N/A | N/A | Samsung i700 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 198 | N/A | N/A | Samsung i830 | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |
| 199 | N/A | 4/1/2010 | Comedy Central, *The Colbert Report* , April 1, 2010 | APLNDC0000359626 | APLNDC0000359626 | Philip Schiller; Russell Winer | Offered to establish public awareness of the designs of the iPhone and iPad | | |
| 200 | N/A | N/A | Samsung Sunburst | N/A | N/A | Peter Bressler | Offered in support of Apple's trade dress and design patent claims | | |