# EXHIBIT K

Attorneys' Eyes Only

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

```
APPLE INC., a California        )
Corporation,                    )
                                )
        Plaintiff,              )
                                )
vs.                             )No. 11-CV-01846-LHK
                                )
SAMSUNG ELECTRONICS CO., LTD. , )
a Korean business entity;       )
SAMSUNG ELECTRONICS AMERICA,    )
INC., a New York corporation;   )
SAMSUNG TELECOMMUNICATIONS      )
AMERICA, LLC, a Delaware   )
limited liability company,      )
                                )
        Defendants,             )
_____  )
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

DEPOSITION OF TIMOTHY BENNER

WEDNESDAY, FEBRUARY 22, 2012

REPORTED BY:  JUDIE A. NICHOLAS, CSR NO. 12229

JOB NO:  46809

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 36

1    answered.  Badgering the witness.                     09:44

2            THE WITNESS:  I answered that question.       09:44

3            MR. ROBINSON:  Q.  I haven't gotten an        09:44

4    answer.  Please answer the question.                  09:45

5        A.  Could you rephrase the question, or could    09:45

6    you repeat -- or would you read the question back.    09:45

7            THE REPORTER:  Question:  "But you're not     09:44

8    saying it's not important to any of these groups;     09:44

9    is that right?"                                        09:45

10           MS. CARUSO:  Objection:  Vague.               09:45

11           MR. ROBINSON:  Q.  Sir, do you understand     09:45

12   the question?                                          09:45

13       A.  Could you repeat it again?                    09:45

14       Q.  I can rephrase.                               09:45

15       A.  Yeah.                                          09:45

16       Q.  Is it STA's testimony that physical -- the    09:45

17   physical appearance of a smartphone is unimportant    09:45

18   to consumer decision making of smartphones in any     09:45

19   consumer segment?  Is it unimportant?                 09:45

20           MS. CARUSO:  Objection:  Vague.               09:45

21           THE WITNESS:  I think my objection is with    09:45

22   using the word "important," because it deals in       09:45

23   absolutes.  It seems like it's either the most        09:45

24   important or the least important the way you're       09:45

25   phrasing the question, and I've stated that it's of   09:45

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 37

1    relative importance.  It is an aspect.                    09:45

2        Q.  Isn't it true, Mr. Benner, that surveys          09:46

3    that Samsung had received show that the single most      09:46

4    important reason why consumers purchase a                09:46

5    particular smartphone brand is because they like         09:46

6    its overall physical appearance?                         09:46

7        MS. CARUSO:  Objection:  Mischaracterizes            09:46

8    the record; lacks foundation.                            09:46

9        THE WITNESS:  Can you show me which                  09:46

10   surveys you're referring to?                             09:46

11       MR. ROBINSON:  Q.  Do you -- did you                 09:46

12   understand the question, sir?                            09:46

13       A.  I did understand the question.                   09:46

14       Q.  Do you not know how to answer the question       09:46

15   without looking at a document?                           09:46

16       A.  I have many surveys which show different         09:46

17   things among different consumer groups, so I cannot      09:46

18   answer the question as phrased because it is too         09:46

19   broad.                                                   09:46

20       Q.  Can you name, sir, one survey that Samsung       09:47

21   has received which shows that the physical               09:47

22   appearance of a particular smartphone -- strike          09:47

23   that.                                                    09:47

24       Mr. Benner, can you name a single survey             09:47

25   which Samsung has received that shows that the           09:47

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 38

1   physical appearance of a smartphone is unimportant       09:47

2   to consumer purchasing behavior?                         09:47

3           MS. CARUSO:  Objection:  Vague.                  09:47

4           THE WITNESS:  I cannot.                          09:47

5           MR. ROBINSON:  Q.  Why is that, sir?             09:47

6       A.  Because appearance is an aspect of choice        09:47

7   in almost every decision.                                09:47

8       Q.  Are there any surveys, to your knowledge,        09:47

9   that show the physical appearance of a smartphone        09:47

10  is not an important consideration driving consumer       09:47

11  purchases of smartphones?                                09:47

12          MS. CARUSO:  Objection:  Asked and               09:47

13  answered, and vague.                                     09:47

14          THE WITNESS:  I answered that question.          09:47

15  That was the same question.                              09:47

16          MR. ROBINSON:  Q.  And your answer was no;       09:47

17  is that right?                                           09:47

18          MS. CARUSO:  Objection:  Mischaracterizes        09:47

19  the prior testimony.                                     09:47

20          THE WITNESS:  My answer was no to the            09:47

21  previous question.                                       09:47

22          MR. ROBINSON:  Q.  The answer is no, you         09:47

23  can't think of a single survey which shows that the      09:48

24  physical appearance of a smartphone is unimportant       09:48

25  to consumer purchasing decisions; is that right?         09:48

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 39

1       MS. CARUSO:  Objection.                    09:48

2       THE WITNESS:  I can think of a single      09:48

3  survey that shows that it is of lesser importance.  09:48

4       MR. ROBINSON:  Q.  But in answer to the    09:48

5  question that was pending, your answer would be no;  09:48

6  is that right?                                  09:48

7     A.  What is the question as pending?         09:48

8       MR. ROBINSON:  Could we have the question  09:48

9  read back, please?                             09:48

10      THE REPORTER:  Question:  "The answer is    09:47

11 no, you can't think of a single survey which shows  09:48

12 that the physical appearance of a smartphone is  09:48

13 unimportant to consumer purchasing decisions; is  09:48

14 that right?"                                    09:48

15      THE WITNESS:  The question is "No, I can't  09:48

16 think of"?  That is the question?              09:48

17      MR. ROBINSON:  Q.  And your answer was?    09:48

18    A.  My answer was that was the question.  You  09:48

19 asked if that was the question and I said yes.  09:48

20    Q.  Mr. Benner, you understand that -- you're  09:48

21 testifying here as though you were testifying   09:49

22 before the jury, right?                         09:49

23    A.  I understand that, yes.                  09:49

24    Q.  Okay.  Do you feel like you're giving me  09:49

25 forthright answers to my questions, sir?        09:49

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 40

1     A.   I'm having a problem with that question        09:49

2    because it's very, very broad, and what...           09:49

3         I understand.                                    09:49

4     Q.   Thank you, sir.                                 09:49

5         You mentioned that you could think of a          09:49

6    survey in which physical appearance was of lesser     09:49

7    importance.  Please tell me about that survey.        09:49

8         MS. CARUSO:  Objection:  Vague; calls for        09:49

9    a narrative.                                          09:49

10        THE WITNESS:  The specifics that I'm             09:49

11   thinking of is within particular groups where         09:49

12   looking at purchase decision elements, the ranking    09:49

13   or the rating of physical appearance is of less       09:49

14   importance to factors such as price, such as          09:49

15   operating system, such as of a plethora of other      09:50

16   things, or of equal importance.                       09:50

17        MR. ROBINSON:  Q.  Do you have a survey in       09:50

18   mind, sir, that shows these things?                   09:50

19    A.   I do.                                            09:50

20    Q.   What is that survey?                             09:50

21    A.   The survey is our tracking survey has           09:50

22   elements of that in it, and there are other           09:50

23   surveys.  I can't name them off the top of my head    09:50

24   because it shows up in quite a few surveys looking     09:50

25   at the relative importance of purchase decisions.     09:50

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 41

1    Q.  You mentioned a tracking survey.  Could       09:50
2  you please describe what that survey is, what it's   09:50
3  called?                                              09:50
4         MS. CARUSO:  Objection:  Compound.           09:50
5         THE WITNESS:  What it is or what it's        09:50
6  called?                                              09:50
7         MR. ROBINSON:  Q.  Both, sir.  Do you        09:50
8  understand?  Can you answer?                         09:50
9    A.  Yes.                                           09:50
10        MS. CARUSO:  Objection:  Compound.           09:50
11        MR. ROBINSON:  Q.  You can answer the        09:50
12 question if you understand.                          09:50
13        MS. CARUSO:  There's two questions.  Which   09:50
14 one do you want him to answer?  If you want to go    09:50
15 one at a time --                                     09:50
16        MR. ROBINSON:  Counsel, please limit your    09:50
17 objections to objection to form.                     09:50
18        The witness testified that he understands    09:51
19 the question and is prepared to give an answer.      09:51
20 I'd like to hear the witness's answer.               09:51
21        Sir, do you understand the question?         09:51
22        THE WITNESS:  Yes.                           09:51
23        MR. ROBINSON:  Q.  I'd like to hear your     09:51
24 answer, and so would the jury.                       09:51
25    A.  The question -- I'm sorry, the answer        09:51

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 42

1    is -- the survey is called the STA tracking survey.    09:51
2    It doesn't really have a formal name.  It's just    09:51
3    called -- we call it a tracking survey.  It is a    09:51
4    survey that we use to look at the overall    09:51
5    marketplace over time and how it evolves and    09:51
6    changes.    09:51
7        Q.  When did STA first begin using these STA    09:51
8    tracking surveys?    09:51
9        A.  Towards the end of 2008.    09:51
10       Q.  And does it use them today?    09:51
11       A.  Yes.    09:51
12       Q.  Was there any point in time in which it    09:51
13   did not use these STA tracking surveys?    09:51
14           MS. CARUSO:  Objection.    09:51
15           MR. ROBINSON:  Q.  Between the end of 2008    09:51
16   and current?    09:51
17       A.  There were periods, I believe, in 2008    09:51
18   where we did not run the survey, they were short,    09:52
19   but from 2010 forward we have had it continuously.    09:52
20       Q.  Sir, can you tell me more about what these    09:52
21   STA tracking surveys show about the relative    09:52
22   importance of the physical appearance of a    09:52
23   smartphone to purchasing decisions?    09:52
24           MS. CARUSO:  Objection:  Calls for a    09:52
25   narrative.    09:52

TSG Reporting - Worldwide        877-702-9580

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 43

1      THE WITNESS:  As I answered before, it      09:52

2  shows that it is of relative importance among      09:52

3  different consumer groups.  Some it's more      09:52

4  important, some it's less important.  It is one of      09:52

5  many elements that go into consumer choice.      09:52

6      MR. ROBINSON:  Q.  And you mentioned other      09:52

7  elements of consumer choice include price and      09:52

8  operating platform; is that correct?      09:52

9      A.  That is correct.      09:52

10      Q.  What other elements fit into that same      09:52

11  group?      09:52

12      MS. CARUSO:  Objection:  Vague.      09:52

13      THE WITNESS:  There are elements such      09:53

14  as -- I mentioned operating system, I've mentioned      09:53

15  price, I've mentioned appearance.      09:53

16      There is things like brand.  There is also      09:53

17  availability at particular carriers.  There is      09:53

18  just -- a lot of the features internal to the      09:53

19  operating system, the screen quality, the speed of      09:53

20  the processor, what network it's on, ratings on      09:53

21  line, word of mouth, salesperson.      09:53

22      There's more.  I can't give you an      09:53

23  exhaustive list off the top of my head, but it goes      09:54

24  on.      09:54

25      Q.  Now, you mentioned other surveys aside      09:54

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 61

1    Q.  What is the criteria at the top?  Could      10:32
2  you read that for me, and the percentage into the  10:33
3  record.                                            10:33
4    A.  Liked overall design/style, 45.             10:33
5    Q.  Thank you.                                    10:33
6        And do you see Operating System Platform     10:33
7  on this survey?                                     10:33
8    A.  I do.                                         10:33
9    Q.  Is it down towards the bottom?               10:33
10   A.  Down towards the bottom.                     10:33
11   Q.  With about 20 percent?                       10:33
12   A.  That is correct.                             10:33
13   Q.  Does this mean that 45 percent of the        10:33
14  respondents said that the reason for choosing a   10:33
15  handset brand because they liked the style?        10:33
16   A.  No.  It says "a" reason.                     10:33
17   Q.  Thank you.                                    10:33
18       With that clarification, do you see touch    10:33
19  screen on this list?                               10:33
20   A.  Yes.                                          10:33
21   Q.  And do you see that it says 43 percent       10:33
22  near it?                                           10:33
23   A.  I do see that.                               10:33
24   Q.  Do you disagree that consumers ranked        10:33
25  highly the physical appearance of a smartphone?   10:34

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 62

1          MS. CARUSO:  Objection:  Vague.                    10:34

2          THE WITNESS:  This is not a ranking               10:34

3    question, this is merely a yes-or-no question in        10:34

4    the form that it was asked.                             10:34

5          MR. ROBINSON:  Q.  Is the physical                10:34

6    appearance of a smartphone a key driver, in STA's       10:34

7    opinion, according to all the information that STA       10:34

8    has available to it, a key driver in consumer           10:34

9    purchasing decisions?                                   10:34

10         MS. CARUSO:  Objection:  Asked and                10:34

11   answered; vague.                                        10:34

12         THE WITNESS:  How do you define "key?"            10:34

13         MR. ROBINSON:  Q.  Does STA define key           10:34

14   strategic drivers -- does it conduct market             10:34

15   research, research at all on what strategic drivers     10:34

16   drive consumer's demand for smartphones?                10:34

17         MS. CARUSO:  Objection:  Compound; vague.         10:34

18         THE WITNESS:  Is the question do we               10:34

19   perform research specifically on key drivers?           10:34

20         MR. ROBINSON:  Q.  Yes.                           10:34

21      A.  We conduct research that is a part of some       10:34

22   of the questions and answers in many of our            10:35

23   different research studies.                             10:35

24         MR. ROBINSON:  Court reporter, could you         10:35

25   please mark as Exhibit 1595 a document entitled         10:35

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 145

1    A.  What they were looking at -- they were not    01:49

2    looking at the display at this point.  They're    01:49

3    relying on the recall of the advertisement and    01:49

4    saying they thought that the advertisement in    01:49

5    question was either an Apple iPad or iPhone    01:49

6    advertisement.    01:49

7    Q.  So, yes, in response to this prompt then,    01:49

8    looking at -- having looked at the display of the    01:50

9    Samsung Galaxy Tab still photo advertisement    01:50

10   images, nearly half of the respondents said they    01:50

11   thought they had seen an Apple advertisement?    01:50

12   A.  What they thought, they said, was it was    01:50

13   an advertisement for the Apple brand.    01:50

14        In this case, this was done at a time when    01:50

15   the Galaxy Tab had just been introduced and the    01:50

16   iPad had been in the market for some time, and this    01:50

17   is -- the sample that we're looking at here is a    01:50

18   smaller sample, so there is more variation in    01:50

19   there.    01:50

20   Q.  What was the sample size?    01:50

21   A.  For the people who recognized the    01:50

22   Galaxy -- the Samsung Tab ad, 448.    01:50

23   Q.  But this result shows, does it not, that    01:51

24   the misattribution back to Apple was significant at    01:51

25   the 95 percent confidence level, right?    01:51

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 146

1       A.   Yes.                                          01:51

2       Q.   Did STA consider it a problem that the       01:51

3   Galaxy Tab advertisement was being misattributed to   01:51

4   Apple?                                                 01:51

5       A.   The -- as the statement here says, the       01:51

6   linkage to Samsung has improved, but the Galaxy Tab    01:51

7   execution -- misattribution was declined -- I'm       01:51

8   sorry, this is looking at Galaxy 2.  Strike -- I      01:51

9   can't say strike that.                                01:51

10          But, yes, we considered it a problem         01:51

11  because this communication should have been for the   01:51

12  Galaxy Tab.  However, the execution was not being     01:51

13  attributed correctly to Samsung.                      01:51

14      Q.   What did STA do, if anything, about the      01:51

15  misattribution that was occurring between the         01:52

16  Galaxy Tab and the Apple iPad?                        01:52

17          MS. CARUSO:  Objection:  Beyond the scope;    01:52

18  lacks foundation.                                     01:52

19          THE WITNESS:  In this case, this was --       01:52

20  Samsung was breaking into the tablet market which     01:52

21  was firmly established for a period of time by        01:52

22  Apple being the only product available.  I can't      01:52

23  remember exactly how many months that, basically,    01:52

24  stronghold held.                                      01:52

25          For the Galaxy, the first Galaxy Tab ad       01:52

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 147

1  there was a great deal of misattribution.  For the     01:52
2  second Galaxy Tab ad, that misattribution dropped     01:52
3  as awareness of Samsung's Tabs grew, so looking       01:52
4  back and improving the communication to make sure     01:52
5  that it was distinctive from Apple and identifiable   01:52
6  as Samsung.                                            01:52
7      Q.  Didn't the advertising change as well --      01:52
8  the style of the advertising change as between the    01:53
9  Galaxy Tab and Galaxy Tab 2, right?                    01:53
10     MS. CARUSO:  Objection:  Assumes facts not        01:53
11 in evidence; vague.                                    01:53
12     THE WITNESS:  Can you specify more exactly        01:53
13 what you're asking?                                    01:53
14     MR. ROBINSON:  Q.  The misattribution that       01:53
15 occurred between the Samsung Galaxy Tab               01:53
16 advertisement and I guess misattributed to Apple,    01:53
17 that was because the advertisements were confusing,  01:53
18 they were similar, the Samsung advertisements and    01:53
19 Apple advertisements?                                  01:53
20     MS. CARUSO:  Objection:  Calls for a legal        01:53
21 conclusion; mischaracterizes the record; assumes     01:53
22 facts not in evidence; vague.                          01:53
23     THE WITNESS:  I take issue with your             01:53
24 statement of it's confusing, the way it was said     01:53
25 similarly confusing.  The issue wasn't that it was   01:53

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 148

1    confusing, the issue was that the iPad had been          01:53

2    very firmly established in the marketplace, and so       01:53

3    when people saw an ad on TV that had a large             01:53

4    tablet-like display, the immediate reaction is it        01:54

5    must be an iPad.                                         01:54

6         This is at a time when -- breaking into            01:54

7    the market, so it's actually not unexpected to see       01:54

8    that, because very few people that Samsung was           01:54

9    making these products, and growing that awareness,       01:54

10   changing from one to the next, is the natural            01:54

11   progression of trying to break in and make people        01:54

12   become more aware of Samsung as a tablet                 01:54

13   manufacturer.                                            01:54

14      Q.  Does STA disagree that the misattribution         01:54

15   occurred because the Galaxy Tab looked similar to        01:54

16   the Apple iPad?                                          01:54

17         MS. CARUSO:  Objection:  Beyond the scope;         01:54

18   lacks foundation.                                        01:54

19         THE WITNESS:  I'm sorry, could you say it          01:54

20   again?                                                   01:54

21         MR. ROBINSON:  Q.  Could we have that              01:54

22   question read back, please.                              01:54

23         THE REPORTER:  Question:  "Does STA                01:54

24   disagree that the misattribution occurred because        01:54

25   the Galaxy Tab looked similar to the Apple iPad?"        01:54

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 149

1        MS. CARUSO:  Objection:  Beyond the scope;        01:55

2   lacks foundation; mischaracterizes the record.        01:55

3        THE WITNESS:  Could you rephrase the        01:55

4   question.  I'm confused by the "Does STA disagree."        01:55

5   The negative phrasing of the question is throwing        01:55

6   me off.  I'm not sure what you're asking.        01:55

7        MR. ROBINSON:  Q.  Do you agree that the        01:55

8   Galaxy Tab looks similar to the Apple iPad?        01:55

9        A.  In this case, this Galaxy Tab does not.        01:55

10        Q.  Why is that?        01:55

11        A.  It's half the size.        01:55

12                        (Exhibit No. 1604-1613        01:55

13                        marked for identification.)        01:55

14        Q.  I think -- I want to show you a bunch of        01:55

15   other documents.  I'm not going to ask you detailed        01:55

16   questions about them.        01:55

17        What I'm going to ask is do you recognize        01:55

18   this documents, do they have your name on them, and        01:55

19   are they true and correct copies of the documents        01:56

20   that they are.  They have been premarked as        01:56

21   Exhibits 1604 through 1613, and I'll place this        01:56

22   enormous stack in front of you, and -- counsel,        01:56

23   here's your copy.  And I think we can probably take        01:56

24   this in two phases if we wanted to go through it        01:56

25   more quickly.        01:56

c5923e74-ace0-4a4b-9a3e-301208fea0d7

Attorneys' Eyes Only

Page 170

| | | |
|---|---|---|
| 1 | MS. CARUSO:  Objection:  Lacks foundation; | 02:34 |
| 2 | calls for speculation. | 02:34 |
| 3 | THE WITNESS:  It would be the strategy | 02:34 |
| 4 | group. | 02:34 |
| 5 | MR. ROBINSON:  Q.  Who is involved with | 02:34 |
| 6 | the strategy group? | 02:34 |
| 7 | A.  As mentioned earlier, Justin Denison and | 02:34 |
| 8 | his team. | 02:34 |
| 9 | Q.  Thank you. | 02:34 |
| 10 | I have no further questions at this time, | 02:34 |
| 11 | subject to the same reservations and the same | 02:34 |
| 12 | objection by counsel -- | 02:34 |
| 13 | MS. CARUSO:  Yes.  This time we're getting | 02:34 |
| 14 | out of here. | 02:34 |
| 15 | THE VIDEOGRAPHER:  This marks the end of | 02:34 |
| 16 | Disk Number 2 of 2, and concludes today's | 02:34 |
| 17 | deposition of Timothy Benner.  The time is | 02:34 |
| 18 | 2:35 p.m., and we are off the record. | 02:34 |
| 19 | (The deposition adjourned | |
| 20 | at 2:35 p.m.) | |
| 21 | --oOo-- | |
| 22 | | |
| 23 | Signed under penalty of perjury: | |
| 24 | | |
| 25 | Timothy Benner | |

c5923e74-ace0-4a4b-9a3e-301208fea0d7

# ERRATA SHEET

NAME OF CASE: _____ Apple, Inc., v. Samsung Electronics Co. et. al., No. 11-cv-01846-LHK _____

DATE OF DEPOSITION: _____ February 22, 2012 _____

NAME OF WITNESS: _____ Timothy Benner _____

Reason Codes:

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 16 | 3 | Not really now. | Not really, no. | 3 |
| 18 | 23-24 | the record; beyond the scope. A. Compound. It was -- | the record; beyond the scope. Compound. A. It was -- | 3 |
| 30 | 24 | across all of consumers because it varies in | across all consumers because it varies in | 1 |
| 40 | 21 | A. The survey is our tracking survey has | A. The survey is our tracking survey, which has | 1 |
| 43 | 3-4 | Some it's more important, some it's less important. | For some it's more important, for some it's less important. | 1 |
| 43 | 16 | There is things like brand. | There are things like brand. | 1 |
| 43 | 20-21 | ratings on line, | ratings online, | 3 |
| 56 | 20 | It's in the front of the | It's on the front | 1 |
| 57 | 7 | There is no numeric titles | There are no numeric titles | 1 |
| 58 | 16 | but it was a reason that it went into their | but it was a reason that went into their | 1 |
| 86 | 6 | by the research vendor who conducted the actual | created by the research vendor who conducted the actual | 1 |
| 100 | 5 | of both the validity and reliability of it worked | of what both the validity and reliability of the survey was | 1 |
| 100 | 21-23 | Can you rephrase back to the question before, because the similarity is one that it doesn't say anything. | Can you rephrase before the question before, because the similarity one doesn't say anything. | 1 |
| 104 | 3-4 | This document appears to be -- appears to be produced by our strategy group | It is my understanding that this document is a SEC document that included some input from our product planning team at | 1 |

Highly Confidential - Attorneys' Eyes Only

| | | | STA. | |
|---|---|---|---|---|
| 105 | 8 | THE VIDEOGRAPHER: The time is 11:56 a.m. | THE VIDEOGRAPHER: The time is 11:46 a.m. | 3 |
| 111 | 11 | THE WITNESS: It does explore objections. | THE WITNESS: It does explore options. | 3 |
| 113 | 19 | it's a high level | it's a high level document | 1 |
| 117 | 17 | in 2010, and there's different launches globally in | in 2010, and there's different launch dates globally than in the US | 1 |
| 119 | 2 | was | were | 3 |
| 122 | 3 | of these | of whether these | 1 |
| 122 | 9 | the surveys are are saying | the surveys are saying | 3 |
| 122 | 11 | release, and usually relating | release, usually relating | 1 |
| 123 | 22 | what a positioning research | what positioning research | 3 |
| 126 | 2 | asking is, is there more than one. There's one | asking is: "Is there more than one?" There's one | 3 |
| 140 | 19 | Mob!le's | Mobile's | 3 |
| 143 | 20 | AT | at | 3 |
| 143 | 23 | photo which shows basically stills of the different | photo which shows stills of the different | 1 |
| 144 | 18 | Q. Those who saw -- is it at photo array what | Q. Those who saw -- is it a photo array that | 3 |
| 145 | 12 | A. What they thought, they said, was it was | A. What they thought, they said, was that it was | 1 |
| 146 | 7 | execution -- misattribution was declined -- I'm | execution -- misattribution declined -- I'm | 1 |
| 148 | 8 | that, because very few people that Samsung was | that, because very few people knew that Samsung was | 3 |
| 150 | 11 | match mine up to there is. | match mine up to theirs. | 3 |
| 152 | 18 | A. Yes, it does. | A. Yes, it is. | 3 |
| 156 | 14 | report to him, Serena Yang and Nibha Jane. Those | report to him, Serena Yang and Nibha Jain. Those | 3 |
| 157 | 14 | quirdy | qwerty | 3 |
| 157 | 15 | quirdy | qwerty | 3 |
| 163 | 11 | at which this appears to be a flat printout of? | of which this appears to be a flat printout of? | 3 |
| 163 | 15 | by Hall & Partners because they are the one that do | by Hall & Partners because they are the ones that do | 3 |
| 166 | 22 | similar to that in our proprietary search. I'm not | similar to that in our proprietary research. I'm not | 3 |
| 168 | 6 | level matrix on the economy and some behavior in | level indicies on the economy and some behavior in | 3 |
| 169 | 15 | the carriers in terms of just the | the carriers in terms of just | 3 |

Highly Confidential - Attorneys' Eyes Only

Page 3

| | | help of their | the health of their | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Signed: _____     Date: _05/24/12_

Timothy Benner