1  John P. Bovich (SBN 150688)
   Email: jbovich@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for NON-PARTY
   Siemens AG
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            San Jose Division

11 | APPLE INC., a California corporation, | No.: 11-cv-01846-LHK (PSG) |
   | --- | --- |
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING SIEMENS AG'S AMENDED ADMINISTRATIVE MOTION TO SEAL** |
13 | vs. | |
14 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh |
15 | | |
16 | | |
17 | | |
18 | Defendants. | |

Non-party Siemens AG filed an amended administrative motion to seal portions of Trial Exhibits 77 and 630 on August 9, 2012.  Siemens AG's Amended Motion to Seal is hereby **GRANTED**.   Consistent with and to the extent described in Siemens AG's motion to seal and supporting declarations, the documents at issue may be filed under seal if they are used during trial as follows:

1) The Court hereby seals those terms of the Samsung-Siemens Agreement included in Trial Exhibit 77 under the columns "Expiration Date," "Term of Agreement" and "Monetary Consideration;"

2) The Court hereby seals those terms of the Samsung-Siemens Agreement included in Trial Exhibit 630 (Exhibit 3A to the Teece Report) under the columns "Term," "Licensed Products/Technology" and "Payments;"

3) The Court hereby seals those terms of the Apple-Siemens Agreement included in Trial Exhibit 630 (Exhibit 3B to the Teece Report) under the columns "Term," "Licensed Products/Technology" and "Payments;"

4) The Court hereby orders that any exhibit containing the foregoing Siemens' confidential information shall not be displayed or discussed in such a manner that its contents are made public;

5) The Court hereby seals any portions of the trial transcript containing discussion of the foregoing Siemens' confidential information; and

6) The Court hereby seals any exhibits entered at trial that comprise or contain excerpts from Siemens' confidential information.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                                                       Hon. Lucy H. Koh
                                                                                       UNITED STATES DISTRICT JUDGE