| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RICHARD HUNG IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES RE HAUSER, MUSIKA, AND DEPOSITION EXAMINATION MATERIALS** |

1    I, Richard Hung, do hereby declare as follows:

2    1.    I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc.
("Apple") in this action.  I am licensed to practice law in the State of California and admitted to
practice before this Court.  I submit this Reply Declaration in support of Apple's Reply to
Samsung's Opposition to Apple's Motion to Exclude Opinions of Certain of Samsung's Experts
("Reply").  Unless otherwise indicated, I have personal knowledge of the matters stated herein or
understand them to be true from members of my litigation team.  If called as a witness, I would
testify to the facts set forth below.

2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Junho Park, taken March 30, 2012.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 2546 to the deposition of Junho Park.

4.    Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 2547 to the deposition of Junho Park.

5.    Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 2548 to the deposition of Junho Park.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 9th day of August 2012, at San Francisco, California.

*/s/ Richard Hung*
RICHARD HUNG

HUNG DECL. ISO APPLE'S OBJ. AND RESP. RE: HAUSER, MUSIKA, AND DEPO. EXAMINATION MATERIALS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181342

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Reply Declaration. In compliance with General Order 45, X.B., I hereby attest that Richard Hung has concurred in this filing.

Dated: August 9, 2012    */s/ Michael A. Jacobs*
          Michael A. Jacobs

HUNG DECL. ISO APPLE'S OBJ. AND RESP. RE: HAUSER, MUSIKA, AND DEPO. EXAMINATION MATERIALS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181342

2