Exhibit A

```
 1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3      _____

 4      APPLE, INC., a California
        corporation,
 5             Plaintiff,
        vs.                                     Civil Action. No.
 6                                              11-CV-01846-LHK
        SAMSUNG ELECTRONICS CO., LTD., a
 7      Korean business entity, SAMSUNG
        ELECTRONICS AMERICA, INC., a New
 8      York corporation, and SAMSUNG
        TELECOMMUNICATIONS AMERICA, LLC,
 9      a Delaware limited liability
        company, a California corporation.
10             Defendants.

11

12      SAMSUNG ELECTRONICS CO., LTD., a
        Korean business entity, SAMSUNG
13      ELECTRONICS AMERICA, INC., a New
        York corporation, and SAMSUNG
14      TELECOMMUNICATIONS AMERICA, LLC,
        a Delaware limited liability
15      company, a California corporation.
               Counterclaim-Plaintiffs,
16      vs.

17      APPLE, INC., a California
        corporation,
18             Counterclaim-Defendant.
        _____
19                   *** HIGHLY CONFIDENTIAL ***
20                   *** ATTORNEYS' EYES ONLY ***

21          VIDEOTAPED INDIVIDUAL DEPOSITION OF:
                         JUNHO PARK
22                       (VOLUME 2)

23                    March 30, 2012
                      Kim & Chang
24                  Seoul, South Korea
                  1:14 p.m. - 7:12 p.m.
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

95

```
1   APPEARANCES:

2   For the Plaintiff and Counterclaim-Defendant, Apple,
    Inc.
3
                        MORRISON FOERSTER
4                       By:  Matthew Ahn, Esq.
                        755 Page Mill Road
5                       Palo Alto, California 94304-1018

6

7   For the Defendants and Counterclaim-Plaintiffs, the
    Samsung entities:

8                       QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
                        By:  Carl Anderson, Esq.
9                       865 South Figueroa Street
                        Los Angeles, California 90017
10
    Also present:
11
                        Jeesoo Jung, Lead Interpreter
12                      Eunice Hyo-Rim Lee, Check Interpreter
                        Samantha Kim, Morrison Foerster
13                      Hankil Kang, Samsung
                        Inga Kornev, Videographer
14                      Jason Meadors, Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

99

| | | |
|---|---|---|
| 12:46:54 | 1 | P R O C E E D I N G S |
| 13:13:59 | 2 | VIDEOGRAPHER:  My name is Inga Kornev, |
| 13:14:13 | 3 | videographer with American Realtime Court Reporters in |
| 13:14:17 | 4 | Asia.  Today's date is March 30th, 2012, and the time on |
| 13:14:21 | 5 | the video monitor is 1:14. |
| 13:14:25 | 6 | This video is being -- excuse me, this |
| 13:14:25 | 7 | deposition is being held at the offices of Kim & Chang, |
| 13:14:29 | 8 | located at the Jeongdong Building in Seoul, Korea.  The |
| 13:14:34 | 9 | caption of this case is Apple, Inc., versus Samsung |
| 13:14:38 | 10 | Electronics Company, et al., held in the United States |
| 13:14:40 | 11 | District Court, Northern District of California, San Jose |
| 13:14:43 | 12 | Division, with a civil action number of 11-CV-01846-LHK. |
| 13:14:53 | 13 | The name of the witness is Junho Park, testifying in his |
| 13:14:57 | 14 | individual capacity. |
| 13:14:59 | 15 | The court reporter today is Jason Meadors, also |
| 13:15:02 | 16 | with American Realtime Court Reporters in Asia. |
| 13:15:05 | 17 | At this time, I'd like to ask all counsel and |
| 13:15:07 | 18 | interpreters to state their appearances and whom they |
| 13:15:10 | 19 | represent, for the record. |
| 13:15:12 | 20 | MR. AHN:  Matthew Ahn of Morrison & Foerster on |
| 13:15:15 | 21 | behalf of Apple, Inc.  With me today is Samantha Kim. |
| 13:15:19 | 22 | MR. ANDERSON:  Carl Anderson of Quinn, Emanuel, |
| 13:15:22 | 23 | Urquhart & Sullivan, on behalf of Samsung.  And with me |
| 13:15:26 | 24 | this afternoon is Hankil Kang of Samsung. |
| 13:15:34 | 25 | LEAD INTERPRETER:  Jeesoo Jung, main |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

100

| | | |
|---|---|---|
| 13:15:34 | 1 | interpreter. |
| 13:15:40 | 2 | CHECK INTERPRETER:  Eunice Hyo-Rim Lee, check |
| 13:15:41 | 3 | interpreter. |
| 13:15:43 | 4 | MR. AHN:  We understand the court reporter is |
| 13:15:43 | 5 | not authorized to administer oaths in this venue. |
| 13:15:43 | 6 | Nevertheless, we request that he administer the oath, and |
| 13:15:43 | 7 | we stipulate that we waive any objection to the validity |
| 13:15:43 | 8 | of the deposition based on the oaths. |
| 13:15:54 | 9 | VIDEOGRAPHER:  At this time our reporter will |
| 13:15:55 | 10 | swear in the witness and interpreters, and we can |
| 13:15:56 | 11 | proceed. |
| 13:15:58 | 12 | MR. ANDERSON:  Agreed. |
| 13:15:59 | 13 | (Interpreters sworn.) |
| 13:15:59 | 14 | JUNHO PARK, |
| 13:15:59 | 15 | after having been duly sworn by the reporter, pursuant |
| 13:15:59 | 16 | to stipulation of counsel, was examined and testified |
| 13:15:59 | 17 | through the interpreter as follows: |
| 13:16:30 | 18 | EXAMINATION |
| 13:16:30 | 19 | BY MR. AHN: |
| 13:16:30 | 20 | Q.   Good afternoon, Mr. Park. |
| 13:16:34 | 21 | A.   Yes.  Good morning -- good afternoon. |
| 13:16:36 | 22 | Q.   I understand that you were previously deposed |
| 13:16:40 | 23 | for this lawsuit in January.  Is that right? |
| 13:16:50 | 24 | A.   Yes. |
| 13:16:52 | 25 | Q.   The same rules and procedures from that |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

128

| | | |
|---|---|---|
| 14:44:13 | 1 | don't have an opinion. |
| 14:44:17 | 2 | Q. (By MR. AHN) I'm handing you what has been |
| 14:44:20 | 3 | marked as Exhibit 2546. Exhibit 2546 bears the Bates |
| 14:44:24 | 4 | number SAMNDCA11288578. |
| 14:44:45 | 5 | Do you recognize Exhibit 2546? |
| 14:44:52 | 6 | A. No, I don't. |
| 14:44:56 | 7 | Q. You've never seen this document; is that |
| 14:44:58 | 8 | correct? |
| 14:45:04 | 9 | A. I have not seen this document. |
| 14:45:06 | 10 | Q. This is a document that we received from the |
| 14:45:10 | 11 | documents that you had collected for this case. Do you |
| 14:45:12 | 12 | know why you would have a copy of it? |
| 14:45:29 | 13 | CHECK INTERPRETER: I'd like to make a |
| 14:45:30 | 14 | modification from the check interpreter. (Speaking |
| 14:45:58 | 15 | Korean.) |
| 14:46:08 | 16 | A. I'm not able to check every single email |
| 14:46:11 | 17 | received via email, and I do not have a recollection |
| 14:46:15 | 18 | seeing this one. |
| 14:46:17 | 19 | Q. (By MR. AHN) Have you ever seen any document |
| 14:46:18 | 20 | like this? |
| 14:46:25 | 21 | MR. ANDERSON: Objection. Vague. |
| 14:46:32 | 22 | A. What do you mean by "any document like this"? |
| 14:46:40 | 23 | Q. (By MR. AHN) If you look at the top of the |
| 14:46:41 | 24 | document, it's titled "Apple intelligence report." Do |
| 14:46:46 | 25 | you see that? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 14:46:50 | 1 | A.    Yes. |
| 14:46:51 | 2 | Q.    Below that, it states, "Samsung Telecom |
| 14:46:55 | 3 | Research Israel."  Do you see that? |
| 14:47:00 | 4 | A.    Yes. |
| 14:47:01 | 5 | Q.    Have you seen any other documents that are |
| 14:47:04 | 6 | called Apple intelligence reports? |
| 14:47:17 | 7 | A.    Yes. |
| 14:47:17 | 8 | Q.    Tell me about that. |
| 14:47:40 | 9 | A.    I do not have a clear recollection as to what |
| 14:47:44 | 10 | was contained in that document, but a lot of information |
| 14:47:46 | 11 | regarding Apple is widely available in the market, so I |
| 14:47:51 | 12 | have a recollection of seeing one of those documents |
| 14:47:55 | 13 | through a website or other types of documents. |
| 14:48:01 | 14 | Q.    Have you previously seen any Apple intelligence |
| 14:48:04 | 15 | reports like Exhibit 2546? |
| 14:48:19 | 16 | MR. ANDERSON:  Objection.  Vague. |
| 14:48:35 | 17 | A.    I have not seen a document with a format |
| 14:48:40 | 18 | similar to the Exhibit 2546. |
| 14:48:45 | 19 | Q.    (By MR. AHN)  But you have seen other documents |
| 14:48:48 | 20 | titled "Apple intelligence report," correct? |
| 14:48:59 | 21 | MR. ANDERSON:  Objection.  Asked and answered. |
| 14:49:19 | 22 | A.    As I mentioned earlier, I have seen this, |
| 14:49:22 | 23 | because a lot of documents similar to Apple intelligence |
| 14:49:33 | 24 | report are widely available through the websites or in |
| 14:49:36 | 25 | the form of documents. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 14:49:39 | 1 | CHECK INTERPRETER:  Interjection from check |
| 14:49:41 | 2 | interpreter.  "Well, a lot of documents under the title |
| 14:49:43 | 3 | of 'Apple intelligence report' are available in the |
| 14:49:47 | 4 | market via other form of documents or website.  That is |
| 14:49:51 | 5 | how I have seen this type of document under name of |
| 14:49:55 | 6 | 'Apple intelligence reports.'" |
| 14:49:58 | 7 | Q.   (By MR. AHN)  Do you have any reason to doubt |
| 14:50:00 | 8 | that this is a true and authentic copy of a document that |
| 14:50:05 | 9 | you received? |
| 14:50:21 | 10 | A.   I do not have a recollection as to this |
| 14:50:25 | 11 | document. |
| 14:50:26 | 12 | Q.   That's not my question.  My question is, do you |
| 14:50:29 | 13 | have any reason to doubt that this is a true and |
| 14:50:32 | 14 | authentic copy of a document that you received? |
| 14:50:53 | 15 | A.   As I mentioned earlier, since I do not have any |
| 14:50:56 | 16 | recollection of this document itself, I'm not able to |
| 14:51:00 | 17 | tell you about the credibility of this document. |
| 14:51:06 | 18 | CHECK INTERPRETER:  Interjection from check |
| 14:51:07 | 19 | interpreter.  "As I mentioned earlier, since I do not |
| 14:51:09 | 20 | have any recollection of receiving this document itself, |
| 14:51:11 | 21 | I'm not able to tell you about the authenticity of this |
| 14:51:16 | 22 | document." |
| 14:51:17 | 23 | Q.   (By MR. AHN)  Earlier, you mentioned that you |
| 14:51:19 | 24 | were familiar with Samsung Telecom Research Israel.  Why |
| 14:51:22 | 25 | are you familiar with that entity? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

131

| | |
|---|---|
| 14:51:35 | 1 |
| 14:51:37 | 2 |
| 14:51:46 | 3 |
| 14:51:52 | 4 |
| 14:51:54 | 5 |
| 14:51:56 | 6 |
| 14:51:59 | 7 |
| 14:52:01 | 8 |
| 14:52:08 | 9 |
| 14:52:38 | 10 |
| 14:52:41 | 11 |
| 14:52:46 | 12 |
| 14:52:50 | 13 |
| 14:52:56 | 14 |
| 14:53:02 | 15 |
| 14:53:04 | 16 |
| 14:53:09 | 17 |
| 14:53:20 | 18 |
| 14:53:45 | 19 |
| 14:53:47 | 20 |
| 14:53:54 | 21 |
| 14:54:04 | 22 |
| 14:54:27 | 23 |
| 14:54:33 | 24 |
| 14:54:37 | 25 |

1           MR. ANDERSON:  Objection.  Misstates prior

2   testimony.

3       A.   I didn't testify that I'm familiar with Samsung

4   Telecom Research Israel.

5       Q.   (By MR. AHN)  Let me rephrase it.  You

6   testified previously that you had heard of that entity;

7   is that right?

8       A.   Yes.

9       Q.   In what context have you heard of it?

10       A.   About seven or eight years ago, there was an

11   application called MyPad which was developed by this

12   Israeli research institute, and that that application was

13   applied to the products which were sold in the Korean

14   market.  That's how I became aware of that research

15   institute.

16       Q.   Are you familiar with somebody named Ilan

17   Elias?  Let me spell that for you.  I-l-a-n; last name,

18   E-l-i-a-s.

19       A.   I do not recall.

20       Q.   I'm going to mark for you as Exhibit 2547 a

21   document bearing the Bates number SAMNDCA11282512 through

22   533.

23           Have you ever seen Exhibit 2547 before?

24       A.   No, I have not.

25       Q.   And it's your testimony that you've never seen

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

132

| | | |
|---|---|---|
| 14:54:39 | 1 | any document that looks like this; is that correct? |
| 14:54:49 | 2 | A.   Yes. |
| 14:55:06 | 3 | Q.   Can you turn to the page ending in 525?  At the |
| 14:55:20 | 4 | top of that page, it states, "Significant new patents." |
| 14:55:25 | 5 | Do you see that? |
| 14:55:32 | 6 | A.   Yes. |
| 14:55:33 | 7 | Q.   Below that, it states, "Apple's |
| 14:55:35 | 8 | Picture-in-Picture Patent for FaceTime & Beyond."  Do you |
| 14:55:39 | 9 | see that? |
| 14:55:49 | 10 | A.   Yes. |
| 14:55:50 | 11 | Q.   Have you ever seen any such news or information |
| 14:55:57 | 12 | in Samsung regarding Apple's patents? |
| 14:56:10 | 13 | MR. ANDERSON:  Objection.  Vague.  I'll also |
| 14:56:12 | 14 | caution the witness not to reveal the contents of any |
| 14:56:17 | 15 | privileged communications from attorneys. |
| 14:56:38 | 16 | A.   Could you repeat your question, please. |
| 14:56:40 | 17 | MR. AHN:  Please reinterpret. |
| 14:56:47 | 18 | LEAD INTERPRETER:  (Speaking Korean.) |
| 14:56:48 | 19 | MR. ANDERSON:  Same objection. |
| 14:56:51 | 20 | A.   Yes, I have. |
| 14:56:53 | 21 | Q.   (By MR. AHN)  Please tell me about it. |
| 14:56:57 | 22 | MR. ANDERSON:  Same caution for the witness. |
| 14:57:24 | 23 | A.   Similarly -- |
| 14:57:24 | 24 | LEAD INTERPRETER:  Strike that. |
| 14:57:28 | 25 | A.   I have a recollection hearing about the patents |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

133

| | | |
|---|---|---|
| 14:57:33 | 1 | of Apple's that issued. |
| 14:57:41 | 2 | CHECK INTERPRETER:  Interjection from check |
| 14:57:42 | 3 | interpreter.  "What I heard with regard to the Apple |
| 14:57:45 | 4 | patents is that such-and-such patents of Apple's were |
| 14:57:49 | 5 | registered." |
| 14:57:51 | 6 | Q.   (By MR. AHN)  Who did you hear that from? |
| 14:58:06 | 7 | A.   I do not have a recollection of -- of hearing |
| 14:58:18 | 8 | such from whom. |
| 14:58:18 | 9 | Q.   Are you aware of such discussions about Apple's |
| 14:58:22 | 10 | patents at Samsung? |
| 14:58:31 | 11 | MR. ANDERSON:  I'm again going to caution the |
| 14:58:33 | 12 | witness not to reveal the contents of any privileged |
| 14:58:36 | 13 | communication with attorneys. |
| 14:59:07 | 14 | A.   I would like to seek for a break, because I |
| 14:59:13 | 15 | need to consult with my counsel with regard to this |
| 14:59:15 | 16 | question. |
| 14:59:19 | 17 | MR. ANDERSON:  Are you agreeable to take a |
| 14:59:20 | 18 | break while we -- |
| 14:59:22 | 19 | MR. AHN:  Let's go off the record. |
| 14:59:23 | 20 | VIDEOGRAPHER:  One second, please.  Going off |
| 14:59:28 | 21 | the record.  The time is 2:59. |
| 15:10:46 | 22 | (Recess taken.) |
| 15:10:57 | 23 | VIDEOGRAPHER:  We are back on the record.  The |
| 15:10:59 | 24 | time is 3:10. |
| 15:11:02 | 25 | MR. ANDERSON:  I'd like to make a statement for |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 15:11:04 | 1 | the record.  Exhibit 2547, which has been introduced by |
| 15:11:10 | 2 | Apple, is a document that I believe was not included in |
| 15:11:15 | 3 | Apple's letter of March 26th, 2012, to Rachel Kasabian |
| 15:11:24 | 4 | from Mia Mazza, despite the fact that that letter |
| 15:11:29 | 5 | includes some 70 documents which Apple represents, quote, |
| 15:11:34 | 6 | We would like to discuss with Mr. Park at his reopened |
| 15:11:39 | 7 | deposition, unquote. |
| 15:11:41 | 8 | For the record, this is more evidence of |
| 15:11:43 | 9 | Apple's bad faith in not complying with the court order, |
| 15:11:49 | 10 | sending us a list of 70 documents, not including the |
| 15:11:52 | 11 | documents that they're actually going to ask about at the |
| 15:11:55 | 12 | deposition. |
| 15:11:58 | 13 | With respect to this particular document, it |
| 15:12:00 | 14 | appears we're now going to have lengthy colloquy about |
| 15:12:06 | 15 | privilege issues which could have been avoided had Apple |
| 15:12:10 | 16 | complied with the protective order -- sorry, with the |
| 15:12:14 | 17 | Court's order. |
| 15:12:19 | 18 | MR. AHN:  Finished, Counsel? |
| 15:12:21 | 19 | MR. ANDERSON:  Yes. |
| 15:12:22 | 20 | MR. AHN:  Your comments are inappropriate, |
| 15:12:23 | 21 | designed to coach the witness.  I object to the |
| 15:12:27 | 22 | obstructionist nature of your statements.  But why don't |
| 15:12:30 | 23 | we continue with the deposition. |
| 15:12:31 | 24 | MR. ANDERSON:  I -- I disagree, but you should |
| 15:12:33 | 25 | continue with your deposition. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

135

| | | |
|---|---|---|
| 15:12:35 | 1 | Q.    (By MR. AHN)   There was a question pending |
| 15:12:36 | 2 | before we went on the break.   Can you answer my question? |
| 15:12:47 | 3 | A.    Would you repeat your question, Counsel, |
| 15:12:49 | 4 | please? |
| 15:12:50 | 5 | Q.    Certainly. |
| 15:12:52 | 6 | You mentioned that you were aware of |
| 15:12:53 | 7 | discussions at Samsung regarding Apple's patents, and I |
| 15:12:56 | 8 | asked you to tell me about those discussions. |
| 15:13:30 | 9 | A.    That discussion -- |
| 15:13:32 | 10 | LEAD INTERPRETER:   Strike that. |
| 15:13:33 | 11 | A.    Those discussions were related to -- |
| 15:13:32 | 12 | LEAD INTERPRETER:   Strike that. |
| 15:13:39 | 13 | A.    During those discussions, we were expecting -- |
| 15:13:32 | 14 | LEAD INTERPRETER:   Strike that. |
| 15:13:44 | 15 | A.    During those discussions, we were trying to |
| 15:13:48 | 16 | predict the future functions to be introducing to the |
| 15:13:53 | 17 | market based on the -- based on Apple's patents issued. |
| 15:14:00 | 18 | Q.    Who is "we"? |
| 15:14:16 | 19 | A.    That kind of review was conducted within the |
| 15:14:23 | 20 | product planning team. |
| 15:14:25 | 21 | Q.    Who is the head of the product planning team? |
| 15:14:36 | 22 | CHECK INTERPRETER:   (Speaking Korean.) |
| 15:14:44 | 23 | A.    My boss is senior vice president, WonSik Lee. |
| 15:14:52 | 24 | Q.    Why did you want to predict the future |
| 15:14:57 | 25 | functions that Apple may introduce in a new product? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 15:15:11 | 1 | MR. ANDERSON:  Objection.  Lacks foundation. |
| 15:15:13 | 2 | Calls for speculation. |
| 15:15:32 | 3 | A.   As part of market intelligence efforts, we do |
| 15:15:38 | 4 | review patents not only of Apple but also of other |
| 15:15:43 | 5 | competitors. |
| 15:15:44 | 6 | Q.   (By MR. AHN)  And Samsung is aware of Apple |
| 15:15:46 | 7 | patents, correct? |
| 15:15:58 | 8 | MR. ANDERSON:  Objection.  Vague.  Compound. |
| 15:16:11 | 9 | A.   It is aware of some patents among the issued |
| 15:16:17 | 10 | patents. |
| 15:16:24 | 11 | Q.   (By MR. AHN)  Is there some type of document |
| 15:16:26 | 12 | where information about Apple's patents is kept? |
| 15:16:50 | 13 | MR. ANDERSON:  I'm going to caution the witness |
| 15:16:51 | 14 | not to reveal communications from attorneys or the |
| 15:17:02 | 15 | contents of documents prepared by or at the direction of |
| 15:17:07 | 16 | attorneys.  If you have other information, you can answer |
| 15:17:11 | 17 | the question. |
| 15:17:34 | 18 | A.   I'm not able to answer your question. |
| 15:17:39 | 19 | Q.   (By MR. AHN)  Meaning, you have information, |
| 15:17:40 | 20 | but you can't give it to me because of attorney-client |
| 15:17:43 | 21 | privilege issues? |
| 15:17:57 | 22 | A.   I'm not able to answer that, either. |
| 15:18:02 | 23 | Q.   Unless your counsel instructs you not to answer |
| 15:18:03 | 24 | the question, you can answer my question. |
| 15:18:21 | 25 | A.   What was your question? |

| 15:18:23 | 1 | Q. I'll repeat it for you. |

15:18:23  1      Q.   I'll repeat it for you.

15:18:25  2           You have information related to my question

15:18:28  3  about how information on Apple's patents is kept at

15:18:33  4  Samsung, but you can't tell me anything because of the

15:18:37  5  instruction not to answer.  Is that correct?

15:19:02  6           MR. ANDERSON:  For the record, I cautioned the

15:19:04  7  witness not to reveal privileged information, and I gave

15:19:07  8  no instruction not to answer.

15:19:28  9           CHECK INTERPRETER:  (Speaking Korean.)

15:19:48  10     A.   Yes.

15:19:53  11     Q.   (By MR. AHN)  Will you tell me what that

15:19:55  12 information is?

15:19:56  13          MR. ANDERSON:  I instruct the witness not to

15:19:57  14 answer.  That's a totally inappropriate question.  That's

15:20:01  15 really outrageous.  You know, it's an ethical violation

15:20:06  16 to try to deceive a witness into breaking attorney-client

15:20:11  17 privilege.

15:20:11  18          MR. AHN:  Counsel, your comments are totally

15:20:14  19 inappropriate.  You did not instruct the witness not to

15:20:18  20 answer the question.  So I needed to ask to see if you're

15:20:21  21 going to instruct him.  It appears that you've just

15:20:23  22 instructed him, so let's find out if the witness will

15:20:26  23 answer my question or not.

15:20:27  24          MR. ANDERSON:  Again, I instruct the witness

15:20:28  25 not to answer this question.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

138

| | | |
|---|---|---|
| 15:21:00 | 1 | A.   I cannot answer. |
| 15:21:02 | 2 | Q.   (By MR. AHN)  You're following your counsel's |
| 15:21:04 | 3 | instruction, correct? |
| 15:21:14 | 4 | A.   When it comes to what I was consulted with |
| 15:21:20 | 5 | counsel, I'm not able to answer. |
| 15:21:23 | 6 | Q.   My question is just, are you following your |
| 15:21:25 | 7 | counsel's instruction? |
| 15:21:33 | 8 | CHECK INTERPRETER:  (Speaking Korean.) |
| 15:21:34 | 9 | A.   Yes. |
| 15:21:38 | 10 | Q.   (By MR. AHN)  I'm going to hand you what has |
| 15:21:40 | 11 | been marked as Exhibit 2548.  Exhibit 2548 bears the |
| 15:21:56 | 12 | Bates numbers SAMNDCA11280015 through 0054. |
| 15:22:10 | 13 | Do you recognize Exhibit 2548? |
| 15:22:17 | 14 | A.   No, I don't. |
| 15:22:19 | 15 | Q.   Ever seen a document like Exhibit 2548? |
| 15:22:24 | 16 | MR. ANDERSON:  Objection.  Vague. |
| 15:22:28 | 17 | A.   No, I have not. |
| 15:22:35 | 18 | Q.   (By MR. AHN)  On the first page, there is a |
| 15:22:37 | 19 | bullet point in the center that states, "Patent |
| 15:22:40 | 20 | application.  Apple looking into radial menus concept." |
| 15:22:47 | 21 | Do you see that? |
| 15:22:56 | 22 | A.   Yes, I do. |
| 15:22:57 | 23 | Q.   You mentioned previously that your team looks |
| 15:23:01 | 24 | into future functions that Apple might have based on |
| 15:23:06 | 25 | patent applications.  Is that right? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

139

| | | |
|---|---|---|
| 15:23:28 | 1 | A.   Yes. |
| 15:23:30 | 2 | Q.   What do you do with the findings of that |
| 15:23:32 | 3 | research? |
| 15:23:40 | 4 | MR. ANDERSON:  Objection.  Lacks foundation. |
| 15:23:46 | 5 | A.   We don't do anything particular. |
| 15:23:49 | 6 | Q.   (By MR. AHN)  Do you do anything in general? |
| 15:23:53 | 7 | MR. ANDERSON:  Same objection. |
| 15:23:56 | 8 | A.   When it comes to myself, I don't -- I do not do |
| 15:24:04 | 9 | anything. |
| 15:24:07 | 10 | Q.   (By MR. AHN)  What about other people on your |
| 15:24:08 | 11 | team? |
| 15:24:12 | 12 | MR. ANDERSON:  Same objection. |
| 15:24:16 | 13 | A.   I'm not able to know as to all what -- |
| 15:13:32 | 14 | LEAD INTERPRETER:  Strike that. |
| 15:24:22 | 15 | A.   I'm not able to know as to what other people |
| 15:24:25 | 16 | do. |
| 15:24:26 | 17 | Q.   (By MR. AHN)  So your testimony is that this |
| 15:24:28 | 18 | research is conducted, but you don't know what happens |
| 15:24:31 | 19 | with it; is that correct? |
| 15:24:42 | 20 | A.   Correct. |
| 15:24:45 | 21 | Q.   Do you know if it's used to create new features |
| 15:24:50 | 22 | inside Samsung's products? |
| 15:25:01 | 23 | MR. ANDERSON:  Objection.  Asked and answered. |
| 15:25:09 | 24 | A.   I'm not able to know as to what other people |
| 15:25:11 | 25 | are doing. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

140

| | | |
|---|---|---|
| 15:25:13 | 1 | Q.   (By MR. AHN)  You have no information about how |
| 15:25:14 | 2 | that information is used, correct? |
| 15:25:24 | 3 | A.   Yes. |
| 15:25:29 | 4 | Q.   Have you ever had any discussions at Samsung |
| 15:25:32 | 5 | regarding your review of Apple's patent applications? |
| 15:25:44 | 6 | MR. ANDERSON:  Again, I caution the witness not |
| 15:25:46 | 7 | to reveal the contents of any privileged communications |
| 15:25:51 | 8 | with attorneys.  I also object to the question.  Lacks |
| 15:26:09 | 9 | foundation. |
| 15:26:10 | 10 | A.   Would you repeat your question, please. |
| 15:26:14 | 11 | MR. AHN:  Would you reinterpret. |
| 15:26:20 | 12 | LEAD INTERPRETER:  (Speaking Korean.) |
| 15:26:23 | 13 | MR. ANDERSON:  Same objection. |
| 15:26:31 | 14 | A.   Because it is related to the discussions with |
| 15:26:34 | 15 | counsel, I'm not able to answer your question. |
| 15:26:43 | 16 | Q.   (By MR. AHN)  You're refusing to answer based |
| 15:26:45 | 17 | on privilege; is that correct? |
| 15:26:52 | 18 | A.   Yes. |
| 15:26:54 | 19 | Q.   I'm going to hand you what I've marked as |
| 15:26:56 | 20 | Exhibits 2549 and Exhibit 2550.  Exhibit 2549 bears the |
| 15:27:16 | 21 | Bates numbers SAMNDCA11278033.  Exhibit 2550 bears the |
| 15:27:23 | 22 | Bates numbers SAMNDCA11276568 through 6614. |
| 15:27:47 | 23 | Do you recognize Exhibit 2549? |
| 15:27:52 | 24 | A.   No. |
| 15:27:54 | 25 | (Mr. Stretch enters the deposition room.) |

| | | |
|---|---|---|
| 15:27:54 | 1 | Q.    (By MR. AHN)  Do you recognize Exhibit 2550? |
| 15:28:03 | 2 | A.    No. |
| 15:28:05 | 3 | MR. ANDERSON:  For the record, Exhibit 2549 and |
| 15:28:08 | 4 | 2550 are yet two more documents not included in Apple's |
| 15:28:12 | 5 | March 26th, 2012, letter purporting to comply with the |
| 15:28:18 | 6 | Court's March 8, 2012, order. |
| 15:28:27 | 7 | MR. AHN:  Move to strike counsel's comments. |
| 15:28:31 | 8 | Counsel, look at the -- look at the letter that |
| 15:28:32 | 9 | was sent to you.  You ought to find both of these |
| 15:28:35 | 10 | documents on it.  You're obviously just trying to waste |
| 15:28:39 | 11 | my time, and I object to that. |
| 15:28:42 | 12 | Q.    (By MR. AHN)  So, Mr. Park, you don't recognize |
| 15:28:45 | 13 | either of these exhibits; is that right? |
| 15:28:52 | 14 | A.    Correct. |
| 15:28:53 | 15 | MR. AHN:  For the record, there appears to be |
| 15:28:55 | 16 | another Quinn Emanuel attorney in the room.  Counsel, can |
| 15:28:58 | 17 | you identify him, please. |
| 15:29:00 | 18 | MR. ANDERSON:  Yes.  Thank you.  Christopher |
| 15:29:02 | 19 | Stretch of Quinn, Emanuel, Urquhart & Sullivan just |
| 15:29:07 | 20 | entered the room. |
| 15:29:08 | 21 | Now, Counsel, may I have a minute to check my |
| 15:29:10 | 22 | list to see who's right?  I may have made a mistake, but |
| 15:29:13 | 23 | I want to see. |
| 15:29:15 | 24 | MR. AHN:  Well, I'll continue questioning while |
| 15:29:17 | 25 | you check. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

142

| | | |
|---|---|---|
| 15:29:18 | 1 | MR. ANDERSON:  I -- |
| 15:29:18 | 2 | Q.   (By MR. AHN)  Have you ever seen any other |
| 15:29:20 | 3 | exhibits like Exhibit 2549 or Exhibit 2550? |
| 15:29:29 | 4 | MR. ANDERSON:  Objection.  Vague. |
| 15:29:34 | 5 | A.   I haven't seen an exhibit similar to this. |
| 15:29:46 | 6 | CHECK INTERPRETER:  (Speaking Korean.)  "I have |
| 15:29:50 | 7 | not seen any document looking similar to this exhibit." |
| 15:30:01 | 8 | Q.   (By MR. AHN)  If you look at the top of the |
| 15:30:05 | 9 | page of Exhibit 2549, do you see that it states, "STRI |
| 15:30:13 | 10 | weekly competitive intelligence report"? |
| 15:30:24 | 11 | A.   Yes. |
| 15:30:25 | 12 | Q.   Have you ever seen any documents titled "STRI |
| 15:30:29 | 13 | weekly competitive intelligence report" before? |
| 15:30:37 | 14 | A.   No, I have not. |
| 15:30:48 | 15 | Q.   So we looked at approximately five documents |
| 15:30:51 | 16 | that appear to be competitive intelligence reports |
| 15:30:57 | 17 | produced by Samsung Telecom Research Israel that came |
| 15:31:01 | 18 | from your files.  Is it your testimony today that you've |
| 15:31:04 | 19 | never seen these documents, ever? |
| 15:31:26 | 20 | CHECK INTERPRETER:  (Speaking Korean.) |
| 15:31:31 | 21 | MR. ANDERSON:  Objection.  Misrepresents the |
| 15:31:32 | 22 | evidence.  Assumes facts not in evidence. |
| 15:31:54 | 23 | A.   I have never seen this document. |
| 15:31:56 | 24 | Q.   (By MR. AHN)  And you have no idea how they |
| 15:31:58 | 25 | came into your possession; is that correct? |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

143

| | | |
|---|---|---|
| 15:32:09 | 1 | MR. ANDERSON:  Objection.  Assumes facts not in |
| 15:32:11 | 2 | evidence. |
| 15:32:38 | 3 | A.   There are a lot of emails relating to market |
| 15:32:41 | 4 | intelligence, and I do not review emails which are -- |
| 15:32:46 | 5 | which I'm not responsible for because I believe market |
| 15:32:51 | 6 | intelligence is something that I'm -- |
| 15:13:32 | 7 | LEAD INTERPRETER:  Strike that. |
| 15:32:58 | 8 | A.   Because I don't believe market intelligence is |
| 15:33:04 | 9 | something that I'm responsible for, I do not check emails |
| 15:33:07 | 10 | relating to market intelligence. |
| 15:33:11 | 11 | MR. ANDERSON:  Counsel, I've reviewed my copy |
| 15:33:13 | 12 | of the March 26th letter from Mia Mazza.  For the record, |
| 15:33:19 | 13 | it's marked "corrected," and I don't find those documents |
| 15:33:23 | 14 | on the list.  If you disagree or are using a little -- |
| 15:33:27 | 15 | are using a different list, let's -- let's discuss at the |
| 15:33:31 | 16 | break which letter you're using. |
| 15:33:33 | 17 | MR. AHN:  The version of the letter that I have |
| 15:33:36 | 18 | has these documents on it.  You may want to double-check |
| 15:33:40 | 19 | to see if you have a copy of that. |
| 15:33:42 | 20 | Q.   (By MR. AHN)  I'm going to hand you what I've |
| 15:33:44 | 21 | marked as Exhibit 2551.  Exhibit 2551 bears the Bates |
| 15:33:48 | 22 | number of SAMNDCA11276564 and is an email from Moshe |
| 15:34:00 | 23 | Samoha. |
| 15:34:14 | 24 | Do you recognize Exhibit 2551? |
| 15:34:23 | 25 | A.   No. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

144

| | | |
|---|---|---|
| 15:34:23 | 1 | Q.    You testified previously that you don't know |
| 15:34:25 | 2 | anyone named Moshe Samoha; is that right? |
| 15:34:36 | 3 | A.    That is correct. |
| 15:34:37 | 4 | Q.    Based on the fact that the email in the "To" |
| 15:34:43 | 5 | field identifies Moshe Samoha again, I'm assuming this is |
| 15:34:48 | 6 | for a distribution list.  Do you know if you are on a |
| 15:34:51 | 7 | distribution list that Mr. Samoha sends? |
| 15:35:20 | 8 | A.    I have no idea. |
| 15:35:22 | 9 | Q.    Have you ever received any emails like this |
| 15:35:24 | 10 | before? |
| 15:35:32 | 11 | MR. ANDERSON:  Objection.  Vague. |
| 15:35:36 | 12 | A.    I do not recall. |
| 15:35:42 | 13 | CHECK INTERPRETER:  And prior the witness |
| 15:35:42 | 14 | answered that he doesn't know who Moshe Samoha is. |
| 15:35:48 | 15 | Q.    (By MR. AHN)  Have you ever seen any teardowns |
| 15:35:53 | 16 | of Apple products? |
| 15:36:05 | 17 | A.    Yes. |
| 15:36:06 | 18 | Q.    Please tell me about that. |
| 15:36:20 | 19 | A.    If you go to our website called ifixit.com on |
| 15:36:26 | 20 | the Internet, you can see the teardowns of Apple's |
| 15:36:31 | 21 | product. |
| 15:36:32 | 22 | Q.    Is that where you saw the teardowns? |
| 15:36:39 | 23 | A.    Yes. |
| 15:36:39 | 24 | Q.    Why did you want to see that information? |
| 15:36:45 | 25 | MR. ANDERSON:  Objection.  Lacks foundation. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

145

| | | |
|---|---|---|
| 15:36:57 | 1 | A.   If you go to the website ifixit.com, you can |
| 15:37:02 | 2 | see all the teardowns of all IT products. |
| 15:37:07 | 3 | Q.   (By MR. AHN)  Why did you want to look at the |
| 15:37:09 | 4 | teardown of an Apple product? |
| 15:37:18 | 5 | MR. ANDERSON:  Objection.  Lacks foundation. |
| 15:37:30 | 6 | A.   It was not intended to take a look at the |
| 15:37:33 | 7 | teardowns of Apple's products in particular. |
| 15:37:37 | 8 | Q.   (By MR. AHN)  So you saw it by accident? |
| 15:38:10 | 9 | A.   What I'm trying to say, that there |
| 15:38:13 | 10 | are teardowns of other competitors' products, like not |
| 15:38:18 | 11 | only Apple's but also Motorola, HTC's, and LG's, so the |
| 15:38:24 | 12 | teardowns of all the products of those manufacturers are |
| 15:38:27 | 13 | available there. |
| 15:38:29 | 14 | Q.   So you were looking for the teardowns of all of |
| 15:38:31 | 15 | Samsung competitors' products; is that right? |
| 15:38:46 | 16 | MR. ANDERSON:  Objection.  Misrepresents prior |
| 15:38:48 | 17 | testimony. |
| 15:39:04 | 18 | A.   I have seen the teardowns of a variety of |
| 15:39:09 | 19 | products by other competitors. |
| 15:39:14 | 20 | Q.   (By MR. AHN)  Why were you on the website? |
| 15:39:45 | 21 | A.   As a person who's responsible for the product |
| 15:39:50 | 22 | planning, it is necessary to identify the competitiveness |
| 15:39:55 | 23 | of our company's products, and I was curious about what |
| 15:40:02 | 24 | other products are adopted in their product -- |
| 15:13:32 | 25 | LEAD INTERPRETER:  Strike that. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

207

| | | |
|---|---|---|
| 19:11:34 | 1 | Q.    (By MR. AHN)  You have no opinion on that, |
| 19:11:35 | 2 | correct? |
| 19:11:39 | 3 | A.    Correct. |
| 19:11:41 | 4 | Q.    When did you collect documents for production |
| 19:11:43 | 5 | in this case? |
| 19:12:07 | 6 | A.    I delivered my PC to our legal team towards the |
| 19:12:11 | 7 | end of December 2011. |
| 19:12:16 | 8 | Q.    Did you provide email messages to the legal |
| 19:12:19 | 9 | team? |
| 19:12:28 | 10 | A.    I provided my entire PC. |
| 19:12:31 | 11 | Q.    So your emails would have been on your PC at |
| 19:12:35 | 12 | that time; is that right? |
| 19:12:37 | 13 | A.    Yes. |
| 19:12:48 | 14 | MR. AHN:  That's all the questions I have |
| 19:12:50 | 15 | today. |
| 19:12:51 | 16 | MR. ANDERSON:  No questions from Samsung. |
| 19:12:55 | 17 | VIDEOGRAPHER:  This marks the end of Disk |
| 19:12:57 | 18 | Number 4 in the deposition of Junho Park.  Going off the |
| 19:13:00 | 19 | record.  The time is 7:12. |
| | 20 | (Time noted:  7:12 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |