Exhibit B



**Apple Intelligence Report**
Samsung Telecom Research Israel
Covering Dec. 31 to Jan. 6

# Executive Summary

■ **Summary of Apple's Patents Throughout 2010**



Overall Apple has published across the last year more than **700 granted patents and 600 patent applications in USA**. The most notable trends across these patents were the **Near Field Communication, Location Based Services and** the integration of those in **Social Applications** (Travel, Shopping etc). See the top patents of Apple during 2010 below.

■ **Security: iPhone Users More Likely To Visit Phishing Sites**



New research finds eight times more iPhone users going to phishing sites than BlackBerry users. Generally speaking, Smartphone users are the first to visit a phishing website via a phony email message and, once there, are three times more likely than desktop users to provide their login information, new research has found.
Also see below a new report claims that **more than a third of all malwares in the history were created in 2010.**

■ **Granted Patent(1) : Audio Processing in Multi-Participants Conference**



The patent describes a method of distributing audio content in a multi-participant audio/video conference. We expect to see this patent implementation in future FaceTime video chat versions.

■ **Granted Patent(2): Possible iWallet Implementation in Portobales**

The patent describes an ejectable components assemblies in a device. The component can be an integrated circuit cards (ICCs) which are used in credite payment cards, memory cards, flash memory cards, microprocessor cards, smart cards, such as subscriber identity module (SIM) cards, or their combinations.

■ **Electronic Sensor More Sensitive and Reliable than a Dog's Nose**



Based on recent advances in nanotechnology, researches from Israel have developed a small and portable device that can dedect veriety of explosives better than a trained dog nose.

**See also:**

■ AT&T drops price of iPhone 3GS to $49



■ Apple New Hiring: Micro-Architecture CPU Designers

■ Rumor: iPhone 5 Spare Part Leaked

■ ...Bonuse (Homur): Steve Jobs To-Do List For 2010

---

STR1 | **Apple Intelligence Report**



| EXHIBIT |
| 2546 |

1

**Highly Confidential - Attorneys' Eyes Only**                    SAMNDCA11288578