Exhibit C

## Apple Intelligence Report
Samsung Telecom Research Israel
Covering May. 5 to May. 12



# Executive Summary

■ **Rumors: Apple in negotiation with Nuance for creating partnership**

**ANALYSIS**: Nuance is the recognized global leader in speech recognition technology (and patents) and importantly provides the speech recognition capabilities behind the Siri Artificial Intelligence application that Apple purchased last year and expected to be a significant part of future Apple's iOS.



■ **Apple investigating keyboards with proximity sensors, tactile feedback**

Apple has shown interest in creating an advanced keyboard that could provide tactile feedback to users through the inclusion of numerous proximity sensors and air vents on individual keys.



### More News

■ **Microsoft confirms $8.5B acquisition of communications service Skype**

**ANALYSIS**: We know that Facebook is looking to strengthen its video component. If Microsoft will manage to "force" Facebook to use Skype then Apple's FaceTime is in trouble. If Facebook on the other hand started using FaceTime, Skype would quickly become a seniors-only Windows-only affair. **Other speculation** has suggested that Microsoft might try to take Skype beyond the upcoming Windows Phone 7 app and merge it into the mobile OS itself, possibly as a clone of Google Voice. **Some more Speculations**: ♦ The Linux version of the Skype software may wither and die. ♦ Microsoft will add some lawful interception system into the Skype software, assuming there is not one already. ♦ You'll need to get a Windows LiveID to create a Skype account. ♦ It seems likely that future **Nokia** products may ship with Skype integration out of the box.



■ **Broadcom Buying Israeli Chip, Software Developer**

Broadcom Corp. is set to acquire SC Square Ltd., an Israel-based developer of security software, for $42 million. Last month it bought Israel-based Provigent Inc., a maker of chips for wireless network operators. it brings Broadcom's acquisition of Israeli companies to eight.

■ **World's Smallest Medical Camera Is Disposable, Too**

An Israeli firm has unveiled a tiny medical camera that is less than a millimeter wide. More importantly, the camera is disposable--which could help lower the cost of surgeries and diagnostic procedures.

---

STRI | **Apple Intelligence Report**

EXHIBIT
2547
3/30/12  JP

1

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11282512

# Table of Contents

## General Apple Company News                                          5

### Survey: 82% of US tablet market owned by Apple's iPad.................... 5

A new survey of U.S. tablet owners found that 82 percent of users have Apple's iPad.
Since purchasing a tablet, 35 percent of those surveyed said they use their desktop less
often or not at all. See below reason why using Tablet over the PC.

### Rumors: Apple in negotiation with Nuance for partnership............... 6

Apple is significant negotiations with Nuance to license their software or even an
acquisition of the company. **ANALYSIS**: Speech recognition is core functionality for
mobile devices now and even more in the future. Google is even building its speech
technology into its Chrome browser. Nuance is the recognized global leader in speech
recognition technology (and patents) and importantly provides the speech recognition
capabilities behind the Siri Artificial Intelligence application that Apple purchased last
year and expected to be a significant part of Apple's iOS .

### IDC: smartphone market grows 80 percent year-on-year, Samsung
### shipments rise 350 percent ...................................................................... 7

Samsung Overtakes Nokia in Western Europe to Become Number 1 in the Mobile
Phone Market in 1Q11; Apple Becomes Number 1 in the Smartphone Segment, Says
IDC

### Photo shows alleged 7th-gen Apple iPod nano with 1.3MP camera .... 9

Yet another piece of evidence shows that the next iPod nano will retain its same small
form factor and multi-touch screen, but add a camera to the rear side of the diminutive
device and strangely ditch the built-in clip.

## iTunes, iBook & App Store News                                          10

### "Lazytown Booclips" (Israel) ranked first in the free books category
### in App store........................................................................................... 10

It reaches the 2nd place in the general free apps index.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11282513

Castle Builders, the company behind this application had developed a software platform that knows how to take raw content in the form of movies, music and written stories for children, and embed it into an online multimedia storybook that features the content in a lively and vivid interface.

### iPhone App Can Diagnose Stroke as Easily as Medical Computer Workstation, Study Finds ......................................................................... 11

New research from the University of Calgary's Faculty of Medicine shows that doctors can make a stroke diagnosis using an iPhone application with the same accuracy as a diagnosis at a medical computer workstation. This technology can be particularly useful in rural medical settings. This allows for real-time access to specialists such as neurologists, regardless of where the physicians and patients are located. The

## Competitors                                                                    12

### Microsoft confirms $8.5B acquisition of communications service Skype ........................................................................................................ 12

Skype will support Microsoft devices like Xbox and Kinect, Windows Phone and a wide array of Windows devices, and Microsoft will connect Skype users with Lync, Outlook, Xbox Live and other communities. Microsoft has recently announced two key partnerships with rival firms. Nokia inked a deal that will see the company produce Windows Phone smartphones next year. The deal will boost Microsoft's mobile credentials and could cement a strong market share for Windows Phone over the next few years. Microsoft also agreed a deal with BlackBerry manufacturer RIM that will see the company use Bing on its upcoming handsets.

ANALYSIS: We know that Facebook is looking to strengthen its video component. If Microsoft will manage to "force" Facebook to use Skype then Apple's FaceTime is in trouble. If Facebook on the other hand started using FaceTime, Skype would quickly become a seniors-only Windows-only affair.

Other speculation has suggested that Microsoft might try to take Skype beyond the upcoming Windows Phone 7 app and merge it into the mobile OS itself, possibly as a clone of Google Voice.

* The Linux version of the Skype software will wither and die.
* The OS X version of the Skype software may wither and might die.
* Microsoft will add some sort of lawful interception system into the Skype software, assuming there isn't one already. But they'll be honest about doing so.
* You'll need to get a Windows LiveID to create a Skype account.
* Skype will come under greater scrutiny from cybercrooks keen to find saleable vulnerabilities
* Microsoft will likely marry its Kinect video service with Skype. The company has sold over 10 million of its Kinect devices into consumers' homes.
* Cisco now has a strong rival in enterprise conferencing

---

STRI | **Apple Intelligence Report**                                    3

Highly Confidential - Attorneys' Eyes Only                     SAMNDCA11282514

## Significant New Patents ....................................................... 14

### Apple's Picture-in-Picture Patent for FaceTime & Beyond .............. 14

Today the US Patent and Trademark Office published Apple's patent which relates to
FaceTime's picture-in-picture effect that is implemented on mobile devices like the
iPod touch, iPhone and iPad. The patent mainly focuses on how to achieve this feature
while conserving electrical power. ANALYSIS: This feature can be used in future
Apple TV functionally as well.

### Apple investigating advanced keyboards with proximity sensors, tactile feedback ........................................................................ 15

Apple has shown interest in creating an advanced keyboard that could provide tactile
feedback to users through the inclusion of numerous proximity sensors and air vents on
individual keys.

## Patents – full lists ............................................................. 16

### US Granted Patents.............................................................. 16

### US Patent Applications ........................................................ 18

## Media Articles .................................................................... 21

### World's Smallest Medical Camera Is Disposable, Too........................ 21

An Israeli firm has unveiled a tiny medical camera that is less than a millimeter wide.
More importantly, the camera is disposable--which could help lower the cost of
surgeries and diagnostic procedures.

### Broadcom Buying Israeli Chip, Software Developer............................ 22

Broadcom Corp. is set to acquire SC Square Ltd., an Israel-based developer of security
software, for $42 million. Last month it bought Israel-based Provigent Inc., a maker of
chips for wireless network operators. The pending buy of Provigent brings Broadcom's
acquisition of Israeli companies to eight.

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11282515

# General Apple Company News

### Survey: 82% of US tablet market owned by Apple's iPad

*A new survey of U.S. tablet owners found that 82 percent of users have Apple's iPad. Since purchasing a tablet, 35 percent of those surveyed said they use their desktop less often or not at all. See below reason why using Tablet over the PC.*

A survey conducted by the Nielsen company in April found that the iPad has an 82 percent market share of tablets in the U.S. A total of 43 percent of those polled said they own the 3G connected iPad, while 39 percent said they own the Wi-Fi-only model. The next closest competitor was the Samsung Galaxy Tab, with a 4 percent share. That was followed by the Dell Streak, which 3 percent of respondents owned, and the Motorola Xoom, which accounted for 2 percent of those polled.
The survey also found that about half of all tablet owners are the only ones in their home that use their tablet, while 43 percent share the device with others.
Since purchasing a tablet, 35 percent of those surveyed said they use their desktop less often or not at all. And 32 percent of those who own laptops said they use that computer less. Tablets also have an effect on the use of e-readers, the poll found, as 27 percent of respondents who own an e-reader said they use it less often or not at all. The same percentage held for portable media players, while 25 percent who own portable game consoles said they use those devices less often.



http://www.appleinsider.com/articles/11/05/05/82_of_us_tablet_market_owned_by_apple
s_ipad_the_daily_loses_10m.html

Highly Confidential - Attorneys' Eyes Only                          SAMNDCA11282516

## Rumors: Apple in negotiation with Nuance for partnership

*Apple is significant negotiations with Nuance to license their software or even an acquisition of the company. ANALYSIS: Speech recognition is core functionality for mobile devices now and even more in the future. Google is even building its speech technology into its Chrome browser. Nuance is the recognized global leader in speech recognition technology (and patents) and importantly provides the speech recognition capabilities behind the Siri Artificial Intelligence application that Apple purchased last year and expected to be a significant part of Apple's iOS.*

Apple has been negotiating a deal with Nuance in recent months, we've heard from multiple sources. What does that mean? Well, it could mean an acquisition, but that is looking fairly unlikely at this point, we hear. More likely, it means a partnership that will be vital to both companies and could shape the future of iOS.

Nuance CEO Paul Ricci can be as hard of a negotiator as Apple's own Steve Jobs, we hear. And so there has been a standoff, and negotiations have been ongoing for months.

Again, from what we're hearing, all types of possibilities are still on the table, including an acquisition. But again, that's not as likely as an expansive licensing agreement at this point. In buying Nuance, Apple would immediately screw over several other competitors that use the technology and it would bolster their position. And given what Google has been building, it seems unlikely that the government would have a big problem with the buy.

http://techcrunch.com/2011/05/06/apple-nuance-ios-siri/

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11282517

## *IDC: smartphone market grows 80 percent year-on-year, Samsung shipments rise 350 percent*

*Samsung Overtakes Nokia in Western Europe to Become Number 1 in the Mobile Phone Market in 1Q11; Apple Becomes Number 1 in the Smartphone Segment, Says IDC*

Top Five Smartphone Vendors, Shipments, Market Share, and Year-Over-Year Growth, First Quarter 2011 (Preliminary Results) (shipments in millions of units)

| Vendor | 1Q11 Shipments | 1Q11 Market Share | 1Q10 Shipments | 1Q10 Market Share | 1Q11/1Q10 Change |
|---|---|---|---|---|---|
| Nokia | 24.2 | 24.3% | 21.5 | 38.8% | 12.6% |
| Apple | 18.7 | 18.7% | 8.7 | 15.7% | 114.4% |
| Research In Motion | 13.9 | 14.0% | 10.6 | 19.1% | 31.1% |
| Samsung | 10.8 | 10.8% | 2.4 | 4.3% | 350.0% |
| HTC | 8.9 | 8.9% | 2.7 | 4.9% | 229.6% |
| Others | 23.2 | 23.2% | 9.5 | 17.1% | 143.7% |
| Total | 99.6 | 100.0% | 55.4 | 100.0% | 79.7% |

Source: IDC Worldwide Quarterly Mobile Phone Tracker, May 5, 2011

**Top Western European Mobile Phone Vendors, Total Shipments and Market Share, 1Q11 (Smartphones and Feature Phones Combined) (Units in Millions)**

| Vendor | 1Q11 Unit Shipments | 1Q11 Market Share | 1Q10 Unit Shipments | 1Q10 Market Share | 1Q11/1Q10 Change |
|---|---|---|---|---|---|
| 1. Samsung | 13.2 | 29.3% | 12.5 | 29.1% | 5% |
| 2. Nokia | 12.6 | 27.9% | 14.0 | 32.7% | -10% |
| 3. Apple | 4.4 | 9.8% | 3.0 | 6.9% | 49% |
| 4. Research in Motion | 3.5 | 7.9% | 2.4 | 5.5% | 48% |
| 5. HTC | 3.5 | 7.8% | 0.9 | 2.2% | 271% |
| Others | 7.8 | 17.4% | 10.1 | 23.6% | -22% |
| Total | 45.0 | 100% | 42.9 | 100% | 5% |

**Top Western European Mobile Phone Vendors, Shipments and Market Share, 1Q11 (Smartphones Only)(Units in Millions)**

| Vendor | 1Q11 Unit Shipments | 1Q11 Market Share | 1Q10 Unit Shipments | 1Q10 Market Share | 1Q11/1Q10 Change |
|---|---|---|---|---|---|
| 1. Apple | 4.4 | 20.8% | 3.0 | 24.6% | 49% |
| 2. Nokia | 4.2 | 19.6% | 4.9 | 40.6% | -15% |
| 3. Research in Motion | 3.5 | 16.5% | 2.4 | 19.6% | 48% |
| 4. HTC | 3.5 | 16.5% | 0.9 | 7.8% | 271% |
| 5. Samsung | 2.6 | 12.1% | 0.3 | 2.5% | 744% |
| Others | 3.0 | 14.5% | 0.6 | 4.9% | 414% |
| Total | 21.2 | 100% | 12.1 | 100% | 76% |

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11282518

The latest figures from IDC show a 79.7 percent expansion of the global smartphone market between this time last year and today, which has resulted in 99.6 million such devices being shipped in Q1 of 2011. That growth has mostly been driven by Samsung, which has more than quadrupled its output to 10.8 million shipments in the quarter, and HTC, whose growth has been almost as impressive. The other big gainer is Apple, with 10 million more iPhones shipped, but the truth is that all the top five vendors are showing double-digit growth. In spite of Nokia losing a big chunk of market share and RIM being demoted from second to third in the ranking, both of those old guard manufacturers improved on their quarterly totals. IDC puts this strength in demand down to the relatively unsaturated smartphone marketplace, and believes there's "ample room for several suppliers to comfortably co-exist," before ominously adding, "at least for the short term." And after the short term, our break-dancing robot overlords take over.

http://www.idc.com/getdoc.jsp?containerId=prUK22816311

STRI | **Apple Intelligence Report**

8

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11282519

## Photo shows alleged 7th-gen Apple iPod nano with 1.3MP camera

*Yet another piece of evidence shows that the next iPod nano will retain its same small form factor and multi-touch screen, but add a camera to the rear side of the diminutive device and strangely ditch the built-in clip.*



Adding a camera to the iPod nano once again could appease some critics who were disappointed that the feature was removed last year. But removing a clip from the rear of the device would also be a detriment, as the small size and inclusion of an integrated Nike+ pedometer has made the sixth-generation iPod nano a strong choice for use at the gym.

http://translate.google.com/translate?js=n&prev=_t&hl=en&ie=UTF-8&layout=2&eotf=1&sl=zh-CN&tl=en&u=http%3A%2F%2Ftw.apple.pro%2F%3Fuid-2-action-viewspace-itemid-6535

Highly Confidential - Attorneys' Eyes Only              SAMNDCA11282520

# iTunes, iBook & App Store News

### "Lazytown Booclips" (Israel) ranked first in the free books category in App store

*It reaches the 2nd place in the general free apps index.*
*Castle Builders, the company behind this application had developed a software platform that knows how to take raw content in the form of movies, music and written stories for children, and embed it into an online multimedia storybook that features the content in a lively and vivid interface.*



Castle-Builders (IL) develops and produces high quality software for children which could be implemented by a variety of companies, in many areas, on different audiences, levels and languages.

The platform of our primary product is called the Computerized Storybook, whereas the commercial apps are called BooClips. Being a both market-driven and technology-driven company, Castle Builders had developed a software platform that knows how to take raw content in the form of movies, music and written stories for children, and embed it into an online multimedia storybook that features the content in a lively and vivid interface.

Our user friendly interface features the raw content in a rich, unique way, superior in every way to other products currently in the market. The content is based on popular TV shows and blockbuster movies.

http://www.castle-builders.net/index.php

**Highly Confidential - Attorneys' Eyes Only**                    **SAMNDCA11282521**

### iPhone App Can Diagnose Stroke as Easily as Medical Computer Workstation, Study Finds

*New research from the University of Calgary's Faculty of Medicine shows that doctors can make a stroke diagnosis using an iPhone application with the same accuracy as a diagnosis at a medical computer workstation. This technology can be particularly useful in rural medical settings. This allows for real-time access to specialists such as neurologists, regardless of where the physicians and patients are located. The*

Neuro-radiologists in the study looked at 120 recent consecutive noncontrast computed tomography (NCCT) brain scans and 70 computed tomography angiogram (CTA) head scans that were obtained from the Calgary Stroke Program database. Scans were read by two neuro-radiologists, on a medical diagnostic workstation and on an iPhone. The research is published in the May 6th edition of Journal of Medical Internet Research. The study was designed by Dr. Mayank Goyal, and involved the iPhone software technology originally developed by Dr. Ross Mitchell, PhD, and his team at the Hotchkiss Brain Institute (HBI), then further enhanced and commercialized by Calgary Scientific Inc.



**"This iPhone app allows for advanced visualization and our studies show it is between 94% and 100% accurate, compared to a medical workstation, for diagnosing acute stroke," says Mitchell who is from the University of Calgary's Faculty of Medicine. "In a medical emergency, medical imaging plays a critical role in diagnosis and treatment, time is critical in acute stroke care, every minute counts."**

Fellow HBI member, Dr. Mayank Goyal who is also the director of research in the department of radiology and one of the neuro-radiologists in the study who analyzed the data. "Time is critical for diagnosing stroke and starting treatment. There are definitely benefits for doctors to have the ability to analyze and diagnose these images from virtually anywhere. We were pleasantly surprised at our ability to detect subtle findings on the CT scan, which are often very critical in patient management, using this software," he says.

"Another strength of this platform was its ability to handle massive imaging datasets of over 700 images seamlessly over the iPhone." Goyal is also a member of HBI's Stroke and Vascular Dementia Program....

http://www.medicine.ucalgary.ca/about/iphone_medical_application

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11282522

# Competitors

## *Microsoft confirms $8.5B acquisition of communications service Skype*

*Skype will support Microsoft devices like Xbox and Kinect, Windows Phone and a wide array of Windows devices, and Microsoft will connect Skype users with Lync, Outlook, Xbox Live and other communities. Microsoft has recently announced two key partnerships with rival firms. Nokia inked a deal that will see the company produce Windows Phone smartphones next year. The deal will boost Microsoft's mobile credentials and could cement a strong market share for Windows Phone over the next few years. Microsoft also agreed a deal with BlackBerry manufacturer RIM that will see the company use Bing on its upcoming handsets.*

***ANALYSIS:*** *We know that Facebook is looking to strengthen its video component. If Microsoft will manage to "force" Facebook to use Skype then Apple's FaceTime is in trouble. If Facebook on the other hand started using FaceTime, Skype would quickly become a seniors-only Windows-only affair. Other speculation has suggested that Microsoft might try to take Skype beyond the upcoming Windows Phone 7 app and merge it into the mobile OS itself, possibly as a clone of Google Voice.*

*\* The Linux version of the Skype software will wither and die.*
*\* The OS X version of the Skype software may wither and might die.*
*\* Microsoft will add some sort of lawful interception system into the Skype software, assuming there isn't one already. But they'll be honest about doing so.*
*\* You'll need to get a Windows LiveID to create a Skype account.*
*\* Skype will come under greater scrutiny from cybercrooks keen to find saleable vulnerabilities*
*\* Microsoft will likely marry its Kinect video service with Skype. The company has sold over 10 million of its Kinect devices into consumers' homes.*
*\* Cisco now has a strong rival in enterprise conferencing*

The two companies announced they have entered a definitive agreement that has been approved by the boards of directors of both Microsoft and Skype. In a statement, Microsoft said the combination will extend Skype's world-class brand and the reach of its networked platform, all while enhancing Microsoft's existing portfolio of real-time communications products and services.

"Skype is a phenomenal service that is loved by millions of people around the world," Microsoft Chief Executive Steve Ballmer said. "Together we will create the future of real-time communications so people can easily stay connected to family, friends, clients and colleagues anywhere in the world."

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11282523

Under the deal, Skype will become a new business division within Microsoft, and Skype CEO Tony Bates will assume the title of president of the Microsoft Skype Division. In that role, he will report directly to Ballmer, the head of Microsoft.

'Microsoft and Skype share the vision of bringing software innovation and products to our customers," Bates said. "Together, we will be able to accelerate Skype's plans to extend our global community and introduce new ways for everyone to communicate and collaborate."

Skype will support Microsoft devices like Xbox and Kinect, Windows Phone and a wide array of Windows devices, and Microsoft will connect Skype users with Lync, Outlook, Xbox Live and other communities. Microsoft will continue to invest in and support Skype clients on non-Microsoft platforms.

http://www.appleinsider.com/articles/11/05/10/microsoft_confirms_8_5b_acquisition_of _communications_service_skype.html

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11282524

# Significant New Patents

### Apple's Picture-in-Picture Patent for FaceTime & Beyond

*Today the US Patent and Trademark Office published Apple's patent which relates to FaceTime's picture-in-picture effect that is implemented on mobile devices like the iPod touch, iPhone and iPad. The patent mainly focuses on how to achieve this feature while conserving electrical power. ANALYSIS: This feature can be used in future Apple TV functionally as well.*



**Patent Application 20110102671**
http://www.freepatentsonline.com/y2011/0102671.html

Highly Confidential - Attorneys' Eyes Only                              SAMNDCA11282525

## *Apple investigating advanced keyboards with proximity sensors, tactile feedback*

> *Apple has shown interest in creating an advanced keyboard that could provide tactile feedback to users through the inclusion of numerous proximity sensors and air vents on individual keys.*

The concept was revealed this week in a new patent application published by the U.S. Patent and Trademark Office. The filing, entitled **"Input Devices and Methods of Operation,"** notes that as physical keyboards get smaller and more compact, they may not offer the same typing experience users prefer.

A smaller keyboard might limit the tactile feedback a user feels on their fingertips while typing. This is as a result of keys that do not travel as far when pressed on, say, a much thinner keyboard.

Apple proposes addressing this issue by placing proximity sensors in each key on a keyboard. These sensors could be used to detect when user input on a key is imminent.

The patent filing describes a system that would "flow air from the input device," perhaps through openings in the surface of an individual key on a keyboard. This would provide tactile feedback to the user before they make physical contact with the key surface.



http://www.appleinsider.com/articles/11/05/12/apple_investigating_advanced_keyboards_with_proximity_sensors_tactile_feedback.html

---

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11282526

# Patents – full lists

## US Granted Patents

| Match | Document | Document Title |
|---|---|---|
| 1 | 7941796 | Distributing and synchronizing objects<br>A method and apparatus for distributing and synchronizing objects. One or more embodiments of the invention provide for distributing copies of the objects locally. By copying objects (including the... |
| 2 | 7941760 | Soft keyboard display for a portable multifunction device<br>A computer-implemented method for displaying soft keyboards at a portable electronic device with a touch screen display is disclosed. An application with a plurality of objects is displayed on the... |
| 3 | 7941758 | Animation of graphical objects<br>A method for animating graphical objects is provided. In one embodiment, the method includes providing a plurality of graphical objects and displaying a subset of the objects in a viewport. In this... |
| 4 | 7941757 | Method and apparatus for creating multimedia presentations<br>Some embodiments of the invention provide a computerized method for creating and editing a multimedia item. The method provides a menu theme for a multimedia item. The menu theme includes a display... |
| 5 | 7941582 | Method and apparatus for mediating among media applications<br>In a device that can execute multiple media applications, but only one at a time, a media server coordinates among applications, but neither the media server nor the individual applications... |
| 6 | 7941555 | Management and prioritization of media item downloading<br>The disclosed embodiments relate generally to the downloading of media items. The media items may include, for example, audio, video, image, or podcast data. In accordance with one embodiment, two... |
| 7 | 7940942 | Self-identifying microphone<br>A microphone including a connector with a plurality of electrical contacts. The microphone interfaces with a computer system via a digital bus. The microphone can transmit data to the computer... |
| 8 | 7940843 | Method of implementing improved rate control for a multimedia compression and encoding system<br>The rate controller in a digital video encoding system is responsible for allocating a bit budget for video frames to be |

STRI | **Apple Intelligence Report**                                     16

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11282527

| | | encoded. The rate controller considers many different factors when... |
|---|---|---|
| 9 | 7940768 | Source address based routing process<br>A method is described that entails assigning a source network address to an outbound packet, associating the outbound packet with a network service and identifying a first network interface... |
| 10 | 7940365 | Compact display flex and driver sub-assemblies<br>Compact sub-assemblies of flexible circuits and drivers are provided. The sub-assemblies can occupy less space in an electronic device than conventional sub-assemblies. In one or more embodiments... |
| 11 | 7940276 | Virtualization of graphics resources<br>Graphics resources are virtualized through an interface between graphics hardware and graphics clients. The interface allocates the graphics resources across multiple graphics clients, processes... |
| 12 | 7940272 | System and method for displaying text<br>A system and method for displaying text are described. According to embodiments of the invention, the system and methods describe operations for displaying text, where the text does not include hints. |
| 13 | 7940250 | Web-clip widgets on a portable multifunction device<br>In a computer-implemented method for use at a portable multifunction device with a touch screen display, a web page or portion thereof is displayed on the touch screen display. An activation of a... |
| 14 | 7940110 | Cascode switching circuit<br>A switch circuit is disclosed. The switch circuit may include one or more arrangements of transistors coupled in a cascode configuration. The transistors used to implement the switch circuit may be... |
| 15 | 7940026 | Methods and apparatus for charging a battery in a peripheral device<br>A power manager for managing power delivered to a battery operated peripheral device is disclosed. The power manager includes an input current limiter arranged to suppress a power surge associated... |
| 16 | D637596 | Portable display device |

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11282528

## US Patent Applications

| Match | Document | Document Title |
|---|---|---|
| 1 | US20110113361 | ADJUSTMENT PRESETS FOR DIGITAL IMAGES<br>Processes and systems are presented, for previewing and applying adjustment presets to digital images. The disclosed processes enable a user to preview selected adjustment presets before applying... |
| 2 | US20110113217 | GENERATE PREDICTES INSTRUCTION FOR PROCESSING VECTORS<br>The described embodiments include a processor that executes a vector instruction. The processor starts by receiving a first input vector, a second input vector, and optionally receiving a predicate... |
| 3 | US20110113089 | DELIVERING MEDIA-RICH-INVITATIONAL CONTENT ON MOBILE DEVICES<br>The present technology relates to providing invitational content having enhanced content and capabilities to make the invitational content more engaging and useful for users. Specifically, the... |
| 4 | US20110113051 | Recommending media items<br>This is directed to recommending media items of a user's media library. In particular, this is directed to transferring a portion of the user's media library to an electronic device so that the... |
| 5 | US20110112673 | MEDIA RENDERING HIERARCHY<br>To process media data from one or more sources, a hierarchy of media components are formed. Each media component receives as input one or more streams of media data and manipulates the media data... |
| 6 | US20110111805 | SYNTHESIZED AUDIO MESSAGE OVER COMMUNICATION LINKS<br>A communication device establishes an audio connection with a far-end user via a communication network. The communication device receives text input from a near-end user, and converts the text... |
| 7 | US20110111735 | PHONE HOLD MECHANISM<br>A portable communication device holds an incoming call for a user when the user is temporarily unavailable to pick up the call. In response to an incoming call signal and an indication from the... |
| 8 | US20110111642 | MULTI-PIN CONNECTOR FOR ADVANCED SIGNALING<br>Receptacle connectors and male plug connectors having a reduced size in at least one direction can be provided. One example reduces height by not including a center contact |

Highly Confidential - Attorneys' Eyes Only               SAMNDCA11282529

| | | tab or tongue, but... |
|---|---|---|
| 9 | US20110111621 | Headset with Data Connector<br>This application is directed to a headset having an integrated data connector (e.g., a USB female connector). The headset may include an electronic device interfacing portion that may include a USB... |
| 10 | US20110111376 | Braille Mirroring<br>Techniques for performing Braille mirroring are disclosed. In one aspect, content is converted into Braille content, and then formatted for each of a plurality of Braille displays. The formatted... |
| 11 | US20110110534 | ADJUSTABLE VOICE OUTPUT BASED ON DEVICE STATUS<br>This is directed to providing voice audio output to a user of an electronic device. To allow a user to immediately recognize the status of one or more processes or components of the electronic... |
| 12 | US20110110054 | COMPACT DISPLAY FLEX AND DRIVER SUB-ASSEMBLIES<br>Compact sub-assemblies of flexible circuits and drivers are provided. The sub-assemblies can occupy less space in an electronic device than conventional sub-assemblies. In one or more embodiments... |
| 13 | US20110109769 | Adjusting Time Metadata of Digital Media Items<br>Methods, apparatuses, and systems for adjusting time metadata of digital media items. A digital image captured at a location is associated with a time of capture and a location of capture. It is... |
| 14 | US20110109646 | Cursor for Application of Image Adjustments<br>Systems and techniques are disclosed for applying an effect to a digital image using a cursor. An effect can be applied to an image at a region under a cursor. The cursor has an outer periphery and... |
| 15 | US20110109538 | ENVIRONMENT SENSITIVE DISPLAY TAGS<br>This is directed to dynamic tags or screen savers for display on an electronic device. The tags can include several dynamic elements that move across the display. The particular characteristics of... |
| 16 | US20110108449 | Packaging<br>Packaging comprising a base having an interior space for receiving an item, wherein the base includes a bottom surface and one or more side surfaces; a ledge formed along a side surface; and a... |
| 17 | US20110107958 | INPUT DEVICES AND METHODS OF OPERATION<br>The disclosure describes input devices for processor-based systems, including computing systems, to provide |

STRI | **Apple Intelligence Report**                                    19

Highly Confidential - Attorneys' Eyes Only            SAMNDCA11282530

| | | enhanced user experience. The described systems provide tactile sensations providing... |
|---|---|---|

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11282531

# Media Articles

### World's Smallest Medical Camera Is Disposable, Too

*An Israeli firm has unveiled a tiny medical camera that is less than a millimeter wide. More importantly, the camera is disposable—which could help lower the cost of surgeries and diagnostic procedures.*

The world's smallest medical camera was unveiled this week by Israel-based biotechnology firm Medigus. The camera is .99 millimeters wide and boasts a resolution of 45,000 pixels--not high resolution by any means, but a shocking degree of clarity from a camera of that size. Because the camera is disposable, it will significantly cuts down on prep time for surgeries and endoscopic procedures thanks to being pre-sterilized. Even more importantly, the camera will significantly lower the cost of endoscopic diagnostic procedures. Reusable medical cameras require highly specialized, expensive sterilization procedures whose cost is often figured into patients' and insurance providers' bills.



http://www.fastcompany.com/1751507/worlds-smallest-medical-camera-is-disposable-too

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11282532

## Broadcom Buying Israeli Chip, Software Developer

> *Broadcom Corp. is set to acquire SC Square Ltd., an Israel-based developer of*
> *security software, for $42 million. Last month it bought Israel-based Provigent*
> *Inc., a maker of chips for wireless network operators. The pending buy of*
> *Provigent brings Broadcom's acquisition of Israeli companies to eight.*

In the cash deal, Broadcom is set to buy all shares and other equity rights of SC Square.

SC Square makes chips and software used in smart cards for making electronic payments, gaining access to networks and buildings and others uses.

The boards of directors of each company have approved the deal, which is expected to close in the current quarter.

The purchase is expected to slightly dilute profits this year, according to Broadcom.

This move continues Broadcom's history of tapping Israel to expand services or build infrastructure.

Last month it bought Israel-based Provigent Inc., a maker of chips for wireless network operators that allow for the transfer of voice, data and video signals from cellular base stations to their main network.

The chips are seen as a key part of a push by wireless service providers to offer faster downloads of information, video and music on their phones.

The pending buy of Provigent brings Broadcom's acquisition of Israeli companies to eight.

Recent ones include Percello Ltd. for $86 million and Sightic Vista Ltd. for an undisclosed amount in November.

Broadcom makes chips for computers, networking and consumer electronics and cell phones.

Broadcom is Orange County's biggest chipmaker with $6.6 billion in yearly sales, good enough to recently crack the top 10 of the largest chipmakers in the world for the first time.

http://www.ocbj.com/news/2011/may/09/broadcom-acquire-israel-software-developer/

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11282533