Exhibit D

**Apple Intelligence Report**
Samsung Telecom Research Israel
Covering Dec. 3 to Dec. 10



# Executive Summary

■ **Apple is asked to pay up for network improvement as operators face data flood.** The operators complain about the "mismatch" between the cost of the networks upgrade and the revenue stream from the increasing data usage. We believe that these are "good problem" for the carriers. At the end of the day – more traffic means more revenues, particularly in light of the decreasing share of the voice call revenues.



■ **Electronic Arts (EA): Apple could take console gaming challenge.** Nintendo and Sony have already defined Apple as one of their biggest threats. Please note that it doesn't have to be Apple that will take this challenge directly. By proving the right platform, the developers' community can develop games that will take market share from the current market leaders. We have been just informed that a senior game developer has left Apple to develop iOS games independently.



■ **Patent application: Apple looking into radial menus concept.** Apple has recently patented several new menu design concepts as an alternative to the traditional drop-down menu. See also the "spiral menu" patent on CI Report of 16-Dec. More significant patents below.




■ **Mobile payments heating up: Visa approves wireless payment chip.** Visa has approved a microSD card for proximity payments, slotted into the BlackBerry Bold, Galaxy S & iPhone. recently a number of different mobile payment solutions were presented: carriers in US cooperating to regularize the mobile payment issue (Apple CI Report 18-Nov), Paypal presented its own mobile payment on Oct and RIM have announced that will support NFC in their upcoming releases (Report 2-Dec)

**See Also:**
- iPhone 5 rumors: Pico projector, Mobile Digital TV & RFID
- RIM sees PlayBook OS as 10-year future for Smartphones and tablets
- 3D holographic prints take maps to the next dimension (video)
- Fujitsu: Harvesting energy from heat and light



STRI | **Apple Intelligence Report**



EXHIBIT
2548
5/30/12  JP

**Highly Confidential - Attorneys' Eyes Only**

SAMNDCA11280015

# Table of Contents

## General Apple Company News            7

### Apple Asked to Pay Up for Network Improvement as Operators Face Data Flood ................................................................................. 7

The same request was directed toward Google and Facebook. The operators complain about the "mismatch" between the cost of the network upgrade and the revenues from the increasing data usage.
**ANALYSIS**: We believe that these are "good problem" for the carriers. At the end of the day – more traffic means more revenue.

### White iPhone or White lies? Apple confirms white iPhone 4 for "Spring 2011" ................................................................................. 8

The white version of the iPhone 4 was supposed to be released with the black version iPhone, around half year ago and was delayed for unknown reasons.

### Apple adds 12 more patents to lawsuit against Motorola .................... 9

Apple has amended its lawsuit against Motorola to include 12 more patents, bringing the total count of patents that Apple accuses Motorola of violating to 24, while Motorola alleges that Apple has infringed on 18 of its patents.

### EA says Apple could take console gaming challenge ........................... 10

Nintendo and Sony have already defined Apple as one of their bigger threats.
**ANALYSIS**: it doesn't have to be Apple that will take this challenge directly. By proving the right platform, the developers' community can develop games that will take market share from the current market leaders.

### Apple Loses Top iOS Game Developer ............................................... 12

Graeme Devine, top video game designer, was hired by Apple last year, and now left the company to independently develop iOS based games. Devine's task in Apple was to improve the multitouch, mobile gaming experience.

Highly Confidential - Attorneys' Eyes Only        SAMNDCA11280016

### Report: Apple to Open Mac App Store Dec. 13 .................................... 13

The company apparently told developers to have their software prepared for a launch as early as Monday the 6th of this month. It seems that there is a push to have this new store ready before Christmas

### Apple's Steve Jobs named MarketWatch 'CEO of the Decade' ......... 14

However Jobs did not win the publication's "CEO of the Year" honors that was granted to Alan Mulally of Ford ....

### AT&T: The iPhone exclusive arrangements will end soon ................. 15

No details were provided but it seems that the exclusivity is expected to be expired at the beginning of 2011.
**ANALYSIS**: By combining all these clues / rumors about upcoming CDMA iPhone and the fact that sooner or later the exclusivity agreement with AT&T will end, we should expect the appearance of the Verizon iPhone with high probability during the next year.

## iPhone News                                                                16

### iPhone 5 rumors: Pico projector, Mobile Digital TV & RFID ........... 16

Overseas suppliers have indicated that features like live over-the-air digital TV and pico projectors are coming to smartphones in the near future, leading to speculation that they could end up in Apple's next-generation iPhone.

### Chinese iPhone sales 'disappointing' says analyst ............................... 17

According to the analysts the smartphone market has grown by 200% during 2010 in china while the lion share of this growth is associated to Android phones. Some of the low sales are explained by the high price that China Unicom is requesting for the device.

## iPad News                                                                  18

### Rumors: Foxconn said shipping next iPad in February for April launch............................................................................................ 18

According to the controversial Taiwanese source "DigiTimes", Foxconn is due to start shipping finished iPads in late February for a launch less than two months later.
**ANALYSIS**: The dates are making sense and fit Apple's 2010 iPad event.

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280017

# iTunes, iBook & App Store News     19

## Apple won't allow demos, trials, betas on Mac App Store................. 19

Unlike on iOS, trial versions of software will not be allowed on the forthcoming Mac App Store. Developers are asked to present their beta and trail versions on their own website.

# Apple and Third Parties Innovations     20

## Visa Approves microSDs for Use with Three Smartphones .............. 20

The service, dubbed "In2Pay", enabled by Texas-based DeviceFidelity, has been in testing for the past 18 months with financial institutions across the U.S., Europe and Asia.
**ANALYSIS**: During the last few mounts, a number of different mobile payment solutions were presented: carriers in US cooperating to regularize the mobile payment issue; Paypal presented its own mobile payment on Oct. RIM announced that its next device will support NFC.

# http://www.nfctimes.com/news/visa-approves-microsd-use-four-smartphones     20

# Competitors     20

## RIM sees PlayBook OS as 10-year future for smartphones, tablets .. 21

RIM CEO revealed that the QNX-based BlackBerry Tablet OS in the upcoming PlayBook tablet will eventually make its way onto multi-core BlackBerry smartphones and different-sized tablets over the next ten years. RIM CEO also mentioned that they are working on different tablet sizes.

## Windows based Dual-Screen tablet was showcased in China............. 22

We have already saw Toshiba's dual Screen Tablet Libretto W100 . Now the Chinese firm "Taiji Electronics" debuts the 8-inch dual touchscreen display. Its price tag should be lower than what was presented by Toshiba as it use "VIA" CPU and not Intel

Highly Confidential - Attorneys' Eyes Only     SAMNDCA11280018

## Significant New Patents                                           23

### Apple patents map-based iPhone radio application ............................. 23

This patented radio feature would be very helpful for people driving around and looking for the best possible radio signals.

### Patent application: Apple looking into radial menus ......................... 24

The concept of radial menus is presented as an alternative to drop-down menus that is popular today in the smarthphone design.

### Granted Patent: Master/Slave Mode for Sensor Processing Devices. 25

An Important Multi-Touch patent used primarily in Apple's iOS based devices that could theoretically extend to Apple's new Magic Mouse and Trackpad as well or even thinking of licensing their technology to other kinds of OEMs

## Patents – full lists                                              27

### USA Granted Patents................................................................... 27

### USA Patents Applications............................................................ 29

## Media Articles                                                    33

### Smartphone browsing stats by platform (Chart)................................. 33

The richer countries are using iOS while the Symbian is ruling the developing countries. Worldwide Symbian is the leading platform. Android might be growing fast, but it's still far from dominating any part of the world.

### BlackBerry service to be monitored in Saudi Arabia.......................... 34

BlackBerry data services can continue in Saudi Arabia after Research in Motion agreed to monitoring of e-mail and instant messaging data services, an official of the country's regulator, Communications and Information Technology Commission, (CITC) said.

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11280019

**Opinion: 6 Reasons Why Social Games Are the Next Advertising Frontier**...................................................................................... **35**

Ad spending on social gaming increased by 60% since 2009; 56 million Americans are playing social games. The main arguments: 1) Advertising in Games is about engagement, not eyeballs 2) Some games have bigger audiences than prime time TV, especially those appear on Facebook 3) Player and the game interaction

**3D holographic prints take maps to the next dimension (video)** ........ **37**

The new 3D map is based on the traditionally hologram technology, printed using variety of 3D data source. The resulting images are easily viewed without glasses or spinning mirrors. Patented Technology.

**Transforming a Regular Paper into Digital Drawing Tablet** ............. **38**

The new technology presented by PEN A2 will work with regular paper. The idea is based on a special pen that communicates with a special wireless transmitter that's clipped onto the top of the paper, and will enable the pen record writing and drawing, which can then be transferred to the computer. MSRP: $99.

**Fujitsu: Harvesting energy from heat and light**................................... **39**

A single device can harvest energy from light and heat – making it more economic and ecological device. Since no wires or batteries are needed, the technology can be theoretically used in future mobile device.

## Notable Blog Rumors, Comments and Reviews         40

**Charge your iPhone using the wind power**............................................ **40**

STRI | Apple Intelligence Report         6

Highly Confidential - Attorneys' Eyes Only         SAMNDCA11280020

# General Apple Company News

### Apple Asked to Pay Up for Network Improvement as Operators Face Data Flood

*The same request was directed toward Google and Facebook. The operators complain about the "mismatch" between the cost of the network upgrade and the revenues from the increasing data usage.*
*ANALYSIS: We believe that these are "good problem" for the carriers. At the end of the day – more traffic means more revenue.*

Google Inc., Apple Inc., and Facebook Inc. need to pitch in to help pay for the billions of dollars of network investments needed for their bandwidth-hogging services, European phone operators say.

As mobile and Web companies add videos, music and games, operators including France Telecom SA, Telecom Italia SpA and Vodafone Group Plc want a new deal that would require content providers like Apple and Google to pay fees linked to usage.

"Service providers are flooding networks with no incentive" to cut costs, France Telecom Chief Executive Officer Stephane Richard said last month. "It's necessary to put in place a system of payments by service providers as a function of their use."

Richard, who addressed the issue at the "Le Web" conference in Paris today, has joined Telecom Italia CEO Franco Bernabe and Telefonica SA CEO Cesar Alierta in what could turn into a cold war with Web companies. As more consumers access the Internet on mobile devices, the cost of building bigger networks may outstrip revenue growth for wireless operators, slicing their return on investment.

The mismatch between investments and revenue "is set to compromise the economic sustainability of the current business model for telecom companies," Bernabe said.

**While the number of mobile data connections in western Europe will rise by an average of 15 percent a year to 270 million in 2014, overall end-user revenue will fall about 1 percent a year, IDC estimates. Operators' annual spending on network gear in the period will surge 28 percent from last year to about $3.7 billion, according to researcher Canalys.**

**Source: Bloomberg**
http://www.bloomberg.com/news/2010-12-07/apple-google-asked-to-pay-up-as-europeean-operators-inundated-by-data.html

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280021

### White iPhone or White lies? Apple confirms white iPhone 4 for "Spring 2011"

*The white version of the iPhone 4 was supposed to be released with the black version iPhone, around half year ago and was delayed for unknown reasons.*

Some of the new signage going up in Apple Stores around the country has a little news item: The white iPhone will be available "Spring 2011". That confirms an earlier report and also would seem to put to rest the rumors that Apple killed it. Thanks James!



Source: 9to5 Mac
http://www.9to5mac.com/40224/apple-announces-white-iphone-4-for-spring-2011

Highly Confidential - Attorneys' Eyes Only     SAMNDCA11280022

## *Apple adds 12 more patents to lawsuit against Motorola*

> *Apple has amended its lawsuit against Motorola to include 12 more patents,*
> *bringing the total count of patents that Apple accuses Motorola of violating to 24,*
> *while Motorola alleges that Apple has infringed on 18 of its patents.*

Motorola first sued Apple in October in what many believe was a preemptive move after
Apple sued HTC for violation of smartphone patents that the company holds. Motorola
and HTC are two of the most prominent makers of Android-based smartphones.

"We can sit by and watch competitors steal our patented inventions, or we can do
something about it," Apple Chief Executive Steve Jobs said of his company's case against
HTC. "We've decided to do something about it."

In its suit against Apple, Motorola accused the iPhone maker of refusing to pay a license
after "lengthy negotiations." Motorola also claims Apple infringed upon patents relating
to technologies that include 3G, GPRS, 802.11 wireless and antenna design.

After Motorola sued Apple, the Cupertino, Calif., company quickly responded with a
countersuit. Last week, the U.S. International Trade Commission announced that it was
launching a formal investigation of Motorola in response to Apple's allegations.

Apple's motion this week to add an additional 12 patents to its lawsuit against Motorola
counters a preemptive request filed by Motorola in October for a declaratory judgment
that would block Apple from using those patents against Motorola in court. The
declaratory judgment references 11 patents that Apple used in its suit against HTC, but
had yet to use against Motorola.

The iPhone maker has requested that Motorola's declaratory judgment case, which was
filed in Delaware, be dismissed or moved to Wisconsin, where Apple's suit against
Motorola was filed, Electronista reports. Apple argues that since Motorola is already
suing Microsoft in Wisconsin, moving the declaratory judgment case there shouldn't be a
problem.

Apple's legal wrangling has made it the "world's most-sued tech company" since 2008
and forced it to expand its legal department. According to a Bloomberg earlier this week,
Apple has brought on "some of the nation's top patent lawyers as outside counsel."


Source: **Apple insider**
http://www.appleinsider.com/articles/10/12/04/apple_adds_12_more_patents_to_lawsuit_
against_motorola.html

---

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280023

## EA says Apple could take console gaming challenge

> *Nintendo and Sony have already defined Apple as one of their bigger threats.*
> ***ANALYSIS:** it doesn't have to be Apple that will take this challenge directly. By proving the right platform, the developers' community can develop games that will take market share from the current market leaders.*

Apple may or may not seize the chance to raid the console gaming markets next year if and when it introduces application support to the Apple TV, but it is one of the world's few firms with a chance to take a bit at that market, at least that's according to Electronic Arts.

EA vice president Eric Soderlund told CVG: "If it was anyone but Apple, I'd say that's going to be very hard," Soderlund told CVG. "I still think it's going to be extremely hard for them but they've surprised many people before.

"Look at what they did with the iPhone, right? They are a truly brilliant company so I would give them a relatively good chance to succeed if they tried."

There's growing feeling Apple could get into the console gaming market pretty easily. In October Nintendo's US biss Reggie Fils-Aime warned that Apple is a bigger threat to Nintendo than Microsoft.

Earlier this year analyst Michael Pachter said it's "natural" that Apple could convince a large number of iPod and iPhone gamers to buy a game-enabled AppleTV, similar to the way it has drawn users to the Mac platform through the iPod.

And if Apple doesn't take the challenge, there's always its developer community. Yesterday saw the release of The Incident 1.3, a rather spiffing title that also lets you stream the video of the game to your iPad (which you connect to your TV), using your iPhone as game controller.

**Source: 9 to 5 Mac**
http://www.9to5mac.com/39904/ea-says-apple-could-take-console-gaming-challenge

STRI | Apple Intelligence Report                          10

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280024

STRI | **Apple Intelligence Report**

11

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11280025

## Apple Loses Top iOS Game Developer

*Graeme Devine, top video game designer, was hired by Apple last year, and now left the company to independently develop iOS based games. Devine's task in Apple was to improve the multitouch, mobile gaming experience.*

Graeme Devine, a top video game designer/developer, has left Apple, where he was hired last year to perfect the iOS gaming experience.

Not surprisingly, he has left to pursue a career in iOS game development — a job that brings all the money and none of the confinements of corporate life.



Devine, who began his game-design career at age 16 with Atari, was working within Apple's iPhone division to improve the multitouch, mobile gaming experience. His job involved ensuring that all hardware and software components played nicely together to make the iPhone the best game-playing device it could possibly be.

The thing is, he wasn't making games; he was just optimizing a gaming platform. And like any builder in his position would, Devine wanted to get back into building.

"While I loved my time, the people, and the platform I worked on at Apple," he told Kotaku, "I am ultimately a game designer that wants to make games."

And we're quite excited to see what games might come next from the designer of The 7th Guest and The 11th Hour, especially as it seems that one of his next games might be for the iPad.

"When I first got an iPad," Devine continued, "I was sold on it being the ultimate piece of science fiction technology for gaming. I think it is the most interesting new technology product I've worked on in years, and I really wanted to make games for it."

Source: Mashable
http://mashable.com/2010/12/09/graeme-devine-leaves-apple

---

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280026

## Report: Apple to Open Mac App Store Dec. 13

> *The company apparently told developers to have their software prepared for a*
> *launch as early as Monday the 6th of this month. It seems that there is a push to*
> *have this new store ready before Christmas*

An inside source has just told us that Apple is targeting a Monday, December 13th launch
of the Mac App Store. The company apparently told developers to have their software
prepared for a launch as early as Monday the 6th of this month, but our contact would be
shocked if that happened at this point. Apple has made no official announcements
regarding this, and delays could always happen, but there's a push to be launched before
Christmas, well ahead of the previously estimated January release. Guess from where this
push has come.

Yes, that's correct. Our source indicated that Steve Jobs wants an early release, and
wanted to go even sooner than the 6th. That obviously didn't happen, but Apple appears
to be way ahead of schedule on the Mac App Store nonetheless, and looks to take
advantage of the Christmas rush. It's not a bad idea, of course. Although software always
makes a good gift, it generally comes wrapped up with ribbons and bows. That won't
happen with a digital distribution system, but gift cards for said App Store would make
those who nearly forgot about buying a gift look like they knew what they were doing all
along.

**Source: Apple Tell**
http://www.appletell.com/apple/comment/appletell-exclusive-mac-app-store-to-open-
december-13th/

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280027

### Apple's Steve Jobs named MarketWatch 'CEO of the Decade'

*However Jobs did not win the publication's "CEO of the Year" honors that was granted to Alan Mulally of Ford ....*

Heralded as one of the greatest comeback stories in business history, Jobs' ascension brought his company from the brink of bankruptcy to Silicon Valley's biggest success story. The profile notes that investors who put $1,000 into Apple stock at the end of 2000 would have seen it grow to nearly $43,000 today.

Jobs is also credited for "almost single-handedly" saving the recording industry with the iPod and iTunes. The profile also compares him to great inventors like Thomas Edison and Alexander Graham Bell, as well as the visionary Walt Disney.

"He revolutionized handheld devices and touch-screen technology with the iPhone," author Russ Britt wrote. "And he may well usher in a post-PC era of computing with his latest gadget, the iPad."

It's been a tremendous surge to the top for Apple, which was worth about $5 billion in 2000. In May, the Cupertino, Calif., company's market capitalization exceeded Microsoft, making it the second largest American company. Apple's market cap of $291.9 billion still has a long ways to go to catch Exxon, though, which is worth $360.3 billion.

In being name the MarketWatch CEO of the Decade, Jobs edged out a few of his rivals in the tech industry. Among the runners up were Amazon Chief Executive Jeff Bezos, and Google CEO Eric Schmidt. Other finalists were Starbucks CEO and Howard Schultz, and Tim Solso of Cummins.

Source: **Apple insider**

http://www.appleinsider.com/articles/10/12/08/apples_steve_jobs_named_marketwatch_ceo_of_the_decade.html

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280028

## *AT&T: The iPhone exclusive arrangements will end soon*

*No details were provided but it seems that the exclusivity is expected to be expired at the beginning of 2011.*
*ANALYSIS: By combining all these clues ; rumors about upcoming CDMA iPhone and the fact that sooner or later the exclusivity agreement with AT&T will end, we should expect the appearance of the Verizon iPhone with high probability during the next year.*

AT&T today reiterated increasing clues that the iPhone's US exclusivity deal was coming to an end. CFO Richard Lindner at the UBS Media and Communications Conference on Tuesday stressed that there was no such thing as a permanent exclusive and that the company had a diversity of phones to pick. "Exclusive arrangements end," he said.

He didn't provide details, but it's now considered increasingly likely that AT&T's exclusive will end at the start of 2011 and lead to a Verizon iPhone deal soon afterwards. Few clues have been official, but AT&T dropped possible clues when it roughly doubled cancellation fees and extended upgrade eligibility to include all of 2010. The combined gestures would get more subscribers on to new, two-year contracts or else make it difficult for recent customers to switch.

Lindner also brought up the subject of tiered pricing on smartphones and acknowledged that capping data was one of the more "difficult decisions" AT&T had to make. AT&T knew that most customers would prefer unlimited, but he claimed that the 2GB cap was needed to keep use in check. He added that the tiering could change and could bring in more tiers as apps changed the typical data usage.

About seven million subscribers are already using the capped plans, the CFO said. Some deliberately dropped from $30 unlimited to $25 capped and potentially lowered AT&T's average data revenue, but the $15 tier was "very successful" and got some to sign up for data where they wouldn't have done so before.

Lindner wouldn't say how much data iPhone users were consuming each month compared to the 400MB-plus of Verizon's Android users, but he did note that iPad behavior was closer to that of an iPhone than a notebook. Putting a 2GB ceiling on iPad owners didn't directly change their behavior, but many of them were "incented" to use Wi-Fi more often with the change.

Wired Internet access wouldn't necessarily join wireless. It might happen in time, but it would depend on how network usage grew and might not happen at all. There's a "different cost dynamic" at work with wired versus wireless, he said. Cellular access has a limited amount of wireless spectrum and couldn't take on the existing workload of DSL.

Source: Electronista
http://www.electronista.com/articles/10/12/07/att.cfo.reiterates.that.iphone.exclusive.is.en ding/

**Highly Confidential - Attorneys' Eyes Only**                              SAMNDCA11280029

# iPhone News

### *iPhone 5 rumors: Pico projector, Mobile Digital TV & RFID*

> *Overseas suppliers have indicated that features like live over-the-air digital TV and pico projectors are coming to smartphones in the near future, leading to speculation that they could end up in Apple's next-generation iPhone.*

Analyst Brian White with Ticonderoga Securities is touring Taipei, Taiwan, and China with his team this week. During meetings in Taipei, he said he has heard from suppliers that mobile digital TV and miniature embedded pico projectors are poised to become major selling features in future smartphones.

Though suppliers didn't specifically indicate that Apple plans to include such hardware in its next-generation iPhone, White said he believes the features would be "attractive" candidates for the "iPhone 5," expected to be released in June 2011.

"Watching local TV stations on a smartphone could be an attractive option for some consumers," White wrote in a note to investors. "Additionally, an embedded pico projector allows users to project a slide presentation or video on a wall or other surface in large size. which makes sense for the iPhone 5 in our view, as Apple seeks to expand the features in the next-generation iPhone."
...

It was said that the alleged inclusion of an RFID chip would allow users to securely turn a nearby Mac into their own computer, complete with custom settings and personal passwords. Apple is also rumored to use RFID technology to turn the iPhone into an electronic wallet, allowing users to pay for and authorize transactions on their smartphone.

Source: **Apple insider**

http://www.appleinsider.com/articles/10/12/03/live_tv_pico_projector_seen_as_candidates_for_apples_iphone_5.html

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11280030

### *Chinese iPhone sales 'disappointing' says analyst*

*According to the analysts the smartphone market has grown by 200% during 2010 in china while the lion share of this growth is associated to Android phones. Some of the low sales are explained by the high price that China Unicom is requesting for the device.*

Sales of Chinese iPhones have been "somewhat disappointing," says Morgan Keegan's Travis McCourt. The analyst claims that while the smartphone market has "exploded" in China during 2010, growing 200 percent year-over-year, Apple and BlackBerry maker RIM sold less than 500,000 phones last quarter. BlackBerries, in fact, are still only being sold to government and businesses in the country, according to McCourt. Apple and China Unicom have not officially announced recent iPhone numbers.

The lion's share of growth is said to be coming from phones based on the Android platform. Some 50 percent of the smartphones sold in China last quarter were Android models, particularly significant since the platform didn't register in the country a year ago. Nokia's marketshare is noted to be rapidly deteriorating from the 70 percent it achieved in 2009, although revenue is still increasing.

McCourt nevertheless suggests that iPhone sales should "rapidly improve" in the near future. China Unicom has lowered prices, he comments, and local iPhone technology has caught up with the rest of the world. All models now have Wi-Fi as well as 3G, and the iPhone 4 became available in September.



Source: Electronista
http://www.electronista.com/articles/10/12/02/new.pricing.tech.should.improve.situation/

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280031

# iPad News

### Rumors: Foxconn said shipping next iPad in February for April launch

*According to the controversial Taiwanese source "DigiTimes", Foxconn is due to start shipping finished iPads in late February for a launch less than two months later.*
*ANALYSIS: The dates are making sense and fit Apple's 2010 iPad event.*

Foxconn is due to start shipping finished iPads in late February for a launch less than two months later, part suppliers said Monday night. The company reportedly has an initial order of 400,000 to 600,000 of Apple's tablets at its main Shenzhen factory to deliver them for a release in early April, one year after the original debut. Production would have started in January, but Apple is still said by Digitimes to be testing new firmware and to have postponed production to ensure it was ready.

The tip also has Apple now making more iPads than it's selling, but that the decision may be deliberate to help feed the transition. It might finish production of the original iPad at the end of January and then use the remaining supply to fill orders until late March, giving away the early April release. About six million iPads would have shipped in the summer and, with 4.19 million iPads sold, would have to make just one more large order of 1.6 million to 1.8 million iPads in January before slowing down and stopping production altogether.

Apple may have a blockbuster fall even with the seeming excess, as it's estimated to be shipping seven million iPads. Samsung in contrast sold one million Galaxy Tabs in two months and may ship 1.5 million by the end of 2010, or less than a quarter of Apple's sales rate.

The story corroborates earlier February production rumors and suggests that Apple now plans to make April iPad releases a regular occurrence, just as it has been releasing iPhones in June or July. Most now expect the new iPad to have dual cameras, possibly a dual-core ARM Cortex-A9 processor and more RAM.

Source: electronista
http://www.electronista.com/articles/10/12/07/att.cfo.reiterates.that.iphone.exclusive.is.en ding/

Highly Confidential - Attorneys' Eyes Only     SAMNDCA11280032

# iTunes, iBook & App Store News

### Apple won't allow demos, trials, betas on Mac App Store

*Unlike on iOS, trial versions of software will not be allowed on the forthcoming Mac App Store. Developers are asked to present their beta and trail versions on their own website.*

Apple issued a handful of updates via its News and Announcements for Apple Developers Thursday evening regarding the Mac App Store. The software download destination for Mac OS X Snow Leopard is expected to launch by the end of January.

"Your website is the best place to provide demos, trial versions, or betas of your software for customers to explore," Apple wrote. "The apps you submit to be reviewed for the Mac App Store should be fully functional, retail versions of your apps."

That's a change from the highly successful iOS App Store policies, in which iPhone and iPad users can download free limited trials of paid software. For example, the popular 99-cent game "Angry Birds" has a "Lite" version that is consistently among the top free iPhone titles.

Apple also issued tips for developers on how to meet the Mac App Store guidelines. For example, Mac apps submitted to the App Store must ensure that files are written in the appropriate location.

"This avoids being confused when applications store data in unexpected areas of the system (e.g., storing databases in the user's Documents folder or storing files in the user's Library folder that are not recognizably associated with your application)," Apple's documentation reads.

Another update provides tips for creating custom controls in a Mac application. It reminds developers that they can create their own custom controls, if the one they need is not available, as long as the element or behavior supports Apple's interface design principles.

Source: **Apple insider**
http://www.appleinsider.com/articles/10/12/03/apple_wont_allow_demos_trials_betas_on_mac_app_store.html

STRI | Apple Intelligence Report                    19

Highly Confidential - Attorneys' Eyes Only          .   SAMNDCA11280033

# Apple and Third Parties Innovations

## *Visa Approves microSDs for Use with Three Smartphones*

*The service, dubbed "In2Pay", enabled by Texas-based DeviceFidelity, has been in testing for the past 18 months with financial institutions across the U.S., Europe and Asia.*
*ANALYSIS: During the last few mounts, a number of different mobile payment solutions were presented: carriers in US cooperating to regularize the mobile payment issue; Paypal presented its own mobile payment on Oct. RIM announced that its next device will support NFC.*

The new service works with several smartphone models, says Visa, including the Blackberry Bold 9650, the iPhone 4/3GS/3G and the Android-based Samsung Vibrant Galaxy 5.

**In2Pay Details**
The In2Pay solution works by way of a small microSD card that's inserted into a phone's memory slot to enable the device for mobile payments. Of course, the iPhone models listed don't offer such a slot, but, as we reported back May, Visa worked around this obstacle by developing special protective iPhone cases (in conjunction with DeviceFidelity) which include a slot for the memory card.

Although the number of supported devices is limited for now, Visa says it will expand to more handsets in the future, including those running Symbian and Windows operating systems. (We believe it means the "Windows Phone 7" OS, specifically).

**Mobile Payments Solutions Abound**
In2Pay is one of many new mobile payment initiatives arriving in recent months. In November, three major U.S. carriers announced a mobile payments service of their own called Isis, which will use NFC (near field communications) technology, such as that which is found in the newly-launched version of the Android OS, "Gingerbread." Isis works with Discover's Financial Services network.

Also, Verizon Wireless partnered with mobile billing company BilltoMobile in March, for online digital purchases, and in October, AT&T began a trial of direct carrier billing with BilltoMobile, Zong and Boku, top mobile payment companies. Not to be left out, PayPal also quietly debuted its own take on mobile payments back in October. Its iPhone app was updated to include a "PayPal Local" feature that allows users to find local businesses that accept PayPal as a form of payment. PayPal users could also use tags from partner Bling Nation for these payments. Bling Nation is a startup whose NFC-enabled stickers instantly transform any phone into a mobile payments-ready device that can also perform check-ins via Facebook and Foursquare.

http://www.nfctimes.com/news/visa-approves-microsd-use-four-smartphones

# Competitors

STRI | Apple Intelligence Report

20

Highly Confidential - Attorneys' Eyes Only              SAMNDCA11280034

## *RIM sees PlayBook OS as 10-year future for smartphones, tablets*

*RIM CEO revealed that the QNX-based BlackBerry Tablet OS in the upcoming PlayBook tablet will eventually make its way onto multi-core BlackBerry smartphones and different-sized tablets over the next ten years. RIM CEO also mentioned that they are working on different tablet sizes.*

... To kick off the onstage interview, Lazaridis (RIM co-CEO) showed off the upcoming PlayBook tablet, which he called "the perfect size.**" When questioned by Mossberg whether RIM is working on any other sizes, Lazaridis acknowledged the company's plans for different sizes.**
Lazaridis emphasized that RIM is betting heavily on the PlayBook and its BlackBerry Tablet OS. "This is a complete mobile computing platform," said Lazaridis. "All of this is coming together to set up BlackBerry for the next decade."....

As RIM's smartphones begin to include multi-core processors, "they'll all be running the Playbook platform," said Lazaridis, who believes the PlayBook OS will help RIM "jump into the next decade of mobile computing."
When questioned whether RIM was leaving behind BlackBerry phones by moving ahead with next generation technology in tablets, Lazaridis emphasized RIM's global strategy. RIM won't abandon developing markets that have yet to reach 3G or 4G and can't afford high-end stuff, he explained.

**Lazaridis also claimed during the interview that the BlackBerry began appealing to consumers by itself.** "We didn't go out and try to make BlackBerry a consumer device. It crossed over on its own," he said.

RIM and Apple's strategies differ, according to Lazaridis. Apple is trying to upgrade a mobile phone OS for tablets, while RIM is starting with a "bona-fide mobile computing platform" for tablets, he asserted.

**Source: All things Digital**
http://mediamemo.allthingsd.com/20101207/rim-co-ceo-mike-lazaridis-live-at-dive-into-mobile/

---

STRI | Apple Intelligence Report                                      21

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280035

## Windows based Dual-Screen tablet was showcased in China

*We have already saw Toshiba's dual Screen Tablet Libretto W100. Now the Chinese firm "Taiji Electronics" debuts the 8-inch dual touchscreen display. Its price tag should be lower than what was presented by Toshiba as it use "VIA" CPU and not Intel.*

It'll be interesting to see if dual-display **notebooks** becomes a popular trend and folks who are fans of it will probably already own a Toshiba Libretto W100. Now Chinese computer maker Taiji Electronics is showing some tablet computers, one of the more notable ones is a device that features dual 8-inch touchscreen displays, allowing you to use it like a tablet or notebook. Instead of using an Intel CULV processor like Toshiba, this model uses a VIA chip, so it could be priced lower, though it'll probably come at the expense of performance. The company is also showing off the Taiji T10A, a 10-inch touchscreen device running Windows 7. Other technical specifications of the T10 include a 1.2GHz VIA C7-M processor, a 32GB SSD and a front-facing camera.



Source: slashgear
http://www.slashgear.com/taiji-dual-screen-tablet-and-win-7-slate-shown-off-07117996/

STRI | **Apple Intelligence Report**                                    22

# Significant New Patents

### *Apple patents map-based iPhone radio application*

*This patented radio feature would be very helpful for people driving around and looking for the best possible radio signals.*



Patently Apple reports that Apple has patented a Radio.app. As you can see in the image above, the iPhone mockup on the right is displaying your traditional radio app with presets and song info. The image on the left is where things get interesting. The iPhone on the left is displaying a map with your location along with all the nearby radio towers. This patented radio feature would be very helpful for people driving around and looking for the best possible radio signals. The radio signal strength is symbolized by the half circles above the radio towers, similarly to the AirPort signal strength indicators on Apple's iOS devices and Macs.

**Patent Application 20100304702**

http://www.patentlyapple.com/patently-apple/2010/12/the-iphone-to-gain-radio-interactive-radio-map-functionality.html

Highly Confidential - Attorneys' Eyes Only                      SAMNDCA11280037

## *Patent application: Apple looking into radial menus*

> *The concept of radial menus is presented as an alternative to drop-down menus that is popular today in the smarthphone design.*

Recently granted patent application shows Apple is investigating radial pop-up menus. Peter Warner, who is a "Designer at Apple," according to his LinkedIn profile, is listed as the inventor for a patent granted Dec. 2 that details the concept of radial menus as an alternative to drop-down menus, MacNN reports. The patent expands on a previous patent for the use of "spiraling" menus.

According to the application, radial menus could prove more efficient than the current "move to menubar to select standard features" model used in current major operating systems. The patent provides for both a static menu order and a prioritized order, where higher priority items would be displayed more prominently.

Both mouse and touchscreen input methods are covered in the patent. The invention incorporates the use of angled mouse or trackpad gestures to indicate selection of a particular menu item. Radial menus would also allow for circular gestures when navigating menus on a touchscreen.

Drawings include possible implementations for both Mac OS X and iOS.



Figure 6

**Patent Application 20100306702**

Source: **Apple insider**

http://www.appleinsider.com/articles/10/12/02/apple_looking_into_radial_menus_univer
sal_dock_updated.html

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280038

## Granted Patent: Master/Slave Mode for Sensor Processing Devices

*An Important Multi-Touch patent used primarily in Apple's iOS based devices that could theoretically extend to Apple's new Magic Mouse and Trackpad as well or even thinking of licensing their technology to other kinds of OEMs*

Apple's patent FIG. 1 illustrates an exemplary touch surface device. The patent states that the design could relate to a touch based desktop, laptop, handheld or tablet computer. Apple's patent FIG. 7 is a block diagram of a touch surface system having Master and Slave controllers which represents the heart of this patent.



The importance of this multi-touch patent is that it could relate to other devices beyond those which Apple sells. Apple could therefore be thinking of licensing their technology to other kinds of OEMs. Apple's patent states that "the computer system could also be a public computer system such as an information kiosk, automated teller machine (ATM), point of sale machine (POS), industrial machine, gaming machine, arcade machine, vending machine, airline e-ticket terminal, restaurant reservation terminal, customer service station, library terminal, learning device, etc."

**Highly Confidential – Attorneys' Eyes Only**          SAMNDCA11280039

Technically Speaking, Apple's patent covers a computer system having two or more controllers operating in a Master/Slave configuration. According to Apple's abstract, "the computer system includes a sensor panel having a first portion for generating a first set of sense signals indicative of a touch or no-touch condition on the first portion, and a second portion for generating a second set of sense signals indicative of a touch or no-touch condition on the second portion; a first device for receiving and processing the first set of output signals from the first portion of the panel; and a second device for receiving and processing the second set of output signals from the second portion of the panel, wherein the first and second devices operate cooperatively in a Master/Slave configuration."

**Granted Patent 7,848,825**
**Source: Patently Apple**
http://www.patentlyapple.com/patently-apple/2010/12/apple-wins-patents-for-ipad-dock-macbook-air-multi-touch.html

STRI | Apple Intelligence Report

26

Highly Confidential - Attorneys' Eyes Only

SAMNDCA11280040

# Patents – full lists

## USA Granted Patents

| Document | Document Title |
|---|---|
| 7849414 | Edge anti-aliasing<br>Techniques for anti-aliasing of graphical objects. A graphical object to be displayed on a display image may be modified to include a border region at least partially surrounding the object. The... |
| 7849365 | Method for reducing host device to electronic device communication errors<br>This invention is directed to allowing an electronic device with a failed file system to dynamically direct a host device to reformat it, by making the storage component appear to be in its... |
| 7849302 | Direct boot arrangement using a NAND flash memory<br>Systems and processes for booting a device can be implemented by detecting a reset signal associated with the device and retrieving a predetermined page of data from a nonvolatile memory location... |
| 7849169 | Providing a reliable operating system for clients of a net-booted environment<br>A method and apparatus are provided for supplying a reliable and maintainable operating system in a net-booted environment. According to one embodiment, a network computer (NC) client boots from a... |
| 7849141 | Training a computer storage system for automatic filing of data using graphical representations of storage locations<br>A method, apparatus, and signal-bearing medium that files data in a destination based on one or more criteria. In various embodiments, the data may be email, email attachments, faxes, telephone... |
| 7849035 | Method and apparatus for organizing information in a computer system<br>A method and apparatus for organizing information in a computer filing system. The method and apparatus include the creation of a pile comprising a collection of documents and displaying a... |
| 7848955 | On-line media store that supports pre-ordering of digital media assets<br>Techniques to facilitate pre-ordering of digital media assets from an on-line media store are disclosed. A user of the on- |

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11280041

| | | line media store can view advance listings for digital media assets that... |
|---|---|---|
| **7848954** | On-line media store that supports pre-ordering of digital media assets | Techniques to facilitate pre-ordering of digital media assets from an on-line media store are disclosed. A user of the on-line media store can view advance listings for digital media assets that... |
| **7848825** | Master/slave mode for sensor processing devices | A computer system having two or more controllers operating in a Master/Slave configuration is disclosed. In one embodiment, the computer system includes: a sensor panel having a first portion for... |
| 7848527 | Dynamic power management in a portable media delivery system | A consumer electronic product (e.g., a portable media player ported to a media delivery accessory) is powered by a limited capacity DC power source (such as a battery or mini-fuel cell). The... |
| **7848105** | Apparatus for air cooling of an electronic device | An apparatus for air-cooling an electronic device is disclosed. A contoured panel channels a flow of air within the housing of an electronic device so as to channel the flow of air more directly... |
| 7847800 | System for emulating graphics operations | Disclosed is a system for producing images including emulation techniques. The system provides for emulation of graphics processing resources such that a central processing unit may provide... |
| 7845953 | Input/output connector and housing | A movable I/O port and housing therefore. The I/O port housing may be hinged to pivot between an open and closed position. The pivot point may be a low- or zero-friction pivot. The I/O port housing... |
| D628562 | Docking station | |
| **D628561** | Dock insert | |
| D628375 | Electronic device holder | |

Highly Confidential - Attorneys' Eyes Only            SAMNDCA11280042

## USA Patents Applications

| Document | Document Title |
|---|---|
| US20100306684 | GRAPHICAL REPRESENTATION OF OUT-OF-BOUND IMAGE SELECTION<br>This is directed to differentiating between portions of a selection area that are within the boundary of displayed information and portions of the selection area that are beyond the boundary of the... |
| US20100306683 | USER INTERFACE BEHAVIORS FOR INPUT DEVICE WITH INDIVIDUALLY CONTROLLED ILLUMINATED INPUT ELEMENTS<br>Methods and apparatuses are disclosed that provide user interface behaviors for input devices with individually controlled illuminated input elements. Some embodiments may include receiving a... |
| US20100306680 | FRAMEWORK FOR DESIGNING PHYSICS-BASED GRAPHICAL USER INTERFACE<br>A graphics development framework for designing physics-based graphical user interfaces is described herein. According to one embodiment, visually linkable patches are displayed in a first window of... |
| US20100306651 | METHOD FOR CREATING, EXPORTING, SHARING, AND INSTALLING GRAPHICS FUNCTIONAL BLOCKS<br>Systems, apparatuses, computer readable media, and methods for creating, exporting, sharing, and installing graphics functional blocks are described herein. In one embodiment, a selection is... |
| US20100306541 | HASH FUNCTION USING A CARD SHUFFLING PROCESS<br>In the computer data security field, a cryptographic hash function process embodied in a computer system and which is typically keyless, but is highly secure. The process is based on the type of... |
| US20100306497 | Computer implemented masked representation of data tables<br>In the computer software field, method and apparatus to obfuscate (mask or hide) computer data which is part of or accessed by a computer program. The method protects (hides) accesses to tables of... |
| US20100306075 | SYSTEMS AND METHODS FOR ACCESSING CRUISE SERVICES USING A PORTABLE ELECTRONIC DEVICE<br>This is directed to systems and methods for accessing cruise services using a single, integrated application |

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11280043

| | |
|---|---|
| | available to a portable electronic device. Through the integrated application, a user... |
| US20100305848 | SEARCH FILTERING BASED ON EXPECTED FUTURE TIME AND LOCATION<br>Systems and methods are provided for identifying points of interest and specific locations located in the vicinity of an expected future location of a user. When a user provides a search request... |
| US20100304826 | HASH FUNCTION USING A ROULETTE GAME PROCESS<br>In the computer data security field, a cryptographic hash function process embodied in a computer system and which is typically keyless, but is highly secure. The process is based on the type of... |
| US20100304807 | HASH FUNCTION USING A CUE SPORTS GAME PROCESS<br>In the computer data security field, cryptographic hash function processes embodied in a computer system and which are typically keyless, but are highly secure. The processes are based on the type... |
| US20100304805 | HASH FUNCTION USING A CUE SPORTS GAME PROCESS<br>In the computer data security field, a cryptographic hash function process embodied in a computer system and which is typically keyless, but is highly secure. The process is based on the type of... |
| US20100304730 | SPACE & TIME BASED DEVICE CUSTOMIZATION<br>Customizing a device based on space and time (e g , a geographic position of the device at a particular time) is disclosed. In one aspect, geographic position data of a device is obtained. Temporal... |
| US20100304702 | RADIO RECEIVER<br>Operating a radio receiver can include identifying a set of stations that broadcast a radio program using different frequencies or different transmission protocols at substantially the same time.... |
| US20100303345 | RED-EYE REDUCTION USING FACIAL DETECTION<br>A computer-implemented method for detecting a red-eye artifact that includes receiving an image depicting a first eye and a second eye corresponding to a human face, and coordinates corresponding... |
| US20100303227 | ON-HOLD CALL MONITORING SYSTEMS AND METHODS<br>Systems and methods are provided for monitoring |

STRI | Apple Intelligence Report                              30

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11280044

| | |
|---|---|
| | telephone calls that are placed on hold. The telephone calls may be between user electronic devices and call centers, such as customer service... |
| US20100302419 | IMAGE SENSOR WITH PHOTOSENSITIVE THIN FILM TRANSISTORS AND DARK CURRENT COMPENSATION<br>An image sensor array includes image sensors having photo TFTs to generate photocurrent in response to received images. The photo TFTs each have their respective gate electrodes and source... |
| US20100302409 | SYSTEMS AND METHODS FOR PREVIEWING NEWLY CAPTURED IMAGE CONTENT AND REVIEWING PREVIOUSLY STORED IMAGE CONTENT<br>Systems and methods for previewing newly captured image content and reviewing previously stored image content using an electronic device are provided. The previously stored image content may... |
| US20100302278 | ROTATION SMOOTHING OF A USER INTERFACE<br>This is directed to animating transitions in a user interface as the orientation of the user interface changes. An electronic device can display a user interface in any suitable orientation,... |
| US20100302272 | Enhancing Images Using Known Characteristics of Image Subjects<br>A method performed by one or more computers programmed to enhance images, the method including receiving an image and a face region associated with the image, sampling pixels from the face region,... |
| US20100302169 | KEYBOARD WITH INCREASED CONTROL OF BACKLIT KEYS<br>Methods and apparatuses are disclosed that provide increased control of backlit keys for a keyboard. Some embodiments may include controllers within the keyboard that are capable of dynamically... |
| US20100301755 | LIGHT SOURCE WITH LIGHT SENSOR<br>There are provided systems, devices and methods for operating a light source with a light sensor to provide a desired light output. In particular, in one embodiment, there is provided a light... |
| US20100300859 | DOME ARRAY FOR USE WITH A SWITCH<br>An array of domes is constructed from a single sheet of constructed material. For example, several domes can be stamped at a preset distribution within a sheet of metal. The domes can be placed at .. |
| US20100300856 | WHITE POINT ADJUSTMENT FOR MULTICOLOR |

Highly Confidential - Attorneys' Eyes Only    SAMNDCA11280045

## KEYBOARD BACKLIGHT

There are provided systems, devices and methods for operating a light source to match a white point of ambient light. In one embodiment, a light control system is provided. The light control system...

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11280046

# Media Articles

### *Smartphone browsing stats by platform (Chart)*

*The richer countries are using iOS while the Symbian is ruling the developing countries. Worldwide Symbian is the leading platform. Android might be growing fast, but it's still far from dominating any part of the world.*

Interesting breakdown of who uses what platform. Is it un-PC to say that richer countries seem to have embraced the iPhone while developing countries/regions still trend toward Symbian. (Note: iOS numbers include iPod touch but not iPad)



http://royal.pingdom.com/2010/11/30/mobile-os-usage-splits-the-world-chart/

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280047

### BlackBerry service to be monitored in Saudi Arabia

*BlackBerry data services can continue in Saudi Arabia after Research in Motion agreed to monitoring of e-mail and instant messaging data services, an official of the country's regulator, Communications and Information Technology Commission, (CITC) said.*

RIM has agreed to place some of its communication servers in the country, said the official on condition of anonymity.

In a statement, CITC said it had decided to allow BlackBerry Messenger, RIM's instant messaging service, as part of the regulatory requirements had been met. Other regulatory requirements have not been met by operators, but CITC's statement did not specifically say which ones.

Etihad Etisalat, which uses the brand name Mobily, Saudi Telecom Company (STC), and Zain Saudi Arabia are the three operators in the country that offer BlackBerry services.

A RIM spokesman based in India said the company did not have a comment on the Saudi Arabia arrangement.

The CITC said last week that it would suspend BlackBerry services in the country on Friday, as it violated regulations. It subsequently provided an extension to operators until end of Monday to test out the solutions they were working on with RIM. The deadline passed without a cut in service, according to reports.

In his daily press briefing on Monday, Philip J. Crowley, assistant secretary at the U.S. Department of State, said that there had been a report of "at least an agreement between RIM and Saudi Arabia".

The U.S. Department of State said last week that it is in touch with the United Arab Emirates (UAE) and other governments to better understand their concerns and plans on the BlackBerry service. The UAE also said last week that it would suspend BlackBerry services from Oct. 11 unless RIM located servers in the country that can be monitored.

An agreement between RIM and Saudi Arabia is likely to have ramifications in other countries that are analyzing RIM's service, including India, Indonesia and Lebanon, which want to monitor BlackBerry communications, said Matthew Reed, an analyst with Informa Telecoms & Media.

Source: CSO
http://www.csoonline.com/article/602883/blackberry-service-to-be-monitored-in-saudi-arabia?source=rss_network_security

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280048

## *Opinion: 6 Reasons Why Social Games Are the Next Advertising Frontier*

*Ad spending on social gaming increased by 60% since 2009; 56 million Americans are playing social games. The main arguments: 1) Advertising in Games is about engagement, not eyeballs 2) Some games have bigger audiences than prime time TV, especially those appear on Facebook 3) Player and the game interaction*

Ad spending on social gaming increased 60% since 2009, according to eMarketer. No doubt advertisers have noticed that 56 million Americans are playing social games and that the branded virtual goods market is booming. But more than just social gaming's growing popularity has gotten attention from advertisers. Social games also represent an environment that is largely conducive to advertising.

### ■ Advertising in Games Is About Engagement, Not Eyeballs

Back in July players of the the most popular Facebook() social game, FarmVille, had for the first time an option to plant a specific branded crop — Cascadian Farm blueberries — on their virtual farms. In more than 500 million cases, players chose to purchase and plant the branded blueberries instead of something else. According to Zynga, unaided brand awareness increased 550% as a result.

Volvo, H&M and MTV Networks have also experimented with branded virtual goods that users can choose to purchase or acquire through interaction with the brand.

### ■ Social Games Reach the Facebook Audience

When online, the average American spends more time on Facebook than on Google(), Yahoo, YouTube, Microsoft, Wikipedia() and Amazon combined. A significant part of that interaction includes social games, making them an ideal alternative to display ads for advertisers who want to reach Facebook's giant, 500 million-person user base.

### ■ Some Games Have Bigger Audiences Than Prime Time TV

Advertising in social games might not be solely about eyeballs, but there are definitely a critical mass of people who are playing them. About about 30 million players per day play the most popular social game, FarmVille. The most popular prime time television show last week, Dancing With the Stars, had about 24 million viewers.
Social gaming is becoming just as accessible, if not more accessible, than television. While most gaming platforms in the past have required expensive consoles and other barriers to entry, most social games are free to play

---

STRI | **Apple Intelligence Report**                                    35

Highly Confidential - Attorneys' Eyes Only                SAMNDCA11280049

### ■ Advertising With Social Games Isn't Restricted to Virtual

The branding potentials for social games need not remain online. About six months ago, 7-Eleven straddled the space between virtual and physical worlds by tying products like iced coffee and slurpees with FarmVille Games. When a customer bought a promoted product, he or she was directed to perform a task in the game to unlock a 7-Eleven virtual good.

The campaign ran in 7,000 stores for six weeks. The branded ice cream surpassed the brand's sales forecast within the first week. More than 3 million codes were redeemed, and water had a 60% redemption rate.

Green Giant also explored the space in between virtual games and the physical world by giving away FarmVille Cash with select produce purchases.

### ■ Brands Can Be Part of the Experience

In "virtual world" games, brands can do more than hang out on billboards (though that is an option, too). They can become part of the game.

One way brands have done this is to add an element to the gameplay itself. When State Farm Insurance branded a blimp in the FarmVille game, for instance, players who chose to put it on their farms had their crops protected during the 10 days of the promotion. The branded blimp continued to float over their farms even after the promotion was over.

Another way brands become part of the experience is by adding an interactive component to the landscape. On Black Friday, Old Navy launched a virtual store in CrowdStar's social game, It Girl. Players could purchase Old Navy virtual clothing or gift it to their friends. The virtual store displayed real-world offers, and players could also complete quests that would earn them virtual currency.

"They've very much integrated their brand into the game experience," Wexler said about the integration. "It's not so much about transactions and direct revenue for Old Navy in this situation, it's about putting the brand in front of their customer base."

### ■ Brands Can Reward Players for Interacting With Them

Purchasing the State Farm Insurance blimp gave FarmVille players protection, completing quests in the virtual Old Navy store gives CrowdStar players virtual currency, and watching videos or taking surveys on offer walls will earn virtual currency or goods. In some cases, players can choose between paying to play or engaging with a brand in order to play a game for free.

Source: Mashable
http://mashable.com/2010/12/05/social-games-advertising

---

STRI | Apple Intelligence Report                                   36

## *3D holographic prints take maps to the next dimension (video)*

*The new 3D map is based on the traditionally hologram technology, printed using variety of 3D data source. The resulting images are easily viewed without glasses or spinning mirrors. Patented Technology.*

As the video shows, Zebra Imaging's so called ZScape prints pull off some pretty amazing 3D visual effects despite being based on old school hologram technology. These prints are made using a variety of 3D data sources -- think AutoCad and the like -- that are then rendered as thousands of holographic elements by recording laser light onto a single film-based material. The resulting images are easily viewed without glasses or spinning mirrors, and just require a run-of-the-mill halogen or LED light source to reveal 360-degree, full color representations -- akin to what a physical model might look like. Fancier versions can also be made using overlays and layering techniques to show more information. To date, over 8,000 ZScapes have already been developed for the US military, but surprisingly their prices range between $1,500 for a 12- x 18-inch version to $3,500 for the largest 2- x 3-foot size, making them relatively obtainable for those not on Defense Department tabs.

**"How It Works**

Zebra Imaging has patented advances in lasers, optics and image processing that enable it to create vivid, lifelike holographic imagery from 3D digital data. Our process is designed to accept a wide array of source data digital file formats — including CAD models, laser scans and satellite imagery. We render the data into tens of thousands of component "Hogel" images that are recorded using laser light into a single portable, film-based hologram that can be viewed with a simple halogen or LED light source. When the hologram is illuminated, the light is reflected and controlled by hogels and combines and emerges from the hologram surface in the same way it would if a solid physical model were actually there."

Video:
http://www.youtube.com/watch?feature=player_embedded&v=_9OR3qaK_Cs

Source:
http://www.zebraimaging.com/
http://www.engadget.com/2010/12/08/zscape-3d-holographic-prints-take-maps-to-the-next-dimension-sa/

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280051

## *Transforming a Regular Paper into Digital Drawing Tablet*

*The new technology presented by PEN A2 will work with regular paper. The idea is based on a special pen that communicates with a special wireless transmitter that's clipped onto the top of the paper, and will enable the pen record writing and drawing, which can then be transferred to the computer. MSRP: $99.*

The idea behind APEN A2 is very similar to the Pulse Smartpen and Livescribe models, but rather than requiring special paper to work, APEN A2 will work with regular paper, eliminating the need to purchase costly specialized paper. The pen communicates with a special wireless transmitter, that's clipped onto the top of the paper, and will enable the pen record writing and drawing, which can then be transferred to the computer. The receiver can record up to 100 pages, and the software will be compatible with both Windows PC and Mac environments. The APEN A2 will initially be available through HSN this month for an MSRP of $99.99. Other models allow for connectivity with a smartphone for instant notes transfer while on the go.



Source: APEN USA
http://www.apenusa.com/productdetail.asp?product_id=2

Source: Ubergizmo
http://www.ubergizmo.com/15/archives/2010/12/apen_a2_transforms_regular_paper_into_digital_writing_drawing_tablet.html

STRI | Apple Intelligence Report                           38

Highly Confidential - Attorneys' Eyes Only          SAMNDCA11280052

## *Fujitsu: Harvesting energy from heat and light*

*A single device can harvest energy from light and heat — making it more economic and ecological device. Since no wires or batteries are needed, the technology can be theoretically used in future mobile device.*



Fujitsu has just announced that they have developed a single new device that can harness energy from light or heat, where this has previously required two separate machines. By reducing the number of machines required to perform the same tasks, this is both an economic and ecological development. Since there is no need for electrical wiring or battery replacements, this device could be put to good use in remote areas for a variety of uses. This technology is still in development and Fujitsu plans to release commercial products by 2015.

Source: http://en.akihabaranews.com/76435/environment/energy-harvested-from-heat-and-light-with-fujitsu%E2%80%99s-hybrid-device

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280053

# Notable Blog Rumors, Comments and Reviews

### *Charge your iPhone using the wind power*



Designer Tjeerd Veenhoven has crafted a partly nifty, partly hilarious new wind-powered iPhone charger / case, appropriately dubbed iFan. In theory, at least, this here case would wrap your iPhone up for protection and then catch wind gusts from wherever, in turn rejuvenating your phone as you talked and walked. There's even a bicycle attachment mockup for those who'd rather place it on their handlebars and kick things up a notch. Unfortunately, there's no word on whether the process can be reversed (i.e. if the blades can be turned into a battery-powered cooling machine when you're at full capacity), nor a hard on-sale date. But hey, at least there's no jailbreak requirement.

**Source: Engadget**

http://www.engadget.com/2010/12/03/ifan-concept-uses-gusts-to-power-your-iphone-solve-lingering-re/

**STRI | Apple Intelligence Report**                                                   40

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA11280054