1
2  [COUNSEL LISTED ON SIGNATURE PAGES]
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **ADMITTED EXHIBIT LIST AS OF AUGUST 9, 2012** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

The parties submit herewith as Exhibit A their joint list of exhibits admitted at trial. The Parties are continuing to meet and confer regarding this list and will file supplemental versions as trial progresses. Additionally, the parties note that certain exhibits have been admitted for limited purposes. Samsung believes the list should reflect any limiting instructions the Court has given or ordered with respect to the admitted materials so as to accurately reflect the Court's permitted uses or purposes. Samsung has suggested this addition to Apple and is willing to meet and confer to prepare a revised list that incorporates any limiting instructions the Court has given or ordered.

The parties are continuing to review the demonstrative exhibits that were shown to the jury during trial. In view of the length and number of these demonstratives it has taken the parties longer than expected to determine and confirm which demonstratives were displayed. The parties are continuing to meet and confer and intend to file a joint list on Saturday August 11, 2012.

Dated: August 9, 2012

| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Michael A. Jacobs* <br> HAROLD J. MCELHINNY <br> MICHAEL A. JACOBS <br> JENNIFER LEE TAYLOR <br> ALISON M. TUCHER <br> RICHARD S.J. HUNG <br> JASON R. BARTLETT <br><br> WILLIAM F. LEE <br> MARK D. SELWYN <br><br> Attorneys for APPLE INC. | By: */s/ Victoria F. Maroulis* <br> CHARLES K. VERHOEVEN <br> KEVIN P.B. JOHNSON <br> VICTORIA F. MAROULIS <br> EDWARD DEFRANCO <br> MICHAEL T. ZELLER <br><br> Attorneys for SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint List of Admitted Exhibits as of August 9, 2012.  In compliance with General Order 45, X.B., I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: August 9, 2012         */s/ Michael A. Jacobs*
                              Michael A. Jacobs

# Exhibit A

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 3 | N/A | N/A | Apple and Samsung Smartphones | 8/6/2012 |
| 4 | N/A | N/A | Apple and Samsung Tablets | 8/6/2012 |
| 5 | N/A | N/A | Summary of Press Reports Regarding Samsung Tablet Designs | 8/7/2012 |
| 6 | N/A | N/A | Summary of Press Reports Regarding Samsung Phone Designs | 8/7/2012 |
| 7 | N/A | N/A | Photographs of accused Samsung devices | 8/6/2012 |
| 8 | N/A | N/A | Photographs of Apple products | 8/6/2012 |
| 10 | N/A | N/A | Design alternatives considered by Peter Bressler | 8/6/2012 |
| 11 | N/A | N/A | iPhone and iPad Advertisements | 8/3/2012 |
| 12 | N/A | N/A | iPhone Television Advertisements | 8/3/2012 |
| 13 | N/A | N/A | iPad Television Advertisements | 8/3/2012 |
| 14 | N/A | N/A | iPhone & iPad Media Clips | 8/3/2012 |

***Apple, Inc. v Samsung et al.,***
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 15 | N/A | N/A | Apple's Sales of iPhone and iPad | 8/3/2012 |
| 16 | N/A | N/A | iPhone and iPad Advertising Expenditures | 8/3/2012 |
| 17 | N/A | N/A | Summary of iPhone and iPad News Coverage | 8/3/2012 |
| 21A | | | Screen captures considered by S. Kare | 8/7/2012 |
| 23 | N/A | N/A | Summary of Hal Poret's Secondary Meanings Surveys | 8/7/2012 |
| 33 | APLNDC-Y0000051623 | APLNDC-Y0000051623 | iPhone and iPad Advertising Expenditures | 8/3/2012 |
| 36 | SAMNDCA00191811 | SAMNDCA00191987 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 8/7/2012 |
| 40 | SAMNDCA10247373 | SAMNDCA10247378 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | 8/6/2012 |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 44 | SAMNDCA00203880 | SAMNDCA00204010 | Relative Evaluation Report on S1, iPhone, March 2, 2010 Product Engineering Team SW Verification Group | 8/7/2012 |
| 54 | SAMNDCA00274819 | SAMNDCA00274854 | Presentation: Lessons from Apple Boston Consulting Group | 8/3/2012 |
| 56 | SAMNDCA00526887 | SAMNDCA00526993 | Presentation: Samsung Q4 '10 Deep Dive | 8/7/2012 |
| 58 | SAMNDCA10375640 | SAMNDCA10375662 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | 8/3/2012 |
| 59 | SAMNDCA10154003 | SAMNDCA10154053 | Translation of Presentation: North America P4(P7510 WiFi) BBY Retail Store Visit T/F Report | 8/6/2012 |
| 60 | SAMNDCA11547401 | SAMNDCA11547470 | Presentation: STA Competitive Situation Paradigm Shift | 8/3/2012 |
| 62 | S-ITC-003351732 | S-ITC-003351759 | Presentation: iPhone 5 Counter Strategy | 8/3/2012 |
| 127 | APLNDC-X0000007535 | APLNDC-X0000007535 | How To TV ad for original iPhone | 8/3/2012 |
| 128 | APLNDC-X0000007703 | APLNDC-X0000007703 | iPad Is Iconic TV ad for first-generation iPad | 8/3/2012 |
| 133 | APLNDC-Y0000235973 | APLNDC-Y0000235976 | "Apple Waves Its Wand at the iPhone," by David Pogue, New York Times, January 11, 2007 | 8/3/2012 |
| 134 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, The Wall Street Journal, June 27, 2007 | 8/3/2012 |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 135 | APLNDC-Y0000146961 | APLNDC-Y0000146961 | "Best Inventions of 2007," by Lev Grossman, Time, November 1, 2007 (including photo of cover) | 8/3/2012 |
| 138 | APLNDC-Y0000236031 | APLNDC-Y0000236034 | "Apple Takes Big Gamble on New iPad," by Yukari Iwatani Kane, The Wall Street Journal, January 25, 2010 | 8/3/2012 |
| 140 | APLNDC-Y0000233386 | APLNDC-Y0000233392 | "Verdict Is in on Apple iPad: It's a Winner," by Edward Baig, USA Today, April 2, 2010 | 8/3/2012 |
| 141 | APLNDC-Y0000233381 | APLNDC-Y0000233385 | "Laptop Killer?  Pretty Close," by Walter S. Mossberg, The Wall Street Journal, April 1, 2010 | 8/3/2012 |
| 142 | APLNDC-Y0000233352 | APLNDC-Y0000233352 | "Patent Office Highlights Jobs's Innovations," New York Times | 8/3/2012 |
| 143 | APLNDC-Y0000027256<br>APLNDC-Y0000027257<br>APLNDC-Y0000027258<br>APLNDC-Y0000027259<br>APLNDC-Y0000027266<br>APLNDC-Y0000027269<br>APLNDC-Y0000027277 | | iPhone Buyer Survey, FY10-Q4 | 8/3/2012 |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 143.06 | APLNDC-Y0000027261 | APLNDC-Y0000027261 | Excerpt from IPhone Buyer Survey  - Key conclusings (continued) | 8/3/2012 |
| 143.12 | APLNDC-Y0000027267 | APLNDC-Y0000027267 | Excerpt from IPhone Buyer Survey - Web capabilities is highest in overall importance in all countries except in Japan | 8/3/2012 |
| 143.16 | APLNDC-Y0000027271 | APLNDC-Y0000027271 | Excerpt from IPhone Buyer Survey - The importance of The ability to download and use apps is very high in all countries except | 8/3/2012 |
| 143.22 | APLNDC-Y0000027277 | APLNDC-Y0000027277 | Excerpt from IPhone Buyer Survey - The imporatnce of Attractive appearance and design is rated relatively lower | 8/3/2012 |
| 143.25 | APLNDC-Y0000027280 | APLNDC-Y0000027280 | Excerpt from IPhone Buyer Survey - The importance of Improved battery life is very high in most countries | 8/3/2012 |
| 143.82 | APLNDC-Y0000027337 | APLNDC-Y0000027337 | Excerpt from IPhone Buyer Survey - Accessories used | 8/3/2012 |
| 144 | APLNDC-Y0000027341<br>APLNDC-Y0000027342<br>APLNDC-Y0000027343<br>APLNDC-Y0000027344<br>APLNDC-Y0000027356<br>APLNDC-Y0000027358<br>APLNDC-Y0000027362 | | iPhone Buyer Survey, FY11-Q1 | 8/3/2012 |
| 145 | APLNDC-Y0000027423<br>APLNDC-Y0000027424<br>APLNDC-Y0000027425<br>APLNDC-Y0000027426<br>APLNDC-Y0000027442<br>APLNDC-Y0000027450 | | iPhone Buyer Survey, FY11-Q2 | 8/3/2012 |
| 146 | APLNDC-Y0000027506<br>APLNDC-Y0000027507<br>APLNDC-Y0000027508<br>APLNDC-Y0000027509<br>APLNDC-Y0000027523<br>APLNDC-Y0000027565<br>APLNDC-Y0000027572 | | iPhone Buyer Survey, FY11-Q3 | 8/3/2012 |
| 158A | N/A | N/A | Demonstrative Research | 8/7/2012 |
| 162 | N/A | N/A | iPhone CAD | 7/31/2012 |
| 163 | APLNDC1278008 | APLNDC1278008 | Sketch of Phone | 7/31/2012 |
| 164 | N/A | N/A | Phone CAD | 7/31/2012 |
| 165 | N/A | N/A | Phone model 1017 | 7/31/2012 |
| 166 | N/A | N/A | Phone model 1015 | 7/31/2012 |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 167 | N/A | N/A | Phone model 956 | 7/31/2012 |
| 168 | N/A | N/A | Phone model 961 | 7/31/2012 |
| 170 | N/A | N/A | Tablet model 1202 | 7/31/2012 |
| 171 | N/A | N/A | Tablet model 874 | 7/31/2012 |
| 173 | APLNDC-Y0000233431 | APLNDC-Y0000233441 | "Samsung Galaxy Tab 10.1 Wi-Fi: A Worthy Rival to the iPad 2," by Melissa J. Perenson; PCWorld, June 8, 2011 | 8/6/2012 |
| 174 | APLNDC-Y0000236157 | APLNDC-Y0000236159 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | 8/6/2012 |
| 511 | SAMNDCA00255247 | SAMNDCA00255260 | Japanese design patent JP D1241638 ("JP638") | 8/6/2012 |
| 526 | N/A | N/A | Samsung F700 [Tangible] | 8/6/2012 |
| 578 | APL-ITC796-0000119763 | APL-ITC796-0000119767 | April 14, 2010 Apple internal email chain and meeting agenda; subject line: "iPhone 'firsts'" | 8/3/2012 |
| 592 | APLNDCAL0010809 | APLNDCAL0010809.54 | ComTech United States Report Q410 | 8/3/2012 |
| 687 | APLNDC0001260016 | APLNDC0001260016 | Apple Email regarding competitor products | 7/31/2012 |
| 727 | SAMNDCA00255321 | SAMNDCA00255329 | KR30-0418547, N.B. Certified translation has unique bates range following original | 8/6/2012 |
| 728 | SAMNDCA00255283 | SAMNDCA00255295 | JP D1241383, N.B. Certified translation has unique bates range following original | 8/6/2012 |
| 740 | APLNDC-X0000006115 | APLNDC-X0000006129 | Apple's 035 Prototype Photos from D'889 File History | 7/31/2012 |
| 741 | N/A | N/A | Apple's 035 Prototype with an authenticating stipulation of fact | 7/31/2012 |
| 1000 | AS237 | AS237 | iPhone | 7/31/2012 |
| 1001 | N/A | N/A | iPhone 3G | 7/31/2012 |
| 1002 | AS420 | AS420 | iPhone 3GS | 7/31/2012 |
| 1003 | AS423 | AS423 | iPhone4 | 7/31/2012 |
| 1004 | AS426 | AS426 | iPad | 7/31/2012 |
| 1005 | AS425 | AS425 | iPad2 | 7/31/2012 |
| 1007 | AS18 | AS18 | Galaxy S (i9000) | 8/3/2012 |
| 1010 | AS42 | AS42 | Galaxy S Vibrant [Phone] | 8/6/2012 |
| 1011 | AS319 | AS319 | Galaxy S Captivate [Phone] | 8/6/2012 |
| 1012 | AS6 | AS6 | Galaxy S Epic 4G [Phone] | 8/6/2012 |
| 1013 | AS145 | AS145 | Galaxy S Fascinate [Phone] | 8/6/2012 |

*Apple, Inc. v Samsung et al.,*
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 1015 | AS316 | AS316 | Galaxy S Mesmerize [Phone] | 8/6/2012 |
| 1016 | AS315 | AS315 | Galaxy S Continuum | 8/3/2012 |
| 1017 | AS315 | AS315 | Galaxy S Showcase 500 [Phone] | 8/6/2012 |
| 1019 | AS16 | AS16 | Galaxy S 4G | 8/3/2012 |
| 1020 | AS314 | AS314 | Gem [Phone] | 8/6/2012 |
| 1022 | AS320 | AS320 | Galaxy Prevail [Phone] | 8/6/2012 |
| 1025 | AS97 | AS97 | Droid Charge | 8/3/2012 |
| 1026 | AS221 | AS221 | Indulge [Phone] | 8/6/2012 |
| 1027 | AS310 | AS310 | Infuse 4G | 8/3/2012 |
| 1030 | AS12 | AS12 | Galaxy Ace [Phone] | 8/6/2012 |
| 1031 | AS341 | AS341 | Galaxy S II (AT&T) [Phone] | 8/6/2012 |
| 1032 | AS359 | AS359 | Galaxy S II (i9100) [Phone] | 8/6/2012 |
| 1033 | AS88 | AS88 | Galaxy S II (T-Mobile) [Phone] | 8/6/2012 |
| 1034 | AS123 | AS123 | Galaxy S II (Epic 4G Touch) [Phone] | 8/6/2012 |
| 1035 | AS117 | AS117 | Galaxy S II (Skyrocket) [Phone] | 8/6/2012 |
| 1037 | 203 | 203 | Galaxy Tab 10.1 (WiFi) [Tangible] | 8/6/2012 |
| 1038 | AS236 | AS236 | Galaxy Tab 10.1 (4G LTE) [Tangible] | 8/6/2012 |
| 1039 | APLNDC-Y0000182281 | APLNDC-Y0000182283 | US Trademark Reg for iPhone | 8/7/2012 |
| 1040 | APLNDC00032467 | APLNDC00032472 | Certified copy of US D504,889, issued May 10,2005 | 7/31/2012 |
| 1041 | APLNDC00030426 | APLNDC00030441 | Certified copy of US D593,087, issued May 26,2009 | 7/31/2012 |
| 1042 | APLNDC00030421 | APLNDC00030425 | Certified copy of US D604,305, issued November 17, 2009 | 8/7/2012 |
| 1043 | APLNDC00032473 | APLNDC00032478 | Certified copy of US D604,305, issued November 17,2009 | 7/31/2012 |
| 1046 | APLNDC00027870 | APLNDC00027921 | Certified copy of US 7,864,163, issued January 4, 2011 | 8/3/2012 |
| 1091 | APLNDC-Y0000066914 | APLNDC-Y0000066914 | MacWorld 2007 Video | 8/3/2012 |

**Apple, Inc. v Samsung et al.,**
USDC Northern District of CA, San Jose Division
Case No. 11-cv-01846 (LHK)
**Admitted Exhibit List**

| EXHIBIT NO. | Beg Bates | End Bates | DESCRIPTION | ADMITTED |
|---|---|---|---|---|
| 1093 | N/A | N/A | LG Prada Phone | 8/3/2012 |
| 2517 | APL7940004187872 | APL7940004187872 | Email 11-18-08 Haining Zhang to Isable-staff re: Competitive Analysis | 8/3/2012 |
| 2519 | APL7940012391981 | APL7940012391993 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | 8/3/2012 |
| 2522 | APLNDC0001840403 | APLNDC0001840406 | Email 1-24-11 Eddy Cue to Tim Cook re: Why I Just Dumped the iPad (Hing: Size Matters) | 8/3/2012 |
| 2524 | APLNDC0001256893 | APLNDC0001256894 | Email 10-5-05 Steve Jobs to Jony Ive, et al, re: =?WINDOWS-1252?Q?Fwd:_Samsung=92s_SGH-10_Bang_&_Olufsen_=93fas?= =?WINDOWS-252?Q?hionphone=94?= | 8/3/2012 |
| 2525 | APLNDC00011256941 | APLNDC0001256943 | Email 11-7-06 Tony Fadell to Steve Jobs, et al, re: Samsung Unveils New Communications Device (AP) | 8/3/2012 |