| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **APPLE INC.'S MOTION REGARDING SEALING ISSUES FOR TESTIMONY OF BORIS TEKSLER** <br><br> Trial:  August 10, 2012 <br> Time:  9:00 a.m. <br> Place:  Courtroom 1, 5th Floor <br> Judge:  Hon. Lucy H. Koh |

1    Apple Inc. ("Apple") has two motions to seal pending before the Court:  Apple's Motion
2 to Seal Confidential Trial Exhibits (Dkt. 1495) and Apple's Motion to Seal Prior Motions and
3 Exhibits Thereto ("Apple's Motion to Seal").  (Dkt. 1499.)  Among other things, Apple's Motion
4 to Seal provides compelling reasons to seal paragraphs in the expert report of Terry Musika
5 relating to Apple's licensing agreements with IBM.  (*See* Dkt. 1499, pp. 9-10.)

6    Yesterday, Samsung disclosed to Apple for the first time that it might use an IBM-Apple
7 license agreement and an amendment to that license during its cross-examination of Boris
8 Teksler, Apple's Director of Patent Licensing and Strategy.  These two documents are not
9 identified on the revised trial exhibit list that Samsung filed on July 23, 2012.  (Dkt. 1285.)
10 Samsung has now marked these documents for identification as DX2592 and DX2593.

11    Without further action, highly confidential information in these documents may be
12 publicly disclosed, causing severe harm to Apple and IBM.  Apple has sought to avoid that harm
13 without further burdening the Court by stipulating with Samsung that "[t]he parties will not
14 oppose each other's efforts to seal the record with respect to license agreements, summaries of
15 licensing terms, and royalty charts and will not oppose each other's efforts to move to have these
16 materials placed under seal."  (Dkt. 1597, ¶ 5.)  For its part, third-party IBM has already sought to
17 seal its license with Samsung.  (Dkt. 1376.)  Apple has notified counsel for IBM that Samsung
18 intends to use DX2592 and DX2593 during trial tomorrow, and Apple understands that IBM will
19 also be filing a motion to seal with respect to these documents.

20    Apple will lodge with the Court unredacted versions of DX2592 and DX2593 with
21 highlighting to indicate those portions of the IBM-Apple license (DX2592) and license
22 amendment (DX2593) that Apple seeks to seal.  Pursuant to the guidance provided by the Court
23 during the July 27, 2012 hearing, Apple only seeks to seal information related to payment terms
24 and license duration.  (*See* 7/27/2012 Hearing Tr., p.9:8-17.)  In particular, Apple seeks to seal:
25 (1) in DX2592, Sections 2.1, 2.2, and 7.1; and (2) in DX2593, the information on pages
26 DX2593.007 and DX2593.009 that reflects the number and class of shares provided as
27 consideration for the transaction.  Such information qualifies under the "compelling reasons" test
28 for sealing.  *See In re Electronic Arts, Inc.*, 298 Fed. App'x 568, 569 (9th Cir. 2008).

1  Apple therefore requests that the Court issue an order sealing any unredacted versions of
2  DX2592 and DX2593, accepting Apple's proposed redactions, and directing that only Apple's
3  proposed redacted versions of DX2592 and DX2593 be displayed or published in Court or
4  admitted into evidence in the event that Samsung uses DX2592 or DX2593 during its cross-
5  examination of Mr. Teksler.  Alternatively, if the Court denies this request, Apple respectfully
6  requests that the Court stay any order requiring the public filing of DX2592 and DX2593 for five
7  days so that Apple may seek any necessary relief.

9  Dated: August 9, 2012                    WILMER CUTLER PICKERING
                                              HALE AND DORR LLP

11                                           By:  /s/ *Mark D. Selwyn*
                                                    Mark D. Selwyn

                                             Attorneys for Plaintiff
13                                           APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 9, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark D. Selwyn
Mark D. Selwyn