HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION REGARDING SEALING ISSUES FOR TESTIMONY OF BORIS TEKSLER**<br><br>**Trial:** August 10, 2012<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 1, 5th Floor<br>**Judge:** Hon. Lucy H. Koh |

1   Apple Inc. ("Apple") filed a motion regarding sealing issues related to the testimony of Boris Teksler. The motion concerns two documents (DX2592 and DX2593) related to Apple's earlier filed motion to seal prior motions and exhibits thereto. (Dkt. 1499.) Apple requests that the Court issue an order sealing any unredacted versions of DX2592 and DX2593, accepting Apple's proposed redactions, and directing that only Apple's proposed redacted versions of DX2592 or DX2593 be displayed or published in Court or admitted into evidence in the event that Samsung uses DX2592 and DX2593 during its cross-examination of Mr. Teksler.

Apple's request is granted:

- Sections 2.1, 2.2, and 7.1 of DX 2592 shall be sealed, consistent with the proposed redactions lodged with the Court by Apple on August 10, 2012.

- The information on pages DX2593.007 and DX2593.009 of DX2593 that reflects the consideration for the transaction shall be sealed, consistent with the proposed redactions lodged with the Court by Apple on August 10, 2012.

- Only versions of DX2592 and DX2593 which have been redacted in a manner consistent with this Order may be displayed or published in Court or admitted into evidence.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
Hon. Lucy H. Koh
United States District Court Judge

[PROPOSED] ORDER
CASE NO. 11-CV-01846-LHK

1