Timothy T. Scott (State Bar No. 126971)
tscott@kslaw.com
Geoffrey M. Ezgar (State Bar No. 184243)
gezgar@kslaw.com
Leo Spooner, III (State Bar No. 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone:  +1 650 590 0700
Facsimile:   +1 650 590 1900

Attorneys for Non-Party
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERIA, INC. a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC., a Delaware limited liability comapny,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION'S ADMINISTRATIVE MOTION FOR A LIMITED SEALING ORDER**<br><br>Judge:   Hon. Judge Lucy H. Koh |

**[Proposed] Order**

Before this Court is Non-Party International Business Machines Company's ("IBM") Emergency Administrative Motion for an Order Sealing Portions of Proposed Trial Exhibit Nos. 2592 and 2593, and Closing the Courtroom and Sealing the Transcript During Discussion of IBM's Confidential Information, in the above captioned matter.

This Court finds that IBM has demonstrated compelling reasons to seal limited portions of Proposed Trial Exhibits 2592 and 2593.  In addition, the Court orders the courtroom closed during discussion of this information and the transcript related to that discussion sealed.

IT IS SO ORDERED:

Dated: _____

_____
LUCY H. KOH
United States District Judge