UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO EXCLUDE SAMSUNG WITNESS TESTIMONY** |

1  Having considered the arguments and the papers submitted, the Court hereby GRANTS
2  Apple's Motion to Exclude Samsung Witness Testimony. Dale Sohn and Hyoung Shin Park shall
3  not testify at trial of the above-captioned action.
4  **IT IS SO ORDERED.**

6  Dated:_____, 2012          By:_____
7                                     Honorable Lucy H. Koh
                                       United States District Judge