HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION JASON R. BARTLETT IN SUPPORT OF APPLE'S MOTION TO EXCLUDE OR LIMIT SAMSUNG WITNESS TESTIMONY** |

I, JASON R. BARTLETT, declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. I make this declaration in support of Apple's Motion to Exclude or Limit Samsung Witness Testimony.

2. Attached hereto as **Exhibit 1** are true and correct copies of Samsung's Fourth Amended and Supplemental Initial Disclosures, dated March 9, 2012.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from K. Suh to R. Hung regarding Dale Sohn, dated January 13, 2012.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from R. Kassabian to M. Mazza and P. Kolovos regarding depositions, dated February 3, 2012.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Hyoung Shin Park, taken February 29, 2012.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition transcript of MinHyouk Lee, taken February 12, 2012.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Samsung's Second Supplemental Responses to Apple's Interrogatories Nos. 10-11, dated November 21, 2011, redacted to exclude material irrelevant to the instant motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of August, 2012 at San Jose, California.

                                                 /s/ *Jason R. Bartlett*
                                                 Jason R. Bartlett

**ATTESTATION**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Jason R. Bartlett has concurred in this filing.

Dated: August 9, 2012            */s/ Michael A. Jacobs*
                                 Michael A. Jacobs