Exhibit 2

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

January 13, 2012

<u>VIA E-MAIL</u>

Richard Hung
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Re:   <u>Apple v. Samsung Elecs. Co. et al., Case no. 11-cv-1846 LHK (PSG) (N.D. Cal)</u>

Dear Richard:

I write regarding Apple's Notice of Deposition of Dale Sohn, served on December 6, 2011.

Apple's notice appears to have been sent for no other purpose than to harass Samsung and Mr. Sohn.  As you know, Mr. Sohn is president of Samsung Telecommunications America.  And as you may be aware, the overwhelming weight of authority protects high-ranking executives like Mr. Sohn from such harassing deposition notices, unless the noticing party demonstrates that the executive has unique, first-hand and material knowledge that cannot be obtained from any other lower-level employee.  Apple has provided no basis for seeking to depose Mr. Sohn, much less even attempted to satisfy the legal requirements for deposing high ranking executives.

Please withdraw Mr. Sohn's deposition notice immediately.  If Apple refuses to do so, then please provide (1) written, documentary, or testimonial evidence demonstrating that Mr. Sohn is a person with direct, personal, and unique knowledge of facts relevant to this case, (2) a comprehensive description of what efforts (if any) Apple has made to first obtain the information it seeks of Mr. Sohn from other lower level employees, and the outcome of those efforts, as well

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
WASHINGTON, DC | 1299 Pennsylvania Avenue NW, Suite 825, Washington, District of Columbia  20004-2400 | TEL (202) 538-8000 FAX (202) 538-8100
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Building, 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo  100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100
MOSCOW | Voentorg Building, 3rd Floor, 10 Vozdvizhenka Street, Moscow  125009, Russia | TEL +7 495 797 3666 FAX +7 495 797 3667

as (3) whatever legal authority Apple may have supporting Apple's position that it may seek to depose such a high ranking official in these circumstances.

Very Kind Regards,

*/s/*

Kenneth K. Suh

KKS

2