Exhibit 4

```
              HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
1                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
2                        SAN JOSE DIVISION

3            Civil Action No.:  11-CV-01846-LHK


4
     APPLE, INC., a California corporation,
5
                 Plaintiff,
6

7    vs.

8    SAMSUNG ELECTRONICS CO., LTD.,
     a Korean business entity;
9    SAMSUNG ELECTRONICS AMERICA, INC.,
     a New York corporation; and
10   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
     a Delaware limited liability company,
11           Defendants.
     _____/
12

13

14

15                *** HIGHLY CONFIDENTIAL ***
                      ATTORNEYS' EYES ONLY
16

17            VIDEOTAPED PERSONAL DEPOSITION OF:

18                    HYOUNG SHIN PARK

19

20

21            Wednesday, February 29, 2012
                     Kim & Chang
22              Seoul, South Korea
                8:15 a.m. to 11:31 a.m.
23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
1   APPEARANCES:

2

3      ON BEHALF OF PLAINTIFF, APPLE, INC.:

4
       MORRISON FOERSTER, LLP
5      By:  FRANCIS HO, ESQ.
       425 Market Street
6      San Francisco, California 94105-2482
       Phone:  415.268.7339
7

8

9      ON BEHALF OF DEFENDANT, SAMSUNG:

10
       QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
11     By:  MARGRET CARUSO, ESQ.
       555 Twin Dolphin Drive
12     Redwood Shores, California 94065
       Phone:  650.801.5005
13

14

15  Also present:

16     JINA OH, LEAD INTERPRETER
       KATHY SIM, CHECK INTERPRETER
17     JEFF MENTON, VIDEOGRAPHER
       TRACEY LOCASTRO, COURT REPORTER
18     DAVID SON, MORRISON FOERSTER

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

```
 1                        I N D E X

 2                                            Page
      Witness:
 3    HYOUNG SHIN PARK
      Examination By Mr. Francis Ho            6
 4

 5

 6

 7                     E X H I B I T S

 8    Exhibit       Description              Page

 9    1699          Drawing created by        47
                    witness
10    1700          Bates labelled SAMNDCA    52
                    10808682 through 758
11    1701          Bates labelled SAMNDCA    57
                    00215202 to 205
12    1702          Bates labelled SAMNDCA    61
                    10310951 to 978
13    1703          Bates labelled SAMNDCA    61
                    10295752 to 778
14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

```
 1              P R O C E E D I N G S

 2                     -  -  -

 3        VIDEOGRAPHER:  We are now on the video

 4   record.  The time is 8:15 a.m.  Today is

 5   February the 29th, 2012.

 6        This is the videotaped deposition of Hyoung

 7   Shin Park, that's H-Y-O-U-N-G S-H-I-N, Park, as

 8   an individual.

 9        This video deposition has been noticed by

10   the law firm of Morrison and Foerster and being

11   taken by attorney Francis C. Ho, representing

12   the plaintiff in the matter of Apple, Inc.

13   versus Samsung Electronics Company Limited,

14   et al. and Samsung Electronics Company Limited,

15   et al., counterclaim plaintiff, versus Apple,

16   Inc., counterclaim defendants, case number

17   11-CV-01846-LHK in the United States District

18   Court, Northern District of California, San Jose

19   Division.

20        This deposition is being taken at the

21   offices of Kim and Chang in Seoul, Korea.  The

22   court reporter is Tracey LoCastro from American

23   Realtime Court Reporters/Asia.  The videographer

24   is Jeff Menton, certified court video

25   specialist, of American Realtime Court
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

50

| | | |
|---|---|---|
| 10:38:19 | 1 | Q.    Did you consider the design of the iPhone |
| 10:38:21 | 2 | when you were designing the F700? |
| 10:38:31 | 3 | MS. CARUSO:  Objection, vague, vague as to |
| 10:38:32 | 4 | time. |
| 10:38:35 | 5 | A.    No. |
| 10:38:36 | 6 | BY MR. HO: |
| 10:38:37 | 7 | Q.    At the time when you looked at the iPhone on |
| 10:38:39 | 8 | the website, were you designing the F700? |
| 10:38:50 | 9 | MS. CARUSO:  Objection, vague. |
| 10:39:04 | 10 | A.    It was being developed at that time. |
| 10:39:04 | 11 | BY MR. HO: |
| 10:39:09 | 12 | Q.    Were you still in the process of designing |
| 10:39:11 | 13 | the F700 at that time? |
| 10:39:20 | 14 | MS. CARUSO:  Objection, vague, asked and |
| 10:39:22 | 15 | answered. |
| 10:39:32 | 16 | A.    Yes. |
| 10:39:37 | 17 | BY MR. HO: |
| 10:39:37 | 18 | Q.    Were you aware of any rumors about the |
| 10:39:39 | 19 | release of the iPhone before the announcement? |
| 10:39:55 | 20 | (Discussion held between Lead Interpreter |
| 10:39:55 | 21 | and Check Interpreter.) |
| 10:40:12 | 22 | A.    No. |
| 10:40:14 | 23 | CHECK INTERPRETER:  I was not. |
| 10:40:14 | 24 | BY MR. HO: |
| 10:40:20 | 25 | Q.    Are you aware of any other Samsung phones |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

51

| | | |
|---|---|---|
| 10:40:23 | 1 | that reference the F700 design? |
| 10:40:35 | 2 | MS. CARUSO:  Objection, vague. |
| 10:40:39 | 3 | A.    I don't really know. |
| 10:40:41 | 4 | MR. HO:  Let's take a break. |
| 10:40:47 | 5 | VIDEOGRAPHER:  This will be the end of video |
| 10:40:50 | 6 | disc number 2.  The time is 10:40 a.m.  We're |
| 10:40:55 | 7 | going off the video record. |
| 10:55:07 | 8 | (A recess was taken.) |
| 10:55:07 | 9 | VIDEOGRAPHER:  We're back on the video |
| 10:55:20 | 10 | record.  This is video disc number 3.  The time |
| 10:55:23 | 11 | is 10:55 a.m. |
| 10:55:27 | 12 | CHECK INTERPRETER:  Counsel, with your |
| 10:55:28 | 13 | permission, the check interpreter would like to |
| 10:55:31 | 14 | make a correction to the witness' previous |
| 10:55:35 | 15 | response with respect to the first model on the |
| 10:55:38 | 16 | drawing. |
| 10:55:41 | 17 | The mock-up was made with plastic instead of |
| 10:55:45 | 18 | glass. |
| 10:55:45 | 19 | BY MR. HO: |
| 10:55:49 | 20 | Q.    Ms. Park, welcome back. |
| 10:55:57 | 21 | Have you ever heard the term "archetype |
| 10:56:01 | 22 | design"? |
| 10:56:03 | 23 | A.    Yes. |
| 10:56:04 | 24 | Q.    Can you describe for me what they are? |
| 10:56:12 | 25 | MS. CARUSO:  Objection, vague. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

65

```
 1                    C E R T I F I C A T E

 2    (Seoul)

 3    (South Korea)

 4
              I, Tracey S. LoCastro, Registered
 5    Professional Reporter, do hereby certify
      that the aforementioned witness was first duly sworn
 6    as noted by stipulation of counsel to testify the
      whole truth; that I was authorized to and did report
 7    said deposition in stenotype; and that the foregoing
      pages are a true and correct transcription of my
 8    shorthand notes of said deposition.

 9            I further certify that said deposition was
      taken at the time and place hereinabove set forth
10    and that the taking of said deposition was commenced
      and completed as hereinabove set out.

11
              I further certify that I am not attorney
12    or counsel of any of the parties, nor am I a
      relative or employee of any attorney or counsel of
13    party connected with the action, nor am I
      financially interested in the action.

14
              The foregoing certification of this
15    transcript does not apply to any reproduction of the
      same by any means unless under the direct control
16    and/or direction of the certifying reporter.

17

18            IN WITNESS WHEREOF, I have hereunto

19    set my hand this 1st day of March, 2012.

20

21                                                    _____

22                    TRACEY S. LOCASTRO,
                      Registered Professional Reporter

23

24

25
```