Exhibit 5

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                        CASE NO.
             Plaintiff,                    11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD.,
 7   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 8   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
 9   AMERICA, LLC, a Delaware limited
     liability company,
10
             Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD.,
     a Korean business entity;
13   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
14   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware limited
15   liability company,

16           Counterclaim-Plaintiffs,

17   v.
     APPLE, INC., a California
18   corporation,

19           Counterclaim-Defendant.

20

21       *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22             VIDEOTAPED PERSONAL DEPOSITION OF:
                       MINHYOUK LEE
23
                      March 2, 2012
24                    Kim & Chang
                    Seoul, South Korea
25             9:03 A.M. - 3:47 P.M.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

```
 1     APPEARANCES:

 2
       For the Plaintiff/Counterclaim-Defendant, Apple, Inc.
 3
                       MORRISON & FOERSTER, LLP
 4                     BY: Peter J. Stern, Esq.
                           Stephanie Kim, Esq.
 5                     425 Market Street
                       San Francisco, California 94105-2482
 6                     (415) 268-7000

 7

 8     For the Defendants/Counterclaim-Plaintiffs, the Samsung
       entities:
 9
                       QUINN EMANUEL URQUHART & SULLIVAN, LLP
10                     BY: Michael T. Zeller, Esq.
                       865 South Figueroa Street
11                     10th Floor
                       Los Angeles, California 90017
12                     (213) 443-3000

13

14     Also present:

15                     HanKil Kang, Samsung
                       Albert Park, Lead Interpreter
16                     Sue Mi Jones, Check Interpreter
                       Marc Friedman, Videographer
17                     Michael E. Miller, Court Reporter

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

```
 1                         I N D E X
      WITNESS:                                    PAGE
 2    MINHYOUK LEE

 3    EXAMINATION BY MR. STERN                       6

 4    EXAMINATION BY MR. ZELLER                     91

 5

 6                       E X H I B I T S

 7    NUMBER          DESCRIPTION                  PAGE

 8    Exhibit 2105  Organizational Chart            8
                    (S-ITC-003006128)
 9
      Exhibit 2106  Galaxy S Project Recommendation 12
10                    (SAMNDCA10251326 - SAMNDCA10251344)

11    Exhibit 2107  iF Product Design Award Document 23
                    (SAMNDCA10763590)
12
      Exhibit 2108  Archetype Design 2009 Document  26
13                    (SAMNDCA10105070 - SAMNDCA10105124)

14    Exhibit 2109  S Project Document              39
                    (SAMNDCA10806650 - SAMNDCA10806659)
15
      Exhibit 2110  Chain of E-mails               53
16                    (S-ITC-009018052 - S-ITC-009018055)

17    Exhibit 2111  Design Mock-up History Spreadsheet 55
                    (SAMNDCA10144232 - SAMNDCA10144281)
18
      Exhibit 2112  DIA Spreadsheet                57
19                    (S-ITC-007754234 - S-ITC-007754239)

20    Exhibit 2113  Aries (GT-I9000) Global GSM Level 2 58
                    Document
21                    (S-ITC-007849424 - S-ITC-007849493)

22    Exhibit 2114  2009 Archetype Design Presentation 67
                    (SAMNDCA00202242 - SAMNDCA00202265)
23
      Exhibit 2115  S1 Project Document            74
24                    (SAMNDCA10763492 - SAMNDCA10763495)

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

1                          E X H I B I T S

2     NUMBER              DESCRIPTION                    PAGE

3     Exhibit 2116   Mobile Planview Presentation          75
                     (SAMNDCA00530405 - sss00530490)
4
      Exhibit 2117   Flagship Document                     81
5                    (SAMNDCA11010883)

6     Exhibit 2118   Photos, Samsung before/after the      85
                     iPhone
7
      Exhibit 2119   Photos, Samsung before/after the iPad 86
8
      Exhibit 2120   Photos, Samsung Packaging             88
9                    before/after the iPhone

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

|  | 1 | PROCEEDINGS |
|---|---|---|
| 09:02:50 | 2 | (March 2, 2012 at 9:03 a.m.) |
| 09:03:01 | 3 | THE VIDEOGRAPHER:  We are on the record, and |
| 09:03:01 | 4 | the time is 9:03 a.m.  Today's date is March 2nd, 2012. |
| 09:03:12 | 5 | My name is Marc Friedman, certified legal |
| 09:03:17 | 6 | videographer with American Realtime Court Reporters Asia. |
| 09:03:20 | 7 | This deposition is being held in the office of |
| 09:03:23 | 8 | Kim & Chang, located in Jeongdong, Seoul, South Korea. |
| 09:03:31 | 9 | The caption of this case is Apple, Inc., a California |
| 09:03:35 | 10 | corporation vs. Samsung Electronics Company, Ltd., et al. |
| 09:03:40 | 11 | in the United States District Court, Northern District of |
| 09:03:43 | 12 | California, San Jose Division, Civil Action 11-CV-01846. |
| 09:03:55 | 13 | This is the personal deposition of MinHyouk |
| 09:03:59 | 14 | Lee. |
| 09:03:59 | 15 | At this time, counsel will identify themselves, |
| 09:04:03 | 16 | state whom they represent, starting with the noticing |
| 09:04:05 | 17 | attorney. |
| 09:04:06 | 18 | MR. STERN:  Peter Stern of Morrison & Foerster |
| 09:04:11 | 19 | for Apple.  With me is Stephanie Kim. |
| 09:04:14 | 20 | MR. ZELLER:  Mike Zeller for Samsung. |
| 09:04:18 | 21 | MR. KANG:  HanKil Kang for Samsung. |
| 09:04:22 | 22 | THE VIDEOGRAPHER:  Counsel, please state any |
| 09:04:24 | 23 | stipulations or agreements on the record. |
| 09:04:28 | 24 | MR. STERN:  I've been asked to read this by the |
| 09:04:30 | 25 | court reporter: |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

71

| | | |
|---|---|---|
| 14:18:54 | 1 | BY MR. STERN: |
| 14:18:54 | 2 | Q.    When you designed the Galaxy S, did you intend |
| 14:18:56 | 3 | to implement the design of the F700 in the Galaxy S? |
| 14:19:01 | 4 | MR. ZELLER:  The question is vague as to |
| 14:19:03 | 5 | "implement." |
| 14:19:26 | 6 | A.    Well, regarding the Galaxy S, whether or not we |
| 14:20:12 | 7 | implemented or did not implement, it is a continuum of |
| 14:20:19 | 8 | many designs that could be whether it's my own philosophy, |
| 14:20:26 | 9 | my own independent philosophy, or Samsung's values.  I |
| 14:20:32 | 10 | don't lean towards a particular product.  That's not the |
| 14:20:37 | 11 | only thing I consider in all my designs. |
| 14:20:41 | 12 | CHECK INTERPRETER:  "Rather than saying that |
| 14:20:43 | 13 | F700 was implemented or not in Galaxy S, it is more |
| 14:20:51 | 14 | accurate to say that it is an extension of my accumulated |
| 14:20:54 | 15 | designs, and I have my own person philosophy as well as |
| 14:20:58 | 16 | reflecting Samsung's value standard.  I did not focus in |
| 14:21:01 | 17 | only on one particular product or look at it specifically, |
| 14:21:06 | 18 | and that was the cases for all of my designs." |
| 14:21:11 | 19 | BY MR. STERN: |
| 14:21:11 | 20 | Q.    But if someone came up to you and asked, "Where |
| 14:21:14 | 21 | did you get the idea for the design of the Galaxy S," your |
| 14:21:17 | 22 | answer would not be "The F700," correct? |
| 14:21:20 | 23 | MR. ZELLER:  This has been asked and answered, |
| 14:21:22 | 24 | misstates the witness' testimony. |
| 14:21:54 | 25 | A.    The design is my own independent design.  It's |

| | | |
|---|---|---|
| 14:22:56 | 1 | not whether I am -- I get influenced from this or that. |
| 14:23:04 | 2 | It spurs off for my own design philosophy, that's -- and |
| 14:23:14 | 3 | also in terms of must be reliable in terms of |
| 14:23:17 | 4 | manufacturing, in addition, beautiful and productive as |
| 14:23:22 | 5 | well.  There's many perspectives that you have to view it. |
| 14:23:29 | 6 | Just because the shape is the same, you cannot |
| 14:23:32 | 7 | say it's the same.  You build it up from the beginning; |
| 14:23:36 | 8 | it's built up and develops so forth.  It's not appropriate |
| 14:23:40 | 9 | to pick up discussion on a particular model.  I don't |
| 14:23:46 | 10 | think that is a topic of discussion. |
| 14:23:47 | 11 | CHECK INTERPRETER:  "The design is my own |
| 14:23:50 | 12 | independent one.  It's not whether or not I get influence |
| 14:23:55 | 13 | from this or that.  It spurs off from my own design |
| 14:23:59 | 14 | philosophy, and that also needs to be considered with |
| 14:24:04 | 15 | manufacturability as well as the reliability issues.  Of |
| 14:24:08 | 16 | course, I'm going to design -- the beautiful design could |
| 14:24:12 | 17 | be part of it too, but you also have to consider |
| 14:24:14 | 18 | productability.  So there are many different things that |
| 14:24:18 | 19 | you could -- you should consider from different |
| 14:24:21 | 20 | perspectives. |
| 14:24:22 | 21 | "Just because it appears -- or looks similar, |
| 14:24:26 | 22 | you cannot draw the conclusion because you have to |
| 14:24:28 | 23 | consider that how it was built up from the beginning and |
| 14:24:30 | 24 | how it was made.  So I don't think it is appropriate to |
| 14:24:34 | 25 | discuss it over -- based on one particular model, whether |

| | | |
|---|---|---|
| 14:24:38 | 1 | they are similar or not." |
| 14:24:39 | 2 | BY MR. STERN: |
| 14:24:39 | 3 | Q.    Putting the F700 to one side, are you able to |
| 14:24:42 | 4 | identify for me any other specific source for the design |
| 14:24:47 | 5 | that you adopted in the Galaxy S? |
| 14:24:51 | 6 | MR. ZELLER:  Asked and answered. |
| 14:25:07 | 7 | A.    Design source or design perspective source, |
| 14:25:43 | 8 | design perspective?  It's a little bit confusing, your |
| 14:25:49 | 9 | questions.  I believe I'm getting the same questions.  I |
| 14:25:52 | 10 | don't know if I'm to give the same answer or to understand |
| 14:25:55 | 11 | it and to try to explain it another way.  It's confusing |
| 14:26:00 | 12 | for me. |
| 14:26:02 | 13 | For instance, design, inside there are many |
| 14:27:03 | 14 | elements, but there could be design elements or part |
| 14:27:08 | 15 | elements.  For instance, glass, this is not seen only in a |
| 14:27:15 | 16 | design perspective, but it's -- you have to see it in a |
| 14:27:18 | 17 | parts perspective as well, to adopt glass or not |
| 14:27:24 | 18 | basically, that issue is not only because of design that |
| 14:27:29 | 19 | that decision is made, to adopt glass.  There are other |
| 14:27:31 | 20 | reasons involved as well in why we would use glass.  There |
| 14:27:34 | 21 | are these inevitable elements that must be considered in |
| 14:27:38 | 22 | the design. |
| 14:27:39 | 23 | CHECK INTERPRETER:  "There are these inevitable |
| 14:27:43 | 24 | and inherent reasons to consider that why it was |
| 14:27:49 | 25 | essentially used, and you could not find any way -- any |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

97

```
 1                  C E R T I F I C A T E

 2    SEOUL                )
                           )
 3    SOUTH KOREA          )

 4            I, Michael E. Miller, Registered Diplomate
      Reporter, Certified Realtime Reporter, do hereby certify
 5    that the aforementioned witness was first duly sworn by me
      pursuant to stipulation of counsel to testify to the
 6    truth; that I was authorized to and did report said
      deposition in stenotype; and that the foregoing pages are
 7    a true and correct transcription of my shorthand notes of
      said deposition.

 8
              I further certify that said deposition was
 9    taken at the time and place hereinabove set forth and that
      the taking of said deposition was commenced and completed
10    as hereinabove set out.

11            I further certify that I am not attorney or
      counsel of any of the parties, nor am I a relative or
12    employee of any attorney or counsel of any party connected
      with the action, nor am I financially interested in the
13    action.

14            The foregoing certification of this
      transcript does not apply to any reproduction of the same
15    by any means unless under the direct control and/or
      direction of the certifying reporter.

16

17

18            IN WITNESS WHEREOF, I have hereunto set my

19    hand this March 4, 2012.

20

21

22    _____
      MICHAEL E. MILLER
23    Certified Realtime Reporter
      Registered Diplomate Reporter
24    Realtime Systems Administrator

25
```