UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>  Plaintiff and Counterdefendant,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER GRANTING APPLE LEAVE TO FILE SUR-REPLY |

Apple's administrative motion for leave to file a sur-reply in response to Samsung's motion for relief from a Magistrate Judge Order is GRANTED. ECF No. 1614. The proposed sur-reply is hereby deemed filed. ECF No. 1614-1.

**IT IS SO ORDERED.**

Dated: August 9, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING LEAVE TO FILE SUR-REPLY