| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> JENNIFER LEE TAYLOR (CA SBN 161368) <br> jtaylor@mofo.com <br> ALISON M. TUCHER (CA SBN 171363) <br> atucher@mofo.com <br> RICHARD S.J. HUNG (CA SBN 197425) <br> rhung@mofo.com <br> JASON R. BARTLETT (CA SBN 214530) <br> jasonbartlett@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br> <br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br> <br> Plaintiff, <br> <br> v. <br> <br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br> <br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br> <br> **DECLARATION OF DEOK KEUN MATTHEW AHN REGARDING REMOVAL AND REPLACEMENT OF EXHIBIT STICKERS** |

I, Deok Keun Matthew Ahn, declare as follows:

I am an associate in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this declaration in compliance with the Court's directive that a statement should be filed if anything has been done to trial exhibits that have been admitted into evidence. Unless otherwise indicated, I have personal knowledge of the matters stated herein and would testify to the facts set forth below.

1. On Monday, August 6th at 9:02 p.m., counsel for Samsung contacted me and requested an opportunity to inspect the joint exhibits in Apple's possession that evening.

2. I met with counsel for Samsung at approximately 10:15 p.m. to provide them access to those joint exhibits.

3. Approximately 45 minutes into the inspection, Anne Abramowitz, counsel for Samsung, requested that she be allowed to remove the exhibit stickers from all of the joint exhibits. I told Ms. Abramowitz that there should be no changes made to any of the joint exhibits and did not agree to the removal. Ms. Abramowitz insisted that she be permitted to remove the exhibit stickers and stated that she would raise this issue with the Court if I did not comply. I subsequently agreed to allow the removal of the exhibit stickers.

4. Counsel for Samsung then proceeded to remove the exhibit stickers from the joint exhibits in conjunction with photographing and filming them.

5. At no time did I make an agreement with counsel for Samsung regarding the use of alternate labels on the joint exhibits, or where they would be affixed. The only other communication I had with Ms. Abramowitz was to inquire, at approximately midnight, what time she expected to conclude her inspection.

6. Following the conclusion of the review around 12:30 a.m., those under my direction applied temporary exhibit stickers to the joint exhibits because labels identical to those that had been removed were unavailable, and trial was set to continue in less than 8 hours.

DECLARATION OF DEOK KEUN MATTHEW AHN RE: REMOVAL AND REPLACEMENT OF EXHIBIT STICKERS
CASE NO. 11-cv-01846-LHK (PSG)
sf-3168651

1

1          7.      On August 9, 2012, I oversaw the removal of the temporary exhibit stickers and affixed in their original position, as demarcated by the left over sticker residue, labels identical to those that had been removed.

           8.      To document this procedure, I had photographed (1) the back of each device as it was following Samsung's last review; (2) the back of each device with the temporary exhibit sticker removed; and (3) the back of each device with the new label affixed. Joint exhibits JX1037 and JX1038 bear their original stickers. Copies of these photographs are attached hereto as Exhibit 1.

           I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of August, 2012 at San Jose, California.

                                                        */s/ Deok Keun Matthew Ahn*
                                                        Deok Keun Matthew Ahn

DECLARATION OF DEOK KEUN MATTHEW AHN RE: REMOVAL AND REPLACEMENT OF EXHIBIT STICKERS
CASE NO. 11-cv-01846-LHK (PSG)
sf-3168651

2