# Exhibit 1















































Samsung Mesmerize™

GALAXY S™ phone

JOINT TRIAL EXHIBIT NO. 1015
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____   By:_____

media and entertainment features

JX 1015
USDC ND CAL
No. 11-01846-LHK (PSG)

GALAXY S

AS316

SAMSUNG





































JOINT TRIAL EXHIBIT NO. 1021
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____

Seems
broken—
shuts off   AS38







SAMSUNG
PREVAIL

JOINT TRIAL EXHIBIT NO. 1022
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elect.

Date Admitted: _____   By: _____











JX 1024
USDC ND CAL
No. 11-01846-LHK (PSG)

JOINT TRIAL EXHIBIT NO. 1024
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted: _____ By: _____









JOINT TRIAL EXHIBIT NO. 1025
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:          By:

JOINT TRIAL EXHIBIT NO. 1025
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:          By:



































































