QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ANNE ABRAMOWITZ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO LABEL JOINT EXHIBIT DEVICES IN A MANNER NOT OBSCURING TRADE DRESS** |

02198.51855/4902781.2

DECLARATION OF ANNE ABRAMOWITZ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO LABEL JOINT EXHIBIT DEVICES IN A MANNER NOT OBSCURING TRADE DRESS

I, Anne Abramowitz, declare as follows:

1. I am an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Administrative Motion to Label Joint Exhibit Devices in a Manner Not Obscuring Trade Dress. Except where expressly noted, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of an email chain in which Richard Hung of Morrison & Foerster LLP confirms that Apple retains physical possession of some of the parties' joint exhibits.

3. On the evening of Monday, August 6, 2012, I inspected JX 1007 – 1038, the joint exhibit Samsung devices accused by Apple. These devices were in Apple's possession and were made available for inspection at the Fairmont Hotel in San Jose, CA.

4. Matthew Ahn and Edward Sittler of Morrison & Foerster were present at the inspection of JX 1007-1038, as well as two other individuals apparently representing Apple who did not give their names.

5. The back of each joint exhibit I inspected had been labeled with a large exhibit label obscuring a substantial portion of the back of each device. Many devices had an additional label reflecting the control number of the device. At least one device bore an additional label reflecting the name of the device. I understand that Apple applied these labels, given that Apple maintains physical custody and possession of these joint exhibits when they are not in the Ceremonial Courtroom. Samsung has never consented to the application of any labels to the backs of the joint exhibits.

6. Figure 1 of Samsung's Administrative Motion to Label Joint Exhibit Devices in a Manner Not Obscuring Trade Dress is a true and correct copy of two photographs of JX 1019, the Galaxy S 4G. The left hand image is a true and correct copy of the photograph taken of JX 1019

02198.51855/4902781.2

-1-
DECLARATION OF ANNE ABRAMOWITZ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO LABEL JOINT EXHIBIT DEVICES IN A MANNER NOT OBSCURING TRADE DRESS

at the August 6, 2012 inspection, before the labels were removed. The right hand image is a true and correct copy of a photograph of the JX 1019 without labels on the back.

7. Figure 2 of Samsung's Administrative Motion to Label Joint Exhibit Devices in a Manner Not Obscuring Trade Dress is a true and correct copy of two photographs of JX 1011, the Galaxy S Captivate. The left hand image is a true and correct copy of the photograph taken of JX 1011 at the August 6, 2012 inspection, before the labels were removed. The right hand image is a true and correct copy of a photograph of the JX 1011 without labels on the back.

8. Figure 3 of Samsung's Administrative Motion to Label Joint Exhibit Devices in a Manner Not Obscuring Trade Dress is a true and correct copy of two photographs of JX 1017, the Galaxy S Showcase 500. The left hand image is a true and correct copy of the photograph taken of JX 1017 at the August 6, 2012 inspection, before the labels were removed. The right hand image is a true and correct copy of a photograph of the JX 1017 without labels on the back.

9. The large exhibit labels were applied to the backs of JX 1007-1038 between July 29, 2012 and August 6, 2012. Although I was not at the July 29, 2012 inspection personally, I have reviewed images taken of the backs of these same joint exhibits during another inspection that was conducted on July 29, 2012.

10. As part of the August 6, 2012 inspection, I supervised the photography of JX 1007-1038, including photography of the backs of the exhibits.

11. After having photographed JX 1007 – 1019, I asked Matthew Ahn of Morrison & Foerster whether Apple would consent to the removal of the labels. I indicated that Samsung did not agree to the covering the backs of JX 1007-1038, and instead proposed affixing a small label bearing only the exhibit number to the side of each exhibit.

12. Mr. Ahn ultimately consented to the removal of the labels on behalf of Apple. I believed based upon Apple's consent to the removal of the labels from the backs of the phones that Apple agreed to our proposed alternative labeling procedure. I indicated that Samsung would contact Apple regarding the timing for another inspection in which the residue of the removed labels could be cleaned off the devices and new labels could be affixed.

02198.51855/4902781.2

-2-
DECLARATION OF ANNE ABRAMOWITZ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO LABEL JOINT EXHIBIT DEVICES IN A MANNER NOT OBSCURING TRADE DRESS

13. On August 7 and 8, 2012, I emailed Matthew Ahn, copying Apple's email distribution list, requesting that Apple make JX 1007-1038 available for cleaning and relabeling with small exhibit labels affixed to the side of each phone. I further proposed that the parties label the official exhibit boxes with the full exhibit labels.

14. Later on August 8, 2012, Michael Jacobs of Morrison & Foerster represented via email that Apple would "absolutely not" agree that the phones be labeled in any manner other than on the backs, that Apple "will not agree to anything other than full exhibit labels," and that the jury "will not be confused" by the labels in evaluating Apple's trade dress claims and Samsung's defenses. Mr. Jacobs responded to another email on this subject that day by stating that "changing exhibit labels or risking mistake even in replacing exhibit labels raises far more questions and issues than any concern over trade dress claims."

15. Attached hereto as Exhibit B is a true and correct copy of the email chain containing my emails to Matthew Ahn, as well as Mr. Jacobs's August 8, 2012 emails.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 9th day of August, 2012, in San Jose, California.

                                                        */s/ Anne Abramowitz*
                                                        Anne Abramowitz

02198.51855/4902781.2

-3-
DECLARATION OF ANNE ABRAMOWITZ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO LABEL JOINT EXHIBIT DEVICES IN A MANNER NOT OBSCURING TRADE DRESS

**General Order 45 Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45(X)(B), I hereby attest that Joby Martin has concurred in this filing.

/s/ Victoria Maroulis

02198.51855/4902781.2

-4-
DECLARATION OF ANNE ABRAMOWITZ IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO LABEL JOINT EXHIBIT DEVICES IN A MANNER NOT OBSCURING TRADE DRESS