# EXHIBIT A

| From: | Hung, Richard S. J. [RHung@mofo.com] |
|---|---|
| Sent: | Tuesday, July 31, 2012 12:21 PM |
| To: | Robert Becher; Geoffrey Grundy; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo; Samsung v. Apple |
| Subject: | RE: Joint Exhibit 1089 Image |

I think you mean the physical models. Yes, I told Tom they are here.


Sent with Good (www.good.com)


-----Original Message-----
From: Robert Becher [robertbecher@quinnemanuel.com]
Sent: Tuesday, July 31, 2012 12:03 PM Pacific Standard Time
To: Hung, Richard S. J.; Geoffrey Grundy; 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo; Samsung v. Apple
Subject: RE: Joint Exhibit 1089 Image

Rich—

Please immediately confirm that all joint exhibits that Apple is responsible for are in the courtroom or will be there immediately. We need them right now. When we spoke last night, you confirmed that Apple would be bringing the joint exhibits to court each day and said that you made the same commitment to Vicki.

Rob

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, July 30, 2012 11:57 PM
**To:** Robert Becher; Geoffrey Grundy; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo; Samsung v. Apple
**Subject:** RE: Joint Exhibit 1089 Image

This may not work (as we have already labeled our demonstratives for tomorrow). Can we discuss tomorrow?


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602



**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Monday, July 30, 2012 11:48 PM
**To:** Hung, Richard S. J.; Geoffrey Grundy; 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo; Samsung v. Apple
**Subject:** RE: Joint Exhibit 1089 Image

Thanks. As to demonstratives, for starters, we propose that Apple use numbers beginning with 3001 and Samsung begin with 3501. Is that ok?

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Monday, July 30, 2012 9:13 PM
**To:** Robert Becher; Geoffrey Grundy; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo; Samsung v. Apple
**Subject:** RE: Joint Exhibit 1089 Image

Rob -- that's fine.


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602



---

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Monday, July 30, 2012 8:30 PM
**To:** Hung, Richard S. J.; Geoffrey Grundy; 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo; Samsung v. Apple
**Subject:** RE: Joint Exhibit 1089 Image

Rich—

As we discussed, Samsung proposes that Apple's impeachment exhibits begin with number 2001 and Samsung's begin with number 2501. Please confirm.

Thanks, Rob

---

**From:** Hung, Richard S. J. [mailto:RHung@mofo.com]
**Sent:** Sunday, July 29, 2012 8:26 PM
**To:** Geoffrey Grundy; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo; Samsung v. Apple
**Subject:** RE: Joint Exhibit 1089 Image

We object and do not agree to JX1089 as a joint exhibit.

Our agreement to JX1089 was as a physical exhibit. Samsung has unilaterally swapped a low quality photographic image of unknown origin for the physical exhibit.


Richard S.J. Hung
Morrison & Foerster LLP
rhung@mofo.com
(415) 268-7602



---

**From:** Geoffrey Grundy [mailto:geoffreygrundy@quinnemanuel.com]
**Sent:** Sunday, July 29, 2012 6:46 PM
**To:** Geoffrey Grundy; WHAppleSamsungNDCalService@wilmerhale.com; AppleMoFo; Samsung v. Apple
**Subject:** RE: Joint Exhibit 1089 Image

Counsel:

Correction.  Joint Exhibit 1089 is a copy of the photographic image of the Sharp Softbank 825SH found in Itay Sherman's invalidity report, not a tangible exhibit.  Apologies for any confusion.

---

**From:** Geoffrey Grundy
**Sent:** Sunday, July 29, 2012 6:37 PM
**To:** WHAppleSamsungNDCalService@wilmerhale.com; AppleMofo@mofo.com; Samsung v. Apple
**Subject:** Joint Exhibit 1089 Image

Counsel, we have prepared the attached image of tangible joint exhibit 1089 for reference.

Best regards,

**Geoffrey Grundy**
Paralegal
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3315 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
geoffreygrundy@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---

---
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any

advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or

authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

------------------------------------------------------------------------