| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>jtaylor@mofo.com<br>ALISON M. TUCHER (CA SBN 171363)<br>atucher@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>JASON R. BARTLETT (CA SBN 214530)<br>jasonbartlett@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>       Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S PROFFER REGARDING EXPECTED TESTIMONY OF BORIS TEKSLER AND PX52**<br><br>Trial:     August 10, 2012<br>Time:    9:00 a.m.<br>Place:   Courtroom 1, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

1    Pursuant to the Court's Order re: Objections to Singh, Teksler, Lee, and Chang Exhibits
2    and Deposition Designations (Dkt. 1650), Apple respectfully submits the following proffer
3    regarding (1) the expected testimony of Boris Teksler regarding PX52, and (2) other evidence that
4    Samsung was shown PX52.
5    Apple expects that Mr. Teksler will testify to the following:
6    1.    that he helped prepare PX52 in advance of a scheduled meeting between Apple
7          and Samsung;
8    2.    that the presentation of PX52 to Samsung was held on August 4, 2010—which he
9          knows as Apple's Director of Licensing, in which capacity he learned when the
10         meeting was scheduled to take place and who would attend from Apple; and
11   3.    that he subsequently discussed PX52 with Samsung employees.
12   Apple will *not* elicit any testimony from Mr. Teksler about what Apple representatives
13   said to Samsung representatives at the August 4, 2010 meeting, or what Samsung representatives
14   said to Apple representatives.  Samsung's objections to Mr. Teksler's testimony are thus
15   misplaced—Apple will not ask questions that would require Mr. Teksler to rely on hearsay and/or
16   privileged communications with Apple in-house counsel regarding the August 4, 2010 meeting.
17   Instead, Apple will only ask certain basic questions that are within Mr. Teksler's personal
18   knowledge.
19   Further, in response to the Court's request that Apple make a sufficient proffer that
20   Samsung was shown PX52, Apple makes two additional points:
21   *First*, before Mr. Teksler testifies, Apple will play deposition testimony from Samsung
22   executive Jun Won Lee, in which Mr. Lee acknowledges that Apple presented PX52 to Samsung.
23   (*See* 3/5/2012 Jun Won Lee Deposition at 37:6-9 and 37:21-38:5 (lodged with the Court on
24   August 9, 2012).)
25   *Second*, in Judge Grewal's Order Granting-in-Part Apple's Motion For An Adverse
26   Inference Jury Instruction (Dkt. No. 1321), Judge Grewal specifically found that Apple delivered
27   a presentation to Samsung on August 4, 2010, apprising Samsung of Apple's infringement
28   allegations.  Judge Grewal found:  "On August 4, 2010, Apple presented Samsung with more than

1  just a vague hint that it believed Samsung had violated its intellectual property.  Apple delivered,
2  in person, a comprehensive summary of its specific patent infringement claims against specific
3  Samsung products." (*Id.* at 16.)  If the Court adopts Judge Grewal's Order, Apple will request a
4  jury instruction that Samsung received notice on August 4, 2010—in accordance with the
5  findings made by Judge Grewal after Samsung had due opportunity to contest this date.

6        In sum, Samsung can provide no basis for precluding Mr. Teksler from providing the jury
7  with his personal knowledge as to PX52—which knowledge is entirely consistent with the
8  testimony of Samsung's Jun Won Lee and Judge Grewal's findings.

Dated: August 10, 2012          WILMER CUTLER PICKERING
                                          HALE AND DORR LLP

                            By:  /s/ *Mark D. Selwyn*
                                  Mark D. Selwyn

                            Attorneys for Plaintiff
                            APPLE INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 10, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ *Mark D. Selwyn*
Mark D. Selwyn