UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 5th Floor

Civil Minute Order

Court Proceedings: Jury Trial, Tuesday, August 7, 2012   Time in Court: 7 hours 17 minutes
Case Number: 11-CV-01846LHK

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge/Irene Rodriguez

TITLE:

APPLE INC.                V.        SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF(S)                              DEFENDANT(S)

| Attorneys present: | Attorneys present: |
|---|---|
| Harold J. McElhinny | Charles K. Verhoeven |
| Michael A. Jacobs | William C. Price |
| Rachel Krevans | Kevin P.B. Johnson |
| William F. Lee | Victoria F. Maroulis |
| Mark D. Selwyn | Michael T. Zeller |
|  | John B. Quinn |

PROCEEDINGS:   JURY TRIAL–DAY FIVE

| Time | Event |
|---|---|
| 8:34 a.m. | Hearing held outside the presence of the jury. |
| 9:12 a.m. | Jury now present examination of Witness Bressler continues. |
| 9:33 a.m. | Witness Bressler is excused subject to recall. |
| 9:34 a.m. | Witness Susan Kare is sworn and examined. |
| 10:30 a.m. | Morning recess is taken. |
| 10:47 a.m. | All parties present examination of Witness Kare resumes. |
| 12:02 p.m. | Noon recess is taken. |
| 1:03 p.m. | Hearing held outside the presence of the jury. |
| 1:14 p.m. | Jury now present examination of Witness Kare resumes. |
| 1:47 p.m. | Witness Kare is excused subject to recall. |
| 1:48 p.m. | Witness Russell S. Winer is sworn and examined. |
| 2:46 p.m. | Mid-afternoon recess is taken. |
| 3:07 p.m. | Hearing outside presence of the jury. |
| 3:28 p.m. | Jury now present examination of Witness Winer resumes. |
| 3:39 p.m. | Witness Winer is excused subject to recall. |
| 3:40 p.m. | Witness Hal Poret is sworn and examined. |
| 4:35 p.m. | Jury is admonished and excused for the day. |
| 4:52 p.m. | Court is adjourned until Friday, August 10 at 8:30 a.m. |

The following exhibits are admitted into evidence:
Joint Exhibits: JX-1042, JX-1039
Plaintiffs: PX-21A, PX-158A, PX-56, PX-6, PX-36, PX-23
Defendants: