1  Timothy T. Scott (State Bar No. 126971)
   tscott@kslaw.com
2  Geoffrey M. Ezgar (State Bar No. 184243)
   gezgar@kslaw.com
3  Leo Spooner, III (State Bar No. 241541)
   lspooner@kslaw.com
4  KING & SPALDING LLP
5  333 Twin Dolphin Drive, Suite 400
   Redwood Shores, CA 94065
6  Telephone:  +1 650 590 0700
7  Facsimile:   +1 650 590 1900

8  Attorneys for Non-Party
   INTERNATIONAL BUSINESS MACHINES CORPORATION
9

10

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK (PSG) |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY INTERNATIONAL BUSINESS MACHINES CORPORATION** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge: Hon. Judge Lucy H. Koh |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES HEREIN:

2  PLEASE TAKE NOTICE that William F. Abrams, of the law firm King &

3  Spalding LLP, hereby appears as counsel of record for non-party International

4  Business Machines Corporation (IBM) in the above-captioned case.

5      Copies of all pleadings, correspondence, and electronic filing notices should
   be directed to:

7      William F. Abrams (CA Bar No. 88805)
   BAbrams@kslaw.com
   KING & SPALDING LLP
   333 Twin Dolphin Drive, Suite 400
   Redwood Shores, CA 94065
   Telephone:  +1 650 590 0700
   Facsimile:  +1 650 590 1900

13  DATED:  August 10, 2012    KING & SPALDING LLP

15      BY:  *Timothy T. Scott*_____
           Timothy T. Scott
   Attorneys for Non-Party
   INTERNATIONAL BUSINESS MACHINES
   CORPORATION

2

IBM ADMIN. MOTION TO SEAL    Case No. 11-CV-01846-LHK (PSG)
DMSLIBRARY01-19378839.1