UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | ORDER REGARDING REQUEST FOR SEALING RELATED TO BORIS TEKSLER |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Consistent with this Court's Order Regarding Sealing Motions, the Court finds that the compensation terms of the licensing agreement is properly sealable as Apple and IBM have established "compelling reasons" for its sealing. *See* ECF No. 1649 (citing *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).  However, also consistent with this Court's Order Regarding Sealing Motions, the duration term of the license is not properly sealable. Accordingly, the Court GRANTS in part IBM and Apple's request to seal portions of DX2592 and DX2593.  The information designated by Apple may be sealed, except for section 7.1 of DX2592, which discloses the duration term of the license.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART SEALING REQUEST

1    **IT IS SO ORDERED.**

2    Dated: August 10, 2012



LUCY H. KOH
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 11-CV-01846-LHK
ORDER GRANTING IN PART SEALING REQUEST