1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California  94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California  94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   Michael T. Zeller (Cal. Bar No. 196417)
10 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
11 Los Angeles, California 90017
   Telephone: (213) 443-3000
12 Facsimile: (213) 443-3100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
14 Telecommunications America, LLC

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 17  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 18             Plaintiff, | **NOTICE OF APPEARANCE** |
| 19         vs. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23             Defendants. | |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Diane C. Hutnyan of Quinn Emanuel Urquhart & Sullivan,

3   LLP hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4   America, Inc. and Samsung Telecommunications America, LLC.

5   Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6   directed to:

7   Diane C. Hutnyan (CA Bar No. 190081)
    dianehutnyan@quinnemanuel.com
8   865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
9   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

11  DATED: August 9, 2012                   QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

14                                          By  /s/ Diane C. Hutnyan
                                               Charles K. Verhoeven
15                                             Kevin P.B. Johnson
                                               Victoria F. Maroulis
16                                             Edward DeFranco
                                               Michael T. Zeller
17                                             Attorneys for SAMSUNG ELECTRONICS CO.,
18                                             LTD., SAMSUNG ELECTRONICS AMERICA,
                                               INC., and SAMSUNG
19                                             TELECOMMUNICATIONS AMERICA, LLC