HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN JOSE DIVISION

 3   APPLE, INC., a California
     corporation,
 4                                              CASE NO.
             Plaintiff,                         11cv01846-LHK
 5
     v.
 6
     SAMSUNG ELECTRONICS, CO., LTD.,
 7   a Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
 8   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
 9   AMERICA, LLC, a Delaware limited
     liability company,
10
             Defendants.
11   _____

12   SAMSUNG ELECTRONICS, CO., LTD.,
     a Korean business entity;
13   SAMSUNG ELECTRONICS AMERICA,
     INC., a New York corporation;
14   SAMSUNG TELECOMMUNICATIONS
     AMERICA, LLC, a Delaware limited
15   liability company,

16           Counterclaim-Plaintiffs,

17   v.
     APPLE, INC., a California
18   corporation,

19           Counterclaim-Defendant.

20

21      *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

22            VIDEOTAPED PERSONAL DEPOSITION OF:
                         MINHYOUK LEE
23
                        March 2, 2012
24                       Kim & Chang
                      Seoul, South Korea
25                9:03 A.M. - 3:47 P.M.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

69

```
14:13:16   1   BY MR. STERN:
14:13:16   2       Q.   Were you involved in the design of the F700 in
14:13:20   3   any way?
14:13:21   4       A.   Oh, yes.  I've looked at him do the design, and
14:14:02   5   if he asks my opinion, I would give him my opinion, and we
14:14:06   6   have discussions.  That is the strength, the strong point
14:14:09   7   of design in Samsung, not only in mobile, but for TV,
14:14:15   8   washers, refrigerators, other products as well.  Designers
14:14:19   9   have a good system of collaborating with each other within
14:14:22  10   Samsung.
14:14:22  11       Q.   In designing the Galaxy S product, did you make
14:14:26  12   use of the design of the F700 in any way?
14:14:28  13           MR. ZELLER:  The question is vague.
14:14:31  14       A.   Well, there were many different designs, and
14:15:12  15   the way I see it, whether it is the F700 or any other
14:15:18  16   product for that matter, in this -- everything in this
14:15:20  17   world, every design in this world can be shared.
14:15:24  18           CHECK INTERPRETER:  "There are many designs,
14:15:28  19   and when it comes to design, from my perspective,
14:15:32  20   irrespective of types of product, whether that might be
14:15:34  21   F700 or a TV, all the design in this world shares certain
14:15:41  22   commonality to a certain extent."
14:15:43  23       A.   So regarding the F700, that was closely
14:16:09  24   designed by SangMin Hyun and myself.  Just a few meters
14:16:15  25   away on the next seat, I saw him design it, and we had
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

70

| | | |
|---|---|---|
| 14:16:20 | 1 | many discussions on this F700. |
| 14:16:47 | 2 |         LEAD INTERPRETER:  Okay.  I would like to |
| 14:16:48 | 3 | clarify and correct a little bit of the previous |
| 14:16:50 | 4 | translation by clarifying with the witness that, "I was |
| 14:16:53 | 5 | seated very close to this person, so I saw him design at a |
| 14:17:00 | 6 | close proximity.  So although I don't know the full |
| 14:17:04 | 7 | history of this design, I do know certain perspectives of |
| 14:17:06 | 8 | the design of this phone." |
| 14:17:07 | 9 | BY MR. STERN: |
| 14:17:08 | 10 |    Q.   Okay.  My question actually was a little bit |
| 14:17:09 | 11 | different. |
| 14:17:09 | 12 |        At the time you designed the Galaxy S phone, |
| 14:17:12 | 13 | you were aware of the F700, correct? |
| 14:17:15 | 14 |    A.   Yes, when I was designing, I knew it. |
| 14:17:33 | 15 |    Q.   In designing the Galaxy S, did you consciously |
| 14:17:37 | 16 | draw on the design of the F700 in any way as a source of |
| 14:17:43 | 17 | reference or inspiration for your work? |
| 14:17:47 | 18 |        MR. ZELLER:  The question is vague. |
| 14:18:04 | 19 |    A.   The F700, well not only this one, but before |
| 14:18:31 | 20 | that, long before, there were many other products, so I |
| 14:18:34 | 21 | cannot just limit it to this one. |
| 14:18:37 | 22 |        CHECK INTERPRETER:  "I don't think you can |
| 14:18:39 | 23 | limit this to one product, F700.  Even before F700, there |
| 14:18:45 | 24 | are many different products, and I don't think you can |
| 14:18:49 | 25 | really limit it to F700.  That would be very vague to do." |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

71

| | | |
|---|---|---|
| 14:18:54 | 1 | BY MR. STERN: |
| 14:18:54 | 2 | Q. When you designed the Galaxy S, did you intend |
| 14:18:56 | 3 | to implement the design of the F700 in the Galaxy S? |
| 14:19:01 | 4 | MR. ZELLER: The question is vague as to |
| 14:19:03 | 5 | "implement." |
| 14:19:26 | 6 | A. Well, regarding the Galaxy S, whether or not we |
| 14:20:12 | 7 | implemented or did not implement, it is a continuum of |
| 14:20:19 | 8 | many designs that could be whether it's my own philosophy, |
| 14:20:26 | 9 | my own independent philosophy, or Samsung's values. I |
| 14:20:32 | 10 | don't lean towards a particular product. That's not the |
| 14:20:37 | 11 | only thing I consider in all my designs. |
| 14:20:41 | 12 | CHECK INTERPRETER: "Rather than saying that |
| 14:20:43 | 13 | F700 was implemented or not in Galaxy S, it is more |
| 14:20:51 | 14 | accurate to say that it is an extension of my accumulated |
| 14:20:54 | 15 | designs, and I have my own person philosophy as well as |
| 14:20:58 | 16 | reflecting Samsung's value standard. I did not focus in |
| 14:21:01 | 17 | only on one particular product or look at it specifically, |
| 14:21:06 | 18 | and that was the cases for all of my designs." |
| 14:21:11 | 19 | BY MR. STERN: |
| 14:21:11 | 20 | Q. But if someone came up to you and asked, "Where |
| 14:21:14 | 21 | did you get the idea for the design of the Galaxy S," your |
| 14:21:17 | 22 | answer would not be "The F700," correct? |
| 14:21:20 | 23 | MR. ZELLER: This has been asked and answered, |
| 14:21:22 | 24 | misstates the witness' testimony. |
| 14:21:54 | 25 | A. The design is my own independent design. It's |