United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br> Plaintiff and Counterdefendant, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK <br><br> ORDER REGARDING VARIOUS REQUESTS |

Several administrative motions have been filed and were raised at trial on August 10, 2012. The Court addressed these issues by oral ruling.

Apple's request for an interim jury instruction was DENIED, for the reasons stated on the record. See ECF No. 1640.

Samsung's motion requesting a court order regarding the labeling of the physical exhibits was DENIED, for the reasons stated on the record. ECF No. 1653. The parties may continue to explore the possibility of using smaller exhibit stickers so as to limit the visual intrusion on the physical devices. The Court will store all admitted joint physical exhibits while court is not in session.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge