| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| JENNIFER LEE TAYLOR (CA SBN 161368) | Telephone: (617) 526-6000 |
| jtaylor@mofo.com | Facsimile: (617) 526-5000 |
| ALISON M. TUCHER (CA SBN 171363) | |
| atucher@mofo.com | |
| RICHARD S.J. HUNG (CA SBN 197425) | MARK D. SELWYN (SBN 244180) |
| rhung@mofo.com | mark.selwyn@wilmerhale.com |
| JASON R. BARTLETT (CA SBN 214530) | WILMER CUTLER PICKERING |
| jasonbartlett@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 950 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105-2482 | Telephone: (650) 858-6000 |
| Telephone: (415) 268-7000 | Facsimile: (650) 858-6100 |
| Facsimile: (415) 268-7522 | |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S REPORT REGARDING EFFORTS TO MEET AND CONFER ON FINAL JURY INSTRUCTIONS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    On July 23, 2012, the Court ordered "lead trial counsel [ ] to meet and confer in person regarding the final jury instructions." (Dkt No. 1296 at 1.) The Court directed the parties to "file a revised joint submission of disputed and undisputed final jury instructions by August 6, 2012." (*Id* at 2.) On August 6, the parties reported that they had been conferring and had reduced the number of instructions remaining in dispute. The parties asked for a few more days to continue their talks, and the Court granted that extension. (8/6/12 Trial Tr. at 1285:9-1286:3.) The Court directed the parties to file their joint submission by Friday, August 10. (*Id*.) Since that time, although Apple has tried diligently to advance the process, Samsung has stymied those efforts.

Apple sent Samsung a revised set of proposed jury instructions on Sunday, August 5. Apple asked for Samsung's counter-proposals that day, and repeated its request several times throughout the week. (Pernick Decl. Exhs. A-D, F-G.) Samsung kept telling Apple that its proposals were forthcoming. For the design patent and trade dress instructions in particular, Samsung stated numerous times that it would offer some sort of response to Apple's proposed instructions. (*See* Pernick Decl. Exhs. D, E.) That is how things stood as of Thursday evening, August 9—the night before the parties' joint submission was due.

Between 6:00 and 7:00 p.m. on Thursday evening, Samsung finally identified 56 jury instructions that it was proposing. (*See* Pernick Decl. Exhs. H, I.) That left Apple with just over 24 hours to hold a lead counsel meet-and-confer session and to prepare the parties' joint filing. Apple and Samsung agreed that lead counsel for the parties would meet on Friday evening after trial, and that Apple would coordinate the parties' joint filing. (Pernick Decl., ¶¶ 9-10.) But Samsung stymied Apple again.

At the end of the Court day on Friday, Apple called Samsung to find out when and where Samsung wanted to hold the final lead trial meet-and-confer session. (*Id*., ¶ 11.) Samsung declined. Samsung stated that it was impractical to meet at that point, and that the parties should continue their discussions over the weekend. (*Id*., ¶ 12.) When Apple reminded Samsung that the Court had set a deadline, Samsung eventually agreed to a late-evening meeting but without Samsung's lead counsel. (*Id*., ¶ 12.) Apple informed Samsung that any such meeting would not comply with the Court's order. (*Id*., ¶ 12.)

1  In light of Samsung's failure to cooperate, Apple seeks the Court's guidance regarding how to proceed. Apple stands ready to submit its proposed jury instructions to the Court, or to continue efforts to meet and confer toward a joint filing.

Dated: August 10, 2012                    MORRISON & FOERSTER LLP

                                          By:   */s/ Michael A. Jacobs*
                                                Michael A. Jacobs

                                          Attorneys for Plaintiff and
                                          Counterclaim-Defendant
                                          APPLE INC.

APPLE'S REPORT REGARDING EFFORTS TO MEET AND CONFER RE FINAL JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
pa-1546088

2