HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
JENNIFER LEE TAYLOR (CA SBN 161368)
jtaylor@mofo.com
ALISON M. TUCHER (CA SBN 171363)
atucher@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
JASON R. BARTLETT (CA SBN 214530)
jasonbartlett@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARC J. PERNICK IN SUPPORT OF APPLE'S REPORT REGARDING EFFORTS TO MEET AND CONFER ON FINAL JURY INSTRUCTIONS** |

I, Marc J. Pernick, hereby declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Apple's Report Regarding Efforts to Meet and Confer On Final Jury Instructions. Unless otherwise indicated, I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team. If called as a witness, I would testify to the facts set forth below.

2. On Sunday, August 5, my partner Alison Tucher sent counsel for Samsung Apple's revised proposed final jury instructions. A true and correct copy of Ms. Tucher's email to Samsung is attached hereto as Exhibit A.

3. About an hour later, Ms. Tucher sent Samsung a red-lined copy of Apple's instructions. In that email, a true and correct copy of which is attached hereto as Exhibit B, Ms. Tucher asked Samsung whether it planned to propose new or different instructions from what the parties had exchanged in July.

4. At the parties' in-person meeting on Sunday evening, August 5th, I also asked Samsung's counsel Victoria Maroulis and Thomas Watson if they could tell us what jury instructions Samsung planned to propose. Ms. Maroulis and Mr. Watson said that they would get back to us.

5. Beginning on Monday, August 6th, I repeatedly asked Mr. Watson the same question. Attached hereto as Exhibit C is a true and correct copy of my Tuesday, August 7, 2012 email to Ms. Maroulis and Mr. Watson in which I proposed that the parties exchange any further instructions by 9:00 p.m. that night. Samsung's counsel did not respond.

6. On Tuesday night at about midnight, Mr. Watson wrote to me and informed me of some Apple proposals for jury instructions to which Samsung would agree. Mr. Watson's email also said that Samsung was still working on its design patent and damages instructions. I asked Mr. Watson about the trade dress jury instructions as well, and Mr. Watson said Samsung was working on those too. True and correct copies of my August 7, 2012 and August 8, 2012 emails with Mr. Watson are attached hereto as Exhibits D and E.

PERNICK DECL. ISO REPORT RE EFFORTS TO MEET AND CONFER RE FINAL JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181623

1

7. Attached hereto as Exhibit F is a true and correct copy of my Thursday morning, August 8, 2012 email to Mr. Watson. In that email, I again asked Samsung's counsel to inform us of Samsung's proposals for its design patent, trade dress, and damages jury instructions.

8. Attached hereto as Exhibit G is a true and correct copy of my Thursday afternoon, August 8, 2012 email to Mr. Watson. In that email, I again asked Samsung's counsel to disclose Samsung's proposals for its jury instructions.

9. Attached hereto as Exhibits H and I are true and correct copies of emails from Mr. Watson to me on Thursday night, August 8, 2012. In his emails, Mr. Watson identified 56 jury instructions that Samsung was proposing. This was the night before the parties' final joint submission was due.

10. After receiving these emails, I spoke live on the phone with both Mr. Watson and Ms. Maroulis. We agreed that the parties would hold a lead counsel meet-and-confer session after trial on Friday for the purpose of having a further discussion about the jury instructions. We agreed that, at a minimum, Harold McElhinny would attend for Apple and Charles Verhoeven would attend for Samsung. Mr. Watson and I also agreed that Apple would coordinate the parties' joint filing.

11. On Friday, August 10, after the trial day ended, I called Mr. Watson. I asked where and when Samsung wanted to hold the lead trial counsel meet-and-confer session. Mr. Watson declined. Mr. Watson stated that it was impractical to meet at that point, and that the parties should continue their discussions over the weekend.

12. When I called Mr. Watson back and reminded him that the Court had directed the parties to meet in person and to file their joint submission by the end of Friday, Mr. Watson eventually agreed to meet. However, he informed me that Samsung's lead counsel Mr. Verhoeven was not available. Mr. Watson said that he and Ms. Maroulis could meet with us at 10:00 p.m. that night. I told Mr. Watson that, because Mr. Maroulis is not lead trial counsel, any such meeting would not comply with the Court's order.

13. I sent a draft copy of the parties' joint disputed and undisputed jury instructions to Samsung on Friday night, August 10, 2012.

PERNICK DECL. ISO REPORT RE EFFORTS TO MEET AND CONFER RE FINAL JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181623

2

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  Declaration was executed this 10th day of August 2012, at San Jose, California.

                                            */s/ Marc J. Pernick*
                                              Marc J. Pernick

PERNICK DECL. ISO REPORT RE EFFORTS TO MEET AND CONFER RE FINAL JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181623

3

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Marc J. Pernick has concurred in this filing.

Dated: August 9, 2012        */s/ Michael A. Jacobs*
                             Michael A. Jacobs

PERNICK DECL. ISO REPORT RE EFFORTS TO MEET AND CONFER RE FINAL JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK (PSG)
sf-3181623

4