# Exhibit A

| | |
|---|---|
| **From:** | Tucher, Alison M. |
| **Sent:** | Sunday, August 05, 2012 4:35 PM |
| **To:** | 'Samsung v. Apple' |
| **Cc:** | 'WHAppleSamsungNDCalService@wilmerhale.com'; AppleMoFo |
| **Subject:** | Exchange Draft of Jury Instructions |
| **Attachments:** | PALO ALTO-Exchange Draft of Jury Instructions-1545220.DOC |

Vicki,

Attached is a modified draft of Apple's jury instructions, taking account of Judge Koh's comments in response to our previous joint submission.  Marc Pernick will shortly send you red-line information to help you understand what is different from past versions.  As I mentioned to you on the phone, we are still refining but this should give us a good basis from which to have fruitful negotiations.

We also should set a time for this afternoon's in-person meeting.  What works for your team?

Regards,
Alison

---------------------------------------------------------------
**Alison Tucher**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: 415.268.7269
ATucher@mofo.com