# Exhibit C

# Pernick, Marc J.

| | |
|---|---|
| **From:** | Pernick, Marc J. |
| **Sent:** | Tuesday, August 07, 2012 10:57 AM |
| **To:** | 'Victoria Maroulis'; Thomas Watson |
| **Cc:** | AppleMoFo; 'WHAppleSamsungNDCalService@wilmerhale.com'; Samsung v. Apple |
| **Subject:** | Apple v. Samsung: Jury Instructions |

Vicki and Tom:

There were some instructions we discussed on Sunday night to which you agreed, subject to confirming that our proposed text did not substantively deviate from the model. Now that you've had some time to look at them, we wanted to see if we could officially put these instructions into the "undisputed" camp. These instructions include --

- Apple's Proposed Instruction Nos. 13, 14 (with the caveat that you think this DOE instruction should be bilateral), 17, 19 (subject to your objection about including the effective filing dates), 20, and 29.

- On Instruction No. 12 (direct infringement), we'll agree to move the paragraph on sales within the United States into a separate Instruction No. 12.1. With that, I think we can also agree to Instruction No. 12. Please let me know.

- Have you decided whether you prefer our shorter or longer proposals for Instruction Nos. 16 and 35 (burden of proof for invalidity)? We can hopefully put these two to rest too.

If you want to discuss these instructions live, let us know when today would work for a phone call or a meeting.

In addition, we propose that the parties exchange any further modifications to their proposed instructions by today at 9:00 pm. Does that work for you?

Regards,
Marc

1